APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:92-cv-00870-JLK-OES

Montez, et al v. Romer, et al
Assigned to: Judge John L. Kane
Referred to: Magistrate Judge O. Edward Schlatter
Demand: $4,000,000
Member case:

  1:96-cv-00343-EWN

Case in other court: 06-01233
                     USCA, 07-01405
                     USCA, 08-01049
                     USCA, 08-01175
                     USCA, 08-01399
                     03-01417
                     03-01417
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992
Date Terminated: 06/03/2004
Jury Demand: Defendant
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Special Master**

**Richard M. Borchers**                     represented by   **Richard M. Borchers**
                                                             Email: dborchers@legalres.com
                                                             PRO SE

**Special Master**

**Bruce D. Pringle**                        represented by   **Bruce D. Pringle**
                                                             Legal Resolution Center
                                                             7907 Zenobia Street
                                                             Westminster, CO 80030
                                                             PRO SE

**Special Master**

**Richard C. Davidson**

**Plaintiff**

**Jesse F. Montez**                         represented by   **David Arthur Lane**
                                                             Killmer, Lane & Newman, LLP
                                                             1543 Champa Street
                                                             #400
                                                             Denver , CO 80202
                                                             303-571-1000
                                                             Fax: 303-571-1001
                                                             Email: dlane@kln-law.com
                                                             *TERMINATED: 03/06/2000*
                                                             *LEAD ATTORNEY*

APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:92-cv-00870-JLK-OES

Montez, et al v. Romer, et al

Assigned to: Judge John L. Kane

Referred to: Magistrate Judge O. Edward Schlatter

Demand: $4,000,000

Member case:

  1:96-cv-00343-EWN

Case in other court:  06-01233

USCA, 07-01405

USCA, 08-01049

USCA, 08-01175

USCA, 08-01399

03-01417

03-01417

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992

Date Terminated: 06/03/2004

Jury Demand: Defendant

Nature of Suit: 550 Prisoner: Civil Rights

Jurisdiction: Federal Question

**Special Master**

**Richard M. Borchers**                    represented by  **Richard M. Borchers**
                                                            Email: dborchers@legalres.com
                                                            PRO SE

**Special Master**

**Bruce D. Pringle**                       represented by  **Bruce D. Pringle**
                                                            Legal Resolution Center
                                                            7907 Zenobia Street
                                                            Westminster, CO 80030
                                                            PRO SE

**Special Master**

**Richard C. Davidson**

**Plaintiff**

**Jesse F. Montez**                        represented by  **David Arthur Lane**
                                                            Killmer, Lane & Newman, LLP
                                                            1543 Champa Street
                                                            #400
                                                            Denver , CO 80202
                                                            303-571-1000
                                                            Fax: 303-571-1001
                                                            Email: dlane@kln-law.com
                                                            *TERMINATED: 03/06/2000*
                                                            *LEAD ATTORNEY*

APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

## U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:92-cv-00870-JLK-OES

Montez, et al v. Romer, et al

Assigned to: Judge John L. Kane

Referred to: Magistrate Judge O. Edward Schlatter

Demand: $4,000,000

Member case:

   1:96-cv-00343-EWN

Case in other court: 06-01233

                USCA, 07-01405

                USCA, 08-01049

                USCA, 08-01175

                USCA, 08-01399

                03-01417

                03-01417

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992

Date Terminated: 06/03/2004

Jury Demand: Defendant

Nature of Suit: 550 Prisoner: Civil Rights

Jurisdiction: Federal Question

**Special Master**

**Richard M. Borchers**         represented by  **Richard M. Borchers**

                                    Email: dborchers@legalres.com

                                    PRO SE

**Special Master**

**Bruce D. Pringle**         represented by  **Bruce D. Pringle**

                                      Legal Resolution Center

                                      7907 Zenobia Street

                                      Westminster, CO 80030

                                      PRO SE

**Special Master**

**Richard C. Davidson**

**Plaintiff**

**Jesse F. Montez**         represented by  **David Arthur Lane**

                                      Killmer, Lane & Newman, LLP

                                      1543 Champa Street

                                      #400

                                      Denver , CO 80202

                                      303-571-1000

                                      Fax: 303-571-1001

                                      Email: dlane@kln-law.com

                                    *TERMINATED: 03/06/2000*

                                    *LEAD ATTORNEY*

APPEAL, CLASAC, LEAD, MAGR, NDISPO, SuppressAnsRpt, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:92-cv-00870-JLK-OES

Montez, et al v. Romer, et al

Assigned to: Judge John L. Kane

Referred to: Magistrate Judge O. Edward Schlatter

Demand: $4,000,000

Member case:

   1:96-cv-00343-EWN

Case in other court:  06-01233

                USCA, 07-01405

                USCA, 08-01049

                USCA, 08-01175

                USCA, 08-01399

                03-01417

                03-01417

Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/05/1992

Date Terminated: 06/03/2004

Jury Demand: Defendant

Nature of Suit: 550 Prisoner: Civil Rights

Jurisdiction: Federal Question

**Special Master**

**Richard M. Borchers**

           represented by  **Richard M. Borchers**
                             Email: dborchers@legalres.com
                             PRO SE

**Special Master**

**Bruce D. Pringle**

           represented by  **Bruce D. Pringle**
                             Legal Resolution Center
                             7907 Zenobia Street
                             Westminster, CO 80030
                             PRO SE

**Special Master**

**Richard C. Davidson**

**Plaintiff**

**Jesse F. Montez**

           represented by  **David Arthur Lane**
                             Killmer, Lane & Newman, LLP
                             1543 Champa Street
                             #400
                             Denver , CO 80202
                             303-571-1000
                             Fax: 303-571-1001
                             Email: dlane@kln-law.com
                             *TERMINATED: 03/06/2000*
                             *LEAD ATTORNEY*

**David H. Miller**
David H. Miller, Attorney at Law
1801 California Street
#900
Denver , CO 80202-2658
Email: david.miller@qwest.com
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver , CO 80202
303-294-7002
Fax: 303-294-1192
Email: John_Carlson@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
Patricia S. Bellac Law Firm, LLC
4845 Pearl East Circle
#101
Boulder , CO 80301
303-442-5111
Fax: 303-581-9488
Email: psblawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: greisen@kinggreisen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
#2400
Denver , CO 80202
303-572-6531
Fax: 303-572-6540

**David H. Miller**
David H. Miller, Attorney at Law
1801 California Street
#900
Denver , CO 80202-2658
Email: david.miller@qwest.com
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver , CO 80202
303-294-7002
Fax: 303-294-1192
Email: John_Carlson@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
Patricia S. Bellac Law Firm, LLC
4845 Pearl East Circle
#101
Boulder , CO 80301
303-442-5111
Fax: 303-581-9488
Email: psblawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: greisen@kinggreisen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
#2400
Denver , CO 80202
303-572-6531
Fax: 303-572-6540

**David H. Miller**
David H. Miller, Attorney at Law
1801 California Street
#900
Denver , CO 80202-2658
Email: david.miller@qwest.com
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver , CO 80202
303-294-7002
Fax: 303-294-1192
Email: John_Carlson@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
Patricia S. Bellac Law Firm, LLC
4845 Pearl East Circle
#101
Boulder , CO 80301
303-442-5111
Fax: 303-581-9488
Email: psblawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: greisen@kinggreisen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
#2400
Denver , CO 80202
303-572-6531
Fax: 303-572-6540

**David H. Miller**
David H. Miller, Attorney at Law
1801 California Street
#900
Denver , CO 80202-2658
Email: david.miller@qwest.com
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
Office of the Federal Public Defender
633 Seventeenth Street
#1000
Denver , CO 80202
303-294-7002
Fax: 303-294-1192
Email: John_Carlson@fd.org
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
Patricia S. Bellac Law Firm, LLC
4845 Pearl East Circle
#101
Boulder , CO 80301
303-442-5111
Fax: 303-581-9488
Email: psblawfirm@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: greisen@kinggreisen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
Greenberg Traurig, LLP-Denver
1200 17th Street
The Tabor Center
#2400
Denver , CO 80202
303-572-6531
Fax: 303-572-6540

Email: carrollt@gtlaw.com
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: bmyhre@ir-law.com

**Edward T. Ramey**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: eramey@ir-law.com

**Jennifer Wardner Riddle**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: riddle@kinggreisen.com
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: lmarks@ir-law.com

**Plaintiff**

**David Bryan**                    represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

Email: carrollt@gtlaw.com
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: bmyhre@ir-law.com

**Edward T. Ramey**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: eramey@ir-law.com

**Jennifer Wardner Riddle**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: riddle@kinggreisen.com
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: lmarks@ir-law.com

**Plaintiff**

**David Bryan**                    represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

Email: carrollt@gtlaw.com
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: bmyhre@ir-law.com

**Edward T. Ramey**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: eramey@ir-law.com

**Jennifer Wardner Riddle**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: riddle@kinggreisen.com
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: lmarks@ir-law.com

**Plaintiff**

**David Bryan**                     represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

Email: carrollt@gtlaw.com
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: bmyhre@ir-law.com

**Edward T. Ramey**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: eramey@ir-law.com

**Jennifer Wardner Riddle**
King & Greisen, LLP
1670 York Street
Denver , CO 80206
303-298-9878
Fax: 303-298-9879
Email: riddle@kinggreisen.com
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
Isaacson Rosenbaum, P.C.
1001 17th Street
#1800
Denver , CO 80202
303-292-5656
Fax: 303-292-3152
Email: lmarks@ir-law.com

**Plaintiff**

**David Bryan**                    represented by **David Arthur Lane**
                                   (See above for address)
                                   *TERMINATED: 03/06/2000*
                                   *LEAD ATTORNEY*

                                   **David H. Miller**
                                   (See above for address)
                                   *TERMINATED: 10/25/2006*
                                   *LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**George Karl**                    represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**George Karl**                                  represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**George Karl**                    represented by    **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**George Karl**                        represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gilpin Eugene**                    represented by    **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gilpin Eugene**                    represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gilpin Eugene**                    represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gilpin Eugene**                    represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*

*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**John Armintrout**                    represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**John Armintrout**                          represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**John Armintrout**                          represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**John Armintrout**                    represented by   **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Kenneth Garcia**
*as representatives of themselves and all others similarly situated in this class action*

represented by  **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Kenneth Garcia**
*as representatives of themselves and all others similarly situated in this class action*

represented by **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Kenneth Garcia**
*as representatives of themselves and all others similarly situated in this class action*

represented by  **David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Kenneth Garcia**
*as representatives of themselves and all others similarly situated in this class action*

represented by

**David Arthur Lane**
(See above for address)
*TERMINATED: 03/06/2000*
*LEAD ATTORNEY*

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Richard K. Allen**                       represented by   **Paula Dee Greisen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Terrance David Carroll**
                                                            (See above for address)
                                                            *TERMINATED: 02/12/2008*
                                                            *LEAD ATTORNEY*

                                                            **Blain David Myhre**
                                                            (See above for address)

                                                            **Edward T. Ramey**
                                                            (See above for address)

                                                            **Jennifer Wardner Riddle**
                                                            (See above for address)

                                                            **Lara Elizabeth Marks**
                                                            (See above for address)

V.

**Consol Plaintiff**

**Jimmy R. Bulgier**                       represented by   **Jimmy R. Bulgier**
                                                            #902732
                                                            Texas Department of Criminal Justice -
                                                            Estelle Unit
                                                            264 FM 3478
                                                            Huntsville, TX 77320-3322
                                                            PRO SE

                                                            **David H. Miller**
                                                            (See above for address)
                                                            *TERMINATED: 10/25/2006*
                                                            *LEAD ATTORNEY*

                                                            **Patricia S. Bellac**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Paula Dee Greisen**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard K. Allen**                                  represented by   **Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

V.

**Consol Plaintiff**

**Jimmy R. Bulgier**                                 represented by   **Jimmy R. Bulgier**
#902732
Texas Department of Criminal Justice -
Estelle Unit
264 FM 3478
Huntsville, TX 77320-3322
PRO SE

**David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard K. Allen**                    represented by   **Paula Dee Greisen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Terrance David Carroll**
                                                          (See above for address)
                                                          *TERMINATED: 02/12/2008*
                                                          *LEAD ATTORNEY*

                                                          **Blain David Myhre**
                                                          (See above for address)

                                                          **Edward T. Ramey**
                                                          (See above for address)

                                                          **Jennifer Wardner Riddle**
                                                          (See above for address)

                                                          **Lara Elizabeth Marks**
                                                          (See above for address)

V.

**Consol Plaintiff**

**Jimmy R. Bulgier**                    represented by   **Jimmy R. Bulgier**
                                                          #902732
                                                          Texas Department of Criminal Justice -
                                                          Estelle Unit
                                                          264 FM 3478
                                                          Huntsville, TX 77320-3322
                                                          *PRO SE*

                                                          **David H. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 10/25/2006*
                                                          *LEAD ATTORNEY*

                                                          **Patricia S. Bellac**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Paula Dee Greisen**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard K. Allen**                          represented by   **Paula Dee Greisen**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Terrance David Carroll**
                                                              (See above for address)
                                                              *TERMINATED: 02/12/2008*
                                                              *LEAD ATTORNEY*

                                                              **Blain David Myhre**
                                                              (See above for address)

                                                              **Edward T. Ramey**
                                                              (See above for address)

                                                              **Jennifer Wardner Riddle**
                                                              (See above for address)

                                                              **Lara Elizabeth Marks**
                                                              (See above for address)

V.

**Consol Plaintiff**

**Jimmy R. Bulgier**                          represented by   **Jimmy R. Bulgier**
                                                              #902732
                                                              Texas Department of Criminal Justice -
                                                              Estelle Unit
                                                              264 FM 3478
                                                              Huntsville, TX 77320-3322
                                                              PRO SE

                                                              **David H. Miller**
                                                              (See above for address)
                                                              *TERMINATED: 10/25/2006*
                                                              *LEAD ATTORNEY*

                                                              **Patricia S. Bellac**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Paula Dee Greisen**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Roy Romer**
*Governor of Colorado*
*TERMINATED: 05/16/2003*

represented by **Diane Marie Dash**
Colorado Attorney General's Office-
Criminal Justice
1525 Sherman Street
5th Floor
Denver , CO 80203
303-866-5439
Fax: 866-858-7486
Email: diane.dash@state.co.us
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-3261
Fax: 303-866-5443
Email: beth.mccann@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-4307
Email: James.Quinn@state.co.us
*TERMINATED: 05/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5647
Fax: 303-866-5443
Email: jennifer.berman@state.co.us
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

V.

**Defendant**

**Roy Romer**
*Governor of Colorado*
*TERMINATED: 05/16/2003*

represented by **Diane Marie Dash**
Colorado Attorney General's Office-
Criminal Justice
1525 Sherman Street
5th Floor
Denver , CO 80203
303-866-5439
Fax: 866-858-7486
Email: diane.dash@state.co.us
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-3261
Fax: 303-866-5443
Email: beth.mccann@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-4307
Email: James.Quinn@state.co.us
*TERMINATED: 05/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5647
Fax: 303-866-5443
Email: jennifer.berman@state.co.us
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

V.

**Defendant**

**Roy Romer**
*Governor of Colorado*
*TERMINATED: 05/16/2003*

represented by **Diane Marie Dash**
Colorado Attorney General's Office-
Criminal Justice
1525 Sherman Street
5th Floor
Denver , CO 80203
303-866-5439
Fax: 866-858-7486
Email: diane.dash@state.co.us
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-3261
Fax: 303-866-5443
Email: beth.mccann@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-4307
Email: James.Quinn@state.co.us
*TERMINATED: 05/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5647
Fax: 303-866-5443
Email: jennifer.berman@state.co.us
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

V.

**Defendant**

**Roy Romer**
*Governor of Colorado*
*TERMINATED: 05/16/2003*

represented by **Diane Marie Dash**
Colorado Attorney General's Office-
Criminal Justice
1525 Sherman Street
5th Floor
Denver , CO 80203
303-866-5439
Fax: 866-858-7486
Email: diane.dash@state.co.us
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-3261
Fax: 303-866-5443
Email: beth.mccann@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-4307
Email: James.Quinn@state.co.us
*TERMINATED: 05/16/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5647
Fax: 303-866-5443
Email: jennifer.berman@state.co.us
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
Hall & Evans, LLC-Denver
1125 17th Street
#600
Denver , CO 80202
303-628-3300
Fax: 303-293-3238
Email: veigaj@hallevans.com
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
Hale Friesen, LLP
1660 Wynkoop Street
#900
Denver , CO 80202
720-904-6022
Fax: 720-904-6006
Email: westfallusdc@halefriesen.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-3359

**Jennifer L. Veiga**
Hall & Evans, LLC-Denver
1125 17th Street
#600
Denver , CO 80202
303-628-3300
Fax: 303-293-3238
Email: veigaj@hallevans.com
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
Hale Friesen, LLP
1660 Wynkoop Street
#900
Denver , CO 80202
720-904-6022
Fax: 720-904-6006
Email: westfallusdc@halefriesen.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-3359

**Jennifer L. Veiga**
Hall & Evans, LLC-Denver
1125 17th Street
#600
Denver , CO 80202
303-628-3300
Fax: 303-293-3238
Email: veigaj@hallevans.com
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
Hale Friesen, LLP
1660 Wynkoop Street
#900
Denver , CO 80202
720-904-6022
Fax: 720-904-6006
Email: westfallusdc@halefriesen.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-3359

**Jennifer L. Veiga**
Hall & Evans, LLC-Denver
1125 17th Street
#600
Denver , CO 80202
303-628-3300
Fax: 303-293-3238
Email: veigaj@hallevans.com
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
Hale Friesen, LLP
1660 Wynkoop Street
#900
Denver , CO 80202
720-904-6022
Fax: 720-904-6006
Email: westfallusdc@halefriesen.com
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
Attorney General's Office-CO Tort
Litigation
Tort Litigation Section
1525 Sherman Street, 5th Floor
DC Box 20
Denver , CO 80203
303-866-5241
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-3359

Fax: 303-866-5359
Email: berina.ibrisagic@state.co.us
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-4472
Fax: 303-866-5443
Email: jennifer.huss@state.co.us

**Scott Arthur Wilkonson**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-5790
Email: scott.wilkonson@state.co.us
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5495
Fax: 303-866-5443
Email: willow.arnold@state.co.us

**Defendant**

**Frank Gunter**                    represented by **Brooke H. Meyer**
*Former Executive Director of the*                  Colorado Attorney General's Office-
*Colorado Department of Corrections*                Department of Law
                                    1525 Sherman Street
                                    7th Floor
                                    Denver , CO 80203
                                    303-866-2258
                                    Fax: 303-866-5443
                                    Email: brooke.meyer@state.co.us
                                    *TERMINATED: 08/02/2006*
                                    *LEAD ATTORNEY*

**Celia Florry Randolph**
Davis Law Offices, PC-Denver
116 Inverness Drive East
#255
Englewood , CO 80112
303-866-4500
Fax: 303-866-5443

Fax: 303-866-5359
Email: berina.ibrisagic@state.co.us
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-4472
Fax: 303-866-5443
Email: jennifer.huss@state.co.us

**Scott Arthur Wilkonson**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-5790
Email: scott.wilkonson@state.co.us
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5495
Fax: 303-866-5443
Email: willow.arnold@state.co.us

**Defendant**

**Frank Gunter**                    represented by    **Brooke H. Meyer**
*Former Executive Director of the*                   Colorado Attorney General's Office-
*Colorado Department of Corrections*                 Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-2258
Fax: 303-866-5443
Email: brooke.meyer@state.co.us
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
Davis Law Offices, PC-Denver
116 Inverness Drive East
#255
Englewood , CO 80112
303-866-4500
Fax: 303-866-5443

Fax: 303-866-5359
Email: berina.ibrisagic@state.co.us
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-4472
Fax: 303-866-5443
Email: jennifer.huss@state.co.us

**Scott Arthur Wilkonson**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-5790
Email: scott.wilkonson@state.co.us
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5495
Fax: 303-866-5443
Email: willow.arnold@state.co.us

**Defendant**

**Frank Gunter**
*Former Executive Director of the*
*Colorado Department of Corrections*

represented by **Brooke H. Meyer**
Colorado Attorney General's Office-
Department of Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-2258
Fax: 303-866-5443
Email: brooke.meyer@state.co.us
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
Davis Law Offices, PC-Denver
116 Inverness Drive East
#255
Englewood , CO 80112
303-866-4500
Fax: 303-866-5443

Fax: 303-866-5359
Email: berina.ibrisagic@state.co.us
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-4472
Fax: 303-866-5443
Email: jennifer.huss@state.co.us

**Scott Arthur Wilkonson**
Colorado Attorney General's Office
1525 Sherman Street
Denver , CO 80203
303-866-5790
Email: scott.wilkonson@state.co.us
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
Colorado Attorney General's Office-
Employment Law
1525 Sherman Street
7th Floor
Denver , CO 80203
303-866-5495
Fax: 303-866-5443
Email: willow.arnold@state.co.us

**Defendant**

**Frank Gunter**                                   represented by   **Brooke H. Meyer**
*Former Executive Director of the*                                Colorado Attorney General's Office-
*Colorado Department of Corrections*                              Department of Law
                                                                  1525 Sherman Street
                                                                  7th Floor
                                                                  Denver , CO 80203
                                                                  303-866-2258
                                                                  Fax: 303-866-5443
                                                                  Email: brooke.meyer@state.co.us
                                                                  *TERMINATED: 08/02/2006*
                                                                  *LEAD ATTORNEY*

                                                                  **Celia Florry Randolph**
                                                                  Davis Law Offices, PC-Denver
                                                                  116 Inverness Drive East
                                                                  #255
                                                                  Englewood , CO 80112
                                                                  303-866-4500
                                                                  Fax: 303-866-5443

Email: celia.randolph@state.co.us
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
Perkins Coie LLP-Denver
1899 Wynkoop Street
#700
Denver , CO 80202-1043
303-291-2300
Fax: 303-291-2400
Email: jdance@perkinscoie.com
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
Colorado Attorney General's Office-
Litigation Section
1525 Sherman Street, 5th Floor
Denver , CO 80203

Email: celia.randolph@state.co.us
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
Perkins Coie LLP-Denver
1899 Wynkoop Street
#700
Denver , CO 80202-1043
303-291-2300
Fax: 303-291-2400
Email: jdance@perkinscoie.com
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
Colorado Attorney General's Office-
Litigation Section
1525 Sherman Street, 5th Floor
Denver , CO 80203

Email: celia.randolph@state.co.us
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
Perkins Coie LLP-Denver
1899 Wynkoop Street
#700
Denver , CO 80202-1043
303-291-2300
Fax: 303-291-2400
Email: jdance@perkinscoie.com
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
Colorado Attorney General's Office-
Litigation Section
1525 Sherman Street, 5th Floor
Denver , CO 80203

Email: celia.randolph@state.co.us
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
Perkins Coie LLP-Denver
1899 Wynkoop Street
#700
Denver , CO 80202-1043
303-291-2300
Fax: 303-291-2400
Email: jdance@perkinscoie.com
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
Colorado Attorney General's Office-
Litigation Section
1525 Sherman Street, 5th Floor
Denver , CO 80203

303-866-5165
Fax: 303-866-5443
Email: rob.huss@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ben Johnson**
*Former Warden of Colrado Territorial Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

303-866-5165
Fax: 303-866-5443
Email: rob.huss@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ben Johnson**
*Former Warden of Colrado Territorial Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

303-866-5165
Fax: 303-866-5443
Email: rob.huss@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ben Johnson**                    represented by  **Brooke H. Meyer**
*Former Warden of Colrado Territorial*              (See above for address)
*Correctional Facility*                             *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

                                                   **Celia Florry Randolph**
                                                   (See above for address)
                                                   *TERMINATED: 08/24/2007*
                                                   *LEAD ATTORNEY*

                                                   **Diane Marie Dash**
                                                   (See above for address)
                                                   *TERMINATED: 01/27/2000*
                                                   *LEAD ATTORNEY*

                                                   **Elizabeth H. McCann**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

303-866-5165
Fax: 303-866-5443
Email: rob.huss@state.co.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ben Johnson**
*Former Warden of Colrado Territorial Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**<u>Defendant</u>**

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Cheryl Smith**
*Medical Administrator at CTCF*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Smith**
*Medical Administrator at CTCF*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Smith**
*Medical Administrator at CTCF*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cheryl Smith**
*Medical Administrator at CTCF*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Stephen M. Miller
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

William J. Higgins
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

Berina Ibrisagic
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Dolores Montoya**                    represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                                 (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Dolores Montoya**                                    represented by **Elizabeth H. McCann**
*Medical Staff at CTCF*                                               (See above for address)
*TERMINATED: 07/22/1994*                                             *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

Stephen M. Miller
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

William J. Higgins
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

Berina Ibrisagic
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Dolores Montoya**                    represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                                 (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                        (See above for address)
                                                        *TERMINATED: 07/31/2006*
                                                        *LEAD ATTORNEY*

                                                        **Stephen M. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 08/16/1993*
                                                        *LEAD ATTORNEY*

                                                        **William J. Higgins**
                                                        (See above for address)
                                                        *TERMINATED: 01/27/2000*
                                                        *LEAD ATTORNEY*

Stephen M. Miller
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

William J. Higgins
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

Berina Ibrisagic
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Dolores Montoya**                    represented by   Elizabeth H. McCann
*Medical Staff at CTCF*                                  (See above for address)
*TERMINATED: 07/22/1994*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer Allison Berman
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

Stephen M. Miller
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

William J. Higgins
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lorraine Diaz**                    represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James Xavier Quinn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer Allison Berman**
                                                    (See above for address)
                                                    *TERMINATED: 07/31/2006*
                                                    *LEAD ATTORNEY*

                                                    **Stephen M. Miller**
                                                    (See above for address)
                                                    *TERMINATED: 08/16/1993*
                                                    *LEAD ATTORNEY*

                                                    **William J. Higgins**
                                                    (See above for address)
                                                    *TERMINATED: 01/27/2000*
                                                    *LEAD ATTORNEY*

                                                    **Berina Ibrisagic**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer Susan Huss**
                                                    (See above for address)

                                                    **Scott Arthur Wilkonson**
                                                    (See above for address)
                                                    *TERMINATED: 05/08/2007*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lorraine Diaz**                    represented by    **Elizabeth H. McCann**
*Medical Staff at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lorraine Diaz**
*Medical Staff at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

Berina Ibrisagic
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

## Defendant

Lorraine Diaz                                represented by   Elizabeth H. McCann
*Medical Staff at CTCF*                                       (See above for address)
*TERMINATED: 07/22/1994*                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

James Xavier Quinn
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Jennifer Allison Berman
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

Stephen M. Miller
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

William J. Higgins
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

Berina Ibrisagic
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**M. McDonough**                                      represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                               (See above for address)
*TERMINATED: 07/22/1994*                                              *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **James Xavier Quinn**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jennifer Allison Berman**
                                                                      (See above for address)
                                                                      *TERMINATED: 07/31/2006*
                                                                      *LEAD ATTORNEY*

                                                                      **Stephen M. Miller**
                                                                      (See above for address)
                                                                      *TERMINATED: 08/16/1993*
                                                                      *LEAD ATTORNEY*

                                                                      **William J. Higgins**
                                                                      (See above for address)
                                                                      *TERMINATED: 01/27/2000*
                                                                      *LEAD ATTORNEY*

                                                                      **Berina Ibrisagic**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jennifer Susan Huss**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Scott Arthur Wilkonson**
                                                                      (See above for address)
                                                                      *TERMINATED: 05/08/2007*

                                                                      **Willow Ivana Arnold**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Corley**                                        represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                               (See above for address)
*TERMINATED: 07/22/1994*                                              *LEAD ATTORNEY*

Willow Ivana Arnold
(See above for address)

**Defendant**

**M. McDonough**                    represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                             (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                     **Stephen M. Miller**
                                                     (See above for address)
                                                     *TERMINATED: 08/16/1993*
                                                     *LEAD ATTORNEY*

                                                     **William J. Higgins**
                                                     (See above for address)
                                                     *TERMINATED: 01/27/2000*
                                                     *LEAD ATTORNEY*

                                                     **Berina Ibrisagic**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Susan Huss**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Scott Arthur Wilkonson**
                                                     (See above for address)
                                                     *TERMINATED: 05/08/2007*

                                                     **Willow Ivana Arnold**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Corley**                        represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                             (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*

Willow Ivana Arnold
(See above for address)

**Defendant**

**M. McDonough**                          represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                    (See above for address)
*TERMINATED: 07/22/1994*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Xavier Quinn**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer Allison Berman**
                                                           (See above for address)
                                                           *TERMINATED: 07/31/2006*
                                                           *LEAD ATTORNEY*

                                                           **Stephen M. Miller**
                                                           (See above for address)
                                                           *TERMINATED: 08/16/1993*
                                                           *LEAD ATTORNEY*

                                                           **William J. Higgins**
                                                           (See above for address)
                                                           *TERMINATED: 01/27/2000*
                                                           *LEAD ATTORNEY*

                                                           **Berina Ibrisagic**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer Susan Huss**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Scott Arthur Wilkonson**
                                                           (See above for address)
                                                           *TERMINATED: 05/08/2007*

                                                           **Willow Ivana Arnold**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Corley**                             represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                    (See above for address)
*TERMINATED: 07/22/1994*                                   *LEAD ATTORNEY*

Willow Ivana Arnold
(See above for address)

**Defendant**

**M. McDonough**                    represented by  **Elizabeth H. McCann**
*Security Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                     **Stephen M. Miller**
                                                     (See above for address)
                                                     *TERMINATED: 08/16/1993*
                                                     *LEAD ATTORNEY*

                                                     **William J. Higgins**
                                                     (See above for address)
                                                     *TERMINATED: 01/27/2000*
                                                     *LEAD ATTORNEY*

                                                     **Berina Ibrisagic**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Susan Huss**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Scott Arthur Wilkonson**
                                                     (See above for address)
                                                     *TERMINATED: 05/08/2007*

                                                     **Willow Ivana Arnold**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**R. Corley**                       represented by  **Elizabeth H. McCann**
*Security Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Jerry Kimbrel**                     represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*

*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerry Kimbrel**                    represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*

*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerry Kimbrel**                     represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                               (See above for address)
*TERMINATED: 07/22/1994*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)
                                                       *TERMINATED: 07/31/2006*

*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerry Kimbrel**                    represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Jim Herzog**
*Security Staff at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Jim Herzog**                          represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                  (See above for address)
*TERMINATED: 07/22/1994*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Herzog**                          represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                 (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Herzog**                    represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                           (See above for address)
*TERMINATED: 07/22/1994*                           *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Xavier Quinn**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Jennifer Allison Berman**
                                                   (See above for address)
                                                   *TERMINATED: 07/31/2006*
                                                   *LEAD ATTORNEY*

                                                   **Stephen M. Miller**
                                                   (See above for address)
                                                   *TERMINATED: 08/16/1993*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerri Watson**                    represented by    **Elizabeth H. McCann**
*Medical Staff at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                              *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

LEAD ATTORNEY

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerri Watson**                          represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                                    (See above for address)
*TERMINATED: 07/22/1994*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerri Watson**                    represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                              (See above for address)
*TERMINATED: 07/22/1994*                            *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jerri Watson**          represented by   **Elizabeth H. McCann**
*Medical Staff at CTCF*                   (See above for address)
*TERMINATED: 07/22/1994*                  *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Toothaker**                 represented by   **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                  (See above for address)
*TERMINATED: 07/22/1994*                          *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **James Xavier Quinn**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jennifer Allison Berman**
                                                  (See above for address)
                                                  *TERMINATED: 07/31/2006*
                                                  *LEAD ATTORNEY*

                                                  **Stephen M. Miller**
                                                  (See above for address)
                                                  *TERMINATED: 08/16/1993*
                                                  *LEAD ATTORNEY*

                                                  **William J. Higgins**
                                                  (See above for address)
                                                  *TERMINATED: 01/27/2000*
                                                  *LEAD ATTORNEY*

                                                  **Berina Ibrisagic**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Jennifer Susan Huss**
                                                  (See above for address)

                                                  **Scott Arthur Wilkonson**
                                                  (See above for address)
                                                  *TERMINATED: 05/08/2007*

                                                  **Willow Ivana Arnold**
                                                  (See above for address)

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Toothaker**                    represented by    **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                       (See above for address)
*TERMINATED: 07/22/1994*                               *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

Jennifer Susan Huss
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Toothaker**                                    represented by    **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                                      (See above for address)
*TERMINATED: 07/22/1994*                                              *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Toothaker**                    represented by    **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                        (See above for address)
*TERMINATED: 07/22/1994*                                 *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

                                                         **Stephen M. Miller**
                                                         (See above for address)
                                                         *TERMINATED: 08/16/1993*
                                                         *LEAD ATTORNEY*

                                                         **William J. Higgins**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Berina Ibrisagic**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Susan Huss**
                                                         (See above for address)

                                                         **Scott Arthur Wilkonson**
                                                         (See above for address)
                                                         *TERMINATED: 05/08/2007*

                                                         **Willow Ivana Arnold**
                                                         (See above for address)

**Defendant**

**Larry Nutter**                          represented by   **Elizabeth H. McCann**
*Facility Case Manager at CTCF*                            (See above for address)
*TERMINATED: 07/22/1994*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Allison Berman**
                                                          (See above for address)
                                                          *TERMINATED: 07/31/2006*
                                                          *LEAD ATTORNEY*

                                                          **Stephen M. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 08/16/1993*
                                                          *LEAD ATTORNEY*

                                                          **William J. Higgins**
                                                          (See above for address)
                                                          *TERMINATED: 01/27/2000*
                                                          *LEAD ATTORNEY*

                                                          **Berina Ibrisagic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Susan Huss**
                                                          (See above for address)

                                                          **Scott Arthur Wilkonson**
                                                          (See above for address)
                                                          *TERMINATED: 05/08/2007*

                                                          **Willow Ivana Arnold**
                                                          (See above for address)

**Defendant**

**Lt. Wright**                            represented by   **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                          (See above for address)
*TERMINATED: 07/22/1994*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Defendant**

**Larry Nutter**                                represented by   **Elizabeth H. McCann**
*Facility Case Manager at CTCF*                                (See above for address)
*TERMINATED: 07/22/1994*                                      *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James Xavier Quinn**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer Allison Berman**
                                                              (See above for address)
                                                              *TERMINATED: 07/31/2006*
                                                              *LEAD ATTORNEY*

                                                              **Stephen M. Miller**
                                                              (See above for address)
                                                              *TERMINATED: 08/16/1993*
                                                              *LEAD ATTORNEY*

                                                              **William J. Higgins**
                                                              (See above for address)
                                                              *TERMINATED: 01/27/2000*
                                                              *LEAD ATTORNEY*

                                                              **Berina Ibrisagic**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jennifer Susan Huss**
                                                              (See above for address)

                                                              **Scott Arthur Wilkonson**
                                                              (See above for address)
                                                              *TERMINATED: 05/08/2007*

                                                              **Willow Ivana Arnold**
                                                              (See above for address)

**Defendant**

**Lt. Wright**                                  represented by   **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                             (See above for address)
*TERMINATED: 07/22/1994*                                      *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **James Xavier Quinn**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

**Defendant**

**Larry Nutter**
*Facility Case Manager at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Lt. Wright**
*Facility Security Staff at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Larry Nutter**                    represented by   **Elizabeth H. McCann**
*Facility Case Manager at CTCF*                      (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                     **Stephen M. Miller**
                                                     (See above for address)
                                                     *TERMINATED: 08/16/1993*
                                                     *LEAD ATTORNEY*

                                                     **William J. Higgins**
                                                     (See above for address)
                                                     *TERMINATED: 01/27/2000*
                                                     *LEAD ATTORNEY*

                                                     **Berina Ibrisagic**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Susan Huss**
                                                     (See above for address)

                                                     **Scott Arthur Wilkonson**
                                                     (See above for address)
                                                     *TERMINATED: 05/08/2007*

                                                     **Willow Ivana Arnold**
                                                     (See above for address)

**Defendant**

**Lt. Wright**                      represented by   **Elizabeth H. McCann**
*Facility Security Staff at CTCF*                    (See above for address)
*TERMINATED: 07/22/1994*                             *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Jim Pryor**                                  represented by  **Elizabeth H. McCann**
*Facility Case Manager at CTCF*                               (See above for address)
*TERMINATED: 07/22/1994*                                      *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Pryor**
*Facility Case Manager at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Jim Pryor**
*Facility Case Manager at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

ATTORNEY TO BE NOTICED

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Jim Pryor**
*Facility Case Manager at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Reed**
*Facility Supervisor at CTCF*
*TERMINATED: 07/22/1994*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Reed**                          represented by   **Elizabeth H. McCann**
*Facility Supervisor at CTCF*                           (See above for address)
*TERMINATED: 07/22/1994*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Reed**                                represented by   **Elizabeth H. McCann**
*Facility Supervisor at CTCF*                                 (See above for address)
*TERMINATED: 07/22/1994*                                     *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Reed**
*Facility Supervisor at CTCF*
*TERMINATED: 07/22/1994*

represented by

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

Jennifer Susan Huss
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Curtis Devin**                                        represented by  **Elizabeth H. McCann**
*Security Staff at CTCF*                                                 (See above for address)
*TERMINATED: 07/22/1994*                                                *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **James Xavier Quinn**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jennifer Allison Berman**
                                                                        (See above for address)
                                                                        *TERMINATED: 07/31/2006*
                                                                        *LEAD ATTORNEY*

                                                                        **Stephen M. Miller**
                                                                        (See above for address)
                                                                        *TERMINATED: 08/16/1993*
                                                                        *LEAD ATTORNEY*

                                                                        **William J. Higgins**
                                                                        (See above for address)
                                                                        *TERMINATED: 01/27/2000*
                                                                        *LEAD ATTORNEY*

                                                                        **Berina Ibrisagic**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Jennifer Susan Huss**
                                                                        (See above for address)

                                                                        **Scott Arthur Wilkonson**
                                                                        (See above for address)
                                                                        *TERMINATED: 05/08/2007*

                                                                        **Willow Ivana Arnold**
                                                                        (See above for address)

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Curtis Devin**                          represented by    **Elizabeth H. McCann**
*Security Staff at CTCF*                                    (See above for address)
*TERMINATED: 07/22/1994*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Xavier Quinn**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer Allison Berman**
                                                           (See above for address)
                                                           *TERMINATED: 07/31/2006*
                                                           *LEAD ATTORNEY*

                                                           **Stephen M. Miller**
                                                           (See above for address)
                                                           *TERMINATED: 08/16/1993*
                                                           *LEAD ATTORNEY*

                                                           **William J. Higgins**
                                                           (See above for address)
                                                           *TERMINATED: 01/27/2000*
                                                           *LEAD ATTORNEY*

                                                           **Berina Ibrisagic**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jennifer Susan Huss**
                                                           (See above for address)

                                                           **Scott Arthur Wilkonson**
                                                           (See above for address)
                                                           *TERMINATED: 05/08/2007*

                                                           **Willow Ivana Arnold**
                                                           (See above for address)

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Curtis Devin**                                    represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                             (See above for address)
*TERMINATED: 07/22/1994*                                            *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **James Xavier Quinn**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jennifer Allison Berman**
                                                                    (See above for address)
                                                                    *TERMINATED: 07/31/2006*
                                                                    *LEAD ATTORNEY*

                                                                    **Stephen M. Miller**
                                                                    (See above for address)
                                                                    *TERMINATED: 08/16/1993*
                                                                    *LEAD ATTORNEY*

                                                                    **William J. Higgins**
                                                                    (See above for address)
                                                                    *TERMINATED: 01/27/2000*
                                                                    *LEAD ATTORNEY*

                                                                    **Berina Ibrisagic**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Jennifer Susan Huss**
                                                                    (See above for address)

                                                                    **Scott Arthur Wilkonson**
                                                                    (See above for address)
                                                                    *TERMINATED: 05/08/2007*

                                                                    **Willow Ivana Arnold**
                                                                    (See above for address)

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Curtis Devin**                               represented by   **Elizabeth H. McCann**
*Security Staff at CTCF*                                        (See above for address)
*TERMINATED: 07/22/1994*                                       *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Xavier Quinn**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer Allison Berman**
                                                               (See above for address)
                                                               *TERMINATED: 07/31/2006*
                                                               *LEAD ATTORNEY*

                                                               **Stephen M. Miller**
                                                               (See above for address)
                                                               *TERMINATED: 08/16/1993*
                                                               *LEAD ATTORNEY*

                                                               **William J. Higgins**
                                                               (See above for address)
                                                               *TERMINATED: 01/27/2000*
                                                               *LEAD ATTORNEY*

                                                               **Berina Ibrisagic**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer Susan Huss**
                                                               (See above for address)

                                                               **Scott Arthur Wilkonson**
                                                               (See above for address)
                                                               *TERMINATED: 05/08/2007*

                                                               **Willow Ivana Arnold**
                                                               (See above for address)

**Defendant**

**Evelyn Fish**
*TERMINATED: 08/16/1993*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Elizabeth Gallegos**
*TERMINATED: 08/16/1993*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Evelyn Fish**                           represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Allison Berman**
                                                          (See above for address)
                                                          *TERMINATED: 07/31/2006*
                                                          *LEAD ATTORNEY*

                                                          **Stephen M. Miller**
                                                          (See above for address)
                                                          *TERMINATED: 08/16/1993*
                                                          *LEAD ATTORNEY*

                                                          **William J. Higgins**
                                                          (See above for address)
                                                          *TERMINATED: 01/27/2000*
                                                          *LEAD ATTORNEY*

                                                          **Berina Ibrisagic**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Susan Huss**
                                                          (See above for address)

                                                          **Scott Arthur Wilkonson**
                                                          (See above for address)
                                                          *TERMINATED: 05/08/2007*

                                                          **Willow Ivana Arnold**
                                                          (See above for address)

**Defendant**

**Elizabeth Gallegos**                    represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

**Defendant**

**Evelyn Fish**
*TERMINATED: 08/16/1993*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Elizabeth Gallegos**
*TERMINATED: 08/16/1993*

represented by **Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Evelyn Fish**                              represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*
                                                             *LEAD ATTORNEY*

                                                             **Stephen M. Miller**
                                                             (See above for address)
                                                             *TERMINATED: 08/16/1993*
                                                             *LEAD ATTORNEY*

                                                             **William J. Higgins**
                                                             (See above for address)
                                                             *TERMINATED: 01/27/2000*
                                                             *LEAD ATTORNEY*

                                                             **Berina Ibrisagic**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer Susan Huss**
                                                             (See above for address)

                                                             **Scott Arthur Wilkonson**
                                                             (See above for address)
                                                             *TERMINATED: 05/08/2007*

                                                             **Willow Ivana Arnold**
                                                             (See above for address)

**Defendant**

**Elizabeth Gallegos**                       represented by   **Elizabeth H. McCann**
*TERMINATED: 08/16/1993*                                      (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ari Zavaras**                            represented by   **Brooke H. Meyer**
*Executive Director of Colorado*                          (See above for address)
*Department of Corrections*                               *TERMINATED: 08/02/2006*
                                                          *LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Ari Zavaras**                          represented by    **Brooke H. Meyer**
*Executive Director of Colorado*                          (See above for address)
*Department of Corrections*                               *TERMINATED: 08/02/2006*
                                                          *LEAD ATTORNEY*

                                                          **Diane Marie Dash**
                                                          (See above for address)
                                                          *TERMINATED: 01/27/2000*
                                                          *LEAD ATTORNEY*

                                                          **Elizabeth H. McCann**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Ari Zavaras**                             represented by   **Brooke H. Meyer**
*Executive Director of Colorado*                            (See above for address)
*Department of Corrections*                                 *TERMINATED: 08/02/2006*
                                                            *LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>Defendant</u>

**Ari Zavaras**                    represented by   **Brooke H. Meyer**
*Executive Director of Colorado*                   (See above for address)
*Department of Corrections*                        *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>

**Bob Furlong**                    represented by **Brooke H. Meyer**
*Warden of Limon Correctional Facility*              (See above for address)
                                                    *TERMINATED: 08/02/2006*

ATTORNEY TO BE NOTICED

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Furlong**                          represented by   **Brooke H. Meyer**
*Warden of Limon Correctional Facility*                   (See above for address)
                                                          *TERMINATED: 08/02/2006*

*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Furlong**                             represented by   **Brooke H. Meyer**
*Warden of Limon Correctional Facility*                      (See above for address)
                                                            *TERMINATED: 08/02/2006*

ATTORNEY TO BE NOTICED

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Furlong**                          represented by  **Brooke H. Meyer**
*Warden of Limon Correctional Facility*                 (See above for address)
                                                        *TERMINATED: 08/02/2006*

*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*

*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*

*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*

*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Stephen M. Miller**
(See above for address)
*TERMINATED: 08/16/1993*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*

*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Department of Corrections**                represented by  **Brooke H. Meyer**
*Colorado*                                                   (See above for address)
                                                             *TERMINATED: 08/02/2006*
                                                             *LEAD ATTORNEY*

                                                             **Celia Florry Randolph**
                                                             (See above for address)
                                                             *TERMINATED: 08/24/2007*
                                                             *LEAD ATTORNEY*

                                                             **Diane Marie Dash**
                                                             (See above for address)
                                                             *TERMINATED: 01/27/2000*
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth H. McCann**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*
                                                             *LEAD ATTORNEY*

                                                             **Jennifer L. Veiga**
                                                             (See above for address)
                                                             *TERMINATED: 05/04/2009*

*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Department of Corrections**              represented by   **Brooke H. Meyer**
*Colorado*                                                  (See above for address)
                                                            *TERMINATED: 08/02/2006*
                                                            *LEAD ATTORNEY*

                                                            **Celia Florry Randolph**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2007*
                                                            *LEAD ATTORNEY*

                                                            **Diane Marie Dash**
                                                            (See above for address)
                                                            *TERMINATED: 01/27/2000*
                                                            *LEAD ATTORNEY*

                                                            **Elizabeth H. McCann**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James Xavier Quinn**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer Allison Berman**
                                                            (See above for address)
                                                            *TERMINATED: 07/31/2006*
                                                            *LEAD ATTORNEY*

                                                            **Jennifer L. Veiga**
                                                            (See above for address)
                                                            *TERMINATED: 05/04/2009*

*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Department of Corrections**                 represented by   **Brooke H. Meyer**
*Colorado*                                                    (See above for address)
                                                             *TERMINATED: 08/02/2006*
                                                             *LEAD ATTORNEY*

                                                             **Celia Florry Randolph**
                                                             (See above for address)
                                                             *TERMINATED: 08/24/2007*
                                                             *LEAD ATTORNEY*

                                                             **Diane Marie Dash**
                                                             (See above for address)
                                                             *TERMINATED: 01/27/2000*
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth H. McCann**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*
                                                             *LEAD ATTORNEY*

                                                             **Jennifer L. Veiga**
                                                             (See above for address)
                                                             *TERMINATED: 05/04/2009*

*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Department of Corrections**            represented by   **Brooke H. Meyer**
*Colorado*                                              (See above for address)
                                                        *TERMINATED: 08/02/2006*
                                                        *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Adam B. Wiens**
Lottner, Rubin, Fishman, Brown &
Saul, P.C.
633 17th Street
#2700
Denver , CO 80202-3635
303-292-1200
Fax: 303-292-1300
Email: awiens@lrflegal.com
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
Patterson, Nuss & Seymour, P.C.
5613 DTC Parkway
#400
Greenwood Village , CO 80111
303-741-4539
Fax: 303-741-5043
Email: aatkinson@pns-pc.com
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Adam B. Wiens**
Lottner, Rubin, Fishman, Brown &
Saul, P.C.
633 17th Street
#2700
Denver , CO 80202-3635
303-292-1200
Fax: 303-292-1300
Email: awiens@lrflegal.com
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
Patterson, Nuss & Seymour, P.C.
5613 DTC Parkway
#400
Greenwood Village , CO 80111
303-741-4539
Fax: 303-741-5043
Email: aatkinson@pns-pc.com
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Adam B. Wiens**
Lottner, Rubin, Fishman, Brown &
Saul, P.C.
633 17th Street
#2700
Denver , CO 80202-3635
303-292-1200
Fax: 303-292-1300
Email: awiens@lrflegal.com
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
Patterson, Nuss & Seymour, P.C.
5613 DTC Parkway
#400
Greenwood Village , CO 80111
303-741-4539
Fax: 303-741-5043
Email: aatkinson@pns-pc.com
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**

*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Adam B. Wiens**
Lottner, Rubin, Fishman, Brown &
Saul, P.C.
633 17th Street
#2700
Denver , CO 80202-3635
303-292-1200
Fax: 303-292-1300
Email: awiens@lrflegal.com
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
Patterson, Nuss & Seymour, P.C.
5613 DTC Parkway
#400
Greenwood Village , CO 80111
303-741-4539
Fax: 303-741-5043
Email: aatkinson@pns-pc.com
*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**

(See above for address)

**Defendant**

**Bill Price**
*Warden of the Arkansas Valley*
*Correctional Center*

represented by  **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)

(See above for address)

**Defendant**

**Bill Price**
*Warden of the Arkansas Valley
Correctional Center*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)

(See above for address)

**Defendant**

**Bill Price**
*Warden of the Arkansas Valley*
*Correctional Center*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)

(See above for address)

**Defendant**

**Bill Price**                                    represented by   **Brooke H. Meyer**
*Warden of the Arkansas Valley*                                   (See above for address)
*Correctional Center*                                            *TERMINATED: 08/02/2006*
                                                                *LEAD ATTORNEY*

                                                                **Celia Florry Randolph**
                                                                (See above for address)
                                                                *TERMINATED: 08/24/2007*
                                                                *LEAD ATTORNEY*

                                                                **Diane Marie Dash**
                                                                (See above for address)
                                                                *TERMINATED: 01/27/2000*
                                                                *LEAD ATTORNEY*

                                                                **Elizabeth H. McCann**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **James Xavier Quinn**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Jennifer Allison Berman**
                                                                (See above for address)
                                                                *TERMINATED: 07/31/2006*
                                                                *LEAD ATTORNEY*

                                                                **Jennifer L. Veiga**
                                                                (See above for address)
                                                                *TERMINATED: 05/04/2009*
                                                                *LEAD ATTORNEY*

                                                                **Jess Alexander Dance**
                                                                (See above for address)
                                                                *TERMINATED: 03/23/2009*
                                                                *LEAD ATTORNEY*

                                                                **Richard A. Westfall**
                                                                (See above for address)
                                                                *TERMINATED: 01/27/2000*
                                                                *LEAD ATTORNEY*

                                                                **Robert Charles Huss**
                                                                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**R. Mark McDuff**
*Warden of the Arrowhead Correctional
Center, the Four Mile Correctional
Facility, the Skyline Correctional
Center, and the Pre-Release
Correctional Center*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**R. Mark McDuff**                            represented by   **Brooke H. Meyer**
*Warden of the Arrowhead Correctional*                         (See above for address)
*Center, the Four Mile Correctional*                           *TERMINATED: 08/02/2006*
*Facility, the Skyline Correctional*                           *LEAD ATTORNEY*
*Center, and the Pre-Release*
*Correctional Center*                                          **Celia Florry Randolph**
                                                               (See above for address)
                                                               *TERMINATED: 08/24/2007*
                                                               *LEAD ATTORNEY*

                                                               **Diane Marie Dash**
                                                               (See above for address)
                                                               *TERMINATED: 01/27/2000*
                                                               *LEAD ATTORNEY*

                                                               **Elizabeth H. McCann**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Xavier Quinn**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer Allison Berman**
                                                               (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**R. Mark McDuff**
*Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center*

represented by

**Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

<u>**Defendant**</u>
**R. Mark McDuff**
*Warden of the Arrowhead Correctional*
*Center, the Four Mile Correctional*
*Facility, the Skyline Correctional*
*Center, and the Pre-Release*
*Correctional Center*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Gary Neet**                          represented by   **Brooke H. Meyer**
*Warden of the Buena Vista*                            (See above for address)
*Correctional Facility*                                *TERMINATED: 08/02/2006*
                                                       *LEAD ATTORNEY*

                                                       **Celia Florry Randolph**
                                                       (See above for address)

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Gary Neet**
*Warden of the Buena Vista*
*Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Gary Neet**                    represented by   **Brooke H. Meyer**
*Warden of the Buena Vista*                       (See above for address)
*Correctional Facility*                           *TERMINATED: 08/02/2006*
                                                  *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)

*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Gary Neet**                                    represented by   **Brooke H. Meyer**
*Warden of the Buena Vista*                                        (See above for address)
*Correctional Facility*                                            *TERMINATED: 08/02/2006*
                                                                  *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)

*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Warren Diesslin**                    represented by   **Brooke H. Meyer**
*Former Warden of the Buena Vista*                      (See above for address)
*Correctional Facility*                                 *TERMINATED: 08/02/2006*
                                                        *LEAD ATTORNEY*

                                                        **Celia Florry Randolph**
                                                        (See above for address)
                                                        *TERMINATED: 08/24/2007*
                                                        *LEAD ATTORNEY*

                                                        **Diane Marie Dash**
                                                        (See above for address)
                                                        *TERMINATED: 01/27/2000*
                                                        *LEAD ATTORNEY*

                                                        **Elizabeth H. McCann**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                        (See above for address)
                                                        *TERMINATED: 07/31/2006*
                                                        *LEAD ATTORNEY*

                                                        **Jennifer L. Veiga**
                                                        (See above for address)
                                                        *TERMINATED: 05/04/2009*
                                                        *LEAD ATTORNEY*

                                                        **Jess Alexander Dance**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Warren Diesslin**
*Former Warden of the Buena Vista
Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Warren Diesslin**                    represented by   **Brooke H. Meyer**
*Former Warden of the Buena Vista*                      (See above for address)
*Correctional Facility*                                 *TERMINATED: 08/02/2006*
                                                        *LEAD ATTORNEY*

                                                        **Celia Florry Randolph**
                                                        (See above for address)
                                                        *TERMINATED: 08/24/2007*
                                                        *LEAD ATTORNEY*

                                                        **Diane Marie Dash**
                                                        (See above for address)
                                                        *TERMINATED: 01/27/2000*
                                                        *LEAD ATTORNEY*

                                                        **Elizabeth H. McCann**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Xavier Quinn**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Allison Berman**
                                                        (See above for address)
                                                        *TERMINATED: 07/31/2006*
                                                        *LEAD ATTORNEY*

                                                        **Jennifer L. Veiga**
                                                        (See above for address)
                                                        *TERMINATED: 05/04/2009*
                                                        *LEAD ATTORNEY*

                                                        **Jess Alexander Dance**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Warren Diesslin**                     represented by   **Brooke H. Meyer**
*Former Warden of the Buena Vista*                        (See above for address)
*Correctional Facility*                                   *TERMINATED: 08/02/2006*
                                                          *LEAD ATTORNEY*

                                                         **Celia Florry Randolph**
                                                         (See above for address)
                                                         *TERMINATED: 08/24/2007*
                                                         *LEAD ATTORNEY*

                                                         **Diane Marie Dash**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Elizabeth H. McCann**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

                                                         **Jennifer L. Veiga**
                                                         (See above for address)
                                                         *TERMINATED: 05/04/2009*
                                                         *LEAD ATTORNEY*

                                                         **Jess Alexander Dance**
                                                         (See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Frank Miller**
*Warden of the Centennial Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

| | | |
|---|---|---|
| **Frank Miller**<br>*Warden of the Centennial Correctional*<br>*Facility* | represented by | **Brooke H. Meyer**<br>(See above for address)<br>*TERMINATED: 08/02/2006*<br>*LEAD ATTORNEY* |

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Frank Miller**                  represented by   **Brooke H. Meyer**
*Warden of the Centennial Correctional*           (See above for address)
*Facility*                                        *TERMINATED: 08/02/2006*
                                                  *LEAD ATTORNEY*

                                                  **Celia Florry Randolph**
                                                  (See above for address)
                                                  *TERMINATED: 08/24/2007*
                                                  *LEAD ATTORNEY*

                                                  **Diane Marie Dash**
                                                  (See above for address)
                                                  *TERMINATED: 01/27/2000*
                                                  *LEAD ATTORNEY*

                                                  **Elizabeth H. McCann**
                                                  (See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Frank Miller**                    represented by   **Brooke H. Meyer**
*Warden of the Centennial Correctional*              (See above for address)
*Facility*                                           *TERMINATED: 08/02/2006*
                                                     *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Donice Neal**                        represented by   **Brooke H. Meyer**
*Warden of the Colorado State*                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Donice Neal**                          represented by   **Brooke H. Meyer**
*Warden of the Colorado State*                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Donice Neal**                           represented by **Brooke H. Meyer**
*Warden of the Colorado State*                           (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Donice Neal**                          represented by   **Brooke H. Meyer**
*Warden of the Colorado State*                            (See above for address)

*Penitentiary*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

Penitentiary

TERMINATED: 08/02/2006
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*Penitentiary*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*Penitentiary*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Mark Williams**                         represented by    **Brooke H. Meyer**
*Warden of the Colorado Women's*                            (See above for address)
*Facility*                                                  *TERMINATED: 08/02/2006*
                                                            *LEAD ATTORNEY*

                                                            **Celia Florry Randolph**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2007*
                                                            *LEAD ATTORNEY*

                                                            **Diane Marie Dash**
                                                            (See above for address)
                                                            *TERMINATED: 01/27/2000*
                                                            *LEAD ATTORNEY*

                                                            **Elizabeth H. McCann**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James Xavier Quinn**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer Allison Berman**
                                                            (See above for address)
                                                            *TERMINATED: 07/31/2006*
                                                            *LEAD ATTORNEY*

                                                            **Jennifer L. Veiga**
                                                            (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark Williams**
*Warden of the Colorado Women's Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark Williams**                    represented by    **Brooke H. Meyer**
*Warden of the Colorado Women's*                       (See above for address)
*Facility*                                             *TERMINATED: 08/02/2006*
                                                       *LEAD ATTORNEY*

                                                       **Celia Florry Randolph**
                                                       (See above for address)
                                                       *TERMINATED: 08/24/2007*
                                                       *LEAD ATTORNEY*

                                                       **Diane Marie Dash**
                                                       (See above for address)
                                                       *TERMINATED: 01/27/2000*
                                                       *LEAD ATTORNEY*

                                                       **Elizabeth H. McCann**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)
                                                       *TERMINATED: 07/31/2006*
                                                       *LEAD ATTORNEY*

                                                       **Jennifer L. Veiga**
                                                       (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark Williams**                    represented by   **Brooke H. Meyer**
*Warden of the Colorado Women's*                     (See above for address)
*Facility*                                           *TERMINATED: 08/02/2006*
                                                     *LEAD ATTORNEY*

                                                     **Celia Florry Randolph**
                                                     (See above for address)
                                                     *TERMINATED: 08/24/2007*
                                                     *LEAD ATTORNEY*

                                                     **Diane Marie Dash**
                                                     (See above for address)
                                                     *TERMINATED: 01/27/2000*
                                                     *LEAD ATTORNEY*

                                                     **Elizabeth H. McCann**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jennifer Allison Berman**
                                                     (See above for address)
                                                     *TERMINATED: 07/31/2006*
                                                     *LEAD ATTORNEY*

                                                     **Jennifer L. Veiga**
                                                     (See above for address)

*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark McKinna**                    represented by   **Brooke H. Meyer**
*Warden of the Colorado Territorial*               (See above for address)
*Correctional Facility*                            *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)

*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark McKinna**                    represented by **Brooke H. Meyer**
*Warden of the Colorado Territorial*                (See above for address)
*Correctional Facility*                             *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                     **Celia Florry Randolph**
                                     (See above for address)
                                     *TERMINATED: 08/24/2007*
                                     *LEAD ATTORNEY*

                                     **Diane Marie Dash**
                                     (See above for address)

*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark McKinna**                        represented by   **Brooke H. Meyer**
*Warden of the Colorado Territorial*                     (See above for address)
*Correctional Facility*                                  *TERMINATED: 08/02/2006*
                                                         *LEAD ATTORNEY*

                                                         **Celia Florry Randolph**
                                                         (See above for address)
                                                         *TERMINATED: 08/24/2007*
                                                         *LEAD ATTORNEY*

                                                         **Diane Marie Dash**
                                                         (See above for address)

*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Mark McKinna**                    represented by  **Brooke H. Meyer**
*Warden of the Colorado Territorial*                (See above for address)
*Correctional Facility*                             *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                                    **Celia Florry Randolph**
                                                    (See above for address)
                                                    *TERMINATED: 08/24/2007*
                                                    *LEAD ATTORNEY*

                                                    **Diane Marie Dash**
                                                    (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

TERMINATED: 01/27/2000
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**J. Frank Rice**                    represented by **Brooke H. Meyer**
*Dr., Warden of the Denver Reception*                    (See above for address)
*and Diagnosic Center*                    *TERMINATED: 08/02/2006*
                    *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**J. Frank Rice**                          represented by   **Brooke H. Meyer**
*Dr., Warden of the Denver Reception*                       (See above for address)
*and Diagnosic Center*                                      *TERMINATED: 08/02/2006*
                                                            *LEAD ATTORNEY*

                                                            **Celia Florry Randolph**
                                                            (See above for address)
                                                            *TERMINATED: 08/24/2007*
                                                            *LEAD ATTORNEY*

                                                            **Diane Marie Dash**
                                                            (See above for address)
                                                            *TERMINATED: 01/27/2000*
                                                            *LEAD ATTORNEY*

                                                            **Elizabeth H. McCann**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **James Xavier Quinn**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jennifer Allison Berman**
                                                            (See above for address)
                                                            *TERMINATED: 07/31/2006*
                                                            *LEAD ATTORNEY*

                                                            **Jennifer L. Veiga**
                                                            (See above for address)
                                                            *TERMINATED: 05/04/2009*
                                                            *LEAD ATTORNEY*

                                                            **Jess Alexander Dance**
                                                            (See above for address)
                                                            *TERMINATED: 03/23/2009*
                                                            *LEAD ATTORNEY*

                                                            **Richard A. Westfall**
                                                            (See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**J. Frank Rice**                                    represented by   **Brooke H. Meyer**
*Dr., Warden of the Denver Reception*                              (See above for address)
*and Diagnosic Center*                                             *TERMINATED: 08/02/2006*
                                                                   *LEAD ATTORNEY*

                                                                   **Celia Florry Randolph**
                                                                   (See above for address)
                                                                   *TERMINATED: 08/24/2007*
                                                                   *LEAD ATTORNEY*

                                                                   **Diane Marie Dash**
                                                                   (See above for address)
                                                                   *TERMINATED: 01/27/2000*
                                                                   *LEAD ATTORNEY*

                                                                   **Elizabeth H. McCann**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **James Xavier Quinn**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jennifer Allison Berman**
                                                                   (See above for address)
                                                                   *TERMINATED: 07/31/2006*
                                                                   *LEAD ATTORNEY*

                                                                   **Jennifer L. Veiga**
                                                                   (See above for address)
                                                                   *TERMINATED: 05/04/2009*
                                                                   *LEAD ATTORNEY*

                                                                   **Jess Alexander Dance**
                                                                   (See above for address)
                                                                   *TERMINATED: 03/23/2009*
                                                                   *LEAD ATTORNEY*

                                                                   **Richard A. Westfall**
                                                                   (See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**J. Frank Rice**                              represented by   **Brooke H. Meyer**
*Dr., Warden of the Denver Reception*                          (See above for address)
*and Diagnosic Center*                                         *TERMINATED: 08/02/2006*
                                                               *LEAD ATTORNEY*

                                                               **Celia Florry Randolph**
                                                               (See above for address)
                                                               *TERMINATED: 08/24/2007*
                                                               *LEAD ATTORNEY*

                                                               **Diane Marie Dash**
                                                               (See above for address)
                                                               *TERMINATED: 01/27/2000*
                                                               *LEAD ATTORNEY*

                                                               **Elizabeth H. McCann**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **James Xavier Quinn**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jennifer Allison Berman**
                                                               (See above for address)
                                                               *TERMINATED: 07/31/2006*
                                                               *LEAD ATTORNEY*

                                                               **Jennifer L. Veiga**
                                                               (See above for address)
                                                               *TERMINATED: 05/04/2009*
                                                               *LEAD ATTORNEY*

                                                               **Jess Alexander Dance**
                                                               (See above for address)
                                                               *TERMINATED: 03/23/2009*
                                                               *LEAD ATTORNEY*

                                                               **Richard A. Westfall**
                                                               (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Larry Embry**                represented by    **Brooke H. Meyer**
*Warden of the Fremont Correctional*             (See above for address)
*Facility*                                       *TERMINATED: 08/02/2006*
                                                 *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

TERMINATED: 01/27/2000
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Larry Embry**                            represented by   **Brooke H. Meyer**
*Warden of the Fremont Correctional*                       (See above for address)
*Facility*                                                 *TERMINATED: 08/02/2006*
                                                           *LEAD ATTORNEY*

                                                           **Celia Florry Randolph**
                                                           (See above for address)
                                                           *TERMINATED: 08/24/2007*
                                                           *LEAD ATTORNEY*

                                                           **Diane Marie Dash**
                                                           (See above for address)
                                                           *TERMINATED: 01/27/2000*
                                                           *LEAD ATTORNEY*

                                                           **Elizabeth H. McCann**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James Xavier Quinn**
                                                           (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Larry Embry**                    represented by   **Brooke H. Meyer**
*Warden of the Fremont Correctional*                (See above for address)
*Facility*                                          *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                                    **Celia Florry Randolph**
                                                    (See above for address)
                                                    *TERMINATED: 08/24/2007*
                                                    *LEAD ATTORNEY*

                                                    **Diane Marie Dash**
                                                    (See above for address)
                                                    *TERMINATED: 01/27/2000*
                                                    *LEAD ATTORNEY*

                                                    **Elizabeth H. McCann**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James Xavier Quinn**
                                                    (See above for address)

TERMINATED: 01/27/2000
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Larry Embry**                    represented by   **Brooke H. Meyer**
*Warden of the Fremont Correctional*                (See above for address)
*Facility*                                          *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                                    **Celia Florry Randolph**
                                                    (See above for address)
                                                    *TERMINATED: 08/24/2007*
                                                    *LEAD ATTORNEY*

                                                    **Diane Marie Dash**
                                                    (See above for address)
                                                    *TERMINATED: 01/27/2000*
                                                    *LEAD ATTORNEY*

                                                    **Elizabeth H. McCann**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James Xavier Quinn**
                                                    (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Tom Cooper**                         represented by   **Brooke H. Meyer**
*Former Warden of the Fremont*                         (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Tom Cooper**                           represented by   **Brooke H. Meyer**
*Former Warden of the Fremont*                            (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Tom Cooper**                          represented by   **Brooke H. Meyer**
*Former Warden of the Fremont*                          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Tom Cooper**                           represented by   **Brooke H. Meyer**
*Former Warden of the Fremont*                            (See above for address)

*Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**                          represented by   **Brooke H. Meyer**
*Warden of the Rifle Correctional*                       (See above for address)
*Facility*                                               *TERMINATED: 08/02/2006*
                                                         *LEAD ATTORNEY*

                                                         **Celia Florry Randolph**
                                                         (See above for address)
                                                         *TERMINATED: 08/24/2007*
                                                         *LEAD ATTORNEY*

                                                         **Diane Marie Dash**
                                                         (See above for address)
                                                         *TERMINATED: 01/27/2000*
                                                         *LEAD ATTORNEY*

                                                         **Elizabeth H. McCann**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jennifer Allison Berman**
                                                         (See above for address)
                                                         *TERMINATED: 07/31/2006*
                                                         *LEAD ATTORNEY*

                                                         **Jennifer L. Veiga**
                                                         (See above for address)
                                                         *TERMINATED: 05/04/2009*
                                                         *LEAD ATTORNEY*

                                                         **Jess Alexander Dance**
                                                         (See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**                        represented by   **Brooke H. Meyer**
*Warden of the Rifle Correctional*                     (See above for address)
*Facility*                                             *TERMINATED: 08/02/2006*
                                                       *LEAD ATTORNEY*

                                                       **Celia Florry Randolph**
                                                       (See above for address)
                                                       *TERMINATED: 08/24/2007*
                                                       *LEAD ATTORNEY*

                                                       **Diane Marie Dash**
                                                       (See above for address)
                                                       *TERMINATED: 01/27/2000*
                                                       *LEAD ATTORNEY*

                                                       **Elizabeth H. McCann**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James Xavier Quinn**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jennifer Allison Berman**
                                                       (See above for address)
                                                       *TERMINATED: 07/31/2006*
                                                       *LEAD ATTORNEY*

                                                       **Jennifer L. Veiga**
                                                       (See above for address)
                                                       *TERMINATED: 05/04/2009*
                                                       *LEAD ATTORNEY*

                                                       **Jess Alexander Dance**
                                                       (See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**
*Warden of the Rifle Correctional
Facility*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Boggs**
*Warden of the Rifle Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                                   represented by   **Brooke H. Meyer**
*Warden of the Pueblo Minimum Center*                              (See above for address)
                                                                  *TERMINATED: 08/02/2006*
                                                                  *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                                      represented by   **Brooke H. Meyer**
*Warden of the Pueblo Minimum Center*                                (See above for address)
                                                                     *TERMINATED: 08/02/2006*
                                                                     *LEAD ATTORNEY*

                                                                     **Celia Florry Randolph**
                                                                     (See above for address)
                                                                     *TERMINATED: 08/24/2007*
                                                                     *LEAD ATTORNEY*

                                                                     **Diane Marie Dash**
                                                                     (See above for address)
                                                                     *TERMINATED: 01/27/2000*
                                                                     *LEAD ATTORNEY*

                                                                     **Elizabeth H. McCann**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **James Xavier Quinn**
                                                                     (See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                                represented by    **Brooke H. Meyer**
*Warden of the Pueblo Minimum Center*                           (See above for address)
                                                                *TERMINATED: 08/02/2006*
                                                                *LEAD ATTORNEY*

                                                                **Celia Florry Randolph**
                                                                (See above for address)
                                                                *TERMINATED: 08/24/2007*
                                                                *LEAD ATTORNEY*

                                                                **Diane Marie Dash**
                                                                (See above for address)
                                                                *TERMINATED: 01/27/2000*
                                                                *LEAD ATTORNEY*

                                                                **Elizabeth H. McCann**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **James Xavier Quinn**
                                                                (See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Bill Bokros**                    represented by   **Brooke H. Meyer**
*Warden of the Pueblo Minimum Center*              (See above for address)
                                                    *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**David Holt**                                    represented by   **Brooke H. Meyer**
*Medical Administrator at the*                                    (See above for address)
*Arrowhead Correctional Facility, the*                            *TERMINATED: 08/02/2006*
*Centennial Correctional Facility, the*                           *LEAD ATTORNEY*
*Colorado State Penitentiary, the*
*Fremont Correctional Facility, and the*                          **Diane Marie Dash**
*Skyline Correctional Facility*                                   (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**David Holt**
*Medical Administrator at the*
*Arrowhead Correctional Facility, the*
*Centennial Correctional Facility, the*
*Colorado State Penitentiary, the*
*Fremont Correctional Facility, and the*
*Skyline Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**David Holt**                                                  represented by   **Brooke H. Meyer**
*Medical Administrator at the*                                                   (See above for address)
*Arrowhead Correctional Facility, the*                                           *TERMINATED: 08/02/2006*
*Centennial Correctional Facility, the*                                          *LEAD ATTORNEY*
*Colorado State Penitentiary, the*
*Fremont Correctional Facility, and the*                                         **Diane Marie Dash**
*Skyline Correctional Facility*                                                  (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility, the
Centennial Correctional Facility, the
Colorado State Penitentiary, the
Fremont Correctional Facility, and the
Skyline Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Jean Moltz**                                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                              (See above for address)
*Vista Correctional Facility and the*                            *TERMINATED: 08/02/2006*
*Rifle Correctional Facility*                                    *LEAD ATTORNEY*

                                                                 **Celia Florry Randolph**
                                                                 (See above for address)
                                                                 *TERMINATED: 08/24/2007*
                                                                 *LEAD ATTORNEY*

                                                                 **Diane Marie Dash**
                                                                 (See above for address)
                                                                 *TERMINATED: 01/27/2000*
                                                                 *LEAD ATTORNEY*

                                                                 **Elizabeth H. McCann**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James Xavier Quinn**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jennifer Allison Berman**
                                                                 (See above for address)
                                                                 *TERMINATED: 07/31/2006*
                                                                 *LEAD ATTORNEY*

                                                                 **Jennifer L. Veiga**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/04/2009*
                                                                 *LEAD ATTORNEY*

                                                                 **Jess Alexander Dance**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/23/2009*
                                                                 *LEAD ATTORNEY*

                                                                 **Richard A. Westfall**
                                                                 (See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Jean Moltz**                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                (See above for address)
*Vista Correctional Facility and the*               *TERMINATED: 08/02/2006*
*Rifle Correctional Facility*                        *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Jean Moltz**                                   represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                              (See above for address)
*Vista Correctional Facility and the*                            *TERMINATED: 08/02/2006*
*Rifle Correctional Facility*                                    *LEAD ATTORNEY*

                                                                 **Celia Florry Randolph**
                                                                 (See above for address)
                                                                 *TERMINATED: 08/24/2007*
                                                                 *LEAD ATTORNEY*

                                                                 **Diane Marie Dash**
                                                                 (See above for address)
                                                                 *TERMINATED: 01/27/2000*
                                                                 *LEAD ATTORNEY*

                                                                 **Elizabeth H. McCann**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **James Xavier Quinn**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jennifer Allison Berman**
                                                                 (See above for address)
                                                                 *TERMINATED: 07/31/2006*
                                                                 *LEAD ATTORNEY*

                                                                 **Jennifer L. Veiga**
                                                                 (See above for address)
                                                                 *TERMINATED: 05/04/2009*
                                                                 *LEAD ATTORNEY*

                                                                 **Jess Alexander Dance**
                                                                 (See above for address)
                                                                 *TERMINATED: 03/23/2009*
                                                                 *LEAD ATTORNEY*

                                                                 **Richard A. Westfall**
                                                                 (See above for address)

Scott Arthur Wilkonson
(See above for address)
*TERMINATED: 05/08/2007*

Willow Ivana Arnold
(See above for address)

**Defendant**

**Jean Moltz**                                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                               (See above for address)
*Vista Correctional Facility and the*                             *TERMINATED: 08/02/2006*
*Rifle Correctional Facility*                                     *LEAD ATTORNEY*

                                                                  **Celia Florry Randolph**
                                                                  (See above for address)
                                                                  *TERMINATED: 08/24/2007*
                                                                  *LEAD ATTORNEY*

                                                                  **Diane Marie Dash**
                                                                  (See above for address)
                                                                  *TERMINATED: 01/27/2000*
                                                                  *LEAD ATTORNEY*

                                                                  **Elizabeth H. McCann**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **James Xavier Quinn**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jennifer Allison Berman**
                                                                  (See above for address)
                                                                  *TERMINATED: 07/31/2006*
                                                                  *LEAD ATTORNEY*

                                                                  **Jennifer L. Veiga**
                                                                  (See above for address)
                                                                  *TERMINATED: 05/04/2009*
                                                                  *LEAD ATTORNEY*

                                                                  **Jess Alexander Dance**
                                                                  (See above for address)
                                                                  *TERMINATED: 03/23/2009*
                                                                  *LEAD ATTORNEY*

                                                                  **Richard A. Westfall**
                                                                  (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ron Johnson**                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*              (See above for address)
*Reception and Diagnostic Center*                  *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

                                                   **Celia Florry Randolph**
                                                   (See above for address)
                                                   *TERMINATED: 08/24/2007*
                                                   *LEAD ATTORNEY*

                                                   **Diane Marie Dash**
                                                   (See above for address)
                                                   *TERMINATED: 01/27/2000*
                                                   *LEAD ATTORNEY*

                                                   **Elizabeth H. McCann**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **James Xavier Quinn**
                                                   (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ron Johnson**
*Medical Administrator at the Denver
Reception and Diagnostic Center*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ron Johnson**                              represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*                         (See above for address)
*Reception and Diagnostic Center*                             *TERMINATED: 08/02/2006*
                                                              *LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Ron Johnson**
*Medical Administrator at the Denver*
*Reception and Diagnostic Center*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

| **Don Lawson** | represented by | **Brooke H. Meyer** |
| *Clinical Administration Director at the* | | (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Don Lawson**                          represented by   **Brooke H. Meyer**
*Clinical Administration Director at the*                (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Don Lawson**                    represented by   **Brooke H. Meyer**
*Clinical Administration Director at the*          (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Don Lawson**                          represented by   **Brooke H. Meyer**
*Clinical Administration Director at the*                (See above for address)

*Limon Correctional Facility and the*
*Arkansas Valley Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*Limon Correctional Facility and the*
*Arkansas Valley Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*Limon Correctional Facility and the*
*Arkansas Valley Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*Limon Correctional Facility and the*
*Arkansas Valley Correctional Facility*

*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Bob Moore**
*who supervises the medical department
at the Pueblo Minimum Center, and
JOHN DOE(S), current and former
Wardens of any correctional facility
maintained, operated or controlled by
the Colorado Department of
Corrections, and JOHN ROE(S),*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Bob Moore**                               represented by   **Brooke H. Meyer**
*who supervises the medical department*                      (See above for address)
*at the Pueblo Minimum Center, and*                          *TERMINATED: 08/02/2006*
*JOHN DOE(S), current and former*                            *LEAD ATTORNEY*
*Wardens of any correctional facility*
*maintained, operated or controlled by*                      **Diane Marie Dash**
*the Colorado Department of*                                 (See above for address)
*Corrections, and JOHN ROE(S),*                              *TERMINATED: 01/27/2000*
                                                             *LEAD ATTORNEY*

                                                             **Elizabeth H. McCann**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*
                                                             *LEAD ATTORNEY*

                                                             **Jennifer L. Veiga**
                                                             (See above for address)
                                                             *TERMINATED: 05/04/2009*
                                                             *LEAD ATTORNEY*

                                                             **Jess Alexander Dance**
                                                             (See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

## Defendant

**Bob Moore**
*who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), current and former Wardens of any correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN ROE(S),*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bob Moore**
*who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), current and former Wardens of any correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN ROE(S),*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Diane Marie Dash**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**
*Warden of the Limon Correctional
Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                          represented by **Brooke H. Meyer**
*Warden of the Limon Correctional*       (See above for address)
*Facility*                               *TERMINATED: 08/02/2006*
                                         *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**                    represented by   **Brooke H. Meyer**
*Warden of the Limon Correctional*                  (See above for address)
*Facility*                                          *TERMINATED: 08/02/2006*
                                                    *LEAD ATTORNEY*

                                                    **Jennifer Allison Berman**
                                                    (See above for address)
                                                    *TERMINATED: 07/31/2006*
                                                    *LEAD ATTORNEY*

                                                    **Jennifer L. Veiga**
                                                    (See above for address)
                                                    *TERMINATED: 05/04/2009*
                                                    *LEAD ATTORNEY*

                                                    **Jess Alexander Dance**
                                                    (See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Richard A. Westfall**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Bill Bokros**
*Warden of the Limon Correctional
Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility,
Centennial Correctional Facility,
Colorado State Penitentiary, Fremont
Correctional Facility and Skyline
Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility,
Centennial Correctional Facility,
Colorado State Penitentiary, Fremont
Correctional Facility and Skyline
Correctional Facility*

represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility,
Centennial Correctional Facility,
Colorado State Penitentiary, Fremont
Correctional Facility and Skyline
Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Holt**
*Medical Administrator at the
Arrowhead Correctional Facility,
Centennial Correctional Facility,
Colorado State Penitentiary, Fremont
Correctional Facility and Skyline
Correctional Facility*

represented by  **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Celia Florry Randolph**
(See above for address)
*TERMINATED: 08/24/2007*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Moltz**
*Medical Administrator at the Buena*
*Vista Correctional Facility and Rifle*
*Correctional Facility*

represented by **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Moltz**                                   represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                             (See above for address)
*Vista Correctional Facility and Rifle*                          *TERMINATED: 08/02/2006*
*Correctional Facility*                                          *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Moltz**                          represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                     (See above for address)
*Vista Correctional Facility and Rifle*                  *TERMINATED: 08/02/2006*
*Correctional Facility*                                  *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Moltz**                                   represented by   **Brooke H. Meyer**
*Medical Administrator at the Buena*                             (See above for address)
*Vista Correctional Facility and Rifle*                          *TERMINATED: 08/02/2006*
*Correctional Facility*                                          *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**

(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                              represented by    **Brooke H. Meyer**
*Medical Administrator at the Denver*                         (See above for address)
*Reception and Diagnostic Center*                            *TERMINATED: 08/02/2006*
                                                              *LEAD ATTORNEY*

                                                             **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*

(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                           represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*                      (See above for address)
*Reception and Diagnostic Center*                          *TERMINATED: 08/02/2006*
                                                           *LEAD ATTORNEY*

                                                           **Jennifer Allison Berman**
                                                           (See above for address)
                                                           *TERMINATED: 07/31/2006*

(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                          represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*                     (See above for address)
*Reception and Diagnostic Center*                         *TERMINATED: 08/02/2006*
                                                          *LEAD ATTORNEY*

                                                          **Jennifer Allison Berman**
                                                          (See above for address)
                                                          *TERMINATED: 07/31/2006*

(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Johnson**                    represented by   **Brooke H. Meyer**
*Medical Administrator at the Denver*              (See above for address)
*Reception and Diagnostic Center*                 *TERMINATED: 08/02/2006*
                                                   *LEAD ATTORNEY*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*

*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Don Lawson** | represented by | **Brooke H. Meyer** |
| *Clinical Administration Director at the* | | (See above for address) |
| *Limon Correctional Facility and the* | | *TERMINATED: 08/02/2006* |
| *Arkansas Valley Correctional Facility* | | *LEAD ATTORNEY* |

*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Don Lawson**                    represented by   **Brooke H. Meyer**
*Clinical Administration Director at the*          (See above for address)
*Limon Correctional Facility and the*              *TERMINATED: 08/02/2006*
*Arkansas Valley Correctional Facility*            *LEAD ATTORNEY*

*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Don Lawson**<br>*Clinical Administration Director at the*<br>*Limon Correctional Facility and the*<br>*Arkansas Valley Correctional Facility* | represented by | **Brooke H. Meyer**<br>(See above for address)<br>*TERMINATED: 08/02/2006*<br>*LEAD ATTORNEY* |

*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Don Lawson**<br>*Clinical Administration Director at the*<br>*Limon Correctional Facility and the*<br>*Arkansas Valley Correctional Facility* | represented by | **Brooke H. Meyer**<br>(See above for address)<br>*TERMINATED: 08/02/2006*<br>*LEAD ATTORNEY* |

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald G. Pierce**                    represented by  **Robert Charles Huss**
                                                        (See above for address)

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald G. Pierce**                     represented by **Robert Charles Huss**
(See above for address)

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald G. Pierce**                   represented by   **Robert Charles Huss**
(See above for address)

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jennifer L. Veiga**
(See above for address)
*TERMINATED: 05/04/2009*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Higgins**
(See above for address)
*TERMINATED: 01/27/2000*
*LEAD ATTORNEY*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ronald G. Pierce**                    represented by **Robert Charles Huss**
                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Randy Kailey**                            represented by   **Randy Kailey**
                                                             #50247
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

                                                             **Berina Ibrisagic**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Colorado Territorial Correctional**        represented by   **Jess Alexander Dance**
**Facility**                                                 (See above for address)
                                                             *TERMINATED: 03/23/2009*
                                                             *LEAD ATTORNEY*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Brad Rockwill**                           represented by   **Jess Alexander Dance**
                                                             (See above for address)
                                                             *TERMINATED: 03/23/2009*
                                                             *LEAD ATTORNEY*

                                                             **James Xavier Quinn**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Randy Kailey**                    represented by   **Randy Kailey**
                                                     #50247
                                                     Colorado Territorial Correctional
                                                     Facility (CTCF)
                                                     P.O. Box 1010
                                                     Canon City, CO 81215-1010
                                                     PRO SE

                                                     **Berina Ibrisagic**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Colorado Territorial Correctional**   represented by   **Jess Alexander Dance**
**Facility**                                             (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Brad Rockwill**                    represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Randy Kailey**                              represented by   **Randy Kailey**
                                                                #50247
                                                                Colorado Territorial Correctional
                                                                Facility (CTCF)
                                                                P.O. Box 1010
                                                                Canon City, CO 81215-1010
                                                                PRO SE

                                                                **Berina Ibrisagic**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Colorado Territorial Correctional**          represented by   **Jess Alexander Dance**
**Facility**                                                    (See above for address)
                                                                *TERMINATED: 03/23/2009*
                                                                *LEAD ATTORNEY*

                                                                **James Xavier Quinn**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Brad Rockwill**                              represented by   **Jess Alexander Dance**
                                                                (See above for address)
                                                                *TERMINATED: 03/23/2009*
                                                                *LEAD ATTORNEY*

                                                                **James Xavier Quinn**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**Willow Ivana Arnold**
(See above for address)

**Defendant**

**Randy Kailey**                          represented by   **Randy Kailey**
                                                           #50247
                                                           Colorado Territorial Correctional
                                                           Facility (CTCF)
                                                           P.O. Box 1010
                                                           Canon City, CO 81215-1010
                                                           PRO SE

                                                           **Berina Ibrisagic**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Colorado Territorial Correctional**     represented by   **Jess Alexander Dance**
**Facility**                                               (See above for address)
                                                           *TERMINATED: 03/23/2009*
                                                           *LEAD ATTORNEY*

                                                           **James Xavier Quinn**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Brad Rockwill**                         represented by   **Jess Alexander Dance**
                                                           (See above for address)
                                                           *TERMINATED: 03/23/2009*
                                                           *LEAD ATTORNEY*

                                                           **James Xavier Quinn**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Annette Porter**                          represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Consol Defendant**

**Denver Reception & Diagnostic Center**   represented by   **Jess Alexander Dance**
*Sgt.*
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Colorado Department of Corrections**     represented by   **Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Adam B. Wiens**
(See above for address)
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Annette Porter**                          represented by   **Jess Alexander Dance**
                                                             (See above for address)
                                                             *TERMINATED: 03/23/2009*
                                                             *LEAD ATTORNEY*

                                                             **James Xavier Quinn**
                                                             (See above for address)

**Consol Defendant**

**Denver Reception & Diagnostic**           represented by   **Jess Alexander Dance**
**Center**                                                   (See above for address)
*Sgt.*                                                       *TERMINATED: 03/23/2009*
                                                             *LEAD ATTORNEY*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Colorado Department of Corrections**      represented by   **Jennifer Allison Berman**
                                                             (See above for address)
                                                             *TERMINATED: 07/31/2006*
                                                             *LEAD ATTORNEY*

                                                             **Jess Alexander Dance**
                                                             (See above for address)
                                                             *TERMINATED: 03/23/2009*
                                                             *LEAD ATTORNEY*

                                                             **Adam B. Wiens**
                                                             (See above for address)
                                                             *TERMINATED: 04/06/2006*

                                                             **Berina Ibrisagic**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth H. McCann**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **James Xavier Quinn**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Robert Charles Huss**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Annette Porter**                          represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Consol Defendant**

**Denver Reception & Diagnostic**           represented by   **Jess Alexander Dance**
**Center**                                                  (See above for address)
*Sgt.*                                                      *TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Colorado Department of Corrections**      represented by   **Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Adam B. Wiens**
(See above for address)
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Annette Porter**                        represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Consol Defendant**

**Denver Reception & Diagnostic**          represented by   **Jess Alexander Dance**
**Center**                                                 (See above for address)
*Sgt.*                                                     *TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Colorado Department of Corrections**     represented by   **Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Adam B. Wiens**
(See above for address)
*TERMINATED: 04/06/2006*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth H. McCann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Charles Huss**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Mark McKenna**                          represented by   **Jess Alexander Dance**
                                                          (See above for address)
                                                          *TERMINATED: 03/23/2009*
                                                          *LEAD ATTORNEY*

                                                          **James Xavier Quinn**
                                                          (See above for address)

**Consol Defendant**

**R. Murphy**                             represented by   **Jess Alexander Dance**
                                                          (See above for address)
                                                          *TERMINATED: 03/23/2009*
                                                          *LEAD ATTORNEY*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Glenntte Smith**                        represented by   **Jess Alexander Dance**
                                                          (See above for address)
                                                          *TERMINATED: 03/23/2009*
                                                          *LEAD ATTORNEY*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Becky Rhomona**                         represented by   **Jess Alexander Dance**
                                                          (See above for address)
                                                          *TERMINATED: 03/23/2009*
                                                          *LEAD ATTORNEY*

                                                          **James Xavier Quinn**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jim Weber**                             represented by   **Jess Alexander Dance**
                                                          (See above for address)
                                                          *TERMINATED: 03/23/2009*
                                                          *LEAD ATTORNEY*

                                                          **James Xavier Quinn**
                                                          (See above for address)

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Mark McKenna**                    represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**
                                                     (See above for address)

**Consol Defendant**

**R. Murphy**                       represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Glenntte Smith**                  represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Becky Rhomona**                   represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jim Weber**                       represented by   **Jess Alexander Dance**
                                                     (See above for address)
                                                     *TERMINATED: 03/23/2009*
                                                     *LEAD ATTORNEY*

                                                     **James Xavier Quinn**
                                                     (See above for address)

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Mark McKenna**                    represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Consol Defendant**

**R. Murphy**                    represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Glenntte Smith**                    represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Becky Rhomona**                    represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jim Weber**                    represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Mark McKenna**                            represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Consol Defendant**

**R. Murphy**                               represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Glenntte Smith**                          represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Becky Rhomona**                           represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jim Weber**                               represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Nard Claar**                                  represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Bill Reed**                                   represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Fremont Correctional Facility**              represented by   **Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**James Xavier Quinn**
(See above for address)

**Interested Party**

**William Destro**

**Interested Party**

**Lawrence William Fitzgerald**                represented by   **Lawrence William Fitzgerald**
#66345
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**James Martinez**

*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Nard Claar**                     represented by **Jess Alexander Dance**
                                   (See above for address)
                                   *TERMINATED: 03/23/2009*
                                   *LEAD ATTORNEY*

                                   **James Xavier Quinn**
                                   (See above for address)
                                   *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Bill Reed**                      represented by **Jess Alexander Dance**
                                   (See above for address)
                                   *TERMINATED: 03/23/2009*
                                   *LEAD ATTORNEY*

                                   **Robert Charles Huss**
                                   (See above for address)
                                   *LEAD ATTORNEY*
                                   *ATTORNEY TO BE NOTICED*

                                   **James Xavier Quinn**
                                   (See above for address)
                                   *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Fremont Correctional Facility**   represented by **Jess Alexander Dance**
                                   (See above for address)
                                   *TERMINATED: 03/23/2009*
                                   *LEAD ATTORNEY*

                                   **James Xavier Quinn**
                                   (See above for address)

**Interested Party**

**William Destro**

**Interested Party**

**Lawrence William Fitzgerald**    represented by **Lawrence William Fitzgerald**
                                   #66345
                                   Sterling Correctional Facility (SCF)
                                   P.O. Box 6000
                                   Sterling, CO 80751
                                   PRO SE

**Interested Party**

**James Martinez**

*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Nard Claar**                          represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Bill Reed**                           represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **Robert Charles Huss**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Fremont Correctional Facility**       represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **James Xavier Quinn**
                                                         (See above for address)

**Interested Party**

**William Destro**

**Interested Party**

**Lawrence William Fitzgerald**         represented by   **Lawrence William Fitzgerald**
                                                         #66345
                                                         Sterling Correctional Facility (SCF)
                                                         P.O. Box 6000
                                                         Sterling, CO 80751
                                                         PRO SE

**Interested Party**

**James Martinez**

*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Nard Claar**                          represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Bill Reed**                           represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **Robert Charles Huss**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **James Xavier Quinn**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Consol Third Party Defendant**

**Fremont Correctional Facility**       represented by   **Jess Alexander Dance**
                                                         (See above for address)
                                                         *TERMINATED: 03/23/2009*
                                                         *LEAD ATTORNEY*

                                                         **James Xavier Quinn**
                                                         (See above for address)

**Interested Party**

**William Destro**

**Interested Party**

**Lawrence William Fitzgerald**         represented by   **Lawrence William Fitzgerald**
                                                         #66345
                                                         Sterling Correctional Facility (SCF)
                                                         P.O. Box 6000
                                                         Sterling, CO 80751
                                                         PRO SE

**Interested Party**

**James Martinez**

**Interested Party**

**James B. Dukes Garnes**
*Claim Number 02-792*

represented by **James B. Dukes Garnes**
#88322
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Larry L. Ford**

**Interested Party**

**David Ward**

**Interested Party**

**Larry L. Coffee**

**Interested Party**

**James G.J. Chenevert**

**Interested Party**

**Jim Riley**

**Interested Party**

**George Charles Knorr**

represented by **George Charles Knorr**
#45154
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Khalid Wahab**

**Interested Party**

**Jose Luis Dole**

**Interested Party**

**Larry Darnell Sims**

**Interested Party**

**Clarence Leonhardt**

represented by **Joseph Jerome Fraser , III**
Irwin & Boesen, P.C.
4100 East Mississipi Avenue
19th Floor
Denver , CO 80246
303-320-1911

**Interested Party**

**James B. Dukes Garnes**                    represented by     **James B. Dukes Garnes**
*Claim Number 02-792*                                           #88322
                                                               Colorado Territorial Correctional
                                                               Facility (CTCF)
                                                               P.O. Box 1010
                                                               Canon City, CO 81215-1010
                                                               PRO SE

**Interested Party**

**Larry L. Ford**

**Interested Party**

**David Ward**

**Interested Party**

**Larry L. Coffee**

**Interested Party**

**James G.J. Chenevert**

**Interested Party**

**Jim Riley**

**Interested Party**

**George Charles Knorr**                     represented by     **George Charles Knorr**
                                                               #45154
                                                               Sterling Correctional Facility (SCF)
                                                               P.O. Box 6000
                                                               Sterling, CO 80751
                                                               PRO SE

**Interested Party**

**Khalid Wahab**

**Interested Party**

**Jose Luis Dole**

**Interested Party**

**Larry Darnell Sims**

**Interested Party**

**Clarence Leonhardt**                       represented by     **Joseph Jerome Fraser , III**
                                                               Irwin & Boesen, P.C.
                                                               4100 East Mississippi Avenue
                                                               19th Floor
                                                               Denver , CO 80246
                                                               303-320-1911

**Interested Party**

**James B. Dukes Garnes**
*Claim Number 02-792*

represented by **James B. Dukes Garnes**
#88322
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Larry L. Ford**

**Interested Party**

**David Ward**

**Interested Party**

**Larry L. Coffee**

**Interested Party**

**James G.J. Chenevert**

**Interested Party**

**Jim Riley**

**Interested Party**

**George Charles Knorr**

represented by **George Charles Knorr**
#45154
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Khalid Wahab**

**Interested Party**

**Jose Luis Dole**

**Interested Party**

**Larry Darnell Sims**

**Interested Party**

**Clarence Leonhardt**

represented by **Joseph Jerome Fraser , III**
Irwin & Boesen, P.C.
4100 East Mississippi Avenue
19th Floor
Denver , CO 80246
303-320-1911

**Interested Party**

**James B. Dukes Garnes**                      represented by   **James B. Dukes Garnes**
*Claim Number 02-792*                                           #88322
                                                               Colorado Territorial Correctional
                                                               Facility (CTCF)
                                                               P.O. Box 1010
                                                               Canon City, CO 81215-1010
                                                               PRO SE

**Interested Party**

**Larry L. Ford**

**Interested Party**

**David Ward**

**Interested Party**

**Larry L. Coffee**

**Interested Party**

**James G.J. Chenevert**

**Interested Party**

**Jim Riley**

**Interested Party**

**George Charles Knorr**                       represented by   **George Charles Knorr**
                                                               #45154
                                                               Sterling Correctional Facility (SCF)
                                                               P.O. Box 6000
                                                               Sterling, CO 80751
                                                               PRO SE

**Interested Party**

**Khalid Wahab**

**Interested Party**

**Jose Luis Dole**

**Interested Party**

**Larry Darnell Sims**

**Interested Party**

**Clarence Leonhardt**                         represented by   **Joseph Jerome Fraser , III**
                                                               Irwin & Boesen, P.C.
                                                               4100 East Mississippi Avenue
                                                               19th Floor
                                                               Denver , CO 80246
                                                               303-320-1911

Fax: 303-320-1915
Email: jfraser@irwin-boesen.com
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*

**Interested Party**

**Howell F. Roberts, III**                    represented by **Howell F. Roberts, III**
#90353
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Terry Ray Ballard**

**Interested Party**

**Richard A. Malisheski**

**Interested Party**

**Jackie L. Carr**

**Interested Party**

**Phillip Carter**                    represented by **Brice A. Tondre**
Brice A. Tondre, P.C.
215 South Wadsworth Boulevard
#500
Lakewood , CO 80226-1566
303-296-3300
Fax: 303-238-5310
Email: briceatondrepc@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Allen Isaac Fistell**                    represented by **Allen Isaac Fistell**
#63253
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Kenneth Lujan**

**Interested Party**

**James Smith**

**Interested Party**

Fax: 303-320-1915
Email: jfraser@irwin-boesen.com
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*

**Interested Party**

**Howell F. Roberts, III**                      represented by   **Howell F. Roberts, III**
#90353
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Terry Ray Ballard**

**Interested Party**

**Richard A. Malisheski**

**Interested Party**

**Jackie L. Carr**

**Interested Party**

**Phillip Carter**                              represented by   **Brice A. Tondre**
Brice A. Tondre, P.C.
215 South Wadsworth Boulevard
#500
Lakewood , CO 80226-1566
303-296-3300
Fax: 303-238-5310
Email: briceatondrepc@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Allen Isaac Fistell**                         represented by   **Allen Isaac Fistell**
#63253
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Kenneth Lujan**

**Interested Party**

**James Smith**

**Interested Party**

Fax: 303-320-1915
Email: jfraser@irwin-boesen.com
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*

**Interested Party**

**Howell F. Roberts, III**                    represented by   **Howell F. Roberts, III**
                                                               #90353
                                                               Colorado Territorial Correctional
                                                               Facility (CTCF)
                                                               P.O. Box 1010
                                                               Canon City, CO 81215-1010
                                                               PRO SE

**Interested Party**

**Terry Ray Ballard**

**Interested Party**

**Richard A. Malisheski**

**Interested Party**

**Jackie L. Carr**

**Interested Party**

**Phillip Carter**                            represented by   **Brice A. Tondre**
                                                               Brice A. Tondre, P.C.
                                                               215 South Wadsworth Boulevard
                                                               #500
                                                               Lakewood , CO 80226-1566
                                                               303-296-3300
                                                               Fax: 303-238-5310
                                                               Email: briceatondrepc@msn.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Interested Party**

**Allen Isaac Fistell**                       represented by   **Allen Isaac Fistell**
                                                               #63253
                                                               Fort Lyon Correctional Facility (FLCF)
                                                               P.O. Box 1000
                                                               Fort Lyon, CO 81038
                                                               PRO SE

**Interested Party**

**Kenneth Lujan**

**Interested Party**

**James Smith**

**Interested Party**

Fax: 303-320-1915
Email: jfraser@irwin-boesen.com
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*

**Interested Party**

**Howell F. Roberts, III**  represented by  **Howell F. Roberts, III**
#90353
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Terry Ray Ballard**

**Interested Party**

**Richard A. Malisheski**

**Interested Party**

**Jackie L. Carr**

**Interested Party**

**Phillip Carter**  represented by  **Brice A. Tondre**
Brice A. Tondre, P.C.
215 South Wadsworth Boulevard
#500
Lakewood , CO 80226-1566
303-296-3300
Fax: 303-238-5310
Email: briceatondrepc@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Allen Isaac Fistell**  represented by  **Allen Isaac Fistell**
#63253
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Kenneth Lujan**

**Interested Party**

**James Smith**

**Interested Party**

**Charles Ramos, Jr.**
*Claim 03-104*

**Interested Party**

**Richard Lujan**

**Interested Party**

**David Paul Wolf**

**Interested Party**

**Jolene C. Moon**

**Interested Party**

**Joe Allen Eubanks**

**Interested Party**

**Reggie Neil Keyes**

**Interested Party**

**William Gilmore**                    represented by   **William Gilmore**
                                                        #63549
                                                        Limon Correctional Facility (LCF)
                                                        49030 State Highway 71
                                                        Limon, CO 80826
                                                        PRO SE

**Interested Party**

**Timothy Wayne Moses**

**Interested Party**

**Johnnie Ramirez**

**Interested Party**

**Fred F. Franzone**

**Interested Party**

**Alan Mount**

**Interested Party**

**Joseph Martinez**

**Interested Party**

**Thomas E. O'Hara**

**Interested Party**

**James R. Duncan**

**Interested Party**

**Charles Ramos, Jr.**
*Claim 03-104*

<u>**Interested Party**</u>

**Richard Lujan**

<u>**Interested Party**</u>

**David Paul Wolf**

<u>**Interested Party**</u>

**Jolene C. Moon**

<u>**Interested Party**</u>

**Joe Allen Eubanks**

<u>**Interested Party**</u>

**Reggie Neil Keyes**

<u>**Interested Party**</u>

**William Gilmore**                    represented by   **William Gilmore**
                                                        #63549
                                                        Limon Correctional Facility (LCF)
                                                        49030 State Highway 71
                                                        Limon, CO 80826
                                                        PRO SE

<u>**Interested Party**</u>

**Timothy Wayne Moses**

<u>**Interested Party**</u>

**Johnnie Ramirez**

<u>**Interested Party**</u>

**Fred F. Franzone**

<u>**Interested Party**</u>

**Alan Mount**

<u>**Interested Party**</u>

**Joseph Martinez**

<u>**Interested Party**</u>

**Thomas E. O'Hara**

<u>**Interested Party**</u>

**James R. Duncan**

<u>**Interested Party**</u>

**Charles Ramos, Jr.**
*Claim 03-104*

**Interested Party**
**Richard Lujan**

**Interested Party**
**David Paul Wolf**

**Interested Party**
**Jolene C. Moon**

**Interested Party**
**Joe Allen Eubanks**

**Interested Party**
**Reggie Neil Keyes**

**Interested Party**
**William Gilmore**                          represented by   **William Gilmore**
                                                             #63549
                                                             Limon Correctional Facility (LCF)
                                                             49030 State Highway 71
                                                             Limon, CO 80826
                                                             PRO SE

**Interested Party**
**Timothy Wayne Moses**

**Interested Party**
**Johnnie Ramirez**

**Interested Party**
**Fred F. Franzone**

**Interested Party**
**Alan Mount**

**Interested Party**
**Joseph Martinez**

**Interested Party**
**Thomas E. O'Hara**

**Interested Party**
**James R. Duncan**

**Interested Party**

**Charles Ramos, Jr.**
*Claim 03-104*

**Interested Party**
**Richardo Lujan**

**Interested Party**
**David Paul Wolf**

**Interested Party**
**Jolene C. Moon**

**Interested Party**
**Joe Allen Eubanks**

**Interested Party**
**Reggie Neil Keyes**

**Interested Party**
**William Gilmore**                      represented by    **William Gilmore**
                                                           #63549
                                                           Limon Correctional Facility (LCF)
                                                           49030 State Highway 71
                                                           Limon, CO 80826
                                                           PRO SE

**Interested Party**
**Timothy Wayne Moses**

**Interested Party**
**Johnnie Ramirez**

**Interested Party**
**Fred F. Franzone**

**Interested Party**
**Alan Mount**

**Interested Party**
**Joseph Martinez**

**Interested Party**
**Thomas E. O'Hara**

**Interested Party**
**James R. Duncan**

**Interested Party**

| | | |
|---|---|---|
| **Shawn M. Winkler** | represented by | **Shawn M. Winkler**<br>#48319<br>Fort Lyon Correctional Facility (FLCF)<br>P.O. Box 1000<br>Fort Lyon, CO 81038<br>PRO SE |

**Interested Party**

**Tommy B. Sturges**

**Interested Party**

**Roy J. Main**

**Interested Party**

| | | |
|---|---|---|
| **James Rudnick** | represented by | **James Rudnick**<br>#68432<br>LCF<br>Limon Correctional Facility<br>49030 State Hwy 71<br>Limon, CO 80826<br>PRO SE |

**Interested Party**

**Mark Johnson**

**Interested Party**

**Terry Gibbens**

**Interested Party**

**Alfonso R. Flores**

**Interested Party**

**Anthony Hernandez**

**Interested Party**

**Byron Cortez**

**Interested Party**

**Elizabeth Gardesani**

**Interested Party**

**Christopher M. Grosso**

**Interested Party**

| | | |
|---|---|---|
| **Jill Coit** | represented by | **Jill Coit**<br>#86530<br>La Vista Correctional Facility (LVCF)<br>P.O. Box 3<br>Pueblo, CO 81002 |

**Shawn M. Winkler**                   represented by   **Shawn M. Winkler**
                                                        #48319
                                                        Fort Lyon Correctional Facility (FLCF)
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038
                                                        PRO SE

**Interested Party**
**Tommy B. Sturges**

**Interested Party**
**Roy J. Main**

**Interested Party**
**James Rudnick**                      represented by   **James Rudnick**
                                                        #68432
                                                        LCF
                                                        Limon Correctional Facility
                                                        49030 State Hwy 71
                                                        Limon, CO 80826
                                                        PRO SE

**Interested Party**
**Mark Johnson**

**Interested Party**
**Terry Gibbens**

**Interested Party**
**Alfonso R. Flores**

**Interested Party**
**Anthony Hernandez**

**Interested Party**
**Byron Cortez**

**Interested Party**
**Elizabeth Gardesani**

**Interested Party**
**Christopher M. Grosso**

**Interested Party**
**Jill Coit**                          represented by   **Jill Coit**
                                                        #86530
                                                        La Vista Correctional Facility (LVCF)
                                                        P.O. Box 3
                                                        Pueblo, CO 81002

**Shawn M. Winkler**                    represented by   **Shawn M. Winkler**
                                                         #48319
                                                         Fort Lyon Correctional Facility (FLCF)
                                                         P.O. Box 1000
                                                         Fort Lyon, CO 81038
                                                         PRO SE

**Interested Party**

**Tommy B. Sturges**

**Interested Party**

**Roy J. Main**

**Interested Party**

**James Rudnick**                       represented by   **James Rudnick**
                                                         #68432
                                                         LCF
                                                         Limon Correctional Facility
                                                         49030 State Hwy 71
                                                         Limon, CO 80826
                                                         PRO SE

**Interested Party**

**Mark Johnson**

**Interested Party**

**Terry Gibbens**

**Interested Party**

**Alfonso R. Flores**

**Interested Party**

**Anthony Hernandez**

**Interested Party**

**Byron Cortez**

**Interested Party**

**Elizabeth Gardesani**

**Interested Party**

**Christopher M. Grosso**

**Interested Party**

**Jill Coit**                           represented by   **Jill Coit**
                                                         #86530
                                                         La Vista Correctional Facility (LVCF)
                                                         P.O. Box 3
                                                         Pueblo, CO 81002

| | | |
|---|---|---|
| **Shawn M. Winkler** | represented by | **Shawn M. Winkler**<br>#48319<br>Fort Lyon Correctional Facility (FLCF)<br>P.O. Box 1000<br>Fort Lyon, CO 81038<br>PRO SE |

**Interested Party**

**Tommy B. Sturges**

**Interested Party**

**Roy J. Main**

**Interested Party**

| | | |
|---|---|---|
| **James Rudnick** | represented by | **James Rudnick**<br>#68432<br>LCF<br>Limon Correctional Facility<br>49030 State Hwy 71<br>Limon, CO 80826<br>PRO SE |

**Interested Party**

**Mark Johnson**

**Interested Party**

**Terry Gibbens**

**Interested Party**

**Alfonso R. Flores**

**Interested Party**

**Anthony Hernandez**

**Interested Party**

**Byron Cortez**

**Interested Party**

**Elizabeth Gardesani**

**Interested Party**

**Christopher M. Grosso**

**Interested Party**

| | | |
|---|---|---|
| **Jill Coit** | represented by | **Jill Coit**<br>#86530<br>La Vista Correctional Facility (LVCF)<br>P.O. Box 3<br>Pueblo, CO 81002 |

PRO SE

**Interested Party**

**Abad Martinez**                      represented by   **Castelar M. Garcia**
                                                       Garcia Law Offices, LLC
                                                       P.O.Box 90
                                                       701 Main Street
                                                       Alamosa , CO 81101
                                                       719-587-0997
                                                       Fax: 719-587-9209
                                                       Email: slvlaw@gojade.org
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Interested Party**

**Leroy Walter Baker**

**Interested Party**

**Kerry Gallegos**

**Interested Party**

**William Shaffstall**

**Interested Party**

**Clint Crews**

**Interested Party**

**John Cerrone**

**Interested Party**

**Hector Fernandez**

**Interested Party**

**John E. Mossman, Sr.**                represented by   **H. Earl Moyer**
*father of Paul Mossman, deceased*                      Moyer, Beal & Vranesic
*other*                                                 215 South Wadsworth Boulevard
Paul Mossman                                            #520
                                                        Lakewood , CO 80226-1566
                                                        303-237-5438
                                                        Fax: 303-232-5438
                                                        Email: mbvlaw@mbv1.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Alvin G. Jones**                      represented by   **H. Earl Moyer**
*brother of Nathan Jones, deceased*                     (See above for address)
*other*                                                 *LEAD ATTORNEY*
Nathan Jones                                            *ATTORNEY TO BE NOTICED*

PRO SE

**Interested Party**

**Abad Martinez**                                 represented by    **Castelar M. Garcia**
                                                                   Garcia Law Offices, LLC
                                                                   P.O.Box 90
                                                                   701 Main Street
                                                                   Alamosa , CO 81101
                                                                   719-587-0997
                                                                   Fax: 719-587-9209
                                                                   Email: slvlaw@gojade.org
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**Leroy Walter Baker**

**Interested Party**

**Kerry Gallegos**

**Interested Party**

**William Shaffstall**

**Interested Party**

**Clint Crews**

**Interested Party**

**John Cerrone**

**Interested Party**

**Hector Fernandez**

**Interested Party**

**John E. Mossman, Sr.**                          represented by    **H. Earl Moyer**
*father of Paul Mossman, deceased*                                 Moyer, Beal & Vranesic
*other*                                                            215 South Wadsworth Boulevard
Paul Mossman                                                       #520
                                                                   Lakewood , CO 80226-1566
                                                                   303-237-5438
                                                                   Fax: 303-232-5438
                                                                   Email: mbvlaw@mbv1.net
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Interested Party**

**Alvin G. Jones**                                represented by    **H. Earl Moyer**
*brother of Nathan Jones, deceased*                                (See above for address)
*other*                                                            *LEAD ATTORNEY*
Nathan Jones                                                       *ATTORNEY TO BE NOTICED*

PRO SE

**Interested Party**

**Abad Martinez**                                    represented by   **Castelar M. Garcia**
Garcia Law Offices, LLC
P.O.Box 90
701 Main Street
Alamosa , CO 81101
719-587-0997
Fax: 719-587-9209
Email: slvlaw@gojade.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Leroy Walter Baker**

**Interested Party**

**Kerry Gallegos**

**Interested Party**

**William Shaffstall**

**Interested Party**

**Clint Crews**

**Interested Party**

**John Cerrone**

**Interested Party**

**Hector Fernandez**

**Interested Party**

**John E. Mossman, Sr.**                            represented by   **H. Earl Moyer**
*father of Paul Mossman, deceased*                                  Moyer, Beal & Vranesic
*other*                                                             215 South Wadsworth Boulevard
Paul Mossman                                                        #520
Lakewood , CO 80226-1566
303-237-5438
Fax: 303-232-5438
Email: mbvlaw@mbv1.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Alvin G. Jones**                                  represented by   **H. Earl Moyer**
*brother of Nathan Jones, deceased*                                 (See above for address)
*other*                                                             *LEAD ATTORNEY*
Nathan Jones                                                        *ATTORNEY TO BE NOTICED*

PRO SE

**Interested Party**

**Abad Martinez**                    represented by   **Castelar M. Garcia**
                                                      Garcia Law Offices, LLC
                                                      P.O.Box 90
                                                      701 Main Street
                                                      Alamosa , CO 81101
                                                      719-587-0997
                                                      Fax: 719-587-9209
                                                      Email: slvlaw@gojade.org
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Interested Party**

**Leroy Walter Baker**

**Interested Party**

**Kerry Gallegos**

**Interested Party**

**William Shaffstall**

**Interested Party**

**Clint Crews**

**Interested Party**

**John Cerrone**

**Interested Party**

**Hector Fernandez**

**Interested Party**

**John E. Mossman, Sr.**              represented by   **H. Earl Moyer**
*father of Paul Mossman, deceased*                    Moyer, Beal & Vranesic
*other*                                               215 South Wadsworth Boulevard
Paul Mossman                                          #520
                                                      Lakewood , CO 80226-1566
                                                      303-237-5438
                                                      Fax: 303-232-5438
                                                      Email: mbvlaw@mbv1.net
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Interested Party**

**Alvin G. Jones**                    represented by   **H. Earl Moyer**
*brother of Nathan Jones, deceased*                   (See above for address)
*other*                                               *LEAD ATTORNEY*
Nathan Jones                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Waldo Mackey**

**Interested Party**

**Darryl Martin**                              represented by   **Darryl Martin**
                                                                #61336
                                                                Buena Vista Correctional Complex-
                                                                Main & Boot Camp (BVCC)
                                                                P.O. Box 2017
                                                                Buena Vista, CO 81211
                                                                PRO SE

**Interested Party**

**Cornelius Tyrone Williams**

**Interested Party**

**Thomas Castro**

**Interested Party**

**Steven Paul Walker**

**Interested Party**

**Gillie Thurby**

**Interested Party**

**Cheryl Vassallo**

**Interested Party**

**Lavone B. Barron**

**Interested Party**

**Lawrence R. Willis**

**Interested Party**

**Rocendo Herrera**

**Interested Party**

**David Paul McKinney**

**Interested Party**

**Mack W. Thomas**

**Interested Party**

**Paul Deschaine**                             represented by   **Paul Deschaine**
                                                                246 1/2 Main Street
                                                                #214
                                                                Longmont, CO 80501
                                                                PRO SE

**Interested Party**

**Waldo Mackey**

**Interested Party**

**Darryl Martin**                              represented by   **Darryl Martin**
                                                                #61336
                                                                Buena Vista Correctional Complex-
                                                                Main & Boot Camp (BVCC)
                                                                P.O. Box 2017
                                                                Buena Vista, CO 81211
                                                                PRO SE

**Interested Party**

**Cornelius Tyrone Williams**

**Interested Party**

**Thomas Castro**

**Interested Party**

**Steven Paul Walker**

**Interested Party**

**Gillie Thurby**

**Interested Party**

**Cheryl Vassallo**

**Interested Party**

**Lavone B. Barron**

**Interested Party**

**Lawrence R. Willis**

**Interested Party**

**Rocendo Herrera**

**Interested Party**

**David Paul McKinney**

**Interested Party**

**Mack W. Thomas**

**Interested Party**

**Paul Deschaine**                             represented by   **Paul Deschaine**
                                                                246 1/2 Main Street
                                                                #214
                                                                Longmont, CO 80501
                                                                PRO SE

**Interested Party**

**Waldo Mackey**

**Interested Party**

**Darryl Martin**                          represented by  **Darryl Martin**
                                                           #61336
                                                           Buena Vista Correctional Complex-
                                                           Main & Boot Camp (BVCC)
                                                           P.O. Box 2017
                                                           Buena Vista, CO 81211
                                                           PRO SE

**Interested Party**

**Cornelius Tyrone Williams**

**Interested Party**

**Thomas Castro**

**Interested Party**

**Steven Paul Walker**

**Interested Party**

**Gillie Thurby**

**Interested Party**

**Cheryl Vassallo**

**Interested Party**

**Lavone B. Barron**

**Interested Party**

**Lawrence R. Willis**

**Interested Party**

**Rocendo Herrera**

**Interested Party**

**David Paul McKinney**

**Interested Party**

**Mack W. Thomas**

**Interested Party**

**Paul Deschaine**                         represented by  **Paul Deschaine**
                                                           246 1/2 Main Street
                                                           #214
                                                           Longmont, CO 80501
                                                           PRO SE

**Interested Party**

**Waldo Mackey**

**Interested Party**

**Darryl Martin**                              represented by   **Darryl Martin**
                                                                #61336
                                                                Buena Vista Correctional Complex-
                                                                Main & Boot Camp (BVCC)
                                                                P.O. Box 2017
                                                                Buena Vista, CO 81211
                                                                PRO SE

**Interested Party**

**Cornelius Tyrone Williams**

**Interested Party**

**Thomas Castro**

**Interested Party**

**Steven Paul Walker**

**Interested Party**

**Gillie Thurby**

**Interested Party**

**Cheryl Vassallo**

**Interested Party**

**Lavone B. Barron**

**Interested Party**

**Lawrence R. Willis**

**Interested Party**

**Rocendo Herrera**

**Interested Party**

**David Paul McKinney**

**Interested Party**

**Mack W. Thomas**

**Interested Party**

**Paul Deschaine**                             represented by   **Paul Deschaine**
                                                                246 1/2 Main Street
                                                                #214
                                                                Longmont, CO 80501
                                                                PRO SE

**Interested Party**

**Dexter Gail Millican**                         represented by   **Dexter Gail Millican**
                                                                  #86568
                                                                  Fort Lyon Correctional Facility (FLCF)
                                                                  P.O. Box 1000
                                                                  Fort Lyon, CO 81038
                                                                  PRO SE

**Interested Party**

**Michael Eugene Graham**

**Interested Party**

**Willis Horn**

**Interested Party**

**Roy M. Ford**

**Interested Party**

**Charles L. Parrish**

**Interested Party**

**Martha Ann Sharp**

**Interested Party**

**Samuel Curtis Lindsey**

**Interested Party**

**Craig Kidder**

**Interested Party**

**Paul Valverde**

**Interested Party**

**Russell A. Kueker**

**Interested Party**

**Barbara A. Freeman**                           represented by   **Barbara A. Freeman**
                                                                  105776
                                                                  DWCF
                                                                  Denver Womens Correctional Facility
                                                                  P.O. Box 392005
                                                                  Denver, CO 80239-8005
                                                                  PRO SE

**Interested Party**

**Vernest M. Jones**

**Interested Party**

**Interested Party**

**Dexter Gail Millican**                     represented by   **Dexter Gail Millican**
                                                            #86568
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Michael Eugene Graham**

**Interested Party**

**Willis Horn**

**Interested Party**

**Roy M. Ford**

**Interested Party**

**Charles L. Parrish**

**Interested Party**

**Martha Ann Sharp**

**Interested Party**

**Samuel Curtis Lindsey**

**Interested Party**

**Craig Kidder**

**Interested Party**

**Paul Valverde**

**Interested Party**

**Russell A. Kueker**

**Interested Party**

**Barbara A. Freeman**                      represented by   **Barbara A. Freeman**
                                                            105776
                                                            DWCF
                                                            Denver Womens Correctional Facility
                                                            P.O. Box 392005
                                                            Denver, CO 80239-8005
                                                            PRO SE

**Interested Party**

**Vernest M. Jones**

**Interested Party**

**Interested Party**
**Dexter Gail Millican**

represented by **Dexter Gail Millican**
#86568
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**
**Michael Eugene Graham**

**Interested Party**
**Willis Horn**

**Interested Party**
**Roy M. Ford**

**Interested Party**
**Charles L. Parrish**

**Interested Party**
**Martha Ann Sharp**

**Interested Party**
**Samuel Curtis Lindsey**

**Interested Party**
**Craig Kidder**

**Interested Party**
**Paul Valverde**

**Interested Party**
**Russell A. Kueker**

**Interested Party**
**Barbara A. Freeman**

represented by **Barbara A. Freeman**
105776
DWCF
Denver Womens Correctional Facility
P.O. Box 392005
Denver, CO 80239-8005
PRO SE

**Interested Party**
**Vernest M. Jones**

**Interested Party**

**Interested Party**

**Dexter Gail Millican**                    represented by   **Dexter Gail Millican**
#86568
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Michael Eugene Graham**

**Interested Party**

**Willis Horn**

**Interested Party**

**Roy M. Ford**

**Interested Party**

**Charles L. Parrish**

**Interested Party**

**Martha Ann Sharp**

**Interested Party**

**Samuel Curtis Lindsey**

**Interested Party**

**Craig Kidder**

**Interested Party**

**Paul Valverde**

**Interested Party**

**Russell A. Kueker**

**Interested Party**

**Barbara A. Freeman**                   represented by   **Barbara A. Freeman**
105776
DWCF
Denver Womens Correctional Facility
P.O. Box 392005
Denver, CO 80239-8005
PRO SE

**Interested Party**

**Vernest M. Jones**

**Interested Party**

**Benito Negron**

**Interested Party**

**Gordon R. Reuell, II**

**Interested Party**

**Paul Martinez**

**Interested Party**

**Gerald Sensabaugh**                    represented by   **Gerald Sensabaugh**
                                                         #100656
                                                         Colorado State Penitentiary (CSP)
                                                         P.O. Box 777
                                                         Canon City, CO 81215-0777
                                                         PRO SE

**Interested Party**

**Robert Feist**

**Interested Party**

**Clinton Erickson**

**Interested Party**

**David Hall**

**Interested Party**

**Donnell E. Monroe**

**Interested Party**

**Ronald Frazier**

**Interested Party**

**Dean Ross Denton**

**Interested Party**

**Alfred Harris**

**Interested Party**

**Gaudalupe Ramirez**

**Interested Party**

**Patrick O'Boyle**                      represented by   **Patrick O'Boyle**
                                                         #83672
                                                         Four Mile Correctional Center (FMCC)
                                                         P.O. Box 300
                                                         Canon City, CO 81215
                                                         PRO SE

**Interested Party**

**Benito Negron**

**Interested Party**

**Gordon R. Reuell, II**

**Interested Party**

**Paul Martinez**

**Interested Party**

**Gerald Sensabaugh**                           represented by   **Gerald Sensabaugh**
                                                                 #100656
                                                                 Colorado State Penitentiary (CSP)
                                                                 P.O. Box 777
                                                                 Canon City, CO 81215-0777
                                                                 PRO SE

**Interested Party**

**Robert Feist**

**Interested Party**

**Clinton Erickson**

**Interested Party**

**David Hall**

**Interested Party**

**Donnell E. Monroe**

**Interested Party**

**Ronald Frazier**

**Interested Party**

**Dean Ross Denton**

**Interested Party**

**Alfred Harris**

**Interested Party**

**Gaudalupe Ramirez**

**Interested Party**

**Patrick O'Boyle**                             represented by   **Patrick O'Boyle**
                                                                 #83672
                                                                 Four Mile Correctional Center (FMCC)
                                                                 P.O. Box 300
                                                                 Canon City, CO 81215
                                                                 PRO SE

**Interested Party**

**Benito Negron**

**<u>Interested Party</u>**

**Gordon R. Reuell, II**

**<u>Interested Party</u>**

**Paul Martinez**

**<u>Interested Party</u>**

**Gerald Sensabaugh**                                    represented by   **Gerald Sensabaugh**
                                                                         #100656
                                                                         Colorado State Penitentiary (CSP)
                                                                         P.O. Box 777
                                                                         Canon City, CO 81215-0777
                                                                         PRO SE

**<u>Interested Party</u>**

**Robert Feist**

**<u>Interested Party</u>**

**Clinton Erickson**

**<u>Interested Party</u>**

**David Hall**

**<u>Interested Party</u>**

**Donnell E. Monroe**

**<u>Interested Party</u>**

**Ronald Frazier**

**<u>Interested Party</u>**

**Dean Ross Denton**

**<u>Interested Party</u>**

**Alfred Harris**

**<u>Interested Party</u>**

**Gaudalupe Ramirez**

**<u>Interested Party</u>**

**Patrick O'Boyle**                                     represented by   **Patrick O'Boyle**
                                                                         #83672
                                                                         Four Mile Correctional Center (FMCC)
                                                                         P.O. Box 300
                                                                         Canon City, CO 81215
                                                                         PRO SE

**<u>Interested Party</u>**

**Benito Negron**

**Interested Party**

**Gordon R. Reuell, II**

**Interested Party**

**Paul Martinez**

**Interested Party**

**Gerald Sensabaugh**                    represented by   **Gerald Sensabaugh**
                                                         #100656
                                                         Colorado State Penitentiary (CSP)
                                                         P.O. Box 777
                                                         Canon City, CO 81215-0777
                                                         PRO SE

**Interested Party**

**Robert Feist**

**Interested Party**

**Clinton Erickson**

**Interested Party**

**David Hall**

**Interested Party**

**Donnell E. Monroe**

**Interested Party**

**Ronald Frazier**

**Interested Party**

**Dean Ross Denton**

**Interested Party**

**Alfred Harris**

**Interested Party**

**Gaudalupe Ramirez**

**Interested Party**

**Patrick O'Boyle**                      represented by   **Patrick O'Boyle**
                                                         #83672
                                                         Four Mile Correctional Center (FMCC)
                                                         P.O. Box 300
                                                         Canon City, CO 81215
                                                         PRO SE

**Interested Party**

**Keith A. Schwinaman**                represented by   **Keith A. Schwinaman**
                                                        #105240
                                                        Colorado Territorial Correctional
                                                        Facility (CTCF)
                                                        P.O. Box 1010
                                                        Canon City, CO 81215-1010
                                                        PRO SE

**Interested Party**

**Jessie Tapia**

**Interested Party**

**Harold Stahl**

**Interested Party**

**Louis Peoples, Jr.**

**Interested Party**

**Daniel N. Robles**

**Interested Party**

**Phillip Johnson, Jr.**

**Interested Party**

**Floyd Allen**

**Interested Party**

**Alan Cordell Spreckelmeyer**

**Interested Party**

**Leon Bates**

**Interested Party**

**Stephen Grace**

**Interested Party**

**Felix Mike Ortega**

**Interested Party**

**Alfred Raglin**                       represented by   **Alfred Raglin**
                                                         # 97357
                                                         Limon Correctional Facility (LCF)
                                                         49030 State Highway 71
                                                         Limon, CO 80826
                                                         PRO SE

**Interested Party**

**Wayne Thomas**

**Keith A. Schwinaman**                    represented by    **Keith A. Schwinaman**
                                                            #105240
                                                            Colorado Territorial Correctional
                                                            Facility (CTCF)
                                                            P.O. Box 1010
                                                            Canon City, CO 81215-1010
                                                            PRO SE

**Interested Party**
**Jessie Tapia**

**Interested Party**
**Harold Stahl**

**Interested Party**
**Louis Peoples, Jr.**

**Interested Party**
**Daniel N. Robles**

**Interested Party**
**Phillip Johnson, Jr.**

**Interested Party**
**Floyd Allen**

**Interested Party**
**Alan Cordell Spreckelmeyer**

**Interested Party**
**Leon Bates**

**Interested Party**
**Stephen Grace**

**Interested Party**
**Felix Mike Ortega**

**Interested Party**
**Alfred Raglin**                          represented by    **Alfred Raglin**
                                                            # 97357
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**
**Wayne Thomas**

**Keith A. Schwinaman**                    represented by    **Keith A. Schwinaman**
                                                             #105240
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Jessie Tapia**

**Interested Party**

**Harold Stahl**

**Interested Party**

**Louis Peoples, Jr.**

**Interested Party**

**Daniel N. Robles**

**Interested Party**

**Phillip Johnson, Jr.**

**Interested Party**

**Floyd Allen**

**Interested Party**

**Alan Cordell Spreckelmeyer**

**Interested Party**

**Leon Bates**

**Interested Party**

**Stephen Grace**

**Interested Party**

**Felix Mike Ortega**

**Interested Party**

**Alfred Raglin**                          represented by    **Alfred Raglin**
                                                             # 97357
                                                             Limon Correctional Facility (LCF)
                                                             49030 State Highway 71
                                                             Limon, CO 80826
                                                             PRO SE

**Interested Party**

**Wayne Thomas**

**Keith A. Schwinaman**                     represented by   **Keith A. Schwinaman**
                                                             #105240
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Jessie Tapia**

**Interested Party**

**Harold Stahl**

**Interested Party**

**Louis Peoples, Jr.**

**Interested Party**

**Daniel N. Robles**

**Interested Party**

**Phillip Johnson, Jr.**

**Interested Party**

**Floyd Allen**

**Interested Party**

**Alan Cordell Spreckelmeyer**

**Interested Party**

**Leon Bates**

**Interested Party**

**Stephen Grace**

**Interested Party**

**Felix Mike Ortega**

**Interested Party**

**Alfred Raglin**                           represented by   **Alfred Raglin**
                                                             # 97357
                                                             Limon Correctional Facility (LCF)
                                                             49030 State Highway 71
                                                             Limon, CO 80826
                                                             PRO SE

**Interested Party**

**Wayne Thomas**

**Interested Party**

**Lilbert L. Beasley, Jr.**                    represented by   **Lilbert L. Beasley, Jr.**
                                                               #115474
                                                               Buena Vista Correctional Facility
                                                               P.O. Box 2017
                                                               Buena Vista, CO 81211
                                                               PRO SE

**Interested Party**

**Frankie Evans**

**Interested Party**

**George Tinsley**

**Interested Party**

**Nathaniel Huguley**                         represented by   **Nathaniel Huguley**
                                                               #55740
                                                               Denver County Jail
                                                               10500 East Smith Road
                                                               Denver, CO 80239
                                                               PRO SE

**Interested Party**

**Thomas Martinez**                           represented by   **Robert Charles Huss**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rudy Saiz**

**Interested Party**

**Michael Sorden**

**Interested Party**

**Douglas Lee Crawford**

**Interested Party**

**David G. Bryan**                            represented by   **David G. Bryan**
                                                               #59182
                                                               Fort Lyon Correctional Facility (FLCF)
                                                               P.O. Box 1000
                                                               Fort Lyon, CO 81038
                                                               PRO SE

**Interested Party**

**Fred K. Loftin**                            represented by   **Fred K. Loftin**
                                                               58934

**Interested Party**

**Lilbert L. Beasley, Jr.**                     represented by   **Lilbert L. Beasley, Jr.**
                                                                 #115474
                                                                 Buena Vista Correctional Facility
                                                                 P.O. Box 2017
                                                                 Buena Vista, CO 81211
                                                                 PRO SE

**Interested Party**

**Frankie Evans**

**Interested Party**

**George Tinsley**

**Interested Party**

**Nathaniel Huguley**                          represented by   **Nathaniel Huguley**
                                                                 #55740
                                                                 Denver County Jail
                                                                 10500 East Smith Road
                                                                 Denver, CO 80239
                                                                 PRO SE

**Interested Party**

**Thomas Martinez**                            represented by   **Robert Charles Huss**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rudy Saiz**

**Interested Party**

**Michael Sorden**

**Interested Party**

**Douglas Lee Crawford**

**Interested Party**

**David G. Bryan**                             represented by   **David G. Bryan**
                                                                 #59182
                                                                 Fort Lyon Correctional Facility (FLCF)
                                                                 P.O. Box 1000
                                                                 Fort Lyon, CO 81038
                                                                 PRO SE

**Interested Party**

**Fred K. Loftin**                             represented by   **Fred K. Loftin**
                                                                 58934

**Interested Party**

**Lilbert L. Beasley, Jr.**                    represented by   **Lilbert L. Beasley, Jr.**
                                                               #115474
                                                               Buena Vista Correctional Facility
                                                               P.O. Box 2017
                                                               Buena Vista, CO 81211
                                                               PRO SE

**Interested Party**

**Frankie Evans**

**Interested Party**

**George Tinsley**

**Interested Party**

**Nathaniel Huguley**                          represented by   **Nathaniel Huguley**
                                                               #55740
                                                               Denver County Jail
                                                               10500 East Smith Road
                                                               Denver, CO 80239
                                                               PRO SE

**Interested Party**

**Thomas Martinez**                            represented by   **Robert Charles Huss**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rudy Saiz**

**Interested Party**

**Michael Sorden**

**Interested Party**

**Douglas Lee Crawford**

**Interested Party**

**David G. Bryan**                             represented by   **David G. Bryan**
                                                               #59182
                                                               Fort Lyon Correctional Facility (FLCF)
                                                               P.O. Box 1000
                                                               Fort Lyon, CO 81038
                                                               PRO SE

**Interested Party**

**Fred K. Loftin**                             represented by   **Fred K. Loftin**
                                                               58934

**Interested Party**

**Lilbert L. Beasley, Jr.**                    represented by   **Lilbert L. Beasley, Jr.**
                                                                #115474
                                                                Buena Vista Correctional Facility
                                                                P.O. Box 2017
                                                                Buena Vista, CO 81211
                                                                PRO SE

**Interested Party**

**Frankie Evans**

**Interested Party**

**George Tinsley**

**Interested Party**

**Nathaniel Huguley**                          represented by   **Nathaniel Huguley**
                                                                #55740
                                                                Denver County Jail
                                                                10500 East Smith Road
                                                                Denver, CO 80239
                                                                PRO SE

**Interested Party**

**Thomas Martinez**                            represented by   **Robert Charles Huss**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rudy Saiz**

**Interested Party**

**Michael Sorden**

**Interested Party**

**Douglas Lee Crawford**

**Interested Party**

**David G. Bryan**                             represented by   **David G. Bryan**
                                                                #59182
                                                                Fort Lyon Correctional Facility (FLCF)
                                                                P.O. Box 1000
                                                                Fort Lyon, CO 81038
                                                                PRO SE

**Interested Party**

**Fred K. Loftin**                             represented by   **Fred K. Loftin**
                                                                58934

Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Samuel J. Powers**

**Interested Party**

**Felix Paul Olguin**                 represented by   **Felix Paul Olguin**
                                                      #102076704
                                                      San Carlos Correctional Facility
                                                      (SCCF)
                                                      Colorado State Penitentiary
                                                      P.O. Box 3
                                                      Pueblo, CO 81002
                                                      PRO SE

**Interested Party**

**Amado Alvarez Benavides**

**Interested Party**

**John L. Sheets**                    represented by   **John L. Sheets**
                                                      #94967
                                                      Fremont Correctional Facility (FCF)
                                                      P.O. Box 999
                                                      Canon City, CO 81215-0999
                                                      PRO SE

**Interested Party**

**Adolfo Sanchez**

**Interested Party**

**Catherine T. Gardner**

**Interested Party**

**Victor A. Gonzalez**

**Interested Party**

**Steve C. Lopez**

**Interested Party**

**Curtis Lee Robertson**

**Interested Party**

**Matthew Archuleta**

**Interested Party**

**Gaynor Atkinson**

Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Samuel J. Powers**

**Interested Party**

**Felix Paul Olguin**                    represented by   **Felix Paul Olguin**
                                                          #102076704
                                                          San Carlos Correctional Facility
                                                          (SCCF)
                                                          Colorado State Penitentiary
                                                          P.O. Box 3
                                                          Pueblo, CO 81002
                                                          PRO SE

**Interested Party**

**Amado Alvarez Benavides**

**Interested Party**

**John L. Sheets**                       represented by   **John L. Sheets**
                                                          #94967
                                                          Fremont Correctional Facility (FCF)
                                                          P.O. Box 999
                                                          Canon City, CO 81215-0999
                                                          PRO SE

**Interested Party**

**Adolfo Sanchez**

**Interested Party**

**Catherine T. Gardner**

**Interested Party**

**Victor A. Gonzalez**

**Interested Party**

**Steve C. Lopez**

**Interested Party**

**Curtis Lee Robertson**

**Interested Party**

**Matthew Archuleta**

**Interested Party**

**Gaynor Atkinson**

Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Samuel J. Powers**

**Interested Party**

**Felix Paul Olguin**                    represented by   **Felix Paul Olguin**
                                                          #102076704
                                                          San Carlos Correctional Facility
                                                          (SCCF)
                                                          Colorado State Penitentiary
                                                          P.O. Box 3
                                                          Pueblo, CO 81002
                                                          PRO SE

**Interested Party**

**Amado Alvarez Benavides**

**Interested Party**

**John L. Sheets**                       represented by   **John L. Sheets**
                                                          #94967
                                                          Fremont Correctional Facility (FCF)
                                                          P.O. Box 999
                                                          Canon City, CO 81215-0999
                                                          PRO SE

**Interested Party**

**Adolfo Sanchez**

**Interested Party**

**Catherine T. Gardner**

**Interested Party**

**Victor A. Gonzalez**

**Interested Party**

**Steve C. Lopez**

**Interested Party**

**Curtis Lee Robertson**

**Interested Party**

**Matthew Archuleta**

**Interested Party**

**Gaynor Atkinson**

Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Samuel J. Powers**

**Interested Party**

**Felix Paul Olguin**                        represented by   **Felix Paul Olguin**
                                                               #102076704
                                                               San Carlos Correctional Facility
                                                               (SCCF)
                                                               Colorado State Penitentiary
                                                               P.O. Box 3
                                                               Pueblo, CO 81002
                                                               PRO SE

**Interested Party**

**Amado Alvarez Benavides**

**Interested Party**

**John L. Sheets**                           represented by   **John L. Sheets**
                                                               #94967
                                                               Fremont Correctional Facility (FCF)
                                                               P.O. Box 999
                                                               Canon City, CO 81215-0999
                                                               PRO SE

**Interested Party**

**Adolfo Sanchez**

**Interested Party**

**Catherine T. Gardner**

**Interested Party**

**Victor A. Gonzalez**

**Interested Party**

**Steve C. Lopez**

**Interested Party**

**Curtis Lee Robertson**

**Interested Party**

**Matthew Archuleta**

**Interested Party**

**Gaynor Atkinson**

**Interested Party**

**Michael W. Purcell**                    represented by   **Michael W. Purcell**
                                                           #85034
                                                           Fremont Correctional Facility (FCF)
                                                           P.O. Box 999
                                                           Canon City, CO 81215-0999
                                                           PRO SE

**Interested Party**

**David Montoya**

**Interested Party**

**Leroy Cunningham**                      represented by   **Leroy Cunningham**
                                                           #75593
                                                           Bent County Correctional Facility
                                                           (BCCF)
                                                           11560 Road FF75
                                                           Las Animas, CO 81054-9573
                                                           PRO SE

**Interested Party**

**Conrad Trujillo**                       represented by   **Conrad Trujillo**
                                                           #68978
                                                           Huerfano County Correctional Center
                                                           (HCCC)
                                                           304 Ray Sandoval Street
                                                           Walsenburg, CO 81089
                                                           PRO SE

**Interested Party**

**Manuel S. DePineda**

**Interested Party**

**Cynthia Hosea-Butler**                  represented by   **Cynthia Hosea-Butler**
                                                           #127487
                                                           Denver Women's Correctional Facility
                                                           (DWCF)
                                                           P.O. Box 392005
                                                           Denver, CO 80239
                                                           PRO SE

**Interested Party**

**Wellman E. Gibson**                     represented by   **Wellman E. Gibson**
                                                           #74384
                                                           Arkansas Valley Correctional Facility
                                                           (AVCF)
                                                           P.O. Box 1000
                                                           Crowley, CO 81034
                                                           PRO SE

**Interested Party**

**Michael W. Purcell**                    represented by    **Michael W. Purcell**
                                                            #85034
                                                            Fremont Correctional Facility (FCF)
                                                            P.O. Box 999
                                                            Canon City, CO 81215-0999
                                                            PRO SE

**Interested Party**

**David Montoya**

**Interested Party**

**Leroy Cunningham**                      represented by    **Leroy Cunningham**
                                                            #75593
                                                            Bent County Correctional Facility
                                                            (BCCF)
                                                            11560 Road FF75
                                                            Las Animas, CO 81054-9573
                                                            PRO SE

**Interested Party**

**Conrad Trujillo**                       represented by    **Conrad Trujillo**
                                                            #68978
                                                            Huerfano County Correctional Center
                                                            (HCCC)
                                                            304 Ray Sandoval Street
                                                            Walsenburg, CO 81089
                                                            PRO SE

**Interested Party**

**Manuel S. DePineda**

**Interested Party**

**Cynthia Hosea-Butler**                  represented by    **Cynthia Hosea-Butler**
                                                            #127487
                                                            Denver Women's Correctional Facility
                                                            (DWCF)
                                                            P.O. Box 392005
                                                            Denver, CO 80239
                                                            PRO SE

**Interested Party**

**Wellman E. Gibson**                     represented by    **Wellman E. Gibson**
                                                            #74384
                                                            Arkansas Valley Correctional Facility
                                                            (AVCF)
                                                            P.O. Box 1000
                                                            Crowley, CO 81034
                                                            PRO SE

**Interested Party**

**Michael W. Purcell**                    represented by    **Michael W. Purcell**
                                                            #85034
                                                            Fremont Correctional Facility (FCF)
                                                            P.O. Box 999
                                                            Canon City, CO 81215-0999
                                                            PRO SE

**Interested Party**

**David Montoya**

**Interested Party**

**Leroy Cunningham**                      represented by    **Leroy Cunningham**
                                                            #75593
                                                            Bent County Correctional Facility
                                                            (BCCF)
                                                            11560 Road FF75
                                                            Las Animas, CO 81054-9573
                                                            PRO SE

**Interested Party**

**Conrad Trujillo**                       represented by    **Conrad Trujillo**
                                                            #68978
                                                            Huerfano County Correctional Center
                                                            (HCCC)
                                                            304 Ray Sandoval Street
                                                            Walsenburg, CO 81089
                                                            PRO SE

**Interested Party**

**Manuel S. DePineda**

**Interested Party**

**Cynthia Hosea-Butler**                  represented by    **Cynthia Hosea-Butler**
                                                            #127487
                                                            Denver Women's Correctional Facility
                                                            (DWCF)
                                                            P.O. Box 392005
                                                            Denver, CO 80239
                                                            PRO SE

**Interested Party**

**Wellman E. Gibson**                     represented by    **Wellman E. Gibson**
                                                            #74384
                                                            Arkansas Valley Correctional Facility
                                                            (AVCF)
                                                            P.O. Box 1000
                                                            Crowley, CO 81034
                                                            PRO SE

**Interested Party**

**Michael W. Purcell**                    represented by    **Michael W. Purcell**
                                                            #85034
                                                            Fremont Correctional Facility (FCF)
                                                            P.O. Box 999
                                                            Canon City, CO 81215-0999
                                                            PRO SE

**Interested Party**

**David Montoya**

**Interested Party**

**Leroy Cunningham**                      represented by    **Leroy Cunningham**
                                                            #75593
                                                            Bent County Correctional Facility
                                                            (BCCF)
                                                            11560 Road FF75
                                                            Las Animas, CO 81054-9573
                                                            PRO SE

**Interested Party**

**Conrad Trujillo**                       represented by    **Conrad Trujillo**
                                                            #68978
                                                            Huerfano County Correctional Center
                                                            (HCCC)
                                                            304 Ray Sandoval Street
                                                            Walsenburg, CO 81089
                                                            PRO SE

**Interested Party**

**Manuel S. DePineda**

**Interested Party**

**Cynthia Hosea-Butler**                  represented by    **Cynthia Hosea-Butler**
                                                            #127487
                                                            Denver Women's Correctional Facility
                                                            (DWCF)
                                                            P.O. Box 392005
                                                            Denver, CO 80239
                                                            PRO SE

**Interested Party**

**Wellman E. Gibson**                     represented by    **Wellman E. Gibson**
                                                            #74384
                                                            Arkansas Valley Correctional Facility
                                                            (AVCF)
                                                            P.O. Box 1000
                                                            Crowley, CO 81034
                                                            PRO SE

**Interested Party**

**John Ovalle**

**Interested Party**

**Thomas T. Valdez**                    represented by   **Thomas T. Valdez**
*claim 03-359*                                          #68556
                                                        Limon Correctional Facility (LCF)
                                                        49030 State Highway 71
                                                        Limon, CO 80826
                                                        PRO SE

**Interested Party**

**Jeffery Harris**                      represented by   **Jeffery Harris**
                                                        #101324
                                                        Crowley County Correctional Facility
                                                        (CCCF)
                                                        6564 State Highway 96
                                                        Olney Springs, CO 81062-8700
                                                        PRO SE

**Interested Party**

**Matthew Mounts**

**Interested Party**

**Michael K. Tivis**

**Interested Party**

**Robert Neely**                        represented by   **Robert Neely**
                                                        #114438
                                                        Fremont Correctional Facility (FCF)
                                                        P.O. Box 999
                                                        Canon City, CO 81215-0999
                                                        PRO SE

**Interested Party**

**Alphonzo Greer, Jr.**
*also known as*
Alphonso Greer, Jr.

**Interested Party**

**Francisco R. Flores**                 represented by   **Francisco R. Flores**
                                                        Crowley County Correctional Facility
                                                        (CCCF)
                                                        6564 State Highway 96
                                                        Olney Springs, CO 81062-8700
                                                        PRO SE

**Interested Party**

**Greggory Wade Oliver**

**Interested Party**

**John Ovalle**

**Interested Party**

**Thomas T. Valdez**                            represented by   **Thomas T. Valdez**
*claim 03-359*                                                  #68556
                                                               Limon Correctional Facility (LCF)
                                                               49030 State Highway 71
                                                               Limon, CO 80826
                                                               PRO SE

**Interested Party**

**Jeffery Harris**                              represented by   **Jeffery Harris**
                                                               #101324
                                                               Crowley County Correctional Facility
                                                               (CCCF)
                                                               6564 State Highway 96
                                                               Olney Springs, CO 81062-8700
                                                               PRO SE

**Interested Party**

**Matthew Mounts**

**Interested Party**

**Michael K. Tivis**

**Interested Party**

**Robert Neely**                                represented by   **Robert Neely**
                                                               #114438
                                                               Fremont Correctional Facility (FCF)
                                                               P.O. Box 999
                                                               Canon City, CO 81215-0999
                                                               PRO SE

**Interested Party**

**Alphonzo Greer, Jr.**
*also known as*
Alphonso Greer, Jr.

**Interested Party**

**Francisco R. Flores**                         represented by   **Francisco R. Flores**
                                                               Crowley County Correctional Facility
                                                               (CCCF)
                                                               6564 State Highway 96
                                                               Olney Springs, CO 81062-8700
                                                               PRO SE

**Interested Party**

**Greggory Wade Oliver**

**Interested Party**

**John Ovalle**

**Interested Party**

**Thomas T. Valdez**                    represented by   **Thomas T. Valdez**
*claim 03-359*                                           #68556
                                                         Limon Correctional Facility (LCF)
                                                         49030 State Highway 71
                                                         Limon, CO 80826
                                                         PRO SE

**Interested Party**

**Jeffery Harris**                      represented by   **Jeffery Harris**
                                                         #101324
                                                         Crowley County Correctional Facility
                                                         (CCCF)
                                                         6564 State Highway 96
                                                         Olney Springs, CO 81062-8700
                                                         PRO SE

**Interested Party**

**Matthew Mounts**

**Interested Party**

**Michael K. Tivis**

**Interested Party**

**Robert Neely**                        represented by   **Robert Neely**
                                                         #114438
                                                         Fremont Correctional Facility (FCF)
                                                         P.O. Box 999
                                                         Canon City, CO 81215-0999
                                                         PRO SE

**Interested Party**

**Alphonzo Greer, Jr.**
*also known as*
Alphonso Greer, Jr.

**Interested Party**

**Francisco R. Flores**                 represented by   **Francisco R. Flores**
                                                         Crowley County Correctional Facility
                                                         (CCCF)
                                                         6564 State Highway 96
                                                         Olney Springs, CO 81062-8700
                                                         PRO SE

**Interested Party**

**Greggory Wade Oliver**

**Interested Party**

**John Ovalle**

**Interested Party**

**Thomas T. Valdez**                          represented by   **Thomas T. Valdez**
*claim 03-359*                                                #68556
                                                             Limon Correctional Facility (LCF)
                                                             49030 State Highway 71
                                                             Limon, CO 80826
                                                             PRO SE

**Interested Party**

**Jeffery Harris**                            represented by   **Jeffery Harris**
                                                             #101324
                                                             Crowley County Correctional Facility
                                                             (CCCF)
                                                             6564 State Highway 96
                                                             Olney Springs, CO 81062-8700
                                                             PRO SE

**Interested Party**

**Matthew Mounts**

**Interested Party**

**Michael K. Tivis**

**Interested Party**

**Robert Neely**                              represented by   **Robert Neely**
                                                             #114438
                                                             Fremont Correctional Facility (FCF)
                                                             P.O. Box 999
                                                             Canon City, CO 81215-0999
                                                             PRO SE

**Interested Party**

**Alphonzo Greer, Jr.**
*also known as*
Alphonso Greer, Jr.

**Interested Party**

**Francisco R. Flores**                       represented by   **Francisco R. Flores**
                                                             Crowley County Correctional Facility
                                                             (CCCF)
                                                             6564 State Highway 96
                                                             Olney Springs, CO 81062-8700
                                                             PRO SE

**Interested Party**

**Greggory Wade Oliver**

**Interested Party**

**Cynthia Gail Keeley**                    represented by   **Cynthia Gail Keeley**
                                                            #127204
                                                            ComCor
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Donald Lee Revere**                      represented by   **Donald Lee Revere**
                                                            #69342
                                                            Crowley County Correctional Facility
                                                            (CCCF)
                                                            6564 State Highway 96
                                                            Olney Springs, CO 81062-8700
                                                            PRO SE

**Interested Party**

**Mary E. Slocum**

**Interested Party**

**Oliver Giller**

**Interested Party**

**Linette DeRasmo**                        represented by   **Linette DeRasmo**
                                                            #125710
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Hormoz Pourat**                          represented by   **Hormoz Pourat**
                                                            #113890
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Michael S. Forbes**                      represented by   **Michael S. Forbes**
                                                            #103524
                                                            Oklahoma-Joseph Harp Correctional
                                                            Center
                                                            P.O. Box 548
                                                            Lexington, OK 73051-0548
                                                            PRO SE

**Interested Party**

**David Beery**                            represented by   **David Beery**

**Interested Party**

**Cynthia Gail Keeley**                              represented by   **Cynthia Gail Keeley**
                                                                    #127204
                                                                    ComCor
                                                                    3844 North Nevada Avenue
                                                                    Colorado Springs, CO 80907
                                                                    PRO SE

**Interested Party**

**Donald Lee Revere**                               represented by   **Donald Lee Revere**
                                                                    #69342
                                                                    Crowley County Correctional Facility
                                                                    (CCCF)
                                                                    6564 State Highway 96
                                                                    Olney Springs, CO 81062-8700
                                                                    PRO SE

**Interested Party**

**Mary E. Slocum**

**Interested Party**

**Oliver Giller**

**Interested Party**

**Linette DeRasmo**                                 represented by   **Linette DeRasmo**
                                                                    #125710
                                                                    3844 North Nevada Avenue
                                                                    Colorado Springs, CO 80907
                                                                    PRO SE

**Interested Party**

**Hormoz Pourat**                                   represented by   **Hormoz Pourat**
                                                                    #113890
                                                                    Fort Lyon Correctional Facility (FLCF)
                                                                    P.O. Box 1000
                                                                    Fort Lyon, CO 81038
                                                                    PRO SE

**Interested Party**

**Michael S. Forbes**                               represented by   **Michael S. Forbes**
                                                                    #103524
                                                                    Oklahoma-Joseph Harp Correctional
                                                                    Center
                                                                    P.O. Box 548
                                                                    Lexington, OK 73051-0548
                                                                    PRO SE

**Interested Party**

**David Beery**                                     represented by   **David Beery**

**Interested Party**

**Cynthia Gail Keeley**                    represented by   **Cynthia Gail Keeley**
                                                            #127204
                                                            ComCor
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Donald Lee Revere**                      represented by   **Donald Lee Revere**
                                                            #69342
                                                            Crowley County Correctional Facility
                                                            (CCCF)
                                                            6564 State Highway 96
                                                            Olney Springs, CO 81062-8700
                                                            PRO SE

**Interested Party**

**Mary E. Slocum**

**Interested Party**

**Oliver Giller**

**Interested Party**

**Linette DeRasmo**                        represented by   **Linette DeRasmo**
                                                            #125710
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Hormoz Pourat**                          represented by   **Hormoz Pourat**
                                                            #113890
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Michael S. Forbes**                      represented by   **Michael S. Forbes**
                                                            #103524
                                                            Oklahoma-Joseph Harp Correctional
                                                            Center
                                                            P.O. Box 548
                                                            Lexington, OK 73051-0548
                                                            PRO SE

**Interested Party**

**David Beery**                            represented by   **David Beery**

**Interested Party**

**Cynthia Gail Keeley**                    represented by   **Cynthia Gail Keeley**
                                                            #127204
                                                            ComCor
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Donald Lee Revere**                      represented by   **Donald Lee Revere**
                                                            #69342
                                                            Crowley County Correctional Facility
                                                            (CCCF)
                                                            6564 State Highway 96
                                                            Olney Springs, CO 81062-8700
                                                            PRO SE

**Interested Party**

**Mary E. Slocum**

**Interested Party**

**Oliver Giller**

**Interested Party**

**Linette DeRasmo**                        represented by   **Linette DeRasmo**
                                                            #125710
                                                            3844 North Nevada Avenue
                                                            Colorado Springs, CO 80907
                                                            PRO SE

**Interested Party**

**Hormoz Pourat**                          represented by   **Hormoz Pourat**
                                                            #113890
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Michael S. Forbes**                      represented by   **Michael S. Forbes**
                                                            #103524
                                                            Oklahoma-Joseph Harp Correctional
                                                            Center
                                                            P.O. Box 548
                                                            Lexington, OK 73051-0548
                                                            PRO SE

**Interested Party**

**David Beery**                            represented by   **David Beery**

#115894
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Hector Martinez-Jimenez**                    represented by   **Hector Martinez-Jimenez**
#106871
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Ed Collie**                                  represented by   **Ed Collie**
*also known as*                                                 #00907
Ed Colie                                                        Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Juan Maldonado**                             represented by   **Juan Maldonado**
#81249
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Larry Gordon**                               represented by   **Larry Gordon**
53405
LCF
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826
PRO SE

**Interested Party**

**Stephen Moore**                              represented by   **Stephen Moore**
#57381
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Raymond A. Price**                           represented by   **Raymond A. Price**
#66072

#115894
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Hector Martinez-Jimenez**                    represented by   **Hector Martinez-Jimenez**
#106871
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Ed Collie**                                  represented by   **Ed Collie**
*also known as*                                                 #00907
Ed Colie                                                        Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Juan Maldonado**                             represented by   **Juan Maldonado**
#81249
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Larry Gordon**                               represented by   **Larry Gordon**
53405
LCF
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826
PRO SE

**Interested Party**

**Stephen Moore**                              represented by   **Stephen Moore**
#57381
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Raymond A. Price**                           represented by   **Raymond A. Price**
#66072

#115894
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Hector Martinez-Jimenez**                  represented by   **Hector Martinez-Jimenez**
#106871
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Ed Collie**                                represented by   **Ed Collie**
*also known as*                                              #00907
Ed Colie                                                     Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Juan Maldonado**                           represented by   **Juan Maldonado**
#81249
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Larry Gordon**                             represented by   **Larry Gordon**
53405
LCF
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826
PRO SE

**Interested Party**

**Stephen Moore**                            represented by   **Stephen Moore**
#57381
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Raymond A. Price**                         represented by   **Raymond A. Price**
#66072

#115894
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Hector Martinez-Jimenez**                represented by   **Hector Martinez-Jimenez**
#106871
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Ed Collie**                              represented by   **Ed Collie**
*also known as*                                             #00907
Ed Colie                                                   Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**Juan Maldonado**                         represented by   **Juan Maldonado**
#81249
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Larry Gordon**                           represented by   **Larry Gordon**
53405
LCF
Limon Correctional Facility
49030 State Hwy 71
Limon, CO 80826
PRO SE

**Interested Party**

**Stephen Moore**                          represented by   **Stephen Moore**
#57381
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Raymond A. Price**                       represented by   **Raymond A. Price**
#66072

Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Marty Bueno**                    represented by   **Marty Bueno**
                                                    #50565
                                                    Colorado Territorial Correctional
                                                    Facility (CTCF)
                                                    P.O. Box 1010
                                                    Canon City, CO 81215-1010
                                                    PRO SE

**Interested Party**

**Charles Mosby**                  represented by   **Charles Mosby**
                                                    #63611
                                                    Limon Correctional Facility (LCF)
                                                    49030 State Highway 71
                                                    Limon, CO 80826
                                                    PRO SE

**Interested Party**

**Robert Turner**                  represented by   **Robert Turner**
                                                    #81107
                                                    Fremont Correctional Facility (FCF)
                                                    P.O. Box 999
                                                    Canon City, CO 81215-0999
                                                    PRO SE

**Interested Party**

**Jay H. Bailey**                  represented by   **Jay H. Bailey**
                                                    #103284
                                                    Fort Lyon Correctional Facility (FLCF)
                                                    P.O. Box 1000
                                                    Fort Lyon, CO 81038
                                                    PRO SE

**Interested Party**

**L.R. Moore**                     represented by   **L.R. Moore**
                                                    #47702
                                                    Colorado State Penitentiary (CSP)
                                                    P.O. Box 777
                                                    Canon City, CO 81215-0777
                                                    PRO SE

**Interested Party**

**Kevin Mark Bretz**               represented by   **Kevin Mark Bretz**
                                                    #46584
                                                    Sterling Correctional Facility (SCF)

Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Marty Bueno**                           represented by   **Marty Bueno**
                                                          #50565
                                                          Colorado Territorial Correctional
                                                          Facility (CTCF)
                                                          P.O. Box 1010
                                                          Canon City, CO 81215-1010
                                                          PRO SE

**Interested Party**

**Charles Mosby**                         represented by   **Charles Mosby**
                                                          #63611
                                                          Limon Correctional Facility (LCF)
                                                          49030 State Highway 71
                                                          Limon, CO 80826
                                                          PRO SE

**Interested Party**

**Robert Turner**                         represented by   **Robert Turner**
                                                          #81107
                                                          Fremont Correctional Facility (FCF)
                                                          P.O. Box 999
                                                          Canon City, CO 81215-0999
                                                          PRO SE

**Interested Party**

**Jay H. Bailey**                         represented by   **Jay H. Bailey**
                                                          #103284
                                                          Fort Lyon Correctional Facility (FLCF)
                                                          P.O. Box 1000
                                                          Fort Lyon, CO 81038
                                                          PRO SE

**Interested Party**

**L.R. Moore**                            represented by   **L.R. Moore**
                                                          #47702
                                                          Colorado State Penitentiary (CSP)
                                                          P.O. Box 777
                                                          Canon City, CO 81215-0777
                                                          PRO SE

**Interested Party**

**Kevin Mark Bretz**                      represented by   **Kevin Mark Bretz**
                                                          #46584
                                                          Sterling Correctional Facility (SCF)

Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Marty Bueno**                           represented by   **Marty Bueno**
#50565
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Charles Mosby**                         represented by   **Charles Mosby**
#63611
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Robert Turner**                         represented by   **Robert Turner**
#81107
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999
PRO SE

**Interested Party**

**Jay H. Bailey**                         represented by   **Jay H. Bailey**
#103284
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038
PRO SE

**Interested Party**

**L.R. Moore**                            represented by   **L.R. Moore**
#47702
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Kevin Mark Bretz**                      represented by   **Kevin Mark Bretz**
#46584
Sterling Correctional Facility (SCF)

Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777
PRO SE

**Interested Party**

**Marty Bueno**                      represented by **Marty Bueno**
                                                    #50565
                                                    Colorado Territorial Correctional
                                                    Facility (CTCF)
                                                    P.O. Box 1010
                                                    Canon City, CO 81215-1010
                                                    PRO SE

**Interested Party**

**Charles Mosby**                    represented by **Charles Mosby**
                                                    #63611
                                                    Limon Correctional Facility (LCF)
                                                    49030 State Highway 71
                                                    Limon, CO 80826
                                                    PRO SE

**Interested Party**

**Robert Turner**                    represented by **Robert Turner**
                                                    #81107
                                                    Fremont Correctional Facility (FCF)
                                                    P.O. Box 999
                                                    Canon City, CO 81215-0999
                                                    PRO SE

**Interested Party**

**Jay H. Bailey**                    represented by **Jay H. Bailey**
                                                    #103284
                                                    Fort Lyon Correctional Facility (FLCF)
                                                    P.O. Box 1000
                                                    Fort Lyon, CO 81038
                                                    PRO SE

**Interested Party**

**L.R. Moore**                       represented by **L.R. Moore**
                                                    #47702
                                                    Colorado State Penitentiary (CSP)
                                                    P.O. Box 777
                                                    Canon City, CO 81215-0777
                                                    PRO SE

**Interested Party**

**Kevin Mark Bretz**                 represented by **Kevin Mark Bretz**
                                                    #46584
                                                    Sterling Correctional Facility (SCF)

|  |  | P.O. Box 6000<br>Sterling, CO 80751<br>PRO SE |
|--|--|--|
| **Interested Party** |  |  |
| **Robert E. Quintano** | represented by | **Robert E. Quintano**<br>#105549<br>Crowley County Correctional Facility<br>(CCCF)<br>6564 State Highway 96<br>Olney Springs, CO 81062-8700<br>PRO SE |
| **Interested Party** |  |  |
| **Eric Marshall** | represented by | **Eric Marshall**<br>#83492<br>Sterling Correctional Facility (SCF)<br>P.O. Box 6000<br>Sterling, CO 80751<br>PRO SE |
| **Interested Party** |  |  |
| **Antonio Maldonado** |  |  |
| **Interested Party** |  |  |
| **Robert P. Fry** | represented by | **Robert P. Fry**<br>#110724<br>Limon Correctional Facility<br>49030 State Highway 71<br>Limon, CO 80826<br>PRO SE |
| **Interested Party** |  |  |
| **Paul Heinrich** | represented by | **Paul Heinrich**<br>#110907<br>Limon Correctional Facility (LCF)<br>49030 State Highway 71<br>Limon, CO 80826<br>PRO SE |
| **Interested Party** |  |  |
| **Michael Sean Edmond** | represented by | **Michael Sean Edmond**<br>#86059<br>Buena Vista Correctional Complex-<br>Main & Boot Camp (BVCC)<br>P.O. Box 2017<br>Buena Vista, CO 81211<br>PRO SE |
| **Interested Party** |  |  |

P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Robert E. Quintano**                    represented by   **Robert E. Quintano**
                                                           #105549
                                                           Crowley County Correctional Facility
                                                           (CCCF)
                                                           6564 State Highway 96
                                                           Olney Springs, CO 81062-8700
                                                           PRO SE

**Interested Party**

**Eric Marshall**                         represented by   **Eric Marshall**
                                                           #83492
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Antonio Maldonado**

**Interested Party**

**Robert P. Fry**                         represented by   **Robert P. Fry**
                                                           #110724
                                                           Limon Correctional Facility
                                                           49030 State Highway 71
                                                           Limon, CO 80826
                                                           PRO SE

**Interested Party**

**Paul Heinrich**                         represented by   **Paul Heinrich**
                                                           #110907
                                                           Limon Correctional Facility (LCF)
                                                           49030 State Highway 71
                                                           Limon, CO 80826
                                                           PRO SE

**Interested Party**

**Michael Sean Edmond**                   represented by   **Michael Sean Edmond**
                                                           #86059
                                                           Buena Vista Correctional Complex-
                                                           Main & Boot Camp (BVCC)
                                                           P.O. Box 2017
                                                           Buena Vista, CO 81211
                                                           PRO SE

**Interested Party**

P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Robert E. Quintano**                   represented by   **Robert E. Quintano**
#105549
Crowley County Correctional Facility
(CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700
PRO SE

**Interested Party**

**Eric Marshall**                        represented by   **Eric Marshall**
#83492
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Antonio Maldonado**

**Interested Party**

**Robert P. Fry**                        represented by   **Robert P. Fry**
#110724
Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Paul Heinrich**                        represented by   **Paul Heinrich**
#110907
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Michael Sean Edmond**                  represented by   **Michael Sean Edmond**
#86059
Buena Vista Correctional Complex-
Main & Boot Camp (BVCC)
P.O. Box 2017
Buena Vista, CO 81211
PRO SE

**Interested Party**

P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Robert E. Quintano**                    represented by    **Robert E. Quintano**
                                                            #105549
                                                            Crowley County Correctional Facility
                                                            (CCCF)
                                                            6564 State Highway 96
                                                            Olney Springs, CO 81062-8700
                                                            PRO SE

**Interested Party**

**Eric Marshall**                         represented by    **Eric Marshall**
                                                            #83492
                                                            Sterling Correctional Facility (SCF)
                                                            P.O. Box 6000
                                                            Sterling, CO 80751
                                                            PRO SE

**Interested Party**

**Antonio Maldonado**

**Interested Party**

**Robert P. Fry**                         represented by    **Robert P. Fry**
                                                            #110724
                                                            Limon Correctional Facility
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**

**Paul Heinrich**                         represented by    **Paul Heinrich**
                                                            #110907
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**

**Michael Sean Edmond**                   represented by    **Michael Sean Edmond**
                                                            #86059
                                                            Buena Vista Correctional Complex-
                                                            Main & Boot Camp (BVCC)
                                                            P.O. Box 2017
                                                            Buena Vista, CO 81211
                                                            PRO SE

**Interested Party**

**Robert C. Garnett, Sr.**                    represented by   **Robert C. Garnett, Sr.**
                                                              P.O. Box 263
                                                              Crestone, CO 81131
                                                              PRO SE

**Interested Party**

**James P. Wylie**                            represented by   **James P. Wylie**
                                                              #114060
                                                              Sterling Correctional Facility (SCF)
                                                              P.O. Box 6000
                                                              Sterling, CO 80751
                                                              PRO SE

**Interested Party**

**Roy Jack Pollard**                          represented by   **Roy Jack Pollard**
                                                              #94894
                                                              Colorado Territorial Correctional
                                                              Facility (CTCF)
                                                              P.O. Box 1010
                                                              Canon City, CO 81215-1010
                                                              PRO SE

**Interested Party**

**Lawrence Robert Warfield**                  represented by   **Lawrence Robert Warfield**
                                                              #54622
                                                              1707 Ascot Road
                                                              Colorado Springs, CO 80906
                                                              PRO SE

**Interested Party**

**Robert Schwartz**                           represented by   **Robert Schwartz**
                                                              #60801
                                                              Colorado Territorial Correctional
                                                              Facility (CTCF)
                                                              P.O. Box 1010
                                                              Canon City, CO 81215-1010
                                                              PRO SE

**Interested Party**

**Genady B. Slonimsky**                       represented by   **Genady B. Slonimsky**
                                                              #106124
                                                              9021 Judson Street
                                                              Westminster, CO 80031
                                                              PRO SE

**Interested Party**

**Edward Wetherbee**                          represented by   **Edward Wetherbee**
                                                              #58059
                                                              Four Mile Correctional Center (FMCC)
                                                              P.O. Box 300

**Robert C. Garnett, Sr.**                  represented by   **Robert C. Garnett, Sr.**
                                                             P.O. Box 263
                                                             Crestone, CO 81131
                                                             PRO SE

**Interested Party**

**James P. Wylie**                          represented by   **James P. Wylie**
                                                             #114060
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Roy Jack Pollard**                        represented by   **Roy Jack Pollard**
                                                             #94894
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Lawrence Robert Warfield**                represented by   **Lawrence Robert Warfield**
                                                             #54622
                                                             1707 Ascot Road
                                                             Colorado Springs, CO 80906
                                                             PRO SE

**Interested Party**

**Robert Schwartz**                         represented by   **Robert Schwartz**
                                                             #60801
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Genady B. Slonimsky**                     represented by   **Genady B. Slonimsky**
                                                             #106124
                                                             9021 Judson Street
                                                             Westminster, CO 80031
                                                             PRO SE

**Interested Party**

**Edward Wetherbee**                        represented by   **Edward Wetherbee**
                                                             #58059
                                                             Four Mile Correctional Center (FMCC)
                                                             P.O. Box 300

**Robert C. Garnett, Sr.**                    represented by   **Robert C. Garnett, Sr.**
                                                               P.O. Box 263
                                                               Crestone, CO 81131
                                                               PRO SE

**Interested Party**

**James P. Wylie**                            represented by   **James P. Wylie**
                                                               #114060
                                                               Sterling Correctional Facility (SCF)
                                                               P.O. Box 6000
                                                               Sterling, CO 80751
                                                               PRO SE

**Interested Party**

**Roy Jack Pollard**                          represented by   **Roy Jack Pollard**
                                                               #94894
                                                               Colorado Territorial Correctional
                                                               Facility (CTCF)
                                                               P.O. Box 1010
                                                               Canon City, CO 81215-1010
                                                               PRO SE

**Interested Party**

**Lawrence Robert Warfield**                  represented by   **Lawrence Robert Warfield**
                                                               #54622
                                                               1707 Ascot Road
                                                               Colorado Springs, CO 80906
                                                               PRO SE

**Interested Party**

**Robert Schwartz**                           represented by   **Robert Schwartz**
                                                               #60801
                                                               Colorado Territorial Correctional
                                                               Facility (CTCF)
                                                               P.O. Box 1010
                                                               Canon City, CO 81215-1010
                                                               PRO SE

**Interested Party**

**Genady B. Slonimsky**                       represented by   **Genady B. Slonimsky**
                                                               #106124
                                                               9021 Judson Street
                                                               Westminster, CO 80031
                                                               PRO SE

**Interested Party**

**Edward Wetherbee**                          represented by   **Edward Wetherbee**
                                                               #58059
                                                               Four Mile Correctional Center (FMCC)
                                                               P.O. Box 300

**Robert C. Garnett, Sr.**                  represented by   **Robert C. Garnett, Sr.**
                                                             P.O. Box 263
                                                             Crestone, CO 81131
                                                             PRO SE

**Interested Party**

**James P. Wylie**                          represented by   **James P. Wylie**
                                                             #114060
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Roy Jack Pollard**                        represented by   **Roy Jack Pollard**
                                                             #94894
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Lawrence Robert Warfield**                represented by   **Lawrence Robert Warfield**
                                                             #54622
                                                             1707 Ascot Road
                                                             Colorado Springs, CO 80906
                                                             PRO SE

**Interested Party**

**Robert Schwartz**                         represented by   **Robert Schwartz**
                                                             #60801
                                                             Colorado Territorial Correctional
                                                             Facility (CTCF)
                                                             P.O. Box 1010
                                                             Canon City, CO 81215-1010
                                                             PRO SE

**Interested Party**

**Genady B. Slonimsky**                     represented by   **Genady B. Slonimsky**
                                                             #106124
                                                             9021 Judson Street
                                                             Westminster, CO 80031
                                                             PRO SE

**Interested Party**

**Edward Wetherbee**                        represented by   **Edward Wetherbee**
                                                             #58059
                                                             Four Mile Correctional Center (FMCC)
                                                             P.O. Box 300

Canon City, CO 81215
PRO SE

**Interested Party**

**Jerry Simmons**                    represented by   **Jerry Simmons**
                                                      #1567042
                                                      Building 8-E
                                                      PO Box 1108
                                                      Denver, CO 80201
                                                      PRO SE

**Interested Party**

**Lawrence E. Beeman**               represented by   **Lawrence E. Beeman**
                                                      # 42894
                                                      Sterling Correctional Facility (SCF)
                                                      P.O. Box 6000
                                                      Sterling, CO 80751
                                                      PRO SE

**Interested Party**

**John J. Derwin**                   represented by   **John J. Derwin**
                                                      #68798
                                                      CTCF
                                                      CO Territorial Correctional Facility
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Charles R. Stroud**                represented by   **Charles R. Stroud**
                                                      #48629
                                                      Colorado Territorial Correctional
                                                      Facility (CTCF)
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Theodore Vialpando**               represented by   **Theodore Vialpando**
                                                      # 62175
                                                      Arkansas Valley Correctional Facility
                                                      (AVCF)
                                                      P.O. Box 1000
                                                      Crowley, CO 81034
                                                      PRO SE

**Interested Party**

**Ulysses S. Grant**                 represented by   **Ulysses S. Grant**
                                                      2420 Franklin Street
                                                      Denver, CO 80205

Canon City, CO 81215
PRO SE

**Interested Party**

**Jerry Simmons**                    represented by    **Jerry Simmons**
                                                       #1567042
                                                       Building 8-E
                                                       PO Box 1108
                                                       Denver, CO 80201
                                                       PRO SE

**Interested Party**

**Lawrence E. Beeman**               represented by    **Lawrence E. Beeman**
                                                       # 42894
                                                       Sterling Correctional Facility (SCF)
                                                       P.O. Box 6000
                                                       Sterling, CO 80751
                                                       PRO SE

**Interested Party**

**John J. Derwin**                   represented by    **John J. Derwin**
                                                       #68798
                                                       CTCF
                                                       CO Territorial Correctional Facility
                                                       P.O. Box 1010
                                                       Canon City, CO 81215-1010
                                                       PRO SE

**Interested Party**

**Charles R. Stroud**                represented by    **Charles R. Stroud**
                                                       #48629
                                                       Colorado Territorial Correctional
                                                       Facility (CTCF)
                                                       P.O. Box 1010
                                                       Canon City, CO 81215-1010
                                                       PRO SE

**Interested Party**

**Theodore Vialpando**               represented by    **Theodore Vialpando**
                                                       # 62175
                                                       Arkansas Valley Correctional Facility
                                                       (AVCF)
                                                       P.O. Box 1000
                                                       Crowley, CO 81034
                                                       PRO SE

**Interested Party**

**Ulysses S. Grant**                 represented by    **Ulysses S. Grant**
                                                       2420 Franklin Street
                                                       Denver, CO 80205

Canon City, CO 81215
PRO SE

**Interested Party**

**Jerry Simmons**                    represented by   **Jerry Simmons**
                                                      #1567042
                                                      Building 8-E
                                                      PO Box 1108
                                                      Denver, CO 80201
                                                      PRO SE

**Interested Party**

**Lawrence E. Beeman**               represented by   **Lawrence E. Beeman**
                                                      # 42894
                                                      Sterling Correctional Facility (SCF)
                                                      P.O. Box 6000
                                                      Sterling, CO 80751
                                                      PRO SE

**Interested Party**

**John J. Derwin**                   represented by   **John J. Derwin**
                                                      #68798
                                                      CTCF
                                                      CO Territorial Correctional Facility
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Charles R. Stroud**                represented by   **Charles R. Stroud**
                                                      #48629
                                                      Colorado Territorial Correctional
                                                      Facility (CTCF)
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Theodore Vialpando**               represented by   **Theodore Vialpando**
                                                      # 62175
                                                      Arkansas Valley Correctional Facility
                                                      (AVCF)
                                                      P.O. Box 1000
                                                      Crowley, CO 81034
                                                      PRO SE

**Interested Party**

**Ulysses S. Grant**                 represented by   **Ulysses S. Grant**
                                                      2420 Franklin Street
                                                      Denver, CO 80205

Canon City, CO 81215
PRO SE

**Interested Party**

**Jerry Simmons**                    represented by   **Jerry Simmons**
                                                      #1567042
                                                      Building 8-E
                                                      PO Box 1108
                                                      Denver, CO 80201
                                                      PRO SE

**Interested Party**

**Lawrence E. Beeman**               represented by   **Lawrence E. Beeman**
                                                      # 42894
                                                      Sterling Correctional Facility (SCF)
                                                      P.O. Box 6000
                                                      Sterling, CO 80751
                                                      PRO SE

**Interested Party**

**John J. Derwin**                   represented by   **John J. Derwin**
                                                      #68798
                                                      CTCF
                                                      CO Territorial Correctional Facility
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Charles R. Stroud**                represented by   **Charles R. Stroud**
                                                      #48629
                                                      Colorado Territorial Correctional
                                                      Facility (CTCF)
                                                      P.O. Box 1010
                                                      Canon City, CO 81215-1010
                                                      PRO SE

**Interested Party**

**Theodore Vialpando**               represented by   **Theodore Vialpando**
                                                      # 62175
                                                      Arkansas Valley Correctional Facility
                                                      (AVCF)
                                                      P.O. Box 1000
                                                      Crowley, CO 81034
                                                      PRO SE

**Interested Party**

**Ulysses S. Grant**                 represented by   **Ulysses S. Grant**
                                                      2420 Franklin Street
                                                      Denver, CO 80205

303-860-6003
PRO SE

**Interested Party**

**Michael R. Ingram**                          represented by   **Michael R. Ingram**
                                                                # 43629
                                                                Sterling Correctional Facility (SCF)
                                                                P.O. Box 6000
                                                                Sterling, CO 80751
                                                                PRO SE

**Interested Party**

**Edward Corbin**

**Interested Party**

**Jared Whorlow**                              represented by   **Jared Whorlow**
                                                                12526 West 8th Place
                                                                Golden, CO 80401
                                                                PRO SE

**Interested Party**

**Eugene Navarro**                             represented by   **Eugene Navarro**
                                                                # 83708
                                                                Sterling Correctional Facility (SCF)
                                                                P.O. Box 6000
                                                                Sterling, CO 80751
                                                                PRO SE

**Interested Party**

**Ben Padilla**                                represented by   **Ben Padilla**
                                                                # 82114
                                                                Fort Lyon Correctional Facility (FLCF)
                                                                P.O. Box 1000
                                                                Fort Lyon, CO 81038
                                                                PRO SE

**Interested Party**

**Daniel Thiebold**

**Interested Party**

**Santos Romero, Jr.**                         represented by   **Santos Romero, Jr.**
                                                                #48563
                                                                Kit Carson Correctional Center (KCCC)

                                                                P.O. Box 2000
                                                                Burlington, CO 80807
                                                                PRO SE

**Interested Party**

303-860-6003
PRO SE

**Interested Party**

**Michael R. Ingram**                    represented by   **Michael R. Ingram**
                                                          # 43629
                                                          Sterling Correctional Facility (SCF)
                                                          P.O. Box 6000
                                                          Sterling, CO 80751
                                                          PRO SE

**Interested Party**

**Edward Corbin**

**Interested Party**

**Jared Whorlow**                        represented by   **Jared Whorlow**
                                                          12526 West 8th Place
                                                          Golden, CO 80401
                                                          PRO SE

**Interested Party**

**Eugene Navarro**                       represented by   **Eugene Navarro**
                                                          # 83708
                                                          Sterling Correctional Facility (SCF)
                                                          P.O. Box 6000
                                                          Sterling, CO 80751
                                                          PRO SE

**Interested Party**

**Ben Padilla**                          represented by   **Ben Padilla**
                                                          # 82114
                                                          Fort Lyon Correctional Facility (FLCF)
                                                          P.O. Box 1000
                                                          Fort Lyon, CO 81038
                                                          PRO SE

**Interested Party**

**Daniel Thiebold**

**Interested Party**

**Santos Romero, Jr.**                   represented by   **Santos Romero, Jr.**
                                                          #48563
                                                          Kit Carson Correctional Center (KCCC)

                                                          P.O. Box 2000
                                                          Burlington, CO 80807
                                                          PRO SE

**Interested Party**

303-860-6003
PRO SE

**Interested Party**

**Michael R. Ingram**                      represented by   **Michael R. Ingram**
                                                            # 43629
                                                            Sterling Correctional Facility (SCF)
                                                            P.O. Box 6000
                                                            Sterling, CO 80751
                                                            PRO SE

**Interested Party**

**Edward Corbin**

**Interested Party**

**Jared Whorlow**                          represented by   **Jared Whorlow**
                                                            12526 West 8th Place
                                                            Golden, CO 80401
                                                            PRO SE

**Interested Party**

**Eugene Navarro**                         represented by   **Eugene Navarro**
                                                            # 83708
                                                            Sterling Correctional Facility (SCF)
                                                            P.O. Box 6000
                                                            Sterling, CO 80751
                                                            PRO SE

**Interested Party**

**Ben Padilla**                            represented by   **Ben Padilla**
                                                            # 82114
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Daniel Thiebold**

**Interested Party**

**Santos Romero, Jr.**                     represented by   **Santos Romero, Jr.**
                                                            #48563
                                                            Kit Carson Correctional Center (KCCC)

                                                            P.O. Box 2000
                                                            Burlington, CO 80807
                                                            PRO SE

**Interested Party**

303-860-6003
PRO SE

**Interested Party**

**Michael R. Ingram**                     represented by   **Michael R. Ingram**
                                                           # 43629
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Edward Corbin**

**Interested Party**

**Jared Whorlow**                         represented by   **Jared Whorlow**
                                                           12526 West 8th Place
                                                           Golden, CO 80401
                                                           PRO SE

**Interested Party**

**Eugene Navarro**                        represented by   **Eugene Navarro**
                                                           # 83708
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Ben Padilla**                           represented by   **Ben Padilla**
                                                           # 82114
                                                           Fort Lyon Correctional Facility (FLCF)
                                                           P.O. Box 1000
                                                           Fort Lyon, CO 81038
                                                           PRO SE

**Interested Party**

**Daniel Thiebold**

**Interested Party**

**Santos Romero, Jr.**                    represented by   **Santos Romero, Jr.**
                                                           #48563
                                                           Kit Carson Correctional Center (KCCC)

                                                           P.O. Box 2000
                                                           Burlington, CO 80807
                                                           PRO SE

**Interested Party**

**Philip A. Punk**

represented by **Philip A. Punk**
#120656
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Lester William Nortonsen**

represented by **Lester William Nortonsen**
#83398
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826
PRO SE

**Interested Party**

**Albino Sanchez-Garcia**

represented by **Albino Sanchez-Garcia**
#83139
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Joseph Kyger**

represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Raymond Warren Scott**

**Interested Party**

**Henry Ray Tafoya**

**Interested Party**

**Ronald L. Cordova**

represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Edgar B. Robinson**

represented by **Edgar B. Robinson**
#45497
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Philip A. Punk**                          represented by   **Philip A. Punk**
                                                            #120656
                                                            Sterling Correctional Facility (SCF)
                                                            P.O. Box 6000
                                                            Sterling, CO 80751
                                                            PRO SE

**Interested Party**

**Lester William Nortonsen**                represented by   **Lester William Nortonsen**
                                                            #83398
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**

**Albino Sanchez-Garcia**                   represented by   **Albino Sanchez-Garcia**
                                                            #83139
                                                            Colorado Territorial Correctional
                                                            Facility (CTCF)
                                                            P.O. Box 1010
                                                            Canon City, CO 81215-1010
                                                            PRO SE

**Interested Party**

**Joseph Kyger**                            represented by   **Jennifer Wardner Riddle**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Raymond Warren Scott**

**Interested Party**

**Henry Ray Tafoya**

**Interested Party**

**Ronald L. Cordova**                       represented by   **Jennifer Wardner Riddle**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Interested Party**

**Edgar B. Robinson**                       represented by   **Edgar B. Robinson**
                                                            #45497
                                                            Centennial Correctional Facility (CCF)
                                                            P.O. Box 600
                                                            Canon City, CO 81215-0600
                                                            PRO SE

**Interested Party**

**Philip A. Punk**                              represented by   **Philip A. Punk**
                                                                #120656
                                                                Sterling Correctional Facility (SCF)
                                                                P.O. Box 6000
                                                                Sterling, CO 80751
                                                                PRO SE

**Interested Party**

**Lester William Nortonsen**                    represented by   **Lester William Nortonsen**
                                                                #83398
                                                                Limon Correctional Facility (LCF)
                                                                49030 State Highway 71
                                                                Limon, CO 80826
                                                                PRO SE

**Interested Party**

**Albino Sanchez-Garcia**                       represented by   **Albino Sanchez-Garcia**
                                                                #83139
                                                                Colorado Territorial Correctional
                                                                Facility (CTCF)
                                                                P.O. Box 1010
                                                                Canon City, CO 81215-1010
                                                                PRO SE

**Interested Party**

**Joseph Kyger**                                represented by   **Jennifer Wardner Riddle**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Raymond Warren Scott**

**Interested Party**

**Henry Ray Tafoya**

**Interested Party**

**Ronald L. Cordova**                           represented by   **Jennifer Wardner Riddle**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Interested Party**

**Edgar B. Robinson**                           represented by   **Edgar B. Robinson**
                                                                #45497
                                                                Centennial Correctional Facility (CCF)
                                                                P.O. Box 600
                                                                Canon City, CO 81215-0600
                                                                PRO SE

**Interested Party**

**Philip A. Punk**                               represented by   **Philip A. Punk**
                                                                  #120656
                                                                  Sterling Correctional Facility (SCF)
                                                                  P.O. Box 6000
                                                                  Sterling, CO 80751
                                                                  PRO SE

**Interested Party**

**Lester William Nortonsen**                     represented by   **Lester William Nortonsen**
                                                                  #83398
                                                                  Limon Correctional Facility (LCF)
                                                                  49030 State Highway 71
                                                                  Limon, CO 80826
                                                                  PRO SE

**Interested Party**

**Albino Sanchez-Garcia**                        represented by   **Albino Sanchez-Garcia**
                                                                  #83139
                                                                  Colorado Territorial Correctional
                                                                  Facility (CTCF)
                                                                  P.O. Box 1010
                                                                  Canon City, CO 81215-1010
                                                                  PRO SE

**Interested Party**

**Joseph Kyger**                                 represented by   **Jennifer Wardner Riddle**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Interested Party**

**Raymond Warren Scott**

**Interested Party**

**Henry Ray Tafoya**

**Interested Party**

**Ronald L. Cordova**                            represented by   **Jennifer Wardner Riddle**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Interested Party**

**Edgar B. Robinson**                            represented by   **Edgar B. Robinson**
                                                                  #45497
                                                                  Centennial Correctional Facility (CCF)
                                                                  P.O. Box 600
                                                                  Canon City, CO 81215-0600
                                                                  PRO SE

**Interested Party**

**Pablo Barron**                        represented by    **Pablo Barron**
                                                          1400 South Collyer
                                                          #218
                                                          Longmont, CO 80501
                                                          PRO SE

**Interested Party**

**Larry James Smith, Sr.**              represented by    **Larry James Smith, Sr.**
                                                          #114825
                                                          Buena Vista Correctional Complex-
                                                          Main & Boot Camp (BVCC)
                                                          P.O. Box 2017
                                                          Buena Vista, CO 81211
                                                          PRO SE

**Interested Party**

**Eugene Martinez**                     represented by    **Eugene Martinez**
                                                          #85357
                                                          Colorado State Penitentiary (CSP)
                                                          P.O. Box 777
                                                          Canon City, CO 81215-0777
                                                          PRO SE

**Interested Party**

**Ellsworth D. Pettit**

**Interested Party**

**Brandon Baxter Tyler**

**Interested Party**

**George Marin**                        represented by    **George Marin**
                                                          Sterling Correctional Facility (SCF)
                                                          P.O. Box 6000
                                                          Sterling, CO 80751
                                                          PRO SE

**Interested Party**

**Michael Duane Windsor**               represented by    **Michael Duane Windsor**
                                                          #64336
                                                          Colorado Territorial Correctional
                                                          Facility (CTCF)
                                                          P.O. Box 1010
                                                          Canon City, CO 81215-1010
                                                          PRO SE

**Interested Party**

**Michael N. Collins**                  represented by    **Michael N. Collins**
                                                          # 101218
                                                          Colorado Territorial Correctional

**Pablo Barron**                            represented by  **Pablo Barron**
                                                            1400 South Collyer
                                                            #218
                                                            Longmont, CO 80501
                                                            PRO SE

**Interested Party**
**Larry James Smith, Sr.**                  represented by  **Larry James Smith, Sr.**
                                                            #114825
                                                            Buena Vista Correctional Complex-
                                                            Main & Boot Camp (BVCC)
                                                            P.O. Box 2017
                                                            Buena Vista, CO 81211
                                                            PRO SE

**Interested Party**
**Eugene Martinez**                         represented by  **Eugene Martinez**
                                                            #85357
                                                            Colorado State Penitentiary (CSP)
                                                            P.O. Box 777
                                                            Canon City, CO 81215-0777
                                                            PRO SE

**Interested Party**
**Ellsworth D. Pettit**

**Interested Party**
**Brandon Baxter Tyler**

**Interested Party**
**George Marin**                            represented by  **George Marin**
                                                            Sterling Correctional Facility (SCF)
                                                            P.O. Box 6000
                                                            Sterling, CO 80751
                                                            PRO SE

**Interested Party**
**Michael Duane Windsor**                   represented by  **Michael Duane Windsor**
                                                            #64336
                                                            Colorado Territorial Correctional
                                                            Facility (CTCF)
                                                            P.O. Box 1010
                                                            Canon City, CO 81215-1010
                                                            PRO SE

**Interested Party**
**Michael N. Collins**                      represented by  **Michael N. Collins**
                                                            # 101218
                                                            Colorado Territorial Correctional

**Pablo Barron**                          represented by **Pablo Barron**
                                                         1400 South Collyer
                                                         #218
                                                         Longmont, CO 80501
                                                         PRO SE

**Interested Party**

**Larry James Smith, Sr.**                represented by **Larry James Smith, Sr.**
                                                         #114825
                                                         Buena Vista Correctional Complex-
                                                         Main & Boot Camp (BVCC)
                                                         P.O. Box 2017
                                                         Buena Vista, CO 81211
                                                         PRO SE

**Interested Party**

**Eugene Martinez**                       represented by **Eugene Martinez**
                                                         #85357
                                                         Colorado State Penitentiary (CSP)
                                                         P.O. Box 777
                                                         Canon City, CO 81215-0777
                                                         PRO SE

**Interested Party**

**Ellsworth D. Pettit**

**Interested Party**

**Brandon Baxter Tyler**

**Interested Party**

**George Marin**                          represented by **George Marin**
                                                         Sterling Correctional Facility (SCF)
                                                         P.O. Box 6000
                                                         Sterling, CO 80751
                                                         PRO SE

**Interested Party**

**Michael Duane Windsor**                 represented by **Michael Duane Windsor**
                                                         #64336
                                                         Colorado Territorial Correctional
                                                         Facility (CTCF)
                                                         P.O. Box 1010
                                                         Canon City, CO 81215-1010
                                                         PRO SE

**Interested Party**

**Michael N. Collins**                    represented by **Michael N. Collins**
                                                         # 101218
                                                         Colorado Territorial Correctional

**Pablo Barron**                        represented by   **Pablo Barron**
                                                         1400 South Collyer
                                                         #218
                                                         Longmont, CO 80501
                                                         PRO SE

**Interested Party**

**Larry James Smith, Sr.**              represented by   **Larry James Smith, Sr.**
                                                         #114825
                                                         Buena Vista Correctional Complex-
                                                         Main & Boot Camp (BVCC)
                                                         P.O. Box 2017
                                                         Buena Vista, CO 81211
                                                         PRO SE

**Interested Party**

**Eugene Martinez**                     represented by   **Eugene Martinez**
                                                         #85357
                                                         Colorado State Penitentiary (CSP)
                                                         P.O. Box 777
                                                         Canon City, CO 81215-0777
                                                         PRO SE

**Interested Party**

**Ellsworth D. Pettit**

**Interested Party**

**Brandon Baxter Tyler**

**Interested Party**

**George Marin**                        represented by   **George Marin**
                                                         Sterling Correctional Facility (SCF)
                                                         P.O. Box 6000
                                                         Sterling, CO 80751
                                                         PRO SE

**Interested Party**

**Michael Duane Windsor**               represented by   **Michael Duane Windsor**
                                                         #64336
                                                         Colorado Territorial Correctional
                                                         Facility (CTCF)
                                                         P.O. Box 1010
                                                         Canon City, CO 81215-1010
                                                         PRO SE

**Interested Party**

**Michael N. Collins**                  represented by   **Michael N. Collins**
                                                         # 101218
                                                         Colorado Territorial Correctional

Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Matthew T. Redmon**                represented by **Matthew T. Redmon**
3812 Anglers Lane
Largo, FL 33774
PRO SE

**Interested Party**

**Edmund Lloyd Herrera**             represented by **Edmund Lloyd Herrera**
76006-B-1-8
CCF
Centennial Correctional Facility
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Robert Whitaker**                  represented by **Robert Whitaker**
# 88805
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300
PRO SE

**Interested Party**

**Neil F. Creeden**                  represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael Fleming**                  represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Dean Hackborn**                    represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Joseph Kyger**

**Interested Party**

**Cleveland Hunt Flakes**            represented by **Cleveland Hunt Flakes**
#45885

Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Matthew T. Redmon**                   represented by **Matthew T. Redmon**
                                                        3812 Anglers Lane
                                                        Largo, FL 33774
                                                        PRO SE

**Interested Party**

**Edmund Lloyd Herrera**                represented by **Edmund Lloyd Herrera**
                                                        76006-B-1-8
                                                        CCF
                                                        Centennial Correctional Facility
                                                        P.O. Box 600
                                                        Canon City, CO 81215-0600
                                                        PRO SE

**Interested Party**

**Robert Whitaker**                     represented by **Robert Whitaker**
                                                        # 88805
                                                        Arrowhead Correctional Center (ACC)
                                                        P.O. Box 300
                                                        Canon City, CO 81215-0300
                                                        PRO SE

**Interested Party**

**Neil F. Creeden**                     represented by **Jennifer Wardner Riddle**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael Fleming**                     represented by **Jennifer Wardner Riddle**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Dean Hackborn**                       represented by **Jennifer Wardner Riddle**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Joseph Kyger**

**Interested Party**

**Cleveland Hunt Flakes**               represented by **Cleveland Hunt Flakes**
                                                        #45885

Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Matthew T. Redmon**                    represented by **Matthew T. Redmon**
3812 Anglers Lane
Largo, FL 33774
PRO SE

**Interested Party**

**Edmund Lloyd Herrera**                 represented by **Edmund Lloyd Herrera**
76006-B-1-8
CCF
Centennial Correctional Facility
P.O. Box 600
Canon City, CO 81215-0600
PRO SE

**Interested Party**

**Robert Whitaker**                      represented by **Robert Whitaker**
# 88805
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300
PRO SE

**Interested Party**

**Neil F. Creeden**                      represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael Fleming**                      represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Dean Hackborn**                        represented by **Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Joseph Kyger**

**Interested Party**

**Cleveland Hunt Flakes**                represented by **Cleveland Hunt Flakes**
#45885

Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Matthew T. Redmon**                     represented by  **Matthew T. Redmon**
                                                          3812 Anglers Lane
                                                          Largo, FL 33774
                                                          PRO SE

**Interested Party**

**Edmund Lloyd Herrera**                  represented by  **Edmund Lloyd Herrera**
                                                          76006-B-1-8
                                                          CCF
                                                          Centennial Correctional Facility
                                                          P.O. Box 600
                                                          Canon City, CO 81215-0600
                                                          PRO SE

**Interested Party**

**Robert Whitaker**                       represented by  **Robert Whitaker**
                                                          # 88805
                                                          Arrowhead Correctional Center (ACC)
                                                          P.O. Box 300
                                                          Canon City, CO 81215-0300
                                                          PRO SE

**Interested Party**

**Neil F. Creeden**                       represented by  **Jennifer Wardner Riddle**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Michael Fleming**                       represented by  **Jennifer Wardner Riddle**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Dean Hackborn**                         represented by  **Jennifer Wardner Riddle**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Joseph Kyger**

**Interested Party**

**Cleveland Hunt Flakes**                 represented by  **Cleveland Hunt Flakes**
                                                          #45885

Boulder County Jail
3200 Airport Road
Boulder, CO 80301
PRO SE

**Interested Party**

**Gerald Hammond**                          represented by   **Gerald Hammond**
                                                             #138938
                                                             Bent County Correctional Facility
                                                             (BCCF)
                                                             11560 Road FF75
                                                             Las Animas, CO 81054
                                                             PRO SE

**Interested Party**

**Cleotis Arnell Lewis**                    represented by   **Cleotis Arnell Lewis**
                                                             #85892
                                                             Crowley County Correctional Facility
                                                             (CCCF)
                                                             6564 State Highway 96
                                                             Olney Springs, CO 81062-8700
                                                             PRO SE

**Interested Party**

**John Nasious**                            represented by   **John Nasious**
                                                             #98775
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**David M. Aragon**                         represented by   **David M. Aragon**
                                                             #142535
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Gustavo Osuna**                           represented by   **Gustavo Osuna**
                                                             #115940
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Daniel Martinez**                         represented by   **Daniel Martinez**
                                                             #120983

Boulder County Jail
3200 Airport Road
Boulder, CO 80301
PRO SE

**Interested Party**

**Gerald Hammond**                        represented by   **Gerald Hammond**
                                                           #138938
                                                           Bent County Correctional Facility
                                                           (BCCF)
                                                           11560 Road FF75
                                                           Las Animas, CO 81054
                                                           PRO SE

**Interested Party**

**Cleotis Arnell Lewis**                  represented by   **Cleotis Arnell Lewis**
                                                           #85892
                                                           Crowley County Correctional Facility
                                                           (CCCF)
                                                           6564 State Highway 96
                                                           Olney Springs, CO 81062-8700
                                                           PRO SE

**Interested Party**

**John Nasious**                          represented by   **John Nasious**
                                                           #98775
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**David M. Aragon**                       represented by   **David M. Aragon**
                                                           #142535
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Gustavo Osuna**                         represented by   **Gustavo Osuna**
                                                           #115940
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Daniel Martinez**                       represented by   **Daniel Martinez**
                                                           #120983

Boulder County Jail
3200 Airport Road
Boulder, CO 80301
PRO SE

**Interested Party**

**Gerald Hammond**                    represented by    **Gerald Hammond**
                                                        #138938
                                                        Bent County Correctional Facility
                                                        (BCCF)
                                                        11560 Road FF75
                                                        Las Animas, CO 81054
                                                        PRO SE

**Interested Party**

**Cleotis Arnell Lewis**              represented by    **Cleotis Arnell Lewis**
                                                        #85892
                                                        Crowley County Correctional Facility
                                                        (CCCF)
                                                        6564 State Highway 96
                                                        Olney Springs, CO 81062-8700
                                                        PRO SE

**Interested Party**

**John Nasious**                      represented by    **John Nasious**
                                                        #98775
                                                        Sterling Correctional Facility (SCF)
                                                        P.O. Box 6000
                                                        Sterling, CO 80751
                                                        PRO SE

**Interested Party**

**David M. Aragon**                   represented by    **David M. Aragon**
                                                        #142535
                                                        Sterling Correctional Facility (SCF)
                                                        P.O. Box 6000
                                                        Sterling, CO 80751
                                                        PRO SE

**Interested Party**

**Gustavo Osuna**                     represented by    **Gustavo Osuna**
                                                        #115940
                                                        Sterling Correctional Facility (SCF)
                                                        P.O. Box 6000
                                                        Sterling, CO 80751
                                                        PRO SE

**Interested Party**

**Daniel Martinez**                   represented by    **Daniel Martinez**
                                                        #120983

Boulder County Jail
3200 Airport Road
Boulder, CO 80301
PRO SE

**Interested Party**

**Gerald Hammond**                          represented by   **Gerald Hammond**
                                                             #138938
                                                             Bent County Correctional Facility
                                                             (BCCF)
                                                             11560 Road FF75
                                                             Las Animas, CO 81054
                                                             PRO SE

**Interested Party**

**Cleotis Arnell Lewis**                    represented by   **Cleotis Arnell Lewis**
                                                             #85892
                                                             Crowley County Correctional Facility
                                                             (CCCF)
                                                             6564 State Highway 96
                                                             Olney Springs, CO 81062-8700
                                                             PRO SE

**Interested Party**

**John Nasious**                            represented by   **John Nasious**
                                                             #98775
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**David M. Aragon**                         represented by   **David M. Aragon**
                                                             #142535
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Gustavo Osuna**                           represented by   **Gustavo Osuna**
                                                             #115940
                                                             Sterling Correctional Facility (SCF)
                                                             P.O. Box 6000
                                                             Sterling, CO 80751
                                                             PRO SE

**Interested Party**

**Daniel Martinez**                         represented by   **Daniel Martinez**
                                                             #120983

Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Brenda Mumford**                    represented by    **Brenda Mumford**
                                                        #89345
                                                        Brush Correctional Facility (BCF)
                                                        901 Industrial Park Road
                                                        Brush, CO 80723
                                                        PRO SE

**Interested Party**

**Roy Schwasinger**                   represented by    **Roy Schwasinger**
                                                        FLCP
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038-1000
                                                        PRO SE

**Interested Party**

**David Scott Key**

**Interested Party**

**Kevin McClearen**                   represented by    **Kevin McClearen**
                                                        #86635
                                                        Colorado Territorial Correctional
                                                        Facility (CTCF)
                                                        P.O. Box 1010
                                                        Canon City, CO 81215-1010
                                                        PRO SE

**Interested Party**

**Cora E. Ferales**                   represented by    **Cora E. Ferales**
                                                        #66331
                                                        Denver Women's Correctional Facility
                                                        (DWCF)
                                                        P.O. Box 392005
                                                        Denver, CO 80239
                                                        PRO SE

**Interested Party**

**Gregory D. Thomas**                 represented by    **Gregory D. Thomas**
                                                        Denver Reception & Diagnostic Center
                                                        (DRDC)
                                                        P.O. Box 392004
                                                        Denver, CO 80239-8004
                                                        PRO SE

Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Brenda Mumford**                    represented by    **Brenda Mumford**
                                                        #89345
                                                        Brush Correctional Facility (BCF)
                                                        901 Industrial Park Road
                                                        Brush, CO 80723
                                                        PRO SE

**Interested Party**

**Roy Schwasinger**                   represented by    **Roy Schwasinger**
                                                        FLCP
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038-1000
                                                        PRO SE

**Interested Party**

**David Scott Key**

**Interested Party**

**Kevin McClearen**                   represented by    **Kevin McClearen**
                                                        #86635
                                                        Colorado Territorial Correctional
                                                        Facility (CTCF)
                                                        P.O. Box 1010
                                                        Canon City, CO 81215-1010
                                                        PRO SE

**Interested Party**

**Cora E. Ferales**                   represented by    **Cora E. Ferales**
                                                        #66331
                                                        Denver Women's Correctional Facility
                                                        (DWCF)
                                                        P.O. Box 392005
                                                        Denver, CO 80239
                                                        PRO SE

**Interested Party**

**Gregory D. Thomas**                 represented by    **Gregory D. Thomas**
                                                        Denver Reception & Diagnostic Center
                                                        (DRDC)
                                                        P.O. Box 392004
                                                        Denver, CO 80239-8004
                                                        PRO SE

Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Brenda Mumford**                           represented by   **Brenda Mumford**
                                                              #89345
                                                              Brush Correctional Facility (BCF)
                                                              901 Industrial Park Road
                                                              Brush, CO 80723
                                                              PRO SE

**Interested Party**

**Roy Schwasinger**                          represented by   **Roy Schwasinger**
                                                              FLCP
                                                              P.O. Box 1000
                                                              Fort Lyon, CO 81038-1000
                                                              PRO SE

**Interested Party**

**David Scott Key**

**Interested Party**

**Kevin McClearen**                          represented by   **Kevin McClearen**
                                                              #86635
                                                              Colorado Territorial Correctional
                                                              Facility (CTCF)
                                                              P.O. Box 1010
                                                              Canon City, CO 81215-1010
                                                              PRO SE

**Interested Party**

**Cora E. Ferales**                          represented by   **Cora E. Ferales**
                                                              #66331
                                                              Denver Women's Correctional Facility
                                                              (DWCF)
                                                              P.O. Box 392005
                                                              Denver, CO 80239
                                                              PRO SE

**Interested Party**

**Gregory D. Thomas**                        represented by   **Gregory D. Thomas**
                                                              Denver Reception & Diagnostic Center
                                                              (DRDC)
                                                              P.O. Box 392004
                                                              Denver, CO 80239-8004
                                                              PRO SE

Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Brenda Mumford**                    represented by   **Brenda Mumford**
#89345
Brush Correctional Facility (BCF)
901 Industrial Park Road
Brush, CO 80723
PRO SE

**Interested Party**

**Roy Schwasinger**                    represented by   **Roy Schwasinger**
FLCP
P.O. Box 1000
Fort Lyon, CO 81038-1000
PRO SE

**Interested Party**

**David Scott Key**

**Interested Party**

**Kevin McClearen**                    represented by   **Kevin McClearen**
#86635
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Cora E. Ferales**                    represented by   **Cora E. Ferales**
#66331
Denver Women's Correctional Facility
(DWCF)
P.O. Box 392005
Denver, CO 80239
PRO SE

**Interested Party**

**Gregory D. Thomas**                    represented by   **Gregory D. Thomas**
Denver Reception & Diagnostic Center
(DRDC)
P.O. Box 392004
Denver, CO 80239-8004
PRO SE

**Interested Party**

Norman E. Wiegand                          represented by   **Norman E. Wiegand**
                                                           #58767
                                                           Colorado Territorial Correctional
                                                           Facility (CTCF)
                                                           P.O. Box 1010
                                                           Canon City, CO 81215-1010
                                                           PRO SE

**Interested Party**

Robert J. Landrum                          represented by   **Robert J. Landrum**
                                                           #124611
                                                           Limon Correctional Facility (LCF)
                                                           49030 State Highway 71
                                                           Limon, CO 80826
                                                           PRO SE

**Interested Party**

Lawrence P. Handy                          represented by   **Lawrence P. Handy**
                                                           #44272
                                                           CTCF
                                                           CO Territorial Correctional Facility
                                                           P.O. Box 1010
                                                           Canon City, CO 81215-1010
                                                           PRO SE

**Interested Party**

Terry Franklin                             represented by   **Terry Franklin**
                                                           #55477
                                                           CSP
                                                           Colorado State Penitentiary
                                                           P.O. Box 777
                                                           Canon City, CO 81215-0777
                                                           PRO SE

**Interested Party**

Robert Blankenship                         represented by   **Robert Blankenship**
                                                           #52475
                                                           Fort Lyon Correctional Facility (FLCF)
                                                           P.O. Box 1000
                                                           Fort Lyon, CO 81038
                                                           PRO SE

**Interested Party**

Alonzo Moore                               represented by   **Alonzo Moore**
                                                           #100911
                                                           Limon Correctional Facility (LCF)
                                                           49030 State Highway 71
                                                           Limon, CO 80826

**Interested Party**

**Norman E. Wiegand**                     represented by   **Norman E. Wiegand**
                                                          #58767
                                                          Colorado Territorial Correctional
                                                          Facility (CTCF)
                                                          P.O. Box 1010
                                                          Canon City, CO 81215-1010
                                                          PRO SE

**Interested Party**

**Robert J. Landrum**                     represented by   **Robert J. Landrum**
                                                          #124611
                                                          Limon Correctional Facility (LCF)
                                                          49030 State Highway 71
                                                          Limon, CO 80826
                                                          PRO SE

**Interested Party**

**Lawrence P. Handy**                     represented by   **Lawrence P. Handy**
                                                          #44272
                                                          CTCF
                                                          CO Territorial Correctional Facility
                                                          P.O. Box 1010
                                                          Canon City, CO 81215-1010
                                                          PRO SE

**Interested Party**

**Terry Franklin**                        represented by   **Terry Franklin**
                                                          #55477
                                                          CSP
                                                          Colorado State Penitentiary
                                                          P.O. Box 777
                                                          Canon City, CO 81215-0777
                                                          PRO SE

**Interested Party**

**Robert Blankenship**                    represented by   **Robert Blankenship**
                                                          #52475
                                                          Fort Lyon Correctional Facility (FLCF)
                                                          P.O. Box 1000
                                                          Fort Lyon, CO 81038
                                                          PRO SE

**Interested Party**

**Alonzo Moore**                          represented by   **Alonzo Moore**
                                                          #100911
                                                          Limon Correctional Facility (LCF)
                                                          49030 State Highway 71
                                                          Limon, CO 80826

**Interested Party**

**Norman E. Wiegand**                    represented by   **Norman E. Wiegand**
                                                         #58767
                                                         Colorado Territorial Correctional
                                                         Facility (CTCF)
                                                         P.O. Box 1010
                                                         Canon City, CO 81215-1010
                                                         PRO SE

**Interested Party**

**Robert J. Landrum**                    represented by   **Robert J. Landrum**
                                                         #124611
                                                         Limon Correctional Facility (LCF)
                                                         49030 State Highway 71
                                                         Limon, CO 80826
                                                         PRO SE

**Interested Party**

**Lawrence P. Handy**                    represented by   **Lawrence P. Handy**
                                                         #44272
                                                         CTCF
                                                         CO Territorial Correctional Facility
                                                         P.O. Box 1010
                                                         Canon City, CO 81215-1010
                                                         PRO SE

**Interested Party**

**Terry Franklin**                       represented by   **Terry Franklin**
                                                         #55477
                                                         CSP
                                                         Colorado State Penitentiary
                                                         P.O. Box 777
                                                         Canon City, CO 81215-0777
                                                         PRO SE

**Interested Party**

**Robert Blankenship**                   represented by   **Robert Blankenship**
                                                         #52475
                                                         Fort Lyon Correctional Facility (FLCF)
                                                         P.O. Box 1000
                                                         Fort Lyon, CO 81038
                                                         PRO SE

**Interested Party**

**Alonzo Moore**                         represented by   **Alonzo Moore**
                                                         #100911
                                                         Limon Correctional Facility (LCF)
                                                         49030 State Highway 71
                                                         Limon, CO 80826

**Interested Party**

**Norman E. Wiegand**                      represented by    **Norman E. Wiegand**
                                                            #58767
                                                            Colorado Territorial Correctional
                                                            Facility (CTCF)
                                                            P.O. Box 1010
                                                            Canon City, CO 81215-1010
                                                            PRO SE

**Interested Party**

**Robert J. Landrum**                      represented by    **Robert J. Landrum**
                                                            #124611
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826
                                                            PRO SE

**Interested Party**

**Lawrence P. Handy**                      represented by    **Lawrence P. Handy**
                                                            #44272
                                                            CTCF
                                                            CO Territorial Correctional Facility
                                                            P.O. Box 1010
                                                            Canon City, CO 81215-1010
                                                            PRO SE

**Interested Party**

**Terry Franklin**                         represented by    **Terry Franklin**
                                                            #55477
                                                            CSP
                                                            Colorado State Penitentiary
                                                            P.O. Box 777
                                                            Canon City, CO 81215-0777
                                                            PRO SE

**Interested Party**

**Robert Blankenship**                     represented by    **Robert Blankenship**
                                                            #52475
                                                            Fort Lyon Correctional Facility (FLCF)
                                                            P.O. Box 1000
                                                            Fort Lyon, CO 81038
                                                            PRO SE

**Interested Party**

**Alonzo Moore**                           represented by    **Alonzo Moore**
                                                            #100911
                                                            Limon Correctional Facility (LCF)
                                                            49030 State Highway 71
                                                            Limon, CO 80826

PRO SE

**Interested Party**

**Julius Caesar Herrera, Jr.**                     represented by   **Julius Caesar Herrera, Jr.**
                                                                    #119727
                                                                    Crowley County Correctional Facility
                                                                    (CCCF)
                                                                    6564 State Highway 96
                                                                    Olney Springs, CO 81062-8700
                                                                    PRO SE

**Interested Party**

**Debbie Gillon**                                  represented by   **Debbie Gillon**
                                                                    #60340
                                                                    La Vista Correctional Facility (LVCF)
                                                                    P.O. Box 3
                                                                    Pueblo, CO 81002
                                                                    PRO SE

**Interested Party**

**Eldridge Griffin**                               represented by   **Eldridge Griffin**
                                                                    #85791
                                                                    Colorado Territorial Correctional
                                                                    Facility (CTCF)
                                                                    P.O. Box 1010
                                                                    Canon City, CO 81215-1010
                                                                    PRO SE

**Interested Party**

**Wiley A. Brown**                                 represented by   **Wiley A. Brown**
                                                                    Colorado Territorial Correctional
                                                                    Facility (CTCF)
                                                                    P.O. Box 1010
                                                                    Canon City, CO 81215-1010
                                                                    PRO SE

**Interested Party**

**Michael J. Haley**                               represented by   **Michael J. Haley**
                                                                    #105526
                                                                    Sterling Correctional Facility (SCF)
                                                                    P.O. Box 6000
                                                                    Sterling, CO 80751
                                                                    PRO SE

**Interested Party**

**Hobert G. Stephens**                             represented by   **Hobert G. Stephens**
                                                                    Crowley County Correctional Facility
                                                                    (CCCF)
                                                                    6564 State Highway 96
                                                                    Olney Springs, CO 81062-8700

PRO SE

**Interested Party**

**Julius Caesar Herrera, Jr.**                    represented by   **Julius Caesar Herrera, Jr.**
                                                                  #119727
                                                                  Crowley County Correctional Facility
                                                                  (CCCF)
                                                                  6564 State Highway 96
                                                                  Olney Springs, CO 81062-8700
                                                                  PRO SE

**Interested Party**

**Debbie Gillon**                                 represented by   **Debbie Gillon**
                                                                  #60340
                                                                  La Vista Correctional Facility (LVCF)
                                                                  P.O. Box 3
                                                                  Pueblo, CO 81002
                                                                  PRO SE

**Interested Party**

**Eldridge Griffin**                              represented by   **Eldridge Griffin**
                                                                  #85791
                                                                  Colorado Territorial Correctional
                                                                  Facility (CTCF)
                                                                  P.O. Box 1010
                                                                  Canon City, CO 81215-1010
                                                                  PRO SE

**Interested Party**

**Wiley A. Brown**                                represented by   **Wiley A. Brown**
                                                                  Colorado Territorial Correctional
                                                                  Facility (CTCF)
                                                                  P.O. Box 1010
                                                                  Canon City, CO 81215-1010
                                                                  PRO SE

**Interested Party**

**Michael J. Haley**                              represented by   **Michael J. Haley**
                                                                  #105526
                                                                  Sterling Correctional Facility (SCF)
                                                                  P.O. Box 6000
                                                                  Sterling, CO 80751
                                                                  PRO SE

**Interested Party**

**Hobert G. Stephens**                            represented by   **Hobert G. Stephens**
                                                                  Crowley County Correctional Facility
                                                                  (CCCF)
                                                                  6564 State Highway 96
                                                                  Olney Springs, CO 81062-8700

PRO SE

**Interested Party**

**Julius Caesar Herrera, Jr.**　　　　　represented by　**Julius Caesar Herrera, Jr.**
#119727
Crowley County Correctional Facility
(CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700
PRO SE

**Interested Party**

**Debbie Gillon**　　　　　represented by　**Debbie Gillon**
#60340
La Vista Correctional Facility (LVCF)
P.O. Box 3
Pueblo, CO 81002
PRO SE

**Interested Party**

**Eldridge Griffin**　　　　　represented by　**Eldridge Griffin**
#85791
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Wiley A. Brown**　　　　　represented by　**Wiley A. Brown**
Colorado Territorial Correctional
Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010
PRO SE

**Interested Party**

**Michael J. Haley**　　　　　represented by　**Michael J. Haley**
#105526
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751
PRO SE

**Interested Party**

**Hobert G. Stephens**　　　　　represented by　**Hobert G. Stephens**
Crowley County Correctional Facility
(CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

PRO SE

**Interested Party**

**Julius Caesar Herrera, Jr.**            represented by   **Julius Caesar Herrera, Jr.**
                                                           #119727
                                                           Crowley County Correctional Facility
                                                           (CCCF)
                                                           6564 State Highway 96
                                                           Olney Springs, CO 81062-8700
                                                           PRO SE

**Interested Party**

**Debbie Gillon**                         represented by   **Debbie Gillon**
                                                           #60340
                                                           La Vista Correctional Facility (LVCF)
                                                           P.O. Box 3
                                                           Pueblo, CO 81002
                                                           PRO SE

**Interested Party**

**Eldridge Griffin**                      represented by   **Eldridge Griffin**
                                                           #85791
                                                           Colorado Territorial Correctional
                                                           Facility (CTCF)
                                                           P.O. Box 1010
                                                           Canon City, CO 81215-1010
                                                           PRO SE

**Interested Party**

**Wiley A. Brown**                        represented by   **Wiley A. Brown**
                                                           Colorado Territorial Correctional
                                                           Facility (CTCF)
                                                           P.O. Box 1010
                                                           Canon City, CO 81215-1010
                                                           PRO SE

**Interested Party**

**Michael J. Haley**                      represented by   **Michael J. Haley**
                                                           #105526
                                                           Sterling Correctional Facility (SCF)
                                                           P.O. Box 6000
                                                           Sterling, CO 80751
                                                           PRO SE

**Interested Party**

**Hobert G. Stephens**                    represented by   **Hobert G. Stephens**
                                                           Crowley County Correctional Facility
                                                           (CCCF)
                                                           6564 State Highway 96
                                                           Olney Springs, CO 81062-8700

                                                     PRO SE

**Interested Party**

**Raymond Goodloe**                    represented by   **Raymond Goodloe**
                                                        #51437
                                                        Fort Lyon Correctional Facility (FLCF)
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038
                                                        PRO SE

**Plaintiff**

**Duncan Leach**                       represented by   **David H. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2006*
                                                        *LEAD ATTORNEY*

                                                        **H. Earl Moyer**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John T. Carlson**
                                                        (See above for address)
                                                        *TERMINATED: 07/14/2004*
                                                        *LEAD ATTORNEY*

                                                        **Patricia S. Bellac**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paula Dee Greisen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terrance David Carroll**
                                                        (See above for address)
                                                        *TERMINATED: 02/12/2008*
                                                        *LEAD ATTORNEY*

                                                        **Blain David Myhre**
                                                        (See above for address)

                                                        **Edward T. Ramey**
                                                        (See above for address)

                                                        **Jennifer Wardner Riddle**
                                                        (See above for address)

PRO SE

**Interested Party**

**Raymond Goodloe**                    represented by   **Raymond Goodloe**
                                                        #51437
                                                        Fort Lyon Correctional Facility (FLCF)
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038
                                                        PRO SE

**Plaintiff**

**Duncan Leach**                       represented by   **David H. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2006*
                                                        *LEAD ATTORNEY*

                                                        **H. Earl Moyer**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John T. Carlson**
                                                        (See above for address)
                                                        *TERMINATED: 07/14/2004*
                                                        *LEAD ATTORNEY*

                                                        **Patricia S. Bellac**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paula Dee Greisen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terrance David Carroll**
                                                        (See above for address)
                                                        *TERMINATED: 02/12/2008*
                                                        *LEAD ATTORNEY*

                                                        **Blain David Myhre**
                                                        (See above for address)

                                                        **Edward T. Ramey**
                                                        (See above for address)

                                                        **Jennifer Wardner Riddle**
                                                        (See above for address)

PRO SE

**Interested Party**

**Raymond Goodloe**                     represented by   **Raymond Goodloe**
                                                         #51437
                                                         Fort Lyon Correctional Facility (FLCF)
                                                         P.O. Box 1000
                                                         Fort Lyon, CO 81038
                                                         PRO SE

**Plaintiff**

**Duncan Leach**                        represented by   **David H. Miller**
                                                         (See above for address)
                                                         *TERMINATED: 10/25/2006*
                                                         *LEAD ATTORNEY*

                                                         **H. Earl Moyer**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John T. Carlson**
                                                         (See above for address)
                                                         *TERMINATED: 07/14/2004*
                                                         *LEAD ATTORNEY*

                                                         **Patricia S. Bellac**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Paula Dee Greisen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Terrance David Carroll**
                                                         (See above for address)
                                                         *TERMINATED: 02/12/2008*
                                                         *LEAD ATTORNEY*

                                                         **Blain David Myhre**
                                                         (See above for address)

                                                         **Edward T. Ramey**
                                                         (See above for address)

                                                         **Jennifer Wardner Riddle**
                                                         (See above for address)

PRO SE

**Interested Party**

**Raymond Goodloe**                    represented by   **Raymond Goodloe**
                                                        #51437
                                                        Fort Lyon Correctional Facility (FLCF)
                                                        P.O. Box 1000
                                                        Fort Lyon, CO 81038
                                                        PRO SE

**Plaintiff**

**Duncan Leach**                       represented by   **David H. Miller**
                                                        (See above for address)
                                                        *TERMINATED: 10/25/2006*
                                                        *LEAD ATTORNEY*

                                                        **H. Earl Moyer**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John T. Carlson**
                                                        (See above for address)
                                                        *TERMINATED: 07/14/2004*
                                                        *LEAD ATTORNEY*

                                                        **Patricia S. Bellac**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paula Dee Greisen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Terrance David Carroll**
                                                        (See above for address)
                                                        *TERMINATED: 02/12/2008*
                                                        *LEAD ATTORNEY*

                                                        **Blain David Myhre**
                                                        (See above for address)

                                                        **Edward T. Ramey**
                                                        (See above for address)

                                                        **Jennifer Wardner Riddle**
                                                        (See above for address)

Lara Elizabeth Marks
(See above for address)

**Plaintiff**

**Robert Sikitch**                     represented by **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gail Levine**                     represented by **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*

Lara Elizabeth Marks
(See above for address)

**Plaintiff**

**Robert Sikitch**                    represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gail Levine**                      represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*

Lara Elizabeth Marks
(See above for address)

**Plaintiff**

**Robert Sikitch**                          represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gail Levine**                          represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*

Lara Elizabeth Marks
(See above for address)

**Plaintiff**

**Robert Sikitch**                     represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Gail Levine**                        represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*

*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Diedra Givens**                    represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Diedra Givens**                    represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Diedra Givens**                represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Diedra Givens**                    represented by **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Patricia Ballard**                    represented by    **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward T. Ramey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Patricia Ballard**                     represented by   **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward T. Ramey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Patricia Ballard**                    represented by    **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward T. Ramey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)

**Edward T. Ramey**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)

**Lara Elizabeth Marks**
(See above for address)

**Plaintiff**

**Patricia Ballard**                      represented by **David H. Miller**
(See above for address)
*TERMINATED: 10/25/2006*
*LEAD ATTORNEY*

**John T. Carlson**
(See above for address)
*TERMINATED: 07/14/2004*
*LEAD ATTORNEY*

**Patricia S. Bellac**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dee Greisen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Terrance David Carroll**
(See above for address)
*TERMINATED: 02/12/2008*
*LEAD ATTORNEY*

**Blain David Myhre**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward T. Ramey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bill Owens**                              represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bill Owens**                        represented by   **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bill Owens**                           represented by  **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
(See above for address)

**Jennifer Wardner Riddle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lara Elizabeth Marks**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bill Owens**                    represented by    **Brooke H. Meyer**
(See above for address)
*TERMINATED: 08/02/2006*
*LEAD ATTORNEY*

**Elizabeth H. McCann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Allison Berman**
(See above for address)
*TERMINATED: 07/31/2006*
*LEAD ATTORNEY*

**Jess Alexander Dance**
(See above for address)
*TERMINATED: 03/23/2009*
*LEAD ATTORNEY*

**Robert Charles Huss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Berina Ibrisagic**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Xavier Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Huss**
(See above for address)

**John Aaron Atkinson**
(See above for address)

*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 1 | MOTION by plaintiff Jesse F. Montez to proceed in forma pauperis (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 2 | ORDER by Magistrate Judge Donald E. Abram granting motion to proceed in forma pauperis [1-1] (cc: all counsel) ; entry date : 5/5/92 (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 3 | COMPLAINT (referred to Magistrate Judge O. E. Schlatter ) (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 4 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (former empl) (Entered: 05/05/1992) |
| 05/18/1992 | 5 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying pla's motion for appointment of counsel [4-1] (copy) (cc: all counsel) entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 6 | ORDER by Magistrate Judge O. E. Schlatter: that the dfts are to provide court with Martinez Report on or before 6/12/92, pla has until 6/22/92 to file a response to the report (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 7 | ORDER directing service of summons re Complaint (summons issued) (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 06/01/1992 | 8 | RETURN OF SERVICE (certified mail receipts) upon dfts as set forth on 5/21/92 except Roy Romer no date was given of when signed: defendant Jim Pryor, defendant R. Corley, defendant Cheryl Smith, defendant Jerri Watson, defendant M. McDonough, defendant Frank Gunter, defendant Lt. Wright, defendant Bill Reed, defendant Jerry Kimbrel, defendant Ben Johnson, defendant Larry Nutter, defendant Jim Toothaker, defendant Elizabeth Gallegos, defendant Jim Herzog, defendant Evelyn Fish, defendant Lorraine Diaz, defendant Dolores Montoya on 5/21/92 (lam) (Entered: 06/01/1992) |
| 06/08/1992 | 9 | MOTION by defendants for extension of time to respond to complaint to 7/13/92 (gms) (Entered: 06/09/1992) |
| 06/12/1992 | 10 | MARTINEZ REPORT by defendants (lam) (Entered: 06/15/1992) |
| 06/16/1992 | 11 | ORDER by Magistrate Judge O. E. Schlatter granting dfts motion for extension of time to respond to complaint to 7/13/92 [9-1] (cc: all |

*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 1 | MOTION by plaintiff Jesse F. Montez to proceed in forma pauperis (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 2 | ORDER by Magistrate Judge Donald E. Abram granting motion to proceed in forma pauperis [1-1] (cc: all counsel) ; entry date : 5/5/92 (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 3 | COMPLAINT (referred to Magistrate Judge O. E. Schlatter ) (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 4 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (former empl) (Entered: 05/05/1992) |
| 05/18/1992 | 5 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying pla's motion for appointment of counsel [4-1] (copy) (cc: all counsel) entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 6 | ORDER by Magistrate Judge O. E. Schlatter: that the dfts are to provide court with Martinez Report on or before 6/12/92, pla has until 6/22/92 to file a response to the report (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 7 | ORDER directing service of summons re Complaint (summons issued) (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 06/01/1992 | 8 | RETURN OF SERVICE (certified mail receipts) upon dfts as set forth on 5/21/92 except Roy Romer no date was given of when signed: defendant Jim Pryor, defendant R. Corley, defendant Cheryl Smith, defendant Jerri Watson, defendant M. McDonough, defendant Frank Gunter, defendant Lt. Wright, defendant Bill Reed, defendant Jerry Kimbrel, defendant Ben Johnson, defendant Larry Nutter, defendant Jim Toothaker, defendant Elizabeth Gallegos, defendant Jim Herzog, defendant Evelyn Fish, defendant Lorraine Diaz, defendant Dolores Montoya on 5/21/92 (lam) (Entered: 06/01/1992) |
| 06/08/1992 | 9 | MOTION by defendants for extension of time to respond to complaint to 7/13/92 (gms) (Entered: 06/09/1992) |
| 06/12/1992 | 10 | MARTINEZ REPORT by defendants (lam) (Entered: 06/15/1992) |
| 06/16/1992 | 11 | ORDER by Magistrate Judge O. E. Schlatter granting dfts motion for extension of time to respond to complaint to 7/13/92 [9-1] (cc: all |

*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 1 | MOTION by plaintiff Jesse F. Montez to proceed in forma pauperis (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 2 | ORDER by Magistrate Judge Donald E. Abram granting motion to proceed in forma pauperis [1-1] (cc: all counsel) ; entry date : 5/5/92 (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 3 | COMPLAINT (referred to Magistrate Judge O. E. Schlatter ) (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 4 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (former empl) (Entered: 05/05/1992) |
| 05/18/1992 | 5 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying pla's motion for appointment of counsel [4-1] (copy) (cc: all counsel) entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 6 | ORDER by Magistrate Judge O. E. Schlatter: that the dfts are to provide court with Martinez Report on or before 6/12/92, pla has until 6/22/92 to file a response to the report (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 7 | ORDER directing service of summons re Complaint (summons issued) (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 06/01/1992 | 8 | RETURN OF SERVICE (certified mail receipts) upon dfts as set forth on 5/21/92 except Roy Romer no date was given of when signed: defendant Jim Pryor, defendant R. Corley, defendant Cheryl Smith, defendant Jerri Watson, defendant M. McDonough, defendant Frank Gunter, defendant Lt. Wright, defendant Bill Reed, defendant Jerry Kimbrel, defendant Ben Johnson, defendant Larry Nutter, defendant Jim Toothaker, defendant Elizabeth Gallegos, defendant Jim Herzog, defendant Evelyn Fish, defendant Lorraine Diaz, defendant Dolores Montoya on 5/21/92 (lam) (Entered: 06/01/1992) |
| 06/08/1992 | 9 | MOTION by defendants for extension of time to respond to complaint to 7/13/92 (gms) (Entered: 06/09/1992) |
| 06/12/1992 | 10 | MARTINEZ REPORT by defendants (lam) (Entered: 06/15/1992) |
| 06/16/1992 | 11 | ORDER by Magistrate Judge O. E. Schlatter granting dfts motion for extension of time to respond to complaint to 7/13/92 [9-1] (cc: all |

*TERMINATED: 07/28/2006*

**Scott Arthur Wilkonson**
(See above for address)
*TERMINATED: 05/08/2007*

**Willow Ivana Arnold**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/1992 | 1 | MOTION by plaintiff Jesse F. Montez to proceed in forma pauperis (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 2 | ORDER by Magistrate Judge Donald E. Abram granting motion to proceed in forma pauperis [1-1] (cc: all counsel) ; entry date : 5/5/92 (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 3 | COMPLAINT (referred to Magistrate Judge O. E. Schlatter ) (former empl) (Entered: 05/05/1992) |
| 05/05/1992 | 4 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (former empl) (Entered: 05/05/1992) |
| 05/18/1992 | 5 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying pla's motion for appointment of counsel [4-1] (copy) (cc: all counsel) entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 6 | ORDER by Magistrate Judge O. E. Schlatter: that the dfts are to provide court with Martinez Report on or before 6/12/92, pla has until 6/22/92 to file a response to the report (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 05/18/1992 | 7 | ORDER directing service of summons re Complaint (summons issued) (cc: all counsel) ; entry date : 5/21/92 (lam) (Entered: 05/21/1992) |
| 06/01/1992 | 8 | RETURN OF SERVICE (certified mail receipts) upon dfts as set forth on 5/21/92 except Roy Romer no date was given of when signed: defendant Jim Pryor, defendant R. Corley, defendant Cheryl Smith, defendant Jerri Watson, defendant M. McDonough, defendant Frank Gunter, defendant Lt. Wright, defendant Bill Reed, defendant Jerry Kimbrel, defendant Ben Johnson, defendant Larry Nutter, defendant Jim Toothaker, defendant Elizabeth Gallegos, defendant Jim Herzog, defendant Evelyn Fish, defendant Lorraine Diaz, defendant Dolores Montoya on 5/21/92 (lam) (Entered: 06/01/1992) |
| 06/08/1992 | 9 | MOTION by defendants for extension of time to respond to complaint to 7/13/92 (gms) (Entered: 06/09/1992) |
| 06/12/1992 | 10 | MARTINEZ REPORT by defendants (lam) (Entered: 06/15/1992) |
| 06/16/1992 | 11 | ORDER by Magistrate Judge O. E. Schlatter granting dfts motion for extension of time to respond to complaint to 7/13/92 [9-1] (cc: all |

| | | counsel) ; entry date : 6/17/92 (lam) (Entered: 06/17/1992) |
|---|---|---|
| 06/25/1992 | 12 | RESPONSE by plaintiff Jesse F. Montez to dfts' Martinez Report re [10-1] (lam) (Entered: 06/25/1992) |
| 07/07/1992 | 13 | MOTION by plaintiff Jesse F. Montez for immediate order of injunction (lam) (Entered: 07/08/1992) |
| 07/13/1992 | 14 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos complaint [3-1] (lam) (Entered: 07/15/1992) |
| 07/13/1992 | 16 | ORDER by Magistrate Judge O. E. Schlatter denying pla's motion for TRO and/or Preliminary Injunction [13-1] (cc: all counsel) ; entry date : 7/17/92 (lam) (Entered: 07/17/1992) |
| 07/16/1992 | 15 | MOTION by plaintiff Jesse F. Montez to file supplemental complaint (lam) (Entered: 07/17/1992) |
| 07/16/1992 | | Tendered Supplement to Complaint submitted by plaintiff Jesse F. Montez re motion to file supplemental complaint [15-1] (lam) (Entered: 07/17/1992) |
| 07/20/1992 | 17 | ORDER by Magistrate Judge O. E. Schlatter: granting motion to amend complaint [15-1]; dfts have until 8/15/92 to respond to pla's amended complaint (cc: all counsel) ; entry date : 7/21/92 (lam) (Entered: 07/21/1992) |
| 07/20/1992 | 18 | SUPPLEMENT by plaintiff Jesse F. Montez re complaint [3-1] (former empl) (Entered: 07/24/1992) |
| 07/27/1992 | 19 | RESPONSE by plaintiff Jesse F. Montez, to dfts' answer [14-1] (lam) (Entered: 07/27/1992) |
| 08/14/1992 | 20 | NOTICE by plaintiff Jesse F. Montez of change of address (lam) (Entered: 08/17/1992) |
| 08/17/1992 | 21 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos to amended complaint [3-1] (lam) (Entered: 08/19/1992) |
| 08/28/1992 | 22 | NOTICE by defendants of attorney Stephen M. Miller's change of address. (former empl) (Entered: 08/31/1992) |
| 09/02/1992 | 23 | RESPONSE by plaintiff Jesse F. Montez to answer to amended complaint [21-1] (lam) (Entered: 09/03/1992) |
| 12/07/1992 | 24 | ORDER of Reassignment by Magistrate Judge O. E. Schlatter Case referred to Magistrate Judge Richard M. Borchers for completion of all assigned duties (cc: all counsel) ; entry date : 12/11/92 (lam) (Entered: 12/11/1992) |

| | | counsel) ; entry date : 6/17/92 (lam) (Entered: 06/17/1992) |
|---|---|---|
| 06/25/1992 | 12 | RESPONSE by plaintiff Jesse F. Montez to dfts' Martinez Report re [10-1] (lam) (Entered: 06/25/1992) |
| 07/07/1992 | 13 | MOTION by plaintiff Jesse F. Montez for immediate order of injunction (lam) (Entered: 07/08/1992) |
| 07/13/1992 | 14 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos complaint [3-1] (lam) (Entered: 07/15/1992) |
| 07/13/1992 | 16 | ORDER by Magistrate Judge O. E. Schlatter denying pla's motion for TRO and/or Preliminary Injunction [13-1] (cc: all counsel) ; entry date : 7/17/92 (lam) (Entered: 07/17/1992) |
| 07/16/1992 | 15 | MOTION by plaintiff Jesse F. Montez to file supplemental complaint (lam) (Entered: 07/17/1992) |
| 07/16/1992 | | Tendered Supplement to Complaint submitted by plaintiff Jesse F. Montez re motion to file supplemental complaint [15-1] (lam) (Entered: 07/17/1992) |
| 07/20/1992 | 17 | ORDER by Magistrate Judge O. E. Schlatter: granting motion to amend complaint [15-1]; dfts have until 8/15/92 to respond to pla's amended complaint (cc: all counsel) ; entry date : 7/21/92 (lam) (Entered: 07/21/1992) |
| 07/20/1992 | 18 | SUPPLEMENT by plaintiff Jesse F. Montez re complaint [3-1] (former empl) (Entered: 07/24/1992) |
| 07/27/1992 | 19 | RESPONSE by plaintiff Jesse F. Montez, to dfts' answer [14-1] (lam) (Entered: 07/27/1992) |
| 08/14/1992 | 20 | NOTICE by plaintiff Jesse F. Montez of change of address (lam) (Entered: 08/17/1992) |
| 08/17/1992 | 21 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos to amended complaint [3-1] (lam) (Entered: 08/19/1992) |
| 08/28/1992 | 22 | NOTICE by defendants of attorney Stephen M. Miller's change of address. (former empl) (Entered: 08/31/1992) |
| 09/02/1992 | 23 | RESPONSE by plaintiff Jesse F. Montez to answer to amended complaint [21-1] (lam) (Entered: 09/03/1992) |
| 12/07/1992 | 24 | ORDER of Reassignment by Magistrate Judge O. E. Schlatter Case referred to Magistrate Judge Richard M. Borchers for completion of all assigned duties (cc: all counsel) ; entry date : 12/11/92 (lam) (Entered: 12/11/1992) |

| | | counsel) ; entry date : 6/17/92 (lam) (Entered: 06/17/1992) |
|---|---|---|
| 06/25/1992 | 12 | RESPONSE by plaintiff Jesse F. Montez to dfts' Martinez Report re [10-1] (lam) (Entered: 06/25/1992) |
| 07/07/1992 | 13 | MOTION by plaintiff Jesse F. Montez for immediate order of injunction (lam) (Entered: 07/08/1992) |
| 07/13/1992 | 14 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos complaint [3-1] (lam) (Entered: 07/15/1992) |
| 07/13/1992 | 16 | ORDER by Magistrate Judge O. E. Schlatter denying pla's motion for TRO and/or Preliminary Injunction [13-1] (cc: all counsel) ; entry date : 7/17/92 (lam) (Entered: 07/17/1992) |
| 07/16/1992 | 15 | MOTION by plaintiff Jesse F. Montez to file supplemental complaint (lam) (Entered: 07/17/1992) |
| 07/16/1992 | | Tendered Supplement to Complaint submitted by plaintiff Jesse F. Montez re motion to file supplemental complaint [15-1] (lam) (Entered: 07/17/1992) |
| 07/20/1992 | 17 | ORDER by Magistrate Judge O. E. Schlatter: granting motion to amend complaint [15-1]; dfts have until 8/15/92 to respond to pla's amended complaint (cc: all counsel) ; entry date : 7/21/92 (lam) (Entered: 07/21/1992) |
| 07/20/1992 | 18 | SUPPLEMENT by plaintiff Jesse F. Montez re complaint [3-1] (former empl) (Entered: 07/24/1992) |
| 07/27/1992 | 19 | RESPONSE by plaintiff Jesse F. Montez, to dfts' answer [14-1] (lam) (Entered: 07/27/1992) |
| 08/14/1992 | 20 | NOTICE by plaintiff Jesse F. Montez of change of address (lam) (Entered: 08/17/1992) |
| 08/17/1992 | 21 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos to amended complaint [3-1] (lam) (Entered: 08/19/1992) |
| 08/28/1992 | 22 | NOTICE by defendants of attorney Stephen M. Miller's change of address. (former empl) (Entered: 08/31/1992) |
| 09/02/1992 | 23 | RESPONSE by plaintiff Jesse F. Montez to answer to amended complaint [21-1] (lam) (Entered: 09/03/1992) |
| 12/07/1992 | 24 | ORDER of Reassignment by Magistrate Judge O. E. Schlatter Case referred to Magistrate Judge Richard M. Borchers for completion of all assigned duties (cc: all counsel) ; entry date : 12/11/92 (lam) (Entered: 12/11/1992) |

| | | counsel) ; entry date : 6/17/92 (lam) (Entered: 06/17/1992) |
|---|---|---|
| 06/25/1992 | 12 | RESPONSE by plaintiff Jesse F. Montez to dfts' Martinez Report re [10-1] (lam) (Entered: 06/25/1992) |
| 07/07/1992 | 13 | MOTION by plaintiff Jesse F. Montez for immediate order of injunction (lam) (Entered: 07/08/1992) |
| 07/13/1992 | 14 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos complaint [3-1] (lam) (Entered: 07/15/1992) |
| 07/13/1992 | 16 | ORDER by Magistrate Judge O. E. Schlatter denying pla's motion for TRO and/or Preliminary Injunction [13-1] (cc: all counsel) ; entry date : 7/17/92 (lam) (Entered: 07/17/1992) |
| 07/16/1992 | 15 | MOTION by plaintiff Jesse F. Montez to file supplemental complaint (lam) (Entered: 07/17/1992) |
| 07/16/1992 | | Tendered Supplement to Complaint submitted by plaintiff Jesse F. Montez re motion to file supplemental complaint [15-1] (lam) (Entered: 07/17/1992) |
| 07/20/1992 | 17 | ORDER by Magistrate Judge O. E. Schlatter: granting motion to amend complaint [15-1]; dfts have until 8/15/92 to respond to pla's amended complaint (cc: all counsel) ; entry date : 7/21/92 (lam) (Entered: 07/21/1992) |
| 07/20/1992 | 18 | SUPPLEMENT by plaintiff Jesse F. Montez re complaint [3-1] (former empl) (Entered: 07/24/1992) |
| 07/27/1992 | 19 | RESPONSE by plaintiff Jesse F. Montez, to dfts' answer [14-1] (lam) (Entered: 07/27/1992) |
| 08/14/1992 | 20 | NOTICE by plaintiff Jesse F. Montez of change of address (lam) (Entered: 08/17/1992) |
| 08/17/1992 | 21 | ANSWER by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough, R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devins, Evelyn Fish, Elizabeth Gallegos to amended complaint [3-1] (lam) (Entered: 08/19/1992) |
| 08/28/1992 | 22 | NOTICE by defendants of attorney Stephen M. Miller's change of address. (former empl) (Entered: 08/31/1992) |
| 09/02/1992 | 23 | RESPONSE by plaintiff Jesse F. Montez to answer to amended complaint [21-1] (lam) (Entered: 09/03/1992) |
| 12/07/1992 | 24 | ORDER of Reassignment by Magistrate Judge O. E. Schlatter Case referred to Magistrate Judge Richard M. Borchers for completion of all assigned duties (cc: all counsel) ; entry date : 12/11/92 (lam) (Entered: 12/11/1992) |

| 12/14/1992 | 25 | SCHEDULING ORDER Magistrate Judge Richard M. Borchers ; Discovery cutoff 4/1/93 ;dispositive motions due on or before 8:15 5/5/93 ;pretrial conference set 8:15 5/5/93 (cc: all counsel) (lam) (Entered: 12/16/1992) |
|---|---|---|
| 01/28/1993 | 26 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (lam) (Entered: 01/29/1993) |
| 02/08/1993 | 27 | ORDER by Magistrate Judge Richard M. Borchers denying motion for appointment of counsel [26-1] (cc: all counsel) ; entry date : 2/8/93 (former empl) (Entered: 02/08/1993) |
| 03/01/1993 | 28 | MOTION by plaintiff Jesse F. Montez to extend 90 days from ddl dates on his scheduling order (re non-expert discovery and expert witnesses) (lam) (Entered: 03/01/1993) |
| 03/05/1993 | 29 | ORDER by Magistrate Judge Richard M. Borchers: re pla's mtn for ext of time of Scheduling Order [28-1], [25-1] ; Discovery ddl extended to 5/5/93 , with pla's designation of experts ddl extended to 5/1/93; that dfts shall be given a reasonable period of time to be determined at the ptc for endorsement of any experts; that the ptc now set for 5/5/93 shall remain set and the previous order of the court as to the list of witnesses also shall remain in effect (cc: all counsel) ; entry date : 3/9/93 (lam) (Entered: 03/09/1993) |
| 03/31/1993 | 30 | Witnesses submitted by plaintiff Jesse F. Montez (lam) (Entered: 03/31/1993) |
| 04/29/1993 | 31 | Combined MOTIONs by defendants to suspend discovery , or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl (lam) (Entered: 04/30/1993) |
| 05/03/1993 | 32 | List of Witnesses and Exhibits submitted by defendants (lam) (Entered: 05/03/1993) |
| 05/12/1993 | 33 | RESPONSE (Objection) by plaintiff Jesse F. Montez to dfts' motion to suspend discovery [31-1] (lam) (Entered: 05/13/1993) |
| 05/14/1993 | 34 | MOTION by plaintiff Jesse F. Montez for protective order re discovery (lam) (Entered: 05/14/1993) |
| 05/21/1993 | 35 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; granting dfts' combined motion to suspend discovery [31-1] or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl [31-2] ; Disp Motion ddl 6/21/93 ; and dfts are granted a 45 day ext to respond to pla's discovery requests (cc: all counsel) ; entry date : 5/25/93 (lam) (Entered: 05/25/1993) |
| 05/21/1993 | 36 | PRE-TRIAL ORDER by Magistrate Judge Richard M. Borchers: ptc held 5/5/93; pla's mtn for protective order filed 5/14/93 is pending; trial to court, estimated 2 days; discvoery cutoff 6/21/93 (cc: all counsel) (lam) (Entered: 05/25/1993) |
| 06/07/1993 | 37 | ORDER by Judge Jim R. Carrigan: matter is referred to US Magistrate |

| 12/14/1992 | 25 | SCHEDULING ORDER Magistrate Judge Richard M. Borchers ; Discovery cutoff 4/1/93 ;dispositive motions due on or before 8:15 5/5/93 ;pretrial conference set 8:15 5/5/93 (cc: all counsel) (lam) (Entered: 12/16/1992) |
|---|---|---|
| 01/28/1993 | 26 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (lam) (Entered: 01/29/1993) |
| 02/08/1993 | 27 | ORDER by Magistrate Judge Richard M. Borchers denying motion for appointment of counsel [26-1] (cc: all counsel) ; entry date : 2/8/93 (former empl) (Entered: 02/08/1993) |
| 03/01/1993 | 28 | MOTION by plaintiff Jesse F. Montez to extend 90 days from ddl dates on his scheduling order (re non-expert discovery and expert witnesses) (lam) (Entered: 03/01/1993) |
| 03/05/1993 | 29 | ORDER by Magistrate Judge Richard M. Borchers: re pla's mtn for ext of time of Scheduling Order [28-1], [25-1] ; Discovery ddl extended to 5/5/93 , with pla's designation of experts ddl extended to 5/1/93; that dfts shall be given a reasonable period of time to be determined at the ptc for endorsement of any experts; that the ptc now set for 5/5/93 shall remain set and the previous order of the court as to the list of witnesses also shall remain in effect (cc: all counsel) ; entry date : 3/9/93 (lam) (Entered: 03/09/1993) |
| 03/31/1993 | 30 | Witnesses submitted by plaintiff Jesse F. Montez (lam) (Entered: 03/31/1993) |
| 04/29/1993 | 31 | Combined MOTIONs by defendants to suspend discovery , or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl (lam) (Entered: 04/30/1993) |
| 05/03/1993 | 32 | List of Witnesses and Exhibits submitted by defendants (lam) (Entered: 05/03/1993) |
| 05/12/1993 | 33 | RESPONSE (Objection) by plaintiff Jesse F. Montez to dfts' motion to suspend discovery [31-1] (lam) (Entered: 05/13/1993) |
| 05/14/1993 | 34 | MOTION by plaintiff Jesse F. Montez for protective order re discovery (lam) (Entered: 05/14/1993) |
| 05/21/1993 | 35 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; granting dfts' combined motion to suspend discovery [31-1] or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl [31-2] ; Disp Motion ddl 6/21/93 ; and dfts are granted a 45 day ext to respond to pla's discovery requests (cc: all counsel) ; entry date : 5/25/93 (lam) (Entered: 05/25/1993) |
| 05/21/1993 | 36 | PRE-TRIAL ORDER by Magistrate Judge Richard M. Borchers: ptc held 5/5/93; pla's mtn for protective order filed 5/14/93 is pending; trial to court, estimated 2 days; discvoery cutoff 6/21/93 (cc: all counsel) (lam) (Entered: 05/25/1993) |
| 06/07/1993 | 37 | ORDER by Judge Jim R. Carrigan: matter is referred to US Magistrate |

| 12/14/1992 | 25 | SCHEDULING ORDER Magistrate Judge Richard M. Borchers ; Discovery cutoff 4/1/93 ;dispositive motions due on or before 8:15 5/5/93 ;pretrial conference set 8:15 5/5/93 (cc: all counsel) (lam) (Entered: 12/16/1992) |
| --- | --- | --- |
| 01/28/1993 | 26 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (lam) (Entered: 01/29/1993) |
| 02/08/1993 | 27 | ORDER by Magistrate Judge Richard M. Borchers denying motion for appointment of counsel [26-1] (cc: all counsel) ; entry date : 2/8/93 (former empl) (Entered: 02/08/1993) |
| 03/01/1993 | 28 | MOTION by plaintiff Jesse F. Montez to extend 90 days from ddl dates on his scheduling order (re non-expert discovery and expert witnesses) (lam) (Entered: 03/01/1993) |
| 03/05/1993 | 29 | ORDER by Magistrate Judge Richard M. Borchers: re pla's mtn for ext of time of Scheduling Order [28-1], [25-1] ; Discovery ddl extended to 5/5/93 , with pla's designation of experts ddl extended to 5/1/93; that dfts shall be given a reasonable period of time to be determined at the ptc for endorsement of any experts; that the ptc now set for 5/5/93 shall remain set and the previous order of the court as to the list of witnesses also shall remain in effect (cc: all counsel) ; entry date : 3/9/93 (lam) (Entered: 03/09/1993) |
| 03/31/1993 | 30 | Witnesses submitted by plaintiff Jesse F. Montez (lam) (Entered: 03/31/1993) |
| 04/29/1993 | 31 | Combined MOTIONs by defendants to suspend discovery , or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl (lam) (Entered: 04/30/1993) |
| 05/03/1993 | 32 | List of Witnesses and Exhibits submitted by defendants (lam) (Entered: 05/03/1993) |
| 05/12/1993 | 33 | RESPONSE (Objection) by plaintiff Jesse F. Montez to dfts' motion to suspend discovery [31-1] (lam) (Entered: 05/13/1993) |
| 05/14/1993 | 34 | MOTION by plaintiff Jesse F. Montez for protective order re discovery (lam) (Entered: 05/14/1993) |
| 05/21/1993 | 35 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; granting dfts' combined motion to suspend discovery [31-1] or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl [31-2] ; Disp Motion ddl 6/21/93 ; and dfts are granted a 45 day ext to respond to pla's discovery requests (cc: all counsel) ; entry date : 5/25/93 (lam) (Entered: 05/25/1993) |
| 05/21/1993 | 36 | PRE-TRIAL ORDER by Magistrate Judge Richard M. Borchers: ptc held 5/5/93; pla's mtn for protective order filed 5/14/93 is pending; trial to court, estimated 2 days; discvoery cutoff 6/21/93 (cc: all counsel) (lam) (Entered: 05/25/1993) |
| 06/07/1993 | 37 | ORDER by Judge Jim R. Carrigan: matter is referred to US Magistrate |

| 12/14/1992 | 25 | SCHEDULING ORDER Magistrate Judge Richard M. Borchers ; Discovery cutoff 4/1/93 ;dispositive motions due on or before 8:15 5/5/93 ;pretrial conference set 8:15 5/5/93 (cc: all counsel) (lam) (Entered: 12/16/1992) |
|---|---|---|
| 01/28/1993 | 26 | MOTION by plaintiff Jesse F. Montez for appointment of counsel (lam) (Entered: 01/29/1993) |
| 02/08/1993 | 27 | ORDER by Magistrate Judge Richard M. Borchers denying motion for appointment of counsel [26-1] (cc: all counsel) ; entry date : 2/8/93 (former empl) (Entered: 02/08/1993) |
| 03/01/1993 | 28 | MOTION by plaintiff Jesse F. Montez to extend 90 days from ddl dates on his scheduling order (re non-expert discovery and expert witnesses) (lam) (Entered: 03/01/1993) |
| 03/05/1993 | 29 | ORDER by Magistrate Judge Richard M. Borchers: re pla's mtn for ext of time of Scheduling Order [28-1], [25-1] ; Discovery ddl extended to 5/5/93 , with pla's designation of experts ddl extended to 5/1/93; that dfts shall be given a reasonable period of time to be determined at the ptc for endorsement of any experts; that the ptc now set for 5/5/93 shall remain set and the previous order of the court as to the list of witnesses also shall remain in effect (cc: all counsel) ; entry date : 3/9/93 (lam) (Entered: 03/09/1993) |
| 03/31/1993 | 30 | Witnesses submitted by plaintiff Jesse F. Montez (lam) (Entered: 03/31/1993) |
| 04/29/1993 | 31 | Combined MOTIONs by defendants to suspend discovery , or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl (lam) (Entered: 04/30/1993) |
| 05/03/1993 | 32 | List of Witnesses and Exhibits submitted by defendants (lam) (Entered: 05/03/1993) |
| 05/12/1993 | 33 | RESPONSE (Objection) by plaintiff Jesse F. Montez to dfts' motion to suspend discovery [31-1] (lam) (Entered: 05/13/1993) |
| 05/14/1993 | 34 | MOTION by plaintiff Jesse F. Montez for protective order re discovery (lam) (Entered: 05/14/1993) |
| 05/21/1993 | 35 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; granting dfts' combined motion to suspend discovery [31-1] or in the alternative, for ext of time to respond to pla's discovery, and for ext of dispositive mtn ddl [31-2] ; Disp Motion ddl 6/21/93 ; and dfts are granted a 45 day ext to respond to pla's discovery requests (cc: all counsel) ; entry date : 5/25/93 (lam) (Entered: 05/25/1993) |
| 05/21/1993 | 36 | PRE-TRIAL ORDER by Magistrate Judge Richard M. Borchers: ptc held 5/5/93; pla's mtn for protective order filed 5/14/93 is pending; trial to court, estimated 2 days; discvoery cutoff 6/21/93 (cc: all counsel) (lam) (Entered: 05/25/1993) |
| 06/07/1993 | 37 | ORDER by Judge Jim R. Carrigan: matter is referred to US Magistrate |

| | | Judge Borchers to hold evidentiary hearing and to submit rpt and recommendation as to final disposition of this case (cc: all counsel) ; entry date : 6/8/93 (lam) (Entered: 06/08/1993) |
|---|---|---|
| 06/10/1993 | 38 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; evidentiary hearing before the Magistrate Judge at the Territorial Correctional Facility 9:00 am on 7/26/93 (cc: all counsel) ; entry date : 6/14/93 (lam) (Entered: 06/14/1993) |
| 06/14/1993 | 39 | ORDER by Magistrate Judge Richard M. Borchers re evidentiary hearing set 7/26/93 at 9:00 am : ....pla and csl for dfts shall submit final witness list on or before 7/20/93 as to witnesses that will be called at the hrging; pla and csl for dfts shall comply with the provisions of this order (cc: all counsel) ; entry date : 6/16/93 (lam) (Entered: 06/16/1993) |
| 06/21/1993 | 40 | ATTORNEY APPEARANCE for plaintiff Jesse F. Montez by David Arthur Lane (lam) (Entered: 06/22/1993) |
| 06/21/1993 | 41 | MOTION by plaintiff Jesse F. Montez to amend cmp (re causes) and for order holding hearing set 7/26/93 in abeyance (lam) (Entered: 06/22/1993) |
| 06/28/1993 | 42 | ORDER by Magistrate Judge Richard M. Borchers granting motion to amend cmp (re causes) [41-1] granting motion for order holding hearing set 7/26/93 in abeyance [41-2] ; mag conference vacated at 9:00 7/26/93. Pltf has 45 days to file any amendments to complaint ; status conf set at 8:00 8/12/93 (cc: all counsel) ; entry date : 6/29/93 (gms) (Entered: 06/29/1993) |
| 08/09/1993 | 43 | MOTION by plaintiff Jesse F. Montez to ext time to 8/16/93 to file amended cmp (lam) (Entered: 08/10/1993) |
| 08/09/1993 | 44 | NOTICE by plaintiff Jesse F. Montez of attorney Lane's change of address (lam) (Entered: 08/10/1993) |
| 08/12/1993 | 45 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion to ext time to 8/16/93 to file amended cmp [43-1] (cc: all counsel) ; entry date : 8/13/93 (lam) (Entered: 08/13/1993) |
| 08/16/1993 | 46 | AMENDED COMPLAINT [3-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Elizabeth Gallegos, defendant Evelyn Fish; adding defendants Ari Zavaras, Bob Furlong (lam) (Entered: 08/17/1993) |
| 08/19/1993 | 47 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; dfts are granted 30 days from date of this order to file responsive pleadings to amended cmp re [46-1] (cc: all counsel) ; entry date : 8/23/93 (lam) (Entered: 08/23/1993) |
| 09/15/1993 | 48 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; denying pla's motion for protective order re discovery [34-1] (cc: all counsel) ; entry date : 9/16/93 (lam) (Entered: 09/16/1993) |
| 09/20/1993 | 49 | RETURN OF SERVICE of Summons and Complaint upon defendant Ben Johnson on 9/7/93 (lam) (Entered: 09/20/1993) |

| | | Judge Borchers to hold evidentiary hearing and to submit rpt and recommendation as to final disposition of this case (cc: all counsel) ; entry date : 6/8/93 (lam) (Entered: 06/08/1993) |
|---|---|---|
| 06/10/1993 | 38 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; evidentiary hearing before the Magistrate Judge at the Territorial Correctional Facility 9:00 am on 7/26/93 (cc: all counsel) ; entry date : 6/14/93 (lam) (Entered: 06/14/1993) |
| 06/14/1993 | 39 | ORDER by Magistrate Judge Richard M. Borchers re evidentiary hearing set 7/26/93 at 9:00 am : ....pla and csl for dfts shall submit final witness list on or before 7/20/93 as to witnesses that will be called at the hrging; pla and csl for dfts shall comply with the provisions of this order (cc: all counsel) ; entry date : 6/16/93 (lam) (Entered: 06/16/1993) |
| 06/21/1993 | 40 | ATTORNEY APPEARANCE for plaintiff Jesse F. Montez by David Arthur Lane (lam) (Entered: 06/22/1993) |
| 06/21/1993 | 41 | MOTION by plaintiff Jesse F. Montez to amend cmp (re causes) and for order holding hearing set 7/26/93 in abeyance (lam) (Entered: 06/22/1993) |
| 06/28/1993 | 42 | ORDER by Magistrate Judge Richard M. Borchers granting motion to amend cmp (re causes) [41-1] granting motion for order holding hearing set 7/26/93 in abeyance [41-2] ; mag conference vacated at 9:00 7/26/93. Pltf has 45 days to file any amendments to complaint ; status conf set at 8:00 8/12/93 (cc: all counsel) ; entry date : 6/29/93 (gms) (Entered: 06/29/1993) |
| 08/09/1993 | 43 | MOTION by plaintiff Jesse F. Montez to ext time to 8/16/93 to file amended cmp (lam) (Entered: 08/10/1993) |
| 08/09/1993 | 44 | NOTICE by plaintiff Jesse F. Montez of attorney Lane's change of address (lam) (Entered: 08/10/1993) |
| 08/12/1993 | 45 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion to ext time to 8/16/93 to file amended cmp [43-1] (cc: all counsel) ; entry date : 8/13/93 (lam) (Entered: 08/13/1993) |
| 08/16/1993 | 46 | AMENDED COMPLAINT [3-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Elizabeth Gallegos, defendant Evelyn Fish; adding defendants Ari Zavaras, Bob Furlong (lam) (Entered: 08/17/1993) |
| 08/19/1993 | 47 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; dfts are granted 30 days from date of this order to file responsive pleadings to amended cmp re [46-1] (cc: all counsel) ; entry date : 8/23/93 (lam) (Entered: 08/23/1993) |
| 09/15/1993 | 48 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; denying pla's motion for protective order re discovery [34-1] (cc: all counsel) ; entry date : 9/16/93 (lam) (Entered: 09/16/1993) |
| 09/20/1993 | 49 | RETURN OF SERVICE of Summons and Complaint upon defendant Ben Johnson on 9/7/93 (lam) (Entered: 09/20/1993) |
| | | |

| | | Judge Borchers to hold evidentiary hearing and to submit rpt and recommendation as to final disposition of this case (cc: all counsel) ; entry date : 6/8/93 (lam) (Entered: 06/08/1993) |
|---|---|---|
| 06/10/1993 | 38 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; evidentiary hearing before the Magistrate Judge at the Territorial Correctional Facility 9:00 am on 7/26/93 (cc: all counsel) ; entry date : 6/14/93 (lam) (Entered: 06/14/1993) |
| 06/14/1993 | 39 | ORDER by Magistrate Judge Richard M. Borchers re evidentiary hearing set 7/26/93 at 9:00 am : ....pla and csl for dfts shall submit final witness list on or before 7/20/93 as to witnesses that will be called at the hrging; pla and csl for dfts shall comply with the provisions of this order (cc: all counsel) ; entry date : 6/16/93 (lam) (Entered: 06/16/1993) |
| 06/21/1993 | 40 | ATTORNEY APPEARANCE for plaintiff Jesse F. Montez by David Arthur Lane (lam) (Entered: 06/22/1993) |
| 06/21/1993 | 41 | MOTION by plaintiff Jesse F. Montez to amend cmp (re causes) and for order holding hearing set 7/26/93 in abeyance (lam) (Entered: 06/22/1993) |
| 06/28/1993 | 42 | ORDER by Magistrate Judge Richard M. Borchers granting motion to amend cmp (re causes) [41-1] granting motion for order holding hearing set 7/26/93 in abeyance [41-2] ; mag conference vacated at 9:00 7/26/93. Pltf has 45 days to file any amendments to complaint ; status conf set at 8:00 8/12/93 (cc: all counsel) ; entry date : 6/29/93 (gms) (Entered: 06/29/1993) |
| 08/09/1993 | 43 | MOTION by plaintiff Jesse F. Montez to ext time to 8/16/93 to file amended cmp (lam) (Entered: 08/10/1993) |
| 08/09/1993 | 44 | NOTICE by plaintiff Jesse F. Montez of attorney Lane's change of address (lam) (Entered: 08/10/1993) |
| 08/12/1993 | 45 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion to ext time to 8/16/93 to file amended cmp [43-1] (cc: all counsel) ; entry date : 8/13/93 (lam) (Entered: 08/13/1993) |
| 08/16/1993 | 46 | AMENDED COMPLAINT [3-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Elizabeth Gallegos, defendant Evelyn Fish; adding defendants Ari Zavaras, Bob Furlong (lam) (Entered: 08/17/1993) |
| 08/19/1993 | 47 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; dfts are granted 30 days from date of this order to file responsive pleadings to amended cmp re [46-1] (cc: all counsel) ; entry date : 8/23/93 (lam) (Entered: 08/23/1993) |
| 09/15/1993 | 48 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; denying pla's motion for protective order re discovery [34-1] (cc: all counsel) ; entry date : 9/16/93 (lam) (Entered: 09/16/1993) |
| 09/20/1993 | 49 | RETURN OF SERVICE of Summons and Complaint upon defendant Ben Johnson on 9/7/93 (lam) (Entered: 09/20/1993) |
| | | |

| | | Judge Borchers to hold evidentiary hearing and to submit rpt and recommendation as to final disposition of this case (cc: all counsel) ; entry date : 6/8/93 (lam) (Entered: 06/08/1993) |
|---|---|---|
| 06/10/1993 | 38 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; evidentiary hearing before the Magistrate Judge at the Territorial Correctional Facility 9:00 am on 7/26/93 (cc: all counsel) ; entry date : 6/14/93 (lam) (Entered: 06/14/1993) |
| 06/14/1993 | 39 | ORDER by Magistrate Judge Richard M. Borchers re evidentiary hearing set 7/26/93 at 9:00 am : ....pla and csl for dfts shall submit final witness list on or before 7/20/93 as to witnesses that will be called at the hrging; pla and csl for dfts shall comply with the provisions of this order (cc: all counsel) ; entry date : 6/16/93 (lam) (Entered: 06/16/1993) |
| 06/21/1993 | 40 | ATTORNEY APPEARANCE for plaintiff Jesse F. Montez by David Arthur Lane (lam) (Entered: 06/22/1993) |
| 06/21/1993 | 41 | MOTION by plaintiff Jesse F. Montez to amend cmp (re causes) and for order holding hearing set 7/26/93 in abeyance (lam) (Entered: 06/22/1993) |
| 06/28/1993 | 42 | ORDER by Magistrate Judge Richard M. Borchers granting motion to amend cmp (re causes) [41-1] granting motion for order holding hearing set 7/26/93 in abeyance [41-2] ; mag conference vacated at 9:00 7/26/93. Pltf has 45 days to file any amendments to complaint ; status conf set at 8:00 8/12/93 (cc: all counsel) ; entry date : 6/29/93 (gms) (Entered: 06/29/1993) |
| 08/09/1993 | 43 | MOTION by plaintiff Jesse F. Montez to ext time to 8/16/93 to file amended cmp (lam) (Entered: 08/10/1993) |
| 08/09/1993 | 44 | NOTICE by plaintiff Jesse F. Montez of attorney Lane's change of address (lam) (Entered: 08/10/1993) |
| 08/12/1993 | 45 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion to ext time to 8/16/93 to file amended cmp [43-1] (cc: all counsel) ; entry date : 8/13/93 (lam) (Entered: 08/13/1993) |
| 08/16/1993 | 46 | AMENDED COMPLAINT [3-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Elizabeth Gallegos, defendant Evelyn Fish; adding defendants Ari Zavaras, Bob Furlong (lam) (Entered: 08/17/1993) |
| 08/19/1993 | 47 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; dfts are granted 30 days from date of this order to file responsive pleadings to amended cmp re [46-1] (cc: all counsel) ; entry date : 8/23/93 (lam) (Entered: 08/23/1993) |
| 09/15/1993 | 48 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers; denying pla's motion for protective order re discovery [34-1] (cc: all counsel) ; entry date : 9/16/93 (lam) (Entered: 09/16/1993) |
| 09/20/1993 | 49 | RETURN OF SERVICE of Summons and Complaint upon defendant Ben Johnson on 9/7/93 (lam) (Entered: 09/20/1993) |

| 09/20/1993 | 50 | MOTION by defendants to ext time to 10/11/93 to respond to amended complaint (lam) (Entered: 09/21/1993) |
|---|---|---|
| 09/21/1993 | 51 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting dfts' motion to ext time to 10/11/93 to respond to amended complaint [50-1] (cc: all counsel) ; entry date : 9/21/93 (lam) (Entered: 09/21/1993) |
| 10/04/1993 | 52 | RETURN OF SERVICE of Summons and Complaint upon defendant Ari Zavaras on 9/9/93 by leaving with Collen Stevenson (lam) (Entered: 10/05/1993) |
| 10/12/1993 | 53 | ANSWER by defendants to amended complaint [46-1] (lam) (Entered: 10/13/1993) |
| 10/13/1993 | 54 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf with cnsl set for 1:15 12/16/93 in Rm C162(cc: all counsel) ; entry date : 10/14/93 (former empl) (Entered: 10/14/1993) |
| 11/09/1993 | 55 | RETURN OF SERVICE of Summons and Complaint upon defendant Bob Furlong on 10/27/93 by leaving with secretary, Sandy Colvin (lam) (Entered: 11/10/1993) |
| 12/17/1993 | 56 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf held 12/16/93; further status conf set for 1:00 pm on 2/17/94 ; pla's have until 2/17/94 to move to certify this as a class action (cc: all counsel) ; entry date : 12/20/93 (lam) (Entered: 12/20/1993) |
| 12/27/1993 | 57 | NOTICE by plaintiff Jesse F. Montez of change of address (former empl) (Entered: 12/27/1993) |
| 01/19/1994 | 58 | MINUTE ORDER : by Judge Jim R. Carrigan; dfts shall respond to pla's jury demand by 2/3/94; w/in 15 days csl shall contact court to set matter for trial regarding [46-1] (cc: all counsel) ; entry date : 1/20/94 (lam) (Entered: 01/20/1994) |
| 02/03/1994 | 59 | RESPONSE by defendants to pla's jury demand pursuant to 1/19/94 minute order [58-1] (lam) (Entered: 02/04/1994) |
| 02/04/1994 | 60 | MINUTE ORDER : by Judge Jim R. Carrigan; pla's demand for a jury trial is denied for failure to make the demand in a timely manner required by FRCP 38(b) regarding [46-1] complaint (cc: all counsel) ; entry date : 2/7/94 (lam) (Entered: 02/07/1994) |
| 02/17/1994 | 61 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf set for 9:30 am on 2/24/94 , this order vacates 2/17/94 conf (cc: all counsel) ; entry date : 2/18/94 (lam) (Entered: 02/18/1994) |
| 02/24/1994 | 62 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; an in-person status conf w/csl only is set for 9:00 am on 4/21/94 (cc: all counsel) ; entry date : 2/24/94 (lam) (Entered: 02/24/1994) |
| 04/21/1994 | 63 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 1:15 pm on 5/13/94 (cc: all counsel) ; entry date : 4/21/94 (lam) (Entered: 04/21/1994) |

| 09/20/1993 | 50 | MOTION by defendants to ext time to 10/11/93 to respond to amended complaint (lam) (Entered: 09/21/1993) |
| 09/21/1993 | 51 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting dfts' motion to ext time to 10/11/93 to respond to amended complaint [50-1] ; entry date : 9/21/93 (lam) (Entered: 09/21/1993) |
| 10/04/1993 | 52 | RETURN OF SERVICE of Summons and Complaint upon defendant Ari Zavaras on 9/9/93 by leaving with Collen Stevenson (lam) (Entered: 10/05/1993) |
| 10/12/1993 | 53 | ANSWER by defendants to amended complaint [46-1] (lam) (Entered: 10/13/1993) |
| 10/13/1993 | 54 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf with cnsl set for 1:15 12/16/93 in Rm C162(cc: all counsel) ; entry date : 10/14/93 (former empl) (Entered: 10/14/1993) |
| 11/09/1993 | 55 | RETURN OF SERVICE of Summons and Complaint upon defendant Bob Furlong on 10/27/93 by leaving with secretary, Sandy Colvin (lam) (Entered: 11/10/1993) |
| 12/17/1993 | 56 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf held 12/16/93; further status conf set for 1:00 pm on 2/17/94 ; pla's have until 2/17/94 to move to certify this as a class action (cc: all counsel) ; entry date : 12/20/93 (lam) (Entered: 12/20/1993) |
| 12/27/1993 | 57 | NOTICE by plaintiff Jesse F. Montez of change of address (former empl) (Entered: 12/27/1993) |
| 01/19/1994 | 58 | MINUTE ORDER : by Judge Jim R. Carrigan; dfts shall respond to pla's jury demand by 2/3/94; w/in 15 days csl shall contact court to set matter for trial regarding [46-1] (cc: all counsel) ; entry date : 1/20/94 (lam) (Entered: 01/20/1994) |
| 02/03/1994 | 59 | RESPONSE by defendants to pla's jury demand pursuant to 1/19/94 minute order [58-1] (lam) (Entered: 02/04/1994) |
| 02/04/1994 | 60 | MINUTE ORDER : by Judge Jim R. Carrigan; pla's demand for a jury trial is denied for failure to make the demand in a timely manner required by FRCP 38(b) regarding [46-1] complaint (cc: all counsel) ; entry date : 2/7/94 (lam) (Entered: 02/07/1994) |
| 02/17/1994 | 61 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf set for 9:30 am on 2/24/94 , this order vacates 2/17/94 conf (cc: all counsel) ; entry date : 2/18/94 (lam) (Entered: 02/18/1994) |
| 02/24/1994 | 62 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; an in-person status conf w/csl only is set for 9:00 am on 4/21/94 (cc: all counsel) ; entry date : 2/24/94 (lam) (Entered: 02/24/1994) |
| 04/21/1994 | 63 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 1:15 pm on 5/13/94 (cc: all counsel) ; entry date : 4/21/94 (lam) (Entered: 04/21/1994) |

| 09/20/1993 | 50 | MOTION by defendants to ext time to 10/11/93 to respond to amended complaint (lam) (Entered: 09/21/1993) |
| 09/21/1993 | 51 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting dfts' motion to ext time to 10/11/93 to respond to amended complaint [50-1] (cc: all counsel) ; entry date : 9/21/93 (lam) (Entered: 09/21/1993) |
| 10/04/1993 | 52 | RETURN OF SERVICE of Summons and Complaint upon defendant Ari Zavaras on 9/9/93 by leaving with Collen Stevenson (lam) (Entered: 10/05/1993) |
| 10/12/1993 | 53 | ANSWER by defendants to amended complaint [46-1] (lam) (Entered: 10/13/1993) |
| 10/13/1993 | 54 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf with cnsl set for 1:15 12/16/93 in Rm C162(cc: all counsel) ; entry date : 10/14/93 (former empl) (Entered: 10/14/1993) |
| 11/09/1993 | 55 | RETURN OF SERVICE of Summons and Complaint upon defendant Bob Furlong on 10/27/93 by leaving with secretary, Sandy Colvin (lam) (Entered: 11/10/1993) |
| 12/17/1993 | 56 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf held 12/16/93; further status conf set for 1:00 pm on 2/17/94 ; pla's have until 2/17/94 to move to certify this as a class action (cc: all counsel) ; entry date : 12/20/93 (lam) (Entered: 12/20/1993) |
| 12/27/1993 | 57 | NOTICE by plaintiff Jesse F. Montez of change of address (former empl) (Entered: 12/27/1993) |
| 01/19/1994 | 58 | MINUTE ORDER : by Judge Jim R. Carrigan; dfts shall respond to pla's jury demand by 2/3/94; w/in 15 days csl shall contact court to set matter for trial regarding [46-1] (cc: all counsel) ; entry date : 1/20/94 (lam) (Entered: 01/20/1994) |
| 02/03/1994 | 59 | RESPONSE by defendants to pla's jury demand pursuant to 1/19/94 minute order [58-1] (lam) (Entered: 02/04/1994) |
| 02/04/1994 | 60 | MINUTE ORDER : by Judge Jim R. Carrigan; pla's demand for a jury trial is denied for failure to make the demand in a timely manner required by FRCP 38(b) regarding [46-1] complaint (cc: all counsel) ; entry date : 2/7/94 (lam) (Entered: 02/07/1994) |
| 02/17/1994 | 61 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf set for 9:30 am on 2/24/94 , this order vacates 2/17/94 conf (cc: all counsel) ; entry date : 2/18/94 (lam) (Entered: 02/18/1994) |
| 02/24/1994 | 62 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; an in-person status conf w/csl only is set for 9:00 am on 4/21/94 (cc: all counsel) ; entry date : 2/24/94 (lam) (Entered: 02/24/1994) |
| 04/21/1994 | 63 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 1:15 pm on 5/13/94 (cc: all counsel) ; entry date : 4/21/94 (lam) (Entered: 04/21/1994) |

| 09/20/1993 | 50 | MOTION by defendants to ext time to 10/11/93 to respond to amended complaint (lam) (Entered: 09/21/1993) |
|---|---|---|
| 09/21/1993 | 51 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting dfts' motion to ext time to 10/11/93 to respond to amended complaint [50-1] (cc: all counsel) ; entry date : 9/21/93 (lam) (Entered: 09/21/1993) |
| 10/04/1993 | 52 | RETURN OF SERVICE of Summons and Complaint upon defendant Ari Zavaras on 9/9/93 by leaving with Collen Stevenson (lam) (Entered: 10/05/1993) |
| 10/12/1993 | 53 | ANSWER by defendants to amended complaint [46-1] (lam) (Entered: 10/13/1993) |
| 10/13/1993 | 54 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf with cnsl set for 1:15 12/16/93 in Rm C162(cc: all counsel) ; entry date : 10/14/93 (former empl) (Entered: 10/14/1993) |
| 11/09/1993 | 55 | RETURN OF SERVICE of Summons and Complaint upon defendant Bob Furlong on 10/27/93 by leaving with secretary, Sandy Colvin (lam) (Entered: 11/10/1993) |
| 12/17/1993 | 56 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf held 12/16/93; further status conf set for 1:00 pm on 2/17/94 ; pla's have until 2/17/94 to move to certify this as a class action (cc: all counsel) ; entry date : 12/20/93 (lam) (Entered: 12/20/1993) |
| 12/27/1993 | 57 | NOTICE by plaintiff Jesse F. Montez of change of address (former empl) (Entered: 12/27/1993) |
| 01/19/1994 | 58 | MINUTE ORDER : by Judge Jim R. Carrigan; dfts shall respond to pla's jury demand by 2/3/94; w/in 15 days csl shall contact court to set matter for trial regarding [46-1] (cc: all counsel) ; entry date : 1/20/94 (lam) (Entered: 01/20/1994) |
| 02/03/1994 | 59 | RESPONSE by defendants to pla's jury demand pursuant to 1/19/94 minute order [58-1] (lam) (Entered: 02/04/1994) |
| 02/04/1994 | 60 | MINUTE ORDER : by Judge Jim R. Carrigan; pla's demand for a jury trial is denied for failure to make the demand in a timely manner required by FRCP 38(b) regarding [46-1] complaint (cc: all counsel) ; entry date : 2/7/94 (lam) (Entered: 02/07/1994) |
| 02/17/1994 | 61 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; in-person status conf set for 9:30 am on 2/24/94 , this order vacates 2/17/94 conf (cc: all counsel) ; entry date : 2/18/94 (lam) (Entered: 02/18/1994) |
| 02/24/1994 | 62 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; an in-person status conf w/csl only is set for 9:00 am on 4/21/94 (cc: all counsel) ; entry date : 2/24/94 (lam) (Entered: 02/24/1994) |
| 04/21/1994 | 63 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 1:15 pm on 5/13/94 (cc: all counsel) ; entry date : 4/21/94 (lam) (Entered: 04/21/1994) |

| 05/16/1994 | 64 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 8:15 am 6/15/94 (cc: all counsel) ; entry date : 5/17/94 (lam) (Entered: 05/17/1994) |
|---|---|---|
| 06/15/1994 | 65 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf set for 8:30 7/12/94 (cc: all counsel) ; entry date : 6/15/94 (gms) (Entered: 06/15/1994) |
| 07/12/1994 | 66 | ORDER by Magistrate Judge Richard M. Borchers ; telephone setatus conf held 7/12/94; further telephone status conf set for 8:30 8/8/94 (cc: all counsel) ; entry date : 7/13/94 (lam) (Entered: 07/13/1994) |
| 07/15/1994 | | Tendered amended class action complaint submitted by plaintiff Jesse F. Montez (lam) (Entered: 07/18/1994) |
| 07/18/1994 | 67 | MOTION by plaintiff Jesse F. Montez to amend complaint (lam) (Entered: 07/19/1994) |
| 07/22/1994 | 68 | ORDER by Magistrate Judge Richard M. Borchers granting pla's motion to amend complaint [67-1]; dfts are granted to 8/22/94 to file a responsive pleading (cc: all counsel) ; entry date : 7/27/94 (lam) (Entered: 07/27/1994) |
| 07/22/1994 | 69 | AMENDED COMPLAINT [46-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Dolores Montoya, defendant Lorraine Diaz, defendant Jerri Watson, defendant M. McDonough, defendant R. Corley, defendant Jerry Kimbrel, defendant Jim Herzog, defendant Curtis Devin, defendant Bill Reed, defendant Larry Nutter, defendant Jim Pryor, defendant Jim Toothaker, defendant Lt. Wright; adding Colorado Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, Dr. J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, John Doe(s) and John Roe(s) (lam) (Entered: 07/29/1994) |
| 08/11/1994 | 70 | ORDER by Magistrate Judge Richard M. Borchers ; telephone status conf held 8/9/94; status/scheduling conf set 8:30 10/31/94 ; dfts are granted to 10/11/94 to file responsive pleading to the amended cmp [69-1] (cc: all counsel) ; entry date : 8/11/94 (lam) (Entered: 08/11/1994) |
| 08/17/1994 | 71 | ATTORNEY SUBSTITUTION: terminating attorney Stephen M. Miller for defendants and substituting attorney William J. Higgins (lam) (Entered: 08/22/1994) |
| 10/11/1994 | 72 | ANSWER by dfts (except Gunter & Cooper) to amended class action complaint [69-1] (lam) (Entered: 10/12/1994) |
| 11/17/1994 | 73 | MOTION by plaintiff Jesse F. Montez for class certification (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 74 | Memorandum of Law (BRIEF) by plaintiff Jesse F. Montez in support of motion for class certification [73-1] (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 75 | ORDER mtnrec, pt to US Magistrate Judge Schlatter by Judge Jim R. |

| 05/16/1994 | 64 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 8:15 am 6/15/94 (cc: all counsel) ; entry date : 5/17/94 (lam) (Entered: 05/17/1994) |
|---|---|---|
| 06/15/1994 | 65 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf set for 8:30 7/12/94 (cc: all counsel) ; entry date : 6/15/94 (gms) (Entered: 06/15/1994) |
| 07/12/1994 | 66 | ORDER by Magistrate Judge Richard M. Borchers ; telephone setatus conf held 7/12/94; further telephone status conf set for 8:30 8/8/94 (cc: all counsel) ; entry date : 7/13/94 (lam) (Entered: 07/13/1994) |
| 07/15/1994 | | Tendered amended class action complaint submitted by plaintiff Jesse F. Montez (lam) (Entered: 07/18/1994) |
| 07/18/1994 | 67 | MOTION by plaintiff Jesse F. Montez to amend complaint (lam) (Entered: 07/19/1994) |
| 07/22/1994 | 68 | ORDER by Magistrate Judge Richard M. Borchers granting pla's motion to amend complaint [67-1]; dfts are granted to 8/22/94 to file a responsive pleading (cc: all counsel) ; entry date : 7/27/94 (lam) (Entered: 07/27/1994) |
| 07/22/1994 | 69 | AMENDED COMPLAINT [46-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Dolores Montoya, defendant Lorraine Diaz, defendant Jerri Watson, defendant M. McDonough, defendant R. Corley, defendant Jerry Kimbrel, defendant Jim Herzog, defendant Curtis Devin, defendant Bill Reed, defendant Larry Nutter, defendant Jim Pryor, defendant Jim Toothaker, defendant Lt. Wright; adding Colorado Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, Dr. J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, John Doe(s) and John Roe(s) (lam) (Entered: 07/29/1994) |
| 08/11/1994 | 70 | ORDER by Magistrate Judge Richard M. Borchers ; telephone status conf held 8/9/94; status/scheduling conf set 8:30 10/31/94 ; dfts are granted to 10/11/94 to file responsive pleading to the amended cmp [69-1] (cc: all counsel) ; entry date : 8/11/94 (lam) (Entered: 08/11/1994) |
| 08/17/1994 | 71 | ATTORNEY SUBSTITUTION: terminating attorney Stephen M. Miller for defendants and substituting attorney William J. Higgins (lam) (Entered: 08/22/1994) |
| 10/11/1994 | 72 | ANSWER by dfts (except Gunter & Cooper) to amended class action complaint [69-1] (lam) (Entered: 10/12/1994) |
| 11/17/1994 | 73 | MOTION by plaintiff Jesse F. Montez for class certification (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 74 | Memorandum of Law (BRIEF) by plaintiff Jesse F. Montez in support of motion for class certification [73-1] (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 75 | ORDER mtnrec, pt to US Magistrate Judge Schlatter by Judge Jim R. |

| 05/16/1994 | 64 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 8:15 am 6/15/94 (cc: all counsel) ; entry date : 5/17/94 (lam) (Entered: 05/17/1994) |
| 06/15/1994 | 65 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf set for 8:30 7/12/94 (cc: all counsel) ; entry date : 6/15/94 (gms) (Entered: 06/15/1994) |
| 07/12/1994 | 66 | ORDER by Magistrate Judge Richard M. Borchers ; telephone setatus conf held 7/12/94; further telephone status conf set for 8:30 8/8/94 (cc: all counsel) ; entry date : 7/13/94 (lam) (Entered: 07/13/1994) |
| 07/15/1994 | | Tendered amended class action complaint submitted by plaintiff Jesse F. Montez (lam) (Entered: 07/18/1994) |
| 07/18/1994 | 67 | MOTION by plaintiff Jesse F. Montez to amend complaint (lam) (Entered: 07/19/1994) |
| 07/22/1994 | 68 | ORDER by Magistrate Judge Richard M. Borchers granting pla's motion to amend complaint [67-1]; dfts are granted to 8/22/94 to file a responsive pleading (cc: all counsel) ; entry date : 7/27/94 (lam) (Entered: 07/27/1994) |
| 07/22/1994 | 69 | AMENDED COMPLAINT [46-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Dolores Montoya, defendant Lorraine Diaz, defendant Jerri Watson, defendant M. McDonough, defendant R. Corley, defendant Jerry Kimbrel, defendant Jim Herzog, defendant Curtis Devin, defendant Bill Reed, defendant Larry Nutter, defendant Jim Pryor, defendant Jim Toothaker, defendant Lt. Wright; adding Colorado Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, Dr. J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, John Doe(s) and John Roe(s) (lam) (Entered: 07/29/1994) |
| 08/11/1994 | 70 | ORDER by Magistrate Judge Richard M. Borchers ; telephone status conf held 8/9/94; status/scheduling conf set 8:30 10/31/94 ; dfts are granted to 10/11/94 to file responsive pleading to the amended cmp [69-1] (cc: all counsel) ; entry date : 8/11/94 (lam) (Entered: 08/11/1994) |
| 08/17/1994 | 71 | ATTORNEY SUBSTITUTION: terminating attorney Stephen M. Miller for defendants and substituting attorney William J. Higgins (lam) (Entered: 08/22/1994) |
| 10/11/1994 | 72 | ANSWER by dfts (except Gunter & Cooper) to amended class action complaint [69-1] (lam) (Entered: 10/12/1994) |
| 11/17/1994 | 73 | MOTION by plaintiff Jesse F. Montez for class certification (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 74 | Memorandum of Law (BRIEF) by plaintiff Jesse F. Montez in support of motion for class certification [73-1] (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 75 | ORDER mtnrec, pt to US Magistrate Judge Schlatter by Judge Jim R. |

| 05/16/1994 | 64 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf by telephone set for 8:15 am 6/15/94 (cc: all counsel) ; entry date : 5/17/94 (lam) (Entered: 05/17/1994) |
|---|---|---|
| 06/15/1994 | 65 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers ; status conf set for 8:30 7/12/94 (cc: all counsel) ; entry date : 6/15/94 (gms) (Entered: 06/15/1994) |
| 07/12/1994 | 66 | ORDER by Magistrate Judge Richard M. Borchers ; telephone setatus conf held 7/12/94; further telephone status conf set for 8:30 8/8/94 (cc: all counsel) ; entry date : 7/13/94 (lam) (Entered: 07/13/1994) |
| 07/15/1994 |  | Tendered amended class action complaint submitted by plaintiff Jesse F. Montez (lam) (Entered: 07/18/1994) |
| 07/18/1994 | 67 | MOTION by plaintiff Jesse F. Montez to amend complaint (lam) (Entered: 07/19/1994) |
| 07/22/1994 | 68 | ORDER by Magistrate Judge Richard M. Borchers granting pla's motion to amend complaint [67-1]; dfts are granted to 8/22/94 to file a responsive pleading (cc: all counsel) ; entry date : 7/27/94 (lam) (Entered: 07/27/1994) |
| 07/22/1994 | 69 | AMENDED COMPLAINT [46-1] by plaintiff Jesse F. Montez; jury demand terminating defendant Dolores Montoya, defendant Lorraine Diaz, defendant Jerri Watson, defendant M. McDonough, defendant R. Corley, defendant Jerry Kimbrel, defendant Jim Herzog, defendant Curtis Devin, defendant Bill Reed, defendant Larry Nutter, defendant Jim Pryor, defendant Jim Toothaker, defendant Lt. Wright; adding Colorado Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, Dr. J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, John Doe(s) and John Roe(s) (lam) (Entered: 07/29/1994) |
| 08/11/1994 | 70 | ORDER by Magistrate Judge Richard M. Borchers ; telephone status conf held 8/9/94; status/scheduling conf set 8:30 10/31/94 ; dfts are granted to 10/11/94 to file responsive pleading to the amended cmp [69-1] (cc: all counsel) ; entry date : 8/11/94 (lam) (Entered: 08/11/1994) |
| 08/17/1994 | 71 | ATTORNEY SUBSTITUTION: terminating attorney Stephen M. Miller for defendants and substituting attorney William J. Higgins (lam) (Entered: 08/22/1994) |
| 10/11/1994 | 72 | ANSWER by dfts (except Gunter & Cooper) to amended class action complaint [69-1] (lam) (Entered: 10/12/1994) |
| 11/17/1994 | 73 | MOTION by plaintiff Jesse F. Montez for class certification (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 74 | Memorandum of Law (BRIEF) by plaintiff Jesse F. Montez in support of motion for class certification [73-1] (lam) (Entered: 11/18/1994) |
| 11/17/1994 | 75 | ORDER mtnrec, pt to US Magistrate Judge Schlatter by Judge Jim R. |

| | | Carrigan: reference to Mag Judge Borchers is vacated; Case referred to Magistrate Judge O. E. Schlatter to handle pt matters and make recommendation on dispositive mtns (cc: all counsel) ; entry date : 11/18/94 (lam) Modified on 05/05/1999 (Entered: 11/18/1994) |
|---|---|---|
| 11/29/1994 | 76 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [73-1] motion for class certification, dfts to respond w/in 11 days (cc: all counsel) ; entry date : 11/29/94 (lam) (Entered: 11/29/1994) |
| 12/12/1994 | 77 | MOTION by defendants to ext time to 1/11/95 to respond to pla's mtn for class certification (lam) (Entered: 12/13/1994) |
| 12/15/1994 | 78 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to ext time to 1/11/95 to respond to pla's mtn for class certification [77-1], [73-1] (cc: all counsel) ; entry date : 12/16/94 (lam) (Entered: 12/16/1994) |
| 01/11/1995 | 79 | RESPONSE by defendants to pla's motion for class certification [73-1] (lam) (Entered: 01/12/1995) |
| 01/20/1995 | 80 | MOTION by plaintiff Jesse F. Montez to ext time to 2/15/95 to reply to dft's response to mtn for class certification (lam) (Entered: 01/20/1995) |
| 01/31/1995 | 81 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pal's motion to ext time to 2/15/95 to reply to dft's response to mtn for class certification [80-1] re [73-1] (cc: all counsel) ; entry date : 2/1/95 (lam) (Entered: 02/01/1995) |
| 02/15/1995 | 82 | MOTION by plaintiff Jesse F. Montez to enlarge time 2/22/95 to file reply brf re class certification (lam) (Entered: 02/16/1995) |
| 02/17/1995 | 83 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to enlarge time 2/22/95 to file reply brf re class certification [82-1], regarding [73-1] motion for class certification (cc: all counsel) ; entry date : 2/22/95 (lam) (Entered: 02/22/1995) |
| 02/22/1995 | 84 | REPLY Memorandum by plaintiff Jesse F. Montez in support of class certification [73-1] (lam) (Entered: 02/24/1995) |
| 05/31/1995 | 85 | MAGISTRATE'S RECOMMENDATION that pla's mtn for class certification be denied or in the alternative, that the proposed class be certified on the condition that Mr. Montez join plas to represent the proposed subclasses w/in a reasonable period of time by Magistrate Judge O. E. Schlatter concerning motion for class certification [73-1] (cc: all counsel) ; entry date : 6/5/95 (lam) (Entered: 06/05/1995) |
| 06/13/1995 | 86 | MOTION by plaintiff Jesse F. Montez to hold decision re: class certification in abeyance pending addition of representative class members (former empl) (Entered: 06/14/1995) |
| 07/03/1995 | 87 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [86-1] pla's motion to hold decision re: class certification in abeyance, dfts to respond by 7/14/95 (cc: all counsel) ; entry date : 7/6/95 (lam) (Entered: 07/06/1995) |

| | | Carrigan: reference to Mag Judge Borchers is vacated; Case referred to Magistrate Judge O. E. Schlatter to handle pt matters and make recommendation on dispositive mtns (cc: all counsel) ; entry date : 11/18/94 (lam) Modified on 05/05/1999 (Entered: 11/18/1994) |
|---|---|---|
| 11/29/1994 | 76 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [73-1] motion for class certification, dfts to respond w/in 11 days (cc: all counsel) ; entry date : 11/29/94 (lam) (Entered: 11/29/1994) |
| 12/12/1994 | 77 | MOTION by defendants to ext time to 1/11/95 to respond to pla's mtn for class certification (lam) (Entered: 12/13/1994) |
| 12/15/1994 | 78 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to ext time to 1/11/95 to respond to pla's mtn for class certification [77-1], [73-1] (cc: all counsel) ; entry date : 12/16/94 (lam) (Entered: 12/16/1994) |
| 01/11/1995 | 79 | RESPONSE by defendants to pla's motion for class certification [73-1] (lam) (Entered: 01/12/1995) |
| 01/20/1995 | 80 | MOTION by plaintiff Jesse F. Montez to ext time to 2/15/95 to reply to dft's response to mtn for class certification (lam) (Entered: 01/20/1995) |
| 01/31/1995 | 81 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pal's motion to ext time to 2/15/95 to reply to dft's response to mtn for class certification [80-1] re [73-1] (cc: all counsel) ; entry date : 2/1/95 (lam) (Entered: 02/01/1995) |
| 02/15/1995 | 82 | MOTION by plaintiff Jesse F. Montez to enlarge time 2/22/95 to file reply brf re class certification (lam) (Entered: 02/16/1995) |
| 02/17/1995 | 83 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to enlarge time 2/22/95 to file reply brf re class certification [82-1], regarding [73-1] motion for class certification (cc: all counsel) ; entry date : 2/22/95 (lam) (Entered: 02/22/1995) |
| 02/22/1995 | 84 | REPLY Memorandum by plaintiff Jesse F. Montez in support of class certification [73-1] (lam) (Entered: 02/24/1995) |
| 05/31/1995 | 85 | MAGISTRATE'S RECOMMENDATION that pla's mtn for class certification be denied or in the alternative, that the proposed class be certified on the condition that Mr. Montez join plas to represent the proposed subclasses w/in a reasonable period of time by Magistrate Judge O. E. Schlatter concerning motion for class certification [73-1] (cc: all counsel) ; entry date : 6/5/95 (lam) (Entered: 06/05/1995) |
| 06/13/1995 | 86 | MOTION by plaintiff Jesse F. Montez to hold decision re: class certification in abeyance pending addition of representative class members (former empl) (Entered: 06/14/1995) |
| 07/03/1995 | 87 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [86-1] pla's motion to hold decision re: class certification in abeyance, dfts to respond by 7/14/95 (cc: all counsel) ; entry date : 7/6/95 (lam) (Entered: 07/06/1995) |

| | | Carrigan: reference to Mag Judge Borchers is vacated; Case referred to Magistrate Judge O. E. Schlatter to handle pt matters and make recommendation on dispositive mtns (cc: all counsel) ; entry date : 11/18/94 (lam) Modified on 05/05/1999 (Entered: 11/18/1994) |
|---|---|---|
| 11/29/1994 | 76 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [73-1] motion for class certification, dfts to respond w/in 11 days (cc: all counsel) ; entry date : 11/29/94 (lam) (Entered: 11/29/1994) |
| 12/12/1994 | 77 | MOTION by defendants to ext time to 1/11/95 to respond to pla's mtn for class certification (lam) (Entered: 12/13/1994) |
| 12/15/1994 | 78 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to ext time to 1/11/95 to respond to pla's mtn for class certification [77-1], [73-1] (cc: all counsel) ; entry date : 12/16/94 (lam) (Entered: 12/16/1994) |
| 01/11/1995 | 79 | RESPONSE by defendants to pla's motion for class certification [73-1] (lam) (Entered: 01/12/1995) |
| 01/20/1995 | 80 | MOTION by plaintiff Jesse F. Montez to ext time to 2/15/95 to reply to dft's response to mtn for class certification (lam) (Entered: 01/20/1995) |
| 01/31/1995 | 81 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pal's motion to ext time to 2/15/95 to reply to dft's response to mtn for class certification [80-1] re [73-1] (cc: all counsel) ; entry date : 2/1/95 (lam) (Entered: 02/01/1995) |
| 02/15/1995 | 82 | MOTION by plaintiff Jesse F. Montez to enlarge time 2/22/95 to file reply brf re class certification (lam) (Entered: 02/16/1995) |
| 02/17/1995 | 83 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to enlarge time 2/22/95 to file reply brf re class certification [82-1], regarding [73-1] motion for class certification (cc: all counsel) ; entry date : 2/22/95 (lam) (Entered: 02/22/1995) |
| 02/22/1995 | 84 | REPLY Memorandum by plaintiff Jesse F. Montez in support of class certification [73-1] (lam) (Entered: 02/24/1995) |
| 05/31/1995 | 85 | MAGISTRATE'S RECOMMENDATION that pla's mtn for class certification be denied or in the alternative, that the proposed class be certified on the condition that Mr. Montez join plas to represent the proposed subclasses w/in a reasonable period of time by Magistrate Judge O. E. Schlatter concerning motion for class certification [73-1] (cc: all counsel) ; entry date : 6/5/95 (lam) (Entered: 06/05/1995) |
| 06/13/1995 | 86 | MOTION by plaintiff Jesse F. Montez to hold decision re: class certification in abeyance pending addition of representative class members (former empl) (Entered: 06/14/1995) |
| 07/03/1995 | 87 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [86-1] pla's motion to hold decision re: class certification in abeyance, dfts to respond by 7/14/95 (cc: all counsel) ; entry date : 7/6/95 (lam) (Entered: 07/06/1995) |

| | | Carrigan: reference to Mag Judge Borchers is vacated; Case referred to Magistrate Judge O. E. Schlatter to handle pt matters and make recommendation on dispositive mtns (cc: all counsel) ; entry date : 11/18/94 (lam) Modified on 05/05/1999 (Entered: 11/18/1994) |
|---|---|---|
| 11/29/1994 | 76 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [73-1] motion for class certification, dfts to respond w/in 11 days (cc: all counsel) ; entry date : 11/29/94 (lam) (Entered: 11/29/1994) |
| 12/12/1994 | 77 | MOTION by defendants to ext time to 1/11/95 to respond to pla's mtn for class certification (lam) (Entered: 12/13/1994) |
| 12/15/1994 | 78 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to ext time to 1/11/95 to respond to pla's mtn for class certification [77-1], [73-1] (cc: all counsel) ; entry date : 12/16/94 (lam) (Entered: 12/16/1994) |
| 01/11/1995 | 79 | RESPONSE by defendants to pla's motion for class certification [73-1] (lam) (Entered: 01/12/1995) |
| 01/20/1995 | 80 | MOTION by plaintiff Jesse F. Montez to ext time to 2/15/95 to reply to dft's response to mtn for class certification (lam) (Entered: 01/20/1995) |
| 01/31/1995 | 81 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pal's motion to ext time to 2/15/95 to reply to dft's response to mtn for class certification [80-1] re [73-1] (cc: all counsel) ; entry date : 2/1/95 (lam) (Entered: 02/01/1995) |
| 02/15/1995 | 82 | MOTION by plaintiff Jesse F. Montez to enlarge time 2/22/95 to file reply brf re class certification (lam) (Entered: 02/16/1995) |
| 02/17/1995 | 83 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to enlarge time 2/22/95 to file reply brf re class certification [82-1], regarding [73-1] motion for class certification (cc: all counsel) ; entry date : 2/22/95 (lam) (Entered: 02/22/1995) |
| 02/22/1995 | 84 | REPLY Memorandum by plaintiff Jesse F. Montez in support of class certification [73-1] (lam) (Entered: 02/24/1995) |
| 05/31/1995 | 85 | MAGISTRATE'S RECOMMENDATION that pla's mtn for class certification be denied or in the alternative, that the proposed class be certified on the condition that Mr. Montez join plas to represent the proposed subclasses w/in a reasonable period of time by Magistrate Judge O. E. Schlatter concerning motion for class certification [73-1] (cc: all counsel) ; entry date : 6/5/95 (lam) (Entered: 06/05/1995) |
| 06/13/1995 | 86 | MOTION by plaintiff Jesse F. Montez to hold decision re: class certification in abeyance pending addition of representative class members (former empl) (Entered: 06/14/1995) |
| 07/03/1995 | 87 | MINUTE ORDER : by Judge Jim R. Carrigan regarding [86-1] pla's motion to hold decision re: class certification in abeyance, dfts to respond by 7/14/95 (cc: all counsel) ; entry date : 7/6/95 (lam) (Entered: 07/06/1995) |

| | | |
|---|---|---|
| 07/07/1995 | 88 | RESPONSE by defendants to motion to hold decision re: class certification in abeyance [86-1] (lam) (Entered: 07/11/1995) |
| 07/17/1995 | 89 | MINUTE ORDER : by Judge Jim R. Carrigan granting pla's motion to hold decision re: class certification in abeyance [86-1] re motion for class certification [73-1] (cc: all counsel) ; entry date : 7/18/95 (lam) (Entered: 07/18/1995) |
| 09/15/1995 | 90 | MOTION by defendants for ruling on class certification (lam) (Entered: 09/18/1995) |
| 09/25/1995 | 91 | MOTION by plaintiff Jesse F. Montez to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout (lam) (Entered: 09/26/1995) |
| 10/13/1995 | 93 | MOTION by defendant to withdraw motion to adopt rec re mtn for class certification [90-1] (lam) (Entered: 10/26/1995) |
| 10/16/1995 | 92 | LETTER to csl from Clerk of Court advising case has been reassigned to Judge Nottingham (lam) (Entered: 10/16/1995) |
| 01/15/1996 | 94 | ORDER by Judge Edward W. Nottingham adopting [85-1] - alternative Magistrate's Recommendation; granting motion to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout [91-1]...by 1/22/96 pla to file amd cmp adding addtl plas and setting forth claims; granting motion to withdraw motion to adopt rec re mtn for class certification [90-1] [93-1]; withdrawing motion for ruling on class certification [90-1]; granting motion for class certification [73-1]...case will proceed as class action on terms specified in Mag Judge's recommendation and order (cc: all counsel) ; entry date : 1/17/96 (former empl) (Entered: 01/17/1996) |
| 01/15/1996 | 95 | ORDER and Notice of Settings by Judge Edward W. Nottingham ; Rule 16 conference set for 8:15 2/8/96; Discovery ddl set for 6/17/96; Dispo Motion ddl set 6/26/96; Prelim Pretrial Conf (Status conference) set for 8:00 4/24/96; Final Pretrial Conference set for 2:15 8/30/96 (cc: all counsel) (former empl) (Entered: 01/17/1996) |
| 01/25/1996 | 96 | MOTION by plaintiff Jesse F. Montez for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | | Tendered 2nd Amended Class Action Complaint submitted by plaintiff Jesse F. Montez (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | 99 | Second AMENDED COMPLAINT - Class Action [69-1] by plaintiff Jesse F. Montez; jury demand; adding plas David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, and dfts Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore (former empl) (Entered: 02/02/1996) |
| 01/29/1996 | 97 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla [96-1]; 2nd amd cmp filed 1/25/96 (cc: all counsel) ; entry date : |

| 07/07/1995 | 88 | RESPONSE by defendants to motion to hold decision re: class certification in abeyance [86-1] (lam) (Entered: 07/11/1995) |
| 07/17/1995 | 89 | MINUTE ORDER : by Judge Jim R. Carrigan granting pla's motion to hold decision re: class certification in abeyance [86-1] re motion for class certification [73-1] (cc: all counsel) ; entry date : 7/18/95 (lam) (Entered: 07/18/1995) |
| 09/15/1995 | 90 | MOTION by defendants for ruling on class certification (lam) (Entered: 09/18/1995) |
| 09/25/1995 | 91 | MOTION by plaintiff Jesse F. Montez to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout (lam) (Entered: 09/26/1995) |
| 10/13/1995 | 93 | MOTION by defendant to withdraw motion to adopt rec re mtn for class certification [90-1] (lam) (Entered: 10/26/1995) |
| 10/16/1995 | 92 | LETTER to csl from Clerk of Court advising case has been reassigned to Judge Nottingham (lam) (Entered: 10/16/1995) |
| 01/15/1996 | 94 | ORDER by Judge Edward W. Nottingham adopting [85-1] - alternative Magistrate's Recommendation; granting motion to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout [91-1]...by 1/22/96 pla to file amd cmp adding addtl plas and setting forth claims; granting motion to withdraw motion to adopt rec re mtn for class certification [90-1] [93-1]; withdrawing motion for ruling on class certification [90-1]; granting motion for class certification [73-1]...case will proceed as class action on terms specified in Mag Judge's recommendation and order (cc: all counsel) ; entry date : 1/17/96 (former empl) (Entered: 01/17/1996) |
| 01/15/1996 | 95 | ORDER and Notice of Settings by Judge Edward W. Nottingham ; Rule 16 conference set for 8:15 2/8/96; Discovery ddl set for 6/17/96; Dispo Motion ddl set 6/26/96; Prelim Pretrial Conf (Status conference) set for 8:00 4/24/96; Final Pretrial Conference set for 2:15 8/30/96 (cc: all counsel) (former empl) (Entered: 01/17/1996) |
| 01/25/1996 | 96 | MOTION by plaintiff Jesse F. Montez for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | | Tendered 2nd Amended Class Action Complaint submitted by plaintiff Jesse F. Montez (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | 99 | Second AMENDED COMPLAINT - Class Action [69-1] by plaintiff Jesse F. Montez; jury demand; adding plas David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, and dfts Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore (former empl) (Entered: 02/02/1996) |
| 01/29/1996 | 97 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla [96-1]; 2nd amd cmp filed 1/25/96 (cc: all counsel) ; entry date : |

| 07/07/1995 | 88 | RESPONSE by defendants to motion to hold decision re: class certification in abeyance [86-1] (lam) (Entered: 07/11/1995) |
| 07/17/1995 | 89 | MINUTE ORDER : by Judge Jim R. Carrigan granting pla's motion to hold decision re: class certification in abeyance [86-1] re motion for class certification [73-1] (cc: all counsel) ; entry date : 7/18/95 (lam) (Entered: 07/18/1995) |
| 09/15/1995 | 90 | MOTION by defendants for ruling on class certification (lam) (Entered: 09/18/1995) |
| 09/25/1995 | 91 | MOTION by plaintiff Jesse F. Montez to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout (lam) (Entered: 09/26/1995) |
| 10/13/1995 | 93 | MOTION by defendant to withdraw motion to adopt rec re mtn for class certification [90-1] (lam) (Entered: 10/26/1995) |
| 10/16/1995 | 92 | LETTER to csl from Clerk of Court advising case has been reassigned to Judge Nottingham (lam) (Entered: 10/16/1995) |
| 01/15/1996 | 94 | ORDER by Judge Edward W. Nottingham adopting [85-1] - alternative Magistrate's Recommendation; granting motion to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout [91-1]...by 1/22/96 pla to file amd cmp adding addtl plas and setting forth claims; granting motion to withdraw motion to adopt rec re mtn for class certification [90-1] [93-1]; withdrawing motion for ruling on class certification [90-1]; granting motion for class certification [73-1]...case will proceed as class action on terms specified in Mag Judge's recommendation and order (cc: all counsel) ; entry date : 1/17/96 (former empl) (Entered: 01/17/1996) |
| 01/15/1996 | 95 | ORDER and Notice of Settings by Judge Edward W. Nottingham ; Rule 16 conference set for 8:15 2/8/96; Discovery ddl set for 6/17/96; Dispo Motion ddl set 6/26/96; Prelim Pretrial Conf (Status conference) set for 8:00 4/24/96; Final Pretrial Conference set for 2:15 8/30/96 (cc: all counsel) (former empl) (Entered: 01/17/1996) |
| 01/25/1996 | 96 | MOTION by plaintiff Jesse F. Montez for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla (former empl) (Entered: 01/26/1996) |
| 01/25/1996 |  | Tendered 2nd Amended Class Action Complaint submitted by plaintiff Jesse F. Montez (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | 99 | Second AMENDED COMPLAINT - Class Action [69-1] by plaintiff Jesse F. Montez; jury demand; adding plas David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, and dfts Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore (former empl) (Entered: 02/02/1996) |
| 01/29/1996 | 97 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla [96-1]; 2nd amd cmp filed 1/25/96 (cc: all counsel) ; entry date : |

| 07/07/1995 | 88 | RESPONSE by defendants to motion to hold decision re: class certification in abeyance [86-1] (lam) (Entered: 07/11/1995) |
| 07/17/1995 | 89 | MINUTE ORDER : by Judge Jim R. Carrigan granting pla's motion to hold decision re: class certification in abeyance [86-1] re motion for class certification [73-1] (cc: all counsel) ; entry date : 7/18/95 (lam) (Entered: 07/18/1995) |
| 09/15/1995 | 90 | MOTION by defendants for ruling on class certification (lam) (Entered: 09/18/1995) |
| 09/25/1995 | 91 | MOTION by plaintiff Jesse F. Montez to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout (lam) (Entered: 09/26/1995) |
| 10/13/1995 | 93 | MOTION by defendant to withdraw motion to adopt rec re mtn for class certification [90-1] (lam) (Entered: 10/26/1995) |
| 10/16/1995 | 92 | LETTER to csl from Clerk of Court advising case has been reassigned to Judge Nottingham (lam) (Entered: 10/16/1995) |
| 01/15/1996 | 94 | ORDER by Judge Edward W. Nottingham adopting [85-1] - alternative Magistrate's Recommendation; granting motion to add addl named plas, David Bryan, George Karl, Eugene Gilpin, & John Armintrout [91-1]...by 1/22/96 pla to file amd cmp adding addtl plas and setting forth claims; granting motion to withdraw motion to adopt rec re mtn for class certification [90-1] [93-1]; withdrawing motion for ruling on class certification [90-1]; granting motion for class certification [73-1]...case will proceed as class action on terms specified in Mag Judge's recommendation and order (cc: all counsel) ; entry date : 1/17/96 (former empl) (Entered: 01/17/1996) |
| 01/15/1996 | 95 | ORDER and Notice of Settings by Judge Edward W. Nottingham ; Rule 16 conference set for 8:15 2/8/96; Discovery ddl set for 6/17/96; Dispo Motion ddl set 6/26/96; Prelim Pretrial Conf (Status conference) set for 8:00 4/24/96; Final Pretrial Conference set for 2:15 8/30/96 (cc: all counsel) (former empl) (Entered: 01/17/1996) |
| 01/25/1996 | 96 | MOTION by plaintiff Jesse F. Montez for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | | Tendered 2nd Amended Class Action Complaint submitted by plaintiff Jesse F. Montez (former empl) (Entered: 01/26/1996) |
| 01/25/1996 | 99 | Second AMENDED COMPLAINT - Class Action [69-1] by plaintiff Jesse F. Montez; jury demand; adding plas David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, and dfts Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore (former empl) (Entered: 02/02/1996) |
| 01/29/1996 | 97 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for 3-day extension of time to file 2nd amd cmp and to add one addtl named pla [96-1]; 2nd amd cmp filed 1/25/96 (cc: all counsel) ; entry date : |

| | | 1/31/96 (former empl) (Entered: 01/31/1996) |
|---|---|---|
| 01/30/1996 | 98 | MOTION by pla Jesse F. Montez to continue scheduling conf set 2/8/96 (former empl) (Entered: 01/31/1996) |
| 02/02/1996 | 100 | MOTION by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Ari Zavaras, Bob Furlong, DOC, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore to extend time to answer plas' cmp to 3/1/96 (former empl) (Entered: 02/05/1996) |
| 02/04/1996 | 101 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to continue scheduling conf set 2/8/96 [98-1] ; rule 16 conference reset for 8:00 2/13/96 in Room C-201 (cc: all counsel) ; entry date : 2/6/96 (former empl) (Entered: 02/06/1996) |
| 02/12/1996 | 102 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to extend time to answer plas' cmp to 3/1/96 [100-1] (cc: all counsel) ; entry date : 2/14/96 (former empl) (Entered: 02/14/1996) |
| 02/13/1996 | 103 | COURTROOM MINUTES (Discovery/Scheduling Conf) by Judge Edward W. Nottingham ; rule 16 conf held on 2/13/96 ; new stip scheduling and discvoery order by 2/20/96; entry date : 2/14/96 Court Reporter: Deborah Stafford (former empl) (Entered: 02/14/1996) |
| 02/22/1996 | 104 | COURTROOM MINUTES (Further Discovery/Scheduling Conf) by Judge Edward W. Nottingham...Amd Stip Scheudling and Discovery Order shall be submitted by 2/28/96; parties to obtain stlmt conf date from mag ; entry date : 2/26/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 02/26/1996) |
| 02/22/1996 | 105 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 4/3/96 at 1:30 entry date : 2/26/96 (former empl) (Entered: 02/26/1996) |
| 02/29/1996 | 106 | COURTROOM MINUTES, Continuing Sched Conf by Judge Edward W. Nottingham. New proposed sched order due 3/8/96 ; entry date : 3/1/96 Court Reporter: Jeannette Gallardo ECR (gms) (Entered: 03/01/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/07/1996 | 108 | Third Amended Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham (cc: all counsel) (former empl) (Entered: 03/08/1996) |
| 04/05/1996 | 109 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 10:30 5/2/96 (cc: all counsel) ; entry date : 4/8/96 (former empl) (Entered: 04/08/1996) |

| | | 1/31/96 (former empl) (Entered: 01/31/1996) |
|---|---|---|
| 01/30/1996 | 98 | MOTION by pla Jesse F. Montez to continue scheduling conf set 2/8/96 (former empl) (Entered: 01/31/1996) |
| 02/02/1996 | 100 | MOTION by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Ari Zavaras, Bob Furlong, DOC, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore to extend time to answer plas' cmp to 3/1/96 (former empl) (Entered: 02/05/1996) |
| 02/04/1996 | 101 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to continue scheduling conf set 2/8/96 [98-1] ; rule 16 conference reset for 8:00 2/13/96 in Room C-201 (cc: all counsel) ; entry date : 2/6/96 (former empl) (Entered: 02/06/1996) |
| 02/12/1996 | 102 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to extend time to answer plas' cmp to 3/1/96 [100-1] (cc: all counsel) ; entry date : 2/14/96 (former empl) (Entered: 02/14/1996) |
| 02/13/1996 | 103 | COURTROOM MINUTES (Discovery/Scheduling Conf) by Judge Edward W. Nottingham ; rule 16 conf held on 2/13/96 ; new stip scheduling and discvoery order by 2/20/96; entry date : 2/14/96 Court Reporter: Deborah Stafford (former empl) (Entered: 02/14/1996) |
| 02/22/1996 | 104 | COURTROOM MINUTES (Further Discovery/Scheduling Conf) by Judge Edward W. Nottingham...Amd Stip Scheudling and Discovery Order shall be submitted by 2/28/96; parties to obtain stlmt conf date from mag ; entry date : 2/26/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 02/26/1996) |
| 02/22/1996 | 105 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 4/3/96 at 1:30 entry date : 2/26/96 (former empl) (Entered: 02/26/1996) |
| 02/29/1996 | 106 | COURTROOM MINUTES, Continuing Sched Conf by Judge Edward W. Nottingham. New proposed sched order due 3/8/96 ; entry date : 3/1/96 Court Reporter: Jeannette Gallardo ECR (gms) (Entered: 03/01/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/07/1996 | 108 | Third Amended Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham (cc: all counsel) (former empl) (Entered: 03/08/1996) |
| 04/05/1996 | 109 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 10:30 5/2/96 (cc: all counsel) ; entry date : 4/8/96 (former empl) (Entered: 04/08/1996) |

| | | 1/31/96 (former empl) (Entered: 01/31/1996) |
|---|---|---|
| 01/30/1996 | 98 | MOTION by pla Jesse F. Montez to continue scheduling conf set 2/8/96 (former empl) (Entered: 01/31/1996) |
| 02/02/1996 | 100 | MOTION by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Ari Zavaras, Bob Furlong, DOC, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore to extend time to answer plas' cmp to 3/1/96 (former empl) (Entered: 02/05/1996) |
| 02/04/1996 | 101 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to continue scheduling conf set 2/8/96 [98-1] ; rule 16 conference reset for 8:00 2/13/96 in Room C-201 (cc: all counsel) ; entry date : 2/6/96 (former empl) (Entered: 02/06/1996) |
| 02/12/1996 | 102 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to extend time to answer plas' cmp to 3/1/96 [100-1] (cc: all counsel) ; entry date : 2/14/96 (former empl) (Entered: 02/14/1996) |
| 02/13/1996 | 103 | COURTROOM MINUTES (Discovery/Scheduling Conf) by Judge Edward W. Nottingham ; rule 16 conf held on 2/13/96 ; new stip scheduling and discvoery order by 2/20/96; entry date : 2/14/96 Court Reporter: Deborah Stafford (former empl) (Entered: 02/14/1996) |
| 02/22/1996 | 104 | COURTROOM MINUTES (Further Discovery/Scheduling Conf) by Judge Edward W. Nottingham...Amd Stip Scheudling and Discovery Order shall be submitted by 2/28/96; parties to obtain stlmt conf date from mag ; entry date : 2/26/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 02/26/1996) |
| 02/22/1996 | 105 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 4/3/96 at 1:30 entry date : 2/26/96 (former empl) (Entered: 02/26/1996) |
| 02/29/1996 | 106 | COURTROOM MINUTES, Continuing Sched Conf by Judge Edward W. Nottingham. New proposed sched order due 3/8/96 ; entry date : 3/1/96 Court Reporter: Jeannette Gallardo ECR (gms) (Entered: 03/01/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/07/1996 | 108 | Third Amended Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham (cc: all counsel) (former empl) (Entered: 03/08/1996) |
| 04/05/1996 | 109 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 10:30 5/2/96 (cc: all counsel) ; entry date : 4/8/96 (former empl) (Entered: 04/08/1996) |

| | | 1/31/96 (former empl) (Entered: 01/31/1996) |
|---|---|---|
| 01/30/1996 | 98 | MOTION by pla Jesse F. Montez to continue scheduling conf set 2/8/96 (former empl) (Entered: 01/31/1996) |
| 02/02/1996 | 100 | MOTION by dfts Roy Romer, Frank Gunter, Ben Johnson, Cheryl Smith, Ari Zavaras, Bob Furlong, DOC, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore to extend time to answer plas' cmp to 3/1/96 (former empl) (Entered: 02/05/1996) |
| 02/04/1996 | 101 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to continue scheduling conf set 2/8/96 [98-1] ; rule 16 conference reset for 8:00 2/13/96 in Room C-201 (cc: all counsel) ; entry date : 2/6/96 (former empl) (Entered: 02/06/1996) |
| 02/12/1996 | 102 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to extend time to answer plas' cmp to 3/1/96 [100-1] (cc: all counsel) ; entry date : 2/14/96 (former empl) (Entered: 02/14/1996) |
| 02/13/1996 | 103 | COURTROOM MINUTES (Discovery/Scheduling Conf) by Judge Edward W. Nottingham ; rule 16 conf held on 2/13/96 ; new stip scheduling and discvoery order by 2/20/96; entry date : 2/14/96 Court Reporter: Deborah Stafford (former empl) (Entered: 02/14/1996) |
| 02/22/1996 | 104 | COURTROOM MINUTES (Further Discovery/Scheduling Conf) by Judge Edward W. Nottingham...Amd Stip Scheudling and Discovery Order shall be submitted by 2/28/96; parties to obtain stlmt conf date from mag ; entry date : 2/26/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 02/26/1996) |
| 02/22/1996 | 105 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 4/3/96 at 1:30 entry date : 2/26/96 (former empl) (Entered: 02/26/1996) |
| 02/29/1996 | 106 | COURTROOM MINUTES, Continuing Sched Conf by Judge Edward W. Nottingham. New proposed sched order due 3/8/96 ; entry date : 3/1/96 Court Reporter: Jeannette Gallardo ECR (gms) (Entered: 03/01/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/01/1996 | 107 | ANSWER by defendants to 2nd amended class action complaint [99-1] (lam) (Entered: 03/04/1996) |
| 03/07/1996 | 108 | Third Amended Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham (cc: all counsel) (former empl) (Entered: 03/08/1996) |
| 04/05/1996 | 109 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 10:30 5/2/96 (cc: all counsel) ; entry date : 4/8/96 (former empl) (Entered: 04/08/1996) |

| 04/24/1996 | 110 | COURTROOM MINUTES (Preliminary Pretrial Conf) by Judge Edward W. Nottingham ; status conf held 4/24/96 ; disclosure expert testimony to be made by 5/15/96 ; entry date : 4/24/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 04/24/1996) |
|---|---|---|
| 04/24/1996 | 111 | Preliminary PRE-TRIAL ORDER by Judge Edward W. Nottingham ...no pending motions; est length of trial is 4-5 weeks (cc: all counsel) (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 112 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 5/2/96 vacated and reset for 3:00 6/24/96 (cc: all counsel) ; entry date : 4/25/96 (former empl) (Entered: 04/25/1996) |
| 04/26/1996 | 113 | Stipulated MOTION by plaintiffs, defendants for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams (former empl) (Entered: 04/30/1996) |
| 04/29/1996 | 114 | ORDER by Judge Edward W. Nottingham granting motion for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams [113-1] (cc: all counsel) ; entry date : 4/30/96 (former empl) (Entered: 04/30/1996) |
| 05/14/1996 | 115 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to compel re tour of Dept of Corrections facilities (former empl) (Entered: 05/15/1996) |
| 05/17/1996 | 116 | RESPONSE by defendants to motion to compel re tour of Dept of Corrections facilities [115-1] (former empl) (Entered: 05/20/1996) |
| 05/31/1996 | 117 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard, provide notice to class members and for immediate hrg (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 118 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to proceed in forma pauperis (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 119 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for leave to file conforming affidavits upon receipt re mtn for in forma pauperis (former empl) (Entered: 06/03/1996) |
| 06/11/1996 | 120 | AFFIDAVIT of Marcella E. Hunt and supporting documentation for pending class action suit (former empl) (Entered: 06/12/1996) |
| 06/13/1996 | 128 | COURTROOM MINUTES by Judge Edward W. Nottingham granting in part motion to compel re tour of Dept of Corrections facilities [115-1]; granting motion for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard; mtn to provide notice to class members denied; mtn for immediate hrg [117-1] granted; granting in part and denied in part motion to proceed in forma pauperis [118-1]; granting motion for leave to file conforming affidavits upon |

| 04/24/1996 | 110 | COURTROOM MINUTES (Preliminary Pretrial Conf) by Judge Edward W. Nottingham ; status conf held 4/24/96 ; disclosure expert testimony to be made by 5/15/96 ; entry date : 4/24/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 04/24/1996) |
| --- | --- | --- |
| 04/24/1996 | 111 | Preliminary PRE-TRIAL ORDER by Judge Edward W. Nottingham ...no pending motions; est length of trial is 4-5 weeks (cc: all counsel) (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 112 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 5/2/96 vacated and reset for 3:00 6/24/96 (cc: all counsel) ; entry date : 4/25/96 (former empl) (Entered: 04/25/1996) |
| 04/26/1996 | 113 | Stipulated MOTION by plaintiffs, defendants for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams (former empl) (Entered: 04/30/1996) |
| 04/29/1996 | 114 | ORDER by Judge Edward W. Nottingham granting motion for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams [113-1] (cc: all counsel) ; entry date : 4/30/96 (former empl) (Entered: 04/30/1996) |
| 05/14/1996 | 115 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to compel re tour of Dept of Corrections facilities (former empl) (Entered: 05/15/1996) |
| 05/17/1996 | 116 | RESPONSE by defendants to motion to compel re tour of Dept of Corrections facilities [115-1] (former empl) (Entered: 05/20/1996) |
| 05/31/1996 | 117 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard, provide notice to class members and for immediate hrg (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 118 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to proceed in forma pauperis (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 119 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for leave to file conforming affidavits upon receipt re mtn for in forma pauperis (former empl) (Entered: 06/03/1996) |
| 06/11/1996 | 120 | AFFIDAVIT of Marcella E. Hunt and supporting documentation for pending class action suit (former empl) (Entered: 06/12/1996) |
| 06/13/1996 | 128 | COURTROOM MINUTES by Judge Edward W. Nottingham granting in part motion to compel re tour of Dept of Corrections facilities [115-1]; granting motion for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard; mtn to provide notice to class members denied; mtn for immediate hrg [117-1] granted; granting in part and denied in part motion to proceed in forma pauperis [118-1]; granting motion for leave to file conforming affidavits upon |

| 04/24/1996 | 110 | COURTROOM MINUTES (Preliminary Pretrial Conf) by Judge Edward W. Nottingham ; status conf held 4/24/96 ; disclosure expert testimony to be made by 5/15/96 ; entry date : 4/24/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 111 | Preliminary PRE-TRIAL ORDER by Judge Edward W. Nottingham ...no pending motions; est length of trial is 4-5 weeks (cc: all counsel) (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 112 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 5/2/96 vacated and reset for 3:00 6/24/96 (cc: all counsel) ; entry date : 4/25/96 (former empl) (Entered: 04/25/1996) |
| 04/26/1996 | 113 | Stipulated MOTION by plaintiffs, defendants for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams (former empl) (Entered: 04/30/1996) |
| 04/29/1996 | 114 | ORDER by Judge Edward W. Nottingham granting motion for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams [113-1] (cc: all counsel) ; entry date : 4/30/96 (former empl) (Entered: 04/30/1996) |
| 05/14/1996 | 115 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to compel re tour of Dept of Corrections facilities (former empl) (Entered: 05/15/1996) |
| 05/17/1996 | 116 | RESPONSE by defendants to motion to compel re tour of Dept of Corrections facilities [115-1] (former empl) (Entered: 05/20/1996) |
| 05/31/1996 | 117 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard, provide notice to class members and for immediate hrg (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 118 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to proceed in forma pauperis (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 119 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for leave to file conforming affidavits upon receipt re mtn for in forma pauperis (former empl) (Entered: 06/03/1996) |
| 06/11/1996 | 120 | AFFIDAVIT of Marcella E. Hunt and supporting documentation for pending class action suit (former empl) (Entered: 06/12/1996) |
| 06/13/1996 | 128 | COURTROOM MINUTES by Judge Edward W. Nottingham granting in part motion to compel re tour of Dept of Corrections facilities [115-1]; granting motion for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard; mtn to provide notice to class members denied; mtn for immediate hrg [117-1] granted; granting in part and denied in part motion to proceed in forma pauperis [118-1]; granting motion for leave to file conforming affidavits upon |

| 04/24/1996 | 110 | COURTROOM MINUTES (Preliminary Pretrial Conf) by Judge Edward W. Nottingham ; status conf held 4/24/96 ; disclosure expert testimony to be made by 5/15/96 ; entry date : 4/24/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 04/24/1996) |
| --- | --- | --- |
| 04/24/1996 | 111 | Preliminary PRE-TRIAL ORDER by Judge Edward W. Nottingham ...no pending motions; est length of trial is 4-5 weeks (cc: all counsel) (former empl) (Entered: 04/24/1996) |
| 04/24/1996 | 112 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set 5/2/96 vacated and reset for 3:00 6/24/96 (cc: all counsel) ; entry date : 4/25/96 (former empl) (Entered: 04/25/1996) |
| 04/26/1996 | 113 | Stipulated MOTION by plaintiffs, defendants for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams (former empl) (Entered: 04/30/1996) |
| 04/29/1996 | 114 | ORDER by Judge Edward W. Nottingham granting motion for protective orders restricting disclosure of informaton included in blueprints, architectural drawings or schematic diagrams [113-1] (cc: all counsel) ; entry date : 4/30/96 (former empl) (Entered: 04/30/1996) |
| 05/14/1996 | 115 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to compel re tour of Dept of Corrections facilities (former empl) (Entered: 05/15/1996) |
| 05/17/1996 | 116 | RESPONSE by defendants to motion to compel re tour of Dept of Corrections facilities [115-1] (former empl) (Entered: 05/20/1996) |
| 05/31/1996 | 117 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard, provide notice to class members and for immediate hrg (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 118 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia to proceed in forma pauperis (former empl) (Entered: 06/03/1996) |
| 05/31/1996 | 119 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia for leave to file conforming affidavits upon receipt re mtn for in forma pauperis (former empl) (Entered: 06/03/1996) |
| 06/11/1996 | 120 | AFFIDAVIT of Marcella E. Hunt and supporting documentation for pending class action suit (former empl) (Entered: 06/12/1996) |
| 06/13/1996 | 128 | COURTROOM MINUTES by Judge Edward W. Nottingham granting in part motion to compel re tour of Dept of Corrections facilities [115-1]; granting motion for order to add named plas: Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens & Patricia Ballard; mtn to provide notice to class members denied; mtn for immediate hrg [117-1] granted; granting in part and denied in part motion to proceed in forma pauperis [118-1]; granting motion for leave to file conforming affidavits upon |

| | | receipt re mtn for in forma pauperis [119-1] adding plaintiff Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard ; entry date : 6/18/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 06/18/1996) |
|---|---|---|
| 06/14/1996 | 121 | Designations of Experts for plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 122 | AFFIDAVIT of pla Eugene Gilpin in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 123 | AFFIDAVIT of David Bryan in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 124 | AFFIDAVIT of George Karl in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 125 | AFFIDAVIT of Kenneth Garcia in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 126 | AFFIDAVIT of Jesse F. Montez in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 127 | AFFIDAVIT of John Armintrout in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/24/1996 | 129 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; further settlement conf set for 1:30 8/27/96 in Room C-162 (cc: all counsel) ; entry date : 6/25/96 (former empl) (Entered: 06/25/1996) |
| 07/19/1996 | 130 | Joint MOTION by plaintiffs for extension of discovery ddls (former empl) (Entered: 07/22/1996) |
| 07/31/1996 | 131 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for extension of discovery ddls [130-1] 8:00 8/29/96 in Room C-201 (cc: all counsel) ; entry date : 8/2/96 (former empl) (Entered: 08/02/1996) |
| 08/01/1996 | 132 | Joint STATUS REPORT by plaintiffs, defendants (former empl) (Entered: 08/05/1996) |
| 08/23/1996 | 133 | MINUTE ORDER : by Judge Edward W. Nottingham motion for extension of discovery ddls [130-1] hearing reset for 9:00 8/29/96 in Room C-201 ; pretrial conf set 8/30/96 vacated 8/23/96 (cc: all counsel) ; entry date : 8/26/96 (former empl) (Entered: 08/26/1996) |
| 08/23/1996 | 134 | Second MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard to compel tours by plas' experts & cnsl of DOC facilities and for attys fees (former empl) (Entered: 08/26/1996) |
| 08/29/1996 | 135 | COURTROOM MINUTES by Judge Edward W. Nottingham granting motion to compel tours by plas' experts & cnsl of DOC facilities and for |

| | | receipt re mtn for in forma pauperis [119-1] adding plaintiff Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard ; entry date : 6/18/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 06/18/1996) |
|---|---|---|
| 06/14/1996 | 121 | Designations of Experts for plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 122 | AFFIDAVIT of pla Eugene Gilpin in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 123 | AFFIDAVIT of David Bryan in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 124 | AFFIDAVIT of George Karl in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 125 | AFFIDAVIT of Kenneth Garcia in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 126 | AFFIDAVIT of Jesse F. Montez in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 127 | AFFIDAVIT of John Armintrout in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/24/1996 | 129 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; further settlement conf set for 1:30 8/27/96 in Room C-162 (cc: all counsel) ; entry date : 6/25/96 (former empl) (Entered: 06/25/1996) |
| 07/19/1996 | 130 | Joint MOTION by plaintiffs for extension of discovery ddls (former empl) (Entered: 07/22/1996) |
| 07/31/1996 | 131 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for extension of discovery ddls [130-1] 8:00 8/29/96 in Room C-201 (cc: all counsel) ; entry date : 8/2/96 (former empl) (Entered: 08/02/1996) |
| 08/01/1996 | 132 | Joint STATUS REPORT by plaintiffs, defendants (former empl) (Entered: 08/05/1996) |
| 08/23/1996 | 133 | MINUTE ORDER : by Judge Edward W. Nottingham motion for extension of discovery ddls [130-1] hearing reset for 9:00 8/29/96 in Room C-201 ; pretrial conf set 8/30/96 vacated 8/23/96 (cc: all counsel) ; entry date : 8/26/96 (former empl) (Entered: 08/26/1996) |
| 08/23/1996 | 134 | Second MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard to compel tours by plas' experts & cnsl of DOC facilities and for attys fees (former empl) (Entered: 08/26/1996) |
| 08/29/1996 | 135 | COURTROOM MINUTES by Judge Edward W. Nottingham granting motion to compel tours by plas' experts & cnsl of DOC facilities and for |

| | | |
|---|---|---|
| | | receipt re mtn for in forma pauperis [119-1] adding plaintiff Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard ; entry date : 6/18/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 06/18/1996) |
| 06/14/1996 | 121 | Designations of Experts for plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 122 | AFFIDAVIT of pla Eugene Gilpin in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 123 | AFFIDAVIT of David Bryan in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 124 | AFFIDAVIT of George Karl in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 125 | AFFIDAVIT of Kenneth Garcia in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 126 | AFFIDAVIT of Jesse F. Montez in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 127 | AFFIDAVIT of John Armintrout in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/24/1996 | 129 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; further settlement conf set for 1:30 8/27/96 in Room C-162 (cc: all counsel) ; entry date : 6/25/96 (former empl) (Entered: 06/25/1996) |
| 07/19/1996 | 130 | Joint MOTION by plaintiffs for extension of discovery ddls (former empl) (Entered: 07/22/1996) |
| 07/31/1996 | 131 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for extension of discovery ddls [130-1] 8:00 8/29/96 in Room C-201 (cc: all counsel) ; entry date : 8/2/96 (former empl) (Entered: 08/02/1996) |
| 08/01/1996 | 132 | Joint STATUS REPORT by plaintiffs, defendants (former empl) (Entered: 08/05/1996) |
| 08/23/1996 | 133 | MINUTE ORDER : by Judge Edward W. Nottingham motion for extension of discovery ddls [130-1] hearing reset for 9:00 8/29/96 in Room C-201 ; pretrial conf set 8/30/96 vacated 8/23/96 (cc: all counsel) ; entry date : 8/26/96 (former empl) (Entered: 08/26/1996) |
| 08/23/1996 | 134 | Second MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard to compel tours by plas' experts & cnsl of DOC facilities and for attys fees (former empl) (Entered: 08/26/1996) |
| 08/29/1996 | 135 | COURTROOM MINUTES by Judge Edward W. Nottingham granting motion to compel tours by plas' experts & cnsl of DOC facilities and for |

| | | receipt re mtn for in forma pauperis [119-1] adding plaintiff Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard ; entry date : 6/18/96 Court Reporter: Tracy Wheeldryer, ECR (former empl) (Entered: 06/18/1996) |
|---|---|---|
| 06/14/1996 | 121 | Designations of Experts for plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 122 | AFFIDAVIT of pla Eugene Gilpin in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 123 | AFFIDAVIT of David Bryan in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 124 | AFFIDAVIT of George Karl in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 125 | AFFIDAVIT of Kenneth Garcia in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 126 | AFFIDAVIT of Jesse F. Montez in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/14/1996 | 127 | AFFIDAVIT of John Armintrout in support of motion to proceed in forma pauperis [118-1] (former empl) (Entered: 06/17/1996) |
| 06/24/1996 | 129 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; further settlement conf set for 1:30 8/27/96 in Room C-162 (cc: all counsel) ; entry date : 6/25/96 (former empl) (Entered: 06/25/1996) |
| 07/19/1996 | 130 | Joint MOTION by plaintiffs for extension of discovery ddls (former empl) (Entered: 07/22/1996) |
| 07/31/1996 | 131 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for extension of discovery ddls [130-1] 8:00 8/29/96 in Room C-201 (cc: all counsel) ; entry date : 8/2/96 (former empl) (Entered: 08/02/1996) |
| 08/01/1996 | 132 | Joint STATUS REPORT by plaintiffs, defendants (former empl) (Entered: 08/05/1996) |
| 08/23/1996 | 133 | MINUTE ORDER : by Judge Edward W. Nottingham motion for extension of discovery ddls [130-1] hearing reset for 9:00 8/29/96 in Room C-201 ; pretrial conf set 8/30/96 vacated 8/23/96 (cc: all counsel) ; entry date : 8/26/96 (former empl) (Entered: 08/26/1996) |
| 08/23/1996 | 134 | Second MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard to compel tours by plas' experts & cnsl of DOC facilities and for attys fees (former empl) (Entered: 08/26/1996) |
| 08/29/1996 | 135 | COURTROOM MINUTES by Judge Edward W. Nottingham granting motion to compel tours by plas' experts & cnsl of DOC facilities and for |

| | | |
|---|---|---|
| | | attys fees [134-1]...mtn for atty fees is denied as withdrawn; granting motion for extension of discovery ddls [130-1]; parties to file Status Reports as to progress of discovery; dfts to file mtn to dismiss by 9/5/96; plas shall respond to mtn to dismiss by 9/27/96; dfts to reply by 10/7/96; entry date : 9/4/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 09/04/1996) |
| 09/05/1996 | 136 | Partial MOTION by defendants to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham , and/or for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/06/1996) |
| 09/05/1996 | 137 | BRIEF by dfts Roy Romer, DOC, et al in support of motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] (former empl) (Entered: 09/06/1996) |
| 09/09/1996 | 138 | MINUTE ORDER : by Judge Edward W. Nottingham striking motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; striking motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] for failure to comply w/court's procedures (cc: all counsel) ; entry date : 9/10/96 (former empl) (Entered: 09/10/1996) |
| 09/11/1996 | 139 | MOTION by defendants for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" (former empl) (Entered: 09/12/1996) |
| 09/12/1996 | 140 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" [139-1]; dfts to file mtn to dismiss/sum jgm by 9/16/96; plas have to 10/8/96 to respond; dft's may reply (cc: all counsel) ; entry date : 9/16/96 (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 141 | Partial MOTION by state defendants to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 142 | BRIEF by State dfts Roy Romer, DOC, et al in support of partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 09/16/1996) |
| 09/16/1996 | 143 | Certified Copy of TRANSCRIPT of proceedings of Motion for Ext of Discovery Ddls before Judge Nottingham on 9/29/96 at 9:22 am; Vol I; (1-16 pages) Prepared By: Federal Reporting Service (former empl) (Entered: 09/17/1996) |
| 10/08/1996 | 144 | RESPONSE by plaintiffs to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before |

| | | |
|---|---|---|
| | | attys fees [134-1]...mtn for atty fees is denied as withdrawn; granting motion for extension of discovery ddls [130-1]; parties to file Status Reports as to progress of discovery; dfts to file mtn to dismiss by 9/5/96; plas shall respond to mtn to dismiss by 9/27/96; dfts to reply by 10/7/96; entry date : 9/4/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 09/04/1996) |
| 09/05/1996 | 136 | Partial MOTION by defendants to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham , and/or for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/06/1996) |
| 09/05/1996 | 137 | BRIEF by dfts Roy Romer, DOC, et al in support of motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] (former empl) (Entered: 09/06/1996) |
| 09/09/1996 | 138 | MINUTE ORDER : by Judge Edward W. Nottingham striking motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; striking motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] for failure to comply w/court's procedures (cc: all counsel) ; entry date : 9/10/96 (former empl) (Entered: 09/10/1996) |
| 09/11/1996 | 139 | MOTION by defendants for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" (former empl) (Entered: 09/12/1996) |
| 09/12/1996 | 140 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" [139-1]; dfts to file mtn to dismiss/sum jgm by 9/16/96; plas have to 10/8/96 to respond; dft's may reply (cc: all counsel) ; entry date : 9/16/96 (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 141 | Partial MOTION by state defendants to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 142 | BRIEF by State dfts Roy Romer, DOC, et al in support of partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 09/16/1996) |
| 09/16/1996 | 143 | Certified Copy of TRANSCRIPT of proceedings of Motion for Ext of Discovery Ddls before Judge Nottingham on 9/29/96 at 9:22 am; Vol I; (1-16 pages) Prepared By: Federal Reporting Service (former empl) (Entered: 09/17/1996) |
| 10/08/1996 | 144 | RESPONSE by plaintiffs to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before |

| | | |
|---|---|---|
| | | attys fees [134-1]...mtn for atty fees is denied as withdrawn; granting motion for extension of discovery ddls [130-1]; parties to file Status Reports as to progress of discovery; dfts to file mtn to dismiss by 9/5/96; plas shall respond to mtn to dismiss by 9/27/96; dfts to reply by 10/7/96; entry date : 9/4/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 09/04/1996) |
| 09/05/1996 | 136 | Partial MOTION by defendants to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham , and/or for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/06/1996) |
| 09/05/1996 | 137 | BRIEF by dfts Roy Romer, DOC, et al in support of motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] (former empl) (Entered: 09/06/1996) |
| 09/09/1996 | 138 | MINUTE ORDER : by Judge Edward W. Nottingham striking motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; striking motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] for failure to comply w/court's procedures (cc: all counsel) ; entry date : 9/10/96 (former empl) (Entered: 09/10/1996) |
| 09/11/1996 | 139 | MOTION by defendants for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" (former empl) (Entered: 09/12/1996) |
| 09/12/1996 | 140 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" [139-1]; dfts to file mtn to dismiss/sum jgm by 9/16/96; plas have to 10/8/96 to respond; dft's may reply (cc: all counsel) ; entry date : 9/16/96 (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 141 | Partial MOTION by state defendants to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 142 | BRIEF by State dfts Roy Romer, DOC, et al in support of partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 09/16/1996) |
| 09/16/1996 | 143 | Certified Copy of TRANSCRIPT of proceedings of Motion for Ext of Discovery Ddls before Judge Nottingham on 9/29/96 at 9:22 am; Vol I; (1-16 pages) Prepared By: Federal Reporting Service (former empl) (Entered: 09/17/1996) |
| 10/08/1996 | 144 | RESPONSE by plaintiffs to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before |

| | | |
|---|---|---|
| | | attys fees [134-1]...mtn for atty fees is denied as withdrawn; granting motion for extension of discovery ddls [130-1]; parties to file Status Reports as to progress of discovery; dfts to file mtn to dismiss by 9/5/96; plas shall respond to mtn to dismiss by 9/27/96; dfts to reply by 10/7/96; entry date : 9/4/96 Court Reporter: Jeannette Gallardo, ECR (former empl) (Entered: 09/04/1996) |
| 09/05/1996 | 136 | Partial MOTION by defendants to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham , and/or for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/06/1996) |
| 09/05/1996 | 137 | BRIEF by dfts Roy Romer, DOC, et al in support of motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] (former empl) (Entered: 09/06/1996) |
| 09/09/1996 | 138 | MINUTE ORDER : by Judge Edward W. Nottingham striking motion to dismiss claims based upon 504 of Rehab Act, 28:794 or Title II of ACA before Judge Edward W. Nottingham [136-1]; striking motion for summary judgment re claims based upon 504 Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [136-2] for failure to comply w/court's procedures (cc: all counsel) ; entry date : 9/10/96 (former empl) (Entered: 09/10/1996) |
| 09/11/1996 | 139 | MOTION by defendants for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" (former empl) (Entered: 09/12/1996) |
| 09/12/1996 | 140 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for order to refile dispositive motions "State dfts' Partial Motion to Dismiss and/or Summary Judgment" [139-1]; dfts to file mtn to dismiss/sum jgm by 9/16/96; plas have to 10/8/96 to respond; dft's may reply (cc: all counsel) ; entry date : 9/16/96 (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 141 | Partial MOTION by state defendants to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham (former empl) (Entered: 09/16/1996) |
| 09/13/1996 | 142 | BRIEF by State dfts Roy Romer, DOC, et al in support of partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 09/16/1996) |
| 09/16/1996 | 143 | Certified Copy of TRANSCRIPT of proceedings of Motion for Ext of Discovery Ddls before Judge Nottingham on 9/29/96 at 9:22 am; Vol I; (1-16 pages) Prepared By: Federal Reporting Service (former empl) (Entered: 09/17/1996) |
| 10/08/1996 | 144 | RESPONSE by plaintiffs to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before |

| | | Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
|---|---|---|
| 10/08/1996 | 145 | Attachments (EXHIBITS) to plas' response to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/22/1996 | 146 | REPLY Brief by dfts Roy Romer, DOC, et al in support of state dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/23/1996) |
| 01/23/1997 | 147 | MOTION by pla Jesse F. Montez to consolidate case 92-N-870 with 96-B-343 (former empl) (Entered: 01/27/1997) |
| 01/24/1997 | 148 | EXHIBITS by plas to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 01/27/1997) |
| 01/27/1997 | 149 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [147-1] motion to consolidate case 92-N-870 with 96-B-343 ...dfts in each case shall respond to mtn by 2/7/97 (cc: all counsel) ; entry date : 1/28/97 (former empl) (Entered: 01/28/1997) |
| 02/07/1997 | 150 | RESPONSE by defendants to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/10/1997) |
| 02/14/1997 | 151 | MAGISTRATE'S RECOMMENDATION that EWN grant mtn to consolidate; that LTB grant mtn for stay of proceedings pending ruling on mtn to consolidate by Magistrate Judge O. E. Schlatter concerning motion to consolidate case 92-N-870 with 96-B-343 [147-1] (cc: all counsel) ; entry date : 2/18/97 (former empl) (Entered: 02/18/1997) |
| 02/25/1997 | 152 | MOTION by plaintiff Jesse F. Montez for leave to reply to response to mtn to consolidate (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 153 | REPLY by plaintiff Jesse F. Montez to response to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 154 | ORDER by Judge Edward W. Nottingham adopting [151-1] - Magistrate's Recommendation; granting motion to consolidate case 92-N-870 with 96-B-343 [147-1] 1:92-cv-870 with member cases 1:96-cv-343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | | ORDER by Judge Edward W. Nottingham adopting [62-1] - Magistrate's Recommendation in 1:96-cv-00343; granting motion to consolidate case 92-N-870 w/member case 96-B-343 [57-1] in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 155 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for leave to reply to response to mtn to consolidate [152-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/28/97 (former empl) (Entered: 02/28/1997) |
| | | |

| | | Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
|---|---|---|
| 10/08/1996 | 145 | Attachments (EXHIBITS) to plas' response to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/22/1996 | 146 | REPLY Brief by dfts Roy Romer, DOC, et al in support of state dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/23/1996) |
| 01/23/1997 | 147 | MOTION by pla Jesse F. Montez to consolidate case 92-N-870 with 96-B-343 (former empl) (Entered: 01/27/1997) |
| 01/24/1997 | 148 | EXHIBITS by plas to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 01/27/1997) |
| 01/27/1997 | 149 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [147-1] motion to consolidate case 92-N-870 with 96-B-343 ...dfts in each case shall respond to mtn by 2/7/97 (cc: all counsel) ; entry date : 1/28/97 (former empl) (Entered: 01/28/1997) |
| 02/07/1997 | 150 | RESPONSE by defendants to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/10/1997) |
| 02/14/1997 | 151 | MAGISTRATE'S RECOMMENDATION that EWN grant mtn to consolidate; that LTB grant mtn for stay of proceedings pending ruling on mtn to consolidate by Magistrate Judge O. E. Schlatter concerning motion to consolidate case 92-N-870 with 96-B-343 [147-1] (cc: all counsel) ; entry date : 2/18/97 (former empl) (Entered: 02/18/1997) |
| 02/25/1997 | 152 | MOTION by plaintiff Jesse F. Montez for leave to reply to response to mtn to consolidate (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 153 | REPLY by plaintiff Jesse F. Montez to response to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 154 | ORDER by Judge Edward W. Nottingham adopting [151-1] - Magistrate's Recommendation; granting motion to consolidate case 92-N-870 with 96-B-343 [147-1] 1:92-cv-870 with member cases 1:96-cv-343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | | ORDER by Judge Edward W. Nottingham adopting [62-1] - Magistrate's Recommendation in 1:96-cv-00343; granting motion to consolidate case 92-N-870 w/member case 96-B-343 [57-1] in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 155 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for leave to reply to response to mtn to consolidate [152-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/28/97 (former empl) (Entered: 02/28/1997) |
| | | |

| | | Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
|---|---|---|
| 10/08/1996 | 145 | Attachments (EXHIBITS) to plas' response to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/22/1996 | 146 | REPLY Brief by dfts Roy Romer, DOC, et al in support of state dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/23/1996) |
| 01/23/1997 | 147 | MOTION by pla Jesse F. Montez to consolidate case 92-N-870 with 96-B-343 (former empl) (Entered: 01/27/1997) |
| 01/24/1997 | 148 | EXHIBITS by plas to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 01/27/1997) |
| 01/27/1997 | 149 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [147-1] motion to consolidate case 92-N-870 with 96-B-343 ...dfts in each case shall respond to mtn by 2/7/97 (cc: all counsel) ; entry date : 1/28/97 (former empl) (Entered: 01/28/1997) |
| 02/07/1997 | 150 | RESPONSE by defendants to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/10/1997) |
| 02/14/1997 | 151 | MAGISTRATE'S RECOMMENDATION that EWN grant mtn to consolidate; that LTB grant mtn for stay of proceedings pending ruling on mtn to consolidate by Magistrate Judge O. E. Schlatter concerning motion to consolidate case 92-N-870 with 96-B-343 [147-1] (cc: all counsel) ; entry date : 2/18/97 (former empl) (Entered: 02/18/1997) |
| 02/25/1997 | 152 | MOTION by plaintiff Jesse F. Montez for leave to reply to response to mtn to consolidate (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 153 | REPLY by plaintiff Jesse F. Montez to response to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 154 | ORDER by Judge Edward W. Nottingham adopting [151-1] - Magistrate's Recommendation; granting motion to consolidate case 92-N-870 with 96-B-343 [147-1] 1:92-cv-870 with member cases 1:96-cv-343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | | ORDER by Judge Edward W. Nottingham adopting [62-1] - Magistrate's Recommendation in 1:96-cv-00343; granting motion to consolidate case 92-N-870 w/member case 96-B-343 [57-1] in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 155 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for leave to reply to response to mtn to consolidate [152-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/28/97 (former empl) (Entered: 02/28/1997) |
| | | |

| | | Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
|---|---|---|
| 10/08/1996 | 145 | Attachments (EXHIBITS) to plas' response to State dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/09/1996) |
| 10/22/1996 | 146 | REPLY Brief by dfts Roy Romer, DOC, et al in support of state dfts' partial motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] (former empl) (Entered: 10/23/1996) |
| 01/23/1997 | 147 | MOTION by pla Jesse F. Montez to consolidate case 92-N-870 with 96-B-343 (former empl) (Entered: 01/27/1997) |
| 01/24/1997 | 148 | EXHIBITS by plas to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 01/27/1997) |
| 01/27/1997 | 149 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [147-1] motion to consolidate case 92-N-870 with 96-B-343 ...dfts in each case shall respond to mtn by 2/7/97 (cc: all counsel) ; entry date : 1/28/97 (former empl) (Entered: 01/28/1997) |
| 02/07/1997 | 150 | RESPONSE by defendants to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/10/1997) |
| 02/14/1997 | 151 | MAGISTRATE'S RECOMMENDATION that EWN grant mtn to consolidate; that LTB grant mtn for stay of proceedings pending ruling on mtn to consolidate by Magistrate Judge O. E. Schlatter concerning motion to consolidate case 92-N-870 with 96-B-343 [147-1] (cc: all counsel) ; entry date : 2/18/97 (former empl) (Entered: 02/18/1997) |
| 02/25/1997 | 152 | MOTION by plaintiff Jesse F. Montez for leave to reply to response to mtn to consolidate (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 153 | REPLY by plaintiff Jesse F. Montez to response to motion to consolidate case 92-N-870 with 96-B-343 [147-1] (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 154 | ORDER by Judge Edward W. Nottingham adopting [151-1] - Magistrate's Recommendation; granting motion to consolidate case 92-N-870 with 96-B-343 [147-1] 1:92-cv-870 with member cases 1:96-cv-343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | | ORDER by Judge Edward W. Nottingham adopting [62-1] - Magistrate's Recommendation in 1:96-cv-00343; granting motion to consolidate case 92-N-870 w/member case 96-B-343 [57-1] in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/27/97 (former empl) (Entered: 02/27/1997) |
| 02/25/1997 | 155 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for leave to reply to response to mtn to consolidate [152-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/28/97 (former empl) (Entered: 02/28/1997) |
| | | |

| 04/08/1997 | 156 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard in 92-N-870 and Jimmy R. Bulgier in 1:96-cv-00343 for leave to suppl response to dfts' mtn to dismiss (former empl) Modified on 04/22/1997 (Entered: 04/09/1997) |
| --- | --- | --- |
| 04/09/1997 | 157 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to suppl response to dfts' mtn to dismiss [156-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/97 (former empl) (Entered: 04/10/1997) |
| 07/24/1997 | 158 | Notice of SUPPLEMENTAL Authority directly on point by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 07/24/1997) |
| 08/07/1997 | 159 | Second Notice of SUPPLEMENTAL Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/08/1997) |
| 08/26/1997 | 160 | NOTICE by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 of change of address and change of financial status (former empl) (Entered: 08/26/1997) |
| 10/23/1997 | 161 | Third NOTICE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 of supplemental authority (former empl) (Entered: 10/24/1997) |
| 10/23/1997 | 161 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for ruling on mtn to dismiss (former empl) (Entered: 10/24/1997) |
| 11/12/1997 | 162 | Fourth NOTICE of Supplemental Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/13/1997) |
| 11/12/1997 | 162 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for forthwith ruling on mtn to dismiss (former empl) (Entered: 11/13/1997) |
| 01/29/1998 | 163 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay issuance of ruling on partial mtn to dismiss (former empl) (Entered: 01/30/1998) |
| 02/04/1998 | 164 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to stay issuance of ruling on partial mtn to dismiss [163-1] in 1:92-cv-00870, 1:96-cv-00343 , CASE STAYED (cc: all counsel) ; entry date : 2/5/98 (former empl) (Entered: 02/05/1998) |
| 06/16/1998 | 165 | Notice of US Suprement Court Authority and MOTION by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to expedite ruling on mtn to dismiss (former empl) (Entered: 06/17/1998) |
| 07/31/1998 | 166 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion for order incorporating previous afdts, exhs, etc. in response to mtn/dism and/or sumjgm [46-1] regarding [44-1] motion response in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/4/98 (lam) (Entered: 08/04/1998) |
| 09/25/1998 | 167 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to expedite ruling on mtn to dismiss [165-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [141-1] motion to dismiss all claims based on section |

| 04/08/1997 | 156 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard in 92-N-870 and Jimmy R. Bulgier in 1:96-cv-00343 for leave to suppl response to dfts' mtn to dismiss (former empl) Modified on 04/22/1997 (Entered: 04/09/1997) |
|---|---|---|
| 04/09/1997 | 157 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to suppl response to dfts' mtn to dismiss [156-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/97 (former empl) (Entered: 04/10/1997) |
| 07/24/1997 | 158 | Notice of SUPPLEMENTAL Authority directly on point by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 07/24/1997) |
| 08/07/1997 | 159 | Second Notice of SUPPLEMENTAL Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/08/1997) |
| 08/26/1997 | 160 | NOTICE by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 of change of address and change of financial status (former empl) (Entered: 08/26/1997) |
| 10/23/1997 | 161 | Third NOTICE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 of supplemental authority (former empl) (Entered: 10/24/1997) |
| 10/23/1997 | 161 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for ruling on mtn to dismiss (former empl) (Entered: 10/24/1997) |
| 11/12/1997 | 162 | Fourth NOTICE of Supplemental Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/13/1997) |
| 11/12/1997 | 162 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for forthwith ruling on mtn to dismiss (former empl) (Entered: 11/13/1997) |
| 01/29/1998 | 163 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay issuance of ruling on partial mtn to dismiss (former empl) (Entered: 01/30/1998) |
| 02/04/1998 | 164 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to stay issuance of ruling on partial mtn to dismiss [163-1] in 1:92-cv-00870, 1:96-cv-00343 , CASE STAYED (cc: all counsel) ; entry date : 2/5/98 (former empl) (Entered: 02/05/1998) |
| 06/16/1998 | 165 | Notice of US Suprement Court Authority and MOTION by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to expedite ruling on mtn to dismiss (former empl) (Entered: 06/17/1998) |
| 07/31/1998 | 166 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion for order incorporating previous afdts, exhs, etc. in response to mtn/dism and/or sumjgm [46-1] regarding [44-1] motion response in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/4/98 (lam) (Entered: 08/04/1998) |
| 09/25/1998 | 167 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to expedite ruling on mtn to dismiss [165-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [141-1] motion to dismiss all claims based on section |

| 04/08/1997 | 156 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard in 92-N-870 and Jimmy R. Bulgier in 1:96-cv-00343 for leave to suppl response to dfts' mtn to dismiss (former empl) Modified on 04/22/1997 (Entered: 04/09/1997) |
| --- | --- | --- |
| 04/09/1997 | 157 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to suppl response to dfts' mtn to dismiss [156-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/97 (former empl) (Entered: 04/10/1997) |
| 07/24/1997 | 158 | Notice of SUPPLEMENTAL Authority directly on point by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 07/24/1997) |
| 08/07/1997 | 159 | Second Notice of SUPPLEMENTAL Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/08/1997) |
| 08/26/1997 | 160 | NOTICE by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 of change of address and change of financial status (former empl) (Entered: 08/26/1997) |
| 10/23/1997 | 161 | Third NOTICE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 of supplemental authority (former empl) (Entered: 10/24/1997) |
| 10/23/1997 | 161 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for ruling on mtn to dismiss (former empl) (Entered: 10/24/1997) |
| 11/12/1997 | 162 | Fourth NOTICE of Supplemental Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/13/1997) |
| 11/12/1997 | 162 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for forthwith ruling on mtn to dismiss (former empl) (Entered: 11/13/1997) |
| 01/29/1998 | 163 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay issuance of ruling on partial mtn to dismiss (former empl) (Entered: 01/30/1998) |
| 02/04/1998 | 164 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to stay issuance of ruling on partial mtn to dismiss [163-1] in 1:92-cv-00870, 1:96-cv-00343 , CASE STAYED (cc: all counsel) ; entry date : 2/5/98 (former empl) (Entered: 02/05/1998) |
| 06/16/1998 | 165 | Notice of US Suprement Court Authority and MOTION by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to expedite ruling on mtn to dismiss (former empl) (Entered: 06/17/1998) |
| 07/31/1998 | 166 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion for order incorporating previous afdts, exhs, etc. in response to mtn/dism and/or sumjgm [46-1] regarding [44-1] motion response in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/4/98 (lam) (Entered: 08/04/1998) |
| 09/25/1998 | 167 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to expedite ruling on mtn to dismiss [165-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [141-1] motion to dismiss all claims based on section |

| 04/08/1997 | 156 | MOTION by plas Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard in 92-N-870 and Jimmy R. Bulgier in 1:96-cv-00343 for leave to suppl response to dfts' mtn to dismiss (former empl) Modified on 04/22/1997 (Entered: 04/09/1997) |
| --- | --- | --- |
| 04/09/1997 | 157 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to suppl response to dfts' mtn to dismiss [156-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/97 (former empl) (Entered: 04/10/1997) |
| 07/24/1997 | 158 | Notice of SUPPLEMENTAL Authority directly on point by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 07/24/1997) |
| 08/07/1997 | 159 | Second Notice of SUPPLEMENTAL Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/08/1997) |
| 08/26/1997 | 160 | NOTICE by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 of change of address and change of financial status (former empl) (Entered: 08/26/1997) |
| 10/23/1997 | 161 | Third NOTICE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 of supplemental authority (former empl) (Entered: 10/24/1997) |
| 10/23/1997 | 161 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for ruling on mtn to dismiss (former empl) (Entered: 10/24/1997) |
| 11/12/1997 | 162 | Fourth NOTICE of Supplemental Authority by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/13/1997) |
| 11/12/1997 | 162 | Request (MOTION) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for forthwith ruling on mtn to dismiss (former empl) (Entered: 11/13/1997) |
| 01/29/1998 | 163 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay issuance of ruling on partial mtn to dismiss (former empl) (Entered: 01/30/1998) |
| 02/04/1998 | 164 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to stay issuance of ruling on partial mtn to dismiss [163-1] in 1:92-cv-00870, 1:96-cv-00343 , CASE STAYED (cc: all counsel) ; entry date : 2/5/98 (former empl) (Entered: 02/05/1998) |
| 06/16/1998 | 165 | Notice of US Suprement Court Authority and MOTION by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to expedite ruling on mtn to dismiss (former empl) (Entered: 06/17/1998) |
| 07/31/1998 | 166 | MINUTE ORDER : by Magistrate Judge Richard M. Borchers granting pla's motion for order incorporating previous afdts, exhs, etc. in response to mtn/dism and/or sumjgm [46-1] regarding [44-1] motion response in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/4/98 (lam) (Entered: 08/04/1998) |
| 09/25/1998 | 167 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion to expedite ruling on mtn to dismiss [165-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [141-1] motion to dismiss all claims based on section |

| | | |
|---|---|---|
| | | 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham in 1:92-cv-00870 (cc: all counsel) ; entry date : 9/25/98 (former empl) Modified on 12/28/2001 (Entered: 09/25/1998) |
| 01/21/1999 | 168 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting and denied in part motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] in 1:92-cv-00870 ; status conf set for 8:45 2/3/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/99 (former empl) (Entered: 01/22/1999) |
| 02/03/1999 | 169 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conference set for 8:15 2/24/99 in 1:92-cv-00870, in 1:96-cv-00343 ; status conf held 2/3/99 ; entry date : 2/5/99 Court Reporter: Lindblom (former empl) (Entered: 02/05/1999) |
| 02/24/1999 | 170 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conf held on 2/24/99 ; entry date : 2/24/99 Court Reporter: ECR (former empl) (Entered: 02/24/1999) |
| 02/24/1999 | 171 | Fourth Amd Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham ; Discovery cutoff 9/1/99 in 1:92-cv-00870, in 1:96-cv-00343 ;dispositive motions due 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 02/25/1999) |
| 02/24/1999 | 172 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [164-2] stay motion CASE STAYED in 1:92-cv-00870 stay lifted in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/25/99 (former empl) (Entered: 02/25/1999) |
| 03/25/1999 | 173 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:00 5/4/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/26/99 (former empl) (Entered: 03/26/1999) |
| 05/05/1999 | 174 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 5/24/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/6/99 (former empl) (Entered: 05/06/1999) |
| 05/13/1999 | 175 | REQUEST by Michael Milligan in 1:92-cv-00870 for Documents and Copies (former empl) (Entered: 05/14/1999) |
| 05/24/1999 | 176 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 6/10/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/99 (former empl) (Entered: 05/25/1999) |
| 06/10/1999 | 177 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; settlement conf held 6/10/99 (former empl) (Entered: 06/11/1999) |
| 06/10/1999 | 178 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 7/7/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/11/99 (former empl) (Entered: 06/11/1999) |
| 06/17/1999 | 179 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 7/13/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; |

|  |  | 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham in 1:92-cv-00870 (cc: all counsel) ; entry date : 9/25/98 (former empl) Modified on 12/28/2001 (Entered: 09/25/1998) |
|---|---|---|
| 01/21/1999 | 168 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting and denied in part motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] in 1:92-cv-00870 ; status conf set for 8:45 2/3/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/99 (former empl) (Entered: 01/22/1999) |
| 02/03/1999 | 169 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conference set for 8:15 2/24/99 in 1:92-cv-00870, in 1:96-cv-00343 ; status conf held 2/3/99 ; entry date : 2/5/99 Court Reporter: Lindblom (former empl) (Entered: 02/05/1999) |
| 02/24/1999 | 170 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conf held on 2/24/99 ; entry date : 2/24/99 Court Reporter: ECR (former empl) (Entered: 02/24/1999) |
| 02/24/1999 | 171 | Fourth Amd Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham ; Discovery cutoff 9/1/99 in 1:92-cv-00870, in 1:96-cv-00343 ;dispositive motions due 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 02/25/1999) |
| 02/24/1999 | 172 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [164-2] stay motion CASE STAYED in 1:92-cv-00870 stay lifted in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/25/99 (former empl) (Entered: 02/25/1999) |
| 03/25/1999 | 173 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:00 5/4/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/26/99 (former empl) (Entered: 03/26/1999) |
| 05/05/1999 | 174 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 5/24/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/6/99 (former empl) (Entered: 05/06/1999) |
| 05/13/1999 | 175 | REQUEST by Michael Milligan in 1:92-cv-00870 for Documents and Copies (former empl) (Entered: 05/14/1999) |
| 05/24/1999 | 176 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 6/10/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/99 (former empl) (Entered: 05/25/1999) |
| 06/10/1999 | 177 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; settlement conf held 6/10/99 (former empl) (Entered: 06/11/1999) |
| 06/10/1999 | 178 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 7/7/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/11/99 (former empl) (Entered: 06/11/1999) |
| 06/17/1999 | 179 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 7/13/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; |

| | | |
|---|---|---|
| | | 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham in 1:92-cv-00870 (cc: all counsel) ; entry date : 9/25/98 (former empl) Modified on 12/28/2001 (Entered: 09/25/1998) |
| 01/21/1999 | 168 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting and denied in part motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] in 1:92-cv-00870 ; status conf set for 8:45 2/3/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/99 (former empl) (Entered: 01/22/1999) |
| 02/03/1999 | 169 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conference set for 8:15 2/24/99 in 1:92-cv-00870, in 1:96-cv-00343 ; status conf held 2/3/99 ; entry date : 2/5/99 Court Reporter: Lindblom (former empl) (Entered: 02/05/1999) |
| 02/24/1999 | 170 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conf held on 2/24/99 ; entry date : 2/24/99 Court Reporter: ECR (former empl) (Entered: 02/24/1999) |
| 02/24/1999 | 171 | Fourth Amd Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham ; Discovery cutoff 9/1/99 in 1:92-cv-00870, in 1:96-cv-00343 ;dispositive motions due 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 02/25/1999) |
| 02/24/1999 | 172 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [164-2] stay motion CASE STAYED in 1:92-cv-00870 stay lifted in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/25/99 (former empl) (Entered: 02/25/1999) |
| 03/25/1999 | 173 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:00 5/4/99 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/26/99 (former empl) (Entered: 03/26/1999) |
| 05/05/1999 | 174 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 5/24/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/6/99 (former empl) (Entered: 05/06/1999) |
| 05/13/1999 | 175 | REQUEST by Michael Milligan in 1:92-cv-00870 for Documents and Copies (former empl) (Entered: 05/14/1999) |
| 05/24/1999 | 176 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 6/10/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/99 (former empl) (Entered: 05/25/1999) |
| 06/10/1999 | 177 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; settlement conf held 6/10/99 (former empl) (Entered: 06/11/1999) |
| 06/10/1999 | 178 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 7/7/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/11/99 (former empl) (Entered: 06/11/1999) |
| 06/17/1999 | 179 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 7/13/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; |

| | | 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham in 1:92-cv-00870 (cc: all counsel) ; entry date : 9/25/98 (former empl) Modified on 12/28/2001 (Entered: 09/25/1998) |
|---|---|---|
| 01/21/1999 | 168 | MEMORANDUM, OPINION, AND ORDER: by Judge Edward W. Nottingham granting and denied in part motion to dismiss all claims based on section 504 of Rehab Act, 28:794 or Title II of ADA before Judge Edward W. Nottingham [141-1] in 1:92-cv-00870 ; status conf set for 8:45 2/3/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/99 (former empl) (Entered: 01/22/1999) |
| 02/03/1999 | 169 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conference set for 8:15 2/24/99 in 1:92-cv-00870, in 1:96-cv-00343 ; status conf held 2/3/99 ; entry date : 2/5/99 Court Reporter: Lindblom (former empl) (Entered: 02/05/1999) |
| 02/24/1999 | 170 | COURTROOM MINUTES by Judge Edward W. Nottingham ; rule 16 conf held on 2/24/99 ; entry date : 2/24/99 Court Reporter: ECR (former empl) (Entered: 02/24/1999) |
| 02/24/1999 | 171 | Fourth Amd Stipulated SCHEDULING and Discovery ORDER Judge Edward W. Nottingham ; Discovery cutoff 9/1/99 in 1:92-cv-00870, in 1:96-cv-00343 ;dispositive motions due 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 02/25/1999) |
| 02/24/1999 | 172 | MINUTE ORDER : by Judge Edward W. Nottingham regarding [164-2] stay motion CASE STAYED in 1:92-cv-00870 stay lifted in 1:92-cv-00870 (cc: all counsel) ; entry date : 2/25/99 (former empl) (Entered: 02/25/1999) |
| 03/25/1999 | 173 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:00 5/4/99 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/26/99 (former empl) (Entered: 03/26/1999) |
| 05/05/1999 | 174 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 5/24/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/6/99 (former empl) (Entered: 05/06/1999) |
| 05/13/1999 | 175 | REQUEST by Michael Milligan in 1:92-cv-00870 for Documents and Copies (former empl) (Entered: 05/14/1999) |
| 05/24/1999 | 176 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 6/10/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/99 (former empl) (Entered: 05/25/1999) |
| 06/10/1999 | 177 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; settlement conf held 6/10/99 (former empl) (Entered: 06/11/1999) |
| 06/10/1999 | 178 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 3:00 7/7/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/11/99 (former empl) (Entered: 06/11/1999) |
| 06/17/1999 | 179 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; settlement conf set for 1:30 7/13/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; |

| | | entry date : 6/18/99 (former empl) (Entered: 06/18/1999) |
|---|---|---|
| 06/23/1999 | 180 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reschedule stlmt conf (former empl) (Entered: 06/24/1999) |
| 06/23/1999 | 181 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 182 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 ; settlement conf set for 3:00 7/1/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/29/99 (former empl) (Entered: 06/29/1999) |
| 07/19/1999 | 183 | MOTION by Michael N. Milligan for order to be excluded from pla class (former empl) (Entered: 07/20/1999) |
| 08/18/1999 | 184 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 8:30 8/26/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/19/99 (former empl) (Entered: 08/19/1999) |
| 08/26/1999 | 185 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; Scheduling (status) conf set for 9:00 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/27/99 (former empl) (Entered: 08/27/1999) |
| 08/30/1999 | 186 | MOTION by defendant DOC in 1:92-cv-00870, 1:96-cv-00343 to substitute attorney John Lizza for Daine Michaud and William Higgins (former empl) (Entered: 08/31/1999) |
| 09/20/1999 | 187 | 5th Amended Stipulated SCHEDULING & Discovery ORDER Magistrate Judge O. E. Schlatter discovery cutoff 1/31/00; parties anticipate 2 week trial to court; dispo motion ddl 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 09/21/1999) |
| 09/20/1999 | 188 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; status conf held 9/20/99 (former empl) (Entered: 09/21/1999) |
| 12/07/1999 | 189 | Joint MOTION by plaintiffs, defendants in 1:92-cv-00870 to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts (former empl) (Entered: 12/08/1999) |
| 12/07/1999 | 190 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts [189-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/08/1999) |
| 12/14/1999 | 191 | ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & to designate experts [189-1] in 1:92-cv-00870 regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343; disp ddl set 4/1/00 in 1:92-cv-00870, in 1:96-cv-00343; pretrial conf remains set for 4/3/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 12/15/99 (former empl) (Entered: 12/15/1999) |
| | | |

| | | entry date : 6/18/99 (former empl) (Entered: 06/18/1999) |
|---|---|---|
| 06/23/1999 | 180 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reschedule stlmt conf (former empl) (Entered: 06/24/1999) |
| 06/23/1999 | 181 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 182 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 ; settlement conf set for 3:00 7/1/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/29/99 (former empl) (Entered: 06/29/1999) |
| 07/19/1999 | 183 | MOTION by Michael N. Milligan for order to be excluded from pla class (former empl) (Entered: 07/20/1999) |
| 08/18/1999 | 184 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 8:30 8/26/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/19/99 (former empl) (Entered: 08/19/1999) |
| 08/26/1999 | 185 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; Scheduling (status) conf set for 9:00 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/27/99 (former empl) (Entered: 08/27/1999) |
| 08/30/1999 | 186 | MOTION by defendant DOC in 1:92-cv-00870, 1:96-cv-00343 to substitute attorney John Lizza for Daine Michaud and William Higgins (former empl) (Entered: 08/31/1999) |
| 09/20/1999 | 187 | 5th Amended Stipulated SCHEDULING & Discovery ORDER Magistrate Judge O. E. Schlatter discovery cutoff 1/31/00; parties anticipate 2 week trial to court; dispo motion ddl 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 09/21/1999) |
| 09/20/1999 | 188 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; status conf held 9/20/99 (former empl) (Entered: 09/21/1999) |
| 12/07/1999 | 189 | Joint MOTION by plaintiffs, defendants in 1:92-cv-00870 to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts (former empl) (Entered: 12/08/1999) |
| 12/07/1999 | 190 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts [189-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/08/1999) |
| 12/14/1999 | 191 | ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & to designate experts [189-1] in 1:92-cv-00870 regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343; disp ddl set 4/1/00 in 1:92-cv-00870, in 1:96-cv-00343; pretrial conf remains set for 4/3/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 12/15/99 (former empl) (Entered: 12/15/1999) |
| | | |

| | | entry date : 6/18/99 (former empl) (Entered: 06/18/1999) |
|---|---|---|
| 06/23/1999 | 180 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reschedule stlmt conf (former empl) (Entered: 06/24/1999) |
| 06/23/1999 | 181 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 182 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 ; settlement conf set for 3:00 7/1/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/29/99 (former empl) (Entered: 06/29/1999) |
| 07/19/1999 | 183 | MOTION by Michael N. Milligan for order to be excluded from pla class (former empl) (Entered: 07/20/1999) |
| 08/18/1999 | 184 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 8:30 8/26/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/19/99 (former empl) (Entered: 08/19/1999) |
| 08/26/1999 | 185 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; Scheduling (status) conf set for 9:00 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/27/99 (former empl) (Entered: 08/27/1999) |
| 08/30/1999 | 186 | MOTION by defendant DOC in 1:92-cv-00870, 1:96-cv-00343 to substitute attorney John Lizza for Daine Michaud and William Higgins (former empl) (Entered: 08/31/1999) |
| 09/20/1999 | 187 | 5th Amended Stipulated SCHEDULING & Discovery ORDER Magistrate Judge O. E. Schlatter discovery cutoff 1/31/00; parties anticipate 2 week trial to court; dispo motion ddl 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 09/21/1999) |
| 09/20/1999 | 188 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; status conf held 9/20/99 (former empl) (Entered: 09/21/1999) |
| 12/07/1999 | 189 | Joint MOTION by plaintiffs, defendants in 1:92-cv-00870 to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts (former empl) (Entered: 12/08/1999) |
| 12/07/1999 | 190 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts [189-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/08/1999) |
| 12/14/1999 | 191 | ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & to designate experts [189-1] in 1:92-cv-00870 regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343; disp ddl set 4/1/00 in 1:92-cv-00870, in 1:96-cv-00343; pretrial conf remains set for 4/3/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 12/15/99 (former empl) (Entered: 12/15/1999) |
| | | |

| | | entry date : 6/18/99 (former empl) (Entered: 06/18/1999) |
|---|---|---|
| 06/23/1999 | 180 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reschedule stlmt conf (former empl) (Entered: 06/24/1999) |
| 06/23/1999 | 181 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 06/28/1999) |
| 06/28/1999 | 182 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion to reschedule stlmt conf [180-1] in 1:92-cv-00870, 1:96-cv-00343 ; settlement conf set for 3:00 7/1/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 6/29/99 (former empl) (Entered: 06/29/1999) |
| 07/19/1999 | 183 | MOTION by Michael N. Milligan for order to be excluded from pla class (former empl) (Entered: 07/20/1999) |
| 08/18/1999 | 184 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 8:30 8/26/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/19/99 (former empl) (Entered: 08/19/1999) |
| 08/26/1999 | 185 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; Scheduling (status) conf set for 9:00 9/20/99 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/27/99 (former empl) (Entered: 08/27/1999) |
| 08/30/1999 | 186 | MOTION by defendant DOC in 1:92-cv-00870, 1:96-cv-00343 to substitute attorney John Lizza for Daine Michaud and William Higgins (former empl) (Entered: 08/31/1999) |
| 09/20/1999 | 187 | 5th Amended Stipulated SCHEDULING & Discovery ORDER Magistrate Judge O. E. Schlatter discovery cutoff 1/31/00; parties anticipate 2 week trial to court; dispo motion ddl 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) (former empl) (Entered: 09/21/1999) |
| 09/20/1999 | 188 | MEMORANDUM by Magistrate Judge O. E. Schlatter ; status conf held 9/20/99 (former empl) (Entered: 09/21/1999) |
| 12/07/1999 | 189 | Joint MOTION by plaintiffs, defendants in 1:92-cv-00870 to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts (former empl) (Entered: 12/08/1999) |
| 12/07/1999 | 190 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/29/00 for discovery & to 1/30/00 to designate experts [189-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/08/1999) |
| 12/14/1999 | 191 | ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & to designate experts [189-1] in 1:92-cv-00870 regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/1/00 in 1:92-cv-00870, in 1:96-cv-00343; disp ddl set 4/1/00 in 1:92-cv-00870, in 1:96-cv-00343; pretrial conf remains set for 4/3/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 12/15/99 (former empl) (Entered: 12/15/1999) |
| | | |

| 01/20/2000 | 192 | MOTION by defendants in 1:92-cv-00870 for protective order (former empl) (Entered: 01/21/2000) |
|---|---|---|
| 01/20/2000 | 193 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for protective order [192-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/24/2000) |
| 01/24/2000 | 194 | 2nd Joint MOTION by plaintiff, defendant in 1:92-cv-00870, 1:96-cv-00343 to extend time for discovery & designation of experts (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 195 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time for discovery & designation of experts [194-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 196 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, [0-1] in 1:96-cv-00343, response due 2/3/00 (cc: all counsel) ; entry date : 1/25/00 (former empl) (Entered: 01/25/2000) |
| 01/25/2000 | 197 | MINUTE ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & designation of experts [194-1]; [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343 amended as set forth; disc ddl 3/1/00, dispo motion ddl 4/1/00, pretrial conf reset for 9:30 7/6/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/26/00 (former empl) (Entered: 01/26/2000) |
| 01/27/2000 | 198 | ATTORNEY SUBSTITUTION terminating attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Moore in 1:92-cv-00870, attorney Richard A. Westfall for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney Diane Marie Michaud for Don Lawson in 1:92-cv-00870, attorney Richard A. Westfall for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney Diane Marie Michaud for Ron Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Jean Moltz in 1:92-cv-00870, attorney Richard A. Westfall for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney Diane Marie Michaud for David Holt in 1:92-cv-00870, attorney Richard A. Westfall for David Holt in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Bokros in 1:92-cv-00870, attorney Richard A. Westfall for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Boggs in 1:92-cv-00870, attorney Richard A. |

| 01/20/2000 | 192 | MOTION by defendants in 1:92-cv-00870 for protective order (former empl) (Entered: 01/21/2000) |
|---|---|---|
| 01/20/2000 | 193 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for protective order [192-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/24/2000) |
| 01/24/2000 | 194 | 2nd Joint MOTION by plaintiff, defendant in 1:92-cv-00870, 1:96-cv-00343 to extend time for discovery & designation of experts (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 195 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time for discovery & designation of experts [194-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 196 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, [0-1] in 1:96-cv-00343, response due 2/3/00 (cc: all counsel) ; entry date : 1/25/00 (former empl) (Entered: 01/25/2000) |
| 01/25/2000 | 197 | MINUTE ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & designation of experts [194-1]; [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343 amended as set forth; disc ddl 3/1/00, dispo motion ddl 4/1/00, pretrial conf reset for 9:30 7/6/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/26/00 (former empl) (Entered: 01/26/2000) |
| 01/27/2000 | 198 | ATTORNEY SUBSTITUTION terminating attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Moore in 1:92-cv-00870, attorney Richard A. Westfall for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney Diane Marie Michaud for Don Lawson in 1:92-cv-00870, attorney Richard A. Westfall for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney Diane Marie Michaud for Ron Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Jean Moltz in 1:92-cv-00870, attorney Richard A. Westfall for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney Diane Marie Michaud for David Holt in 1:92-cv-00870, attorney Richard A. Westfall for David Holt in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Bokros in 1:92-cv-00870, attorney Richard A. Westfall for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Boggs in 1:92-cv-00870, attorney Richard A. |

| 01/20/2000 | 192 | MOTION by defendants in 1:92-cv-00870 for protective order (former empl) (Entered: 01/21/2000) |
|---|---|---|
| 01/20/2000 | 193 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for protective order [192-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/24/2000) |
| 01/24/2000 | 194 | 2nd Joint MOTION by plaintiff, defendant in 1:92-cv-00870, 1:96-cv-00343 to extend time for discovery & designation of experts (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 195 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time for discovery & designation of experts [194-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 196 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, [0-1] in 1:96-cv-00343, response due 2/3/00 (cc: all counsel) ; entry date : 1/25/00 (former empl) (Entered: 01/25/2000) |
| 01/25/2000 | 197 | MINUTE ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & designation of experts [194-1]; [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343 amended as set forth; disc ddl 3/1/00, dispo motion ddl 4/1/00, pretrial conf reset for 9:30 7/6/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/26/00 (former empl) (Entered: 01/26/2000) |
| 01/27/2000 | 198 | ATTORNEY SUBSTITUTION terminating attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Moore in 1:92-cv-00870, attorney Richard A. Westfall for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney Diane Marie Michaud for Don Lawson in 1:92-cv-00870, attorney Richard A. Westfall for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney Diane Marie Michaud for Ron Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Jean Moltz in 1:92-cv-00870, attorney Richard A. Westfall for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney Diane Marie Michaud for David Holt in 1:92-cv-00870, attorney Richard A. Westfall for David Holt in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Bokros in 1:92-cv-00870, attorney Richard A. Westfall for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Boggs in 1:92-cv-00870, attorney Richard A. |

| 01/20/2000 | 192 | MOTION by defendants in 1:92-cv-00870 for protective order (former empl) (Entered: 01/21/2000) |
| 01/20/2000 | 193 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for protective order [192-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/24/2000) |
| 01/24/2000 | 194 | 2nd Joint MOTION by plaintiff, defendant in 1:92-cv-00870, 1:96-cv-00343 to extend time for discovery & designation of experts (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 195 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time for discovery & designation of experts [194-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 01/25/2000) |
| 01/24/2000 | 196 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, [0-1] in 1:96-cv-00343, response due 2/3/00 (cc: all counsel) ; entry date : 1/25/00 (former empl) (Entered: 01/25/2000) |
| 01/25/2000 | 197 | MINUTE ORDER by Magistrate Judge O. E. Schlatter granting motion to extend time for discovery & designation of experts [194-1]; [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343 amended as set forth; disc ddl 3/1/00, dispo motion ddl 4/1/00, pretrial conf reset for 9:30 7/6/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/26/00 (former empl) (Entered: 01/26/2000) |
| 01/27/2000 | 198 | ATTORNEY SUBSTITUTION terminating attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Moore in 1:92-cv-00870, attorney Richard A. Westfall for Bob Moore in 1:92-cv-00870, attorney William J. Higgins for Bob Moore in 1:92-cv-00870, attorney Diane Marie Michaud for Don Lawson in 1:92-cv-00870, attorney Richard A. Westfall for Don Lawson in 1:92-cv-00870, attorney William J. Higgins for Don Lawson in 1:92-cv-00870, attorney Diane Marie Michaud for Ron Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ron Johnson in 1:92-cv-00870, attorney William J. Higgins for Ron Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Jean Moltz in 1:92-cv-00870, attorney Richard A. Westfall for Jean Moltz in 1:92-cv-00870, attorney William J. Higgins for Jean Moltz in 1:92-cv-00870, attorney Diane Marie Michaud for David Holt in 1:92-cv-00870, attorney Richard A. Westfall for David Holt in 1:92-cv-00870, attorney William J. Higgins for David Holt in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Bokros in 1:92-cv-00870, attorney Richard A. Westfall for Bill Bokros in 1:92-cv-00870, attorney William J. Higgins for Bill Bokros in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Boggs in 1:92-cv-00870, attorney Richard A. |

Westfall for Bill Boggs in 1:92-cv-00870, attorney William J. Higgins for
Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Tom
Cooper in 1:92-cv-00870, attorney Richard A. Westfall for Tom Cooper in
1:92-cv-00870, attorney William J. Higgins for Tom Cooper in 1:92-cv-
00870, attorney Diane Marie Michaud for Larry Embry in 1:92-cv-00870,
attorney Richard A. Westfall for Larry Embry in 1:92-cv-00870, attorney
William J. Higgins for Larry Embry in 1:92-cv-00870, attorney Diane
Marie Michaud for J. Frank Rice in 1:92-cv-00870, attorney Richard A.
Westfall for J. Frank Rice in 1:92-cv-00870, attorney William J. Higgins
for J. Frank Rice in 1:92-cv-00870, attorney Diane Marie Michaud for
Mark McKinna in 1:92-cv-00870, attorney Richard A. Westfall for Mark
McKinna in 1:92-cv-00870, attorney William J. Higgins for Mark
McKinna in 1:92-cv-00870, attorney Diane Marie Michaud for Mark
Williams in 1:92-cv-00870, attorney Richard A. Westfall for Mark
Williams in 1:92-cv-00870, attorney William J. Higgins for Mark
Williams in 1:92-cv-00870, attorney Diane Marie Michaud for Donice
Neal in 1:92-cv-00870, attorney Richard A. Westfall for Donice Neal in
1:92-cv-00870, attorney William J. Higgins for Donice Neal in 1:92-cv-
00870, attorney Diane Marie Michaud for Frank Miller in 1:92-cv-00870,
attorney Richard A. Westfall for Frank Miller in 1:92-cv-00870, attorney
William J. Higgins for Frank Miller in 1:92-cv-00870, attorney Diane
Marie Michaud for Warren Diesslin in 1:92-cv-00870, attorney Richard A.
Westfall for Warren Diesslin in 1:92-cv-00870, attorney William J.
Higgins for Warren Diesslin in 1:92-cv-00870, attorney Diane Marie
Michaud for Gary Neet in 1:92-cv-00870, attorney Richard A. Westfall for
Gary Neet in 1:92-cv-00870, attorney William J. Higgins for Gary Neet in
1:92-cv-00870, attorney Diane Marie Michaud for R. Mark McDuff in
1:92-cv-00870, attorney Richard A. Westfall for R. Mark McDuff in 1:92-
cv-00870, attorney William J. Higgins for R. Mark McDuff in 1:92-cv-
00870, attorney Diane Marie Michaud for Bill Price in 1:92-cv-00870,
attorney Richard A. Westfall for Bill Price in 1:92-cv-00870, attorney
William J. Higgins for Bill Price in 1:92-cv-00870, attorney Diane Marie
Michaud for DOC in 1:92-cv-00870, attorney Richard A. Westfall for
DOC in 1:92-cv-00870, attorney William J. Higgins for DOC in 1:92-cv-
00870, attorney Diane Marie Michaud for Bob Furlong in 1:92-cv-00870,
attorney Richard A. Westfall for Bob Furlong in 1:92-cv-00870, attorney
William J. Higgins for Bob Furlong in 1:92-cv-00870, attorney Diane
Marie Michaud for Ari Zavaras in 1:92-cv-00870, attorney Richard A.
Westfall for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for
Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Elizabeth
Gallegos in 1:92-cv-00870, attorney William J. Higgins for Evelyn Fish in
1:92-cv-00870, attorney William J. Higgins for Curtis Devin in 1:92-cv-
00870, attorney William J. Higgins for Bill Reed in 1:92-cv-00870,
attorney William J. Higgins for Jim Pryor in 1:92-cv-00870, attorney
William J. Higgins for Lt. Wright in 1:92-cv-00870, attorney William J.
Higgins for Larry Nutter in 1:92-cv-00870, attorney William J. Higgins
for Jim Toothaker in 1:92-cv-00870, attorney William J. Higgins for Jerri
Watson in 1:92-cv-00870, attorney William J. Higgins for Jim Herzog in
1:92-cv-00870, attorney William J. Higgins for Jerry Kimbrel in 1:92-cv-
00870, attorney William J. Higgins for R. Corley in 1:92-cv-00870,

Westfall for Bill Boggs in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Tom Cooper in 1:92-cv-00870, attorney Richard A. Westfall for Tom Cooper in 1:92-cv-00870, attorney William J. Higgins for Tom Cooper in 1:92-cv-00870, attorney Diane Marie Michaud for Larry Embry in 1:92-cv-00870, attorney Richard A. Westfall for Larry Embry in 1:92-cv-00870, attorney William J. Higgins for Larry Embry in 1:92-cv-00870, attorney Diane Marie Michaud for J. Frank Rice in 1:92-cv-00870, attorney Richard A. Westfall for J. Frank Rice in 1:92-cv-00870, attorney William J. Higgins for J. Frank Rice in 1:92-cv-00870, attorney Diane Marie Michaud for Mark McKinna in 1:92-cv-00870, attorney Richard A. Westfall for Mark McKinna in 1:92-cv-00870, attorney William J. Higgins for Mark McKinna in 1:92-cv-00870, attorney Diane Marie Michaud for Mark Williams in 1:92-cv-00870, attorney Richard A. Westfall for Mark Williams in 1:92-cv-00870, attorney William J. Higgins for Mark Williams in 1:92-cv-00870, attorney Diane Marie Michaud for Donice Neal in 1:92-cv-00870, attorney Richard A. Westfall for Donice Neal in 1:92-cv-00870, attorney William J. Higgins for Donice Neal in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Miller in 1:92-cv-00870, attorney Richard A. Westfall for Frank Miller in 1:92-cv-00870, attorney William J. Higgins for Frank Miller in 1:92-cv-00870, attorney Diane Marie Michaud for Warren Diesslin in 1:92-cv-00870, attorney Richard A. Westfall for Warren Diesslin in 1:92-cv-00870, attorney William J. Higgins for Warren Diesslin in 1:92-cv-00870, attorney Diane Marie Michaud for Gary Neet in 1:92-cv-00870, attorney Richard A. Westfall for Gary Neet in 1:92-cv-00870, attorney William J. Higgins for Gary Neet in 1:92-cv-00870, attorney Diane Marie Michaud for R. Mark McDuff in 1:92-cv-00870, attorney Richard A. Westfall for R. Mark McDuff in 1:92-cv-00870, attorney William J. Higgins for R. Mark McDuff in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Price in 1:92-cv-00870, attorney Richard A. Westfall for Bill Price in 1:92-cv-00870, attorney William J. Higgins for Bill Price in 1:92-cv-00870, attorney Diane Marie Michaud for DOC in 1:92-cv-00870, attorney Richard A. Westfall for DOC in 1:92-cv-00870, attorney William J. Higgins for DOC in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Furlong in 1:92-cv-00870, attorney Richard A. Westfall for Bob Furlong in 1:92-cv-00870, attorney William J. Higgins for Bob Furlong in 1:92-cv-00870, attorney Diane Marie Michaud for Ari Zavaras in 1:92-cv-00870, attorney Richard A. Westfall for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Elizabeth Gallegos in 1:92-cv-00870, attorney William J. Higgins for Evelyn Fish in 1:92-cv-00870, attorney William J. Higgins for Curtis Devin in 1:92-cv-00870, attorney William J. Higgins for Bill Reed in 1:92-cv-00870, attorney William J. Higgins for Jim Pryor in 1:92-cv-00870, attorney William J. Higgins for Lt. Wright in 1:92-cv-00870, attorney William J. Higgins for Larry Nutter in 1:92-cv-00870, attorney William J. Higgins for Jim Toothaker in 1:92-cv-00870, attorney William J. Higgins for Jerri Watson in 1:92-cv-00870, attorney William J. Higgins for Jim Herzog in 1:92-cv-00870, attorney William J. Higgins for Jerry Kimbrel in 1:92-cv-00870, attorney William J. Higgins for R. Corley in 1:92-cv-00870,

Westfall for Bill Boggs in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Tom Cooper in 1:92-cv-00870, attorney Richard A. Westfall for Tom Cooper in 1:92-cv-00870, attorney William J. Higgins for Tom Cooper in 1:92-cv-00870, attorney Diane Marie Michaud for Larry Embry in 1:92-cv-00870, attorney Richard A. Westfall for Larry Embry in 1:92-cv-00870, attorney William J. Higgins for Larry Embry in 1:92-cv-00870, attorney Diane Marie Michaud for J. Frank Rice in 1:92-cv-00870, attorney Richard A. Westfall for J. Frank Rice in 1:92-cv-00870, attorney William J. Higgins for J. Frank Rice in 1:92-cv-00870, attorney Diane Marie Michaud for Mark McKinna in 1:92-cv-00870, attorney Richard A. Westfall for Mark McKinna in 1:92-cv-00870, attorney William J. Higgins for Mark McKinna in 1:92-cv-00870, attorney Diane Marie Michaud for Mark Williams in 1:92-cv-00870, attorney Richard A. Westfall for Mark Williams in 1:92-cv-00870, attorney William J. Higgins for Mark Williams in 1:92-cv-00870, attorney Diane Marie Michaud for Donice Neal in 1:92-cv-00870, attorney Richard A. Westfall for Donice Neal in 1:92-cv-00870, attorney William J. Higgins for Donice Neal in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Miller in 1:92-cv-00870, attorney Richard A. Westfall for Frank Miller in 1:92-cv-00870, attorney William J. Higgins for Frank Miller in 1:92-cv-00870, attorney Diane Marie Michaud for Warren Diesslin in 1:92-cv-00870, attorney Richard A. Westfall for Warren Diesslin in 1:92-cv-00870, attorney William J. Higgins for Warren Diesslin in 1:92-cv-00870, attorney Diane Marie Michaud for Gary Neet in 1:92-cv-00870, attorney Richard A. Westfall for Gary Neet in 1:92-cv-00870, attorney William J. Higgins for Gary Neet in 1:92-cv-00870, attorney Diane Marie Michaud for R. Mark McDuff in 1:92-cv-00870, attorney Richard A. Westfall for R. Mark McDuff in 1:92-cv-00870, attorney William J. Higgins for R. Mark McDuff in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Price in 1:92-cv-00870, attorney Richard A. Westfall for Bill Price in 1:92-cv-00870, attorney William J. Higgins for Bill Price in 1:92-cv-00870, attorney Diane Marie Michaud for DOC in 1:92-cv-00870, attorney Richard A. Westfall for DOC in 1:92-cv-00870, attorney William J. Higgins for DOC in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Furlong in 1:92-cv-00870, attorney Richard A. Westfall for Bob Furlong in 1:92-cv-00870, attorney William J. Higgins for Bob Furlong in 1:92-cv-00870, attorney Diane Marie Michaud for Ari Zavaras in 1:92-cv-00870, attorney Richard A. Westfall for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Elizabeth Gallegos in 1:92-cv-00870, attorney William J. Higgins for Evelyn Fish in 1:92-cv-00870, attorney William J. Higgins for Curtis Devin in 1:92-cv-00870, attorney William J. Higgins for Bill Reed in 1:92-cv-00870, attorney William J. Higgins for Jim Pryor in 1:92-cv-00870, attorney William J. Higgins for Lt. Wright in 1:92-cv-00870, attorney William J. Higgins for Larry Nutter in 1:92-cv-00870, attorney William J. Higgins for Jim Toothaker in 1:92-cv-00870, attorney William J. Higgins for Jerri Watson in 1:92-cv-00870, attorney William J. Higgins for Jim Herzog in 1:92-cv-00870, attorney William J. Higgins for Jerry Kimbrel in 1:92-cv-00870, attorney William J. Higgins for R. Corley in 1:92-cv-00870,

Westfall for Bill Boggs in 1:92-cv-00870, attorney William J. Higgins for Bill Boggs in 1:92-cv-00870, attorney Diane Marie Michaud for Tom Cooper in 1:92-cv-00870, attorney Richard A. Westfall for Tom Cooper in 1:92-cv-00870, attorney William J. Higgins for Tom Cooper in 1:92-cv-00870, attorney Diane Marie Michaud for Larry Embry in 1:92-cv-00870, attorney Richard A. Westfall for Larry Embry in 1:92-cv-00870, attorney William J. Higgins for Larry Embry in 1:92-cv-00870, attorney Diane Marie Michaud for J. Frank Rice in 1:92-cv-00870, attorney Richard A. Westfall for J. Frank Rice in 1:92-cv-00870, attorney William J. Higgins for J. Frank Rice in 1:92-cv-00870, attorney Diane Marie Michaud for Mark McKinna in 1:92-cv-00870, attorney Richard A. Westfall for Mark McKinna in 1:92-cv-00870, attorney William J. Higgins for Mark McKinna in 1:92-cv-00870, attorney Diane Marie Michaud for Mark Williams in 1:92-cv-00870, attorney Richard A. Westfall for Mark Williams in 1:92-cv-00870, attorney William J. Higgins for Mark Williams in 1:92-cv-00870, attorney Diane Marie Michaud for Donice Neal in 1:92-cv-00870, attorney Richard A. Westfall for Donice Neal in 1:92-cv-00870, attorney William J. Higgins for Donice Neal in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Miller in 1:92-cv-00870, attorney Richard A. Westfall for Frank Miller in 1:92-cv-00870, attorney William J. Higgins for Frank Miller in 1:92-cv-00870, attorney Diane Marie Michaud for Warren Diesslin in 1:92-cv-00870, attorney Richard A. Westfall for Warren Diesslin in 1:92-cv-00870, attorney William J. Higgins for Warren Diesslin in 1:92-cv-00870, attorney Diane Marie Michaud for Gary Neet in 1:92-cv-00870, attorney Richard A. Westfall for Gary Neet in 1:92-cv-00870, attorney William J. Higgins for Gary Neet in 1:92-cv-00870, attorney Diane Marie Michaud for R. Mark McDuff in 1:92-cv-00870, attorney Richard A. Westfall for R. Mark McDuff in 1:92-cv-00870, attorney William J. Higgins for R. Mark McDuff in 1:92-cv-00870, attorney Diane Marie Michaud for Bill Price in 1:92-cv-00870, attorney Richard A. Westfall for Bill Price in 1:92-cv-00870, attorney William J. Higgins for Bill Price in 1:92-cv-00870, attorney Diane Marie Michaud for DOC in 1:92-cv-00870, attorney Richard A. Westfall for DOC in 1:92-cv-00870, attorney William J. Higgins for DOC in 1:92-cv-00870, attorney Diane Marie Michaud for Bob Furlong in 1:92-cv-00870, attorney Richard A. Westfall for Bob Furlong in 1:92-cv-00870, attorney William J. Higgins for Bob Furlong in 1:92-cv-00870, attorney Diane Marie Michaud for Ari Zavaras in 1:92-cv-00870, attorney Richard A. Westfall for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Ari Zavaras in 1:92-cv-00870, attorney William J. Higgins for Elizabeth Gallegos in 1:92-cv-00870, attorney William J. Higgins for Evelyn Fish in 1:92-cv-00870, attorney William J. Higgins for Curtis Devin in 1:92-cv-00870, attorney William J. Higgins for Bill Reed in 1:92-cv-00870, attorney William J. Higgins for Jim Pryor in 1:92-cv-00870, attorney William J. Higgins for Lt. Wright in 1:92-cv-00870, attorney William J. Higgins for Larry Nutter in 1:92-cv-00870, attorney William J. Higgins for Jim Toothaker in 1:92-cv-00870, attorney William J. Higgins for Jerri Watson in 1:92-cv-00870, attorney William J. Higgins for Jim Herzog in 1:92-cv-00870, attorney William J. Higgins for Jerry Kimbrel in 1:92-cv-00870, attorney William J. Higgins for R. Corley in 1:92-cv-00870,

| | | attorney William J. Higgins for M. McDonough in 1:92-cv-00870, attorney William J. Higgins for Lorraine Diaz in 1:92-cv-00870, attorney William J. Higgins for Dolores Montoya in 1:92-cv-00870, attorney Diane Marie Michaud for Cheryl Smith in 1:92-cv-00870, attorney Richard A. Westfall for Cheryl Smith in 1:92-cv-00870, attorney William J. Higgins for Cheryl Smith in 1:92-cv-00870, attorney Diane Marie Michaud for Ben Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ben Johnson in 1:92-cv-00870, attorney William J. Higgins for Ben Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Gunter in 1:92-cv-00870, attorney Richard A. Westfall for Frank Gunter in 1:92-cv-00870, attorney William J. Higgins for Frank Gunter in 1:92-cv-00870, attorney Diane Marie Michaud for Roy Romer in 1:92-cv-00870, attorney Richard A. Westfall for Roy Romer in 1:92-cv-00870, attorney William J. Higgins for Roy Romer in 1:92-cv-00870, attorney Grace A. Belsches for Mark McKenna in 1:96-cv-00343, attorney Grace A. Belsches for R. Murphy in 1:96-cv-00343, attorney Grace A. Belsches for Jeri Green in 1:96-cv-00343, attorney Grace A. Belsches for Glenntte Smith in 1:96-cv-00343, attorney Grace A. Belsches for Becky Rhomona in 1:96-cv-00343, attorney Grace A. Belsches for Jim Weber in 1:96-cv-00343, attorney Grace A. Belsches for Nard Claar in 1:96-cv-00343, attorney Grace A. Belsches for Bill Reed in 1:96-cv-00343 and substituting attorney James Xavier Quinn (former empl) (Entered: 01/28/2000) |
|---|---|---|
| 01/27/2000 | 199 | Amended MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [197-2] minute order in 1:92-cv-00870, 1:96-cv-00343, regarding [194-1] motion to extend time for discovery & designation of experts in 1:92-cv-00870, 1:96-cv-00343, regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/31/00 1:92-cv-00870, in 1:96-cv-00343; disp mtn ddl set 5/8/00 in 1:92-cv-00870, in 1:96-cv-00343 ; pretrial conf reset to 9:30 7/6/00 (cc: all counsel) ; entry date : 1/28/00 (former empl) (Entered: 01/28/2000) |
| 02/01/2000 | 200 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 02/02/2000) |
| 02/02/2000 | 201 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/17/00 to respond to motion for protective order (former empl) (Entered: 02/04/2000) |
| 02/03/2000 | 203 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [200-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343, response due 2/13/00 (cc: all counsel) ; entry : 2/4/00 (former empl) (Entered: 02/04/2000) |
| 02/04/2000 | 208 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/17/00 to respond [202-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/09/2000) |
| | | |

| | | attorney William J. Higgins for M. McDonough in 1:92-cv-00870, attorney William J. Higgins for Lorraine Diaz in 1:92-cv-00870, attorney William J. Higgins for Dolores Montoya in 1:92-cv-00870, attorney Diane Marie Michaud for Cheryl Smith in 1:92-cv-00870, attorney Richard A. Westfall for Cheryl Smith in 1:92-cv-00870, attorney William J. Higgins for Cheryl Smith in 1:92-cv-00870, attorney Diane Marie Michaud for Ben Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ben Johnson in 1:92-cv-00870, attorney William J. Higgins for Ben Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Gunter in 1:92-cv-00870, attorney Richard A. Westfall for Frank Gunter in 1:92-cv-00870, attorney William J. Higgins for Frank Gunter in 1:92-cv-00870, attorney Diane Marie Michaud for Roy Romer in 1:92-cv-00870, attorney Richard A. Westfall for Roy Romer in 1:92-cv-00870, attorney William J. Higgins for Roy Romer in 1:92-cv-00870, attorney Grace A. Belsches for Mark McKenna in 1:96-cv-00343, attorney Grace A. Belsches for R. Murphy in 1:96-cv-00343, attorney Grace A. Belsches for Jeri Green in 1:96-cv-00343, attorney Grace A. Belsches for Glenntte Smith in 1:96-cv-00343, attorney Grace A. Belsches for Becky Rhomona in 1:96-cv-00343, attorney Grace A. Belsches for Jim Weber in 1:96-cv-00343, attorney Grace A. Belsches for Nard Claar in 1:96-cv-00343, attorney Grace A. Belsches for Bill Reed in 1:96-cv-00343 and substituting attorney James Xavier Quinn (former empl) (Entered: 01/28/2000) |
|---|---|---|
| 01/27/2000 | 199 | Amended MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [197-2] minute order in 1:92-cv-00870, 1:96-cv-00343, regarding [194-1] motion to extend time for discovery & designation of experts in 1:92-cv-00870, 1:96-cv-00343, regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/31/00 1:92-cv-00870, in 1:96-cv-00343; disp mtn ddl set 5/8/00 in 1:92-cv-00870, in 1:96-cv-00343 ; pretrial conf reset to 9:30 7/6/00 (cc: all counsel) ; entry date : 1/28/00 (former empl) (Entered: 01/28/2000) |
| 02/01/2000 | 200 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 02/02/2000) |
| 02/02/2000 | 201 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/17/00 to respond to motion for protective order (former empl) (Entered: 02/04/2000) |
| 02/03/2000 | 203 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [200-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343, response due 2/13/00 (cc: all counsel) ; entry : 2/4/00 (former empl) (Entered: 02/04/2000) |
| 02/04/2000 | 208 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/17/00 to respond [202-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/09/2000) |

| | | |
|---|---|---|
| | | attorney William J. Higgins for M. McDonough in 1:92-cv-00870, attorney William J. Higgins for Lorraine Diaz in 1:92-cv-00870, attorney William J. Higgins for Dolores Montoya in 1:92-cv-00870, attorney Diane Marie Michaud for Cheryl Smith in 1:92-cv-00870, attorney Richard A. Westfall for Cheryl Smith in 1:92-cv-00870, attorney William J. Higgins for Cheryl Smith in 1:92-cv-00870, attorney Diane Marie Michaud for Ben Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ben Johnson in 1:92-cv-00870, attorney William J. Higgins for Ben Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Gunter in 1:92-cv-00870, attorney Richard A. Westfall for Frank Gunter in 1:92-cv-00870, attorney William J. Higgins for Frank Gunter in 1:92-cv-00870, attorney Diane Marie Michaud for Roy Romer in 1:92-cv-00870, attorney Richard A. Westfall for Roy Romer in 1:92-cv-00870, attorney William J. Higgins for Roy Romer in 1:92-cv-00870, attorney Grace A. Belsches for Mark McKenna in 1:96-cv-00343, attorney Grace A. Belsches for R. Murphy in 1:96-cv-00343, attorney Grace A. Belsches for Jeri Green in 1:96-cv-00343, attorney Grace A. Belsches for Glenntte Smith in 1:96-cv-00343, attorney Grace A. Belsches for Becky Rhomona in 1:96-cv-00343, attorney Grace A. Belsches for Jim Weber in 1:96-cv-00343, attorney Grace A. Belsches for Nard Claar in 1:96-cv-00343, attorney Grace A. Belsches for Bill Reed in 1:96-cv-00343 and substituting attorney James Xavier Quinn (former empl) (Entered: 01/28/2000) |
| 01/27/2000 | 199 | Amended MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [197-2] minute order in 1:92-cv-00870, 1:96-cv-00343, regarding [194-1] motion to extend time for discovery & designation of experts in 1:92-cv-00870, 1:96-cv-00343, regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/31/00 1:92-cv-00870, in 1:96-cv-00343; disp mtn ddl set 5/8/00 in 1:92-cv-00870, in 1:96-cv-00343 ; pretrial conf reset to 9:30 7/6/00 (cc: all counsel) ; entry date : 1/28/00 (former empl) (Entered: 01/28/2000) |
| 02/01/2000 | 200 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 02/02/2000) |
| 02/02/2000 | 201 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/17/00 to respond to motion for protective order (former empl) (Entered: 02/04/2000) |
| 02/03/2000 | 203 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [200-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343, response due 2/13/00 (cc: all counsel) ; entry : 2/4/00 (former empl) (Entered: 02/04/2000) |
| 02/04/2000 | 208 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/17/00 to respond [202-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/09/2000) |
| | | |

| | | attorney William J. Higgins for M. McDonough in 1:92-cv-00870, attorney William J. Higgins for Lorraine Diaz in 1:92-cv-00870, attorney William J. Higgins for Dolores Montoya in 1:92-cv-00870, attorney Diane Marie Michaud for Cheryl Smith in 1:92-cv-00870, attorney Richard A. Westfall for Cheryl Smith in 1:92-cv-00870, attorney William J. Higgins for Cheryl Smith in 1:92-cv-00870, attorney Diane Marie Michaud for Ben Johnson in 1:92-cv-00870, attorney Richard A. Westfall for Ben Johnson in 1:92-cv-00870, attorney William J. Higgins for Ben Johnson in 1:92-cv-00870, attorney Diane Marie Michaud for Frank Gunter in 1:92-cv-00870, attorney Richard A. Westfall for Frank Gunter in 1:92-cv-00870, attorney William J. Higgins for Frank Gunter in 1:92-cv-00870, attorney Diane Marie Michaud for Roy Romer in 1:92-cv-00870, attorney Richard A. Westfall for Roy Romer in 1:92-cv-00870, attorney William J. Higgins for Roy Romer in 1:92-cv-00870, attorney Grace A. Belsches for Mark McKenna in 1:96-cv-00343, attorney Grace A. Belsches for R. Murphy in 1:96-cv-00343, attorney Grace A. Belsches for Jeri Green in 1:96-cv-00343, attorney Grace A. Belsches for Glenntte Smith in 1:96-cv-00343, attorney Grace A. Belsches for Becky Rhomona in 1:96-cv-00343, attorney Grace A. Belsches for Jim Weber in 1:96-cv-00343, attorney Grace A. Belsches for Nard Claar in 1:96-cv-00343, attorney Grace A. Belsches for Bill Reed in 1:96-cv-00343 and substituting attorney James Xavier Quinn (former empl) (Entered: 01/28/2000) |
|---|---|---|
| 01/27/2000 | 199 | Amended MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [197-2] minute order in 1:92-cv-00870, 1:96-cv-00343, regarding [194-1] motion to extend time for discovery & designation of experts in 1:92-cv-00870, 1:96-cv-00343, regarding [187-1] scheduling order in 1:92-cv-00870, 1:96-cv-00343; discovery ddl set 3/31/00 1:92-cv-00870, in 1:96-cv-00343; disp mtn ddl set 5/8/00 in 1:92-cv-00870, in 1:96-cv-00343 ; pretrial conf reset to 9:30 7/6/00 (cc: all counsel) ; entry date : 1/28/00 (former empl) (Entered: 01/28/2000) |
| 02/01/2000 | 200 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 02/02/2000) |
| 02/02/2000 | 201 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/03/2000) |
| 02/03/2000 | 202 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/17/00 to respond to motion for protective order (former empl) (Entered: 02/04/2000) |
| 02/03/2000 | 203 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [200-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343, response due 2/13/00 (cc: all counsel) ; entry : 2/4/00 (former empl) (Entered: 02/04/2000) |
| 02/04/2000 | 208 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to 2/17/00 to respond [202-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/09/2000) |
| | | |

| 02/07/2000 | 204 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss complaint (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 205 | Memo BRIEF by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to dismiss complaint [204-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 206 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay proceedings pending ruling on motion to dismiss (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 207 | NOTIFICATION of Claim of Unconstitutionality by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/08/2000 | 209 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, response due 2/17/00 (cc: all counsel) ; entry date : 2/9/00 (former empl) (Entered: 02/09/2000) |
| 02/09/2000 | 210 | MINUTE ORDER by Judge Edward W. Nottingham regarding [204-1] motion to dismiss complaint in 1:92-cv-00870, response due 2/28/00, reply due w/in 11 days of service of response (cc: all counsel) ; entry date : 2/10/00 (former empl) (Entered: 02/10/2000) |
| 02/14/2000 | 211 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/23/00 to respond to motion to compel (former empl) (Entered: 02/15/2000) |
| 02/16/2000 | 212 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for order holding req for protective order in abeyance until stay is resolved (former empl) (Entered: 02/17/2000) |
| 02/22/2000 | 213 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for order to hold plfs motion to compel disc in abeyance until stay issue resolved (former empl) (Entered: 02/23/2000) |
| 02/22/2000 | 214 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) Modified on 02/24/2000 (Entered: 02/24/2000) |
| 02/24/2000 | 215 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/25/2000) |
| 02/25/2000 | 216 | CERTIFICATE by Clerk re: Notification of Claim of Unconstitutionality (former empl) (Entered: 02/25/2000) |
| 02/28/2000 | 217 | Opposition (RESPONSE) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, 1:96-cv-00343 w/respect to discovery (former empl) Modified on 02/29/2000 (Entered: 02/29/2000) |
| 02/28/2000 | 217 | JOINDER by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in request |

| 02/07/2000 | 204 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss complaint (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 205 | Memo BRIEF by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to dismiss complaint [204-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 206 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay proceedings pending ruling on motion to dismiss (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 207 | NOTIFICATION of Claim of Unconstitutionality by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/08/2000 | 209 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, response due 2/17/00 (cc: all counsel) ; entry date : 2/9/00 (former empl) (Entered: 02/09/2000) |
| 02/09/2000 | 210 | MINUTE ORDER by Judge Edward W. Nottingham regarding [204-1] motion to dismiss complaint in 1:92-cv-00870, response due 2/28/00, reply due w/in 11 days of service of response (cc: all counsel) ; entry date : 2/10/00 (former empl) (Entered: 02/10/2000) |
| 02/14/2000 | 211 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/23/00 to respond to motion to compel (former empl) (Entered: 02/15/2000) |
| 02/16/2000 | 212 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for order holding req for protective order in abeyance until stay is resolved (former empl) (Entered: 02/17/2000) |
| 02/22/2000 | 213 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for order to hold plfs motion to compel disc in abeyance until stay issue resolved (former empl) (Entered: 02/23/2000) |
| 02/22/2000 | 214 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) Modified on 02/24/2000 (Entered: 02/24/2000) |
| 02/24/2000 | 215 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/25/2000) |
| 02/25/2000 | 216 | CERTIFICATE by Clerk re: Notification of Claim of Unconstitutionality (former empl) (Entered: 02/25/2000) |
| 02/28/2000 | 217 | Opposition (RESPONSE) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, 1:96-cv-00343 w/respect to discovery (former empl) Modified on 02/29/2000 (Entered: 02/29/2000) |
| 02/28/2000 | 217 | JOINDER by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in request |

| 02/07/2000 | 204 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss complaint (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 205 | Memo BRIEF by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to dismiss complaint [204-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 206 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay proceedings pending ruling on motion to dismiss (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 207 | NOTIFICATION of Claim of Unconstitutionality by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/08/2000 | 209 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, response due 2/17/00 (cc: all counsel) ; entry date : 2/9/00 (former empl) (Entered: 02/09/2000) |
| 02/09/2000 | 210 | MINUTE ORDER by Judge Edward W. Nottingham regarding [204-1] motion to dismiss complaint in 1:92-cv-00870, response due 2/28/00, reply due w/in 11 days of service of response (cc: all counsel) ; entry date : 2/10/00 (former empl) (Entered: 02/10/2000) |
| 02/14/2000 | 211 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/23/00 to respond to motion to compel (former empl) (Entered: 02/15/2000) |
| 02/16/2000 | 212 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for order holding req for protective order in abeyance until stay is resolved (former empl) (Entered: 02/17/2000) |
| 02/22/2000 | 213 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for order to hold plfs motion to compel disc in abeyance until stay issue resolved (former empl) (Entered: 02/23/2000) |
| 02/22/2000 | 214 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) Modified on 02/24/2000 (Entered: 02/24/2000) |
| 02/24/2000 | 215 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/25/2000) |
| 02/25/2000 | 216 | CERTIFICATE by Clerk re: Notification of Claim of Unconstitutionality (former empl) (Entered: 02/25/2000) |
| 02/28/2000 | 217 | Opposition (RESPONSE) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, 1:96-cv-00343 w/respect to discovery (former empl) Modified on 02/29/2000 (Entered: 02/29/2000) |
| 02/28/2000 | 217 | JOINDER by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in request |

| 02/07/2000 | 204 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss complaint (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 205 | Memo BRIEF by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to dismiss complaint [204-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 206 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to stay proceedings pending ruling on motion to dismiss (former empl) (Entered: 02/08/2000) |
| 02/07/2000 | 207 | NOTIFICATION of Claim of Unconstitutionality by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/08/2000) |
| 02/08/2000 | 209 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [192-1] motion for protective order in 1:92-cv-00870, response due 2/17/00 (cc: all counsel) ; entry date : 2/9/00 (former empl) (Entered: 02/09/2000) |
| 02/09/2000 | 210 | MINUTE ORDER by Judge Edward W. Nottingham regarding [204-1] motion to dismiss complaint in 1:92-cv-00870, response due 2/28/00, reply due w/in 11 days of service of response (cc: all counsel) ; entry date : 2/10/00 (former empl) (Entered: 02/10/2000) |
| 02/14/2000 | 211 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 2/23/00 to respond to motion to compel (former empl) (Entered: 02/15/2000) |
| 02/16/2000 | 212 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for order holding req for protective order in abeyance until stay is resolved (former empl) (Entered: 02/17/2000) |
| 02/22/2000 | 213 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for order to hold plfs motion to compel disc in abeyance until stay issue resolved (former empl) (Entered: 02/23/2000) |
| 02/22/2000 | 214 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) Modified on 02/24/2000 (Entered: 02/24/2000) |
| 02/24/2000 | 215 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/25/2000) |
| 02/25/2000 | 216 | CERTIFICATE by Clerk re: Notification of Claim of Unconstitutionality (former empl) (Entered: 02/25/2000) |
| 02/28/2000 | 217 | Opposition (RESPONSE) by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, 1:96-cv-00343 w/respect to discovery (former empl) Modified on 02/29/2000 (Entered: 02/29/2000) |
| 02/28/2000 | 217 | JOINDER by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in request |

| | | |
|---|---|---|
| | | (motion) to stay further briefings on defts pending motion to dismiss (proceedings pending ruling [206-1]) in 1:92-cv-00870 (former empl) (Entered: 02/29/2000) |
| 03/02/2000 | 218 | MINUTE ORDER by Judge Edward W. Nottingham denying motion for order to be excluded from pla class [183-1] in 1:92-cv-00870; granting motion to substitute attorney John Lizza for Daine Michaud and William Higgins [186-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 3/6/00 (former empl) (Entered: 03/06/2000) |
| 03/06/2000 | 219 | ORDER by Judge Edward W. Nottingham GRANTING motion to stay proceedings pending ruling [206-1] on [204-1] motion to dismiss complaint in 1:92-cv-00870; GRANTING [217-1] motion response & joinder [217-1] in 1:92-cv-00870, 1:96-cv-00343 ; CASE STAYED ; status reports due 8/1/00; (cc: all counsel) ; entry date : 3/7/00 (former empl) (Entered: 03/07/2000) |
| 03/06/2000 | 220 | ATTORNEY SUBSTITUTION: terminating attorney David Arthur Lane for Jesse F. Montez in 1:92-cv-00870, attorney David Arthur Lane for David Bryan in 1:92-cv-00870, attorney David Arthur Lane for George Karl in 1:92-cv-00870, attorney David Arthur Lane for Gilpin Eugene in 1:92-cv-00870, attorney David Arthur Lane for John Armintrout in 1:92-cv-00870, attorney David Arthur Lane for Kenneth Garcia in 1:92-cv-00870 and substituting attorney Paula Dee Greisen, David H. Miller, John T. Carlson (former empl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to vacate stay on discovery (former empl) (Entered: 03/08/2000) |
| 03/07/2000 | 222 | ORDER by Magistrate Judge O. E. Schlatter granting [220-1] attorney substitution in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/8/00 (former empl) (Entered: 03/08/2000) |
| 03/08/2000 | 223 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/10/2000) |
| 03/10/2000 | 224 | RESPONSE by defendants in 1:92-cv-00870 to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/10/2000 | 225 | REPLY by defendants in 1:92-cv-00870 to response to motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/13/2000 | 226 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [221-1] motion to vacate stay on discovery in 1:92-cv-00870, 1:96-cv-00343, response due 3/23/00 (cc: all counsel) ; entry : 3/14/00 (former empl) (Entered: 03/14/2000) |
| 03/17/2000 | 227 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for order for compliance of plfs counsel of record ; Letter to Judge Nottingham; |

| | | |
|---|---|---|
| | | (motion) to stay further briefings on defts pending motion to dismiss (proceedings pending ruling [206-1]) in 1:92-cv-00870 (former empl) (Entered: 02/29/2000) |
| 03/02/2000 | 218 | MINUTE ORDER by Judge Edward W. Nottingham denying motion for order to be excluded from pla class [183-1] in 1:92-cv-00870; granting motion to substitute attorney John Lizza for Daine Michaud and William Higgins [186-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 3/6/00 (former empl) (Entered: 03/06/2000) |
| 03/06/2000 | 219 | ORDER by Judge Edward W. Nottingham GRANTING motion to stay proceedings pending ruling [206-1] on [204-1] motion to dismiss complaint in 1:92-cv-00870; GRANTING [217-1] motion response & joinder [217-1] in 1:92-cv-00870, 1:96-cv-00343 ; CASE STAYED ; status reports due 8/1/00; (cc: all counsel) ; entry date : 3/7/00 (former empl) (Entered: 03/07/2000) |
| 03/06/2000 | 220 | ATTORNEY SUBSTITUTION: terminating attorney David Arthur Lane for Jesse F. Montez in 1:92-cv-00870, attorney David Arthur Lane for David Bryan in 1:92-cv-00870, attorney David Arthur Lane for George Karl in 1:92-cv-00870, attorney David Arthur Lane for Gilpin Eugene in 1:92-cv-00870, attorney David Arthur Lane for John Armintrout in 1:92-cv-00870, attorney David Arthur Lane for Kenneth Garcia in 1:92-cv-00870 and substituting attorney Paula Dee Greisen, David H. Miller, John T. Carlson (former empl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to vacate stay on discovery (former empl) (Entered: 03/08/2000) |
| 03/07/2000 | 222 | ORDER by Magistrate Judge O. E. Schlatter granting [220-1] attorney substitution in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/8/00 (former empl) (Entered: 03/08/2000) |
| 03/08/2000 | 223 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/10/2000) |
| 03/10/2000 | 224 | RESPONSE by defendants in 1:92-cv-00870 to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/10/2000 | 225 | REPLY by defendants in 1:92-cv-00870 to response to motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/13/2000 | 226 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [221-1] motion to vacate stay on discovery in 1:92-cv-00870, 1:96-cv-00343, response due 3/23/00 (cc: all counsel) ; entry : 3/14/00 (former empl) (Entered: 03/14/2000) |
| 03/17/2000 | 227 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for order for compliance of plfs counsel of record ; Letter to Judge Nottingham; |

| | | |
|---|---|---|
| | | (motion) to stay further briefings on defts pending motion to dismiss (proceedings pending ruling [206-1]) in 1:92-cv-00870 (former empl) (Entered: 02/29/2000) |
| 03/02/2000 | 218 | MINUTE ORDER by Judge Edward W. Nottingham denying motion for order to be excluded from pla class [183-1] in 1:92-cv-00870; granting motion to substitute attorney John Lizza for Daine Michaud and William Higgins [186-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 3/6/00 (former empl) (Entered: 03/06/2000) |
| 03/06/2000 | 219 | ORDER by Judge Edward W. Nottingham GRANTING motion to stay proceedings pending ruling [206-1] on [204-1] motion to dismiss complaint in 1:92-cv-00870; GRANTING [217-1] motion response & joinder [217-1] in 1:92-cv-00870, 1:96-cv-00343 ; CASE STAYED ; status reports due 8/1/00; (cc: all counsel) ; entry date : 3/7/00 (former empl) (Entered: 03/07/2000) |
| 03/06/2000 | 220 | ATTORNEY SUBSTITUTION: terminating attorney David Arthur Lane for Jesse F. Montez in 1:92-cv-00870, attorney David Arthur Lane for David Bryan in 1:92-cv-00870, attorney David Arthur Lane for George Karl in 1:92-cv-00870, attorney David Arthur Lane for Gilpin Eugene in 1:92-cv-00870, attorney David Arthur Lane for John Armintrout in 1:92-cv-00870, attorney David Arthur Lane for Kenneth Garcia in 1:92-cv-00870 and substituting attorney Paula Dee Greisen, David H. Miller, John T. Carlson (former empl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to vacate stay on discovery (former empl) (Entered: 03/08/2000) |
| 03/07/2000 | 222 | ORDER by Magistrate Judge O. E. Schlatter granting [220-1] attorney substitution in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/8/00 (former empl) (Entered: 03/08/2000) |
| 03/08/2000 | 223 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/10/2000) |
| 03/10/2000 | 224 | RESPONSE by defendants in 1:92-cv-00870 to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/10/2000 | 225 | REPLY by defendants in 1:92-cv-00870 to response to motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/13/2000 | 226 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [221-1] motion to vacate stay on discovery in 1:92-cv-00870, 1:96-cv-00343, response due 3/23/00 (cc: all counsel) ; entry : 3/14/00 (former empl) (Entered: 03/14/2000) |
| 03/17/2000 | 227 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for order for compliance of plfs counsel of record ; Letter to Judge Nottingham; |

| | | (motion) to stay further briefings on defts pending motion to dismiss (proceedings pending ruling [206-1]) in 1:92-cv-00870 (former empl) (Entered: 02/29/2000) |
|---|---|---|
| 03/02/2000 | 218 | MINUTE ORDER by Judge Edward W. Nottingham denying motion for order to be excluded from pla class [183-1] in 1:92-cv-00870; granting motion to substitute attorney John Lizza for Daine Michaud and William Higgins [186-1] in 1:92-cv-00870 (cc: all counsel) ; entry date : 3/6/00 (former empl) (Entered: 03/06/2000) |
| 03/06/2000 | 219 | ORDER by Judge Edward W. Nottingham GRANTING motion to stay proceedings pending ruling [206-1] on [204-1] motion to dismiss complaint in 1:92-cv-00870; GRANTING [217-1] motion response & joinder [217-1] in 1:92-cv-00870, 1:96-cv-00343 ; CASE STAYED ; status reports due 8/1/00; (cc: all counsel) ; entry date : 3/7/00 (former empl) (Entered: 03/07/2000) |
| 03/06/2000 | 220 | ATTORNEY SUBSTITUTION: terminating attorney David Arthur Lane for Jesse F. Montez in 1:92-cv-00870, attorney David Arthur Lane for David Bryan in 1:92-cv-00870, attorney David Arthur Lane for George Karl in 1:92-cv-00870, attorney David Arthur Lane for Gilpin Eugene in 1:92-cv-00870, attorney David Arthur Lane for John Armintrout in 1:92-cv-00870, attorney David Arthur Lane for Kenneth Garcia in 1:92-cv-00870 and substituting attorney Paula Dee Greisen, David H. Miller, John T. Carlson (former empl) (Entered: 03/07/2000) |
| 03/07/2000 | 221 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to vacate stay on discovery (former empl) (Entered: 03/08/2000) |
| 03/07/2000 | 222 | ORDER by Magistrate Judge O. E. Schlatter granting [220-1] attorney substitution in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/8/00 (former empl) (Entered: 03/08/2000) |
| 03/08/2000 | 223 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/10/2000) |
| 03/10/2000 | 224 | RESPONSE by defendants in 1:92-cv-00870 to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/10/2000 | 225 | REPLY by defendants in 1:92-cv-00870 to response to motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 03/13/2000) |
| 03/13/2000 | 226 | MINUTE ORDER by Magistrate Judge O. E. Schlatter regarding [221-1] motion to vacate stay on discovery in 1:92-cv-00870, 1:96-cv-00343, response due 3/23/00 (cc: all counsel) ; entry : 3/14/00 (former empl) (Entered: 03/14/2000) |
| 03/17/2000 | 227 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for order for compliance of plfs counsel of record ; Letter to Judge Nottingham; |

| | | Exhibits (former empl) (Entered: 03/20/2000) |
|---|---|---|
| 03/17/2000 | 228 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/21/2000) |
| 03/23/2000 | 229 | ORDER by Magistrate Judge O. E. Schlatter granting motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343. Pltf's [200-1] motion to compel discovery in 1:92-cv-00870 & Defts' [192-1] motion for protective order in 1:92-cv-00870 are held in abeyance until defts' motion to stay is resolved. If motion to stay is denied, parties have 20 days following denial to resp to the motions. If motion to stay is granted, parties have 20 days following the lifting of stay to resp to motions. (cc: all counsel) ; entry date : 3/24/00 (gms) (Entered: 03/24/2000) |
| 03/27/2000 | 230 | ORDER by Magistrate Judge O. E. Schlatter denying pltf Marquiz' motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/28/00 (gms) (Entered: 03/28/2000) |
| 03/27/2000 | 231 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for leave to file reply brief in support of motion to lift stay (gms) (Entered: 03/29/2000) |
| 03/27/2000 | | Tendered Reply in Support of Motion to Vacate Stay on Discovery & Request for Forthwith Hrg submitted by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 re: motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/28/2000 | 232 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/29/2000 | 233 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter Defts have to 4/3/00 to file resp to pltfs' [231-1] motion for leave to file reply brief in support of motion to lift stay in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/00 (gms) (Entered: 03/29/2000) |
| 04/19/2000 | 234 | SUPPLEMENTAL Authority by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, to motion to stay proceedings pending ruling [0-1] in 1:96-cv-00343 (gms) (Entered: 04/20/2000) |
| 04/24/2000 | 235 | ORDER by Magistrate Judge O. E. Schlatter granting pltf's motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343. Parties have 20 days to file responses to [200-1] motion to compel discovery in 1:92-cv-00870, [192-1] motion for protective order in 1:92-cv-00870 (cc: all counsel) ; entry date : 4/24/00 (gms) (Entered: 04/24/2000) |
| | | |

| | | Exhibits (former empl) (Entered: 03/20/2000) |
|---|---|---|
| 03/17/2000 | 228 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/21/2000) |
| 03/23/2000 | 229 | ORDER by Magistrate Judge O. E. Schlatter granting motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343. Pltf's [200-1] motion to compel discovery in 1:92-cv-00870 & Defts' [192-1] motion for protective order in 1:92-cv-00870 are held in abeyance until defts' motion to stay is resolved. If motion to stay is denied, parties have 20 days following denial to resp to the motions. If motion to stay is granted, parties have 20 days following the lifting of stay to resp to motions. (cc: all counsel) ; entry date : 3/24/00 (gms) (Entered: 03/24/2000) |
| 03/27/2000 | 230 | ORDER by Magistrate Judge O. E. Schlatter denying pltf Marquiz' motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/28/00 (gms) (Entered: 03/28/2000) |
| 03/27/2000 | 231 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for leave to file reply brief in support of motion to lift stay (gms) (Entered: 03/29/2000) |
| 03/27/2000 | | Tendered Reply in Support of Motion to Vacate Stay on Discovery & Request for Forthwith Hrg submitted by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 re: motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/28/2000 | 232 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/29/2000 | 233 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter Defts have to 4/3/00 to file resp to pltfs' [231-1] motion for leave to file reply brief in support of motion to lift stay in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/00 (gms) (Entered: 03/29/2000) |
| 04/19/2000 | 234 | SUPPLEMENTAL Authority by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, to motion to stay proceedings pending ruling [0-1] in 1:96-cv-00343 (gms) (Entered: 04/20/2000) |
| 04/24/2000 | 235 | ORDER by Magistrate Judge O. E. Schlatter granting pltf's motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343. Parties have 20 days to file responses to [200-1] motion to compel discovery in 1:92-cv-00870, [192-1] motion for protective order in 1:92-cv-00870 (cc: all counsel) ; entry date : 4/24/00 (gms) (Entered: 04/24/2000) |
| | | |

| | | Exhibits (former empl) (Entered: 03/20/2000) |
|---|---|---|
| 03/17/2000 | 228 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/21/2000) |
| 03/23/2000 | 229 | ORDER by Magistrate Judge O. E. Schlatter granting motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343. Pltf's [200-1] motion to compel discovery in 1:92-cv-00870 & Defts' [192-1] motion for protective order in 1:92-cv-00870 are held in abeyance until defts' motion to stay is resolved. If motion to stay is denied, parties have 20 days following denial to resp to the motions. If motion to stay is granted, parties have 20 days following the lifting of stay to resp to motions. (cc: all counsel) ; entry date : 3/24/00 (gms) (Entered: 03/24/2000) |
| 03/27/2000 | 230 | ORDER by Magistrate Judge O. E. Schlatter denying pltf Marquiz' motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/28/00 (gms) (Entered: 03/28/2000) |
| 03/27/2000 | 231 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for leave to file reply brief in support of motion to lift stay (gms) (Entered: 03/29/2000) |
| 03/27/2000 | | Tendered Reply in Support of Motion to Vacate Stay on Discovery & Request for Forthwith Hrg submitted by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 re: motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/28/2000 | 232 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/29/2000 | 233 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter Defts have to 4/3/00 to file resp to pltfs' [231-1] motion for leave to file reply brief in support of motion to lift stay in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/00 (gms) (Entered: 03/29/2000) |
| 04/19/2000 | 234 | SUPPLEMENTAL Authority by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, to motion to stay proceedings pending ruling [0-1] in 1:96-cv-00343 (gms) (Entered: 04/20/2000) |
| 04/24/2000 | 235 | ORDER by Magistrate Judge O. E. Schlatter granting pltf's motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343. Parties have 20 days to file responses to [200-1] motion to compel discovery in 1:92-cv-00870, [192-1] motion for protective order in 1:92-cv-00870 (cc: all counsel) ; entry date : 4/24/00 (gms) (Entered: 04/24/2000) |
| | | |

| | | Exhibits (former empl) (Entered: 03/20/2000) |
|---|---|---|
| 03/17/2000 | 228 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/21/2000) |
| 03/23/2000 | 229 | ORDER by Magistrate Judge O. E. Schlatter granting motion for order holding req for protective order in abeyance [212-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for order to hold plfs motion to compel disc in abeyance until stay issue resolved [213-1] in 1:92-cv-00870, 1:96-cv-00343. Pltf's [200-1] motion to compel discovery in 1:92-cv-00870 & Defts' [192-1] motion for protective order in 1:92-cv-00870 are held in abeyance until defts' motion to stay is resolved. If motion to stay is denied, parties have 20 days following denial to resp to the motions. If motion to stay is granted, parties have 20 days following the lifting of stay to resp to motions. (cc: all counsel) ; entry date : 3/24/00 (gms) (Entered: 03/24/2000) |
| 03/27/2000 | 230 | ORDER by Magistrate Judge O. E. Schlatter denying pltf Marquiz' motion for order for compliance of plfs counsel of record [227-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/28/00 (gms) (Entered: 03/28/2000) |
| 03/27/2000 | 231 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for leave to file reply brief in support of motion to lift stay (gms) (Entered: 03/29/2000) |
| 03/27/2000 | | Tendered Reply in Support of Motion to Vacate Stay on Discovery & Request for Forthwith Hrg submitted by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 re: motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/28/2000 | 232 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 03/29/2000) |
| 03/29/2000 | 233 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter Defts have to 4/3/00 to file resp to pltfs' [231-1] motion for leave to file reply brief in support of motion to lift stay in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/00 (gms) (Entered: 03/29/2000) |
| 04/19/2000 | 234 | SUPPLEMENTAL Authority by defendants in 1:92-cv-00870, 1:96-cv-00343 in support of motion to stay proceedings pending ruling [206-1] in 1:92-cv-00870, to motion to stay proceedings pending ruling [0-1] in 1:96-cv-00343 (gms) (Entered: 04/20/2000) |
| 04/24/2000 | 235 | ORDER by Magistrate Judge O. E. Schlatter granting pltf's motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343. Parties have 20 days to file responses to [200-1] motion to compel discovery in 1:92-cv-00870, [192-1] motion for protective order in 1:92-cv-00870 (cc: all counsel) ; entry date : 4/24/00 (gms) (Entered: 04/24/2000) |

| 04/24/2000 | 236 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pltf's motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/25/00 (gms) (Entered: 04/25/2000) |
|---|---|---|
| 04/24/2000 | 237 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 04/25/2000) |
| 05/05/2000 | 238 | OBJECTION to 4/24/00 order re: motion to vacate stay on discovery by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [235-1], order [0-1] (gms) Modified on 05/23/2000 (Entered: 05/08/2000) |
| 05/15/2000 | 239 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/16/2000) |
| 05/22/2000 | 240 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to OBJECTION to 4/24/00 order re: motion to vacate stay discovery [238-1] in 1:92-cv-00870, objection [238-2] in 1:92-cv-00870, re: order [235-1] in 1:92-cv-00870 (OBJECTION to 4/24/00 order re: motion to vacate stay discovery [0-1] in 1:96-cv-00343, objection [0-2] in 1:96-cv-00343, re: order [0-1] in 1:96-cv-00343) (former empl) (Entered: 05/23/2000) |
| 07/06/2000 | 241 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter ; status conf held 7/6/00 . Discovery may proceed. Scheduling conf. to be held at later date. ; entry date : 7/7/00 Court Reporter: Tape OES 00-16 (gms) (Entered: 07/07/2000) |
| 07/06/2000 | 242 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter. Parties to contact chambers after Judge issues ruling on whether or not case will go forward & if discovery will be on going, to set a scheduling conf. (cc: all counsel) ; entry date : 7/7/00 (gms) (Entered: 07/07/2000) |
| 08/01/2000 | 243 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 08/01/2000 | 244 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 09/13/2000 | 245 | MINUTE ORDER by Judge Edward W. Nottingham status conf set for 11:00 - 11:15 9/29/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/14/00 (former empl) (Entered: 09/14/2000) |
| 09/19/2000 | 246 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to continue 9/29/00 status conf (former empl) (Entered: 09/20/2000) |
| 09/26/2000 | 247 | MINUTE ORDER by Judge Edward W. Nottingham upon motion to continue 9/29/00 status conf [246-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 9:00 10/12/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/27/00 (former empl) (Entered: 09/27/2000) |
| 10/11/2000 | 248 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for sanctions based on discovery violations (former empl) (Entered: 10/11/2000) |

| 04/24/2000 | 236 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pltf's motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/25/00 (gms) (Entered: 04/25/2000) |
| --- | --- | --- |
| 04/24/2000 | 237 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 04/25/2000) |
| 05/05/2000 | 238 | OBJECTION to 4/24/00 order re: motion to vacate stay on discovery by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [235-1], order [0-1] (gms) Modified on 05/23/2000 (Entered: 05/08/2000) |
| 05/15/2000 | 239 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/16/2000) |
| 05/22/2000 | 240 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to OBJECTION to 4/24/00 order re: motion to vacate stay discovery [238-1] in 1:92-cv-00870, objection [238-2] in 1:92-cv-00870, re: order [235-1] in 1:92-cv-00870 (OBJECTION to 4/24/00 order re: motion to vacate stay discovery [0-1] in 1:96-cv-00343, objection [0-2] in 1:96-cv-00343, re: order [0-1] in 1:96-cv-00343) (former empl) (Entered: 05/23/2000) |
| 07/06/2000 | 241 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter ; status conf held 7/6/00 . Discovery may proceed. Scheduling conf. to be held at later date. ; entry date : 7/7/00 Court Reporter: Tape OES 00-16 (gms) (Entered: 07/07/2000) |
| 07/06/2000 | 242 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter. Parties to contact chambers after Judge issues ruling on whether or not case will go forward & if discovery will be on going, to set a scheduling conf. (cc: all counsel) ; entry date : 7/7/00 (gms) (Entered: 07/07/2000) |
| 08/01/2000 | 243 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 08/01/2000 | 244 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 09/13/2000 | 245 | MINUTE ORDER by Judge Edward W. Nottingham status conf set for 11:00 - 11:15 9/29/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/14/00 (former empl) (Entered: 09/14/2000) |
| 09/19/2000 | 246 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to continue 9/29/00 status conf (former empl) (Entered: 09/20/2000) |
| 09/26/2000 | 247 | MINUTE ORDER by Judge Edward W. Nottingham upon motion to continue 9/29/00 status conf [246-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 9:00 10/12/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/27/00 (former empl) (Entered: 09/27/2000) |
| 10/11/2000 | 248 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for sanctions based on discovery violations (former empl) (Entered: 10/11/2000) |

| 04/24/2000 | 236 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pltf's motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/25/00 (gms) (Entered: 04/25/2000) |
|---|---|---|
| 04/24/2000 | 237 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 04/25/2000) |
| 05/05/2000 | 238 | OBJECTION to 4/24/00 order re: motion to vacate stay on discovery by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [235-1], order [0-1] (gms) Modified on 05/23/2000 (Entered: 05/08/2000) |
| 05/15/2000 | 239 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/16/2000) |
| 05/22/2000 | 240 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to OBJECTION to 4/24/00 order re: motion to vacate stay discovery [238-1] in 1:92-cv-00870, objection [238-2] in 1:92-cv-00870, re: order [235-1] in 1:92-cv-00870 (OBJECTION to 4/24/00 order re: motion to vacate stay discovery [0-1] in 1:96-cv-00343, objection [0-2] in 1:96-cv-00343, re: order [0-1] in 1:96-cv-00343) (former empl) (Entered: 05/23/2000) |
| 07/06/2000 | 241 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter ; status conf held 7/6/00 . Discovery may proceed. Scheduling conf. to be held at later date. ; entry date : 7/7/00 Court Reporter: Tape OES 00-16 (gms) (Entered: 07/07/2000) |
| 07/06/2000 | 242 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter. Parties to contact chambers after Judge issues ruling on whether or not case will go forward & if discovery will be on going, to set a scheduling conf. (cc: all counsel) ; entry date : 7/7/00 (gms) (Entered: 07/07/2000) |
| 08/01/2000 | 243 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 08/01/2000 | 244 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 09/13/2000 | 245 | MINUTE ORDER by Judge Edward W. Nottingham status conf set for 11:00 - 11:15 9/29/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/14/00 (former empl) (Entered: 09/14/2000) |
| 09/19/2000 | 246 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to continue 9/29/00 status conf (former empl) (Entered: 09/20/2000) |
| 09/26/2000 | 247 | MINUTE ORDER by Judge Edward W. Nottingham upon motion to continue 9/29/00 status conf [246-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 9:00 10/12/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/27/00 (former empl) (Entered: 09/27/2000) |
| 10/11/2000 | 248 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for sanctions based on discovery violations (former empl) (Entered: 10/11/2000) |

| 04/24/2000 | 236 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pltf's motion for leave to file reply brief in support of motion to lift stay [231-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/25/00 (gms) (Entered: 04/25/2000) |
| --- | --- | --- |
| 04/24/2000 | 237 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion to vacate stay on discovery [221-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 04/25/2000) |
| 05/05/2000 | 238 | OBJECTION to 4/24/00 order re: motion to vacate stay on discovery by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [235-1], order [0-1] (gms) Modified on 05/23/2000 (Entered: 05/08/2000) |
| 05/15/2000 | 239 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [200-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/16/2000) |
| 05/22/2000 | 240 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to OBJECTION to 4/24/00 order re: motion to vacate stay discovery [238-1] in 1:92-cv-00870, objection [238-2] in 1:92-cv-00870, re: order [235-1] in 1:92-cv-00870 (OBJECTION to 4/24/00 order re: motion to vacate stay discovery [0-1] in 1:96-cv-00343, objection [0-2] in 1:96-cv-00343, re: order [0-1] in 1:96-cv-00343) (former empl) (Entered: 05/23/2000) |
| 07/06/2000 | 241 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter ; status conf held 7/6/00 . Discovery may proceed. Scheduling conf. to be held at later date. ; entry date : 7/7/00 Court Reporter: Tape OES 00-16 (gms) (Entered: 07/07/2000) |
| 07/06/2000 | 242 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter. Parties to contact chambers after Judge issues ruling on whether or not case will go forward & if discovery will be on going, to set a scheduling conf. (cc: all counsel) ; entry date : 7/7/00 (gms) (Entered: 07/07/2000) |
| 08/01/2000 | 243 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 08/01/2000 | 244 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 08/02/2000) |
| 09/13/2000 | 245 | MINUTE ORDER by Judge Edward W. Nottingham status conf set for 11:00 - 11:15 9/29/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/14/00 (former empl) (Entered: 09/14/2000) |
| 09/19/2000 | 246 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to continue 9/29/00 status conf (former empl) (Entered: 09/20/2000) |
| 09/26/2000 | 247 | MINUTE ORDER by Judge Edward W. Nottingham upon motion to continue 9/29/00 status conf [246-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 9:00 10/12/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/27/00 (former empl) (Entered: 09/27/2000) |
| 10/11/2000 | 248 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for sanctions based on discovery violations (former empl) (Entered: 10/11/2000) |

| 10/11/2000 | 249 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for partial summary judgment on violations of physical access as required by ADA & the Rehab Act (EXHIBIT C [3-ring binder] PLACED IN EXHIBIT ROOM) (former empl) (Entered: 10/11/2000) |
| 10/12/2000 | 250 | COURTROOM MINUTES OF STATUS CONF by Judge Edward W. Nottingham: briefing sched will be set regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343; status conf held 10/12/00 ; entry date: 10/13/00 Court Reporter: Therese Lindblom (former empl) (Entered: 10/13/2000) |
| 10/17/2000 | 251 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 10/18/2000) |
| 10/23/2000 | 252 | ORDER R16 stat stlmt pt pto referred to Magistrate Judge O. E. Schlatter & General Case Mgmt Order by Judge Edward W. Nottingham; dispo motion ddl 12/31/00 (cc: to counsel) (former empl) (Entered: 10/24/2000) |
| 10/23/2000 | 253 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 10/24/2000) |
| 10/30/2000 | 254 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/3/00 to respond to motion to compel disc (former empl) (Entered: 10/31/2000) |
| 10/31/2000 | 255 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/30/00 to respond to motions for partial summary jgm & sanctions (former empl) (Entered: 11/01/2000) |
| 11/01/2000 | 256 | MINUTE ORDER by Magistrate Judge O. E. Schlatter phone status conf set for 9:00 11/15/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/2/00 (former empl) (Entered: 11/02/2000) |
| 11/03/2000 | 257 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/06/2000) |
| 11/06/2000 | 258 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/30/00 to respond [255-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/7/00 (former empl) (Entered: 11/07/2000) |
| 11/06/2000 | 259 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/3/00 to respond [254-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [251-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel); entry date: 11/7/00 (former empl) (Entered: 11/07/2000) |

| 10/11/2000 | 249 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for partial summary judgment on violations of physical access as required by ADA & the Rehab Act (EXHIBIT C [3-ring binder] PLACED IN EXHIBIT ROOM) (former empl) (Entered: 10/11/2000) |
| 10/12/2000 | 250 | COURTROOM MINUTES OF STATUS CONF by Judge Edward W. Nottingham: briefing sched will be set regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343; status conf held 10/12/00 ; entry date: 10/13/00 Court Reporter: Therese Lindblom (former empl) (Entered: 10/13/2000) |
| 10/17/2000 | 251 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 10/18/2000) |
| 10/23/2000 | 252 | ORDER R16 stat stlmt pt pto referred to Magistrate Judge O. E. Schlatter & General Case Mgmt Order by Judge Edward W. Nottingham; dispo motion ddl 12/31/00 (cc: to counsel) (former empl) (Entered: 10/24/2000) |
| 10/23/2000 | 253 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 10/24/2000) |
| 10/30/2000 | 254 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/3/00 to respond to motion to compel disc (former empl) (Entered: 10/31/2000) |
| 10/31/2000 | 255 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/30/00 to respond to motions for partial summary jgm & sanctions (former empl) (Entered: 11/01/2000) |
| 11/01/2000 | 256 | MINUTE ORDER by Magistrate Judge O. E. Schlatter phone status conf set for 9:00 11/15/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/2/00 (former empl) (Entered: 11/02/2000) |
| 11/03/2000 | 257 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/06/2000) |
| 11/06/2000 | 258 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/30/00 to respond [255-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/7/00 (former empl) (Entered: 11/07/2000) |
| 11/06/2000 | 259 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/3/00 to respond [254-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [251-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel); entry date: 11/7/00 (former empl) (Entered: 11/07/2000) |

| 10/11/2000 | 249 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for partial summary judgment on violations of physical access as required by ADA & the Rehab Act (EXHIBIT C [3-ring binder] PLACED IN EXHIBIT ROOM) (former empl) (Entered: 10/11/2000) |
| --- | --- | --- |
| 10/12/2000 | 250 | COURTROOM MINUTES OF STATUS CONF by Judge Edward W. Nottingham: briefing sched will be set regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343; status conf held 10/12/00 ; entry date: 10/13/00 Court Reporter: Therese Lindblom (former empl) (Entered: 10/13/2000) |
| 10/17/2000 | 251 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 10/18/2000) |
| 10/23/2000 | 252 | ORDER R16 stat stlmt pt pto referred to Magistrate Judge O. E. Schlatter & General Case Mgmt Order by Judge Edward W. Nottingham; dispo motion ddl 12/31/00 (cc: to counsel) (former empl) (Entered: 10/24/2000) |
| 10/23/2000 | 253 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 10/24/2000) |
| 10/30/2000 | 254 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/3/00 to respond to motion to compel disc (former empl) (Entered: 10/31/2000) |
| 10/31/2000 | 255 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/30/00 to respond to motions for partial summary jgm & sanctions (former empl) (Entered: 11/01/2000) |
| 11/01/2000 | 256 | MINUTE ORDER by Magistrate Judge O. E. Schlatter phone status conf set for 9:00 11/15/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/2/00 (former empl) (Entered: 11/02/2000) |
| 11/03/2000 | 257 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/06/2000) |
| 11/06/2000 | 258 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/30/00 to respond [255-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/7/00 (former empl) (Entered: 11/07/2000) |
| 11/06/2000 | 259 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/3/00 to respond [254-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [251-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel); entry date: 11/7/00 (former empl) (Entered: 11/07/2000) |

| | | |
|---|---|---|
| 10/11/2000 | 249 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for partial summary judgment on violations of physical access as required by ADA & the Rehab Act (EXHIBIT C [3-ring binder] PLACED IN EXHIBIT ROOM) (former empl) (Entered: 10/11/2000) |
| 10/12/2000 | 250 | COURTROOM MINUTES OF STATUS CONF by Judge Edward W. Nottingham: briefing sched will be set regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343; status conf held 10/12/00 ; entry date: 10/13/00 Court Reporter: Therese Lindblom (former empl) (Entered: 10/13/2000) |
| 10/17/2000 | 251 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to compel discovery (former empl) (Entered: 10/18/2000) |
| 10/23/2000 | 252 | ORDER R16 stat stlmt pt pto referred to Magistrate Judge O. E. Schlatter & General Case Mgmt Order by Judge Edward W. Nottingham; dispo motion ddl 12/31/00 (cc: to counsel) (former empl) (Entered: 10/24/2000) |
| 10/23/2000 | 253 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 10/24/2000) |
| 10/30/2000 | 254 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/3/00 to respond to motion to compel disc (former empl) (Entered: 10/31/2000) |
| 10/31/2000 | 255 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 11/30/00 to respond to motions for partial summary jgm & sanctions (former empl) (Entered: 11/01/2000) |
| 11/01/2000 | 256 | MINUTE ORDER by Magistrate Judge O. E. Schlatter phone status conf set for 9:00 11/15/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/2/00 (former empl) (Entered: 11/02/2000) |
| 11/03/2000 | 257 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/06/2000) |
| 11/06/2000 | 258 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/30/00 to respond [255-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/7/00 (former empl) (Entered: 11/07/2000) |
| 11/06/2000 | 259 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 11/3/00 to respond [254-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [251-1] motion to compel discovery in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel); entry date: 11/7/00 (former empl) (Entered: 11/07/2000) |
| | | |

| 11/09/2000 | 260 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) (former empl) (Entered: 11/13/2000) |
| 11/09/2000 | 261 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to resched 11/15/00 status conf (former empl) (Entered: 11/13/2000) |
| 11/13/2000 | 262 | MINUTE ORDER by Magistrate Judge O. E. Schlatter GRANTING motion to resched 11/15/00 status conf [261-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 3:00 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/00 (former empl) (Entered: 11/14/2000) |
| 11/13/2000 | 263 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/14/2000) |
| 11/16/2000 | 264 | MINUTE ORDER by Magistrate Judge O. E. Schlatter setting hearing on motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel); entry date : 11/17/00 (former empl) (Entered: 11/17/2000) |
| 11/30/2000 | 265 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions (former empl) (Entered: 12/01/2000) |
| 12/08/2000 | 266 | Preliminary RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 & REQUEST pursuant to FRCP 56(f) (former empl) (Entered: 12/11/2000) |
| 12/08/2000 | 267 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/11/2000) |
| 12/11/2000 | 268 | MINUTE ORDER by Judge Edward W. Nottingham VACATING [219-4] order in 1:92-cv-00870, 1:96-cv-00343 insofar as it ordered CASE STAYED [219-2] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/12/00 (former empl) (Entered: 12/12/2000) |
| 12/11/2000 | 269 | COURTROOM MINUTES OF MOTION HEARING by Magistrate Judge O. E. Schlatter re: motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1]: motion hearing held at 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343; DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 w/leave to renew; court will recommend to Judge Nottingham to extend dispo motions ddl; status conf held 12/11/00 ; entry date : 12/13/00 Court Reporter: Tape 00-27 (former empl) (Entered: 12/13/2000) |
|  |  |  |

| 11/09/2000 | 260 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) (former empl) (Entered: 11/13/2000) |
| 11/09/2000 | 261 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to resched 11/15/00 status conf (former empl) (Entered: 11/13/2000) |
| 11/13/2000 | 262 | MINUTE ORDER by Magistrate Judge O. E. Schlatter GRANTING motion to resched 11/15/00 status conf [261-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 3:00 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/00 (former empl) (Entered: 11/14/2000) |
| 11/13/2000 | 263 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/14/2000) |
| 11/16/2000 | 264 | MINUTE ORDER by Magistrate Judge O. E. Schlatter setting hearing on motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel); entry date : 11/17/00 (former empl) (Entered: 11/17/2000) |
| 11/30/2000 | 265 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions (former empl) (Entered: 12/01/2000) |
| 12/08/2000 | 266 | Preliminary RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 & REQUEST pursuant to FRCP 56(f) (former empl) (Entered: 12/11/2000) |
| 12/08/2000 | 267 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/11/2000) |
| 12/11/2000 | 268 | MINUTE ORDER by Judge Edward W. Nottingham VACATING [219-4] order in 1:92-cv-00870, 1:96-cv-00343 insofar as it ordered CASE STAYED [219-2] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/12/00 (former empl) (Entered: 12/12/2000) |
| 12/11/2000 | 269 | COURTROOM MINUTES OF MOTION HEARING by Magistrate Judge O. E. Schlatter re: motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1]: motion hearing held at 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343; DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 w/leave to renew; court will recommend to Judge Nottingham to extend dispo motions ddl; status conf held 12/11/00 ; entry date : 12/13/00 Court Reporter: Tape 00-27 (former empl) (Entered: 12/13/2000) |
| | | |

| 11/09/2000 | 260 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) (former empl) (Entered: 11/13/2000) |
| 11/09/2000 | 261 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to resched 11/15/00 status conf (former empl) (Entered: 11/13/2000) |
| 11/13/2000 | 262 | MINUTE ORDER by Magistrate Judge O. E. Schlatter GRANTING motion to resched 11/15/00 status conf [261-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 3:00 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/00 (former empl) (Entered: 11/14/2000) |
| 11/13/2000 | 263 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/14/2000) |
| 11/16/2000 | 264 | MINUTE ORDER by Magistrate Judge O. E. Schlatter setting hearing on motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel); entry date : 11/17/00 (former empl) (Entered: 11/17/2000) |
| 11/30/2000 | 265 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions (former empl) (Entered: 12/01/2000) |
| 12/08/2000 | 266 | Preliminary RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 & REQUEST pursuant to FRCP 56(f) (former empl) (Entered: 12/11/2000) |
| 12/08/2000 | 267 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/11/2000) |
| 12/11/2000 | 268 | MINUTE ORDER by Judge Edward W. Nottingham VACATING [219-4] order in 1:92-cv-00870, 1:96-cv-00343 insofar as it ordered CASE STAYED [219-2] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/12/00 (former empl) (Entered: 12/12/2000) |
| 12/11/2000 | 269 | COURTROOM MINUTES OF MOTION HEARING by Magistrate Judge O. E. Schlatter re: motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1]: motion hearing held at 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343; DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 w/leave to renew; court will recommend to Judge Nottingham to extend dispo motions ddl; status conf held 12/11/00 ; entry date : 12/13/00 Court Reporter: Tape 00-27 (former empl) (Entered: 12/13/2000) |
|  |  |  |

| | | |
|---|---|---|
| 11/09/2000 | 260 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) (former empl) (Entered: 11/13/2000) |
| 11/09/2000 | 261 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to resched 11/15/00 status conf (former empl) (Entered: 11/13/2000) |
| 11/13/2000 | 262 | MINUTE ORDER by Magistrate Judge O. E. Schlatter GRANTING motion to resched 11/15/00 status conf [261-1] in 1:92-cv-00870, 1:96-cv-00343; status conf reset for 3:00 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/00 (former empl) (Entered: 11/14/2000) |
| 11/13/2000 | 263 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 11/14/2000) |
| 11/16/2000 | 264 | MINUTE ORDER by Magistrate Judge O. E. Schlatter setting hearing on motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel); entry date : 11/17/00 (former empl) (Entered: 11/17/2000) |
| 11/30/2000 | 265 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions (former empl) (Entered: 12/01/2000) |
| 12/08/2000 | 266 | Preliminary RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 & REQUEST pursuant to FRCP 56(f) (former empl) (Entered: 12/11/2000) |
| 12/08/2000 | 267 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 in opposition to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 12/11/2000) |
| 12/11/2000 | 268 | MINUTE ORDER by Judge Edward W. Nottingham VACATING [219-4] order in 1:92-cv-00870, 1:96-cv-00343 insofar as it ordered CASE STAYED [219-2] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/12/00 (former empl) (Entered: 12/12/2000) |
| 12/11/2000 | 269 | COURTROOM MINUTES OF MOTION HEARING by Magistrate Judge O. E. Schlatter re: motion for extension of time for disc (to 4/30/01), designation of experts & dispo motions ddl (to 5/30/01) [260-1]: motion hearing held at 12/11/00 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343; DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 w/leave to renew; court will recommend to Judge Nottingham to extend dispo motions ddl; status conf held 12/11/00 ; entry date : 12/13/00 Court Reporter: Tape 00-27 (former empl) (Entered: 12/13/2000) |
| | | |

| 12/12/2000 | 270 | MAGISTRATE'S RECOMMENDATION for extension of dispo motion ddl by Magistrate Judge O. E. Schlatter concerning motion for extension of time for disc (to 8/1/01), designation of experts & dispo motions ddl (to 9/1/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/12/2000 | 271 | ORDER by Magistrate Judge O. E. Schlatter DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/21/2000 | 272 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter year specified in deadlines in [270-1] MAGISTRATE'S RECOMMENDATION should be 2001 rather than 2000 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/21/00 (gms) (Entered: 12/21/2000) |
| 12/22/2000 | 273 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 1/10/01 to reply re: motion for partial summary jgm (former empl) (Entered: 12/26/2000) |
| 12/22/2000 | 274 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for permission to submit reply brief in support of motion for sanctions (former empl) (Entered: 12/26/2000) |
| 12/26/2000 | 275 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 1/10/01 to reply re: motion for partial summary jgm [273-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) entry date : 12/27/00 (former empl) (Entered: 12/27/2000) |
| 12/28/2000 | 276 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion for permission to submit reply brief in support of motion for sanctions [274-1] in 1:92-cv-00870, 1:96-cv-00343 by 1/10/01 regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/29/00 (former empl) (Entered: 12/29/2000) |
| 01/02/2001 | 277 | MINUTE ORDER : by Judge Edward W. Nottingham striking dft's preliminary response in opposition to pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA & the rehabilitation act of 1973 [266-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/3/01 (gms) (Entered: 01/03/2001) |
| 01/02/2001 | 278 | MINUTE ORDER : by Judge Edward W. Nottingham. Upon review of pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, court finds dft's brief fails to comply w/ hrg, conf & trial procedures and is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
| 01/03/2001 | 279 | AMENDED MINUTE ORDER : by Judge Edward W. Nottingham re: [278-1] minute order in 1:92-cv-00870, 1:96-cv-00343, upon review of pla's [249-1] motion for partial summary judgment on violations of |

| 12/12/2000 | 270 | MAGISTRATE'S RECOMMENDATION for extension of dispo motion ddl by Magistrate Judge O. E. Schlatter concerning motion for extension of time for disc (to 8/1/01), designation of experts & dispo motions ddl (to 9/1/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| --- | --- | --- |
| 12/12/2000 | 271 | ORDER by Magistrate Judge O. E. Schlatter DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/21/2000 | 272 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter year specified in deadlines in [270-1] MAGISTRATE'S RECOMMENDATION should be 2001 rather than 2000 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/21/00 (gms) (Entered: 12/21/2000) |
| 12/22/2000 | 273 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 1/10/01 to reply re: motion for partial summary jgm (former empl) (Entered: 12/26/2000) |
| 12/22/2000 | 274 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for permission to submit reply brief in support of motion for sanctions (former empl) (Entered: 12/26/2000) |
| 12/26/2000 | 275 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 1/10/01 to reply re: motion for partial summary jgm [273-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) entry date : 12/27/00 (former empl) (Entered: 12/27/2000) |
| 12/28/2000 | 276 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion for permission to submit reply brief in support of motion for sanctions [274-1] in 1:92-cv-00870, 1:96-cv-00343 by 1/10/01 regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/29/00 (former empl) (Entered: 12/29/2000) |
| 01/02/2001 | 277 | MINUTE ORDER : by Judge Edward W. Nottingham striking dft's preliminary response in opposition to pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA & the rehabilitation act of 1973 [266-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/3/01 (gms) (Entered: 01/03/2001) |
| 01/02/2001 | 278 | MINUTE ORDER : by Judge Edward W. Nottingham. Upon review of pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, court finds dft's brief fails to comply w/ hrg, conf & trial procedures and is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
| 01/03/2001 | 279 | AMENDED MINUTE ORDER : by Judge Edward W. Nottingham re: [278-1] minute order in 1:92-cv-00870, 1:96-cv-00343, upon review of pla's [249-1] motion for partial summary judgment on violations of |

| 12/12/2000 | 270 | MAGISTRATE'S RECOMMENDATION for extension of dispo motion ddl by Magistrate Judge O. E. Schlatter concerning motion for extension of time for disc (to 8/1/01), designation of experts & dispo motions ddl (to 9/1/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| --- | --- | --- |
| 12/12/2000 | 271 | ORDER by Magistrate Judge O. E. Schlatter DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/21/2000 | 272 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter year specified in deadlines in [270-1] MAGISTRATE'S RECOMMENDATION should be 2001 rather than 2000 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/21/00 (gms) (Entered: 12/21/2000) |
| 12/22/2000 | 273 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 1/10/01 to reply re: motion for partial summary jgm (former empl) (Entered: 12/26/2000) |
| 12/22/2000 | 274 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for permission to submit reply brief in support of motion for sanctions (former empl) (Entered: 12/26/2000) |
| 12/26/2000 | 275 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 1/10/01 to reply re: motion for partial summary jgm [273-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) entry date : 12/27/00 (former empl) (Entered: 12/27/2000) |
| 12/28/2000 | 276 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion for permission to submit reply brief in support of motion for sanctions [274-1] in 1:92-cv-00870, 1:96-cv-00343 by 1/10/01 regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/29/00 (former empl) (Entered: 12/29/2000) |
| 01/02/2001 | 277 | MINUTE ORDER : by Judge Edward W. Nottingham striking dft's preliminary response in opposition to pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA & the rehabilitation act of 1973 [266-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/3/01 (gms) (Entered: 01/03/2001) |
| 01/02/2001 | 278 | MINUTE ORDER : by Judge Edward W. Nottingham. Upon review of pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, court finds dft's brief fails to comply w/ hrg, conf & trial procedures and is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
| 01/03/2001 | 279 | AMENDED MINUTE ORDER : by Judge Edward W. Nottingham re: [278-1] minute order in 1:92-cv-00870, 1:96-cv-00343, upon review of pla's [249-1] motion for partial summary judgment on violations of |

| 12/12/2000 | 270 | MAGISTRATE'S RECOMMENDATION for extension of dispo motion ddl by Magistrate Judge O. E. Schlatter concerning motion for extension of time for disc (to 8/1/01), designation of experts & dispo motions ddl (to 9/1/01) [260-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
|---|---|---|
| 12/12/2000 | 271 | ORDER by Magistrate Judge O. E. Schlatter DENYING motion to compel discovery [251-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/13/00 (former empl) (Entered: 12/13/2000) |
| 12/21/2000 | 272 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter year specified in deadlines in [270-1] MAGISTRATE'S RECOMMENDATION should be 2001 rather than 2000 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/21/00 (gms) (Entered: 12/21/2000) |
| 12/22/2000 | 273 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to 1/10/01 to reply re: motion for partial summary jgm (former empl) (Entered: 12/26/2000) |
| 12/22/2000 | 274 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for permission to submit reply brief in support of motion for sanctions (former empl) (Entered: 12/26/2000) |
| 12/26/2000 | 275 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion to extend time to 1/10/01 to reply re: motion for partial summary jgm [273-1] in 1:92-cv-00870, 1:96-cv-00343, regarding [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) entry date : 12/27/00 (former empl) (Entered: 12/27/2000) |
| 12/28/2000 | 276 | MINUTE ORDER by Judge Edward W. Nottingham GRANTING motion for permission to submit reply brief in support of motion for sanctions [274-1] in 1:92-cv-00870, 1:96-cv-00343 by 1/10/01 regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/29/00 (former empl) (Entered: 12/29/2000) |
| 01/02/2001 | 277 | MINUTE ORDER : by Judge Edward W. Nottingham striking dft's preliminary response in opposition to pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA & the rehabilitation act of 1973 [266-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/3/01 (gms) (Entered: 01/03/2001) |
| 01/02/2001 | 278 | MINUTE ORDER : by Judge Edward W. Nottingham. Upon review of pla's [249-1] motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343, court finds dft's brief fails to comply w/ hrg, conf & trial procedures and is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
| 01/03/2001 | 279 | AMENDED MINUTE ORDER : by Judge Edward W. Nottingham re: [278-1] minute order in 1:92-cv-00870, 1:96-cv-00343, upon review of pla's [249-1] motion for partial summary judgment on violations of |

| | | physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 court finds dft's brief fails to comply w/ hrg, conf & trial procedures & is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
|---|---|---|
| 01/09/2001 | 280 | Uncontested MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 (gms) (Entered: 01/10/2001) |
| 01/09/2001 | 281 | 2nd Amended MINUTE ORDER : by Judge Edward W. Nottingham regarding [279-1] minute order in 1:92-cv-00870, 1:96-cv-00343, striking pla's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/10/01 (gms) (Entered: 01/10/2001) |
| 01/11/2001 | 282 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 [280-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/16/01 (gms) (Entered: 01/16/2001) |
| 01/11/2001 | 283 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 01/16/2001) |
| 01/18/2001 | 284 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion to dismiss complaint [204-1] in 1:92-cv-00870 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/19/01 (gms) (Entered: 01/19/2001) |
| 02/13/2001 | 285 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit (former empl) (Entered: 02/14/2001) |
| 02/13/2001 | | Tendered Pla's Motion for Partial Summary Judgment submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/14/2001) |
| 02/16/2001 | 286 | RESPONSE by plaintiffs in 1:92-cv-00870 to dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/16/2001) |
| 02/16/2001 | 289 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss complaint [204-1] ; motion hearing held at 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time for disc [260-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions [265-1] in 1:92-cv-00870, |

| | | physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 court finds dft's brief fails to comply w/ hrg, conf & trial procedures & is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
|---|---|---|
| 01/09/2001 | 280 | Uncontested MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 (gms) (Entered: 01/10/2001) |
| 01/09/2001 | 281 | 2nd Amended MINUTE ORDER : by Judge Edward W. Nottingham regarding [279-1] minute order in 1:92-cv-00870, 1:96-cv-00343, striking pla's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/10/01 (gms) (Entered: 01/10/2001) |
| 01/11/2001 | 282 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 [280-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/16/01 (gms) (Entered: 01/16/2001) |
| 01/11/2001 | 283 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 01/16/2001) |
| 01/18/2001 | 284 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion to dismiss complaint [204-1] in 1:92-cv-00870 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/19/01 (gms) (Entered: 01/19/2001) |
| 02/13/2001 | 285 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit (former empl) (Entered: 02/14/2001) |
| 02/13/2001 | | Tendered Pla's Motion for Partial Summary Judgment submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/14/2001) |
| 02/16/2001 | 286 | RESPONSE by plaintiffs in 1:92-cv-00870 to dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/16/2001) |
| 02/16/2001 | 289 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss complaint [204-1] ; motion hearing held at 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time for disc [260-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions [265-1] in 1:92-cv-00870, |

| | | physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 court finds dft's brief fails to comply w/ hrg, conf & trial procedures & is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
|---|---|---|
| 01/09/2001 | 280 | Uncontested MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 (gms) (Entered: 01/10/2001) |
| 01/09/2001 | 281 | 2nd Amended MINUTE ORDER : by Judge Edward W. Nottingham regarding [279-1] minute order in 1:92-cv-00870, 1:96-cv-00343, striking pla's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/10/01 (gms) (Entered: 01/10/2001) |
| 01/11/2001 | 282 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 [280-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/16/01 (gms) (Entered: 01/16/2001) |
| 01/11/2001 | 283 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 01/16/2001) |
| 01/18/2001 | 284 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion to dismiss complaint [204-1] in 1:92-cv-00870 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/19/01 (gms) (Entered: 01/19/2001) |
| 02/13/2001 | 285 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit (former empl) (Entered: 02/14/2001) |
| 02/13/2001 | | Tendered Pla's Motion for Partial Summary Judgment submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/14/2001) |
| 02/16/2001 | 286 | RESPONSE by plaintiffs in 1:92-cv-00870 to dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/16/2001) |
| 02/16/2001 | 289 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss complaint [204-1] ; motion hearing held at 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time for disc [260-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions [265-1] in 1:92-cv-00870, |

| | | physical access as required by ADA & the Rehab Act in 1:92-cv-00870, 1:96-cv-00343 court finds dft's brief fails to comply w/ hrg, conf & trial procedures & is stricken. (cc: all counsel) ; entry date : 1/5/01 (gms) (Entered: 01/05/2001) |
|---|---|---|
| 01/09/2001 | 280 | Uncontested MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 (gms) (Entered: 01/10/2001) |
| 01/09/2001 | 281 | 2nd Amended MINUTE ORDER : by Judge Edward W. Nottingham regarding [279-1] minute order in 1:92-cv-00870, 1:96-cv-00343, striking pla's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/10/01 (gms) (Entered: 01/10/2001) |
| 01/11/2001 | 282 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file reply to dfts' resp to plas' mtn for sanctions to 1/12/01 [280-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343, regarding [248-1] motion for sanctions based on discovery violations in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/16/01 (gms) (Entered: 01/16/2001) |
| 01/11/2001 | 283 | REPLY by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response to motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343 (gms) (Entered: 01/16/2001) |
| 01/18/2001 | 284 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion to dismiss complaint [204-1] in 1:92-cv-00870 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/19/01 (gms) (Entered: 01/19/2001) |
| 02/13/2001 | 285 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit (former empl) (Entered: 02/14/2001) |
| 02/13/2001 | | Tendered Pla's Motion for Partial Summary Judgment submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/14/2001) |
| 02/16/2001 | 286 | RESPONSE by plaintiffs in 1:92-cv-00870 to dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 02/16/2001) |
| 02/16/2001 | 289 | COURTROOM MINUTES by Judge Edward W. Nottingham motion to dismiss complaint [204-1] ; motion hearing held at 11:00 2/16/01 in 1:92-cv-00870, in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time for disc [260-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion to extend time to 12/8/00 to respond to motion for partial summary jgm & motion for sanctions [265-1] in 1:92-cv-00870, |

| | | |
|---|---|---|
| | | 1:96-cv-00343 adopting [270-1] - Magistrate's recommendation, dispositive motions ddl is 9/1/01 ; entry date : 2/28/01 Court Reporter: Therese Lindblom (former empl) (Entered: 02/28/2001) |
| 02/21/2001 | 287 | MINUTE ORDER : by Judge Edward W. Nottingham ; in court hrg on pending motions set for 2:30 4/20/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 02/21/2001 | 288 | MINUTE ORDER : by Judge Edward W. Nottingham, a hearing on pending motions is scheduled for 4/20/01 at 2:30 until 3:00 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 03/07/2001 | 290 | MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to extend time to respond to resubmission of pla's motion for partial sum jgm , and/or for briefing schedule (former empl) (Entered: 03/09/2001) |
| 03/15/2001 | 291 | MINUTE ORDER : by Judge Edward W. Nottingham granting in part dft's motion to extend time to respond to resubmission of pla's motion for partial sum jgm [0-1] in 1:96-cv-00343, 1:92-cv-00870, granting in part dft's motion for briefing schedule [0-2], Dfts shall respond to motion for partial sum jgm by 3/27/01 in 1:96-cv-00343, 1:92-cv-00870 (cc: all counsel) ; entry date : 3/16/01 (former empl) (Entered: 03/16/2001) |
| 03/26/2001 | 292 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm (lam) (Entered: 03/27/2001) |
| 03/28/2001 | 293 | Uncontested MOTION by defendants' to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm (former empl) (Entered: 03/29/2001) |
| 03/28/2001 | 294 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying as moot dft's motion for protective order concerning deposition of Tom Deniston [192-1], with leave to re-file if necessary. Dfts report that plas have not made further efforts to depose Mr. Deniston in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/01 (former empl) Modified on 12/28/2001 (Entered: 03/29/2001) |
| 03/28/2001 | 295 | Preliminary RESPONSE in Opposition by defendant in 1:92-cv-00870 to "resubmission" of plaintiff's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (resubmitted motion has not been filed to date) (oversized document, placed in exhibit room) (former empl) (Entered: 03/30/2001) |
| 03/29/2001 | 296 | ORDER Concerning Plaintiff's Motion to Compel by Magistrate Judge O. E. Schlatter granting in part pla's motion to compel discovery [200-1] in 1:92-cv-00870, Dft shall produce by 4/17/01 the revised plans for the planned DOC Facility at Trinidad, subject to the protective order already in place; the dfts shall produce by 4/17/01 an updated list of current DOC inmates who suffer from disabilities that would make them members of the class in this case. However, if the dfts feel that compilation of this information subjects them to an undue burden, they may file a motion to |

| | | |
|---|---|---|
| | | 1:96-cv-00343 adopting [270-1] - Magistrate's recommendation, dispositive motions ddl is 9/1/01 ; entry date : 2/28/01 Court Reporter: Therese Lindblom (former empl) (Entered: 02/28/2001) |
| 02/21/2001 | 287 | MINUTE ORDER : by Judge Edward W. Nottingham ; in court hrg on pending motions set for 2:30 4/20/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 02/21/2001 | 288 | MINUTE ORDER : by Judge Edward W. Nottingham, a hearing on pending motions is scheduled for 4/20/01 at 2:30 until 3:00 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 03/07/2001 | 290 | MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to extend time to respond to resubmission of pla's motion for partial sum jgm , and/or for briefing schedule (former empl) (Entered: 03/09/2001) |
| 03/15/2001 | 291 | MINUTE ORDER : by Judge Edward W. Nottingham granting in part dft's motion to extend time to respond to resubmission of pla's motion for partial sum jgm [0-1] in 1:96-cv-00343, 1:92-cv-00870, granting in part dft's motion for briefing schedule [0-2], Dfts shall respond to motion for partial sum jgm by 3/27/01 in 1:96-cv-00343, 1:92-cv-00870 (cc: all counsel) ; entry date : 3/16/01 (former empl) (Entered: 03/16/2001) |
| 03/26/2001 | 292 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm (lam) (Entered: 03/27/2001) |
| 03/28/2001 | 293 | Uncontested MOTION by defendants' to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm (former empl) (Entered: 03/29/2001) |
| 03/28/2001 | 294 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying as moot dft's motion for protective order concerning deposition of Tom Deniston [192-1], with leave to re-file if necessary. Dfts report that plas have not made further efforts to depose Mr. Deniston in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/01 (former empl) Modified on 12/28/2001 (Entered: 03/29/2001) |
| 03/28/2001 | 295 | Preliminary RESPONSE in Opposition by defendant in 1:92-cv-00870 to "resubmission" of plaintiff's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (resubmitted motion has not been filed to date) (oversized document, placed in exhibit room) (former empl) (Entered: 03/30/2001) |
| 03/29/2001 | 296 | ORDER Concerning Plaintiff's Motion to Compel by Magistrate Judge O. E. Schlatter granting in part pla's motion to compel discovery [200-1] in 1:92-cv-00870, Dft shall produce by 4/17/01 the revised plans for the planned DOC Facility at Trinidad, subject to the protective order already in place; the dfts shall produce by 4/17/01 an updated list of current DOC inmates who suffer from disabilities that would make them members of the class in this case. However, if the dfts feel that compilation of this information subjects them to an undue burden, they may file a motion to |

| | | |
|---|---|---|
| | | 1:96-cv-00343 adopting [270-1] - Magistrate's recommendation, dispositive motions ddl is 9/1/01 ; entry date : 2/28/01 Court Reporter: Therese Lindblom (former empl) (Entered: 02/28/2001) |
| 02/21/2001 | 287 | MINUTE ORDER : by Judge Edward W. Nottingham ; in court hrg on pending motions set for 2:30 4/20/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 02/21/2001 | 288 | MINUTE ORDER : by Judge Edward W. Nottingham, a hearing on pending motions is scheduled for 4/20/01 at 2:30 until 3:00 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 03/07/2001 | 290 | MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to extend time to respond to resubmission of pla's motion for partial sum jgm , and/or for briefing schedule (former empl) (Entered: 03/09/2001) |
| 03/15/2001 | 291 | MINUTE ORDER : by Judge Edward W. Nottingham granting in part dft's motion to extend time to respond to resubmission of pla's motion for partial sum jgm [0-1] in 1:96-cv-00343, 1:92-cv-00870, granting in part dft's motion for briefing schedule [0-2], Dfts shall respond to motion for partial sum jgm by 3/27/01 in 1:96-cv-00343, 1:92-cv-00870 (cc: all counsel) ; entry date : 3/16/01 (former empl) (Entered: 03/16/2001) |
| 03/26/2001 | 292 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm (lam) (Entered: 03/27/2001) |
| 03/28/2001 | 293 | Uncontested MOTION by defendants' to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm (former empl) (Entered: 03/29/2001) |
| 03/28/2001 | 294 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying as moot dft's motion for protective order concerning deposition of Tom Deniston [192-1], with leave to re-file if necessary. Dfts report that plas have not made further efforts to depose Mr. Deniston in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/01 (former empl) Modified on 12/28/2001 (Entered: 03/29/2001) |
| 03/28/2001 | 295 | Preliminary RESPONSE in Opposition by defendant in 1:92-cv-00870 to "resubmission" of plaintiff's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (resubmitted motion has not been filed to date) (oversized document, placed in exhibit room) (former empl) (Entered: 03/30/2001) |
| 03/29/2001 | 296 | ORDER Concerning Plaintiff's Motion to Compel by Magistrate Judge O. E. Schlatter granting in part pla's motion to compel discovery [200-1] in 1:92-cv-00870, Dft shall produce by 4/17/01 the revised plans for the planned DOC Facility at Trinidad, subject to the protective order already in place; the dfts shall produce by 4/17/01 an updated list of current DOC inmates who suffer from disabilities that would make them members of the class in this case. However, if the dfts feel that compilation of this information subjects them to an undue burden, they may file a motion to |

| | | 1:96-cv-00343 adopting [270-1] - Magistrate's recommendation, dispositive motions ddl is 9/1/01 ; entry date : 2/28/01 Court Reporter: Therese Lindblom (former empl) (Entered: 02/28/2001) |
|---|---|---|
| 02/21/2001 | 287 | MINUTE ORDER : by Judge Edward W. Nottingham ; in court hrg on pending motions set for 2:30 4/20/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 02/21/2001 | 288 | MINUTE ORDER : by Judge Edward W. Nottingham, a hearing on pending motions is scheduled for 4/20/01 at 2:30 until 3:00 (cc: all counsel) ; entry date : 2/26/01 (former empl) (Entered: 02/26/2001) |
| 03/07/2001 | 290 | MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to extend time to respond to resubmission of pla's motion for partial sum jgm , and/or for briefing schedule (former empl) (Entered: 03/09/2001) |
| 03/15/2001 | 291 | MINUTE ORDER : by Judge Edward W. Nottingham granting in part dft's motion to extend time to respond to resubmission of pla's motion for partial sum jgm [0-1] in 1:96-cv-00343, 1:92-cv-00870, granting in part dft's motion for briefing schedule [0-2], Dfts shall respond to motion for partial sum jgm by 3/27/01 in 1:96-cv-00343, 1:92-cv-00870 (cc: all counsel) ; entry date : 3/16/01 (former empl) (Entered: 03/16/2001) |
| 03/26/2001 | 292 | Uncontested MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm (lam) (Entered: 03/27/2001) |
| 03/28/2001 | 293 | Uncontested MOTION by defendants' to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm (former empl) (Entered: 03/29/2001) |
| 03/28/2001 | 294 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter denying as moot dft's motion for protective order concerning deposition of Tom Deniston [192-1], with leave to re-file if necessary. Dfts report that plas have not made further efforts to depose Mr. Deniston in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 3/29/01 (former empl) Modified on 12/28/2001 (Entered: 03/29/2001) |
| 03/28/2001 | 295 | Preliminary RESPONSE in Opposition by defendant in 1:92-cv-00870 to "resubmission" of plaintiff's motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (resubmitted motion has not been filed to date) (oversized document, placed in exhibit room) (former empl) (Entered: 03/30/2001) |
| 03/29/2001 | 296 | ORDER Concerning Plaintiff's Motion to Compel by Magistrate Judge O. E. Schlatter granting in part pla's motion to compel discovery [200-1] in 1:92-cv-00870, Dft shall produce by 4/17/01 the revised plans for the planned DOC Facility at Trinidad, subject to the protective order already in place; the dfts shall produce by 4/17/01 an updated list of current DOC inmates who suffer from disabilities that would make them members of the class in this case. However, if the dfts feel that compilation of this information subjects them to an undue burden, they may file a motion to |

| | | |
|---|---|---|
| | | reconsider this portion of this Order, based on this undue burden. Any such motion must be filed by 4/17/01, and any response must be filed by 4/26/01, The pla's motion to compel otherwise is denied, including the pla's requests for sanctions. The plas have filed a separate Motion for Sanctions concerning the dfts alleged non-compliance with their discovery obligations. The issue of sanctions is more appropriately addressed in that Motion. (cc: all counsel) ; entry date : 3/30/01 (former empl) (Entered: 03/30/2001) |
| 03/30/2001 | 297 | ORDER by Judge Edward W. Nottingham denying dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/2/01 (former empl) (Entered: 04/02/2001) |
| 04/06/2001 | 298 | MOTION by plaintiffs in 1:92-cv-00870, in 1:96-cv-00343 for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) (former empl) (Entered: 04/09/2001) |
| 04/09/2001 | 299 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to exceed page limitation on reply to pla's motion for partial sum jgm (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | | Tendered Reply to Defendants' preliminary response in opposition submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343, re: motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | 300 | MINUTE ORDER : by Judge Edward W. Nottingham granting dft's motion to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm [293-1] in 1:92-cv-00870, 1:96-cv-00343, granting dft's motion to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm [292-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/01 (former empl) (Entered: 04/10/2001) |
| 04/16/2001 | 301 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) [298-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/17/01 (former empl) (Entered: 04/17/2001) |
| 04/16/2001 | 302 | Renewed MOTION by defendants in 1:92-cv-00870 to compel response to discovery request , and for sanctions (former empl) Modified on 08/15/2001 (Entered: 04/17/2001) |
| 04/16/2001 | 303 | REPLY by plaintiffs in 1:92-cv-00870 to dft's response to motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act |

| | | |
|---|---|---|
| | | reconsider this portion of this Order, based on this undue burden. Any such motion must be filed by 4/17/01, and any response must be filed by 4/26/01, The pla's motion to compel otherwise is denied, including the pla's requests for sanctions. The plas have filed a separate Motion for Sanctions concerning the dfts alleged non-compliance with their discovery obligations. The issue of sanctions is more appropriately addressed in that Motion. (cc: all counsel) ; entry date : 3/30/01 (former empl) (Entered: 03/30/2001) |
| 03/30/2001 | 297 | ORDER by Judge Edward W. Nottingham denying dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/2/01 (former empl) (Entered: 04/02/2001) |
| 04/06/2001 | 298 | MOTION by plaintiffs in 1:92-cv-00870, in 1:96-cv-00343 for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) (former empl) (Entered: 04/09/2001) |
| 04/09/2001 | 299 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to exceed page limitation on reply to pla's motion for partial sum jgm (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | | Tendered Reply to Defendants' preliminary response in opposition submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343, re: motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | 300 | MINUTE ORDER : by Judge Edward W. Nottingham granting dft's motion to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm [293-1] in 1:92-cv-00870, 1:96-cv-00343, granting dft's motion to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm [292-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/01 (former empl) (Entered: 04/10/2001) |
| 04/16/2001 | 301 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) [298-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/17/01 (former empl) (Entered: 04/17/2001) |
| 04/16/2001 | 302 | Renewed MOTION by defendants in 1:92-cv-00870 to compel response to discovery request , and for sanctions (former empl) Modified on 08/15/2001 (Entered: 04/17/2001) |
| 04/16/2001 | 303 | REPLY by plaintiffs in 1:92-cv-00870 to dft's response to motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act |

| | | reconsider this portion of this Order, based on this undue burden. Any such motion must be filed by 4/17/01, and any response must be filed by 4/26/01, The pla's motion to compel otherwise is denied, including the pla's requests for sanctions. The plas have filed a separate Motion for Sanctions concerning the dfts alleged non-compliance with their discovery obligations. The issue of sanctions is more appropriately addressed in that Motion. (cc: all counsel) ; entry date : 3/30/01 (former empl) (Entered: 03/30/2001) |
|---|---|---|
| 03/30/2001 | 297 | ORDER by Judge Edward W. Nottingham denying dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/2/01 (former empl) (Entered: 04/02/2001) |
| 04/06/2001 | 298 | MOTION by plaintiffs in 1:92-cv-00870, in 1:96-cv-00343 for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) (former empl) (Entered: 04/09/2001) |
| 04/09/2001 | 299 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to exceed page limitation on reply to pla's motion for partial sum jgm (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | | Tendered Reply to Defendants' preliminary response in opposition submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343, re: motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | 300 | MINUTE ORDER : by Judge Edward W. Nottingham granting dft's motion to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm [293-1] in 1:92-cv-00870, 1:96-cv-00343, granting dft's motion to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm [292-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/01 (former empl) (Entered: 04/10/2001) |
| 04/16/2001 | 301 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) [298-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/17/01 (former empl) (Entered: 04/17/2001) |
| 04/16/2001 | 302 | Renewed MOTION by defendants in 1:92-cv-00870 to compel response to discovery request , and for sanctions (former empl) Modified on 08/15/2001 (Entered: 04/17/2001) |
| 04/16/2001 | 303 | REPLY by plaintiffs in 1:92-cv-00870 to dft's response to motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act |

| | | reconsider this portion of this Order, based on this undue burden. Any such motion must be filed by 4/17/01, and any response must be filed by 4/26/01, The pla's motion to compel otherwise is denied, including the pla's requests for sanctions. The plas have filed a separate Motion for Sanctions concerning the dfts alleged non-compliance with their discovery obligations. The issue of sanctions is more appropriately addressed in that Motion. (cc: all counsel) ; entry date : 3/30/01 (former empl) (Entered: 03/30/2001) |
|---|---|---|
| 03/30/2001 | 297 | ORDER by Judge Edward W. Nottingham denying dft's motion to dismiss complaint [204-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/2/01 (former empl) (Entered: 04/02/2001) |
| 04/06/2001 | 298 | MOTION by plaintiffs in 1:92-cv-00870, in 1:96-cv-00343 for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) (former empl) (Entered: 04/09/2001) |
| 04/09/2001 | 299 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to exceed page limitation on reply to pla's motion for partial sum jgm (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | | Tendered Reply to Defendants' preliminary response in opposition submitted by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 re: motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343, re: motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/10/2001) |
| 04/09/2001 | 300 | MINUTE ORDER : by Judge Edward W. Nottingham granting dft's motion to exceed page limitation to respond to resubmission of pla's motion for partial sum jgm [293-1] in 1:92-cv-00870, 1:96-cv-00343, granting dft's motion to extend time to 3/28/01 to respond to resubmission of plas' mtn for partial sum jgm [292-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/10/01 (former empl) (Entered: 04/10/2001) |
| 04/16/2001 | 301 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to file reply to dft's preliminary response in opposition to resubmission of pla's motion for partial sum jgm on violations of physicial accessibiltiy as required by ADA and the Rehabilitation Act of 1973 and Dft's request pursuant to FRCP 56(f) [298-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/17/01 (former empl) (Entered: 04/17/2001) |
| 04/16/2001 | 302 | Renewed MOTION by defendants in 1:92-cv-00870 to compel response to discovery request , and for sanctions (former empl) Modified on 08/15/2001 (Entered: 04/17/2001) |
| 04/16/2001 | 303 | REPLY by plaintiffs in 1:92-cv-00870 to dft's response to motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act |

| | | |
|---|---|---|
| | | of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/18/2001) |
| 04/17/2001 | 304 | Uncontested MOTION by defendants in 1:92-cv-00870 to extend time to produce documents until 4/24/01 (former empl) Modified on 08/15/2001 (Entered: 04/18/2001) |
| 04/18/2001 | 305 | MOTION by plaintiff in 1:92-cv-00870 to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 (supplement is an attachment of the motion to supplement) (former empl) Modified on 07/27/2001 (Entered: 04/19/2001) |
| 04/18/2001 | 306 | Clarification (SUPPLEMENT) by defendants in 1:92-cv-00870 to their motion to extend time to produce documents [304-1] in 1:92-cv-00870, Dft's stated in original order that their motion was uncontested when in fact it is contested (former empl) (Entered: 04/19/2001) |
| 04/20/2001 | 307 | MOTION by defendants to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 308 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 309 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 310 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 312 | COURTROOM MINUTES by Judge Edward W. Nottingham granting pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343, The court finds that the facts demonstrate a pattern by the defendants to deliberately withhold a number of documents directly pertinent to this litigation. These documents clearly should have been disclosed as they could be construed, at the very least, to be implicit admissions. Pla's counsel was forced to obtain them independently from |

| | | of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/18/2001) |
|---|---|---|
| 04/17/2001 | 304 | Uncontested MOTION by defendants in 1:92-cv-00870 to extend time to produce documents until 4/24/01 (former empl) Modified on 08/15/2001 (Entered: 04/18/2001) |
| 04/18/2001 | 305 | MOTION by plaintiff in 1:92-cv-00870 to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 (supplement is an attachment of the motion to supplement) (former empl) Modified on 07/27/2001 (Entered: 04/19/2001) |
| 04/18/2001 | 306 | Clarification (SUPPLEMENT) by defendants in 1:92-cv-00870 to their motion to extend time to produce documents [304-1] in 1:92-cv-00870, Dft's stated in original order that their motion was uncontested when in fact it is contested (former empl) (Entered: 04/19/2001) |
| 04/20/2001 | 307 | MOTION by defendants to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 308 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 309 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 310 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 312 | COURTROOM MINUTES by Judge Edward W. Nottingham granting pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343, The court finds that the facts demonstrate a pattern by the defendants to deliberately withhold a number of documents directly pertinent to this litigation. These documents clearly should have been disclosed as they could be construed, at the very least, to be implicit admissions. Pla's counsel was forced to obtain them independently from |

| | | |
|---|---|---|
| | | of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/18/2001) |
| 04/17/2001 | 304 | Uncontested MOTION by defendants in 1:92-cv-00870 to extend time to produce documents until 4/24/01 (former empl) Modified on 08/15/2001 (Entered: 04/18/2001) |
| 04/18/2001 | 305 | MOTION by plaintiff in 1:92-cv-00870 to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 (supplement is an attachment of the motion to supplement) (former empl) Modified on 07/27/2001 (Entered: 04/19/2001) |
| 04/18/2001 | 306 | Clarification (SUPPLEMENT) by defendants in 1:92-cv-00870 to their motion to extend time to produce documents [304-1] in 1:92-cv-00870, Dft's stated in original order that their motion was uncontested when in fact it is contested (former empl) (Entered: 04/19/2001) |
| 04/20/2001 | 307 | MOTION by defendants to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 308 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 309 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 310 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 312 | COURTROOM MINUTES by Judge Edward W. Nottingham granting pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343, The court finds that the facts demonstrate a pattern by the defendants to deliberately withhold a number of documents directly pertinent to this litigation. These documents clearly should have been disclosed as they could be construed, at the very least, to be implicit admissions. Pla's counsel was forced to obtain them independently from |

| | | |
|---|---|---|
| | | of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/18/2001) |
| 04/17/2001 | 304 | Uncontested MOTION by defendants in 1:92-cv-00870 to extend time to produce documents until 4/24/01 (former empl) Modified on 08/15/2001 (Entered: 04/18/2001) |
| 04/18/2001 | 305 | MOTION by plaintiff in 1:92-cv-00870 to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 (supplement is an attachment of the motion to supplement) (former empl) Modified on 07/27/2001 (Entered: 04/19/2001) |
| 04/18/2001 | 306 | Clarification (SUPPLEMENT) by defendants in 1:92-cv-00870 to their motion to extend time to produce documents [304-1] in 1:92-cv-00870, Dft's stated in original order that their motion was uncontested when in fact it is contested (former empl) (Entered: 04/19/2001) |
| 04/20/2001 | 307 | MOTION by defendants to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 308 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion to exceed page limitation on reply to pla's motion for partial sum jgm [299-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 309 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 310 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 4/23/01 (former empl) (Entered: 04/23/2001) |
| 04/20/2001 | 312 | COURTROOM MINUTES by Judge Edward W. Nottingham granting pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870, 1:96-cv-00343, The court finds that the facts demonstrate a pattern by the defendants to deliberately withhold a number of documents directly pertinent to this litigation. These documents clearly should have been disclosed as they could be construed, at the very least, to be implicit admissions. Pla's counsel was forced to obtain them independently from |

| | | the process of discovery in this litigation. The disclosure obligations of the Federal Rules of Civil Procedure in effect since 12/1/93 have been adopted by this court and were applicable to this case.; Under FRCP 37(c)(2), dfts shall not be permitted to use any of the docs attached as exhibits to pla's motion for sanctions and Exhibits Q - Z to pla's motion for partial sum jgm, as evidence at the trial, any further hearings or motion, and shall be prohibited from using any witness or information that were disclosed in the docs. The court may as well impose any of the sanctions permitted under subparagraphs A,C and C of subpart (b)(2) of Rule 37, and may include informing the jury of the failure to disclose. The court will impose an award for attorney's fees. The court will proceed under Rule 54(d), the pla's will be permitted to attempt to quantify the fees, and dfts will be permitted to respond. Pla have 14 days to file their motion. Dfts are also prohibited from establishing anything which is contrary to the finds of A.B.O. Copland, the architectural firm which produced the complaince report. Any defense expert witness must be consistent with A.B.O.'s findings, as well as any dft's lay witness. Denying motion to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 [307-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] in 1:92-cv-00870, 1:96-cv-00343, referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [302-1] in 1:92-cv-00870, 1:96-cv-00343, Dfts are permitted to file a sur-response to the Motion for Partial Sum Jgm, Dft's motion to vacate hearing, filed 4/20/01 is denied, dft's will instead be provided an opportunity to respond; entry date : 4/26/01 Court Reporter: Paul Zuckerman (former empl) (Entered: 04/26/2001) |
| 04/20/2001 | 313 | EXHIBITS re: maps tendered at 4/20/01 hearing (minutes [312-1]) in 1:92-cv-00870 (former empl) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | Resubmitted MOTION by plaintiffs in 1:92-cv-00870 for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 (doc filed out of sequence, correcting error in docketing) (pap) (Entered: 07/27/2001) |
| 04/23/2001 | 311 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [304-1] dft's motion to extend time to produce documents in 1:92-cv-00870, 1:96-cv-00343, pla's shall have until 4/30/01 to file a response (cc: all counsel) ; entry date : 4/24/01 (former empl) (Entered: 04/24/2001) |
| 04/30/2001 | 314 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to dft's motion to compel discovery [302-1] motion for sanctions [302-2] (former empl) |

| | | the process of discovery in this litigation. The disclosure obligations of the Federal Rules of Civil Procedure in effect since 12/1/93 have been adopted by this court and were applicable to this case.; Under FRCP 37(c)(2), dfts shall not be permitted to use any of the docs attached as exhibits to pla's motion for sanctions and Exhibits Q - Z to pla's motion for partial sum jgm, as evidence at the trial, any further hearings or motion, and shall be prohibited from using any witness or information that were disclosed in the docs. The court may as well impose any of the sanctions permitted under subparagraphs A,C and C of subpart (b)(2) of Rule 37, and may include informing the jury of the failure to disclose. The court will impose an award for attorney's fees. The court will proceed under Rule 54(d), the pla's will be permitted to attempt to quantify the fees, and dfts will be permitted to respond. Pla have 14 days to file their motion. Dfts are also prohibited from establishing anything which is contrary to the finds of A.B.O. Copland, the architectural firm which produced the complaince report. Any defense expert witness must be consistent with A.B.O.'s findings, as well as any dft's lay witness. Denying motion to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 [307-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] in 1:92-cv-00870, 1:96-cv-00343, referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [302-1] in 1:92-cv-00870, 1:96-cv-00343, Dfts are permitted to file a sur-response to the Motion for Partial Sum Jgm, Dft's motion to vacate hearing, filed 4/20/01 is denied, dft's will instead be provided an opportunity to respond; entry date : 4/26/01 Court Reporter: Paul Zuckerman (former empl) (Entered: 04/26/2001) |
| 04/20/2001 | 313 | EXHIBITS re: maps tendered at 4/20/01 hearing (minutes [312-1]) in 1:92-cv-00870 (former empl) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | Resubmitted MOTION by plaintiffs in 1:92-cv-00870 for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 (doc filed out of sequence, correcting error in docketing) (pap) (Entered: 07/27/2001) |
| 04/23/2001 | 311 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [304-1] dft's motion to extend time to produce documents in 1:92-cv-00870, 1:96-cv-00343, pla's shall have until 4/30/01 to file a response (cc: all counsel) ; entry date : 4/24/01 (former empl) (Entered: 04/24/2001) |
| 04/30/2001 | 314 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to dft's motion to compel discovery [302-1] motion for sanctions [302-2] (former empl) |

| | | |
|---|---|---|
| | | the process of discovery in this litigation. The disclosure obligations of the Federal Rules of Civil Procedure in effect since 12/1/93 have been adopted by this court and were applicable to this case.; Under FRCP 37(c)(2), dfts shall not be permitted to use any of the docs attached as exhibits to pla's motion for sanctions and Exhibits Q - Z to pla's motion for partial sum jgm, as evidence at the trial, any further hearings or motion, and shall be prohibited from using any witness or information that were disclosed in the docs. The court may as well impose any of the sanctions permitted under subparagraphs A,C and C of subpart (b)(2) of Rule 37, and may include informing the jury of the failure to disclose. The court will impose an award for attorney's fees. The court will proceed under Rule 54(d), the pla's will be permitted to attempt to quantify the fees, and dfts will be permitted to respond. Pla have 14 days to file their motion. Dfts are also prohibited from establishing anything which is contrary to the finds of A.B.O. Copland, the architectural firm which produced the complaince report. Any defense expert witness must be consistent with A.B.O.'s findings, as well as any dft's lay witness. Denying motion to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 [307-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] in 1:92-cv-00870, 1:96-cv-00343, referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [302-1] in 1:92-cv-00870, 1:96-cv-00343, Dfts are permitted to file a sur-response to the Motion for Partial Sum Jgm, Dft's motion to vacate hearing, filed 4/20/01 is denied, dft's will instead be provided an opportunity to respond; entry date : 4/26/01 Court Reporter: Paul Zuckerman (former empl) (Entered: 04/26/2001) |
| 04/20/2001 | 313 | EXHIBITS re: maps tendered at 4/20/01 hearing (minutes [312-1]) in 1:92-cv-00870 (former empl) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | Resubmitted MOTION by plaintiffs in 1:92-cv-00870 for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 (doc filed out of sequence, correcting error in docketing) (pap) (Entered: 07/27/2001) |
| 04/23/2001 | 311 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [304-1] dft's motion to extend time to produce documents in 1:92-cv-00870, 1:96-cv-00343, pla's shall have until 4/30/01 to file a response (cc: all counsel) ; entry date : 4/24/01 (former empl) (Entered: 04/24/2001) |
| 04/30/2001 | 314 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to dft's motion to compel discovery [302-1] motion for sanctions [302-2] (former empl) |

the process of discovery in this litigation. The disclosure obligations of the Federal Rules of Civil Procedure in effect since 12/1/93 have been adopted by this court and were applicable to this case.; Under FRCP 37(c)(2), dfts shall not be permitted to use any of the docs attached as exhibits to pla's motion for sanctions and Exhibits Q - Z to pla's motion for partial sum jgm, as evidence at the trial, any further hearings or motion, and shall be prohibited from using any witness or information that were disclosed in the docs. The court may as well impose any of the sanctions permitted under subparagraphs A,C and C of subpart (b)(2) of Rule 37, and may include informing the jury of the failure to disclose. The court will impose an award for attorney's fees. The court will proceed under Rule 54(d), the pla's will be permitted to attempt to quantify the fees, and dfts will be permitted to respond. Pla have 14 days to file their motion. Dfts are also prohibited from establishing anything which is contrary to the finds of A.B.O. Copland, the architectural firm which produced the complaince report. Any defense expert witness must be consistent with A.B.O.'s findings, as well as any dft's lay witness. Denying motion to strike pla's motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] [305-1] in 1:92-cv-00870 [307-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion to supplement pla's motion for partial sum jgm (re: motion for leave to resubmit pla's motion for partial sum jgm on violations of physical accessibility as required by the ADA and the Rehabilitation Act of 1973 and to exceed page limit [285-1] in 1:92-cv-00870) and pla's motion for sanctions based on discovery violations [248-1] in 1:92-cv-00870 [305-1] in 1:92-cv-00870, 1:96-cv-00343, referring to Magistrate Judge O. E. Schlatter the motion to compel discovery [302-1] in 1:92-cv-00870, 1:96-cv-00343, Dfts are permitted to file a sur-response to the Motion for Partial Sum Jgm, Dft's motion to vacate hearing, filed 4/20/01 is denied, dft's will instead be provided an opportunity to respond; entry date : 4/26/01 Court Reporter: Paul Zuckerman (former empl) (Entered: 04/26/2001)

| | | |
|---|---|---|
| 04/20/2001 | 313 | EXHIBITS re: maps tendered at 4/20/01 hearing (minutes [312-1]) in 1:92-cv-00870 (former empl) (Entered: 04/27/2001) |
| 04/20/2001 | 349 | Resubmitted MOTION by plaintiffs in 1:92-cv-00870 for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 (doc filed out of sequence, correcting error in docketing) (pap) (Entered: 07/27/2001) |
| 04/23/2001 | 311 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [304-1] dft's motion to extend time to produce documents in 1:92-cv-00870, 1:96-cv-00343, pla's shall have until 4/30/01 to file a response (cc: all counsel) ; entry date : 4/24/01 (former empl) (Entered: 04/24/2001) |
| 04/30/2001 | 314 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to dft's motion to compel discovery [302-1] motion for sanctions [302-2] (former empl) |

| | | (Entered: 05/01/2001) |
|---|---|---|
| 04/30/2001 | 315 | RESPONSE by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to dft's motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/01/2001) |
| 05/02/2001 | 316 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to extend time to file fee petition until 5/16/01 (former empl) (Entered: 05/03/2001) |
| 05/09/2001 | 317 | Uncontested MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm (former empl) (Entered: 05/10/2001) |
| 05/15/2001 | 318 | MINUTE ORDER : by Judge Edward W. Nottingham granting dfts' motion for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm [317-1] in 1:92-cv-00870, Dfts' response shall be filed by 5/25/01, 1:96-cv-00343 (cc: all counsel) entry date : 5/16/01 (pap) (Entered: 05/16/2001) |
| 05/15/2001 | 320 | TRANSCRIPT of Hearing on Motion for Sanction on 4/20/01 before Judge Nottingham ( pages: 54) Prepared By: Paul A. Zuckerman (certified copy) (pap) Modified on 12/28/2001 (Entered: 05/17/2001) |
| 05/16/2001 | 319 | Fee Petition (MOTION) by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (for sanctions) pursuant to court's order regarding discovery violations (pap) (Entered: 05/17/2001) |
| 05/18/2001 | 321 | MINUTE ORDER : by Judge Edward W. Nottingham granting plas' motion to extend time to file fee petition until 5/16/01 [316-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 5/21/01 (pap) (Entered: 05/21/2001) |
| 05/24/2001 | 322 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; scheduling conf/rule 16 conference set for 9:45 6/12/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/01 (pap) (Entered: 05/25/2001) |
| 05/25/2001 | 323 | Uncontested MOTION by defendants in 1:92-cv-00870 for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 (pap) (Entered: 05/29/2001) |
| 05/31/2001 | 324 | SUPPLEMENT response in opposition by defendants in 1:92-cv-00870, defendant in 1:96-cv-00343 to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870 (pap) (Entered: 06/01/2001) |
| 06/12/2001 | 325 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, dfts have until 6/18/01 to respond 1:96-cv-00343 ; rule 16 conf held on 6/12/01 ; discovery ddl set 9/1/01 in 1:92-cv-00870, in 1:96-cv-00343 ; preliminary pretrial (status) conf set for 9:45 11/14/01 in 1:92-cv-00870, in 1:96-cv-00343 ; dfts shall provide their Rule 26(a) disclosures by 7/1/01. Proposed scheduling order is due by |

| | | (Entered: 05/01/2001) |
|---|---|---|
| 04/30/2001 | 315 | RESPONSE by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to dft's motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/01/2001) |
| 05/02/2001 | 316 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to extend time to file fee petition until 5/16/01 (former empl) (Entered: 05/03/2001) |
| 05/09/2001 | 317 | Uncontested MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm (former empl) (Entered: 05/10/2001) |
| 05/15/2001 | 318 | MINUTE ORDER : by Judge Edward W. Nottingham granting dfts' motion for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm [317-1] in 1:92-cv-00870, Dfts' response shall be filed by 5/25/01, 1:96-cv-00343 (cc: all counsel) entry date : 5/16/01 (pap) (Entered: 05/16/2001) |
| 05/15/2001 | 320 | TRANSCRIPT of Hearing on Motion for Sanction on 4/20/01 before Judge Nottingham ( pages: 54) Prepared By: Paul A. Zuckerman (certified copy) (pap) Modified on 12/28/2001 (Entered: 05/17/2001) |
| 05/16/2001 | 319 | Fee Petition (MOTION) by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (for sanctions) pursuant to court's order regarding discovery violations (pap) (Entered: 05/17/2001) |
| 05/18/2001 | 321 | MINUTE ORDER : by Judge Edward W. Nottingham granting plas' motion to extend time to file fee petition until 5/16/01 [316-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 5/21/01 (pap) (Entered: 05/21/2001) |
| 05/24/2001 | 322 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; scheduling conf/rule 16 conference set for 9:45 6/12/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/01 (pap) (Entered: 05/25/2001) |
| 05/25/2001 | 323 | Uncontested MOTION by defendants in 1:92-cv-00870 for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 (pap) (Entered: 05/29/2001) |
| 05/31/2001 | 324 | SUPPLEMENT response in opposition by defendants in 1:92-cv-00870, defendant in 1:96-cv-00343 to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870 (pap) (Entered: 06/01/2001) |
| 06/12/2001 | 325 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, dfts have until 6/18/01 to respond 1:96-cv-00343 ; rule 16 conf held on 6/12/01 ; discovery ddl set 9/1/01 in 1:92-cv-00870, in 1:96-cv-00343 ; preliminary pretrial (status) conf set for 9:45 11/14/01 in 1:92-cv-00870, in 1:96-cv-00343 ; dfts shall provide their Rule 26(a) disclosures by 7/1/01. Proposed scheduling order is due by |

| | | (Entered: 05/01/2001) |
|---|---|---|
| 04/30/2001 | 315 | RESPONSE by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to dft's motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/01/2001) |
| 05/02/2001 | 316 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to extend time to file fee petition until 5/16/01 (former empl) (Entered: 05/03/2001) |
| 05/09/2001 | 317 | Uncontested MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm (former empl) (Entered: 05/10/2001) |
| 05/15/2001 | 318 | MINUTE ORDER : by Judge Edward W. Nottingham granting dfts' motion for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm [317-1] in 1:92-cv-00870, Dfts' response shall be filed by 5/25/01, 1:96-cv-00343 (cc: all counsel) entry date : 5/16/01 (pap) (Entered: 05/16/2001) |
| 05/15/2001 | 320 | TRANSCRIPT of Hearing on Motion for Sanction on 4/20/01 before Judge Nottingham ( pages: 54) Prepared By: Paul A. Zuckerman (certified copy) (pap) Modified on 12/28/2001 (Entered: 05/17/2001) |
| 05/16/2001 | 319 | Fee Petition (MOTION) by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (for sanctions) pursuant to court's order regarding discovery violations (pap) (Entered: 05/17/2001) |
| 05/18/2001 | 321 | MINUTE ORDER : by Judge Edward W. Nottingham granting plas' motion to extend time to file fee petition until 5/16/01 [316-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 5/21/01 (pap) (Entered: 05/21/2001) |
| 05/24/2001 | 322 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; scheduling conf/rule 16 conference set for 9:45 6/12/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/01 (pap) (Entered: 05/25/2001) |
| 05/25/2001 | 323 | Uncontested MOTION by defendants in 1:92-cv-00870 for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 (pap) (Entered: 05/29/2001) |
| 05/31/2001 | 324 | SUPPLEMENT response in opposition by defendants in 1:92-cv-00870, defendant in 1:96-cv-00343 to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870 (pap) (Entered: 06/01/2001) |
| 06/12/2001 | 325 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, dfts have until 6/18/01 to respond 1:96-cv-00343 ; rule 16 conf held on 6/12/01 ; discovery ddl set 9/1/01 in 1:92-cv-00870, in 1:96-cv-00343 ; preliminary pretrial (status) conf set for 9:45 11/14/01 in 1:92-cv-00870, in 1:96-cv-00343 ; dfts shall provide their Rule 26(a) disclosures by 7/1/01. Proposed scheduling order is due by |

| | | (Entered: 05/01/2001) |
|---|---|---|
| 04/30/2001 | 315 | RESPONSE by plaintiff in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to dft's motion to extend time to produce documents [304-1] in 1:92-cv-00870, 1:96-cv-00343 (former empl) (Entered: 05/01/2001) |
| 05/02/2001 | 316 | MOTION by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 to extend time to file fee petition until 5/16/01 (former empl) (Entered: 05/03/2001) |
| 05/09/2001 | 317 | Uncontested MOTION by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm (former empl) (Entered: 05/10/2001) |
| 05/15/2001 | 318 | MINUTE ORDER : by Judge Edward W. Nottingham granting dfts' motion for order setting briefing schedule relating to pla's motion to supplement their motion for partial sum jgm [317-1] in 1:92-cv-00870, Dfts' response shall be filed by 5/25/01, 1:96-cv-00343 (cc: all counsel) entry date : 5/16/01 (pap) (Entered: 05/16/2001) |
| 05/15/2001 | 320 | TRANSCRIPT of Hearing on Motion for Sanction on 4/20/01 before Judge Nottingham ( pages: 54) Prepared By: Paul A. Zuckerman (certified copy) (pap) Modified on 12/28/2001 (Entered: 05/17/2001) |
| 05/16/2001 | 319 | Fee Petition (MOTION) by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (for sanctions) pursuant to court's order regarding discovery violations (pap) (Entered: 05/17/2001) |
| 05/18/2001 | 321 | MINUTE ORDER : by Judge Edward W. Nottingham granting plas' motion to extend time to file fee petition until 5/16/01 [316-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 5/21/01 (pap) (Entered: 05/21/2001) |
| 05/24/2001 | 322 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; scheduling conf/rule 16 conference set for 9:45 6/12/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 5/25/01 (pap) (Entered: 05/25/2001) |
| 05/25/2001 | 323 | Uncontested MOTION by defendants in 1:92-cv-00870 for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 (pap) (Entered: 05/29/2001) |
| 05/31/2001 | 324 | SUPPLEMENT response in opposition by defendants in 1:92-cv-00870, defendant in 1:96-cv-00343 to motion for partial summary judgment on violations of physical access as required by ADA & the Rehab Act [249-1] in 1:92-cv-00870 (pap) (Entered: 06/01/2001) |
| 06/12/2001 | 325 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, dfts have until 6/18/01 to respond 1:96-cv-00343 ; rule 16 conf held on 6/12/01 ; discovery ddl set 9/1/01 in 1:92-cv-00870, in 1:96-cv-00343 ; preliminary pretrial (status) conf set for 9:45 11/14/01 in 1:92-cv-00870, in 1:96-cv-00343 ; dfts shall provide their Rule 26(a) disclosures by 7/1/01. Proposed scheduling order is due by |

| | | |
|---|---|---|
| | | 6/19/01 entry date : 6/12/01 Court Reporter: OES 01-12;13 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 326 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, 1:96-cv-00343, response is due by 6/18/01. Dfts' Rule 26(a) disclosures due by 7/1/01. (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 327 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 [323-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/18/2001 | 328 | MOTION by defendant in 1:92-cv-00870 for two day extension of time to respond to plaintiffs' fee petition (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 329 | MOTION by defendants in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/22/01 (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 330 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/20/2001) |
| 06/19/2001 | 331 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343, dfts have until 6/20/01 to file their response. (cc: all counsel) ; entry date : 6/20/01 (pap) (Entered: 06/20/2001) |
| 06/20/2001 | 332 | RESPONSE by defendant in 1:92-cv-00870 to plas' motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/20/2001 | 333 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/21/2001 | 334 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/22/2001) |
| 06/22/2001 | 335 | MOTION by defendant in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/26/01 (pap) (Entered: 06/25/2001) |
| 06/25/2001 | 336 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/26/2001) |
| 06/25/2001 | 337 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/22/01 [329- |

| | | |
|---|---|---|
| | | 6/19/01 entry date : 6/12/01 Court Reporter: OES 01-12;13 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 326 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, 1:96-cv-00343, response is due by 6/18/01. Dfts' Rule 26(a) disclosures due by 7/1/01. (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 327 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 [323-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/18/2001 | 328 | MOTION by defendant in 1:92-cv-00870 for two day extension of time to respond to plaintiffs' fee petition (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 329 | MOTION by defendants in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/22/01 (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 330 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/20/2001) |
| 06/19/2001 | 331 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343, dfts have until 6/20/01 to file their response. (cc: all counsel) ; entry date : 6/20/01 (pap) (Entered: 06/20/2001) |
| 06/20/2001 | 332 | RESPONSE by defendant in 1:92-cv-00870 to plas' motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/20/2001 | 333 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/21/2001 | 334 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/22/2001) |
| 06/22/2001 | 335 | MOTION by defendant in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/26/01 (pap) (Entered: 06/25/2001) |
| 06/25/2001 | 336 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/26/2001) |
| 06/25/2001 | 337 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/22/01 [329- |

| | | 6/19/01 entry date : 6/12/01 Court Reporter: OES 01-12;13 (pap) (Entered: 06/12/2001) |
|---|---|---|
| 06/12/2001 | 326 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, 1:96-cv-00343, response is due by 6/18/01. Dfts' Rule 26(a) disclosures due by 7/1/01. (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 327 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 [323-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/18/2001 | 328 | MOTION by defendant in 1:92-cv-00870 for two day extension of time to respond to plaintiffs' fee petition (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 329 | MOTION by defendants in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/22/01 (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 330 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/20/2001) |
| 06/19/2001 | 331 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343, dfts have until 6/20/01 to file their response. (cc: all counsel) ; entry date : 6/20/01 (pap) (Entered: 06/20/2001) |
| 06/20/2001 | 332 | RESPONSE by defendant in 1:92-cv-00870 to plas' motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/20/2001 | 333 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/21/2001 | 334 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/22/2001) |
| 06/22/2001 | 335 | MOTION by defendant in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/26/01 (pap) (Entered: 06/25/2001) |
| 06/25/2001 | 336 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/26/2001) |
| 06/25/2001 | 337 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/22/01 [329- |

| | | 6/19/01 entry date : 6/12/01 Court Reporter: OES 01-12;13 (pap) (Entered: 06/12/2001) |
|---|---|---|
| 06/12/2001 | 326 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter regarding [319-1] motion (for sanctions) pursuant to court's order regarding discovery violations in 1:92-cv-00870, 1:96-cv-00343, response is due by 6/18/01. Dfts' Rule 26(a) disclosures due by 7/1/01. (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/12/2001 | 327 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for extension of time to file supplemental response to plas' mtn for partial sum jgm until 5/31/01 [323-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/12/01 (pap) (Entered: 06/12/2001) |
| 06/18/2001 | 328 | MOTION by defendant in 1:92-cv-00870 for two day extension of time to respond to plaintiffs' fee petition (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 329 | MOTION by defendants in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/22/01 (pap) (Entered: 06/19/2001) |
| 06/19/2001 | 330 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/20/2001) |
| 06/19/2001 | 331 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for two day extension of time to respond to plaintiffs' fee petition [328-1] in 1:92-cv-00870, 1:96-cv-00343, dfts have until 6/20/01 to file their response. (cc: all counsel) ; entry date : 6/20/01 (pap) (Entered: 06/20/2001) |
| 06/20/2001 | 332 | RESPONSE by defendant in 1:92-cv-00870 to plas' motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/20/2001 | 333 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2001) |
| 06/21/2001 | 334 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts motion for extension of time to file stipulated scheduling order until 6/22/01 [329-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/22/2001) |
| 06/22/2001 | 335 | MOTION by defendant in 1:92-cv-00870 for extension of time to file stipulated scheduling order until 6/26/01 (pap) (Entered: 06/25/2001) |
| 06/25/2001 | 336 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/26/2001) |
| 06/25/2001 | 337 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/22/01 [329- |

| | | 1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/26/01 (pap) (Entered: 06/26/2001) |
|---|---|---|
| 06/26/2001 | 338 | MOTION by defendants in 1:92-cv-00870 for additional extension of time to file stipulated scheduling order until 7/6/01 (pap) (Entered: 06/27/2001) |
| 06/26/2001 | 339 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/27/01 (pap) (Entered: 06/27/2001) |
| 06/27/2001 | 340 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2001) |
| 06/28/2001 | 341 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/29/01 (pap) (Entered: 06/29/2001) |
| 07/06/2001 | 342 | MOTION by plaintiffs in 1:92-cv-00870 for leave to reply to dfts' response in opposition to plas' fee petition (pap) (Entered: 07/09/2001) |
| 07/06/2001 | | Tendered Plas' reply to dfts' objection to plas' fee petition submitted by plaintiff in 1:92-cv-00870 re: motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/09/2001) |
| 07/09/2001 | 343 | SCHEDULING ORDER Magistrate Judge O. E. Schlatter, discovery cut-off and dispositive mtn ddl 9/1/01, no settlement conf set (cc: all counsel) (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 344 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/11/01 (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 351 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' objection (response) to pla's (fee petition)motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/13/2001 | 345 | MOTION by plaintiffs in 1:92-cv-00870 for sanctions for dft's failure to comply with a court order and request for forthwith hearing. (Very Large Document, store with oversize documents) (pap) Modified on 07/16/2001 (Entered: 07/16/2001) |
| 07/23/2001 | 346 | MINUTE ORDER : by Judge Edward W. Nottingham; the request for forwith hearing is denied regarding [345-1] motion for sanctions for dft's failure to comply with a court order in 1:92-cv-00870, dfts' response is due on or before 8/3/01.(cc: all counsel) ; entry date : 7/24/01 (pap) (Entered: 07/24/2001) |

| | | 1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/26/01 (pap) (Entered: 06/26/2001) |
|---|---|---|
| 06/26/2001 | 338 | MOTION by defendants in 1:92-cv-00870 for additional extension of time to file stipulated scheduling order until 7/6/01 (pap) (Entered: 06/27/2001) |
| 06/26/2001 | 339 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/27/01 (pap) (Entered: 06/27/2001) |
| 06/27/2001 | 340 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2001) |
| 06/28/2001 | 341 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/29/01 (pap) (Entered: 06/29/2001) |
| 07/06/2001 | 342 | MOTION by plaintiffs in 1:92-cv-00870 for leave to reply to dfts' response in opposition to plas' fee petition (pap) (Entered: 07/09/2001) |
| 07/06/2001 | | Tendered Plas' reply to dfts' objection to plas' fee petition submitted by plaintiff in 1:92-cv-00870 re: motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/09/2001) |
| 07/09/2001 | 343 | SCHEDULING ORDER Magistrate Judge O. E. Schlatter, discovery cut-off and dispositive mtn ddl 9/1/01, no settlement conf set (cc: all counsel) (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 344 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/11/01 (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 351 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' objection (response) to pla's (fee petition)motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/13/2001 | 345 | MOTION by plaintiffs in 1:92-cv-00870 for sanctions for dft's failure to comply with a court order and request for forthwith hearing. (Very Large Document, store with oversize documents) (pap) Modified on 07/16/2001 (Entered: 07/16/2001) |
| 07/23/2001 | 346 | MINUTE ORDER : by Judge Edward W. Nottingham; the request for forwith hearing is denied regarding [345-1] motion for sanctions for dft's failure to comply with a court order in 1:92-cv-00870, dfts' response is due on or before 8/3/01.(cc: all counsel) ; entry date : 7/24/01 (pap) (Entered: 07/24/2001) |
| | | |

| | | 1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/26/01 (pap) (Entered: 06/26/2001) |
|---|---|---|
| 06/26/2001 | 338 | MOTION by defendants in 1:92-cv-00870 for additional extension of time to file stipulated scheduling order until 7/6/01 (pap) (Entered: 06/27/2001) |
| 06/26/2001 | 339 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/27/01 (pap) (Entered: 06/27/2001) |
| 06/27/2001 | 340 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2001) |
| 06/28/2001 | 341 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/29/01 (pap) (Entered: 06/29/2001) |
| 07/06/2001 | 342 | MOTION by plaintiffs in 1:92-cv-00870 for leave to reply to dfts' response in opposition to plas' fee petition (pap) (Entered: 07/09/2001) |
| 07/06/2001 | | Tendered Plas' reply to dfts' objection to plas' fee petition submitted by plaintiff in 1:92-cv-00870 re: motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/09/2001) |
| 07/09/2001 | 343 | SCHEDULING ORDER Magistrate Judge O. E. Schlatter, discovery cut-off and dispositive mtn ddl 9/1/01, no settlement conf set (cc: all counsel) (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 344 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/11/01 (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 351 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' objection (response) to pla's (fee petition)motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/13/2001 | 345 | MOTION by plaintiffs in 1:92-cv-00870 for sanctions for dft's failure to comply with a court order and request for forthwith hearing. (Very Large Document, store with oversize documents) (pap) Modified on 07/16/2001 (Entered: 07/16/2001) |
| 07/23/2001 | 346 | MINUTE ORDER : by Judge Edward W. Nottingham; the request for forwith hearing is denied regarding [345-1] motion for sanctions for dft's failure to comply with a court order in 1:92-cv-00870, dfts' response is due on or before 8/3/01.(cc: all counsel) ; entry date : 7/24/01 (pap) (Entered: 07/24/2001) |

| | | 1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 6/26/01 (pap) (Entered: 06/26/2001) |
|---|---|---|
| 06/26/2001 | 338 | MOTION by defendants in 1:92-cv-00870 for additional extension of time to file stipulated scheduling order until 7/6/01 (pap) (Entered: 06/27/2001) |
| 06/26/2001 | 339 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for extension of time to file stipulated scheduling order until 6/26/01 [335-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/27/01 (pap) (Entered: 06/27/2001) |
| 06/27/2001 | 340 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2001) |
| 06/28/2001 | 341 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting motion for additional extension of time to file stipulated scheduling order until 7/6/01 [338-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 6/29/01 (pap) (Entered: 06/29/2001) |
| 07/06/2001 | 342 | MOTION by plaintiffs in 1:92-cv-00870 for leave to reply to dfts' response in opposition to plas' fee petition (pap) (Entered: 07/09/2001) |
| 07/06/2001 | | Tendered Plas' reply to dfts' objection to plas' fee petition submitted by plaintiff in 1:92-cv-00870 re: motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/09/2001) |
| 07/09/2001 | 343 | SCHEDULING ORDER Magistrate Judge O. E. Schlatter, discovery cut-off and dispositive mtn ddl 9/1/01, no settlement conf set (cc: all counsel) (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 344 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion for leave to reply to dfts' response in opposition to plas' fee petition [342-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/11/01 (pap) (Entered: 07/11/2001) |
| 07/10/2001 | 351 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' objection (response) to pla's (fee petition)motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/13/2001 | 345 | MOTION by plaintiffs in 1:92-cv-00870 for sanctions for dft's failure to comply with a court order and request for forthwith hearing. (Very Large Document, store with oversize documents) (pap) Modified on 07/16/2001 (Entered: 07/16/2001) |
| 07/23/2001 | 346 | MINUTE ORDER : by Judge Edward W. Nottingham; the request for forwith hearing is denied regarding [345-1] motion for sanctions for dft's failure to comply with a court order in 1:92-cv-00870, dfts' response is due on or before 8/3/01.(cc: all counsel) ; entry date : 7/24/01 (pap) (Entered: 07/24/2001) |

| 07/25/2001 | 347 | MOTION by plaintiffs in 1:92-cv-00870 for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues (pap) (Entered: 07/26/2001) |
| --- | --- | --- |
| 07/25/2001 | 348 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870 (pap) (Entered: 07/26/2001) |
| 07/26/2001 | 350 | MOTION by plaintiff in 1:92-cv-00870 to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | | Tendered Supplement to Pla's Resubmitted Motion for Sum Jgm entitled "Pla's response to dfts' first (sic) set of interrogatories and requests for production of documents" submitted by plaintiff in 1:92-cv-00870 re: motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | 352 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting plas' motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/27/01 (pap) (Entered: 07/27/2001) |
| 07/31/2001 | 353 | MOTION by defendants in 1:92-cv-00870 for protective order re: Deposition of Tom Deniston (pap) Modified on 08/15/2001 (Entered: 08/01/2001) |
| 08/01/2001 | 354 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for protective order [353-1] in 1:92-cv-00870 (pap) (Entered: 08/02/2001) |
| 08/02/2001 | 355 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter plas shall have up to and including 8/13/01 in which to file a response regarding [353-1] motion for protective order in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/3/01 (pap) (Entered: 08/03/2001) |
| 08/03/2001 | 356 | RESPONSE by defendants to motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/03/2001) |
| 08/10/2001 | 357 | (MOTION) by plaintiffs in 1:92-cv-00870 for emergency temporary restraining order pursuant to Rule 65(b)-FRCP (pap) (Entered: 08/10/2001) |

| 07/25/2001 | 347 | MOTION by plaintiffs in 1:92-cv-00870 for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues (pap) (Entered: 07/26/2001) |
|---|---|---|
| 07/25/2001 | 348 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870 (pap) (Entered: 07/26/2001) |
| 07/26/2001 | 350 | MOTION by plaintiff in 1:92-cv-00870 to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 (pap) (Entered: 07/27/2001) |
| 07/26/2001 |  | Tendered Supplement to Pla's Resubmitted Motion for Sum Jgm entitled "Pla's response to dfts' first (sic) set of interrogatories and requests for production of documents" submitted by plaintiff in 1:92-cv-00870 re: motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | 352 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting plas' motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/27/01 (pap) (Entered: 07/27/2001) |
| 07/31/2001 | 353 | MOTION by defendants in 1:92-cv-00870 for protective order re: Deposition of Tom Deniston (pap) Modified on 08/15/2001 (Entered: 08/01/2001) |
| 08/01/2001 | 354 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for protective order [353-1] in 1:92-cv-00870 (pap) (Entered: 08/02/2001) |
| 08/02/2001 | 355 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter plas shall have up to and including 8/13/01 in which to file a response regarding [353-1] motion for protective order in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/3/01 (pap) (Entered: 08/03/2001) |
| 08/03/2001 | 356 | RESPONSE by defendants to motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/03/2001) |
| 08/10/2001 | 357 | (MOTION) by plaintiffs in 1:92-cv-00870 for emergency temporary restraining order pursuant to Rule 65(b)-FRCP (pap) (Entered: 08/10/2001) |

| 07/25/2001 | 347 | MOTION by plaintiffs in 1:92-cv-00870 for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues (pap) (Entered: 07/26/2001) |
|---|---|---|
| 07/25/2001 | 348 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870 (pap) (Entered: 07/26/2001) |
| 07/26/2001 | 350 | MOTION by plaintiff in 1:92-cv-00870 to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | | Tendered Supplement to Pla's Resubmitted Motion for Sum Jgm entitled "Pla's response to dfts' first (sic) set of interrogatories and requests for production of documents" submitted by plaintiff in 1:92-cv-00870 re: motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | 352 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting plas' motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/27/01 (pap) (Entered: 07/27/2001) |
| 07/31/2001 | 353 | MOTION by defendants in 1:92-cv-00870 for protective order re: Deposition of Tom Deniston (pap) Modified on 08/15/2001 (Entered: 08/01/2001) |
| 08/01/2001 | 354 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for protective order [353-1] in 1:92-cv-00870 (pap) (Entered: 08/02/2001) |
| 08/02/2001 | 355 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter plas shall have up to and including 8/13/01 in which to file a response regarding [353-1] motion for protective order in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/3/01 (pap) (Entered: 08/03/2001) |
| 08/03/2001 | 356 | RESPONSE by defendants to motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/03/2001) |
| 08/10/2001 | 357 | (MOTION) by plaintiffs in 1:92-cv-00870 for emergency temporary restraining order pursuant to Rule 65(b)-FRCP (pap) (Entered: 08/10/2001) |

| 07/25/2001 | 347 | MOTION by plaintiffs in 1:92-cv-00870 for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues (pap) (Entered: 07/26/2001) |
|---|---|---|
| 07/25/2001 | 348 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870 (pap) (Entered: 07/26/2001) |
| 07/26/2001 | 350 | MOTION by plaintiff in 1:92-cv-00870 to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | | Tendered Supplement to Pla's Resubmitted Motion for Sum Jgm entitled "Pla's response to dfts' first (sic) set of interrogatories and requests for production of documents" submitted by plaintiff in 1:92-cv-00870 re: motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/27/2001) |
| 07/26/2001 | 352 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting plas' motion for extension of time until 8/8/01 to designate their expert in the vision-impaired and hearing-impaired subclasses and until 8/15/01 for dfts' rebuttal experts to submit an expert designation and reports on vision-impaired and hearing-impaired issues [347-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/27/01 (pap) (Entered: 07/27/2001) |
| 07/31/2001 | 353 | MOTION by defendants in 1:92-cv-00870 for protective order re: Deposition of Tom Deniston (pap) Modified on 08/15/2001 (Entered: 08/01/2001) |
| 08/01/2001 | 354 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the dfts' motion for protective order [353-1] in 1:92-cv-00870 (pap) (Entered: 08/02/2001) |
| 08/02/2001 | 355 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter plas shall have up to and including 8/13/01 in which to file a response regarding [353-1] motion for protective order in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/3/01 (pap) (Entered: 08/03/2001) |
| 08/03/2001 | 356 | RESPONSE by defendants to motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/03/2001) |
| 08/10/2001 | 357 | (MOTION) by plaintiffs in 1:92-cv-00870 for emergency temporary restraining order pursuant to Rule 65(b)-FRCP (pap) (Entered: 08/10/2001) |

| 08/10/2001 | 358 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for emergency temporary restraining order pursuant to Rule 65(b)-FRCP [357-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/13/01 (pap) (Entered: 08/13/2001) |
|---|---|---|
| 08/13/2001 | 359 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend time to file a response to the motion for protective order to and including 8/15/01 (pap) (Entered: 08/14/2001) |
| 08/14/2001 | 360 | MOTION by plaintiffs in 1:92-cv-00870 for leave to file reply to dfts' response to plas' motion for sanctions (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 361 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 362 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts' motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/16/2001) |
| 08/16/2001 | 363 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to plas' motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/17/2001) |
| 08/17/2001 | 364 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion for protective order re: Deposition of Tom Deniston [353-1] 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/17/01 (pap) (Entered: 08/17/2001) |
| 08/21/2001 | 365 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend discovery deadlines to 10/1/01 (pap) (Entered: 08/22/2001) |
| 08/22/2001 | 366 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend discovery deadlines to 10/1/01 [365-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/23/2001) |
| 08/27/2001 | 367 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to file reply to dfts' response to plas' motion for sanctions [360-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 8/28/01 (pap) (Entered: 08/28/2001) |
| 08/30/2001 | 368 | Fifth MOTION by plaintiffs in 1:92-cv-00870 to compel discovery and request forthwith hearing (pap) (Entered: 08/30/2001) |
| 08/31/2001 | 369 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/05/2001 | 370 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts have until 9/11/01 to respond regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all |

| 08/10/2001 | 358 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for emergency temporary restraining order pursuant to Rule 65(b)-FRCP [357-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/13/01 (pap) (Entered: 08/13/2001) |
|---|---|---|
| 08/13/2001 | 359 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend time to file a response to the motion for protective order to and including 8/15/01 (pap) (Entered: 08/14/2001) |
| 08/14/2001 | 360 | MOTION by plaintiffs in 1:92-cv-00870 for leave to file reply to dfts' response to plas' motion for sanctions (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 361 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 362 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts' motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/16/2001) |
| 08/16/2001 | 363 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to plas' motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/17/2001) |
| 08/17/2001 | 364 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion for protective order re: Deposition of Tom Deniston [353-1] 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/17/01 (pap) (Entered: 08/17/2001) |
| 08/21/2001 | 365 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend discovery deadlines to 10/1/01 (pap) (Entered: 08/22/2001) |
| 08/22/2001 | 366 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend discovery deadlines to 10/1/01 [365-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/23/2001) |
| 08/27/2001 | 367 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to file reply to dfts' response to plas' motion for sanctions [360-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 8/28/01 (pap) (Entered: 08/28/2001) |
| 08/30/2001 | 368 | Fifth MOTION by plaintiffs in 1:92-cv-00870 to compel discovery and request forthwith hearing (pap) (Entered: 08/30/2001) |
| 08/31/2001 | 369 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/05/2001 | 370 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts have until 9/11/01 to respond regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all |

| 08/10/2001 | 358 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for emergency temporary restraining order pursuant to Rule 65(b)-FRCP [357-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/13/01 (pap) (Entered: 08/13/2001) |
|---|---|---|
| 08/13/2001 | 359 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend time to file a response to the motion for protective order to and including 8/15/01 (pap) (Entered: 08/14/2001) |
| 08/14/2001 | 360 | MOTION by plaintiffs in 1:92-cv-00870 for leave to file reply to dfts' response to plas' motion for sanctions (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 361 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 362 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts' motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/16/2001) |
| 08/16/2001 | 363 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to plas' motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/17/2001) |
| 08/17/2001 | 364 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion for protective order re: Deposition of Tom Deniston [353-1] 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/17/01 (pap) (Entered: 08/17/2001) |
| 08/21/2001 | 365 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend discovery deadlines to 10/1/01 (pap) (Entered: 08/22/2001) |
| 08/22/2001 | 366 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend discovery deadlines to 10/1/01 [365-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/23/2001) |
| 08/27/2001 | 367 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to file reply to dfts' response to plas' motion for sanctions [360-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 8/28/01 (pap) (Entered: 08/28/2001) |
| 08/30/2001 | 368 | Fifth MOTION by plaintiffs in 1:92-cv-00870 to compel discovery and request forthwith hearing (pap) (Entered: 08/30/2001) |
| 08/31/2001 | 369 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/05/2001 | 370 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts have until 9/11/01 to respond regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all |

| 08/10/2001 | 358 | MINUTE ORDER : by Judge Edward W. Nottingham denying motion for emergency temporary restraining order pursuant to Rule 65(b)-FRCP [357-1] in 1:92-cv-00870, (cc: all counsel) ; entry date : 8/13/01 (pap) (Entered: 08/13/2001) |
| --- | --- | --- |
| 08/13/2001 | 359 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend time to file a response to the motion for protective order to and including 8/15/01 (pap) (Entered: 08/14/2001) |
| 08/14/2001 | 360 | MOTION by plaintiffs in 1:92-cv-00870 for leave to file reply to dfts' response to plas' motion for sanctions (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 361 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/15/2001) |
| 08/15/2001 | 362 | RESPONSE by plaintiffs in 1:92-cv-00870 to dfts' motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/16/2001) |
| 08/16/2001 | 363 | REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to plas' motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/17/2001) |
| 08/17/2001 | 364 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion for protective order re: Deposition of Tom Deniston [353-1] 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 8/17/01 (pap) (Entered: 08/17/2001) |
| 08/21/2001 | 365 | Unopposed MOTION by plaintiffs in 1:92-cv-00870 to extend discovery deadlines to 10/1/01 (pap) (Entered: 08/22/2001) |
| 08/22/2001 | 366 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to extend discovery deadlines to 10/1/01 [365-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 08/23/2001) |
| 08/27/2001 | 367 | MINUTE ORDER : by Judge Edward W. Nottingham granting pla's motion for leave to file reply to dfts' response to plas' motion for sanctions [360-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 8/28/01 (pap) (Entered: 08/28/2001) |
| 08/30/2001 | 368 | Fifth MOTION by plaintiffs in 1:92-cv-00870 to compel discovery and request forthwith hearing (pap) (Entered: 08/30/2001) |
| 08/31/2001 | 369 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 09/04/2001 (Entered: 09/04/2001) |
| 09/05/2001 | 370 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts have until 9/11/01 to respond regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all |

| | | counsel) ; entry date : 9/6/01 (pap) (Entered: 09/06/2001) |
|---|---|---|
| 09/07/2001 | 371 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to extend time to produce documents until 4/24/01 [304-1] in 1:92-cv-00870; documents produced on 4/24/01 shall be considered to have been timely produced (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 372 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 373 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, the response filed 8/15/01 is accepted as timely (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/12/2001 | 374 | Partially Uncontested MOTION by defendant in 1:92-cv-00870 for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) (pap) (Entered: 09/14/2001) |
| 09/12/2001 | 375 | ATTORNEY APPEARANCE for defendants in 1:92-cv-00870 by Jennifer L. Veiga (pap) (Entered: 09/14/2001) |
| 09/14/2001 | 376 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 377 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting in part and denying in part pla's motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] the dft shall have until 9/18/01 at 2:00 to respond to the compel production part of motion and until 9/17/01 to respond to any other issues in the motion; Motion is otherwise granted ; in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/17/01 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 379 | Amended MINUTE ORDER : by Magistrate Judge O. E. Schlatter withdrawing minute order [377-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/18/01 (pap) (Entered: 09/18/2001) |
| 09/17/2001 | 378 | RESPONSE by defendants in 1:92-cv-00870 to Plas' motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/18/2001) |
| 09/19/2001 | 380 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92- |

| | | |
|---|---|---|
| | | counsel) ; entry date : 9/6/01 (pap) (Entered: 09/06/2001) |
| 09/07/2001 | 371 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to extend time to produce documents until 4/24/01 [304-1] in 1:92-cv-00870; documents produced on 4/24/01 shall be considered to have been timely produced (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 372 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 373 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, the response filed 8/15/01 is accepted as timely (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/12/2001 | 374 | Partially Uncontested MOTION by defendant in 1:92-cv-00870 for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) (pap) (Entered: 09/14/2001) |
| 09/12/2001 | 375 | ATTORNEY APPEARANCE for defendants in 1:92-cv-00870 by Jennifer L. Veiga (pap) (Entered: 09/14/2001) |
| 09/14/2001 | 376 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 377 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting in part and denying in part pla's motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] the dft shall have until 9/18/01 at 2:00 to respond to the compel production part of motion and until 9/17/01 to respond to any other issues in the motion; Motion is otherwise granted ; in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/17/01 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 379 | Amended MINUTE ORDER : by Magistrate Judge O. E. Schlatter withdrawing minute order [377-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/18/01 (pap) (Entered: 09/18/2001) |
| 09/17/2001 | 378 | RESPONSE by defendants in 1:92-cv-00870 to Plas' motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/18/2001) |
| 09/19/2001 | 380 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92- |

| | | |
|---|---|---|
| | | counsel) ; entry date : 9/6/01 (pap) (Entered: 09/06/2001) |
| 09/07/2001 | 371 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to extend time to produce documents until 4/24/01 [304-1] in 1:92-cv-00870; documents produced on 4/24/01 shall be considered to have been timely produced (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 372 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 373 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, the response filed 8/15/01 is accepted as timely (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/12/2001 | 374 | Partially Uncontested MOTION by defendant in 1:92-cv-00870 for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) (pap) (Entered: 09/14/2001) |
| 09/12/2001 | 375 | ATTORNEY APPEARANCE for defendants in 1:92-cv-00870 by Jennifer L. Veiga (pap) (Entered: 09/14/2001) |
| 09/14/2001 | 376 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 377 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting in part and denying in part pla's motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] the dft shall have until 9/18/01 at 2:00 to respond to the compel production part of motion and until 9/17/01 to respond to any other issues in the motion; Motion is otherwise granted ; in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/17/01 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 379 | Amended MINUTE ORDER : by Magistrate Judge O. E. Schlatter withdrawing minute order [377-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/18/01 (pap) (Entered: 09/18/2001) |
| 09/17/2001 | 378 | RESPONSE by defendants in 1:92-cv-00870 to Plas' motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/18/2001) |
| 09/19/2001 | 380 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92- |

| | | |
|---|---|---|
| | | counsel) ; entry date : 9/6/01 (pap) (Entered: 09/06/2001) |
| 09/07/2001 | 371 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting dft's motion to extend time to produce documents until 4/24/01 [304-1] in 1:92-cv-00870; documents produced on 4/24/01 shall be considered to have been timely produced (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 372 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/07/2001 | 373 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting pla's motion to extend time to file a response to the motion for protective order to and including 8/15/01 [359-1] in 1:92-cv-00870, the response filed 8/15/01 is accepted as timely (cc: all counsel) ; entry date : 9/10/01 (pap) (Entered: 09/10/2001) |
| 09/12/2001 | 374 | Partially Uncontested MOTION by defendant in 1:92-cv-00870 for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) (pap) (Entered: 09/14/2001) |
| 09/12/2001 | 375 | ATTORNEY APPEARANCE for defendants in 1:92-cv-00870 by Jennifer L. Veiga (pap) (Entered: 09/14/2001) |
| 09/14/2001 | 376 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 377 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter granting in part and denying in part pla's motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] the dft shall have until 9/18/01 at 2:00 to respond to the compel production part of motion and until 9/17/01 to respond to any other issues in the motion; Motion is otherwise granted ; in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/17/01 (pap) (Entered: 09/17/2001) |
| 09/14/2001 | 379 | Amended MINUTE ORDER : by Magistrate Judge O. E. Schlatter withdrawing minute order [377-1] in 1:92-cv-00870, 1:96-cv-00343, granting motion for extension of time to respond to pla's motion to compel up to and including 9/17/00 (sic) [374-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 9/18/01 (pap) (Entered: 09/18/2001) |
| 09/17/2001 | 378 | RESPONSE by defendants in 1:92-cv-00870 to Plas' motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 09/18/2001) |
| 09/19/2001 | 380 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92- |

| | | cv-00870, 1:96-cv-00343 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/20/01 (pap) (Entered: 09/20/2001) |
|---|---|---|
| 09/21/2001 | 381 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 10/2/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/24/01 (pap) (Entered: 09/24/2001) |
| 10/02/2001 | 382 | Preliminary REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to pla's fifth motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 383 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter Ruling on motion to compel discovery and request forthwith hearing [368-1] is deferred in 1:92-cv-00870 ; entry date : 10/4/01 Court Reporter: Tapes OES 01-45ct/46ct (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 384 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter; issue of inmate file production is resolved by agreement, the remainder of motion is held in abeyance until 10/18/01 hearing regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/4/01 (pap) (Entered: 10/04/2001) |
| 10/05/2001 | 385 | MOTION by plaintiffs in 1:92-cv-00870 for Rule 11 sanctions (pap) (Entered: 10/05/2001) |
| 10/09/2001 | 386 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/10/2001) |
| 10/10/2001 | 387 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts shall up to and including 10/25/01 to respond regarding [385-1] motion for Rule 11 sanctions in 1:92-cv-00870 (cc: all counsel) ; entry date : 10/11/01 (pap) (Entered: 10/11/2001) |
| 10/18/2001 | 388 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on pla's motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 2:00 3/29/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 10/19/01 (pap) (Entered: 10/19/2001) |
| 10/18/2001 | 389 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, denying motion for sanctions [302-2] in 1:92-cv-00870, Court will recommend to Judge Nottingham to grant [365-1] pla's motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, granting in part and denying in part motion to compel discovery and request forthwith hearing |

| | | |
|---|---|---|
| | | cv-00870, 1:96-cv-00343 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/20/01 (pap) (Entered: 09/20/2001) |
| 09/21/2001 | 381 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 10/2/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/24/01 (pap) (Entered: 09/24/2001) |
| 10/02/2001 | 382 | Preliminary REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to pla's fifth motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 383 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter Ruling on motion to compel discovery and request forthwith hearing [368-1] is deferred in 1:92-cv-00870 ; entry date : 10/4/01 Court Reporter: Tapes OES 01-45ct/46ct (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 384 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter; issue of inmate file production is resolved by agreement, the remainder of motion is held in abeyance until 10/18/01 hearing regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/4/01 (pap) (Entered: 10/04/2001) |
| 10/05/2001 | 385 | MOTION by plaintiffs in 1:92-cv-00870 for Rule 11 sanctions (pap) (Entered: 10/05/2001) |
| 10/09/2001 | 386 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/10/2001) |
| 10/10/2001 | 387 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts shall up to and including 10/25/01 to respond regarding [385-1] motion for Rule 11 sanctions in 1:92-cv-00870 (cc: all counsel) ; entry date : 10/11/01 (pap) (Entered: 10/11/2001) |
| 10/18/2001 | 388 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on pla's motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 2:00 3/29/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 10/19/01 (pap) (Entered: 10/19/2001) |
| 10/18/2001 | 389 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, denying motion for sanctions [302-2] in 1:92-cv-00870, Court will recommend to Judge Nottingham to grant [365-1] pla's motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, granting in part and denying in part motion to compel discovery and request forthwith hearing |

| | | |
|---|---|---|
| | | cv-00870, 1:96-cv-00343 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/20/01 (pap) (Entered: 09/20/2001) |
| 09/21/2001 | 381 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 10/2/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/24/01 (pap) (Entered: 09/24/2001) |
| 10/02/2001 | 382 | Preliminary REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to pla's fifth motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 383 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter Ruling on motion to compel discovery and request forthwith hearing [368-1] is deferred in 1:92-cv-00870 ; entry date : 10/4/01 Court Reporter: Tapes OES 01-45ct/46ct (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 384 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter; issue of inmate file production is resolved by agreement, the remainder of motion is held in abeyance until 10/18/01 hearing regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/4/01 (pap) (Entered: 10/04/2001) |
| 10/05/2001 | 385 | MOTION by plaintiffs in 1:92-cv-00870 for Rule 11 sanctions (pap) (Entered: 10/05/2001) |
| 10/09/2001 | 386 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/10/2001) |
| 10/10/2001 | 387 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts shall up to and including 10/25/01 to respond regarding [385-1] motion for Rule 11 sanctions in 1:92-cv-00870 (cc: all counsel) ; entry date : 10/11/01 (pap) (Entered: 10/11/2001) |
| 10/18/2001 | 388 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on pla's motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 2:00 3/29/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 10/19/01 (pap) (Entered: 10/19/2001) |
| 10/18/2001 | 389 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, denying motion for sanctions [302-2] in 1:92-cv-00870, Court will recommend to Judge Nottingham to grant [365-1] pla's motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, granting in part and denying in part motion to compel discovery and request forthwith hearing |

| | | |
|---|---|---|
| | | cv-00870, 1:96-cv-00343 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion to compel response to discovery request [302-1] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343, setting hearing on motion for sanctions [302-2] in 1:92-cv-00870 9:00 10/18/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/20/01 (pap) (Entered: 09/20/2001) |
| 09/21/2001 | 381 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter setting hearing on motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 10/2/01 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/24/01 (pap) (Entered: 09/24/2001) |
| 10/02/2001 | 382 | Preliminary REPLY by plaintiffs in 1:92-cv-00870 to dfts' response to pla's fifth motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 383 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter Ruling on motion to compel discovery and request forthwith hearing [368-1] is deferred in 1:92-cv-00870 ; entry date : 10/4/01 Court Reporter: Tapes OES 01-45ct/46ct (pap) (Entered: 10/04/2001) |
| 10/02/2001 | 384 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter; issue of inmate file production is resolved by agreement, the remainder of motion is held in abeyance until 10/18/01 hearing regarding [368-1] motion to compel discovery and request forthwith hearing in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/4/01 (pap) (Entered: 10/04/2001) |
| 10/05/2001 | 385 | MOTION by plaintiffs in 1:92-cv-00870 for Rule 11 sanctions (pap) (Entered: 10/05/2001) |
| 10/09/2001 | 386 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/10/2001) |
| 10/10/2001 | 387 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter dfts shall up to and including 10/25/01 to respond regarding [385-1] motion for Rule 11 sanctions in 1:92-cv-00870 (cc: all counsel) ; entry date : 10/11/01 (pap) (Entered: 10/11/2001) |
| 10/18/2001 | 388 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on pla's motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 2:00 3/29/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 10/19/01 (pap) (Entered: 10/19/2001) |
| 10/18/2001 | 389 | COURTROOM MINUTES by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, denying motion for sanctions [302-2] in 1:92-cv-00870, Court will recommend to Judge Nottingham to grant [365-1] pla's motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, granting in part and denying in part motion to compel discovery and request forthwith hearing |

| | | |
|---|---|---|
| | | [368-1] in 1:92-cv-00870, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870 ; entry date : 10/23/01 Court Reporter: Tapes OES 01-50ct; 01-51ct (pap) (Entered: 10/23/2001) |
| 10/22/2001 | 390 | ORDER by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion for sanctions [302-2] in 1:92-cv-00870, 1:96-cv-00343, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343, Court will recommend Judge Nottingham grant [365-1] motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, 1:96-cv-00343, denying in part and granting as to obtaining the info on death of class members, dfts are ordered to produce records by 10/23/01 re: motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/23/01 (pap) (Entered: 10/23/2001) |
| 10/25/2001 | 391 | RESPONSE by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 392 | OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 393 | MOTION by plaintiffs and defendants in 1:92-cv-00870, and 1:96-cv-00343 for leave to utilize the skills of Senior Judge John Kane as a settlement Judge (pap) (Entered: 10/26/2001) |
| 10/29/2001 | 394 | ORDER by Judge Edward W. Nottingham granting joint motion for leave to utilize the skills of Senior Judge John Kane as a settlement Judge [393-1] in 1:92-cv-00870, 1:96-cv-00343 and the case be referred to Judge John L. Kane for the purposes set forth in the motion (cc: all counsel) ; entry date : 10/30/01 (pap) (Entered: 10/30/2001) |
| 11/05/2001 | 395 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents (pap) (Entered: 11/06/2001) |
| 11/08/2001 | 396 | MINUTE ORDER : by Judge Edward W. Nottingham granting to and including 11/15/01 the plas' unopposed motion for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents [395-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/9/01 (pap) (Entered: 11/09/2001) |
| 11/08/2001 | 397 | OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/09/2001) |
| | | |

| | | |
|---|---|---|
| | | [368-1] in 1:92-cv-00870, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870 ; entry date : 10/23/01 Court Reporter: Tapes OES 01-50ct; 01-51ct (pap) (Entered: 10/23/2001) |
| 10/22/2001 | 390 | ORDER by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion for sanctions [302-2] in 1:92-cv-00870, 1:96-cv-00343, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343, Court will recommend Judge Nottingham grant [365-1] motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, 1:96-cv-00343, denying in part and granting as to obtaining the info on death of class members, dfts are ordered to produce records by 10/23/01 re: motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/23/01 (pap) (Entered: 10/23/2001) |
| 10/25/2001 | 391 | RESPONSE by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 392 | OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 393 | MOTION by plaintiffs and defendants in 1:92-cv-00870, and 1:96-cv-00343 for leave to utilize the skills of Senior Judge John Kane as a settlement Judge (pap) (Entered: 10/26/2001) |
| 10/29/2001 | 394 | ORDER by Judge Edward W. Nottingham granting joint motion for leave to utilize the skills of Senior Judge John Kane as a settlement Judge [393-1] in 1:92-cv-00870, 1:96-cv-00343 and the case be referred to Judge John L. Kane for the purposes set forth in the motion (cc: all counsel) ; entry date : 10/30/01 (pap) (Entered: 10/30/2001) |
| 11/05/2001 | 395 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents (pap) (Entered: 11/06/2001) |
| 11/08/2001 | 396 | MINUTE ORDER : by Judge Edward W. Nottingham granting to and including 11/15/01 the plas' unopposed motion for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents [395-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/9/01 (pap) (Entered: 11/09/2001) |
| 11/08/2001 | 397 | OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/09/2001) |
| | | |

| | | |
|---|---|---|
| | | [368-1] in 1:92-cv-00870, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870 ; entry date : 10/23/01 Court Reporter: Tapes OES 01-50ct; 01-51ct (pap) (Entered: 10/23/2001) |
| 10/22/2001 | 390 | ORDER by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion for sanctions [302-2] in 1:92-cv-00870, 1:96-cv-00343, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343, Court will recommend Judge Nottingham grant [365-1] motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, 1:96-cv-00343, denying in part and granting as to obtaining the info on death of class members, dfts are ordered to produce records by 10/23/01 re: motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/23/01 (pap) (Entered: 10/23/2001) |
| 10/25/2001 | 391 | RESPONSE by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 392 | OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 393 | MOTION by plaintiffs and defendants in 1:92-cv-00870, and 1:96-cv-00343 for leave to utilize the skills of Senior Judge John Kane as a settlement Judge (pap) (Entered: 10/26/2001) |
| 10/29/2001 | 394 | ORDER by Judge Edward W. Nottingham granting joint motion for leave to utilize the skills of Senior Judge John Kane as a settlement Judge [393-1] in 1:92-cv-00870, 1:96-cv-00343 and the case be referred to Judge John L. Kane for the purposes set forth in the motion (cc: all counsel) ; entry date : 10/30/01 (pap) (Entered: 10/30/2001) |
| 11/05/2001 | 395 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents (pap) (Entered: 11/06/2001) |
| 11/08/2001 | 396 | MINUTE ORDER : by Judge Edward W. Nottingham granting to and including 11/15/01 the plas' unopposed motion for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents [395-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/9/01 (pap) (Entered: 11/09/2001) |
| 11/08/2001 | 397 | OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/09/2001) |
| | | |

| | | |
|---|---|---|
| | | [368-1] in 1:92-cv-00870, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870 ; entry date : 10/23/01 Court Reporter: Tapes OES 01-50ct; 01-51ct (pap) (Entered: 10/23/2001) |
| 10/22/2001 | 390 | ORDER by Magistrate Judge O. E. Schlatter denying motion to compel response to discovery request [302-1] in 1:92-cv-00870, 1:96-cv-00343, denying motion for sanctions [302-2] in 1:92-cv-00870, 1:96-cv-00343, denying motion for protective order re: Deposition of Tom Deniston [353-1] in 1:92-cv-00870, 1:96-cv-00343, Court will recommend Judge Nottingham grant [365-1] motion to extend discovery deadlines to 10/1/01 in 1:92-cv-00870, 1:96-cv-00343, denying in part and granting as to obtaining the info on death of class members, dfts are ordered to produce records by 10/23/01 re: motion to compel discovery and request forthwith hearing [368-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 10/23/01 (pap) (Entered: 10/23/2001) |
| 10/25/2001 | 391 | RESPONSE by defendants in 1:92-cv-00870, defendants in 1:96-cv-00343 to motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 392 | OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/26/2001) |
| 10/25/2001 | 393 | MOTION by plaintiffs and defendants in 1:92-cv-00870, and 1:96-cv-00343 for leave to utilize the skills of Senior Judge John Kane as a settlement Judge (pap) (Entered: 10/26/2001) |
| 10/29/2001 | 394 | ORDER by Judge Edward W. Nottingham granting joint motion for leave to utilize the skills of Senior Judge John Kane as a settlement Judge [393-1] in 1:92-cv-00870, 1:96-cv-00343 and the case be referred to Judge John L. Kane for the purposes set forth in the motion (cc: all counsel) ; entry date : 10/30/01 (pap) (Entered: 10/30/2001) |
| 11/05/2001 | 395 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents (pap) (Entered: 11/06/2001) |
| 11/08/2001 | 396 | MINUTE ORDER : by Judge Edward W. Nottingham granting to and including 11/15/01 the plas' unopposed motion for extension of time to respond to dfts' objection to Magistrate's 11/22/01 order concerning production of quality assurance documents [395-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/9/01 (pap) (Entered: 11/09/2001) |
| 11/08/2001 | 397 | OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston by defendants in 1:92-cv-00870, 1:96-cv-00343 concerning order [390-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/09/2001) |
| | | |

| 11/14/2001 | 398 | ORDER by Magistrate Judge O. E. Schlatter denying plas' motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/01 (pap) (Entered: 11/14/2001) |
| 11/15/2001 | 399 | TRANSCRIPT of Motions Hearing on 10/18/01 before Mag Judge Schlatter ( pages: 74) Prepared By: Debra L. Phelps (certified copy) (pap) (Entered: 11/16/2001) |
| 11/15/2001 | 400 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] in 1:96-cv-00343 (pap) (Entered: 11/16/2001) |
| 11/16/2001 | 401 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2001) |
| 11/26/2001 | 402 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/27/2001) |
| 11/30/2001 | 403 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in 1:92-cv-00870 [397-1], and 1:96-cv-343 objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] (pap) (Entered: 12/03/2001) |
| 12/05/2001 | 404 | REPLY in support by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 (to response) of motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/06/2001) |
| 12/17/2001 | 405 | Submission of supplemental authority and renewed MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss the complaint (pap) Modified on 12/18/2001 (Entered: 12/18/2001) |
| 12/18/2001 | 406 | MINUTE ORDER : by Judge Edward W. Nottingham; plas' response is due on or before 1/2/02, any reply shall be filed within 11 days of service of the response regarding [405-1] motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/19/01 (pap) (Entered: 12/19/2001) |
| 12/21/2001 | 407 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 to stay all proceedings during the settlement negotiations (pap) (Entered: 12/24/2001) |
| 01/29/2002 | 408 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 9:30 3/26/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/30/02 (pap) (Entered: 01/30/2002) |

| 11/14/2001 | 398 | ORDER by Magistrate Judge O. E. Schlatter denying plas' motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/01 (pap) (Entered: 11/14/2001) |
| 11/15/2001 | 399 | TRANSCRIPT of Motions Hearing on 10/18/01 before Mag Judge Schlatter ( pages: 74) Prepared By: Debra L. Phelps (certified copy) (pap) (Entered: 11/16/2001) |
| 11/15/2001 | 400 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] in 1:96-cv-00343 (pap) (Entered: 11/16/2001) |
| 11/16/2001 | 401 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2001) |
| 11/26/2001 | 402 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/27/2001) |
| 11/30/2001 | 403 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in 1:92-cv-00870 [397-1], and 1:96-cv-343 objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] (pap) (Entered: 12/03/2001) |
| 12/05/2001 | 404 | REPLY in support by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 (to response) of motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/06/2001) |
| 12/17/2001 | 405 | Submission of supplemental authority and renewed MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss the complaint (pap) Modified on 12/18/2001 (Entered: 12/18/2001) |
| 12/18/2001 | 406 | MINUTE ORDER : by Judge Edward W. Nottingham; plas' response is due on or before 1/2/02, any reply shall be filed within 11 days of service of the response regarding [405-1] motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/19/01 (pap) (Entered: 12/19/2001) |
| 12/21/2001 | 407 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 to stay all proceedings during the settlement negotiations (pap) (Entered: 12/24/2001) |
| 01/29/2002 | 408 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 9:30 3/26/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/30/02 (pap) (Entered: 01/30/2002) |

| 11/14/2001 | 398 | ORDER by Magistrate Judge O. E. Schlatter denying plas' motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/01 (pap) (Entered: 11/14/2001) |
| 11/15/2001 | 399 | TRANSCRIPT of Motions Hearing on 10/18/01 before Mag Judge Schlatter ( pages: 74) Prepared By: Debra L. Phelps (certified copy) (pap) (Entered: 11/16/2001) |
| 11/15/2001 | 400 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] in 1:96-cv-00343 (pap) (Entered: 11/16/2001) |
| 11/16/2001 | 401 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2001) |
| 11/26/2001 | 402 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/27/2001) |
| 11/30/2001 | 403 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in 1:92-cv-00870 [397-1], and 1:96-cv-343 objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] (pap) (Entered: 12/03/2001) |
| 12/05/2001 | 404 | REPLY in support by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 (to response) of motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/06/2001) |
| 12/17/2001 | 405 | Submission of supplemental authority and renewed MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss the complaint (pap) Modified on 12/18/2001 (Entered: 12/18/2001) |
| 12/18/2001 | 406 | MINUTE ORDER : by Judge Edward W. Nottingham; plas' response is due on or before 1/2/02, any reply shall be filed within 11 days of service of the response regarding [405-1] motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/19/01 (pap) (Entered: 12/19/2001) |
| 12/21/2001 | 407 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 to stay all proceedings during the settlement negotiations (pap) (Entered: 12/24/2001) |
| 01/29/2002 | 408 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 9:30 3/26/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/30/02 (pap) (Entered: 01/30/2002) |

| 11/14/2001 | 398 | ORDER by Magistrate Judge O. E. Schlatter denying plas' motion for Rule 11 sanctions [385-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 11/14/01 (pap) (Entered: 11/14/2001) |
| 11/15/2001 | 399 | TRANSCRIPT of Motions Hearing on 10/18/01 before Mag Judge Schlatter ( pages: 74) Prepared By: Debra L. Phelps (certified copy) (pap) (Entered: 11/16/2001) |
| 11/15/2001 | 400 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] in 1:96-cv-00343 (pap) (Entered: 11/16/2001) |
| 11/16/2001 | 401 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2001) |
| 11/26/2001 | 402 | RESPONSE by defendants in 1:92-cv-00870, 1:96-cv-00343 to motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/27/2001) |
| 11/30/2001 | 403 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 in 1:92-cv-00870 [397-1], and 1:96-cv-343 objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [0-1] (pap) (Entered: 12/03/2001) |
| 12/05/2001 | 404 | REPLY in support by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 (to response) of motion to strike OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/06/2001) |
| 12/17/2001 | 405 | Submission of supplemental authority and renewed MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 to dismiss the complaint (pap) Modified on 12/18/2001 (Entered: 12/18/2001) |
| 12/18/2001 | 406 | MINUTE ORDER : by Judge Edward W. Nottingham; plas' response is due on or before 1/2/02, any reply shall be filed within 11 days of service of the response regarding [405-1] motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 12/19/01 (pap) (Entered: 12/19/2001) |
| 12/21/2001 | 407 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 to stay all proceedings during the settlement negotiations (pap) (Entered: 12/24/2001) |
| 01/29/2002 | 408 | MINUTE ORDER : by Magistrate Judge O. E. Schlatter ; telephone status conf set for 9:30 3/26/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 1/30/02 (pap) (Entered: 01/30/2002) |

| 02/06/2002 | 409 | ORDER by Judge Edward W. Nottingham granting motion to stay all proceedings during the settlement negotiations [407-1] in 1:92-cv-00870, denying without prejudice the following motions; motion to dismiss the complaint [405-1] in 1:92-cv-00870, denying motion to strike Overruling the following objections: OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, denying motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, denying motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, denying motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, denying motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 , CASE STAYED as to negotiations ; Parties will jointly or separately file status reports every ninety days, commencing 3/1/02 (cc: all counsel) ; entry date : 2/8/02 (pap) (Entered: 02/08/2002) |
| 03/04/2002 | 410 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 03/05/2002) |
| 03/06/2002 | 411 | STATUS REPORT by plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 (pap) (Entered: 03/07/2002) |
| 04/05/2002 | 412 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 3:00 5/2/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 4/5/02 (pap) (Entered: 04/05/2002) |
| 05/01/2002 | 413 | Revised STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/02/2002) |
| 05/01/2002 | 413 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for expedited trial (pap) (Entered: 05/02/2002) |
| 05/02/2002 | 414 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/2/02 ; dfts are directed to fila a motion to disqualify if intend to continue assertion of such a position; parties are directed to update the court about the pending motions by 5/8/02; before setting this case for trial the court will review and rule on the pending motions the parties will be renewing ; entry date : 5/6/02 Court Reporter: Therese Lindblom (pap) (Entered: 05/06/2002) |
| 05/02/2002 | 415 | RESPONSE and Objection by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' status report [413-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 05/06/2002) |
| 05/08/2002 | 416 | Position on Matters to be decided by the Court (STATEMENT) by |

| 02/06/2002 | 409 | ORDER by Judge Edward W. Nottingham granting motion to stay all proceedings during the settlement negotiations [407-1] in 1:92-cv-00870, denying without prejudice the following motions; motion to dismiss the complaint [405-1] in 1:92-cv-00870, denying motion to strike Overruling the following objections: OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, denying motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, denying motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, denying motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, denying motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 , CASE STAYED as to negotiations ; Parties will jointly or separately file status reports every ninety days, commencing 3/1/02 (cc: all counsel) ; entry date : 2/8/02 (pap) (Entered: 02/08/2002) |
| 03/04/2002 | 410 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 03/05/2002) |
| 03/06/2002 | 411 | STATUS REPORT by plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 (pap) (Entered: 03/07/2002) |
| 04/05/2002 | 412 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 3:00 5/2/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 4/5/02 (pap) (Entered: 04/05/2002) |
| 05/01/2002 | 413 | Revised STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/02/2002) |
| 05/01/2002 | 413 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for expedited trial (pap) (Entered: 05/02/2002) |
| 05/02/2002 | 414 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/2/02 ; dfts are directed to fila a motion to disqualify if intend to continue assertion of such a position; parties are directed to update the court about the pending motions by 5/8/02; before setting this case for trial the court will review and rule on the pending motions the parties will be renewing ; entry date : 5/6/02 Court Reporter: Therese Lindblom (pap) (Entered: 05/06/2002) |
| 05/02/2002 | 415 | RESPONSE and Objection by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' status report [413-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 05/06/2002) |
| 05/08/2002 | 416 | Position on Matters to be decided by the Court (STATEMENT) by |

| 02/06/2002 | 409 | ORDER by Judge Edward W. Nottingham granting motion to stay all proceedings during the settlement negotiations [407-1] in 1:92-cv-00870, denying without prejudice the following motions; motion to dismiss the complaint [405-1] in 1:92-cv-00870, denying motion to strike Overruling the following objections: OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, denying motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, denying motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, denying motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, denying motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 , CASE STAYED as to negotiations ; Parties will jointly or separately file status reports every ninety days, commencing 3/1/02 (cc: all counsel) ; entry date : 2/8/02 (pap) (Entered: 02/08/2002) |
| 03/04/2002 | 410 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 03/05/2002) |
| 03/06/2002 | 411 | STATUS REPORT by plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 (pap) (Entered: 03/07/2002) |
| 04/05/2002 | 412 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 3:00 5/2/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 4/5/02 (pap) (Entered: 04/05/2002) |
| 05/01/2002 | 413 | Revised STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/02/2002) |
| 05/01/2002 | 413 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for expedited trial (pap) (Entered: 05/02/2002) |
| 05/02/2002 | 414 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/2/02 ; dfts are directed to fila a motion to disqualify if intend to continue assertion of such a position; parties are directed to update the court about the pending motions by 5/8/02; before setting this case for trial the court will review and rule on the pending motions the parties will be renewing ; entry date : 5/6/02 Court Reporter: Therese Lindblom (pap) (Entered: 05/06/2002) |
| 05/02/2002 | 415 | RESPONSE and Objection by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' status report [413-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 05/06/2002) |
| 05/08/2002 | 416 | Position on Matters to be decided by the Court (STATEMENT) by |

| 02/06/2002 | 409 | ORDER by Judge Edward W. Nottingham granting motion to stay all proceedings during the settlement negotiations [407-1] in 1:92-cv-00870, denying without prejudice the following motions; motion to dismiss the complaint [405-1] in 1:92-cv-00870, denying motion to strike Overruling the following objections: OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, 1:96-cv-00343 [401-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning the deposition of Tom Deniston [397-1] in 1:92-cv-00870, denying objection motion OBJECTION to Magistrate's 10/22/01 order concerning production of quality assurance investigations [392-1] in 1:92-cv-00870, denying motion to supplement plas' resubmitted motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 [350-1] in 1:92-cv-00870, denying motion for sanctions for dft's failure to comply with a court order [345-1] in 1:92-cv-00870, denying motion (for sanctions) pursuant to court's order regarding discovery violations [319-1] in 1:92-cv-00870, denying motion for partial summary judgment on violations of physical accessibility as required by the ADA and the Rehibilitation Act of 1973 [349-1] in 1:92-cv-00870 , CASE STAYED as to negotiations ; Parties will jointly or separately file status reports every ninety days, commencing 3/1/02 (cc: all counsel) ; entry date : 2/8/02 (pap) (Entered: 02/08/2002) |
| 03/04/2002 | 410 | STATUS REPORT by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 03/05/2002) |
| 03/06/2002 | 411 | STATUS REPORT by plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 (pap) (Entered: 03/07/2002) |
| 04/05/2002 | 412 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 3:00 5/2/02 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 4/5/02 (pap) (Entered: 04/05/2002) |
| 05/01/2002 | 413 | Revised STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/02/2002) |
| 05/01/2002 | 413 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 for expedited trial (pap) (Entered: 05/02/2002) |
| 05/02/2002 | 414 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/2/02 ; dfts are directed to fila a motion to disqualify if intend to continue assertion of such a position; parties are directed to update the court about the pending motions by 5/8/02; before setting this case for trial the court will review and rule on the pending motions the parties will be renewing ; entry date : 5/6/02 Court Reporter: Therese Lindblom (pap) (Entered: 05/06/2002) |
| 05/02/2002 | 415 | RESPONSE and Objection by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' status report [413-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 05/06/2002) |
| 05/08/2002 | 416 | Position on Matters to be decided by the Court (STATEMENT) by |

| | | plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
|---|---|---|
| 05/08/2002 | 417 | Advisement (NOTICE) of renewed motions and objections by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 06/20/2002 | 418 | NOTICE of Change of Address of Paula Greisen and David H. Miller counsel for plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2002) |
| 06/26/2002 | 419 | MOTION by plaintiffs' counsel in 1:92-cv-00870 and 1:96-cv-00343 to withdraw Andrea E. Faley as counsel for plas (pap) (Entered: 06/27/2002) |
| 06/26/2002 | 420 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2002) |
| 07/08/2002 | 421 | ORDER by Magistrate Judge O. E. Schlatter granting motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/9/02 (pap) (Entered: 07/09/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 addressed to plaintiff Patricia Ballard in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Diedra Givens in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gail Levine in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gilpin Eugene in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/30/2002 | 422 | RESPONSE by plaintiffs to dft's submission of supplemental authority and renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (dlb) (Entered: 07/31/2002) |
| 08/21/2002 | 423 | STATUS REPORT by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (pap) (Entered: 08/22/2002) |
| 11/18/2002 | 424 | Submission of SUPPLEMENTal authorities in support by defendants in 1:92-cv-00870, 1:96-cv-00343 to renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2002) |
| 11/25/2002 | 425 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/26/2002) |
| 01/08/2003 | 426 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (for order) to correct designation of attorneys of record (pap) (Entered: 01/09/2003) |
| | | |

| | | |
|---|---|---|
| | | plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 05/08/2002 | 417 | Advisement (NOTICE) of renewed motions and objections by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 06/20/2002 | 418 | NOTICE of Change of Address of Paula Greisen and David H. Miller counsel for plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2002) |
| 06/26/2002 | 419 | MOTION by plaintiffs' counsel in 1:92-cv-00870 and 1:96-cv-00343 to withdraw Andrea E. Faley as counsel for plas (pap) (Entered: 06/27/2002) |
| 06/26/2002 | 420 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2002) |
| 07/08/2002 | 421 | ORDER by Magistrate Judge O. E. Schlatter granting motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/9/02 (pap) (Entered: 07/09/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 addressed to plaintiff Patricia Ballard in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Diedra Givens in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gail Levine in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gilpin Eugene in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/30/2002 | 422 | RESPONSE by plaintiffs to dft's submission of supplemental authority and renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (dlb) (Entered: 07/31/2002) |
| 08/21/2002 | 423 | STATUS REPORT by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (pap) (Entered: 08/22/2002) |
| 11/18/2002 | 424 | Submission of SUPPLEMENTal authorities in support by defendants in 1:92-cv-00870, 1:96-cv-00343 to renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2002) |
| 11/25/2002 | 425 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/26/2002) |
| 01/08/2003 | 426 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (for order) to correct designation of attorneys of record (pap) (Entered: 01/09/2003) |
| | | |

| | | plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
|---|---|---|
| 05/08/2002 | 417 | Advisement (NOTICE) of renewed motions and objections by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 06/20/2002 | 418 | NOTICE of Change of Address of Paula Greisen and David H. Miller counsel for plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2002) |
| 06/26/2002 | 419 | MOTION by plaintiffs' counsel in 1:92-cv-00870 and 1:96-cv-00343 to withdraw Andrea E. Faley as counsel for plas (pap) (Entered: 06/27/2002) |
| 06/26/2002 | 420 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2002) |
| 07/08/2002 | 421 | ORDER by Magistrate Judge O. E. Schlatter granting motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/9/02 (pap) (Entered: 07/09/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 addressed to plaintiff Patricia Ballard in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Diedra Givens in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gail Levine in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gilpin Eugene in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/30/2002 | 422 | RESPONSE by plaintiffs to dft's submission of supplemental authority and renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (dlb) (Entered: 07/31/2002) |
| 08/21/2002 | 423 | STATUS REPORT by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (pap) (Entered: 08/22/2002) |
| 11/18/2002 | 424 | Submission of SUPPLEMENTal authorities in support by defendants in 1:92-cv-00870, 1:96-cv-00343 to renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2002) |
| 11/25/2002 | 425 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/26/2002) |
| 01/08/2003 | 426 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (for order) to correct designation of attorneys of record (pap) (Entered: 01/09/2003) |
| | | |

| | | plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
|---|---|---|
| 05/08/2002 | 417 | Advisement (NOTICE) of renewed motions and objections by defendants in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 05/09/2002) |
| 06/20/2002 | 418 | NOTICE of Change of Address of Paula Greisen and David H. Miller counsel for plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/21/2002) |
| 06/26/2002 | 419 | MOTION by plaintiffs' counsel in 1:92-cv-00870 and 1:96-cv-00343 to withdraw Andrea E. Faley as counsel for plas (pap) (Entered: 06/27/2002) |
| 06/26/2002 | 420 | MEMORANDUM by Judge Edward W. Nottingham referring to Magistrate Judge O. E. Schlatter the motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/28/2002) |
| 07/08/2002 | 421 | ORDER by Magistrate Judge O. E. Schlatter granting motion to withdraw Andrea E. Faley as counsel for plas [419-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/9/02 (pap) (Entered: 07/09/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 addressed to plaintiff Patricia Ballard in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Diedra Givens in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gail Levine in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/15/2002 | | MAIL Returned order [421-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 addressed to plaintiff Gilpin Eugene in 1:92-cv-00870 (pap) (Entered: 07/16/2002) |
| 07/30/2002 | 422 | RESPONSE by plaintiffs to dft's submission of supplemental authority and renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (dlb) (Entered: 07/31/2002) |
| 08/21/2002 | 423 | STATUS REPORT by plaintiffs in 1:92-cv-00870, plaintiff in 1:96-cv-00343 (pap) (Entered: 08/22/2002) |
| 11/18/2002 | 424 | Submission of SUPPLEMENTal authorities in support by defendants in 1:92-cv-00870, 1:96-cv-00343 to renewed motion to dismiss the complaint [405-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/19/2002) |
| 11/25/2002 | 425 | STATUS REPORT by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 11/26/2002) |
| 01/08/2003 | 426 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 (for order) to correct designation of attorneys of record (pap) (Entered: 01/09/2003) |
| | | |

| 01/08/2003 | 427 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike renewed mtoion to dismiss complaint and submission of supplemental authority in support [424-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 01/09/2003) |
| --- | --- | --- |
| 01/21/2003 | 428 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion (for order) to correct designation of attorneys of record [426-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/03 (pap) (Entered: 01/22/2003) |
| 01/27/2003 | 429 | Attachment (SUPPLEMENT) by Margarite M. Moore for Steven R. Marquiz in 1:92-cv-00870 to complaint [99-1] in 1:92-cv-00870 (pap) (Entered: 01/28/2003) |
| 03/27/2003 | 430 | ORDER by Judge Edward W. Nottingham granting motion for expedited trial [413-1] in 1:92-cv-00870 ; status conf set for 10:00 5/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/27/03 (pap) (Entered: 03/27/2003) |
| 05/16/2003 | 431 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/16/03; 5 week jury trial set for 7/28/03 , Granting plas' oral motion to amend caption to subsitute Bill Owens for dft Roy Romer substituting defendant Bill Owens to case(s) 1:92-cv-00870, , dismissing party Roy Romer in 1:92-cv-00870 ; All claims for monetary damages made under the Americans with Disabilities Act are dismissed ; Trial will be bifurcated between liability and damages portions entry date : 5/19/03 Court Reporter: Therese Lindblom (pap) (Entered: 05/19/2003) |
| 05/21/2003 | 432 | ORDER by Judge Edward W. Nottingham ; 3 week court trial set for 9:00 7/28/03 in 1:92-cv-00870, in 1:96-cv-00343 ; (cc: all counsel) ; entry date : 5/23/03 (pap) (Entered: 05/23/2003) |
| 06/04/2003 | 433 | NOTICE of Change of address of Hall & Evans LLC attorneys for the defendants in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 06/05/2003) |
| 06/05/2003 | 434 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to [424-1] Dfts' submission of supplemental authorities in support of (their fourth) renewed motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/06/2003) |
| 07/03/2003 | 435 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for temporary restraining order ; notice; hearing & duration w/ affidavit (pap) (Entered: 07/03/2003) |
| 07/11/2003 | 436 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on notice of settlement found as part of motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 7/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/03 (pap) (Entered: 07/15/2003) |
| 07/16/2003 | 437 | MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for order approving notice of class action settlement (pap) (Entered: |

| 01/08/2003 | 427 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike renewed mtoion to dismiss complaint and submission of supplemental authority in support [424-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 01/09/2003) |
|---|---|---|
| 01/21/2003 | 428 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion (for order) to correct designation of attorneys of record [426-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/03 (pap) (Entered: 01/22/2003) |
| 01/27/2003 | 429 | Attachment (SUPPLEMENT) by Margarite M. Moore for Steven R. Marquiz in 1:92-cv-00870 to complaint [99-1] in 1:92-cv-00870 (pap) (Entered: 01/28/2003) |
| 03/27/2003 | 430 | ORDER by Judge Edward W. Nottingham granting motion for expedited trial [413-1] in 1:92-cv-00870 ; status conf set for 10:00 5/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/27/03 (pap) (Entered: 03/27/2003) |
| 05/16/2003 | 431 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/16/03; 5 week jury trial set for 7/28/03 , Granting plas' oral motion to amend caption to subsitute Bill Owens for dft Roy Romer substituting defendant Bill Owens to case(s) 1:92-cv-00870, , dismissing party Roy Romer in 1:92-cv-00870 ; All claims for monetary damages made under the Americans with Disabilities Act are dismissed ; Trial will be bifurcated between liability and damages portions entry date : 5/19/03 Court Reporter: Therese Lindblom (pap) (Entered: 05/19/2003) |
| 05/21/2003 | 432 | ORDER by Judge Edward W. Nottingham ; 3 week court trial set for 9:00 7/28/03 in 1:92-cv-00870, in 1:96-cv-00343 ; (cc: all counsel) ; entry date : 5/23/03 (pap) (Entered: 05/23/2003) |
| 06/04/2003 | 433 | NOTICE of Change of address of Hall & Evans LLC attorneys for the defendants in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 06/05/2003) |
| 06/05/2003 | 434 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to [424-1] Dfts' submission of supplemental authorities in support of (their fourth) renewed motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/06/2003) |
| 07/03/2003 | 435 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for temporary restraining order ; notice; hearing & duration w/ affidavit (pap) (Entered: 07/03/2003) |
| 07/11/2003 | 436 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on notice of settlement found as part of motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 7/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/03 (pap) (Entered: 07/15/2003) |
| 07/16/2003 | 437 | MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for order approving notice of class action settlement (pap) (Entered: |

| 01/08/2003 | 427 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike renewed mtoion to dismiss complaint and submission of supplemental authority in support [424-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 01/09/2003) |
|---|---|---|
| 01/21/2003 | 428 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion (for order) to correct designation of attorneys of record [426-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/03 (pap) (Entered: 01/22/2003) |
| 01/27/2003 | 429 | Attachment (SUPPLEMENT) by Margarite M. Moore for Steven R. Marquiz in 1:92-cv-00870 to complaint [99-1] in 1:92-cv-00870 (pap) (Entered: 01/28/2003) |
| 03/27/2003 | 430 | ORDER by Judge Edward W. Nottingham granting motion for expedited trial [413-1] in 1:92-cv-00870 ; status conf set for 10:00 5/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/27/03 (pap) (Entered: 03/27/2003) |
| 05/16/2003 | 431 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/16/03; 5 week jury trial set for 7/28/03 , Granting plas' oral motion to amend caption to subsitute Bill Owens for dft Roy Romer substituting defendant Bill Owens to case(s) 1:92-cv-00870, , dismissing party Roy Romer in 1:92-cv-00870 ; All claims for monetary damages made under the Americans with Disabilities Act are dismissed ; Trial will be bifurcated between liability and damages portions entry date : 5/19/03 Court Reporter: Therese Lindblom (pap) (Entered: 05/19/2003) |
| 05/21/2003 | 432 | ORDER by Judge Edward W. Nottingham ; 3 week court trial set for 9:00 7/28/03 in 1:92-cv-00870, in 1:96-cv-00343 ; (cc: all counsel) ; entry date : 5/23/03 (pap) (Entered: 05/23/2003) |
| 06/04/2003 | 433 | NOTICE of Change of address of Hall & Evans LLC attorneys for the defendants in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 06/05/2003) |
| 06/05/2003 | 434 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to [424-1] Dfts' submission of supplemental authorities in support of (their fourth) renewed motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/06/2003) |
| 07/03/2003 | 435 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for temporary restraining order ; notice; hearing & duration w/ affidavit (pap) (Entered: 07/03/2003) |
| 07/11/2003 | 436 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on notice of settlement found as part of motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 7/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/03 (pap) (Entered: 07/15/2003) |
| 07/16/2003 | 437 | MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for order approving notice of class action settlement (pap) (Entered: |

| | | |
|---|---|---|
| 01/08/2003 | 427 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to strike renewed mtoion to dismiss complaint and submission of supplemental authority in support [424-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (pap) (Entered: 01/09/2003) |
| 01/21/2003 | 428 | MINUTE ORDER : by Judge Edward W. Nottingham granting motion (for order) to correct designation of attorneys of record [426-1] in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 1/22/03 (pap) (Entered: 01/22/2003) |
| 01/27/2003 | 429 | Attachment (SUPPLEMENT) by Margarite M. Moore for Steven R. Marquiz in 1:92-cv-00870 to complaint [99-1] in 1:92-cv-00870 (pap) (Entered: 01/28/2003) |
| 03/27/2003 | 430 | ORDER by Judge Edward W. Nottingham granting motion for expedited trial [413-1] in 1:92-cv-00870 ; status conf set for 10:00 5/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/27/03 (pap) (Entered: 03/27/2003) |
| 05/16/2003 | 431 | COURTROOM MINUTES by Judge Edward W. Nottingham ; status conf held 5/16/03; 5 week jury trial set for 7/28/03 , Granting plas' oral motion to amend caption to subsitute Bill Owens for dft Roy Romer substituting defendant Bill Owens to case(s) 1:92-cv-00870, , dismissing party Roy Romer in 1:92-cv-00870 ; All claims for monetary damages made under the Americans with Disabilities Act are dismissed ; Trial will be bifurcated between liability and damages portions entry date : 5/19/03 Court Reporter: Therese Lindblom (pap) (Entered: 05/19/2003) |
| 05/21/2003 | 432 | ORDER by Judge Edward W. Nottingham ; 3 week court trial set for 9:00 7/28/03 in 1:92-cv-00870, in 1:96-cv-00343 ; (cc: all counsel) ; entry date : 5/23/03 (pap) (Entered: 05/23/2003) |
| 06/04/2003 | 433 | NOTICE of Change of address of Hall & Evans LLC attorneys for the defendants in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 06/05/2003) |
| 06/05/2003 | 434 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to [424-1] Dfts' submission of supplemental authorities in support of (their fourth) renewed motion to dismiss the complaint in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 06/06/2003) |
| 07/03/2003 | 435 | MOTION by Steven R. Marquiz in 1:92-cv-00870 for temporary restraining order ; notice; hearing & duration w/ affidavit (pap) (Entered: 07/03/2003) |
| 07/11/2003 | 436 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on notice of settlement found as part of motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 3:00 7/16/03 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/03 (pap) (Entered: 07/15/2003) |
| 07/16/2003 | 437 | MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for order approving notice of class action settlement (pap) (Entered: |

| | | 07/17/2003) |
|---|---|---|
| 07/16/2003 | 438 | COURTROOM MINUTES by Judge Edward W. Nottingham; Hearing on and denying Approval of Form of Notice to Class Re: Settlement; denying Pla's motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 7/17/03 Court Reporter: Kara Spitler (pap) (Entered: 07/17/2003) |
| 07/16/2003 | | Tendered Notice of Proposed Class action settlement submitted by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 re: motion for order approving notice of class action [437-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/17/2003 | 439 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for (order) approval of notice (pap) (Entered: 07/21/2003) |
| 07/17/2003 | | Tendered Notice of Proposed class action settlement submitted by plaintiffs and defendants in 1:92-cv-870 and 1:96-cv-00343 re: motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 07/21/2003 (Entered: 07/21/2003) |
| 07/18/2003 | 440 | ORDER by Judge Edward W. Nottingham granting motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 and approving form of notice (cc: all counsel) ; entry date : 7/21/03 (pap) (Entered: 07/21/2003) |
| 07/18/2003 | 441 | NOTICE of Proposed class Action Settlement by parties in 1:92-cv-00870 and 1:96-cv-00343 re: order [440-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/25/2003 | 442 | LETTER to court from Margarite McMoore in 1:92-cv-00870 Re: Steven R. Marquez #48986 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/28/2003) |
| 07/28/2003 | 443 | LETTER to court from non-party prisoner Mark Martinez in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/28/2003 | 444 | LETTER to court from non party prisoner Richard James Kanely Jr. in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/30/2003 | 445 | LETTER to court from Anthony Hernandez re: notice [441-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/30/2003 | 446 | OBJECTION/Response by Interested Party Steven Eugene Clouse to proposed remedial plan CO DOC re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/31/2003 | 447 | OBJECTIONS to "Remedial Plan" by Art Price re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/01/2003) |
| 07/31/2003 | 450 | OBJECTIONS by Randall D. Curtis to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |

| | | |
|---|---|---|
| | | 07/17/2003) |
| 07/16/2003 | 438 | COURTROOM MINUTES by Judge Edward W. Nottingham; Hearing on and denying Approval of Form of Notice to Class Re: Settlement; denying Pla's motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 7/17/03 Court Reporter: Kara Spitler (pap) (Entered: 07/17/2003) |
| 07/16/2003 | | Tendered Notice of Proposed Class action settlement submitted by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 re: motion for order approving notice of class action [437-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/17/2003 | 439 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for (order) approval of notice (pap) (Entered: 07/21/2003) |
| 07/17/2003 | | Tendered Notice of Proposed class action settlement submitted by plaintiffs and defendants in 1:92-cv-870 and 1:96-cv-00343 re: motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 07/21/2003 (Entered: 07/21/2003) |
| 07/18/2003 | 440 | ORDER by Judge Edward W. Nottingham granting motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 and approving form of notice (cc: all counsel) ; entry date : 7/21/03 (pap) (Entered: 07/21/2003) |
| 07/18/2003 | 441 | NOTICE of Proposed class Action Settlement by parties in 1:92-cv-00870 and 1:96-cv-00343 re: order [440-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/25/2003 | 442 | LETTER to court from Margarite McMoore in 1:92-cv-00870 Re: Steven R. Marquez #48986 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/28/2003) |
| 07/28/2003 | 443 | LETTER to court from non-party prisoner Mark Martinez in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/28/2003 | 444 | LETTER to court from non party prisoner Richard James Kanely Jr. in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/30/2003 | 445 | LETTER to court from Anthony Hernandez re: notice [441-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/30/2003 | 446 | OBJECTION/Response by Interested Party Steven Eugene Clouse to proposed remedial plan CO DOC re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/31/2003 | 447 | OBJECTIONS to "Remedial Plan" by Art Price re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/01/2003) |
| 07/31/2003 | 450 | OBJECTIONS by Randall D. Curtis to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| | | |

| | | |
|---|---|---|
| | | 07/17/2003) |
| 07/16/2003 | 438 | COURTROOM MINUTES by Judge Edward W. Nottingham; Hearing on and denying Approval of Form of Notice to Class Re: Settlement; denying Pla's motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 7/17/03 Court Reporter: Kara Spitler (pap) (Entered: 07/17/2003) |
| 07/16/2003 | | Tendered Notice of Proposed Class action settlement submitted by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 re: motion for order approving notice of class action [437-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/17/2003 | 439 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for (order) approval of notice (pap) (Entered: 07/21/2003) |
| 07/17/2003 | | Tendered Notice of Proposed class action settlement submitted by plaintiffs and defendants in 1:92-cv-870 and 1:96-cv-00343 re: motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 07/21/2003 (Entered: 07/21/2003) |
| 07/18/2003 | 440 | ORDER by Judge Edward W. Nottingham granting motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 and approving form of notice (cc: all counsel) ; entry date : 7/21/03 (pap) (Entered: 07/21/2003) |
| 07/18/2003 | 441 | NOTICE of Proposed class Action Settlement by parties in 1:92-cv-00870 and 1:96-cv-00343 re: order [440-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/25/2003 | 442 | LETTER to court from Margarite McMoore in 1:92-cv-00870 Re: Steven R. Marquez #48986 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/28/2003) |
| 07/28/2003 | 443 | LETTER to court from non-party prisoner Mark Martinez in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/28/2003 | 444 | LETTER to court from non party prisoner Richard James Kanely Jr. in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/30/2003 | 445 | LETTER to court from Anthony Hernandez re: notice [441-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/30/2003 | 446 | OBJECTION/Response by Interested Party Steven Eugene Clouse to proposed remedial plan CO DOC re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/31/2003 | 447 | OBJECTIONS to "Remedial Plan" by Art Price re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/01/2003) |
| 07/31/2003 | 450 | OBJECTIONS by Randall D. Curtis to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| | | |

| | | 07/17/2003) |
|---|---|---|
| 07/16/2003 | 438 | COURTROOM MINUTES by Judge Edward W. Nottingham; Hearing on and denying Approval of Form of Notice to Class Re: Settlement; denying Pla's motion for temporary restraining order [435-1] in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 7/17/03 Court Reporter: Kara Spitler (pap) (Entered: 07/17/2003) |
| 07/16/2003 | | Tendered Notice of Proposed Class action settlement submitted by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 re: motion for order approving notice of class action [437-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/17/2003 | 439 | Joint MOTION by plaintiffs and defendants in 1:92-cv-00870, 1:96-cv-00343 for (order) approval of notice (pap) (Entered: 07/21/2003) |
| 07/17/2003 | | Tendered Notice of Proposed class action settlement submitted by plaintiffs and defendants in 1:92-cv-870 and 1:96-cv-00343 re: motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 07/21/2003 (Entered: 07/21/2003) |
| 07/18/2003 | 440 | ORDER by Judge Edward W. Nottingham granting motion for (order) approval of notice [439-1] in 1:92-cv-00870, 1:96-cv-00343 and approving form of notice (cc: all counsel) ; entry date : 7/21/03 (pap) (Entered: 07/21/2003) |
| 07/18/2003 | 441 | NOTICE of Proposed class Action Settlement by parties in 1:92-cv-00870 and 1:96-cv-00343 re: order [440-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/21/2003) |
| 07/25/2003 | 442 | LETTER to court from Margarite McMoore in 1:92-cv-00870 Re: Steven R. Marquez #48986 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/28/2003) |
| 07/28/2003 | 443 | LETTER to court from non-party prisoner Mark Martinez in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/28/2003 | 444 | LETTER to court from non party prisoner Richard James Kanely Jr. in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/29/2003) |
| 07/30/2003 | 445 | LETTER to court from Anthony Hernandez re: notice [441-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/30/2003 | 446 | OBJECTION/Response by Interested Party Steven Eugene Clouse to proposed remedial plan CO DOC re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 07/31/2003) |
| 07/31/2003 | 447 | OBJECTIONS to "Remedial Plan" by Art Price re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/01/2003) |
| 07/31/2003 | 450 | OBJECTIONS by Randall D. Curtis to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |

| 08/01/2003 | 448 | Letter (OBJECTION) by Nick Boyd in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/04/2003) |
|---|---|---|
| 08/04/2003 | 449 | OBJECTIONS by Alfred Prince to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/05/2003) |
| 08/05/2003 | 451 | Written OBJECTIONS to the proposed remedial plan by Stephen D. Hamer re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 452 | Letter of OBJECTIONS by Alvin Cooper in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 453 | Letter of OBJECTION by Fred Franzone in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 454 | LETTER statement to court from Tony Ornelas (sic) in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/06/2003 | 455 | LETTER to court from Alex Valdez re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 456 | OBJECTIONS to the proposed settlement by class member Allen Isaac Fistell re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 457 | STATEMENT by Antoine J. Maldonado re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 458 | OBJECTIONS by James Smith #112593 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 459 | OBJECTIONS by Antonio J. Maldonado #1308 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 460 | STATEMENT by Donnell Monroe #97586 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 461 | Limited OBJECTION by George Charles Knorr to (proposed) remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 462 | OBJECTIONS by David Ward to notice of proposed class action settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 463 | OBJECTIONS by Kevin Rutherfordi to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 464 | OBJECTIONS by Steve McCary to the proposed settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |

| 08/01/2003 | 448 | Letter (OBJECTION) by Nick Boyd in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/04/2003) |
|---|---|---|
| 08/04/2003 | 449 | OBJECTIONS by Alfred Prince to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/05/2003) |
| 08/05/2003 | 451 | Written OBJECTIONS to the proposed remedial plan by Stephen D. Hamer re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 452 | Letter of OBJECTIONS by Alvin Cooper in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 453 | Letter of OBJECTION by Fred Franzone in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 454 | LETTER statement to court from Tony Ornelas (sic) in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/06/2003 | 455 | LETTER to court from Alex Valdez re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 456 | OBJECTIONS to the proposed settlement by class member Allen Isaac Fistell re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 457 | STATEMENT by Antoine J. Maldonado re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 458 | OBJECTIONS by James Smith #112593 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 459 | OBJECTIONS by Antonio J. Maldonado #1308 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 460 | STATEMENT by Donnell Monroe #97586 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 461 | Limited OBJECTION by George Charles Knorr to (proposed) remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 462 | OBJECTIONS by David Ward to notice of proposed class action settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 463 | OBJECTIONS by Kevin Rutherfordi to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 464 | OBJECTIONS by Steve McCary to the proposed settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |

| 08/01/2003 | 448 | Letter (OBJECTION) by Nick Boyd in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/04/2003) |
| --- | --- | --- |
| 08/04/2003 | 449 | OBJECTIONS by Alfred Prince to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/05/2003) |
| 08/05/2003 | 451 | Written OBJECTIONS to the proposed remedial plan by Stephen D. Hamer re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 452 | Letter of OBJECTIONS by Alvin Cooper in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 453 | Letter of OBJECTION by Fred Franzone in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 454 | LETTER statement to court from Tony Ornelas (sic) in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/06/2003 | 455 | LETTER to court from Alex Valdez re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 456 | OBJECTIONS to the proposed settlement by class member Allen Isaac Fistell re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 457 | STATEMENT by Antoine J. Maldonado re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 458 | OBJECTIONS by James Smith #112593 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 459 | OBJECTIONS by Antonio J. Maldonado #1308 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 460 | STATEMENT by Donnell Monroe #97586 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 461 | Limited OBJECTION by George Charles Knorr to (proposed) remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 462 | OBJECTIONS by David Ward to notice of proposed class action settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 463 | OBJECTIONS by Kevin Rutherfordi to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 464 | OBJECTIONS by Steve McCary to the proposed settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |

| 08/01/2003 | 448 | Letter (OBJECTION) by Nick Boyd in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/04/2003) |
| 08/04/2003 | 449 | OBJECTIONS by Alfred Prince to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/05/2003) |
| 08/05/2003 | 451 | Written OBJECTIONS to the proposed remedial plan by Stephen D. Hamer re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 452 | Letter of OBJECTIONS by Alvin Cooper in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 453 | Letter of OBJECTION by Fred Franzone in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/05/2003 | 454 | LETTER statement to court from Tony Ornelas (sic) in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/06/2003) |
| 08/06/2003 | 455 | LETTER to court from Alex Valdez re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 456 | OBJECTIONS to the proposed settlement by class member Allen Isaac Fistell re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 457 | STATEMENT by Antoine J. Maldonado re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 458 | OBJECTIONS by James Smith #112593 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 459 | OBJECTIONS by Antonio J. Maldonado #1308 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 460 | STATEMENT by Donnell Monroe #97586 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 461 | Limited OBJECTION by George Charles Knorr to (proposed) remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 462 | OBJECTIONS by David Ward to notice of proposed class action settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 463 | OBJECTIONS by Kevin Rutherfordi to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| 08/06/2003 | 464 | OBJECTIONS by Steve McCary to the proposed settlement re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |

| 08/06/2003 | 465 | Comments (STATEMENT) by Larry L. Ford on proposed settlement re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
|---|---|---|
| 08/07/2003 | 469 | OBJECTIONS by Patrick O'Boyle to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 470 | NOTICE by Judge Nottingham re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 ddl to respond is 8/11/03 and hearing is set for 8/14/03 1:00 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 471 | STATEMENT by David Moberly and 12 others as listed on document re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 472 | OBJECTIONS to proposed class action settlment by Randy Kailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 473 | OBJECTIONS by Shawn Winkler to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 474 | OBJECTIONS by Edward Alan Eldridge and 5 others as listed on document to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 475 | LETTER to court from Randy Kailey re: objection [472-1] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: objection [0-1] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 476 | OBJECTIONS by Lawrence E. Beeman to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 477 | STATEMENT by Tom Willsey re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/07/2003 | 478 | RESPONSE by Virgil Gieck to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 479 | LETTER to court from Jesse Romo re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 480 | STATEMENT by Charles S. Hardy re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 481 | OBJECTIONS by Carl Moten to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 466 | Notice of OBJECTIONS to proposed remedial pla by David G. Bryan to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 467 | STATEMENT and request for fairness hearing by plaintiff Duncan Leach in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in |

| 08/06/2003 | 465 | Comments (STATEMENT) by Larry L. Ford on proposed settlement re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
|---|---|---|
| 08/07/2003 | 469 | OBJECTIONS by Patrick O'Boyle to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 470 | NOTICE by Judge Nottingham re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 ddl to respond is 8/11/03 and hearing is set for 8/14/03 1:00 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 471 | STATEMENT by David Moberly and 12 others as listed on document re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 472 | OBJECTIONS to proposed class action settlment by Randy Kailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 473 | OBJECTIONS by Shawn Winkler to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 474 | OBJECTIONS by Edward Alan Eldridge and 5 others as listed on document to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 475 | LETTER to court from Randy Kailey re: objection [472-1] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: objection [0-1] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 476 | OBJECTIONS by Lawrence E. Beeman to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 477 | STATEMENT by Tom Willsey re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/07/2003 | 478 | RESPONSE by Virgil Gieck to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 479 | LETTER to court from Jesse Romo re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 480 | STATEMENT by Charles S. Hardy re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 481 | OBJECTIONS by Carl Moten to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 466 | Notice of OBJECTIONS to proposed remedial pla by David G. Bryan to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 467 | STATEMENT and request for fairness hearing by plaintiff Duncan Leach in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in |

| 08/06/2003 | 465 | Comments (STATEMENT) by Larry L. Ford on proposed settlement re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
| --- | --- | --- |
| 08/07/2003 | 469 | OBJECTIONS by Patrick O'Boyle to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 470 | NOTICE by Judge Nottingham re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 ddl to respond is 8/11/03 and hearing is set for 8/14/03 1:00 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 471 | STATEMENT by David Moberly and 12 others as listed on document re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 472 | OBJECTIONS to proposed class action settlment by Randy Kailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 473 | OBJECTIONS by Shawn Winkler to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 474 | OBJECTIONS by Edward Alan Eldridge and 5 others as listed on document to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 475 | LETTER to court from Randy Kailey re: objection [472-1] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: objection [0-1] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 476 | OBJECTIONS by Lawrence E. Beeman to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 477 | STATEMENT by Tom Willsey re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/07/2003 | 478 | RESPONSE by Virgil Gieck to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 479 | LETTER to court from Jesse Romo re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 480 | STATEMENT by Charles S. Hardy re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 481 | OBJECTIONS by Carl Moten to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 466 | Notice of OBJECTIONS to proposed remedial pla by David G. Bryan to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 467 | STATEMENT and request for fairness hearing by plaintiff Duncan Leach in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in |

| 08/06/2003 | 465 | Comments (STATEMENT) by Larry L. Ford on proposed settlement re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/07/2003) |
|---|---|---|
| 08/07/2003 | 469 | OBJECTIONS by Patrick O'Boyle to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 470 | NOTICE by Judge Nottingham re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 ddl to respond is 8/11/03 and hearing is set for 8/14/03 1:00 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 471 | STATEMENT by David Moberly and 12 others as listed on document re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 472 | OBJECTIONS to proposed class action settlment by Randy Kailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 473 | OBJECTIONS by Shawn Winkler to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 474 | OBJECTIONS by Edward Alan Eldridge and 5 others as listed on document to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 475 | LETTER to court from Randy Kailey re: objection [472-1] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: objection [0-1] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 476 | OBJECTIONS by Lawrence E. Beeman to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 477 | STATEMENT by Tom Willsey re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) Modified on 08/11/2003 (Entered: 08/11/2003) |
| 08/07/2003 | 478 | RESPONSE by Virgil Gieck to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 479 | LETTER to court from Jesse Romo re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 480 | STATEMENT by Charles S. Hardy re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/07/2003 | 481 | OBJECTIONS by Carl Moten to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 466 | Notice of OBJECTIONS to proposed remedial pla by David G. Bryan to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 467 | STATEMENT and request for fairness hearing by plaintiff Duncan Leach in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in |

| | | 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 468 | OBJECTIONS to proposed remedial plan by class member Larry Gordon to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 482 | LETTER to court from Vernell Brooks in response to notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 483 | RESPONSE by Frank Martinez and 14 other inmates, as listed on document, to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 484 | OBJECTIONS to the (proposed) remedial plan by class member Dr. Thomas Robinson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 485 | OBJECTIONS by John Montoya to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 486 | OBJECTIONS to proposed plan and wish to be heard orally at hearing by Trevor Howell Sr. to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 487 | STATEMENT and declining involvement by William Bruntz re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 488 | OBJECTIONS by Orley K. Brock to proposed class action settlment re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 489 | OBJECTIONS by Willman Gibson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 490 | RESPONSE by Kevin Rutherford to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 491 | RESPONSE by Peter G. Smith to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 492 | OBJECTIONS to the (proposed) remedial plan by class members by Jay Bailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 493 | OBJECTIONS by Dirk Nelson to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 494 | Motion for OBJECTION of proposed class action settlment by Alejandro Ruben Valdez re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 495 | OBJECTIONS by Richard Rogers to notice [441-1] in 1:92-cv-00870, |

| | | 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 468 | OBJECTIONS to proposed remedial plan by class member Larry Gordon to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 482 | LETTER to court from Vernell Brooks in response to notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 483 | RESPONSE by Frank Martinez and 14 other inmates, as listed on document, to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 484 | OBJECTIONS to the (proposed) remedial plan by class member Dr. Thomas Robinson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 485 | OBJECTIONS by John Montoya to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 486 | OBJECTIONS to proposed plan and wish to be heard orally at hearing by Trevor Howell Sr. to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 487 | STATEMENT and declining involvement by William Bruntz re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 488 | OBJECTIONS by Orley K. Brock to proposed class action settlment re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 489 | OBJECTIONS by Willman Gibson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 490 | RESPONSE by Kevin Rutherford to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 491 | RESPONSE by Peter G. Smith to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 492 | OBJECTIONS to the (proposed) remedial plan by class members by Jay Bailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 493 | OBJECTIONS by Dirk Nelson to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 494 | Motion for OBJECTION of proposed class action settlment by Alejandro Ruben Valdez re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 495 | OBJECTIONS by Richard Rogers to notice [441-1] in 1:92-cv-00870, |

| | | 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 468 | OBJECTIONS to proposed remedial plan by class member Larry Gordon to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 482 | LETTER to court from Vernell Brooks in response to notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 483 | RESPONSE by Frank Martinez and 14 other inmates, as listed on document, to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 484 | OBJECTIONS to the (proposed) remedial plan by class member Dr. Thomas Robinson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 485 | OBJECTIONS by John Montoya to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 486 | OBJECTIONS to proposed plan and wish to be heard orally at hearing by Trevor Howell Sr. to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 487 | STATEMENT and declining involvement by William Bruntz re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 488 | OBJECTIONS by Orley K. Brock to proposed class action settlment re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 489 | OBJECTIONS by Willman Gibson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 490 | RESPONSE by Kevin Rutherford to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 491 | RESPONSE by Peter G. Smith to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 492 | OBJECTIONS to the (proposed) remedial plan by class members by Jay Bailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 493 | OBJECTIONS by Dirk Nelson to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 494 | Motion for OBJECTION of proposed class action settlment by Alejandro Ruben Valdez re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 495 | OBJECTIONS by Richard Rogers to notice [441-1] in 1:92-cv-00870, |

| | | 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 468 | OBJECTIONS to proposed remedial plan by class member Larry Gordon to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 482 | LETTER to court from Vernell Brooks in response to notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 483 | RESPONSE by Frank Martinez and 14 other inmates, as listed on document, to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 484 | OBJECTIONS to the (proposed) remedial plan by class member Dr. Thomas Robinson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 485 | OBJECTIONS by John Montoya to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 486 | OBJECTIONS to proposed plan and wish to be heard orally at hearing by Trevor Howell Sr. to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 487 | STATEMENT and declining involvement by William Bruntz re: notice [441-1] in 1:92-cv-00870, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 488 | OBJECTIONS by Orley K. Brock to proposed class action settlment re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 489 | OBJECTIONS by Willman Gibson to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 490 | RESPONSE by Kevin Rutherford to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 491 | RESPONSE by Peter G. Smith to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 492 | OBJECTIONS to the (proposed) remedial plan by class members by Jay Bailey to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 493 | OBJECTIONS by Dirk Nelson to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 494 | Motion for OBJECTION of proposed class action settlment by Alejandro Ruben Valdez re: notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/08/2003 | 495 | OBJECTIONS by Richard Rogers to notice [441-1] in 1:92-cv-00870, |

| | | notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 496 | Addendum to/OBJECTION to proposed remedial plan by James Benjamin White to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/11/2003 | 497 | STATEMENT by Charles Ramos Jr. re: notice of settlement [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 498 | OBJECTIONS by Bruce C. Peterson to notice of proposed settlement [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 499 | 2nd OBJECTION/Respnse by Steven Eugene Clouse to proposed remedial plan, CO COC re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 500 | OBJECTIONS by George C. McDaniel to plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 501 | OBJECTIONS by Richard Ball to the plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 502 | LETTER to court from Danny Copp objecting to the proposed class action settlement & advising he will not be a party to this lawsuit re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 503 | OBJECTIONS by Ronald Cordova to proposed class action settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 504 | OBJECTIONS by Gary Liggett to porposed class action settlement and request to be heard orally at hearing re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 505 | OBJECTIONS by James Moulton to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 506 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms & conditions of paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | Request (MOTION) by plaintiff Duncan Leach in 1:92-cv-00870 for modification and clarification of terms in paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 508 | MOTION by Jack Pollard and others in 1:92-cv-00870 for injunction and temporary restraining order (gms) (Entered: 08/12/2003) |
| | | |

| | | notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 496 | Addendum to/OBJECTION to proposed remedial plan by James Benjamin White to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/11/2003 | 497 | STATEMENT by Charles Ramos Jr. re: notice of settlement [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 498 | OBJECTIONS by Bruce C. Peterson to notice of proposed settlement [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 499 | 2nd OBJECTION/Respnse by Steven Eugene Clouse to proposed remedial plan, CO COC re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 500 | OBJECTIONS by George C. McDaniel to plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 501 | OBJECTIONS by Richard Ball to the plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 502 | LETTER to court from Danny Copp objecting to the proposed class action settlement & advising he will not be a party to this lawsuit re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 503 | OBJECTIONS by Ronald Cordova to proposed class action settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 504 | OBJECTIONS by Gary Liggett to porposed class action settlement and request to be heard orally at hearing re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 505 | OBJECTIONS by James Moulton to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 506 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms & conditions of paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | Request (MOTION) by plaintiff Duncan Leach in 1:92-cv-00870 for modification and clarification of terms in paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 508 | MOTION by Jack Pollard and others in 1:92-cv-00870 for injunction and temporary restraining order (gms) (Entered: 08/12/2003) |

| | | notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 496 | Addendum to/OBJECTION to proposed remedial plan by James Benjamin White to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/11/2003 | 497 | STATEMENT by Charles Ramos Jr. re: notice of settlement [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 498 | OBJECTIONS by Bruce C. Peterson to notice of proposed settlement [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 499 | 2nd OBJECTION/Respnse by Steven Eugene Clouse to proposed remedial plan, CO COC re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 500 | OBJECTIONS by George C. McDaniel to plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 501 | OBJECTIONS by Richard Ball to the plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 502 | LETTER to court from Danny Copp objecting to the proposed class action settlement & advising he will not be a party to this lawsuit re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 503 | OBJECTIONS by Ronald Cordova to proposed class action settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 504 | OBJECTIONS by Gary Liggett to porposed class action settlement and request to be heard orally at hearing re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 505 | OBJECTIONS by James Moulton to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 506 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms & conditions of paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | Request (MOTION) by plaintiff Duncan Leach in 1:92-cv-00870 for modification and clarification of terms in paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 508 | MOTION by Jack Pollard and others in 1:92-cv-00870 for injunction and temporary restraining order (gms) (Entered: 08/12/2003) |
| | | |

| | | notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
|---|---|---|
| 08/08/2003 | 496 | Addendum to/OBJECTION to proposed remedial plan by James Benjamin White to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 08/11/2003) |
| 08/11/2003 | 497 | STATEMENT by Charles Ramos Jr. re: notice of settlement [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 498 | OBJECTIONS by Bruce C. Peterson to notice of proposed settlement [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 499 | 2nd OBJECTION/Respnse by Steven Eugene Clouse to proposed remedial plan, CO COC re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 500 | OBJECTIONS by George C. McDaniel to plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 501 | OBJECTIONS by Richard Ball to the plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 502 | LETTER to court from Danny Copp objecting to the proposed class action settlement & advising he will not be a party to this lawsuit re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 503 | OBJECTIONS by Ronald Cordova to proposed class action settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 504 | OBJECTIONS by Gary Liggett to porposed class action settlement and request to be heard orally at hearing re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 505 | OBJECTIONS by James Moulton to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 506 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms & conditions of paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 507 | Request (MOTION) by plaintiff Duncan Leach in 1:92-cv-00870 for modification and clarification of terms in paragraph XXXII re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/11/2003 | 508 | MOTION by Jack Pollard and others in 1:92-cv-00870 for injunction and temporary restraining order (gms) (Entered: 08/12/2003) |
| | | |

| 08/11/2003 | 509 | Certification (STATEMENT) by defendants in 1:92-cv-00870, 1:96-cv-00343 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
|---|---|---|
| 08/12/2003 | 510 | OBJECTIONS by Darrell E. Miracle to proposed settlement re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 511 | OBJECTIONS by Michael R. Ingram to proposed remedial plan re: notice [441-1] 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 512 | LETTER to court from James O. Pooy and others re: settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/13/2003 | 513 | MOTION by Richard Butierres in 1:92-cv-00870 for order for damages unter item no. IV (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 514 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms and conditions of paragraph XXXII and request for modification and clarifications of terms in said paragraph re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 515 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 516 | RESPONSE by class plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objections by individual class members (objection [514-1] in 1:92-cv-00870, objection [511-1] in 1:92-cv-00870, objection [510-1] in 1:92-cv-00870 and all others) re: notice [441-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343 and all others re: notice [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 517 | Notice of OBJECTION by Wayne Brunsilius to proposed remedial plan re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/14/2003 | 518 | Submission (STATEMENT) by plaintiff class in 1:92-cv-00870, 1:96-cv-00343 in support of proposed class action settlement agreement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/15/2003) |
| 08/14/2003 | 520 | COURTROOM MINUTES for Fairness Hearing re: settlement by Judge Edward W. Nottingham. Objections were heard ; in court hrg continued to 8/19/03 in 1:92-cv-00870, in 1:96-cv-00343 . Parties to be prepared to discuss issue of pla's who wish to opt out will be discussed then. regarding [441-1] notice; entry date : 8/18/03 Court Reporter: Janet Morrissey (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 519 | OBJECTIONS by William J. Destro in 1:92-cv-00870 to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 |

| 08/11/2003 | 509 | Certification (STATEMENT) by defendants in 1:92-cv-00870, 1:96-cv-00343 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
|---|---|---|
| 08/12/2003 | 510 | OBJECTIONS by Darrell E. Miracle to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 511 | OBJECTIONS by Michael R. Ingram to proposed remedial plan re: notice [441-1] 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 512 | LETTER to court from James O. Pooy and others re: settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/13/2003 | 513 | MOTION by Richard Butierres in 1:92-cv-00870 for order for damages unter item no. IV (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 514 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms and conditions of paragraph XXXII and request for modification and clarifications of terms in said paragraph re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 515 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 516 | RESPONSE by class plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objections by individual class members (objection [514-1] in 1:92-cv-00870, objection [511-1] in 1:92-cv-00870, objection [510-1] in 1:92-cv-00870 and all others) re: notice [441-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343 and all others re: notice [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 517 | Notice of OBJECTION by Wayne Brunsilius to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/14/2003 | 518 | Submission (STATEMENT) by plaintiff class in 1:92-cv-00870, 1:96-cv-00343 in support of proposed class action settlement agreement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/15/2003) |
| 08/14/2003 | 520 | COURTROOM MINUTES for Fairness Hearing re: settlement by Judge Edward W. Nottingham. Objections were heard ; in court hrg continued to 8/19/03 in 1:92-cv-00870, in 1:96-cv-00343 . Parties to be prepared to discuss issue of pla's who wish to opt out will be discussed then. regarding [441-1] notice; entry date : 8/18/03 Court Reporter: Janet Morrissey (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 519 | OBJECTIONS by William J. Destro in 1:92-cv-00870 to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 |

| 08/11/2003 | 509 | Certification (STATEMENT) by defendants in 1:92-cv-00870, 1:96-cv-00343 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
|---|---|---|
| 08/12/2003 | 510 | OBJECTIONS by Darrell E. Miracle to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 511 | OBJECTIONS by Michael R. Ingram to proposed remedial plan re: notice [441-1] 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 512 | LETTER to court from James O. Pooy and others re: settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/13/2003 | 513 | MOTION by Richard Butierres in 1:92-cv-00870 for order for damages unter item no. IV (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 514 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms and conditions of paragraph XXXII and request for modification and clarifications of terms in said paragraph re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 515 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 516 | RESPONSE by class plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objections by individual class members (objection [514-1] in 1:92-cv-00870, objection [511-1] in 1:92-cv-00870, objection [510-1] in 1:92-cv-00870 and all others) re: notice [441-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343 and all others re: notice [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 517 | Notice of OBJECTION by Wayne Brunsilius to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/14/2003 | 518 | Submission (STATEMENT) by plaintiff class in 1:92-cv-00870, 1:96-cv-00343 in support of proposed class action settlement agreement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/15/2003) |
| 08/14/2003 | 520 | COURTROOM MINUTES for Fairness Hearing re: settlement by Judge Edward W. Nottingham. Objections were heard ; in court hrg continued to 8/19/03 in 1:92-cv-00870, in 1:96-cv-00343 . Parties to be prepared to discuss issue of pla's who wish to opt out will be discussed then. regarding [441-1] notice; entry date : 8/18/03 Court Reporter: Janet Morrissey (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 519 | OBJECTIONS by William J. Destro in 1:92-cv-00870 to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 |

| 08/11/2003 | 509 | Certification (STATEMENT) by defendants in 1:92-cv-00870, 1:96-cv-00343 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/12/2003) |
| 08/12/2003 | 510 | OBJECTIONS by Darrell E. Miracle to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 511 | OBJECTIONS by Michael R. Ingram to proposed remedial plan re: notice [441-1] 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/12/2003 | 512 | LETTER to court from James O. Pooy and others re: settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/13/2003) |
| 08/13/2003 | 513 | MOTION by Richard Butierres in 1:92-cv-00870 for order for damages unter item no. IV (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 514 | OBJECTIONS by plaintiff Duncan Leach to proposed class action settlement as pertaining to terms and conditions of paragraph XXXII and request for modification and clarifications of terms in said paragraph re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 515 | ATTORNEY APPEARANCE for plaintiff Duncan Leach in 1:92-cv-00870 by H. Earl Moyer (copy only) (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 516 | RESPONSE by class plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objections by individual class members (objection [514-1] in 1:92-cv-00870, objection [511-1] in 1:92-cv-00870, objection [510-1] in 1:92-cv-00870 and all others) re: notice [441-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343, objection [0-1] in 1:96-cv-00343 and all others re: notice [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/13/2003 | 517 | Notice of OBJECTION by Wayne Brunsilius to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/14/2003) |
| 08/14/2003 | 518 | Submission (STATEMENT) by plaintiff class in 1:92-cv-00870, 1:96-cv-00343 in support of proposed class action settlement agreement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/15/2003) |
| 08/14/2003 | 520 | COURTROOM MINUTES for Fairness Hearing re: settlement by Judge Edward W. Nottingham. Objections were heard ; in court hrg continued to 8/19/03 in 1:92-cv-00870, in 1:96-cv-00343 . Parties to be prepared to discuss issue of pla's who wish to opt out will be discussed then. regarding [441-1] notice; entry date : 8/18/03 Court Reporter: Janet Morrissey (gms) (Entered: 08/18/2003) |
| 08/15/2003 | 519 | OBJECTIONS by William J. Destro in 1:92-cv-00870 to proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 |

| | | (gms) (Entered: 08/18/2003) |
|---|---|---|
| 08/15/2003 | 521 | STATEMENT by James Michael Palmer in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) Modified on 08/19/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 522 | STATEMENT from John C. A(?) re: proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/18/2003 | 523 | OBJECTIONS by R. J. Pollard in 1:92-cv-00870 to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/19/2003 | 524 | Pro Se Emergency MOTION by David Ward in 1:92-cv-00870 for order to stop proceedings (gms) (Entered: 08/20/2003) |
| 08/19/2003 | 525 | COURTROOM MINUTES Fairness Hearing re: Settlement, continued by Judge Edward W. Nottingham. Parties objections were heard ; Fairness hearing/in court hrg set continued to 3:00 8/27/03 in 1:92-cv-00870, in 1:96-cv-00343 regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 8/20/03 Court Reporter: Therese Lindblom (gms) (Entered: 08/20/2003) |
| 08/21/2003 | 526 | STATEMENT by Lester - Harris in 1:92-cv-00870 re: ACI Coordinator re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/22/2003) |
| 08/27/2003 | 527 | COURTROOM MINUTES by Judge Edward W. Nottingham, Fairness Hearing re: class action settlement; Court adopts the findings and conclusions set forth in the order approving settlement; court finds the settlement is fair; seperate judgment will not be entered ; entry date : 8/28/03 Court Reporter: Therese Lindblom (pap) (Entered: 08/28/2003) |
| 08/28/2003 | 528 | ORDER by Judge Edward W. Nottingham approving settlement regarding [437-1] motion for order approving notice of class action settlement in 1:92-cv-00870, 1:96-cv-00343, regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 terminating case (cc: all counsel) ; entry date : 8/28/03 (pap) (Entered: 08/28/2003) |
| 09/04/2003 | 529 | TRANSCRIPT of Fairness Hearing Day 3 on 8/27/03 before Judge Nottingham ( pages: 1 - 30) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 09/05/2003) |
| 09/05/2003 | 530 | STATEMENT by Kevin J. Rutherford in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/08/2003) |
| 09/09/2003 | 531 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim (pap) Modified on 06/24/2004 (Entered: 09/10/2003) |
| 09/10/2003 | 532 | LETTER and request to court from Jill Coit in 1:92-cv-00870 re: her objection to notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 533 | LETTER to court from Kevin J. Rutherford in 1:92-cv-00870 requesting a |

| | | (gms) (Entered: 08/18/2003) |
|---|---|---|
| 08/15/2003 | 521 | STATEMENT by James Michael Palmer in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) Modified on 08/19/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 522 | STATEMENT from John C. A(?) re: proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/18/2003 | 523 | OBJECTIONS by R. J. Pollard in 1:92-cv-00870 to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/19/2003 | 524 | Pro Se Emergency MOTION by David Ward in 1:92-cv-00870 for order to stop proceedings (gms) (Entered: 08/20/2003) |
| 08/19/2003 | 525 | COURTROOM MINUTES Fairness Hearing re: Settlement, continued by Judge Edward W. Nottingham. Parties objections were heard ; Fairness hearing/in court hrg set continued to 3:00 8/27/03 in 1:92-cv-00870, in 1:96-cv-00343 regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 8/20/03 Court Reporter: Therese Lindblom (gms) (Entered: 08/20/2003) |
| 08/21/2003 | 526 | STATEMENT by Lester - Harris in 1:92-cv-00870 re: ACI Coordinator re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/22/2003) |
| 08/27/2003 | 527 | COURTROOM MINUTES by Judge Edward W. Nottingham, Fairness Hearing re: class action settlement; Court adopts the findings and conclusions set forth in the order approving settlement; court finds the settlement is fair; seperate judgment will not be entered ; entry date : 8/28/03 Court Reporter: Therese Lindblom (pap) (Entered: 08/28/2003) |
| 08/28/2003 | 528 | ORDER by Judge Edward W. Nottingham approving settlement regarding [437-1] motion for order approving notice of class action settlement in 1:92-cv-00870, 1:96-cv-00343, regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 terminating case (cc: all counsel) ; entry date : 8/28/03 (pap) (Entered: 08/28/2003) |
| 09/04/2003 | 529 | TRANSCRIPT of Fairness Hearing Day 3 on 8/27/03 before Judge Nottingham ( pages: 1 - 30) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 09/05/2003) |
| 09/05/2003 | 530 | STATEMENT by Kevin J. Rutherford in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/08/2003) |
| 09/09/2003 | 531 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim (pap) Modified on 06/24/2004 (Entered: 09/10/2003) |
| 09/10/2003 | 532 | LETTER and request to court from Jill Coit in 1:92-cv-00870 re: her objection to notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 533 | LETTER to court from Kevin J. Rutherford in 1:92-cv-00870 requesting a |

| | | (gms) (Entered: 08/18/2003) |
|---|---|---|
| 08/15/2003 | 521 | STATEMENT by James Michael Palmer in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) Modified on 08/19/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 522 | STATEMENT from John C. A(?) re: proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/18/2003 | 523 | OBJECTIONS by R. J. Pollard in 1:92-cv-00870 to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/19/2003 | 524 | Pro Se Emergency MOTION by David Ward in 1:92-cv-00870 for order to stop proceedings (gms) (Entered: 08/20/2003) |
| 08/19/2003 | 525 | COURTROOM MINUTES Fairness Hearing re: Settlement, continued by Judge Edward W. Nottingham. Parties objections were heard ; Fairness hearing/in court hrg set continued to 3:00 8/27/03 in 1:92-cv-00870, in 1:96-cv-00343 regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 8/20/03 Court Reporter: Therese Lindblom (gms) (Entered: 08/20/2003) |
| 08/21/2003 | 526 | STATEMENT by Lester - Harris in 1:92-cv-00870 re: ACI Coordinator re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/22/2003) |
| 08/27/2003 | 527 | COURTROOM MINUTES by Judge Edward W. Nottingham, Fairness Hearing re: class action settlement; Court adopts the findings and conclusions set forth in the order approving settlement; court finds the settlement is fair; seperate judgment will not be entered ; entry date : 8/28/03 Court Reporter: Therese Lindblom (pap) (Entered: 08/28/2003) |
| 08/28/2003 | 528 | ORDER by Judge Edward W. Nottingham approving settlement regarding [437-1] motion for order approving notice of class action settlement in 1:92-cv-00870, 1:96-cv-00343, regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 terminating case (cc: all counsel) ; entry date : 8/28/03 (pap) (Entered: 08/28/2003) |
| 09/04/2003 | 529 | TRANSCRIPT of Fairness Hearing Day 3 on 8/27/03 before Judge Nottingham ( pages: 1 - 30) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 09/05/2003) |
| 09/05/2003 | 530 | STATEMENT by Kevin J. Rutherford in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/08/2003) |
| 09/09/2003 | 531 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim (pap) Modified on 06/24/2004 (Entered: 09/10/2003) |
| 09/10/2003 | 532 | LETTER and request to court from Jill Coit in 1:92-cv-00870 re: her objection to notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 533 | LETTER to court from Kevin J. Rutherford in 1:92-cv-00870 requesting a |

| | | (gms) (Entered: 08/18/2003) |
|---|---|---|
| 08/15/2003 | 521 | STATEMENT by James Michael Palmer in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) Modified on 08/19/2003 (Entered: 08/18/2003) |
| 08/18/2003 | 522 | STATEMENT from John C. A(?) re: proposed settlement re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/18/2003 | 523 | OBJECTIONS by R. J. Pollard in 1:92-cv-00870 to proposed remedial plan re: notice [441-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343 (gms) (Entered: 08/19/2003) |
| 08/19/2003 | 524 | Pro Se Emergency MOTION by David Ward in 1:92-cv-00870 for order to stop proceedings (gms) (Entered: 08/20/2003) |
| 08/19/2003 | 525 | COURTROOM MINUTES Fairness Hearing re: Settlement, continued by Judge Edward W. Nottingham. Parties objections were heard ; Fairness hearing/in court hrg set continued to 3:00 8/27/03 in 1:92-cv-00870, in 1:96-cv-00343 regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 ; entry date : 8/20/03 Court Reporter: Therese Lindblom (gms) (Entered: 08/20/2003) |
| 08/21/2003 | 526 | STATEMENT by Lester - Harris in 1:92-cv-00870 re: ACI Coordinator re: notice [441-1] in 1:92-cv-00870,[0-1] in 1:96-cv-00343 (gms) (Entered: 08/22/2003) |
| 08/27/2003 | 527 | COURTROOM MINUTES by Judge Edward W. Nottingham, Fairness Hearing re: class action settlement; Court adopts the findings and conclusions set forth in the order approving settlement; court finds the settlement is fair; seperate judgment will not be entered ; entry date : 8/28/03 Court Reporter: Therese Lindblom (pap) (Entered: 08/28/2003) |
| 08/28/2003 | 528 | ORDER by Judge Edward W. Nottingham approving settlement regarding [437-1] motion for order approving notice of class action settlement in 1:92-cv-00870, 1:96-cv-00343, regarding [441-1] notice in 1:92-cv-00870, 1:96-cv-00343 terminating case (cc: all counsel) ; entry date : 8/28/03 (pap) (Entered: 08/28/2003) |
| 09/04/2003 | 529 | TRANSCRIPT of Fairness Hearing Day 3 on 8/27/03 before Judge Nottingham ( pages: 1 - 30) Prepared By: Therese Lindblom (certified copy) (pap) (Entered: 09/05/2003) |
| 09/05/2003 | 530 | STATEMENT by Kevin J. Rutherford in 1:92-cv-00870 re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/08/2003) |
| 09/09/2003 | 531 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim (pap) Modified on 06/24/2004 (Entered: 09/10/2003) |
| 09/10/2003 | 532 | LETTER and request to court from Jill Coit in 1:92-cv-00870 re: her objection to notice [441-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/10/2003 | 533 | LETTER to court from Kevin J. Rutherford in 1:92-cv-00870 requesting a |

| | | copy of a questionaire for damanges re: statement [530-1] in 1:92-cv-00870, re: objection [463-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
|---|---|---|
| 09/10/2003 | 534 | LETTER to court from Steven Eugene Clouse in 1:92-cv-00870, request status and outcome re: minutes [527-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 535 | Joint MOTION by plaintiffs and dfts in 1:92-cv-00870, 1:96-cv-00343 for order to administratively close civil action (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 536 | (STIPULATION) re: Remedial Plan - Colorado Department of Corrections 8/27/03 by plaintiffs and dfts in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 09/11/2003) |
| 09/12/2003 | 537 | ORDER by Judge Edward W. Nottingham granting joint motion for order to administratively close civil action [535-1] in 1:92-cv-00870, 1:96-cv-00343; administratively closing cases (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/15/2003 | 538 | LETTER to court from Randy Kailey re: 1:92-cv-00870 and 1:96-cv-00343 requesting information on any new developments (pap) (Entered: 09/16/2003) |
| 09/15/2003 | 539 | NOTICE OF APPEAL by James Benjamin White pro-se (Mr. White does not actually state what order he is appealing) re: order [528-2] in 1:92-cv-00870 and [0-2] in 1:96-cv-00343; Notice mailed to all counsel on 9/17/03 Fee Status: not paid & no 1915 motion filed (msn) (Entered: 10/30/2003) |
| 09/22/2003 | 541 | NOTIFICATION by Circuit Court of assignment of Case No. 03-1417; re: appeal [539-1] in 1:92-cv-00870 and [0-1] in 1:96-cv-00343; Filing fees due or 1915 motion filed within 30 days (msn) (Entered: 10/30/2003) |
| 09/23/2003 | 540 | OBJECTIONS by Walter - Price in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/23/2003) |
| 09/26/2003 | 542 | MOTION by James B. White for leave to appeal Under 28 U.S.C. 1915 (msn) (Entered: 09/29/2003) |
| 09/29/2003 | 543 | OBJECTIONS to the settlement by Alex Valdez in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, notice [441-1] in 1:92-cv-00870, order [0-2] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 09/29/2003 | 544 | LETTER to court from Jimmy Ross Bulgier in 1:92-cv-00870, 1:96-cv-00343 re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [531-1] in 1:92-cv-00870, re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 10/02/2003 | 545 | LETTER to court from Fred Frigyes Franzone in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 10/03/2003) |
| | | |

| | | copy of a questionaire for damanges re: statement [530-1] in 1:92-cv-00870, re: objection [463-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
|---|---|---|
| 09/10/2003 | 534 | LETTER to court from Steven Eugene Clouse in 1:92-cv-00870, request status and outcome re: minutes [527-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 535 | Joint MOTION by plaintiffs and dfts in 1:92-cv-00870, 1:96-cv-00343 for order to administratively close civil action (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 536 | (STIPULATION) re: Remedial Plan - Colorado Department of Corrections 8/27/03 by plaintiffs and dfts in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 09/11/2003) |
| 09/12/2003 | 537 | ORDER by Judge Edward W. Nottingham granting joint motion for order to administratively close civil action [535-1] in 1:92-cv-00870, 1:96-cv-00343; administratively closing cases (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/15/2003 | 538 | LETTER to court from Randy Kailey re: 1:92-cv-00870 and 1:96-cv-00343 requesting information on any new developments (pap) (Entered: 09/16/2003) |
| 09/15/2003 | 539 | NOTICE OF APPEAL by James Benjamin White pro-se (Mr. White does not actually state what order he is appealing) re: order [528-2] in 1:92-cv-00870 and [0-2] in 1:96-cv-00343; Notice mailed to all counsel on 9/17/03 Fee Status: not paid & no 1915 motion filed (msn) (Entered: 10/30/2003) |
| 09/22/2003 | 541 | NOTIFICATION by Circuit Court of assignment of Case No. 03-1417; re: appeal [539-1] in 1:92-cv-00870 and [0-1] in 1:96-cv-00343; Filing fees due or 1915 motion filed within 30 days (msn) (Entered: 10/30/2003) |
| 09/23/2003 | 540 | OBJECTIONS by Walter - Price in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/23/2003) |
| 09/26/2003 | 542 | MOTION by James B. White for leave to appeal Under 28 U.S.C. 1915 (msn) (Entered: 09/29/2003) |
| 09/29/2003 | 543 | OBJECTIONS to the settlement by Alex Valdez in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, notice [441-1] in 1:92-cv-00870, order [0-2] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 09/29/2003 | 544 | LETTER to court from Jimmy Ross Bulgier in 1:92-cv-00870, 1:96-cv-00343 re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [531-1] in 1:92-cv-00870, re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 10/02/2003 | 545 | LETTER to court from Fred Frigyes Franzone in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 10/03/2003) |
| | | |

| | | copy of a questionaire for damanges re: statement [530-1] in 1:92-cv-00870, re: objection [463-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
|---|---|---|
| 09/10/2003 | 534 | LETTER to court from Steven Eugene Clouse in 1:92-cv-00870, request status and outcome re: minutes [527-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 535 | Joint MOTION by plaintiffs and dfts in 1:92-cv-00870, 1:96-cv-00343 for order to administratively close civil action (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 536 | (STIPULATION) re: Remedial Plan - Colorado Department of Corrections 8/27/03 by plaintiffs and dfts in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 09/11/2003) |
| 09/12/2003 | 537 | ORDER by Judge Edward W. Nottingham granting joint motion for order to administratively close civil action [535-1] in 1:92-cv-00870, 1:96-cv-00343; administratively closing cases (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/15/2003 | 538 | LETTER to court from Randy Kailey re: 1:92-cv-00870 and 1:96-cv-00343 requesting information on any new developments (pap) (Entered: 09/16/2003) |
| 09/15/2003 | 539 | NOTICE OF APPEAL by James Benjamin White pro-se (Mr. White does not actually state what order he is appealing) re: order [528-2] in 1:92-cv-00870 and [0-2] in 1:96-cv-00343; Notice mailed to all counsel on 9/17/03 Fee Status: not paid & no 1915 motion filed (msn) (Entered: 10/30/2003) |
| 09/22/2003 | 541 | NOTIFICATION by Circuit Court of assignment of Case No. 03-1417; re: appeal [539-1] in 1:92-cv-00870 and [0-1] in 1:96-cv-00343; Filing fees due or 1915 motion filed within 30 days (msn) (Entered: 10/30/2003) |
| 09/23/2003 | 540 | OBJECTIONS by Walter - Price in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/23/2003) |
| 09/26/2003 | 542 | MOTION by James B. White for leave to appeal Under 28 U.S.C. 1915 (msn) (Entered: 09/29/2003) |
| 09/29/2003 | 543 | OBJECTIONS to the settlement by Alex Valdez in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, notice [441-1] in 1:92-cv-00870, order [0-2] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 09/29/2003 | 544 | LETTER to court from Jimmy Ross Bulgier in 1:92-cv-00870, 1:96-cv-00343 re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [531-1] in 1:92-cv-00870, re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 10/02/2003 | 545 | LETTER to court from Fred Frigyes Franzone in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 10/03/2003) |
| | | |

| | | copy of a questionaire for damanges re: statement [530-1] in 1:92-cv-00870, re: objection [463-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
|---|---|---|
| 09/10/2003 | 534 | LETTER to court from Steven Eugene Clouse in 1:92-cv-00870, request status and outcome re: minutes [527-1] in 1:92-cv-00870 (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 535 | Joint MOTION by plaintiffs and dfts in 1:92-cv-00870, 1:96-cv-00343 for order to administratively close civil action (pap) (Entered: 09/11/2003) |
| 09/11/2003 | 536 | (STIPULATION) re: Remedial Plan - Colorado Department of Corrections 8/27/03 by plaintiffs and dfts in 1:92-cv-00870 and 1:96-cv-00343 (pap) (Entered: 09/11/2003) |
| 09/12/2003 | 537 | ORDER by Judge Edward W. Nottingham granting joint motion for order to administratively close civil action [535-1] in 1:92-cv-00870, 1:96-cv-00343; administratively closing cases (cc: all counsel) ; entry date : 9/15/03 (pap) (Entered: 09/15/2003) |
| 09/15/2003 | 538 | LETTER to court from Randy Kailey re: 1:92-cv-00870 and 1:96-cv-00343 requesting information on any new developments (pap) (Entered: 09/16/2003) |
| 09/15/2003 | 539 | NOTICE OF APPEAL by James Benjamin White pro-se (Mr. White does not actually state what order he is appealing) re: order [528-2] in 1:92-cv-00870 and [0-2] in 1:96-cv-00343; Notice mailed to all counsel on 9/17/03 Fee Status: not paid & no 1915 motion filed (msn) (Entered: 10/30/2003) |
| 09/22/2003 | 541 | NOTIFICATION by Circuit Court of assignment of Case No. 03-1417; re: appeal [539-1] in 1:92-cv-00870 and [0-1] in 1:96-cv-00343; Filing fees due or 1915 motion filed within 30 days (msn) (Entered: 10/30/2003) |
| 09/23/2003 | 540 | OBJECTIONS by Walter - Price in 1:92-cv-00870 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/23/2003) |
| 09/26/2003 | 542 | MOTION by James B. White for leave to appeal Under 28 U.S.C. 1915 (msn) (Entered: 09/29/2003) |
| 09/29/2003 | 543 | OBJECTIONS to the settlement by Alex Valdez in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, notice [441-1] in 1:92-cv-00870, order [0-2] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 09/29/2003 | 544 | LETTER to court from Jimmy Ross Bulgier in 1:92-cv-00870, 1:96-cv-00343 re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [531-1] in 1:92-cv-00870, re: motion for appointment of counsel for plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to file damage claim [0-1] in 1:96-cv-00343 (pap) (Entered: 09/30/2003) |
| 10/02/2003 | 545 | LETTER to court from Fred Frigyes Franzone in 1:92-cv-00870 re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 10/03/2003) |
| | | |

| 10/06/2003 | 546 | Special Master's Memorandum Award (ORDER) of attorney fees, class member compensation, and costs, and denial of additional monetary sanctions (cc: all counsel) ; entry date : 10/7/03 (pap) (Entered: 10/07/2003) |
|---|---|---|
| 10/07/2003 | 547 | LETTER to court from James O'Banion re: order [537-1] in 1:92-cv-00870 (pap) (Entered: 10/08/2003) |
| 10/07/2003 | 548 | LETTER and inmate trust fund account statement to court from Shawn Winkler re: order [537-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/08/2003) |
| 10/16/2003 | 549 | Petition (MOTION) by Class Member Anthony L. Lee in 1:92-cv-00870 for discovery , and for hearing before the Special Master (pap) (Entered: 10/16/2003) |
| 10/20/2003 | 550 | LETTER to court from Shawn Winkler re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order [546-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 552 | LETTER to court from Pete G. Maestas re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 553 | LETTER to court from William Gibson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 554 | LETTER to court from Charles Ramos Jr. re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 555 | LETTER to court from Herbert Eychaner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 556 | LETTER to court from Manuel S. DePineda re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 557 | LETTER to court from Michael Bingham re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/21/2003 | 558 | LETTER to court from Jose C. Atencio re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv- |

| 10/06/2003 | 546 | Special Master's Memorandum Award (ORDER) of attorney fees, class member compensation, and costs, and denial of additional monetary sanctions (cc: all counsel) ; entry date : 10/7/03 (pap) (Entered: 10/07/2003) |
| 10/07/2003 | 547 | LETTER to court from James O'Banion re: order [537-1] in 1:92-cv-00870 (pap) (Entered: 10/08/2003) |
| 10/07/2003 | 548 | LETTER and inmate trust fund account statement to court from Shawn Winkler re: order [537-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/08/2003) |
| 10/16/2003 | 549 | Petition (MOTION) by Class Member Anthony L. Lee in 1:92-cv-00870 for discovery , and for hearing before the Special Master (pap) (Entered: 10/16/2003) |
| 10/20/2003 | 550 | LETTER to court from Shawn Winkler re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order [546-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 552 | LETTER to court from Pete G. Maestas re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 553 | LETTER to court from William Gibson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 554 | LETTER to court from Charles Ramos Jr. re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 555 | LETTER to court from Herbert Eychaner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 556 | LETTER to court from Manuel S. DePineda re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 557 | LETTER to court from Michael Bingham re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/21/2003 | 558 | LETTER to court from Jose C. Atencio re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv- |

| 10/06/2003 | 546 | Special Master's Memorandum Award (ORDER) of attorney fees, class member compensation, and costs, and denial of additional monetary sanctions (cc: all counsel) ; entry date : 10/7/03 (pap) (Entered: 10/07/2003) |
| --- | --- | --- |
| 10/07/2003 | 547 | LETTER to court from James O'Banion re: order [537-1] in 1:92-cv-00870 (pap) (Entered: 10/08/2003) |
| 10/07/2003 | 548 | LETTER and inmate trust fund account statement to court from Shawn Winkler re: order [537-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/08/2003) |
| 10/16/2003 | 549 | Petition (MOTION) by Class Member Anthony L. Lee in 1:92-cv-00870 for discovery , and for hearing before the Special Master (pap) (Entered: 10/16/2003) |
| 10/20/2003 | 550 | LETTER to court from Shawn Winkler re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order [546-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 552 | LETTER to court from Pete G. Maestas re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 553 | LETTER to court from William Gibson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 554 | LETTER to court from Charles Ramos Jr. re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 555 | LETTER to court from Herbert Eychaner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 556 | LETTER to court from Manuel S. DePineda re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 557 | LETTER to court from Michael Bingham re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/21/2003 | 558 | LETTER to court from Jose C. Atencio re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv- |

| 10/06/2003 | 546 | Special Master's Memorandum Award (ORDER) of attorney fees, class member compensation, and costs, and denial of additional monetary sanctions (cc: all counsel) ; entry date : 10/7/03 (pap) (Entered: 10/07/2003) |
|---|---|---|
| 10/07/2003 | 547 | LETTER to court from James O'Banion re: order [537-1] in 1:92-cv-00870 (pap) (Entered: 10/08/2003) |
| 10/07/2003 | 548 | LETTER and inmate trust fund account statement to court from Shawn Winkler re: order [537-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/08/2003) |
| 10/16/2003 | 549 | Petition (MOTION) by Class Member Anthony L. Lee in 1:92-cv-00870 for discovery , and for hearing before the Special Master (pap) (Entered: 10/16/2003) |
| 10/20/2003 | 550 | LETTER to court from Shawn Winkler re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order [546-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 551 | MOTION by defendants in 1:92-cv-00870, 1:96-cv-00343 for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 (pap) (Entered: 10/20/2003) |
| 10/20/2003 | 552 | LETTER to court from Pete G. Maestas re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 553 | LETTER to court from William Gibson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 554 | LETTER to court from Charles Ramos Jr. re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 555 | LETTER to court from Herbert Eychaner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 556 | LETTER to court from Manuel S. DePineda re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/20/2003 | 557 | LETTER to court from Michael Bingham re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/21/2003) |
| 10/21/2003 | 558 | LETTER to court from Jose C. Atencio re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv- |

| | | 00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/22/2003) |
|---|---|---|
| 10/24/2003 | 559 | LETTER to court from prisoner (name is unreadable) re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/27/2003) |
| 10/27/2003 | 560 | LETTER to court from unknown prisoner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 561 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection [551-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343 and objection to request for hearing (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 562 | EXHIBIT D binders 1-4 by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response [561-1] in 1:92-cv-00870, to response [0-1] in 1:96-cv-00343 ; (4 large binders, stored in exhibit area) (pap) (Entered: 10/28/2003) |
| 10/28/2003 | 563 | LETTER to court from James Martinez re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/29/2003) |
| 11/04/2003 | 564 | ORDER by Judge Edward W. Nottingham denying motion for leave to appeal Under 28 U.S.C. 1915 [542-1] in 1:92-cv-00870 and 1:96-cv-00343 regarding [539-1] appeal; (cc: all counsel) ; entry date : 11/5/03 (msn) (Entered: 11/05/2003) |
| 11/14/2003 | 565 | Second OBJECTION/response by Kenneth R. Lamorie in 1:96-cv-00343 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 566 | Second OBJECTION/Response by Brandon Baxter Tyler in 1:96-cv-00343 to proposed remedial plan, CO DOC notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 11/21/2003 | 567 | LETTER to court from Jose M. Escobar re: notice [441-1] in 1:92-cv-00870, re: stipulation [536-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343, re: stipulation [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 12/01/2003 | 568 | Petition and Affidavit in Support of MOTION by James B. White for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 (msn) (Entered: 12/03/2003) |
| 12/03/2003 | 569 | LETTER (Re: [539-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343) to USCA supplementing the preliminary record with a current copy of the docket sheet, Order filed 11/4/03 and Petition and Affidavait in Support of Reconsideration of Order Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] filed 12/1/03 (msn) (Entered: 12/03/2003) |
| 12/04/2003 | 570 | LETTER to court from Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |

| | | |
|---|---|---|
| | | 00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/22/2003) |
| 10/24/2003 | 559 | LETTER to court from prisoner (name is unreadable) re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/27/2003) |
| 10/27/2003 | 560 | LETTER to court from unknown prisoner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 561 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection [551-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343 and objection to request for hearing (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 562 | EXHIBIT D binders 1-4 by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response [561-1] in 1:92-cv-00870, to response [0-1] in 1:96-cv-00343 ; (4 large binders, stored in exhibit area) (pap) (Entered: 10/28/2003) |
| 10/28/2003 | 563 | LETTER to court from James Martinez re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/29/2003) |
| 11/04/2003 | 564 | ORDER by Judge Edward W. Nottingham denying motion for leave to appeal Under 28 U.S.C. 1915 [542-1] in 1:92-cv-00870 and 1:96-cv-00343 regarding [539-1] appeal; (cc: all counsel) ; entry date : 11/5/03 (msn) (Entered: 11/05/2003) |
| 11/14/2003 | 565 | Second OBJECTION/response by Kenneth R. Lamorie in 1:96-cv-00343 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 566 | Second OBJECTION/Response by Brandon Baxter Tyler in 1:96-cv-00343 to proposed remedial plan, CO DOC notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 11/21/2003 | 567 | LETTER to court from Jose M. Escobar re: notice [441-1] in 1:92-cv-00870, re: stipulation [536-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343, re: stipulation [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 12/01/2003 | 568 | Petition and Affidavit in Support of MOTION by James B. White for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 (msn) (Entered: 12/03/2003) |
| 12/03/2003 | 569 | LETTER (Re: [539-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343) to USCA supplementing the preliminary record with a current copy of the docket sheet, Order filed 11/4/03 and Petition and Affidavait in Support of Reconsideration of Order Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] filed 12/1/03 (msn) (Entered: 12/03/2003) |
| 12/04/2003 | 570 | LETTER to court from Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| | | |

| | | 00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/22/2003) |
|---|---|---|
| 10/24/2003 | 559 | LETTER to court from prisoner (name is unreadable) re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/27/2003) |
| 10/27/2003 | 560 | LETTER to court from unknown prisoner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 561 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection [551-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343 and objection to request for hearing (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 562 | EXHIBIT D binders 1-4 by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response [561-1] in 1:92-cv-00870, to response [0-1] in 1:96-cv-00343 ; (4 large binders, stored in exhibit area) (pap) (Entered: 10/28/2003) |
| 10/28/2003 | 563 | LETTER to court from James Martinez re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/29/2003) |
| 11/04/2003 | 564 | ORDER by Judge Edward W. Nottingham denying motion for leave to appeal Under 28 U.S.C. 1915 [542-1] in 1:92-cv-00870 and 1:96-cv-00343 regarding [539-1] appeal; (cc: all counsel) ; entry date : 11/5/03 (msn) (Entered: 11/05/2003) |
| 11/14/2003 | 565 | Second OBJECTION/response by Kenneth R. Lamorie in 1:96-cv-00343 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 566 | Second OBJECTION/Response by Brandon Baxter Tyler in 1:96-cv-00343 to proposed remedial plan, CO DOC notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 11/21/2003 | 567 | LETTER to court from Jose M. Escobar re: notice [441-1] in 1:92-cv-00870, re: stipulation [536-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343, re: stipulation [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 12/01/2003 | 568 | Petition and Affidavit in Support of MOTION by James B. White for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 (msn) (Entered: 12/03/2003) |
| 12/03/2003 | 569 | LETTER (Re: [539-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343) to USCA supplementing the preliminary record with a current copy of the docket sheet, Order filed 11/4/03 and Petition and Affidavait in Support of Reconsideration of Order Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] filed 12/1/03 (msn) (Entered: 12/03/2003) |
| 12/04/2003 | 570 | LETTER to court from Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |

| | | 00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/22/2003) |
|---|---|---|
| 10/24/2003 | 559 | LETTER to court from prisoner (name is unreadable) re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/27/2003) |
| 10/27/2003 | 560 | LETTER to court from unknown prisoner re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 561 | RESPONSE by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to objection [551-1] in 1:92-cv-00870, objection [0-1] in 1:96-cv-00343 and objection to request for hearing (pap) (Entered: 10/28/2003) |
| 10/27/2003 | 562 | EXHIBIT D binders 1-4 by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to response [561-1] in 1:92-cv-00870, to response [0-1] in 1:96-cv-00343 ; (4 large binders, stored in exhibit area) (pap) (Entered: 10/28/2003) |
| 10/28/2003 | 563 | LETTER to court from James Martinez re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 10/29/2003) |
| 11/04/2003 | 564 | ORDER by Judge Edward W. Nottingham denying motion for leave to appeal Under 28 U.S.C. 1915 [542-1] in 1:92-cv-00870 and 1:96-cv-00343 regarding [539-1] appeal; (cc: all counsel) ; entry date : 11/5/03 (msn) (Entered: 11/05/2003) |
| 11/14/2003 | 565 | Second OBJECTION/response by Kenneth R. Lamorie in 1:96-cv-00343 to notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/17/2003) |
| 11/20/2003 | 566 | Second OBJECTION/Response by Brandon Baxter Tyler in 1:96-cv-00343 to proposed remedial plan, CO DOC notice [441-1] in 1:92-cv-00870, notice [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 11/21/2003 | 567 | LETTER to court from Jose M. Escobar re: notice [441-1] in 1:92-cv-00870, re: stipulation [536-1] in 1:92-cv-00870, re: order [0-1] in 1:96-cv-00343, re: stipulation [0-1] in 1:96-cv-00343 (pap) (Entered: 11/24/2003) |
| 12/01/2003 | 568 | Petition and Affidavit in Support of MOTION by James B. White for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 (msn) (Entered: 12/03/2003) |
| 12/03/2003 | 569 | LETTER (Re: [539-1] in 1:92-cv-00870, [0-1] in 1:96-cv-00343) to USCA supplementing the preliminary record with a current copy of the docket sheet, Order filed 11/4/03 and Petition and Affidavait in Support of Reconsideration of Order Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] filed 12/1/03 (msn) (Entered: 12/03/2003) |
| 12/04/2003 | 570 | LETTER to court from Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |

| 12/04/2003 | 571 | LETTER to court from Brandy Davis re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| --- | --- | --- |
| 12/04/2003 | 572 | LETTER to court from Judy M (?) #67726 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/05/2003 | 573 | Letter REQUEST from LR Moore 47702 for claim form for class action (pap) (Entered: 12/08/2003) |
| 12/08/2003 | 574 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation (pap) (Entered: 12/09/2003) |
| 12/11/2003 | 575 | Letter STATEMENT by Jesus Jason Rivera re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 12/12/2003) |
| 12/12/2003 | 576 | MOTION by defendants in 1:92-cv-00870 and 1:96-cv-00343 to reopen the case for consideration of dfts' objections to recommendation of special master (pap) (Entered: 12/15/2003) |
| 12/12/2003 | 576 | RESPONSE by defendants in 1:92-cv-00870 and 1:96-cv-00343 to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 12/15/2003 (Entered: 12/15/2003) |
| 12/17/2003 | 577 | STATEMENT by Kevin Rutherford re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/18/2003) |
| 12/19/2003 | 578 | LETTER to court from Antoine J. Maldonado re: order [528-2], re: notice [441-1] (pap) (Entered: 12/22/2003) |
| 12/22/2003 | 579 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/22/2003 | 579 | REPLY by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' response to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/30/2003 | 580 | STATEMENT by Brian Anderson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/31/2003) |
| 01/02/2004 | 581 | REPLY by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' response to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 01/05/2004) |
| 01/06/2004 | 582 | Letter and documentation of Dental/Medical treatment STATEMENT for |

| 12/04/2003 | 571 | LETTER to court from Brandy Davis re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
|---|---|---|
| 12/04/2003 | 572 | LETTER to court from Judy M (?) #67726 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/05/2003 | 573 | Letter REQUEST from LR Moore 47702 for claim form for class action (pap) (Entered: 12/08/2003) |
| 12/08/2003 | 574 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation (pap) (Entered: 12/09/2003) |
| 12/11/2003 | 575 | Letter STATEMENT by Jesus Jason Rivera re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 12/12/2003) |
| 12/12/2003 | 576 | MOTION by defendants in 1:92-cv-00870 and 1:96-cv-00343 to reopen the case for consideration of dfts' objections to recommendation of special master (pap) (Entered: 12/15/2003) |
| 12/12/2003 | 576 | RESPONSE by defendants in 1:92-cv-00870 and 1:96-cv-00343 to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 12/15/2003 (Entered: 12/15/2003) |
| 12/17/2003 | 577 | STATEMENT by Kevin Rutherford re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/18/2003) |
| 12/19/2003 | 578 | LETTER to court from Antoine J. Maldonado re: order [528-2], re: notice [441-1] (pap) (Entered: 12/22/2003) |
| 12/22/2003 | 579 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/22/2003 | 579 | REPLY by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' response to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/30/2003 | 580 | STATEMENT by Brian Anderson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/31/2003) |
| 01/02/2004 | 581 | REPLY by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' response to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 01/05/2004) |
| 01/06/2004 | 582 | Letter and documentation of Dental/Medical treatment STATEMENT for |

| 12/04/2003 | 571 | LETTER to court from Brandy Davis re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
|---|---|---|
| 12/04/2003 | 572 | LETTER to court from Judy M (?) #67726 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/05/2003 | 573 | Letter REQUEST from LR Moore 47702 for claim form for class action (pap) (Entered: 12/08/2003) |
| 12/08/2003 | 574 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation (pap) (Entered: 12/09/2003) |
| 12/11/2003 | 575 | Letter STATEMENT by Jesus Jason Rivera re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 12/12/2003) |
| 12/12/2003 | 576 | MOTION by defendants in 1:92-cv-00870 and 1:96-cv-00343 to reopen the case for consideration of dfts' objections to recommendation of special master (pap) (Entered: 12/15/2003) |
| 12/12/2003 | 576 | RESPONSE by defendants in 1:92-cv-00870 and 1:96-cv-00343 to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 12/15/2003 (Entered: 12/15/2003) |
| 12/17/2003 | 577 | STATEMENT by Kevin Rutherford re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/18/2003) |
| 12/19/2003 | 578 | LETTER to court from Antoine J. Maldonado re: order [528-2], re: notice [441-1] (pap) (Entered: 12/22/2003) |
| 12/22/2003 | 579 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/22/2003 | 579 | REPLY by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' response to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/30/2003 | 580 | STATEMENT by Brian Anderson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/31/2003) |
| 01/02/2004 | 581 | REPLY by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' response to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 01/05/2004) |
| 01/06/2004 | 582 | Letter and documentation of Dental/Medical treatment STATEMENT for |

| 12/04/2003 | 571 | LETTER to court from Brandy Davis re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| --- | --- | --- |
| 12/04/2003 | 572 | LETTER to court from Judy M (?) #67726 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/08/2003) |
| 12/05/2003 | 573 | Letter REQUEST from LR Moore 47702 for claim form for class action (pap) (Entered: 12/08/2003) |
| 12/08/2003 | 574 | MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation (pap) (Entered: 12/09/2003) |
| 12/11/2003 | 575 | Letter STATEMENT by Jesus Jason Rivera re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870 (pap) (Entered: 12/12/2003) |
| 12/12/2003 | 576 | MOTION by defendants in 1:92-cv-00870 and 1:96-cv-00343 to reopen the case for consideration of dfts' objections to recommendation of special master (pap) (Entered: 12/15/2003) |
| 12/12/2003 | 576 | RESPONSE by defendants in 1:92-cv-00870 and 1:96-cv-00343 to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) Modified on 12/15/2003 (Entered: 12/15/2003) |
| 12/17/2003 | 577 | STATEMENT by Kevin Rutherford re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/18/2003) |
| 12/19/2003 | 578 | LETTER to court from Antoine J. Maldonado re: order [528-2], re: notice [441-1] (pap) (Entered: 12/22/2003) |
| 12/22/2003 | 579 | RESPONSE by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/22/2003 | 579 | REPLY by plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to dfts' response to plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 12/23/2003) |
| 12/30/2003 | 580 | STATEMENT by Brian Anderson re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 12/31/2003) |
| 01/02/2004 | 581 | REPLY by defendants in 1:92-cv-00870, 1:96-cv-00343 to plas' response to dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 01/05/2004) |
| 01/06/2004 | 582 | Letter and documentation of Dental/Medical treatment STATEMENT for |

| | | Timothy Vialpando submitted by Major and Mrs LW Maxwell re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/07/2004) |
|---|---|---|
| 01/09/2004 | 583 | Letter and STATEMENT by Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/12/2004) |
| 01/13/2004 | 584 | STATEMENT by Brian Anderson #64193 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/14/2004) |
| 01/15/2004 | 585 | Sworn STATUS REPORT by Stephen D. Hamer re: report on implementation of the promulgated 8/27/03 CDOC Remedial Plan at the Trididad Correctional (TCF) (pap) (Entered: 01/15/2004) |
| 01/15/2004 | 586 | STATEMENT by Lorne Desmond Pick re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/15/2004) |
| 01/20/2004 | 587 | SUPPLEMENTAL Follow-up by Stephen D. Hamer to his status report [585-1] in 1:92-cv-00870, to report [0-1] in 1:96-cv-00343 (pap) (Entered: 01/21/2004) |
| 01/29/2004 | 588 | LETTER to court from Wellman Gibson re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 01/30/2004) |
| 02/02/2004 | 589 | STATEMENT by Robert L. Wirtz re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 02/04/2004) |
| 03/04/2004 | 590 | MANDATE from the Court of Appeals; CA # 03-1417; Dt issued 3/1/04; ORDER filed 3/1/04 dismissing the appeal [539-1] in 1:92-cv-00870 and 1:96-cv-00343 for failure to comply with the order for 2/3/04 (msn) (Entered: 03/05/2004) |
| 03/05/2004 | 591 | LETTER to court from Randy Kailey (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 592 | MOTION by Randy Kailey for intervention/contempt re: Settlement Agreement 8/29/03 (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 593 | OBJECTIONS by Randy Kailey to class counsel's representation (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 594 | MOTION by Randy Kailey for injunctive or other equitable relief (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 595 | Joint APPENDIX filed by Randy Kailey to motion for injunctive or other equitable relief [594-1] in 1:92-cv-00870, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [592-1] in 1:92-cv-00870, to motion for injunctive or other equitable relief [0-1] in 1:96-cv-00343, to motion for intervention/contempt re: Settlement Agreement |

| | | Timothy Vialpando submitted by Major and Mrs LW Maxwell re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/07/2004) |
|---|---|---|
| 01/09/2004 | 583 | Letter and STATEMENT by Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/12/2004) |
| 01/13/2004 | 584 | STATEMENT by Brian Anderson #64193 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/14/2004) |
| 01/15/2004 | 585 | Sworn STATUS REPORT by Stephen D. Hamer re: report on implementation of the promulgated 8/27/03 CDOC Remedial Plan at the Trididad Correctional (TCF) (pap) (Entered: 01/15/2004) |
| 01/15/2004 | 586 | STATEMENT by Lorne Desmond Pick re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/15/2004) |
| 01/20/2004 | 587 | SUPPLEMENTAL Follow-up by Stephen D. Hamer to his status report [585-1] in 1:92-cv-00870, to report [0-1] in 1:96-cv-00343 (pap) (Entered: 01/21/2004) |
| 01/29/2004 | 588 | LETTER to court from Wellman Gibson re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 01/30/2004) |
| 02/02/2004 | 589 | STATEMENT by Robert L. Wirtz re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 02/04/2004) |
| 03/04/2004 | 590 | MANDATE from the Court of Appeals; CA # 03-1417; Dt issued 3/1/04; ORDER filed 3/1/04 dismissing the appeal [539-1] in 1:92-cv-00870 and 1:96-cv-00343 for failure to comply with the order for 2/3/04 (msn) (Entered: 03/05/2004) |
| 03/05/2004 | 591 | LETTER to court from Randy Kailey (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 592 | MOTION by Randy Kailey for intervention/contempt re: Settlement Agreement 8/29/03 (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 593 | OBJECTIONS by Randy Kailey to class counsel's representation (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 594 | MOTION by Randy Kailey for injunctive or other equitable relief (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 595 | Joint APPENDIX filed by Randy Kailey to motion for injunctive or other equitable relief [594-1] in 1:92-cv-00870, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [592-1] in 1:92-cv-00870, to motion for injunctive or other equitable relief [0-1] in 1:96-cv-00343, to motion for intervention/contempt re: Settlement Agreement |

| | | Timothy Vialpando submitted by Major and Mrs LW Maxwell re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/07/2004) |
|---|---|---|
| 01/09/2004 | 583 | Letter and STATEMENT by Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/12/2004) |
| 01/13/2004 | 584 | STATEMENT by Brian Anderson #64193 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/14/2004) |
| 01/15/2004 | 585 | Sworn STATUS REPORT by Stephen D. Hamer re: report on implementation of the promulgated 8/27/03 CDOC Remedial Plan at the Trididad Correctional (TCF) (pap) (Entered: 01/15/2004) |
| 01/15/2004 | 586 | STATEMENT by Lorne Desmond Pick re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/15/2004) |
| 01/20/2004 | 587 | SUPPLEMENTAL Follow-up by Stephen D. Hamer to his status report [585-1] in 1:92-cv-00870, to report [0-1] in 1:96-cv-00343 (pap) (Entered: 01/21/2004) |
| 01/29/2004 | 588 | LETTER to court from Wellman Gibson re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 01/30/2004) |
| 02/02/2004 | 589 | STATEMENT by Robert L. Wirtz re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 02/04/2004) |
| 03/04/2004 | 590 | MANDATE from the Court of Appeals; CA # 03-1417; Dt issued 3/1/04; ORDER filed 3/1/04 dismissing the appeal [539-1] in 1:92-cv-00870 and 1:96-cv-00343 for failure to comply with the order for 2/3/04 (msn) (Entered: 03/05/2004) |
| 03/05/2004 | 591 | LETTER to court from Randy Kailey (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 592 | MOTION by Randy Kailey for intervention/contempt re: Settlement Agreement 8/29/03 (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 593 | OBJECTIONS by Randy Kailey to class counsel's representation (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 594 | MOTION by Randy Kailey for injunctive or other equitable relief (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 595 | Joint APPENDIX filed by Randy Kailey to motion for injunctive or other equitable relief [594-1] in 1:92-cv-00870, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [592-1] in 1:92-cv-00870, to motion for injunctive or other equitable relief [0-1] in 1:96-cv-00343, to motion for intervention/contempt re: Settlement Agreement |

| | | |
|---|---|---|
| | | Timothy Vialpando submitted by Major and Mrs LW Maxwell re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/07/2004) |
| 01/09/2004 | 583 | Letter and STATEMENT by Barbara A. Freeman re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/12/2004) |
| 01/13/2004 | 584 | STATEMENT by Brian Anderson #64193 re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/14/2004) |
| 01/15/2004 | 585 | Sworn STATUS REPORT by Stephen D. Hamer re: report on implementation of the promulgated 8/27/03 CDOC Remedial Plan at the Trididad Correctional (TCF) (pap) (Entered: 01/15/2004) |
| 01/15/2004 | 586 | STATEMENT by Lorne Desmond Pick re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 01/15/2004) |
| 01/20/2004 | 587 | SUPPLEMENTAL Follow-up by Stephen D. Hamer to his status report [585-1] in 1:92-cv-00870, to report [0-1] in 1:96-cv-00343 (pap) (Entered: 01/21/2004) |
| 01/29/2004 | 588 | LETTER to court from Wellman Gibson re: order [528-2] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343 (pap) (Entered: 01/30/2004) |
| 02/02/2004 | 589 | STATEMENT by Robert L. Wirtz re: order [528-2] in 1:92-cv-00870, re: notice [441-1] in 1:92-cv-00870, re: order [0-2] in 1:96-cv-00343, re: notice [0-1] in 1:96-cv-00343 (pap) (Entered: 02/04/2004) |
| 03/04/2004 | 590 | MANDATE from the Court of Appeals; CA # 03-1417; Dt issued 3/1/04; ORDER filed 3/1/04 dismissing the appeal [539-1] in 1:92-cv-00870 and 1:96-cv-00343 for failure to comply with the order for 2/3/04 (msn) (Entered: 03/05/2004) |
| 03/05/2004 | 591 | LETTER to court from Randy Kailey (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 592 | MOTION by Randy Kailey for intervention/contempt re: Settlement Agreement 8/29/03 (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 593 | OBJECTIONS by Randy Kailey to class counsel's representation (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 594 | MOTION by Randy Kailey for injunctive or other equitable relief (pap) (Entered: 03/08/2004) |
| 03/05/2004 | 595 | Joint APPENDIX filed by Randy Kailey to motion for injunctive or other equitable relief [594-1] in 1:92-cv-00870, to motion for intervention/contempt re: Settlement Agreement 8/29/03 [592-1] in 1:92-cv-00870, to motion for injunctive or other equitable relief [0-1] in 1:96-cv-00343, to motion for intervention/contempt re: Settlement Agreement |

| | | 8/29/03 [0-1] in 1:96-cv-00343 (pap) (Entered: 03/08/2004) |
|---|---|---|
| 03/15/2004 | | Tendered Prisoner Complaint submitted by Moreno Esteban (pap) (Entered: 03/16/2004) |
| 03/15/2004 | 596 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870 9:00 4/30/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/16/04 (pap) (Entered: 03/16/2004) |
| 03/22/2004 | 597 | LETTER to court from Antoine J. Maldonado re: statement [457-1] in 1:92-cv-00870, re: statement [0-1] in 1:96-cv-00343 (pap) (Entered: 03/23/2004) |
| 04/15/2004 | 598 | LETTER to court from James B. White in 1:92-cv-00870 re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [568-1] in 1:92-cv-00870, re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [0-1] in 1:96-cv-00343 (pap) (Entered: 04/16/2004) |
| 04/30/2004 | 599 | ORDER AND MEMORANDUM of DECISION: by Judge Edward W. Nottingham denying dfts' motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part dfts' objection [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part and denying in part plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, granting in part and denying in part dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343, Case is reopened for consideration of dft's objection and for entry of judgment consistent with this order and memorandum of decision; Speical Master's Report [546-1] order in 1:92-cv-00870, 1:96-cv-00343 is accepted re: attorneys' fees and costs, dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs, clerk shall forthwith enter judgment; special master's report is rejected re: the incentive awards to class respresentatives; (cc: all counsel) ; entry date : 5/3/04 (pap) (Entered: 05/03/2004) |
| 04/30/2004 | 600 | COURTROOM MINUTES by Judge Edward W. Nottingham regarding [546-1] order; Special Master's report is affirmed as to findings of fact and conclusions of law; dfts are ordered to pay plas $952,614.70 in attorney's fees and $135,998.10 in costs; court finds good cause to reopen this case; Special Master's report is enforced to the extent it complies with the Order and Memorandum of Decision ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 05/04/2004 | 601 | JUDGMENT: by Deputy Clerk Katherine Hasfjord and approved by Judge Edward W. Nottingham regarding [600-1] minutes in 1:92-cv-00870, regarding [599-1] order in 1:92-cv-00870, 1:96-cv-00343; the |

| | | 8/29/03 [0-1] in 1:96-cv-00343 (pap) (Entered: 03/08/2004) |
|---|---|---|
| 03/15/2004 | | Tendered Prisoner Complaint submitted by Moreno Esteban (pap) (Entered: 03/16/2004) |
| 03/15/2004 | 596 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870 9:00 4/30/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/16/04 (pap) (Entered: 03/16/2004) |
| 03/22/2004 | 597 | LETTER to court from Antoine J. Maldonado re: statement [457-1] in 1:92-cv-00870, re: statement [0-1] in 1:96-cv-00343 (pap) (Entered: 03/23/2004) |
| 04/15/2004 | 598 | LETTER to court from James B. White in 1:92-cv-00870 re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [568-1] in 1:92-cv-00870, re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [0-1] in 1:96-cv-00343 (pap) (Entered: 04/16/2004) |
| 04/30/2004 | 599 | ORDER AND MEMORANDUM of DECISION: by Judge Edward W. Nottingham denying dfts' motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part dfts' objection [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part and denying in part plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, granting in part and denying in part dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343, Case is reopened for consideration of dft's objection and for entry of judgment consistent with this order and memorandum of decision; Speical Master's Report [546-1] order in 1:92-cv-00870, 1:96-cv-00343 is accepted re: attorneys' fees and costs, dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs, clerk shall forthwith enter judgment; special master's report is rejected re: the incentive awards to class respresentatives; (cc: all counsel) ; entry date : 5/3/04 (pap) (Entered: 05/03/2004) |
| 04/30/2004 | 600 | COURTROOM MINUTES by Judge Edward W. Nottingham regarding [546-1] order; Special Master's report is affirmed as to findings of fact and conclusions of law; dfts are ordered to pay plas $952,614.70 in attorney's fees and $135,998.10 in costs; court finds good cause to reopen this case; Special Master's report is enforced to the extent it complies with the Order and Memorandum of Decision ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 05/04/2004 | 601 | JUDGMENT: by Deputy Clerk Katherine Hasfjord and approved by Judge Edward W. Nottingham regarding [600-1] minutes in 1:92-cv-00870, regarding [599-1] order in 1:92-cv-00870, 1:96-cv-00343; the |

| | | |
|---|---|---|
| | | 8/29/03 [0-1] in 1:96-cv-00343 (pap) (Entered: 03/08/2004) |
| 03/15/2004 | | Tendered Prisoner Complaint submitted by Moreno Esteban (pap) (Entered: 03/16/2004) |
| 03/15/2004 | 596 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870 9:00 4/30/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/16/04 (pap) (Entered: 03/16/2004) |
| 03/22/2004 | 597 | LETTER to court from Antoine J. Maldonado re: statement [457-1] in 1:92-cv-00870, re: statement [0-1] in 1:96-cv-00343 (pap) (Entered: 03/23/2004) |
| 04/15/2004 | 598 | LETTER to court from James B. White in 1:92-cv-00870 re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [568-1] in 1:92-cv-00870, re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [0-1] in 1:96-cv-00343 (pap) (Entered: 04/16/2004) |
| 04/30/2004 | 599 | ORDER AND MEMORANDUM of DECISION: by Judge Edward W. Nottingham denying dfts' motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part dfts' objection [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part and denying in part plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, granting in part and denying in part dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343, Case is reopened for consideration of dft's objection and for entry of judgment consistent with this order and memorandum of decision; Speical Master's Report [546-1] order in 1:92-cv-00870, 1:96-cv-00343 is accepted re: attorneys' fees and costs, dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs, clerk shall forthwith enter judgment; special master's report is rejected re: the incentive awards to class respresentatives; (cc: all counsel) ; entry date : 5/3/04 (pap) (Entered: 05/03/2004) |
| 04/30/2004 | 600 | COURTROOM MINUTES by Judge Edward W. Nottingham regarding [546-1] order; Special Master's report is affirmed as to findings of fact and conclusions of law; dfts are ordered to pay plas $952,614.70 in attorney's fees and $135,998.10 in costs; court finds good cause to reopen this case; Special Master's report is enforced to the extent it complies with the Order and Memorandum of Decision ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 05/04/2004 | 601 | JUDGMENT: by Deputy Clerk Katherine Hasfjord and approved by Judge Edward W. Nottingham regarding [600-1] minutes in 1:92-cv-00870, regarding [599-1] order in 1:92-cv-00870, 1:96-cv-00343; the |

| | | |
|---|---|---|
| | | 8/29/03 [0-1] in 1:96-cv-00343 (pap) (Entered: 03/08/2004) |
| 03/15/2004 | | Tendered Prisoner Complaint submitted by Moreno Esteban (pap) (Entered: 03/16/2004) |
| 03/15/2004 | 596 | MINUTE ORDER : by Judge Edward W. Nottingham setting hearing on motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870 9:00 4/30/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 3/16/04 (pap) (Entered: 03/16/2004) |
| 03/22/2004 | 597 | LETTER to court from Antoine J. Maldonado re: statement [457-1] in 1:92-cv-00870, re: statement [0-1] in 1:96-cv-00343 (pap) (Entered: 03/23/2004) |
| 04/15/2004 | 598 | LETTER to court from James B. White in 1:92-cv-00870 re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [568-1] in 1:92-cv-00870, re: motion for Reconsideration Order [564-1] Denying Appellate [sic] Leave to Proceed In The Forma Pauperis [sic] in 1:92-cv-00870, and 1:96-cv-00343 [0-1] in 1:96-cv-00343 (pap) (Entered: 04/16/2004) |
| 04/30/2004 | 599 | ORDER AND MEMORANDUM of DECISION: by Judge Edward W. Nottingham denying dfts' motion for hearing regarding memorandum award of attorneys' fees, class member compensation and costs 10/2/03 [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part dfts' objection [551-1] in 1:92-cv-00870, 1:96-cv-00343, granting in part and denying in part plas' motion to reopen the case for entry of judgment for award of attorneys' fees and costs and class member compensation [574-1] in 1:92-cv-00870, granting in part and denying in part dfts' motion to reopen the case for consideration of dfts' objections to recommendation of special master [576-1] in 1:92-cv-00870, 1:96-cv-00343, Case is reopened for consideration of dft's objection and for entry of judgment consistent with this order and memorandum of decision; Speical Master's Report [546-1] order in 1:92-cv-00870, 1:96-cv-00343 is accepted re: attorneys' fees and costs, dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs, clerk shall forthwith enter judgment; special master's report is rejected re: the incentive awards to class respresentatives; (cc: all counsel) ; entry date : 5/3/04 (pap) (Entered: 05/03/2004) |
| 04/30/2004 | 600 | COURTROOM MINUTES by Judge Edward W. Nottingham regarding [546-1] order; Special Master's report is affirmed as to findings of fact and conclusions of law; dfts are ordered to pay plas $952,614.70 in attorney's fees and $135,998.10 in costs; court finds good cause to reopen this case; Special Master's report is enforced to the extent it complies with the Order and Memorandum of Decision ; entry date : 5/4/04 Court Reporter: Therese Lindblom (pap) (Entered: 05/04/2004) |
| 05/04/2004 | 601 | JUDGMENT: by Deputy Clerk Katherine Hasfjord and approved by Judge Edward W. Nottingham regarding [600-1] minutes in 1:92-cv-00870, regarding [599-1] order in 1:92-cv-00870, 1:96-cv-00343; the |

| | | special master's report is accepted regarding attorneys' fees and costs; dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs and judgmentis entered accordingly; Judgment will bear 1.55% interest rate; (cc: all counsel) ; entry date : 5/4/04 (pap) (Entered: 05/04/2004) |
|---|---|---|
| 05/07/2004 | 602 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-001 by Claimant Brian Anderson; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-001; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/07/2004 | 603 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-009 by Claimant Cortez Edward Walker; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-009; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/12/2004 | 604 | LETTER to court from Steven James Hernandez requesting a claim form. (gms) (Entered: 05/12/2004) |
| 05/17/2004 | 605 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for immediate injunctive relief or order to show cause (gms) (Entered: 05/18/2004) |
| 05/17/2004 | 606 | ORDER of Special Master Richard M. Borchers dismissing claim 01-028 by claimant Jamie V. Hage. Claimants objection ddl is 6/14/04. Attached to Order is record of claim No. 01-028 (cc: all counsel) ; entry date : 5/18/04 (gms) (Entered: 05/18/2004) |
| 05/20/2004 | 609 | LETTER to court from James O'Banion in 1:92-cv-00870 re settlement. (gms) (Entered: 05/26/2004) |
| 05/24/2004 | 607 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-019 by claimant Richard Swanson #41257; Claimants objection deadline is on or before 6/24/04; attached to order is record of claim 01-019; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/24/2004 | 608 | ORDER by Special Master Richard M. Borchers dismissing claim 01-018 by claimant Willie D. Leaks, #115384; Claimant's objection ddl is 6/24/04; attached to order is record of claim 01-018; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/25/2004 | 610 | LETTER to court from Vernon Rowe, Inmate at Limon Correctional Facility re: incident at Correctional Facility (pap) (Entered: 05/26/2004) |
| 05/26/2004 | 611 | NOTICE of Change of address of Steve McCarey by Steven McCary re: Claim (pap) Modified on 05/27/2004 (Entered: 05/27/2004) |
| 06/15/2004 | 612 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for judgment on motion for injunctive relief (5/12/04) (pap) (Entered: 06/16/2004) |
| 06/15/2004 | 684 | MOTION by Robert Wirtz in 1:92-cv-00870 for discovery (gms) (Entered: 08/31/2004) |
| 06/18/2004 | 613 | MOTION by previous counsel for plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 to withdraw attorney John Carlson (pap) (Entered: 06/21/2004) |
| 06/23/2004 | 614 | ORDER by Special Master Richard M. Borchers dismissing claim 01-026 |

| | | special master's report is accepted regarding attorneys' fees and costs; dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs and judgmentis entered accordingly; Judgment will bear 1.55% interest rate; (cc: all counsel) ; entry date : 5/4/04 (pap) (Entered: 05/04/2004) |
|---|---|---|
| 05/07/2004 | 602 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-001 by Claimant Brian Anderson; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-001; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/07/2004 | 603 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-009 by Claimant Cortez Edward Walker; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-009; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/12/2004 | 604 | LETTER to court from Steven James Hernandez requesting a claim form. (gms) (Entered: 05/12/2004) |
| 05/17/2004 | 605 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for immediate injunctive relief or order to show cause (gms) (Entered: 05/18/2004) |
| 05/17/2004 | 606 | ORDER of Special Master Richard M. Borchers dismissing claim 01-028 by claimant Jamie V. Hage. Claimants objection ddl is 6/14/04. Attached to Order is record of claim No. 01-028 (cc: all counsel) ; entry date : 5/18/04 (gms) (Entered: 05/18/2004) |
| 05/20/2004 | 609 | LETTER to court from James O'Banion in 1:92-cv-00870 re settlement. (gms) (Entered: 05/26/2004) |
| 05/24/2004 | 607 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-019 by claimant Richard Swanson #41257; Claimants objection deadline is on or before 6/24/04; attached to order is record of claim 01-019; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/24/2004 | 608 | ORDER by Special Master Richard M. Borchers dismissing claim 01-018 by claimant Willie D. Leaks, #115384; Claimant's objection ddl is 6/24/04; attached to order is record of claim 01-018; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/25/2004 | 610 | LETTER to court from Vernon Rowe, Inmate at Limon Correctional Facility re: incident at Correctional Facility (pap) (Entered: 05/26/2004) |
| 05/26/2004 | 611 | NOTICE of Change of address of Steve McCarey by Steven McCary re: Claim (pap) Modified on 05/27/2004 (Entered: 05/27/2004) |
| 06/15/2004 | 612 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for judgment on motion for injunctive relief (5/12/04) (pap) (Entered: 06/16/2004) |
| 06/15/2004 | 684 | MOTION by Robert Wirtz in 1:92-cv-00870 for discovery (gms) (Entered: 08/31/2004) |
| 06/18/2004 | 613 | MOTION by previous counsel for plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 to withdraw attorney John Carlson (pap) (Entered: 06/21/2004) |
| 06/23/2004 | 614 | ORDER by Special Master Richard M. Borchers dismissing claim 01-026 |

| | | special master's report is accepted regarding attorneys' fees and costs; dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs and judgmentis entered accordingly; Judgment will bear 1.55% interest rate; (cc: all counsel) ; entry date : 5/4/04 (pap) (Entered: 05/04/2004) |
|---|---|---|
| 05/07/2004 | 602 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-001 by Claimant Brian Anderson; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-001; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/07/2004 | 603 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-009 by Claimant Cortez Edward Walker; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-009; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/12/2004 | 604 | LETTER to court from Steven James Hernandez requesting a claim form. (gms) (Entered: 05/12/2004) |
| 05/17/2004 | 605 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for immediate injunctive relief or order to show cause (gms) (Entered: 05/18/2004) |
| 05/17/2004 | 606 | ORDER of Special Master Richard M. Borchers dismissing claim 01-028 by claimant Jamie V. Hage. Claimants objection ddl is 6/14/04. Attached to Order is record of claim No. 01-028 (cc: all counsel) ; entry date : 5/18/04 (gms) (Entered: 05/18/2004) |
| 05/20/2004 | 609 | LETTER to court from James O'Banion in 1:92-cv-00870 re settlement. (gms) (Entered: 05/26/2004) |
| 05/24/2004 | 607 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-019 by claimant Richard Swanson #41257; Claimants objection deadline is on or before 6/24/04; attached to order is record of claim 01-019; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/24/2004 | 608 | ORDER by Special Master Richard M. Borchers dismissing claim 01-018 by claimant Willie D. Leaks, #115384; Claimant's objection ddl is 6/24/04; attached to order is record of claim 01-018; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/25/2004 | 610 | LETTER to court from Vernon Rowe, Inmate at Limon Correctional Facility re: incident at Correctional Facility (pap) (Entered: 05/26/2004) |
| 05/26/2004 | 611 | NOTICE of Change of address of Steve McCarey by Steven McCary re: Claim (pap) Modified on 05/27/2004 (Entered: 05/27/2004) |
| 06/15/2004 | 612 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for judgment on motion for injunctive relief (5/12/04) (pap) (Entered: 06/16/2004) |
| 06/15/2004 | 684 | MOTION by Robert Wirtz in 1:92-cv-00870 for discovery (gms) (Entered: 08/31/2004) |
| 06/18/2004 | 613 | MOTION by previous counsel for plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 to withdraw attorney John Carlson (pap) (Entered: 06/21/2004) |
| 06/23/2004 | 614 | ORDER by Special Master Richard M. Borchers dismissing claim 01-026 |

| | | special master's report is accepted regarding attorneys' fees and costs; dfts must pay plas $952,614.70 in attorneys' fees and $135,998.10 in costs and judgmentis entered accordingly; Judgment will bear 1.55% interest rate; (cc: all counsel) ; entry date : 5/4/04 (pap) (Entered: 05/04/2004) |
|---|---|---|
| 05/07/2004 | 602 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-001 by Claimant Brian Anderson; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-001; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/07/2004 | 603 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-009 by Claimant Cortez Edward Walker; claimants objection ddl is 6/4/04; attached to Order is record of claim 01-009; (cc: all counsel) ; entry date : 5/10/04 (pap) (Entered: 05/10/2004) |
| 05/12/2004 | 604 | LETTER to court from Steven James Hernandez requesting a claim form. (gms) (Entered: 05/12/2004) |
| 05/17/2004 | 605 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for immediate injunctive relief or order to show cause (gms) (Entered: 05/18/2004) |
| 05/17/2004 | 606 | ORDER of Special Master Richard M. Borchers dismissing claim 01-028 by claimant Jamie V. Hage. Claimants objection ddl is 6/14/04. Attached to Order is record of claim No. 01-028 (cc: all counsel) ; entry date : 5/18/04 (gms) (Entered: 05/18/2004) |
| 05/20/2004 | 609 | LETTER to court from James O'Banion in 1:92-cv-00870 re settlement. (gms) (Entered: 05/26/2004) |
| 05/24/2004 | 607 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-019 by claimant Richard Swanson #41257; Claimants objection deadline is on or before 6/24/04; attached to order is record of claim 01-019; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/24/2004 | 608 | ORDER by Special Master Richard M. Borchers dismissing claim 01-018 by claimant Willie D. Leaks, #115384; Claimant's objection ddl is 6/24/04; attached to order is record of claim 01-018; (cc: all counsel) ; entry date : 5/26/04 (pap) (Entered: 05/26/2004) |
| 05/25/2004 | 610 | LETTER to court from Vernon Rowe, Inmate at Limon Correctional Facility re: incident at Correctional Facility (pap) (Entered: 05/26/2004) |
| 05/26/2004 | 611 | NOTICE of Change of address of Steve McCarey by Steven McCary re: Claim (pap) Modified on 05/27/2004 (Entered: 05/27/2004) |
| 06/15/2004 | 612 | MOTION by Robert Louis Wirtz Jr. in 1:92-cv-00870 for judgment on motion for injunctive relief (5/12/04) (pap) (Entered: 06/16/2004) |
| 06/15/2004 | 684 | MOTION by Robert Wirtz in 1:92-cv-00870 for discovery (gms) (Entered: 08/31/2004) |
| 06/18/2004 | 613 | MOTION by previous counsel for plaintiffs in 1:92-cv-00870, and 1:96-cv-00343 to withdraw attorney John Carlson (pap) (Entered: 06/21/2004) |
| 06/23/2004 | 614 | ORDER by Special Master Richard M. Borchers dismissing claim 01-026 |

| | | by claimant Watson Daniel, #11927; Claimants objection ddl is 7/19/04; attached to order is record of claim01-026; (cc: all counsel) ; entry date : 6/24/04 (pap) (Entered: 06/24/2004) |
|---|---|---|
| 07/01/2004 | 615 | MOTION by Richard Walter Johnson, Gilbert Earnest Martinez, and Monte Lee Temmerman for ordered access to be heard to the records and photocopies to fully comply with 6/10/04 Special Master Order (pap) Modified on 07/09/2004 (Entered: 07/02/2004) |
| 07/07/2004 | 616 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-025 by Claimant Tracy Williamson, #67506; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-025; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 617 | ORDER of Special Master Richard M. Borchers dismissing claim 01-027 by claimant John F. Fisher, #47675; claimants objection ddl is on or before 8/16/04; attached to Order is record of claim 01-027;(cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 618 | ORDER of Special Master Richard M. Borchers dismissing claim 01-021 by Claimant Daniel B. Miller #108244; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-021; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 619 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-016 by Claimant Martin L. Yaeger #101971; Claimants' objection ddl is on or before 8/16/04; Attached to order is record of claim 01-016; (cc: all counsel) ; entry date : 7/9/04 (pap) Modified on 07/09/2004 (Entered: 07/09/2004) |
| 07/08/2004 | 620 | ORDER (cc: all counsel) re: 7/1/04 hearing before Special Master Richard M. Borchers; settlement agreement and issues thereof were discussed; counsel shall submit any legal authorities for review on or before 7/19/04; any written arguments by claimants concerning pending discovery issues are due up to and including 8/20/04; stay is granted to CDOC and its counsel that no responsive pleadings need by filed as to any Category I and II claims until further order of the court; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/09/2004 | 621 | MOTION by class member Michael Milligan for order of enforcement of judgment and agreement (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 622 | Special Masters' RECOMMENDATION and Report re: Claims by Special Masters Richard M. Borchers to Senior US District Judge John L. Kane concerning claims filed with the office of the Special Masters ; (cc: all counsel) ; entry date : 7/12/04 (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 623 | EXHIBITS (CD's of Hearing 7/1/04, Disks 1 and 2) to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870, to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [0-1] in 1:96-cv-00343; stored in exhibit area (pap) Modified on 07/12/2004 (Entered: 07/12/2004) |

| | | by claimant Watson Daniel, #11927; Claimants objection ddl is 7/19/04; attached to order is record of claim01-026; (cc: all counsel) ; entry date : 6/24/04 (pap) (Entered: 06/24/2004) |
|---|---|---|
| 07/01/2004 | 615 | MOTION by Richard Walter Johnson, Gilbert Earnest Martinez, and Monte Lee Temmerman for ordered access to be heard to the records and photocopies to fully comply with 6/10/04 Special Master Order (pap) Modified on 07/09/2004 (Entered: 07/02/2004) |
| 07/07/2004 | 616 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-025 by Claimant Tracy Williamson, #67506; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-025; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 617 | ORDER of Special Master Richard M. Borchers dismissing claim 01-027 by claimant John F. Fisher, #47675; claimants objection ddl is on or before 8/16/04; attached to Order is record of claim 01-027;(cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 618 | ORDER of Special Master Richard M. Borchers dismissing claim 01-021 by Claimant Daniel B. Miller #108244; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-021; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 619 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-016 by Claimant Martin L. Yaeger #101971; Claimants' objection ddl is on or before 8/16/04; Attached to order is record of claim 01-016; (cc: all counsel) ; entry date : 7/9/04 (pap) Modified on 07/09/2004 (Entered: 07/09/2004) |
| 07/08/2004 | 620 | ORDER (cc: all counsel) re: 7/1/04 hearing before Special Master Richard M. Borchers; settlement agreement and issues thereof were discussed; counsel shall submit any legal authorities for review on or before 7/19/04; any written arguments by claimants concerning pending discovery issues are due up to and including 8/20/04; stay is granted to CDOC and its counsel that no responsive pleadings need by filed as to any Category I and II claims until further order of the court; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/09/2004 | 621 | MOTION by class member Michael Milligan for order of enforcement of judgment and agreement (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 622 | Special Masters' RECOMMENDATION and Report re: Claims by Special Masters Richard M. Borchers to Senior US District Judge John L. Kane concerning claims filed with the office of the Special Masters ; (cc: all counsel) ; entry date : 7/12/04 (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 623 | EXHIBITS (CD's of Hearing 7/1/04, Disks 1 and 2) to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870, to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [0-1] in 1:96-cv-00343; stored in exhibit area (pap) Modified on 07/12/2004 (Entered: 07/12/2004) |

| | | |
|---|---|---|
| | | by claimant Watson Daniel, #11927; Claimants objection ddl is 7/19/04; attached to order is record of claim01-026; (cc: all counsel) ; entry date : 6/24/04 (pap) (Entered: 06/24/2004) |
| 07/01/2004 | 615 | MOTION by Richard Walter Johnson, Gilbert Earnest Martinez, and Monte Lee Temmerman for ordered access to be heard to the records and photocopies to fully comply with 6/10/04 Special Master Order (pap) Modified on 07/09/2004 (Entered: 07/02/2004) |
| 07/07/2004 | 616 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-025 by Claimant Tracy Williamson, #67506; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-025; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 617 | ORDER of Special Master Richard M. Borchers dismissing claim 01-027 by claimant John F. Fisher, #47675; claimants objection ddl is on or before 8/16/04; attached to Order is record of claim 01-027;(cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 618 | ORDER of Special Master Richard M. Borchers dismissing claim 01-021 by Claimant Daniel B. Miller #108244; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-021; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 619 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-016 by Claimant Martin L. Yaeger #101971; Claimants' objection ddl is on or before 8/16/04; Attached to order is record of claim 01-016; (cc: all counsel) ; entry date : 7/9/04 (pap) Modified on 07/09/2004 (Entered: 07/09/2004) |
| 07/08/2004 | 620 | ORDER (cc: all counsel) re: 7/1/04 hearing before Special Master Richard M. Borchers; settlement agreement and issues thereof were discussed; counsel shall submit any legal authorities for review on or before 7/19/04; any written arguments by claimants concerning pending discovery issues are due up to and including 8/20/04; stay is granted to CDOC and its counsel that no responsive pleadings need by filed as to any Category I and II claims until further order of the court; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/09/2004 | 621 | MOTION by class member Michael Milligan for order of enforcement of judgment and agreement (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 622 | Special Masters' RECOMMENDATION and Report re: Claims by Special Masters Richard M. Borchers to Senior US District Judge John L. Kane concerning claims filed with the office of the Special Masters ; (cc: all counsel) ; entry date : 7/12/04 (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 623 | EXHIBITS (CD's of Hearing 7/1/04, Disks 1 and 2) to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870, to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [0-1] in 1:96-cv-00343; stored in exhibit area (pap) Modified on 07/12/2004 (Entered: 07/12/2004) |
| | | |

| | | |
|---|---|---|
| | | by claimant Watson Daniel, #11927; Claimants objection ddl is 7/19/04; attached to order is record of claim01-026; (cc: all counsel) ; entry date : 6/24/04 (pap) (Entered: 06/24/2004) |
| 07/01/2004 | 615 | MOTION by Richard Walter Johnson, Gilbert Earnest Martinez, and Monte Lee Temmerman for ordered access to be heard to the records and photocopies to fully comply with 6/10/04 Special Master Order (pap) Modified on 07/09/2004 (Entered: 07/02/2004) |
| 07/07/2004 | 616 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-025 by Claimant Tracy Williamson, #67506; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-025; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 617 | ORDER of Special Master Richard M. Borchers dismissing claim 01-027 by claimant John F. Fisher, #47675; claimants objection ddl is on or before 8/16/04; attached to Order is record of claim 01-027;(cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 618 | ORDER of Special Master Richard M. Borchers dismissing claim 01-021 by Claimant Daniel B. Miller #108244; claimants objection ddl is on or before 8/16/04; attached to order is record of claim 01-021; (cc: all counsel) ; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/07/2004 | 619 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-016 by Claimant Martin L. Yaeger #101971; Claimants' objection ddl is on or before 8/16/04; Attached to order is record of claim 01-016; (cc: all counsel) ; entry date : 7/9/04 (pap) Modified on 07/09/2004 (Entered: 07/09/2004) |
| 07/08/2004 | 620 | ORDER (cc: all counsel) re: 7/1/04 hearing before Special Master Richard M. Borchers; settlement agreement and issues thereof were discussed; counsel shall submit any legal authorities for review on or before 7/19/04; any written arguments by claimants concerning pending discovery issues are due up to and including 8/20/04; stay is granted to CDOC and its counsel that no responsive pleadings need by filed as to any Category I and II claims until further order of the court; entry date : 7/9/04 (pap) (Entered: 07/09/2004) |
| 07/09/2004 | 621 | MOTION by class member Michael Milligan for order of enforcement of judgment and agreement (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 622 | Special Masters' RECOMMENDATION and Report re: Claims by Special Masters Richard M. Borchers to Senior US District Judge John L. Kane concerning claims filed with the office of the Special Masters ; (cc: all counsel) ; entry date : 7/12/04 (pap) (Entered: 07/12/2004) |
| 07/09/2004 | 623 | EXHIBITS (CD's of Hearing 7/1/04, Disks 1 and 2) to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870, to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [0-1] in 1:96-cv-00343; stored in exhibit area (pap) Modified on 07/12/2004 (Entered: 07/12/2004) |
| | | |

| 07/12/2004 | 624 | ORDER of Special Master Richard M. Borchers; Claimant Carl L. Ross and Counsel for the Class are granted up to and including 7/16/04 to file a response to DOC's arguments as to the limitations by laws on damages that may be awarded by the speical masters; appearance of counsel for the class is for the class members and not specifically for Claimant Carl L. Ross; a hearing may be requested by any party to the claim or by Counsel for the Class; (cc: all counsel) ; entry date : 7/13/04 (pap) Modified on 07/13/2004 (Entered: 07/13/2004) |
|---|---|---|
| 07/14/2004 | 625 | ORDER by Judge Edward W. Nottingham granting John Carlson's motion to withdraw attorney John Carlson [613-1]; withdrawing attorney John T. Carlson for Patricia Ballard in 1:92-cv-00870, attorney John T. Carlson for Diedra Givens in 1:92-cv-00870, attorney John T. Carlson for Gail Levine in 1:92-cv-00870, attorney John T. Carlson for Robert Sikitch in 1:92-cv-00870, attorney John T. Carlson for Duncan Leach in 1:92-cv-00870, attorney John T. Carlson for John Armintrout in 1:92-cv-00870, attorney John T. Carlson for Gilpin Eugene in 1:92-cv-00870, attorney John T. Carlson for George Karl in 1:92-cv-00870, attorney John T. Carlson for David Bryan in 1:92-cv-00870, attorney John T. Carlson for Jesse F. Montez in 1:92-cv-00870, attorney John T. Carlson for Jimmy R. Bulgier in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/04 (pap) (Entered: 07/15/2004) |
| 07/14/2004 | 627 | LETTER to court from Manuel Trujillo re: Formal Claim (pap) Modified on 10/13/2004 (Entered: 07/22/2004) |
| 07/19/2004 | 626 | SUPPLEMENTAL Form for Claimants who are claiming damages due to mobility impairment by Richard Walter Johnson in 1:92-cv-00870 (pap) (Entered: 07/20/2004) |
| 08/03/2004 | 628 | ORDER by Judge John L. Kane granting special masters' ,Richard M. Borchers and Bruce Pringle, second application for payment of fees and costs in the amount of $10,220.00; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 629 | ORDER by Judge John L. Kane granting special masters' (Richard M. Borchers and Bruce Pringle) first application for payment of fees and costs in the amount of $10,043.75; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 630 | ORDER by special master Richard M. Borchers dismissing claim 01-048 by Claimant Mark Lowe Luther #87160; claimants' objection ddl is on or before 9/17/04; attached to order is record of claim 01-048 (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 631 | ORDER by Special Master Richard M. Borchers dismissing claim 01-050 of Claimant Robert John Juarez #61104; Claimants objection ddl is on or before 9/17/04; attached to order is record of claim 01-050; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 632 | ORDER by Special Master Richard M. Borchers dismissing claim 01-051 by Claimant Martin Stump #56089; Claimants objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-051; (cc: all |

| 07/12/2004 | 624 | ORDER of Special Master Richard M. Borchers; Claimant Carl L. Ross and Counsel for the Class are granted up to and including 7/16/04 to file a response to DOC's arguments as to the limitations by laws on damages that may be awarded by the speical masters; appearance of counsel for the class is for the class members and not specifically for Claimant Carl L. Ross; a hearing may be requested by any party to the claim or by Counsel for the Class; (cc: all counsel) ; entry date : 7/13/04 (pap) Modified on 07/13/2004 (Entered: 07/13/2004) |
|---|---|---|
| 07/14/2004 | 625 | ORDER by Judge Edward W. Nottingham granting John Carlson's motion to withdraw attorney John Carlson [613-1]; withdrawing attorney John T. Carlson for Patricia Ballard in 1:92-cv-00870, attorney John T. Carlson for Diedra Givens in 1:92-cv-00870, attorney John T. Carlson for Gail Levine in 1:92-cv-00870, attorney John T. Carlson for Robert Sikitch in 1:92-cv-00870, attorney John T. Carlson for Duncan Leach in 1:92-cv-00870, attorney John T. Carlson for John Armintrout in 1:92-cv-00870, attorney John T. Carlson for Gilpin Eugene in 1:92-cv-00870, attorney John T. Carlson for George Karl in 1:92-cv-00870, attorney John T. Carlson for David Bryan in 1:92-cv-00870, attorney John T. Carlson for Jesse F. Montez in 1:92-cv-00870, attorney John T. Carlson for Jimmy R. Bulgier in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/04 (pap) (Entered: 07/15/2004) |
| 07/14/2004 | 627 | LETTER to court from Manuel Trujillo re: Formal Claim (pap) Modified on 10/13/2004 (Entered: 07/22/2004) |
| 07/19/2004 | 626 | SUPPLEMENTAL Form for Claimants who are claiming damages due to mobility impairment by Richard Walter Johnson in 1:92-cv-00870 (pap) (Entered: 07/20/2004) |
| 08/03/2004 | 628 | ORDER by Judge John L. Kane granting special masters' ,Richard M. Borchers and Bruce Pringle, second application for payment of fees and costs in the amount of $10,220.00; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 629 | ORDER by Judge John L. Kane granting special masters' (Richard M. Borchers and Bruce Pringle) first application for payment of fees and costs in the amount of $10,043.75; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 630 | ORDER by special master Richard M. Borchers dismissing claim 01-048 by Claimant Mark Lowe Luther #87160; claimants' objection ddl is on or before 9/17/04; attached to order is record of claim 01-048 (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 631 | ORDER by Special Master Richard M. Borchers dismissing claim 01-050 of Claimant Robert John Juarez #61104; Claimants objection ddl is on or before 9/17/04; attached to order is record of claim 01-050; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 632 | ORDER by Special Master Richard M. Borchers dismissing claim 01-051 by Claimant Martin Stump #56089; Claimants objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-051; (cc: all |

| 07/12/2004 | 624 | ORDER of Special Master Richard M. Borchers; Claimant Carl L. Ross and Counsel for the Class are granted up to and including 7/16/04 to file a response to DOC's arguments as to the limitations by laws on damages that may be awarded by the speical masters; appearance of counsel for the class is for the class members and not specifically for Claimant Carl L. Ross; a hearing may be requested by any party to the claim or by Counsel for the Class; (cc: all counsel) ; entry date : 7/13/04 (pap) Modified on 07/13/2004 (Entered: 07/13/2004) |
| --- | --- | --- |
| 07/14/2004 | 625 | ORDER by Judge Edward W. Nottingham granting John Carlson's motion to withdraw attorney John Carlson [613-1]; withdrawing attorney John T. Carlson for Patricia Ballard in 1:92-cv-00870, attorney John T. Carlson for Diedra Givens in 1:92-cv-00870, attorney John T. Carlson for Gail Levine in 1:92-cv-00870, attorney John T. Carlson for Robert Sikitch in 1:92-cv-00870, attorney John T. Carlson for Duncan Leach in 1:92-cv-00870, attorney John T. Carlson for John Armintrout in 1:92-cv-00870, attorney John T. Carlson for Gilpin Eugene in 1:92-cv-00870, attorney John T. Carlson for George Karl in 1:92-cv-00870, attorney John T. Carlson for David Bryan in 1:92-cv-00870, attorney John T. Carlson for Jesse F. Montez in 1:92-cv-00870, attorney John T. Carlson for Jimmy R. Bulgier in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/04 (pap) (Entered: 07/15/2004) |
| 07/14/2004 | 627 | LETTER to court from Manuel Trujillo re: Formal Claim (pap) Modified on 10/13/2004 (Entered: 07/22/2004) |
| 07/19/2004 | 626 | SUPPLEMENTAL Form for Claimants who are claiming damages due to mobility impairment by Richard Walter Johnson in 1:92-cv-00870 (pap) (Entered: 07/20/2004) |
| 08/03/2004 | 628 | ORDER by Judge John L. Kane granting special masters' ,Richard M. Borchers and Bruce Pringle, second application for payment of fees and costs in the amount of $10,220.00; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 629 | ORDER by Judge John L. Kane granting special masters' (Richard M. Borchers and Bruce Pringle) first application for payment of fees and costs in the amount of $10,043.75; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 630 | ORDER by special master Richard M. Borchers dismissing claim 01-048 by Claimant Mark Lowe Luther #87160; claimants' objection ddl is on or before 9/17/04; attached to order is record of claim 01-048 (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 631 | ORDER by Special Master Richard M. Borchers dismissing claim 01-050 of Claimant Robert John Juarez #61104; Claimants objection ddl is on or before 9/17/04; attached to order is record of claim 01-050; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 632 | ORDER by Special Master Richard M. Borchers dismissing claim 01-051 by Claimant Martin Stump #56089; Claimants objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-051; (cc: all |

| 07/12/2004 | 624 | ORDER of Special Master Richard M. Borchers; Claimant Carl L. Ross and Counsel for the Class are granted up to and including 7/16/04 to file a response to DOC's arguments as to the limitations by laws on damages that may be awarded by the speical masters; appearance of counsel for the class is for the class members and not specifically for Claimant Carl L. Ross; a hearing may be requested by any party to the claim or by Counsel for the Class; (cc: all counsel) ; entry date : 7/13/04 (pap) Modified on 07/13/2004 (Entered: 07/13/2004) |
| --- | --- | --- |
| 07/14/2004 | 625 | ORDER by Judge Edward W. Nottingham granting John Carlson's motion to withdraw attorney John Carlson [613-1]; withdrawing attorney John T. Carlson for Patricia Ballard in 1:92-cv-00870, attorney John T. Carlson for Diedra Givens in 1:92-cv-00870, attorney John T. Carlson for Gail Levine in 1:92-cv-00870, attorney John T. Carlson for Robert Sikitch in 1:92-cv-00870, attorney John T. Carlson for Duncan Leach in 1:92-cv-00870, attorney John T. Carlson for John Armintrout in 1:92-cv-00870, attorney John T. Carlson for Gilpin Eugene in 1:92-cv-00870, attorney John T. Carlson for George Karl in 1:92-cv-00870, attorney John T. Carlson for David Bryan in 1:92-cv-00870, attorney John T. Carlson for Jesse F. Montez in 1:92-cv-00870, attorney John T. Carlson for Jimmy R. Bulgier in 1:96-cv-00343 in 1:92-cv-00870, 1:96-cv-00343 (cc: all counsel) ; entry date : 7/15/04 (pap) (Entered: 07/15/2004) |
| 07/14/2004 | 627 | LETTER to court from Manuel Trujillo re: Formal Claim (pap) Modified on 10/13/2004 (Entered: 07/22/2004) |
| 07/19/2004 | 626 | SUPPLEMENTAL Form for Claimants who are claiming damages due to mobility impairment by Richard Walter Johnson in 1:92-cv-00870 (pap) (Entered: 07/20/2004) |
| 08/03/2004 | 628 | ORDER by Judge John L. Kane granting special masters' ,Richard M. Borchers and Bruce Pringle, second application for payment of fees and costs in the amount of $10,220.00; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 629 | ORDER by Judge John L. Kane granting special masters' (Richard M. Borchers and Bruce Pringle) first application for payment of fees and costs in the amount of $10,043.75; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 630 | ORDER by special master Richard M. Borchers dismissing claim 01-048 by Claimant Mark Lowe Luther #87160; claimants' objection ddl is on or before 9/17/04; attached to order is record of claim 01-048 (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 631 | ORDER by Special Master Richard M. Borchers dismissing claim 01-050 of Claimant Robert John Juarez #61104; Claimants objection ddl is on or before 9/17/04; attached to order is record of claim 01-050; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 632 | ORDER by Special Master Richard M. Borchers dismissing claim 01-051 by Claimant Martin Stump #56089; Claimants objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-051; (cc: all |

| | | counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 633 | ORDER by Special Master Richard M. Borchers dismissing claim 01-052 by Claimant Raymond Martinez #43249; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-052; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 634 | ORDER by Special Master Richard M. Borchers dismissing claim 01-055 by Claimant Ulises Tesoro #68108; Claimants objection ddl is on or before 9/17/04; Attached to the order is record for claim 01-055; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 635 | ORDER by Special Master Richard M. Borchers dismissing claim 01-057 by Claimant Albert Matthews, #52416; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-057; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 636 | ORDER by Special Masters Richard M. Borchers dismissing claim 01-059 by Claimant Joseph E. Lucero #117758; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-059; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 637 | ORDER by Special Master Richard M. Borchers dismissing claim 01-061 by Claimant Benjamin Abeyta #47530; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-061; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 638 | ORDER by Special Master Richard M. Borchers dismissing claim 01-062 by Claimant Anacleto Ortiz #100429; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-062;(cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 639 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-063 by Claimant Linda Woodruff #115163; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-063; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 640 | ORDER by Special Master Richard M. Borchers dismissing claim 01-064 by Claimant Pedro Gonzales #110247; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-064; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 641 | ORDER by Special Master Richard M. Borchers dismissing claim 01-067 by Claimant Robert Stephen Nole #82203; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-067;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 642 | ORDER by Special Master Richard M. Borchers dismissing claim 01-068 by Claimant Jeff Dunn #113992; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-068; (cc: all counsel) ; |

| | | counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 633 | ORDER by Special Master Richard M. Borchers dismissing claim 01-052 by Claimant Raymond Martinez #43249; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-052; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 634 | ORDER by Special Master Richard M. Borchers dismissing claim 01-055 by Claimant Ulises Tesoro #68108; Claimants objection ddl is on or before 9/17/04; Attached to the order is record for claim 01-055; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 635 | ORDER by Special Master Richard M. Borchers dismissing claim 01-057 by Claimant Albert Matthews, #52416; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-057; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 636 | ORDER by Special Masters Richard M. Borchers dismissing claim 01-059 by Claimant Joseph E. Lucero #117758; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-059; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 637 | ORDER by Special Master Richard M. Borchers dismissing claim 01-061 by Claimant Benjamin Abeyta #47530; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-061; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 638 | ORDER by Special Master Richard M. Borchers dismissing claim 01-062 by Claimant Anacleto Ortiz #100429; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-062;(cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 639 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-063 by Claimant Linda Woodruff #115163; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-063; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 640 | ORDER by Special Master Richard M. Borchers dismissing claim 01-064 by Claimant Pedro Gonzales #110247; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-064; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 641 | ORDER by Special Master Richard M. Borchers dismissing claim 01-067 by Claimant Robert Stephen Nole #82203; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-067;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 642 | ORDER by Special Master Richard M. Borchers dismissing claim 01-068 by Claimant Jeff Dunn #113992; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-068; (cc: all counsel) ; |

| | | counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 633 | ORDER by Special Master Richard M. Borchers dismissing claim 01-052 by Claimant Raymond Martinez #43249; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-052; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 634 | ORDER by Special Master Richard M. Borchers dismissing claim 01-055 by Claimant Ulises Tesoro #68108; Claimants objection ddl is on or before 9/17/04; Attached to the order is record for claim 01-055; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 635 | ORDER by Special Master Richard M. Borchers dismissing claim 01-057 by Claimant Albert Matthews, #52416; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-057; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 636 | ORDER by Special Masters Richard M. Borchers dismissing claim 01-059 by Claimant Joseph E. Lucero #117758; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-059; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 637 | ORDER by Special Master Richard M. Borchers dismissing claim 01-061 by Claimant Benjamin Abeyta #47530; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-061; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 638 | ORDER by Special Master Richard M. Borchers dismissing claim 01-062 by Claimant Anacleto Ortiz #100429; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-062;(cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 639 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-063 by Claimant Linda Woodruff #115163; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-063; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 640 | ORDER by Special Master Richard M. Borchers dismissing claim 01-064 by Claimant Pedro Gonzales #110247; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-064; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 641 | ORDER by Special Master Richard M. Borchers dismissing claim 01-067 by Claimant Robert Stephen Nole #82203; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-067;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 642 | ORDER by Special Master Richard M. Borchers dismissing claim 01-068 by Claimant Jeff Dunn #113992; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-068; (cc: all counsel) ; |

| | | |
|---|---|---|
| | | counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 633 | ORDER by Special Master Richard M. Borchers dismissing claim 01-052 by Claimant Raymond Martinez #43249; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-052; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 634 | ORDER by Special Master Richard M. Borchers dismissing claim 01-055 by Claimant Ulises Tesoro #68108; Claimants objection ddl is on or before 9/17/04; Attached to the order is record for claim 01-055; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 635 | ORDER by Special Master Richard M. Borchers dismissing claim 01-057 by Claimant Albert Matthews, #52416; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-057; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 636 | ORDER by Special Masters Richard M. Borchers dismissing claim 01-059 by Claimant Joseph E. Lucero #117758; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-059; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 637 | ORDER by Special Master Richard M. Borchers dismissing claim 01-061 by Claimant Benjamin Abeyta #47530; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-061; (cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 638 | ORDER by Special Master Richard M. Borchers dismissing claim 01-062 by Claimant Anacleto Ortiz #100429; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-062;(cc: all counsel) ; entry date : 8/4/04 (pap) Modified on 08/04/2004 (Entered: 08/04/2004) |
| 08/03/2004 | 639 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-063 by Claimant Linda Woodruff #115163; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-063; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 640 | ORDER by Special Master Richard M. Borchers dismissing claim 01-064 by Claimant Pedro Gonzales #110247; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-064; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 641 | ORDER by Special Master Richard M. Borchers dismissing claim 01-067 by Claimant Robert Stephen Nole #82203; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of claim 01-067;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 642 | ORDER by Special Master Richard M. Borchers dismissing claim 01-068 by Claimant Jeff Dunn #113992; Claimant's objection ddl is on or before 9/17/04; Attached to order is record for claim 01-068; (cc: all counsel) ; |

| | | entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 643 | ORDER by Special Master Richard M. Borchers dismissing claim 01-069 by Claimant Ricardo M. Campos #69836; Claimant's objection ddl is 9/17/04; Attached to order is record for claim 01-069; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 644 | ORDER by Special Master Richard M. Borchers dismissing claim 01-074 by Claimant John E. Byrnes #112050; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-074; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 645 | ORDER by Special Master Richard M. Borchers dismissing claim 01-075 by Claimant Casey Fender #100756; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-075; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 646 | ORDER by Special Master Richard M. Borchers dismissing claim 01-076 by Claimant Lawrence W. FitzGerald #66345; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-076; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 647 | ORDER by Speical Master Richard M. Borchers dismissing Claim 01-078 by Claimant Mark S. Ellis #115149; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-078; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 648 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-079 by Claimant Marion T. Martinez #45123; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-079; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 649 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-080 by Claimant Elwyn C. Smith #96316; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-080; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 650 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-082 by Claimant Keith E. Houcks, Jr #82662; Claimant's objection ddl is on or before 9/17/04; attached to order is record for claim 01-082;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 651 | ORDER by Special Master Richard M. Borchers dismissing claim 01-083 by claimant Denise Lauren McElroy #90044; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-083; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 652 | ORDER by Special Master Richard M. Borchers dismissing claim 01-084 by Claimant Robert Yeager, #96104; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-084; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 653 | ORDER by Special Master Richard M. Borchers dismissing claim 01-085 by Claimant Eduardo A. Garza #121067; Claimant's objection ddl is on or |

| | | |
|---|---|---|
| | | entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 643 | ORDER by Special Master Richard M. Borchers dismissing claim 01-069 by Claimant Ricardo M. Campos #69836; Claimant's objection ddl is 9/17/04; Attached to order is record for claim 01-069; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 644 | ORDER by Special Master Richard M. Borchers dismissing claim 01-074 by Claimant John E. Byrnes #112050; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-074; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 645 | ORDER by Special Master Richard M. Borchers dismissing claim 01-075 by Claimant Casey Fender #100756; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-075; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 646 | ORDER by Special Master Richard M. Borchers dismissing claim 01-076 by Claimant Lawrence W. FitzGerald #66345; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-076; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 647 | ORDER by Speical Master Richard M. Borchers dismissing Claim 01-078 by Claimant Mark S. Ellis #115149; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-078; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 648 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-079 by Claimant Marion T. Martinez #45123; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-079; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 649 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-080 by Claimant Elwyn C. Smith #96316; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-080; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 650 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-082 by Claimant Keith E. Houcks, Jr #82662; Claimant's objection ddl is on or before 9/17/04; attached to order is record for claim 01-082;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 651 | ORDER by Special Master Richard M. Borchers dismissing claim 01-083 by claimant Denise Lauren McElroy #90044; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-083; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 652 | ORDER by Special Master Richard M. Borchers dismissing claim 01-084 by Claimant Robert Yeager, #96104; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-084; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 653 | ORDER by Special Master Richard M. Borchers dismissing claim 01-085 by Claimant Eduardo A. Garza #121067; Claimant's objection ddl is on or |

| | | |
|---|---|---|
| | | entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 643 | ORDER by Special Master Richard M. Borchers dismissing claim 01-069 by Claimant Ricardo M. Campos #69836; Claimant's objection ddl is 9/17/04; Attached to order is record for claim 01-069; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 644 | ORDER by Special Master Richard M. Borchers dismissing claim 01-074 by Claimant John E. Byrnes #112050; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-074; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 645 | ORDER by Special Master Richard M. Borchers dismissing claim 01-075 by Claimant Casey Fender #100756; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-075; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 646 | ORDER by Special Master Richard M. Borchers dismissing claim 01-076 by Claimant Lawrence W. FitzGerald #66345; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-076; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 647 | ORDER by Speical Master Richard M. Borchers dismissing Claim 01-078 by Claimant Mark S. Ellis #115149; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-078; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 648 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-079 by Claimant Marion T. Martinez #45123; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-079; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 649 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-080 by Claimant Elwyn C. Smith #96316; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-080; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 650 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-082 by Claimant Keith E. Houcks, Jr #82662; Claimant's objection ddl is on or before 9/17/04; attached to order is record for claim 01-082;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 651 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-083 by claimant Denise Lauren McElroy #90044; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-083; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 652 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-084 by Claimant Robert Yeager, #96104; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-084; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 653 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-085 by Claimant Eduardo A. Garza #121067; Claimant's objection ddl is on or |

| 08/03/2004 | | entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 643 | ORDER by Special Master Richard M. Borchers dismissing claim 01-069 by Claimant Ricardo M. Campos #69836; Claimant's objection ddl is 9/17/04; Attached to order is record for claim 01-069; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 644 | ORDER by Special Master Richard M. Borchers dismissing claim 01-074 by Claimant John E. Byrnes #112050; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-074; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 645 | ORDER by Special Master Richard M. Borchers dismissing claim 01-075 by Claimant Casey Fender #100756; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-075; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 646 | ORDER by Special Master Richard M. Borchers dismissing claim 01-076 by Claimant Lawrence W. FitzGerald #66345; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-076; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 647 | ORDER by Speical Master Richard M. Borchers dismissing Claim 01-078 by Claimant Mark S. Ellis #115149; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-078; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 648 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-079 by Claimant Marion T. Martinez #45123; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-079; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 649 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-080 by Claimant Elwyn C. Smith #96316; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-080; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 650 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-082 by Claimant Keith E. Houcks, Jr #82662; Claimant's objection ddl is on or before 9/17/04; attached to order is record for claim 01-082;(cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 651 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-083 by claimant Denise Lauren McElroy #90044; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-083; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 652 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-084 by Claimant Robert Yeager, #96104; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-084; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 653 | ORDER by Speical Master Richard M. Borchers dismissing claim 01-085 by Claimant Eduardo A. Garza #121067; Claimant's objection ddl is on or |

| | | before 9/17/04; attached to order is record of claim 01-085; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 654 | ORDER by Special Master Richard M. Borchers dismissing claim 01-095 by Claimant Jeffrey Mickens #43871; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-095; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 655 | ORDER by Special Master Richard M. Borchers dismissing claim 01-098 by Claimant Brian Stansfield #56669; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-098; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/09/2004 | 656 | ORDER by Special Master Richard M. Borchers dismissing claim 01-071 by Claimant Gregorgy A. Hull, #62713; Claimant's objection ddl is on or before 9/17/04; attached to order is record of Claim 01-071; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 657 | ORDER by Special Master Richard M. Borchers dismissing claim 01-047 by Claimant Stephen Jaramillo, #56312; claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-47; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 658 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-046 by Claimant Keith D. Courville, #51546; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of Claim 01-046; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 659 | ORDER by Special Master Richard M. Borchers dismissing claim 01-024 by Claimant Michael Hughes-Bruch 119010; Claimant's objection ddl is 9/17/04; attached is record for claim 01-024 (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 660 | ORDER by Special Master Richard M. Borchers dismissing claim 01-117 by Claimant Kendall Parks, #117702; Claimant's objection ddl is on or before 9/20/04; Attached to order is record of claim 01-117; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 661 | ORDER by Special Master Richard M. Borchers dismissing claim 01-099 by Claimant Kenneth Scott McKinsey, #58113; Claimant's objection ddl is on or before 9/24/04; attached to order is record for claim 01-099; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 662 | NOTICE of Change of address of Claimant Dewayne Edward Owens, #55232 (pap) (Entered: 08/10/2004) |
| 08/11/2004 | 663 | LETTER to Judge Kane from George Charles Knorr claim # 02-278 (pap) (Entered: 08/12/2004) |
| 08/12/2004 | 664 | ORDER by Special Master Richard M. Borchers and Special Master Bruce D. Pringle concerning discovery; a stay will entered on this order up to and including 8/27/04 to allow either side to seek a review by Judge Kane; (cc: all counsel) ; entry date : 8/13/04 (pap) (Entered: 08/13/2004) |
| | | |

| | | before 9/17/04; attached to order is record of claim 01-085; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 654 | ORDER by Special Master Richard M. Borchers dismissing claim 01-095 by Claimant Jeffrey Mickens #43871; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-095; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 655 | ORDER by Special Master Richard M. Borchers dismissing claim 01-098 by Claimant Brian Stansfield #56669; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-098; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/09/2004 | 656 | ORDER by Special Master Richard M. Borchers dismissing claim 01-071 by Claimant Gregorgy A. Hull, #62713; Claimant's objection ddl is on or before 9/17/04; attached to order is record of Claim 01-071; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 657 | ORDER by Special Master Richard M. Borchers dismissing claim 01-047 by Claimant Stephen Jaramillo, #56312; claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-47; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 658 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-046 by Claimant Keith D. Courville, #51546; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of Claim 01-046; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 659 | ORDER by Special Master Richard M. Borchers dismissing claim 01-024 by Claimant Michael Hughes-Bruch 119010; Claimant's objection ddl is 9/17/04; attached is record for claim 01-024 (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 660 | ORDER by Special Master Richard M. Borchers dismissing claim 01-117 by Claimant Kendall Parks, #117702; Claimant's objection ddl is on or before 9/20/04; Attached to order is record of claim 01-117; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 661 | ORDER by Special Master Richard M. Borchers dismissing claim 01-099 by Claimant Kenneth Scott McKinsey, #58113; Claimant's objection ddl is on or before 9/24/04; attached to order is record for claim 01-099; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 662 | NOTICE of Change of address of Claimant Dewayne Edward Owens, #55232 (pap) (Entered: 08/10/2004) |
| 08/11/2004 | 663 | LETTER to Judge Kane from George Charles Knorr claim # 02-278 (pap) (Entered: 08/12/2004) |
| 08/12/2004 | 664 | ORDER by Special Master Richard M. Borchers and Special Master Bruce D. Pringle concerning discovery; a stay will entered on this order up to and including 8/27/04 to allow either side to seek a review by Judge Kane; (cc: all counsel) ; entry date : 8/13/04 (pap) (Entered: 08/13/2004) |

| | | before 9/17/04; attached to order is record of claim 01-085; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
|---|---|---|
| 08/03/2004 | 654 | ORDER by Special Master Richard M. Borchers dismissing claim 01-095 by Claimant Jeffrey Mickens #43871; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-095; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 655 | ORDER by Special Master Richard M. Borchers dismissing claim 01-098 by Claimant Brian Stansfield #56669; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-098; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/09/2004 | 656 | ORDER by Special Master Richard M. Borchers dismissing claim 01-071 by Claimant Gregorgy A. Hull, #62713; Claimant's objection ddl is on or before 9/17/04; attached to order is record of Claim 01-071; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 657 | ORDER by Special Master Richard M. Borchers dismissing claim 01-047 by Claimant Stephen Jaramillo, #56312; claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-47; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 658 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-046 by Claimant Keith D. Courville, #51546; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of Claim 01-046; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 659 | ORDER by Special Master Richard M. Borchers dismissing claim 01-024 by Claimant Michael Hughes-Bruch 119010; Claimant's objection ddl is 9/17/04; attached is record for claim 01-024 (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 660 | ORDER by Special Master Richard M. Borchers dismissing claim 01-117 by Claimant Kendall Parks, #117702; Claimant's objection ddl is on or before 9/20/04; Attached to order is record of claim 01-117; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 661 | ORDER by Special Master Richard M. Borchers dismissing claim 01-099 by Claimant Kenneth Scott McKinsey, #58113; Claimant's objection ddl is on or before 9/24/04; attached to order is record for claim 01-099; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 662 | NOTICE of Change of address of Claimant Dewayne Edward Owens, #55232 (pap) (Entered: 08/10/2004) |
| 08/11/2004 | 663 | LETTER to Judge Kane from George Charles Knorr claim # 02-278 (pap) (Entered: 08/12/2004) |
| 08/12/2004 | 664 | ORDER by Special Master Richard M. Borchers and Special Master Bruce D. Pringle concerning discovery; a stay will entered on this order up to and including 8/27/04 to allow either side to seek a review by Judge Kane; (cc: all counsel) ; entry date : 8/13/04 (pap) (Entered: 08/13/2004) |
| | | |

| | | |
|---|---|---|
| | | before 9/17/04; attached to order is record of claim 01-085; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 654 | ORDER by Special Master Richard M. Borchers dismissing claim 01-095 by Claimant Jeffrey Mickens #43871; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-095; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/03/2004 | 655 | ORDER by Special Master Richard M. Borchers dismissing claim 01-098 by Claimant Brian Stansfield #56669; Claimant's objection ddl is on or before 9/17/04; Attached to order is record of claim 01-098; (cc: all counsel) ; entry date : 8/4/04 (pap) (Entered: 08/04/2004) |
| 08/09/2004 | 656 | ORDER by Special Master Richard M. Borchers dismissing claim 01-071 by Claimant Gregorgy A. Hull, #62713; Claimant's objection ddl is on or before 9/17/04; attached to order is record of Claim 01-071; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 657 | ORDER by Special Master Richard M. Borchers dismissing claim 01-047 by Claimant Stephen Jaramillo, #56312; claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-47; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 658 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-046 by Claimant Keith D. Courville, #51546; Claimant's objection ddl is on or before 9/17/04; Attached to Order is record of Claim 01-046; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 659 | ORDER by Special Master Richard M. Borchers dismissing claim 01-024 by Claimant Michael Hughes-Bruch 119010; Claimant's objection ddl is 9/17/04; attached is record for claim 01-024 (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 660 | ORDER by Special Master Richard M. Borchers dismissing claim 01-117 by Claimant Kendall Parks, #117702; Claimant's objection ddl is on or before 9/20/04; Attached to order is record of claim 01-117; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 661 | ORDER by Special Master Richard M. Borchers dismissing claim 01-099 by Claimant Kenneth Scott McKinsey, #58113; Claimant's objection ddl is on or before 9/24/04; attached to order is record for claim 01-099; (cc: all counsel) ; entry date : 8/10/04 (pap) (Entered: 08/10/2004) |
| 08/09/2004 | 662 | NOTICE of Change of address of Claimant Dewayne Edward Owens, #55232 (pap) (Entered: 08/10/2004) |
| 08/11/2004 | 663 | LETTER to Judge Kane from George Charles Knorr claim # 02-278 (pap) (Entered: 08/12/2004) |
| 08/12/2004 | 664 | ORDER by Special Master Richard M. Borchers and Special Master Bruce D. Pringle concerning discovery; a stay will entered on this order up to and including 8/27/04 to allow either side to seek a review by Judge Kane; (cc: all counsel) ; entry date : 8/13/04 (pap) (Entered: 08/13/2004) |
| | | |

| 08/19/2004 | 665 | ORDER of Special Master Richard M. Borchers dismissing claim 01-119 by Claimant Cynthia Jakob-Chien #95016; Claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-119; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| --- | --- | --- |
| 08/19/2004 | 666 | ORDER of Special Master Richard M. Borchers dismissing claim 01-111 by Claimant William Darrington #84567; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-111; (cc: all counsel) ; entry date : 8/19/04 (pap) Modified on 08/19/2004 (Entered: 08/19/2004) |
| 08/19/2004 | 667 | ORDER of Speical Master Richard M. Borchers dismissing Claim 01-091 by Claimant Thomas McNeely #57220; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-091; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 668 | ORDER of Special Master Richard M. Borchers dismissing claim 01-090 by Claimant Steve Gallegos #100384; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-090; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 669 | ORDER of Special Master Richard M. Borchers dismissing claim 01-089 by Claimant Ralph Dean Chavez #111692; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-089; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 670 | ORDER of Special Master Richard M. Borchers dismissing claim 01-088 by Claimant Russell M. Boles, #90379; claimant's objection ddl is 9/24/04; attached to order is record of claim 01-088; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 671 | ORDER of Special Master Richard M. Borchers dismissing claim 01-086 by claimant Kenneth Garcia #108089; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-086; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 672 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-093 by claimant Leo Simmons #62094; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-093; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 673 | ORDER of Special Master Richard M. Borchers dismissing claim 01-087 by Claimant Jeremy Smith #116502; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-087; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 674 | MOTION by William Gilmore in 1:92-cv-00870 for discovery (pap) (Entered: 08/20/2004) |
| 08/26/2004 | 675 | MOTION by David L. Majors Claim 02-097 for appointment of counsel for unknown David L. Majors (pap) (Entered: 08/27/2004) |
| 08/26/2004 | 675 | Inmate trust fund account STATEMENT by David L. Majors in 1:92-cv-00870 (pap) (Entered: 08/27/2004) |

| 08/19/2004 | 665 | ORDER of Special Master Richard M. Borchers dismissing claim 01-119 by Claimant Cynthia Jakob-Chien #95016; Claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-119; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
|---|---|---|
| 08/19/2004 | 666 | ORDER of Special Master Richard M. Borchers dismissing claim 01-111 by Claimant William Darrington #84567; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-111; (cc: all counsel) ; entry date : 8/19/04 (pap) Modified on 08/19/2004 (Entered: 08/19/2004) |
| 08/19/2004 | 667 | ORDER of Speical Master Richard M. Borchers dismissing Claim 01-091 by Claimant Thomas McNeely #57220; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-091; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 668 | ORDER of Special Master Richard M. Borchers dismissing claim 01-090 by Claimant Steve Gallegos #100384; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-090; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 669 | ORDER of Special Master Richard M. Borchers dismissing claim 01-089 by Claimant Ralph Dean Chavez #111692; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-089; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 670 | ORDER of Special Master Richard M. Borchers dismissing claim 01-088 by Claimant Russell M. Boles, #90379; claimant's objection ddl is 9/24/04; attached to order is record of claim 01-088; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 671 | ORDER of Special Master Richard M. Borchers dismissing claim 01-086 by claimant Kenneth Garcia #108089; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-086; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 672 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-093 by claimant Leo Simmons #62094; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-093; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 673 | ORDER of Special Master Richard M. Borchers dismissing claim 01-087 by Claimant Jeremy Smith #116502; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-087; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 674 | MOTION by William Gilmore in 1:92-cv-00870 for discovery (pap) (Entered: 08/20/2004) |
| 08/26/2004 | 675 | MOTION by David L. Majors Claim 02-097 for appointment of counsel for unknown David L. Majors (pap) (Entered: 08/27/2004) |
| 08/26/2004 | 675 | Inmate trust fund account STATEMENT by David L. Majors in 1:92-cv-00870 (pap) (Entered: 08/27/2004) |

| 08/19/2004 | 665 | ORDER of Special Master Richard M. Borchers dismissing claim 01-119 by Claimant Cynthia Jakob-Chien #95016; Claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-119; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
|---|---|---|
| 08/19/2004 | 666 | ORDER of Special Master Richard M. Borchers dismissing claim 01-111 by Claimant William Darrington #84567; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-111; (cc: all counsel) ; entry date : 8/19/04 (pap) Modified on 08/19/2004 (Entered: 08/19/2004) |
| 08/19/2004 | 667 | ORDER of Speical Master Richard M. Borchers dismissing Claim 01-091 by Claimant Thomas McNeely #57220; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-091; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 668 | ORDER of Special Master Richard M. Borchers dismissing claim 01-090 by Claimant Steve Gallegos #100384; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-090; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 669 | ORDER of Special Master Richard M. Borchers dismissing claim 01-089 by Claimant Ralph Dean Chavez #111692; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-089; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 670 | ORDER of Special Master Richard M. Borchers dismissing claim 01-088 by Claimant Russell M. Boles, #90379; claimant's objection ddl is 9/24/04; attached to order is record of claim 01-088; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 671 | ORDER of Special Master Richard M. Borchers dismissing claim 01-086 by claimant Kenneth Garcia #108089; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-086; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 672 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-093 by claimant Leo Simmons #62094; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-093; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 673 | ORDER of Special Master Richard M. Borchers dismissing claim 01-087 by Claimant Jeremy Smith #116502; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-087; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 674 | MOTION by William Gilmore in 1:92-cv-00870 for discovery (pap) (Entered: 08/20/2004) |
| 08/26/2004 | 675 | MOTION by David L. Majors Claim 02-097 for appointment of counsel for unknown David L. Majors (pap) (Entered: 08/27/2004) |
| 08/26/2004 | 675 | Inmate trust fund account STATEMENT by David L. Majors in 1:92-cv-00870 (pap) (Entered: 08/27/2004) |

| | | |
|---|---|---|
| 08/19/2004 | 665 | ORDER of Special Master Richard M. Borchers dismissing claim 01-119 by Claimant Cynthia Jakob-Chien #95016; Claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-119; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 666 | ORDER of Special Master Richard M. Borchers dismissing claim 01-111 by Claimant William Darrington #84567; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-111; (cc: all counsel) ; entry date : 8/19/04 (pap) Modified on 08/19/2004 (Entered: 08/19/2004) |
| 08/19/2004 | 667 | ORDER of Speical Master Richard M. Borchers dismissing Claim 01-091 by Claimant Thomas McNeely #57220; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-091; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 668 | ORDER of Special Master Richard M. Borchers dismissing claim 01-090 by Claimant Steve Gallegos #100384; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-090; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 669 | ORDER of Special Master Richard M. Borchers dismissing claim 01-089 by Claimant Ralph Dean Chavez #111692; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-089; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 670 | ORDER of Special Master Richard M. Borchers dismissing claim 01-088 by Claimant Russell M. Boles, #90379; claimant's objection ddl is 9/24/04; attached to order is record of claim 01-088; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 671 | ORDER of Special Master Richard M. Borchers dismissing claim 01-086 by claimant Kenneth Garcia #108089; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-086; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 672 | ORDER of Special Master Richard M. Borchers dismissing Claim 01-093 by claimant Leo Simmons #62094; Claimant's objection ddl is on or before 9/17/04; attached to order is record of claim 01-093; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 673 | ORDER of Special Master Richard M. Borchers dismissing claim 01-087 by Claimant Jeremy Smith #116502; claimant's objection ddl is on or before 9/24/04; attached to order is record of claim 01-087; (cc: all counsel) ; entry date : 8/19/04 (pap) (Entered: 08/19/2004) |
| 08/19/2004 | 674 | MOTION by William Gilmore in 1:92-cv-00870 for discovery (pap) (Entered: 08/20/2004) |
| 08/26/2004 | 675 | MOTION by David L. Majors Claim 02-097 for appointment of counsel for unknown David L. Majors (pap) (Entered: 08/27/2004) |
| 08/26/2004 | 675 | Inmate trust fund account STATEMENT by David L. Majors in 1:92-cv-00870 (pap) (Entered: 08/27/2004) |

| 08/27/2004 | 683 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order of special master re: discovery [664-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (gms) (Entered: 08/31/2004) |
| --- | --- | --- |
| 08/30/2004 | 676 | ORDER by Special Master Richard M. Borchers dismissing claim 01-144 by Claimant Neal Norman. Objections due 9/17/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 677 | ORDER by Special Master Richard Borchers dismissing claim 01-143 by Elton Leger. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 678 | ORDER by Special Master Richard M. Borchers dismissing claim 01-139 of Robert A. Feist. Objections due 10/4/04. Attached to order is record of claim. (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 679 | ORDER by Special Master Richard M. Borchers dismissing claim #01-132 of Dennis Maynes. Objections due 10/4/04. Attached to the order is the record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 680 | ORDER by Special Master Richard M. Borchers dismissing claim #01-130 of Carolyn A. Davis. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 681 | ORDER by Special Master Richard M. Borchers dismissing claim 01-123 of Jonathan T. Wolfe. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 682 | ORDER by Special Master Richard M. Borchers dismissing claim 01-105 by Doreen Curnutt. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 685 | OBJECTION by Claimant Stephen Jaramillo to #657 dismissing claim by Stephen Jaramillo concerning order [657-1] (dlb) (Entered: 08/31/2004) |
| 09/03/2004 | 686 | ORDER by Special Master Richard M. Borchers dismissing claim 01-142 by Mark Anthony Dixon. Objections due 10/11/04 Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 687 | ORDER by Special Master Richard M. Borchers dismissing claim 01-136 by Kenton K. Simpson. Objections due 10/11/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 688 | ORDER by Special Master Richard M. Borchers dismissing claim 01-141 of Wanda M. Anderson. Objections due 9/17/04. Attaached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |

| 08/27/2004 | 683 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order of special master re: discovery [664-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (gms) (Entered: 08/31/2004) |
|---|---|---|
| 08/30/2004 | 676 | ORDER by Special Master Richard M. Borchers dismissing claim 01-144 by Claimant Neal Norman. Objections due 9/17/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 677 | ORDER by Special Master Richard Borchers dismissing claim 01-143 by Elton Leger. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 678 | ORDER by Special Master Richard M. Borchers dismissing claim 01-139 of Robert A. Feist. Objections due 10/4/04. Attached to order is record of claim. (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 679 | ORDER by Special Master Richard M. Borchers dismissing claim #01-132 of Dennis Maynes. Objections due 10/4/04. Attached to the order is the record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 680 | ORDER by Special Master Richard M. Borchers dismissing claim #01-130 of Carolyn A. Davis. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 681 | ORDER by Special Master Richard M. Borchers dismissing claim 01-123 of Jonathan T. Wolfe. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 682 | ORDER by Special Master Richard M. Borchers dismissing claim 01-105 by Doreen Curnutt. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 685 | OBJECTION by Claimant Stephen Jaramillo to #657 dismissing claim by Stephen Jaramillo concerning order [657-1] (dlb) (Entered: 08/31/2004) |
| 09/03/2004 | 686 | ORDER by Special Master Richard M. Borchers dismissing claim 01-142 by Mark Anthony Dixon. Objections due 10/11/04 Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 687 | ORDER by Special Master Richard M. Borchers dismissing claim 01-136 by Kenton K. Simpson. Objections due 10/11/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 688 | ORDER by Special Master Richard M. Borchers dismissing claim 01-141 of Wanda M. Anderson. Objections due 9/17/04. Attaached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |

| 08/27/2004 | 683 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order of special master re: discovery [664-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (gms) (Entered: 08/31/2004) |
|---|---|---|
| 08/30/2004 | 676 | ORDER by Special Master Richard M. Borchers dismissing claim 01-144 by Claimant Neal Norman. Objections due 9/17/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 677 | ORDER by Special Master Richard Borchers dismissing claim 01-143 by Elton Leger. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 678 | ORDER by Special Master Richard M. Borchers dismissing claim 01-139 of Robert A. Feist. Objections due 10/4/04. Attached to order is record of claim. (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 679 | ORDER by Special Master Richard M. Borchers dismissing claim #01-132 of Dennis Maynes. Objections due 10/4/04. Attached to the order is the record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 680 | ORDER by Special Master Richard M. Borchers dismissing claim #01-130 of Carolyn A. Davis. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 681 | ORDER by Special Master Richard M. Borchers dismissing claim 01-123 of Jonathan T. Wolfe. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 682 | ORDER by Special Master Richard M. Borchers dismissing claim 01-105 by Doreen Curnutt. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 685 | OBJECTION by Claimant Stephen Jaramillo to #657 dismissing claim by Stephen Jaramillo concerning order [657-1] (dlb) (Entered: 08/31/2004) |
| 09/03/2004 | 686 | ORDER by Special Master Richard M. Borchers dismissing claim 01-142 by Mark Anthony Dixon. Objections due 10/11/04 Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 687 | ORDER by Special Master Richard M. Borchers dismissing claim 01-136 by Kenton K. Simpson. Objections due 10/11/04. Attached to order is record of claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 688 | ORDER by Special Master Richard M. Borchers dismissing claim 01-141 of Wanda M. Anderson. Objections due 9/17/04. Attaached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |

| 08/27/2004 | 683 | OBJECTIONS by defendants in 1:92-cv-00870, 1:96-cv-00343 to order of special master re: discovery [664-1] in 1:92-cv-00870, order [0-1] in 1:96-cv-00343 (gms) (Entered: 08/31/2004) |
|---|---|---|
| 08/30/2004 | 676 | ORDER by Special Master Richard M. Borchers dismissing claim 01-144 by Claimant Neal Norman. Objections due 9/17/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 677 | ORDER by Special Master Richard Borchers dismissing claim 01-143 by Elton Leger. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 678 | ORDER by Special Master Richard M. Borchers dismissing claim 01-139 of Robert A. Feist. Objections due 10/4/04. Attached to order is record of claim. (cc: all counsel) ; entry date : 8/31/04 (gms) (Entered: 08/31/2004) |
| 08/30/2004 | 679 | ORDER by Special Master Richard M. Borchers dismissing claim #01-132 of Dennis Maynes. Objections due 10/4/04. Attached to the order is the record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 680 | ORDER by Special Master Richard M. Borchers dismissing claim #01-130 of Carolyn A. Davis. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 681 | ORDER by Special Master Richard M. Borchers dismissing claim 01-123 of Jonathan T. Wolfe. Objections due 10/4/04. Attached to order is record of claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 682 | ORDER by Special Master Richard M. Borchers dismissing claim 01-105 by Doreen Curnutt. Objections due 10/4/04. Attached to order is record of the claim (cc: all counsel) ; entry date : 8/31/04 (gms) Modified on 10/13/2004 (Entered: 08/31/2004) |
| 08/30/2004 | 685 | OBJECTION by Claimant Stephen Jaramillo to #657 dismissing claim by Stephen Jaramillo concerning order [657-1] (dlb) (Entered: 08/31/2004) |
| 09/03/2004 | 686 | ORDER by Special Master Richard M. Borchers dismissing claim 01-142 by Mark Anthony Dixon. Objections due 10/11/04 Attached to order is record of the claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 687 | ORDER by Special Master Richard M. Borchers dismissing claim 01-136 by Kenton K. Simpson. Objections due 10/11/04. Attached to order is record of claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |
| 09/03/2004 | 688 | ORDER by Special Master Richard M. Borchers dismissing claim 01-141 of Wanda M. Anderson. Objections due 9/17/04. Attaached to order is record of claim (cc: all counsel) ; entry date : 9/3/04 (gms) (Entered: 09/03/2004) |

| | | |
|---|---|---|
| 09/03/2004 | 689 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for clarifiation of jurisdictional matter (gms) (Entered: 09/07/2004) |
| 09/08/2004 | 690 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-150 by claimant Thomas A. Roca #52914; Claimant's objection ddl is on or before 10/25/04; attached order is record of claim 01-150; (cc: all counsel) ; entry date : 9/9/04 (pap) (Entered: 09/09/2004) |
| 09/10/2004 | 691 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to amend request (motion) for clarifiation of jurisdictional matter [689-1] in 1:92-cv-00870, motion for clarifiation of jurisdictional matter [0-1] in 1:96-cv-00343 (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 692 | LETTER to court from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 with attached letter to the Legal Resolution Center (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 693 | NOTICE of Change of address of Dewayne Edward Owens by Dewayne E. Owens claim 02-193 (pap) (Entered: 09/13/2004) |
| 09/13/2004 | 694 | LETTER to Special Master from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 09/14/2004) |
| 09/13/2004 | 695 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to clarify of jurisdictional matter (pap) (Entered: 09/14/2004) |
| 09/14/2004 | 696 | ORDER of Special Masters Richard M. Borchers that a stay on proceedings is entered on all claims and remains in effect until the issue of what causes of action are available is resolved; dfts and DOC shall provide class counsel a list of inmated who died while in DOC custody during the at issue period; all hearings previously scheduled will be vacated by separate order; (cc: all counsel) ; entry date : 9/16/04 (pap) (Entered: 09/16/2004) |
| 09/17/2004 | 697 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 9:00 10/8/04 in 1:92-cv-00870, in 1:96-cv-00343 before Judge Kane and Judge Nottingham; (cc: all counsel) ; entry date : 9/20/04 (pap) (Entered: 09/20/2004) |
| 09/22/2004 | 698 | Special Masters' third application (MOTION) for payment of fees and costs (pap) Modified on 09/27/2004 (Entered: 09/23/2004) |
| 09/27/2004 | 699 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reset jt status conf set 10/8/04 (lam) (Entered: 09/28/2004) |
| 09/28/2004 | 700 | ORDER by Special Master Richard M. Borchers dismissing claim 01-100 by claimant Terri Hernandez #62644; Claimant's objection ddl is on or before 11/12/04; attached to order is record of claim 01-100; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 701 | ORDER by Special Master Richard M. Borchers dismissing claim 01-056 by claimant Steven James Hernandez #54246; attached to Order is record of claim 01-056; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| | | |

| 09/03/2004 | 689 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for clarifiction of jurisdictional matter (gms) (Entered: 09/07/2004) |
| 09/08/2004 | 690 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-150 by claimant Thomas A. Roca #52914; Claimant's objection ddl is on or before 10/25/04; attached order is record of claim 01-150; (cc: all counsel) ; entry date : 9/9/04 (pap) (Entered: 09/09/2004) |
| 09/10/2004 | 691 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to amend request (motion) for clariffication of jurisdictional matter [689-1] in 1:92-cv-00870, motion for clariffication of jurisdictional matter [0-1] in 1:96-cv-00343 (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 692 | LETTER to court from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 with attached letter to the Legal Resolution Center (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 693 | NOTICE of Change of address of Dewayne Edward Owens by Dewayne E. Owens claim 02-193 (pap) (Entered: 09/13/2004) |
| 09/13/2004 | 694 | LETTER to Special Master from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 09/14/2004) |
| 09/13/2004 | 695 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to clarify of jurisdictional matter (pap) (Entered: 09/14/2004) |
| 09/14/2004 | 696 | ORDER of Special Masters Richard M. Borchers that a stay on proceedings is entered on all claims and remains in effect until the issue of what causes of action are available is resolved; dfts and DOC shall provide class counsel a list of inmated who died while in DOC custody during the at issue period; all hearings previously scheduled will be vacated by separate order; (cc: all counsel) ; entry date : 9/16/04 (pap) (Entered: 09/16/2004) |
| 09/17/2004 | 697 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 9:00 10/8/04 in 1:92-cv-00870, in 1:96-cv-00343 before Judge Kane and Judge Nottingham; (cc: all counsel) ; entry date : 9/20/04 (pap) (Entered: 09/20/2004) |
| 09/22/2004 | 698 | Special Masters' third application (MOTION) for payment of fees and costs (pap) Modified on 09/27/2004 (Entered: 09/23/2004) |
| 09/27/2004 | 699 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reset jt status conf set 10/8/04 (lam) (Entered: 09/28/2004) |
| 09/28/2004 | 700 | ORDER by Special Master Richard M. Borchers dismissing claim 01-100 by claimant Terri Hernandez #62644; Claimant's objection ddl is on or before 11/12/04; attached to order is record of claim 01-100; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 701 | ORDER by Special Master Richard M. Borchers dismissing claim 01-056 by claimant Steven James Hernandez #54246; attached to Order is record of claim 01-056; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| | | |

| 09/03/2004 | 689 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for clarifiction of jurisdictional matter (gms) (Entered: 09/07/2004) |
| 09/08/2004 | 690 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-150 by claimant Thomas A. Roca #52914; Claimant's objection ddl is on or before 10/25/04; attached order is record of claim 01-150; (cc: all counsel) ; entry date : 9/9/04 (pap) (Entered: 09/09/2004) |
| 09/10/2004 | 691 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to amend request (motion) for clarifiction of jurisdictional matter [689-1] in 1:92-cv-00870, motion for clarifiction of jurisdictional matter [0-1] in 1:96-cv-00343 (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 692 | LETTER to court from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 with attached letter to the Legal Resolution Center (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 693 | NOTICE of Change of address of Dewayne Edward Owens by Dewayne E. Owens claim 02-193 (pap) (Entered: 09/13/2004) |
| 09/13/2004 | 694 | LETTER to Special Master from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 09/14/2004) |
| 09/13/2004 | 695 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to clarify of jurisdictional matter (pap) (Entered: 09/14/2004) |
| 09/14/2004 | 696 | ORDER of Special Masters Richard M. Borchers that a stay on proceedings is entered on all claims and remains in effect until the issue of what causes of action are available is resolved; dfts and DOC shall provide class counsel a list of inmated who died while in DOC custody during the at issue period; all hearings previously scheduled will be vacated by separate order; (cc: all counsel) ; entry date : 9/16/04 (pap) (Entered: 09/16/2004) |
| 09/17/2004 | 697 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 9:00 10/8/04 in 1:92-cv-00870, in 1:96-cv-00343 before Judge Kane and Judge Nottingham; (cc: all counsel) ; entry date : 9/20/04 (pap) (Entered: 09/20/2004) |
| 09/22/2004 | 698 | Special Masters' third application (MOTION) for payment of fees and costs (pap) Modified on 09/27/2004 (Entered: 09/23/2004) |
| 09/27/2004 | 699 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reset jt status conf set 10/8/04 (lam) (Entered: 09/28/2004) |
| 09/28/2004 | 700 | ORDER by Special Master Richard M. Borchers dismissing claim 01-100 by claimant Terri Hernandez #62644; Claimant's objection ddl is on or before 11/12/04; attached to order is record of claim 01-100; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 701 | ORDER by Special Master Richard M. Borchers dismissing claim 01-056 by claimant Steven James Hernandez #54246; attached to Order is record of claim 01-056; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
|  |  |  |

| 09/03/2004 | 689 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 for clarifiction of jurisdictional matter (gms) (Entered: 09/07/2004) |
| 09/08/2004 | 690 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-150 by claimant Thomas A. Roca #52914; Claimant's objection ddl is on or before 10/25/04; attached order is record of claim 01-150; (cc: all counsel) ; entry date : 9/9/04 (pap) (Entered: 09/09/2004) |
| 09/10/2004 | 691 | Request (MOTION) by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to amend request (motion) for clarifiction of jurisdictional matter [689-1] in 1:92-cv-00870, motion for clarifiction of jurisdictional matter [0-1] in 1:96-cv-00343 (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 692 | LETTER to court from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 with attached letter to the Legal Resolution Center (pap) (Entered: 09/13/2004) |
| 09/10/2004 | 693 | NOTICE of Change of address of Dewayne Edward Owens by Dewayne E. Owens claim 02-193 (pap) (Entered: 09/13/2004) |
| 09/13/2004 | 694 | LETTER to Special Master from plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 09/14/2004) |
| 09/13/2004 | 695 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to clarify of jurisdictional matter (pap) (Entered: 09/14/2004) |
| 09/14/2004 | 696 | ORDER of Special Masters Richard M. Borchers that a stay on proceedings is entered on all claims and remains in effect until the issue of what causes of action are available is resolved; dfts and DOC shall provide class counsel a list of inmated who died while in DOC custody during the at issue period; all hearings previously scheduled will be vacated by separate order; (cc: all counsel) ; entry date : 9/16/04 (pap) (Entered: 09/16/2004) |
| 09/17/2004 | 697 | MINUTE ORDER : by Judge Edward W. Nottingham ; status conf set for 9:00 10/8/04 in 1:92-cv-00870, in 1:96-cv-00343 before Judge Kane and Judge Nottingham; (cc: all counsel) ; entry date : 9/20/04 (pap) (Entered: 09/20/2004) |
| 09/22/2004 | 698 | Special Masters' third application (MOTION) for payment of fees and costs (pap) Modified on 09/27/2004 (Entered: 09/23/2004) |
| 09/27/2004 | 699 | Unopposed MOTION by plaintiffs in 1:92-cv-00870, 1:96-cv-00343 to reset jt status conf set 10/8/04 (lam) (Entered: 09/28/2004) |
| 09/28/2004 | 700 | ORDER by Special Master Richard M. Borchers dismissing claim 01-100 by claimant Terri Hernandez #62644; Claimant's objection ddl is on or before 11/12/04; attached to order is record of claim 01-100; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 701 | ORDER by Special Master Richard M. Borchers dismissing claim 01-056 by claimant Steven James Hernandez #54246; attached to Order is record of claim 01-056; (cc: all counsel) ; entry date : 9/29/04 (pap) (Entered: 09/29/2004) |
|  |  |  |

| 09/28/2004 | 702 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP Rule 65 (pap) (Entered: 09/29/2004) |
| --- | --- | --- |
| 09/28/2004 | 703 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP 65 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 704 | NOTICE by Larry White in 1:96-cv-00343 re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 705 | AFFIDAVIT of Larry White re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 706 | CERTIFICATE OF MAILING by Larry White, claim 02-5102 affidavit [705-1] in 1:92-cv-00870, notice [704-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, affidavit [0-1] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/29/2004 | 707 | MINUTE ORDER : by Judge Edward W. Nottingham granting unopposed motion to reset jt status conf set 10/8/04 [699-1] in 1:92-cv-00870, 1:96-cv-00343 ; joint status conf set for 8:00 10/27/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/30/04 (pap) (Entered: 09/30/2004) |
| 10/12/2004 | 708 | ORDER by Special Master Richard M. Borchers dismissing claim 01-135 of Claimant Frances Lopez, #111423; Claimant's objection ddl is on or before 11/29/04; Attached to order is record of Claim 01-135; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 709 | ORDER by Special Master Richard M. Borchers dismissing claim 01-134 by claimant Kenneth Irvin #61894; Claimants' objection ddl is on or before 11/29/04 ; attached to Order is record of Claim # 01-134; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 710 | ORDER by Special Master Richard M. Borchers dismissing claim 01-131 by claimant William E. Gonzales, #108379; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-131; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 711 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-129 |

| 09/28/2004 | 702 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP Rule 65 (pap) (Entered: 09/29/2004) |
| --- | --- | --- |
| 09/28/2004 | 703 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP 65 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 704 | NOTICE by Larry White in 1:96-cv-00343 re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 705 | AFFIDAVIT of Larry White re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 706 | CERTIFICATE OF MAILING by Larry White, claim 02-5102 affidavit [705-1] in 1:92-cv-00870, notice [704-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, affidavit [0-1] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/29/2004 | 707 | MINUTE ORDER : by Judge Edward W. Nottingham granting unopposed motion to reset jt status conf set 10/8/04 [699-1] in 1:92-cv-00870, 1:96-cv-00343 ; joint status conf set for 8:00 10/27/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/30/04 (pap) (Entered: 09/30/2004) |
| 10/12/2004 | 708 | ORDER by Special Master Richard M. Borchers dismissing claim 01-135 of Claimant Frances Lopez, #111423; Claimant's objection ddl is on or before 11/29/04; Attached to order is record of Claim 01-135; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 709 | ORDER by Special Master Richard M. Borchers dismissing claim 01-134 by claimant Kenneth Irvin #61894; Claimants' objection ddl is on or before 11/29/04 ; attached to Order is record of Claim # 01-134; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 710 | ORDER by Special Master Richard M. Borchers dismissing claim 01-131 by claimant William E. Gonzales, #108379; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-131; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 711 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-129 |

| 09/28/2004 | 702 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP Rule 65 (pap) (Entered: 09/29/2004) |
|---|---|---|
| 09/28/2004 | 703 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP 65 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 704 | NOTICE by Larry White in 1:96-cv-00343 re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 705 | AFFIDAVIT of Larry White re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 706 | CERTIFICATE OF MAILING by Larry White, claim 02-5102 affidavit [705-1] in 1:92-cv-00870, notice [704-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, affidavit [0-1] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/29/2004 | 707 | MINUTE ORDER : by Judge Edward W. Nottingham granting unopposed motion to reset jt status conf set 10/8/04 [699-1] in 1:92-cv-00870, 1:96-cv-00343 ; joint status conf set for 8:00 10/27/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/30/04 (pap) (Entered: 09/30/2004) |
| 10/12/2004 | 708 | ORDER by Special Master Richard M. Borchers dismissing claim 01-135 of Claimant Frances Lopez, #111423; Claimant's objection ddl is on or before 11/29/04; Attached to order is record of Claim 01-135; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 709 | ORDER by Special Master Richard M. Borchers dismissing claim 01-134 by claimant Kenneth Irvin #61894; Claimants' objection ddl is on or before 11/29/04 ; attached to Order is record of Claim # 01-134; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 710 | ORDER by Special Master Richard M. Borchers dismissing claim 01-131 by claimant William E. Gonzales, #108379; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-131; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 711 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-129 |

| 09/28/2004 | 702 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP Rule 65 (pap) (Entered: 09/29/2004) |
|---|---|---|
| 09/28/2004 | 703 | MOTION by Larry White in 1:96-cv-00343 for temporary restraining order pursuant to FRCP 65 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 704 | NOTICE by Larry White in 1:96-cv-00343 re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 705 | AFFIDAVIT of Larry White re: motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, re: motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, re: motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/28/2004 | 706 | CERTIFICATE OF MAILING by Larry White, claim 02-5102 affidavit [705-1] in 1:92-cv-00870, notice [704-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP 65 [703-1] in 1:92-cv-00870, motion for temporary restraining order pursuant to FRCP Rule 65 [702-1] in 1:92-cv-00870, affidavit [0-1] in 1:96-cv-00343, notice [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP 65 [0-1] in 1:96-cv-00343, motion for temporary restraining order pursuant to FRCP Rule 65 [0-1] in 1:96-cv-00343 (pap) (Entered: 09/29/2004) |
| 09/29/2004 | 707 | MINUTE ORDER : by Judge Edward W. Nottingham granting unopposed motion to reset jt status conf set 10/8/04 [699-1] in 1:92-cv-00870, 1:96-cv-00343 ; joint status conf set for 8:00 10/27/04 in 1:92-cv-00870, in 1:96-cv-00343 (cc: all counsel) ; entry date : 9/30/04 (pap) (Entered: 09/30/2004) |
| 10/12/2004 | 708 | ORDER by Special Master Richard M. Borchers dismissing claim 01-135 of Claimant Frances Lopez, #111423; Claimant's objection ddl is on or before 11/29/04; Attached to order is record of Claim 01-135; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 709 | ORDER by Special Master Richard M. Borchers dismissing claim 01-134 by claimant Kenneth Irvin #61894; Claimants' objection ddl is on or before 11/29/04 ; attached to Order is record of Claim # 01-134; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 710 | ORDER by Special Master Richard M. Borchers dismissing claim 01-131 by claimant William E. Gonzales, #108379; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-131; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 711 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-129 |

| | | by Claimant Mary Herrera #115266; Claimant's objection ddl is on or before 11/29/04; attached to order is record of Claim 01-129; (cc: all counsel) ; entry date : 10/13/04 (pap) Modified on 10/13/2004 (Entered: 10/13/2004) |
|---|---|---|
| 10/12/2004 | 712 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-127 by Claimant Lee Helm #606482; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-127; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 713 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-109 by Claimant Gregory K. Crawford, #115002; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-109; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 714 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-106 by Claimant Antonio Clark, #74671; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-106; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 715 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-094 by Claimant Sean Paul Thompson, #11376; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-094; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 716 | ORDER by Special Master Richard M. Borchers dismissing claim 01-077 by claimant Billy R. Hendrix, #49265; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-077; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/15/2004 | 717 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to compel production of medical documents w/ DOC (pap) (Entered: 10/18/2004) |
| 10/18/2004 | 718 | Pro-se MOTION by Travis Star Nelson to compel discovery pursuant to FRCP Rule 37(a) (pap) (Entered: 10/19/2004) |
| 10/18/2004 | 719 | Letter MOTION by Charles Ramos Jr. in 1:96-cv-00343 for order show cause or dismiss stay order (pap) (Entered: 10/19/2004) |
| 10/19/2004 | 720 | ORDER by Special Master Richard M. Borchers dismissing claim 01-110 by claimant Gregory D. Tyus #1566; claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-110; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 721 | ORDER by Special Master Richard M. Borchers dismissing claim 01-120 by Claimant Mark McKinney #105744; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-120; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 722 | ORDER by Special Master Richard M. Borchers dismissing claim 01-121 by claimant Floyd David Slusher; claimant's objection ddl is on or before 11/29/04; attached to order is record of 01-121; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| | | |

| | | by Claimant Mary Herrera #115266; Claimant's objection ddl is on or before 11/29/04; attached to order is record of Claim 01-129; (cc: all counsel) ; entry date : 10/13/04 (pap) Modified on 10/13/2004 (Entered: 10/13/2004) |
|---|---|---|
| 10/12/2004 | 712 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-127 by Claimant Lee Helm #606482; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-127; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 713 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-109 by Claimant Gregory K. Crawford, #115002; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-109; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 714 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-106 by Claimant Antonio Clark, #74671; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-106; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 715 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-094 by Claimant Sean Paul Thompson, #11376; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-094; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 716 | ORDER by Special Master Richard M. Borchers dismissing claim 01-077 by claimant Billy R. Hendrix, #49265; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-077; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/15/2004 | 717 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to compel production of medical documents w/ DOC (pap) (Entered: 10/18/2004) |
| 10/18/2004 | 718 | Pro-se MOTION by Travis Star Nelson to compel discovery pursuant to FRCP Rule 37(a) (pap) (Entered: 10/19/2004) |
| 10/18/2004 | 719 | Letter MOTION by Charles Ramos Jr. in 1:96-cv-00343 for order show cause or dismiss stay order (pap) (Entered: 10/19/2004) |
| 10/19/2004 | 720 | ORDER by Special Master Richard M. Borchers dismissing claim 01-110 by claimant Gregory D. Tyus #1566; claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-110; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 721 | ORDER by Special Master Richard M. Borchers dismissing claim 01-120 by Claimant Mark McKinney #105744; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-120; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 722 | ORDER by Special Master Richard M. Borchers dismissing claim 01-121 by claimant Floyd David Slusher; claimant's objection ddl is on or before 11/29/04; attached to order is record of 01-121; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| | | |

| | | by Claimant Mary Herrera #115266; Claimant's objection ddl is on or before 11/29/04; attached to order is record of Claim 01-129; (cc: all counsel) ; entry date : 10/13/04 (pap) Modified on 10/13/2004 (Entered: 10/13/2004) |
|---|---|---|
| 10/12/2004 | 712 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-127 by Claimant Lee Helm #606482; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-127; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 713 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-109 by Claimant Gregory K. Crawford, #115002; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-109; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 714 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-106 by Claimant Antonio Clark, #74671; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-106; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 715 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-094 by Claimant Sean Paul Thompson, #11376; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-094; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 716 | ORDER by Special Master Richard M. Borchers dismissing claim 01-077 by claimant Billy R. Hendrix, #49265; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-077; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/15/2004 | 717 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to compel production of medical documents w/ DOC (pap) (Entered: 10/18/2004) |
| 10/18/2004 | 718 | Pro-se MOTION by Travis Star Nelson to compel discovery pursuant to FRCP Rule 37(a) (pap) (Entered: 10/19/2004) |
| 10/18/2004 | 719 | Letter MOTION by Charles Ramos Jr. in 1:96-cv-00343 for order show cause or dismiss stay order (pap) (Entered: 10/19/2004) |
| 10/19/2004 | 720 | ORDER by Special Master Richard M. Borchers dismissing claim 01-110 by claimant Gregory D. Tyus #1566; claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-110; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 721 | ORDER by Special Master Richard M. Borchers dismissing claim 01-120 by Claimant Mark McKinney #105744; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-120; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 722 | ORDER by Special Master Richard M. Borchers dismissing claim 01-121 by claimant Floyd David Slusher; claimant's objection ddl is on or before 11/29/04; attached to order is record of 01-121; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |

| | | by Claimant Mary Herrera #115266; Claimant's objection ddl is on or before 11/29/04; attached to order is record of Claim 01-129; (cc: all counsel) ; entry date : 10/13/04 (pap) Modified on 10/13/2004 (Entered: 10/13/2004) |
|---|---|---|
| 10/12/2004 | 712 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-127 by Claimant Lee Helm #606482; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-127; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 713 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-109 by Claimant Gregory K. Crawford, #115002; Claimant's objection ddl is on or before 11/29/04; attached to Order is record of claim 01-109; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 714 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-106 by Claimant Antonio Clark, #74671; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-106; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 715 | ORDER by Special Master Richard M. Borchers dismissing Claim 01-094 by Claimant Sean Paul Thompson, #11376; Claimant's objection ddl is on or before 11/29/04; Attached to Order is record of claim 01-094; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/12/2004 | 716 | ORDER by Special Master Richard M. Borchers dismissing claim 01-077 by claimant Billy R. Hendrix, #49265; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-077; (cc: all counsel) ; entry date : 10/13/04 (pap) (Entered: 10/13/2004) |
| 10/15/2004 | 717 | MOTION by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 to compel production of medical documents w/ DOC (pap) (Entered: 10/18/2004) |
| 10/18/2004 | 718 | Pro-se MOTION by Travis Star Nelson to compel discovery pursuant to FRCP Rule 37(a) (pap) (Entered: 10/19/2004) |
| 10/18/2004 | 719 | Letter MOTION by Charles Ramos Jr. in 1:96-cv-00343 for order show cause or dismiss stay order (pap) (Entered: 10/19/2004) |
| 10/19/2004 | 720 | ORDER by Special Master Richard M. Borchers dismissing claim 01-110 by claimant Gregory D. Tyus #1566; claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-110; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 721 | ORDER by Special Master Richard M. Borchers dismissing claim 01-120 by Claimant Mark McKinney #105744; Claimant's objection ddl is on or before 11/29/04; attached to order is record of claim 01-120; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 722 | ORDER by Special Master Richard M. Borchers dismissing claim 01-121 by claimant Floyd David Slusher; claimant's objection ddl is on or before 11/29/04; attached to order is record of 01-121; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |

| 10/19/2004 | 723 | ORDER by Special Master Richard M. Borchers dismissing claim 01-126 by Claimant Nicole Ward #96160; obj ddl is on or before 11/29/04; attached to Order is record of claim 01-26;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| --- | --- | --- |
| 10/19/2004 | 724 | ORDER by Special Master Richard M. Borchers dismissing claim 01-128 by claimant Debra Ann Whitfield; obj ddl is on or before 11/29/04; attached to order is record of claim 01-128;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 725 | ORDER by Special Master Richard M. Borchers dismissing claim 01-133 by claimant Roderick Hardimann; obj ddl is on or before 11/29/04; attached to order is record of claim 01-133; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 726 | ORDER by Special Master Richard M. Borchers dismissing claim 01-172 by claimant Michael Shane MacLellan #93516; obj ddl is on or before 11/29/04; attached to order is record of 01-172; (cc: all counsel) ; entry date : 10/21/04 (pap) Modified on 10/21/2004 (Entered: 10/21/2004) |
| 10/19/2004 | 727 | ORDER by Special Master Richard M. Borchers dismissing claim 01-081 by claimant Christopher A. Vargas #118591; obj ddl is on or before 11/29/04; attached to order is record of 01-081; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/21/2004 | 728 | NOTICE of Change of Address of Jim Bulgier by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/21/2004 | 729 | OBJECTIONS by Steven James Hernandez to Speical Master's order [701-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/22/2004 | 730 | RESPONSE by Class plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870 concerning Dfts' Response to Claim and supporting documents of claimant Carl Ross (pap) (Entered: 10/25/2004) |
| 10/25/2004 | 731 | NOTICE of Change of address of George Charles Knorr by George Charles Knorr (pap) (Entered: 10/27/2004) |
| 10/27/2004 | 732 | COURTROOM MINUTES by Judge Edward W. Nottingham and Judge John L. Kane ; status conf held 10/27/04 ; Counsel shall confer and prepare a draft order ; entry date : 10/28/04 Court Reporter: Therese Lindblom (pap) (Entered: 10/28/2004) |
| 11/02/2004 | 733 | Motion of Harassment & Violation (STATEMENT) of Inmates Constitutional Right, 1,5,14, by CTCF mailroom staff & Ch. 7 Sgt's L.W. filed by MaryKay Condit for Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 734 | Violation of 1st, 5th, and 14th Amendment of the Constitution (STATEMENT) re 733 Statement by MaryKay Lynn Condit Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 735 | Harassment of Claimant (STATEMENT) legal files med records by |

| 10/19/2004 | 723 | ORDER by Special Master Richard M. Borchers dismissing claim 01-126 by Claimant Nicole Ward #96160; obj ddl is on or before 11/29/04; attached to Order is record of claim 01-26;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 724 | ORDER by Special Master Richard M. Borchers dismissing claim 01-128 by claimant Debra Ann Whitfield; obj ddl is on or before 11/29/04; attached to order is record of claim 01-128;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 725 | ORDER by Special Master Richard M. Borchers dismissing claim 01-133 by claimant Roderick Hardimann; obj ddl is on or before 11/29/04; attached to order is record of claim 01-133; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 726 | ORDER by Special Master Richard M. Borchers dismissing claim 01-172 by claimant Michael Shane MacLellan #93516; obj ddl is on or before 11/29/04; attached to order is record of 01-172; (cc: all counsel) ; entry date : 10/21/04 (pap) Modified on 10/21/2004 (Entered: 10/21/2004) |
| 10/19/2004 | 727 | ORDER by Special Master Richard M. Borchers dismissing claim 01-081 by claimant Christopher A. Vargas #118591; obj ddl is on or before 11/29/04; attached to order is record of 01-081; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/21/2004 | 728 | NOTICE of Change of Address of Jim Bulgier by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/21/2004 | 729 | OBJECTIONS by Steven James Hernandez to Speical Master's order [701-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/22/2004 | 730 | RESPONSE by Class plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870 concerning Dfts' Response to Claim and supporting documents of claimant Carl Ross (pap) (Entered: 10/25/2004) |
| 10/25/2004 | 731 | NOTICE of Change of address of George Charles Knorr by George Charles Knorr (pap) (Entered: 10/27/2004) |
| 10/27/2004 | 732 | COURTROOM MINUTES by Judge Edward W. Nottingham and Judge John L. Kane ; status conf held 10/27/04 ; Counsel shall confer and prepare a draft order ; entry date : 10/28/04 Court Reporter: Therese Lindblom (pap) (Entered: 10/28/2004) |
| 11/02/2004 | 733 | Motion of Harassment & Violation (STATEMENT) of Inmates Constitutional Right, 1,5,14, by CTCF mailroom staff & Ch. 7 Sgt's L.W. filed by MaryKay Condit for Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 734 | Violation of 1st, 5th, and 14th Amendment of the Constitution (STATEMENT) re 733 Statement by MaryKay Lynn Condit Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 735 | Harassment of Claimant (STATEMENT) legal files med records by |

| | | |
|---|---|---|
| 10/19/2004 | 723 | ORDER by Special Master Richard M. Borchers dismissing claim 01-126 by Claimant Nicole Ward #96160; obj ddl is on or before 11/29/04; attached to Order is record of claim 01-26;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 724 | ORDER by Special Master Richard M. Borchers dismissing claim 01-128 by claimant Debra Ann Whitfield; obj ddl is on or before 11/29/04; attached to order is record of claim 01-128;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 725 | ORDER by Special Master Richard M. Borchers dismissing claim 01-133 by claimant Roderick Hardimann; obj ddl is on or before 11/29/04; attached to order is record of claim 01-133; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 726 | ORDER by Special Master Richard M. Borchers dismissing claim 01-172 by claimant Michael Shane MacLellan #93516; obj ddl is on or before 11/29/04; attached to order is record of 01-172; (cc: all counsel) ; entry date : 10/21/04 (pap) Modified on 10/21/2004 (Entered: 10/21/2004) |
| 10/19/2004 | 727 | ORDER by Special Master Richard M. Borchers dismissing claim 01-081 by claimant Christopher A. Vargas #118591; obj ddl is on or before 11/29/04; attached to order is record of 01-081; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/21/2004 | 728 | NOTICE of Change of Address of Jim Bulgier by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/21/2004 | 729 | OBJECTIONS by Steven James Hernandez to Speical Master's order [701-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/22/2004 | 730 | RESPONSE by Class plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870 concerning Dfts' Response to Claim and supporting documents of claimant Carl Ross (pap) (Entered: 10/25/2004) |
| 10/25/2004 | 731 | NOTICE of Change of address of George Charles Knorr by George Charles Knorr (pap) (Entered: 10/27/2004) |
| 10/27/2004 | 732 | COURTROOM MINUTES by Judge Edward W. Nottingham and Judge John L. Kane ; status conf held 10/27/04 ; Counsel shall confer and prepare a draft order ; entry date : 10/28/04 Court Reporter: Therese Lindblom (pap) (Entered: 10/28/2004) |
| 11/02/2004 | 733 | Motion of Harassment & Violation (STATEMENT) of Inmates Constitutional Right, 1,5,14, by CTCF mailroom staff & Ch. 7 Sgt's L.W. filed by MaryKay Condit for Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 734 | Violation of 1st, 5th, and 14th Amendment of the Constitution (STATEMENT) re 733 Statement by MaryKay Lynn Condit Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 735 | Harassment of Claimant (STATEMENT) legal files med records by |

| 10/19/2004 | 723 | ORDER by Special Master Richard M. Borchers dismissing claim 01-126 by Claimant Nicole Ward #96160; obj ddl is on or before 11/29/04; attached to Order is record of claim 01-26;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
|---|---|---|
| 10/19/2004 | 724 | ORDER by Special Master Richard M. Borchers dismissing claim 01-128 by claimant Debra Ann Whitfield; obj ddl is on or before 11/29/04; attached to order is record of claim 01-128;(cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 725 | ORDER by Special Master Richard M. Borchers dismissing claim 01-133 by claimant Roderick Hardimann; obj ddl is on or before 11/29/04; attached to order is record of claim 01-133; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/19/2004 | 726 | ORDER by Special Master Richard M. Borchers dismissing claim 01-172 by claimant Michael Shane MacLellan #93516; obj ddl is on or before 11/29/04; attached to order is record of 01-172; (cc: all counsel) ; entry date : 10/21/04 (pap) Modified on 10/21/2004 (Entered: 10/21/2004) |
| 10/19/2004 | 727 | ORDER by Special Master Richard M. Borchers dismissing claim 01-081 by claimant Christopher A. Vargas #118591; obj ddl is on or before 11/29/04; attached to order is record of 01-081; (cc: all counsel) ; entry date : 10/21/04 (pap) (Entered: 10/21/2004) |
| 10/21/2004 | 728 | NOTICE of Change of Address of Jim Bulgier by plaintiff Jimmy R. Bulgier in 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/21/2004 | 729 | OBJECTIONS by Steven James Hernandez to Speical Master's order [701-1] in 1:92-cv-00870, 1:96-cv-00343 (pap) (Entered: 10/22/2004) |
| 10/22/2004 | 730 | RESPONSE by Class plaintiffs in 1:92-cv-00870 and 1:96-cv-00343 to report and recommendation motion Special Masters' RECOMMENDATION and Report re: Claims [622-1] in 1:92-cv-00870 concerning Dfts' Response to Claim and supporting documents of claimant Carl Ross (pap) (Entered: 10/25/2004) |
| 10/25/2004 | 731 | NOTICE of Change of address of George Charles Knorr by George Charles Knorr (pap) (Entered: 10/27/2004) |
| 10/27/2004 | 732 | COURTROOM MINUTES by Judge Edward W. Nottingham and Judge John L. Kane ; status conf held 10/27/04 ; Counsel shall confer and prepare a draft order ; entry date : 10/28/04 Court Reporter: Therese Lindblom (pap) (Entered: 10/28/2004) |
| 11/02/2004 | 733 | Motion of Harassment & Violation (STATEMENT) of Inmates Constitutional Right, 1,5,14, by CTCF mailroom staff & Ch. 7 Sgt's L.W. filed by MaryKay Condit for Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 734 | Violation of 1st, 5th, and 14th Amendment of the Constitution (STATEMENT) re 733 Statement by MaryKay Lynn Condit Claim 02-568. (pap, ) (Entered: 11/03/2004) |
| 11/02/2004 | 735 | Harassment of Claimant (STATEMENT) legal files med records by |

| | | |
|---|---|---|
| | | MaryKay Lynn Condit. (pap, ) (Entered: 11/03/2004) |
| 11/05/2004 | 736 | ORDER granting 698 Special Masters' Third Application for Bill of Costs, approved in the amount of $66,012.50 . Signed by Judge John L. Kane on 11/5/04. (pap, ) (Entered: 11/09/2004) |
| 11/09/2004 | 737 | ORDER by Special Master Richard M. Borchers dismissing claim 01-138 by claimant James Leeroy Blackorby #109097. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-138. Signed by Special Master Richard M. Borches on 11/9/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 738 | ORDER by Special Master Richard M. Borchers dismissing claim 01-171 by claimant Robin L. LeLand #118699. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-171. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 739 | ORDER by Special Master Richard M. Borchers dismissing claim 01-148 by claimant Charles S. Hardy, #52183. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-148. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/10/2004 | 740 | TRANSCRIPT of Proceedings, Status Conference held on 10/27/04 before Judge Judge Edward W. Nottingham and Judge John L. Kane. Court Reporter: Therese Lindblom. Pages 1 - 53. (pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 741 | ORDER of Special Master Richard M. Borchers advising Claimant Seal Paul Thompson Claim # 01-094 his claim has been dismissed re 715 Order . Signed by Special Master Richard M. Borchers on 11/2/04. Document stored with Record for 01-094(pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 742 | Letter STATEMENT by Claimant Sean Paul Thompson re 741 Order. Letter placed in Claim File 01-094. (pap, ) (Entered: 11/15/2004) |
| 11/15/2004 | 743 | Letter REQUEST for Correct Legal Form to file an objection to this Order purs to FRCP 53(g)(2). (pap, ) (Entered: 11/17/2004) |
| 11/22/2004 | 744 | ORDER Concerning Pending Matters and Future Management: denying 605 Motion, denying 605 Motion, denying 612 Motion for Entry of Judgment under Rule 54(b), denying 615 Motion for Order, denying 615 Motion for Order, denying 621 Motion to Enforce, denying 621 Motion to Enforce, denying 675 Motion to Appoint Counsel, denying 675 Motion to Appoint Counsel, denying 684 Motion for Discovery, denying 684 Motion for Discovery, denying 689 Motion to Clarify, denying 689 Motion to Clarify, denying 691 Motion to Amend/Correct, denying 691 Motion to Amend/Correct, denying 695 Motion to Clarify, denying 695 Motion to Clarify, denying 702 Motion for TRO, denying 702 Motion for TRO, denying 703 Motion for TRO, denying 703 Motion for TRO, denying 719 Motion for Order, denying 719 Motion for Order. Referring to Special Masters Discovery Motions 674 , 717 and 718 . Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/22/2004 | | ORDER REFERRING MOTIONS: 717 Motion to Compel, 718 Motion to |

| | | MaryKay Lynn Condit. (pap, ) (Entered: 11/03/2004) |
|---|---|---|
| 11/05/2004 | 736 | ORDER granting 698 Special Masters' Third Application for Bill of Costs, approved in the amount of $66,012.50 . Signed by Judge John L. Kane on 11/5/04. (pap, ) (Entered: 11/09/2004) |
| 11/09/2004 | 737 | ORDER by Special Master Richard M. Borchers dismissing claim 01-138 by claimant James Leeroy Blackorby #109097. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-138. Signed by Special Master Richard M. Borches on 11/9/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 738 | ORDER by Special Master Richard M. Borchers dismissing claim 01-171 by claimant Robin L. LeLand #118699. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-171. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 739 | ORDER by Special Master Richard M. Borchers dismissing claim 01-148 by claimant Charles S. Hardy, #52183. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-148. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/10/2004 | 740 | TRANSCRIPT of Proceedings, Status Conference held on 10/27/04 before Judge Judge Edward W. Nottingham and Judge John L. Kane. Court Reporter: Therese Lindblom. Pages 1 - 53. (pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 741 | ORDER of Special Master Richard M. Borchers advising Claimant Seal Paul Thompson Claim # 01-094 his claim has been dismissed re 715 Order . Signed by Special Master Richard M. Borchers on 11/2/04. Document stored with Record for 01-094(pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 742 | Letter STATEMENT by Claimant Sean Paul Thompson re 741 Order. Letter placed in Claim File 01-094. (pap, ) (Entered: 11/15/2004) |
| 11/15/2004 | 743 | Letter REQUEST for Correct Legal Form to file an objection to this Order purs to FRCP 53(g)(2). (pap, ) (Entered: 11/17/2004) |
| 11/22/2004 | 744 | ORDER Concerning Pending Matters and Future Management: denying 605 Motion, denying 605 Motion, denying 612 Motion for Entry of Judgment under Rule 54(b), denying 615 Motion for Order, denying 615 Motion for Order, denying 621 Motion to Enforce, denying 621 Motion to Enforce, denying 675 Motion to Appoint Counsel, denying 675 Motion to Appoint Counsel, denying 684 Motion for Discovery, denying 684 Motion for Discovery, denying 689 Motion to Clarify, denying 689 Motion to Clarify, denying 691 Motion to Amend/Correct, denying 691 Motion to Amend/Correct, denying 695 Motion to Clarify, denying 695 Motion to Clarify, denying 702 Motion for TRO, denying 702 Motion for TRO, denying 703 Motion for TRO, denying 703 Motion for TRO, denying 719 Motion for Order, denying 719 Motion for Order. Referring to Special Masters Discovery Motions 674 , 717 and 718 . Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/22/2004 | | ORDER REFERRING MOTIONS: 717 Motion to Compel, 718 Motion to |

| | | MaryKay Lynn Condit. (pap, ) (Entered: 11/03/2004) |
|---|---|---|
| 11/05/2004 | 736 | ORDER granting 698 Special Masters' Third Application for Bill of Costs, approved in the amount of $66,012.50 . Signed by Judge John L. Kane on 11/5/04. (pap, ) (Entered: 11/09/2004) |
| 11/09/2004 | 737 | ORDER by Special Master Richard M. Borchers dismissing claim 01-138 by claimant James Leeroy Blackorby #109097. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-138. Signed by Special Master Richard M. Borches on 11/9/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 738 | ORDER by Special Master Richard M. Borchers dismissing claim 01-171 by claimant Robin L. LeLand #118699. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-171. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 739 | ORDER by Special Master Richard M. Borchers dismissing claim 01-148 by claimant Charles S. Hardy, #52183. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-148. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/10/2004 | 740 | TRANSCRIPT of Proceedings, Status Conference held on 10/27/04 before Judge Judge Edward W. Nottingham and Judge John L. Kane. Court Reporter: Therese Lindblom. Pages 1 - 53. (pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 741 | ORDER of Special Master Richard M. Borchers advising Claimant Seal Paul Thompson Claim # 01-094 his claim has been dismissed re 715 Order . Signed by Special Master Richard M. Borchers on 11/2/04. Document stored with Record for 01-094(pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 742 | Letter STATEMENT by Claimant Sean Paul Thompson re 741 Order. Letter placed in Claim File 01-094. (pap, ) (Entered: 11/15/2004) |
| 11/15/2004 | 743 | Letter REQUEST for Correct Legal Form to file an objection to this Order purs to FRCP 53(g)(2). (pap, ) (Entered: 11/17/2004) |
| 11/22/2004 | 744 | ORDER Concerning Pending Matters and Future Management: denying 605 Motion, denying 605 Motion, denying 612 Motion for Entry of Judgment under Rule 54(b), denying 615 Motion for Order, denying 615 Motion for Order, denying 621 Motion to Enforce, denying 621 Motion to Enforce, denying 675 Motion to Appoint Counsel, denying 675 Motion to Appoint Counsel, denying 684 Motion for Discovery, denying 684 Motion for Discovery, denying 689 Motion to Clarify, denying 689 Motion to Clarify, denying 691 Motion to Amend/Correct, denying 691 Motion to Amend/Correct, denying 695 Motion to Clarify, denying 695 Motion to Clarify, denying 702 Motion for TRO, denying 702 Motion for TRO, denying 703 Motion for TRO, denying 703 Motion for TRO, denying 719 Motion for Order, denying 719 Motion for Order. Referring to Special Masters Discovery Motions 674 , 717 and 718 . Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/22/2004 | | ORDER REFERRING MOTIONS: 717 Motion to Compel, 718 Motion to |

| | | |
|---|---|---|
| | | MaryKay Lynn Condit. (pap, ) (Entered: 11/03/2004) |
| 11/05/2004 | 736 | ORDER granting 698 Special Masters' Third Application for Bill of Costs, approved in the amount of $66,012.50 . Signed by Judge John L. Kane on 11/5/04. (pap, ) (Entered: 11/09/2004) |
| 11/09/2004 | 737 | ORDER by Special Master Richard M. Borchers dismissing claim 01-138 by claimant James Leeroy Blackorby #109097. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-138. Signed by Special Master Richard M. Borches on 11/9/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 738 | ORDER by Special Master Richard M. Borchers dismissing claim 01-171 by claimant Robin L. LeLand #118699. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-171. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/09/2004 | 739 | ORDER by Special Master Richard M. Borchers dismissing claim 01-148 by claimant Charles S. Hardy, #52183. Objection ddl is on or before 12/13/04. Attached to Order is record of claim 01-148. Signed by Special Master Richard M. Borchers on 11/2/04. (pap, ) (Entered: 11/12/2004) |
| 11/10/2004 | 740 | TRANSCRIPT of Proceedings, Status Conference held on 10/27/04 before Judge Judge Edward W. Nottingham and Judge John L. Kane. Court Reporter: Therese Lindblom. Pages 1 - 53. (pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 741 | ORDER of Special Master Richard M. Borchers advising Claimant Seal Paul Thompson Claim # 01-094 his claim has been dismissed re 715 Order . Signed by Special Master Richard M. Borchers on 11/2/04. Document stored with Record for 01-094(pap, ) (Entered: 11/15/2004) |
| 11/10/2004 | 742 | Letter STATEMENT by Claimant Sean Paul Thompson re 741 Order. Letter placed in Claim File 01-094. (pap, ) (Entered: 11/15/2004) |
| 11/15/2004 | 743 | Letter REQUEST for Correct Legal Form to file an objection to this Order purs to FRCP 53(g)(2). (pap, ) (Entered: 11/17/2004) |
| 11/22/2004 | 744 | ORDER Concerning Pending Matters and Future Management: denying 605 Motion, denying 605 Motion, denying 612 Motion for Entry of Judgment under Rule 54(b), denying 615 Motion for Order, denying 615 Motion for Order, denying 621 Motion to Enforce, denying 621 Motion to Enforce, denying 675 Motion to Appoint Counsel, denying 675 Motion to Appoint Counsel, denying 684 Motion for Discovery, denying 684 Motion for Discovery, denying 689 Motion to Clarify, denying 689 Motion to Clarify, denying 691 Motion to Amend/Correct, denying 691 Motion to Amend/Correct, denying 695 Motion to Clarify, denying 695 Motion to Clarify, denying 702 Motion for TRO, denying 702 Motion for TRO, denying 703 Motion for TRO, denying 703 Motion for TRO, denying 719 Motion for Order, denying 719 Motion for Order. Referring to Special Masters Discovery Motions 674 , 717 and 718 . Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/22/2004 | | ORDER REFERRING MOTIONS: 717 Motion to Compel, 718 Motion to |

| | | |
|---|---|---|
| | | Compel, 674 Motion for Discovery are referred to Special Masters. Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 745 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 622 Report and Recommendations by Special Masters. Signed by Judge Edward W. Nottingham and Judge John L. Kane on 11/23/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 746 | Letter of Reconsideration by Kevin J. Rutherford #69588 re 577 Statement. Copy sent to Special Master. (pap, ) (Entered: 12/02/2004) |
| 11/23/2004 | 772 | SPECIAL MASTERS' MOTION for PAYMENT of Fees and Costs for work done 9/16/04 to 11/15/04. (pap, ) (Entered: 12/22/2004) |
| 11/29/2004 | | Mail Returned as Undeliverable, Order 11/22/04. Mail sent to Robert Wirtz, Jr. (pap, ) (Entered: 12/07/2004) |
| 12/01/2004 | 747 | ORDER by Special Master Richard M. Borchers dismissing claim 01-096 by Claimant Ben Mossberger, #5109; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-096. Signed by Special Master Richard M. Borchers None on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 748 | ORDER by Special Master Richard M. Borchers dismissing claim 01-140 by Claimant Gary Liggett #55870; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-140. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 749 | ORDER by Special Master Richard M. Borchers dismissing claim 01-146 by Claimant James G.J. Chenevent, #55098; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-146. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 750 | ORDER by Special Master Richard M. Borchers dismissing claim 01-147 by Claimant Alvin Coslett; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-147. Signed by Special Master Richard M. Borchers on 11/23/04. . (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 751 | ORDER by Special Master Richard M. Borchers dismissing claim 01-149 by Claimant Rayford Jackson, #80164; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-149. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 752 | ORDER by Special Master Richard M. Borchers dismissing claim 01-151 by Claimant Eleanor Josey, #108779; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-151. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 753 | ORDER by Special Master Richard M. Borchers dismissing claim 01-152 by Claimant Mark Rojo, #55455; claimant's objection ddl is on or before |

| | | |
|---|---|---|
| | | Compel, 674 Motion for Discovery are referred to Special Masters. Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 745 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 622 Report and Recommendations by Special Masters. Signed by Judge Edward W. Nottingham and Judge John L. Kane on 11/23/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 746 | Letter of Reconsideration by Kevin J. Rutherford #69588 re 577 Statement. Copy sent to Special Master. (pap, ) (Entered: 12/02/2004) |
| 11/23/2004 | 772 | SPECIAL MASTERS' MOTION for PAYMENT of Fees and Costs for work done 9/16/04 to 11/15/04. (pap, ) (Entered: 12/22/2004) |
| 11/29/2004 | | Mail Returned as Undeliverable, Order 11/22/04. Mail sent to Robert Wirtz, Jr. (pap, ) (Entered: 12/07/2004) |
| 12/01/2004 | 747 | ORDER by Special Master Richard M. Borchers dismissing claim 01-096 by Claimant Ben Mossberger, #5109; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-096. Signed by Special Master Richard M. Borchers None on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 748 | ORDER by Special Master Richard M. Borchers dismissing claim 01-140 by Claimant Gary Liggett #55870; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-140. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 749 | ORDER by Special Master Richard M. Borchers dismissing claim 01-146 by Claimant James G.J. Chenevent, #55098; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-146. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 750 | ORDER by Special Master Richard M. Borchers dismissing claim 01-147 by Claimant Alvin Coslett; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-147. Signed by Special Master Richard M. Borchers on 11/23/04. . (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 751 | ORDER by Special Master Richard M. Borchers dismissing claim 01-149 by Claimant Rayford Jackson, #80164; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-149. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 752 | ORDER by Special Master Richard M. Borchers dismissing claim 01-151 by Claimant Eleanor Josey, #108779; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-151. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 753 | ORDER by Special Master Richard M. Borchers dismissing claim 01-152 by Claimant Mark Rojo, #55455; claimant's objection ddl is on or before |

| | | |
|---|---|---|
| | | Compel, 674 Motion for Discovery are referred to Special Masters. Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 745 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 622 Report and Recommendations by Special Masters. Signed by Judge Edward W. Nottingham and Judge John L. Kane on 11/23/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 746 | Letter of Reconsideration by Kevin J. Rutherford #69588 re 577 Statement. Copy sent to Special Master. (pap, ) (Entered: 12/02/2004) |
| 11/23/2004 | 772 | SPECIAL MASTERS' MOTION for PAYMENT of Fees and Costs for work done 9/16/04 to 11/15/04. (pap, ) (Entered: 12/22/2004) |
| 11/29/2004 | | Mail Returned as Undeliverable, Order 11/22/04. Mail sent to Robert Wirtz, Jr. (pap, ) (Entered: 12/07/2004) |
| 12/01/2004 | 747 | ORDER by Special Master Richard M. Borchers dismissing claim 01-096 by Claimant Ben Mossberger, #5109; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-096. Signed by Special Master Richard M. Borchers None on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 748 | ORDER by Special Master Richard M. Borchers dismissing claim 01-140 by Claimant Gary Liggett #55870; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-140. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 749 | ORDER by Special Master Richard M. Borchers dismissing claim 01-146 by Claimant James G.J. Chenevent, #55098; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-146. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 750 | ORDER by Special Master Richard M. Borchers dismissing claim 01-147 by Claimant Alvin Coslett; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-147. Signed by Special Master Richard M. Borchers on 11/23/04. . (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 751 | ORDER by Special Master Richard M. Borchers dismissing claim 01-149 by Claimant Rayford Jackson, #80164; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-149. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 752 | ORDER by Special Master Richard M. Borchers dismissing claim 01-151 by Claimant Eleanor Josey, #108779; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-151. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 753 | ORDER by Special Master Richard M. Borchers dismissing claim 01-152 by Claimant Mark Rojo, #55455; claimant's objection ddl is on or before |

| | | |
|---|---|---|
| | | Compel, 674 Motion for Discovery are referred to Special Masters. Signed by Judge Edward W. Nottingham on 11/22/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 745 | ORDER ADOPTING REPORT AND RECOMMENDATIONS for 622 Report and Recommendations by Special Masters. Signed by Judge Edward W. Nottingham and Judge John L. Kane on 11/23/04. (pap, ) (Entered: 11/24/2004) |
| 11/23/2004 | 746 | Letter of Reconsideration by Kevin J. Rutherford #69588 re 577 Statement. Copy sent to Special Master. (pap, ) (Entered: 12/02/2004) |
| 11/23/2004 | 772 | SPECIAL MASTERS' MOTION for PAYMENT of Fees and Costs for work done 9/16/04 to 11/15/04. (pap, ) (Entered: 12/22/2004) |
| 11/29/2004 | | Mail Returned as Undeliverable, Order 11/22/04. Mail sent to Robert Wirtz, Jr. (pap, ) (Entered: 12/07/2004) |
| 12/01/2004 | 747 | ORDER by Special Master Richard M. Borchers dismissing claim 01-096 by Claimant Ben Mossberger, #5109; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-096. Signed by Special Master Richard M. Borchers None on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 748 | ORDER by Special Master Richard M. Borchers dismissing claim 01-140 by Claimant Gary Liggett #55870; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-140. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 749 | ORDER by Special Master Richard M. Borchers dismissing claim 01-146 by Claimant James G.J. Chenevent, #55098; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-146. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 750 | ORDER by Special Master Richard M. Borchers dismissing claim 01-147 by Claimant Alvin Coslett; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-147. Signed by Special Master Richard M. Borchers on 11/23/04. . (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 751 | ORDER by Special Master Richard M. Borchers dismissing claim 01-149 by Claimant Rayford Jackson, #80164; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-149. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 752 | ORDER by Special Master Richard M. Borchers dismissing claim 01-151 by Claimant Eleanor Josey, #108779; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-151. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 753 | ORDER by Special Master Richard M. Borchers dismissing claim 01-152 by Claimant Mark Rojo, #55455; claimant's objection ddl is on or before |

| | | 1/14/05. Attached to Order is record of claim 01-152. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
|---|---|---|
| 12/01/2004 | 754 | ORDER by Special Master Richard M. Borchers dismissing claim 01-154 by Claimant Charles Swift, #104697; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-154. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 755 | ORDER by Special Master Richard M. Borchers dismissing claim 01-156 by Claimant Sisto T. Saenz, #101817; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-156. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 756 | ORDER by Special Master Richard M. Borchers dismissing claim 01-159 by Claimant Dale Frisk, #57096; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-159. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 757 | ORDER by Special Master Richard M. Borchers dismissing claim 01-161 by Claimant Joseph D. Avellani, #53270; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-161. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 758 | ORDER by Special Master Richard M. Borchers dismissing claim 01-163 by Claimant William Garcia, #63442; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-163. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 759 | ORDER by Special Master Richard M. Borchers dismissing claim 01-164 by Claimant Michael Martinez #47879; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-164. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 760 | ORDER by Special Master Richard M. Borchers dismissing claim 01-166 by Claimant Anthony Brown #122319; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-166. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 761 | ORDER by Special Master Richard M. Borchers dismissing claim 01-167 by Claimant Luis Ciera #94502; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-167. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 762 | ORDER by Special Master Richard M. Borchers dismissing claim 01-169 by Claimant Danny E. Reynolds, #87292; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-169. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: |

| | | 1/14/05. Attached to Order is record of claim 01-152. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
|---|---|---|
| 12/01/2004 | 754 | ORDER by Special Master Richard M. Borchers dismissing claim 01-154 by Claimant Charles Swift, #104697; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-154. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 755 | ORDER by Special Master Richard M. Borchers dismissing claim 01-156 by Claimant Sisto T. Saenz, #101817; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-156. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 756 | ORDER by Special Master Richard M. Borchers dismissing claim 01-159 by Claimant Dale Frisk, #57096; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-159. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 757 | ORDER by Special Master Richard M. Borchers dismissing claim 01-161 by Claimant Joseph D. Avellani, #53270; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-161. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 758 | ORDER by Special Master Richard M. Borchers dismissing claim 01-163 by Claimant William Garcia, #63442; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-163. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 759 | ORDER by Special Master Richard M. Borchers dismissing claim 01-164 by Claimant Michael Martinez #47879; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-164. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 760 | ORDER by Special Master Richard M. Borchers dismissing claim 01-166 by Claimant Anthony Brown #122319; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-166. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 761 | ORDER by Special Master Richard M. Borchers dismissing claim 01-167 by Claimant Luis Ciera #94502; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-167. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 762 | ORDER by Special Master Richard M. Borchers dismissing claim 01-169 by Claimant Danny E. Reynolds, #87292; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-169. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: |

| | | 1/14/05. Attached to Order is record of claim 01-152. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
|---|---|---|
| 12/01/2004 | 754 | ORDER by Special Master Richard M. Borchers dismissing claim 01-154 by Claimant Charles Swift, #104697; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-154. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 755 | ORDER by Special Master Richard M. Borchers dismissing claim 01-156 by Claimant Sisto T. Saenz, #101817; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-156. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 756 | ORDER by Special Master Richard M. Borchers dismissing claim 01-159 by Claimant Dale Frisk, #57096; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-159. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 757 | ORDER by Special Master Richard M. Borchers dismissing claim 01-161 by Claimant Joseph D. Avellani, #53270; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-161. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 758 | ORDER by Special Master Richard M. Borchers dismissing claim 01-163 by Claimant William Garcia, #63442; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-163. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 759 | ORDER by Special Master Richard M. Borchers dismissing claim 01-164 by Claimant Michael Martinez #47879; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-164. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 760 | ORDER by Special Master Richard M. Borchers dismissing claim 01-166 by Claimant Anthony Brown #122319; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-166. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 761 | ORDER by Special Master Richard M. Borchers dismissing claim 01-167 by Claimant Luis Ciera #94502; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-167. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 762 | ORDER by Special Master Richard M. Borchers dismissing claim 01-169 by Claimant Danny E. Reynolds, #87292; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-169. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: |

| | | |
|---|---|---|
| | | 1/14/05. Attached to Order is record of claim 01-152. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 754 | ORDER by Special Master Richard M. Borchers dismissing claim 01-154 by Claimant Charles Swift, #104697; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-154. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 755 | ORDER by Special Master Richard M. Borchers dismissing claim 01-156 by Claimant Sisto T. Saenz, #101817; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-156. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 756 | ORDER by Special Master Richard M. Borchers dismissing claim 01-159 by Claimant Dale Frisk, #57096; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-159. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 757 | ORDER by Special Master Richard M. Borchers dismissing claim 01-161 by Claimant Joseph D. Avellani, #53270; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-161. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 758 | ORDER by Special Master Richard M. Borchers dismissing claim 01-163 by Claimant William Garcia, #63442; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-163. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 759 | ORDER by Special Master Richard M. Borchers dismissing claim 01-164 by Claimant Michael Martinez #47879; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-164. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 760 | ORDER by Special Master Richard M. Borchers dismissing claim 01-166 by Claimant Anthony Brown #122319; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-166. Signed by Special Master Richard M. Borchers on 11/23/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 761 | ORDER by Special Master Richard M. Borchers dismissing claim 01-167 by Claimant Luis Ciera #94502; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-167. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 762 | ORDER by Special Master Richard M. Borchers dismissing claim 01-169 by Claimant Danny E. Reynolds, #87292; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-169. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: |

| | | 12/02/2004) |
|---|---|---|
| 12/01/2004 | 763 | ORDER by Special Master Richard M. Borchers dismissing claim 01-173 by Claimant Bernard Jones, #49967; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-173. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 764 | ORDER by Special Master Richard M. Borchers dismissing claim 01-175 by Claimant Christi Busby, #57094; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-175. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/02/2004 | 766 | LETTER AND STATEMENT by T. Howard #94847 re: double bunking issues & US Mail censorship issues. (pap, ) (Entered: 12/14/2004) |
| 12/06/2004 | 768 | LETTER STATEMENT by R.L. Auch #54955 re: Double Bunking Issues & US Mail Censorship. (pap, ) (Entered: 12/14/2004) |
| 12/07/2004 | 767 | LETTER AND STATEMENT by Mary L. Condit re: Claim with Special Master. (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable General Informational Order #1 of Special Masters. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable Order of Dismissal of Special Master. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable. Mail sent to Eleanor Josey. Remailed on 12/2/04. (pap, ) (Entered: 12/14/2004) |
| 12/10/2004 | 765 | ORDER overruling objection to Order of special master re: discovery 664 Order 620 Order re 674 Motion for Discovery. Signed by Judge John L. Kane on 12/9/04. (pap, ) (Entered: 12/13/2004) |
| 12/13/2004 | 769 | MOTION to Compel Discovery pursuant to FRCP 37(a) by pro se plaintiff Travis Star Nelson #116660. (pap, ) (Entered: 12/15/2004) |
| 12/14/2004 | 770 | ORDER OF DISMISSAL by Special Master dismissing claim 01-184 by claimant Elvis Falke #102233. Claimant's Objection deadline set for 1/24/05. Attached to Order is record of claim 01-184. Signed by Richard M. Borchers on 12/06/04. (pap, ) (Entered: 12/16/2004) |
| 12/14/2004 | 773 | ORDER granting 772 Special Master's Fourth Application for Payment of fees and costs in the amount of $4,482.50. Signed by Judge John L. Kane on 12/13/04. (pap, ) (Entered: 12/22/2004) |
| 12/16/2004 | 771 | Letter from Judge Edward W. Nottingham to Special Master's Richard Borchers re: Motion to Compel 12/13/04 by Travis Star Nelson. (pap, ) (Entered: 12/20/2004) |
| 12/21/2004 | 774 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-174 by Claimant Patrick J. Bullbear. Claimant's objection deadline is on or |

| | | 12/02/2004) |
|---|---|---|
| 12/01/2004 | 763 | ORDER by Special Master Richard M. Borchers dismissing claim 01-173 by Claimant Bernard Jones, #49967; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-173. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 764 | ORDER by Special Master Richard M. Borchers dismissing claim 01-175 by Claimant Christi Busby, #57094; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-175. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/02/2004 | 766 | LETTER AND STATEMENT by T. Howard #94847 re: double bunking issues & US Mail censorship issues. (pap, ) (Entered: 12/14/2004) |
| 12/06/2004 | 768 | LETTER STATEMENT by R.L. Auch #54955 re: Double Bunking Issues & US Mail Censorship. (pap, ) (Entered: 12/14/2004) |
| 12/07/2004 | 767 | LETTER AND STATEMENT by Mary L. Condit re: Claim with Special Master. (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable General Informational Order #1 of Special Masters. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable Order of Dismissal of Special Master. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable. Mail sent to Eleanor Josey. Remailed on 12/2/04. (pap, ) (Entered: 12/14/2004) |
| 12/10/2004 | 765 | ORDER overruling objection to Order of special master re: discovery 664 Order 620 Order re 674 Motion for Discovery. Signed by Judge John L. Kane on 12/9/04. (pap, ) (Entered: 12/13/2004) |
| 12/13/2004 | 769 | MOTION to Compel Discovery pursuant to FRCP 37(a) by pro se plaintiff Travis Star Nelson #116660. (pap, ) (Entered: 12/15/2004) |
| 12/14/2004 | 770 | ORDER OF DISMISSAL by Special Master dismissing claim 01-184 by claimant Elvis Falke #102233. Claimant's Objection deadline set for 1/24/05. Attached to Order is record of claim 01-184. Signed by Richard M. Borchers on 12/06/04. (pap, ) (Entered: 12/16/2004) |
| 12/14/2004 | 773 | ORDER granting 772 Special Master's Fourth Application for Payment of fees and costs in the amount of $4,482.50. Signed by Judge John L. Kane on 12/13/04. (pap, ) (Entered: 12/22/2004) |
| 12/16/2004 | 771 | Letter from Judge Edward W. Nottingham to Special Master's Richard Borchers re: Motion to Compel 12/13/04 by Travis Star Nelson. (pap, ) (Entered: 12/20/2004) |
| 12/21/2004 | 774 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-174 by Claimant Patrick J. Bullbear. Claimant's objection deadline is on or |

| | | 12/02/2004) |
|---|---|---|
| 12/01/2004 | 763 | ORDER by Special Master Richard M. Borchers dismissing claim 01-173 by Claimant Bernard Jones, #49967; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-173. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 764 | ORDER by Special Master Richard M. Borchers dismissing claim 01-175 by Claimant Christi Busby, #57094; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-175. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/02/2004 | 766 | LETTER AND STATEMENT by T. Howard #94847 re: double bunking issues & US Mail censorship issues. (pap, ) (Entered: 12/14/2004) |
| 12/06/2004 | 768 | LETTER STATEMENT by R.L. Auch #54955 re: Double Bunking Issues & US Mail Censorship. (pap, ) (Entered: 12/14/2004) |
| 12/07/2004 | 767 | LETTER AND STATEMENT by Mary L. Condit re: Claim with Special Master. (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable General Informational Order #1 of Special Masters. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable Order of Dismissal of Special Master. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable. Mail sent to Eleanor Josey. Remailed on 12/2/04. (pap, ) (Entered: 12/14/2004) |
| 12/10/2004 | 765 | ORDER overruling objection to Order of special master re: discovery 664 Order 620 Order re 674 Motion for Discovery. Signed by Judge John L. Kane on 12/9/04. (pap, ) (Entered: 12/13/2004) |
| 12/13/2004 | 769 | MOTION to Compel Discovery pursuant to FRCP 37(a) by pro se plaintiff Travis Star Nelson #116660. (pap, ) (Entered: 12/15/2004) |
| 12/14/2004 | 770 | ORDER OF DISMISSAL by Special Master dismissing claim 01-184 by claimant Elvis Falke #102233. Claimant's Objection deadline set for 1/24/05. Attached to Order is record of claim 01-184. Signed by Richard M. Borchers on 12/06/04. (pap, ) (Entered: 12/16/2004) |
| 12/14/2004 | 773 | ORDER granting 772 Special Master's Fourth Application for Payment of fees and costs in the amount of $4,482.50. Signed by Judge John L. Kane on 12/13/04. (pap, ) (Entered: 12/22/2004) |
| 12/16/2004 | 771 | Letter from Judge Edward W. Nottingham to Special Master's Richard Borchers re: Motion to Compel 12/13/04 by Travis Star Nelson. (pap, ) (Entered: 12/20/2004) |
| 12/21/2004 | 774 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-174 by Claimant Patrick J. Bullbear. Claimant's objection deadline is on or |

| | | 12/02/2004) |
|---|---|---|
| 12/01/2004 | 763 | ORDER by Special Master Richard M. Borchers dismissing claim 01-173 by Claimant Bernard Jones, #49967; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-173. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/01/2004 | 764 | ORDER by Special Master Richard M. Borchers dismissing claim 01-175 by Claimant Christi Busby, #57094; claimant's objection ddl is on or before 1/14/05. Attached to Order is record of claim 01-175. Signed by Special Master Richard M. Borchers on 11/25/04. (pap, ) (Entered: 12/02/2004) |
| 12/02/2004 | 766 | LETTER AND STATEMENT by T. Howard #94847 re: double bunking issues & US Mail censorship issues. (pap, ) (Entered: 12/14/2004) |
| 12/06/2004 | 768 | LETTER STATEMENT by R.L. Auch #54955 re: Double Bunking Issues & US Mail Censorship. (pap, ) (Entered: 12/14/2004) |
| 12/07/2004 | 767 | LETTER AND STATEMENT by Mary L. Condit re: Claim with Special Master. (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable General Informational Order #1 of Special Masters. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable Order of Dismissal of Special Master. Mail sent to Charles S. Hardy (pap, ) (Entered: 12/14/2004) |
| 12/08/2004 | | Mail Returned as Undeliverable. Mail sent to Eleanor Josey. Remailed on 12/2/04. (pap, ) (Entered: 12/14/2004) |
| 12/10/2004 | 765 | ORDER overruling objection to Order of special master re: discovery 664 Order 620 Order re 674 Motion for Discovery. Signed by Judge John L. Kane on 12/9/04. (pap, ) (Entered: 12/13/2004) |
| 12/13/2004 | 769 | MOTION to Compel Discovery pursuant to FRCP 37(a) by pro se plaintiff Travis Star Nelson #116660. (pap, ) (Entered: 12/15/2004) |
| 12/14/2004 | 770 | ORDER OF DISMISSAL by Special Master dismissing claim 01-184 by claimant Elvis Falke #102233. Claimant's Objection deadline set for 1/24/05. Attached to Order is record of claim 01-184. Signed by Richard M. Borchers on 12/06/04. (pap, ) (Entered: 12/16/2004) |
| 12/14/2004 | 773 | ORDER granting 772 Special Master's Fourth Application for Payment of fees and costs in the amount of $4,482.50. Signed by Judge John L. Kane on 12/13/04. (pap, ) (Entered: 12/22/2004) |
| 12/16/2004 | 771 | Letter from Judge Edward W. Nottingham to Special Master's Richard Borchers re: Motion to Compel 12/13/04 by Travis Star Nelson. (pap, ) (Entered: 12/20/2004) |
| 12/21/2004 | 774 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-174 by Claimant Patrick J. Bullbear. Claimant's objection deadline is on or |

| | | |
|---|---|---|
| | | before 2/14/05. Attached to Order is record of Claim 01-174. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 775 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-176 by Claimant Carl Hardway. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-176. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 776 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-177 by Claimant Arthur Robert Alston. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-177. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 777 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-179 by Claimant Dywand Daytron Julien. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-179. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 778 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-181 by Claimant Kyle Keith Kilgore. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-181. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 779 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-182 by Claimant Patricia T. Helmick. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-182. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 780 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-185 by Claimant Bernard Shattuck. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-185. Signed by Richard M. Borchers on 12/16/04. (pap, ) (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 781 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-186 by Claimant John P. Daucunas. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-186. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/29/2004 | 782 | Letter from Special Master Richard M. Borchers re: Letter Request from Lawrence W. Fitzgerald #66345 for reconsideration of his claims. (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 783 | Letter MOTION for Order to Reopen Claims by Lawrence W. FitzGerald #66345 . (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 784 | ORDER denying 783 Lawrence W. Fitzgerald's Motion for Order to Reopen Claim. Signed by Special Master Richard M. Borchers on 12/28/04. Objection must be filed with the Clerk on or before 2/14/05. (pap, ) (Entered: 01/03/2005) |
| 01/03/2005 | 785 | ORDER by Special Master dismissing Claim X-016 by Claimant Rodrigo Jimenez #115530. Claimants objection deadline is on or before 2/14/05. Attached to Order is record of Claim X-016. Signed by Special Master Richard M. Borchers on 12/29/04. (pap, ) (Entered: 01/04/2005) |

| | | before 2/14/05. Attached to Order is record of Claim 01-174. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
|---|---|---|
| 12/21/2004 | 775 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-176 by Claimant Carl Hardway. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-176. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 776 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-177 by Claimant Arthur Robert Alston. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-177. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 777 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-179 by Claimant Dywand Daytron Julien. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-179. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 778 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-181 by Claimant Kyle Keith Kilgore. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-181. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 779 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-182 by Claimant Patricia T. Helmick. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-182. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 780 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-185 by Claimant Bernard Shattuck. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-185. Signed by Richard M. Borchers on 12/16/04. (pap, ) (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 781 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-186 by Claimant John P. Daucunas. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-186. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/29/2004 | 782 | Letter from Special Master Richard M. Borchers re: Letter Request from Lawrence W. Fitzgerald #66345 for reconsideration of his claims. (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 783 | Letter MOTION for Order to Reopen Claims by Lawrence W. FitzGerald #66345 . (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 784 | ORDER denying 783 Lawrence W. Fitzgerald's Motion for Order to Reopen Claim. Signed by Special Master Richard M. Borchers on 12/28/04. Objection must be filed with the Clerk on or before 2/14/05. (pap, ) (Entered: 01/03/2005) |
| 01/03/2005 | 785 | ORDER by Special Master dismissing Claim X-016 by Claimant Rodrigo Jimenez #115530. Claimants objection deadline is on or before 2/14/05. Attached to Order is record of Claim X-016. Signed by Special Master Richard M. Borchers on 12/29/04. (pap, ) (Entered: 01/04/2005) |

| | | |
|---|---|---|
| | | before 2/14/05. Attached to Order is record of Claim 01-174. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 775 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-176 by Claimant Carl Hardway. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-176. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 776 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-177 by Claimant Arthur Robert Alston. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-177. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 777 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-179 by Claimant Dywand Daytron Julien. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-179. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 778 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-181 by Claimant Kyle Keith Kilgore. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-181. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 779 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-182 by Claimant Patricia T. Helmick. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-182. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 780 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-185 by Claimant Bernard Shattuck. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-185. Signed by Richard M. Borchers on 12/16/04. (pap, ) (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 781 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-186 by Claimant John P. Daucunas. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-186. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/29/2004 | 782 | Letter from Special Master Richard M. Borchers re: Letter Request from Lawrence W. Fitzgerald #66345 for reconsideration of his claims. (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 783 | Letter MOTION for Order to Reopen Claims by Lawrence W. FitzGerald #66345 . (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 784 | ORDER denying 783 Lawrence W. Fitzgerald's Motion for Order to Reopen Claim. Signed by Special Master Richard M. Borchers on 12/28/04. Objection must be filed with the Clerk on or before 2/14/05. (pap, ) (Entered: 01/03/2005) |
| 01/03/2005 | 785 | ORDER by Special Master dismissing Claim X-016 by Claimant Rodrigo Jimenez #115530. Claimants objection deadline is on or before 2/14/05. Attached to Order is record of Claim X-016. Signed by Special Master Richard M. Borchers on 12/29/04. (pap, ) (Entered: 01/04/2005) |

| | | before 2/14/05. Attached to Order is record of Claim 01-174. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
|---|---|---|
| 12/21/2004 | 775 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-176 by Claimant Carl Hardway. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-176. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 776 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-177 by Claimant Arthur Robert Alston. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-177. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 777 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-179 by Claimant Dywand Daytron Julien. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-179. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 778 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-181 by Claimant Kyle Keith Kilgore. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-181. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 779 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-182 by Claimant Patricia T. Helmick. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-182. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 780 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-185 by Claimant Bernard Shattuck. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-185. Signed by Richard M. Borchers on 12/16/04. (pap, ) (pap, ) (Entered: 12/23/2004) |
| 12/21/2004 | 781 | ORDER OF DISMISSAL BY SPECIAL MASTER, dismissing Claim 01-186 by Claimant John P. Daucunas. Claimant's objection deadline is on or before 2/14/05. Attached to Order is record of Claim 01-186. Signed by Richard M. Borchers on 12/16/04. (pap, ) (Entered: 12/23/2004) |
| 12/29/2004 | 782 | Letter from Special Master Richard M. Borchers re: Letter Request from Lawrence W. Fitzgerald #66345 for reconsideration of his claims. (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 783 | Letter MOTION for Order to Reopen Claims by Lawrence W. FitzGerald #66345 . (pap, ) (Entered: 01/03/2005) |
| 12/29/2004 | 784 | ORDER denying 783 Lawrence W. Fitzgerald's Motion for Order to Reopen Claim. Signed by Special Master Richard M. Borchers on 12/28/04. Objection must be filed with the Clerk on or before 2/14/05. (pap, ) (Entered: 01/03/2005) |
| 01/03/2005 | 785 | ORDER by Special Master dismissing Claim X-016 by Claimant Rodrigo Jimenez #115530. Claimants objection deadline is on or before 2/14/05. Attached to Order is record of Claim X-016. Signed by Special Master Richard M. Borchers on 12/29/04. (pap, ) (Entered: 01/04/2005) |

| 01/11/2005 | 789 | OBJECTIONS to 749 Order by Samuel Powers on behalf of James Chenevert, Claimant (gms, ) (Entered: 01/14/2005) |
|---|---|---|
| 01/12/2005 | 787 | ORDER by Special Master dismissing Claim 01-187 by Claimant Eric E. Lyerly, #110284. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 01-187. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/12/2005 | 788 | ORDER by Special Master dismissing Claim 01-170 by Claimant Scott W. Gilbert, Sr., #103641. Objection ddl is on or before 2/14/05. Attached to Order is record of claim 01-170. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/20/2005 | 790 | ORDER of Special Master Richard M. Borchers re: 748 Order, Claimant Gary Liggett's Objection are noted and denied. Objections are forwarded to Judge Kane for further review. Signed on 1/18/05. (pap, ) (Entered: 01/26/2005) |
| 01/24/2005 | 791 | SPECIAL MASTERS' FIFTH APPLICATION for payment of fees and costs. Filed by Special Masters Richard M. Borchers and Bruce D. Pringle. (pap, ) (Entered: 01/28/2005) |
| 01/31/2005 | 792 | ORDER by Special Master dismissing Claim 02-104 by Claimant Kenneth Ray Jackson, #114817. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 02-104. Signed by Special Master Richard M. Borchers on 1/25/05 (pap, ) (Entered: 02/03/2005) |
| 02/01/2005 | 793 | LETTER to Special Master Richard M. Borchers re Montez Class Action Grievance by William Destro. (pap, ) (Entered: 02/07/2005) |
| 02/07/2005 | 794 | REQUEST address to Special Masters Borcher by Movant William Destro to amend and expand certain claims. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 795 | ORDER by Special Master dismissing Claim 01-188 by Claimant Sherry M. Carrington, #109200. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-188. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 796 | ORDER by Special Master dismissing Claim 01-189 by Claimant James Davidson, #104658. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-189. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 797 | ORDER by Special Master dismissing Claim 01-190 by Claimant Josh Davis, #113942. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-190. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 798 | ORDER by Special Master dismissing Claim 01-192 by Claimant Stacy L. Rogers, #119341. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-192. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 799 | ORDER by Special Master dismissing Claim 01-194 by Claimant Edward |

| 01/11/2005 | 789 | OBJECTIONS to 749 Order by Samuel Powers on behalf of James Chenevert, Claimant (gms, ) (Entered: 01/14/2005) |
|---|---|---|
| 01/12/2005 | 787 | ORDER by Special Master dismissing Claim 01-187 by Claimant Eric E. Lyerly, #110284. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 01-187. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/12/2005 | 788 | ORDER by Special Master dismissing Claim 01-170 by Claimant Scott W. Gilbert, Sr., #103641. Objection ddl is on or before 2/14/05. Attached to Order is record of claim 01-170. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/20/2005 | 790 | ORDER of Special Master Richard M. Borchers re: 748 Order, Claimant Gary Liggett's Objection are noted and denied. Objections are forwarded to Judge Kane for further review. Signed on 1/18/05. (pap, ) (Entered: 01/26/2005) |
| 01/24/2005 | 791 | SPECIAL MASTERS' FIFTH APPLICATION for payment of fees and costs. Filed by Special Masters Richard M. Borchers and Bruce D. Pringle. (pap, ) (Entered: 01/28/2005) |
| 01/31/2005 | 792 | ORDER by Special Master dismissing Claim 02-104 by Claimant Kenneth Ray Jackson, #114817. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 02-104. Signed by Special Master Richard M. Borchers on 1/25/05 (pap, ) (Entered: 02/03/2005) |
| 02/01/2005 | 793 | LETTER to Special Master Richard M. Borchers re Montez Class Action Grievance by William Destro. (pap, ) (Entered: 02/07/2005) |
| 02/07/2005 | 794 | REQUEST address to Special Masters Borcher by Movant William Destro to amend and expand certain claims. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 795 | ORDER by Special Master dismissing Claim 01-188 by Claimant Sherry M. Carrington, #109200. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-188. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 796 | ORDER by Special Master dismissing Claim 01-189 by Claimant James Davidson, #104658. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-189. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 797 | ORDER by Special Master dismissing Claim 01-190 by Claimant Josh Davis, #113942. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-190. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 798 | ORDER by Special Master dismissing Claim 01-192 by Claimant Stacy L. Rogers, #119341. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-192. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 799 | ORDER by Special Master dismissing Claim 01-194 by Claimant Edward |

| 01/11/2005 | 789 | OBJECTIONS to 749 Order by Samuel Powers on behalf of James Chenevert, Claimant (gms, ) (Entered: 01/14/2005) |
| 01/12/2005 | 787 | ORDER by Special Master dismissing Claim 01-187 by Claimant Eric E. Lyerly, #110284. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 01-187. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/12/2005 | 788 | ORDER by Special Master dismissing Claim 01-170 by Claimant Scott W. Gilbert, Sr., #103641. Objection ddl is on or before 2/14/05. Attached to Order is record of claim 01-170. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/20/2005 | 790 | ORDER of Special Master Richard M. Borchers re: 748 Order, Claimant Gary Liggett's Objection are noted and denied. Objections are forwarded to Judge Kane for further review. Signed on 1/18/05. (pap, ) (Entered: 01/26/2005) |
| 01/24/2005 | 791 | SPECIAL MASTERS' FIFTH APPLICATION for payment of fees and costs. Filed by Special Masters Richard M. Borchers and Bruce D. Pringle. (pap, ) (Entered: 01/28/2005) |
| 01/31/2005 | 792 | ORDER by Special Master dismissing Claim 02-104 by Claimant Kenneth Ray Jackson, #114817. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 02-104. Signed by Special Master Richard M. Borchers on 1/25/05 (pap, ) (Entered: 02/03/2005) |
| 02/01/2005 | 793 | LETTER to Special Master Richard M. Borchers re Montez Class Action Grievance by William Destro. (pap, ) (Entered: 02/07/2005) |
| 02/07/2005 | 794 | REQUEST address to Special Masters Borcher by Movant William Destro to amend and expand certain claims. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 795 | ORDER by Special Master dismissing Claim 01-188 by Claimant Sherry M. Carrington, #109200. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-188. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 796 | ORDER by Special Master dismissing Claim 01-189 by Claimant James Davidson, #104658. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-189. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 797 | ORDER by Special Master dismissing Claim 01-190 by Claimant Josh Davis, #113942. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-190. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 798 | ORDER by Special Master dismissing Claim 01-192 by Claimant Stacy L. Rogers, #119341. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-192. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 799 | ORDER by Special Master dismissing Claim 01-194 by Claimant Edward |

| 01/11/2005 | 789 | OBJECTIONS to 749 Order by Samuel Powers on behalf of James Chenevert, Claimant (gms, ) (Entered: 01/14/2005) |
|---|---|---|
| 01/12/2005 | 787 | ORDER by Special Master dismissing Claim 01-187 by Claimant Eric E. Lyerly, #110284. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 01-187. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/12/2005 | 788 | ORDER by Special Master dismissing Claim 01-170 by Claimant Scott W. Gilbert, Sr., #103641. Objection ddl is on or before 2/14/05. Attached to Order is record of claim 01-170. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2005) |
| 01/20/2005 | 790 | ORDER of Special Master Richard M. Borchers re: 748 Order, Claimant Gary Liggett's Objection are noted and denied. Objections are forwarded to Judge Kane for further review. Signed on 1/18/05. (pap, ) (Entered: 01/26/2005) |
| 01/24/2005 | 791 | SPECIAL MASTERS' FIFTH APPLICATION for payment of fees and costs. Filed by Special Masters Richard M. Borchers and Bruce D. Pringle. (pap, ) (Entered: 01/28/2005) |
| 01/31/2005 | 792 | ORDER by Special Master dismissing Claim 02-104 by Claimant Kenneth Ray Jackson, #114817. Objection ddl is on or before 3/1/05. Attached to Order is record of claim 02-104. Signed by Special Master Richard M. Borchers on 1/25/05 (pap, ) (Entered: 02/03/2005) |
| 02/01/2005 | 793 | LETTER to Special Master Richard M. Borchers re Montez Class Action Grievance by William Destro. (pap, ) (Entered: 02/07/2005) |
| 02/07/2005 | 794 | REQUEST address to Special Masters Borcher by Movant William Destro to amend and expand certain claims. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 795 | ORDER by Special Master dismissing Claim 01-188 by Claimant Sherry M. Carrington, #109200. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-188. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 796 | ORDER by Special Master dismissing Claim 01-189 by Claimant James Davidson, #104658. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-189. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 797 | ORDER by Special Master dismissing Claim 01-190 by Claimant Josh Davis, #113942. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-190. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 798 | ORDER by Special Master dismissing Claim 01-192 by Claimant Stacy L. Rogers, #119341. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-192. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 799 | ORDER by Special Master dismissing Claim 01-194 by Claimant Edward |

| | | |
|---|---|---|
| | | Elspas, #76604. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-194. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 800 | ORDER by Special Master dismissing Claim 01-195 by Claimant Paul James Reed, #89000. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-195. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 801 | ORDER by Special Master dismissing Claim 01-196 by Claimant Michael Studley, #121872. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-196. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/14/2005 | 802 | ORDER granting 791 Special Master's Fifth Motion for payment of fees and costs in the amount of $7,569.25. Signed by Judge John L. Kane on 2/14/05. (pap, ) (Entered: 02/16/2005) |
| 02/16/2005 | 803 | MOTION to Alter or Amend 775 Order purs to FRCP 59(e) or in the alternative FRCP 60(b) by Lawrence William Fitzgerald, re: 784 Order on Motion for Order, 782 Letter. (pap, ) (Entered: 02/18/2005) |
| 02/16/2005 | 804 | ORDER by Special Master dismissing Claim X-029 by Claimant Lanier Bell, #111173. Objection ddl is on or before 3/15/05. Attached to Order is record of Claim X-029. Signed by Special Master Richard M. Borchers on 2/4/05 (pap, ) (Entered: 02/18/2005) |
| 02/18/2005 | 805 | ORDER of Special Master for Dismissal w/o Prejudice as to claim 05-007 by Claimant Roger Dayhoff (deceased) and Donna Dayhoff as wife of Roger Dayhoff. Claims dismissed as claimant is now deceased and wife can not be contacted. Signed by Special Master Richard M. Borchers on 2/3/05. (pap, ) (Entered: 02/22/2005) |
| 02/22/2005 | 806 | GENERAL INFORMATIONAL ORDER #2 OF SPECIAL MASTERS; re: Time Limit for Filing of Claims under settlement agreement. All completed claim forms related to what occurred on or before 8/27/03 must be filed with the Office of the Special Masters on or before 4/14/05.. Signed by Special Masters Richard M. Borchers on 1/17/05. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 807 | LETTER/REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to send copies of the enclosed Request for Additional Discovery to the listed parties. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 808 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for for Additional Discovery for DOC Documents Previously Requested. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 809 | MOTION to Extend Time to File Additional Written Information by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 810 | ORDER, Dismissing w/o Prejudice, by Special Master dismissing Claim 05-007 by Claimant Donna Dayhoff as wife of Roger Dayhoff (Deceased) Attached to Order is record of claim 05-007. Signed by Special Master |

| | | |
|---|---|---|
| | | Elspas, #76604. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-194. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 800 | ORDER by Special Master dismissing Claim 01-195 by Claimant Paul James Reed, #89000. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-195. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 801 | ORDER by Special Master dismissing Claim 01-196 by Claimant Michael Studley, #121872. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-196. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/14/2005 | 802 | ORDER granting 791 Special Master's Fifth Motion for payment of fees and costs in the amount of $7,569.25. Signed by Judge John L. Kane on 2/14/05. (pap, ) (Entered: 02/16/2005) |
| 02/16/2005 | 803 | MOTION to Alter or Amend 775 Order purs to FRCP 59(e) or in the alternative FRCP 60(b) by Lawrence William Fitzgerald, re: 784 Order on Motion for Order, 782 Letter. (pap, ) (Entered: 02/18/2005) |
| 02/16/2005 | 804 | ORDER by Special Master dismissing Claim X-029 by Claimant Lanier Bell, #111173. Objection ddl is on or before 3/15/05. Attached to Order is record of Claim X-029. Signed by Special Master Richard M. Borchers on 2/4/05 (pap, ) (Entered: 02/18/2005) |
| 02/18/2005 | 805 | ORDER of Special Master for Dismissal w/o Prejudice as to claim 05-007 by Claimant Roger Dayhoff (deceased) and Donna Dayhoff as wife of Roger Dayhoff. Claims dismissed as claimant is now deceased and wife can not be contacted. Signed by Special Master Richard M. Borchers on 2/3/05. (pap, ) (Entered: 02/22/2005) |
| 02/22/2005 | 806 | GENERAL INFORMATIONAL ORDER #2 OF SPECIAL MASTERS; re: Time Limit for Filing of Claims under settlement agreement. All completed claim forms related to what occurred on or before 8/27/03 must be filed with the Office of the Special Masters on or before 4/14/05.. Signed by Special Masters Richard M. Borchers on 1/17/05. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 807 | LETTER/REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to send copies of the enclosed Request for Additional Discovery to the listed parties. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 808 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for for Additional Discovery for DOC Documents Previously Requested. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 809 | MOTION to Extend Time to File Additional Written Information by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 810 | ORDER, Dismissing w/o Prejudice, by Special Master dismissing Claim 05-007 by Claimant Donna Dayhoff as wife of Roger Dayhoff (Deceased) Attached to Order is record of claim 05-007. Signed by Special Master |

| | | |
|---|---|---|
| | | Elspas, #76604. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-194. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 800 | ORDER by Special Master dismissing Claim 01-195 by Claimant Paul James Reed, #89000. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-195. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 801 | ORDER by Special Master dismissing Claim 01-196 by Claimant Michael Studley, #121872. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-196. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/14/2005 | 802 | ORDER granting 791 Special Master's Fifth Motion for payment of fees and costs in the amount of $7,569.25. Signed by Judge John L. Kane on 2/14/05. (pap, ) (Entered: 02/16/2005) |
| 02/16/2005 | 803 | MOTION to Alter or Amend 775 Order purs to FRCP 59(e) or in the alternative FRCP 60(b) by Lawrence William Fitzgerald, re: 784 Order on Motion for Order, 782 Letter. (pap, ) (Entered: 02/18/2005) |
| 02/16/2005 | 804 | ORDER by Special Master dismissing Claim X-029 by Claimant Lanier Bell, #111173. Objection ddl is on or before 3/15/05. Attached to Order is record of Claim X-029. Signed by Special Master Richard M. Borchers on 2/4/05 (pap, ) (Entered: 02/18/2005) |
| 02/18/2005 | 805 | ORDER of Special Master for Dismissal w/o Prejudice as to claim 05-007 by Claimant Roger Dayhoff (deceased) and Donna Dayhoff as wife of Roger Dayhoff. Claims dismissed as claimant is now deceased and wife can not be contacted. Signed by Special Master Richard M. Borchers on 2/3/05. (pap, ) (Entered: 02/22/2005) |
| 02/22/2005 | 806 | GENERAL INFORMATIONAL ORDER #2 OF SPECIAL MASTERS; re: Time Limit for Filing of Claims under settlement agreement. All completed claim forms related to what occurred on or before 8/27/03 must be filed with the Office of the Special Masters on or before 4/14/05.. Signed by Special Masters Richard M. Borchers on 1/17/05. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 807 | LETTER/REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to send copies of the enclosed Request for Additional Discovery to the listed parties. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 808 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for for Additional Discovery for DOC Documents Previously Requested. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 809 | MOTION to Extend Time to File Additional Written Information by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 810 | ORDER, Dismissing w/o Prejudice, by Special Master dismissing Claim 05-007 by Claimant Donna Dayhoff as wife of Roger Dayhoff (Deceased) Attached to Order is record of claim 05-007. Signed by Special Master |

| | | |
|---|---|---|
| | | Elspas, #76604. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-194. Signed by Special Master Richard M. Borchers on 1/28/05 . (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 800 | ORDER by Special Master dismissing Claim 01-195 by Claimant Paul James Reed, #89000. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-195. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/07/2005 | 801 | ORDER by Special Master dismissing Claim 01-196 by Claimant Michael Studley, #121872. Objection ddl is on or before 3/15/05. Attached to Order is record of claim 01-196. Signed by Special Master Richard M. Borchers on 1/28/05. (pap, ) (Entered: 02/10/2005) |
| 02/14/2005 | 802 | ORDER granting 791 Special Master's Fifth Motion for payment of fees and costs in the amount of $7,569.25. Signed by Judge John L. Kane on 2/14/05. (pap, ) (Entered: 02/16/2005) |
| 02/16/2005 | 803 | MOTION to Alter or Amend 775 Order purs to FRCP 59(e) or in the alternative FRCP 60(b) by Lawrence William Fitzgerald, re: 784 Order on Motion for Order, 782 Letter. (pap, ) (Entered: 02/18/2005) |
| 02/16/2005 | 804 | ORDER by Special Master dismissing Claim X-029 by Claimant Lanier Bell, #111173. Objection ddl is on or before 3/15/05. Attached to Order is record of Claim X-029. Signed by Special Master Richard M. Borchers on 2/4/05 (pap, ) (Entered: 02/18/2005) |
| 02/18/2005 | 805 | ORDER of Special Master for Dismissal w/o Prejudice as to claim 05-007 by Claimant Roger Dayhoff (deceased) and Donna Dayhoff as wife of Roger Dayhoff. Claims dismissed as claimant is now deceased and wife can not be contacted. Signed by Special Master Richard M. Borchers on 2/3/05. (pap, ) (Entered: 02/22/2005) |
| 02/22/2005 | 806 | GENERAL INFORMATIONAL ORDER #2 OF SPECIAL MASTERS; re: Time Limit for Filing of Claims under settlement agreement. All completed claim forms related to what occurred on or before 8/27/03 must be filed with the Office of the Special Masters on or before 4/14/05.. Signed by Special Masters Richard M. Borchers on 1/17/05. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 807 | LETTER/REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to send copies of the enclosed Request for Additional Discovery to the listed parties. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 808 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for for Additional Discovery for DOC Documents Previously Requested. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 809 | MOTION to Extend Time to File Additional Written Information by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 02/23/2005) |
| 02/22/2005 | 810 | ORDER, Dismissing w/o Prejudice, by Special Master dismissing Claim 05-007 by Claimant Donna Dayhoff as wife of Roger Dayhoff (Deceased) Attached to Order is record of claim 05-007. Signed by Special Master |

| | | |
|---|---|---|
| | | Richard M. Borchers on 2/3/05(pap, ) (Entered: 02/23/2005) |
| 02/23/2005 | 811 | MOTION directed to Judge Kane to Clarify Discovery Costs by Plaintiff Class Counsel (pap, ) (Entered: 02/24/2005) |
| 02/25/2005 | 812 | ADDITIONAL INFORMATION (SUPPLEMENT) to Claim Number 03-037 by James Martinez purs to Order by Special Master. (pap, ) (Entered: 02/28/2005) |
| 02/28/2005 | 813 | SUPPLEMENTAL FORM for Claimants who have impairments due to Diabetes by Claimant James B. Dukes Garnes #88322, claim number 02-792. (pap, ) (Entered: 03/01/2005) |
| 03/01/2005 | 814 | MINUTE ORDER; Dfts shall respond on or before 3/11/05 re: 811 MOTION to Clarify . Entered by Judge John L. Kane on 3/1/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 815 | ORDER by Special Master dismissing Claim X-001 by Claimant Tracy Bell. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-001. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 816 | ORDER by Special Master dismissing Claim X-005 by Claimant Angelo Medina, #64505. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-005. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 817 | ORDER by Special Master dismissing Claim X-008 by Claimant Wayne M. Castro, #123233. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-008. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 818 | ORDER by Special Master dismissing Claim X-009 by Claimant Larry Castro, 103368. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-009. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 819 | ORDER by Special Master dismissing Claim X-010 by Claimant Kevin Michael McGovern, #121666. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-010. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 820 | ORDER by Special Master dismissing Claim X-011 by Claimant Robert Padilla, #110823. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-011. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 821 | ORDER by Special Master dismissing Claim X-022 by Claimant Anthony E. McAfee, Sr., #44338. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-022. Signed by Special Master Richard M. Borchers on 2/25/05.(pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 822 | ORDER by Special Master dismissing without prejudice Claim 02-703 by Claimant William Pipkin (deceased). Attached to Order is record of claim |

| | | Richard M. Borchers on 2/3/05(pap, ) (Entered: 02/23/2005) |
|---|---|---|
| 02/23/2005 | 811 | MOTION directed to Judge Kane to Clarify Discovery Costs by Plaintiff Class Counsel (pap, ) (Entered: 02/24/2005) |
| 02/25/2005 | 812 | ADDITIONAL INFORMATION (SUPPLEMENT) to Claim Number 03-037 by James Martinez purs to Order by Special Master. (pap, ) (Entered: 02/28/2005) |
| 02/28/2005 | 813 | SUPPLEMENTAL FORM for Claimants who have impairments due to Diabetes by Claimant James B. Dukes Garnes #88322, claim number 02-792. (pap, ) (Entered: 03/01/2005) |
| 03/01/2005 | 814 | MINUTE ORDER; Dfts shall respond on or before 3/11/05 re: 811 MOTION to Clarify . Entered by Judge John L. Kane on 3/1/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 815 | ORDER by Special Master dismissing Claim X-001 by Claimant Tracy Bell. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-001. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 816 | ORDER by Special Master dismissing Claim X-005 by Claimant Angelo Medina, #64505. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-005. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 817 | ORDER by Special Master dismissing Claim X-008 by Claimant Wayne M. Castro, #123233. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-008. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 818 | ORDER by Special Master dismissing Claim X-009 by Claimant Larry Castro, 103368. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-009. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 819 | ORDER by Special Master dismissing Claim X-010 by Claimant Kevin Michael McGovern, #121666. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-010. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 820 | ORDER by Special Master dismissing Claim X-011 by Claimant Robert Padilla, #110823. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-011. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 821 | ORDER by Special Master dismissing Claim X-022 by Claimant Anthony E. McAfee, Sr., #44338. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-022. Signed by Special Master Richard M. Borchers on 2/25/05.(pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 822 | ORDER by Special Master dismissing without prejudice Claim 02-703 by Claimant William Pipkin (deceased). Attached to Order is record of claim |

| | | Richard M. Borchers on 2/3/05(pap, ) (Entered: 02/23/2005) |
|---|---|---|
| 02/23/2005 | 811 | MOTION directed to Judge Kane to Clarify Discovery Costs by Plaintiff Class Counsel (pap, ) (Entered: 02/24/2005) |
| 02/25/2005 | 812 | ADDITIONAL INFORMATION (SUPPLEMENT) to Claim Number 03-037 by James Martinez purs to Order by Special Master. (pap, ) (Entered: 02/28/2005) |
| 02/28/2005 | 813 | SUPPLEMENTAL FORM for Claimants who have impairments due to Diabetes by Claimant James B. Dukes Garnes #88322, claim number 02-792. (pap, ) (Entered: 03/01/2005) |
| 03/01/2005 | 814 | MINUTE ORDER; Dfts shall respond on or before 3/11/05 re: 811 MOTION to Clarify . Entered by Judge John L. Kane on 3/1/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 815 | ORDER by Special Master dismissing Claim X-001 by Claimant Tracy Bell. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-001. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 816 | ORDER by Special Master dismissing Claim X-005 by Claimant Angelo Medina, #64505. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-005. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 817 | ORDER by Special Master dismissing Claim X-008 by Claimant Wayne M. Castro, #123233. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-008. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 818 | ORDER by Special Master dismissing Claim X-009 by Claimant Larry Castro, 103368. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-009. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 819 | ORDER by Special Master dismissing Claim X-010 by Claimant Kevin Michael McGovern, #121666. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-010. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 820 | ORDER by Special Master dismissing Claim X-011 by Claimant Robert Padilla, #110823. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-011. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 821 | ORDER by Special Master dismissing Claim X-022 by Claimant Anthony E. McAfee, Sr., #44338. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-022. Signed by Special Master Richard M. Borchers on 2/25/05.(pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 822 | ORDER by Special Master dismissing without prejudice Claim 02-703 by Claimant William Pipkin (deceased). Attached to Order is record of claim |

| | | Richard M. Borchers on 2/3/05(pap, ) (Entered: 02/23/2005) |
|---|---|---|
| 02/23/2005 | 811 | MOTION directed to Judge Kane to Clarify Discovery Costs by Plaintiff Class Counsel (pap, ) (Entered: 02/24/2005) |
| 02/25/2005 | 812 | ADDITIONAL INFORMATION (SUPPLEMENT) to Claim Number 03-037 by James Martinez purs to Order by Special Master. (pap, ) (Entered: 02/28/2005) |
| 02/28/2005 | 813 | SUPPLEMENTAL FORM for Claimants who have impairments due to Diabetes by Claimant James B. Dukes Garnes #88322, claim number 02-792. (pap, ) (Entered: 03/01/2005) |
| 03/01/2005 | 814 | MINUTE ORDER; Dfts shall respond on or before 3/11/05 re: 811 MOTION to Clarify . Entered by Judge John L. Kane on 3/1/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 815 | ORDER by Special Master dismissing Claim X-001 by Claimant Tracy Bell. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-001. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 816 | ORDER by Special Master dismissing Claim X-005 by Claimant Angelo Medina, #64505. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-005. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 817 | ORDER by Special Master dismissing Claim X-008 by Claimant Wayne M. Castro, #123233. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-008. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 818 | ORDER by Special Master dismissing Claim X-009 by Claimant Larry Castro, 103368. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-009. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 819 | ORDER by Special Master dismissing Claim X-010 by Claimant Kevin Michael McGovern, #121666. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-010. Signed by Special Master Richard M. Borchers on 2/25/05. (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 820 | ORDER by Special Master dismissing Claim X-011 by Claimant Robert Padilla, #110823. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-011. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 821 | ORDER by Special Master dismissing Claim X-022 by Claimant Anthony E. McAfee, Sr., #44338. Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-022. Signed by Special Master Richard M. Borchers on 2/25/05.(pap, ) (Entered: 03/02/2005) |
| 03/01/2005 | 822 | ORDER by Special Master dismissing without prejudice Claim 02-703 by Claimant William Pipkin (deceased). Attached to Order is record of claim |

| | | 02-703. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
|---|---|---|
| 03/02/2005 | 823 | RESPONSE TO ORDER TO SHOW CAUSE by Larry L. Ford re: Claim X-061. Actually titled Motion to Respond to Court's Order to Show Cause (pap, ) (Entered: 03/03/2005) |
| 03/04/2005 | 824 | ORDER by Special Master dismissing without prejudice Claim 03-031 by Claimant Kenneth Brown, #88118. Attached to Order is record of claim 03-031. Signed by Special Master Richard M. Borchers on 2/28/05(pap2, ) (Entered: 03/07/2005) |
| 03/04/2005 | 825 | ORDER by Special Master dismissing Claim X-048 by Claimant Calvin Marks, #81304. Objection ddl is on or before 4/15/05. Attached to Order is record of claim X-048. Signed by Special Master Richard M. Borchers on 3/1/05.(pap2, ) (Entered: 03/07/2005) |
| 03/07/2005 | 826 | MOTION to For Discovery Pursuant to November 23, 2004 Order, MOTION to Be Reclassified to a Higher Category, and MOTION to Appoint Counsel by David Ward. (pap, ) (Entered: 03/08/2005) |
| 03/08/2005 | 827 | ORDER by Special Master dismissing Claim 03-010 by Claimant Shaun Thomas, #114507. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 03-010. Signed by Special Master Richard M. Borchers on 3/3/05. (pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 828 | ORDER by Special Master dismissing Claim X-061 by Claimant Larry L. Ford, #56912 Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-061. Signed by Special Master Richard M. Borchers on 3/4/05.(pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 829 | LETTER/MOTION for Order "cease and desist" immediately prohibiting Sterling Facility (DOC) from using a form of intimidation to rid its system of personal eye-ware. (pap, ) (Entered: 03/09/2005) |
| 03/11/2005 | 830 | UNCONTESTED MOTION for Extension of Time to File Response as to 811 Plas' MOTION Directed to Judge Kane for Clarification re: Discovery Costs up to and including 3/21/05 by Defendants. (pap, ) (Entered: 03/14/2005) |
| 03/15/2005 | 831 | Letter request status of objection re 749 Order, by James G.J. Chenevert claim # 01-146. (pap, ) (Entered: 03/16/2005) |
| 03/16/2005 | 832 | FINAL ORDER by Special Master dismissing Claim 01-058 by Claimant Yvonne Gonzales #60339. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 01-058. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 833 | ORDER by Special Master dismissing Claim 03-001 by Claimant James J. Barrett, #91118. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-001. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 834 | ORDER by Special Master dismissing Claim 02-536 by Claimant Bruce |

| | | |
|---|---|---|
| | | 02-703. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/02/2005 | 823 | RESPONSE TO ORDER TO SHOW CAUSE by Larry L. Ford re: Claim X-061. Actually titled Motion to Respond to Court's Order to Show Cause (pap, ) (Entered: 03/03/2005) |
| 03/04/2005 | 824 | ORDER by Special Master dismissing without prejudice Claim 03-031 by Claimant Kenneth Brown, #88118. Attached to Order is record of claim 03-031. Signed by Special Master Richard M. Borchers on 2/28/05(pap2, ) (Entered: 03/07/2005) |
| 03/04/2005 | 825 | ORDER by Special Master dismissing Claim X-048 by Claimant Calvin Marks, #81304. Objection ddl is on or before 4/15/05. Attached to Order is record of claim X-048. Signed by Special Master Richard M. Borchers on 3/1/05.(pap2, ) (Entered: 03/07/2005) |
| 03/07/2005 | 826 | MOTION to For Discovery Pursuant to November 23, 2004 Order, MOTION to Be Reclassified to a Higher Category, and MOTION to Appoint Counsel by David Ward. (pap, ) (Entered: 03/08/2005) |
| 03/08/2005 | 827 | ORDER by Special Master dismissing Claim 03-010 by Claimant Shaun Thomas, #114507. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 03-010. Signed by Special Master Richard M. Borchers on 3/3/05. (pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 828 | ORDER by Special Master dismissing Claim X-061 by Claimant Larry L. Ford, #56912 Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-061. Signed by Special Master Richard M. Borchers on 3/4/05.(pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 829 | LETTER/MOTION for Order "cease and desist" immediately prohibiting Sterling Facility (DOC) from using a form of intimidation to rid its system of personal eye-ware. (pap, ) (Entered: 03/09/2005) |
| 03/11/2005 | 830 | UNCONTESTED MOTION for Extension of Time to File Response as to 811 Plas' MOTION Directed to Judge Kane for Clarification re: Discovery Costs up to and including 3/21/05 by Defendants. (pap, ) (Entered: 03/14/2005) |
| 03/15/2005 | 831 | Letter request status of objection re 749 Order, by James G.J. Chenevert claim # 01-146. (pap, ) (Entered: 03/16/2005) |
| 03/16/2005 | 832 | FINAL ORDER by Special Master dismissing Claim 01-058 by Claimant Yvonne Gonzales #60339. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 01-058. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 833 | ORDER by Special Master dismissing Claim 03-001 by Claimant James J. Barrett, #91118. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-001. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 834 | ORDER by Special Master dismissing Claim 02-536 by Claimant Bruce |

| | | |
|---|---|---|
| | | 02-703. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
| 03/02/2005 | 823 | RESPONSE TO ORDER TO SHOW CAUSE by Larry L. Ford re: Claim X-061. Actually titled Motion to Respond to Court's Order to Show Cause (pap, ) (Entered: 03/03/2005) |
| 03/04/2005 | 824 | ORDER by Special Master dismissing without prejudice Claim 03-031 by Claimant Kenneth Brown, #88118. Attached to Order is record of claim 03-031. Signed by Special Master Richard M. Borchers on 2/28/05(pap2, ) (Entered: 03/07/2005) |
| 03/04/2005 | 825 | ORDER by Special Master dismissing Claim X-048 by Claimant Calvin Marks, #81304. Objection ddl is on or before 4/15/05. Attached to Order is record of claim X-048. Signed by Special Master Richard M. Borchers on 3/1/05.(pap2, ) (Entered: 03/07/2005) |
| 03/07/2005 | 826 | MOTION to For Discovery Pursuant to November 23, 2004 Order, MOTION to Be Reclassified to a Higher Category, and MOTION to Appoint Counsel by David Ward. (pap, ) (Entered: 03/08/2005) |
| 03/08/2005 | 827 | ORDER by Special Master dismissing Claim 03-010 by Claimant Shaun Thomas, #114507. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 03-010. Signed by Special Master Richard M. Borchers on 3/3/05. (pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 828 | ORDER by Special Master dismissing Claim X-061 by Claimant Larry L. Ford, #56912 Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-061. Signed by Special Master Richard M. Borchers on 3/4/05.(pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 829 | LETTER/MOTION for Order "cease and desist" immediately prohibiting Sterling Facility (DOC) from using a form of intimidation to rid its system of personal eye-ware. (pap, ) (Entered: 03/09/2005) |
| 03/11/2005 | 830 | UNCONTESTED MOTION for Extension of Time to File Response as to 811 Plas' MOTION Directed to Judge Kane for Clarification re: Discovery Costs up to and including 3/21/05 by Defendants. (pap, ) (Entered: 03/14/2005) |
| 03/15/2005 | 831 | Letter request status of objection re 749 Order, by James G.J. Chenevert claim # 01-146. (pap, ) (Entered: 03/16/2005) |
| 03/16/2005 | 832 | FINAL ORDER by Special Master dismissing Claim 01-058 by Claimant Yvonne Gonzales #60339. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 01-058. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 833 | ORDER by Special Master dismissing Claim 03-001 by Claimant James J. Barrett, #91118. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-001. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 834 | ORDER by Special Master dismissing Claim 02-536 by Claimant Bruce |

| | | 02-703. Signed by Special Master Richard M. Borchers on 2/25/05 (pap, ) (Entered: 03/02/2005) |
|---|---|---|
| 03/02/2005 | 823 | RESPONSE TO ORDER TO SHOW CAUSE by Larry L. Ford re: Claim X-061. Actually titled Motion to Respond to Court's Order to Show Cause (pap, ) (Entered: 03/03/2005) |
| 03/04/2005 | 824 | ORDER by Special Master dismissing without prejudice Claim 03-031 by Claimant Kenneth Brown, #88118. Attached to Order is record of claim 03-031. Signed by Special Master Richard M. Borchers on 2/28/05(pap2, ) (Entered: 03/07/2005) |
| 03/04/2005 | 825 | ORDER by Special Master dismissing Claim X-048 by Claimant Calvin Marks, #81304. Objection ddl is on or before 4/15/05. Attached to Order is record of claim X-048. Signed by Special Master Richard M. Borchers on 3/1/05.(pap2, ) (Entered: 03/07/2005) |
| 03/07/2005 | 826 | MOTION to For Discovery Pursuant to November 23, 2004 Order, MOTION to Be Reclassified to a Higher Category, and MOTION to Appoint Counsel by David Ward. (pap, ) (Entered: 03/08/2005) |
| 03/08/2005 | 827 | ORDER by Special Master dismissing Claim 03-010 by Claimant Shaun Thomas, #114507. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 03-010. Signed by Special Master Richard M. Borchers on 3/3/05. (pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 828 | ORDER by Special Master dismissing Claim X-061 by Claimant Larry L. Ford, #56912 Objection ddl is on or before 4/1/05. Attached to Order is record of claim X-061. Signed by Special Master Richard M. Borchers on 3/4/05.(pap, ) (Entered: 03/09/2005) |
| 03/08/2005 | 829 | LETTER/MOTION for Order "cease and desist" immediately prohibiting Sterling Facility (DOC) from using a form of intimidation to rid its system of personal eye-ware. (pap, ) (Entered: 03/09/2005) |
| 03/11/2005 | 830 | UNCONTESTED MOTION for Extension of Time to File Response as to 811 Plas' MOTION Directed to Judge Kane for Clarification re: Discovery Costs up to and including 3/21/05 by Defendants. (pap, ) (Entered: 03/14/2005) |
| 03/15/2005 | 831 | Letter request status of objection re 749 Order, by James G.J. Chenevert claim # 01-146. (pap, ) (Entered: 03/16/2005) |
| 03/16/2005 | 832 | FINAL ORDER by Special Master dismissing Claim 01-058 by Claimant Yvonne Gonzales #60339. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 01-058. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 833 | ORDER by Special Master dismissing Claim 03-001 by Claimant James J. Barrett, #91118. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-001. Signed by Special Master Richard M. Borchers on 3/10/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 834 | ORDER by Special Master dismissing Claim 02-536 by Claimant Bruce |

| | | |
|---|---|---|
| | | Marino, #117578. Claimant's Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-536. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 835 | ORDER by Special Master dismissing Claim 02-701 by Claimant Julie Lynn Ponder. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-701. Signed by Special Master Richard M. Borchers on 3/7/05 . (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 836 | ORDER by Special Master dismissing Claim X-024 by Claimant Susan McWhirter, #81292. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-024. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 837 | ORDER by Special Master dismissing Claim X-025 by Claimant Kristen Petersen, #113642. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-025. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 838 | ORDER by Special Master dismissing Claim X-026 by Claimant Ruth Ingraham, #122970. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-026. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 839 | ORDER by Special Master dismissing Claim X-034 by Claimant Albert Rolan, #122972. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-034. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 840 | ORDER by Special Master dismissing Claim X-036 by Claimant Tonya Heron, #118673. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-036. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 841 | ORDER by Special Master dismissing Claim X-038 by Claimant Michelle Y. Martinez Rivadeneira, #62967. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-038. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 842 | ORDER by Special Master dismissing Claim X-043 by Claimant Jay Bailey, #103284. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-043. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 843 | ORDER by Special Master dismissing Claim X-049 by Claimant Jason Davies, #89495. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-049. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 844 | ORDER by Special Master dismissing Claim X-050 by Claimant Richard Lee Montoya, #118316. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-050. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| | | Marino, #117578. Claimant's Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-536. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 835 | ORDER by Special Master dismissing Claim 02-701 by Claimant Julie Lynn Ponder. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-701. Signed by Special Master Richard M. Borchers on 3/7/05 . (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 836 | ORDER by Special Master dismissing Claim X-024 by Claimant Susan McWhirter, #81292. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-024. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 837 | ORDER by Special Master dismissing Claim X-025 by Claimant Kristen Petersen, #113642. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-025. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 838 | ORDER by Special Master dismissing Claim X-026 by Claimant Ruth Ingraham, #122970. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-026. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 839 | ORDER by Special Master dismissing Claim X-034 by Claimant Albert Rolan, #122972. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-034. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 840 | ORDER by Special Master dismissing Claim X-036 by Claimant Tonya Heron, #118673. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-036. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 841 | ORDER by Special Master dismissing Claim X-038 by Claimant Michelle Y. Martinez Rivadeneira, #62967. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-038. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 842 | ORDER by Special Master dismissing Claim X-043 by Claimant Jay Bailey, #103284. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-043. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 843 | ORDER by Special Master dismissing Claim X-049 by Claimant Jason Davies, #89495. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-049. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 844 | ORDER by Special Master dismissing Claim X-050 by Claimant Richard Lee Montoya, #118316. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-050. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| | | |

| | | |
|---|---|---|
| | | Marino, #117578. Claimant's Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-536. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 835 | ORDER by Special Master dismissing Claim 02-701 by Claimant Julie Lynn Ponder. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-701. Signed by Special Master Richard M. Borchers on 3/7/05 . (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 836 | ORDER by Special Master dismissing Claim X-024 by Claimant Susan McWhirter, #81292. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-024. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 837 | ORDER by Special Master dismissing Claim X-025 by Claimant Kristen Petersen, #113642. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-025. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 838 | ORDER by Special Master dismissing Claim X-026 by Claimant Ruth Ingraham, #122970. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-026. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 839 | ORDER by Special Master dismissing Claim X-034 by Claimant Albert Rolan, #122972. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-034. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 840 | ORDER by Special Master dismissing Claim X-036 by Claimant Tonya Heron, #118673. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-036. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 841 | ORDER by Special Master dismissing Claim X-038 by Claimant Michelle Y. Martinez Rivadeneira, #62967. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-038. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 842 | ORDER by Special Master dismissing Claim X-043 by Claimant Jay Bailey, #103284. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-043. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 843 | ORDER by Special Master dismissing Claim X-049 by Claimant Jason Davies, #89495. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-049. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 844 | ORDER by Special Master dismissing Claim X-050 by Claimant Richard Lee Montoya, #118316. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-050. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |

| | | |
|---|---|---|
| | | Marino, #117578. Claimant's Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-536. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 835 | ORDER by Special Master dismissing Claim 02-701 by Claimant Julie Lynn Ponder. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-701. Signed by Special Master Richard M. Borchers on 3/7/05 . (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 836 | ORDER by Special Master dismissing Claim X-024 by Claimant Susan McWhirter, #81292. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-024. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 837 | ORDER by Special Master dismissing Claim X-025 by Claimant Kristen Petersen, #113642. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-025. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 838 | ORDER by Special Master dismissing Claim X-026 by Claimant Ruth Ingraham, #122970. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-026. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 839 | ORDER by Special Master dismissing Claim X-034 by Claimant Albert Rolan, #122972. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-034. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 840 | ORDER by Special Master dismissing Claim X-036 by Claimant Tonya Heron, #118673. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-036. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 841 | ORDER by Special Master dismissing Claim X-038 by Claimant Michelle Y. Martinez Rivadeneira, #62967. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-038. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 842 | ORDER by Special Master dismissing Claim X-043 by Claimant Jay Bailey, #103284. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-043. Signed by Special Master Richard M. Borchers on 3/11/05.(pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 843 | ORDER by Special Master dismissing Claim X-049 by Claimant Jason Davies, #89495. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-049. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |
| 03/16/2005 | 844 | ORDER by Special Master dismissing Claim X-050 by Claimant Richard Lee Montoya, #118316. Objection ddl is on or before 4/22/05. Attached to Order is record of claim X-050. Signed by Special Master Richard M. Borchers on 3/11/05. (pap, ) (Entered: 03/18/2005) |

| 03/21/2005 | 845 | RESPONSE to 811 Plas' MOTION Directed to Judge Kane for Clarification Regarding Discovery Costs filed by Defendants. (pap, ) (Entered: 03/22/2005) |
|---|---|---|
| 03/21/2005 | 846 | Special Masters' Sixth Application for payment of fees and Costs . (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 847 | MINUTE ORDER granting 830 Uncontested Motion for Extension of Time to File Response re 811 MOTION to Clarify, Responses due by 3/21/2005. Entered by Judge John L. Kane on 3/21/05. (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 848 | LETTER/REQUEST by Interested Party James G.J. Chenevert for Status of Appealed Claim. (pap, ) (Entered: 03/23/2005) |
| 03/23/2005 | 849 | SPECIAL ORDER #1, The Special Masters will not consider any oral motion related to attorney visitation at DOC facilities. Written motions may be filed concerning visitation by Class Counsel with individual claimants. Appropriate orders will be entered to insure that individual claimants are given the opportunity to meet with counsel. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 03/25/2005) |
| 03/29/2005 | 850 | ORDER of Special Master dismissing Claim 03-068 by Claimant David Paul Workman, #47083. Objection ddl is on or before 5/08/05. Attached to Order is record of claim 03-068. Signed by Special Master Richard M. Borchers on 3/24/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 851 | ORDER of Special Master dismissing Claim 03-090 by Claimant Terry L. Shelton, #76318. Objection ddl is on or before 5/1/05. Attached to Order is record of claim 03-090. Signed by Special Master Richard M. Borchers on 3/22/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 852 | ORDER of Special Master dismissing Claim 02-118 by Claimant Adolfo Sanchez, #118788. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-118. Signed by Special Master Richard M. Borchers on3/7/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 853 | ORDER of Special Master dismissing Claim 02-139 by Claimant Marla Batdorf-Abling, #88057. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-139. Signed by Special Master Richard M. Borchers on3/8/05. (pap, ) (Entered: 03/30/2005) |
| 04/01/2005 | 854 | REQUEST by Defendants for Clarification as to the Status of Neely's Motion for Court's Order for Discovery Documents. (pap, ) (Entered: 04/04/2005) |
| 04/04/2005 | 855 | UNOPPOSED MOTION for Extension of Time to File Reply as to 811 MOTION to Clarify until on or before 4/15/05 by Plaintiffs.(pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 856 | MOTION to Appoint Counsel by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |

| 03/21/2005 | 845 | RESPONSE to 811 Plas' MOTION Directed to Judge Kane for Clarification Regarding Discovery Costs filed by Defendants. (pap, ) (Entered: 03/22/2005) |
| 03/21/2005 | 846 | Special Masters' Sixth Application for payment of fees and Costs . (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 847 | MINUTE ORDER granting 830 Uncontested Motion for Extension of Time to File Response re 811 MOTION to Clarify, Responses due by 3/21/2005. Entered by Judge John L. Kane on 3/21/05. (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 848 | LETTER/REQUEST by Interested Party James G.J. Chenevert for Status of Appealed Claim. (pap, ) (Entered: 03/23/2005) |
| 03/23/2005 | 849 | SPECIAL ORDER #1, The Special Masters will not consider any oral motion related to attorney visitation at DOC facilities. Written motions may be filed concerning visitation by Class Counsel with individual claimants. Appropriate orders will be entered to insure that individual claimants are given the opportunity to meet with counsel. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 03/25/2005) |
| 03/29/2005 | 850 | ORDER of Special Master dismissing Claim 03-068 by Claimant David Paul Workman, #47083. Objection ddl is on or before 5/08/05. Attached to Order is record of claim 03-068. Signed by Special Master Richard M. Borchers on 3/24/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 851 | ORDER of Special Master dismissing Claim 03-090 by Claimant Terry L. Shelton, #76318. Objection ddl is on or before 5/1/05. Attached to Order is record of claim 03-090. Signed by Special Master Richard M. Borchers on 3/22/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 852 | ORDER of Special Master dismissing Claim 02-118 by Claimant Adolfo Sanchez, #118788. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-118. Signed by Special Master Richard M. Borchers on3/7/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 853 | ORDER of Special Master dismissing Claim 02-139 by Claimant Marla Batdorf-Abling, #88057. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-139. Signed by Special Master Richard M. Borchers on3/8/05. (pap, ) (Entered: 03/30/2005) |
| 04/01/2005 | 854 | REQUEST by Defendants for Clarification as to the Status of Neely's Motion for Court's Order for Discovery Documents. (pap, ) (Entered: 04/04/2005) |
| 04/04/2005 | 855 | UNOPPOSED MOTION for Extension of Time to File Reply as to 811 MOTION to Clarify until on or before 4/15/05 by Plaintiffs.(pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 856 | MOTION to Appoint Counsel by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |

| 03/21/2005 | 845 | RESPONSE to 811 Plas' MOTION Directed to Judge Kane for Clarification Regarding Discovery Costs filed by Defendants. (pap, ) (Entered: 03/22/2005) |
|---|---|---|
| 03/21/2005 | 846 | Special Masters' Sixth Application for payment of fees and Costs . (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 847 | MINUTE ORDER granting 830 Uncontested Motion for Extension of Time to File Response re 811 MOTION to Clarify, Responses due by 3/21/2005. Entered by Judge John L. Kane on 3/21/05. (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 848 | LETTER/REQUEST by Interested Party James G.J. Chenevert for Status of Appealed Claim. (pap, ) (Entered: 03/23/2005) |
| 03/23/2005 | 849 | SPECIAL ORDER #1, The Special Masters will not consider any oral motion related to attorney visitation at DOC facilities. Written motions may be filed concerning visitation by Class Counsel with individual claimants. Appropriate orders will be entered to insure that individual claimants are given the opportunity to meet with counsel. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 03/25/2005) |
| 03/29/2005 | 850 | ORDER of Special Master dismissing Claim 03-068 by Claimant David Paul Workman, #47083. Objection ddl is on or before 5/08/05. Attached to Order is record of claim 03-068. Signed by Special Master Richard M. Borchers on 3/24/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 851 | ORDER of Special Master dismissing Claim 03-090 by Claimant Terry L. Shelton, #76318. Objection ddl is on or before 5/1/05. Attached to Order is record of claim 03-090. Signed by Special Master Richard M. Borchers on 3/22/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 852 | ORDER of Special Master dismissing Claim 02-118 by Claimant Adolfo Sanchez, #118788. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-118. Signed by Special Master Richard M. Borchers on3/7/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 853 | ORDER of Special Master dismissing Claim 02-139 by Claimant Marla Batdorf-Abling, #88057. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-139. Signed by Special Master Richard M. Borchers on3/8/05. (pap, ) (Entered: 03/30/2005) |
| 04/01/2005 | 854 | REQUEST by Defendants for Clarification as to the Status of Neely's Motion for Court's Order for Discovery Documents. (pap, ) (Entered: 04/04/2005) |
| 04/04/2005 | 855 | UNOPPOSED MOTION for Extension of Time to File Reply as to 811 MOTION to Clarify until on or before 4/15/05 by Plaintiffs.(pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 856 | MOTION to Appoint Counsel by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |

| 03/21/2005 | 845 | RESPONSE to 811 Plas' MOTION Directed to Judge Kane for Clarification Regarding Discovery Costs filed by Defendants. (pap, ) (Entered: 03/22/2005) |
| 03/21/2005 | 846 | Special Masters' Sixth Application for payment of fees and Costs . (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 847 | MINUTE ORDER granting 830 Uncontested Motion for Extension of Time to File Response re 811 MOTION to Clarify, Responses due by 3/21/2005. Entered by Judge John L. Kane on 3/21/05. (pap, ) (Entered: 03/23/2005) |
| 03/21/2005 | 848 | LETTER/REQUEST by Interested Party James G.J. Chenevert for Status of Appealed Claim. (pap, ) (Entered: 03/23/2005) |
| 03/23/2005 | 849 | SPECIAL ORDER #1, The Special Masters will not consider any oral motion related to attorney visitation at DOC facilities. Written motions may be filed concerning visitation by Class Counsel with individual claimants. Appropriate orders will be entered to insure that individual claimants are given the opportunity to meet with counsel. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 03/25/2005) |
| 03/29/2005 | 850 | ORDER of Special Master dismissing Claim 03-068 by Claimant David Paul Workman, #47083. Objection ddl is on or before 5/08/05. Attached to Order is record of claim 03-068. Signed by Special Master Richard M. Borchers on 3/24/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 851 | ORDER of Special Master dismissing Claim 03-090 by Claimant Terry L. Shelton, #76318. Objection ddl is on or before 5/1/05. Attached to Order is record of claim 03-090. Signed by Special Master Richard M. Borchers on 3/22/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 852 | ORDER of Special Master dismissing Claim 02-118 by Claimant Adolfo Sanchez, #118788. Objection ddl is on or before 4/15/05. Attached to Order is record of claim 02-118. Signed by Special Master Richard M. Borchers on3/7/05. (pap, ) (Entered: 03/30/2005) |
| 03/29/2005 | 853 | ORDER of Special Master dismissing Claim 02-139 by Claimant Marla Batdorf-Abling, #88057. Objection ddl is on or before 4/22/05. Attached to Order is record of claim 02-139. Signed by Special Master Richard M. Borchers on3/8/05. (pap, ) (Entered: 03/30/2005) |
| 04/01/2005 | 854 | REQUEST by Defendants for Clarification as to the Status of Neely's Motion for Court's Order for Discovery Documents. (pap, ) (Entered: 04/04/2005) |
| 04/04/2005 | 855 | UNOPPOSED MOTION for Extension of Time to File Reply as to 811 MOTION to Clarify until on or before 4/15/05 by Plaintiffs.(pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 856 | MOTION to Appoint Counsel by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |

| 04/04/2005 | 857 | MOTION For 120 Day Extension of Time to present a complete claim by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
|---|---|---|
| 04/04/2005 | 858 | REQUEST (MOTION) for Order to issue Subpoena for documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/07/2005 | 859 | ORDER of Special Master denying Request for Separate Lawsuit by Claimant Ursula Brown #118360, Claim X-066. Attached to order is record of claim X-066 and Request. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 04/11/2005) |
| 04/11/2005 | 860 | REQUEST (MOTION) for Order for Subpoena for Documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/11/2005 | 861 | REQUEST (MOTION) to Amend 860 MOTION for Order for Subpoena for Documents in Discovery and to correct printing errors by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/13/2005 | 862 | REQUEST (MOTION) to Appoint Counsel by Jim Riley, Claimant 02-410. (pap, ) (Entered: 04/14/2005) |
| 04/14/2005 | 863 | ORDER granting 846 Special Masters' Sixth Application for Payment of Fees and Costs. Costs and Fees are approved in the amount of $12,222.50 and the State of Colorado shall pay the amount ordered to Legal Resolution Center . Signed by Judge John L. Kane on 4/14/05. (pap2, ) (Entered: 04/15/2005) |
| 04/15/2005 | 864 | REPLY on 811 MOTION for Clarification Regarding Discovery Costs from Judge Kane filed by Plaintiff Class.(pap2, ) (Entered: 04/18/2005) |
| 04/15/2005 | 865 | ORDER by Special Master dismissing Claim 01-183 by Claimant Benedicto Carrion, #90958. Objection ddl is on or before 5/16/05. Attached to Order is record of claim 01-183. Signed by Special Master Richard M. Borchers on4/7/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 866 | ORDER by Special Master dismissing Claim X-058 by Claimant Harold Simmons, #113586. Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-058. Signed by Special Master Richard M. Borchers on 3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 867 | ORDER by Special Master dismissing Claim X-055 by Claimant Michael Costa, #119435 Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-055. Signed by Special Master Richard M. Borchers on3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 868 | ORDER by Special Master dismissing Claim 03-035 by Claimant Frank S. Krause, #114981. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-035. Signed by Special Master Richard M. Borchers on 3/8/05. (pap, ) (Entered: 04/19/2005) |
| 04/19/2005 | 869 | REQUEST (MOTION) For Extension of Time in which to file with the Special Masters at the Legal Resolution Center for Colorado and |

| 04/04/2005 | 857 | MOTION For 120 Day Extension of Time to present a complete claim by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
|---|---|---|
| 04/04/2005 | 858 | REQUEST (MOTION) for Order to issue Subpoena for documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/07/2005 | 859 | ORDER of Special Master denying Request for Separate Lawsuit by Claimant Ursula Brown #118360, Claim X-066. Attached to order is record of claim X-066 and Request. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 04/11/2005) |
| 04/11/2005 | 860 | REQUEST (MOTION) for Order for Subpoena for Documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/11/2005 | 861 | REQUEST (MOTION) to Amend 860 MOTION for Order for Subpoena for Documents in Discovery and to correct printing errors by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/13/2005 | 862 | REQUEST (MOTION) to Appoint Counsel by Jim Riley, Claimant 02-410. (pap, ) (Entered: 04/14/2005) |
| 04/14/2005 | 863 | ORDER granting 846 Special Masters' Sixth Application for Payment of Fees and Costs. Costs and Fees are approved in the amount of $12,222.50 and the State of Colorado shall pay the amount ordered to Legal Resolution Center . Signed by Judge John L. Kane on 4/14/05. (pap2, ) (Entered: 04/15/2005) |
| 04/15/2005 | 864 | REPLY on 811 MOTION for Clarification Regarding Discovery Costs from Judge Kane filed by Plaintiff Class.(pap2, ) (Entered: 04/18/2005) |
| 04/15/2005 | 865 | ORDER by Special Master dismissing Claim 01-183 by Claimant Benedicto Carrion, #90958. Objection ddl is on or before 5/16/05. Attached to Order is record of claim 01-183. Signed by Special Master Richard M. Borchers on4/7/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 866 | ORDER by Special Master dismissing Claim X-058 by Claimant Harold Simmons, #113586. Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-058. Signed by Special Master Richard M. Borchers on 3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 867 | ORDER by Special Master dismissing Claim X-055 by Claimant Michael Costa, #119435 Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-055. Signed by Special Master Richard M. Borchers on3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 868 | ORDER by Special Master dismissing Claim 03-035 by Claimant Frank S. Krause, #114981. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-035. Signed by Special Master Richard M. Borchers on 3/8/05. (pap, ) (Entered: 04/19/2005) |
| 04/19/2005 | 869 | REQUEST (MOTION) For Extension of Time in which to file with the Special Masters at the Legal Resolution Center for Colorado and |

| 04/04/2005 | 857 | MOTION For 120 Day Extension of Time to present a complete claim by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 858 | REQUEST (MOTION) for Order to issue Subpoena for documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/07/2005 | 859 | ORDER of Special Master denying Request for Separate Lawsuit by Claimant Ursula Brown #118360, Claim X-066. Attached to order is record of claim X-066 and Request. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 04/11/2005) |
| 04/11/2005 | 860 | REQUEST (MOTION) for Order for Subpoena for Documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/11/2005 | 861 | REQUEST (MOTION) to Amend 860 MOTION for Order for Subpoena for Documents in Discovery and to correct printing errors by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/13/2005 | 862 | REQUEST (MOTION) to Appoint Counsel by Jim Riley, Claimant 02-410. (pap, ) (Entered: 04/14/2005) |
| 04/14/2005 | 863 | ORDER granting 846 Special Masters' Sixth Application for Payment of Fees and Costs. Costs and Fees are approved in the amount of $12,222.50 and the State of Colorado shall pay the amount ordered to Legal Resolution Center . Signed by Judge John L. Kane on 4/14/05. (pap2, ) (Entered: 04/15/2005) |
| 04/15/2005 | 864 | REPLY on 811 MOTION for Clarification Regarding Discovery Costs from Judge Kane filed by Plaintiff Class.(pap2, ) (Entered: 04/18/2005) |
| 04/15/2005 | 865 | ORDER by Special Master dismissing Claim 01-183 by Claimant Benedicto Carrion, #90958. Objection ddl is on or before 5/16/05. Attached to Order is record of claim 01-183. Signed by Special Master Richard M. Borchers on4/7/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 866 | ORDER by Special Master dismissing Claim X-058 by Claimant Harold Simmons, #113586. Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-058. Signed by Special Master Richard M. Borchers on 3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 867 | ORDER by Special Master dismissing Claim X-055 by Claimant Michael Costa, #119435 Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-055. Signed by Special Master Richard M. Borchers on3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 868 | ORDER by Special Master dismissing Claim 03-035 by Claimant Frank S. Krause, #114981. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-035. Signed by Special Master Richard M. Borchers on 3/8/05. (pap, ) (Entered: 04/19/2005) |
| 04/19/2005 | 869 | REQUEST (MOTION) For Extension of Time in which to file with the Special Masters at the Legal Resolution Center for Colorado and |

| 04/04/2005 | 857 | MOTION For 120 Day Extension of Time to present a complete claim by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/04/2005 | 858 | REQUEST (MOTION) for Order to issue Subpoena for documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/05/2005) |
| 04/07/2005 | 859 | ORDER of Special Master denying Request for Separate Lawsuit by Claimant Ursula Brown #118360, Claim X-066. Attached to order is record of claim X-066 and Request. Signed by Special Master Richard M. Borchers on 3/21/05. (pap, ) (Entered: 04/11/2005) |
| 04/11/2005 | 860 | REQUEST (MOTION) for Order for Subpoena for Documents in Discovery by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/11/2005 | 861 | REQUEST (MOTION) to Amend 860 MOTION for Order for Subpoena for Documents in Discovery and to correct printing errors by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 04/12/2005) |
| 04/13/2005 | 862 | REQUEST (MOTION) to Appoint Counsel by Jim Riley, Claimant 02-410. (pap, ) (Entered: 04/14/2005) |
| 04/14/2005 | 863 | ORDER granting 846 Special Masters' Sixth Application for Payment of Fees and Costs. Costs and Fees are approved in the amount of $12,222.50 and the State of Colorado shall pay the amount ordered to Legal Resolution Center . Signed by Judge John L. Kane on 4/14/05. (pap2, ) (Entered: 04/15/2005) |
| 04/15/2005 | 864 | REPLY on 811 MOTION for Clarification Regarding Discovery Costs from Judge Kane filed by Plaintiff Class.(pap2, ) (Entered: 04/18/2005) |
| 04/15/2005 | 865 | ORDER by Special Master dismissing Claim 01-183 by Claimant Benedicto Carrion, #90958. Objection ddl is on or before 5/16/05. Attached to Order is record of claim 01-183. Signed by Special Master Richard M. Borchers on4/7/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 866 | ORDER by Special Master dismissing Claim X-058 by Claimant Harold Simmons, #113586. Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-058. Signed by Special Master Richard M. Borchers on 3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 867 | ORDER by Special Master dismissing Claim X-055 by Claimant Michael Costa, #119435 Objection ddl is on or before 5/15/05. Attached to Order is record of claim X-055. Signed by Special Master Richard M. Borchers on3/31/05. (pap, ) (Entered: 04/19/2005) |
| 04/15/2005 | 868 | ORDER by Special Master dismissing Claim 03-035 by Claimant Frank S. Krause, #114981. Claimant's Objection ddl is on or before 4/22/05. Attached to Order is record of claim 03-035. Signed by Special Master Richard M. Borchers on 3/8/05. (pap, ) (Entered: 04/19/2005) |
| 04/19/2005 | 869 | REQUEST (MOTION) For Extension of Time in which to file with the Special Masters at the Legal Resolution Center for Colorado and |

| | | REQUEST (MOTION) for Order for Replacement of Supplemental Claim Forms filed by Interested Party George Charles Knorr. (pap, ) (Entered: 04/21/2005) |
|---|---|---|
| 04/22/2005 | 870 | ORDER of Dismissal of Special Master, dismissing Claim X-081 by Claimant Khalid Wahab, # 119489. Objection deadline is on or before 5/30/05. Attached to Order is record of Claim X-081. Signed by Special Master Richard M. Borchers on 4/14/05. (pap, ) (Entered: 04/26/2005) |
| 04/22/2005 | 871 | REPLY to Dfts' Response to Claimant's Motion for Discovery by Movant James Martinez. Actually titled Claimant's Rebuttal Motion to Dfts Response to claimant's motion for discovery.(pap, ) (Entered: 04/26/2005) |
| 04/26/2005 | 872 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 02-239 by Claimant Jacob Washington, #88682. Claim is dismissed without prejudice as Claimant has failed to provide a current mailing address. Signed by Special Master Richard M. Borchers on 4/21/05. (pap, ) (Entered: 04/28/2005) |
| 05/03/2005 | 873 | LETTER/REQUEST by Movant Lawrence William Fitzgerald for Status of Motion 803 filed 2/16/05. (pap, ) (Entered: 05/04/2005) |
| 05/03/2005 | 874 | MOTION to Compel Discovery of Medical Records by Interested Party William Destro. (pap, ) (Entered: 05/04/2005) |
| 05/04/2005 | 875 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 03-007 by Claimant Timothy Wayne Moses #107837. Claimant's Objection ddl is on or before 6/13/05. Attached to Order is record of claim 03-007. Signed by Special Master Richard M. Borchers on 4/29/05. (pap, ) (Entered: 05/05/2005) |
| 05/11/2005 | 876 | OBJECTION to Motion to Reschedule by L.R. Moore #47702. (pap, ) (Entered: 05/12/2005) |
| 05/16/2005 | 877 | MOTION to Dismiss Claimant Adolfo Sanchez' Claim 02-118 by Defendants.(pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 878 | ORDER of Special Master denying 877 Dfts' Motion to Dismiss Claim of Adolfo Sanchez. The claim of Adolfo Sanchez was previously dismissed by Order 3/7/05. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 879 | ORDER re 857 Motion for Extension of Time and 869 Motion for Extension of Time. Responses to all Category I claims and all Category II claims from 02-001 through 02-400 is extended up to and including 10/7/05. Responses to claims number 02-401 to 02-600 is extended up to and including 1/16/06. Responses to claims numbered 02-601 on is extended up to and including 3/17/06 . Signed by Special Master Richard M. Borchers on 5/14/05. (pap, ) (Modified on 7/13/2005 to reopen Motions) (pap2, ). (Entered: 05/17/2005) |
| 05/16/2005 | 880 | OBJECTIONS to 870 Special Masters' Order dismissing Claim X-081 by Claimant Khalid Wahab. (pap, ) (Entered: 05/17/2005) |
| | | |

| | | REQUEST (MOTION) for Order for Replacement of Supplemental Claim Forms filed by Interested Party George Charles Knorr. (pap, ) (Entered: 04/21/2005) |
|---|---|---|
| 04/22/2005 | 870 | ORDER of Dismissal of Special Master, dismissing Claim X-081 by Claimant Khalid Wahab, # 119489. Objection deadline is on or before 5/30/05. Attached to Order is record of Claim X-081. Signed by Special Master Richard M. Borchers on 4/14/05. (pap, ) (Entered: 04/26/2005) |
| 04/22/2005 | 871 | REPLY to Dfts' Response to Claimant's Motion for Discovery by Movant James Martinez. Actually titled Claimant's Rebuttal Motion to Dfts Response to claimant's motion for discovery.(pap, ) (Entered: 04/26/2005) |
| 04/26/2005 | 872 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 02-239 by Claimant Jacob Washington, #88682. Claim is dismissed without prejudice as Claimant has failed to provide a current mailing address. Signed by Special Master Richard M. Borchers on 4/21/05. (pap, ) (Entered: 04/28/2005) |
| 05/03/2005 | 873 | LETTER/REQUEST by Movant Lawrence William Fitzgerald for Status of Motion 803 filed 2/16/05. (pap, ) (Entered: 05/04/2005) |
| 05/03/2005 | 874 | MOTION to Compel Discovery of Medical Records by Interested Party William Destro. (pap, ) (Entered: 05/04/2005) |
| 05/04/2005 | 875 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 03-007 by Claimant Timothy Wayne Moses #107837. Claimant's Objection ddl is on or before 6/13/05. Attached to Order is record of claim 03-007. Signed by Special Master Richard M. Borchers on 4/29/05. (pap, ) (Entered: 05/05/2005) |
| 05/11/2005 | 876 | OBJECTION to Motion to Reschedule by L.R. Moore #47702. (pap, ) (Entered: 05/12/2005) |
| 05/16/2005 | 877 | MOTION to Dismiss Claimant Adolfo Sanchez' Claim 02-118 by Defendants.(pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 878 | ORDER of Special Master denying 877 Dfts' Motion to Dismiss Claim of Adolfo Sanchez. The claim of Adolfo Sanchez was previously dismissed by Order 3/7/05. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 879 | ORDER re 857 Motion for Extension of Time and 869 Motion for Extension of Time. Responses to all Category I claims and all Category II claims from 02-001 through 02-400 is extended up to and including 10/7/05. Responses to claims number 02-401 to 02-600 is extended up to and including 1/16/06. Responses to claims numbered 02-601 on is extended up to and including 3/17/06 . Signed by Special Master Richard M. Borchers on 5/14/05. (pap, ) (Modified on 7/13/2005 to reopen Motions) (pap2, ). (Entered: 05/17/2005) |
| 05/16/2005 | 880 | OBJECTIONS to 870 Special Masters' Order dismissing Claim X-081 by Claimant Khalid Wahab. (pap, ) (Entered: 05/17/2005) |
| | | |

| | | REQUEST (MOTION) for Order for Replacement of Supplemental Claim Forms filed by Interested Party George Charles Knorr. (pap, ) (Entered: 04/21/2005) |
|---|---|---|
| 04/22/2005 | 870 | ORDER of Dismissal of Special Master, dismissing Claim X-081 by Claimant Khalid Wahab, # 119489. Objection deadline is on or before 5/30/05. Attached to Order is record of Claim X-081. Signed by Special Master Richard M. Borchers on 4/14/05. (pap, ) (Entered: 04/26/2005) |
| 04/22/2005 | 871 | REPLY to Dfts' Response to Claimant's Motion for Discovery by Movant James Martinez. Actually titled Claimant's Rebuttal Motion to Dfts Response to claimant's motion for discovery.(pap, ) (Entered: 04/26/2005) |
| 04/26/2005 | 872 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 02-239 by Claimant Jacob Washington, #88682. Claim is dismissed without prejudice as Claimant has failed to provide a current mailing address. Signed by Special Master Richard M. Borchers on 4/21/05. (pap, ) (Entered: 04/28/2005) |
| 05/03/2005 | 873 | LETTER/REQUEST by Movant Lawrence William Fitzgerald for Status of Motion 803 filed 2/16/05. (pap, ) (Entered: 05/04/2005) |
| 05/03/2005 | 874 | MOTION to Compel Discovery of Medical Records by Interested Party William Destro. (pap, ) (Entered: 05/04/2005) |
| 05/04/2005 | 875 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 03-007 by Claimant Timothy Wayne Moses #107837. Claimant's Objection ddl is on or before 6/13/05. Attached to Order is record of claim 03-007. Signed by Special Master Richard M. Borchers on 4/29/05. (pap, ) (Entered: 05/05/2005) |
| 05/11/2005 | 876 | OBJECTION to Motion to Reschedule by L.R. Moore #47702. (pap, ) (Entered: 05/12/2005) |
| 05/16/2005 | 877 | MOTION to Dismiss Claimant Adolfo Sanchez' Claim 02-118 by Defendants.(pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 878 | ORDER of Special Master denying 877 Dfts' Motion to Dismiss Claim of Adolfo Sanchez. The claim of Adolfo Sanchez was previously dismissed by Order 3/7/05. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 879 | ORDER re 857 Motion for Extension of Time and 869 Motion for Extension of Time. Responses to all Category I claims and all Category II claims from 02-001 through 02-400 is extended up to and including 10/7/05. Responses to claims number 02-401 to 02-600 is extended up to and including 1/16/06. Responses to claims numbered 02-601 on is extended up to and including 3/17/06 . Signed by Special Master Richard M. Borchers on 5/14/05. (pap, ) (Modified on 7/13/2005 to reopen Motions) (pap2, ). (Entered: 05/17/2005) |
| 05/16/2005 | 880 | OBJECTIONS to 870 Special Masters' Order dismissing Claim X-081 by Claimant Khalid Wahab. (pap, ) (Entered: 05/17/2005) |
| | | |

| | | |
|---|---|---|
| | | REQUEST (MOTION) for Order for Replacement of Supplemental Claim Forms filed by Interested Party George Charles Knorr. (pap, ) (Entered: 04/21/2005) |
| 04/22/2005 | 870 | ORDER of Dismissal of Special Master, dismissing Claim X-081 by Claimant Khalid Wahab, # 119489. Objection deadline is on or before 5/30/05. Attached to Order is record of Claim X-081. Signed by Special Master Richard M. Borchers on 4/14/05. (pap, ) (Entered: 04/26/2005) |
| 04/22/2005 | 871 | REPLY to Dfts' Response to Claimant's Motion for Discovery by Movant James Martinez. Actually titled Claimant's Rebuttal Motion to Dfts Response to claimant's motion for discovery.(pap, ) (Entered: 04/26/2005) |
| 04/26/2005 | 872 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 02-239 by Claimant Jacob Washington, #88682. Claim is dismissed without prejudice as Claimant has failed to provide a current mailing address. Signed by Special Master Richard M. Borchers on 4/21/05. (pap, ) (Entered: 04/28/2005) |
| 05/03/2005 | 873 | LETTER/REQUEST by Movant Lawrence William Fitzgerald for Status of Motion 803 filed 2/16/05. (pap, ) (Entered: 05/04/2005) |
| 05/03/2005 | 874 | MOTION to Compel Discovery of Medical Records by Interested Party William Destro. (pap, ) (Entered: 05/04/2005) |
| 05/04/2005 | 875 | ORDER OF DISMISSAL OF SPECIAL MASTER, dismissing Claim 03-007 by Claimant Timothy Wayne Moses #107837. Claimant's Objection ddl is on or before 6/13/05. Attached to Order is record of claim 03-007. Signed by Special Master Richard M. Borchers on 4/29/05. (pap, ) (Entered: 05/05/2005) |
| 05/11/2005 | 876 | OBJECTION to Motion to Reschedule by L.R. Moore #47702. (pap, ) (Entered: 05/12/2005) |
| 05/16/2005 | 877 | MOTION to Dismiss Claimant Adolfo Sanchez' Claim 02-118 by Defendants.(pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 878 | ORDER of Special Master denying 877 Dfts' Motion to Dismiss Claim of Adolfo Sanchez. The claim of Adolfo Sanchez was previously dismissed by Order 3/7/05. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 05/17/2005) |
| 05/16/2005 | 879 | ORDER re 857 Motion for Extension of Time and 869 Motion for Extension of Time. Responses to all Category I claims and all Category II claims from 02-001 through 02-400 is extended up to and including 10/7/05. Responses to claims number 02-401 to 02-600 is extended up to and including 1/16/06. Responses to claims numbered 02-601 on is extended up to and including 3/17/06 . Signed by Special Master Richard M. Borchers on 5/14/05. (pap, ) (Modified on 7/13/2005 to reopen Motions) (pap2, ). (Entered: 05/17/2005) |
| 05/16/2005 | 880 | OBJECTIONS to 870 Special Masters' Order dismissing Claim X-081 by Claimant Khalid Wahab. (pap, ) (Entered: 05/17/2005) |
| | | |

| 05/16/2005 | 881 | ORDER of Special Master Rescheduling of Hearings. Dfts' Motion to reschedule is granted to the extent that the hearings scheduled for 7/25/05 in Denver will be reset on a date when other hearings are not being held at a different location. The Motion will be granted to reduce the number of hearings per day to four. The Dfts' Motion to Reschedule is denied as to all other aspects. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 05/17/2005) |
| --- | --- | --- |
| 05/17/2005 | 882 | OBJECTIONS directed to the Honorable Judge John Kane re: the Special Masters' Order relating to Prison Litigation Reform Act re: 745 Order by Defendants (pap, ) (Entered: 05/19/2005) |
| 05/20/2005 | 883 | PRISONER'S MOTION for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Jesse F. Montez. Request for Counsel. (pap, ) (Entered: 05/24/2005) |
| 05/20/2005 | 884 | Prisoner's MOTION for Appointment of Counsel by Claimant Jose-Luis Dole Claim Number 03-133. (pap, ) (Entered: 05/24/2005) |
| 05/26/2005 | 885 | LETTER to Judge Babcock from Interested Party Larry Darnell Sims re: medical conditions. (pap, ) (Entered: 05/27/2005) |
| 05/26/2005 | 886 | LETTER to the Clerk by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/26/2005 | 887 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Reconsideration of Courts Order and letter to Correct Deficiencies. (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 888 | Entry of Appearance by Joseph Jerome Fraser, III on behalf of Clarence Leonhardt (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 889 | Entry of Appearance by Patricia S. Bellac, Esq and MOTION for Leave to File Response to Dfts' Objection by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/31/2005 | 890 | REQUEST for Hearing Information by Claimant Howell F. Roberts. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 891 | FINAL ORDER Dismissing Claim 02-001 by Claimant Carl L. Ross. Claimant's Objection deadline is 7/19/05. Attached to Order is record of claim 02-001. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 892 | ORDER of Dismissal of Claim 02-100 by Claimant Todd R. Vester, #53059. Claimant's objection deadline is 7/5/05. Attached to Order is Record of Claim 02-100. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 893 | ORDER of Dismissal of Claim 02-168 by Claimant Roscoe A. Malone, #118835. Claimant's objection deadline is 7/5/05. Attached to Order is the record of Claim 02-168. Signed by Special Master Richard M. Borchers |

| 05/16/2005 | 881 | ORDER of Special Master Rescheduling of Hearings. Dfts' Motion to reschedule is granted to the extent that the hearings scheduled for 7/25/05 in Denver will be reset on a date when other hearings are not being held at a different location. The Motion will be granted to reduce the number of hearings per day to four. The Dfts' Motion to Reschedule is denied as to all other aspects. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 05/17/2005) |
|---|---|---|
| 05/17/2005 | 882 | OBJECTIONS directed to the Honorable Judge John Kane re: the Special Masters' Order relating to Prison Litigation Reform Act re: 745 Order by Defendants (pap, ) (Entered: 05/19/2005) |
| 05/20/2005 | 883 | PRISONER'S MOTION for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Jesse F. Montez. Request for Counsel. (pap, ) (Entered: 05/24/2005) |
| 05/20/2005 | 884 | Prisoner's MOTION for Appointment of Counsel by Claimant Jose-Luis Dole Claim Number 03-133. (pap, ) (Entered: 05/24/2005) |
| 05/26/2005 | 885 | LETTER to Judge Babcock from Interested Party Larry Darnell Sims re: medical conditions. (pap, ) (Entered: 05/27/2005) |
| 05/26/2005 | 886 | LETTER to the Clerk by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/26/2005 | 887 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Reconsideration of Courts Order and letter to Correct Deficiencies. (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 888 | Entry of Appearance by Joseph Jerome Fraser, III on behalf of Clarence Leonhardt (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 889 | Entry of Appearance by Patricia S. Bellac, Esq and MOTION for Leave to File Response to Dfts' Objection by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/31/2005 | 890 | REQUEST for Hearing Information by Claimant Howell F. Roberts. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 891 | FINAL ORDER Dismissing Claim 02-001 by Claimant Carl L. Ross. Claimant's Objection deadline is 7/19/05. Attached to Order is record of claim 02-001. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 892 | ORDER of Dismissal of Claim 02-100 by Claimant Todd R. Vester, #53059. Claimant's objection deadline is 7/5/05. Attached to Order is Record of Claim 02-100. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 893 | ORDER of Dismissal of Claim 02-168 by Claimant Roscoe A. Malone, #118835. Claimant's objection deadline is 7/5/05. Attached to Order is the record of Claim 02-168. Signed by Special Master Richard M. Borchers |

| 05/16/2005 | 881 | ORDER of Special Master Rescheduling of Hearings. Dfts' Motion to reschedule is granted to the extent that the hearings scheduled for 7/25/05 in Denver will be reset on a date when other hearings are not being held at a different location. The Motion will be granted to reduce the number of hearings per day to four. The Dfts' Motion to Reschedule is denied as to all other aspects. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 05/17/2005) |
| --- | --- | --- |
| 05/17/2005 | 882 | OBJECTIONS directed to the Honorable Judge John Kane re: the Special Masters' Order relating to Prison Litigation Reform Act re: 745 Order by Defendants (pap, ) (Entered: 05/19/2005) |
| 05/20/2005 | 883 | PRISONER'S MOTION for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Jesse F. Montez. Request for Counsel. (pap, ) (Entered: 05/24/2005) |
| 05/20/2005 | 884 | Prisoner's MOTION for Appointment of Counsel by Claimant Jose-Luis Dole Claim Number 03-133. (pap, ) (Entered: 05/24/2005) |
| 05/26/2005 | 885 | LETTER to Judge Babcock from Interested Party Larry Darnell Sims re: medical conditions. (pap, ) (Entered: 05/27/2005) |
| 05/26/2005 | 886 | LETTER to the Clerk by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/26/2005 | 887 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Reconsideration of Courts Order and letter to Correct Deficiencies. (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 888 | Entry of Appearance by Joseph Jerome Fraser, III on behalf of Clarence Leonhardt (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 889 | Entry of Appearance by Patricia S. Bellac, Esq and MOTION for Leave to File Response to Dfts' Objection by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/31/2005 | 890 | REQUEST for Hearing Information by Claimant Howell F. Roberts. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 891 | FINAL ORDER Dismissing Claim 02-001 by Claimant Carl L. Ross. Claimant's Objection deadline is 7/19/05. Attached to Order is record of claim 02-001. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 892 | ORDER of Dismissal of Claim 02-100 by Claimant Todd R. Vester, #53059. Claimant's objection deadline is 7/5/05. Attached to Order is Record of Claim 02-100. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 893 | ORDER of Dismissal of Claim 02-168 by Claimant Roscoe A. Malone, #118835. Claimant's objection deadline is 7/5/05. Attached to Order is the record of Claim 02-168. Signed by Special Master Richard M. Borchers |

| 05/16/2005 | 881 | ORDER of Special Master Rescheduling of Hearings. Dfts' Motion to reschedule is granted to the extent that the hearings scheduled for 7/25/05 in Denver will be reset on a date when other hearings are not being held at a different location. The Motion will be granted to reduce the number of hearings per day to four. The Dfts' Motion to Reschedule is denied as to all other aspects. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 05/17/2005) |
| --- | --- | --- |
| 05/17/2005 | 882 | OBJECTIONS directed to the Honorable Judge John Kane re: the Special Masters' Order relating to Prison Litigation Reform Act re: 745 Order by Defendants (pap, ) (Entered: 05/19/2005) |
| 05/20/2005 | 883 | PRISONER'S MOTION for Leave to Proceed Under 28 U.S.C. 1915 by Plaintiff Jesse F. Montez. Request for Counsel. (pap, ) (Entered: 05/24/2005) |
| 05/20/2005 | 884 | Prisoner's MOTION for Appointment of Counsel by Claimant Jose-Luis Dole Claim Number 03-133. (pap, ) (Entered: 05/24/2005) |
| 05/26/2005 | 885 | LETTER to Judge Babcock from Interested Party Larry Darnell Sims re: medical conditions. (pap, ) (Entered: 05/27/2005) |
| 05/26/2005 | 886 | LETTER to the Clerk by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/26/2005 | 887 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Reconsideration of Courts Order and letter to Correct Deficiencies. (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 888 | Entry of Appearance by Joseph Jerome Fraser, III on behalf of Clarence Leonhardt (pap, ) (Entered: 05/31/2005) |
| 05/27/2005 | 889 | Entry of Appearance by Patricia S. Bellac, Esq and MOTION for Leave to File Response to Dfts' Objection by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 05/31/2005) |
| 05/31/2005 | 890 | REQUEST for Hearing Information by Claimant Howell F. Roberts. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 891 | FINAL ORDER Dismissing Claim 02-001 by Claimant Carl L. Ross. Claimant's Objection deadline is 7/19/05. Attached to Order is record of claim 02-001. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 892 | ORDER of Dismissal of Claim 02-100 by Claimant Todd R. Vester, #53059. Claimant's objection deadline is 7/5/05. Attached to Order is Record of Claim 02-100. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 893 | ORDER of Dismissal of Claim 02-168 by Claimant Roscoe A. Malone, #118835. Claimant's objection deadline is 7/5/05. Attached to Order is the record of Claim 02-168. Signed by Special Master Richard M. Borchers |

| | | on 5/10/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 894 | ORDER Dismissing Claim 02-183 by Claimant Robert Newton, #102836. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-183. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 895 | ORDER Dismissing Claim 02-232 by Claimant Anthony Lucero, #94074. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-232. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 896 | ORDER Dismissing Claim 02-235 by Claimant Robert Lee Ray, #74513. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-235. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 897 | ORDER of Special Master dismissing Claim 02-819 by Claimant Ross Robertson Hirshfeld, #60133. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-819 . Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 898 | ORDER of Special Master Dismissing Claim X-057 by Claimant Michael A. Sena, #56963. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-057. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 899 | ORDER by Special Master Dismissing Claim X-063 by Claimant Mark Alan Lapierre, #54880. Claimant's objection deadline is 6/14/05. Attached to Order is record of Clam X-063. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 900 | ORDER by Special Master Dismissing Claim X-065 by Claimant Cyril Lloyd Ambrosen, #64877. Claimant's objection deadline 6/14/05. Attached to Order is record of Claim X-065. Signed by Speical Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 901 | ORDER of Special Master Dismissing Claim X-069 by Claimant Randy A. Davis, #111028. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-069. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 902 | ORDER of Special Dismissing Claim X-071 by Claimant Dana Edward Knipprath, #55327. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-071. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 903 | ORDER of Special Master Dismissing Claim X-085 by Claimant Ricard A. Malisheski, #60059. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-085. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 904 | ORDER of Special Master Dismissing Claim X-087 by Claimant Lynn S. Priest, #56840. Claimant's objection deadline is 7/1/05. Attached to Order |

| | | on 5/10/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 894 | ORDER Dismissing Claim 02-183 by Claimant Robert Newton, #102836. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-183. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 895 | ORDER Dismissing Claim 02-232 by Claimant Anthony Lucero, #94074. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-232. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 896 | ORDER Dismissing Claim 02-235 by Claimant Robert Lee Ray, #74513. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-235. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 897 | ORDER of Special Master dismissing Claim 02-819 by Claimant Ross Robertson Hirshfeld, #60133. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-819 . Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 898 | ORDER of Special Master Dismissing Claim X-057 by Claimant Michael A. Sena, #56963. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-057. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 899 | ORDER by Special Master Dismissing Claim X-063 by Claimant Mark Alan Lapierre, #54880. Claimant's objection deadline is 6/14/05. Attached to Order is record of Clam X-063. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 900 | ORDER by Special Master Dismissing Claim X-065 by Claimant Cyril Lloyd Ambrosen, #64877. Claimant's objection deadline 6/14/05. Attached to Order is record of Claim X-065. Signed by Speical Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 901 | ORDER of Special Master Dismissing Claim X-069 by Claimant Randy A. Davis, #111028. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-069. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 902 | ORDER of Special Dismissing Claim X-071 by Claimant Dana Edward Knipprath, #55327. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-071. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 903 | ORDER of Special Master Dismissing Claim X-085 by Claimant Ricard A. Malisheski, #60059. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-085. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 904 | ORDER of Special Master Dismissing Claim X-087 by Claimant Lynn S. Priest, #56840. Claimant's objection deadline is 7/1/05. Attached to Order |

| | | on 5/10/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 894 | ORDER Dismissing Claim 02-183 by Claimant Robert Newton, #102836. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-183. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 895 | ORDER Dismissing Claim 02-232 by Claimant Anthony Lucero, #94074. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-232. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 896 | ORDER Dismissing Claim 02-235 by Claimant Robert Lee Ray, #74513. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-235. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 897 | ORDER of Special Master dismissing Claim 02-819 by Claimant Ross Robertson Hirshfeld, #60133. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-819 . Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 898 | ORDER of Special Master Dismissing Claim X-057 by Claimant Michael A. Sena, #56963. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-057. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 899 | ORDER by Special Master Dismissing Claim X-063 by Claimant Mark Alan Lapierre, #54880. Claimant's objection deadline is 6/14/05. Attached to Order is record of Clam X-063. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 900 | ORDER by Special Master Dismissing Claim X-065 by Claimant Cyril Lloyd Ambrosen, #64877. Claimant's objection deadline 6/14/05. Attached to Order is record of Claim X-065. Signed by Speical Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 901 | ORDER of Special Master Dismissing Claim X-069 by Claimant Randy A. Davis, #111028. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-069. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 902 | ORDER of Special Dismissing Claim X-071 by Claimant Dana Edward Knipprath, #55327. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-071. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 903 | ORDER of Special Master Dismissing Claim X-085 by Claimant Ricard A. Malisheski, #60059. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-085. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 904 | ORDER of Special Master Dismissing Claim X-087 by Claimant Lynn S. Priest, #56840. Claimant's objection deadline is 7/1/05. Attached to Order |

| | | |
|---|---|---|
| | | on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 894 | ORDER Dismissing Claim 02-183 by Claimant Robert Newton, #102836. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-183. Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 895 | ORDER Dismissing Claim 02-232 by Claimant Anthony Lucero, #94074. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-232. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 896 | ORDER Dismissing Claim 02-235 by Claimant Robert Lee Ray, #74513. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim 02-235. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 897 | ORDER of Special Master dismissing Claim 02-819 by Claimant Ross Robertson Hirshfeld, #60133. Claimant's objection deadline is 7/5/05. Attached to Order is record of Claim 02-819 . Signed by Special Master Richard M. Borchers on 5/10/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 898 | ORDER of Special Master Dismissing Claim X-057 by Claimant Michael A. Sena, #56963. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-057. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 899 | ORDER by Special Master Dismissing Claim X-063 by Claimant Mark Alan Lapierre, #54880. Claimant's objection deadline is 6/14/05. Attached to Order is record of Clam X-063. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 900 | ORDER by Special Master Dismissing Claim X-065 by Claimant Cyril Lloyd Ambrosen, #64877. Claimant's objection deadline 6/14/05. Attached to Order is record of Claim X-065. Signed by Speical Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 901 | ORDER of Special Master Dismissing Claim X-069 by Claimant Randy A. Davis, #111028. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-069. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 902 | ORDER of Special Dismissing Claim X-071 by Claimant Dana Edward Knipprath, #55327. Claimant's objection deadline is 6/14/05. Attached to Order is record of Claim X-071. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 903 | ORDER of Special Master Dismissing Claim X-085 by Claimant Ricard A. Malisheski, #60059. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-085. Signed by Special Master Richard M. Borchers on 5/12/05. (pap, ) (Entered: 06/01/2005) |
| 05/31/2005 | 904 | ORDER of Special Master Dismissing Claim X-087 by Claimant Lynn S. Priest, #56840. Claimant's objection deadline is 7/1/05. Attached to Order |

| | | is record of Claim X-087. Signed by Special Master Richard M. Borchers 5/9/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 905 | ORDER of Special Master Dismissing Claim X-088 by Claimant Michael John Schrecongost, #119200. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-088. Signed by Special Master Richard M. Borchers on 5/9/05. (pap, ) (Entered: 06/01/2005) |
| 06/01/2005 | 906 | Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. (pap, ) (Entered: 06/02/2005) |
| 06/02/2005 | 907 | Reques/MOTION for Casey Order by Interested Party L.R. Moore. (pap, ) (Entered: 06/06/2005) |
| 06/06/2005 | 908 | RESPONSE to 882 Dfts' Objection re: Application of the PLRA (Directed to the Honorable Judge John Kane) by Class Plaintiffs. (pap, ) (Entered: 06/07/2005) |
| 06/06/2005 | 909 | OBJECTIONS to Order of Dismissal 5/13/05 by interested party Terry Ray Ballard. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 910 | MINUTE ORDER granting 889 Plas' Motion for Leave to File Response to Dfts' Objection . Entered by Judge Edward W. Nottingham on 6/6/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 911 | ORDER of Dismissal of Special Master. Dismissing Claim X-099 by Claimant Harold L. Bagsby, #81448. Claimants objection deadline is on or before 7/22/05. Attached to Order is record of Claim X-099. Signed by Special Master Richard M. Borchers on 6/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 912 | ORDER of Dismissal of Special Master. Dismissing Claim X-067 by Claimant Rick Vasquez, #83491. Claimant's objection deadline is on or before 6/14/05. Attached to Order is record of Claim X-067. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 913 | ORDER of Special Master dismissing Claim 03-047 by Claimant LeRoy S. Ruiz, #56332. Claimant's objection deadline is on or before 7/19/05. Attached to Order is record of Claim 03-047. Signed by Special Master Richard M. Borchers on 5/19/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 914 | ORDER of Dismissal of Special Master dismissing Claim 01-010 by Claimant Monico Castellano, #99549. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 01-010. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 915 | ORDER of Special Master dismissing Claim 02-181 by Claimant Jolene Moon, #46373. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-181. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |

| | | is record of Claim X-087. Signed by Special Master Richard M. Borchers 5/9/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 905 | ORDER of Special Master Dismissing Claim X-088 by Claimant Michael John Schrecongost, #119200. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-088. Signed by Special Master Richard M. Borchers on 5/9/05. (pap, ) (Entered: 06/01/2005) |
| 06/01/2005 | 906 | Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. (pap, ) (Entered: 06/02/2005) |
| 06/02/2005 | 907 | Reques/MOTION for Casey Order by Interested Party L.R. Moore. (pap, ) (Entered: 06/06/2005) |
| 06/06/2005 | 908 | RESPONSE to 882 Dfts' Objection re: Application of the PLRA (Directed to the Honorable Judge John Kane) by Class Plaintiffs. (pap, ) (Entered: 06/07/2005) |
| 06/06/2005 | 909 | OBJECTIONS to Order of Dismissal 5/13/05 by interested party Terry Ray Ballard. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 910 | MINUTE ORDER granting 889 Plas' Motion for Leave to File Response to Dfts' Objection . Entered by Judge Edward W. Nottingham on 6/6/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 911 | ORDER of Dismissal of Special Master. Dismissing Claim X-099 by Claimant Harold L. Bagsby, #81448. Claimants objection deadline is on or before 7/22/05. Attached to Order is record of Claim X-099. Signed by Special Master Richard M. Borchers on 6/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 912 | ORDER of Dismissal of Special Master. Dismissing Claim X-067 by Claimant Rick Vasquez, #83491. Claimant's objection deadline is on or before 6/14/05. Attached to Order is record of Claim X-067. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 913 | ORDER of Special Master dismissing Claim 03-047 by Claimant LeRoy S. Ruiz, #56332. Claimant's objection deadline is on or before 7/19/05. Attached to Order is record of Claim 03-047. Signed by Special Master Richard M. Borchers on 5/19/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 914 | ORDER of Dismissal of Special Master dismissing Claim 01-010 by Claimant Monico Castellano, #99549. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 01-010. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 915 | ORDER of Special Master dismissing Claim 02-181 by Claimant Jolene Moon, #46373. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-181. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |

| | | is record of Claim X-087. Signed by Special Master Richard M. Borchers 5/9/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 905 | ORDER of Special Master Dismissing Claim X-088 by Claimant Michael John Schrecongost, #119200. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-088. Signed by Special Master Richard M. Borchers on 5/9/05. (pap, ) (Entered: 06/01/2005) |
| 06/01/2005 | 906 | Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. (pap, ) (Entered: 06/02/2005) |
| 06/02/2005 | 907 | Reques/MOTION for Casey Order by Interested Party L.R. Moore. (pap, ) (Entered: 06/06/2005) |
| 06/06/2005 | 908 | RESPONSE to 882 Dfts' Objection re: Application of the PLRA (Directed to the Honorable Judge John Kane) by Class Plaintiffs. (pap, ) (Entered: 06/07/2005) |
| 06/06/2005 | 909 | OBJECTIONS to Order of Dismissal 5/13/05 by interested party Terry Ray Ballard. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 910 | MINUTE ORDER granting 889 Plas' Motion for Leave to File Response to Dfts' Objection . Entered by Judge Edward W. Nottingham on 6/6/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 911 | ORDER of Dismissal of Special Master. Dismissing Claim X-099 by Claimant Harold L. Bagsby, #81448. Claimants objection deadline is on or before 7/22/05. Attached to Order is record of Claim X-099. Signed by Special Master Richard M. Borchers on 6/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 912 | ORDER of Dismissal of Special Master. Dismissing Claim X-067 by Claimant Rick Vasquez, #83491. Claimant's objection deadline is on or before 6/14/05. Attached to Order is record of Claim X-067. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 913 | ORDER of Special Master dismissing Claim 03-047 by Claimant LeRoy S. Ruiz, #56332. Claimant's objection deadline is on or before 7/19/05. Attached to Order is record of Claim 03-047. Signed by Special Master Richard M. Borchers on 5/19/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 914 | ORDER of Dismissal of Special Master dismissing Claim 01-010 by Claimant Monico Castellano, #99549. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 01-010. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 915 | ORDER of Special Master dismissing Claim 02-181 by Claimant Jolene Moon, #46373. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-181. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |

| | | is record of Claim X-087. Signed by Special Master Richard M. Borchers 5/9/05. (pap, ) (Entered: 06/01/2005) |
|---|---|---|
| 05/31/2005 | 905 | ORDER of Special Master Dismissing Claim X-088 by Claimant Michael John Schrecongost, #119200. Claimant's objection deadline is 7/1/05. Attached to Order is record of Claim X-088. Signed by Special Master Richard M. Borchers on 5/9/05. (pap, ) (Entered: 06/01/2005) |
| 06/01/2005 | 906 | Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. (pap, ) (Entered: 06/02/2005) |
| 06/02/2005 | 907 | Reques/MOTION for Casey Order by Interested Party L.R. Moore. (pap, ) (Entered: 06/06/2005) |
| 06/06/2005 | 908 | RESPONSE to 882 Dfts' Objection re: Application of the PLRA (Directed to the Honorable Judge John Kane) by Class Plaintiffs. (pap, ) (Entered: 06/07/2005) |
| 06/06/2005 | 909 | OBJECTIONS to Order of Dismissal 5/13/05 by interested party Terry Ray Ballard. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 910 | MINUTE ORDER granting 889 Plas' Motion for Leave to File Response to Dfts' Objection . Entered by Judge Edward W. Nottingham on 6/6/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 911 | ORDER of Dismissal of Special Master. Dismissing Claim X-099 by Claimant Harold L. Bagsby, #81448. Claimants objection deadline is on or before 7/22/05. Attached to Order is record of Claim X-099. Signed by Special Master Richard M. Borchers on 6/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 912 | ORDER of Dismissal of Special Master. Dismissing Claim X-067 by Claimant Rick Vasquez, #83491. Claimant's objection deadline is on or before 6/14/05. Attached to Order is record of Claim X-067. Signed by Special Master Richard M. Borchers on 5/3/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 913 | ORDER of Special Master dismissing Claim 03-047 by Claimant LeRoy S. Ruiz, #56332. Claimant's objection deadline is on or before 7/19/05. Attached to Order is record of Claim 03-047. Signed by Special Master Richard M. Borchers on 5/19/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 914 | ORDER of Dismissal of Special Master dismissing Claim 01-010 by Claimant Monico Castellano, #99549. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 01-010. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 915 | ORDER of Special Master dismissing Claim 02-181 by Claimant Jolene Moon, #46373. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-181. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/08/2005) |

| 06/06/2005 | 916 | ORDER of Dismissal of Special Master dismissing Claim 02-039 by Claimant Steve Johnson, #95499. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-039 . Signed by Special Master Richard M. Borchers on 5/26/05. (pap, ) (Entered: 06/08/2005) |
|---|---|---|
| 06/06/2005 | 917 | ORDER of Special Master dismissing Claim 03-110 by Claimant Lincoln Hower, #100348. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 03-110 . Signed by Special Master Richard M. Borchers on 5/20/05. (pap, ) (Entered: 06/08/2005) |
| 06/07/2005 | 918 | SECOND WRITTEN REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to Consider and Rule on Pla's Request for 120 day extension of time and Pla's request for Order and Subpoena of Documents in Discovery. (pap, ) (Entered: 06/09/2005) |
| 06/09/2005 | 919 | OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. (pap, ) (Entered: 06/10/2005) |
| 06/09/2005 | 920 | Notice of Appreal (OBJECTIONS) to Special Master's Order 5/9/05 re: Claim 02-559 by Claimant Jackie L. Carr 76686. (pap, ) (Entered: 06/13/2005) |
| 06/13/2005 | 921 | ORDER of Dismissal of Special Master dismissing Claim 01-039 by Claimant Charles L. Shirley, Jr., #119636. Claimant's objection deadline is on or before 7/29/05. Signed by Speical Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 922 | ORDER of Dismissal of Special Master dismissing Claim 02-078 by Claimant Daniel D. Giron, #100876. Claimant's objection deadline is on or before 7/15/05. Attached to the Order is record of Claim 02-078 . Signed by Special Master Richard M. Borchers on 5/31/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 923 | ORDER of Dismissal of Special Master dismissing Claim 02-482 by Claimant David A. Edmiston, #112843. Claimant's objection deadline is on or before 7/22/05. Attached to Order is record of Claim 02-482 . Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Modified on 6/14/2005 to correct objection deadline) (pap2, ). (Entered: 06/14/2005) |
| 06/13/2005 | 924 | ORDER of Dismissal of Special Master dismissing Claim 02-820 by Claimant Terry Ray Ballard, #123593. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 02-820. Signed by Special Master Richard M. Borchers on 5/13/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 925 | ORDER of Special Master dismissing Claim 03-025 by Claimant Charles L. Lane, #112551. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-025. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 926 | ORDER of Special Master dismissing Claim 03-043 by Claimant Robert |

| 06/06/2005 | 916 | ORDER of Dismissal of Special Master dismissing Claim 02-039 by Claimant Steve Johnson, #95499. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-039 . Signed by Special Master Richard M. Borchers on 5/26/05. (pap, ) (Entered: 06/08/2005) |
|---|---|---|
| 06/06/2005 | 917 | ORDER of Special Master dismissing Claim 03-110 by Claimant Lincoln Hower, #100348. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 03-110 . Signed by Special Master Richard M. Borchers on 5/20/05. (pap, ) (Entered: 06/08/2005) |
| 06/07/2005 | 918 | SECOND WRITTEN REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to Consider and Rule on Pla's Request for 120 day extension of time and Pla's request for Order and Subpoena of Documents in Discovery. (pap, ) (Entered: 06/09/2005) |
| 06/09/2005 | 919 | OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. (pap, ) (Entered: 06/10/2005) |
| 06/09/2005 | 920 | Notice of Appreal (OBJECTIONS) to Special Master's Order 5/9/05 re: Claim 02-559 by Claimant Jackie L. Carr 76686. (pap, ) (Entered: 06/13/2005) |
| 06/13/2005 | 921 | ORDER of Dismissal of Special Master dismissing Claim 01-039 by Claimant Charles L. Shirley, Jr., #119636. Claimant's objection deadline is on or before 7/29/05. Signed by Speical Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 922 | ORDER of Dismissal of Special Master dismissing Claim 02-078 by Claimant Daniel D. Giron, #100876. Claimant's objection deadline is on or before 7/15/05. Attached to the Order is record of Claim 02-078 . Signed by Special Master Richard M. Borchers on 5/31/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 923 | ORDER of Dismissal of Special Master dismissing Claim 02-482 by Claimant David A. Edmiston, #112843. Claimant's objection deadline is on or before 7/22/05. Attached to Order is record of Claim 02-482 . Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Modified on 6/14/2005 to correct objection deadline) (pap2, ). (Entered: 06/14/2005) |
| 06/13/2005 | 924 | ORDER of Dismissal of Special Master dismissing Claim 02-820 by Claimant Terry Ray Ballard, #123593. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 02-820. Signed by Special Master Richard M. Borchers on 5/13/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 925 | ORDER of Special Master dismissing Claim 03-025 by Claimant Charles L. Lane, #112551. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-025. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 926 | ORDER of Special Master dismissing Claim 03-043 by Claimant Robert |

| | | |
|---|---|---|
| 06/06/2005 | 916 | ORDER of Dismissal of Special Master dismissing Claim 02-039 by Claimant Steve Johnson, #95499. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-039 . Signed by Special Master Richard M. Borchers on 5/26/05. (pap, ) (Entered: 06/08/2005) |
| 06/06/2005 | 917 | ORDER of Special Master dismissing Claim 03-110 by Claimant Lincoln Hower, #100348. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 03-110 . Signed by Special Master Richard M. Borchers on 5/20/05. (pap, ) (Entered: 06/08/2005) |
| 06/07/2005 | 918 | SECOND WRITTEN REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to Consider and Rule on Pla's Request for 120 day extension of time and Pla's request for Order and Subpoena of Documents in Discovery. (pap, ) (Entered: 06/09/2005) |
| 06/09/2005 | 919 | OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. (pap, ) (Entered: 06/10/2005) |
| 06/09/2005 | 920 | Notice of Appreal (OBJECTIONS) to Special Master's Order 5/9/05 re: Claim 02-559 by Claimant Jackie L. Carr 76686. (pap, ) (Entered: 06/13/2005) |
| 06/13/2005 | 921 | ORDER of Dismissal of Special Master dismissing Claim 01-039 by Claimant Charles L. Shirley, Jr., #119636. Claimant's objection deadline is on or before 7/29/05. Signed by Speical Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 922 | ORDER of Dismissal of Special Master dismissing Claim 02-078 by Claimant Daniel D. Giron, #100876. Claimant's objection deadline is on or before 7/15/05. Attached to the Order is record of Claim 02-078 . Signed by Special Master Richard M. Borchers on 5/31/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 923 | ORDER of Dismissal of Special Master dismissing Claim 02-482 by Claimant David A. Edmiston, #112843. Claimant's objection deadline is on or before 7/22/05. Attached to Order is record of Claim 02-482 . Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Modified on 6/14/2005 to correct objection deadline) (pap2, ). (Entered: 06/14/2005) |
| 06/13/2005 | 924 | ORDER of Dismissal of Special Master dismissing Claim 02-820 by Claimant Terry Ray Ballard, #123593. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 02-820. Signed by Special Master Richard M. Borchers on 5/13/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 925 | ORDER of Special Master dismissing Claim 03-025 by Claimant Charles L. Lane, #112551. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-025. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 926 | ORDER of Special Master dismissing Claim 03-043 by Claimant Robert |

| 06/06/2005 | 916 | ORDER of Dismissal of Special Master dismissing Claim 02-039 by Claimant Steve Johnson, #95499. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 02-039 . Signed by Special Master Richard M. Borchers on 5/26/05. (pap, ) (Entered: 06/08/2005) |
|---|---|---|
| 06/06/2005 | 917 | ORDER of Special Master dismissing Claim 03-110 by Claimant Lincoln Hower, #100348. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 03-110 . Signed by Special Master Richard M. Borchers on 5/20/05. (pap, ) (Entered: 06/08/2005) |
| 06/07/2005 | 918 | SECOND WRITTEN REQUEST by Consol Plaintiff Jimmy R. Bulgier for Court to Consider and Rule on Pla's Request for 120 day extension of time and Pla's request for Order and Subpoena of Documents in Discovery. (pap, ) (Entered: 06/09/2005) |
| 06/09/2005 | 919 | OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. (pap, ) (Entered: 06/10/2005) |
| 06/09/2005 | 920 | Notice of Appreal (OBJECTIONS) to Special Master's Order 5/9/05 re: Claim 02-559 by Claimant Jackie L. Carr 76686. (pap, ) (Entered: 06/13/2005) |
| 06/13/2005 | 921 | ORDER of Dismissal of Special Master dismissing Claim 01-039 by Claimant Charles L. Shirley, Jr., #119636. Claimant's objection deadline is on or before 7/29/05. Signed by Speical Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 922 | ORDER of Dismissal of Special Master dismissing Claim 02-078 by Claimant Daniel D. Giron, #100876. Claimant's objection deadline is on or before 7/15/05. Attached to the Order is record of Claim 02-078 . Signed by Special Master Richard M. Borchers on 5/31/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 923 | ORDER of Dismissal of Special Master dismissing Claim 02-482 by Claimant David A. Edmiston, #112843. Claimant's objection deadline is on or before 7/22/05. Attached to Order is record of Claim 02-482 . Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Modified on 6/14/2005 to correct objection deadline) (pap2, ). (Entered: 06/14/2005) |
| 06/13/2005 | 924 | ORDER of Dismissal of Special Master dismissing Claim 02-820 by Claimant Terry Ray Ballard, #123593. Claimant's objection deadline is on or before 7/1/05. Attached to Order is record of Claim 02-820. Signed by Special Master Richard M. Borchers on 5/13/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 925 | ORDER of Special Master dismissing Claim 03-025 by Claimant Charles L. Lane, #112551. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-025. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 926 | ORDER of Special Master dismissing Claim 03-043 by Claimant Robert |

| | | |
|---|---|---|
| | | Harris, #101353. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-043. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 927 | ORDER of Dismissal of Special Master dismissing Claim X-054 by Claimant Floyd Woods, Jr. #61792. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-054 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 928 | ORDER to Dismissal of Special Master dismissing Claim X-056 by Claimant Michael A. James, #61705. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-056. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 929 | ORDER of Dismissal of Special Master dismissing Claim X-073 by Claimant James W. Steel, #97039. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-073 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 930 | ORDER of Dismissal of Special Master dismissing Claim X-072 by Claimant Charles A. Garrison, #108271. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-072 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 931 | ORDER of Dismissal of Special Master dismissing Claim X-059 by Claimant James Austin, #114609. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-059. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 932 | ORDER of Dismissal of Special Master dismissing Claim X-077 by Claimant James Brack, #108386. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-077. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 933 | ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 934 | ORDER to Dismissal of Special Master dismissing Claim X-080 by Claimant Michael Glenn Cortez, #60199. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-080. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/14/2005 | 935 | Entry of Appearance by Brice A. Tondre on behalf of Claimant Phillip Carter, Claim 03-106 (pap, ) (Entered: 06/15/2005) |
| | | |

| | | |
|---|---|---|
| | | Harris, #101353. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-043. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 927 | ORDER of Dismissal of Special Master dismissing Claim X-054 by Claimant Floyd Woods, Jr. #61792. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-054 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 928 | ORDER to Dismissal of Special Master dismissing Claim X-056 by Claimant Michael A. James, #61705. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-056. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 929 | ORDER of Dismissal of Special Master dismissing Claim X-073 by Claimant James W. Steel, #97039. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-073 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 930 | ORDER of Dismissal of Special Master dismissing Claim X-072 by Claimant Charles A. Garrison, #108271. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-072 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 931 | ORDER of Dismissal of Special Master dismissing Claim X-059 by Claimant James Austin, #114609. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-059. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 932 | ORDER of Dismissal of Special Master dismissing Claim X-077 by Claimant James Brack, #108386. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-077. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 933 | ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 934 | ORDER to Dismissal of Special Master dismissing Claim X-080 by Claimant Michael Glenn Cortez, #60199. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-080. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/14/2005 | 935 | Entry of Appearance by Brice A. Tondre on behalf of Claimant Phillip Carter, Claim 03-106 (pap, ) (Entered: 06/15/2005) |

| | | Harris, #101353. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-043. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
|---|---|---|
| 06/13/2005 | 927 | ORDER of Dismissal of Special Master dismissing Claim X-054 by Claimant Floyd Woods, Jr. #61792. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-054 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 928 | ORDER to Dismissal of Special Master dismissing Claim X-056 by Claimant Michael A. James, #61705. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-056. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 929 | ORDER of Dismissal of Special Master dismissing Claim X-073 by Claimant James W. Steel, #97039. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-073 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 930 | ORDER of Dismissal of Special Master dismissing Claim X-072 by Claimant Charles A. Garrison, #108271. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-072 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 931 | ORDER of Dismissal of Special Master dismissing Claim X-059 by Claimant James Austin, #114609. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-059. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 932 | ORDER of Dismissal of Special Master dismissing Claim X-077 by Claimant James Brack, #108386. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-077. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 933 | ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 934 | ORDER to Dismissal of Special Master dismissing Claim X-080 by Claimant Michael Glenn Cortez, #60199. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-080. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/14/2005 | 935 | Entry of Appearance by Brice A. Tondre on behalf of Claimant Phillip Carter, Claim 03-106 (pap, ) (Entered: 06/15/2005) |

| | | |
|---|---|---|
| | | Harris, #101353. Claimant's objection deadline is on or before 7/15/05. Attached to Order is record of Claim 03-043. Signed by Special Master Richard M. Borchers on 5/23/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 927 | ORDER of Dismissal of Special Master dismissing Claim X-054 by Claimant Floyd Woods, Jr. #61792. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-054 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 928 | ORDER to Dismissal of Special Master dismissing Claim X-056 by Claimant Michael A. James, #61705. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-056. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 929 | ORDER of Dismissal of Special Master dismissing Claim X-073 by Claimant James W. Steel, #97039. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-073 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 930 | ORDER of Dismissal of Special Master dismissing Claim X-072 by Claimant Charles A. Garrison, #108271. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-072 . Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 931 | ORDER of Dismissal of Special Master dismissing Claim X-059 by Claimant James Austin, #114609. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-059. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 932 | ORDER of Dismissal of Special Master dismissing Claim X-077 by Claimant James Brack, #108386. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-077. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 933 | ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/13/2005 | 934 | ORDER to Dismissal of Special Master dismissing Claim X-080 by Claimant Michael Glenn Cortez, #60199. Claimant's objection deadline is on or before 7/29/05. Attached to Order is record of Claim X-080. Signed by Special Master Richard M. Borchers on 6/6/05. (pap, ) (Entered: 06/14/2005) |
| 06/14/2005 | 935 | Entry of Appearance by Brice A. Tondre on behalf of Claimant Phillip Carter, Claim 03-106 (pap, ) (Entered: 06/15/2005) |

| 06/14/2005 | 936 | LETTER addressed to Special Master Borchers re: Freemont Correctional Facility from Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/14/2005 | 937 | LETTER to Paula Greisen re: Freemont Correctional Facility by Interested Party Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/16/2005 | 938 | REPLY Regarding the Special Masters' Order relating to the Prison Litigation Reform Act (Directed to the Honorable Judge Kane) re: 882 Objections by Defendants.(pap, ) (Entered: 06/17/2005) |
| 06/16/2005 | 939 | NOTICE of Change of Address by Interested Party Howell F Roberts (pap, ) (Entered: 06/17/2005) |
| 06/20/2005 | 940 | Letter from Special Master's Office with additional documents for the follow closed claims : 934 Order, 892 Order, 867 Order, 894 Order, 819 Order, 667 Order, 788 Order, 828 Order, 799 Order, 931 Order. Documents will be filed in the claim folder. (pap, ) (Entered: 06/20/2005) |
| 06/21/2005 | 941 | ORDER of Special Master dismissing w/o prejudice Claim 02-554 by Claimant Fernando H. Barron, #97352. Claimant is deceased. Attached to Order is record of Claim 02-554. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 942 | ORDER of Special Master dismissing Claim 03-084 by Claimant Joseph Jordan, #86011. Claimant is deceased. Attached to Order is record of Claim 03-084. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 943 | ORDER of Dismissal of Claim X-082 by Claimant Richardo Lujan, #47558. Claimants objection deadline is on or before 8/7/05. Attached to Order is record of Claim X-082. Signed by Special Master Richard M. Borchers on 6/14/05. (pap, ) (Entered: 06/21/2005) |
| 06/24/2005 | 944 | ORDER granting 906 Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. Signed by Judge John L. Kane on 6/21/05. (dlb, ) (Entered: 06/24/2005) |
| 06/27/2005 | 945 | "Motion in Objection" (OBJECTIONS) to Dismissal of Special Master by Claimant Kenneth Lujan 933 ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (dlb, ) (Entered: 06/27/2005) |
| 06/30/2005 | 946 | Second REPORT AND RECOMMENDATIONS of Special Masters Richard M. Borchers and Bruce D. Pringle to Judge Edward W. Nottingham and Judge John L. Kane. Signed by Special Masters on 6/30/05. Attached Proposed Order (pap, ).(Modified on 7/1/2005 to attach Proposed Order) (pap2, ). (Entered: 07/01/2005) |
| 06/30/2005 | 948 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-292 by Claimant Dorothy Hetz #112490. Attached to Order is record of Claim 02-292. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/24/05. (pap, ) (Entered: 07/05/2005) |

| 06/14/2005 | 936 | LETTER addressed to Special Master Borchers re: Freemont Correctional Facility from Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/14/2005 | 937 | LETTER to Paula Greisen re: Freemont Correctional Facility by Interested Party Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/16/2005 | 938 | REPLY Regarding the Special Masters' Order relating to the Prison Litigation Reform Act (Directed to the Honorable Judge Kane) re: 882 Objections by Defendants.(pap, ) (Entered: 06/17/2005) |
| 06/16/2005 | 939 | NOTICE of Change of Address by Interested Party Howell F Roberts (pap, ) (Entered: 06/17/2005) |
| 06/20/2005 | 940 | Letter from Special Master's Office with additional documents for the follow closed claims : 934 Order, 892 Order, 867 Order, 894 Order, 819 Order, 667 Order, 788 Order, 828 Order, 799 Order, 931 Order. Documents will be filed in the claim folder. (pap, ) (Entered: 06/20/2005) |
| 06/21/2005 | 941 | ORDER of Special Master dismissing w/o prejudice Claim 02-554 by Claimant Fernando H. Barron, #97352. Claimant is deceased. Attached to Order is record of Claim 02-554. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 942 | ORDER of Special Master dismissing Claim 03-084 by Claimant Joseph Jordan, #86011. Claimant is deceased. Attached to Order is record of Claim 03-084. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 943 | ORDER of Dismissal of Claim X-082 by Claimant Richardo Lujan, #47558. Claimants objection deadline is on or before 8/7/05. Attached to Order is record of Claim X-082. Signed by Special Master Richard M. Borchers on 6/14/05. (pap, ) (Entered: 06/21/2005) |
| 06/24/2005 | 944 | ORDER granting 906 Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. Signed by Judge John L. Kane on 6/21/05. (dlb, ) (Entered: 06/24/2005) |
| 06/27/2005 | 945 | "Motion in Objection" (OBJECTIONS) to Dismissal of Special Master by Claimant Kenneth Lujan 933 ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (dlb, ) (Entered: 06/27/2005) |
| 06/30/2005 | 946 | Second REPORT AND RECOMMENDATIONS of Special Masters Richard M. Borchers and Bruce D. Pringle to Judge Edward W. Nottingham and Judge John L. Kane. Signed by Special Masters on 6/30/05. Attached Proposed Order (pap, ).(Modified on 7/1/2005 to attach Proposed Order) (pap2, ). (Entered: 07/01/2005) |
| 06/30/2005 | 948 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-292 by Claimant Dorothy Hetz #112490. Attached to Order is record of Claim 02-292. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/24/05. (pap, ) (Entered: 07/05/2005) |

| 06/14/2005 | 936 | LETTER addressed to Special Master Borchers re: Freemont Correctional Facility from Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/14/2005 | 937 | LETTER to Paula Greisen re: Freemont Correctional Facility by Interested Party Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/16/2005 | 938 | REPLY Regarding the Special Masters' Order relating to the Prison Litigation Reform Act (Directed to the Honorable Judge Kane) re: 882 Objections by Defendants.(pap, ) (Entered: 06/17/2005) |
| 06/16/2005 | 939 | NOTICE of Change of Address by Interested Party Howell F Roberts (pap, ) (Entered: 06/17/2005) |
| 06/20/2005 | 940 | Letter from Special Master's Office with additional documents for the follow closed claims : 934 Order, 892 Order, 867 Order, 894 Order, 819 Order, 667 Order, 788 Order, 828 Order, 799 Order, 931 Order. Documents will be filed in the claim folder. (pap, ) (Entered: 06/20/2005) |
| 06/21/2005 | 941 | ORDER of Special Master dismissing w/o prejudice Claim 02-554 by Claimant Fernando H. Barron, #97352. Claimant is deceased. Attached to Order is record of Claim 02-554. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 942 | ORDER of Special Master dismissing Claim 03-084 by Claimant Joseph Jordan, #86011. Claimant is deceased. Attached to Order is record of Claim 03-084. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 943 | ORDER of Dismissal of Claim X-082 by Claimant Richardo Lujan, #47558. Claimants objection deadline is on or before 8/7/05. Attached to Order is record of Claim X-082. Signed by Special Master Richard M. Borchers on 6/14/05. (pap, ) (Entered: 06/21/2005) |
| 06/24/2005 | 944 | ORDER granting 906 Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. Signed by Judge John L. Kane on 6/21/05. (dlb, ) (Entered: 06/24/2005) |
| 06/27/2005 | 945 | "Motion in Objection" (OBJECTIONS) to Dismissal of Special Master by Claimant Kenneth Lujan 933 ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (dlb, ) (Entered: 06/27/2005) |
| 06/30/2005 | 946 | Second REPORT AND RECOMMENDATIONS of Special Masters Richard M. Borchers and Bruce D. Pringle to Judge Edward W. Nottingham and Judge John L. Kane. Signed by Special Masters on 6/30/05. Attached Proposed Order (pap, ).(Modified on 7/1/2005 to attach Proposed Order) (pap2, ). (Entered: 07/01/2005) |
| 06/30/2005 | 948 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-292 by Claimant Dorothy Hetz #112490. Attached to Order is record of Claim 02-292. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/24/05. (pap, ) (Entered: 07/05/2005) |

| 06/14/2005 | 936 | LETTER addressed to Special Master Borchers re: Freemont Correctional Facility from Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/14/2005 | 937 | LETTER to Paula Greisen re: Freemont Correctional Facility by Interested Party Allen Isaac Fistell. (pap, ) (Entered: 06/15/2005) |
| 06/16/2005 | 938 | REPLY Regarding the Special Masters' Order relating to the Prison Litigation Reform Act (Directed to the Honorable Judge Kane) re: 882 Objections by Defendants.(pap, ) (Entered: 06/17/2005) |
| 06/16/2005 | 939 | NOTICE of Change of Address by Interested Party Howell F Roberts (pap, ) (Entered: 06/17/2005) |
| 06/20/2005 | 940 | Letter from Special Master's Office with additional documents for the follow closed claims : 934 Order, 892 Order, 867 Order, 894 Order, 819 Order, 667 Order, 788 Order, 828 Order, 799 Order, 931 Order. Documents will be filed in the claim folder. (pap, ) (Entered: 06/20/2005) |
| 06/21/2005 | 941 | ORDER of Special Master dismissing w/o prejudice Claim 02-554 by Claimant Fernando H. Barron, #97352. Claimant is deceased. Attached to Order is record of Claim 02-554. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 942 | ORDER of Special Master dismissing Claim 03-084 by Claimant Joseph Jordan, #86011. Claimant is deceased. Attached to Order is record of Claim 03-084. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 06/21/2005) |
| 06/21/2005 | 943 | ORDER of Dismissal of Claim X-082 by Claimant Richardo Lujan, #47558. Claimants objection deadline is on or before 8/7/05. Attached to Order is record of Claim X-082. Signed by Special Master Richard M. Borchers on 6/14/05. (pap, ) (Entered: 06/21/2005) |
| 06/24/2005 | 944 | ORDER granting 906 Special Masters' Seventh APPLICATION for Payment of Fees and Costs filed by Special Master Richard M. Borchers. Signed by Judge John L. Kane on 6/21/05. (dlb, ) (Entered: 06/24/2005) |
| 06/27/2005 | 945 | "Motion in Objection" (OBJECTIONS) to Dismissal of Special Master by Claimant Kenneth Lujan 933 ORDER to Dismissal of Special Master dismissing Claim X-079 by Claimant Kenneth Lujan, #100336. Claimant's objection deadline is on or before 7/29/05. Signed by Special Master Richard M. Borchers on 6/6/05. (dlb, ) (Entered: 06/27/2005) |
| 06/30/2005 | 946 | Second REPORT AND RECOMMENDATIONS of Special Masters Richard M. Borchers and Bruce D. Pringle to Judge Edward W. Nottingham and Judge John L. Kane. Signed by Special Masters on 6/30/05. Attached Proposed Order (pap, ).(Modified on 7/1/2005 to attach Proposed Order) (pap2, ). (Entered: 07/01/2005) |
| 06/30/2005 | 948 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-292 by Claimant Dorothy Hetz #112490. Attached to Order is record of Claim 02-292. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/24/05. (pap, ) (Entered: 07/05/2005) |

| 06/30/2005 | 949 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-028 by Claimant Frank Sanchez, Jr. #33151. Attached to Order is record of Claim 03-028. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 950 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-029 by Claimant David Paul Wolf #112819, #468145-TX. Attached to Order is record of 03-029. Record is held in box at docket clerk's desk. Signed by Speical Master Bruce D. Pringle on 6/14/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 951 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-012 by Claimant Robert Louis Wirtz, Jr. #90344. Attached to Order is Record of 03-012. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 952 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-081 by Claimant Fred F. Franzone, #96944. Attached to Order is record of claim 03-081. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 953 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-044 by Claimant Robert Wieghard, #45728. Attached to Order is record of Claim 03-044. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 954 | FINAL ORDER OF SPECIAL MASTER on Claim 03-015 by Claimant Frederique Klooster #113706. Attached to Order is record of Claim 03-015. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 955 | FINAL ORDER OF SPECIAL MASTER for Claim 03-045 by Claimant Edward Avila, #96456. Attached to Order is record of Claim 03-045. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/21/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 956 | FINAL ORDER OF SPECIAL MASTER for Claim 03-051 by Claimant Steven Paul Walker, #114350. Attached to Order is record on claim 03-051. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 957 | FINAL ORDER OF SPECIAL MASTER for Claim 03-092 by Claimant Kevin G. Woodley, #102075. Attached to Order is record of 03-092. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 958 | FINAL ORDER OF SPECIAL MASTER for Claim 03-060 by Claimant Alan Mount #56047. Attached to Order is record of Claim 03-060. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 07/01/2005 | 947 | Docket Annotation: Proposed order attached to 946 REPORT AND RECOMMENDATIONS of Special Master (Text only entry - no document attached). (pap, ) (Entered: 07/01/2005) |

| 06/30/2005 | 949 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-028 by Claimant Frank Sanchez, Jr. #33151. Attached to Order is record of Claim 03-028. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| --- | --- | --- |
| 06/30/2005 | 950 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-029 by Claimant David Paul Wolf #112819, #468145-TX. Attached to Order is record of 03-029. Record is held in box at docket clerk's desk. Signed by Speical Master Bruce D. Pringle on 6/14/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 951 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-012 by Claimant Robert Louis Wirtz, Jr. #90344. Attached to Order is Record of 03-012. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 952 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-081 by Claimant Fred F. Franzone, #96944. Attached to Order is record of claim 03-081. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 953 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-044 by Claimant Robert Wieghard, #45728. Attached to Order is record of Claim 03-044. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 954 | FINAL ORDER OF SPECIAL MASTER on Claim 03-015 by Claimant Frederique Klooster #113706. Attached to Order is record of Claim 03-015. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 955 | FINAL ORDER OF SPECIAL MASTER for Claim 03-045 by Claimant Edward Avila, #96456. Attached to Order is record of Claim 03-045. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/21/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 956 | FINAL ORDER OF SPECIAL MASTER for Claim 03-051 by Claimant Steven Paul Walker, #114350. Attached to Order is record on claim 03-051. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 957 | FINAL ORDER OF SPECIAL MASTER for Claim 03-092 by Claimant Kevin G. Woodley, #102075. Attached to Order is record of 03-092. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 958 | FINAL ORDER OF SPECIAL MASTER for Claim 03-060 by Claimant Alan Mount #56047. Attached to Order is record of Claim 03-060. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 07/01/2005 | 947 | Docket Annotation: Proposed order attached to 946 REPORT AND RECOMMENDATIONS of Special Master (Text only entry - no document attached). (pap, ) (Entered: 07/01/2005) |
|  |  |  |

| 06/30/2005 | 949 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-028 by Claimant Frank Sanchez, Jr. #33151. Attached to Order is record of Claim 03-028. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| --- | --- | --- |
| 06/30/2005 | 950 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-029 by Claimant David Paul Wolf #112819, #468145-TX. Attached to Order is record of 03-029. Record is held in box at docket clerk's desk. Signed by Speical Master Bruce D. Pringle on 6/14/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 951 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-012 by Claimant Robert Louis Wirtz, Jr. #90344. Attached to Order is Record of 03-012. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 952 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-081 by Claimant Fred F. Franzone, #96944. Attached to Order is record of claim 03-081. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 953 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-044 by Claimant Robert Wieghard, #45728. Attached to Order is record of Claim 03-044. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 954 | FINAL ORDER OF SPECIAL MASTER on Claim 03-015 by Claimant Frederique Klooster #113706. Attached to Order is record of Claim 03-015. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 955 | FINAL ORDER OF SPECIAL MASTER for Claim 03-045 by Claimant Edward Avila, #96456. Attached to Order is record of Claim 03-045. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/21/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 956 | FINAL ORDER OF SPECIAL MASTER for Claim 03-051 by Claimant Steven Paul Walker, #114350. Attached to Order is record on claim 03-051. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 957 | FINAL ORDER OF SPECIAL MASTER for Claim 03-092 by Claimant Kevin G. Woodley, #102075. Attached to Order is record of 03-092. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 958 | FINAL ORDER OF SPECIAL MASTER for Claim 03-060 by Claimant Alan Mount #56047. Attached to Order is record of Claim 03-060. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 07/01/2005 | 947 | Docket Annotation: Proposed order attached to 946 REPORT AND RECOMMENDATIONS of Special Master (Text only entry - no document attached). (pap, ) (Entered: 07/01/2005) |

| 06/30/2005 | 949 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-028 by Claimant Frank Sanchez, Jr. #33151. Attached to Order is record of Claim 03-028. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 950 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-029 by Claimant David Paul Wolf #112819, #468145-TX. Attached to Order is record of 03-029. Record is held in box at docket clerk's desk. Signed by Speical Master Bruce D. Pringle on 6/14/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 951 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-012 by Claimant Robert Louis Wirtz, Jr. #90344. Attached to Order is Record of 03-012. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 952 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-081 by Claimant Fred F. Franzone, #96944. Attached to Order is record of claim 03-081. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 953 | FINAL ORDER OF SPECIAL MASTER dismissing Claim 03-044 by Claimant Robert Wieghard, #45728. Attached to Order is record of Claim 03-044. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 954 | FINAL ORDER OF SPECIAL MASTER on Claim 03-015 by Claimant Frederique Klooster #113706. Attached to Order is record of Claim 03-015. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 955 | FINAL ORDER OF SPECIAL MASTER for Claim 03-045 by Claimant Edward Avila, #96456. Attached to Order is record of Claim 03-045. Record is held in box at docket clerk's desk. Signed by Special Master Bruce D. Pringle on 6/21/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 956 | FINAL ORDER OF SPECIAL MASTER for Claim 03-051 by Claimant Steven Paul Walker, #114350. Attached to Order is record on claim 03-051. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/13/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 957 | FINAL ORDER OF SPECIAL MASTER for Claim 03-092 by Claimant Kevin G. Woodley, #102075. Attached to Order is record of 03-092. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/20/05. (pap, ) (Entered: 07/05/2005) |
| 06/30/2005 | 958 | FINAL ORDER OF SPECIAL MASTER for Claim 03-060 by Claimant Alan Mount #56047. Attached to Order is record of Claim 03-060. Record is held in box at docket clerk's desk. Signed by Special Master Richard M. Borchers on 6/27/05. (pap, ) (Entered: 07/05/2005) |
| 07/01/2005 | 947 | Docket Annotation: Proposed order attached to 946 REPORT AND RECOMMENDATIONS of Special Master (Text only entry - no document attached). (pap, ) (Entered: 07/01/2005) |

| 07/05/2005 | 960 | MOTION for Ruling of Civil Contempt by Interested Party Charles Ramos, Jr. claim 03-104. (pap, ) (Entered: 07/07/2005) |
| 07/05/2005 | 962 | Letter from Legal Resolution Center - Special Masters re 915 Order, With additional information for Jolene C. Moon Claim 02-181's folder. (pap, ) (Entered: 07/08/2005) |
| 07/05/2005 | 964 | Letter from LRC - Special Masters re 952 Order, with additional information for Fred F. Franzone's Claim 03-081 folder. (pap, ) (Entered: 07/08/2005) |
| 07/06/2005 | 959 | Petition (MOTION) For Extension of Time by Interested Party James Smith . (pap, ) (Entered: 07/07/2005) |
| 07/06/2005 | 969 | LETTER to court from Reggie N. Keyas 56804 re: claim 02-768. (pap, ) (Modified on 7/12/2005 to correct filing error) (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 961 | MINUTE ORDER re: 959 MOTION For Extension of Time to filed by James Smith. Entered by Judge Edward W. Nottingham on 7/7/05. (pap, ) (Entered: 07/07/2005) |
| 07/07/2005 | 965 | AFFIDAVIT from Joseph Crespin re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 966 | AFFIDAVIT from Kirsti Behrens re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 967 | AFFIDAVIT from Nick Zamora re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 968 | MOTION for Court to Order Clerk to Provide and make Photocopies of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 970 | REQUEST by Consol Plaintiff Jimmy R. Bulgier to file individual claim forms. (Attachments: # 1 Attachment A# 2 Attachment 1# 3 Attachment 2# 4 Attachment 3# 5 Claim Form 1# 6 Claim Form 2# 7 Claim Form 3# 8 Claim Form 4# 9 Claim Form 5# 10 Form Claim 6# 11 Claim Form 7# 12 Claim Form 8)(pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 971 | DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) Additional attachment(s) added on 7/8/2005 (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 972 | Second DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 973 | AFFIDAVIT of Benny Padilla re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 963 | ORDER of Special Master re: 915 Order Claim 02-181, . Signed by Special Master Richard M. Borchers on 6/30/05. (pap, ) (Entered: 07/08/2005) |

| 07/05/2005 | 960 | MOTION for Ruling of Civil Contempt by Interested Party Charles Ramos, Jr. claim 03-104. (pap, ) (Entered: 07/07/2005) |
| 07/05/2005 | 962 | Letter from Legal Resolution Center - Special Masters re 915 Order, With additional information for Jolene C. Moon Claim 02-181's folder. (pap, ) (Entered: 07/08/2005) |
| 07/05/2005 | 964 | Letter from LRC - Special Masters re 952 Order, with additional information for Fred F. Franzone's Claim 03-081 folder. (pap, ) (Entered: 07/08/2005) |
| 07/06/2005 | 959 | Petition (MOTION) For Extension of Time by Interested Party James Smith . (pap, ) (Entered: 07/07/2005) |
| 07/06/2005 | 969 | LETTER to court from Reggie N. Keyas 56804 re: claim 02-768. (pap, ) (Modified on 7/12/2005 to correct filing error) (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 961 | MINUTE ORDER re: 959 MOTION For Extension of Time to filed by James Smith. Entered by Judge Edward W. Nottingham on 7/7/05. (pap, ) (Entered: 07/07/2005) |
| 07/07/2005 | 965 | AFFIDAVIT from Joseph Crespin re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 966 | AFFIDAVIT from Kirsti Behrens re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 967 | AFFIDAVIT from Nick Zamora re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 968 | MOTION for Court to Order Clerk to Provide and make Photocopies of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 970 | REQUEST by Consol Plaintiff Jimmy R. Bulgier to file individual claim forms. (Attachments: # 1 Attachment A# 2 Attachment 1# 3 Attachment 2# 4 Attachment 3# 5 Claim Form 1# 6 Claim Form 2# 7 Claim Form 3# 8 Claim Form 4# 9 Claim Form 5# 10 Form Claim 6# 11 Claim Form 7# 12 Claim Form 8)(pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 971 | DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) Additional attachment(s) added on 7/8/2005 (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 972 | Second DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 973 | AFFIDAVIT of Benny Padilla re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 963 | ORDER of Special Master re: 915 Order Claim 02-181, . Signed by Special Master Richard M. Borchers on 6/30/05. (pap, ) (Entered: 07/08/2005) |

| 07/05/2005 | 960 | MOTION for Ruling of Civil Contempt by Interested Party Charles Ramos, Jr. claim 03-104. (pap, ) (Entered: 07/07/2005) |
|---|---|---|
| 07/05/2005 | 962 | Letter from Legal Resolution Center - Special Masters re 915 Order, With additional information for Jolene C. Moon Claim 02-181's folder. (pap, ) (Entered: 07/08/2005) |
| 07/05/2005 | 964 | Letter from LRC - Special Masters re 952 Order, with additional information for Fred F. Franzone's Claim 03-081 folder. (pap, ) (Entered: 07/08/2005) |
| 07/06/2005 | 959 | Petition (MOTION) For Extension of Time by Interested Party James Smith . (pap, ) (Entered: 07/07/2005) |
| 07/06/2005 | 969 | LETTER to court from Reggie N. Keyas 56804 re: claim 02-768. (pap, ) (Modified on 7/12/2005 to correct filing error) (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 961 | MINUTE ORDER re: 959 MOTION For Extension of Time to filed by James Smith. Entered by Judge Edward W. Nottingham on 7/7/05. (pap, ) (Entered: 07/07/2005) |
| 07/07/2005 | 965 | AFFIDAVIT from Joseph Crespin re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 966 | AFFIDAVIT from Kirsti Behrens re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 967 | AFFIDAVIT from Nick Zamora re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 968 | MOTION for Court to Order Clerk to Provide and make Photocopies of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 970 | REQUEST by Consol Plaintiff Jimmy R. Bulgier to file individual claim forms. (Attachments: # 1 Attachment A# 2 Attachment 1# 3 Attachment 2# 4 Attachment 3# 5 Claim Form 1# 6 Claim Form 2# 7 Claim Form 3# 8 Claim Form 4# 9 Claim Form 5# 10 Form Claim 6# 11 Claim Form 7# 12 Claim Form 8)(pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 971 | DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) Additional attachment(s) added on 7/8/2005 (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 972 | Second DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 973 | AFFIDAVIT of Benny Padilla re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 963 | ORDER of Special Master re: 915 Order Claim 02-181, . Signed by Special Master Richard M. Borchers on 6/30/05. (pap, ) (Entered: 07/08/2005) |

| 07/05/2005 | 960 | MOTION for Ruling of Civil Contempt by Interested Party Charles Ramos, Jr. claim 03-104. (pap, ) (Entered: 07/07/2005) |
| 07/05/2005 | 962 | Letter from Legal Resolution Center - Special Masters re 915 Order, With additional information for Jolene C. Moon Claim 02-181's folder. (pap, ) (Entered: 07/08/2005) |
| 07/05/2005 | 964 | Letter from LRC - Special Masters re 952 Order, with additional information for Fred F. Franzone's Claim 03-081 folder. (pap, ) (Entered: 07/08/2005) |
| 07/06/2005 | 959 | Petition (MOTION) For Extension of Time by Interested Party James Smith . (pap, ) (Entered: 07/07/2005) |
| 07/06/2005 | 969 | LETTER to court from Reggie N. Keyas 56804 re: claim 02-768. (pap, ) (Modified on 7/12/2005 to correct filing error) (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 961 | MINUTE ORDER re: 959 MOTION For Extension of Time to filed by James Smith. Entered by Judge Edward W. Nottingham on 7/7/05. (pap, ) (Entered: 07/07/2005) |
| 07/07/2005 | 965 | AFFIDAVIT from Joseph Crespin re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 966 | AFFIDAVIT from Kirsti Behrens re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 967 | AFFIDAVIT from Nick Zamora re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 968 | MOTION for Court to Order Clerk to Provide and make Photocopies of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 970 | REQUEST by Consol Plaintiff Jimmy R. Bulgier to file individual claim forms. (Attachments: # 1 Attachment A# 2 Attachment 1# 3 Attachment 2# 4 Attachment 3# 5 Claim Form 1# 6 Claim Form 2# 7 Claim Form 3# 8 Claim Form 4# 9 Claim Form 5# 10 Form Claim 6# 11 Claim Form 7# 12 Claim Form 8)(pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 971 | DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) Additional attachment(s) added on 7/8/2005 (pap2, ). (Entered: 07/08/2005) |
| 07/07/2005 | 972 | Second DECLARATION of Kenneth Endsley re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/07/2005 | 973 | AFFIDAVIT of Benny Padilla re: Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 963 | ORDER of Special Master re: 915 Order Claim 02-181, . Signed by Special Master Richard M. Borchers on 6/30/05. (pap, ) (Entered: 07/08/2005) |

| 07/08/2005 | 974 | ORDER overruling 882 Dfts' Objections to Special Master's Orders. Signed by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 975 | MINUTE ORDER re: 970 Request filed by Jimmy R. Bulgier. Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 976 | MINUTE ORDER denying 968 Jimmy Bulgier's Request for Order . Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 977 | LETTER re: Claim X-082 by Claimant Richard Lujan #47558. (pap, ) (Entered: 07/11/2005) |
| 07/08/2005 | 978 | RESPONSE to 950 Final Order of Special Master by David Paul Wolf re: Claim 03-029. (pap, ) (Entered: 07/11/2005) |
| 07/11/2005 | 981 | REQUEST for reinstatement of Claim 02-181 by Claimant Jolene C. Moon. (Attachments: # 1 Order of Dismissal of Claim)(pap, ) (Entered: 07/13/2005) |
| 07/11/2005 | 982 | LETTER from Special Master's Office with additional information for Record of Claim 03-081 re: 952 Order. (pap, ) (Entered: 07/13/2005) |
| 07/12/2005 | 979 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS; denying 803 Motion to Amend/Correct/Modify, denying 809 Motion for Extension of Time, denying 826 Motion to Appoint Counsel, Referring to the Special Master 826 part 2 Motion to compel and 826 part 3 Motion for Order, denying 829 Motion for Order, denying 855 Motion for Extension of Time to File Response/Reply, denying 856 Motion to Appoint Counsel, denying 862 Motion to Appoint Counsel, denying 883 Motion for Leave to Proceed in Forma Pauperis, denying 884 Motion to Appoint Counsel, denying 907 Motion for Order, denying 960 Motion for Contempt . Signed by Judge Edward W. Nottingham on 7/12/05. (pap, ) (Modified on 7/13/2005 to correct error) (pap2, ). (Entered: 07/12/2005) |
| 07/13/2005 | 980 | Docket Annotation : The following Motions were closed in error and have been reactivated per Chambers request: 857 MOTION For Extension of Time, 811 MOTION to Clarify, 869 MOTION For Extension of Time MOTION for Order MOTION for Order. (Text only entry - no document attached.) (pap, ) (Entered: 07/13/2005) |
| 07/13/2005 | 983 | MINUTE ORDER re: 978 Response filed by David Paul Wolf . Entered by Judge John L. Kane on 7/13/05. (pap, ) (Entered: 07/13/2005) |
| 07/15/2005 | 985 | STATEMENT additional information regarding Claim 03-037 re 812 Supplement/Amendment by Movant James Martinez. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 984 | MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 986 | REQUEST by Interested Party Khalid Wahab for Clarification regarding Order Granting Special Masters' Seventh Application for Payment 944 . |

| 07/08/2005 | 974 | ORDER overruling 882 Dfts' Objections to Special Master's Orders. Signed by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
|---|---|---|
| 07/08/2005 | 975 | MINUTE ORDER re: 970 Request filed by Jimmy R. Bulgier. Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 976 | MINUTE ORDER denying 968 Jimmy Bulgier's Request for Order . Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 977 | LETTER re: Claim X-082 by Claimant Richard Lujan #47558. (pap, ) (Entered: 07/11/2005) |
| 07/08/2005 | 978 | RESPONSE to 950 Final Order of Special Master by David Paul Wolf re: Claim 03-029. (pap, ) (Entered: 07/11/2005) |
| 07/11/2005 | 981 | REQUEST for reinstatement of Claim 02-181 by Claimant Jolene C. Moon. (Attachments: # 1 Order of Dismissal of Claim)(pap, ) (Entered: 07/13/2005) |
| 07/11/2005 | 982 | LETTER from Special Master's Office with additional information for Record of Claim 03-081 re: 952 Order. (pap, ) (Entered: 07/13/2005) |
| 07/12/2005 | 979 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS; denying 803 Motion to Amend/Correct/Modify, denying 809 Motion for Extension of Time, denying 826 Motion to Appoint Counsel, Referring to the Special Master 826 part 2 Motion to compel and 826 part 3 Motion for Order, denying 829 Motion for Order, denying 855 Motion for Extension of Time to File Response/Reply, denying 856 Motion to Appoint Counsel, denying 862 Motion to Appoint Counsel, denying 883 Motion for Leave to Proceed in Forma Pauperis, denying 884 Motion to Appoint Counsel, denying 907 Motion for Order, denying 960 Motion for Contempt . Signed by Judge Edward W. Nottingham on 7/12/05. (pap, ) (Modified on 7/13/2005 to correct error) (pap2, ). (Entered: 07/12/2005) |
| 07/13/2005 | 980 | Docket Annotation : The following Motions were closed in error and have been reactivated per Chambers request: 857 MOTION For Extension of Time, 811 MOTION to Clarify, 869 MOTION For Extension of Time MOTION for Order MOTION for Order. (Text only entry - no document attached.) (pap, ) (Entered: 07/13/2005) |
| 07/13/2005 | 983 | MINUTE ORDER re: 978 Response filed by David Paul Wolf . Entered by Judge John L. Kane on 7/13/05. (pap, ) (Entered: 07/13/2005) |
| 07/15/2005 | 985 | STATEMENT additional information regarding Claim 03-037 re 812 Supplement/Amendment by Movant James Martinez. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 984 | MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 986 | REQUEST by Interested Party Khalid Wahab for Clarification regarding Order Granting Special Masters' Seventh Application for Payment 944 . |

| 07/08/2005 | 974 | ORDER overruling 882 Dfts' Objections to Special Master's Orders. Signed by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 975 | MINUTE ORDER re: 970 Request filed by Jimmy R. Bulgier. Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 976 | MINUTE ORDER denying 968 Jimmy Bulgier's Request for Order . Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 977 | LETTER re: Claim X-082 by Claimant Richard Lujan #47558. (pap, ) (Entered: 07/11/2005) |
| 07/08/2005 | 978 | RESPONSE to 950 Final Order of Special Master by David Paul Wolf re: Claim 03-029. (pap, ) (Entered: 07/11/2005) |
| 07/11/2005 | 981 | REQUEST for reinstatement of Claim 02-181 by Claimant Jolene C. Moon. (Attachments: # 1 Order of Dismissal of Claim)(pap, ) (Entered: 07/13/2005) |
| 07/11/2005 | 982 | LETTER from Special Master's Office with additional information for Record of Claim 03-081 re: 952 Order. (pap, ) (Entered: 07/13/2005) |
| 07/12/2005 | 979 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS; denying 803 Motion to Amend/Correct/Modify, denying 809 Motion for Extension of Time, denying 826 Motion to Appoint Counsel, Referring to the Special Master 826 part 2 Motion to compel and 826 part 3 Motion for Order, denying 829 Motion for Order, denying 855 Motion for Extension of Time to File Response/Reply, denying 856 Motion to Appoint Counsel, denying 862 Motion to Appoint Counsel, denying 883 Motion for Leave to Proceed in Forma Pauperis, denying 884 Motion to Appoint Counsel, denying 907 Motion for Order, denying 960 Motion for Contempt . Signed by Judge Edward W. Nottingham on 7/12/05. (pap, ) (Modified on 7/13/2005 to correct error) (pap2, ). (Entered: 07/12/2005) |
| 07/13/2005 | 980 | Docket Annotation : The following Motions were closed in error and have been reactivated per Chambers request: 857 MOTION For Extension of Time, 811 MOTION to Clarify, 869 MOTION For Extension of Time MOTION for Order MOTION for Order. (Text only entry - no document attached.) (pap, ) (Entered: 07/13/2005) |
| 07/13/2005 | 983 | MINUTE ORDER re: 978 Response filed by David Paul Wolf . Entered by Judge John L. Kane on 7/13/05. (pap, ) (Entered: 07/13/2005) |
| 07/15/2005 | 985 | STATEMENT additional information regarding Claim 03-037 re 812 Supplement/Amendment by Movant James Martinez. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 984 | MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 986 | REQUEST by Interested Party Khalid Wahab for Clarification regarding Order Granting Special Masters' Seventh Application for Payment 944 . |

| 07/08/2005 | 974 | ORDER overruling 882 Dfts' Objections to Special Master's Orders. Signed by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 975 | MINUTE ORDER re: 970 Request filed by Jimmy R. Bulgier. Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 976 | MINUTE ORDER denying 968 Jimmy Bulgier's Request for Order . Entered by Judge Edward W. Nottingham on 7/8/05. (pap, ) (Entered: 07/08/2005) |
| 07/08/2005 | 977 | LETTER re: Claim X-082 by Claimant Richard Lujan #47558. (pap, ) (Entered: 07/11/2005) |
| 07/08/2005 | 978 | RESPONSE to 950 Final Order of Special Master by David Paul Wolf re: Claim 03-029. (pap, ) (Entered: 07/11/2005) |
| 07/11/2005 | 981 | REQUEST for reinstatement of Claim 02-181 by Claimant Jolene C. Moon. (Attachments: # 1 Order of Dismissal of Claim)(pap, ) (Entered: 07/13/2005) |
| 07/11/2005 | 982 | LETTER from Special Master's Office with additional information for Record of Claim 03-081 re: 952 Order. (pap, ) (Entered: 07/13/2005) |
| 07/12/2005 | 979 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS; denying 803 Motion to Amend/Correct/Modify, denying 809 Motion for Extension of Time, denying 826 Motion to Appoint Counsel, Referring to the Special Master 826 part 2 Motion to compel and 826 part 3 Motion for Order, denying 829 Motion for Order, denying 855 Motion for Extension of Time to File Response/Reply, denying 856 Motion to Appoint Counsel, denying 862 Motion to Appoint Counsel, denying 883 Motion for Leave to Proceed in Forma Pauperis, denying 884 Motion to Appoint Counsel, denying 907 Motion for Order, denying 960 Motion for Contempt . Signed by Judge Edward W. Nottingham on 7/12/05. (pap, ) (Modified on 7/13/2005 to correct error) (pap2, ). (Entered: 07/12/2005) |
| 07/13/2005 | 980 | Docket Annotation : The following Motions were closed in error and have been reactivated per Chambers request: 857 MOTION For Extension of Time, 811 MOTION to Clarify, 869 MOTION For Extension of Time MOTION for Order MOTION for Order. (Text only entry - no document attached.) (pap, ) (Entered: 07/13/2005) |
| 07/13/2005 | 983 | MINUTE ORDER re: 978 Response filed by David Paul Wolf . Entered by Judge John L. Kane on 7/13/05. (pap, ) (Entered: 07/13/2005) |
| 07/15/2005 | 985 | STATEMENT additional information regarding Claim 03-037 re 812 Supplement/Amendment by Movant James Martinez. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 984 | MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 986 | REQUEST by Interested Party Khalid Wahab for Clarification regarding Order Granting Special Masters' Seventh Application for Payment 944 . |

| | | |
|---|---|---|
| | | (pap, ) (Entered: 07/18/2005) |
| 07/18/2005 | 995 | Mail Returned as Undeliverable re: 979 Order on Motions Addressed to Howell F. Roberts. (pap, ) (Entered: 08/01/2005) |
| 07/21/2005 | 987 | ORDER denying 984 MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. Signed by Judge Edward W. Nottingham on 7/20/05. (pap, ) (Entered: 07/21/2005) |
| 07/26/2005 | 989 | NOTICE of Change of Address by Interested Party Terry Ray Ballard re: Claim 02-820. (pap, ) (Entered: 07/27/2005) |
| 07/26/2005 | 990 | Mail Returned as Undeliverable re: 961 Order, 983 Order, 974 Order, 975 Order, 980 Docket Annotation,, 982 Letter Addressed to Howell F. Roberts. (pap, ) (Entered: 07/27/2005) |
| 07/27/2005 | 988 | RESPONSE to Motion re 946 REPORT AND RECOMMENDATIONS of Special Master filed by Defendant Bill Owens. (Quinn, James) (Entered: 07/27/2005) |
| 07/28/2005 | 991 | MINUTE ORDER re: 946 REPORT AND RECOMMENDATIONS of Special Master, 988 Response/Objection to Recommendation filed by Defendants In Court Hearing set for 9/9/2005 at 04:15 PM before Judge Edward W. Nottingham.Entered by Judge Edward W. Nottingham on 7/27/05. (pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 992 | EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 993 | MOTION For Extension of Time to *file a response to Claimant Wolf?s "Response to Final Order of Special Master."* by Defendant Bill Owens. (Quinn, James) (Entered: 07/28/2005) |
| 07/29/2005 | 994 | MINUTE ORDER granting 993 Defendants' Motion for Extension of Time to file a response to Claimant Wolf's "Response to Final Order of Special Master." Granted up to and including 8/4/05. Entered by Judge John L. Kane on 7/29/05. (pap, ) (Entered: 07/29/2005) |
| 08/01/2005 | 996 | ORDER of Special Master dismissing Claim 02-511 by Claimant Paul Andrew Farrell #116495. Claimant's objection deadline is on or before 9/29/05. Attached to Order is record of Claim 02-511. Signed by Special Master Richard M. Borchers on 7/28/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 997 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-012 (03-091) by Claimant Walter D. Freisheim #101567.Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-012 (03-091). Signed by Speical Master Bruce D. Pringle on 7/12/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-046 by Claimant George L. Leslie IV, #43666. Claimant'sObjection Deadline is on or before 9/15/05. Attached to Order is record of Claim 03-046. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: |

| | | (pap, ) (Entered: 07/18/2005) |
|---|---|---|
| 07/18/2005 | 995 | Mail Returned as Undeliverable re: 979 Order on Motions Addressed to Howell F. Roberts. (pap, ) (Entered: 08/01/2005) |
| 07/21/2005 | 987 | ORDER denying 984 MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. Signed by Judge Edward W. Nottingham on 7/20/05. (pap, ) (Entered: 07/21/2005) |
| 07/26/2005 | 989 | NOTICE of Change of Address by Interested Party Terry Ray Ballard re: Claim 02-820. (pap, ) (Entered: 07/27/2005) |
| 07/26/2005 | 990 | Mail Returned as Undeliverable re: 961 Order, 983 Order, 974 Order, 975 Order, 980 Docket Annotation,, 982 Letter Addressed to Howell F. Roberts. (pap, ) (Entered: 07/27/2005) |
| 07/27/2005 | 988 | RESPONSE to Motion re 946 REPORT AND RECOMMENDATIONS of Special Master filed by Defendant Bill Owens. (Quinn, James) (Entered: 07/27/2005) |
| 07/28/2005 | 991 | MINUTE ORDER re: 946 REPORT AND RECOMMENDATIONS of Special Master, 988 Response/Objection to Recommendation filed by Defendants In Court Hearing set for 9/9/2005 at 04:15 PM before Judge Edward W. Nottingham.Entered by Judge Edward W. Nottingham on 7/27/05. (pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 992 | EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 993 | MOTION For Extension of Time to *file a response to Claimant Wolf?s "Response to Final Order of Special Master."* by Defendant Bill Owens. (Quinn, James) (Entered: 07/28/2005) |
| 07/29/2005 | 994 | MINUTE ORDER granting 993 Defendants' Motion for Extension of Time to file a response to Claimant Wolf's "Response to Final Order of Special Master." Granted up to and including 8/4/05. Entered by Judge John L. Kane on 7/29/05. (pap, ) (Entered: 07/29/2005) |
| 08/01/2005 | 996 | ORDER of Special Master dismissing Claim 02-511 by Claimant Paul Andrew Farrell #116495. Claimant's objection deadline is on or before 9/29/05. Attached to Order is record of Claim 02-511. Signed by Special Master Richard M. Borchers on 7/28/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 997 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-012 (03-091) by Claimant Walter D. Freisheim #101567.Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-012 (03-091). Signed by Speical Master Bruce D. Pringle on 7/12/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-046 by Claimant George L. Leslie IV, #43666. Claimant'sObjection Deadline is on or before 9/15/05. Attached to Order is record of Claim 03-046. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: |

| | | (pap, ) (Entered: 07/18/2005) |
|---|---|---|
| 07/18/2005 | 995 | Mail Returned as Undeliverable re: 979 Order on Motions Addressed to Howell F. Roberts. (pap, ) (Entered: 08/01/2005) |
| 07/21/2005 | 987 | ORDER denying 984 MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. Signed by Judge Edward W. Nottingham on 7/20/05. (pap, ) (Entered: 07/21/2005) |
| 07/26/2005 | 989 | NOTICE of Change of Address by Interested Party Terry Ray Ballard re: Claim 02-820. (pap, ) (Entered: 07/27/2005) |
| 07/26/2005 | 990 | Mail Returned as Undeliverable re: 961 Order, 983 Order, 974 Order, 975 Order, 980 Docket Annotation,, 982 Letter Addressed to Howell F. Roberts. (pap, ) (Entered: 07/27/2005) |
| 07/27/2005 | 988 | RESPONSE to Motion re 946 REPORT AND RECOMMENDATIONS of Special Master filed by Defendant Bill Owens. (Quinn, James) (Entered: 07/27/2005) |
| 07/28/2005 | 991 | MINUTE ORDER re: 946 REPORT AND RECOMMENDATIONS of Special Master, 988 Response/Objection to Recommendation filed by Defendants In Court Hearing set for 9/9/2005 at 04:15 PM before Judge Edward W. Nottingham.Entered by Judge Edward W. Nottingham on 7/27/05. (pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 992 | EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 993 | MOTION For Extension of Time to *file a response to Claimant Wolf?s "Response to Final Order of Special Master."* by Defendant Bill Owens. (Quinn, James) (Entered: 07/28/2005) |
| 07/29/2005 | 994 | MINUTE ORDER granting 993 Defendants' Motion for Extension of Time to file a response to Claimant Wolf's "Response to Final Order of Special Master." Granted up to and including 8/4/05. Entered by Judge John L. Kane on 7/29/05. (pap, ) (Entered: 07/29/2005) |
| 08/01/2005 | 996 | ORDER of Special Master dismissing Claim 02-511 by Claimant Paul Andrew Farrell #116495. Claimant's objection deadline is on or before 9/29/05. Attached to Order is record of Claim 02-511. Signed by Special Master Richard M. Borchers on 7/28/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 997 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-012 (03-091) by Claimant Walter D. Freisheim #101567.Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-012 (03-091). Signed by Speical Master Bruce D. Pringle on 7/12/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-046 by Claimant George L. Leslie IV, #43666. Claimant'sObjection Deadline is on or before 9/15/05. Attached to Order is record of Claim 03-046. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: |

| | | (pap, ) (Entered: 07/18/2005) |
|---|---|---|
| 07/18/2005 | 995 | Mail Returned as Undeliverable re: 979 Order on Motions Addressed to Howell F. Roberts. (pap, ) (Entered: 08/01/2005) |
| 07/21/2005 | 987 | ORDER denying 984 MOTION for Immediate Injunctive Relief by Interested Party George Charles Knorr. Signed by Judge Edward W. Nottingham on 7/20/05. (pap, ) (Entered: 07/21/2005) |
| 07/26/2005 | 989 | NOTICE of Change of Address by Interested Party Terry Ray Ballard re: Claim 02-820. (pap, ) (Entered: 07/27/2005) |
| 07/26/2005 | 990 | Mail Returned as Undeliverable re: 961 Order, 983 Order, 974 Order, 975 Order, 980 Docket Annotation,, 982 Letter Addressed to Howell F. Roberts. (pap, ) (Entered: 07/27/2005) |
| 07/27/2005 | 988 | RESPONSE to Motion re 946 REPORT AND RECOMMENDATIONS of Special Master filed by Defendant Bill Owens. (Quinn, James) (Entered: 07/27/2005) |
| 07/28/2005 | 991 | MINUTE ORDER re: 946 REPORT AND RECOMMENDATIONS of Special Master, 988 Response/Objection to Recommendation filed by Defendants In Court Hearing set for 9/9/2005 at 04:15 PM before Judge Edward W. Nottingham.Entered by Judge Edward W. Nottingham on 7/27/05. (pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 992 | EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 07/28/2005) |
| 07/28/2005 | 993 | MOTION For Extension of Time to *file a response to Claimant Wolf?s "Response to Final Order of Special Master."* by Defendant Bill Owens. (Quinn, James) (Entered: 07/28/2005) |
| 07/29/2005 | 994 | MINUTE ORDER granting 993 Defendants' Motion for Extension of Time to file a response to Claimant Wolf's "Response to Final Order of Special Master." Granted up to and including 8/4/05. Entered by Judge John L. Kane on 7/29/05. (pap, ) (Entered: 07/29/2005) |
| 08/01/2005 | 996 | ORDER of Special Master dismissing Claim 02-511 by Claimant Paul Andrew Farrell #116495. Claimant's objection deadline is on or before 9/29/05. Attached to Order is record of Claim 02-511. Signed by Special Master Richard M. Borchers on 7/28/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 997 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-012 (03-091) by Claimant Walter L. Freisheim #101567.Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-012 (03-091). Signed by Speical Master Bruce D. Pringle on 7/12/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-046 by Claimant George L. Leslie IV, #43666. Claimant'sObjection Deadline is on or before 9/15/05. Attached to Order is record of Claim 03-046. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: |

| | | 08/02/2005) |
|---|---|---|
| 08/01/2005 | 999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-079 by Claimant Richard Taylor, #59393. Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-079. Signed by Special Master Bruce D. Pringle on 7/11/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1000 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-085 by Claimant Joseph P. Lovato, #60329. Judgment to be entered in the amount of $500.00. Objection deadline is on or before 9/2/05. Attached to Order is record of claim 03-085. Signed by Special Master Bruce D. Pringle on 7/18/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1001 | ORDER of Dismissal by Special Master Dismissing Claim X-084 by Claimant Dwayne E. Potts, Sr., #101535. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-084. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1002 | ORDER of Dismissal by Special Master Dismissing Claim X-090 by Claimant Joseph Lino Mendez III, #58401. Objection deadline is on or before 9/9/05. Attached to order is record of Claim X-090. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1003 | ORDER of Dismissal by Special Master Dismissing Claim X-093 by Claimant Anthony Lynn Barker, #118567. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-093. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1004 | ORDER of Dismissal of Special Master Dismissing Claim X-094 by Claimant Timothy Quintana, #107375. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-094. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1005 | ORDER of Dismissal by Special Master Dismissing Claim X-101 by Claimant Alice Joyce Johnson, #125342. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-101. Signed by Special Master Richard M. Borchers on 7/19/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1008 | Mail Returned as Undeliverable re: 987 Order on Motion for Preliminary Injunction Addressed to Howell F. Roberts. (pap, ) (Entered: 08/05/2005) |
| 08/04/2005 | 1006 | RESPONSE *Claimaint Wolf's Objection to Final Order of Special Master* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob |

| | | 08/02/2005) |
|---|---|---|
| 08/01/2005 | 999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-079 by Claimant Richard Taylor, #59393. Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-079. Signed by Special Master Bruce D. Pringle on 7/11/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1000 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-085 by Claimant Joseph P. Lovato, #60329. Judgment to be entered in the amount of $500.00. Objection deadline is on or before 9/2/05. Attached to Order is record of claim 03-085. Signed by Special Master Bruce D. Pringle on 7/18/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1001 | ORDER of Dismissal by Special Master Dismissing Claim X-084 by Claimant Dwayne E. Potts, Sr., #101535. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-084. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1002 | ORDER of Dismissal by Special Master Dismissing Claim X-090 by Claimant Joseph Lino Mendez III, #58401. Objection deadline is on or before 9/9/05. Attached to order is record of Claim X-090. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1003 | ORDER of Dismissal by Special Master Dismissing Claim X-093 by Claimant Anthony Lynn Barker, #118567. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-093. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1004 | ORDER of Dismissal of Special Master Dismissing Claim X-094 by Claimant Timothy Quintana, #107375. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-094. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1005 | ORDER of Dismissal by Special Master Dismissing Claim X-101 by Claimant Alice Joyce Johnson, #125342. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-101. Signed by Special Master Richard M. Borchers on 7/19/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1008 | Mail Returned as Undeliverable re: 987 Order on Motion for Preliminary Injunction Addressed to Howell F. Roberts. (pap, ) (Entered: 08/05/2005) |
| 08/04/2005 | 1006 | RESPONSE *Claimaint Wolf's Objection to Final Order of Special Master* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob |

| | | 08/02/2005) |
|---|---|---|
| 08/01/2005 | 999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-079 by Claimant Richard Taylor, #59393. Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-079. Signed by Special Master Bruce D. Pringle on 7/11/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1000 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-085 by Claimant Joseph P. Lovato, #60329. Judgment to be entered in the amount of $500.00. Objection deadline is on or before 9/2/05. Attached to Order is record of claim 03-085. Signed by Special Master Bruce D. Pringle on 7/18/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1001 | ORDER of Dismissal by Special Master Dismissing Claim X-084 by Claimant Dwayne E. Potts, Sr., #101535. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-084. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1002 | ORDER of Dismissal by Special Master Dismissing Claim X-090 by Claimant Joseph Lino Mendez III, #58401. Objection deadline is on or before 9/9/05. Attached to order is record of Claim X-090. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1003 | ORDER of Dismissal by Special Master Dismissing Claim X-093 by Claimant Anthony Lynn Barker, #118567. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-093. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1004 | ORDER of Dismissal of Special Master Dismissing Claim X-094 by Claimant Timothy Quintana, #107375. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-094. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1005 | ORDER of Dismissal by Special Master Dismissing Claim X-101 by Claimant Alice Joyce Johnson, #125342. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-101. Signed by Special Master Richard M. Borchers on 7/19/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1008 | Mail Returned as Undeliverable re: 987 Order on Motion for Preliminary Injunction Addressed to Howell F. Roberts. (pap, ) (Entered: 08/05/2005) |
| 08/04/2005 | 1006 | RESPONSE *Claimaint Wolf's Objection to Final Order of Special Master* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob |

| | | 08/02/2005) |
|---|---|---|
| 08/01/2005 | 999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-079 by Claimant Richard Taylor, #59393. Claimant's objection deadline is on or before 8/26/05. Attached to Order is record of claim 03-079. Signed by Special Master Bruce D. Pringle on 7/11/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1000 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-085 by Claimant Joseph P. Lovato, #60329. Judgment to be entered in the amount of $500.00. Objection deadline is on or before 9/2/05. Attached to Order is record of claim 03-085. Signed by Special Master Bruce D. Pringle on 7/18/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1001 | ORDER of Dismissal by Special Master Dismissing Claim X-084 by Claimant Dwayne E. Potts, Sr., #101535. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-084. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1002 | ORDER of Dismissal by Special Master Dismissing Claim X-090 by Claimant Joseph Lino Mendez III, #58401. Objection deadline is on or before 9/9/05. Attached to order is record of Claim X-090. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1003 | ORDER of Dismissal by Special Master Dismissing Claim X-093 by Claimant Anthony Lynn Barker, #118567. Objection deadline is on or before 9/9/05. Attached to Order is record of claim X-093. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1004 | ORDER of Dismissal of Special Master Dismissing Claim X-094 by Claimant Timothy Quintana, #107375. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-094. Signed by Special Master Richard M. Borchers on 7/21/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1005 | ORDER of Dismissal by Special Master Dismissing Claim X-101 by Claimant Alice Joyce Johnson, #125342. Objection deadline is on or before 9/9/05. Attached to order is record of claim X-101. Signed by Special Master Richard M. Borchers on 7/19/05. (pap, ) (Entered: 08/02/2005) |
| 08/01/2005 | 1008 | Mail Returned as Undeliverable re: 987 Order on Motion for Preliminary Injunction Addressed to Howell F. Roberts. (pap, ) (Entered: 08/05/2005) |
| 08/04/2005 | 1006 | RESPONSE *Claimaint Wolf's Objection to Final Order of Special Master* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob |

| | | |
|---|---|---|
| | | Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit)(Quinn, James) (Entered: 08/04/2005) |
| 08/04/2005 | 1007 | OBJECTION and Correction per FRCP 12 to Claim 03-030 re: 876 Objections, 907 MOTION for Order to by Interested Party L.R. Moore. (Attachments: # 1 Supplement in support and Addendum to Objection) (pap, ) (Entered: 08/05/2005) |
| 08/08/2005 | 1009 | MOTION For Extension of Time to *FILE OBJECTION TO FINAL ORDER OF SPECIAL MASTER REGARDING CLAIM OF STEVEN PAUL WALKER, #114350 (03-051)* by Defendant Bill Owens. (Dance, Jess) (Entered: 08/08/2005) |
| 08/09/2005 | 1010 | MINUTE ORDER granting 1009 Defendants' Motion for Extension of Time to File Objection to "Final Order of Special Master" Regarding Claim of Steven Paul Walker #114350 (Claim 03-051) up to and including 8/18/05. Entered by Judge John L. Kane on 8/8/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1011 | FINAL ORDER OF SPECIAL MASTER as to Claim 03-013 by Claimant Johnnie Ramirez #112327. Claimant is awarded damages of $100.00. Attached to Order is record of claim 03-013. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1012 | FINAL ORDER OF SPECIAL MASTER denying Claim 01-015 by Claimant Frank Vasquez #95897. Attached to Order is record of claim 01-015. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1013 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-056 by Claimant David Navarro #81213. Attached to Order is record of claim 03-056. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1014 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-099 by Claimant Tino Roybal #94962. Attached to Order is record of claim 03-099. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1015 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-003 by Claimant Normand P. Roy #82657. Attached to Order is record of Claim 03-003. Signed by Special Master Richard M. Borchers on 8/05/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1016 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-080 by Claimant O.D. Woolsey #44114. Attached to Order is record of Claim 03-080. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1017 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-011 by Claimant Robert Van Allen #81465. Attached to Order is record of Claim |

| | | Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit)(Quinn, James) (Entered: 08/04/2005) |
|---|---|---|
| 08/04/2005 | 1007 | OBJECTION and Correction per FRCP 12 to Claim 03-030 re: 876 Objections, 907 MOTION for Order to by Interested Party L.R. Moore. (Attachments: # 1 Supplement in support and Addendum to Objection) (pap, ) (Entered: 08/05/2005) |
| 08/08/2005 | 1009 | MOTION For Extension of Time to *FILE OBJECTION TO FINAL ORDER OF SPECIAL MASTER REGARDING CLAIM OF STEVEN PAUL WALKER, #114350 (03-051)* by Defendant Bill Owens. (Dance, Jess) (Entered: 08/08/2005) |
| 08/09/2005 | 1010 | MINUTE ORDER granting 1009 Defendants' Motion for Extension of Time to File Objection to "Final Order of Special Master" Regarding Claim of Steven Paul Walker #114350 (Claim 03-051) up to and including 8/18/05. Entered by Judge John L. Kane on 8/8/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1011 | FINAL ORDER OF SPECIAL MASTER as to Claim 03-013 by Claimant Johnnie Ramirez #112327. Claimant is awarded damages of $100.00. Attached to Order is record of claim 03-013. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1012 | FINAL ORDER OF SPECIAL MASTER denying Claim 01-015 by Claimant Frank Vasquez #95897. Attached to Order is record of claim 01-015. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1013 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-056 by Claimant David Navarro #81213. Attached to Order is record of claim 03-056. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1014 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-099 by Claimant Tino Roybal #94962. Attached to Order is record of claim 03-099. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1015 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-003 by Claimant Normand P. Roy #82657. Attached to Order is record of Claim 03-003. Signed by Special Master Richard M. Borchers on 8/05/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1016 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-080 by Claimant O.D. Woolsey #44114. Attached to Order is record of Claim 03-080. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1017 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-011 by Claimant Robert Van Allen #81465. Attached to Order is record of Claim |

| | | Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit)(Quinn, James) (Entered: 08/04/2005) |
|---|---|---|
| 08/04/2005 | 1007 | OBJECTION and Correction per FRCP 12 to Claim 03-030 re: 876 Objections, 907 MOTION for Order to by Interested Party L.R. Moore. (Attachments: # 1 Supplement in support and Addendum to Objection) (pap, ) (Entered: 08/05/2005) |
| 08/08/2005 | 1009 | MOTION For Extension of Time to *FILE OBJECTION TO FINAL ORDER OF SPECIAL MASTER REGARDING CLAIM OF STEVEN PAUL WALKER, #114350 (03-051)* by Defendant Bill Owens. (Dance, Jess) (Entered: 08/08/2005) |
| 08/09/2005 | 1010 | MINUTE ORDER granting 1009 Defendants' Motion for Extension of Time to File Objection to "Final Order of Special Master" Regarding Claim of Steven Paul Walker #114350 (Claim 03-051) up to and including 8/18/05. Entered by Judge John L. Kane on 8/8/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1011 | FINAL ORDER OF SPECIAL MASTER as to Claim 03-013 by Claimant Johnnie Ramirez #112327. Claimant is awarded damages of $100.00. Attached to Order is record of claim 03-013. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1012 | FINAL ORDER OF SPECIAL MASTER denying Claim 01-015 by Claimant Frank Vasquez #95897. Attached to Order is record of claim 01-015. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1013 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-056 by Claimant David Navarro #81213. Attached to Order is record of claim 03-056. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1014 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-099 by Claimant Tino Roybal #94962. Attached to Order is record of claim 03-099. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1015 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-003 by Claimant Normand P. Roy #82657. Attached to Order is record of Claim 03-003. Signed by Special Master Richard M. Borchers on 8/05/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1016 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-080 by Claimant O.D. Woolsey #44114. Attached to Order is record of Claim 03-080. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1017 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-011 by Claimant Robert Van Allen #81465. Attached to Order is record of Claim |

| | | |
|---|---|---|
| | | Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit)(Quinn, James) (Entered: 08/04/2005) |
| 08/04/2005 | 1007 | OBJECTION and Correction per FRCP 12 to Claim 03-030 re: 876 Objections, 907 MOTION for Order to by Interested Party L.R. Moore. (Attachments: # 1 Supplement in support and Addendum to Objection) (pap, ) (Entered: 08/05/2005) |
| 08/08/2005 | 1009 | MOTION For Extension of Time to *FILE OBJECTION TO FINAL ORDER OF SPECIAL MASTER REGARDING CLAIM OF STEVEN PAUL WALKER, #114350 (03-051)* by Defendant Bill Owens. (Dance, Jess) (Entered: 08/08/2005) |
| 08/09/2005 | 1010 | MINUTE ORDER granting 1009 Defendants' Motion for Extension of Time to File Objection to "Final Order of Special Master" Regarding Claim of Steven Paul Walker #114350 (Claim 03-051) up to and including 8/18/05. Entered by Judge John L. Kane on 8/8/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1011 | FINAL ORDER OF SPECIAL MASTER as to Claim 03-013 by Claimant Johnnie Ramirez #112327. Claimant is awarded damages of $100.00. Attached to Order is record of claim 03-013. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1012 | FINAL ORDER OF SPECIAL MASTER denying Claim 01-015 by Claimant Frank Vasquez #95897. Attached to Order is record of claim 01-015. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1013 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-056 by Claimant David Navarro #81213. Attached to Order is record of claim 03-056. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1014 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-099 by Claimant Tino Roybal #94962. Attached to Order is record of claim 03-099. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1015 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-003 by Claimant Normand P. Roy #82657. Attached to Order is record of Claim 03-003. Signed by Special Master Richard M. Borchers on 8/05/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1016 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-080 by Claimant O.D. Woolsey #44114. Attached to Order is record of Claim 03-080. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1017 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-011 by Claimant Robert Van Allen #81465. Attached to Order is record of Claim |

| | | 03-011. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
|---|---|---|
| 08/09/2005 | 1018 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-066 by Claimant Alejandro Valdez #76532. Attached to Order is record for Claim 03-066. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1019 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-030 by Claimant L.R. Moore #47702. Attached to Order is record of Claim 03-030. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1020 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-019 by Claimant Robert E. Hamilton, Jr. #118006. Attached to Order is record of Claim 03-019. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1021 | FINAL ORDER OF SPECIAL MASTER Granting Judgment in favor of Claimant Duncan Leach #76849, Claim 03-087. Attached to Order is record for Claim 03-087. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1022 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-061 by Claimant David Montoya #55220. Attached to Order is record for Claim 03-061. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-115 by Claimant Michael McCann, #112458. Attached to Order is record for Claim 03-115. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1024 | Mail Returned as Undeliverable re: 991 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/09/2005 | 1025 | Mail Returned as Undeliverable re: 994 Order on Motion for Extension of Time, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/15/2005 | 1029 | MOTION to Suppress Testimony for Perjury by Interested Party L.R. Moore. (Attachments: # 1 Supplemental Documents)(pap, ) (Entered: 08/17/2005) |
| 08/15/2005 | 1030 | Addendum to 1029 MOTION to Suppress by Interested Party L.R. Moore. (pap, ) (Entered: 08/17/2005) |
| 08/16/2005 | 1026 | RESPONSE to 946 REPORT AND RECOMMENDATIONS of Special Master by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Miller, David) (Entered: 08/16/2005) |
| 08/16/2005 | 1027 | MOTION for Hearing/Conference re 528 Order,,,,,,, by Plaintiff Jesse F. Montez. (Miller, David) (Entered: 08/16/2005) |

| | | 03-011. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
|---|---|---|
| 08/09/2005 | 1018 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-066 by Claimant Alejandro Valdez #76532. Attached to Order is record for Claim 03-066. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1019 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-030 by Claimant L.R. Moore #47702. Attached to Order is record of Claim 03-030. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1020 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-019 by Claimant Robert E. Hamilton, Jr. #118006. Attached to Order is record of Claim 03-019. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1021 | FINAL ORDER OF SPECIAL MASTER Granting Judgment in favor of Claimant Duncan Leach #76849, Claim 03-087. Attached to Order is record for Claim 03-087. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1022 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-061 by Claimant David Montoya #55220. Attached to Order is record for Claim 03-061. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-115 by Claimant Michael McCann, #112458. Attached to Order is record for Claim 03-115. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1024 | Mail Returned as Undeliverable re: 991 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/09/2005 | 1025 | Mail Returned as Undeliverable re: 994 Order on Motion for Extension of Time, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/15/2005 | 1029 | MOTION to Suppress Testimony for Perjury by Interested Party L.R. Moore. (Attachments: # 1 Supplemental Documents)(pap, ) (Entered: 08/17/2005) |
| 08/15/2005 | 1030 | Addendum to 1029 MOTION to Suppress by Interested Party L.R. Moore. (pap, ) (Entered: 08/17/2005) |
| 08/16/2005 | 1026 | RESPONSE to 946 REPORT AND RECOMMENDATIONS of Special Master by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Miller, David) (Entered: 08/16/2005) |
| 08/16/2005 | 1027 | MOTION for Hearing/Conference re 528 Order,,,,,,, by Plaintiff Jesse F. Montez. (Miller, David) (Entered: 08/16/2005) |

| | | |
|---|---|---|
| | | 03-011. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1018 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-066 by Claimant Alejandro Valdez #76532. Attached to Order is record for Claim 03-066. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1019 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-030 by Claimant L.R. Moore #47702. Attached to Order is record of Claim 03-030. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1020 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-019 by Claimant Robert E. Hamilton, Jr. #118006. Attached to Order is record of Claim 03-019. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1021 | FINAL ORDER OF SPECIAL MASTER Granting Judgment in favor of Claimant Duncan Leach #76849, Claim 03-087. Attached to Order is record for Claim 03-087. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1022 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-061 by Claimant David Montoya #55220. Attached to Order is record for Claim 03-061. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-115 by Claimant Michael McCann, #112458. Attached to Order is record for Claim 03-115. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1024 | Mail Returned as Undeliverable re: 991 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/09/2005 | 1025 | Mail Returned as Undeliverable re: 994 Order on Motion for Extension of Time, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/15/2005 | 1029 | MOTION to Suppress Testimony for Perjury by Interested Party L.R. Moore. (Attachments: # 1 Supplemental Documents)(pap, ) (Entered: 08/17/2005) |
| 08/15/2005 | 1030 | Addendum to 1029 MOTION to Suppress by Interested Party L.R. Moore. (pap, ) (Entered: 08/17/2005) |
| 08/16/2005 | 1026 | RESPONSE to 946 REPORT AND RECOMMENDATIONS of Special Master by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Miller, David) (Entered: 08/16/2005) |
| 08/16/2005 | 1027 | MOTION for Hearing/Conference re 528 Order,,,,,,, by Plaintiff Jesse F. Montez. (Miller, David) (Entered: 08/16/2005) |

| | | |
|---|---|---|
| | | 03-011. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1018 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-066 by Claimant Alejandro Valdez #76532. Attached to Order is record for Claim 03-066. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1019 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-030 by Claimant L.R. Moore #47702. Attached to Order is record of Claim 03-030. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1020 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-019 by Claimant Robert E. Hamilton, Jr. #118006. Attached to Order is record of Claim 03-019. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1021 | FINAL ORDER OF SPECIAL MASTER Granting Judgment in favor of Claimant Duncan Leach #76849, Claim 03-087. Attached to Order is record for Claim 03-087. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1022 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-061 by Claimant David Montoya #55220. Attached to Order is record for Claim 03-061. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-115 by Claimant Michael McCann, #112458. Attached to Order is record for Claim 03-115. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 08/09/2005) |
| 08/09/2005 | 1024 | Mail Returned as Undeliverable re: 991 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/09/2005 | 1025 | Mail Returned as Undeliverable re: 994 Order on Motion for Extension of Time, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/12/2005) |
| 08/15/2005 | 1029 | MOTION to Suppress Testimony for Perjury by Interested Party L.R. Moore. (Attachments: # 1 Supplemental Documents)(pap, ) (Entered: 08/17/2005) |
| 08/15/2005 | 1030 | Addendum to 1029 MOTION to Suppress by Interested Party L.R. Moore. (pap, ) (Entered: 08/17/2005) |
| 08/16/2005 | 1026 | RESPONSE to 946 REPORT AND RECOMMENDATIONS of Special Master by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Miller, David) (Entered: 08/16/2005) |
| 08/16/2005 | 1027 | MOTION for Hearing/Conference re 528 Order,,,,,,, by Plaintiff Jesse F. Montez. (Miller, David) (Entered: 08/16/2005) |

| 08/16/2005 | 1028 | NOTICE re 528 Order,,,,,,, by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Miller, David) (Entered: 08/16/2005) |
|---|---|---|
| 08/16/2005 | 1046 | Mail Returned as Undeliverable re: 1010 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1031 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Walker Hearing# 2 Exhibit Exhibit B: Walker Step I Grievance)(Dance, Jess) (Entered: 08/18/2005) |
| 08/18/2005 | 1032 | ORDER granting 992 EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. Signed by Judge John L. Kane on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1033 | MINUTE ORDER re: 1029 MOTION to Suppress filed by L.R. Moore . Entered by Judge Edward W. Nottingham on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1034 | ORDER of Dismissal Dismissing Claim 02-771 by Claimant Cassandra Haynes #122153. Attached to Order is Record of Claim 02-771. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1035 | ORDER of Dismissal Dismissing Claim 02-851 by Claimant Edward Hudson #125068. Attached to Order is record for claim 02-851. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1036 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-002 by Claimant Joe Eubanks, #64033. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1037 | FINAL ORDER of Special Master Denying Claim 03-050 by Claimant John Montoya, #116258. Attached to Order is record of claim 03-050. Signed by Special Master Bruce D. Pringle on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1038 | ORDER of Dismissal Dismissing Claim 03-073 by Claimant Andrew T. Aguilar, #62167. Attached to Order is record of claim 03-073. Signed by |

| 08/16/2005 | 1028 | NOTICE re 528 Order,,,,,,, by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Miller, David) (Entered: 08/16/2005) |
| --- | --- | --- |
| 08/16/2005 | 1046 | Mail Returned as Undeliverable re: 1010 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1031 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Walker Hearing# 2 Exhibit Exhibit B: Walker Step I Grievance)(Dance, Jess) (Entered: 08/18/2005) |
| 08/18/2005 | 1032 | ORDER granting 992 EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. Signed by Judge John L. Kane on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1033 | MINUTE ORDER re: 1029 MOTION to Suppress filed by L.R. Moore . Entered by Judge Edward W. Nottingham on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1034 | ORDER of Dismissal Dismissing Claim 02-771 by Claimant Cassandra Haynes #122153. Attached to Order is Record of Claim 02-771. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1035 | ORDER of Dismissal Dismissing Claim 02-851 by Claimant Edward Hudson #125068. Attached to Order is record for claim 02-851. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1036 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-002 by Claimant Joe Eubanks, #64033. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1037 | FINAL ORDER of Special Master Denying Claim 03-050 by Claimant John Montoya, #116258. Attached to Order is record of claim 03-050. Signed by Special Master Bruce D. Pringle on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1038 | ORDER of Dismissal Dismissing Claim 03-073 by Claimant Andrew T. Aguilar, #62167. Attached to Order is record of claim 03-073. Signed by |

| 08/16/2005 | 1028 | NOTICE re 528 Order,,,,,,, by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Miller, David) (Entered: 08/16/2005) |
|---|---|---|
| 08/16/2005 | 1046 | Mail Returned as Undeliverable re: 1010 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1031 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Walker Hearing# 2 Exhibit Exhibit B: Walker Step I Grievance)(Dance, Jess) (Entered: 08/18/2005) |
| 08/18/2005 | 1032 | ORDER granting 992 EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. Signed by Judge John L. Kane on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1033 | MINUTE ORDER re: 1029 MOTION to Suppress filed by L.R. Moore . Entered by Judge Edward W. Nottingham on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1034 | ORDER of Dismissal Dismissing Claim 02-771 by Claimant Cassandra Haynes #122153. Attached to Order is Record of Claim 02-771. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1035 | ORDER of Dismissal Dismissing Claim 02-851 by Claimant Edward Hudson #125068. Attached to Order is record for claim 02-851. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1036 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-002 by Claimant Joe Eubanks, #64033. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1037 | FINAL ORDER of Special Master Denying Claim 03-050 by Claimant John Montoya, #116258. Attached to Order is record of claim 03-050. Signed by Special Master Bruce D. Pringle on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1038 | ORDER of Dismissal Dismissing Claim 03-073 by Claimant Andrew T. Aguilar, #62167. Attached to Order is record of claim 03-073. Signed by |

| 08/16/2005 | 1028 | NOTICE re 528 Order,,,,,,, by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Miller, David) (Entered: 08/16/2005) |
|---|---|---|
| 08/16/2005 | 1046 | Mail Returned as Undeliverable re: 1010 Minute Order, Addressed to Howell F. Roberts. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1031 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Walker Hearing# 2 Exhibit Exhibit B: Walker Step I Grievance)(Dance, Jess) (Entered: 08/18/2005) |
| 08/18/2005 | 1032 | ORDER granting 992 EIGHTH APPLICATION for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. Signed by Judge John L. Kane on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1033 | MINUTE ORDER re: 1029 MOTION to Suppress filed by L.R. Moore . Entered by Judge Edward W. Nottingham on 8/18/05. (pap, ) (Entered: 08/18/2005) |
| 08/18/2005 | 1034 | ORDER of Dismissal Dismissing Claim 02-771 by Claimant Cassandra Haynes #122153. Attached to Order is Record of Claim 02-771. Signed by Special Master Richard M. Borchers on 7/25/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1035 | ORDER of Dismissal Dismissing Claim 02-851 by Claimant Edward Hudson #125068. Attached to Order is record for claim 02-851. Signed by Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1036 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-002 by Claimant Joe Eubanks, #64033. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1037 | FINAL ORDER of Special Master Denying Claim 03-050 by Claimant John Montoya, #116258. Attached to Order is record of claim 03-050. Signed by Special Master Bruce D. Pringle on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1038 | ORDER of Dismissal Dismissing Claim 03-073 by Claimant Andrew T. Aguilar, #62167. Attached to Order is record of claim 03-073. Signed by |

| | | Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
|---|---|---|
| 08/18/2005 | 1039 | FINAL ORDER Denying Claim 03-113 by Claimant Benjamin R. Ortiz, Jr., #64771. Attached to Order is record of claim 03-113. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1040 | ORDER of Dismissal Dismissing Claim X-103 by Claimant Forrest Shunn, #125130. Attached to Order is record of claim X-103. Signed by Special Master Richard M. Borchers on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1041 | ORDER OF DISMISSAL Dismissing Claim X-116 by Claimant Loren E. Dennis, #75927. Attached to Order is record of claim X-116. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1042 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Clerk to Forward Requests to Special Master. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1043 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Document Verifying this Courts Address. Re: Claim 03-147 (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1044 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Information (Court's Phone Number). Claim 03-147. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1045 | OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 08/19/2005) |
| 08/22/2005 | 1047 | Addendum Showing Continuing Discrimination by Interested Party L.R. Moore. (pap, ) (Entered: 08/22/2005) |
| 08/22/2005 | 1048 | REQUEST by Interested Party L.R. Moore for Copys of All Final Orders and Records by Special Master. (pap, ) (Entered: 08/22/2005) |
| 08/24/2005 | 1052 | MOTION for Order to Dismiss/Stop Payment to Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1053 | SPECIAL ORDER #2. Signed by Special Master Richard M. Borchers on 8/22/05. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1063 | Mail Returned as Undeliverable re: 1032 Order on Motion for Costs, 1033 Order Addressed to Howell F. Roberts. (pap, ) (Entered: 09/07/2005) |
| 08/25/2005 | 1049 | MINUTE ORDER granting in part 1027 Plaintiff Class's Motion for Hearing/Conference. A Status Conference is scheduled for September 8, 2005 at 10:00 a.m. inCourtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street . Entered by Judge John L. Kane on 8/25/05. (pap, ) (Entered: 08/25/2005) |
| 08/26/2005 | 1050 | RESPONSE to Motion re 1027 MOTION for Hearing/Conference re 528 Order,,,,,,, filed by Defendants Department of Corrections, Bill Owens. (Attachments: # 1 Exhibit Transcript)(McCann, Elizabeth) (Entered: 08/26/2005) |
| | | |

| | | Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
|---|---|---|
| 08/18/2005 | 1039 | FINAL ORDER Denying Claim 03-113 by Claimant Benjamin R. Ortiz, Jr., #64771. Attached to Order is record of claim 03-113. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1040 | ORDER of Dismissal Dismissing Claim X-103 by Claimant Forrest Shunn, #125130. Attached to Order is record of claim X-103. Signed by Special Master Richard M. Borchers on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1041 | ORDER OF DISMISSAL Dismissing Claim X-116 by Claimant Loren E. Dennis, #75927. Attached to Order is record of claim X-116. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1042 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Clerk to Forward Requests to Special Master. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1043 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Document Verifying this Courts Address. Re: Claim 03-147 (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1044 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Information (Court's Phone Number). Claim 03-147. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1045 | OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 08/19/2005) |
| 08/22/2005 | 1047 | Addendum Showing Continuing Discrimination by Interested Party L.R. Moore. (pap, ) (Entered: 08/22/2005) |
| 08/22/2005 | 1048 | REQUEST by Interested Party L.R. Moore for Copys of All Final Orders and Records by Special Master. (pap, ) (Entered: 08/22/2005) |
| 08/24/2005 | 1052 | MOTION for Order to Dismiss/Stop Payment to Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1053 | SPECIAL ORDER #2. Signed by Special Master Richard M. Borchers on 8/22/05. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1063 | Mail Returned as Undeliverable re: 1032 Order on Motion for Costs, 1033 Order Addressed to Howell F. Roberts. (pap, ) (Entered: 09/07/2005) |
| 08/25/2005 | 1049 | MINUTE ORDER granting in part 1027 Plaintiff Class's Motion for Hearing/Conference. A Status Conference is scheduled for September 8, 2005 at 10:00 a.m. inCourtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street . Entered by Judge John L. Kane on 8/25/05. (pap, ) (Entered: 08/25/2005) |
| 08/26/2005 | 1050 | RESPONSE to Motion re 1027 MOTION for Hearing/Conference re 528 Order,,,,,,, filed by Defendants Department of Corrections, Bill Owens. (Attachments: # 1 Exhibit Transcript)(McCann, Elizabeth) (Entered: 08/26/2005) |
| | | |

| | | Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
|---|---|---|
| 08/18/2005 | 1039 | FINAL ORDER Denying Claim 03-113 by Claimant Benjamin R. Ortiz, Jr., #64771. Attached to Order is record of claim 03-113. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1040 | ORDER of Dismissal Dismissing Claim X-103 by Claimant Forrest Shunn, #125130. Attached to Order is record of claim X-103. Signed by Special Master Richard M. Borchers on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1041 | ORDER OF DISMISSAL Dismissing Claim X-116 by Claimant Loren E. Dennis, #75927. Attached to Order is record of claim X-116. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1042 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Clerk to Forward Requests to Special Master. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1043 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Document Verifying this Courts Address. Re: Claim 03-147 (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1044 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Information (Court's Phone Number). Claim 03-147. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1045 | OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 08/19/2005) |
| 08/22/2005 | 1047 | Addendum Showing Continuing Discrimination by Interested Party L.R. Moore. (pap, ) (Entered: 08/22/2005) |
| 08/22/2005 | 1048 | REQUEST by Interested Party L.R. Moore for Copys of All Final Orders and Records by Special Master. (pap, ) (Entered: 08/22/2005) |
| 08/24/2005 | 1052 | MOTION for Order to Dismiss/Stop Payment to Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1053 | SPECIAL ORDER #2. Signed by Special Master Richard M. Borchers on 8/22/05. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1063 | Mail Returned as Undeliverable re: 1032 Order on Motion for Costs, 1033 Order Addressed to Howell F. Roberts. (pap, ) (Entered: 09/07/2005) |
| 08/25/2005 | 1049 | MINUTE ORDER granting in part 1027 Plaintiff Class's Motion for Hearing/Conference. A Status Conference is scheduled for September 8, 2005 at 10:00 a.m. inCourtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street . Entered by Judge John L. Kane on 8/25/05. (pap, ) (Entered: 08/25/2005) |
| 08/26/2005 | 1050 | RESPONSE to Motion re 1027 MOTION for Hearing/Conference re 528 Order,,,,,,, filed by Defendants Department of Corrections, Bill Owens. (Attachments: # 1 Exhibit Transcript)(McCann, Elizabeth) (Entered: 08/26/2005) |
| | | |

| | | Special Master Richard M. Borchers on 8/1/05. (pap, ) (Entered: 08/19/2005) |
|---|---|---|
| 08/18/2005 | 1039 | FINAL ORDER Denying Claim 03-113 by Claimant Benjamin R. Ortiz, Jr., #64771. Attached to Order is record of claim 03-113. Signed by Special Master Bruce D. Pringle on 8/1/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1040 | ORDER of Dismissal Dismissing Claim X-103 by Claimant Forrest Shunn, #125130. Attached to Order is record of claim X-103. Signed by Special Master Richard M. Borchers on 8/2/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1041 | ORDER OF DISMISSAL Dismissing Claim X-116 by Claimant Loren E. Dennis, #75927. Attached to Order is record of claim X-116. Signed by Special Master Richard M. Borchers on 8/9/05. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1042 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Clerk to Forward Requests to Special Master. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1043 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Document Verifying this Courts Address. Re: Claim 03-147 (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1044 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Information (Court's Phone Number). Claim 03-147. (pap, ) (Entered: 08/19/2005) |
| 08/18/2005 | 1045 | OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 08/19/2005) |
| 08/22/2005 | 1047 | Addendum Showing Continuing Discrimination by Interested Party L.R. Moore. (pap, ) (Entered: 08/22/2005) |
| 08/22/2005 | 1048 | REQUEST by Interested Party L.R. Moore for Copys of All Final Orders and Records by Special Master. (pap, ) (Entered: 08/22/2005) |
| 08/24/2005 | 1052 | MOTION for Order to Dismiss/Stop Payment to Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1053 | SPECIAL ORDER #2. Signed by Special Master Richard M. Borchers on 8/22/05. (pap, ) (Entered: 08/29/2005) |
| 08/24/2005 | 1063 | Mail Returned as Undeliverable re: 1032 Order on Motion for Costs, 1033 Order Addressed to Howell F. Roberts. (pap, ) (Entered: 09/07/2005) |
| 08/25/2005 | 1049 | MINUTE ORDER granting in part 1027 Plaintiff Class's Motion for Hearing/Conference. A Status Conference is scheduled for September 8, 2005 at 10:00 a.m. inCourtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street . Entered by Judge John L. Kane on 8/25/05. (pap, ) (Entered: 08/25/2005) |
| 08/26/2005 | 1050 | RESPONSE to Motion re 1027 MOTION for Hearing/Conference re 528 Order,,,,,,, filed by Defendants Department of Corrections, Bill Owens. (Attachments: # 1 Exhibit Transcript)(McCann, Elizabeth) (Entered: 08/26/2005) |
| | | |

| 08/26/2005 | 1051 | RESPONSE to 1028 Notice (Other) *Notice to Judge Kane of Defendants' Non-compliance of Remedial Plan* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (McCann, Elizabeth) (Entered: 08/26/2005) |
|---|---|---|
| 08/30/2005 | 1054 | ORDER denying 1052 L.R. Moore's Motion for Order to Dismiss/Stop Payment to Special Master . Signed by Judge John L. Kane on 8/30/05. (pap, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1055 | OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. (pap, ) (Entered: 08/30/2005) |
| 08/31/2005 | 1056 | NOTICE re 956 Order *Notice of Intervention* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Bellac, Patricia) (Entered: 08/31/2005) |
| 09/01/2005 | 1057 | MOTION For Unlimited Time Extension to File Opening Brief due to Defendants by Interested Party L.R. Moore. (pap, ) (Entered: 09/02/2005) |
| 09/01/2005 | 1059 | Mail Returned as Undeliverable re: 1049 Order on Motion for Hearing/Conference, Addressed to Howell F. Roberts. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1058 | MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1060 | First MOTION For Extension of Time to *File Objection to Lovato dec.* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard. (Bellac, Patricia) (Entered: 09/02/2005) |
| 09/06/2005 | 1061 | OBJECTIONS to 1056 Notice (Other) *of Class Counsel's Request to Intervene on Behalf of Class* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, |

| 08/26/2005 | 1051 | RESPONSE to 1028 Notice (Other) *Notice to Judge Kane of Defendants' Non-compliance of Remedial Plan* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (McCann, Elizabeth) (Entered: 08/26/2005) |
|---|---|---|
| 08/30/2005 | 1054 | ORDER denying 1052 L.R. Moore's Motion for Order to Dismiss/Stop Payment to Special Master . Signed by Judge John L. Kane on 8/30/05. (pap, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1055 | OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. (pap, ) (Entered: 08/30/2005) |
| 08/31/2005 | 1056 | NOTICE re 956 Order *Notice of Intervention* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Bellac, Patricia) (Entered: 08/31/2005) |
| 09/01/2005 | 1057 | MOTION For Unlimited Time Extension to File Opening Brief due to Defendants by Interested Party L.R. Moore. (pap, ) (Entered: 09/02/2005) |
| 09/01/2005 | 1059 | Mail Returned as Undeliverable re: 1049 Order on Motion for Hearing/Conference, Addressed to Howell F. Roberts. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1058 | MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1060 | First MOTION For Extension of Time to *File Objection to Lovato dec.* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard. (Bellac, Patricia) (Entered: 09/02/2005) |
| 09/06/2005 | 1061 | OBJECTIONS to 1056 Notice (Other) *of Class Counsel's Request to Intervene on Behalf of Class* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, |

| 08/26/2005 | 1051 | RESPONSE to 1028 Notice (Other) *Notice to Judge Kane of Defendants' Non-compliance of Remedial Plan* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (McCann, Elizabeth) (Entered: 08/26/2005) |
|---|---|---|
| 08/30/2005 | 1054 | ORDER denying 1052 L.R. Moore's Motion for Order to Dismiss/Stop Payment to Special Master . Signed by Judge John L. Kane on 8/30/05. (pap, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1055 | OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. (pap, ) (Entered: 08/30/2005) |
| 08/31/2005 | 1056 | NOTICE re 956 Order *Notice of Intervention* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Bellac, Patricia) (Entered: 08/31/2005) |
| 09/01/2005 | 1057 | MOTION For Unlimited Time Extension to File Opening Brief due to Defendants by Interested Party L.R. Moore. (pap, ) (Entered: 09/02/2005) |
| 09/01/2005 | 1059 | Mail Returned as Undeliverable re: 1049 Order on Motion for Hearing/Conference, Addressed to Howell F. Roberts. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1058 | MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1060 | First MOTION For Extension of Time to *File Objection to Lovato dec.* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard. (Bellac, Patricia) (Entered: 09/02/2005) |
| 09/06/2005 | 1061 | OBJECTIONS to 1056 Notice (Other) *of Class Counsel's Request to Intervene on Behalf of Class* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, |

| 08/26/2005 | 1051 | RESPONSE to 1028 Notice (Other) *Notice to Judge Kane of Defendants' Non-compliance of Remedial Plan* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (McCann, Elizabeth) (Entered: 08/26/2005) |
| --- | --- | --- |
| 08/30/2005 | 1054 | ORDER denying 1052 L.R. Moore's Motion for Order to Dismiss/Stop Payment to Special Master . Signed by Judge John L. Kane on 8/30/05. (pap, ) (Entered: 08/30/2005) |
| 08/30/2005 | 1055 | OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. (pap, ) (Entered: 08/30/2005) |
| 08/31/2005 | 1056 | NOTICE re 956 Order *Notice of Intervention* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Bellac, Patricia) (Entered: 08/31/2005) |
| 09/01/2005 | 1057 | MOTION For Unlimited Time Extension to File Opening Brief due to Defendants by Interested Party L.R. Moore. (pap, ) (Entered: 09/02/2005) |
| 09/01/2005 | 1059 | Mail Returned as Undeliverable re: 1049 Order on Motion for Hearing/Conference, Addressed to Howell F. Roberts. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1058 | MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 09/02/2005) |
| 09/02/2005 | 1060 | First MOTION For Extension of Time to *File Objection to Lovato dec.* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard. (Bellac, Patricia) (Entered: 09/02/2005) |
| 09/06/2005 | 1061 | OBJECTIONS to 1056 Notice (Other) *of Class Counsel's Request to Intervene on Behalf of Class* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, |

| | | Lorraine Diaz, M. McDonough. (Dance, Jess) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | 1062 | MINUTE ORDER: The 1057 Motion for Unlimited Time Extension to File Opening Brief Due to Defendants is DENIED by Judge Edward W. Nottingham on 9/6/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/06/2005) |
| 09/06/2005 | 1075 | FINAL ORDER of Special Master re: Claim 03-024 by Claimant LaVern D. Carrigan, Jr., #113545. Judgment is granted in favor of Claimant and against Defendant in the amount of $750.00. Attached to Order is record of claim 03-024. Signed by Special Master Bruce D. Pringle on 8/11/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1076 | FINAL ORDER of Special Master denying Claim 03-109 by Claimant Sharon L. Colbert #54597. Attached to Order is record of claim 03-109. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1077 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-111 by Claimant Leon Silkwood, #119546. Attached to Order is record of claim 03-111 . Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1078 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-041 by Claimant Brendan Brewer, #115179. Attached to Order is record of claim 03-041. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1079 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-005 by Claimant Roy J. Whitehead, #53122. Attached to Order is record of claim 03-005. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1080 | FINAL ORDER OF SPECIAL MASTER Granting Claim 01-003 by Claimant Paul Inman #89591 as to mobility impairment and he is to be provided a cane, Dismissed as to all other aspects. Attached to Order is record of claim 01-003. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-064 by Claimant Bradley R. Clemens, #99048. Attached to Order is record of claim 03-064. Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1082 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-020 by Claimant Jeremy Molbert #114529. Attached to Order is record of claim 03-020. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1083 | ORDER OF SPECIAL MASTERS CATEGORY V DAMAGES re: Claim 05-001 by Claimant Kenneth G. Garcia, Jr., Claim 05-002 by Claimant Mary Alonzo, Claim 05-03 by Claimant Kenneth Alvin G. Jones as brother of Nathan Jones, Claim 05-004 (formerly 02-196) Claimant |

| | | Lorraine Diaz, M. McDonough. (Dance, Jess) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | 1062 | MINUTE ORDER: The 1057 Motion for Unlimited Time Extension to File Opening Brief Due to Defendants is DENIED by Judge Edward W. Nottingham on 9/6/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/06/2005) |
| 09/06/2005 | 1075 | FINAL ORDER of Special Master re: Claim 03-024 by Claimant LaVern D. Carrigan, Jr., #113545. Judgment is granted in favor of Claimant and against Defendant in the amount of $750.00. Attached to Order is record of claim 03-024. Signed by Special Master Bruce D. Pringle on 8/11/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1076 | FINAL ORDER of Special Master denying Claim 03-109 by Claimant Sharon L. Colbert #54597. Attached to Order is record of claim 03-109. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1077 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-111 by Claimant Leon Silkwood, #119546. Attached to Order is record of claim 03-111 . Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1078 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-041 by Claimant Brendan Brewer, #115179. Attached to Order is record of claim 03-041. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1079 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-005 by Claimant Roy J. Whitehead, #53122. Attached to Order is record of claim 03-005. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1080 | FINAL ORDER OF SPECIAL MASTER Granting Claim 01-003 by Claimant Paul Inman #89591 as to mobility impairment and he is to be provided a cane, Dismissed as to all other aspects. Attached to Order is record of claim 01-003. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-064 by Claimant Bradley R. Clemens, #99048. Attached to Order is record of claim 03-064. Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1082 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-020 by Claimant Jeremy Molbert #114529. Attached to Order is record of claim 03-020. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1083 | ORDER OF SPECIAL MASTERS CATEGORY V DAMAGES re: Claim 05-001 by Claimant Kenneth G. Garcia, Jr., Claim 05-002 by Claimant Mary Alonzo, Claim 05-03 by Claimant Kenneth Alvin G. Jones as brother of Nathan Jones, Claim 05-004 (formerly 02-196) Claimant |

| | | Lorraine Diaz, M. McDonough. (Dance, Jess) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | 1062 | MINUTE ORDER: The 1057 Motion for Unlimited Time Extension to File Opening Brief Due to Defendants is DENIED by Judge Edward W. Nottingham on 9/6/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/06/2005) |
| 09/06/2005 | 1075 | FINAL ORDER of Special Master re: Claim 03-024 by Claimant LaVern D. Carrigan, Jr., #113545. Judgment is granted in favor of Claimant and against Defendant in the amount of $750.00. Attached to Order is record of claim 03-024. Signed by Special Master Bruce D. Pringle on 8/11/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1076 | FINAL ORDER of Special Master denying Claim 03-109 by Claimant Sharon L. Colbert #54597. Attached to Order is record of claim 03-109. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1077 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-111 by Claimant Leon Silkwood, #119546. Attached to Order is record of claim 03-111 . Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1078 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-041 by Claimant Brendan Brewer, #115179. Attached to Order is record of claim 03-041. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1079 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-005 by Claimant Roy J. Whitehead, #53122. Attached to Order is record of claim 03-005. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1080 | FINAL ORDER OF SPECIAL MASTER Granting Claim 01-003 by Claimant Paul Inman #89591 as to mobility impairment and he is to be provided a cane, Dismissed as to all other aspects. Attached to Order is record of claim 01-003. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-064 by Claimant Bradley R. Clemens, #99048. Attached to Order is record of claim 03-064. Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1082 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-020 by Claimant Jeremy Molbert #114529. Attached to Order is record of claim 03-020. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1083 | ORDER OF SPECIAL MASTERS CATEGORY V DAMAGES re: Claim 05-001 by Claimant Kenneth G. Garcia, Jr., Claim 05-002 by Claimant Mary Alonzo, Claim 05-03 by Claimant Kenneth Alvin G. Jones as brother of Nathan Jones, Claim 05-004 (formerly 02-196) Claimant |

| | | Lorraine Diaz, M. McDonough. (Dance, Jess) (Entered: 09/06/2005) |
|---|---|---|
| 09/06/2005 | 1062 | MINUTE ORDER: The 1057 Motion for Unlimited Time Extension to File Opening Brief Due to Defendants is DENIED by Judge Edward W. Nottingham on 9/6/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/06/2005) |
| 09/06/2005 | 1075 | FINAL ORDER of Special Master re: Claim 03-024 by Claimant LaVern D. Carrigan, Jr., #113545. Judgment is granted in favor of Claimant and against Defendant in the amount of $750.00. Attached to Order is record of claim 03-024. Signed by Special Master Bruce D. Pringle on 8/11/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1076 | FINAL ORDER of Special Master denying Claim 03-109 by Claimant Sharon L. Colbert #54597. Attached to Order is record of claim 03-109. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1077 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-111 by Claimant Leon Silkwood, #119546. Attached to Order is record of claim 03-111 . Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1078 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-041 by Claimant Brendan Brewer, #115179. Attached to Order is record of claim 03-041. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1079 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-005 by Claimant Roy J. Whitehead, #53122. Attached to Order is record of claim 03-005. Signed by Special Master Bruce D. Pringle on 8/16/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1080 | FINAL ORDER OF SPECIAL MASTER Granting Claim 01-003 by Claimant Paul Inman #89591 as to mobility impairment and he is to be provided a cane, Dismissed as to all other aspects. Attached to Order is record of claim 01-003. Signed by Special Master Richard M. Borchers on 8/5/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-064 by Claimant Bradley R. Clemens, #99048. Attached to Order is record of claim 03-064. Signed by Special Master Bruce D. Pringle on 8/22/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1082 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-020 by Claimant Jeremy Molbert #114529. Attached to Order is record of claim 03-020. Signed by Special Master Richard M. Borchers on 8/25/05. (pap, ) (Entered: 09/13/2005) |
| 09/06/2005 | 1083 | ORDER OF SPECIAL MASTERS CATEGORY V DAMAGES re: Claim 05-001 by Claimant Kenneth G. Garcia, Jr., Claim 05-002 by Claimant Mary Alonzo, Claim 05-03 by Claimant Kenneth Alvin G. Jones as brother of Nathan Jones, Claim 05-004 (formerly 02-196) Claimant |

| | | Elizabeth Serene, as mother of Rex Serene (deceased), Claim 05-005 by Claimant John E. Mossman, Sr., as father of Paul Mossman (Deceased), Claim 05-006 by Claimant Estate of Jessie Montez, and Claim 05-008 by Claimant Clifford K. and Margarite M. Moore (as Father and Mother of Steven Richard Moore) it is Ordered that Claimants pursuing Category V claims may not pursue claims under 42 USC 1983, as those claims were dismissed by Judge Nottingham. Signed by Special Masters Richard M. Borchers and Bruse D. Pringle on 8/31/05. (pap, ) (Entered: 09/13/2005) |
|---|---|---|
| 09/07/2005 | 1064 | MINUTE ORDER: Class Counsel's 1060 Request for Extension of Time is GRANTED to and including September 7, 2005 by Judge Edward W. Nottingham on 9/7/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/07/2005) |
| 09/07/2005 | 1065 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Pages # 2 Exhibit) (Bellac, Patricia) (Entered: 09/07/2005) |
| 09/07/2005 | 1066 | NOTICE of Entry of Appearance by Adam B. Wiens on behalf of Department of Corrections (Wiens, Adam) (Entered: 09/07/2005) |
| 09/07/2005 | 1067 | MINUTE ORDER 1058 MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768 is Referred to the Special Masters . Entered by Judge Edward W. Nottingham on 9/7/05. (pap, ) (Entered: 09/07/2005) |
| 09/08/2005 | 1068 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 9/8/2005 (Court Reporter Darlene Martinez.) (dlb, ) (Entered: 09/08/2005) |
| 09/08/2005 | 1130 | ORDER re: Claim 03-030 by Claimant L.R. Moore Defendants shall respond on or before 9/30/05 re: 1019 Order. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1131 | ORDER of Special Master re: 1022 Order re: Claim 03-061 by Claimant David Montoya, #55220. Signed by Special Master Richard M. Borchers on 8/18/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1132 | ORDER of Special Master re: 925 Order re: Claim 03-025 by Claimant Charles L. Lane, #112551. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/09/2005 | 1086 | Minute Entry for proceedings held before Judge Edward W. Nottingham : In Court Hearing held on 9/9/2005. Counsel shall decide on or before September 19, 2005, the names of two Special Masters to be appointed. Counsel shall decide which issues should be handled by this Court and those issues to be handled by Judge Kane on or before September 14, 2005. (Court Reporter Therese Lindblom.) (pap, ) (Entered: 09/13/2005) |
| 09/12/2005 | 1069 | MOTION for Order to Expunge Verdicts of unheld COPD Hearing by |

|  |  | Elizabeth Serene, as mother of Rex Serene (deceased), Claim 05-005 by Claimant John E. Mossman, Sr., as father of Paul Mossman (Deceased), Claim 05-006 by Claimant Estate of Jessie Montez, and Claim 05-008 by Claimant Clifford K. and Margarite M. Moore (as Father and Mother of Steven Richard Moore) it is Ordered that Claimants pursuing Category V claims may not pursue claims under 42 USC 1983, as those claims were dismissed by Judge Nottingham. Signed by Special Masters Richard M. Borchers and Bruse D. Pringle on 8/31/05. (pap, ) (Entered: 09/13/2005) |
|---|---|---|
| 09/07/2005 | 1064 | MINUTE ORDER: Class Counsel's 1060 Request for Extension of Time is GRANTED to and including September 7, 2005 by Judge Edward W. Nottingham on 9/7/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/07/2005) |
| 09/07/2005 | 1065 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Pages # 2 Exhibit) (Bellac, Patricia) (Entered: 09/07/2005) |
| 09/07/2005 | 1066 | NOTICE of Entry of Appearance by Adam B. Wiens on behalf of Department of Corrections (Wiens, Adam) (Entered: 09/07/2005) |
| 09/07/2005 | 1067 | MINUTE ORDER 1058 MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768 is Referred to the Special Masters . Entered by Judge Edward W. Nottingham on 9/7/05. (pap, ) (Entered: 09/07/2005) |
| 09/08/2005 | 1068 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 9/8/2005 (Court Reporter Darlene Martinez.) (dlb, ) (Entered: 09/08/2005) |
| 09/08/2005 | 1130 | ORDER re: Claim 03-030 by Claimant L.R. Moore Defendants shall respond on or before 9/30/05 re: 1019 Order. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1131 | ORDER of Special Master re: 1022 Order re: Claim 03-061 by Claimant David Montoya, #55220. Signed by Special Master Richard M. Borchers on 8/18/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1132 | ORDER of Special Master re: 925 Order re: Claim 03-025 by Claimant Charles L. Lane, #112551. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/09/2005 | 1086 | Minute Entry for proceedings held before Judge Edward W. Nottingham : In Court Hearing held on 9/9/2005. Counsel shall decide on or before September 19, 2005, the names of two Special Masters to be appointed. Counsel shall decide which issues should be handled by this Court and those issues to be handled by Judge Kane on or before September 14, 2005. (Court Reporter Therese Lindblom.) (pap, ) (Entered: 09/13/2005) |
| 09/12/2005 | 1069 | MOTION for Order to Expunge Verdicts of unheld COPD Hearing by |

| | | Elizabeth Serene, as mother of Rex Serene (deceased), Claim 05-005 by Claimant John E. Mossman, Sr., as father of Paul Mossman (Deceased), Claim 05-006 by Claimant Estate of Jessie Montez, and Claim 05-008 by Claimant Clifford K. and Margarite M. Moore (as Father and Mother of Steven Richard Moore) it is Ordered that Claimants pursuing Category V claims may not pursue claims under 42 USC 1983, as those claims were dismissed by Judge Nottingham. Signed by Special Masters Richard M. Borchers and Bruse D. Pringle on 8/31/05. (pap, ) (Entered: 09/13/2005) |
|---|---|---|
| 09/07/2005 | 1064 | MINUTE ORDER: Class Counsel's 1060 Request for Extension of Time is GRANTED to and including September 7, 2005 by Judge Edward W. Nottingham on 9/7/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/07/2005) |
| 09/07/2005 | 1065 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Pages # 2 Exhibit) (Bellac, Patricia) (Entered: 09/07/2005) |
| 09/07/2005 | 1066 | NOTICE of Entry of Appearance by Adam B. Wiens on behalf of Department of Corrections (Wiens, Adam) (Entered: 09/07/2005) |
| 09/07/2005 | 1067 | MINUTE ORDER 1058 MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768 is Referred to the Special Masters . Entered by Judge Edward W. Nottingham on 9/7/05. (pap, ) (Entered: 09/07/2005) |
| 09/08/2005 | 1068 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 9/8/2005 (Court Reporter Darlene Martinez.) (dlb, ) (Entered: 09/08/2005) |
| 09/08/2005 | 1130 | ORDER re: Claim 03-030 by Claimant L.R. Moore Defendants shall respond on or before 9/30/05 re: 1019 Order. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1131 | ORDER of Special Master re: 1022 Order re: Claim 03-061 by Claimant David Montoya, #55220. Signed by Special Master Richard M. Borchers on 8/18/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1132 | ORDER of Special Master re: 925 Order re: Claim 03-025 by Claimant Charles L. Lane, #112551. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/09/2005 | 1086 | Minute Entry for proceedings held before Judge Edward W. Nottingham : In Court Hearing held on 9/9/2005. Counsel shall decide on or before September 19, 2005, the names of two Special Masters to be appointed. Counsel shall decide which issues should be handled by this Court and those issues to be handled by Judge Kane on or before September 14, 2005. (Court Reporter Therese Lindblom.) (pap, ) (Entered: 09/13/2005) |
| 09/12/2005 | 1069 | MOTION for Order to Expunge Verdicts of unheld COPD Hearing by |

| | | Elizabeth Serene, as mother of Rex Serene (deceased), Claim 05-005 by Claimant John E. Mossman, Sr., as father of Paul Mossman (Deceased), Claim 05-006 by Claimant Estate of Jessie Montez, and Claim 05-008 by Claimant Clifford K. and Margarite M. Moore (as Father and Mother of Steven Richard Moore) it is Ordered that Claimants pursuing Category V claims may not pursue claims under 42 USC 1983, as those claims were dismissed by Judge Nottingham. Signed by Special Masters Richard M. Borchers and Bruse D. Pringle on 8/31/05. (pap, ) (Entered: 09/13/2005) |
|---|---|---|
| 09/07/2005 | 1064 | MINUTE ORDER: Class Counsel's 1060 Request for Extension of Time is GRANTED to and including September 7, 2005 by Judge Edward W. Nottingham on 9/7/05. [TEXT ONLY ENTRY - NO DOCUMENT ATTACHED] (ewnsec) (Entered: 09/07/2005) |
| 09/07/2005 | 1065 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Pages # 2 Exhibit) (Bellac, Patricia) (Entered: 09/07/2005) |
| 09/07/2005 | 1066 | NOTICE of Entry of Appearance by Adam B. Wiens on behalf of Department of Corrections (Wiens, Adam) (Entered: 09/07/2005) |
| 09/07/2005 | 1067 | MINUTE ORDER 1058 MOTION to USDC and Special Masters for Order to Upgrade Category and Claim filed by Interested Party Reggie Neil Keyes, Claim 02-768 is Referred to the Special Masters . Entered by Judge Edward W. Nottingham on 9/7/05. (pap, ) (Entered: 09/07/2005) |
| 09/08/2005 | 1068 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 9/8/2005 (Court Reporter Darlene Martinez.) (dlb, ) (Entered: 09/08/2005) |
| 09/08/2005 | 1130 | ORDER re: Claim 03-030 by Claimant L.R. Moore Defendants shall respond on or before 9/30/05 re: 1019 Order. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1131 | ORDER of Special Master re: 1022 Order re: Claim 03-061 by Claimant David Montoya, #55220. Signed by Special Master Richard M. Borchers on 8/18/05. (pap, ) (Entered: 10/03/2005) |
| 09/08/2005 | 1132 | ORDER of Special Master re: 925 Order re: Claim 03-025 by Claimant Charles L. Lane, #112551. Signed by Special Master Richard M. Borchers on 9/1/05. (pap, ) (Entered: 10/03/2005) |
| 09/09/2005 | 1086 | Minute Entry for proceedings held before Judge Edward W. Nottingham : In Court Hearing held on 9/9/2005. Counsel shall decide on or before September 19, 2005, the names of two Special Masters to be appointed. Counsel shall decide which issues should be handled by this Court and those issues to be handled by Judge Kane on or before September 14, 2005. (Court Reporter Therese Lindblom.) (pap, ) (Entered: 09/13/2005) |
| 09/12/2005 | 1069 | MOTION for Order to Expunge Verdicts of unheld COPD Hearing by |

| | | Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
|---|---|---|
| 09/12/2005 | 1070 | MOTION for Prison Rule Access by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1071 | MOTION to Stay Hearing set for 9/9/05 by Interested Party William Gilmore re: Claim 03-034. (Attachments: # 1 Two# 2 Three# 3 Four# 4 Five# 5 Nine)(pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1072 | OPENING BRIEF AND ORDER re 1019 Order of Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1073 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS granting 959 James Smith's Motion for Extension of Time, denying 1029 L.R. Moore's Motion to Continue and denying 1069 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1074 | Mail Returned as Undeliverable re: 1064 Order on Motion for Extension of Time, 1067 Order, 1062 Order on Motion for Extension of Time Addressed to Howell F. Roberts. (pap, ) (Entered: 09/12/2005) |
| 09/13/2005 | 1084 | ORDER denying 1070 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/13/2005 | 1085 | ORDER denying 1071 William Gilmore's Motion to Stay Hearing. Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/14/2005 | 1087 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/14/2005) |
| 09/14/2005 | 1088 | STATUS REPORT *re: Pending Matters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/14/2005) |
| 09/14/2005 | 1094 | REQUEST for status update and information for Claim 03-081 on how to proceed in 10th Circuit Court of Appeals by Interested Party Fred Franzone. Re: 453 Letter/Objection, 952 Order of Special Master and 964 Letter. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1089 | LETTER re: 875 Order by Interested Party Timothy Moses. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1090 | REQUEST for Evidence and Exhibits Papers used in Claim 03-013 by Interested Party Johnnie Ramirez. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1091 | ORDER of Special Master re: 875 Order and 1089 Letter filed by Timothy Moses. Claim 03-007 . Signed by Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1092 | ORDER of Special Master re: 1011 Order, 1090 Request (Will be treated as an Objection) re: Claim 03-013 filed by Johnnie Ramirez . Signed by |

| | | Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
|---|---|---|
| 09/12/2005 | 1070 | MOTION for Prison Rule Access by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1071 | MOTION to Stay Hearing set for 9/9/05 by Interested Party William Gilmore re: Claim 03-034. (Attachments: # 1 Two# 2 Three# 3 Four# 4 Five# 5 Nine)(pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1072 | OPENING BRIEF AND ORDER re 1019 Order of Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1073 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS granting 959 James Smith's Motion for Extension of Time, denying 1029 L.R. Moore's Motion to Continue and denying 1069 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1074 | Mail Returned as Undeliverable re: 1064 Order on Motion for Extension of Time, 1067 Order, 1062 Order on Motion for Extension of Time Addressed to Howell F. Roberts. (pap, ) (Entered: 09/12/2005) |
| 09/13/2005 | 1084 | ORDER denying 1070 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/13/2005 | 1085 | ORDER denying 1071 William Gilmore's Motion to Stay Hearing. Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/14/2005 | 1087 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/14/2005) |
| 09/14/2005 | 1088 | STATUS REPORT *re: Pending Matters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/14/2005) |
| 09/14/2005 | 1094 | REQUEST for status update and information for Claim 03-081 on how to proceed in 10th Circuit Court of Appeals by Interested Party Fred Franzone. Re: 453 Letter/Objection, 952 Order of Special Master and 964 Letter. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1089 | LETTER re: 875 Order by Interested Party Timothy Moses. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1090 | REQUEST for Evidence and Exhibits Papers used in Claim 03-013 by Interested Party Johnnie Ramirez. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1091 | ORDER of Special Master re: 875 Order and 1089 Letter filed by Timothy Moses. Claim 03-007 . Signed by Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1092 | ORDER of Special Master re: 1011 Order, 1090 Request (Will be treated as an Objection) re: Claim 03-013 filed by Johnnie Ramirez . Signed by |

| | | Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
|---|---|---|
| 09/12/2005 | 1070 | MOTION for Prison Rule Access by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1071 | MOTION to Stay Hearing set for 9/9/05 by Interested Party William Gilmore re: Claim 03-034. (Attachments: # 1 Two# 2 Three# 3 Four# 4 Five# 5 Nine)(pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1072 | OPENING BRIEF AND ORDER re 1019 Order of Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1073 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS granting 959 James Smith's Motion for Extension of Time, denying 1029 L.R. Moore's Motion to Continue and denying 1069 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1074 | Mail Returned as Undeliverable re: 1064 Order on Motion for Extension of Time, 1067 Order, 1062 Order on Motion for Extension of Time Addressed to Howell F. Roberts. (pap, ) (Entered: 09/12/2005) |
| 09/13/2005 | 1084 | ORDER denying 1070 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/13/2005 | 1085 | ORDER denying 1071 William Gilmore's Motion to Stay Hearing. Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/14/2005 | 1087 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/14/2005) |
| 09/14/2005 | 1088 | STATUS REPORT *re: Pending Matters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/14/2005) |
| 09/14/2005 | 1094 | REQUEST for status update and information for Claim 03-081 on how to proceed in 10th Circuit Court of Appeals by Interested Party Fred Franzone. Re: 453 Letter/Objection, 952 Order of Special Master and 964 Letter. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1089 | LETTER re: 875 Order by Interested Party Timothy Moses. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1090 | REQUEST for Evidence and Exhibits Papers used in Claim 03-013 by Interested Party Johnnie Ramirez. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1091 | ORDER of Special Master re: 875 Order and 1089 Letter filed by Timothy Moses. Claim 03-007 . Signed by Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1092 | ORDER of Special Master re: 1011 Order, 1090 Request (Will be treated as an Objection) re: Claim 03-013 filed by Johnnie Ramirez . Signed by |

| | | Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
|---|---|---|
| 09/12/2005 | 1070 | MOTION for Prison Rule Access by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1071 | MOTION to Stay Hearing set for 9/9/05 by Interested Party William Gilmore re: Claim 03-034. (Attachments: # 1 Two# 2 Three# 3 Four# 4 Five# 5 Nine)(pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1072 | OPENING BRIEF AND ORDER re 1019 Order of Special Master by Interested Party L.R. Moore. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1073 | ORDER CONCERNING MISCELLANEOUS PENDING MATTERS granting 959 James Smith's Motion for Extension of Time, denying 1029 L.R. Moore's Motion to Continue and denying 1069 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/12/2005) |
| 09/12/2005 | 1074 | Mail Returned as Undeliverable re: 1064 Order on Motion for Extension of Time, 1067 Order, 1062 Order on Motion for Extension of Time Addressed to Howell F. Roberts. (pap, ) (Entered: 09/12/2005) |
| 09/13/2005 | 1084 | ORDER denying 1070 L.R. Moore's Motion for Order . Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/13/2005 | 1085 | ORDER denying 1071 William Gilmore's Motion to Stay Hearing. Signed by Judge Edward W. Nottingham on 9/12/05. (pap, ) (Entered: 09/13/2005) |
| 09/14/2005 | 1087 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/14/2005) |
| 09/14/2005 | 1088 | STATUS REPORT *re: Pending Matters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/14/2005) |
| 09/14/2005 | 1094 | REQUEST for status update and information for Claim 03-081 on how to proceed in 10th Circuit Court of Appeals by Interested Party Fred Franzone. Re: 453 Letter/Objection, 952 Order of Special Master and 964 Letter. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1089 | LETTER re: 875 Order by Interested Party Timothy Moses. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1090 | REQUEST for Evidence and Exhibits Papers used in Claim 03-013 by Interested Party Johnnie Ramirez. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1091 | ORDER of Special Master re: 875 Order and 1089 Letter filed by Timothy Moses. Claim 03-007 . Signed by Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1092 | ORDER of Special Master re: 1011 Order, 1090 Request (Will be treated as an Objection) re: Claim 03-013 filed by Johnnie Ramirez . Signed by |

| | | Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
|---|---|---|
| 09/16/2005 | 1093 | ORDER re: Claim 02-768, 969 Letter filed by Jesse F. Montez, 1058 MOTION for Order to filed by Reggie Neil Keyes and 1067 Order. Claimant's motion to upgrade is deferred. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/16/2005) |
| 09/19/2005 | 1095 | STATUS REPORT *re: Additional Special Masters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/19/2005) |
| 09/19/2005 | 1096 | MOTION to set trial date by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1097 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/19/2005) |
| 09/19/2005 | 1098 | LETTER re: Representation and re: 1096 MOTION for Trial by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1099 | MOTION to Expedite Ruling for Appeal by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1100 | REQUEST by Interested Party L.R. Moore for New Wheelchair that complies with security needs and needs of L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1101 | REQUEST by Interested Party L.R. Moore for Judge Nottingham's notes re: Order re: Wheelchair. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1102 | REQUEST by Interested Party L.R. Moore for Court to resolve legal access and for L.R. Moore to have at most 10 minutes before the Court re: Appeal. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1103 | SUPPLEMENT to 1045 Objections to 1036 Order by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1109 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-042 by Claimant Albert Gonzales #105076. Attached to Order is the record for claim 03-042. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1110 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-121 by Claimant Ronald R. Costa #95668. Attached to Order is record of Claim 03-121. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1111 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-096 by Claimant John Sandoval #522. Attached to Order is record of Claim X-096. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |

| | | |
|---|---|---|
| | | Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
| 09/16/2005 | 1093 | ORDER re: Claim 02-768, 969 Letter filed by Jesse F. Montez, 1058 MOTION for Order to filed by Reggie Neil Keyes and 1067 Order. Claimant's motion to upgrade is deferred. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/16/2005) |
| 09/19/2005 | 1095 | STATUS REPORT *re: Additional Special Masters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/19/2005) |
| 09/19/2005 | 1096 | MOTION to set trial date by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1097 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/19/2005) |
| 09/19/2005 | 1098 | LETTER re: Representation and re: 1096 MOTION for Trial by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1099 | MOTION to Expedite Ruling for Appeal by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1100 | REQUEST by Interested Party L.R. Moore for New Wheelchair that complies with security needs and needs of L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1101 | REQUEST by Interested Party L.R. Moore for Judge Nottingham's notes re: Order re: Wheelchair. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1102 | REQUEST by Interested Party L.R. Moore for Court to resolve legal access and for L.R. Moore to have at most 10 minutes before the Court re: Appeal. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1103 | SUPPLEMENT to 1045 Objections to 1036 Order by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1109 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-042 by Claimant Albert Gonzales #105076. Attached to Order is the record for claim 03-042. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1110 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-121 by Claimant Ronald R. Costa #95668. Attached to Order is record of Claim 03-121. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1111 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-096 by Claimant John Sandoval #522. Attached to Order is record of Claim X-096. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| | | |

| | | Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
|---|---|---|
| 09/16/2005 | 1093 | ORDER re: Claim 02-768, 969 Letter filed by Jesse F. Montez, 1058 MOTION for Order to filed by Reggie Neil Keyes and 1067 Order. Claimant's motion to upgrade is deferred. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/16/2005) |
| 09/19/2005 | 1095 | STATUS REPORT *re: Additional Special Masters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/19/2005) |
| 09/19/2005 | 1096 | MOTION to set trial date by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1097 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/19/2005) |
| 09/19/2005 | 1098 | LETTER re: Representation and re: 1096 MOTION for Trial by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1099 | MOTION to Expedite Ruling for Appeal by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1100 | REQUEST by Interested Party L.R. Moore for New Wheelchair that complies with security needs and needs of L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1101 | REQUEST by Interested Party L.R. Moore for Judge Nottingham's notes re: Order re: Wheelchair. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1102 | REQUEST by Interested Party L.R. Moore for Court to resolve legal access and for L.R. Moore to have at most 10 minutes before the Court re: Appeal. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1103 | SUPPLEMENT to 1045 Objections to 1036 Order by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1109 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-042 by Claimant Albert Gonzales #105076. Attached to Order is the record for claim 03-042. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1110 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-121 by Claimant Ronald R. Costa #95668. Attached to Order is record of Claim 03-121. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1111 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-096 by Claimant John Sandoval #522. Attached to Order is record of Claim X-096. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |

| | | Special Master Richard M. Borchers on 9/12/05. (pap, ) (Entered: 09/16/2005) |
|---|---|---|
| 09/16/2005 | 1093 | ORDER re: Claim 02-768, 969 Letter filed by Jesse F. Montez, 1058 MOTION for Order to filed by Reggie Neil Keyes and 1067 Order. Claimant's motion to upgrade is deferred. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/16/2005) |
| 09/19/2005 | 1095 | STATUS REPORT *re: Additional Special Masters* by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (McCann, Elizabeth) (Entered: 09/19/2005) |
| 09/19/2005 | 1096 | MOTION to set trial date by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1097 | STATUS REPORT by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 09/19/2005) |
| 09/19/2005 | 1098 | LETTER re: Representation and re: 1096 MOTION for Trial by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1099 | MOTION to Expedite Ruling for Appeal by Interested Party L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1100 | REQUEST by Interested Party L.R. Moore for New Wheelchair that complies with security needs and needs of L.R. Moore. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1101 | REQUEST by Interested Party L.R. Moore for Judge Nottingham's notes re: Order re: Wheelchair. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1102 | REQUEST by Interested Party L.R. Moore for Court to resolve legal access and for L.R. Moore to have at most 10 minutes before the Court re: Appeal. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1103 | SUPPLEMENT to 1045 Objections to 1036 Order by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 09/19/2005) |
| 09/19/2005 | 1109 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-042 by Claimant Albert Gonzales #105076. Attached to Order is the record for claim 03-042. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1110 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-121 by Claimant Ronald R. Costa #95668. Attached to Order is record of Claim 03-121. Signed by Special Master Richard M. Borchers on 9/6/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1111 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-096 by Claimant John Sandoval #522. Attached to Order is record of Claim X-096. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |

| 09/19/2005 | 1112 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-105 by Claimant Nathan Spencer, #124932. Attached to Order is record of claim X-105. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
|---|---|---|
| 09/19/2005 | 1113 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-107 by Claimant Willie Lee Jones, Sr. #115972. Attached to Order is record of claim X-107. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1114 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-108 by Claimant Carl T. Giadone #103099. Attached to Order is record of Claim X-108. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1115 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-111 by Claimant Cory Olson #117000. Attached to Order is record of claim X-111. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1116 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-114 by Claimant Fabrizio Rosero #101138. Attached to Order is record of claim X-114. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1117 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-117 by Claimant Ahasuerus Bildad #115660. Attached to Order is record of claim X-117. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/20/2005 | 1104 | ORDER denying 1096 motion to set trial date as meritless and granting 1099 motion to expedite signed by Judge Edward W. Nottingham on 9/20/05. (ewnsec) (Entered: 09/20/2005) |
| 09/20/2005 | 1105 | Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/20/2005) |
| 09/20/2005 | 1106 | LETTER/REQUEST by Interested Party Howell F Roberts for Status of Case. (pap, ) (Entered: 09/20/2005) |
| 09/21/2005 | 1107 | RESPONSE *to Plaintiff Class Appeal Regarding Availability of Damages for Denial of Medical Care* re: 1065 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (Attachments: # 1 Exhibit A - Eubanks appeal# 2 Exhibit B - Supplement to Eubanks appeal# 3 Exhibit C - Special Master Order re: Eubanks# 4 Exhibit D - Special Master Order re Lovato# 5 Exhibit E - Special Master Order re: Ramirez# 6 Exhibit F -1- Transcript of Oct. 27 hearing pgs. 1-14# 7 Exhibit F-2 - Transcript of Oct. 27 hearing - pages 15-28# 8 Exhibit F-3 - Transcript of Oct. 27 hearing - pages 29-42# 9 Exhibit F-4 - Transcript of Oct. 27 hearing - pages 43-53)(McCann, Elizabeth) (Modified on 4/11/2006 to link to 1065 Appeal of a Magistrate Judge Decision filed 9/7/05) (pap, ). (Entered: 09/21/2005) |

| 09/19/2005 | 1112 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-105 by Claimant Nathan Spencer, #124932. Attached to Order is record of claim X-105. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| --- | --- | --- |
| 09/19/2005 | 1113 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-107 by Claimant Willie Lee Jones, Sr. #115972. Attached to Order is record of claim X-107. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1114 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-108 by Claimant Carl T. Giadone #103099. Attached to Order is record of Claim X-108. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1115 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-111 by Claimant Cory Olson #117000. Attached to Order is record of claim X-111. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1116 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-114 by Claimant Fabrizio Rosero #101138. Attached to Order is record of claim X-114. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1117 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-117 by Claimant Ahasuerus Bildad #115660. Attached to Order is record of claim X-117. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/20/2005 | 1104 | ORDER denying 1096 motion to set trial date as meritless and granting 1099 motion to expedite signed by Judge Edward W. Nottingham on 9/20/05. (ewnsec) (Entered: 09/20/2005) |
| 09/20/2005 | 1105 | Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/20/2005) |
| 09/20/2005 | 1106 | LETTER/REQUEST by Interested Party Howell F Roberts for Status of Case. (pap, ) (Entered: 09/20/2005) |
| 09/21/2005 | 1107 | RESPONSE *to Plaintiff Class Appeal Regarding Availability of Damages for Denial of Medical Care* re: 1065 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (Attachments: # 1 Exhibit A - Eubanks appeal# 2 Exhibit B - Supplement to Eubanks appeal# 3 Exhibit C - Special Master Order re: Eubanks# 4 Exhibit D - Special Master Order re Lovato# 5 Exhibit E - Special Master Order re: Ramirez# 6 Exhibit F -1- Transcript of Oct. 27 hearing pgs. 1-14# 7 Exhibit F-2 - Transcript of Oct. 27 hearing - pages 15-28# 8 Exhibit F-3 - Transcript of Oct. 27 hearing - pages 29-42# 9 Exhibit F-4 - Transcript of Oct. 27 hearing - pages 43-53)(McCann, Elizabeth) (Modified on 4/11/2006 to link to 1065 Appeal of a Magistrate Judge Decision filed 9/7/05) (pap, ). (Entered: 09/21/2005) |

| 09/19/2005 | 1112 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-105 by Claimant Nathan Spencer, #124932. Attached to Order is record of claim X-105. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| --- | --- | --- |
| 09/19/2005 | 1113 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-107 by Claimant Willie Lee Jones, Sr. #115972. Attached to Order is record of claim X-107. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1114 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-108 by Claimant Carl T. Giadone #103099. Attached to Order is record of Claim X-108. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1115 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-111 by Claimant Cory Olson #117000. Attached to Order is record of claim X-111. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1116 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-114 by Claimant Fabrizio Rosero #101138. Attached to Order is record of claim X-114. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1117 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-117 by Claimant Ahasuerus Bildad #115660. Attached to Order is record of claim X-117. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/20/2005 | 1104 | ORDER denying 1096 motion to set trial date as meritless and granting 1099 motion to expedite signed by Judge Edward W. Nottingham on 9/20/05. (ewnsec) (Entered: 09/20/2005) |
| 09/20/2005 | 1105 | Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/20/2005) |
| 09/20/2005 | 1106 | LETTER/REQUEST by Interested Party Howell F Roberts for Status of Case. (pap, ) (Entered: 09/20/2005) |
| 09/21/2005 | 1107 | RESPONSE *to Plaintiff Class Appeal Regarding Availability of Damages for Denial of Medical Care* re: 1065 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (Attachments: # 1 Exhibit A - Eubanks appeal# 2 Exhibit B - Supplement to Eubanks appeal# 3 Exhibit C - Special Master Order re: Eubanks# 4 Exhibit D - Special Master Order re Lovato# 5 Exhibit E - Special Master Order re: Ramirez# 6 Exhibit F -1- Transcript of Oct. 27 hearing pgs. 1-14# 7 Exhibit F-2 - Transcript of Oct. 27 hearing - pages 15-28# 8 Exhibit F-3 - Transcript of Oct. 27 hearing - pages 29-42# 9 Exhibit F-4 - Transcript of Oct. 27 hearing - pages 43-53)(McCann, Elizabeth) (Modified on 4/11/2006 to link to 1065 Appeal of a Magistrate Judge Decision filed 9/7/05) (pap, ). (Entered: 09/21/2005) |

| 09/19/2005 | 1112 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-105 by Claimant Nathan Spencer, #124932. Attached to Order is record of claim X-105. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
|---|---|---|
| 09/19/2005 | 1113 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-107 by Claimant Willie Lee Jones, Sr. #115972. Attached to Order is record of claim X-107. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1114 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-108 by Claimant Carl T. Giadone #103099. Attached to Order is record of Claim X-108. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1115 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-111 by Claimant Cory Olson #117000. Attached to Order is record of claim X-111. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1116 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-114 by Claimant Fabrizio Rosero #101138. Attached to Order is record of claim X-114. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/19/2005 | 1117 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-117 by Claimant Ahasuerus Bildad #115660. Attached to Order is record of claim X-117. Signed by Special Master Richard M. Borchers on 9/13/05. (pap, ) (Entered: 09/23/2005) |
| 09/20/2005 | 1104 | ORDER denying 1096 motion to set trial date as meritless and granting 1099 motion to expedite signed by Judge Edward W. Nottingham on 9/20/05. (ewnsec) (Entered: 09/20/2005) |
| 09/20/2005 | 1105 | Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/20/2005) |
| 09/20/2005 | 1106 | LETTER/REQUEST by Interested Party Howell F Roberts for Status of Case. (pap, ) (Entered: 09/20/2005) |
| 09/21/2005 | 1107 | RESPONSE *to Plaintiff Class Appeal Regarding Availability of Damages for Denial of Medical Care* re: 1065 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections, Defendant Bill Owens. (Attachments: # 1 Exhibit A - Eubanks appeal# 2 Exhibit B - Supplement to Eubanks appeal# 3 Exhibit C - Special Master Order re: Eubanks# 4 Exhibit D - Special Master Order re Lovato# 5 Exhibit E - Special Master Order re: Ramirez# 6 Exhibit F -1- Transcript of Oct. 27 hearing pgs. 1-14# 7 Exhibit F-2 - Transcript of Oct. 27 hearing - pages 15-28# 8 Exhibit F-3 - Transcript of Oct. 27 hearing - pages 29-42# 9 Exhibit F-4 - Transcript of Oct. 27 hearing - pages 43-53)(McCann, Elizabeth) (Modified on 4/11/2006 to link to 1065 Appeal of a Magistrate Judge Decision filed 9/7/05) (pap, ). (Entered: 09/21/2005) |

| 09/21/2005 | 1121 | ORDER of Special Master, denying without prejudice Jimmy Ross Bulgier's 717 Motion to Compel, 717 Motion to Compel, 857 Motion for Extension of Time, 858 Motion for Order, 860 Motion for Order, 861 Motion to Amend/Correct/Modify (Re: Claim #03-147). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Modified on 9/29/2005 to add claim number) (gms, ). (Entered: 09/29/2005) |
|---|---|---|
| 09/21/2005 | 1122 | ORDER of Special Master denying as moot William Destro's 874 Motion to Compel (Re: Claim #03-141). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1124 | ORDER of Special Master denying as moot George Charles Knorr's 869 Motion for Extension of Time (re: Claim #02-278) as it was granted on 4/21/05. Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1125 | ORDER of Special Master denying as moot Travis Star Nelson's 718 Motion to Compel and 769 Motion to Compel (Re: Claim #03-137). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1126 | ORDER of Special Master denying as moot 959 MOTION For Extension of Time to filed by James Smith (Re: Claim #03-014). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1127 | ORDER of Special Master denying as moot David Ward's 826 Motion to Compel (Re: Claim #02-509). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/22/2005 | 1108 | RESPONSE to Motion re 1031 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry filed by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 09/22/2005) |
| 09/26/2005 | 1118 | Mail Returned as Undeliverable re: 1117 Order Addressed to Ahasuerus Bildad. (gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1119 | ORDER OF SPECIAL MASTER. Special Master will take no further action on 1029 MOTION to Suppress filed by claimant L.R. Moore as it has been denied by Judge Nottingham. The previous order to defendants to respond to part of the motion is vacated. Signed by Judge Richard M. Borchers on 9/16/05. (Re: Claim No. 03-030)(gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1120 | ORDER OF SPECIAL MASTER: Special master will take no further action on the documents filed by Claimant as his sole remedy is to file an appeal with Judge Kane from the final order issued in this matter (re: 1019 Order on Claim 03-030). Signed by Judge Richard M. Borchers on 9/22/05. (Additional documents received from Mr. Moore attached and placed in his claim file)(gms, ) (Entered: 09/27/2005) |

| 09/21/2005 | 1121 | ORDER of Special Master, denying without prejudice Jimmy Ross Bulgier's 717 Motion to Compel, 717 Motion to Compel, 857 Motion for Extension of Time, 858 Motion for Order, 860 Motion for Order, 861 Motion to Amend/Correct/Modify (Re: Claim #03-147). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Modified on 9/29/2005 to add claim number) (gms, ). (Entered: 09/29/2005) |
|---|---|---|
| 09/21/2005 | 1122 | ORDER of Special Master denying as moot William Destro's 874 Motion to Compel (Re: Claim #03-141). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1124 | ORDER of Special Master denying as moot George Charles Knorr's 869 Motion for Extension of Time (re: Claim #02-278) as it was granted on 4/21/05. Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1125 | ORDER of Special Master denying as moot Travis Star Nelson's 718 Motion to Compel and 769 Motion to Compel (Re: Claim #03-137). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1126 | ORDER of Special Master denying as moot 959 MOTION For Extension of Time to filed by James Smith (Re: Claim #03-014). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1127 | ORDER of Special Master denying as moot David Ward's 826 Motion to Compel (Re: Claim #02-509). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/22/2005 | 1108 | RESPONSE to Motion re 1031 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry filed by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 09/22/2005) |
| 09/26/2005 | 1118 | Mail Returned as Undeliverable re: 1117 Order Addressed to Ahasuerus Bildad. (gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1119 | ORDER OF SPECIAL MASTER. Special Master will take no further action on 1029 MOTION to Suppress filed by claimant L.R. Moore as it has been denied by Judge Nottingham. The previous order to defendants to respond to part of the motion is vacated. Signed by Judge Richard M. Borchers on 9/16/05. (Re: Claim No. 03-030)(gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1120 | ORDER OF SPECIAL MASTER: Special master will take no further action on the documents filed by Claimant as his sole remedy is to file an appeal with Judge Kane from the final order issued in this matter (re: 1019 Order on Claim 03-030). Signed by Judge Richard M. Borchers on 9/22/05. (Additional documents received from Mr. Moore attached and placed in his claim file)(gms, ) (Entered: 09/27/2005) |

| 09/21/2005 | 1121 | ORDER of Special Master, denying without prejudice Jimmy Ross Bulgier's 717 Motion to Compel, 717 Motion to Compel, 857 Motion for Extension of Time, 858 Motion for Order, 860 Motion for Order, 861 Motion to Amend/Correct/Modify (Re: Claim #03-147). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Modified on 9/29/2005 to add claim number) (gms, ). (Entered: 09/29/2005) |
|---|---|---|
| 09/21/2005 | 1122 | ORDER of Special Master denying as moot William Destro's 874 Motion to Compel (Re: Claim #03-141). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1124 | ORDER of Special Master denying as moot George Charles Knorr's 869 Motion for Extension of Time (re: Claim #02-278) as it was granted on 4/21/05. Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1125 | ORDER of Special Master denying as moot Travis Star Nelson's 718 Motion to Compel and 769 Motion to Compel (Re: Claim #03-137). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1126 | ORDER of Special Master denying as moot 959 MOTION For Extension of Time to filed by James Smith (Re: Claim #03-014). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1127 | ORDER of Special Master denying as moot David Ward's 826 Motion to Compel (Re: Claim #02-509). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/22/2005 | 1108 | RESPONSE to Motion re 1031 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry filed by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 09/22/2005) |
| 09/26/2005 | 1118 | Mail Returned as Undeliverable re: 1117 Order Addressed to Ahasuerus Bildad. (gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1119 | ORDER OF SPECIAL MASTER. Special Master will take no further action on 1029 MOTION to Suppress filed by claimant L.R. Moore as it has been denied by Judge Nottingham. The previous order to defendants to respond to part of the motion is vacated. Signed by Judge Richard M. Borchers on 9/16/05. (Re: Claim No. 03-030)(gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1120 | ORDER OF SPECIAL MASTER: Special master will take no further action on the documents filed by Claimant as his sole remedy is to file an appeal with Judge Kane from the final order issued in this matter (re: 1019 Order on Claim 03-030). Signed by Judge Richard M. Borchers on 9/22/05. (Additional documents received from Mr. Moore attached and placed in his claim file)(gms, ) (Entered: 09/27/2005) |

| 09/21/2005 | 1121 | ORDER of Special Master, denying without prejudice Jimmy Ross Bulgier's 717 Motion to Compel, 717 Motion to Compel, 857 Motion for Extension of Time, 858 Motion for Order, 860 Motion for Order, 861 Motion to Amend/Correct/Modify (Re: Claim #03-147). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Modified on 9/29/2005 to add claim number) (gms, ). (Entered: 09/29/2005) |
|---|---|---|
| 09/21/2005 | 1122 | ORDER of Special Master denying as moot William Destro's 874 Motion to Compel (Re: Claim #03-141). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1124 | ORDER of Special Master denying as moot George Charles Knorr's 869 Motion for Extension of Time (re: Claim #02-278) as it was granted on 4/21/05. Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1125 | ORDER of Special Master denying as moot Travis Star Nelson's 718 Motion to Compel and 769 Motion to Compel (Re: Claim #03-137). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1126 | ORDER of Special Master denying as moot 959 MOTION For Extension of Time to filed by James Smith (Re: Claim #03-014). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/21/2005 | 1127 | ORDER of Special Master denying as moot David Ward's 826 Motion to Compel (Re: Claim #02-509). Signed by Judge Richard M. Borchers on 9/19/05. (gms, ) (Entered: 09/29/2005) |
| 09/22/2005 | 1108 | RESPONSE to Motion re 1031 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 956 Order *Defendants' Appeal Directed to the Honorable Judge John Kane Regarding Damages Award* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry filed by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 09/22/2005) |
| 09/26/2005 | 1118 | Mail Returned as Undeliverable re: 1117 Order Addressed to Ahasuerus Bildad. (gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1119 | ORDER OF SPECIAL MASTER. Special Master will take no further action on 1029 MOTION to Suppress filed by claimant L.R. Moore as it has been denied by Judge Nottingham. The previous order to defendants to respond to part of the motion is vacated. Signed by Judge Richard M. Borchers on 9/16/05. (Re: Claim No. 03-030)(gms, ) (Entered: 09/27/2005) |
| 09/26/2005 | 1120 | ORDER OF SPECIAL MASTER: Special master will take no further action on the documents filed by Claimant as his sole remedy is to file an appeal with Judge Kane from the final order issued in this matter (re: 1019 Order on Claim 03-030). Signed by Judge Richard M. Borchers on 9/22/05. (Additional documents received from Mr. Moore attached and placed in his claim file)(gms, ) (Entered: 09/27/2005) |

| 09/29/2005 | 1123 | Docket Annotation re: 1121 Order. This docket entry was modified to include the claim number. Text only entry - no document attached. (gms, ) (Entered: 09/29/2005) |
|---|---|---|
| 09/29/2005 | 1128 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Final Order of Special Master* by Defendant Bill Owens. (Quinn, James) (Entered: 09/29/2005) |
| 09/29/2005 | 1129 | MOTION for Order for return of discovery by Alan Mount . (gms, ) (Entered: 09/30/2005) |
| 10/05/2005 | 1133 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-092 by Claimant James Rudnick #68432. Attached to Order is record of Claim 01-092. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1134 | ORDER of Dismissal of Special Master dismissing Claim 02-509 by Claimant David Ward #47095. Attached to Order is record of Claim 02-509. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1135 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-022 by Claimant Lorne D. Pick #83632. Attached to Order is record of Claim 03-022. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1136 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-026 by Claimant Roy J. Main, #48337. Attached to Order is record of Claim 03-026. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1137 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-034 by Claimant William Gilmore #63549. Attached to Order is record of Claim 03-034. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1138 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-070 by Claimant Thomas Rush, #49217. Attached to Order is record of Claim 03-070. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1139 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-076 by Claimant Steven Wilson, #61564. Attached to Order is record of Claim 03-076. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1140 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-098 by Claimant Anthony Vaughan #116051. Attached to Order is record of Claim 03-098. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1144 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-120 by Claimant Edward Kaneta. Attached to Order is record of Claim 03-120. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) |

| 09/29/2005 | 1123 | Docket Annotation re: 1121 Order. This docket entry was modified to include the claim number. Text only entry - no document attached. (gms, ) (Entered: 09/29/2005) |
|---|---|---|
| 09/29/2005 | 1128 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Final Order of Special Master* by Defendant Bill Owens. (Quinn, James) (Entered: 09/29/2005) |
| 09/29/2005 | 1129 | MOTION for Order for return of discovery by Alan Mount . (gms, ) (Entered: 09/30/2005) |
| 10/05/2005 | 1133 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-092 by Claimant James Rudnick #68432. Attached to Order is record of Claim 01-092. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1134 | ORDER of Dismissal of Special Master dismissing Claim 02-509 by Claimant David Ward #47095. Attached to Order is record of Claim 02-509. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1135 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-022 by Claimant Lorne D. Pick #83632. Attached to Order is record of Claim 03-022. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1136 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-026 by Claimant Roy J. Main, #48337. Attached to Order is record of Claim 03-026. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1137 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-034 by Claimant William Gilmore #63549. Attached to Order is record of Claim 03-034. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1138 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-070 by Claimant Thomas Rush, #49217. Attached to Order is record of Claim 03-070. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1139 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-076 by Claimant Steven Wilson, #61564. Attached to Order is record of Claim 03-076. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1140 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-098 by Claimant Anthony Vaughan #116051. Attached to Order is record of Claim 03-098. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1144 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-120 by Claimant Edward Kaneta. Attached to Order is record of Claim 03-120. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) |

| 09/29/2005 | 1123 | Docket Annotation re: 1121 Order. This docket entry was modified to include the claim number. Text only entry - no document attached. (gms, ) (Entered: 09/29/2005) |
| 09/29/2005 | 1128 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Final Order of Special Master* by Defendant Bill Owens. (Quinn, James) (Entered: 09/29/2005) |
| 09/29/2005 | 1129 | MOTION for Order for return of discovery by Alan Mount . (gms, ) (Entered: 09/30/2005) |
| 10/05/2005 | 1133 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-092 by Claimant James Rudnick #68432. Attached to Order is record of Claim 01-092. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1134 | ORDER of Dismissal of Special Master dismissing Claim 02-509 by Claimant David Ward #47095. Attached to Order is record of Claim 02-509. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1135 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-022 by Claimant Lorne D. Pick #83632. Attached to Order is record of Claim 03-022. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1136 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-026 by Claimant Roy J. Main, #48337. Attached to Order is record of Claim 03-026. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1137 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-034 by Claimant William Gilmore #63549. Attached to Order is record of Claim 03-034. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1138 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-070 by Claimant Thomas Rush, #49217. Attached to Order is record of Claim 03-070. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1139 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-076 by Claimant Steven Wilson, #61564. Attached to Order is record of Claim 03-076. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1140 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-098 by Claimant Anthony Vaughan #116051. Attached to Order is record of Claim 03-098. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1144 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-120 by Claimant Edward Kaneta. Attached to Order is record of Claim 03-120. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) |

| 09/29/2005 | 1123 | Docket Annotation re: 1121 Order. This docket entry was modified to include the claim number. Text only entry - no document attached. (gms, ) (Entered: 09/29/2005) |
| --- | --- | --- |
| 09/29/2005 | 1128 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Final Order of Special Master* by Defendant Bill Owens. (Quinn, James) (Entered: 09/29/2005) |
| 09/29/2005 | 1129 | MOTION for Order for return of discovery by Alan Mount . (gms, ) (Entered: 09/30/2005) |
| 10/05/2005 | 1133 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-092 by Claimant James Rudnick #68432. Attached to Order is record of Claim 01-092. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1134 | ORDER of Dismissal of Special Master dismissing Claim 02-509 by Claimant David Ward #47095. Attached to Order is record of Claim 02-509. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1135 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-022 by Claimant Lorne D. Pick #83632. Attached to Order is record of Claim 03-022. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1136 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-026 by Claimant Roy J. Main, #48337. Attached to Order is record of Claim 03-026. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1137 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-034 by Claimant William Gilmore #63549. Attached to Order is record of Claim 03-034. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1138 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-070 by Claimant Thomas Rush, #49217. Attached to Order is record of Claim 03-070. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1139 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-076 by Claimant Steven Wilson, #61564. Attached to Order is record of Claim 03-076. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1140 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-098 by Claimant Anthony Vaughan #116051. Attached to Order is record of Claim 03-098. Signed by Special Master Richard M. Borchers on 9/19/05. (pap, ) (Entered: 10/11/2005) |
| 10/05/2005 | 1144 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-120 by Claimant Edward Kaneta. Attached to Order is record of Claim 03-120. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) |

| | | (Entered: 10/13/2005) |
|---|---|---|
| 10/05/2005 | 1145 | ORDER OF DISMISSAL OF SPECIAL MASTER dismissing Claim X-126 by Claimant Roger Snare. Attached to Order is record of Claim X-126. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Modified on 12/12/2005 to correct Claim #)(pap2, ). (Entered: 10/13/2005) |
| 10/05/2005 | 1146 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-142 by Claimant James Wayne, #116560. Attached to Order is record for Claim 03-142. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1147 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-140 by Claimant Shawn M. Winkler, #48319. Attached to Order is record of Claim 03-140. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1148 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-114 by Claimant Byron Cortez #45627. Attached to Order is record of Claim 03-114. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/13/2005) |
| 10/12/2005 | 1141 | NOTICE of Witnesses re: Hearing 10/16/05 by Interested Party Joseph Martinez(pap, ) (Entered: 10/12/2005) |
| 10/13/2005 | 1142 | ORDER granting 1105 Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle.Signed by Judge John L. Kane on 10/13/05. (pap, ) (Entered: 10/13/2005) |
| 10/13/2005 | 1143 | MINUTE ORDER denying 1129 Motion for Order for return of discovery by Alan Mount . Entered by Judge Edward W. Nottingham on 10/12/05. (pap, ) (Entered: 10/13/2005) |
| 10/17/2005 | 1149 | OBJECTIONS to *Denial of Medical Care (Directed to Judge Nottingham)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 # 2)(Greisen, Paula) (Entered: 10/17/2005) |
| 10/17/2005 | 1153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing CLaim 01-030 by Claimant Michael R. Collins, #119180. Attached to Order is record of Claim 01-030. Signed by Special Master Richard M. Borchers on 10/13/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1154 | ORDER OF SPECIAL MASTER Dismissing Defendants' Motion for a Stay Pending Appeal . Signed by Special Master Richard M. Borchers on 10/17/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1155 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-116 by Claimant James R. Duncan #41762. Attached to Order is record of Claim 03-116. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |

| | | (Entered: 10/13/2005) |
|---|---|---|
| 10/05/2005 | 1145 | ORDER OF DISMISSAL OF SPECIAL MASTER dismissing Claim X-126 by Claimant Roger Snare. Attached to Order is record of Claim X-126. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Modified on 12/12/2005 to correct Claim #)(pap2, ). (Entered: 10/13/2005) |
| 10/05/2005 | 1146 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-142 by Claimant James Wayne, #116560. Attached to Order is record for Claim 03-142. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1147 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-140 by Claimant Shawn M. Winkler, #48319. Attached to Order is record of Claim 03-140. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1148 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-114 by Claimant Byron Cortez #45627. Attached to Order is record of Claim 03-114. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/13/2005) |
| 10/12/2005 | 1141 | NOTICE of Witnesses re: Hearing 10/16/05 by Interested Party Joseph Martinez(pap, ) (Entered: 10/12/2005) |
| 10/13/2005 | 1142 | ORDER granting 1105 Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle.Signed by Judge John L. Kane on 10/13/05. (pap, ) (Entered: 10/13/2005) |
| 10/13/2005 | 1143 | MINUTE ORDER denying 1129 Motion for Order for return of discovery by Alan Mount . Entered by Judge Edward W. Nottingham on 10/12/05. (pap, ) (Entered: 10/13/2005) |
| 10/17/2005 | 1149 | OBJECTIONS to *Denial of Medical Care (Directed to Judge Nottingham)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 # 2)(Greisen, Paula) (Entered: 10/17/2005) |
| 10/17/2005 | 1153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing CLaim 01-030 by Claimant Michael R. Collins, #119180. Attached to Order is record of Claim 01-030. Signed by Special Master Richard M. Borchers on 10/13/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1154 | ORDER OF SPECIAL MASTER Dismissing Defendants' Motion for a Stay Pending Appeal . Signed by Special Master Richard M. Borchers on 10/17/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1155 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-116 by Claimant James R. Duncan #41762. Attached to Order is record of Claim 03-116. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |

| | | (Entered: 10/13/2005) |
|---|---|---|
| 10/05/2005 | 1145 | ORDER OF DISMISSAL OF SPECIAL MASTER dismissing Claim X-126 by Claimant Roger Snare. Attached to Order is record of Claim X-126. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Modified on 12/12/2005 to correct Claim #)(pap2, ). (Entered: 10/13/2005) |
| 10/05/2005 | 1146 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-142 by Claimant James Wayne, #116560. Attached to Order is record for Claim 03-142. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1147 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-140 by Claimant Shawn M. Winkler, #48319. Attached to Order is record of Claim 03-140. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1148 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-114 by Claimant Byron Cortez #45627. Attached to Order is record of Claim 03-114. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/13/2005) |
| 10/12/2005 | 1141 | NOTICE of Witnesses re: Hearing 10/16/05 by Interested Party Joseph Martinez(pap, ) (Entered: 10/12/2005) |
| 10/13/2005 | 1142 | ORDER granting 1105 Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle.Signed by Judge John L. Kane on 10/13/05. (pap, ) (Entered: 10/13/2005) |
| 10/13/2005 | 1143 | MINUTE ORDER denying 1129 Motion for Order for return of discovery by Alan Mount . Entered by Judge Edward W. Nottingham on 10/12/05. (pap, ) (Entered: 10/13/2005) |
| 10/17/2005 | 1149 | OBJECTIONS to *Denial of Medical Care (Directed to Judge Nottingham)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 # 2)(Greisen, Paula) (Entered: 10/17/2005) |
| 10/17/2005 | 1153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing CLaim 01-030 by Claimant Michael R. Collins, #119180. Attached to Order is record of Claim 01-030. Signed by Special Master Richard M. Borchers on 10/13/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1154 | ORDER OF SPECIAL MASTER Dismissing Defendants' Motion for a Stay Pending Appeal . Signed by Special Master Richard M. Borchers on 10/17/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1155 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-116 by Claimant James R. Duncan #41762. Attached to Order is record of Claim 03-116. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |

| | | (Entered: 10/13/2005) |
|---|---|---|
| 10/05/2005 | 1145 | ORDER OF DISMISSAL OF SPECIAL MASTER dismissing Claim X-126 by Claimant Roger Snare. Attached to Order is record of Claim X-126. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Modified on 12/12/2005 to correct Claim #)(pap2, ). (Entered: 10/13/2005) |
| 10/05/2005 | 1146 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-142 by Claimant James Wayne, #116560. Attached to Order is record for Claim 03-142. Signed by Special Master Richard M. Borchers on 9/29/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1147 | FINAL ORDER OF SPECIAL MASTER denying Claim 03-140 by Claimant Shawn M. Winkler, #48319. Attached to Order is record of Claim 03-140. Signed by Special Master Richard M. Borchers on 10/4/05. (pap, ) (Entered: 10/13/2005) |
| 10/05/2005 | 1148 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-114 by Claimant Byron Cortez #45627. Attached to Order is record of Claim 03-114. Signed by Special Master Richard M. Borchers on 9/27/05. (pap, ) (Entered: 10/13/2005) |
| 10/12/2005 | 1141 | NOTICE of Witnesses re: Hearing 10/16/05 by Interested Party Joseph Martinez(pap, ) (Entered: 10/12/2005) |
| 10/13/2005 | 1142 | ORDER granting 1105 Special Masters' Ninth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers and Bruce D. Pringle.Signed by Judge John L. Kane on 10/13/05. (pap, ) (Entered: 10/13/2005) |
| 10/13/2005 | 1143 | MINUTE ORDER denying 1129 Motion for Order for return of discovery by Alan Mount . Entered by Judge Edward W. Nottingham on 10/12/05. (pap, ) (Entered: 10/13/2005) |
| 10/17/2005 | 1149 | OBJECTIONS to *Denial of Medical Care (Directed to Judge Nottingham)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 # 2)(Greisen, Paula) (Entered: 10/17/2005) |
| 10/17/2005 | 1153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing CLaim 01-030 by Claimant Michael R. Collins, #119180. Attached to Order is record of Claim 01-030. Signed by Special Master Richard M. Borchers on 10/13/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1154 | ORDER OF SPECIAL MASTER Dismissing Defendants' Motion for a Stay Pending Appeal . Signed by Special Master Richard M. Borchers on 10/17/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1155 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-116 by Claimant James R. Duncan #41762. Attached to Order is record of Claim 03-116. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |

| 10/17/2005 | 1156 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Signed by Special Master Richard M. Borchers on 10/05/05. (pap, ) (Entered: 10/20/2005) |
| --- | --- | --- |
| 10/17/2005 | 1157 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-127 by Claimant Danny Riley, #107043. Attached to Order is record of Claim X-127. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1158 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-128 by Claimant Kerry Michael Dyer, #110995. Attached to Order is record of Claim X-128. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/18/2005 | 1150 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Order of Special Master* by Defendant Bill Owens. (Attachments: # 1 Proposed Order (PDF Only))(Quinn, James) (Entered: 10/18/2005) |
| 10/18/2005 | 1152 | AFFIDAVIT to Prejury Motion by Interested Party L.R. Moore. (pap, ) (Entered: 10/19/2005) |
| 10/19/2005 | 1151 | ORDER granting 1150 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Order of Special Master. Granted up to and including 11/1/05. Signed by Judge John L. Kane on 10/19/05. (pap, ) (Entered: 10/19/2005) |
| 10/24/2005 | 1159 | MOTION to Stay *Pending Appeal* by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Defendants' Motion for Stay Pending Appeal)(Dance, Jess) (Entered: 10/24/2005) |
| 10/24/2005 | 1160 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/24/2005 | 1161 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/25/2005 | 1162 | MINUTE ORDER denying 1159 Defendant Department of Corrections' Motion to Stay Pending Appeal Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1163 | MINUTE ORDER denying 1160 Consol Defendant Colorado Department of Corrections' Motion to Stay Pending Appeal. Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1164 | ORDER of Special Master for Enlargement of Time on All Category I and II Claims. Signed by Special Master Richard M. Borchers on 10/24/05. (pap, ) (Entered: 10/25/2005) |
| 10/26/2005 | 1165 | Refused for Fraud as Judgment Based on Fraudulent Actions has No |

| 10/17/2005 | 1156 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Signed by Special Master Richard M. Borchers on 10/05/05. (pap, ) (Entered: 10/20/2005) |
| --- | --- | --- |
| 10/17/2005 | 1157 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-127 by Claimant Danny Riley, #107043. Attached to Order is record of Claim X-127. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1158 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-128 by Claimant Kerry Michael Dyer, #110995. Attached to Order is record of Claim X-128. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/18/2005 | 1150 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Order of Special Master* by Defendant Bill Owens. (Attachments: # 1 Proposed Order (PDF Only))(Quinn, James) (Entered: 10/18/2005) |
| 10/18/2005 | 1152 | AFFIDAVIT to Prejury Motion by Interested Party L.R. Moore. (pap, ) (Entered: 10/19/2005) |
| 10/19/2005 | 1151 | ORDER granting 1150 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Order of Special Master. Granted up to and including 11/1/05. Signed by Judge John L. Kane on 10/19/05. (pap, ) (Entered: 10/19/2005) |
| 10/24/2005 | 1159 | MOTION to Stay *Pending Appeal* by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Defendants' Motion for Stay Pending Appeal)(Dance, Jess) (Entered: 10/24/2005) |
| 10/24/2005 | 1160 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/24/2005 | 1161 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/25/2005 | 1162 | MINUTE ORDER denying 1159 Defendant Department of Corrections' Motion to Stay Pending Appeal Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1163 | MINUTE ORDER denying 1160 Consol Defendant Colorado Department of Corrections' Motion to Stay Pending Appeal. Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1164 | ORDER of Special Master for Enlargement of Time on All Category I and II Claims. Signed by Special Master Richard M. Borchers on 10/24/05. (pap, ) (Entered: 10/25/2005) |
| 10/26/2005 | 1165 | Refused for Fraud as Judgment Based on Fraudulent Actions has No |

| 10/17/2005 | 1156 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Signed by Special Master Richard M. Borchers on 10/05/05. (pap, ) (Entered: 10/20/2005) |
| --- | --- | --- |
| 10/17/2005 | 1157 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-127 by Claimant Danny Riley, #107043. Attached to Order is record of Claim X-127. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1158 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-128 by Claimant Kerry Michael Dyer, #110995. Attached to Order is record of Claim X-128. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/18/2005 | 1150 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Order of Special Master* by Defendant Bill Owens. (Attachments: # 1 Proposed Order (PDF Only))(Quinn, James) (Entered: 10/18/2005) |
| 10/18/2005 | 1152 | AFFIDAVIT to Prejury Motion by Interested Party L.R. Moore. (pap, ) (Entered: 10/19/2005) |
| 10/19/2005 | 1151 | ORDER granting 1150 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Order of Special Master. Granted up to and including 11/1/05. Signed by Judge John L. Kane on 10/19/05. (pap, ) (Entered: 10/19/2005) |
| 10/24/2005 | 1159 | MOTION to Stay *Pending Appeal* by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Defendants' Motion for Stay Pending Appeal)(Dance, Jess) (Entered: 10/24/2005) |
| 10/24/2005 | 1160 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/24/2005 | 1161 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/25/2005 | 1162 | MINUTE ORDER denying 1159 Defendant Department of Corrections' Motion to Stay Pending Appeal Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1163 | MINUTE ORDER denying 1160 Consol Defendant Colorado Department of Corrections' Motion to Stay Pending Appeal. Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1164 | ORDER of Special Master for Enlargement of Time on All Category I and II Claims. Signed by Special Master Richard M. Borchers on 10/24/05. (pap, ) (Entered: 10/25/2005) |
| 10/26/2005 | 1165 | Refused for Fraud as Judgment Based on Fraudulent Actions has No |

| 10/17/2005 | 1156 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Signed by Special Master Richard M. Borchers on 10/05/05. (pap, ) (Entered: 10/20/2005) |
| --- | --- | --- |
| 10/17/2005 | 1157 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-127 by Claimant Danny Riley, #107043. Attached to Order is record of Claim X-127. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/17/2005 | 1158 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-128 by Claimant Kerry Michael Dyer, #110995. Attached to Order is record of Claim X-128. Signed by Special Master Richard M. Borchers on 10/10/05. (pap, ) (Entered: 10/20/2005) |
| 10/18/2005 | 1150 | Unopposed MOTION For Extension of Time to *Respond to Claimant Leach's Objection to Order of Special Master* by Defendant Bill Owens. (Attachments: # 1 Proposed Order (PDF Only))(Quinn, James) (Entered: 10/18/2005) |
| 10/18/2005 | 1152 | AFFIDAVIT to Prejury Motion by Interested Party L.R. Moore. (pap, ) (Entered: 10/19/2005) |
| 10/19/2005 | 1151 | ORDER granting 1150 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Order of Special Master. Granted up to and including 11/1/05. Signed by Judge John L. Kane on 10/19/05. (pap, ) (Entered: 10/19/2005) |
| 10/24/2005 | 1159 | MOTION to Stay *Pending Appeal* by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Defendants' Motion for Stay Pending Appeal)(Dance, Jess) (Entered: 10/24/2005) |
| 10/24/2005 | 1160 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/24/2005 | 1161 | MOTION to Stay by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Wiens, Adam) (Entered: 10/24/2005) |
| 10/25/2005 | 1162 | MINUTE ORDER denying 1159 Defendant Department of Corrections' Motion to Stay Pending Appeal Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1163 | MINUTE ORDER denying 1160 Consol Defendant Colorado Department of Corrections' Motion to Stay Pending Appeal. Entered by Judge John L. Kane on 10/25/05. (pap, ) (Entered: 10/25/2005) |
| 10/25/2005 | 1164 | ORDER of Special Master for Enlargement of Time on All Category I and II Claims. Signed by Special Master Richard M. Borchers on 10/24/05. (pap, ) (Entered: 10/25/2005) |
| 10/26/2005 | 1165 | Refused for Fraud as Judgment Based on Fraudulent Actions has No |

| | | JurisdictionRESPONSE to 1126 Order by Interested Party James Smith. (pap, ) (Entered: 10/27/2005) |
|---|---|---|
| 10/26/2005 | 1170 | Mail Returned as Undeliverable re: 1151 Order on Motion for Extension of Time Addressed to Unknown as Name and Addressed were covered up by Return to Sender Sticker. (pap, ) (Entered: 11/02/2005) |
| 10/28/2005 | 1166 | MOTION to Clarify and for Instructions by Interested Party Thomas E. O'Hara . (pap, ) (Entered: 11/01/2005) |
| 10/31/2005 | 1168 | OBJECTION under Rule 53(g).(2) to 1155 Order. Motion for Appeal by Interested Party James R. Duncan re: Claim 03-116 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit C# 4 Exhibit D# 5 Exhibit G-2# 6 Exhibit G-3# 7 Exhibit O)(pap, ) (Modified on 11/1/2005 to add filer's name to entry) (pap, ). (Entered: 11/01/2005) |
| 11/01/2005 | 1167 | ORDER Denying 1165 an incomprehensible document (Response) filed by James Smith . Signed by Judge Edward W. Nottingham on 11/1/05. (pap, ) (Entered: 11/01/2005) |
| 11/01/2005 | 1169 | RESPONSE *To Claimant Leach's Objection to Special Master's Final Order* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Quinn, James) (Entered: 11/01/2005) |
| 11/02/2005 | 1171 | OBJECTION to 1147 Special Master's Order by Claimant Shawn M. Winkler re: Claim 03-140. (pap, ) (Entered: 11/02/2005) |
| 11/02/2005 | 1172 | RESPONSE/Letter to 943 Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 11/02/2005) |
| 11/03/2005 | 1173 | Mail Returned as Undeliverable re: 1162 Order on Motion to Stay Addressed to Richard A. Malisheski. (pap, ) (Entered: 11/04/2005) |
| 11/08/2005 | 1174 | MINUTE ORDER denying 1166 Thomas E. O'Hara's Motion to Clarify and for Instructions. Entered by Judge Edward W. Nottingham on 11/7/05. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1175 | PETITION (MOTION) for Resolution of Dispute re: Claim 03-108 by Interested Party Tommy B. Sturges. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1176 | MINUTE ORDER granting 1128 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Final Order of Special Master . Entered by Judge Edward W. Nottingham on 11/8/05. (pap, ) (Entered: 11/08/2005) |

| | | JurisdictionRESPONSE to 1126 Order by Interested Party James Smith. (pap, ) (Entered: 10/27/2005) |
|---|---|---|
| 10/26/2005 | 1170 | Mail Returned as Undeliverable re: 1151 Order on Motion for Extension of Time Addressed to Unknown as Name and Addressed were covered up by Return to Sender Sticker. (pap, ) (Entered: 11/02/2005) |
| 10/28/2005 | 1166 | MOTION to Clarify and for Instructions by Interested Party Thomas E. O'Hara . (pap, ) (Entered: 11/01/2005) |
| 10/31/2005 | 1168 | OBJECTION under Rule 53(g).(2) to 1155 Order. Motion for Appeal by Interested Party James R. Duncan re: Claim 03-116 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit C# 4 Exhibit D# 5 Exhibit G-2# 6 Exhibit G-3# 7 Exhibit O)(pap, ) (Modified on 11/1/2005 to add filer's name to entry) (pap, ). (Entered: 11/01/2005) |
| 11/01/2005 | 1167 | ORDER Denying 1165 an incomprehensible document (Response) filed by James Smith . Signed by Judge Edward W. Nottingham on 11/1/05. (pap, ) (Entered: 11/01/2005) |
| 11/01/2005 | 1169 | RESPONSE *To Claimant Leach's Objection to Special Master's Final Order* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Quinn, James) (Entered: 11/01/2005) |
| 11/02/2005 | 1171 | OBJECTION to 1147 Special Master's Order by Claimant Shawn M. Winkler re: Claim 03-140. (pap, ) (Entered: 11/02/2005) |
| 11/02/2005 | 1172 | RESPONSE/Letter to 943 Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 11/02/2005) |
| 11/03/2005 | 1173 | Mail Returned as Undeliverable re: 1162 Order on Motion to Stay Addressed to Richard A. Malisheski. (pap, ) (Entered: 11/04/2005) |
| 11/08/2005 | 1174 | MINUTE ORDER denying 1166 Thomas E. O'Hara's Motion to Clarify and for Instructions. Entered by Judge Edward W. Nottingham on 11/7/05. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1175 | PETITION (MOTION) for Resolution of Dispute re: Claim 03-108 by Interested Party Tommy B. Sturges. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1176 | MINUTE ORDER granting 1128 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Final Order of Special Master . Entered by Judge Edward W. Nottingham on 11/8/05. (pap, ) (Entered: 11/08/2005) |

| | | JurisdictionRESPONSE to 1126 Order by Interested Party James Smith. (pap, ) (Entered: 10/27/2005) |
|---|---|---|
| 10/26/2005 | 1170 | Mail Returned as Undeliverable re: 1151 Order on Motion for Extension of Time Addressed to Unknown as Name and Addressed were covered up by Return to Sender Sticker. (pap, ) (Entered: 11/02/2005) |
| 10/28/2005 | 1166 | MOTION to Clarify and for Instructions by Interested Party Thomas E. O'Hara . (pap, ) (Entered: 11/01/2005) |
| 10/31/2005 | 1168 | OBJECTION under Rule 53(g).(2) to 1155 Order. Motion for Appeal by Interested Party James R. Duncan re: Claim 03-116 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit C# 4 Exhibit D# 5 Exhibit G-2# 6 Exhibit G-3# 7 Exhibit O)(pap, ) (Modified on 11/1/2005 to add filer's name to entry) (pap, ). (Entered: 11/01/2005) |
| 11/01/2005 | 1167 | ORDER Denying 1165 an incomprehensible document (Response) filed by James Smith . Signed by Judge Edward W. Nottingham on 11/1/05. (pap, ) (Entered: 11/01/2005) |
| 11/01/2005 | 1169 | RESPONSE *To Claimant Leach's Objection to Special Master's Final Order* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Quinn, James) (Entered: 11/01/2005) |
| 11/02/2005 | 1171 | OBJECTION to 1147 Special Master's Order by Claimant Shawn M. Winkler re: Claim 03-140. (pap, ) (Entered: 11/02/2005) |
| 11/02/2005 | 1172 | RESPONSE/Letter to 943 Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 11/02/2005) |
| 11/03/2005 | 1173 | Mail Returned as Undeliverable re: 1162 Order on Motion to Stay Addressed to Richard A. Malisheski. (pap, ) (Entered: 11/04/2005) |
| 11/08/2005 | 1174 | MINUTE ORDER denying 1166 Thomas E. O'Hara's Motion to Clarify and for Instructions. Entered by Judge Edward W. Nottingham on 11/7/05. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1175 | PETITION (MOTION) for Resolution of Dispute re: Claim 03-108 by Interested Party Tommy B. Sturges. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1176 | MINUTE ORDER granting 1128 Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Final Order of Special Master . Entered by Judge Edward W. Nottingham on 11/8/05. (pap, ) (Entered: 11/08/2005) |

| | | |
|---|---|---|
| | | JurisdictionRESPONSE to [1126] Order by Interested Party James Smith. (pap, ) (Entered: 10/27/2005) |
| 10/26/2005 | 1170 | Mail Returned as Undeliverable re: [1151] Order on Motion for Extension of Time Addressed to Unknown as Name and Addressed were covered up by Return to Sender Sticker. (pap, ) (Entered: 11/02/2005) |
| 10/28/2005 | 1166 | MOTION to Clarify and for Instructions by Interested Party Thomas E. O'Hara . (pap, ) (Entered: 11/01/2005) |
| 10/31/2005 | 1168 | OBJECTION under Rule 53(g).(2) to [1155] Order. Motion for Appeal by Interested Party James R. Duncan re: Claim 03-116 (Attachments: # [1] Exhibit 1# [2] Exhibit 2# [3] Exhibit C# [4] Exhibit D# [5] Exhibit G-2# [6] Exhibit G-3# [7] Exhibit O)(pap, ) (Modified on 11/1/2005 to add filer's name to entry) (pap, ). (Entered: 11/01/2005) |
| 11/01/2005 | 1167 | ORDER Denying [1165] an incomprehensible document (Response) filed by James Smith . Signed by Judge Edward W. Nottingham on 11/1/05. (pap, ) (Entered: 11/01/2005) |
| 11/01/2005 | 1169 | RESPONSE *To Claimant Leach's Objection to Special Master's Final Order* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # [1] Exhibit 1# [2] Exhibit 2)(Quinn, James) (Entered: 11/01/2005) |
| 11/02/2005 | 1171 | OBJECTION to [1147] Special Master's Order by Claimant Shawn M. Winkler re: Claim 03-140. (pap, ) (Entered: 11/02/2005) |
| 11/02/2005 | 1172 | RESPONSE/Letter to [943] Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 11/02/2005) |
| 11/03/2005 | 1173 | Mail Returned as Undeliverable re: [1162] Order on Motion to Stay Addressed to Richard A. Malisheski. (pap, ) (Entered: 11/04/2005) |
| 11/08/2005 | 1174 | MINUTE ORDER denying [1166] Thomas E. O'Hara's Motion to Clarify and for Instructions. Entered by Judge Edward W. Nottingham on 11/7/05. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1175 | PETITION (MOTION) for Resolution of Dispute re: Claim 03-108 by Interested Party Tommy B. Sturges. (pap, ) (Entered: 11/08/2005) |
| 11/08/2005 | 1176 | MINUTE ORDER granting [1128] Defendants' Uncontested Motion for Extension of Time to Respond to Claimant Leach's Objection to Final Order of Special Master . Entered by Judge Edward W. Nottingham on 11/8/05. (pap, ) (Entered: 11/08/2005) |

| 11/08/2005 | 1179 | Mail Returned as Undeliverable re: 1167 Order Addressed to Howell P. Roberts III. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1177 | MOTION For Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main.. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1178 | Request for Court Issuance of Notice for Failure to Comply, Request for Sanctions and Protective Order and RESPONSE to Motion re 1159 MOTION to Stay Pending Appeal filed by Interested Party James Rudnick, Claim 01-092. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1180 | ORDER by Special Master referring to Judge Kane 1178 Request/Response to Motion filed by James Rudnick, re Claim 01-092. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1181 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-014 by Claimant James Smith #112593. Attached to Order is record of Claim 03-014. Signed by Special Master Richard M. Borchers on 10/11/05. (pap, ) File Returned to Special Master, Modified on 2/27/2008 to note return of claim file to special master. (pap, ). (Entered: 11/10/2005) |
| 11/09/2005 | 1182 | ORDER OF SPECIAL MASTER referring Claimant James Smith's Motion "By Special Appointment, etc." re Claim 03-014 to Judge Kane. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1183 | ORDER OF SPECIAL MASTER re: 1040 Order re: Claim X-103 by Claimant Forrest Shunn #125130. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1184 | LETTER/REQUEST by Interested Party Fred F. Franzone for Paperwork Forms to start claim procedure. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1185 | LETTER/Request for Ruling re: 1055 Objection to Special Master's Order by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 11/10/2005) |
| 11/14/2005 | 1186 | MINUTE ORDER granting 1177 Motion for Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main. Deadline is extended until 12/15/05. Entered by Judge Edward W. Nottingham on 11/14/05. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1187 | NOTICE of Entry of Appearance by John Aaron Atkinson on behalf of all defendants (Atkinson, John) (Entered: 11/14/2005) |
| 11/14/2005 | 1188 | Amended Exhibits to Support 803 Motion Filed to Alter or Amend re 646 Order, by Interested Party Lawrence William Fitzgerald re: Claim 01-076. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1191 | ORDER Appointing Richard C. Davidson as Special Master. Adopting Report and Recommendations 946 as to the appointment of Richard C. Davidson as a Special Master. Signed by Judge Edward W. Nottingham |

| 11/08/2005 | 1179 | Mail Returned as Undeliverable re: 1167 Order Addressed to Howell P. Roberts III. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1177 | MOTION For Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main.. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1178 | Request for Court Issuance of Notice for Failure to Comply, Request for Sanctions and Protective Order and RESPONSE to Motion re 1159 MOTION to Stay Pending Appeal filed by Interested Party James Rudnick, Claim 01-092. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1180 | ORDER by Special Master referring to Judge Kane 1178 Request/Response to Motion filed by James Rudnick, re Claim 01-092. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1181 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-014 by Claimant James Smith #112593. Attached to Order is record of Claim 03-014. Signed by Special Master Richard M. Borchers on 10/11/05. (pap, ) File Returned to Special Master, Modified on 2/27/2008 to note return of claim file to special master. (pap, ). (Entered: 11/10/2005) |
| 11/09/2005 | 1182 | ORDER OF SPECIAL MASTER referring Claimant James Smith's Motion "By Special Appointment, etc." re Claim 03-014 to Judge Kane. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1183 | ORDER OF SPECIAL MASTER re: 1040 Order re: Claim X-103 by Claimant Forrest Shunn #125130. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1184 | LETTER/REQUEST by Interested Party Fred F. Franzone for Paperwork Forms to start claim procedure. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1185 | LETTER/Request for Ruling re: 1055 Objection to Special Master's Order by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 11/10/2005) |
| 11/14/2005 | 1186 | MINUTE ORDER granting 1177 Motion for Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main. Deadline is extended until 12/15/05. Entered by Judge Edward W. Nottingham on 11/14/05. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1187 | NOTICE of Entry of Appearance by John Aaron Atkinson on behalf of all defendants (Atkinson, John) (Entered: 11/14/2005) |
| 11/14/2005 | 1188 | Amended Exhibits to Support 803 Motion Filed to Alter or Amend re 646 Order, by Interested Party Lawrence William Fitzgerald re: Claim 01-076. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1191 | ORDER Appointing Richard C. Davidson as Special Master. Adopting Report and Recommendations 946 as to the appointment of Richard C. Davidson as a Special Master. Signed by Judge Edward W. Nottingham |

| 11/08/2005 | 1179 | Mail Returned as Undeliverable re: 1167 Order Addressed to Howell P. Roberts III. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1177 | MOTION For Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main.. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1178 | Request for Court Issuance of Notice for Failure to Comply, Request for Sanctions and Protective Order and RESPONSE to Motion re 1159 MOTION to Stay Pending Appeal filed by Interested Party James Rudnick, Claim 01-092. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1180 | ORDER by Special Master referring to Judge Kane 1178 Request/Response to Motion filed by James Rudnick, re Claim 01-092. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1181 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-014 by Claimant James Smith #112593. Attached to Order is record of Claim 03-014. Signed by Special Master Richard M. Borchers on 10/11/05. (pap, ) File Returned to Special Master, Modified on 2/27/2008 to note return of claim file to special master. (pap, ). (Entered: 11/10/2005) |
| 11/09/2005 | 1182 | ORDER OF SPECIAL MASTER referring Claimant James Smith's Motion "By Special Appointment, etc." re Claim 03-014 to Judge Kane. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1183 | ORDER OF SPECIAL MASTER re: 1040 Order re: Claim X-103 by Claimant Forrest Shunn #125130. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1184 | LETTER/REQUEST by Interested Party Fred F. Franzone for Paperwork Forms to start claim procedure. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1185 | LETTER/Request for Ruling re: 1055 Objection to Special Master's Order by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 11/10/2005) |
| 11/14/2005 | 1186 | MINUTE ORDER granting 1177 Motion for Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main. Deadline is extended until 12/15/05. Entered by Judge Edward W. Nottingham on 11/14/05. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1187 | NOTICE of Entry of Appearance by John Aaron Atkinson on behalf of all defendants (Atkinson, John) (Entered: 11/14/2005) |
| 11/14/2005 | 1188 | Amended Exhibits to Support 803 Motion Filed to Alter or Amend re 646 Order, by Interested Party Lawrence William Fitzgerald re: Claim 01-076. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1191 | ORDER Appointing Richard C. Davidson as Special Master. Adopting Report and Recommendations 946 as to the appointment of Richard C. Davidson as a Special Master. Signed by Judge Edward W. Nottingham |

| 11/08/2005 | 1179 | Mail Returned as Undeliverable re: 1167 Order Addressed to Howell P. Roberts III. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1177 | MOTION For Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main.. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1178 | Request for Court Issuance of Notice for Failure to Comply, Request for Sanctions and Protective Order and RESPONSE to Motion re 1159 MOTION to Stay Pending Appeal filed by Interested Party James Rudnick, Claim 01-092. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1180 | ORDER by Special Master referring to Judge Kane 1178 Request/Response to Motion filed by James Rudnick, re Claim 01-092. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1181 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-014 by Claimant James Smith #112593. Attached to Order is record of Claim 03-014. Signed by Special Master Richard M. Borchers on 10/11/05. (pap, ) File Returned to Special Master, Modified on 2/27/2008 to note return of claim file to special master. (pap, ). (Entered: 11/10/2005) |
| 11/09/2005 | 1182 | ORDER OF SPECIAL MASTER referring Claimant James Smith's Motion "By Special Appointment, etc." re Claim 03-014 to Judge Kane. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/09/2005 | 1183 | ORDER OF SPECIAL MASTER re: 1040 Order re: Claim X-103 by Claimant Forrest Shunn #125130. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1184 | LETTER/REQUEST by Interested Party Fred F. Franzone for Paperwork Forms to start claim procedure. (pap, ) (Entered: 11/10/2005) |
| 11/10/2005 | 1185 | LETTER/Request for Ruling re: 1055 Objection to Special Master's Order by Plaintiff Duncan Leach, Claim 03-087. (pap, ) (Entered: 11/10/2005) |
| 11/14/2005 | 1186 | MINUTE ORDER granting 1177 Motion for Extension of Time to File Objection to Special Master's Order re: Claim 03-026 by Interested Party Roy J. Main. Deadline is extended until 12/15/05. Entered by Judge Edward W. Nottingham on 11/14/05. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1187 | NOTICE of Entry of Appearance by John Aaron Atkinson on behalf of all defendants (Atkinson, John) (Entered: 11/14/2005) |
| 11/14/2005 | 1188 | Amended Exhibits to Support 803 Motion Filed to Alter or Amend re 646 Order, by Interested Party Lawrence William Fitzgerald re: Claim 01-076. (pap, ) (Entered: 11/14/2005) |
| 11/14/2005 | 1191 | ORDER Appointing Richard C. Davidson as Special Master. Adopting Report and Recommendations 946 as to the appointment of Richard C. Davidson as a Special Master. Signed by Judge Edward W. Nottingham |

| | | on 11/14/05. (gms, ) (Entered: 11/16/2005) |
|---|---|---|
| 11/15/2005 | 1189 | MOTION to Reschedule Final Filings by Interested Party Joseph Martinez. (lam, ) (Entered: 11/15/2005) |
| 11/15/2005 | 1190 | RESPONSE to Defendants Response to Claim and Supporting Documents by Plaintiff John Armintrout. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(lam, ) (Entered: 11/15/2005) |
| 11/16/2005 | 1192 | REPLY to Response to Motion re 1065 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch filed by Plaintiff Duncan Leach. (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1193 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1194 | Mail Returned as Undeliverable re: 1167 Order; Addressed to Richard A. Malisheski. (lam, ) (Entered: 11/16/2005) |
| 11/16/2005 | 1195 | RESPONSE to 1149 Objections, *RESPONSE TO PLAINTIFF CLASS APPEAL REGARDING CATEGORY V DAMAGES* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit B-3# 5 Exhibit B-4# 6 Exhibit C)(Dance, Jess) (Entered: 11/16/2005) |
| 11/21/2005 | 1196 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1197 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Reggie Neil Keyes. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1198 | Mail Returned as Undeliverable re: 1174 Order on Motion to Clarify, 1176 Order on Motion for Extension of Time, 1186 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1199 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/25/2005 | 1200 | OBJECTIONS to Special Master's Order re: Claim 03-135 by Claimant |

| | | |
|---|---|---|
| | | on 11/14/05. (gms, ) (Entered: 11/16/2005) |
| 11/15/2005 | 1189 | MOTION to Reschedule Final Filings by Interested Party Joseph Martinez. (lam, ) (Entered: 11/15/2005) |
| 11/15/2005 | 1190 | RESPONSE to Defendants Response to Claim and Supporting Documents by Plaintiff John Armintrout. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(lam, ) (Entered: 11/15/2005) |
| 11/16/2005 | 1192 | REPLY to Response to Motion re 1065 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch filed by Plaintiff Duncan Leach. (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1193 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1194 | Mail Returned as Undeliverable re: 1167 Order; Addressed to Richard A. Malisheski. (lam, ) (Entered: 11/16/2005) |
| 11/16/2005 | 1195 | RESPONSE to 1149 Objections, *RESPONSE TO PLAINTIFF CLASS APPEAL REGARDING CATEGORY V DAMAGES* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit B-3# 5 Exhibit B-4# 6 Exhibit C)(Dance, Jess) (Entered: 11/16/2005) |
| 11/21/2005 | 1196 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1197 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Reggie Neil Keyes. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1198 | Mail Returned as Undeliverable re: 1174 Order on Motion to Clarify, 1176 Order on Motion for Extension of Time, 1186 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1199 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/25/2005 | 1200 | OBJECTIONS to Special Master's Order re: Claim 03-135 by Claimant |

| | | on 11/14/05. (gms, ) (Entered: 11/16/2005) |
|---|---|---|
| 11/15/2005 | 1189 | MOTION to Reschedule Final Filings by Interested Party Joseph Martinez. (lam, ) (Entered: 11/15/2005) |
| 11/15/2005 | 1190 | RESPONSE to Defendants Response to Claim and Supporting Documents by Plaintiff John Armintrout. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(lam, ) (Entered: 11/15/2005) |
| 11/16/2005 | 1192 | REPLY to Response to Motion re 1065 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch filed by Plaintiff Duncan Leach. (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1193 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1194 | Mail Returned as Undeliverable re: 1167 Order; Addressed to Richard A. Malisheski. (lam, ) (Entered: 11/16/2005) |
| 11/16/2005 | 1195 | RESPONSE to 1149 Objections, *RESPONSE TO PLAINTIFF CLASS APPEAL REGARDING CATEGORY V DAMAGES* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit B-3# 5 Exhibit B-4# 6 Exhibit C)(Dance, Jess) (Entered: 11/16/2005) |
| 11/21/2005 | 1196 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1197 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Reggie Neil Keyes. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1198 | Mail Returned as Undeliverable re: 1174 Order on Motion to Clarify, 1176 Order on Motion for Extension of Time, 1186 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1199 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/25/2005 | 1200 | OBJECTIONS to Special Master's Order re: Claim 03-135 by Claimant |

| | | on 11/14/05. (gms, ) (Entered: 11/16/2005) |
|---|---|---|
| 11/15/2005 | 1189 | MOTION to Reschedule Final Filings by Interested Party Joseph Martinez. (lam, ) (Entered: 11/15/2005) |
| 11/15/2005 | 1190 | RESPONSE to Defendants Response to Claim and Supporting Documents by Plaintiff John Armintrout. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(lam, ) (Entered: 11/15/2005) |
| 11/16/2005 | 1192 | REPLY to Response to Motion re 1065 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1000 Order,, 1035 Order *Class Appeal Re Med Damages* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch filed by Plaintiff Duncan Leach. (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1193 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 11/16/2005) |
| 11/16/2005 | 1194 | Mail Returned as Undeliverable re: 1167 Order; Addressed to Richard A. Malisheski. (lam, ) (Entered: 11/16/2005) |
| 11/16/2005 | 1195 | RESPONSE to 1149 Objections, *RESPONSE TO PLAINTIFF CLASS APPEAL REGARDING CATEGORY V DAMAGES* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B-1# 3 Exhibit B-2# 4 Exhibit B-3# 5 Exhibit B-4# 6 Exhibit C)(Dance, Jess) (Entered: 11/16/2005) |
| 11/21/2005 | 1196 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1197 | Mail Returned as Undeliverable re: 1186 Order on Motion for Extension of Time, Addressed to Reggie Neil Keyes. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1198 | Mail Returned as Undeliverable re: 1174 Order on Motion to Clarify, 1176 Order on Motion for Extension of Time, 1186 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/21/2005 | 1199 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Richard A. Malisheski. (gms, ) (Entered: 11/22/2005) |
| 11/25/2005 | 1200 | OBJECTIONS to Special Master's Order re: Claim 03-135 by Claimant |

| | | Mark Johnson. (pap, ) (Entered: 11/25/2005) |
|---|---|---|
| 11/28/2005 | 1202 | Mail Returned as Undeliverable re: 1163 Order on Motion to Stay Addressed to Ballard #123593. (pap, ) (Entered: 11/30/2005) |
| 11/28/2005 | 1203 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Terry Ray Ballard. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1201 | OBJECTION to 1136 Special Master's Final Order re: Claim 03-026 by Interested Party Fred F. Franzone. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1408 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-493 by Claimant Gustavo Osuna. Record of claim 02-493 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 11/30/2005 | 1204 | Special Masters' Tenth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 11/30/2005) |
| 11/30/2005 | 1205 | RESPONSE to 1168 Objections, by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 11/30/2005) |
| 12/01/2005 | 1206 | Unopposed MOTION for Extension of Time to File Response/Reply *In Support of Class Appeal Regarding Category V Damages* by Plaintiff Jesse F. Montez. (Attachments: # 1 Proposed Order (PDF Only)) (Tolleson, Julie) (Entered: 12/01/2005) |
| 12/02/2005 | 1207 | MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. (pap, ) (Entered: 12/02/2005) |
| 12/02/2005 | 1208 | RESPONSE to 1171 Objections by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores |

| | | Mark Johnson. (pap, ) (Entered: 11/25/2005) |
|---|---|---|
| 11/28/2005 | 1202 | Mail Returned as Undeliverable re: 1163 Order on Motion to Stay Addressed to Ballard #123593. (pap, ) (Entered: 11/30/2005) |
| 11/28/2005 | 1203 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Terry Ray Ballard. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1201 | OBJECTION to 1136 Special Master's Final Order re: Claim 03-026 by Interested Party Fred F. Franzone. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1408 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-493 by Claimant Gustavo Osuna. Record of claim 02-493 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 11/30/2005 | 1204 | Special Masters' Tenth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 11/30/2005) |
| 11/30/2005 | 1205 | RESPONSE to 1168 Objections, by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 11/30/2005) |
| 12/01/2005 | 1206 | Unopposed MOTION for Extension of Time to File Response/Reply *In Support of Class Appeal Regarding Category V Damages* by Plaintiff Jesse F. Montez. (Attachments: # 1 Proposed Order (PDF Only)) (Tolleson, Julie) (Entered: 12/01/2005) |
| 12/02/2005 | 1207 | MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. (pap, ) (Entered: 12/02/2005) |
| 12/02/2005 | 1208 | RESPONSE to 1171 Objections by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores |

| | | Mark Johnson. (pap, ) (Entered: 11/25/2005) |
|---|---|---|
| 11/28/2005 | 1202 | Mail Returned as Undeliverable re: 1163 Order on Motion to Stay Addressed to Ballard #123593. (pap, ) (Entered: 11/30/2005) |
| 11/28/2005 | 1203 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Terry Ray Ballard. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1201 | OBJECTION to 1136 Special Master's Final Order re: Claim 03-026 by Interested Party Fred F. Franzone. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1408 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-493 by Claimant Gustavo Osuna. Record of claim 02-493 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 11/30/2005 | 1204 | Special Masters' Tenth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 11/30/2005) |
| 11/30/2005 | 1205 | RESPONSE to 1168 Objections, by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 11/30/2005) |
| 12/01/2005 | 1206 | Unopposed MOTION for Extension of Time to File Response/Reply *In Support of Class Appeal Regarding Category V Damages* by Plaintiff Jesse F. Montez. (Attachments: # 1 Proposed Order (PDF Only)) (Tolleson, Julie) (Entered: 12/01/2005) |
| 12/02/2005 | 1207 | MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. (pap, ) (Entered: 12/02/2005) |
| 12/02/2005 | 1208 | RESPONSE to 1171 Objections by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores |

| | | Mark Johnson. (pap, ) (Entered: 11/25/2005) |
|---|---|---|
| 11/28/2005 | 1202 | Mail Returned as Undeliverable re: 1163 Order on Motion to Stay Addressed to Ballard #123593. (pap, ) (Entered: 11/30/2005) |
| 11/28/2005 | 1203 | Mail Returned as Undeliverable re: 1191 Order on Report and Recommendations - Special Master Addressed to Terry Ray Ballard. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1201 | OBJECTION to 1136 Special Master's Final Order re: Claim 03-026 by Interested Party Fred F. Franzone. (pap, ) (Entered: 11/30/2005) |
| 11/29/2005 | 1408 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-493 by Claimant Gustavo Osuna. Record of claim 02-493 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 11/30/2005 | 1204 | Special Masters' Tenth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 11/30/2005) |
| 11/30/2005 | 1205 | RESPONSE to 1168 Objections, by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 11/30/2005) |
| 12/01/2005 | 1206 | Unopposed MOTION for Extension of Time to File Response/Reply *In Support of Class Appeal Regarding Category V Damages* by Plaintiff Jesse F. Montez. (Attachments: # 1 Proposed Order (PDF Only)) (Tolleson, Julie) (Entered: 12/01/2005) |
| 12/02/2005 | 1207 | MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. (pap, ) (Entered: 12/02/2005) |
| 12/02/2005 | 1208 | RESPONSE to 1171 Objections by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores |

| | | Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Final Order of Special Master# 2 Exhibit November 23, 2004 Order)(Dance, Jess) (Entered: 12/02/2005) |
|---|---|---|
| 12/02/2005 | 1269 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-704 by Claimant Berry D. Smith. Attached to Order is record of claim 02-704. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/05/2005 | 1209 | ORDER denying 1207 MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1210 | ORDER granting 1206 Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply In Support of Class Appeal Regarding Category V Damages by 1000 Order. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1211 | OBJECTIONS to 1133 Order by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Defendant's Exhibit 1# 2 Exhibit Defendant's Exhibit 2# 3 Exhibit Defendant's Exhibit 3# 4 Exhibit Defendant's Exhibit 4# 5 Exhibit Special Master's Final Order)(Wiens, Adam) (Entered: 12/05/2005) |
| 12/05/2005 | 1212 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1148 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Hearing# 2 Exhibit Final Order of Special Master)(Dance, Jess) (Entered: 12/05/2005) |
| 12/06/2005 | 1213 | OBJECTIONS to Order of Dismissal of Special Master by Alfonso R. Flores re: Claim X-130. (pap, ) (Entered: 12/07/2005) |
| 12/06/2005 | 1214 | REQUEST (MOTION) For Extension of Time to prepare a witness list by Anthony Hernandez re: Claim 03-152. (pap, ) (Entered: 12/07/2005) |
| 12/07/2005 | 1215 | MOTION to Modify 1148 Order of Special Master by Byron Cortez re: Claim 03-114 . (pap, ) (Entered: 12/07/2005) |
| 12/08/2005 | 1216 | ORDER granting Special Masters' Tenth 1204 Motion for Payment of Fees and Costs in the amount of $38,354.01. The State of Colorado shall pay the amount ordered to the Legal Resolution Center. Signed by Judge John L. Kane on 12/8/05. (gms, ) (Entered: 12/08/2005) |
| | | |

| | | |
|---|---|---|
| | | Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Final Order of Special Master# 2 Exhibit November 23, 2004 Order)(Dance, Jess) (Entered: 12/02/2005) |
| 12/02/2005 | 1269 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-704 by Claimant Berry D. Smith. Attached to Order is record of claim 02-704. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/05/2005 | 1209 | ORDER denying 1207 MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1210 | ORDER granting 1206 Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply In Support of Class Appeal Regarding Category V Damages by 1000 Order. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1211 | OBJECTIONS to 1133 Order by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Defendant's Exhibit 1# 2 Exhibit Defendant's Exhibit 2# 3 Exhibit Defendant's Exhibit 3# 4 Exhibit Defendant's Exhibit 4# 5 Exhibit Special Master's Final Order)(Wiens, Adam) (Entered: 12/05/2005) |
| 12/05/2005 | 1212 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1148 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Hearing# 2 Exhibit Final Order of Special Master)(Dance, Jess) (Entered: 12/05/2005) |
| 12/06/2005 | 1213 | OBJECTIONS to Order of Dismissal of Special Master by Alfonso R. Flores re: Claim X-130. (pap, ) (Entered: 12/07/2005) |
| 12/06/2005 | 1214 | REQUEST (MOTION) For Extension of Time to prepare a witness list by Anthony Hernandez re: Claim 03-152. (pap, ) (Entered: 12/07/2005) |
| 12/07/2005 | 1215 | MOTION to Modify 1148 Order of Special Master by Byron Cortez re: Claim 03-114 . (pap, ) (Entered: 12/07/2005) |
| 12/08/2005 | 1216 | ORDER granting Special Masters' Tenth 1204 Motion for Payment of Fees and Costs in the amount of $38,354.01. The State of Colorado shall pay the amount ordered to the Legal Resolution Center. Signed by Judge John L. Kane on 12/8/05. (gms, ) (Entered: 12/08/2005) |
| | | |

| | | Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Final Order of Special Master# 2 Exhibit November 23, 2004 Order)(Dance, Jess) (Entered: 12/02/2005) |
|---|---|---|
| 12/02/2005 | 1269 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-704 by Claimant Berry D. Smith. Attached to Order is record of claim 02-704. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/05/2005 | 1209 | ORDER denying 1207 MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1210 | ORDER granting 1206 Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply In Support of Class Appeal Regarding Category V Damages by 1000 Order. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1211 | OBJECTIONS to 1133 Order by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Defendant's Exhibit 1# 2 Exhibit Defendant's Exhibit 2# 3 Exhibit Defendant's Exhibit 3# 4 Exhibit Defendant's Exhibit 4# 5 Exhibit Special Master's Final Order)(Wiens, Adam) (Entered: 12/05/2005) |
| 12/05/2005 | 1212 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1148 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Hearing# 2 Exhibit Final Order of Special Master)(Dance, Jess) (Entered: 12/05/2005) |
| 12/06/2005 | 1213 | OBJECTIONS to Order of Dismissal of Special Master by Alfonso R. Flores re: Claim X-130. (pap, ) (Entered: 12/07/2005) |
| 12/06/2005 | 1214 | REQUEST (MOTION) For Extension of Time to prepare a witness list by Anthony Hernandez re: Claim 03-152. (pap, ) (Entered: 12/07/2005) |
| 12/07/2005 | 1215 | MOTION to Modify 1148 Order of Special Master by Byron Cortez re: Claim 03-114 . (pap, ) (Entered: 12/07/2005) |
| 12/08/2005 | 1216 | ORDER granting Special Masters' Tenth 1204 Motion for Payment of Fees and Costs in the amount of $38,354.01. The State of Colorado shall pay the amount ordered to the Legal Resolution Center. Signed by Judge John L. Kane on 12/8/05. (gms, ) (Entered: 12/08/2005) |
| | | |

| | | |
|---|---|---|
| | | Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Final Order of Special Master# 2 Exhibit November 23, 2004 Order)(Dance, Jess) (Entered: 12/02/2005) |
| 12/02/2005 | 1269 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-704 by Claimant Berry D. Smith. Attached to Order is record of claim 02-704. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/05/2005 | 1209 | ORDER denying 1207 MOTION for Court Order for Transport to Department of Veterans Affairs CLinic filed by Terry Gibbens re Claim 02-483. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1210 | ORDER granting 1206 Plaintiff's Unopposed MOTION for Extension of Time to File Response/Reply In Support of Class Appeal Regarding Category V Damages by 1000 Order. Signed by Judge Edward W. Nottingham on 12/5/05. (pap, ) (Entered: 12/05/2005) |
| 12/05/2005 | 1211 | OBJECTIONS to 1133 Order by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Defendant's Exhibit 1# 2 Exhibit Defendant's Exhibit 2# 3 Exhibit Defendant's Exhibit 3# 4 Exhibit Defendant's Exhibit 4# 5 Exhibit Special Master's Final Order)(Wiens, Adam) (Entered: 12/05/2005) |
| 12/05/2005 | 1212 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1148 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough (Attachments: # 1 Exhibit Transcript of Hearing# 2 Exhibit Final Order of Special Master)(Dance, Jess) (Entered: 12/05/2005) |
| 12/06/2005 | 1213 | OBJECTIONS to Order of Dismissal of Special Master by Alfonso R. Flores re: Claim X-130. (pap, ) (Entered: 12/07/2005) |
| 12/06/2005 | 1214 | REQUEST (MOTION) For Extension of Time to prepare a witness list by Anthony Hernandez re: Claim 03-152. (pap, ) (Entered: 12/07/2005) |
| 12/07/2005 | 1215 | MOTION to Modify 1148 Order of Special Master by Byron Cortez re: Claim 03-114 . (pap, ) (Entered: 12/07/2005) |
| 12/08/2005 | 1216 | ORDER granting Special Masters' Tenth 1204 Motion for Payment of Fees and Costs in the amount of $38,354.01. The State of Colorado shall pay the amount ordered to the Legal Resolution Center. Signed by Judge John L. Kane on 12/8/05. (gms, ) (Entered: 12/08/2005) |
| | | |

| 12/09/2005 | 1217 | REPLY *In Support of Appeal of Order Re: Category V Damages (Directed to Judge Nottingham)* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 12/09/2005) |
|---|---|---|
| 12/12/2005 | 1218 | STATEMENT by Elizabeth Gardesani re: Claim 02-371. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1219 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-119 by Claimant Thomas Castro. Attached to Order is record of claim 03-119. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1220 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim 03-125 by Claimant Michael D. Suttmiller. Attached to Order is record of claim 03-125. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1221 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-167 by Claimant Clenteen Sue Williams. Attached to Order is record of claim 03-167. Signed by Special Master Bruce D. Pringle on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1222 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-033 by Claimant Steve D. Garcia. Attached to Order is record of claim 03-033. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1223 | FINAL ORDER OF SPECIAL MASTER Denying in part and Granting in part Claim 03-077 by Claimant John Cerrone. Attached to Order is record of claim 03-077. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1224 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-054 by Claimant William Shaffstall. Attached to order is record of claim 03-054. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1225 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-135 by Claimant Mark N. Johnson. Attached to Order is record of Claim 03-135. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1226 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-097 by Claimant Verlyn L. Bald Eagle. Attached to Order is record of claim 03-097. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1227 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-040 by Claimant Leroy Walter Baker. Attached to Order is record of claim 03-040. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1228 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-133 by Claimant Jose-Luis Dole. Attached to Order is |

| 12/09/2005 | 1217 | REPLY *In Support of Appeal of Order Re: Category V Damages (Directed to Judge Nottingham)* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 12/09/2005) |
| 12/12/2005 | 1218 | STATEMENT by Elizabeth Gardesani re: Claim 02-371. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1219 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-119 by Claimant Thomas Castro. Attached to Order is record of claim 03-119. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1220 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim 03-125 by Claimant Michael D. Suttmiller. Attached to Order is record of claim 03-125. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1221 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-167 by Claimant Clenteen Sue Williams. Attached to Order is record of claim 03-167. Signed by Special Master Bruce D. Pringle on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1222 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-033 by Claimant Steve D. Garcia. Attached to Order is record of claim 03-033. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1223 | FINAL ORDER OF SPECIAL MASTER Denying in part and Granting in part Claim 03-077 by Claimant John Cerrone. Attached to Order is record of claim 03-077. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1224 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-054 by Claimant William Shaffstall. Attached to order is record of claim 03-054. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1225 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-135 by Claimant Mark N. Johnson. Attached to Order is record of Claim 03-135. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1226 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-097 by Claimant Verlyn L. Bald Eagle. Attached to Order is record of claim 03-097. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1227 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-040 by Claimant Leroy Walter Baker. Attached to Order is record of claim 03-040. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1228 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-133 by Claimant Jose-Luis Dole. Attached to Order is |

| 12/09/2005 | 1217 | REPLY *In Support of Appeal of Order Re: Category V Damages (Directed to Judge Nottingham)* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 12/09/2005) |
| 12/12/2005 | 1218 | STATEMENT by Elizabeth Gardesani re: Claim 02-371. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1219 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-119 by Claimant Thomas Castro. Attached to Order is record of claim 03-119. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1220 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim 03-125 by Claimant Michael D. Suttmiller. Attached to Order is record of claim 03-125. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1221 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-167 by Claimant Clenteen Sue Williams. Attached to Order is record of claim 03-167. Signed by Special Master Bruce D. Pringle on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1222 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-033 by Claimant Steve D. Garcia. Attached to Order is record of claim 03-033. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1223 | FINAL ORDER OF SPECIAL MASTER Denying in part and Granting in part Claim 03-077 by Claimant John Cerrone. Attached to Order is record of claim 03-077. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1224 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-054 by Claimant William Shaffstall. Attached to order is record of claim 03-054. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1225 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-135 by Claimant Mark N. Johnson. Attached to Order is record of Claim 03-135. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1226 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-097 by Claimant Verlyn L. Bald Eagle. Attached to Order is record of claim 03-097. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1227 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-040 by Claimant Leroy Walter Baker. Attached to Order is record of claim 03-040. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1228 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-133 by Claimant Jose-Luis Dole. Attached to Order is |

| 12/09/2005 | 1217 | REPLY *In Support of Appeal of Order Re: Category V Damages (Directed to Judge Nottingham)* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 12/09/2005) |
| 12/12/2005 | 1218 | STATEMENT by Elizabeth Gardesani re: Claim 02-371. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1219 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-119 by Claimant Thomas Castro. Attached to Order is record of claim 03-119. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1220 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim 03-125 by Claimant Michael D. Suttmiller. Attached to Order is record of claim 03-125. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1221 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-167 by Claimant Clenteen Sue Williams. Attached to Order is record of claim 03-167. Signed by Special Master Bruce D. Pringle on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1222 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-033 by Claimant Steve D. Garcia. Attached to Order is record of claim 03-033. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1223 | FINAL ORDER OF SPECIAL MASTER Denying in part and Granting in part Claim 03-077 by Claimant John Cerrone. Attached to Order is record of claim 03-077. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1224 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-054 by Claimant William Shaffstall. Attached to order is record of claim 03-054. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1225 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-135 by Claimant Mark N. Johnson. Attached to Order is record of Claim 03-135. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1226 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-097 by Claimant Verlyn L. Bald Eagle. Attached to Order is record of claim 03-097. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1227 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-040 by Claimant Leroy Walter Baker. Attached to Order is record of claim 03-040. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1228 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-133 by Claimant Jose-Luis Dole. Attached to Order is |

| | | record of claim 03-133. Signed by Special Master Richard M. Borchers 12/5/05. (pap, ) (Entered: 12/12/2005) |
|---|---|---|
| 12/12/2005 | 1229 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-293 by Claimant Joseph Martinez. Attached to Order is record of claim 02-293. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1230 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-370 by Claimant Pablo Durant. Attached to Order is record of claim 02-370. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1231 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-303 by Claimant Thomas K. Dunnington. Attached to Order is record of claim 02-303. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1232 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-857 by Claimant Charles Warren Duffin. Attached to Order is record of claim 02-857. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1233 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-212 by Claimant Ellsworth Pettit. Attached to Order is record of claim 02-212. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1234 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-153 by Claimant William E. Rinhart. Attached to Order is record of claim 01-153 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1235 | ORDER OF DISSMISSAL OF SPECIAL MASTER Dismissing Claim 02-500 by Claimant Keitheron Winston. Attached to Order is the record for claim 02-500. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1236 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-283 by Claimant Andrew T. Parnell. Attached to Order is record for claim 02-283. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1237 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-017 by Claimant Leonard Redwine. Attached to Order is record for claim 03-017. Signed by Special Master Richard M. Borchers on 12/8/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1238 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-158 by Claimant Richard Zamora. Attached to Order is record for claim 03-158. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1239 | MOTION For Extension of Time to File Appeal in This Matter (of |

| | | record of claim 03-133. Signed by Special Master Richard M. Borchers 12/5/05. (pap, ) (Entered: 12/12/2005) |
|---|---|---|
| 12/12/2005 | 1229 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-293 by Claimant Joseph Martinez. Attached to Order is record of claim 02-293. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1230 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-370 by Claimant Pablo Durant. Attached to Order is record of claim 02-370. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1231 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-303 by Claimant Thomas K. Dunnington. Attached to Order is record of claim 02-303. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1232 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-857 by Claimant Charles Warren Duffin. Attached to Order is record of claim 02-857. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1233 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-212 by Claimant Ellsworth Pettit. Attached to Order is record of claim 02-212. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1234 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-153 by Claimant William E. Rinhart. Attached to Order is record of claim 01-153 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1235 | ORDER OF DISSMISSAL OF SPECIAL MASTER Dismissing Claim 02-500 by Claimant Keitheron Winston. Attached to Order is the record for claim 02-500. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1236 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-283 by Claimant Andrew T. Parnell. Attached to Order is record for claim 02-283. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1237 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-017 by Claimant Leonard Redwine. Attached to Order is record for claim 03-017. Signed by Special Master Richard M. Borchers on 12/8/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1238 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-158 by Claimant Richard Zamora. Attached to Order is record for claim 03-158. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1239 | MOTION For Extension of Time to File Appeal in This Matter (of |

| 12/12/2005 | | record of claim 03-133. Signed by Special Master Richard M. Borchers 12/5/05. (pap, ) (Entered: 12/12/2005) |
|---|---|---|
| 12/12/2005 | 1229 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-293 by Claimant Joseph Martinez. Attached to Order is record of claim 02-293. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1230 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-370 by Claimant Pablo Durant. Attached to Order is record of claim 02-370. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1231 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-303 by Claimant Thomas K. Dunnington. Attached to Order is record of claim 02-303. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1232 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-857 by Claimant Charles Warren Duffin. Attached to Order is record of claim 02-857. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1233 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-212 by Claimant Ellsworth Pettit. Attached to Order is record of claim 02-212. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1234 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-153 by Claimant William E. Rinhart. Attached to Order is record of claim 01-153 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1235 | ORDER OF DISSMISSAL OF SPECIAL MASTER Dismissing Claim 02-500 by Claimant Keitheron Winston. Attached to Order is the record for claim 02-500. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1236 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-283 by Claimant Andrew T. Parnell. Attached to Order is record for claim 02-283. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1237 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-017 by Claimant Leonard Redwine. Attached to Order is record for claim 03-017. Signed by Special Master Richard M. Borchers on 12/8/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1238 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-158 by Claimant Richard Zamora. Attached to Order is record for claim 03-158. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1239 | MOTION For Extension of Time to File Appeal in This Matter (of |

| | | record of claim 03-133. Signed by Special Master Richard M. Borchers 12/5/05. (pap, ) (Entered: 12/12/2005) |
|---|---|---|
| 12/12/2005 | 1229 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-293 by Claimant Joseph Martinez. Attached to Order is record of claim 02-293. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1230 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-370 by Claimant Pablo Durant. Attached to Order is record of claim 02-370. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1231 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-303 by Claimant Thomas K. Dunnington. Attached to Order is record of claim 02-303. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1232 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-857 by Claimant Charles Warren Duffin. Attached to Order is record of claim 02-857. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1233 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-212 by Claimant Ellsworth Pettit. Attached to Order is record of claim 02-212. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1234 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-153 by Claimant William E. Rinhart. Attached to Order is record of claim 01-153 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1235 | ORDER OF DISSMISSAL OF SPECIAL MASTER Dismissing Claim 02-500 by Claimant Keitheron Winston. Attached to Order is the record for claim 02-500. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1236 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-283 by Claimant Andrew T. Parnell. Attached to Order is record for claim 02-283. Signed by Special Master Richard M. Borchers on 12/9/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1237 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-017 by Claimant Leonard Redwine. Attached to Order is record for claim 03-017. Signed by Special Master Richard M. Borchers on 12/8/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1238 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-158 by Claimant Richard Zamora. Attached to Order is record for claim 03-158. Signed by Special Master Bruce D. Pringle on 12/6/05. (pap, ) (Entered: 12/12/2005) |
| 12/12/2005 | 1239 | MOTION For Extension of Time to File Appeal in This Matter (of |

| | | decision of Special Master Borchers) by Interested Party William Gilmore. (gms, ) (Entered: 12/13/2005) |
|---|---|---|
| 12/14/2005 | 1240 | MINUTE ORDER granting 1239 Motion for Extension of Time to File Appeal in This Matter (of decision of Special Master Borchers) by Interested Party William Gilmore. Entered by Judge Edward W. Nottingham on 12/14/05. (pap, ) (Entered: 12/14/2005) |
| 12/14/2005 | 1247 | ORDER of Special Master re: 1178 Response to Motion filed by James Rudnick Claim 01-092. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/14/2005 | 1248 | ORDER of Special Master re: 1139 Order on Claim 03-076 by Claimant Steven Wilson. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/15/2005 | 1241 | NOTICE of Entry of Appearance by Brooke H. Meyer on behalf of all defendants (Meyer, Brooke) (Entered: 12/15/2005) |
| 12/15/2005 | 1242 | Mail Returned as Undeliverable re: 1216 Order on Motion for Costs, Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/16/2005) |
| 12/16/2005 | 1250 | Mail Returned as Undeliverable re: 1209 Order on Motion for Order, 1210 Order on Motion for Extension of Time to File Response/Reply, 1216 Order on Motion for Costs, Addressed to Terry Ray Ballard. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1243 | ORDER Denying 1211 Objections filed by Colorado Department of Corrections to 1133 Special Master's Order re: Claim 01-092 by Claimant James Rudnick. Signed by Judge John L. Kane on 12/16/05. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1244 | (STATEMENT) Contact Information as Per Courts Order of 11/28/05 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1245 | MOTION for Further Discovery of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1246 | LETTER requesting copy of 1107 Response, by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1251 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-281 by Claimant Thomas Edward O'Hara. Attached to Order is record of claim 02-281. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1252 | FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice. Attached to Order is record of claim 03-105. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1253 | FINAL ORDER OF SPECIAL MASTER re: Claim 03-129 Judgment is entered in favor of the Claimant Jill Coit in the amount of $350.00. Attached to Order is record of claim 03-129. Signed by Special Master |

| | | decision of Special Master Borchers) by Interested Party William Gilmore. (gms, ) (Entered: 12/13/2005) |
|---|---|---|
| 12/14/2005 | 1240 | MINUTE ORDER granting 1239 Motion for Extension of Time to File Appeal in This Matter (of decision of Special Master Borchers) by Interested Party William Gilmore. Entered by Judge Edward W. Nottingham on 12/14/05. (pap, ) (Entered: 12/14/2005) |
| 12/14/2005 | 1247 | ORDER of Special Master re: 1178 Response to Motion filed by James Rudnick Claim 01-092. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/14/2005 | 1248 | ORDER of Special Master re: 1139 Order on Claim 03-076 by Claimant Steven Wilson. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/15/2005 | 1241 | NOTICE of Entry of Appearance by Brooke H. Meyer on behalf of all defendants (Meyer, Brooke) (Entered: 12/15/2005) |
| 12/15/2005 | 1242 | Mail Returned as Undeliverable re: 1216 Order on Motion for Costs, Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/16/2005) |
| 12/16/2005 | 1250 | Mail Returned as Undeliverable re: 1209 Order on Motion for Order, 1210 Order on Motion for Extension of Time to File Response/Reply, 1216 Order on Motion for Costs, Addressed to Terry Ray Ballard. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1243 | ORDER Denying 1211 Objections filed by Colorado Department of Corrections to 1133 Special Master's Order re: Claim 01-092 by Claimant James Rudnick. Signed by Judge John L. Kane on 12/16/05. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1244 | (STATEMENT) Contact Information as Per Courts Order of 11/28/05 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1245 | MOTION for Further Discovery of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1246 | LETTER requesting copy of 1107 Response, by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1251 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-281 by Claimant Thomas Edward O'Hara. Attached to Order is record of claim 02-281. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1252 | FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice. Attached to Order is record of claim 03-105. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1253 | FINAL ORDER OF SPECIAL MASTER re: Claim 03-129 Judgment is entered in favor of the Claimant Jill Coit in the amount of $350.00. Attached to Order is record of claim 03-129. Signed by Special Master |

| | | decision of Special Master Borchers) by Interested Party William Gilmore. (gms, ) (Entered: 12/13/2005) |
| 12/14/2005 | 1240 | MINUTE ORDER granting 1239 Motion for Extension of Time to File Appeal in This Matter (of decision of Special Master Borchers) by Interested Party William Gilmore. Entered by Judge Edward W. Nottingham on 12/14/05. (pap, ) (Entered: 12/14/2005) |
| 12/14/2005 | 1247 | ORDER of Special Master re: 1178 Response to Motion filed by James Rudnick Claim 01-092. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/14/2005 | 1248 | ORDER of Special Master re: 1139 Order on Claim 03-076 by Claimant Steven Wilson. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/15/2005 | 1241 | NOTICE of Entry of Appearance by Brooke H. Meyer on behalf of all defendants (Meyer, Brooke) (Entered: 12/15/2005) |
| 12/15/2005 | 1242 | Mail Returned as Undeliverable re: 1216 Order on Motion for Costs, Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/16/2005) |
| 12/16/2005 | 1250 | Mail Returned as Undeliverable re: 1209 Order on Motion for Order, 1210 Order on Motion for Extension of Time to File Response/Reply, 1216 Order on Motion for Costs, Addressed to Terry Ray Ballard. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1243 | ORDER Denying 1211 Objections filed by Colorado Department of Corrections to 1133 Special Master's Order re: Claim 01-092 by Claimant James Rudnick. Signed by Judge John L. Kane on 12/16/05. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1244 | (STATEMENT) Contact Information as Per Courts Order of 11/28/05 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1245 | MOTION for Further Discovery of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1246 | LETTER requesting copy of 1107 Response, by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1251 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-281 by Claimant Thomas Edward O'Hara. Attached to Order is record of claim 02-281. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1252 | FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice. Attached to Order is record of claim 03-105. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1253 | FINAL ORDER OF SPECIAL MASTER re: Claim 03-129 Judgment is entered in favor of the Claimant Jill Coit in the amount of $350.00. Attached to Order is record of claim 03-129. Signed by Special Master |

| | | decision of Special Master Borchers) by Interested Party William Gilmore. (gms, ) (Entered: 12/13/2005) |
|---|---|---|
| 12/14/2005 | 1240 | MINUTE ORDER granting 1239 Motion for Extension of Time to File Appeal in This Matter (of decision of Special Master Borchers) by Interested Party William Gilmore. Entered by Judge Edward W. Nottingham on 12/14/05. (pap, ) (Entered: 12/14/2005) |
| 12/14/2005 | 1247 | ORDER of Special Master re: 1178 Response to Motion filed by James Rudnick Claim 01-092. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/14/2005 | 1248 | ORDER of Special Master re: 1139 Order on Claim 03-076 by Claimant Steven Wilson. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/20/2005) |
| 12/15/2005 | 1241 | NOTICE of Entry of Appearance by Brooke H. Meyer on behalf of all defendants (Meyer, Brooke) (Entered: 12/15/2005) |
| 12/15/2005 | 1242 | Mail Returned as Undeliverable re: 1216 Order on Motion for Costs, Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/16/2005) |
| 12/16/2005 | 1250 | Mail Returned as Undeliverable re: 1209 Order on Motion for Order, 1210 Order on Motion for Extension of Time to File Response/Reply, 1216 Order on Motion for Costs, Addressed to Terry Ray Ballard. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1243 | ORDER Denying 1211 Objections filed by Colorado Department of Corrections to 1133 Special Master's Order re: Claim 01-092 by Claimant James Rudnick. Signed by Judge John L. Kane on 12/16/05. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1244 | (STATEMENT) Contact Information as Per Courts Order of 11/28/05 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1245 | MOTION for Further Discovery of Documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/19/2005) |
| 12/19/2005 | 1246 | LETTER requesting copy of 1107 Response, by Interested Party Joe Allen Eubanks. (pap, ) (Entered: 12/20/2005) |
| 12/19/2005 | 1251 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-281 by Claimant Thomas Edward O'Hara. Attached to Order is record of claim 02-281. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1252 | FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice. Attached to Order is record of claim 03-105. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
| 12/19/2005 | 1253 | FINAL ORDER OF SPECIAL MASTER re: Claim 03-129 Judgment is entered in favor of the Claimant Jill Coit in the amount of $350.00. Attached to Order is record of claim 03-129. Signed by Special Master |

| | | Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
|---|---|---|
| 12/19/2005 | 1258 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-440 by Claimant Susan Peterson. Attached to Order is record of claim 02-440. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1259 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1260 | FINAL ORDER OF SPECIAL MASTER. Judgment should be entered in favor of Claim 03-021 by Claimant John Olivarez and against Defendants in the sum of $500.00. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1261 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim X-140 by Claimant David Armijo. Attached to Order is record of claim X-140. Signed by Special Master Richard M. Borchers on 12/19/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1262 | FINAL ORDER OF SPECIAL MASTER. Dismissing mobility disability Claim 03-102 by Claimant Charity Lehnert. Judgment is entered in favor of Defendant and against Claimant on her vision and diabetes disability claims. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1263 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-308 by Claimant Jeffrey S. Shapiro. Attached to Order is record of claim 02-308. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1264 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-310 by Claimant Todd Arb. Attached to Order is record of claim 02-310. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1265 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-311 by Claimant Catherine Laughlin. Attached to Order is record of claim 02-311. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1266 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-316 by Claimant Stephen Tuller. Attached to Order is record of claim 02-316. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1267 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-322 by Claimant John Preston. Attached to Order is record of claim 02-322. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1268 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02- |

| | | Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
|---|---|---|
| 12/19/2005 | 1258 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-440 by Claimant Susan Peterson. Attached to Order is record of claim 02-440. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1259 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1260 | FINAL ORDER OF SPECIAL MASTER. Judgment should be entered in favor of Claim 03-021 by Claimant John Olivarez and against Defendants in the sum of $500.00. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1261 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim X-140 by Claimant David Armijo. Attached to Order is record of claim X-140. Signed by Special Master Richard M. Borchers on 12/19/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1262 | FINAL ORDER OF SPECIAL MASTER. Dismissing mobility disability Claim 03-102 by Claimant Charity Lehnert. Judgment is entered in favor of Defendant and against Claimant on her vision and diabetes disability claims. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1263 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-308 by Claimant Jeffrey S. Shapiro. Attached to Order is record of claim 02-308. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1264 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-310 by Claimant Todd Arb. Attached to Order is record of claim 02-310. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1265 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-311 by Claimant Catherine Laughlin. Attached to Order is record of claim 02-311. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1266 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-316 by Claimant Stephen Tuller. Attached to Order is record of claim 02-316. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1267 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-322 by Claimant John Preston. Attached to Order is record of claim 02-322. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1268 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02- |

| | | Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
|---|---|---|
| 12/19/2005 | 1258 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-440 by Claimant Susan Peterson. Attached to Order is record of claim 02-440. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1259 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1260 | FINAL ORDER OF SPECIAL MASTER. Judgment should be entered in favor of Claim 03-021 by Claimant John Olivarez and against Defendants in the sum of $500.00. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1261 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim X-140 by Claimant David Armijo. Attached to Order is record of claim X-140. Signed by Special Master Richard M. Borchers on 12/19/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1262 | FINAL ORDER OF SPECIAL MASTER. Dismissing mobility disability Claim 03-102 by Claimant Charity Lehnert. Judgment is entered in favor of Defendant and against Claimant on her vision and diabetes disability claims. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1263 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-308 by Claimant Jeffrey S. Shapiro. Attached to Order is record of claim 02-308. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1264 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-310 by Claimant Todd Arb. Attached to Order is record of claim 02-310. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1265 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-311 by Claimant Catherine Laughlin. Attached to Order is record of claim 02-311. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1266 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-316 by Claimant Stephen Tuller. Attached to Order is record of claim 02-316. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1267 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-322 by Claimant John Preston. Attached to Order is record of claim 02-322. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1268 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02- |

| | | Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/21/2005) |
|---|---|---|
| 12/19/2005 | 1258 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-440 by Claimant Susan Peterson. Attached to Order is record of claim 02-440. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1259 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1260 | FINAL ORDER OF SPECIAL MASTER. Judgment should be entered in favor of Claim 03-021 by Claimant John Olivarez and against Defendants in the sum of $500.00. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1261 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim X-140 by Claimant David Armijo. Attached to Order is record of claim X-140. Signed by Special Master Richard M. Borchers on 12/19/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1262 | FINAL ORDER OF SPECIAL MASTER. Dismissing mobility disability Claim 03-102 by Claimant Charity Lehnert. Judgment is entered in favor of Defendant and against Claimant on her vision and diabetes disability claims. Signed by Special Master Bruce D. Pringle on 12/15/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1263 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-308 by Claimant Jeffrey S. Shapiro. Attached to Order is record of claim 02-308. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1264 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-310 by Claimant Todd Arb. Attached to Order is record of claim 02-310. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1265 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-311 by Claimant Catherine Laughlin. Attached to Order is record of claim 02-311. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1266 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-316 by Claimant Stephen Tuller. Attached to Order is record of claim 02-316. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1267 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-322 by Claimant John Preston. Attached to Order is record of claim 02-322. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1268 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02- |

| | | 337 by Claimant James Durando. Attached to Order is record of claim 02-337. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| --- | --- | --- |
| 12/19/2005 | 1270 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-695 by Claimant Danny E. Bass. Attached to Order is record of claim 02-695. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1271 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-693 by Claimant Richard Kenealy. Attached to Order is record of claim 02-693. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1272 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-681 by Claimant Robert Criswell. Attached to Order is record of claim 02-681. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1273 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-678 by Claimant Loren Gasiorowski. Attached to Order is record of claim 02-678. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1274 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-675 by Claimant Leslie Wilson. Attached to Order is record of claim 02-675. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1282 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-617 by Claimant Ronny Scharich. Attached to Order is record of claim 02-617. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1283 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-407 by Claimant Mike Lang. Attached to Order is record of claim 02-407. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1284 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-354 by Claimant David D. Hobdy. Attached to Order is record of claim 02-354. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1285 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-349 by Claimant David R. Cain. Attached to Order is record of claim 02-349. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1286 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-346 by Claimant Terry D. Scearce. Attached to Order is record of claim 02-346. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |

| | | 337 by Claimant James Durando. Attached to Order is record of claim 02-337. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/19/2005 | 1270 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-695 by Claimant Danny E. Bass. Attached to Order is record of claim 02-695. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1271 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-693 by Claimant Richard Kenealy. Attached to Order is record of claim 02-693. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1272 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-681 by Claimant Robert Criswell. Attached to Order is record of claim 02-681. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1273 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-678 by Claimant Loren Gasiorowski. Attached to Order is record of claim 02-678. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1274 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-675 by Claimant Leslie Wilson. Attached to Order is record of claim 02-675. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1282 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-617 by Claimant Ronny Scharich. Attached to Order is record of claim 02-617. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1283 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-407 by Claimant Mike Lang. Attached to Order is record of claim 02-407. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1284 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-354 by Claimant David D. Hobdy. Attached to Order is record of claim 02-354. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1285 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-349 by Claimant David R. Cain. Attached to Order is record of claim 02-349. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1286 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-346 by Claimant Terry D. Scearce. Attached to Order is record of claim 02-346. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |

| | | 337 by Claimant James Durando. Attached to Order is record of claim 02-337. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/19/2005 | 1270 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-695 by Claimant Danny E. Bass. Attached to Order is record of claim 02-695. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1271 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-693 by Claimant Richard Kenealy. Attached to Order is record of claim 02-693. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1272 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-681 by Claimant Robert Criswell. Attached to Order is record of claim 02-681. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1273 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-678 by Claimant Loren Gasiorowski. Attached to Order is record of claim 02-678. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1274 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-675 by Claimant Leslie Wilson. Attached to Order is record of claim 02-675. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1282 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-617 by Claimant Ronny Scharich. Attached to Order is record of claim 02-617. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1283 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-407 by Claimant Mike Lang. Attached to Order is record of claim 02-407. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1284 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-354 by Claimant David D. Hobdy. Attached to Order is record of claim 02-354. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1285 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-349 by Claimant David R. Cain. Attached to Order is record of claim 02-349. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1286 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-346 by Claimant Terry D. Scearce. Attached to Order is record of claim 02-346. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |

| | | 337 by Claimant James Durando. Attached to Order is record of claim 02-337. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/19/2005 | 1270 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-695 by Claimant Danny E. Bass. Attached to Order is record of claim 02-695. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1271 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-693 by Claimant Richard Kenealy. Attached to Order is record of claim 02-693. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1272 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-681 by Claimant Robert Criswell. Attached to Order is record of claim 02-681. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1273 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-678 by Claimant Loren Gasiorowski. Attached to Order is record of claim 02-678. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1274 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-675 by Claimant Leslie Wilson. Attached to Order is record of claim 02-675. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1282 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-617 by Claimant Ronny Scharich. Attached to Order is record of claim 02-617. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1283 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-407 by Claimant Mike Lang. Attached to Order is record of claim 02-407. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1284 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-354 by Claimant David D. Hobdy. Attached to Order is record of claim 02-354. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1285 | ORDER OF DISMISSAL OF SPECIAL MASTER. Dismissing Claim 02-349 by Claimant David R. Cain. Attached to Order is record of claim 02-349. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1286 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-346 by Claimant Terry D. Scearce. Attached to Order is record of claim 02-346. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |

| 12/19/2005 | 1287 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-829 by Claimant Matthew Fisher. Attached to Order is record of claim 02-829. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| --- | --- | --- |
| 12/19/2005 | 1288 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-790 by Corrnell Harris. Attached to Order is record of claim 02-790. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1289 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-741 by Claimant Jesse A. Valdez. Attached to Order is record of claim 02-741. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-118 by Claimant Joe John Reyes. Attached to Order is record of claim 03-118. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1291 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-095 by Claimant Ronald E. Kemp. Attached to Order is record of claim 03-095. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1292 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-868 by Claimant Paul Powers. Attached to Order is record of claim 02-868. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1293 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-165 by Claimant Stephen D. Torres. Attached to Order is record of claim 03-165. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1295 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-251 by Claimant Jaime Chavez. Attached to Order is record of claim 02-251. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1296 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-225 by Claimant Kevin L. Appel. Attached to Order is record of claim 02-225. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1297 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-223 by Claimant Miguel Sandoval. Attached to Order is the record of claim 02-223. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1299 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-200 by Claimant Aguilanz Refugio. Attached to Order is the record of claim 02-200. Signed by Special Master Richard M. Borchers on 11/7/05. |

| 12/19/2005 | 1287 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-829 by Claimant Matthew Fisher. Attached to Order is record of claim 02-829. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1288 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-790 by Corrnell Harris. Attached to Order is record of claim 02-790. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1289 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-741 by Claimant Jesse A. Valdez. Attached to Order is record of claim 02-741. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-118 by Claimant Joe John Reyes. Attached to Order is record of claim 03-118. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1291 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-095 by Claimant Ronald E. Kemp. Attached to Order is record of claim 03-095. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1292 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-868 by Claimant Paul Powers. Attached to Order is record of claim 02-868. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1293 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-165 by Claimant Stephen D. Torres. Attached to Order is record of claim 03-165. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1295 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-251 by Claimant Jaime Chavez. Attached to Order is record of claim 02-251. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1296 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-225 by Claimant Kevin L. Appel. Attached to Order is record of claim 02-225. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1297 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-223 by Claimant Miguel Sandoval. Attached to Order is the record of claim 02-223. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1299 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-200 by Claimant Aguilanz Refugio. Attached to Order is the record of claim 02-200. Signed by Special Master Richard M. Borchers on 11/7/05. |

| 12/19/2005 | [1287](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-829 by Claimant Matthew Fisher. Attached to Order is record of claim 02-829. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| --- | --- | --- |
| 12/19/2005 | [1288](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-790 by Corrnell Harris. Attached to Order is record of claim 02-790. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1289](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-741 by Claimant Jesse A. Valdez. Attached to Order is record of claim 02-741. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1290](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-118 by Claimant Joe John Reyes. Attached to Order is record of claim 03-118. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1291](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-095 by Claimant Ronald E. Kemp. Attached to Order is record of claim 03-095. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1292](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-868 by Claimant Paul Powers. Attached to Order is record of claim 02-868. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1293](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-165 by Claimant Stephen D. Torres. Attached to Order is record of claim 03-165. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | [1295](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-251 by Claimant Jaime Chavez. Attached to Order is record of claim 02-251. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | [1296](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-225 by Claimant Kevin L. Appel. Attached to Order is record of claim 02-225. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | [1297](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-223 by Claimant Miguel Sandoval. Attached to Order is the record of claim 02-223. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | [1299](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-200 by Claimant Aguilanz Refugio. Attached to Order is the record of claim 02-200. Signed by Special Master Richard M. Borchers on 11/7/05. |

| 12/19/2005 | 1287 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-829 by Claimant Matthew Fisher. Attached to Order is record of claim 02-829. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1288 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-790 by Corrnell Harris. Attached to Order is record of claim 02-790. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1289 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-741 by Claimant Jesse A. Valdez. Attached to Order is record of claim 02-741. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-118 by Claimant Joe John Reyes. Attached to Order is record of claim 03-118. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1291 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-095 by Claimant Ronald E. Kemp. Attached to Order is record of claim 03-095. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1292 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-868 by Claimant Paul Powers. Attached to Order is record of claim 02-868. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1293 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-165 by Claimant Stephen D. Torres. Attached to Order is record of claim 03-165. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 12/23/2005) |
| 12/19/2005 | 1295 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-251 by Claimant Jaime Chavez. Attached to Order is record of claim 02-251. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1296 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-225 by Claimant Kevin L. Appel. Attached to Order is record of claim 02-225. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1297 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-223 by Claimant Miguel Sandoval. Attached to Order is the record of claim 02-223. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1299 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-200 by Claimant Aguilanz Refugio. Attached to Order is the record of claim 02-200. Signed by Special Master Richard M. Borchers on 11/7/05. |

| | | (pap, ) (Entered: 12/27/2005) |
|---|---|---|
| 12/19/2005 | 1300 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-193 by Claimant Dewayne Edward Owens. Attached to Order is record of claim 02-193. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1301 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-177 by Claimant Richard Alonzo Gonzales. Attached to Order is record of claim 02-177. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1304 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-163 by Claimant Joseph David Alires. Attached to Order is record of claim 02-163. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1305 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-160 by Claimant David W. Taylor. Attached to Order is record of claim 01-160. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1306 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-154 by Claimant Lowell D. Coday. Attached to Order is record of claim 02-154. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1307 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-152 by Claimant Troy Trujillo. Attached to Order is record of claim 02-152. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1308 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-136 by Claimant Conrad C. Trujillo. Attached to Order is record of claim 02-136. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1310 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-116 by Claimant James Lehman. Attached to Order is record of claim 02-116. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1311 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-106 by Claimant Steve Mailey. Attached to Order is record of claim 02-106 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1312 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-095 by Claimant June Ann Calkins. Attached to Order is record of claim 02-095. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1313 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-014 by Claimant Scott T. Watson. Signed by Special Master Richard M. |

| | | (pap, ) (Entered: 12/27/2005) |
|---|---|---|
| 12/19/2005 | 1300 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-193 by Claimant Dewayne Edward Owens. Attached to Order is record of claim 02-193. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1301 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-177 by Claimant Richard Alonzo Gonzales. Attached to Order is record of claim 02-177. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1304 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-163 by Claimant Joseph David Alires. Attached to Order is record of claim 02-163. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1305 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-160 by Claimant David W. Taylor. Attached to Order is record of claim 01-160. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1306 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-154 by Claimant Lowell D. Coday. Attached to Order is record of claim 02-154. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1307 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-152 by Claimant Troy Trujillo. Attached to Order is record of claim 02-152. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1308 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-136 by Claimant Conrad C. Trujillo. Attached to Order is record of claim 02-136. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1310 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-116 by Claimant James Lehman. Attached to Order is record of claim 02-116. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1311 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-106 by Claimant Steve Mailey. Attached to Order is record of claim 02-106 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1312 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-095 by Claimant June Ann Calkins. Attached to Order is record of claim 02-095. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1313 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-014 by Claimant Scott T. Watson. Signed by Special Master Richard M. |

| | | (pap, ) (Entered: 12/27/2005) |
|---|---|---|
| 12/19/2005 | 1300 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-193 by Claimant Dewayne Edward Owens. Attached to Order is record of claim 02-193. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1301 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-177 by Claimant Richard Alonzo Gonzales. Attached to Order is record of claim 02-177. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1304 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-163 by Claimant Joseph David Alires. Attached to Order is record of claim 02-163. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1305 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-160 by Claimant David W. Taylor. Attached to Order is record of claim 01-160. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1306 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-154 by Claimant Lowell D. Coday. Attached to Order is record of claim 02-154. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1307 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-152 by Claimant Troy Trujillo. Attached to Order is record of claim 02-152. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1308 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-136 by Claimant Conrad C. Trujillo. Attached to Order is record of claim 02-136. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1310 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-116 by Claimant James Lehman. Attached to Order is record of claim 02-116. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1311 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-106 by Claimant Steve Mailey. Attached to Order is record of claim 02-106 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1312 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-095 by Claimant June Ann Calkins. Attached to Order is record of claim 02-095. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1313 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-014 by Claimant Scott T. Watson. Signed by Special Master Richard M. |

| | | (pap, ) (Entered: 12/27/2005) |
|---|---|---|
| 12/19/2005 | 1300 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-193 by Claimant Dewayne Edward Owens. Attached to Order is record of claim 02-193. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1301 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-177 by Claimant Richard Alonzo Gonzales. Attached to Order is record of claim 02-177. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1304 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-163 by Claimant Joseph David Alires. Attached to Order is record of claim 02-163. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1305 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-160 by Claimant David W. Taylor. Attached to Order is record of claim 01-160. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1306 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-154 by Claimant Lowell D. Coday. Attached to Order is record of claim 02-154. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1307 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-152 by Claimant Troy Trujillo. Attached to Order is record of claim 02-152. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1308 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-136 by Claimant Conrad C. Trujillo. Attached to Order is record of claim 02-136. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/27/2005) |
| 12/19/2005 | 1310 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-116 by Claimant James Lehman. Attached to Order is record of claim 02-116. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1311 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-106 by Claimant Steve Mailey. Attached to Order is record of claim 02-106 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1312 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-095 by Claimant June Ann Calkins. Attached to Order is record of claim 02-095. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1313 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-014 by Claimant Scott T. Watson. Signed by Special Master Richard M. |

| | | Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1314 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-580 by Claimant Derrick X. DeSmythe. Attached to Order is record of claim 02-580 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-572 by Claimant Amalea Ratcliff. Attached to Order is record of claim 02-572. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1316 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-560 by Claimant Lanny Jensen. Attached to Order is record of claim 02-560. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1317 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-547 by Claimant DeWayne Whitcher. Attached to Order is record of claim 02-547. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1318 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-487 by Claimant Joseph Bottomley. Attached to Order is record of claim 02-487. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1319 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-479 by Claimant Noel Rivota. Attached to Order is record of claim 02-479. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1320 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-458 by Claimant Alfred Johnson. Attached to Order is record of claim 02-458. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1321 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-452 by Claimant John Shirley. Attached to Order is record of claim 02-452. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1322 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-439 by Claimant Michelle S. Montoya. Attached to Order is record of claim 02-439. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1323 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-427 by Claimant John Domingo Gonzales. Attached to Order is record of claim 02-427. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1324 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-369 by Claimant Jose C. Atencio. Attached to Order is record of claim 02- |

| | | Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1314 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-580 by Claimant Derrick X. DeSmythe. Attached to Order is record of claim 02-580 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-572 by Claimant Amalea Ratcliff. Attached to Order is record of claim 02-572. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1316 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-560 by Claimant Lanny Jensen. Attached to Order is record of claim 02-560. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1317 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-547 by Claimant DeWayne Whitcher. Attached to Order is record of claim 02-547. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1318 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-487 by Claimant Joseph Bottomley. Attached to Order is record of claim 02-487. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1319 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-479 by Claimant Noel Rivota. Attached to Order is record of claim 02-479. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1320 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-458 by Claimant Alfred Johnson. Attached to Order is record of claim 02-458. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1321 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-452 by Claimant John Shirley. Attached to Order is record of claim 02-452. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1322 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-439 by Claimant Michelle S. Montoya. Attached to Order is record of claim 02-439. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1323 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-427 by Claimant John Domingo Gonzales. Attached to Order is record of claim 02-427. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1324 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-369 by Claimant Jose C. Atencio. Attached to Order is record of claim 02- |

| | | Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1314 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-580 by Claimant Derrick X. DeSmythe. Attached to Order is record of claim 02-580 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-572 by Claimant Amalea Ratcliff. Attached to Order is record of claim 02-572. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1316 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-560 by Claimant Lanny Jensen. Attached to Order is record of claim 02-560. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1317 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-547 by Claimant DeWayne Whitcher. Attached to Order is record of claim 02-547. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1318 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-487 by Claimant Joseph Bottomley. Attached to Order is record of claim 02-487. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1319 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-479 by Claimant Noel Rivota. Attached to Order is record of claim 02-479. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1320 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-458 by Claimant Alfred Johnson. Attached to Order is record of claim 02-458. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1321 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-452 by Claimant John Shirley. Attached to Order is record of claim 02-452. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1322 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-439 by Claimant Michelle S. Montoya. Attached to Order is record of claim 02-439. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1323 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-427 by Claimant John Domingo Gonzales. Attached to Order is record of claim 02-427. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1324 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-369 by Claimant Jose C. Atencio. Attached to Order is record of claim 02- |

| | | Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1314 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-580 by Claimant Derrick X. DeSmythe. Attached to Order is record of claim 02-580 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-572 by Claimant Amalea Ratcliff. Attached to Order is record of claim 02-572. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1316 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-560 by Claimant Lanny Jensen. Attached to Order is record of claim 02-560. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1317 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-547 by Claimant DeWayne Whitcher. Attached to Order is record of claim 02-547. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1318 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-487 by Claimant Joseph Bottomley. Attached to Order is record of claim 02-487. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1319 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-479 by Claimant Noel Rivota. Attached to Order is record of claim 02-479. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1320 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-458 by Claimant Alfred Johnson. Attached to Order is record of claim 02-458. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1321 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-452 by Claimant John Shirley. Attached to Order is record of claim 02-452. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1322 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-439 by Claimant Michelle S. Montoya. Attached to Order is record of claim 02-439. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1323 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-427 by Claimant John Domingo Gonzales. Attached to Order is record of claim 02-427. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1324 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-369 by Claimant Jose C. Atencio. Attached to Order is record of claim 02- |

| | | 369. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1325 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-353 by Claimant Daniel A. Gardner. Attached to Order is record of claim 02-353. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1326 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-348 by Claimant Wilbur Boyce. Attached to Order is record of claim 02-348. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1327 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-326 by Claimant Thomas W. Dennis. Attached to Order is record of claim 02-326. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1328 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-320 by Claimant Marilyn W. Harris. Attached to Order is record of claim 02-320. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1329 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-300 by Claimant Cathy Begano. Attached to Order is record of claim 02-300. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1330 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-276 by Claimant Deveri Johnson. Attached to Order is record of claim 02-276. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1331 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-031 by Claimant Sheila Vernita Henderson. Attached to Order is record of claim 01-031. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1332 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-038 by Claimant Michael A. Mallard. Attached to Order is record of claim 01-038. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1333 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-044 by Claimant Melinda Martinez. Attached to Order is record of claim 01-044. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1334 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-124 by Claimant Christopher Vigil. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1335 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-138 by Claimant John C. Johnsen, Jr. Attached to Order is record of claim |

| | | 369. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1325 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-353 by Claimant Daniel A. Gardner. Attached to Order is record of claim 02-353. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1326 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-348 by Claimant Wilbur Boyce. Attached to Order is record of claim 02-348. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1327 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-326 by Claimant Thomas W. Dennis. Attached to Order is record of claim 02-326. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1328 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-320 by Claimant Marilyn W. Harris. Attached to Order is record of claim 02-320. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1329 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-300 by Claimant Cathy Begano. Attached to Order is record of claim 02-300. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1330 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-276 by Claimant Deveri Johnson. Attached to Order is record of claim 02-276. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1331 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-031 by Claimant Sheila Vernita Henderson. Attached to Order is record of claim 01-031. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1332 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-038 by Claimant Michael A. Mallard. Attached to Order is record of claim 01-038. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1333 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-044 by Claimant Melinda Martinez. Attached to Order is record of claim 01-044. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1334 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-124 by Claimant Christopher Vigil. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1335 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-138 by Claimant John C. Johnsen, Jr. Attached to Order is record of claim |

| | | 369. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1325 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-353 by Claimant Daniel A. Gardner. Attached to Order is record of claim 02-353. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1326 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-348 by Claimant Wilbur Boyce. Attached to Order is record of claim 02-348. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1327 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-326 by Claimant Thomas W. Dennis. Attached to Order is record of claim 02-326. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1328 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-320 by Claimant Marilyn W. Harris. Attached to Order is record of claim 02-320. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1329 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-300 by Claimant Cathy Begano. Attached to Order is record of claim 02-300. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1330 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-276 by Claimant Deveri Johnson. Attached to Order is record of claim 02-276. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/28/2005) |
| 12/19/2005 | 1331 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-031 by Claimant Sheila Vernita Henderson. Attached to Order is record of claim 01-031. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1332 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-038 by Claimant Michael A. Mallard. Attached to Order is record of claim 01-038. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1333 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-044 by Claimant Melinda Martinez. Attached to Order is record of claim 01-044. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1334 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-124 by Claimant Christopher Vigil. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1335 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-138 by Claimant John C. Johnsen, Jr. Attached to Order is record of claim |

| | | 369. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1325 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-353 by Claimant Daniel A. Gardner. Attached to Order is record of claim 02-353. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1326 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-348 by Claimant Wilbur Boyce. Attached to Order is record of claim 02-348. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1327 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-326 by Claimant Thomas W. Dennis. Attached to Order is record of claim 02-326. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1328 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-320 by Claimant Marilyn W. Harris. Attached to Order is record of claim 02-320. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1329 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-300 by Claimant Cathy Begano. Attached to Order is record of claim 02-300. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1330 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-276 by Claimant Deveri Johnson. Attached to Order is record of claim 02-276. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1331 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-031 by Claimant Sheila Vernita Henderson. Attached to Order is record of claim 01-031. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1332 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-038 by Claimant Michael A. Mallard. Attached to Order is record of claim 01-038. Signed by Special Master Richard M. Borchers on 11/10/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1333 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-044 by Claimant Melinda Martinez. Attached to Order is record of claim 01-044. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1334 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-124 by Claimant Christopher Vigil. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/28/2005) |
| 12/19/2005 | 1335 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-138 by Claimant John C. Johnsen, Jr. Attached to Order is record of claim |

| | | X-138. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1337 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-017 by Claimant Robert J. Brantner. Attached to Order is record of claim 01-017. Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1339 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-341 by Claimant Wilfred Marquez. Attached to Order is record of claim 02-341. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-852 by Claimant John Manuel Ovalle. Attached to Order is record of claim 02-852. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-827 by Claimant Stephen Espalin. Attached to Order is record of claim 02-827. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-821 by Claimant Judy Running Bear. Attached to Order is record of claim 02-821. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/29/2005) |
| 12/19/2005 | 1343 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-781 by Claimant Carla Jane Ridgeley. Attached to Order is record of claim 02-781. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1344 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-735 by Claimant John Wayne Martin. Attached to Order is record of claim 02-735. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1345 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-694 by Claimant Michael Thompson. Attached to Order is record of claim 02-694. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1346 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-667 by Claimant Kenneth R. Finney. Attached to Order is record of claim 02-667 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1347 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-655 by Claimant Cordelia Chavez. Attached to Order is record of claim 02-655. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1348 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | X-138. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1337 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-017 by Claimant Robert J. Brantner. Attached to Order is record of claim 01-017. Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1339 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-341 by Claimant Wilfred Marquez. Attached to Order is record of claim 02-341. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-852 by Claimant John Manuel Ovalle. Attached to Order is record of claim 02-852. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-827 by Claimant Stephen Espalin. Attached to Order is record of claim 02-827. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-821 by Claimant Judy Running Bear. Attached to Order is record of claim 02-821. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/29/2005) |
| 12/19/2005 | 1343 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-781 by Claimant Carla Jane Ridgeley. Attached to Order is record of claim 02-781. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1344 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-735 by Claimant John Wayne Martin. Attached to Order is record of claim 02-735. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1345 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-694 by Claimant Michael Thompson. Attached to Order is record of claim 02-694. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1346 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-667 by Claimant Kenneth R. Finney. Attached to Order is record of claim 02-667 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1347 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-655 by Claimant Cordelia Chavez. Attached to Order is record of claim 02-655. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1348 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | X-138. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1337 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-017 by Claimant Robert J. Brantner. Attached to Order is record of claim 01-017. Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1339 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-341 by Claimant Wilfred Marquez. Attached to Order is record of claim 02-341. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-852 by Claimant John Manuel Ovalle. Attached to Order is record of claim 02-852. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-827 by Claimant Stephen Espalin. Attached to Order is record of claim 02-827. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-821 by Claimant Judy Running Bear. Attached to Order is record of claim 02-821. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/29/2005) |
| 12/19/2005 | 1343 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-781 by Claimant Carla Jane Ridgeley. Attached to Order is record of claim 02-781. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1344 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-735 by Claimant John Wayne Martin. Attached to Order is record of claim 02-735. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1345 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-694 by Claimant Michael Thompson. Attached to Order is record of claim 02-694. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1346 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-667 by Claimant Kenneth R. Finney. Attached to Order is record of claim 02-667 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1347 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-655 by Claimant Cordelia Chavez. Attached to Order is record of claim 02-655. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1348 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | X-138. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/28/2005) |
|---|---|---|
| 12/19/2005 | 1337 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-017 by Claimant Robert J. Brantner. Attached to Order is record of claim 01-017. Signed by Special Master Richard M. Borchers on 5/27/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1339 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-341 by Claimant Wilfred Marquez. Attached to Order is record of claim 02-341. Signed by Special Master Richard M. Borchers on 12/12/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-852 by Claimant John Manuel Ovalle. Attached to Order is record of claim 02-852. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-827 by Claimant Stephen Espalin. Attached to Order is record of claim 02-827. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-821 by Claimant Judy Running Bear. Attached to Order is record of claim 02-821. Signed by Special Master Richard M. Borchers on 11/7/05. (Entered: 12/29/2005) |
| 12/19/2005 | 1343 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-781 by Claimant Carla Jane Ridgeley. Attached to Order is record of claim 02-781. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1344 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-735 by Claimant John Wayne Martin. Attached to Order is record of claim 02-735. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1345 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-694 by Claimant Michael Thompson. Attached to Order is record of claim 02-694. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1346 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-667 by Claimant Kenneth R. Finney. Attached to Order is record of claim 02-667 . Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1347 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-655 by Claimant Cordelia Chavez. Attached to Order is record of claim 02-655. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1348 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | 592 by Claimant Mark A. Baumann. Attached to Order is record of claim 02-592. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/29/2005) |
|---|---|---|
| 12/19/2005 | 1352 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-747 by Claimant Harold A. Petri. Attached to Order is record of claim 02-747. Signed by Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1353 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-588 by Claimant Donald Alton Ashcraft. Attached to Order is record of claim 02-588. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1354 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-045 by Claimant Jerry Gallegos. Attached to Order is record of claim 01-045. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1355 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-782 by Claimant Willie Joe Lewis. Attached to Order is record of claim 02-782. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1365 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-009 by Claimant Robert R. Rodrguez. Attached to the Order is record of claim 02-009. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1366 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-010 by Claimant John Roper. Attached to Order is record of claim 02-010. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1367 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-025 by Claimant Charles Alexander. Attached to the Order is record of claim 02-025. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1368 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-028 by Claimant Michael Bingham. Attached to Order is record of claim 02-028. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1369 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-058 by Claimant John C. Simmons. Attached to Order is record of claim 02-058. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Modified on 1/9/2006 to correct claimants name) (pap, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1370 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-061 by Claimant Raymond Wampler. Attached to Order is record of claim 02-061. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) |

| | | |
|---|---|---|
| | | 592 by Claimant Mark A. Baumann. Attached to Order is record of claim 02-592. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1352 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-747 by Claimant Harold A. Petri. Attached to Order is record of claim 02-747. Signed by Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1353 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-588 by Claimant Donald Alton Ashcraft. Attached to Order is record of claim 02-588. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1354 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-045 by Claimant Jerry Gallegos. Attached to Order is record of claim 01-045. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1355 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-782 by Claimant Willie Joe Lewis. Attached to Order is record of claim 02-782. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1365 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-009 by Claimant Robert R. Rodrguez. Attached to the Order is record of claim 02-009. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1366 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-010 by Claimant John Roper. Attached to Order is record of claim 02-010. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1367 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-025 by Claimant Charles Alexander. Attached to the Order is record of claim 02-025. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1368 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-028 by Claimant Michael Bingham. Attached to Order is record of claim 02-028. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1369 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-058 by Claimant John C. Simmons. Attached to Order is record of claim 02-058. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Modified on 1/9/2006 to correct claimants name) (pap, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1370 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-061 by Claimant Raymond Wampler. Attached to Order is record of claim 02-061. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) |

| | | 592 by Claimant Mark A. Baumann. Attached to Order is record of claim 02-592. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/29/2005) |
|---|---|---|
| 12/19/2005 | 1352 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-747 by Claimant Harold A. Petri. Attached to Order is record of claim 02-747. Signed by Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1353 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-588 by Claimant Donald Alton Ashcraft. Attached to Order is record of claim 02-588. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1354 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-045 by Claimant Jerry Gallegos. Attached to Order is record of claim 01-045. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1355 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-782 by Claimant Willie Joe Lewis. Attached to Order is record of claim 02-782. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1365 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-009 by Claimant Robert R. Rodrguez. Attached to the Order is record of claim 02-009. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1366 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-010 by Claimant John Roper. Attached to Order is record of claim 02-010. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1367 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-025 by Claimant Charles Alexander. Attached to the Order is record of claim 02-025. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1368 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-028 by Claimant Michael Bingham. Attached to Order is record of claim 02-028. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1369 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-058 by Claimant John C. Simmons. Attached to Order is record of claim 02-058. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Modified on 1/9/2006 to correct claimants name) (pap, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1370 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-061 by Claimant Raymond Wampler. Attached to Order is record of claim 02-061. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) |

| | | |
|---|---|---|
| | | 592 by Claimant Mark A. Baumann. Attached to Order is record of claim 02-592. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 12/29/2005) |
| 12/19/2005 | 1352 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-747 by Claimant Harold A. Petri. Attached to Order is record of claim 02-747. Signed by Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1353 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-588 by Claimant Donald Alton Ashcraft. Attached to Order is record of claim 02-588. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1354 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-045 by Claimant Jerry Gallegos. Attached to Order is record of claim 01-045. Signed by Special Master Richard M. Borchers on 11/7/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1355 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-782 by Claimant Willie Joe Lewis. Attached to Order is record of claim 02-782. Signed by Special Master Richard M. Borchers on 11/8/05. (pap, ) (Entered: 01/06/2006) |
| 12/19/2005 | 1365 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-009 by Claimant Robert R. Rodrguez. Attached to the Order is record of claim 02-009. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1366 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-010 by Claimant John Roper. Attached to Order is record of claim 02-010. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1367 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-025 by Claimant Charles Alexander. Attached to the Order is record of claim 02-025. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1368 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-028 by Claimant Michael Bingham. Attached to Order is record of claim 02-028. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1369 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-058 by Claimant John C. Simmons. Attached to Order is record of claim 02-058. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Modified on 1/9/2006 to correct claimants name) (pap, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1370 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-061 by Claimant Raymond Wampler. Attached to Order is record of claim 02-061. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1371 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-066 by Claimant Milton C. Brown. Attached to Order is record of claim 02-066. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1372 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-070 by Claimant Jurgen Schauss. Attached to Order is record of claim 02-070. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1373 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-101 by Claimant Joseph Vigil. Attached to Order is record of claim 02-101. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1374 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-143 by Claimant Frederick Gookins. Attached to Order is record of claim 02-143. Signed by Special Master Richard M. Borchers 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1375 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-149 by Claimant Jason Sandoval. Record of claim 02-149 attached to Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1376 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-250 by Claimant Anthony J. Castaneda. Record of Claim 02-250 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1377 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-255 by Claimant Jean R. Nelson. Record of claim 02-255 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/06. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1378 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-263 by Claimant Dennis Estrada. Record of claim 02-263 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1379 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-271 by Claimant Michael Windsor. Record of claim 02-271 attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-298 by Claimant Cleophus Williams. Record of claim 02-298 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1381 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-594 by Claimant Mark Heffner. Record of claim 02-594 is attached to the |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1371 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-066 by Claimant Milton C. Brown. Attached to Order is record of claim 02-066. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1372 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-070 by Claimant Jurgen Schauss. Attached to Order is record of claim 02-070. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1373 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-101 by Claimant Joseph Vigil. Attached to Order is record of claim 02-101. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1374 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-143 by Claimant Frederick Gookins. Attached to Order is record of claim 02-143. Signed by Special Master Richard M. Borchers 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1375 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-149 by Claimant Jason Sandoval. Record of claim 02-149 attached to Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1376 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-250 by Claimant Anthony J. Castaneda. Record of Claim 02-250 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1377 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-255 by Claimant Jean R. Nelson. Record of claim 02-255 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/06. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1378 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-263 by Claimant Dennis Estrada. Record of claim 02-263 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1379 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-271 by Claimant Michael Windsor. Record of claim 02-271 attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-298 by Claimant Cleophus Williams. Record of claim 02-298 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1381 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-594 by Claimant Mark Heffner. Record of claim 02-594 is attached to the |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1371 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-066 by Claimant Milton C. Brown. Attached to Order is record of claim 02-066. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1372 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-070 by Claimant Jurgen Schauss. Attached to Order is record of claim 02-070. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1373 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-101 by Claimant Joseph Vigil. Attached to Order is record of claim 02-101. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1374 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-143 by Claimant Frederick Gookins. Attached to Order is record of claim 02-143. Signed by Special Master Richard M. Borchers 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1375 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-149 by Claimant Jason Sandoval. Record of claim 02-149 attached to Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1376 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-250 by Claimant Anthony J. Castaneda. Record of Claim 02-250 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1377 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-255 by Claimant Jean R. Nelson. Record of claim 02-255 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/06. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1378 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-263 by Claimant Dennis Estrada. Record of claim 02-263 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1379 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-271 by Claimant Michael Windsor. Record of claim 02-271 attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-298 by Claimant Cleophus Williams. Record of claim 02-298 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1381 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-594 by Claimant Mark Heffner. Record of claim 02-594 is attached to the |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1371 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-066 by Claimant Milton C. Brown. Attached to Order is record of claim 02-066. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1372 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-070 by Claimant Jurgen Schauss. Attached to Order is record of claim 02-070. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1373 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-101 by Claimant Joseph Vigil. Attached to Order is record of claim 02-101. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1374 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-143 by Claimant Frederick Gookins. Attached to Order is record of claim 02-143. Signed by Special Master Richard M. Borchers 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1375 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-149 by Claimant Jason Sandoval. Record of claim 02-149 attached to Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1376 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-250 by Claimant Anthony J. Castaneda. Record of Claim 02-250 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1377 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-255 by Claimant Jean R. Nelson. Record of claim 02-255 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/06. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1378 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-263 by Claimant Dennis Estrada. Record of claim 02-263 is attached to Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1379 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-271 by Claimant Michael Windsor. Record of claim 02-271 attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-298 by Claimant Cleophus Williams. Record of claim 02-298 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1381 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-594 by Claimant Mark Heffner. Record of claim 02-594 is attached to the |

| | | Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1382 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-577 by Claimant Ayshah Catalan. Record of claim 02-577 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1383 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-565 by Claimant Lawona Clark. Record of claim 02-565 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1384 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-539 by Claimant Carl Dixon. Record of claim 02-539 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1385 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-501 by Claimant Dennis Michael Blay. Record of claim 02-501 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1386 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-492 by Claimant Eugene Martinez. Record of claim 02-492 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1387 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-475 by Claimant Raymond Joseph Getz. Record of Claim 02-475 by Claimant Raymond Joseph Getz. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1388 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-471 by Claimant Gary Stumpo. Record of Claim 02-471 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1389 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-417 by Claimant Douglas Ricker. Record of claim 02-417 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ). (Modified on 1/9/2006 to attach main document)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1390 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-416 by Claimant David Phillips. Record of claim 02-416 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1391 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-413 by Claimant Dan H. Benney. Record of claim 02-413 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |

| | | Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1382 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-577 by Claimant Ayshah Catalan. Record of claim 02-577 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1383 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-565 by Claimant Lawona Clark. Record of claim 02-565 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1384 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-539 by Claimant Carl Dixon. Record of claim 02-539 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1385 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-501 by Claimant Dennis Michael Blay. Record of claim 02-501 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1386 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-492 by Claimant Eugene Martinez. Record of claim 02-492 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1387 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-475 by Claimant Raymond Joseph Getz. Record of Claim 02-475 by Claimant Raymond Joseph Getz. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1388 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-471 by Claimant Gary Stumpo. Record of Claim 02-471 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1389 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-417 by Claimant Douglas Ricker. Record of claim 02-417 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ). (Modified on 1/9/2006 to attach main document)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1390 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-416 by Claimant David Phillips. Record of claim 02-416 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1391 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-413 by Claimant Dan H. Benney. Record of claim 02-413 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |

| | | Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1382 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-577 by Claimant Ayshah Catalan. Record of claim 02-577 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1383 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-565 by Claimant Lawona Clark. Record of claim 02-565 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1384 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-539 by Claimant Carl Dixon. Record of claim 02-539 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1385 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-501 by Claimant Dennis Michael Blay. Record of claim 02-501 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1386 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-492 by Claimant Eugene Martinez. Record of claim 02-492 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1387 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-475 by Claimant Raymond Joseph Getz. Record of Claim 02-475 by Claimant Raymond Joseph Getz. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1388 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-471 by Claimant Gary Stumpo. Record of Claim 02-471 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1389 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-417 by Claimant Douglas Ricker. Record of claim 02-417 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ). (Modified on 1/9/2006 to attach main document)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1390 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-416 by Claimant David Phillips. Record of claim 02-416 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1391 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-413 by Claimant Dan H. Benney. Record of claim 02-413 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |

| | | Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1382 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-577 by Claimant Ayshah Catalan. Record of claim 02-577 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1383 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-565 by Claimant Lawona Clark. Record of claim 02-565 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1384 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-539 by Claimant Carl Dixon. Record of claim 02-539 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1385 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-501 by Claimant Dennis Michael Blay. Record of claim 02-501 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1386 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-492 by Claimant Eugene Martinez. Record of claim 02-492 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1387 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-475 by Claimant Raymond Joseph Getz. Record of Claim 02-475 by Claimant Raymond Joseph Getz. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1388 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-471 by Claimant Gary Stumpo. Record of Claim 02-471 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1389 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-417 by Claimant Douglas Ricker. Record of claim 02-417 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ). (Modified on 1/9/2006 to attach main document)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1390 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-416 by Claimant David Phillips. Record of claim 02-416 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/21/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1391 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-413 by Claimant Dan H. Benney. Record of claim 02-413 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/2/05. (pap, ) (Entered: 01/09/2006) |

| 12/19/2005 | 1392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-134 by Claimant Roger Gilley. Record of claim X-134 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1393 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-130 by Claimant Alfonso R. Flores. Record of claim X-130 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1394 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-129 by Claimant Marvin Wilson. Record of claim X-129 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1395 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-120 by Claimant James Bailey. Record of claim X-120 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1396 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-119 by Claimant Tyler Hawkins. Record of claim X-119 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1397 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-075 by Claimant Muhammed. Record of claim X-075 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1398 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-124 by Claimant Jack Reid. Record of claim 03-124 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1399 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-123 by Claimant Mark Jay Schall. Record of claim 03-123 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1400 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-673 by Claimant George D. Read. Record of claim 02-673 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1401 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-630 by Claimant David R. Etheridge. Record of claim 02-630 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1402 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-602 by Claimant Ebben Bannon. Record of claim 02-602 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) |

| 12/19/2005 | 1392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-134 by Claimant Roger Gilley. Record of claim X-134 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1393 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-130 by Claimant Alfonso R. Flores. Record of claim X-130 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1394 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-129 by Claimant Marvin Wilson. Record of claim X-129 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1395 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-120 by Claimant James Bailey. Record of claim X-120 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1396 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-119 by Claimant Tyler Hawkins. Record of claim X-119 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1397 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-075 by Claimant Muhammed. Record of claim X-075 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1398 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-124 by Claimant Jack Reid. Record of claim 03-124 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1399 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-123 by Claimant Mark Jay Schall. Record of claim 03-123 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1400 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-673 by Claimant George D. Read. Record of claim 02-673 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1401 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-630 by Claimant David R. Etheridge. Record of claim 02-630 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1402 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-602 by Claimant Ebben Bannon. Record of claim 02-602 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) |

| 12/19/2005 | 1392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-134 by Claimant Roger Gilley. Record of claim X-134 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1393 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-130 by Claimant Alfonso R. Flores. Record of claim X-130 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1394 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-129 by Claimant Marvin Wilson. Record of claim X-129 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1395 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-120 by Claimant James Bailey. Record of claim X-120 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1396 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-119 by Claimant Tyler Hawkins. Record of claim X-119 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1397 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-075 by Claimant Muhammed. Record of claim X-075 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1398 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-124 by Claimant Jack Reid. Record of claim 03-124 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1399 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-123 by Claimant Mark Jay Schall. Record of claim 03-123 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1400 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-673 by Claimant George D. Read. Record of claim 02-673 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1401 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-630 by Claimant David R. Etheridge. Record of claim 02-630 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1402 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-602 by Claimant Ebben Bannon. Record of claim 02-602 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) |

| 12/19/2005 | 1392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-134 by Claimant Roger Gilley. Record of claim X-134 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1393 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-130 by Claimant Alfonso R. Flores. Record of claim X-130 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1394 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-129 by Claimant Marvin Wilson. Record of claim X-129 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1395 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-120 by Claimant James Bailey. Record of claim X-120 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1396 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-119 by Claimant Tyler Hawkins. Record of claim X-119 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1397 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-075 by Claimant Muhammed. Record of claim X-075 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1398 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-124 by Claimant Jack Reid. Record of claim 03-124 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1399 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-123 by Claimant Mark Jay Schall. Record of claim 03-123 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1400 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-673 by Claimant George D. Read. Record of claim 02-673 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1401 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-630 by Claimant David R. Etheridge. Record of claim 02-630 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1402 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-602 by Claimant Ebben Bannon. Record of claim 02-602 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/14/05. (pap, ) |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1403 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-596 by Claimant Sandra Hiltz. Record of claim 02-596 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1404 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-587 by Claimant Margaret Arellano. Record of claim 02-587 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1405 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-573 by Claimant Lanoi M. Reed. Record of claim 02-573 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1406 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-519 by Claimant James Benjamin White. Record of claim 02-519 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1407 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-507 by Claimant Lee Ortega Jr. Record of claim 02-507 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1409 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-743 by Claimant Damian G. Perez. Record of claim 02-743 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1410 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-707 by Claimant Martin E. Schweitzer. Record of claim 02-707 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1411 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-799 by Claimant Thomas Roy Stevens. Record of claim 02-799 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1412 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-773 by Claimant Marquise D. Harris. Record of claim 02-773 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1413 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-746 by Claimant Rene Banes. Record of claim 02-746 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1414 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-467 by Claimant William M. Herrick. Record of claim 02-467 is attached |

|  |  | (Entered: 01/09/2006) |
| --- | --- | --- |
| 12/19/2005 | 1403 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-596 by Claimant Sandra Hiltz. Record of claim 02-596 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1404 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-587 by Claimant Margaret Arellano. Record of claim 02-587 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1405 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-573 by Claimant Lanoi M. Reed. Record of claim 02-573 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1406 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-519 by Claimant James Benjamin White. Record of claim 02-519 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1407 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-507 by Claimant Lee Ortega Jr. Record of claim 02-507 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1409 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-743 by Claimant Damian G. Perez. Record of claim 02-743 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1410 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-707 by Claimant Martin E. Schweitzer. Record of claim 02-707 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1411 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-799 by Claimant Thomas Roy Stevens. Record of claim 02-799 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1412 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-773 by Claimant Marquise D. Harris. Record of claim 02-773 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1413 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-746 by Claimant Rene Banes. Record of claim 02-746 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1414 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-467 by Claimant William M. Herrick. Record of claim 02-467 is attached |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1403 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-596 by Claimant Sandra Hiltz. Record of claim 02-596 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1404 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-587 by Claimant Margaret Arellano. Record of claim 02-587 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1405 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-573 by Claimant Lanoi M. Reed. Record of claim 02-573 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1406 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-519 by Claimant James Benjamin White. Record of claim 02-519 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1407 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-507 by Claimant Lee Ortega Jr. Record of claim 02-507 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1409 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-743 by Claimant Damian G. Perez. Record of claim 02-743 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1410 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-707 by Claimant Martin E. Schweitzer. Record of claim 02-707 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1411 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-799 by Claimant Thomas Roy Stevens. Record of claim 02-799 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1412 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-773 by Claimant Marquise D. Harris. Record of claim 02-773 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1413 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-746 by Claimant Rene Banes. Record of claim 02-746 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1414 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-467 by Claimant William M. Herrick. Record of claim 02-467 is attached |

| | | (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1403 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-596 by Claimant Sandra Hiltz. Record of claim 02-596 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1404 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-587 by Claimant Margaret Arellano. Record of claim 02-587 is attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1405 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-573 by Claimant Lanoi M. Reed. Record of claim 02-573 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1406 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-519 by Claimant James Benjamin White. Record of claim 02-519 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1407 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-507 by Claimant Lee Ortega Jr. Record of claim 02-507 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1409 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-743 by Claimant Damian G. Perez. Record of claim 02-743 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1410 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-707 by Claimant Martin E. Schweitzer. Record of claim 02-707 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1411 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-799 by Claimant Thomas Roy Stevens. Record of claim 02-799 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1412 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-773 by Claimant Marquise D. Harris. Record of claim 02-773 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1413 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-746 by Claimant Rene Banes. Record of claim 02-746 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/09/2006) |
| 12/19/2005 | 1414 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-467 by Claimant William M. Herrick. Record of claim 02-467 is attached |

| | | to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date) (pap2, ). (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1415 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-411 by Claimant Dolores Rivera. Record of claim 02-411 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1417 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-408 by Claimant Clyde D. Matlock. Record of claim 02-408 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1418 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-403 by Claimant Robert Stinnett. Record of claim 02-403 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1419 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-398 by Claimant David Carl Hager. Record of claim 02-398 attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1420 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-339 by Claimant Richard Walter Johnson. Record of claim 02-339 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1421 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-305 by Claimant Ira Gibble. Record of claim 02-305 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1422 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-302 by Claimant Melinda Damato. Record of claim 02-302 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1423 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-280 by Claimant Rodney W. Nimerfroh. Record of claim 02-280 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-269 by Claimant Charles Gene Simpson. Record of claim 02-269 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1425 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-249 by Claimant Nick Zamora. Record of claim 02-249 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) |

| | | to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date) (pap2, ). (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1415 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-411 by Claimant Dolores Rivera. Record of claim 02-411 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1417 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-408 by Claimant Clyde D. Matlock. Record of claim 02-408 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1418 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-403 by Claimant Robert Stinnett. Record of claim 02-403 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1419 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-398 by Claimant David Carl Hager. Record of claim 02-398 attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1420 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-339 by Claimant Richard Walter Johnson. Record of claim 02-339 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1421 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-305 by Claimant Ira Gibble. Record of claim 02-305 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1422 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-302 by Claimant Melinda Damato. Record of claim 02-302 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1423 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-280 by Claimant Rodney W. Nimerfroh. Record of claim 02-280 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-269 by Claimant Charles Gene Simpson. Record of claim 02-269 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1425 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-249 by Claimant Nick Zamora. Record of claim 02-249 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) |

| | | |
|---|---|---|
| | | to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date) (pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1415 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-411 by Claimant Dolores Rivera. Record of claim 02-411 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1417 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-408 by Claimant Clyde D. Matlock. Record of claim 02-408 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1418 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-403 by Claimant Robert Stinnett. Record of claim 02-403 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1419 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-398 by Claimant David Carl Hager. Record of claim 02-398 attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1420 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-339 by Claimant Richard Walter Johnson. Record of claim 02-339 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1421 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-305 by Claimant Ira Gibble. Record of claim 02-305 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1422 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-302 by Claimant Melinda Damato. Record of claim 02-302 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1423 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-280 by Claimant Rodney W. Nimerfroh. Record of claim 02-280 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-269 by Claimant Charles Gene Simpson. Record of claim 02-269 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1425 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-249 by Claimant Nick Zamora. Record of claim 02-249 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) |

| | | to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date) (pap2, ). (Entered: 01/09/2006) |
|---|---|---|
| 12/19/2005 | 1415 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-411 by Claimant Dolores Rivera. Record of claim 02-411 is attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Modified on 1/10/2006 to correct file date)(pap2, ). (Entered: 01/09/2006) |
| 12/19/2005 | 1417 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-408 by Claimant Clyde D. Matlock. Record of claim 02-408 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1418 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-403 by Claimant Robert Stinnett. Record of claim 02-403 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1419 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-398 by Claimant David Carl Hager. Record of claim 02-398 attached to the Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1420 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-339 by Claimant Richard Walter Johnson. Record of claim 02-339 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1421 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-305 by Claimant Ira Gibble. Record of claim 02-305 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1422 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-302 by Claimant Melinda Damato. Record of claim 02-302 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1423 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-280 by Claimant Rodney W. Nimerfroh. Record of claim 02-280 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-269 by Claimant Charles Gene Simpson. Record of claim 02-269 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1425 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-249 by Claimant Nick Zamora. Record of claim 02-249 attached to the Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) |

| | | (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1426 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-818 by Claimant Craig Kenneth Duncan. Record of claim 02-818 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1427 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-048 by Claimant John Moreland Peay. Record of claim 02-048 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1428 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-041 by Claimant Jana E. Lugenbeel. Record of claim 02-041 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-162 by Claimant Robin Taggart. Record of claim 01-162 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1430 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-847 by Claimant Wallace G. Wright. Record of claim 02-847 attached to Order. Signed by Special Master Richard M. Borchers on 12/15/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-832 by Claimant Philip A. Unrein. Record of claim 02-832 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1432 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-830 by Claimant Michael Gonzales. Record of claim 02-830 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-823 by Claimant Steven L. McDonough. Record of claim 02-823 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1434 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-112 by Claimant Clyde L. Maxson. Record of claim 03-112 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1435 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-096 by Claimant Issiac J. Williams. Record of claim 03-096 attached to Order . Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1436 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-065 by Claimant David W. Trujillo. Record of claim 03-065 attached to |

| | | (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1426 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-818 by Claimant Craig Kenneth Duncan. Record of claim 02-818 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1427 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-048 by Claimant John Moreland Peay. Record of claim 02-048 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1428 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-041 by Claimant Jana E. Lugenbeel. Record of claim 02-041 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-162 by Claimant Robin Taggart. Record of claim 01-162 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1430 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-847 by Claimant Wallace G. Wright. Record of claim 02-847 attached to Order. Signed by Special Master Richard M. Borchers on 12/15/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-832 by Claimant Philip A. Unrein. Record of claim 02-832 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1432 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-830 by Claimant Michael Gonzales. Record of claim 02-830 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-823 by Claimant Steven L. McDonough. Record of claim 02-823 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1434 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-112 by Claimant Clyde L. Maxson. Record of claim 03-112 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1435 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-096 by Claimant Issiac J. Williams. Record of claim 03-096 attached to Order . Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1436 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-065 by Claimant David W. Trujillo. Record of claim 03-065 attached to |

| | | (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1426 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-818 by Claimant Craig Kenneth Duncan. Record of claim 02-818 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1427 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-048 by Claimant John Moreland Peay. Record of claim 02-048 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1428 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-041 by Claimant Jana E. Lugenbeel. Record of claim 02-041 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-162 by Claimant Robin Taggart. Record of claim 01-162 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1430 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-847 by Claimant Wallace G. Wright. Record of claim 02-847 attached to Order. Signed by Special Master Richard M. Borchers on 12/15/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-832 by Claimant Philip A. Unrein. Record of claim 02-832 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1432 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-830 by Claimant Michael Gonzales. Record of claim 02-830 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-823 by Claimant Steven L. McDonough. Record of claim 02-823 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1434 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-112 by Claimant Clyde L. Maxson. Record of claim 03-112 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1435 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-096 by Claimant Issiac J. Williams. Record of claim 03-096 attached to Order . Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1436 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-065 by Claimant David W. Trujillo. Record of claim 03-065 attached to |

| | | (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1426 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-818 by Claimant Craig Kenneth Duncan. Record of claim 02-818 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1427 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-048 by Claimant John Moreland Peay. Record of claim 02-048 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1428 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-041 by Claimant Jana E. Lugenbeel. Record of claim 02-041 attached to Order. Signed by Special Master Richard M. Borchers on 11/11/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-162 by Claimant Robin Taggart. Record of claim 01-162 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1430 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-847 by Claimant Wallace G. Wright. Record of claim 02-847 attached to Order. Signed by Special Master Richard M. Borchers on 12/15/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-832 by Claimant Philip A. Unrein. Record of claim 02-832 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1432 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-830 by Claimant Michael Gonzales. Record of claim 02-830 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-823 by Claimant Steven L. McDonough. Record of claim 02-823 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1434 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-112 by Claimant Clyde L. Maxson. Record of claim 03-112 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1435 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-096 by Claimant Issiac J. Williams. Record of claim 03-096 attached to Order . Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1436 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-065 by Claimant David W. Trujillo. Record of claim 03-065 attached to |

| | | Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1437 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-883 by Claimant Sherisse D. Pevey. Record of claim 02-883 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-861 by Claimant Christopher Carr. Record of claim 02-861 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1439 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-850 by Claimant Jay Allen Schell. Record of claim 02-850 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1440 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-849 by Claimant Ronald E. Barcalow. Record of claim 02-849 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1546 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-725 by Claimant Robert Czibok. Record of claim 02-725 attached to Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/13/2006) |
| 12/20/2005 | 1249 | ORDER denying 1245 Mr. Bulgier's Motion to Compel Discovery. Signed by Judge Edward W. Nottingham on 12/20/05. (pap, ) (Entered: 12/20/2005) |
| 12/20/2005 | 1254 | MOTION for Reconsideration re 1156 Order by Interested Party Christopher M. Grosso, re: Claim X-121 . (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1255 | LETTER re: 1106 Request by Interested Party Howell F. Roberts, III, Claim 01-041. (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1256 | MOTION (for Order) to Expand the Scope and Parameters of the Montez Remedial Plan and to Include ADA Standards for Individuals with Disabilities by Jill Coit, Claim 03-129. (pap, ) (Entered: 12/21/2005) |
| 12/22/2005 | 1257 | Mail Returned as Undeliverable re: 1243 Order, 1240 Order on Motion for Extension of Time, 1209 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1277 | LETTER to Special Master Richard M. Borchers by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1281 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Special Accommadation. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1275 | SUPPLEMENT/AMENDMENT to 1168 Objections, by Interested Party James R. Duncan. (pap, ) (Entered: 12/23/2005) |

| | | Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1437 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-883 by Claimant Sherisse D. Pevey. Record of claim 02-883 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-861 by Claimant Christopher Carr. Record of claim 02-861 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1439 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-850 by Claimant Jay Allen Schell. Record of claim 02-850 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1440 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-849 by Claimant Ronald E. Barcalow. Record of claim 02-849 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1546 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-725 by Claimant Robert Czibok. Record of claim 02-725 attached to Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/13/2006) |
| 12/20/2005 | 1249 | ORDER denying 1245 Mr. Bulgier's Motion to Compel Discovery. Signed by Judge Edward W. Nottingham on 12/20/05. (pap, ) (Entered: 12/20/2005) |
| 12/20/2005 | 1254 | MOTION for Reconsideration re 1156 Order by Interested Party Christopher M. Grosso, re: Claim X-121 . (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1255 | LETTER re: 1106 Request by Interested Party Howell F. Roberts, III, Claim 01-041. (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1256 | MOTION (for Order) to Expand the Scope and Parameters of the Montez Remedial Plan and to Include ADA Standards for Individuals with Disabilities by Jill Coit, Claim 03-129. (pap, ) (Entered: 12/21/2005) |
| 12/22/2005 | 1257 | Mail Returned as Undeliverable re: 1243 Order, 1240 Order on Motion for Extension of Time, 1209 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1277 | LETTER to Special Master Richard M. Borchers by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1281 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Special Accommadation. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1275 | SUPPLEMENT/AMENDMENT to 1168 Objections, by Interested Party James R. Duncan. (pap, ) (Entered: 12/23/2005) |

| | | Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1437 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-883 by Claimant Sherisse D. Pevey. Record of claim 02-883 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-861 by Claimant Christopher Carr. Record of claim 02-861 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1439 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-850 by Claimant Jay Allen Schell. Record of claim 02-850 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1440 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-849 by Claimant Ronald E. Barcalow. Record of claim 02-849 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1546 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-725 by Claimant Robert Czibok. Record of claim 02-725 attached to Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/13/2006) |
| 12/20/2005 | 1249 | ORDER denying 1245 Mr. Bulgier's Motion to Compel Discovery. Signed by Judge Edward W. Nottingham on 12/20/05. (pap, ) (Entered: 12/20/2005) |
| 12/20/2005 | 1254 | MOTION for Reconsideration re 1156 Order by Interested Party Christopher M. Grosso, re: Claim X-121 . (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1255 | LETTER re: 1106 Request by Interested Party Howell F. Roberts, III, Claim 01-041. (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1256 | MOTION (for Order) to Expand the Scope and Parameters of the Montez Remedial Plan and to Include ADA Standards for Individuals with Disabilities by Jill Coit, Claim 03-129. (pap, ) (Entered: 12/21/2005) |
| 12/22/2005 | 1257 | Mail Returned as Undeliverable re: 1243 Order, 1240 Order on Motion for Extension of Time, 1209 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1277 | LETTER to Special Master Richard M. Borchers by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1281 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Special Accommadation. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1275 | SUPPLEMENT/AMENDMENT to 1168 Objections, by Interested Party James R. Duncan. (pap, ) (Entered: 12/23/2005) |

| | | Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 12/19/2005 | 1437 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-883 by Claimant Sherisse D. Pevey. Record of claim 02-883 attached to Order. Signed by Special Master Richard M. Borchers on 11/29/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-861 by Claimant Christopher Carr. Record of claim 02-861 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1439 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-850 by Claimant Jay Allen Schell. Record of claim 02-850 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1440 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-849 by Claimant Ronald E. Barcalow. Record of claim 02-849 attached to Order. Signed by Special Master Richard M. Borchers on 12/5/05. (pap, ) (Entered: 01/11/2006) |
| 12/19/2005 | 1546 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-725 by Claimant Robert Czibok. Record of claim 02-725 attached to Order. Signed by Special Master Richard M. Borchers on 11/23/05. (pap, ) (Entered: 01/13/2006) |
| 12/20/2005 | 1249 | ORDER denying 1245 Mr. Bulgier's Motion to Compel Discovery. Signed by Judge Edward W. Nottingham on 12/20/05. (pap, ) (Entered: 12/20/2005) |
| 12/20/2005 | 1254 | MOTION for Reconsideration re 1156 Order by Interested Party Christopher M. Grosso, re: Claim X-121 . (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1255 | LETTER re: 1106 Request by Interested Party Howell F. Roberts, III, Claim 01-041. (pap, ) (Entered: 12/21/2005) |
| 12/21/2005 | 1256 | MOTION (for Order) to Expand the Scope and Parameters of the Montez Remedial Plan and to Include ADA Standards for Individuals with Disabilities by Jill Coit, Claim 03-129. (pap, ) (Entered: 12/21/2005) |
| 12/22/2005 | 1257 | Mail Returned as Undeliverable re: 1243 Order, 1240 Order on Motion for Extension of Time, 1209 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1277 | LETTER to Special Master Richard M. Borchers by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/22/2005 | 1281 | REQUEST by Consol Plaintiff Jimmy R. Bulgier for Special Accommadation. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1275 | SUPPLEMENT/AMENDMENT to 1168 Objections, by Interested Party James R. Duncan. (pap, ) (Entered: 12/23/2005) |

| 12/23/2005 | 1276 | LETTER/Requesting Clerk to forward documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1278 | Mail Returned as Undeliverable re: 1210 Order on Motion for Extension of Time to File Response/Reply Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1279 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1280 | AMENDED Witness List by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/27/2005 | 1294 | ORDER denying 1256 Jill Coit's Motion for Order to Expand the Scope of the Remedial Plan. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1298 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-217 by Claimant Robert Casey. Attached to Order is record of claim 02-217. Signed by Special Master Richard M. Borchers 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1302 | Answer to Order to Show Cause of Special Master re: Claim X-133 by Interested Party Abad Martinez. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1303 | REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. (pap, ) (Entered: 12/27/2005) |
| 12/28/2005 | 1309 | ORDER Denying 1303 REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/28/2005) |
| 12/29/2005 | 1336 | RESPONSE TO ORDER TO SHOW CAUSE by Interested Party Abad Martinez. (Attachments: # 1 Exhibit)(Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1338 | MOTION for Ruling *on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1614 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS re: Section XXXIII of Remedial Plan 8/27/03. Signed by Special Master Robbie M. Barr on 12/29/05. (pap, ) (Entered: 02/08/2006) |
| 12/30/2005 | 1350 | OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. (pap, ) (Entered: 01/05/2006) |
| 01/03/2006 | 1349 | MINUTE ORDER denying as Moot 1338 Motion for Ruling on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.Entered by Judge Edward W. Nottingham on 12/30/05. (pap, ) (Entered: 01/03/2006) |
| 01/03/2006 | 1351 | Mail Returned as Undeliverable re: 1294 Order on Motion for Order |

| 12/23/2005 | 1276 | LETTER/Requesting Clerk to forward documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/23/2005 | 1278 | Mail Returned as Undeliverable re: 1210 Order on Motion for Extension of Time to File Response/Reply Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1279 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1280 | AMENDED Witness List by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/27/2005 | 1294 | ORDER denying 1256 Jill Coit's Motion for Order to Expand the Scope of the Remedial Plan. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1298 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-217 by Claimant Robert Casey. Attached to Order is record of claim 02-217. Signed by Special Master Richard M. Borchers 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1302 | Answer to Order to Show Cause of Special Master re: Claim X-133 by Interested Party Abad Martinez. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1303 | REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. (pap, ) (Entered: 12/27/2005) |
| 12/28/2005 | 1309 | ORDER Denying 1303 REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/28/2005) |
| 12/29/2005 | 1336 | RESPONSE TO ORDER TO SHOW CAUSE by Interested Party Abad Martinez. (Attachments: # 1 Exhibit)(Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1338 | MOTION for Ruling *on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1614 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS re: Section XXXIII of Remedial Plan 8/27/03. Signed by Special Master Robbie M. Barr on 12/29/05. (pap, ) (Entered: 02/08/2006) |
| 12/30/2005 | 1350 | OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. (pap, ) (Entered: 01/05/2006) |
| 01/03/2006 | 1349 | MINUTE ORDER denying as Moot 1338 Motion for Ruling on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.Entered by Judge Edward W. Nottingham on 12/30/05. (pap, ) (Entered: 01/03/2006) |
| 01/03/2006 | 1351 | Mail Returned as Undeliverable re: 1294 Order on Motion for Order |

| 12/23/2005 | 1276 | LETTER/Requesting Clerk to forward documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
|---|---|---|
| 12/23/2005 | 1278 | Mail Returned as Undeliverable re: 1210 Order on Motion for Extension of Time to File Response/Reply Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1279 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | 1280 | AMENDED Witness List by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/27/2005 | 1294 | ORDER denying 1256 Jill Coit's Motion for Order to Expand the Scope of the Remedial Plan. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1298 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-217 by Claimant Robert Casey. Attached to Order is record of claim 02-217. Signed by Special Master Richard M. Borchers 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1302 | Answer to Order to Show Cause of Special Master re: Claim X-133 by Interested Party Abad Martinez. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | 1303 | REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. (pap, ) (Entered: 12/27/2005) |
| 12/28/2005 | 1309 | ORDER Denying 1303 REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/28/2005) |
| 12/29/2005 | 1336 | RESPONSE TO ORDER TO SHOW CAUSE by Interested Party Abad Martinez. (Attachments: # 1 Exhibit)(Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1338 | MOTION for Ruling *on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | 1614 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS re: Section XXXIII of Remedial Plan 8/27/03. Signed by Special Master Robbie M. Barr on 12/29/05. (pap, ) (Entered: 02/08/2006) |
| 12/30/2005 | 1350 | OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. (pap, ) (Entered: 01/05/2006) |
| 01/03/2006 | 1349 | MINUTE ORDER denying as Moot 1338 Motion for Ruling on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.Entered by Judge Edward W. Nottingham on 12/30/05. (pap, ) (Entered: 01/03/2006) |
| 01/03/2006 | 1351 | Mail Returned as Undeliverable re: 1294 Order on Motion for Order |

| 12/23/2005 | [1276](#) | LETTER/Requesting Clerk to forward documents by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | [1278](#) | Mail Returned as Undeliverable re: [1210](#) Order on Motion for Extension of Time to File Response/Reply Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | [1279](#) | Mail Returned as Undeliverable re: [1249](#) Order on Motion to Compel Addressed to Richard A. Malisheski. (pap, ) (Entered: 12/23/2005) |
| 12/23/2005 | [1280](#) | AMENDED Witness List by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/23/2005) |
| 12/27/2005 | [1294](#) | ORDER denying [1256](#) Jill Coit's Motion for Order to Expand the Scope of the Remedial Plan. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | [1298](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-217 by Claimant Robert Casey. Attached to Order is record of claim 02-217. Signed by Special Master Richard M. Borchers 11/11/05. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | [1302](#) | Answer to Order to Show Cause of Special Master re: Claim X-133 by Interested Party Abad Martinez. (pap, ) (Entered: 12/27/2005) |
| 12/27/2005 | [1303](#) | REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. (pap, ) (Entered: 12/27/2005) |
| 12/28/2005 | [1309](#) | ORDER Denying [1303](#) REQUEST by Interested Party Abad Martinez re: Claim X-133 for Relief Pursuant to Montez, et al v. Bill Owens, et al. Signed by Judge Edward W. Nottingham on 12/27/05. (pap, ) (Entered: 12/28/2005) |
| 12/29/2005 | [1336](#) | RESPONSE TO ORDER TO SHOW CAUSE by Interested Party Abad Martinez. (Attachments: # [1](#) Exhibit)(Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | [1338](#) | MOTION for Ruling *on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 12/29/2005) |
| 12/29/2005 | [1614](#) | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS re: Section XXXIII of Remedial Plan 8/27/03. Signed by Special Master Robbie M. Barr on 12/29/05. (pap, ) (Entered: 02/08/2006) |
| 12/30/2005 | [1350](#) | OBJECTION AND APPEAL OF Special Master's DECISION to District Court re [1227](#) Order as to Claim 03-040 by Leroy Walter Baker. (pap, ) (Entered: 01/05/2006) |
| 01/03/2006 | [1349](#) | MINUTE ORDER denying as Moot [1338](#) Motion for Ruling on Request for Relief Pursuant to Montez, et.al., vs Bill Owens, et.al.Entered by Judge Edward W. Nottingham on 12/30/05. (pap, ) (Entered: 01/03/2006) |
| 01/03/2006 | [1351](#) | Mail Returned as Undeliverable re: [1294](#) Order on Motion for Order |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/05/2006) |
|---|---|---|
| 01/03/2006 | 1356 | MOTION to Dismiss Due to Settlement re: Claim 02-877 by Claimant Kerry Gallegos filed by Colorado Attorney General. (pap, ) Modified on 1/9/2006 to add filer.)(pap, ). (Modified on 1/9/2006 to terminate Motion as Motion was before the Special Master and attached to Order Dismissing Claim 1357 )(pap2, ). (Entered: 01/09/2006) |
| 01/03/2006 | 1357 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877 . Signed by Special Master Richard M. Borchers on 1/2/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1359 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-107 by Claimant Sandra A. Rosini. Attached to Order is record of claim 01-107. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1360 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-155 by Claimant Clifford Dixon. Attached to Order is record of claim 02-155. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1361 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-252 by Claimant Hector Ortega. Attached to Order is record of claim 02-252. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1362 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-555 by Claimant Rudolph James Lovato Sr. Attached to Order is record of claim 02-555. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1363 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-585 by Claimant Dan Underwood. Attached to Order is record of claim 02-585. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1364 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-591 by Claimant Celso A. Salazar. Attached to Order is record of claim 02-591. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-137 by Claimant Victor A. Gonzalez. Record of claim X-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1442 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-040 by Claimant Catherine Abrams. Record of claim 01-040 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1443 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/05/2006) |
|---|---|---|
| 01/03/2006 | 1356 | MOTION to Dismiss Due to Settlement re: Claim 02-877 by Claimant Kerry Gallegos filed by Colorado Attorney General. (pap, ) Modified on 1/9/2006 to add filer.)(pap, ). (Modified on 1/9/2006 to terminate Motion as Motion was before the Special Master and attached to Order Dismissing Claim 1357 )(pap2, ). (Entered: 01/09/2006) |
| 01/03/2006 | 1357 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877 . Signed by Special Master Richard M. Borchers on 1/2/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1359 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-107 by Claimant Sandra A. Rosini. Attached to Order is record of claim 01-107. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1360 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-155 by Claimant Clifford Dixon. Attached to Order is record of claim 02-155. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1361 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-252 by Claimant Hector Ortega. Attached to Order is record of claim 02-252. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1362 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-555 by Claimant Rudolph James Lovato Sr. Attached to Order is record of claim 02-555. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1363 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-585 by Claimant Dan Underwood. Attached to Order is record of claim 02-585. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1364 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-591 by Claimant Celso A. Salazar. Attached to Order is record of claim 02-591. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-137 by Claimant Victor A. Gonzalez. Record of claim X-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1442 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-040 by Claimant Catherine Abrams. Record of claim 01-040 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1443 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/05/2006) |
|---|---|---|
| 01/03/2006 | 1356 | MOTION to Dismiss Due to Settlement re: Claim 02-877 by Claimant Kerry Gallegos filed by Colorado Attorney General. (pap, ) Modified on 1/9/2006 to add filer.)(pap, ). (Modified on 1/9/2006 to terminate Motion as Motion was before the Special Master and attached to Order Dismissing Claim 1357 )(pap2, ). (Entered: 01/09/2006) |
| 01/03/2006 | 1357 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877 . Signed by Special Master Richard M. Borchers on 1/2/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1359 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-107 by Claimant Sandra A. Rosini. Attached to Order is record of claim 01-107. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1360 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-155 by Claimant Clifford Dixon. Attached to Order is record of claim 02-155. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1361 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-252 by Claimant Hector Ortega. Attached to Order is record of claim 02-252. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1362 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-555 by Claimant Rudolph James Lovato Sr. Attached to Order is record of claim 02-555. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1363 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-585 by Claimant Dan Underwood. Attached to Order is record of claim 02-585. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1364 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-591 by Claimant Celso A. Salazar. Attached to Order is record of claim 02-591. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-137 by Claimant Victor A. Gonzalez. Record of claim X-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1442 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-040 by Claimant Catherine Abrams. Record of claim 01-040 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1443 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/05/2006) |
|---|---|---|
| 01/03/2006 | 1356 | MOTION to Dismiss Due to Settlement re: Claim 02-877 by Claimant Kerry Gallegos filed by Colorado Attorney General. (pap, ) Modified on 1/9/2006 to add filer.)(pap, ). (Modified on 1/9/2006 to terminate Motion as Motion was before the Special Master and attached to Order Dismissing Claim 1357 )(pap2, ). (Entered: 01/09/2006) |
| 01/03/2006 | 1357 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-877 by Claimant Kerry E. Gallegos. Attached to Order is record of claim 02-877 . Signed by Special Master Richard M. Borchers on 1/2/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1359 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-107 by Claimant Sandra A. Rosini. Attached to Order is record of claim 01-107. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1360 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-155 by Claimant Clifford Dixon. Attached to Order is record of claim 02-155. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1361 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-252 by Claimant Hector Ortega. Attached to Order is record of claim 02-252. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1362 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-555 by Claimant Rudolph James Lovato Sr. Attached to Order is record of claim 02-555. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1363 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-585 by Claimant Dan Underwood. Attached to Order is record of claim 02-585. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1364 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-591 by Claimant Celso A. Salazar. Attached to Order is record of claim 02-591. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/09/2006) |
| 01/03/2006 | 1441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-137 by Claimant Victor A. Gonzalez. Record of claim X-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1442 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-040 by Claimant Catherine Abrams. Record of claim 01-040 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1443 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | 108 by Claimant Alfred Ray Boydston. Record of claim 01-108 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 01/03/2006 | 1444 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-113 by Claimant James Oplinger. Record of claim 01-113 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1445 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-180 by Claimant Leroy Lengner. Record of claim 01-180 is attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1446 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-197 by Claimant Daniel Martinez. Record of claim 01-197 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1447 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-043 by Claimant Terrance P. McDonald. Record of claim 02-043 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1448 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-056 by Claimant Michael S. Sheets. Record of claim 02-056 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1449 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-110 by Claimant Shawn E. Reese. Record of claim 02-110 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1450 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-133 by Claimant Reuel Smith. Record of claim 02-133 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1451 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-187 by Claimant Everett J. Wilson. Record of claim 02-187 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1452 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-194 by Claimant Ricky Joe Patterson. Record of claim 02-194 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1453 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-262 by Claimant Lowell Williams. Record of claim 02-262 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |

| | | 108 by Claimant Alfred Ray Boydston. Record of claim 01-108 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
|---|---|---|
| 01/03/2006 | 1444 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-113 by Claimant James Oplinger. Record of claim 01-113 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1445 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-180 by Claimant Leroy Lengner. Record of claim 01-180 is attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1446 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-197 by Claimant Daniel Martinez. Record of claim 01-197 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1447 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-043 by Claimant Terrance P. McDonald. Record of claim 02-043 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1448 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-056 by Claimant Michael S. Sheets. Record of claim 02-056 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1449 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-110 by Claimant Shawn E. Reese. Record of claim 02-110 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1450 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-133 by Claimant Reuel Smith. Record of claim 02-133 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1451 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-187 by Claimant Everett J. Wilson. Record of claim 02-187 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1452 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-194 by Claimant Ricky Joe Patterson. Record of claim 02-194 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1453 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-262 by Claimant Lowell Williams. Record of claim 02-262 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |

| | | |
|---|---|---|
| | | 108 by Claimant Alfred Ray Boydston. Record of claim 01-108 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1444 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-113 by Claimant James Oplinger. Record of claim 01-113 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1445 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-180 by Claimant Leroy Lengner. Record of claim 01-180 is attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1446 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-197 by Claimant Daniel Martinez. Record of claim 01-197 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1447 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-043 by Claimant Terrance P. McDonald. Record of claim 02-043 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1448 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-056 by Claimant Michael S. Sheets. Record of claim 02-056 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1449 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-110 by Claimant Shawn E. Reese. Record of claim 02-110 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1450 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-133 by Claimant Reuel Smith. Record of claim 02-133 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1451 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-187 by Claimant Everett J. Wilson. Record of claim 02-187 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1452 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-194 by Claimant Ricky Joe Patterson. Record of claim 02-194 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1453 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-262 by Claimant Lowell Williams. Record of claim 02-262 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| | | |

| | | 108 by Claimant Alfred Ray Boydston. Record of claim 01-108 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| --- | --- | --- |
| 01/03/2006 | 1444 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-113 by Claimant James Oplinger. Record of claim 01-113 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1445 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-180 by Claimant Leroy Lengner. Record of claim 01-180 is attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1446 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-197 by Claimant Daniel Martinez. Record of claim 01-197 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1447 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-043 by Claimant Terrance P. McDonald. Record of claim 02-043 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1448 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-056 by Claimant Michael S. Sheets. Record of claim 02-056 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1449 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-110 by Claimant Shawn E. Reese. Record of claim 02-110 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/11/2006) |
| 01/03/2006 | 1450 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-133 by Claimant Reuel Smith. Record of claim 02-133 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1451 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-187 by Claimant Everett J. Wilson. Record of claim 02-187 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1452 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-194 by Claimant Ricky Joe Patterson. Record of claim 02-194 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1453 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-262 by Claimant Lowell Williams. Record of claim 02-262 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |

| 01/03/2006 | 1454 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-284 by Claimant William Poor. Record of claim 02-284 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1455 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-306 by Claimant Grant A. Judd. Record of claim 02-306 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1456 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-331 by Claimant Brian Adrian Reed. Record of claim 02-331 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1457 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-333 by Claimant Ron Shelton. Record of claim 02-333 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1458 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-373 by Claimant Alfonso Hollis. Record of claim 02-373 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1459 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-437 by Claimant Andrea M. Lacey. Record of claim 02-437 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1460 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-464 by Claimant John Ardolino. Record of claim 02-464 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1461 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-526 by Claimant Billy A. Dykes. Record of claim 02-526 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1462 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-614 by Claimant Anil Dutt. Record of claim 02-614 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1463 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-618 Claimant Joseph P. Cisneros. Record of claim 02-618 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1464 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-621 by Claimant Allan Lloyd Rodgers. Record of claim 02-621 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) |

| 01/03/2006 | 1454 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-284 by Claimant William Poor. Record of claim 02-284 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1455 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-306 by Claimant Grant A. Judd. Record of claim 02-306 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1456 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-331 by Claimant Brian Adrian Reed. Record of claim 02-331 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1457 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-333 by Claimant Ron Shelton. Record of claim 02-333 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1458 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-373 by Claimant Alfonso Hollis. Record of claim 02-373 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1459 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-437 by Claimant Andrea M. Lacey. Record of claim 02-437 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1460 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-464 by Claimant John Ardolino. Record of claim 02-464 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1461 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-526 by Claimant Billy A. Dykes. Record of claim 02-526 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1462 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-614 by Claimant Anil Dutt. Record of claim 02-614 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1463 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-618 Claimant Joseph P. Cisneros. Record of claim 02-618 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1464 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-621 by Claimant Allan Lloyd Rodgers. Record of claim 02-621 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) |

| 01/03/2006 | 1454 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-284 by Claimant William Poor. Record of claim 02-284 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1455 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-306 by Claimant Grant A. Judd. Record of claim 02-306 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1456 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-331 by Claimant Brian Adrian Reed. Record of claim 02-331 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1457 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-333 by Claimant Ron Shelton. Record of claim 02-333 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1458 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-373 by Claimant Alfonso Hollis. Record of claim 02-373 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1459 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-437 by Claimant Andrea M. Lacey. Record of claim 02-437 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1460 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-464 by Claimant John Ardolino. Record of claim 02-464 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1461 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-526 by Claimant Billy A. Dykes. Record of claim 02-526 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1462 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-614 by Claimant Anil Dutt. Record of claim 02-614 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1463 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-618 Claimant Joseph P. Cisneros. Record of claim 02-618 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1464 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-621 by Claimant Allan Lloyd Rodgers. Record of claim 02-621 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) |

| 01/03/2006 | 1454 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-284 by Claimant William Poor. Record of claim 02-284 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1455 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-306 by Claimant Grant A. Judd. Record of claim 02-306 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1456 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-331 by Claimant Brian Adrian Reed. Record of claim 02-331 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1457 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-333 by Claimant Ron Shelton. Record of claim 02-333 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1458 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-373 by Claimant Alfonso Hollis. Record of claim 02-373 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1459 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-437 by Claimant Andrea M. Lacey. Record of claim 02-437 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1460 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-464 by Claimant John Ardolino. Record of claim 02-464 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1461 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-526 by Claimant Billy A. Dykes. Record of claim 02-526 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1462 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-614 by Claimant Anil Dutt. Record of claim 02-614 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1463 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-618 Claimant Joseph P. Cisneros. Record of claim 02-618 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1464 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-621 by Claimant Allan Lloyd Rodgers. Record of claim 02-621 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) |

| | | (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-629 by Claimant Eric W. Brassard. Record of claim 02-629 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-633 by Claimant Eloy E. Padilla, Jr. Record of claim 02-633 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1467 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-639 by Claimant Manuel Trujillo. Record of claim 02-639 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-641 by Claimant David J. Chatham. Record of claim 02-641 attached to Order. Entered by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1469 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-643 by Claimant Michael Evans. Record of claim 02-643 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1470 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-651 by Claimant John Stevenson. Record of claim 02-651 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1471 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-658 by Claimant Christina R. Serio. Record of claim 02-658 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1472 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-676 by Claimant Catherine T. Gardner. Record of claim 02-676 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1473 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-680 by Claimant Frank Wolf II. Record of claim 02-680 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1474 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-686 by Claimant Nita Lynn Borelli. Record of claim 02-686 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1475 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-748 by Claimant Raymond Rodriguez. Record of claim 02-748 attached to |

| | | (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-629 by Claimant Eric W. Brassard. Record of claim 02-629 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-633 by Claimant Eloy E. Padilla, Jr. Record of claim 02-633 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1467 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-639 by Claimant Manuel Trujillo. Record of claim 02-639 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-641 by Claimant David J. Chatham. Record of claim 02-641 attached to Order. Entered by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1469 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-643 by Claimant Michael Evans. Record of claim 02-643 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1470 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-651 by Claimant John Stevenson. Record of claim 02-651 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1471 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-658 by Claimant Christina R. Serio. Record of claim 02-658 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1472 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-676 by Claimant Catherine T. Gardner. Record of claim 02-676 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1473 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-680 by Claimant Frank Wolf II. Record of claim 02-680 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1474 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-686 by Claimant Nita Lynn Borelli. Record of claim 02-686 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1475 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-748 by Claimant Raymond Rodriguez. Record of claim 02-748 attached to |

| | | (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-629 by Claimant Eric W. Brassard. Record of claim 02-629 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-633 by Claimant Eloy E. Padilla, Jr. Record of claim 02-633 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1467 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-639 by Claimant Manuel Trujillo. Record of claim 02-639 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-641 by Claimant David J. Chatham. Record of claim 02-641 attached to Order. Entered by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1469 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-643 by Claimant Michael Evans. Record of claim 02-643 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1470 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-651 by Claimant John Stevenson. Record of claim 02-651 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1471 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-658 by Claimant Christina R. Serio. Record of claim 02-658 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1472 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-676 by Claimant Catherine T. Gardner. Record of claim 02-676 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1473 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-680 by Claimant Frank Wolf II. Record of claim 02-680 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1474 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-686 by Claimant Nita Lynn Borelli. Record of claim 02-686 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1475 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-748 by Claimant Raymond Rodriguez. Record of claim 02-748 attached to |

| | | (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-629 by Claimant Eric W. Brassard. Record of claim 02-629 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-633 by Claimant Eloy E. Padilla, Jr. Record of claim 02-633 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1467 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-639 by Claimant Manuel Trujillo. Record of claim 02-639 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-641 by Claimant David J. Chatham. Record of claim 02-641 attached to Order. Entered by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1469 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-643 by Claimant Michael Evans. Record of claim 02-643 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1470 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-651 by Claimant John Stevenson. Record of claim 02-651 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1471 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-658 by Claimant Christina R. Serio. Record of claim 02-658 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1472 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-676 by Claimant Catherine T. Gardner. Record of claim 02-676 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1473 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-680 by Claimant Frank Wolf II. Record of claim 02-680 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1474 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-686 by Claimant Nita Lynn Borelli. Record of claim 02-686 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1475 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-748 by Claimant Raymond Rodriguez. Record of claim 02-748 attached to |

| | | Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1476 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-755 by Claimant Carl John Fahrnow. Record of claim 02-755 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1477 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-758 by Claimant Danny L. Phillips. Record of claim 02-758 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1478 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-004 by Claimant Elias D. Johnson. Record of claim 01-004 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1479 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-005 by Claimant Frank Martinez. Record of claim 01-005 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1480 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-008 by Claimant Joshua Rodlin. Record of claim 01-008 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1481 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-033 by Claimant Arthur McCray. Record of claim 01-033 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1482 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-035 by Claimant Debbie Montoya. Record of claim 01-035 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1483 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-042 by Claimant Reese R. Slade. Record of claim 01-042 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1484 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-137 by Claimant Melanie Peterson. Record of claim 01-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1485 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-016 by Claimant Nathan Thomas Warren. Record of claim 02-016 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1486 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | 1476 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-755 by Claimant Carl John Fahrnow. Record of claim 02-755 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1477 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-758 by Claimant Danny L. Phillips. Record of claim 02-758 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1478 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-004 by Claimant Elias D. Johnson. Record of claim 01-004 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1479 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-005 by Claimant Frank Martinez. Record of claim 01-005 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1480 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-008 by Claimant Joshua Rodlin. Record of claim 01-008 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1481 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-033 by Claimant Arthur McCray. Record of claim 01-033 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1482 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-035 by Claimant Debbie Montoya. Record of claim 01-035 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1483 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-042 by Claimant Reese R. Slade. Record of claim 01-042 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1484 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-137 by Claimant Melanie Peterson. Record of claim 01-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1485 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-016 by Claimant Nathan Thomas Warren. Record of claim 02-016 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1486 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
|---|---|---|
| 01/03/2006 | [1476](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-755 by Claimant Carl John Fahrnow. Record of claim 02-755 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | [1477](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-758 by Claimant Danny L. Phillips. Record of claim 02-758 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | [1478](#) | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-004 by Claimant Elias D. Johnson. Record of claim 01-004 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1479](#) | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-005 by Claimant Frank Martinez. Record of claim 01-005 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1480](#) | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-008 by Claimant Joshua Rodlin. Record of claim 01-008 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1481](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-033 by Claimant Arthur McCray. Record of claim 01-033 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1482](#) | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-035 by Claimant Debbie Montoya. Record of claim 01-035 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1483](#) | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-042 by Claimant Reese R. Slade. Record of claim 01-042 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1484](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-137 by Claimant Melanie Peterson. Record of claim 01-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1485](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-016 by Claimant Nathan Thomas Warren. Record of claim 02-016 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | [1486](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | |
|---|---|---|
| | | Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1476 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-755 by Claimant Carl John Fahrnow. Record of claim 02-755 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1477 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-758 by Claimant Danny L. Phillips. Record of claim 02-758 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/12/2006) |
| 01/03/2006 | 1478 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-004 by Claimant Elias D. Johnson. Record of claim 01-004 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1479 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-005 by Claimant Frank Martinez. Record of claim 01-005 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1480 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-008 by Claimant Joshua Rodlin. Record of claim 01-008 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1481 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-033 by Claimant Arthur McCray. Record of claim 01-033 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1482 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-035 by Claimant Debbie Montoya. Record of claim 01-035 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1483 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-042 by Claimant Reese R. Slade. Record of claim 01-042 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1484 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-137 by Claimant Melanie Peterson. Record of claim 01-137 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1485 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-016 by Claimant Nathan Thomas Warren. Record of claim 02-016 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1486 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | |
|---|---|---|
| | | 032 by Claimant Carlos H. DeLa Cruz. Record of claim 02-032 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1487 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-077 by Claimant Tommy Aunspaugh. Record of claim 02-077 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1488 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-087 by Claimant Michael W. Naranjo. Record of claim 02-087 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1489 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-090 by Claimant Michael Allan Phillips. Record of claim 02-090 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1490 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-099 by Claimant Martin Torres. Record of claim 02-099 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1491 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-105 by Claimant Thomas Kunz. Record of claim 02-105 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1492 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-127 by Claimant Walter McCormick. Record of claim 02-127 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1493 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-141 by Claimant Randy Fox. Record of claim 02-141 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1494 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-146 by Claimant John Leonard Moore. Record of claim 02-146 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1495 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-148 by Claimant Julio Rodriguez. Record of claim 02-148 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1496 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-158 by Claimant Roberto Martinez. Record of claim 02-158 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| | | |

| | | |
|---|---|---|
| | | 032 by Claimant Carlos H. DeLa Cruz. Record of claim 02-032 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1487 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-077 by Claimant Tommy Aunspaugh. Record of claim 02-077 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1488 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-087 by Claimant Michael W. Naranjo. Record of claim 02-087 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1489 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-090 by Claimant Michael Allan Phillips. Record of claim 02-090 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1490 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-099 by Claimant Martin Torres. Record of claim 02-099 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1491 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-105 by Claimant Thomas Kunz. Record of claim 02-105 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1492 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-127 by Claimant Walter McCormick. Record of claim 02-127 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1493 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-141 by Claimant Randy Fox. Record of claim 02-141 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1494 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-146 by Claimant John Leonard Moore. Record of claim 02-146 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1495 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-148 by Claimant Julio Rodriguez. Record of claim 02-148 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1496 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-158 by Claimant Roberto Martinez. Record of claim 02-158 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |

| | | 032 by Claimant Carlos H. DeLa Cruz. Record of claim 02-032 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1487 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-077 by Claimant Tommy Aunspaugh. Record of claim 02-077 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1488 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-087 by Claimant Michael W. Naranjo. Record of claim 02-087 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1489 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-090 by Claimant Michael Allan Phillips. Record of claim 02-090 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1490 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-099 by Claimant Martin Torres. Record of claim 02-099 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1491 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-105 by Claimant Thomas Kunz. Record of claim 02-105 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1492 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-127 by Claimant Walter McCormick. Record of claim 02-127 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1493 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-141 by Claimant Randy Fox. Record of claim 02-141 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1494 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-146 by Claimant John Leonard Moore. Record of claim 02-146 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1495 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-148 by Claimant Julio Rodriguez. Record of claim 02-148 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1496 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-158 by Claimant Roberto Martinez. Record of claim 02-158 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |

| | | |
|---|---|---|
| | | 032 by Claimant Carlos H. DeLa Cruz. Record of claim 02-032 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1487 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-077 by Claimant Tommy Aunspaugh. Record of claim 02-077 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1488 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-087 by Claimant Michael W. Naranjo. Record of claim 02-087 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1489 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-090 by Claimant Michael Allan Phillips. Record of claim 02-090 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1490 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-099 by Claimant Martin Torres. Record of claim 02-099 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1491 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-105 by Claimant Thomas Kunz. Record of claim 02-105 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1492 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-127 by Claimant Walter McCormick. Record of claim 02-127 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1493 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-141 by Claimant Randy Fox. Record of claim 02-141 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1494 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-146 by Claimant John Leonard Moore. Record of claim 02-146 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1495 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-148 by Claimant Julio Rodriguez. Record of claim 02-148 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1496 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-158 by Claimant Roberto Martinez. Record of claim 02-158 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |

| 01/03/2006 | 1497 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-173 by Claimant Armando Ybarra. Record of claim 02-173 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1498 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-213 by Claimant Michael B. Roberts. Record of claim 02-213 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1499 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-221 by Claimant Jose N. Mascarenas. Record of claim 02-221 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1500 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-230 by Claimant Joseph Johnson. Record of claim 02-230 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1501 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-241 by Claimant Tommy Paul Andersen. Record of claim 02-241 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1502 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-254 by Claimant David Hall. Record of claim 02-254 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1503 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-258 by Claimant Ceola Ben Swiney, Jr. Record of claim 02-258 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1504 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-347 by Claimant Richard A. Walck. Record of claim 02-347 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1505 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-356 by Claimant Steven Apodaca. Record of claim 02-356 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1506 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-365 by Claimant Richard S. Benz. Record of claim 02-365 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1507 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-377 by Claimant Denise L. Schlager. Record of claim 02-377 attached to Order. Signed by Special Master Richard M. |

| 01/03/2006 | 1497 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-173 by Claimant Armando Ybarra. Record of claim 02-173 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| --- | --- | --- |
| 01/03/2006 | 1498 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-213 by Claimant Michael B. Roberts. Record of claim 02-213 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1499 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-221 by Claimant Jose N. Mascarenas. Record of claim 02-221 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1500 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-230 by Claimant Joseph Johnson. Record of claim 02-230 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1501 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-241 by Claimant Tommy Paul Andersen. Record of claim 02-241 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1502 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-254 by Claimant David Hall. Record of claim 02-254 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1503 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-258 by Claimant Ceola Ben Swiney, Jr. Record of claim 02-258 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1504 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-347 by Claimant Richard A. Walck. Record of claim 02-347 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1505 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-356 by Claimant Steven Apodaca. Record of claim 02-356 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1506 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-365 by Claimant Richard S. Benz. Record of claim 02-365 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1507 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-377 by Claimant Denise L. Schlager. Record of claim 02-377 attached to Order. Signed by Special Master Richard M. |

| 01/03/2006 | 1497 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-173 by Claimant Armando Ybarra. Record of claim 02-173 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1498 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-213 by Claimant Michael B. Roberts. Record of claim 02-213 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1499 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-221 by Claimant Jose N. Mascarenas. Record of claim 02-221 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1500 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-230 by Claimant Joseph Johnson. Record of claim 02-230 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1501 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-241 by Claimant Tommy Paul Andersen. Record of claim 02-241 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1502 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-254 by Claimant David Hall. Record of claim 02-254 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1503 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-258 by Claimant Ceola Ben Swiney, Jr. Record of claim 02-258 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1504 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-347 by Claimant Richard A. Walck. Record of claim 02-347 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1505 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-356 by Claimant Steven Apodaca. Record of claim 02-356 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1506 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-365 by Claimant Richard S. Benz. Record of claim 02-365 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1507 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-377 by Claimant Denise L. Schlager. Record of claim 02-377 attached to Order. Signed by Special Master Richard M. |

| 01/03/2006 | 1497 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-173 by Claimant Armando Ybarra. Record of claim 02-173 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1498 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-213 by Claimant Michael B. Roberts. Record of claim 02-213 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1499 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-221 by Claimant Jose N. Mascarenas. Record of claim 02-221 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1500 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-230 by Claimant Joseph Johnson. Record of claim 02-230 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1501 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-241 by Claimant Tommy Paul Andersen. Record of claim 02-241 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1502 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-254 by Claimant David Hall. Record of claim 02-254 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1503 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-258 by Claimant Ceola Ben Swiney, Jr. Record of claim 02-258 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1504 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-347 by Claimant Richard A. Walck. Record of claim 02-347 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1505 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-356 by Claimant Steven Apodaca. Record of claim 02-356 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1506 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-365 by Claimant Richard S. Benz. Record of claim 02-365 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1507 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-377 by Claimant Denise L. Schlager. Record of claim 02-377 attached to Order. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1508 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-425 by Claimant Derek Richardson. Record of claim 02-415 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1509 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-438 by Claimant Chris Miller. Record of claim 02-438 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1510 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-446 by Claimant Stanley E. Daves. Record of claim 02-446 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1511 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-449 by Claimant Thomas Hansen. Record of claim 02-449 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1512 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-549 by Claimant Ernest J. Carr, III. Record of claim 02-549 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1513 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-597 by Claimant William Means. Record of claim 02-597 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1514 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-601 by Claimant Martin Valero. Record of claim 02-601 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1515 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-619 by Claimant Rocendo Herrera. Record of claim 02-619 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1516 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-638 by Claimant Loren A. Romero. Record of claim 02-638 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1517 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-714 by Claimant Jerry A. Kidwell. Record of claim 02-714 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-738 by Claimant Donna Petty. Record of claim 02-738 attached to Order. |

| | | Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1508 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-425 by Claimant Derek Richardson. Record of claim 02-415 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1509 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-438 by Claimant Chris Miller. Record of claim 02-438 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1510 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-446 by Claimant Stanley E. Daves. Record of claim 02-446 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1511 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-449 by Claimant Thomas Hansen. Record of claim 02-449 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1512 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-549 by Claimant Ernest J. Carr, III. Record of claim 02-549 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1513 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-597 by Claimant William Means. Record of claim 02-597 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1514 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-601 by Claimant Martin Valero. Record of claim 02-601 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1515 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-619 by Claimant Rocendo Herrera. Record of claim 02-619 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1516 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-638 by Claimant Loren A. Romero. Record of claim 02-638 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1517 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-714 by Claimant Jerry A. Kidwell. Record of claim 02-714 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (Entered: 01/13/2006) |
| 01/03/2006 | 1518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-738 by Claimant Donna Petty. Record of claim 02-738 attached to Order. |

| | | |
|---|---|---|
| | | Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1508 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-425 by Claimant Derek Richardson. Record of claim 02-415 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1509 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-438 by Claimant Chris Miller. Record of claim 02-438 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1510 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-446 by Claimant Stanley E. Daves. Record of claim 02-446 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1511 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-449 by Claimant Thomas Hansen. Record of claim 02-449 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1512 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-549 by Claimant Ernest J. Carr, III. Record of claim 02-549 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1513 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-597 by Claimant William Means. Record of claim 02-597 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1514 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-601 by Claimant Martin Valero. Record of claim 02-601 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1515 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-619 by Claimant Rocendo Herrera. Record of claim 02-619 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1516 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-638 by Claimant Loren A. Romero. Record of claim 02-638 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1517 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-714 by Claimant Jerry A. Kidwell. Record of claim 02-714 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-738 by Claimant Donna Petty. Record of claim 02-738 attached to Order. |

| | | Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1508 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-425 by Claimant Derek Richardson. Record of claim 02-415 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1509 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-438 by Claimant Chris Miller. Record of claim 02-438 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1510 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-446 by Claimant Stanley E. Daves. Record of claim 02-446 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1511 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-449 by Claimant Thomas Hansen. Record of claim 02-449 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1512 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-549 by Claimant Ernest J. Carr, III. Record of claim 02-549 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1513 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-597 by Claimant William Means. Record of claim 02-597 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1514 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-601 by Claimant Martin Valero. Record of claim 02-601 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1515 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-619 by Claimant Rocendo Herrera. Record of claim 02-619 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1516 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-638 by Claimant Loren A. Romero. Record of claim 02-638 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1517 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-714 by Claimant Jerry A. Kidwell. Record of claim 02-714 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-738 by Claimant Donna Petty. Record of claim 02-738 attached to Order. |

| | | Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1519 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-766 by Claimant Philip A. Punk Jr. Record of claim 02-766 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1520 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-777 by Claimant Robert R. Seamans. Record of claim 02-777 attached to Order. Signed by Special Master Richard M. Borchers on 1//3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-822 by Claimant Grant Woodruff. Record of claim 02-822 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-825 by Claimant Cheryl A. Vassallo. Record of claim 02-825 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-859 by Claimant Timothy Andrew Nauyokas. Record of claim 02-859 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-599 by Claimant Peggy Sue Saiz. Record of claim 02-599 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1525 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-708 by Claimant George Donnelly. Record of claim 02-708 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1526 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-713 by Claimant Lawrence R. Willis. Record of claim 02-713 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1527 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-721 by Claimant Chris Henderson. Record of claim 02-721 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1528 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-760 by Claimant Reuben Crespin. Record of claim 02-760 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1529 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1519 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-766 by Claimant Philip A. Punk Jr. Record of claim 02-766 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1520 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-777 by Claimant Robert R. Seamans. Record of claim 02-777 attached to Order. Signed by Special Master Richard M. Borchers on 1//3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-822 by Claimant Grant Woodruff. Record of claim 02-822 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-825 by Claimant Cheryl A. Vassallo. Record of claim 02-825 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-859 by Claimant Timothy Andrew Nauyokas. Record of claim 02-859 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-599 by Claimant Peggy Sue Saiz. Record of claim 02-599 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1525 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-708 by Claimant George Donnelly. Record of claim 02-708 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1526 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-713 by Claimant Lawrence R. Willis. Record of claim 02-713 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1527 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-721 by Claimant Chris Henderson. Record of claim 02-721 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1528 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-760 by Claimant Reuben Crespin. Record of claim 02-760 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1529 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1519 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-766 by Claimant Philip A. Punk Jr. Record of claim 02-766 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1520 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-777 by Claimant Robert R. Seamans. Record of claim 02-777 attached to Order. Signed by Special Master Richard M. Borchers on 1//3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-822 by Claimant Grant Woodruff. Record of claim 02-822 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-825 by Claimant Cheryl A. Vassallo. Record of claim 02-825 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-859 by Claimant Timothy Andrew Nauyokas. Record of claim 02-859 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-599 by Claimant Peggy Sue Saiz. Record of claim 02-599 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1525 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-708 by Claimant George Donnelly. Record of claim 02-708 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1526 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-713 by Claimant Lawrence R. Willis. Record of claim 02-713 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1527 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-721 by Claimant Chris Henderson. Record of claim 02-721 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1528 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-760 by Claimant Reuben Crespin. Record of claim 02-760 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1529 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
|---|---|---|
| 01/03/2006 | 1519 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-766 by Claimant Philip A. Punk Jr. Record of claim 02-766 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1520 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-777 by Claimant Robert R. Seamans. Record of claim 02-777 attached to Order. Signed by Special Master Richard M. Borchers on 1//3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-822 by Claimant Grant Woodruff. Record of claim 02-822 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-825 by Claimant Cheryl A. Vassallo. Record of claim 02-825 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-859 by Claimant Timothy Andrew Nauyokas. Record of claim 02-859 attached to Order. Signed by Special Master Richard M. Borchers on 12/22/05. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-599 by Claimant Peggy Sue Saiz. Record of claim 02-599 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1525 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-708 by Claimant George Donnelly. Record of claim 02-708 attached to Order . Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1526 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-713 by Claimant Lawrence R. Willis. Record of claim 02-713 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1527 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-721 by Claimant Chris Henderson. Record of claim 02-721 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1528 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-760 by Claimant Reuben Crespin. Record of claim 02-760 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1529 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | |
|---|---|---|
| | | 778 by Claimant Timothy Morris. Record of claim 02-778 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1530 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-794 by Claimant Thomas Horton. Record of claim 02-794 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1531 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-797 by Claimant Kevin McNeil. Record of claim 02-797 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1532 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-812 by Claimant Michael Carey. Record of claim 02-812 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1533 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-816 by Claimant Michael E. Hayward. Record of claim 02-816 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1534 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-817 by Claimant Thomas Frank Petrik. Record of claim 02-817 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1535 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-836 by Claimant Joseph Pizarro. Record of claim 02-836 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1536 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-864 by Claimant John P. Romero. Record of claim 02-864 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1537 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-069 by Claimant Tomas Colon. Record of claim 03-069 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1545 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-788 by Claimant Ray Gallegos. Record of claim 02-788 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/04/2006 | 1590 | OBJECTIONS to Special Master approving extension of time for Defendants to Respond to Claimants Claims by Interested Party Jackie L. Carr. (Attachments: # 1 Order on claim 02-559)(pap, ) (Entered: 02/01/2006) |
| | | |

| | | |
|---|---|---|
| | | 778 by Claimant Timothy Morris. Record of claim 02-778 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1530 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-794 by Claimant Thomas Horton. Record of claim 02-794 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1531 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-797 by Claimant Kevin McNeil. Record of claim 02-797 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1532 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-812 by Claimant Michael Carey. Record of claim 02-812 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1533 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-816 by Claimant Michael E. Hayward. Record of claim 02-816 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1534 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-817 by Claimant Thomas Frank Petrik. Record of claim 02-817 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1535 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-836 by Claimant Joseph Pizarro. Record of claim 02-836 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1536 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-864 by Claimant John P. Romero. Record of claim 02-864 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1537 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-069 by Claimant Tomas Colon. Record of claim 03-069 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1545 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-788 by Claimant Ray Gallegos. Record of claim 02-788 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/04/2006 | 1590 | OBJECTIONS to Special Master approving extension of time for Defendants to Respond to Claimants Claims by Interested Party Jackie L. Carr. (Attachments: # 1 Order on claim 02-559)(pap, ) (Entered: 02/01/2006) |
| | | |

| | | |
|---|---|---|
| | | 778 by Claimant Timothy Morris. Record of claim 02-778 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1530 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-794 by Claimant Thomas Horton. Record of claim 02-794 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1531 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-797 by Claimant Kevin McNeil. Record of claim 02-797 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1532 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-812 by Claimant Michael Carey. Record of claim 02-812 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1533 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-816 by Claimant Michael E. Hayward. Record of claim 02-816 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1534 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-817 by Claimant Thomas Frank Petrik. Record of claim 02-817 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1535 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-836 by Claimant Joseph Pizarro. Record of claim 02-836 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1536 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-864 by Claimant John P. Romero. Record of claim 02-864 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1537 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-069 by Claimant Tomas Colon. Record of claim 03-069 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1545 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-788 by Claimant Ray Gallegos. Record of claim 02-788 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/04/2006 | 1590 | OBJECTIONS to Special Master approving extension of time for Defendants to Respond to Claimants Claims by Interested Party Jackie L. Carr. (Attachments: # 1 Order on claim 02-559)(pap, ) (Entered: 02/01/2006) |
| | | |

| | | |
|---|---|---|
| | | 778 by Claimant Timothy Morris. Record of claim 02-778 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1530 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-794 by Claimant Thomas Horton. Record of claim 02-794 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1531 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-797 by Claimant Kevin McNeil. Record of claim 02-797 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1532 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-812 by Claimant Michael Carey. Record of claim 02-812 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1533 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-816 by Claimant Michael E. Hayward. Record of claim 02-816 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1534 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-817 by Claimant Thomas Frank Petrik. Record of claim 02-817 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1535 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-836 by Claimant Joseph Pizarro. Record of claim 02-836 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1536 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-864 by Claimant John P. Romero. Record of claim 02-864 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1537 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-069 by Claimant Tomas Colon. Record of claim 03-069 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/03/2006 | 1545 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-788 by Claimant Ray Gallegos. Record of claim 02-788 attached to Order. Signed by Special Master Richard M. Borchers on 1/3/06. (pap, ) (Entered: 01/13/2006) |
| 01/04/2006 | 1590 | OBJECTIONS to Special Master approving extension of time for Defendants to Respond to Claimants Claims by Interested Party Jackie L. Carr. (Attachments: # 1 Order on claim 02-559)(pap, ) (Entered: 02/01/2006) |
| | | |

| 01/09/2006 | 1358 | Docket Annotation 1356 MOTION to Dismiss is Terminated as it was attached to 1357 Order of Special Master. Text only entry - no document attached. (pap, ) (Entered: 01/09/2006) |
| 01/09/2006 | 1416 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/10/2006) |
| 01/09/2006 | 1548 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/13/2006) |
| 01/09/2006 | 1572 | Mail Returned as Undeliverable re: 1240 Order on Motion for Extension of Time Addressed to Unknown Party. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1573 | Mail Returned as Undeliverable re: 1243 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1581 | Mail Returned as Undeliverable re: 1309 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/10/2006 | 1571 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Reggie Neil Keyes. (pap, ) (Entered: 01/30/2006) |
| 01/10/2006 | 1591 | OBJECTION to 1210 Order on Motion for Extension of Time to File Response/Reply by Interested Party Terry Gibbens, Claim 02-483. (pap, ) (Entered: 02/01/2006) |
| 01/11/2006 | 1538 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-198 by Claimant Kevin Higgins. Record of claim 01-198 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1539 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-139 by Claimant Kenneth Linden. Record of claim X-139 attache to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1540 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-107 by Claimant Kenneth Mickens. Record of claim 02-107 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1541 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 02-204 by Claimant Robert Jones. Record of claim 02-204 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-007 by Claimant Samuel R. Ramirez. Record of claim 01-007 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-086 by Claimant Rafael Munoz. Record of claim 02-086 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) |

| 01/09/2006 | 1358 | Docket Annotation 1356 MOTION to Dismiss is Terminated as it was attached to 1357 Order of Special Master. Text only entry - no document attached. (pap, ) (Entered: 01/09/2006) |
| 01/09/2006 | 1416 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/10/2006) |
| 01/09/2006 | 1548 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/13/2006) |
| 01/09/2006 | 1572 | Mail Returned as Undeliverable re: 1240 Order on Motion for Extension of Time Addressed to Unknown Party. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1573 | Mail Returned as Undeliverable re: 1243 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1581 | Mail Returned as Undeliverable re: 1309 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/10/2006 | 1571 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Reggie Neil Keyes. (pap, ) (Entered: 01/30/2006) |
| 01/10/2006 | 1591 | OBJECTION to 1210 Order on Motion for Extension of Time to File Response/Reply by Interested Party Terry Gibbens, Claim 02-483. (pap, ) (Entered: 02/01/2006) |
| 01/11/2006 | 1538 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-198 by Claimant Kevin Higgins. Record of claim 01-198 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1539 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-139 by Claimant Kenneth Linden. Record of claim X-139 attache to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1540 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-107 by Claimant Kenneth Mickens. Record of claim 02-107 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1541 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 02-204 by Claimant Robert Jones. Record of claim 02-204 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-007 by Claimant Samuel R. Ramirez. Record of claim 01-007 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-086 by Claimant Rafael Munoz. Record of claim 02-086 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) |

| 01/09/2006 | 1358 | Docket Annotation 1356 MOTION to Dismiss is Terminated as it was attached to 1357 Order of Special Master. Text only entry - no document attached. (pap, ) (Entered: 01/09/2006) |
| 01/09/2006 | 1416 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/10/2006) |
| 01/09/2006 | 1548 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/13/2006) |
| 01/09/2006 | 1572 | Mail Returned as Undeliverable re: 1240 Order on Motion for Extension of Time Addressed to Unknown Party. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1573 | Mail Returned as Undeliverable re: 1243 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1581 | Mail Returned as Undeliverable re: 1309 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/10/2006 | 1571 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Reggie Neil Keyes. (pap, ) (Entered: 01/30/2006) |
| 01/10/2006 | 1591 | OBJECTION to 1210 Order on Motion for Extension of Time to File Response/Reply by Interested Party Terry Gibbens, Claim 02-483. (pap, ) (Entered: 02/01/2006) |
| 01/11/2006 | 1538 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-198 by Claimant Kevin Higgins. Record of claim 01-198 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1539 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-139 by Claimant Kenneth Linden. Record of claim X-139 attache to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1540 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-107 by Claimant Kenneth Mickens. Record of claim 02-107 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1541 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 02-204 by Claimant Robert Jones. Record of claim 02-204 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-007 by Claimant Samuel R. Ramirez. Record of claim 01-007 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-086 by Claimant Rafael Munoz. Record of claim 02-086 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) |

| 01/09/2006 | 1358 | Docket Annotation 1356 MOTION to Dismiss is Terminated as it was attached to 1357 Order of Special Master. Text only entry - no document attached. (pap, ) (Entered: 01/09/2006) |
| 01/09/2006 | 1416 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/10/2006) |
| 01/09/2006 | 1548 | NOTICE of Change of Address by Interested Party Joe Allen Eubanks (pap, ) (Entered: 01/13/2006) |
| 01/09/2006 | 1572 | Mail Returned as Undeliverable re: 1240 Order on Motion for Extension of Time Addressed to Unknown Party. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1573 | Mail Returned as Undeliverable re: 1243 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/30/2006) |
| 01/09/2006 | 1581 | Mail Returned as Undeliverable re: 1309 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/10/2006 | 1571 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Reggie Neil Keyes. (pap, ) (Entered: 01/30/2006) |
| 01/10/2006 | 1591 | OBJECTION to 1210 Order on Motion for Extension of Time to File Response/Reply by Interested Party Terry Gibbens, Claim 02-483. (pap, ) (Entered: 02/01/2006) |
| 01/11/2006 | 1538 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-198 by Claimant Kevin Higgins. Record of claim 01-198 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1539 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-139 by Claimant Kenneth Linden. Record of claim X-139 attache to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1540 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-107 by Claimant Kenneth Mickens. Record of claim 02-107 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1541 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 02-204 by Claimant Robert Jones. Record of claim 02-204 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-007 by Claimant Samuel R. Ramirez. Record of claim 01-007 attached to Order. Signed by Special Master Richard M. Borchers on 1/9/06. (pap, ) (Entered: 01/13/2006) |
| 01/11/2006 | 1543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-086 by Claimant Rafael Munoz. Record of claim 02-086 attached to Order. Signed by Special Master Richard M. Borchers on 1/4/06. (pap, ) |

| | | (Entered: 01/13/2006) |
|---|---|---|
| 01/11/2006 | 1544 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-101 by Claimant Robert E. Weightman. Record of claim 03-101 attached to Order. Signed by Special Master Richard M. Borchers on 1/10/06. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1547 | Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 by Interested Party James R. Duncan (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1549 | Mail Returned as Undeliverable re: 1309 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1550 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1551 | MINUTE ORDER Settlement Conference set for 1/24/2006 01:30 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe.Entered by Magistrate Judge Michael J. Watanabe on 1/13/06. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1552 | Docket Annotation re: 1551 Order. Minute Order docketed in WRONG Case. Text only entry - no document attached. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1553 | Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. (gms, ) (Entered: 01/17/2006) |
| 01/17/2006 | 1554 | APPEAL OF Special Master DECISION to District Court re 1224 Order by William Shaffstall (Document is actually entitled: Objection to the Final Order of Special Master) (Attachments: # 1 Attachments)(gms, ) (Entered: 01/18/2006) |
| 01/18/2006 | 1555 | Joint MOTION for Hearing/Conference by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 01/18/2006) |
| 01/18/2006 | 1556 | LETTER from Interested Party George Charles Knorr to Paula Griesen and David Miller re: practice of discrimination. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1557 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Terry Ray Ballard. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1558 | MOTION for Order for Clarification by Interested Party Clint Crews. (gms, ) (Entered: 01/20/2006) |
| 01/19/2006 | 1559 | 11th Application (MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Document) (gms, ) (Entered: 01/20/2006) |
| 01/20/2006 | 1560 | MINUTE ORDER: On or before 2/10/06, Defendants shall file a response to the Objection to Final Order of Special Master 1554 , filed by William |

| | | (Entered: 01/13/2006) |
|---|---|---|
| 01/11/2006 | 1544 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-101 by Claimant Robert E. Weightman. Record of claim 03-101 attached to Order. Signed by Special Master Richard M. Borchers on 1/10/06. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1547 | Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 by Interested Party James R. Duncan (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1549 | Mail Returned as Undeliverable re: 1309 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1550 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1551 | MINUTE ORDER Settlement Conference set for 1/24/2006 01:30 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe.Entered by Magistrate Judge Michael J. Watanabe on 1/13/06. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1552 | Docket Annotation re: 1551 Order. Minute Order docketed in WRONG Case. Text only entry - no document attached. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1553 | Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. (gms, ) (Entered: 01/17/2006) |
| 01/17/2006 | 1554 | APPEAL OF Special Master DECISION to District Court re 1224 Order by William Shaffstall (Document is actually entitled: Objection to the Final Order of Special Master) (Attachments: # 1 Attachments)(gms, ) (Entered: 01/18/2006) |
| 01/18/2006 | 1555 | Joint MOTION for Hearing/Conference by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 01/18/2006) |
| 01/18/2006 | 1556 | LETTER from Interested Party George Charles Knorr to Paula Griesen and David Miller re: practice of discrimination. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1557 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Terry Ray Ballard. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1558 | MOTION for Order for Clarification by Interested Party Clint Crews. (gms, ) (Entered: 01/20/2006) |
| 01/19/2006 | 1559 | 11th Application (MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Document) (gms, ) (Entered: 01/20/2006) |
| 01/20/2006 | 1560 | MINUTE ORDER: On or before 2/10/06, Defendants shall file a response to the Objection to Final Order of Special Master 1554 , filed by William |

| | | (Entered: 01/13/2006) |
|---|---|---|
| 01/11/2006 | 1544 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-101 by Claimant Robert E. Weightman. Record of claim 03-101 attached to Order. Signed by Special Master Richard M. Borchers on 1/10/06. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1547 | Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 by Interested Party James R. Duncan (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1549 | Mail Returned as Undeliverable re: 1309 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1550 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1551 | MINUTE ORDER Settlement Conference set for 1/24/2006 01:30 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe.Entered by Magistrate Judge Michael J. Watanabe on 1/13/06. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1552 | Docket Annotation re: 1551 Order. Minute Order docketed in WRONG Case. Text only entry - no document attached. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1553 | Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. (gms, ) (Entered: 01/17/2006) |
| 01/17/2006 | 1554 | APPEAL OF Special Master DECISION to District Court re 1224 Order by William Shaffstall (Document is actually entitled: Objection to the Final Order of Special Master) (Attachments: # 1 Attachments)(gms, ) (Entered: 01/18/2006) |
| 01/18/2006 | 1555 | Joint MOTION for Hearing/Conference by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 01/18/2006) |
| 01/18/2006 | 1556 | LETTER from Interested Party George Charles Knorr to Paula Griesen and David Miller re: practice of discrimination. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1557 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Terry Ray Ballard. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1558 | MOTION for Order for Clarification by Interested Party Clint Crews. (gms, ) (Entered: 01/20/2006) |
| 01/19/2006 | 1559 | 11th Application (MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Document) (gms, ) (Entered: 01/20/2006) |
| 01/20/2006 | 1560 | MINUTE ORDER: On or before 2/10/06, Defendants shall file a response to the Objection to Final Order of Special Master 1554 , filed by William |

| | | (Entered: 01/13/2006) |
|---|---|---|
| 01/11/2006 | 1544 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-101 by Claimant Robert E. Weightman. Record of claim 03-101 attached to Order. Signed by Special Master Richard M. Borchers on 1/10/06. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1547 | Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 by Interested Party James R. Duncan (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1549 | Mail Returned as Undeliverable re: 1309 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/12/2006 | 1550 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1551 | MINUTE ORDER Settlement Conference set for 1/24/2006 01:30 PM in Courtroom A 502 before Magistrate Judge Michael J. Watanabe.Entered by Magistrate Judge Michael J. Watanabe on 1/13/06. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1552 | Docket Annotation re: 1551 Order. Minute Order docketed in WRONG Case. Text only entry - no document attached. (pap, ) (Entered: 01/13/2006) |
| 01/13/2006 | 1553 | Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. (gms, ) (Entered: 01/17/2006) |
| 01/17/2006 | 1554 | APPEAL OF Special Master DECISION to District Court re 1224 Order by William Shaffstall (Document is actually entitled: Objection to the Final Order of Special Master) (Attachments: # 1 Attachments)(gms, ) (Entered: 01/18/2006) |
| 01/18/2006 | 1555 | Joint MOTION for Hearing/Conference by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 01/18/2006) |
| 01/18/2006 | 1556 | LETTER from Interested Party George Charles Knorr to Paula Griesen and David Miller re: practice of discrimination. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1557 | Mail Returned as Undeliverable re: 1349 Order on Motion for Ruling Addressed to Terry Ray Ballard. (gms, ) (Entered: 01/19/2006) |
| 01/19/2006 | 1558 | MOTION for Order for Clarification by Interested Party Clint Crews. (gms, ) (Entered: 01/20/2006) |
| 01/19/2006 | 1559 | 11th Application (MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Proposed Document) (gms, ) (Entered: 01/20/2006) |
| 01/20/2006 | 1560 | MINUTE ORDER: On or before 2/10/06, Defendants shall file a response to the Objection to Final Order of Special Master 1554 , filed by William |

| | | Shaffstall (claim #03-054) on 1/17/06, by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
|---|---|---|
| 01/20/2006 | 1561 | ORDER denying Defendant's 1212 APPEAL of the Special Master's Order dated 9/27/05 1148 . The Order stands. Signed by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
| 01/23/2006 | 1562 | MOTION for Leave to permit late filing of Objection to Final Order of Special Master. (Attachments: # 1 Proposed Document Objection)(dlb, ) (Entered: 01/24/2006) |
| 01/23/2006 | 1587 | OBJECTION TO SPECIAL MASTER'S DECISION to District Court re 1223 Order by Interested Party John Cerrone, Claim 03-077. (pap, ) (Entered: 02/01/2006) |
| 01/25/2006 | 1563 | MINUTE ORDER: Setting Status Conference re: 1555 Joint MOTION for Hearing/Conference by Plaintiff for 2/9/2006 10:45 AM before Judge Edward W. Nottingham by Judge Edward W. Nottingham on 1/25/06. (dlb, ) (Entered: 01/25/2006) |
| 01/26/2006 | 1564 | ORDER denying 1558 MOTION for Order for Clarification by Interested Party Clint Crews. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1565 | ORDER denying 1553 Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1566 | LETTER containing his claim number, address and phone number by Interested Party Hector Fernandez. (gms, ) (Entered: 01/27/2006) |
| 01/26/2006 | 1579 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/27/2006 | 1567 | OBJECTIONS to 1614 Recommended Award of Attorney Fees and Costs by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Matt McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 attorneys fees request# 2 attorneys fees request# 3 # 4 # 5 # 6 # 7 # 8 # 9)(McCann, Elizabeth) (Modified on 2/8/2006 to link to 1614 Recommendation ) (pap2, ). (Entered: 01/27/2006) |
| 01/27/2006 | 1569 | MOTION For Extension of Time to Respond to the Final Order of the Special Master by Interested Party Jill Coit. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1568 | MINUTE ORDER Plaintiffs shall respond on or before 2/6/06 re: 1567 |

| | | |
|---|---|---|
| | | Shaffstall (claim #03-054) on 1/17/06, by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
| 01/20/2006 | 1561 | ORDER denying Defendant's 1212 APPEAL of the Special Master's Order dated 9/27/05 1148 . The Order stands. Signed by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
| 01/23/2006 | 1562 | MOTION for Leave to permit late filing of Objection to Final Order of Special Master. (Attachments: # 1 Proposed Document Objection)(dlb, ) (Entered: 01/24/2006) |
| 01/23/2006 | 1587 | OBJECTION TO SPECIAL MASTER'S DECISION to District Court re 1223 Order by Interested Party John Cerrone, Claim 03-077. (pap, ) (Entered: 02/01/2006) |
| 01/25/2006 | 1563 | MINUTE ORDER: Setting Status Conference re: 1555 Joint MOTION for Hearing/Conference by Plaintiff for 2/9/2006 10:45 AM before Judge Edward W. Nottingham by Judge Edward W. Nottingham on 1/25/06. (dlb, ) (Entered: 01/25/2006) |
| 01/26/2006 | 1564 | ORDER denying 1558 MOTION for Order for Clarification by Interested Party Clint Crews. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1565 | ORDER denying 1553 Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1566 | LETTER containing his claim number, address and phone number by Interested Party Hector Fernandez. (gms, ) (Entered: 01/27/2006) |
| 01/26/2006 | 1579 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/27/2006 | 1567 | OBJECTIONS to 1614 Recommended Award of Attorney Fees and Costs by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 attorneys fees request# 2 attorneys fees request# 3 # 4 # 5 # 6 # 7 # 8 # 9)(McCann, Elizabeth) (Modified on 2/8/2006 to link to 1614 Recommendation ) (pap2, ). (Entered: 01/27/2006) |
| 01/27/2006 | 1569 | MOTION For Extension of Time to Respond to the Final Order of the Special Master by Interested Party Jill Coit. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1568 | MINUTE ORDER Plaintiffs shall respond on or before 2/6/06 re: 1567 |

| | | Shaffstall (claim #03-054) on 1/17/06, by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
|---|---|---|
| 01/20/2006 | 1561 | ORDER denying Defendant's 1212 APPEAL of the Special Master's Order dated 9/27/05 1148 . The Order stands. Signed by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
| 01/23/2006 | 1562 | MOTION for Leave to permit late filing of Objection to Final Order of Special Master. (Attachments: # 1 Proposed Document Objection)(dlb, ) (Entered: 01/24/2006) |
| 01/23/2006 | 1587 | OBJECTION TO SPECIAL MASTER'S DECISION to District Court re 1223 Order by Interested Party John Cerrone, Claim 03-077. (pap, ) (Entered: 02/01/2006) |
| 01/25/2006 | 1563 | MINUTE ORDER: Setting Status Conference re: 1555 Joint MOTION for Hearing/Conference by Plaintiff for 2/9/2006 10:45 AM before Judge Edward W. Nottingham by Judge Edward W. Nottingham on 1/25/06. (dlb, ) (Entered: 01/25/2006) |
| 01/26/2006 | 1564 | ORDER denying 1558 MOTION for Order for Clarification by Interested Party Clint Crews. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1565 | ORDER denying 1553 Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1566 | LETTER containing his claim number, address and phone number by Interested Party Hector Fernandez. (gms, ) (Entered: 01/27/2006) |
| 01/26/2006 | 1579 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/27/2006 | 1567 | OBJECTIONS to 1614 Recommended Award of Attorney Fees and Costs by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Matt McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 attorneys fees request# 2 attorneys fees request# 3 # 4 # 5 # 6 # 7 # 8 # 9)(McCann, Elizabeth) (Modified on 2/8/2006 to link to 1614 Recommendation ) (pap2, ). (Entered: 01/27/2006) |
| 01/27/2006 | 1569 | MOTION For Extension of Time to Respond to the Final Order of the Special Master by Interested Party Jill Coit. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1568 | MINUTE ORDER Plaintiffs shall respond on or before 2/6/06 re: 1567 |

| | | Shaffstall (claim #03-054) on 1/17/06, by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
|---|---|---|
| 01/20/2006 | 1561 | ORDER denying Defendant's 1212 APPEAL of the Special Master's Order dated 9/27/05 1148 . The Order stands. Signed by Judge John L. Kane on 1/20/06. (lam, ) (Entered: 01/20/2006) |
| 01/23/2006 | 1562 | MOTION for Leave to permit late filing of Objection to Final Order of Special Master. (Attachments: # 1 Proposed Document Objection)(dlb, ) (Entered: 01/24/2006) |
| 01/23/2006 | 1587 | OBJECTION TO SPECIAL MASTER'S DECISION to District Court re 1223 Order by Interested Party John Cerrone, Claim 03-077. (pap, ) (Entered: 02/01/2006) |
| 01/25/2006 | 1563 | MINUTE ORDER: Setting Status Conference re: 1555 Joint MOTION for Hearing/Conference by Plaintiff for 2/9/2006 10:45 AM before Judge Edward W. Nottingham by Judge Edward W. Nottingham on 1/25/06. (dlb, ) (Entered: 01/25/2006) |
| 01/26/2006 | 1564 | ORDER denying 1558 MOTION for Order for Clarification by Interested Party Clint Crews. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1565 | ORDER denying 1553 Letter ( MOTION) for Order to Reinstate his Original Claim by Interested Party Timothy Wayne Moses. Signed by Judge Edward W. Nottingham on 1/26/06. (dlb, ) (Entered: 01/26/2006) |
| 01/26/2006 | 1566 | LETTER containing his claim number, address and phone number by Interested Party Hector Fernandez. (gms, ) (Entered: 01/27/2006) |
| 01/26/2006 | 1579 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/27/2006 | 1567 | OBJECTIONS to 1614 Recommended Award of Attorney Fees and Costs by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 attorneys fees request# 2 attorneys fees request# 3 # 4 # 5 # 6 # 7 # 8 # 9)(McCann, Elizabeth) (Modified on 2/8/2006 to link to 1614 Recommendation ) (pap2, ). (Entered: 01/27/2006) |
| 01/27/2006 | 1569 | MOTION For Extension of Time to Respond to the Final Order of the Special Master by Interested Party Jill Coit. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1568 | MINUTE ORDER Plaintiffs shall respond on or before 2/6/06 re: 1567 |

| | | Defendants' Objection to Special Master's Recommended Award of Attorney Fees and Costs. Signed by Judge John L. Kane on 1/30/06. (pap, ) (Entered: 01/30/2006) |
|---|---|---|
| 01/30/2006 | 1570 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1577 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1578 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1599 | LETTER/REQUEST by Unknown Claimant to return 50 dollars. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1602 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-756 by Claimant Ronny C. Shoemake. Attached to Order is record of claim 02-756. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-016 by Claimant Patrick Murray. Attached to Order is record of claim 03-016. Signed by Special Master Richard M. Borchers on 1/26/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1604 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 01-054 by Claimant Brandy Canale. Attached to Order is record of claim 01-054. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1605 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 01-065 by Claimant Janice Torrez. Attached to Order is record of claim 01-065. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1606 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-040 by Claimant Russell Larson. Attached to Order is record of claim 02-040. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1607 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-126 by Claimant Pete G. Maestas. Attached to Order is record of claim 02-126. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-178 by Claimant Kenneth D. Johnson. Order attached to record of claim 02-178. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1619 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-124 by |

| | | Defendants' Objection to Special Master's Recommended Award of Attorney Fees and Costs. Signed by Judge John L. Kane on 1/30/06. (pap, ) (Entered: 01/30/2006) |
| --- | --- | --- |
| 01/30/2006 | 1570 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1577 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1578 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1599 | LETTER/REQUEST by Unknown Claimant to return 50 dollars. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1602 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-756 by Claimant Ronny C. Shoemake. Attached to Order is record of claim 02-756. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-016 by Claimant Patrick Murray. Attached to Order is record of claim 03-016. Signed by Special Master Richard M. Borchers on 1/26/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1604 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 01-054 by Claimant Brandy Canale. Attached to Order is record of claim 01-054. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1605 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 01-065 by Claimant Janice Torrez. Attached to Order is record of claim 01-065. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1606 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-040 by Claimant Russell Larson. Attached to Order is record of claim 02-040. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1607 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-126 by Claimant Pete G. Maestas. Attached to Order is record of claim 02-126. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-178 by Claimant Kenneth D. Johnson. Order attached to record of claim 02-178. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1619 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-124 by |

| | | Defendants' Objection to Special Master's Recommended Award of Attorney Fees and Costs. Signed by Judge John L. Kane on 1/30/06. (pap, ) (Entered: 01/30/2006) |
|---|---|---|
| 01/30/2006 | 1570 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1577 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1578 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1599 | LETTER/REQUEST by Unknown Claimant to return 50 dollars. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1602 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-756 by Claimant Ronny C. Shoemake. Attached to Order is record of claim 02-756. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-016 by Claimant Patrick Murray. Attached to Order is record of claim 03-016. Signed by Special Master Richard M. Borchers on 1/26/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1604 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 01-054 by Claimant Brandy Canale. Attached to Order is record of claim 01-054. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1605 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 01-065 by Claimant Janice Torrez. Attached to Order is record of claim 01-065. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1606 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-040 by Claimant Russell Larson. Attached to Order is record of claim 02-040. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1607 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-126 by Claimant Pete G. Maestas. Attached to Order is record of claim 02-126. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-178 by Claimant Kenneth D. Johnson. Order attached to record of claim 02-178. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1619 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-124 by |

| | | |
|---|---|---|
| | | Defendants' Objection to Special Master's Recommended Award of Attorney Fees and Costs. Signed by Judge John L. Kane on 1/30/06. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1570 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/30/2006) |
| 01/30/2006 | 1577 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1578 | Mail Returned as Undeliverable re: 1560 Order, 1561 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/30/2006 | 1599 | LETTER/REQUEST by Unknown Claimant to return 50 dollars. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1602 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-756 by Claimant Ronny C. Shoemake. Attached to Order is record of claim 02-756. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-016 by Claimant Patrick Murray. Attached to Order is record of claim 03-016. Signed by Special Master Richard M. Borchers on 1/26/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1604 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 01-054 by Claimant Brandy Canale. Attached to Order is record of claim 01-054. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1605 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 01-065 by Claimant Janice Torrez. Attached to Order is record of claim 01-065. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1606 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-040 by Claimant Russell Larson. Attached to Order is record of claim 02-040. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1607 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-126 by Claimant Pete G. Maestas. Attached to Order is record of claim 02-126. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/06/2006) |
| 01/30/2006 | 1618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-178 by Claimant Kenneth D. Johnson. Order attached to record of claim 02-178. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1619 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-124 by |

| | | Claimant Donald Hunt. Order attached to record of claim 02-124. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1620 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-145 by Claimant Edwin Barnes. Order attached to record of claim 01-145. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1621 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-067 by Claimant Joseph Archibeque. Order attached to record for claim 03-067. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1622 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-039 by Claimant Kevin Stuck. Claimant is awarded damages in the amount of $750.00. Order attached to record for claim 03-039. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1623 | ORDER of Dismissal of Special Master Dismissing Claim X-141 by Claimant Reginald Brown. Order attached to record for claim X-141. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1624 | ORDER of Dismissal of Special Master Dismissing Claim X-136 by Claimant Anthony Garza. Order attached to record for claim X-136. Signed by Special Master Richard M. Borchers on 1/30/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1625 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-062 by Claimant Joseph Martinez. Order attached to record for claim 03-062. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/31/2006 | 1574 | NOTICE of Entry of Appearance by Jennifer Allison Berman on behalf of all defendants (Berman, Jennifer) (Entered: 01/31/2006) |
| 01/31/2006 | 1575 | MINUTE ORDER granting 1562 Claimant John Cerrone's Motion to Permit Late Filing of Objection to Final Order of Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1576 | MINUTE ORDER granting 1569 Claimant Jill Coit's Motion for Extension of Time to Respond to the Final Order of the Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1580 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1582 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1583 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| | | |

| | | Claimant Donald Hunt. Order attached to record of claim 02-124. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
|---|---|---|
| 01/30/2006 | 1620 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-145 by Claimant Edwin Barnes. Order attached to record of claim 01-145. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1621 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-067 by Claimant Joseph Archibeque. Order attached to record for claim 03-067. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1622 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-039 by Claimant Kevin Stuck. Claimant is awarded damages in the amount of $750.00. Order attached to record for claim 03-039. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1623 | ORDER of Dismissal of Special Master Dismissing Claim X-141 by Claimant Reginald Brown. Order attached to record for claim X-141. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1624 | ORDER of Dismissal of Special Master Dismissing Claim X-136 by Claimant Anthony Garza. Order attached to record for claim X-136. Signed by Special Master Richard M. Borchers on 1/30/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1625 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-062 by Claimant Joseph Martinez. Order attached to record for claim 03-062. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/31/2006 | 1574 | NOTICE of Entry of Appearance by Jennifer Allison Berman on behalf of all defendants (Berman, Jennifer) (Entered: 01/31/2006) |
| 01/31/2006 | 1575 | MINUTE ORDER granting 1562 Claimant John Cerrone's Motion to Permit Late Filing of Objection to Final Order of Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1576 | MINUTE ORDER granting 1569 Claimant Jill Coit's Motion for Extension of Time to Respond to the Final Order of the Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1580 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1582 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1583 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| | | |

| | | Claimant Donald Hunt. Order attached to record of claim 02-124. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
|---|---|---|
| 01/30/2006 | 1620 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-145 by Claimant Edwin Barnes. Order attached to record of claim 01-145. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1621 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-067 by Claimant Joseph Archibeque. Order attached to record for claim 03-067. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1622 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-039 by Claimant Kevin Stuck. Claimant is awarded damages in the amount of $750.00. Order attached to record for claim 03-039. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1623 | ORDER of Dismissal of Special Master Dismissing Claim X-141 by Claimant Reginald Brown. Order attached to record for claim X-141. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1624 | ORDER of Dismissal of Special Master Dismissing Claim X-136 by Claimant Anthony Garza. Order attached to record for claim X-136. Signed by Special Master Richard M. Borchers on 1/30/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1625 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-062 by Claimant Joseph Martinez. Order attached to record for claim 03-062. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/31/2006 | 1574 | NOTICE of Entry of Appearance by Jennifer Allison Berman on behalf of all defendants (Berman, Jennifer) (Entered: 01/31/2006) |
| 01/31/2006 | 1575 | MINUTE ORDER granting 1562 Claimant John Cerrone's Motion to Permit Late Filing of Objection to Final Order of Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1576 | MINUTE ORDER granting 1569 Claimant Jill Coit's Motion for Extension of Time to Respond to the Final Order of the Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1580 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1582 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1583 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| | | |

| | | Claimant Donald Hunt. Order attached to record of claim 02-124. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
|---|---|---|
| 01/30/2006 | 1620 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-145 by Claimant Edwin Barnes. Order attached to record of claim 01-145. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1621 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-067 by Claimant Joseph Archibeque. Order attached to record for claim 03-067. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1622 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-039 by Claimant Kevin Stuck. Claimant is awarded damages in the amount of $750.00. Order attached to record for claim 03-039. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1623 | ORDER of Dismissal of Special Master Dismissing Claim X-141 by Claimant Reginald Brown. Order attached to record for claim X-141. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1624 | ORDER of Dismissal of Special Master Dismissing Claim X-136 by Claimant Anthony Garza. Order attached to record for claim X-136. Signed by Special Master Richard M. Borchers on 1/30/06. (pap, ) (Entered: 02/08/2006) |
| 01/30/2006 | 1625 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-062 by Claimant Joseph Martinez. Order attached to record for claim 03-062. Signed by Special Master Richard M. Borchers on 1/25/06. (pap, ) (Entered: 02/08/2006) |
| 01/31/2006 | 1574 | NOTICE of Entry of Appearance by Jennifer Allison Berman on behalf of all defendants (Berman, Jennifer) (Entered: 01/31/2006) |
| 01/31/2006 | 1575 | MINUTE ORDER granting 1562 Claimant John Cerrone's Motion to Permit Late Filing of Objection to Final Order of Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1576 | MINUTE ORDER granting 1569 Claimant Jill Coit's Motion for Extension of Time to Respond to the Final Order of the Special Master. Entered by Judge John L. Kane on 1/31/06. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1580 | Mail Returned as Undeliverable re: 1249 Order on Motion to Compel Addressed to Terry Ray Ballard. (pap, ) (Entered: 01/31/2006) |
| 01/31/2006 | 1582 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1583 | NOTICE of Change of Address by H. Earl Moyer (Moyer, H.) (Entered: 01/31/2006) |
| | | |

| 01/31/2006 | 1584 | MOTION to Continue *Hearing Scheduled for February 7, 2006* by Interested Party Alvin G. Jones. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1585 | MOTION to Continue *Hearing Scheduled for February 27, 2006* by Interested Party John E. Mossman, Sr. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1588 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Kerry Gallegos. (pap, ) (Entered: 02/01/2006) |
| 01/31/2006 | 1589 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1586 | Docket Annotation re: 1585 MOTION to Continue Hearing Scheduled for February 27, 2006, 1584 MOTION to Continue Hearing Scheduled for February 7, 2006. Motions are terminated as hearings are set before the special master and will not be considered by this court. Text only entry - no document attached. (pap2, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1592 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1593 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1594 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1595 | ORDER granting 1559 Special Masters' Eleventh Application for Payment of Fees and Costs . Signed by Judge John L. Kane on 2/2/06. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1601 | RESPONSE to 1567 Objections, by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1596 | Mail Returned as Undeliverable re: 1568 Order Addressed to Unknown (name covered by return lable). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1597 | Mail Returned as Undeliverable re: 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Unknown (name covered for return). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1598 | MOTION to Clarify why Claim 03-184 was closed by Unknown Party (signature unreadable) (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1600 | OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 by Interested Party Shawn M. Winkler. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1608 | RESPONSE to 1567 Objection Special Master Recommended Award of Attorneys Fees and Cost by Minute Order dated January 30, 2006 filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, |

| 01/31/2006 | 1584 | MOTION to Continue *Hearing Scheduled for February 7, 2006* by Interested Party Alvin G. Jones. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1585 | MOTION to Continue *Hearing Scheduled for February 27, 2006* by Interested Party John E. Mossman, Sr. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1588 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Kerry Gallegos. (pap, ) (Entered: 02/01/2006) |
| 01/31/2006 | 1589 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1586 | Docket Annotation re: 1585 MOTION to Continue Hearing Scheduled for February 27, 2006, 1584 MOTION to Continue Hearing Scheduled for February 7, 2006. Motions are terminated as hearings are set before the special master and will not be considered by this court. Text only entry - no document attached. (pap2, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1592 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1593 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1594 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1595 | ORDER granting 1559 Special Masters' Eleventh Application for Payment of Fees and Costs . Signed by Judge John L. Kane on 2/2/06. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1601 | RESPONSE to 1567 Objections, by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1596 | Mail Returned as Undeliverable re: 1568 Order Addressed to Unknown (name covered by return lable). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1597 | Mail Returned as Undeliverable re: 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Unknown (name covered for return). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1598 | MOTION to Clarify why Claim 03-184 was closed by Unknown Party (signature unreadable) (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1600 | OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 by Interested Party Shawn M. Winkler. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1608 | RESPONSE to 1567 Objection Special Master Recommended Award of Attorneys Fees and Cost by Minute Order dated January 30, 2006 filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, |

| 01/31/2006 | 1584 | MOTION to Continue *Hearing Scheduled for February 7, 2006* by Interested Party Alvin G. Jones. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1585 | MOTION to Continue *Hearing Scheduled for February 27, 2006* by Interested Party John E. Mossman, Sr. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1588 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Kerry Gallegos. (pap, ) (Entered: 02/01/2006) |
| 01/31/2006 | 1589 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1586 | Docket Annotation re: 1585 MOTION to Continue Hearing Scheduled for February 27, 2006, 1584 MOTION to Continue Hearing Scheduled for February 7, 2006. Motions are terminated as hearings are set before the special master and will not be considered by this court. Text only entry - no document attached. (pap2, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1592 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1593 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1594 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1595 | ORDER granting 1559 Special Masters' Eleventh Application for Payment of Fees and Costs . Signed by Judge John L. Kane on 2/2/06. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1601 | RESPONSE to 1567 Objections, by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1596 | Mail Returned as Undeliverable re: 1568 Order Addressed to Unknown (name covered by return lable). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1597 | Mail Returned as Undeliverable re: 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Unknown (name covered for return). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1598 | MOTION to Clarify why Claim 03-184 was closed by Unknown Party (signature unreadable) (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1600 | OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 by Interested Party Shawn M. Winkler. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1608 | RESPONSE to 1567 Objection Special Master Recommended Award of Attorneys Fees and Cost by Minute Order dated January 30, 2006 filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, |

| 01/31/2006 | 1584 | MOTION to Continue *Hearing Scheduled for February 7, 2006* by Interested Party Alvin G. Jones. (Moyer, H.) (Entered: 01/31/2006) |
|---|---|---|
| 01/31/2006 | 1585 | MOTION to Continue *Hearing Scheduled for February 27, 2006* by Interested Party John E. Mossman, Sr. (Moyer, H.) (Entered: 01/31/2006) |
| 01/31/2006 | 1588 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Kerry Gallegos. (pap, ) (Entered: 02/01/2006) |
| 01/31/2006 | 1589 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1586 | Docket Annotation re: 1585 MOTION to Continue Hearing Scheduled for February 27, 2006, 1584 MOTION to Continue Hearing Scheduled for February 7, 2006. Motions are terminated as hearings are set before the special master and will not be considered by this court. Text only entry - no document attached. (pap2, ) (Entered: 02/01/2006) |
| 02/01/2006 | 1592 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1593 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/01/2006 | 1594 | Mail Returned as Undeliverable re: 1565 Order on Motion for Order, 1564 Order on Motion for Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1595 | ORDER granting 1559 Special Masters' Eleventh Application for Payment of Fees and Costs . Signed by Judge John L. Kane on 2/2/06. (pap, ) (Entered: 02/03/2006) |
| 02/03/2006 | 1601 | RESPONSE to 1567 Objections, by Interested Party Reggie Neil Keyes, Claim 02-768. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1596 | Mail Returned as Undeliverable re: 1568 Order Addressed to Unknown (name covered by return lable). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1597 | Mail Returned as Undeliverable re: 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Unknown (name covered for return). (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1598 | MOTION to Clarify why Claim 03-184 was closed by Unknown Party (signature unreadable) (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1600 | OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 by Interested Party Shawn M. Winkler. (pap, ) (Entered: 02/06/2006) |
| 02/06/2006 | 1608 | RESPONSE to 1567 Objection Special Master Recommended Award of Attorneys Fees and Cost by Minute Order dated January 30, 2006 filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, |

| | | John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6a# 7 Exhibit 6b# 8Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11)(Greisen, Paula) (Modified on 2/7/2006 to Modify Linkage)(pap2, ). (Entered: 02/06/2006) |
|---|---|---|
| 02/06/2006 | 1611 | WITHDRAWN - THIRD REPORT AND RECOMMENDATIONS of Special Master to Judge Edward W. Nottingham and Judge John L. Kane . Signed by Special Master Richard M. Borchers on 2/6/06. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/07/2006) |
| 02/06/2006 | 1612 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1609 | Docket Annotation re: 1608 Response to Objection to Recommendation, Entry modified to correct linkage to 1567 Objection. Text only entry - no document attached. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1610 | ORDER denying 1598 Unknown Party's Motion to Clarify Order of Special Master. Signed by Judge Edward W. Nottingham on 2/7/06. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1613 | Mail Returned as Undeliverable re: 1568 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/07/2006) |
| 02/08/2006 | 1615 | MINUTE ORDER striking as unnecessary and improper 1600 Shawn Winkler's OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 . Entered by Judge John L. Kane on 2/8/06. (pap, ) (Modified on 2/8/2006 to correct judge entering order)(pap, ). (Entered: 02/08/2006) |
| 02/08/2006 | 1616 | Docket Annotation re: 1615 Minute Order on Motion for Extension of Time, Docket entry was corrected to reflect the correct judge, Judge John L. Kane entered the order. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1617 | Docket Annotation re: 1567 Objection has been modified to linked to 1614 RECOMMENDED Award of Attorney Fees and Costs of Special Master. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1627 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1630 | Mail Returned as Undeliverable re: 1568 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1632 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order, 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/10/2006) |

| | | John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6a# 7 Exhibit 6b# 8Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11)(Greisen, Paula) (Modified on 2/7/2006 to Modify Linkage)(pap2, ). (Entered: 02/06/2006) |
|---|---|---|
| 02/06/2006 | 1611 | WITHDRAWN - THIRD REPORT AND RECOMMENDATIONS of Special Master to Judge Edward W. Nottingham and Judge John L. Kane . Signed by Special Master Richard M. Borchers on 2/6/06. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/07/2006) |
| 02/06/2006 | 1612 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1609 | Docket Annotation re: 1608 Response to Objection to Recommendation, Entry modified to correct linkage to 1567 Objection. Text only entry - no document attached. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1610 | ORDER denying 1598 Unknown Party's Motion to Clarify Order of Special Master. Signed by Judge Edward W. Nottingham on 2/7/06. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1613 | Mail Returned as Undeliverable re: 1568 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/07/2006) |
| 02/08/2006 | 1615 | MINUTE ORDER striking as unnecessary and improper 1600 Shawn Winkler's OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 . Entered by Judge John L. Kane on 2/8/06. (pap, ) (Modified on 2/8/2006 to correct judge entering order)(pap, ). (Entered: 02/08/2006) |
| 02/08/2006 | 1616 | Docket Annotation re: 1615 Minute Order on Motion for Extension of Time, Docket entry was corrected to reflect the correct judge, Judge John L. Kane entered the order. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1617 | Docket Annotation re: 1567 Objection has been modified to linked to 1614 RECOMMENDED Award of Attorney Fees and Costs of Special Master. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1627 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1630 | Mail Returned as Undeliverable re: 1568 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1632 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order, 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/10/2006) |

| | | John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6a# 7 Exhibit 6b# 8Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11)(Greisen, Paula) (Modified on 2/7/2006 to Modify Linkage)(pap2, ). (Entered: 02/06/2006) |
|---|---|---|
| 02/06/2006 | 1611 | WITHDRAWN - THIRD REPORT AND RECOMMENDATIONS of Special Master to Judge Edward W. Nottingham and Judge John L. Kane . Signed by Special Master Richard M. Borchers on 2/6/06. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/07/2006) |
| 02/06/2006 | 1612 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1609 | Docket Annotation re: 1608 Response to Objection to Recommendation, Entry modified to correct linkage to 1567 Objection. Text only entry - no document attached. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1610 | ORDER denying 1598 Unknown Party's Motion to Clarify Order of Special Master. Signed by Judge Edward W. Nottingham on 2/7/06. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1613 | Mail Returned as Undeliverable re: 1568 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/07/2006) |
| 02/08/2006 | 1615 | MINUTE ORDER striking as unnecessary and improper 1600 Shawn Winkler's OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 . Entered by Judge John L. Kane on 2/8/06. (pap, ) (Modified on 2/8/2006 to correct judge entering order)(pap, ). (Entered: 02/08/2006) |
| 02/08/2006 | 1616 | Docket Annotation re: 1615 Minute Order on Motion for Extension of Time, Docket entry was corrected to reflect the correct judge, Judge John L. Kane entered the order. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1617 | Docket Annotation re: 1567 Objection has been modified to linked to 1614 RECOMMENDED Award of Attorney Fees and Costs of Special Master. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1627 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1630 | Mail Returned as Undeliverable re: 1568 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1632 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order, 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/10/2006) |

| | | John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6a# 7 Exhibit 6b# 8Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10# 12 Exhibit 11)(Greisen, Paula) (Modified on 2/7/2006 to Modify Linkage)(pap2, ). (Entered: 02/06/2006) |
|---|---|---|
| 02/06/2006 | 1611 | WITHDRAWN - THIRD REPORT AND RECOMMENDATIONS of Special Master to Judge Edward W. Nottingham and Judge John L. Kane . Signed by Special Master Richard M. Borchers on 2/6/06. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/07/2006) |
| 02/06/2006 | 1612 | Mail Returned as Undeliverable re: 1563 Order Setting Hearing on Motion Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1609 | Docket Annotation re: 1608 Response to Objection to Recommendation, Entry modified to correct linkage to 1567 Objection. Text only entry - no document attached. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1610 | ORDER denying 1598 Unknown Party's Motion to Clarify Order of Special Master. Signed by Judge Edward W. Nottingham on 2/7/06. (pap, ) (Entered: 02/07/2006) |
| 02/07/2006 | 1613 | Mail Returned as Undeliverable re: 1568 Order Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/07/2006) |
| 02/08/2006 | 1615 | MINUTE ORDER striking as unnecessary and improper 1600 Shawn Winkler's OBJECTION and MOTION For Extension of Time to Repond to Objection to Special Master's Recommended Award of Attorney Fees and Cost 1567 . Entered by Judge John L. Kane on 2/8/06. (pap, ) (Modified on 2/8/2006 to correct judge entering order)(pap, ). (Entered: 02/08/2006) |
| 02/08/2006 | 1616 | Docket Annotation re: 1615 Minute Order on Motion for Extension of Time, Docket entry was corrected to reflect the correct judge, Judge John L. Kane entered the order. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1617 | Docket Annotation re: 1567 Objection has been modified to linked to 1614 RECOMMENDED Award of Attorney Fees and Costs of Special Master. Text only entry - no document attached. (pap, ) (Entered: 02/08/2006) |
| 02/08/2006 | 1627 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1630 | Mail Returned as Undeliverable re: 1568 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/08/2006 | 1632 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order, 1576 Order on Motion for Extension of Time, 1575 Order on Motion for Leave Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/10/2006) |

| 02/09/2006 | 1628 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1629 | Mail Returned as Undeliverable re: 1560 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1631 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1633 | Minute Entry for proceedings held before Judge Edward W. Nottingham : Status Conference held on 2/9/2006. Granting 811 Plaintiffs' MOTION to Clarify. Anything in the joint order that contradicts Judge Kane's orderaffirming the Special Master, is hereby vacated. Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.(Court Reporter Therese Lindblom.) (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1634 | ORDER granting 811 Plaintiffs' Motion to Clarify. Pursuant to 1633 Courtroom Minutes. Entered by Judge Edward W. Nottingham on 2/9/06. Text Only Order - No Document Attached. (pap, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1626 | RESPONSE to 1554 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1224 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/10/2006) |
| 02/13/2006 | 1635 | REPLY to 1608 Response to Objection to Report and Recommendation,, *of Special Master concerning attorneys' fees and costs* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Transcript# 2 Exhibit transcript# 3 Exhibit transcript# 4 # 5 Exhibit transcript# 6 Exhibit transcript# 7 Exhibit transcript# 8 Exhibit transcript# 9 Exhibit transcript# 10 Exhibit transcript# 11 Exhibit transcript# 12 Exhibit transcript# 13 Exhibit letter from Patricia Bellock to James Quinn)(McCann, Elizabeth) (Entered: |

| 02/09/2006 | 1628 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1629 | Mail Returned as Undeliverable re: 1560 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1631 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1633 | Minute Entry for proceedings held before Judge Edward W. Nottingham : Status Conference held on 2/9/2006. Granting 811 Plaintiffs' MOTION to Clarify. Anything in the joint order that contradicts Judge Kane's orderaffirming the Special Master, is hereby vacated. Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.(Court Reporter Therese Lindblom.) (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1634 | ORDER granting 811 Plaintiffs' Motion to Clarify. Pursuant to 1633 Courtroom Minutes. Entered by Judge Edward W. Nottingham on 2/9/06. Text Only Order - No Document Attached. (pap, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1626 | RESPONSE to 1554 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1224 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/10/2006) |
| 02/13/2006 | 1635 | REPLY to 1608 Response to Objection to Report and Recommendation,, *of Special Master concerning attorneys' fees and costs* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Transcript# 2 Exhibit transcript# 3 Exhibit transcript# 4 # 5 Exhibit transcript# 6 Exhibit transcript# 7 Exhibit transcript# 8 Exhibit transcript# 9 Exhibit transcript# 10 Exhibit transcript# 11 Exhibit transcript# 12 Exhibit transcript# 13 Exhibit letter from Patricia Bellock to James Quinn)(McCann, Elizabeth) (Entered: |

| 02/09/2006 | 1628 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1629 | Mail Returned as Undeliverable re: 1560 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1631 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1633 | Minute Entry for proceedings held before Judge Edward W. Nottingham : Status Conference held on 2/9/2006. Granting 811 Plaintiffs' MOTION to Clarify. Anything in the joint order that contradicts Judge Kane's order affirming the Special Master, is hereby vacated. Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.(Court Reporter Therese Lindblom.) (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1634 | ORDER granting 811 Plaintiffs' Motion to Clarify. Pursuant to 1633 Courtroom Minutes. Entered by Judge Edward W. Nottingham on 2/9/06. Text Only Order - No Document Attached. (pap, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1626 | RESPONSE to 1554 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1224 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/10/2006) |
| 02/13/2006 | 1635 | REPLY to 1608 Response to Objection to Report and Recommendation,, *of Special Master concerning attorneys' fees and costs* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Transcript# 2 Exhibit transcript# 3 Exhibit transcript# 4 # 5 Exhibit transcript# 6 Exhibit transcript# 7 Exhibit transcript# 8 Exhibit transcript# 9 Exhibit transcript# 10 Exhibit transcript# 11 Exhibit transcript# 12 Exhibit transcript# 13 Exhibit letter from Patricia Bellock to James Quinn)(McCann, Elizabeth) (Entered: |

| 02/09/2006 | 1628 | Mail Returned as Undeliverable re: 1559 MOTION for Order to Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
|---|---|---|
| 02/09/2006 | 1629 | Mail Returned as Undeliverable re: 1560 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1631 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1633 | Minute Entry for proceedings held before Judge Edward W. Nottingham : Status Conference held on 2/9/2006. Granting 811 Plaintiffs' MOTION to Clarify. Anything in the joint order that contradicts Judge Kane's orderaffirming the Special Master, is hereby vacated. Defendant's shall continue to provide copies, even when payment of the copies may have to be decided by the court at a later date.(Court Reporter Therese Lindblom.) (pap, ) (Entered: 02/10/2006) |
| 02/09/2006 | 1634 | ORDER granting 811 Plaintiffs' Motion to Clarify. Pursuant to 1633 Courtroom Minutes. Entered by Judge Edward W. Nottingham on 2/9/06. Text Only Order - No Document Attached. (pap, ) (Entered: 02/10/2006) |
| 02/10/2006 | 1626 | RESPONSE to 1554 APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1224 Order by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/10/2006) |
| 02/13/2006 | 1635 | REPLY to 1608 Response to Objection to Report and Recommendation,, *of Special Master concerning attorneys' fees and costs* by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit Transcript# 2 Exhibit transcript# 3 Exhibit transcript# 4 # 5 Exhibit transcript# 6 Exhibit transcript# 7 Exhibit transcript# 8 Exhibit transcript# 9 Exhibit transcript# 10 Exhibit transcript# 11 Exhibit transcript# 12 Exhibit transcript# 13 Exhibit letter from Patricia Bellock to James Quinn)(McCann, Elizabeth) (Entered: |

| | | 02/13/2006) |
|---|---|---|
| 02/13/2006 | 1637 | ANSWER (RESPONSE) to the Defendants Response of January 31, 2006. Re: Claim 02-003 by Claimant Waldo Mackey, 82262. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5a# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11)(pap, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1636 | WITHDRAWN - FOURTH REPORT AND RECOMMENDATION OF SPECIAL MASTERS to Judge Nottingham and Judge Kane . Signed by Special Master Richard M. Borchers on 2/13/06. (Attachments: # 1 Petition of Steven Walker# 2 Statement of Jose-Luis Dole# 3 Letter/Statement of J. Rudnick)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/14/2006) |
| 02/14/2006 | 1638 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Reggie Neil Keyes. (pap, ) (Entered: 02/15/2006) |
| 02/14/2006 | 1639 | LETTER requesting return of Record for Claim 02-707 re: 1410 Order by Special Master Richard M. Borchers. Record for Claim 02-707 returned to Special Master. (pap, ) (Entered: 02/15/2006) |
| 02/15/2006 | 1640 | AFFIDAVIT of Darryl Martin in support of Class Action Claim. (pap, ) (Entered: 02/21/2006) |
| 02/15/2006 | 1641 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS of Special Master. Attached to Recommendation is record for the Recommended Award of Attorney Fees and Costs . Signed by Special Master Robbie M. Barr on 12/29/06. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1642 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1643 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1644 | Mail Returned as Undeliverable re: 1575 Order on Motion for Leave Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1645 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1646 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/17/2006 | 1647 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/21/2006) |
| 02/21/2006 | 1649 | REPLY Brief and Motion for Discovery by Interested Part Cornelius Tyrone Williams re: Claim 03-168. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1650 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/22/2006) |

| | | 02/13/2006) |
|---|---|---|
| 02/13/2006 | 1637 | ANSWER (RESPONSE) to the Defendants Response of January 31, 2006. Re: Claim 02-003 by Claimant Waldo Mackey, 82262. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5a# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11)(pap, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1636 | WITHDRAWN - FOURTH REPORT AND RECOMMENDATION OF SPECIAL MASTERS to Judge Nottingham and Judge Kane . Signed by Special Master Richard M. Borchers on 2/13/06. (Attachments: # 1 Petition of Steven Walker# 2 Statement of Jose-Luis Dole# 3 Letter/Statement of J. Rudnick)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/14/2006) |
| 02/14/2006 | 1638 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Reggie Neil Keyes. (pap, ) (Entered: 02/15/2006) |
| 02/14/2006 | 1639 | LETTER requesting return of Record for Claim 02-707 re: 1410 Order by Special Master Richard M. Borchers. Record for Claim 02-707 returned to Special Master. (pap, ) (Entered: 02/15/2006) |
| 02/15/2006 | 1640 | AFFIDAVIT of Darryl Martin in support of Class Action Claim. (pap, ) (Entered: 02/21/2006) |
| 02/15/2006 | 1641 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS of Special Master. Attached to Recommendation is record for the Recommended Award of Attorney Fees and Costs . Signed by Special Master Robbie M. Barr on 12/29/06. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1642 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1643 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1644 | Mail Returned as Undeliverable re: 1575 Order on Motion for Leave Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1645 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1646 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/17/2006 | 1647 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/21/2006) |
| 02/21/2006 | 1649 | REPLY Brief and Motion for Discovery by Interested Part Cornelius Tyrone Williams re: Claim 03-168. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1650 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/22/2006) |

| | | |
|---|---|---|
| | | 02/13/2006) |
| 02/13/2006 | 1637 | ANSWER (RESPONSE) to the Defendants Response of January 31, 2006. Re: Claim 02-003 by Claimant Waldo Mackey, 82262. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5a# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11)(pap, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1636 | WITHDRAWN - FOURTH REPORT AND RECOMMENDATION OF SPECIAL MASTERS to Judge Nottingham and Judge Kane . Signed by Special Master Richard M. Borchers on 2/13/06. (Attachments: # 1 Petition of Steven Walker# 2 Statement of Jose-Luis Dole# 3 Letter/Statement of J. Rudnick)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/14/2006) |
| 02/14/2006 | 1638 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Reggie Neil Keyes. (pap, ) (Entered: 02/15/2006) |
| 02/14/2006 | 1639 | LETTER requesting return of Record for Claim 02-707 re: 1410 Order by Special Master Richard M. Borchers. Record for Claim 02-707 returned to Special Master. (pap, ) (Entered: 02/15/2006) |
| 02/15/2006 | 1640 | AFFIDAVIT of Darryl Martin in support of Class Action Claim. (pap, ) (Entered: 02/21/2006) |
| 02/15/2006 | 1641 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS of Special Master. Attached to Recommendation is record for the Recommended Award of Attorney Fees and Costs . Signed by Special Master Robbie M. Barr on 12/29/06. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1642 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1643 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1644 | Mail Returned as Undeliverable re: 1575 Order on Motion for Leave Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1645 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1646 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/17/2006 | 1647 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/21/2006) |
| 02/21/2006 | 1649 | REPLY Brief and Motion for Discovery by Interested Part Cornelius Tyrone Williams re: Claim 03-168. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1650 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/22/2006) |

| | | 02/13/2006) |
|---|---|---|
| 02/13/2006 | 1637 | ANSWER (RESPONSE) to the Defendants Response of January 31, 2006. Re: Claim 02-003 by Claimant Waldo Mackey, 82262. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit A# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 5a# 8 Exhibit 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11)(pap, ) (Entered: 02/14/2006) |
| 02/14/2006 | 1636 | WITHDRAWN - FOURTH REPORT AND RECOMMENDATION OF SPECIAL MASTERS to Judge Nottingham and Judge Kane . Signed by Special Master Richard M. Borchers on 2/13/06. (Attachments: # 1 Petition of Steven Walker# 2 Statement of Jose-Luis Dole# 3 Letter/Statement of J. Rudnick)(pap, ) Modified on 9/18/2009 to add text word Withdrawn pursuant to Order dated 09/18/2009 (wjc, ). (Entered: 02/14/2006) |
| 02/14/2006 | 1638 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Reggie Neil Keyes. (pap, ) (Entered: 02/15/2006) |
| 02/14/2006 | 1639 | LETTER requesting return of Record for Claim 02-707 re: 1410 Order by Special Master Richard M. Borchers. Record for Claim 02-707 returned to Special Master. (pap, ) (Entered: 02/15/2006) |
| 02/15/2006 | 1640 | AFFIDAVIT of Darryl Martin in support of Class Action Claim. (pap, ) (Entered: 02/21/2006) |
| 02/15/2006 | 1641 | RECOMMENDED AWARD OF ATTORNEY FEES AND COSTS of Special Master. Attached to Recommendation is record for the Recommended Award of Attorney Fees and Costs . Signed by Special Master Robbie M. Barr on 12/29/06. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1642 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1643 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1644 | Mail Returned as Undeliverable re: 1575 Order on Motion for Leave Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1645 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/16/2006 | 1646 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kerry Gallegos. (pap, ) (Entered: 02/21/2006) |
| 02/17/2006 | 1647 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/21/2006) |
| 02/21/2006 | 1649 | REPLY Brief and Motion for Discovery by Interested Part Cornelius Tyrone Williams re: Claim 03-168. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1650 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Terry Ray Ballard. (pap, ) (Entered: 02/22/2006) |

| 02/21/2006 | [1651](#) | Mail Returned as Undeliverable re: [1610](#) Order on Motion to Clarify Addressed to Kerry Gallegos. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | [1652](#) | Mail Returned as Undeliverable re: [1633](#) Status Conference, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/22/2006) |
| 02/22/2006 | [1648](#) | RESPONSE to [1562](#) MOTION for Leave to by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Waldo Mackey, Darryl Martin, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # [1](#) Exhibit A) (Dance, Jess) (Entered: 02/22/2006) |
| 02/23/2006 | [1653](#) | OBJECTION to [1587](#) Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # [1](#) Exhibit A)(Dance, Jess) (Entered: 02/23/2006) |
| 02/23/2006 | [1654](#) | ORDER Granting in Part [1649](#) Cornelius Tyrone Williams' Reply and Motion for Discovery. Defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials. Signed by Judge Edward W. Nottingham on 2/22/06. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | [1655](#) | Mail Returned as Undeliverable re: [1595](#) Order on Motion for Order Addressed to Hector Fernandez. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | [1656](#) | Mail Returned as Undeliverable re: [1610](#) Order on Motion to Clarify, [1633](#) Status Conference, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/23/2006) |
| 02/27/2006 | [1657](#) | MINUTE ORDER Overruling [1587](#) John Cerrone's APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-077 by Claimant John Cerrone . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | [1658](#) | MINUTE ORDER Overruling [1554](#) William Shaffstall's OBJECTION TO SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-054 by Claimant William Shaffstall . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | [1659](#) | Mail Returned as Undeliverable re: [1610](#) Order on Motion to Clarify, [1633](#) Status Conference, Addressed to Hector Fernandez. (pap, ) (Entered: 02/28/2006) |
| 02/28/2006 | [1660](#) | Mail Returned as Undeliverable re: [1615](#) Order on Motion for Extension of Time, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/28/2006) |

| 02/21/2006 | 1651 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Kerry Gallegos. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1652 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/22/2006) |
| 02/22/2006 | 1648 | RESPONSE to 1562 MOTION for Leave to by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Waldo Mackey, Darryl Martin, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A) (Dance, Jess) (Entered: 02/22/2006) |
| 02/23/2006 | 1653 | OBJECTION to 1587 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/23/2006) |
| 02/23/2006 | 1654 | ORDER Granting in Part 1649 Cornelius Tyrone Williams' Reply and Motion for Discovery. Defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials. Signed by Judge Edward W. Nottingham on 2/22/06. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1655 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Hector Fernandez. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1656 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/23/2006) |
| 02/27/2006 | 1657 | MINUTE ORDER Overruling 1587 John Cerrone's APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-077 by Claimant John Cerrone . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1658 | MINUTE ORDER Overruling 1554 William Shaffstall's OBJECTION TO SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-054 by Claimant William Shaffstall . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1659 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Hector Fernandez. (pap, ) (Entered: 02/28/2006) |
| 02/28/2006 | 1660 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/28/2006) |

| 02/21/2006 | 1651 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Kerry Gallegos. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1652 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/22/2006) |
| 02/22/2006 | 1648 | RESPONSE to 1562 MOTION for Leave to by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Waldo Mackey, Darryl Martin, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A) (Dance, Jess) (Entered: 02/22/2006) |
| 02/23/2006 | 1653 | OBJECTION to 1587 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/23/2006) |
| 02/23/2006 | 1654 | ORDER Granting in Part 1649 Cornelius Tyrone Williams' Reply and Motion for Discovery. Defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials. Signed by Judge Edward W. Nottingham on 2/22/06. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1655 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Hector Fernandez. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1656 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/23/2006) |
| 02/27/2006 | 1657 | MINUTE ORDER Overruling 1587 John Cerrone's APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-077 by Claimant John Cerrone . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1658 | MINUTE ORDER Overruling 1554 William Shaffstall's OBJECTION TO SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-054 by Claimant William Shaffstall . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1659 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Hector Fernandez. (pap, ) (Entered: 02/28/2006) |
| 02/28/2006 | 1660 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/28/2006) |

| | | |
|---|---|---|
| 02/21/2006 | 1651 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify Addressed to Kerry Gallegos. (pap, ) (Entered: 02/22/2006) |
| 02/21/2006 | 1652 | Mail Returned as Undeliverable re: 1633 Status Conference, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/22/2006) |
| 02/22/2006 | 1648 | RESPONSE to 1562 MOTION for Leave to by Defendants R. Corley, Jerry Kimbrel, Jim Herzog, Jerri Watson, Jim Toothaker, Larry Nutter, Lt. Wright, Jim Pryor, Bill Reed, Curtis Devin, Evelyn Fish, Elizabeth Gallegos, Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Roy Romer, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, David Paul Wolf, Alan Mount, Anthony Hernandez, Waldo Mackey, Darryl Martin, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Dolores Montoya, Lorraine Diaz, M. McDonough. (Attachments: # 1 Exhibit A) (Dance, Jess) (Entered: 02/22/2006) |
| 02/23/2006 | 1653 | OBJECTION to 1587 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 02/23/2006) |
| 02/23/2006 | 1654 | ORDER Granting in Part 1649 Cornelius Tyrone Williams' Reply and Motion for Discovery. Defendants and DOC shall forthwith make copies of claimant's medical files without requiring him to pay for such materials. Signed by Judge Edward W. Nottingham on 2/22/06. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1655 | Mail Returned as Undeliverable re: 1595 Order on Motion for Order Addressed to Hector Fernandez. (pap, ) (Entered: 02/23/2006) |
| 02/23/2006 | 1656 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Richard A. Malisheski. (pap, ) (Entered: 02/23/2006) |
| 02/27/2006 | 1657 | MINUTE ORDER Overruling 1587 John Cerrone's APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-077 by Claimant John Cerrone . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1658 | MINUTE ORDER Overruling 1554 William Shaffstall's OBJECTION TO SPECIAL MASTER'S DECISION to District Court. Re: Claim 03-054 by Claimant William Shaffstall . Entered by Judge John L. Kane on 2/24/06. (pap, ) (Entered: 02/27/2006) |
| 02/27/2006 | 1659 | Mail Returned as Undeliverable re: 1610 Order on Motion to Clarify, 1633 Status Conference, Addressed to Hector Fernandez. (pap, ) (Entered: 02/28/2006) |
| 02/28/2006 | 1660 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Tommy B. Sturges. (pap, ) (Entered: 02/28/2006) |

| 03/01/2006 | 1661 | OBJECTION to 1636 Report and Recommendations by Colorado Department of Corrections Defendants . (Dance, Jess) (Modified on 3/2/2006 to include all defendant filers) (pap, ). (Entered: 03/01/2006) |
| 03/01/2006 | 1662 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1663 | MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit by Interested Party Jill Coit. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1665 | Notice of Change of Address and STATEMENT re 663 Claim 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 03/02/2006) |
| 03/02/2006 | 1664 | RESPONSE to Defendants out of expired time motion to dismiss in an already settled suit by Interested Party Darryl Martin. (Attachments: # 1 Envelope)(pap, ) (Entered: 03/02/2006) |
| 03/03/2006 | 1667 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1668 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1674 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-238 by Claimant Juvall Thomas. Order attached to record of claim 02-238. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1675 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-159 by Claimant Wade Miller. Order is attached to record for claim 02-159. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1676 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-247 by Claimant James Palazz Jr. Order attached to record for claim 02-247. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1677 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-826 by Claimant Alan Rivera. Order attached to record of claim 02-826 . Signed by Special Master Richard M. Borchers on 3/2/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1678 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-846 by Claimant Rex T. Thompson. Order attached to record of claim 02-846. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1679 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-688 by Claimant Rob. D. Dewey, II. Order attached to record of claim 02-688. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) |

| 03/01/2006 | 1661 | OBJECTION to 1636 Report and Recommendations by Colorado Department of Corrections Defendants . (Dance, Jess) (Modified on 3/2/2006 to include all defendant filers) (pap, ). (Entered: 03/01/2006) |
| 03/01/2006 | 1662 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1663 | MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit by Interested Party Jill Coit. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1665 | Notice of Change of Address and STATEMENT re 663 Claim 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 03/02/2006) |
| 03/02/2006 | 1664 | RESPONSE to Defendants out of expired time motion to dismiss in an already settled suit by Interested Party Darryl Martin. (Attachments: # 1 Envelope)(pap, ) (Entered: 03/02/2006) |
| 03/03/2006 | 1667 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1668 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1674 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-238 by Claimant Juvall Thomas. Order attached to record of claim 02-238. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1675 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-159 by Claimant Wade Miller. Order is attached to record for claim 02-159. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1676 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-247 by Claimant James Palazz Jr. Order attached to record for claim 02-247. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1677 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-826 by Claimant Alan Rivera. Order attached to record of claim 02-826 . Signed by Special Master Richard M. Borchers on 3/2/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1678 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-846 by Claimant Rex T. Thompson. Order attached to record of claim 02-846. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1679 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-688 by Claimant Rob. D. Dewey, II. Order attached to record of claim 02-688. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) |

| 03/01/2006 | 1661 | OBJECTION to 1636 Report and Recommendations by Colorado Department of Corrections Defendants . (Dance, Jess) (Modified on 3/2/2006 to include all defendant filers) (pap, ). (Entered: 03/01/2006) |
| --- | --- | --- |
| 03/01/2006 | 1662 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1663 | MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit by Interested Party Jill Coit. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1665 | Notice of Change of Address and STATEMENT re 663 Claim 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 03/02/2006) |
| 03/02/2006 | 1664 | RESPONSE to Defendants out of expired time motion to dismiss in an already settled suit by Interested Party Darryl Martin. (Attachments: # 1 Envelope)(pap, ) (Entered: 03/02/2006) |
| 03/03/2006 | 1667 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1668 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1674 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-238 by Claimant Juvall Thomas. Order attached to record of claim 02-238. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1675 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-159 by Claimant Wade Miller. Order is attached to record for claim 02-159. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1676 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-247 by Claimant James Palazz Jr. Order attached to record for claim 02-247. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1677 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-826 by Claimant Alan Rivera. Order attached to record of claim 02-826 . Signed by Special Master Richard M. Borchers on 3/2/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1678 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-846 by Claimant Rex T. Thompson. Order attached to record of claim 02-846. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1679 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-688 by Claimant Rob. D. Dewey, II. Order attached to record of claim 02-688. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) |

| 03/01/2006 | 1661 | OBJECTION to 1636 Report and Recommendations by Colorado Department of Corrections Defendants . (Dance, Jess) (Modified on 3/2/2006 to include all defendant filers) (pap, ). (Entered: 03/01/2006) |
| 03/01/2006 | 1662 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1663 | MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit by Interested Party Jill Coit. (pap, ) (Entered: 03/01/2006) |
| 03/01/2006 | 1665 | Notice of Change of Address and STATEMENT re 663 Claim 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 03/02/2006) |
| 03/02/2006 | 1664 | RESPONSE to Defendants out of expired time motion to dismiss in an already settled suit by Interested Party Darryl Martin. (Attachments: # 1 Envelope)(pap, ) (Entered: 03/02/2006) |
| 03/03/2006 | 1667 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1668 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/07/2006) |
| 03/06/2006 | 1674 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-238 by Claimant Juvall Thomas. Order attached to record of claim 02-238. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1675 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-159 by Claimant Wade Miller. Order is attached to record for claim 02-159. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1676 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-247 by Claimant James Palazz Jr. Order attached to record for claim 02-247. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1677 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-826 by Claimant Alan Rivera. Order attached to record of claim 02-826 . Signed by Special Master Richard M. Borchers on 3/2/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1678 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-846 by Claimant Rex T. Thompson. Order attached to record of claim 02-846. Signed by Special Master Richard M. Borchers on 3/6/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1679 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-688 by Claimant Rob. D. Dewey, II. Order attached to record of claim 02-688. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) |

| | | (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1680 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-154 by Claimant Earby Moxon. Order attached to record for claim 03-154. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1681 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-363 by Claimant Francisco Cardoza. Order attached to record of claim 02-363. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1682 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-076 by Claimant James L. West. Order attached to record of claim 02-076 . Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1683 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-243 by Claimant Alvin Carrethers. Order attached to record for claim 02-243. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1684 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-158 by Claimant Thomas Douglas Smith, Jr. Order attached to record of claim X-158 . Signed by Special Master Richard M. Borchers on 2/20/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1685 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-152 by Claimant Frank Cruz. Order attached to record of claim X-152. Signed by Special Master Richard M. Borchers on 2/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1686 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-161 by Claimant Frank Cruz. Order attached to record for claim 03-161. Signed by Special Master Richard M. Borchers on 2/7/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1687 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-032 by Claimant William P. Dressler. Order attached to record for claim 03-032. Signed by Special Master Richard C. Davidson on 1/26/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1688 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-626 by Claimant Richard P. Fleenor, Jr. Order attached to record for claim 02-626. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1689 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-168 by Claimant Cleveland Flakes. Order attached to record for claim 01-168. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Claim file returned to Special Master re: 3005 Letter and Receipt, entry modified on 11/23/2007)(pap, ). (Entered: 03/08/2006) |
| 03/06/2006 | 1690 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1680 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-154 by Claimant Earby Moxon. Order attached to record for claim 03-154. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1681 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-363 by Claimant Francisco Cardoza. Order attached to record of claim 02-363. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1682 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-076 by Claimant James L. West. Order attached to record of claim 02-076 . Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1683 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-243 by Claimant Alvin Carrethers. Order attached to record for claim 02-243. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1684 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-158 by Claimant Thomas Douglas Smith, Jr. Order attached to record of claim X-158 . Signed by Special Master Richard M. Borchers on 2/20/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1685 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-152 by Claimant Frank Cruz. Order attached to record of claim X-152. Signed by Special Master Richard M. Borchers on 2/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1686 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-161 by Claimant Frank Cruz. Order attached to record for claim 03-161. Signed by Special Master Richard M. Borchers on 2/7/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1687 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-032 by Claimant William P. Dressler. Order attached to record for claim 03-032. Signed by Special Master Richard C. Davidson on 1/26/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1688 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-626 by Claimant Richard P. Fleenor, Jr. Order attached to record for claim 02-626. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1689 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-168 by Claimant Cleveland Flakes. Order attached to record for claim 01-168. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Claim file returned to Special Master re: 3005 Letter and Receipt, entry modified on 11/23/2007)(pap, ). (Entered: 03/08/2006) |
| 03/06/2006 | 1690 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1680 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-154 by Claimant Earby Moxon. Order attached to record for claim 03-154. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1681 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-363 by Claimant Francisco Cardoza. Order attached to record of claim 02-363. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1682 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-076 by Claimant James L. West. Order attached to record of claim 02-076 . Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1683 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-243 by Claimant Alvin Carrethers. Order attached to record for claim 02-243. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1684 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-158 by Claimant Thomas Douglas Smith, Jr. Order attached to record of claim X-158 . Signed by Special Master Richard M. Borchers on 2/20/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1685 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-152 by Claimant Frank Cruz. Order attached to record of claim X-152. Signed by Special Master Richard M. Borchers on 2/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1686 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-161 by Claimant Frank Cruz. Order attached to record for claim 03-161. Signed by Special Master Richard M. Borchers on 2/7/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1687 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-032 by Claimant William P. Dressler. Order attached to record for claim 03-032. Signed by Special Master Richard C. Davidson on 1/26/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1688 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-626 by Claimant Richard P. Fleenor, Jr. Order attached to record for claim 02-626. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1689 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-168 by Claimant Cleveland Flakes. Order attached to record for claim 01-168. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Claim file returned to Special Master re: 3005 Letter and Receipt, entry modified on 11/23/2007)(pap, ). (Entered: 03/08/2006) |
| 03/06/2006 | 1690 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1680 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-154 by Claimant Earby Moxon. Order attached to record for claim 03-154. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1681 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-363 by Claimant Francisco Cardoza. Order attached to record of claim 02-363. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1682 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-076 by Claimant James L. West. Order attached to record of claim 02-076 . Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1683 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-243 by Claimant Alvin Carrethers. Order attached to record for claim 02-243. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1684 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-158 by Claimant Thomas Douglas Smith, Jr. Order attached to record of claim X-158 . Signed by Special Master Richard M. Borchers on 2/20/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1685 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-152 by Claimant Frank Cruz. Order attached to record of claim X-152. Signed by Special Master Richard M. Borchers on 2/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1686 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-161 by Claimant Frank Cruz. Order attached to record for claim 03-161. Signed by Special Master Richard M. Borchers on 2/7/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1687 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-032 by Claimant William P. Dressler. Order attached to record for claim 03-032. Signed by Special Master Richard C. Davidson on 1/26/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1688 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-626 by Claimant Richard P. Fleenor, Jr. Order attached to record for claim 02-626. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1689 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-168 by Claimant Cleveland Flakes. Order attached to record for claim 01-168. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Claim file returned to Special Master re: 3005 Letter and Receipt, entry modified on 11/23/2007)(pap, ). (Entered: 03/08/2006) |
| 03/06/2006 | 1690 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01- |

| | | 066 by Claimant Alfredo Padilla Munoz. Order attached to record of claim 01-066. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1693 | ORDER OF SPECIAL MASTER Dismissing Claim 02-371 by Claimant Elizabeth Gardesani. Order attached to record for claim 02-371. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1694 | ORDER OF SPECIAL MASTER Dismissing Claim 02-394 by Claimant James L. Anderson. Order attached to record for claim 02-394. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1695 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-071 by Claimant Albert Franco (deceased). Order attached to record for claim 03-071. Signed by Special Master Richard C. Davidson on 2/22/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1696 | ORDER 1478 Order will be remailed to Claimant at present address. Signed by Special Master Richard M. Borchers on 1/12/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1697 | ORDER OF DISMISSAL OF SPECIAL MASTER re: 943 Order. Claim X-082 by Claimant Richardo Lujan will remain dismissed. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1698 | ORDER OF SPECIAL MASTER Granting Claimant's request for additional time to object to 1219 Final Order. Re: Claim 03-119 by Claimant Thomas Castro. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1699 | ORDER OF SPECIAL MASTER Directing Claimant to request copies of exhibits from the USDC CO re: 1253 Order Claim 03-129 by Claimant Jill Coit. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1700 | ORDER OF SPECIAL MASTER Claimant's right to appeal 1526 Order to Judge Kane. Attached Claimant's Letter. Re: Claim 02-713 by Claimant Lawrence R. Willis. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/07/2006 | 1666 | ORDER granting 1663 MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit . Signed by Judge Edward W. Nottingham on 3/7/06. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1669 | MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Entered: 03/07/2006) |

| | | 066 by Claimant Alfredo Padilla Munoz. Order attached to record of claim 01-066. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1693 | ORDER OF SPECIAL MASTER Dismissing Claim 02-371 by Claimant Elizabeth Gardesani. Order attached to record for claim 02-371. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1694 | ORDER OF SPECIAL MASTER Dismissing Claim 02-394 by Claimant James L. Anderson. Order attached to record for claim 02-394. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1695 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-071 by Claimant Albert Franco (deceased). Order attached to record for claim 03-071. Signed by Special Master Richard C. Davidson on 2/22/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1696 | ORDER 1478 Order will be remailed to Claimant at present address. Signed by Special Master Richard M. Borchers on 1/12/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1697 | ORDER OF DISMISSAL OF SPECIAL MASTER re: 943 Order. Claim X-082 by Claimant Richardo Lujan will remain dismissed. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1698 | ORDER OF SPECIAL MASTER Granting Claimant's request for additional time to object to 1219 Final Order. Re: Claim 03-119 by Claimant Thomas Castro. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1699 | ORDER OF SPECIAL MASTER Directing Claimant to request copies of exhibits from the USDC CO re: 1253 Order Claim 03-129 by Claimant Jill Coit. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1700 | ORDER OF SPECIAL MASTER Claimant's right to appeal 1526 Order to Judge Kane. Attached Claimant's Letter. Re: Claim 02-713 by Claimant Lawrence R. Willis. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/07/2006 | 1666 | ORDER granting 1663 MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit . Signed by Judge Edward W. Nottingham on 3/7/06. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1669 | MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Entered: 03/07/2006) |

| | | 066 by Claimant Alfredo Padilla Munoz. Order attached to record of claim 01-066. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1693 | ORDER OF SPECIAL MASTER Dismissing Claim 02-371 by Claimant Elizabeth Gardesani. Order attached to record for claim 02-371. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1694 | ORDER OF SPECIAL MASTER Dismissing Claim 02-394 by Claimant James L. Anderson. Order attached to record for claim 02-394. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1695 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-071 by Claimant Albert Franco (deceased). Order attached to record for claim 03-071. Signed by Special Master Richard C. Davidson on 2/22/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1696 | ORDER 1478 Order will be remailed to Claimant at present address. Signed by Special Master Richard M. Borchers on 1/12/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1697 | ORDER OF DISMISSAL OF SPECIAL MASTER re: 943 Order. Claim X-082 by Claimant Richardo Lujan will remain dismissed. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1698 | ORDER OF SPECIAL MASTER Granting Claimant's request for additional time to object to 1219 Final Order. Re: Claim 03-119 by Claimant Thomas Castro. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1699 | ORDER OF SPECIAL MASTER Directing Claimant to request copies of exhibits from the USDC CO re: 1253 Order Claim 03-129 by Claimant Jill Coit. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1700 | ORDER OF SPECIAL MASTER Claimant's right to appeal 1526 Order to Judge Kane. Attached Claimant's Letter. Re: Claim 02-713 by Claimant Lawrence R. Willis. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/07/2006 | 1666 | ORDER granting 1663 MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit . Signed by Judge Edward W. Nottingham on 3/7/06. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1669 | MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Entered: 03/07/2006) |

| | | 066 by Claimant Alfredo Padilla Munoz. Order attached to record of claim 01-066. Signed by Special Master Richard M. Borchers on 3/3/06. (pap, ) (Entered: 03/08/2006) |
|---|---|---|
| 03/06/2006 | 1693 | ORDER OF SPECIAL MASTER Dismissing Claim 02-371 by Claimant Elizabeth Gardesani. Order attached to record for claim 02-371. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1694 | ORDER OF SPECIAL MASTER Dismissing Claim 02-394 by Claimant James L. Anderson. Order attached to record for claim 02-394. Signed by Special Master Richard M. Borchers on 2/24/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1695 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-071 by Claimant Albert Franco (deceased). Order attached to record for claim 03-071. Signed by Special Master Richard C. Davidson on 2/22/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1696 | ORDER 1478 Order will be remailed to Claimant at present address. Signed by Special Master Richard M. Borchers on 1/12/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1697 | ORDER OF DISMISSAL OF SPECIAL MASTER re: 943 Order. Claim X-082 by Claimant Richardo Lujan will remain dismissed. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1698 | ORDER OF SPECIAL MASTER Granting Claimant's request for additional time to object to 1219 Final Order. Re: Claim 03-119 by Claimant Thomas Castro. Signed by Special Master Richard M. Borchers on 1/18/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1699 | ORDER OF SPECIAL MASTER Directing Claimant to request copies of exhibits from the USDC CO re: 1253 Order Claim 03-129 by Claimant Jill Coit. Signed by Special Master Richard M. Borchers on 2/28/06. (pap, ) (Entered: 03/08/2006) |
| 03/06/2006 | 1700 | ORDER OF SPECIAL MASTER Claimant's right to appeal 1526 Order to Judge Kane. Attached Claimant's Letter. Re: Claim 02-713 by Claimant Lawrence R. Willis. Signed by Special Master Richard M. Borchers on 2/25/06. (pap, ) (Entered: 03/08/2006) |
| 03/07/2006 | 1666 | ORDER granting 1663 MOTION for Copies of Exhibits Claimant Submitted to Judge Pringle for Montez October 2005 Hearing re: Claim 03-129 by Claimant Jill Coit . Signed by Judge Edward W. Nottingham on 3/7/06. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1669 | MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Entered: 03/07/2006) |

| 03/07/2006 | 1670 | Letter requesting return of Record for Claim 02-252 re 1361 Order by Special Master Richard M. Borchers. Record for Claim 02-252 returned to Special Master. (pap, ) (Entered: 03/07/2006) |
|---|---|---|
| 03/07/2006 | 1701 | NOTICE of Change of Address by Matthew L. Archuleta, Jr. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1671 | First MOTION to Supplement *Pleading* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1672 | STATEMENT re 1671 First MOTION to Supplement *Pleading Supplemental Form for Claimants who are Claiming Damages Due to Mobility Impairment* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1673 | First MOTION for Review *of Motion to Allow Late Filing* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1691 | JUDICIAL NOTICE by Interested Party Jill Coit re: Claim 03-129 (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1692 | MOTION for Discovery Costs for Copying Medical Records by Interested Party Jill Coit re: Claim 03-129. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1710 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1702 | ORDER granting 1031 Defendant's APPEAL OF Special Master's DECISION to District Court re Damages Award 956 Order of Special Master re: Claim 03-051 by Claimant Steven Paul Walker, the 956 order requiring CDOC to provide Walker with the FlexFoot Modular 3 Carbon X Active Heel prosthesis, at no cost to Walker, is VACATED.Signed by Judge John L. Kane on 3/9/06. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1703 | AMENDED CERTIFICATE of Mailing by Clerk of Court re 1702 Order on Appeal of Special Masters' Decision to District Court. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1705 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1706 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1707 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1708 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |

| 03/07/2006 | 1670 | Letter requesting return of Record for Claim 02-252 re 1361 Order by Special Master Richard M. Borchers. Record for Claim 02-252 returned to Special Master. (pap, ) (Entered: 03/07/2006) |
|---|---|---|
| 03/07/2006 | 1701 | NOTICE of Change of Address by Matthew L. Archuleta, Jr. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1671 | First MOTION to Supplement *Pleading* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1672 | STATEMENT re 1671 First MOTION to Supplement *Pleading Supplemental Form for Claimants who are Claiming Damages Due to Mobility Impairment* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1673 | First MOTION for Review *of Motion to Allow Late Filing* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1691 | JUDICIAL NOTICE by Interested Party Jill Coit re: Claim 03-129 (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1692 | MOTION for Discovery Costs for Copying Medical Records by Interested Party Jill Coit re: Claim 03-129. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1710 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1702 | ORDER granting 1031 Defendant's APPEAL OF Special Master's DECISION to District Court re Damages Award 956 Order of Special Master re: Claim 03-051 by Claimant Steven Paul Walker, the 956 order requiring CDOC to provide Walker with the FlexFoot Modular 3 Carbon X Active Heel prosthesis, at no cost to Walker, is VACATED.Signed by Judge John L. Kane on 3/9/06. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1703 | AMENDED CERTIFICATE of Mailing by Clerk of Court re 1702 Order on Appeal of Special Masters' Decision to District Court. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1705 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1706 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1707 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1708 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |

| | | |
|---|---|---|
| 03/07/2006 | 1670 | Letter requesting return of Record for Claim 02-252 re 1361 Order by Special Master Richard M. Borchers. Record for Claim 02-252 returned to Special Master. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1701 | NOTICE of Change of Address by Matthew L. Archuleta, Jr. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1671 | First MOTION to Supplement *Pleading* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1672 | STATEMENT re 1671 First MOTION to Supplement *Pleading Supplemental Form for Claimants who are Claiming Damages Due to Mobility Impairment* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1673 | First MOTION for Review *of Motion to Allow Late Filing* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1691 | JUDICIAL NOTICE by Interested Party Jill Coit re: Claim 03-129 (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1692 | MOTION for Discovery Costs for Copying Medical Records by Interested Party Jill Coit re: Claim 03-129. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1710 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1702 | ORDER granting 1031 Defendant's APPEAL OF Special Master's DECISION to District Court re Damages Award 956 Order of Special Master re: Claim 03-051 by Claimant Steven Paul Walker, the 956 order requiring CDOC to provide Walker with the FlexFoot Modular 3 Carbon X Active Heel prosthesis, at no cost to Walker, is VACATED.Signed by Judge John L. Kane on 3/9/06. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1703 | AMENDED CERTIFICATE of Mailing by Clerk of Court re 1702 Order on Appeal of Special Masters' Decision to District Court. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1705 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1706 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1707 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1708 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |

| 03/07/2006 | 1670 | Letter requesting return of Record for Claim 02-252 re 1361 Order by Special Master Richard M. Borchers. Record for Claim 02-252 returned to Special Master. (pap, ) (Entered: 03/07/2006) |
| 03/07/2006 | 1701 | NOTICE of Change of Address by Matthew L. Archuleta, Jr. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1671 | First MOTION to Supplement *Pleading* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1672 | STATEMENT re 1671 First MOTION to Supplement *Pleading Supplemental Form for Claimants who are Claiming Damages Due to Mobility Impairment* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1673 | First MOTION for Review *of Motion to Allow Late Filing* by Interested Party Abad Martinez. (Garcia, Castelar) (Entered: 03/08/2006) |
| 03/08/2006 | 1691 | JUDICIAL NOTICE by Interested Party Jill Coit re: Claim 03-129 (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1692 | MOTION for Discovery Costs for Copying Medical Records by Interested Party Jill Coit re: Claim 03-129. (pap, ) (Entered: 03/08/2006) |
| 03/08/2006 | 1710 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1702 | ORDER granting 1031 Defendant's APPEAL OF Special Master's DECISION to District Court re Damages Award 956 Order of Special Master re: Claim 03-051 by Claimant Steven Paul Walker, the 956 order requiring CDOC to provide Walker with the FlexFoot Modular 3 Carbon X Active Heel prosthesis, at no cost to Walker, is VACATED.Signed by Judge John L. Kane on 3/9/06. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1703 | AMENDED CERTIFICATE of Mailing by Clerk of Court re 1702 Order on Appeal of Special Masters' Decision to District Court. (pap, ) (Entered: 03/09/2006) |
| 03/09/2006 | 1705 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1706 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1707 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1708 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Clint Crews. (pap, ) (Entered: 03/10/2006) |

| 03/09/2006 | 1709 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1654 Order,, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kenneth Lujan. (pap, ) (Entered: 03/10/2006) |
|---|---|---|
| 03/09/2006 | 1711 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1712 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1704 | STATEMENT *Re: Green Tag Issue* by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1713 | MINUTE ORDER Overruling 920 Objections filed by Jackie L. Carr and 1590 Objections filed by Jackie L. Carr . Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1714 | MINUTE ORDER Re: Return Mail. The Clerk is directed to terminate the notice requirement on any party whose mail is returned as undeliverable, pending receipt of an updated address. Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1715 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1716 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1717 | RESPONSE to Motion re 1669 MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* filed by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1732 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kenneth Lujan. (pap, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1718 | MOTION to Appoint Counsel by Interested Party Jill Coit. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1719 | NOTICE of Change of Address and Request for Disposition Category #3 No. 100319 of this Action by Interested Party David Paul Wolf (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1720 | MINUTE ORDER granting 1692 Jill Coit's MOTION for Discovery Costs for Copying Medical Records. Entered by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1721 | MINUTE ORDER Denying 1673 First MOTION for Review of Motion to Allow Late Filing by Interested Party Abad Martinez. Entered by Judge |

| 03/09/2006 | 1709 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1654 Order,, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kenneth Lujan. (pap, ) (Entered: 03/10/2006) |
| --- | --- | --- |
| 03/09/2006 | 1711 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1712 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1704 | STATEMENT *Re: Green Tag Issue* by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1713 | MINUTE ORDER Overruling 920 Objections filed by Jackie L. Carr and 1590 Objections filed by Jackie L. Carr . Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1714 | MINUTE ORDER Re: Return Mail. The Clerk is directed to terminate the notice requirement on any party whose mail is returned as undeliverable, pending receipt of an updated address. Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1715 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1716 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1717 | RESPONSE to Motion re 1669 MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* filed by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1732 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kenneth Lujan. (pap, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1718 | MOTION to Appoint Counsel by Interested Party Jill Coit. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1719 | NOTICE of Change of Address and Request for Disposition Category #3 No. 100319 of this Action by Interested Party David Paul Wolf (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1720 | MINUTE ORDER granting 1692 Jill Coit's MOTION for Discovery Costs for Copying Medical Records. Entered by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1721 | MINUTE ORDER Denying 1673 First MOTION for Review of Motion to Allow Late Filing by Interested Party Abad Martinez. Entered by Judge |

| 03/09/2006 | 1709 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1654 Order,, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kenneth Lujan. (pap, ) (Entered: 03/10/2006) |
|---|---|---|
| 03/09/2006 | 1711 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1712 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1704 | STATEMENT *Re: Green Tag Issue* by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1713 | MINUTE ORDER Overruling 920 Objections filed by Jackie L. Carr and 1590 Objections filed by Jackie L. Carr . Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1714 | MINUTE ORDER Re: Return Mail. The Clerk is directed to terminate the notice requirement on any party whose mail is returned as undeliverable, pending receipt of an updated address. Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1715 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1716 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1717 | RESPONSE to Motion re 1669 MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* filed by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1732 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kenneth Lujan. (pap, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1718 | MOTION to Appoint Counsel by Interested Party Jill Coit. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1719 | NOTICE of Change of Address and Request for Disposition Category #3 No. 100319 of this Action by Interested Party David Paul Wolf (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1720 | MINUTE ORDER granting 1692 Jill Coit's MOTION for Discovery Costs for Copying Medical Records. Entered by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1721 | MINUTE ORDER Denying 1673 First MOTION for Review of Motion to Allow Late Filing by Interested Party Abad Martinez. Entered by Judge |

| 03/09/2006 | 1709 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1654 Order,, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kenneth Lujan. (pap, ) (Entered: 03/10/2006) |
| --- | --- | --- |
| 03/09/2006 | 1711 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/09/2006 | 1712 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1704 | STATEMENT *Re: Green Tag Issue* by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1713 | MINUTE ORDER Overruling 920 Objections filed by Jackie L. Carr and 1590 Objections filed by Jackie L. Carr . Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1714 | MINUTE ORDER Re: Return Mail. The Clerk is directed to terminate the notice requirement on any party whose mail is returned as undeliverable, pending receipt of an updated address. Entered by Judge John L. Kane on 3/10/06. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1715 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1716 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/10/2006) |
| 03/10/2006 | 1717 | RESPONSE to Motion re 1669 MOTION for Hearing/Conference *on Compliance to the Honorable Judge John L. Kane* filed by Consol Defendant Colorado Department of Corrections. (McCann, Elizabeth) (Entered: 03/10/2006) |
| 03/10/2006 | 1732 | Mail Returned as Undeliverable re: 1615 Order on Motion for Extension of Time, Addressed to Kenneth Lujan. (pap, ) (Entered: 03/14/2006) |
| 03/13/2006 | 1718 | MOTION to Appoint Counsel by Interested Party Jill Coit. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1719 | NOTICE of Change of Address and Request for Disposition Category #3 No. 100319 of this Action by Interested Party David Paul Wolf (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1720 | MINUTE ORDER granting 1692 Jill Coit's MOTION for Discovery Costs for Copying Medical Records. Entered by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1721 | MINUTE ORDER Denying 1673 First MOTION for Review of Motion to Allow Late Filing by Interested Party Abad Martinez. Entered by Judge |

| | | Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
|---|---|---|
| 03/13/2006 | 1722 | ORDER Overruling 729 Steven James Hernandez' Objections to Special Master's Order Dismissing Claim 01-056. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1723 | ORDER Overruling 685 Stephen Jaramillo's Appeal of Special Masters Decision to District Court. Re: Claim 01-047. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1730 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1724 | MINUTE ORDER granting 1669 Plaintiff Class' Motion for Compliance Hearing. A Two Day Hearing set for 4/24/06 from 10:00 a.m. through 5:00 p.m. and continuing on Wednesday 4/26/06 at 9:00 a.m. in courtroom A802 before Judge John L. Kane . Entered by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1725 | Utility Setting Hearings: Pursuant to 1724 Minute Order, In Court (Compliance) Hearing set for 4/24/2006 at 10:00 AM in Courtroom A 802 before Judge John L. Kane. Text only entry - no document attached.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1726 | ORDER denying 1718 Claimant Jill Coit's Motion to Appoint Counsel . Signed by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1727 | ORDER Overruling 978 David Paul Wolf's Response (Objection ) re: 950 Order of Special Master Dismissing Claim 03-029. Signed by Judge John L. Kane on 3/14/06. 950 Final Order of Special Master, stands.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1728 | APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119 by Claimant Thomas Castro. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1729 | REQUEST by Interested Party Byron Cortez for Status of Objection 1215 re: 1148 Order of Special Master on Claim 03-114. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1731 | MOTION to Amend/Correct/Modify 1148 Order of Special Master re: Claim 03-114 by Interested Party Byron Cortez. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1734 | MOTION for Court Assistance in obtaining a copy of medical file and medical treatment by Interested Party Alfonso R. Flores. (pap, ) (Entered: 03/15/2006) |
| 03/14/2006 | 1745 | OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1746 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-153 by |

| | | Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
|---|---|---|
| 03/13/2006 | 1722 | ORDER Overruling 729 Steven James Hernandez' Objections to Special Master's Order Dismissing Claim 01-056. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1723 | ORDER Overruling 685 Stephen Jaramillo's Appeal of Special Masters Decision to District Court. Re: Claim 01-047. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1730 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1724 | MINUTE ORDER granting 1669 Plaintiff Class' Motion for Compliance Hearing. A Two Day Hearing set for 4/24/06 from 10:00 a.m. through 5:00 p.m. and continuing on Wednesday 4/26/06 at 9:00 a.m. in courtroom A802 before Judge John L. Kane . Entered by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1725 | Utility Setting Hearings: Pursuant to 1724 Minute Order, In Court (Compliance) Hearing set for 4/24/2006 at 10:00 AM in Courtroom A 802 before Judge John L. Kane. Text only entry - no document attached.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1726 | ORDER denying 1718 Claimant Jill Coit's Motion to Appoint Counsel . Signed by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1727 | ORDER Overruling 978 David Paul Wolf's Response (Objection ) re: 950 Order of Special Master Dismissing Claim 03-029. Signed by Judge John L. Kane on 3/14/06. 950 Final Order of Special Master, stands.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1728 | APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119 by Claimant Thomas Castro. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1729 | REQUEST by Interested Party Byron Cortez for Status of Objection 1215 re: 1148 Order of Special Master on Claim 03-114. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1731 | MOTION to Amend/Correct/Modify 1148 Order of Special Master re: Claim 03-114 by Interested Party Byron Cortez. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1734 | MOTION for Court Assistance in obtaining a copy of medical file and medical treatment by Interested Party Alfonso R. Flores. (pap, ) (Entered: 03/15/2006) |
| 03/14/2006 | 1745 | OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1746 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-153 by |

| | | Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
|---|---|---|
| 03/13/2006 | 1722 | ORDER Overruling 729 Steven James Hernandez' Objections to Special Master's Order Dismissing Claim 01-056. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1723 | ORDER Overruling 685 Stephen Jaramillo's Appeal of Special Masters Decision to District Court. Re: Claim 01-047. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1730 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1724 | MINUTE ORDER granting 1669 Plaintiff Class' Motion for Compliance Hearing. A Two Day Hearing set for 4/24/06 from 10:00 a.m. through 5:00 p.m. and continuing on Wednesday 4/26/06 at 9:00 a.m. in courtroom A802 before Judge John L. Kane . Entered by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1725 | Utility Setting Hearings: Pursuant to 1724 Minute Order, In Court (Compliance) Hearing set for 4/24/2006 at 10:00 AM in Courtroom A 802 before Judge John L. Kane. Text only entry - no document attached.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1726 | ORDER denying 1718 Claimant Jill Coit's Motion to Appoint Counsel . Signed by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1727 | ORDER Overruling 978 David Paul Wolf's Response (Objection ) re: 950 Order of Special Master Dismissing Claim 03-029. Signed by Judge John L. Kane on 3/14/06. 950 Final Order of Special Master, stands.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1728 | APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119 by Claimant Thomas Castro. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1729 | REQUEST by Interested Party Byron Cortez for Status of Objection 1215 re: 1148 Order of Special Master on Claim 03-114. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1731 | MOTION to Amend/Correct/Modify 1148 Order of Special Master re: Claim 03-114 by Interested Party Byron Cortez. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1734 | MOTION for Court Assistance in obtaining a copy of medical file and medical treatment by Interested Party Alfonso R. Flores. (pap, ) (Entered: 03/15/2006) |
| 03/14/2006 | 1745 | OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1746 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-153 by |

| | | Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/13/2006) |
|---|---|---|
| 03/13/2006 | 1722 | ORDER Overruling 729 Steven James Hernandez' Objections to Special Master's Order Dismissing Claim 01-056. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1723 | ORDER Overruling 685 Stephen Jaramillo's Appeal of Special Masters Decision to District Court. Re: Claim 01-047. Signed by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/13/2006) |
| 03/13/2006 | 1730 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1724 | MINUTE ORDER granting 1669 Plaintiff Class' Motion for Compliance Hearing. A Two Day Hearing set for 4/24/06 from 10:00 a.m. through 5:00 p.m. and continuing on Wednesday 4/26/06 at 9:00 a.m. in courtroom A802 before Judge John L. Kane . Entered by Judge John L. Kane on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1725 | Utility Setting Hearings: Pursuant to 1724 Minute Order, In Court (Compliance) Hearing set for 4/24/2006 at 10:00 AM in Courtroom A 802 before Judge John L. Kane. Text only entry - no document attached.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1726 | ORDER denying 1718 Claimant Jill Coit's Motion to Appoint Counsel . Signed by Judge Edward W. Nottingham on 3/13/06. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1727 | ORDER Overruling 978 David Paul Wolf's Response (Objection ) re: 950 Order of Special Master Dismissing Claim 03-029. Signed by Judge John L. Kane on 3/14/06. 950 Final Order of Special Master, stands.(pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1728 | APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119 by Claimant Thomas Castro. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1729 | REQUEST by Interested Party Byron Cortez for Status of Objection 1215 re: 1148 Order of Special Master on Claim 03-114. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1731 | MOTION to Amend/Correct/Modify 1148 Order of Special Master re: Claim 03-114 by Interested Party Byron Cortez. (pap, ) (Entered: 03/14/2006) |
| 03/14/2006 | 1734 | MOTION for Court Assistance in obtaining a copy of medical file and medical treatment by Interested Party Alfonso R. Flores. (pap, ) (Entered: 03/15/2006) |
| 03/14/2006 | 1745 | OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1746 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-153 by |

| | | Claimant Jimmy Williams. Order attached to record for claim X-153 . Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
|---|---|---|
| 03/14/2006 | 1747 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-154 by Claimant David Guenther. Order attached to record for claim X-154. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1748 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-155 by Claimant Dirk Sparks. Order attached to record for claim X-155. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1749 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-156 by Claimant Jeff Cassiday. Order attached to record for claim X-156. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1755 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-013 by Claimant Wilbert Washington. Order attached to record for claim 02-013. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1756 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-069 by Claimant Richard Lee Relaford. Order attached to record for claim 02-069 . Signed by Special Master Richard M. Borcherse on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1757 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-083 by Claimant Terry Wayne Loader, Jr. Order attached to record for claim 02-083. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1758 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-089 by Claimant Robert Lindsey Perreten. Order attached to record for claim 02-089. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Modified on 3/21/2006 to correct claimants name)(pap, ). (Entered: 03/21/2006) |
| 03/14/2006 | 1759 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-131 by Claimant Steven Qualley. Order attached to record for claim 02-131. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1760 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-170 by Claimant Charles L. Peterson. Order attached to record for claim 02-170. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1761 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-176 by Claimant Joseph Galbreath. Order attached to record for claim 02-176. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) |

| | | Claimant Jimmy Williams. Order attached to record for claim X-153 . Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
|---|---|---|
| 03/14/2006 | 1747 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-154 by Claimant David Guenther. Order attached to record for claim X-154. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1748 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-155 by Claimant Dirk Sparks. Order attached to record for claim X-155. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1749 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-156 by Claimant Jeff Cassiday. Order attached to record for claim X-156. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1755 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-013 by Claimant Wilbert Washington. Order attached to record for claim 02-013. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1756 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-069 by Claimant Richard Lee Relaford. Order attached to record for claim 02-069 . Signed by Special Master Richard M. Borcherse on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1757 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-083 by Claimant Terry Wayne Loader, Jr. Order attached to record for claim 02-083. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1758 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-089 by Claimant Robert Lindsey Perreten. Order attached to record for claim 02-089. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Modified on 3/21/2006 to correct claimants name)(pap, ). (Entered: 03/21/2006) |
| 03/14/2006 | 1759 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-131 by Claimant Steven Qualley. Order attached to record for claim 02-131. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1760 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-170 by Claimant Charles L. Peterson. Order attached to record for claim 02-170. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1761 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-176 by Claimant Joseph Galbreath. Order attached to record for claim 02-176. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) |

| | | Claimant Jimmy Williams. Order attached to record for claim X-153 . Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
|---|---|---|
| 03/14/2006 | 1747 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-154 by Claimant David Guenther. Order attached to record for claim X-154. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1748 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-155 by Claimant Dirk Sparks. Order attached to record for claim X-155. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1749 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-156 by Claimant Jeff Cassiday. Order attached to record for claim X-156. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1755 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-013 by Claimant Wilbert Washington. Order attached to record for claim 02-013. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1756 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-069 by Claimant Richard Lee Relaford. Order attached to record for claim 02-069 . Signed by Special Master Richard M. Borcherse on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1757 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-083 by Claimant Terry Wayne Loader, Jr. Order attached to record for claim 02-083. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1758 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-089 by Claimant Robert Lindsey Perreten. Order attached to record for claim 02-089. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Modified on 3/21/2006 to correct claimants name)(pap, ). (Entered: 03/21/2006) |
| 03/14/2006 | 1759 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-131 by Claimant Steven Qualley. Order attached to record for claim 02-131. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1760 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-170 by Claimant Charles L. Peterson. Order attached to record for claim 02-170. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1761 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-176 by Claimant Joseph Galbreath. Order attached to record for claim 02-176. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) |

| | | Claimant Jimmy Williams. Order attached to record for claim X-153 . Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
|---|---|---|
| 03/14/2006 | 1747 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-154 by Claimant David Guenther. Order attached to record for claim X-154. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1748 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-155 by Claimant Dirk Sparks. Order attached to record for claim X-155. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1749 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim X-156 by Claimant Jeff Cassiday. Order attached to record for claim X-156. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Entered: 03/20/2006) |
| 03/14/2006 | 1755 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-013 by Claimant Wilbert Washington. Order attached to record for claim 02-013. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1756 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-069 by Claimant Richard Lee Relaford. Order attached to record for claim 02-069 . Signed by Special Master Richard M. Borcherse on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1757 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-083 by Claimant Terry Wayne Loader, Jr. Order attached to record for claim 02-083. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1758 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-089 by Claimant Robert Lindsey Perreten. Order attached to record for claim 02-089. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Modified on 3/21/2006 to correct claimants name)(pap, ). (Entered: 03/21/2006) |
| 03/14/2006 | 1759 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-131 by Claimant Steven Qualley. Order attached to record for claim 02-131. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1760 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-170 by Claimant Charles L. Peterson. Order attached to record for claim 02-170. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1761 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-176 by Claimant Joseph Galbreath. Order attached to record for claim 02-176. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) |

| | | (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1765 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-287 by Claimant Raymond C. Baca. Order attached to record for claim 02-287. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1766 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-299 by Claimant Ross Alley. Order attached to record for claim 02-299. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1767 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-304 by Claimant Paul Fields. Order attached to record for claim 02-304. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1768 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-314 by Claimant Wendell E. Paige. Order attached to record for claim 02-314. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1769 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-330 by Claimant Sharon F. Macie. Order attache to record for claim 02-330. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1770 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-334 by Claimant Clarence Bachman. Order is attached to record for claim 02-334. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1771 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-340 by Claimant John Kittle. Order is attached to record for claim 02-340. Signed by Special Master Richard M. Borchers on 3/7/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1772 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-372 by Claimant Lester Lee Harris. Order attached to record for claim 02-372 . Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1773 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-433 by Claimant Guillermo Barron-Baca. Order is attached to record for claim 02-433. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1774 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-451 by Claimant Anthony T. Magruder. Order is attached to record for claim 02-451. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1775 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-469 by Claimant Samuel G. Reed. Order is attached to record for claim |

| | | (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1765 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-287 by Claimant Raymond C. Baca. Order attached to record for claim 02-287. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1766 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-299 by Claimant Ross Alley. Order attached to record for claim 02-299. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1767 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-304 by Claimant Paul Fields. Order attached to record for claim 02-304. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1768 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-314 by Claimant Wendell E. Paige. Order attached to record for claim 02-314. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1769 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-330 by Claimant Sharon F. Macie. Order attache to record for claim 02-330. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1770 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-334 by Claimant Clarence Bachman. Order is attached to record for claim 02-334. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1771 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-340 by Claimant John Kittle. Order is attached to record for claim 02-340. Signed by Special Master Richard M. Borchers on 3/7/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1772 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-372 by Claimant Lester Lee Harris. Order attached to record for claim 02-372 . Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1773 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-433 by Claimant Guillermo Barron-Baca. Order is attached to record for claim 02-433. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1774 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-451 by Claimant Anthony T. Magruder. Order is attached to record for claim 02-451. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1775 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-469 by Claimant Samuel G. Reed. Order is attached to record for claim |

| | | (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1765 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-287 by Claimant Raymond C. Baca. Order attached to record for claim 02-287. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1766 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-299 by Claimant Ross Alley. Order attached to record for claim 02-299. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1767 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-304 by Claimant Paul Fields. Order attached to record for claim 02-304. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1768 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-314 by Claimant Wendell E. Paige. Order attached to record for claim 02-314. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1769 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-330 by Claimant Sharon F. Macie. Order attache to record for claim 02-330. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1770 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-334 by Claimant Clarence Bachman. Order is attached to record for claim 02-334. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1771 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-340 by Claimant John Kittle. Order is attached to record for claim 02-340. Signed by Special Master Richard M. Borchers on 3/7/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1772 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-372 by Claimant Lester Lee Harris. Order attached to record for claim 02-372 . Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1773 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-433 by Claimant Guillermo Barron-Baca. Order is attached to record for claim 02-433. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1774 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-451 by Claimant Anthony T. Magruder. Order is attached to record for claim 02-451. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1775 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-469 by Claimant Samuel G. Reed. Order is attached to record for claim |

| | | (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1765 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-287 by Claimant Raymond C. Baca. Order attached to record for claim 02-287. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1766 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-299 by Claimant Ross Alley. Order attached to record for claim 02-299. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1767 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-304 by Claimant Paul Fields. Order attached to record for claim 02-304. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1768 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-314 by Claimant Wendell E. Paige. Order attached to record for claim 02-314. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1769 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-330 by Claimant Sharon F. Macie. Order attache to record for claim 02-330. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1770 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-334 by Claimant Clarence Bachman. Order is attached to record for claim 02-334. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1771 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-340 by Claimant John Kittle. Order is attached to record for claim 02-340. Signed by Special Master Richard M. Borchers on 3/7/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1772 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-372 by Claimant Lester Lee Harris. Order attached to record for claim 02-372 . Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1773 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-433 by Claimant Guillermo Barron-Baca. Order is attached to record for claim 02-433. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1774 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-451 by Claimant Anthony T. Magruder. Order is attached to record for claim 02-451. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1775 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-469 by Claimant Samuel G. Reed. Order is attached to record for claim |

| | | 02-469. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1776 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-481 by Claimant Eliseo Zambrano. Order is attached to record for claim 02-481. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1777 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-528 by Claimant Carlos C. Ortega. Order is attached to record for claim 02-528. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1778 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-544 by Claimant Carmen C. Romero. Order attached to record for claim 02-544. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1779 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-624 by Claimant Rodolfo Gamboa. Order is attached to record for claim 02-624. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1780 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-784 by Claimant Andrew Vigil. Order is attached to record of claim 02-784. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Modified on 1/11/2007 to note that file was returned to Special Master and a Final Order was issued see entry 2425 )(pap2, ). (Entered: 03/21/2006) |
| 03/15/2006 | 1733 | Docket Annotation 1731 MOTION to Amend/Correct/Modify 1148 Order is TERMINATED as it is a Duplicate of 1215 MOTION to Amend/Correct/Modify 1148 Order filed 12/7/05. 1731 Motion to Amend 1148 Order should have been entered as an attachment to 1729 Request. Text only entry - no document attached. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1735 | MOTION to Clarify *Court Order of March 7, 2006* by Defendant Department of Corrections. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Berman, Jennifer) (Entered: 03/15/2006) |
| 03/15/2006 | 1736 | RESPONSE to Defendants' Appeal Process and Defendant's Objection to 1636 Fourth REPORT AND RECOMMENDATIONS of the Special Master by Stephen Paul Walker re: Claim 03-051. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1737 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1739 | Mail Returned as Undeliverable re: 1701 Notice (Other) Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/17/2006) |
| 03/15/2006 | 1740 | MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: |

| | | 02-469. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1776 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-481 by Claimant Eliseo Zambrano. Order is attached to record for claim 02-481. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1777 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-528 by Claimant Carlos C. Ortega. Order is attached to record for claim 02-528. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1778 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-544 by Claimant Carmen C. Romero. Order attached to record for claim 02-544. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1779 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-624 by Claimant Rodolfo Gamboa. Order is attached to record for claim 02-624. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1780 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-784 by Claimant Andrew Vigil. Order is attached to record of claim 02-784. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Modified on 1/11/2007 to note that file was returned to Special Master and a Final Order was issued see entry 2425 )(pap2, ). (Entered: 03/21/2006) |
| 03/15/2006 | 1733 | Docket Annotation 1731 MOTION to Amend/Correct/Modify 1148 Order is TERMINATED as it is a Duplicate of 1215 MOTION to Amend/Correct/Modify 1148 Order filed 12/7/05. 1731 Motion to Amend 1148 Order should have been entered as an attachment to 1729 Request. Text only entry - no document attached. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1735 | MOTION to Clarify *Court Order of March 7, 2006* by Defendant Department of Corrections. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Berman, Jennifer) (Entered: 03/15/2006) |
| 03/15/2006 | 1736 | RESPONSE to Defendants' Appeal Process and Defendant's Objection to 1636 Fourth REPORT AND RECOMMENDATIONS of the Special Master by Stephen Paul Walker re: Claim 03-051. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1737 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1739 | Mail Returned as Undeliverable re: 1701 Notice (Other) Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/17/2006) |
| 03/15/2006 | 1740 | MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: |

| | | 02-469. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1776 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-481 by Claimant Eliseo Zambrano. Order is attached to record for claim 02-481. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1777 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-528 by Claimant Carlos C. Ortega. Order is attached to record for claim 02-528. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1778 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-544 by Claimant Carmen C. Romero. Order attached to record for claim 02-544. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1779 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-624 by Claimant Rodolfo Gamboa. Order is attached to record for claim 02-624. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1780 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-784 by Claimant Andrew Vigil. Order is attached to record of claim 02-784. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Modified on 1/11/2007 to note that file was returned to Special Master and a Final Order was issued see entry 2425 )(pap2, ). (Entered: 03/21/2006) |
| 03/15/2006 | 1733 | Docket Annotation 1731 MOTION to Amend/Correct/Modify 1148 Order is TERMINATED as it is a Duplicate of 1215 MOTION to Amend/Correct/Modify 1148 Order filed 12/7/05. 1731 Motion to Amend 1148 Order should have been entered as an attachment to 1729 Request. Text only entry - no document attached. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1735 | MOTION to Clarify *Court Order of March 7, 2006* by Defendant Department of Corrections. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Berman, Jennifer) (Entered: 03/15/2006) |
| 03/15/2006 | 1736 | RESPONSE to Defendants' Appeal Process and Defendant's Objection to 1636 Fourth REPORT AND RECOMMENDATIONS of the Special Master by Stephen Paul Walker re: Claim 03-051. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1737 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1739 | Mail Returned as Undeliverable re: 1701 Notice (Other) Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/17/2006) |
| 03/15/2006 | 1740 | MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: |

| | | 02-469. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
|---|---|---|
| 03/14/2006 | 1776 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-481 by Claimant Eliseo Zambrano. Order is attached to record for claim 02-481. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1777 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-528 by Claimant Carlos C. Ortega. Order is attached to record for claim 02-528. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1778 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-544 by Claimant Carmen C. Romero. Order attached to record for claim 02-544. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1779 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-624 by Claimant Rodolfo Gamboa. Order is attached to record for claim 02-624. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/14/2006 | 1780 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-784 by Claimant Andrew Vigil. Order is attached to record of claim 02-784. Signed by Special Master Richard M. Borchers on 3/13/06. (pap, ) (Modified on 1/11/2007 to note that file was returned to Special Master and a Final Order was issued see entry 2425 )(pap2, ). (Entered: 03/21/2006) |
| 03/15/2006 | 1733 | Docket Annotation 1731 MOTION to Amend/Correct/Modify 1148 Order is TERMINATED as it is a Duplicate of 1215 MOTION to Amend/Correct/Modify 1148 Order filed 12/7/05. 1731 Motion to Amend 1148 Order should have been entered as an attachment to 1729 Request. Text only entry - no document attached. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1735 | MOTION to Clarify *Court Order of March 7, 2006* by Defendant Department of Corrections. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Berman, Jennifer) (Entered: 03/15/2006) |
| 03/15/2006 | 1736 | RESPONSE to Defendants' Appeal Process and Defendant's Objection to 1636 Fourth REPORT AND RECOMMENDATIONS of the Special Master by Stephen Paul Walker re: Claim 03-051. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1737 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/15/2006) |
| 03/15/2006 | 1739 | Mail Returned as Undeliverable re: 1701 Notice (Other) Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/17/2006) |
| 03/15/2006 | 1740 | MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: |

| | | 03/17/2006) |
|---|---|---|
| 03/15/2006 | 1741 | SUPPLEMENT/AMENDMENT, Exhibits A, B & C in support of Claim 02-712 by Claimant Gillie Thurby. (pap, ) (Entered: 03/17/2006) |
| 03/16/2006 | 1738 | ORDER Denying 1735 Defendants' Motion to Clarify 1666 Court Order filed 3/7/06. Signed by Judge Edward W. Nottingham on 3/16/06. (pap, ) (Entered: 03/16/2006) |
| 03/16/2006 | 1742 | MOTION For Extension of Time to Object to Final Order 1522 of Special Master by Cheryl Vassallo re: Claim 02-825. (pap, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1743 | NOTICE of Change of Address by Interested Party Lavone B. Barron. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1744 | OBJECTION and APPEAL OF Special Master's DECISION to District Court re: Claim 02-713 by Claimant Lawrence R. Willis (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1750 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1751 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1752 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kenneth Lujan. (pap, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1753 | NOTICE of Change of Address by Interested Party William Shaffstall (pap, ) (Entered: 03/21/2006) |
| 03/20/2006 | 1754 | NOTICE of Address Change by Interested Party David Paul McKinney re: Claim 02-393. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1762 | FINAL ORDER OF SPECIAL MASTER Dismissing and Denying Claim 02-019 by Claimant James T. Laugerude. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1763 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-179 by Claimant Johnny Jones. Order attached to record for claim 02-179. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1764 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-224 by Claimant John Frank Sosa. Order attached to record for claim 02-224. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1781 | RESPONSE (APPEAL OF) to Special Master's DECISION to District Court re 1253 Final Order by Interested Party Jill Coit (Attachments: # 1 Continuation of Main Document pages 23 - 64)(pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1782 | MINUTE ORDER Overruling 1591 Objections to Extension granted to Defendants filed by Terry Gibbens . Entered by Judge John L. Kane on |

| | | 03/17/2006) |
|---|---|---|
| 03/15/2006 | 1741 | SUPPLEMENT/AMENDMENT, Exhibits A, B & C in support of Claim 02-712 by Claimant Gillie Thurby. (pap, ) (Entered: 03/17/2006) |
| 03/16/2006 | 1738 | ORDER Denying 1735 Defendants' Motion to Clarify 1666 Court Order filed 3/7/06. Signed by Judge Edward W. Nottingham on 3/16/06. (pap, ) (Entered: 03/16/2006) |
| 03/16/2006 | 1742 | MOTION For Extension of Time to Object to Final Order 1522 of Special Master by Cheryl Vassallo re: Claim 02-825. (pap, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1743 | NOTICE of Change of Address by Interested Party Lavone B. Barron. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1744 | OBJECTION and APPEAL OF Special Master's DECISION to District Court re: Claim 02-713 by Claimant Lawrence R. Willis (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1750 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1751 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1752 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kenneth Lujan. (pap, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1753 | NOTICE of Change of Address by Interested Party William Shaffstall (pap, ) (Entered: 03/21/2006) |
| 03/20/2006 | 1754 | NOTICE of Address Change by Interested Party David Paul McKinney re: Claim 02-393. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1762 | FINAL ORDER OF SPECIAL MASTER Dismissing and Denying Claim 02-019 by Claimant James T. Laugerude. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1763 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-179 by Claimant Johnny Jones. Order attached to record for claim 02-179. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1764 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-224 by Claimant John Frank Sosa. Order attached to record for claim 02-224. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1781 | RESPONSE (APPEAL OF) to Special Master's DECISION to District Court re 1253 Final Order by Interested Party Jill Coit (Attachments: # 1 Continuation of Main Document pages 23 - 64)(pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1782 | MINUTE ORDER Overruling 1591 Objections to Extension granted to Defendants filed by Terry Gibbens . Entered by Judge John L. Kane on |

| | | 03/17/2006) |
|---|---|---|
| 03/15/2006 | 1741 | SUPPLEMENT/AMENDMENT, Exhibits A, B & C in support of Claim 02-712 by Claimant Gillie Thurby. (pap, ) (Entered: 03/17/2006) |
| 03/16/2006 | 1738 | ORDER Denying 1735 Defendants' Motion to Clarify 1666 Court Order filed 3/7/06. Signed by Judge Edward W. Nottingham on 3/16/06. (pap, ) (Entered: 03/16/2006) |
| 03/16/2006 | 1742 | MOTION For Extension of Time to Object to Final Order 1522 of Special Master by Cheryl Vassallo re: Claim 02-825. (pap, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1743 | NOTICE of Change of Address by Interested Party Lavone B. Barron. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1744 | OBJECTION and APPEAL OF Special Master's DECISION to District Court re: Claim 02-713 by Claimant Lawrence R. Willis (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1750 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1751 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1752 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kenneth Lujan. (pap, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1753 | NOTICE of Change of Address by Interested Party William Shaffstall (pap, ) (Entered: 03/21/2006) |
| 03/20/2006 | 1754 | NOTICE of Address Change by Interested Party David Paul McKinney re: Claim 02-393. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1762 | FINAL ORDER OF SPECIAL MASTER Dismissing and Denying Claim 02-019 by Claimant James T. Laugerude. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1763 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-179 by Claimant Johnny Jones. Order attached to record for claim 02-179. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1764 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-224 by Claimant John Frank Sosa. Order attached to record for claim 02-224. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1781 | RESPONSE (APPEAL OF) to Special Master's DECISION to District Court re 1253 Final Order by Interested Party Jill Coit (Attachments: # 1 Continuation of Main Document pages 23 - 64)(pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1782 | MINUTE ORDER Overruling 1591 Objections to Extension granted to Defendants filed by Terry Gibbens . Entered by Judge John L. Kane on |

| | | 03/17/2006) |
|---|---|---|
| 03/15/2006 | 1741 | SUPPLEMENT/AMENDMENT, Exhibits A, B & C in support of Claim 02-712 by Claimant Gillie Thurby. (pap, ) (Entered: 03/17/2006) |
| 03/16/2006 | 1738 | ORDER Denying 1735 Defendants' Motion to Clarify 1666 Court Order filed 3/7/06. Signed by Judge Edward W. Nottingham on 3/16/06. (pap, ) (Entered: 03/16/2006) |
| 03/16/2006 | 1742 | MOTION For Extension of Time to Object to Final Order 1522 of Special Master by Cheryl Vassallo re: Claim 02-825. (pap, ) (Entered: 03/17/2006) |
| 03/17/2006 | 1743 | NOTICE of Change of Address by Interested Party Lavone B. Barron. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1744 | OBJECTION and APPEAL OF Special Master's DECISION to District Court re: Claim 02-713 by Claimant Lawrence R. Willis (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1750 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1751 | Mail Returned as Undeliverable Addressed to Terry Ray Ballard. (pap, ) (Entered: 03/20/2006) |
| 03/17/2006 | 1752 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kenneth Lujan. (pap, ) (Entered: 03/20/2006) |
| 03/20/2006 | 1753 | NOTICE of Change of Address by Interested Party William Shaffstall (pap, ) (Entered: 03/21/2006) |
| 03/20/2006 | 1754 | NOTICE of Address Change by Interested Party David Paul McKinney re: Claim 02-393. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1762 | FINAL ORDER OF SPECIAL MASTER Dismissing and Denying Claim 02-019 by Claimant James T. Laugerude. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1763 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-179 by Claimant Johnny Jones. Order attached to record for claim 02-179. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1764 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-224 by Claimant John Frank Sosa. Order attached to record for claim 02-224. Signed by Special Master Richard M. Borchers on 3/9/06. (pap, ) (Entered: 03/21/2006) |
| 03/21/2006 | 1781 | RESPONSE (APPEAL OF) to Special Master's DECISION to District Court re 1253 Final Order by Interested Party Jill Coit (Attachments: # 1 Continuation of Main Document pages 23 - 64)(pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1782 | MINUTE ORDER Overruling 1591 Objections to Extension granted to Defendants filed by Terry Gibbens . Entered by Judge John L. Kane on |

| | | |
|---|---|---|
| | | 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1783 | MINUTE ORDER denying 1215 Byron Cortez MOTION to Modify 1148 Order of Special Master re: Claim 03-114. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1784 | ORDER Overruling 1547 James R. Duncan's Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 . Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1785 | MINUTE ORDER denying 1742 Cheryl Vassallo'S MOTION For Extension of Time to Object to Final Order 1522 of Special Master re: Claim 02-825. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1786 | ORDER Overruling 1171 Shawn M. Winkler's OBJECTION to 1147 Special Master's Order re: Claim 03-140. Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1787 | MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12(b)(4)-(5) by Interested Party Steven Paul Walker. (pap, ) (Entered: 03/22/2006) |
| 03/23/2006 | 1788 | MINUTE ORDER denying 1787 Steven Paul Walker's MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12 (b)(4)-(5). Overruling Objection to 1702 Order modifying the Order of the Special Master. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1789 | MINUTE ORDER Defendants shall respond on or before 4/14/06 to 1045 OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1790 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Hector Fernandez. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1791 | MINUTE ORDER denying 1175 Interested Party Tommy B. Sturges' PETITION (MOTION) for Resolution of Dispute re: Claim 03-108. Ordered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1794 | Mail Returned as Undeliverable re: 1713 Minute Order and 1714 Addressed to Terry Ray Ballard. (pap, ) (Modified on 3/24/2006 to clarify return documents and create/delete document relationships) (pap, ). (Entered: 03/24/2006) |
| 03/23/2006 | 1795 | Mail Returned as Undeliverable re: 1713 Order Addressed to Clint Crews. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1796 | Mail Returned as Undeliverable re: 1713 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1797 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order |

| | | 3/22/06. (pap, ) (Entered: 03/22/2006) |
|---|---|---|
| 03/22/2006 | 1783 | MINUTE ORDER denying 1215 Byron Cortez MOTION to Modify 1148 Order of Special Master re: Claim 03-114. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1784 | ORDER Overruling 1547 James R. Duncan's Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 . Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1785 | MINUTE ORDER denying 1742 Cheryl Vassallo'S MOTION For Extension of Time to Object to Final Order 1522 of Special Master re: Claim 02-825. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1786 | ORDER Overruling 1171 Shawn M. Winkler's OBJECTION to 1147 Special Master's Order re: Claim 03-140. Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1787 | MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12(b)(4)-(5) by Interested Party Steven Paul Walker. (pap, ) (Entered: 03/22/2006) |
| 03/23/2006 | 1788 | MINUTE ORDER denying 1787 Steven Paul Walker's MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12 (b)(4)-(5). Overruling Objection to 1702 Order modifying the Order of the Special Master. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1789 | MINUTE ORDER Defendants shall respond on or before 4/14/06 to 1045 OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1790 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Hector Fernandez. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1791 | MINUTE ORDER denying 1175 Interested Party Tommy B. Sturges' PETITION (MOTION) for Resolution of Dispute re: Claim 03-108. Ordered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1794 | Mail Returned as Undeliverable re: 1713 Minute Order and 1714 Addressed to Terry Ray Ballard. (pap, ) (Modified on 3/24/2006 to clarify return documents and create/delete document relationships) (pap, ). (Entered: 03/24/2006) |
| 03/23/2006 | 1795 | Mail Returned as Undeliverable re: 1713 Order Addressed to Clint Crews. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1796 | Mail Returned as Undeliverable re: 1713 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1797 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order |

| | | 3/22/06. (pap, ) (Entered: 03/22/2006) |
|---|---|---|
| 03/22/2006 | 1783 | MINUTE ORDER denying 1215 Byron Cortez MOTION to Modify 1148 Order of Special Master re: Claim 03-114. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1784 | ORDER Overruling 1547 James R. Duncan's Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 . Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1785 | MINUTE ORDER denying 1742 Cheryl Vassallo'S MOTION For Extension of Time to Object to Final Order 1522 of Special Master re: Claim 02-825. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1786 | ORDER Overruling 1171 Shawn M. Winkler's OBJECTION to 1147 Special Master's Order re: Claim 03-140. Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1787 | MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12(b)(4)-(5) by Interested Party Steven Paul Walker. (pap, ) (Entered: 03/22/2006) |
| 03/23/2006 | 1788 | MINUTE ORDER denying 1787 Steven Paul Walker's MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12 (b)(4)-(5). Overruling Objection to 1702 Order modifying the Order of the Special Master. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1789 | MINUTE ORDER Defendants shall respond on or before 4/14/06 to 1045 OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1790 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Hector Fernandez. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1791 | MINUTE ORDER denying 1175 Interested Party Tommy B. Sturges' PETITION (MOTION) for Resolution of Dispute re: Claim 03-108. Ordered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1794 | Mail Returned as Undeliverable re: 1713 Minute Order and 1714 Addressed to Terry Ray Ballard. (pap, ) (Modified on 3/24/2006 to clarify return documents and create/delete document relationships) (pap, ). (Entered: 03/24/2006) |
| 03/23/2006 | 1795 | Mail Returned as Undeliverable re: 1713 Order Addressed to Clint Crews. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1796 | Mail Returned as Undeliverable re: 1713 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1797 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order |

| | | 3/22/06. (pap, ) (Entered: 03/22/2006) |
|---|---|---|
| 03/22/2006 | 1783 | MINUTE ORDER denying 1215 Byron Cortez MOTION to Modify 1148 Order of Special Master re: Claim 03-114. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1784 | ORDER Overruling 1547 James R. Duncan's Addition (Addiction) to 1168 Objections APPEAL OF MAGISTRATE JUDGE DECISION to District Court re: 1155 Order as to Claim 03-116 . Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1785 | MINUTE ORDER denying 1742 Cheryl Vassallo'S MOTION For Extension of Time to Object to Final Order 1522 of Special Master re: Claim 02-825. Entered by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1786 | ORDER Overruling 1171 Shawn M. Winkler's OBJECTION to 1147 Special Master's Order re: Claim 03-140. Signed by Judge John L. Kane on 3/22/06. (pap, ) (Entered: 03/22/2006) |
| 03/22/2006 | 1787 | MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12(b)(4)-(5) by Interested Party Steven Paul Walker. (pap, ) (Entered: 03/22/2006) |
| 03/23/2006 | 1788 | MINUTE ORDER denying 1787 Steven Paul Walker's MOTION for Dismissal or Quashing of Insufficient Process or Service under FRCP 12 (b)(4)-(5). Overruling Objection to 1702 Order modifying the Order of the Special Master. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1789 | MINUTE ORDER Defendants shall respond on or before 4/14/06 to 1045 OBJECTION to 1036 Order of Special Master re Claim 03-002 by Interested Party Joe Allen Eubanks. Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1790 | Mail Returned as Undeliverable re: 1654 Order, Addressed to Hector Fernandez. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1791 | MINUTE ORDER denying 1175 Interested Party Tommy B. Sturges' PETITION (MOTION) for Resolution of Dispute re: Claim 03-108. Ordered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/23/2006) |
| 03/23/2006 | 1794 | Mail Returned as Undeliverable re: 1713 Minute Order and 1714 Addressed to Terry Ray Ballard. (pap, ) (Modified on 3/24/2006 to clarify return documents and create/delete document relationships) (pap, ). (Entered: 03/24/2006) |
| 03/23/2006 | 1795 | Mail Returned as Undeliverable re: 1713 Order Addressed to Clint Crews. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1796 | Mail Returned as Undeliverable re: 1713 Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/24/2006) |
| 03/23/2006 | 1797 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/24/2006) |
|---|---|---|
| 03/23/2006 | 1798 | Mail Returned as Undeliverable re: 1713 Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1792 | MINUTE ORDER denying as moot 1189 Joseph Martinez' Motion to Reschedule Final Filings. Re: Claim 03-062 . Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1793 | MINUTE ORDER Overruling 1744 Lawrence R. Willis' OBJECTION and APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 02-713 . Signed by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/27/2006 | 1799 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Wiens, Adam) (Entered: 03/27/2006) |
| 03/27/2006 | 1800 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 02-067 by Claimant Kirt Dean Huskey. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1801 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-072 by Claimant Wayne Sloan. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1802 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim, Granting Defendants' Motion to Dismiss Claim 02-082 by Claimant Thomas Edward Johnson. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1803 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-186 by Claimant Timothy Vialpando. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1804 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-253 by Claimant Larry Patrick Delaney. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Modified on 3/28/2006 to correct claim #) (pap2, ). (Entered: 03/27/2006) |
| 03/27/2006 | 1805 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-286 by Claimant Teresa Roever. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1806 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-386 by Claimant Craig Kidder. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1807 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-048 by Claimant Toney L. Brown. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1808 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-199 by Claimant James Dockins. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/27/2006) |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/24/2006) |
|---|---|---|
| 03/23/2006 | 1798 | Mail Returned as Undeliverable re: 1713 Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1792 | MINUTE ORDER denying as moot 1189 Joseph Martinez' Motion to Reschedule Final Filings. Re: Claim 03-062 . Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1793 | MINUTE ORDER Overruling 1744 Lawrence R. Willis' OBJECTION and APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 02-713 . Signed by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/27/2006 | 1799 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Wiens, Adam) (Entered: 03/27/2006) |
| 03/27/2006 | 1800 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 02-067 by Claimant Kirt Dean Huskey. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1801 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-072 by Claimant Wayne Sloan. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1802 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim, Granting Defendants' Motion to Dismiss Claim 02-082 by Claimant Thomas Edward Johnson. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1803 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-186 by Claimant Timothy Vialpando. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1804 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-253 by Claimant Larry Patrick Delaney. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Modified on 3/28/2006 to correct claim #) (pap2, ). (Entered: 03/27/2006) |
| 03/27/2006 | 1805 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-286 by Claimant Teresa Roever. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1806 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-386 by Claimant Craig Kidder. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1807 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-048 by Claimant Toney L. Brown. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1808 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-199 by Claimant James Dockins. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/27/2006) |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/24/2006) |
|---|---|---|
| 03/23/2006 | 1798 | Mail Returned as Undeliverable re: 1713 Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1792 | MINUTE ORDER denying as moot 1189 Joseph Martinez' Motion to Reschedule Final Filings. Re: Claim 03-062 . Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1793 | MINUTE ORDER Overruling 1744 Lawrence R. Willis' OBJECTION and APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 02-713 . Signed by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/27/2006 | 1799 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Wiens, Adam) (Entered: 03/27/2006) |
| 03/27/2006 | 1800 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 02-067 by Claimant Kirt Dean Huskey. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1801 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-072 by Claimant Wayne Sloan. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1802 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim, Granting Defendants' Motion to Dismiss Claim 02-082 by Claimant Thomas Edward Johnson. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1803 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-186 by Claimant Timothy Vialpando. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1804 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-253 by Claimant Larry Patrick Delaney. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Modified on 3/28/2006 to correct claim #) (pap2, ). (Entered: 03/27/2006) |
| 03/27/2006 | 1805 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-286 by Claimant Teresa Roever. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1806 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-386 by Claimant Craig Kidder. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1807 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-048 by Claimant Toney L. Brown. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1808 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-199 by Claimant James Dockins. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/27/2006) |

| | | Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/24/2006) |
|---|---|---|
| 03/23/2006 | 1798 | Mail Returned as Undeliverable re: 1713 Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1792 | MINUTE ORDER denying as moot 1189 Joseph Martinez' Motion to Reschedule Final Filings. Re: Claim 03-062 . Entered by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/24/2006 | 1793 | MINUTE ORDER Overruling 1744 Lawrence R. Willis' OBJECTION and APPEAL OF SPECIAL MASTER'S DECISION to District Court. Re: Claim 02-713 . Signed by Judge John L. Kane on 3/23/06. (pap, ) (Entered: 03/24/2006) |
| 03/27/2006 | 1799 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Wiens, Adam) (Entered: 03/27/2006) |
| 03/27/2006 | 1800 | FINAL ORDER OF SPECIAL MASTER Dismissing/Denying Claim 02-067 by Claimant Kirt Dean Huskey. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1801 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-072 by Claimant Wayne Sloan. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1802 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim, Granting Defendants' Motion to Dismiss Claim 02-082 by Claimant Thomas Edward Johnson. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1803 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-186 by Claimant Timothy Vialpando. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1804 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-253 by Claimant Larry Patrick Delaney. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Modified on 3/28/2006 to correct claim #) (pap2, ). (Entered: 03/27/2006) |
| 03/27/2006 | 1805 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-286 by Claimant Teresa Roever. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1806 | FINAL ORDER OF SPECIAL MASTER Denying/Dismissing Claim 02-386 by Claimant Craig Kidder. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1807 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-048 by Claimant Toney L. Brown. Signed by Special Master Richard M. Borchers on 3/20/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1808 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-199 by Claimant James Dockins. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/27/2006) |

| 03/27/2006 | 1809 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-151 by Claimant James Alexander. Signed by Special Master Richard M. Borchers on 3/22/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1810 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-045 by Claimant Ruben E. Moreno. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1811 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Hector Fernandez. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1812 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1813 | MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1814 | MOTION to Amend/Correct/Modify Original Claim 02-559 by Interested Party Jackie L. Carr. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1817 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-031 by Claimant Richard D. Collins. Order attached to record for claim 02-031. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 1818 | FINAL ORDER OF SPECIAL MASTER Denying and Dismissing Claim 02-128 by Claimant Stephen Moore. Order attached to record for claim 02-128. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1815 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-274 by Claimant Herbert Eychaner. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1816 | RESPONSE to Defendants Argument dated 2/28/06 and Authorities Requesting this Court Deny Plaintiff's Claims by Mack W. Thomas re: Claim 02-259. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1819 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-404 by Claimant Michael Valdez. Order attached to record for claim 02-404. Signed by Special Master Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1820 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-195 by Claimant Luis "Carlos" Rivera. Order attached to record for claim 03-195. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1821 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with Prejudice Claim 02-282 by Claimant Hector Ortega. Order attached to record for claim 02-282 . Signed by Special Master |

| 03/27/2006 | 1809 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-151 by Claimant James Alexander. Signed by Special Master Richard M. Borchers on 3/22/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1810 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-045 by Claimant Ruben E. Moreno. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1811 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Hector Fernandez. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1812 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1813 | MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1814 | MOTION to Amend/Correct/Modify Original Claim 02-559 by Interested Party Jackie L. Carr. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1817 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-031 by Claimant Richard D. Collins. Order attached to record for claim 02-031. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 1818 | FINAL ORDER OF SPECIAL MASTER Denying and Dismissing Claim 02-128 by Claimant Stephen Moore. Order attached to record for claim 02-128. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1815 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-274 by Claimant Herbert Eychaner. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1816 | RESPONSE to Defendants Argument dated 2/28/06 and Authorities Requesting this Court Deny Plaintiff's Claims by Mack W. Thomas re: Claim 02-259. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1819 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-404 by Claimant Michael Valdez. Order attached to record for claim 02-404. Signed by Special Master Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1820 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-195 by Claimant Luis "Carlos" Rivera. Order attached to record for claim 03-195. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1821 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with Prejudice Claim 02-282 by Claimant Hector Ortega. Order attached to record for claim 02-282 . Signed by Special Master |

| 03/27/2006 | 1809 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-151 by Claimant James Alexander. Signed by Special Master Richard M. Borchers on 3/22/06. (pap, ) (Entered: 03/27/2006) |
| --- | --- | --- |
| 03/27/2006 | 1810 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-045 by Claimant Ruben E. Moreno. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1811 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Hector Fernandez. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1812 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1813 | MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1814 | MOTION to Amend/Correct/Modify Original Claim 02-559 by Interested Party Jackie L. Carr. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1817 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-031 by Claimant Richard D. Collins. Order attached to record for claim 02-031. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 1818 | FINAL ORDER OF SPECIAL MASTER Denying and Dismissing Claim 02-128 by Claimant Stephen Moore. Order attached to record for claim 02-128. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1815 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-274 by Claimant Herbert Eychaner. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1816 | RESPONSE to Defendants Argument dated 2/28/06 and Authorities Requesting this Court Deny Plaintiff's Claims by Mack W. Thomas re: Claim 02-259. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1819 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-404 by Claimant Michael Valdez. Order attached to record for claim 02-404. Signed by Special Master Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1820 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-195 by Claimant Luis "Carlos" Rivera. Order attached to record for claim 03-195. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1821 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with Prejudice Claim 02-282 by Claimant Hector Ortega. Order attached to record for claim 02-282 . Signed by Special Master |

| 03/27/2006 | 1809 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-151 by Claimant James Alexander. Signed by Special Master Richard M. Borchers on 3/22/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1810 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-045 by Claimant Ruben E. Moreno. Signed by Special Master Richard M. Borchers on 3/21/06. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1811 | Mail Returned as Undeliverable re: 1657 Order on Appeal of Magistrate Judge Decision to District Court, 1658 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Hector Fernandez. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1812 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Tommy B. Sturges. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1813 | MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1814 | MOTION to Amend/Correct/Modify Original Claim 02-559 by Interested Party Jackie L. Carr. (pap, ) (Entered: 03/27/2006) |
| 03/27/2006 | 1817 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-031 by Claimant Richard D. Collins. Order attached to record for claim 02-031. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 1818 | FINAL ORDER OF SPECIAL MASTER Denying and Dismissing Claim 02-128 by Claimant Stephen Moore. Order attached to record for claim 02-128. Signed by Special Master Richard M. Borchers on 3/27/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1815 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-274 by Claimant Herbert Eychaner. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1816 | RESPONSE to Defendants Argument dated 2/28/06 and Authorities Requesting this Court Deny Plaintiff's Claims by Mack W. Thomas re: Claim 02-259. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1819 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-404 by Claimant Michael Valdez. Order attached to record for claim 02-404. Signed by Special Master Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1820 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-195 by Claimant Luis "Carlos" Rivera. Order attached to record for claim 03-195. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 03/28/2006) |
| 03/28/2006 | 1821 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with Prejudice Claim 02-282 by Claimant Hector Ortega. Order attached to record for claim 02-282 . Signed by Special Master |

| | | Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
|---|---|---|
| 03/28/2006 | 1822 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Clint Crews. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1823 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1824 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1825 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1826 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1827 | ORDER Overruling 1350 OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1828 | MINUTE ORDER denying 1254 Motion for Reconsideration re 1156 ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1829 | MINUTE ORDER Overruling 1745 OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera . Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1830 | MINUTE ORDER denying 1813 MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1831 | Special Masters' Twelfth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1832 | REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1833 | LETTER/MOTION for Leave to continue Montez vs Owens Civil Action Suit after release and to apply for the "Next Category", by Dexter Gail Millican, Claim 02-795. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1834 | MOTION/REQUEST for Discovery (Quality Assurance Documents) by |

| | | Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
|---|---|---|
| 03/28/2006 | 1822 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Clint Crews. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1823 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1824 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1825 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1826 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1827 | ORDER Overruling 1350 OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1828 | MINUTE ORDER denying 1254 Motion for Reconsideration re 1156 ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1829 | MINUTE ORDER Overruling 1745 OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera . Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1830 | MINUTE ORDER denying 1813 MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1831 | Special Masters' Twelfth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1832 | REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1833 | LETTER/MOTION for Leave to continue Montez vs Owens Civil Action Suit after release and to apply for the "Next Category", by Dexter Gail Millican, Claim 02-795. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1834 | MOTION/REQUEST for Discovery (Quality Assurance Documents) by |

| | | Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
|---|---|---|
| 03/28/2006 | 1822 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Clint Crews. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1823 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1824 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1825 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1826 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1827 | ORDER Overruling 1350 OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1828 | MINUTE ORDER denying 1254 Motion for Reconsideration re 1156 ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1829 | MINUTE ORDER Overruling 1745 OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera . Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1830 | MINUTE ORDER denying 1813 MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1831 | Special Masters' Twelfth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1832 | REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1833 | LETTER/MOTION for Leave to continue Montez vs Owens Civil Action Suit after release and to apply for the "Next Category", by Dexter Gail Millican, Claim 02-795. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1834 | MOTION/REQUEST for Discovery (Quality Assurance Documents) by |

| | | Richard M. Borchers on 3/15/06. (pap, ) (Entered: 03/28/2006) |
|---|---|---|
| 03/28/2006 | 1822 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Clint Crews. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1823 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1824 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1825 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Kerry Gallegos. (pap, ) (Entered: 03/29/2006) |
| 03/28/2006 | 1826 | Mail Returned as Undeliverable re: 1666 Order on Motion for Order Addressed to Cornelius Tyrone Williams. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1827 | ORDER Overruling 1350 OBJECTION AND APPEAL OF Special Master's DECISION to District Court re 1227 Order as to Claim 03-040 by Leroy Walter Baker. Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1828 | MINUTE ORDER denying 1254 Motion for Reconsideration re 1156 ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-121 by Claimant Christopher M. Grosso, #125082. Attached to Order is record of Claim X-121. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1829 | MINUTE ORDER Overruling 1745 OBJECTION to Special Master's DECISION to District Court re 1515 Order of Dismissal Claim 02-619 by Claimant Rocendo Herrera . Signed by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1830 | MINUTE ORDER denying 1813 MOTION to Amend (Add Evidence) Record re: 1147 Order, 1171 Objections by Interested Party Shawn M. Winkler. Entered by Judge John L. Kane on 3/29/06. (pap, ) (Entered: 03/29/2006) |
| 03/29/2006 | 1831 | Special Masters' Twelfth Application for Payment of Fees and Costs by Special Masters Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1832 | REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1833 | LETTER/MOTION for Leave to continue Montez vs Owens Civil Action Suit after release and to apply for the "Next Category", by Dexter Gail Millican, Claim 02-795. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1834 | MOTION/REQUEST for Discovery (Quality Assurance Documents) by |

| | | Michael Eugene Graham, Claim 02-834. (pap, ) (Entered: 03/30/2006) |
|---|---|---|
| 03/29/2006 | 1835 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Clint Crews. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1836 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1837 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-026 by Claimant Edward Armijo. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1838 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-027 by Claimant Mark Barnett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1839 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-029 by Claimant Thomas Carvon. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1840 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-117 by Claimant Howard Lockett. Signed by Special Master Richard M. Borchers 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1841 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-272 by Claimant Kai Christopher Christman. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1842 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-328 by Claimant Robert Dale Follett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1843 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-512 by Claimant Andre Griffith. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Modified on 4/2/2008 to add claimant) (pap, ). (Entered: 03/30/2006) |
| 03/30/2006 | 1844 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-533 by Claimant Raymond Derrera. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1845 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-540 by Claimant Burton Franklin. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1846 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-566 by Claimant Mark Salazar. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1847 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-672 by Claimant Russell Horton. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1848 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Michael Eugene Graham, Claim 02-834. (pap, ) (Entered: 03/30/2006) |
|---|---|---|
| 03/29/2006 | 1835 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Clint Crews. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1836 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1837 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-026 by Claimant Edward Armijo. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1838 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-027 by Claimant Mark Barnett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1839 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-029 by Claimant Thomas Carvon. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1840 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-117 by Claimant Howard Lockett. Signed by Special Master Richard M. Borchers 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1841 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-272 by Claimant Kai Christopher Christman. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1842 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-328 by Claimant Robert Dale Follett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1843 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-512 by Claimant Andre Griffith. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Modified on 4/2/2008 to add claimant) (pap, ). (Entered: 03/30/2006) |
| 03/30/2006 | 1844 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-533 by Claimant Raymond Derrera. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1845 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-540 by Claimant Burton Franklin. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1846 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-566 by Claimant Mark Salazar. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1847 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-672 by Claimant Russell Horton. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1848 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Michael Eugene Graham, Claim 02-834. (pap, ) (Entered: 03/30/2006) |
|---|---|---|
| 03/29/2006 | 1835 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Clint Crews. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1836 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1837 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-026 by Claimant Edward Armijo. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1838 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-027 by Claimant Mark Barnett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1839 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-029 by Claimant Thomas Carvon. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1840 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-117 by Claimant Howard Lockett. Signed by Special Master Richard M. Borchers 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1841 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-272 by Claimant Kai Christopher Christman. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1842 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-328 by Claimant Robert Dale Follett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1843 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-512 by Claimant Andre Griffith. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Modified on 4/2/2008 to add claimant) (pap, ). (Entered: 03/30/2006) |
| 03/30/2006 | 1844 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-533 by Claimant Raymond Derrera. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1845 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-540 by Claimant Burton Franklin. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1846 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-566 by Claimant Mark Salazar. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1847 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-672 by Claimant Russell Horton. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1848 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Michael Eugene Graham, Claim 02-834. (pap, ) (Entered: 03/30/2006) |
|---|---|---|
| 03/29/2006 | 1835 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Clint Crews. (pap, ) (Entered: 03/30/2006) |
| 03/29/2006 | 1836 | Mail Returned as Undeliverable re: 1714 Order, 1713 Order Addressed to Richard A. Malisheski. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1837 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-026 by Claimant Edward Armijo. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1838 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-027 by Claimant Mark Barnett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1839 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-029 by Claimant Thomas Carvon. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1840 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-117 by Claimant Howard Lockett. Signed by Special Master Richard M. Borchers 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1841 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-272 by Claimant Kai Christopher Christman. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1842 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-328 by Claimant Robert Dale Follett. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1843 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-512 by Claimant Andre Griffith. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Modified on 4/2/2008 to add claimant) (pap, ). (Entered: 03/30/2006) |
| 03/30/2006 | 1844 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-533 by Claimant Raymond Derrera. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1845 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-540 by Claimant Burton Franklin. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1846 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-566 by Claimant Mark Salazar. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1847 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-672 by Claimant Russell Horton. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1848 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | |
|---|---|---|
| | | 677 by Claimant Jason Sanchez. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1849 | MINUTE ORDER Overruling 1213 Alfonso R. Flores' Objection to Order of Dismissal of Special Master. Denying 1734 Alfonso R. Flores' Motion for Assistance. Entered by Judge John L. Kane on 3/30/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1851 | MEMORANDUM Returning Record of Claim 02-784 by Claimant Andrew Vigil re: 1780 Order, to Special Master Richard M. Borchers. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1850 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-104 by Claimant Charles Ramos, Jr.. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1852 | MOTION to be Admitted to the matter of Montez v. Owens by Interested Party Willis Horn . (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1857 | REQUEST by Interested Party Jill Coit for Notice re: items not replaced or returned. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1858 | MOTION for Hearing/Conference on Denial of Order for Appointment of Counsel by Interested Party Jill Coit. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1860 | Mail Returned as Undeliverable re: 1720 Order on Motion for Costs Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1862 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify Addressed to Charles Ramos, Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1863 | Mail Returned as Undeliverable re: 1793 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1865 | Mail Returned as Undeliverable re: 1713 Order Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1853 | MOTION for Attorney Fees *Expediated Hearing on Defendants' Appeal of Special Master's Award of Fees and Costs to Class Counsel (To The Honorable Jude Edward W. Nottingham)* by Plaintiffs Jesse F. Montez, Robert Sikitch. (Greisen, Paula) (Entered: 04/04/2006) |
| 04/04/2006 | 1854 | FINAL ORDER OF SPECIAL MASTER Claimant Roy Allen Embry is awarded $750.00 in damages, Claim 03-126 is denied in all other aspects. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1855 | FINAL ORDER OF SPECIAL MASTER Awarding $125 for the loss of the shoes and the use of those shoes and denying in all other aspects Claim 03-144 by Claimant James Riley. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1856 | FINAL ORDER OF SPECIAL MASTER Awarding damages of $200.00 for the denial of insuling when he first arrived at SCF and the remainder of |

| | | 677 by Claimant Jason Sanchez. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
|---|---|---|
| 03/30/2006 | 1849 | MINUTE ORDER Overruling 1213 Alfonso R. Flores' Objection to Order of Dismissal of Special Master. Denying 1734 Alfonso R. Flores' Motion for Assistance. Entered by Judge John L. Kane on 3/30/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1851 | MEMORANDUM Returning Record of Claim 02-784 by Claimant Andrew Vigil re: 1780 Order, to Special Master Richard M. Borchers. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1850 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-104 by Claimant Charles Ramos, Jr.. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1852 | MOTION to be Admitted to the matter of Montez v. Owens by Interested Party Willis Horn . (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1857 | REQUEST by Interested Party Jill Coit for Notice re: items not replaced or returned. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1858 | MOTION for Hearing/Conference on Denial of Order for Appointment of Counsel by Interested Party Jill Coit. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1860 | Mail Returned as Undeliverable re: 1720 Order on Motion for Costs Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1862 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify Addressed to Charles Ramos, Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1863 | Mail Returned as Undeliverable re: 1793 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1865 | Mail Returned as Undeliverable re: 1713 Order Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1853 | MOTION for Attorney Fees *Expediated Hearing on Defendants' Appeal of Special Master's Award of Fees and Costs to Class Counsel (To The Honorable Jude Edward W. Nottingham)* by Plaintiffs Jesse F. Montez, Robert Sikitch. (Greisen, Paula) (Entered: 04/04/2006) |
| 04/04/2006 | 1854 | FINAL ORDER OF SPECIAL MASTER Claimant Roy Allen Embry is awarded $750.00 in damages, Claim 03-126 is denied in all other aspects. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1855 | FINAL ORDER OF SPECIAL MASTER Awarding $125 for the loss of the shoes and the use of those shoes and denying in all other aspects Claim 03-144 by Claimant James Riley. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1856 | FINAL ORDER OF SPECIAL MASTER Awarding damages of $200.00 for the denial of insuling when he first arrived at SCF and the remainder of |

| | | |
|---|---|---|
| | | 677 by Claimant Jason Sanchez. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1849 | MINUTE ORDER Overruling 1213 Alfonso R. Flores' Objection to Order of Dismissal of Special Master. Denying 1734 Alfonso R. Flores' Motion for Assistance. Entered by Judge John L. Kane on 3/30/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1851 | MEMORANDUM Returning Record of Claim 02-784 by Claimant Andrew Vigil re: 1780 Order, to Special Master Richard M. Borchers. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1850 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-104 by Claimant Charles Ramos, Jr.. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1852 | MOTION to be Admitted to the matter of Montez v. Owens by Interested Party Willis Horn . (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1857 | REQUEST by Interested Party Jill Coit for Notice re: items not replaced or returned. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1858 | MOTION for Hearing/Conference on Denial of Order for Appointment of Counsel by Interested Party Jill Coit. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1860 | Mail Returned as Undeliverable re: 1720 Order on Motion for Costs Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1862 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify Addressed to Charles Ramos, Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1863 | Mail Returned as Undeliverable re: 1793 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1865 | Mail Returned as Undeliverable re: 1713 Order Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1853 | MOTION for Attorney Fees *Expediated Hearing on Defendants' Appeal of Special Master's Award of Fees and Costs to Class Counsel (To The Honorable Jude Edward W. Nottingham)* by Plaintiffs Jesse F. Montez, Robert Sikitch. (Greisen, Paula) (Entered: 04/04/2006) |
| 04/04/2006 | 1854 | FINAL ORDER OF SPECIAL MASTER Claimant Roy Allen Embry is awarded $750.00 in damages, Claim 03-126 is denied in all other aspects. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1855 | FINAL ORDER OF SPECIAL MASTER Awarding $125 for the loss of the shoes and the use of those shoes and denying in all other aspects Claim 03-144 by Claimant James Riley. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1856 | FINAL ORDER OF SPECIAL MASTER Awarding damages of $200.00 for the denial of insuling when he first arrived at SCF and the remainder of |

| | | 677 by Claimant Jason Sanchez. Signed by Special Master Richard M. Borchers on 3/29/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1849 | MINUTE ORDER Overruling 1213 Alfonso R. Flores' Objection to Order of Dismissal of Special Master. Denying 1734 Alfonso R. Flores' Motion for Assistance. Entered by Judge John L. Kane on 3/30/06. (pap, ) (Entered: 03/30/2006) |
| 03/30/2006 | 1851 | MEMORANDUM Returning Record of Claim 02-784 by Claimant Andrew Vigil re: 1780 Order, to Special Master Richard M. Borchers. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1850 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-104 by Claimant Charles Ramos, Jr.. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1852 | MOTION to be Admitted to the matter of Montez v. Owens by Interested Party Willis Horn . (pap, ) (Entered: 03/31/2006) |
| 03/31/2006 | 1857 | REQUEST by Interested Party Jill Coit for Notice re: items not replaced or returned. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1858 | MOTION for Hearing/Conference on Denial of Order for Appointment of Counsel by Interested Party Jill Coit. (pap, ) (Entered: 04/04/2006) |
| 04/03/2006 | 1860 | Mail Returned as Undeliverable re: 1720 Order on Motion for Costs Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1862 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify Addressed to Charles Ramos, Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1863 | Mail Returned as Undeliverable re: 1793 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/03/2006 | 1865 | Mail Returned as Undeliverable re: 1713 Order Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1853 | MOTION for Attorney Fees *Expediated Hearing on Defendants' Appeal of Special Master's Award of Fees and Costs to Class Counsel (To The Honorable Jude Edward W. Nottingham)* by Plaintiffs Jesse F. Montez, Robert Sikitch. (Greisen, Paula) (Entered: 04/04/2006) |
| 04/04/2006 | 1854 | FINAL ORDER OF SPECIAL MASTER Claimant Roy Allen Embry is awarded $750.00 in damages, Claim 03-126 is denied in all other aspects. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1855 | FINAL ORDER OF SPECIAL MASTER Awarding $125 for the loss of the shoes and the use of those shoes and denying in all other aspects Claim 03-144 by Claimant James Riley. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1856 | FINAL ORDER OF SPECIAL MASTER Awarding damages of $200.00 for the denial of insuling when he first arrived at SCF and the remainder of |

| | | the claim is Dismissed re: Claim 03-153 by Claimant Roy Ford. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 04/04/2006) |
|---|---|---|
| 04/04/2006 | 1861 | Mail Returned as Undeliverable re: 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1864 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1866 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1859 | FINAL ORDER OF SPECIAL MASTER Granting to the extent set forth in this Order concerning placement at DRDC in 2001 and awarding $200.00. Denied in all other respects. Re: Claim 03-143 by Claimant Duane Allen Hoffman. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1867 | ORDER denying 1858 Jill Coit's Motion for Rehearing of Motion for Appointment of Counsel. Signed by Judge Edward W. Nottingham on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/06/2006 | 1868 | ORDER granting 1356 Defendants' Motion to Dismiss the claim filed by Claimant Kerry Gallegos, Claim 02-877. Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1869 | ORDER denying 1740 Jill Coit's MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1870 | ORDER denying 1814 Jackie L. Carr's Motion to Amend re: Claim 02-559, denying 1833 Dexter Gail Millican's Motion for Leave to Amend re: Claim 02-795, denying 1834 Michael Eugene Graham's Motion for Discovery re: Claim 02-834, denying 1852 Willis Horn's Motion to Join Montez v. Owens Action . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1871 | MINTUE ORDER Denying as Moot 1214 Anthony Hernandez' Motion for Extension of Time to Prepare Witness List re: Claim 03-152, Denying as Moot 1555 Plaintiff's Joint Motion for Hearing/Conference, Granting 1799 Motion to Withdraw as Attorney. Attorney Adam B. Wiens terminated . Entered by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1872 | MINUTE ORDER After review of 1021 Final Order on Claim 03-087 by Claimant Duncan Leach and 1055 Objection to Order filed by Duncan |

| | | the claim is Dismissed re: Claim 03-153 by Claimant Roy Ford. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 04/04/2006) |
|---|---|---|
| 04/04/2006 | 1861 | Mail Returned as Undeliverable re: 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1864 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1866 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1859 | FINAL ORDER OF SPECIAL MASTER Granting to the extent set forth in this Order concerning placement at DRDC in 2001 and awarding $200.00. Denied in all other respects. Re: Claim 03-143 by Claimant Duane Allen Hoffman. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1867 | ORDER denying 1858 Jill Coit's Motion for Rehearing of Motion for Appointment of Counsel. Signed by Judge Edward W. Nottingham on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/06/2006 | 1868 | ORDER granting 1356 Defendants' Motion to Dismiss the claim filed by Claimant Kerry Gallegos, Claim 02-877. Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1869 | ORDER denying 1740 Jill Coit's MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1870 | ORDER denying 1814 Jackie L. Carr's Motion to Amend re: Claim 02-559, denying 1833 Dexter Gail Millican's Motion for Leave to Amend re: Claim 02-795, denying 1834 Michael Eugene Graham's Motion for Discovery re: Claim 02-834, denying 1852 Willis Horn's Motion to Join Montez v. Owens Action . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1871 | MINTUE ORDER Denying as Moot 1214 Anthony Hernandez' Motion for Extension of Time to Prepare Witness List re: Claim 03-152, Denying as Moot 1555 Plaintiff's Joint Motion for Hearing/Conference, Granting 1799 Motion to Withdraw as Attorney. Attorney Adam B. Wiens terminated . Entered by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1872 | MINUTE ORDER After review of 1021 Final Order on Claim 03-087 by Claimant Duncan Leach and 1055 Objection to Order filed by Duncan |

| | | |
|---|---|---|
| | | the claim is Dismissed re: Claim 03-153 by Claimant Roy Ford. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 04/04/2006) |
| 04/04/2006 | 1861 | Mail Returned as Undeliverable re: 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1864 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1866 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1859 | FINAL ORDER OF SPECIAL MASTER Granting to the extent set forth in this Order concerning placement at DRDC in 2001 and awarding $200.00. Denied in all other respects. Re: Claim 03-143 by Claimant Duane Allen Hoffman. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1867 | ORDER denying 1858 Jill Coit's Motion for Rehearing of Motion for Appointment of Counsel. Signed by Judge Edward W. Nottingham on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/06/2006 | 1868 | ORDER granting 1356 Defendants' Motion to Dismiss the claim filed by Claimant Kerry Gallegos, Claim 02-877. Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1869 | ORDER denying 1740 Jill Coit's MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1870 | ORDER denying 1814 Jackie L. Carr's Motion to Amend re: Claim 02-559, denying 1833 Dexter Gail Millican's Motion for Leave to Amend re: Claim 02-795, denying 1834 Michael Eugene Graham's Motion for Discovery re: Claim 02-834, denying 1852 Willis Horn's Motion to Join Montez v. Owens Action . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1871 | MINTUE ORDER Denying as Moot 1214 Anthony Hernandez' Motion for Extension of Time to Prepare Witness List re: Claim 03-152, Denying as Moot 1555 Plaintiff's Joint Motion for Hearing/Conference, Granting 1799 Motion to Withdraw as Attorney. Attorney Adam B. Wiens terminated . Entered by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1872 | MINUTE ORDER After review of 1021 Final Order on Claim 03-087 by Claimant Duncan Leach and 1055 Objection to Order filed by Duncan |

| | | the claim is Dismissed re: Claim 03-153 by Claimant Roy Ford. Signed by Special Master Richard M. Borchers on 3/31/06. (pap, ) (Entered: 04/04/2006) |
|---|---|---|
| 04/04/2006 | 1861 | Mail Returned as Undeliverable re: 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1864 | Mail Returned as Undeliverable re: 1702 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Hector Fernandez. (pap, ) (Entered: 04/05/2006) |
| 04/04/2006 | 1866 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1859 | FINAL ORDER OF SPECIAL MASTER Granting to the extent set forth in this Order concerning placement at DRDC in 2001 and awarding $200.00. Denied in all other respects. Re: Claim 03-143 by Claimant Duane Allen Hoffman. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/05/2006 | 1867 | ORDER denying 1858 Jill Coit's Motion for Rehearing of Motion for Appointment of Counsel. Signed by Judge Edward W. Nottingham on 4/5/06. (pap, ) (Entered: 04/05/2006) |
| 04/06/2006 | 1868 | ORDER granting 1356 Defendants' Motion to Dismiss the claim filed by Claimant Kerry Gallegos, Claim 02-877. Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1869 | ORDER denying 1740 Jill Coit's MOTION For Assistance and Extension of Time to File Objection to Final Order re: Claim 03-129 . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1870 | ORDER denying 1814 Jackie L. Carr's Motion to Amend re: Claim 02-559, denying 1833 Dexter Gail Millican's Motion for Leave to Amend re: Claim 02-795, denying 1834 Michael Eugene Graham's Motion for Discovery re: Claim 02-834, denying 1852 Willis Horn's Motion to Join Montez v. Owens Action . Signed by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1871 | MINTUE ORDER Denying as Moot 1214 Anthony Hernandez' Motion for Extension of Time to Prepare Witness List re: Claim 03-152, Denying as Moot 1555 Plaintiff's Joint Motion for Hearing/Conference, Granting 1799 Motion to Withdraw as Attorney. Attorney Adam B. Wiens terminated . Entered by Judge Edward W. Nottingham on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1872 | MINUTE ORDER After review of 1021 Final Order on Claim 03-087 by Claimant Duncan Leach and 1055 Objection to Order filed by Duncan |

| | | |
|---|---|---|
| | | Leach. Defendants shall file a response to Claimants Objection on or before 4/27/06. Entered by Judge John L. Kane on 4/6/06. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1873 | MOTION for Contempt Citation and MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane by Interested Party Jill Coit Claim 03-129. (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1874 | MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1875 | ORDER OF SPECIAL MASTER. Re: Claim X-162 by Claimant Stephen Grace. Claimant requested that the pleadings he submitted be referred to the Clerk of USDC-CO. Claimant's pleadings have been forwarded to the Clerk for further action. This file will be administratively closed as Claimant has not filed a claim. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/06/2006) |
| 04/07/2006 | 1876 | ORDER Denying 1873 Jill Coit's MOTION for Contempt Citation and 1873 MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1877 | ORDER Denying 1874 MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140 . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1878 | RESPONSE to 1045 Objections by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3)(Dance, Jess) (Entered: 04/07/2006) |
| 04/07/2006 | 1879 | OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1881 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify, 1792 Order on Motion to Reset, 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1782 Order, 1786 Order, 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Khalid Wahab. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1880 | MINUTE ORDER Denying 1832 REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. Entered by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1882 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-032 by Claimant Carol Ray Mason. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| | | |

| | | Leach. Defendants shall file a response to Claimants Objection on or before 4/27/06. Entered by Judge John L. Kane on 4/6/06. (pap, ) (Entered: 04/06/2006) |
|---|---|---|
| 04/06/2006 | 1873 | MOTION for Contempt Citation and MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane by Interested Party Jill Coit Claim 03-129. (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1874 | MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1875 | ORDER OF SPECIAL MASTER. Re: Claim X-162 by Claimant Stephen Grace. Claimant requested that the pleadings he submitted be referred to the Clerk of USDC-CO. Claimant's pleadings have been forwarded to the Clerk for further action. This file will be administratively closed as Claimant has not filed a claim. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/06/2006) |
| 04/07/2006 | 1876 | ORDER Denying 1873 Jill Coit's MOTION for Contempt Citation and 1873 MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1877 | ORDER Denying 1874 MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140 . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1878 | RESPONSE to 1045 Objections by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3)(Dance, Jess) (Entered: 04/07/2006) |
| 04/07/2006 | 1879 | OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1881 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify, 1792 Order on Motion to Reset, 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1782 Order, 1786 Order, 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Khalid Wahab. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1880 | MINUTE ORDER Denying 1832 REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. Entered by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1882 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-032 by Claimant Carol Ray Mason. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/10/2006) |

| | | Leach. Defendants shall file a response to Claimants Objection on or before 4/27/06. Entered by Judge John L. Kane on 4/6/06. (pap, ) (Entered: 04/06/2006) |
|---|---|---|
| 04/06/2006 | 1873 | MOTION for Contempt Citation and MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane by Interested Party Jill Coit Claim 03-129. (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1874 | MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1875 | ORDER OF SPECIAL MASTER. Re: Claim X-162 by Claimant Stephen Grace. Claimant requested that the pleadings he submitted be referred to the Clerk of USDC-CO. Claimant's pleadings have been forwarded to the Clerk for further action. This file will be administratively closed as Claimant has not filed a claim. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/06/2006) |
| 04/07/2006 | 1876 | ORDER Denying 1873 Jill Coit's MOTION for Contempt Citation and 1873 MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1877 | ORDER Denying 1874 MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140 . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1878 | RESPONSE to 1045 Objections by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3)(Dance, Jess) (Entered: 04/07/2006) |
| 04/07/2006 | 1879 | OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1881 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify, 1792 Order on Motion to Reset, 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1782 Order, 1786 Order, 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Khalid Wahab. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1880 | MINUTE ORDER Denying 1832 REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. Entered by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1882 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-032 by Claimant Carol Ray Mason. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/10/2006) |

| | | Leach. Defendants shall file a response to Claimants Objection on or before 4/27/06. Entered by Judge John L. Kane on 4/6/06. (pap, ) (Entered: 04/06/2006) |
|---|---|---|
| 04/06/2006 | 1873 | MOTION for Contempt Citation and MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane by Interested Party Jill Coit Claim 03-129. (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1874 | MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140. (pap, ) (Entered: 04/06/2006) |
| 04/06/2006 | 1875 | ORDER OF SPECIAL MASTER. Re: Claim X-162 by Claimant Stephen Grace. Claimant requested that the pleadings he submitted be referred to the Clerk of USDC-CO. Claimant's pleadings have been forwarded to the Clerk for further action. This file will be administratively closed as Claimant has not filed a claim. Signed by Special Master Richard M. Borchers on 4/5/06. (pap, ) (Entered: 04/06/2006) |
| 04/07/2006 | 1876 | ORDER Denying 1873 Jill Coit's MOTION for Contempt Citation and 1873 MOTION for Order Directing Relief and Removal of CDOC ADA Inmate Coordinator with Replacement Determination by Judge Kane . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1877 | ORDER Denying 1874 MOTION to Request the Judge to Recuse from Proceedings by Interested Party Shawn M. Winkler Claim 03-140 . Signed by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1878 | RESPONSE to 1045 Objections by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3)(Dance, Jess) (Entered: 04/07/2006) |
| 04/07/2006 | 1879 | OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. (pap, ) (Entered: 04/07/2006) |
| 04/07/2006 | 1881 | Mail Returned as Undeliverable re: 1738 Order on Motion to Clarify, 1792 Order on Motion to Reset, 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1782 Order, 1786 Order, 1791 Order on Motion for Order, 1789 Order, 1788 Order on Motion to Quash, Addressed to Khalid Wahab. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1880 | MINUTE ORDER Denying 1832 REQUEST for Information pertaining to the Montez Settlement and Agreement, by Paul Deschaine. Entered by Judge Edward W. Nottingham on 4/7/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1882 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-032 by Claimant Carol Ray Mason. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/10/2006) |

| 04/10/2006 | 1883 | ORDER Overruling 1045 Objection to 1036 Final Order of Special Master filed by Joe Allen Eubanks re: Claim 03-002 . Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
|---|---|---|
| 04/10/2006 | 1884 | ORDER Overruling 1879 OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1885 | ORDER of Special Master Accepting Claimant's Supplemental Form as to Claim X-133 by Abad Martinez. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1886 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-108 by Claimant Tommy B. Sturges. Signed by Special Master Richard M. Borchers on 4/6/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1887 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1782 Order, 1786 Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/11/2006) |
| 04/10/2006 | 1888 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1783 Order on Motion to Amend/Correct/Modify, 1791 Order on Motion for Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court, 1788 Order on Motion to Quash,, 1792 Order on Motion to Reset, 1785 Order on Motion for Extension of Time, 1782 Order, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1789 Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1889 | Docket Annotation re: 1107 Response to 1065 Appeal of Magistrate Judge Decision. Response has been modified to indicate that entry is a response to 1065 Appeal of Magistrate Judge Decision. Text only entry - no document attached. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1890 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-431 by Claimant Darwin M. Secrist. Order attached to record for claim 02-431 . Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1891 | ORDER OF SPECIAL MASTER Denying without Prejudice Claimant Reggie N. Keyes Motion to Elevate his Claim to Category III. Re: Claim 02-768. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |

| 04/10/2006 | 1883 | ORDER Overruling 1045 Objection to 1036 Final Order of Special Master filed by Joe Allen Eubanks re: Claim 03-002 . Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1884 | ORDER Overruling 1879 OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1885 | ORDER of Special Master Accepting Claimant's Supplemental Form as to Claim X-133 by Abad Martinez. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1886 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-108 by Claimant Tommy B. Sturges. Signed by Special Master Richard M. Borchers on 4/6/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1887 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1782 Order, 1786 Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/11/2006) |
| 04/10/2006 | 1888 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1783 Order on Motion to Amend/Correct/Modify, 1791 Order on Motion for Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court, 1788 Order on Motion to Quash,, 1792 Order on Motion to Reset, 1785 Order on Motion for Extension of Time, 1782 Order, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1789 Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1889 | Docket Annotation re: 1107 Response to 1065 Appeal of Magistrate Judge Decision. Response has been modified to indicate that entry is a response to 1065 Appeal of Magistrate Judge Decision. Text only entry - no document attached. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1890 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-431 by Claimant Darwin M. Secrist. Order attached to record for claim 02-431 . Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1891 | ORDER OF SPECIAL MASTER Denying without Prejudice Claimant Reggie N. Keyes Motion to Elevate his Claim to Category III. Re: Claim 02-768. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |

| 04/10/2006 | 1883 | ORDER Overruling 1045 Objection to 1036 Final Order of Special Master filed by Joe Allen Eubanks re: Claim 03-002 . Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
|---|---|---|
| 04/10/2006 | 1884 | ORDER Overruling 1879 OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1885 | ORDER of Special Master Accepting Claimant's Supplemental Form as to Claim X-133 by Abad Martinez. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1886 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-108 by Claimant Tommy B. Sturges. Signed by Special Master Richard M. Borchers on 4/6/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1887 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1782 Order, 1786 Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/11/2006) |
| 04/10/2006 | 1888 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1783 Order on Motion to Amend/Correct/Modify, 1791 Order on Motion for Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court, 1788 Order on Motion to Quash,, 1792 Order on Motion to Reset, 1785 Order on Motion for Extension of Time, 1782 Order, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1789 Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1889 | Docket Annotation re: 1107 Response to 1065 Appeal of Magistrate Judge Decision. Response has been modified to indicate that entry is a response to 1065 Appeal of Magistrate Judge Decision. Text only entry - no document attached. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1890 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-431 by Claimant Darwin M. Secrist. Order attached to record for claim 02-431 . Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1891 | ORDER OF SPECIAL MASTER Denying without Prejudice Claimant Reggie N. Keyes Motion to Elevate his Claim to Category III. Re: Claim 02-768. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |

| 04/10/2006 | 1883 | ORDER Overruling 1045 Objection to 1036 Final Order of Special Master filed by Joe Allen Eubanks re: Claim 03-002 . Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1884 | ORDER Overruling 1879 OBJECTION (APPEAL OF)TO SPECIAL MASTER'S DECISION to District Court re 1856 Order by Claimant Roy M. Ford re: Claim 03-153. Signed by Judge John L. Kane on 4/10/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1885 | ORDER of Special Master Accepting Claimant's Supplemental Form as to Claim X-133 by Abad Martinez. Signed by Special Master Richard M. Borchers on 3/14/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1886 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-108 by Claimant Tommy B. Sturges. Signed by Special Master Richard M. Borchers on 4/6/06. (pap, ) (Entered: 04/10/2006) |
| 04/10/2006 | 1887 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1785 Order on Motion for Extension of Time, 1783 Order on Motion to Amend/Correct/Modify, 1782 Order, 1786 Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/11/2006) |
| 04/10/2006 | 1888 | Mail Returned as Undeliverable re: 1784 Order on Appeal of Magistrate Judge Decision to District Court, 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration,, 1783 Order on Motion to Amend/Correct/Modify, 1791 Order on Motion for Order, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court on Motion to Quash,, 1788 Order on Motion to Quash,, 1792 Order on Motion to Reset, 1785 Order on Motion for Extension of Time, 1782 Order, 1793 Order on Appeal of Magistrate Judge Decision to District Court, 1789 Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1889 | Docket Annotation re: 1107 Response to 1065 Appeal of Magistrate Judge Decision. Response has been modified to indicate that entry is a response to 1065 Appeal of Magistrate Judge Decision. Text only entry - no document attached. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1890 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-431 by Claimant Darwin M. Secrist. Order attached to record for claim 02-431 . Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1891 | ORDER OF SPECIAL MASTER Denying without Prejudice Claimant Reggie N. Keyes Motion to Elevate his Claim to Category III. Re: Claim 02-768. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |

| 04/11/2006 | 1892 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-121 by Claimant Bernard Castro. Order attached to record for claim 02-121. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1893 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-134 by Claimant Rodger Sefani. Order attached to record for 02-134. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1894 | ORDER ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-583 by Claimant Dennis E. Riney. Order is attached to record for claim 02-583. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1895 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is Granted. Dismissing Claim 02-380 by Claimant Benito Negron. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1897 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Khalid Wahab. (pap, ) (Entered: 04/12/2006) |
| 04/12/2006 | 1896 | OBJECTION to 1728 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 04/12/2006) |
| 04/12/2006 | 1901 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Mack W. Thomas. (pap, ) (Entered: 04/14/2006) |
| 04/13/2006 | 1898 | ORDER Denying 1728 Claimant Thomas Castro's APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1899 | ORDER Granting 1831 Special Masters' Twelfth Application for Payment of Fees and Costs. Special Masters' Twelfth Application for Payment of Fees and Costs is approved in the amount of $34,210.36. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1900 | RESPONSE to Show Cause of Special Master by Interested Party Gillie Thurby re: 02-712. (pap, ) (Entered: 04/13/2006) |
| 04/17/2006 | 1902 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is granted. Dismissing Claim 01-070 by Claimant Jesse Michael Romo. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1903 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-158 by Claimant Douglas K. Beagley. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1904 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 01-191 by Claimant Jack Kenton McCabe. |

| 04/11/2006 | 1892 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-121 by Claimant Bernard Castro. Order attached to record for claim 02-121. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1893 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-134 by Claimant Rodger Sefani. Order attached to record for 02-134. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1894 | ORDER ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-583 by Claimant Dennis E. Riney. Order is attached to record for claim 02-583. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1895 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is Granted. Dismissing Claim 02-380 by Claimant Benito Negron. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1897 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Khalid Wahab. (pap, ) (Entered: 04/12/2006) |
| 04/12/2006 | 1896 | OBJECTION to 1728 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 04/12/2006) |
| 04/12/2006 | 1901 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Mack W. Thomas. (pap, ) (Entered: 04/14/2006) |
| 04/13/2006 | 1898 | ORDER Denying 1728 Claimant Thomas Castro's APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1899 | ORDER Granting 1831 Special Masters' Twelfth Application for Payment of Fees and Costs. Special Masters' Twelfth Application for Payment of Fees and Costs is approved in the amount of $34,210.36. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1900 | RESPONSE to Show Cause of Special Master by Interested Party Gillie Thurby re: 02-712. (pap, ) (Entered: 04/13/2006) |
| 04/17/2006 | 1902 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is granted. Dismissing Claim 01-070 by Claimant Jesse Michael Romo. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1903 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-158 by Claimant Douglas K. Beagley. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1904 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 01-191 by Claimant Jack Kenton McCabe. |

| 04/11/2006 | 1892 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-121 by Claimant Bernard Castro. Order attached to record for claim 02-121. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1893 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-134 by Claimant Rodger Sefani. Order attached to record for 02-134. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1894 | ORDER ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-583 by Claimant Dennis E. Riney. Order is attached to record for claim 02-583. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1895 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is Granted. Dismissing Claim 02-380 by Claimant Benito Negron. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1897 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Khalid Wahab. (pap, ) (Entered: 04/12/2006) |
| 04/12/2006 | 1896 | OBJECTION to 1728 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 04/12/2006) |
| 04/12/2006 | 1901 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Mack W. Thomas. (pap, ) (Entered: 04/14/2006) |
| 04/13/2006 | 1898 | ORDER Denying 1728 Claimant Thomas Castro's APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1899 | ORDER Granting 1831 Special Masters' Twelfth Application for Payment of Fees and Costs. Special Masters' Twelfth Application for Payment of Fees and Costs is approved in the amount of $34,210.36. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1900 | RESPONSE to Show Cause of Special Master by Interested Party Gillie Thurby re: 02-712. (pap, ) (Entered: 04/13/2006) |
| 04/17/2006 | 1902 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is granted. Dismissing Claim 01-070 by Claimant Jesse Michael Romo. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1903 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-158 by Claimant Douglas K. Beagley. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1904 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 01-191 by Claimant Jack Kenton McCabe. |

| 04/11/2006 | 1892 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-121 by Claimant Bernard Castro. Order attached to record for claim 02-121. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1893 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-134 by Claimant Rodger Sefani. Order attached to record for 02-134. Signed by Special Master Richard M. Borchers on 3/28/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1894 | ORDER ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-583 by Claimant Dennis E. Riney. Order is attached to record for claim 02-583. Signed by Special Master Richard M. Borchers on 4/3/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1895 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is Granted. Dismissing Claim 02-380 by Claimant Benito Negron. Signed by Special Master Richard M. Borchers on 4/11/06. (pap, ) (Entered: 04/11/2006) |
| 04/11/2006 | 1897 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Khalid Wahab. (pap, ) (Entered: 04/12/2006) |
| 04/12/2006 | 1896 | OBJECTION to 1728 Appeal of Magistrate Judge Decision by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 04/12/2006) |
| 04/12/2006 | 1901 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Mack W. Thomas. (pap, ) (Entered: 04/14/2006) |
| 04/13/2006 | 1898 | ORDER Denying 1728 Claimant Thomas Castro's APPEAL OF FINAL ORDER OF SPECIAL MASTER to District Court re 1219 Final Order re: Claim 03-119. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1899 | ORDER Granting 1831 Special Masters' Twelfth Application for Payment of Fees and Costs. Special Masters' Twelfth Application for Payment of Fees and Costs is approved in the amount of $34,210.36. Signed by Judge John L. Kane on 4/13/06. (pap, ) (Entered: 04/13/2006) |
| 04/13/2006 | 1900 | RESPONSE to Show Cause of Special Master by Interested Party Gillie Thurby re: 02-712. (pap, ) (Entered: 04/13/2006) |
| 04/17/2006 | 1902 | FINAL ORDER OF SPECIAL MASTER Defendants' Motion to Dismiss is granted. Dismissing Claim 01-070 by Claimant Jesse Michael Romo. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1903 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-158 by Claimant Douglas K. Beagley. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1904 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 01-191 by Claimant Jack Kenton McCabe. |

| | | Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1905 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Moton to Dismiss. Dismissing Claim 02-092 by Claimant Johnny Pride. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1906 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-109 by Claimant James V. Randazzo. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1907 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-135 by Claimant Christopher Wayne Tiffany. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1908 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-150 by Claimant Robert Shorten. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1909 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-151 by Claimant Dennis Stanton . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1910 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-189 by Claimant John Chavez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1911 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dimiss. Dismissing Claim 02-277 by Claimant Vernest M. Jones . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1912 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-289 by Claimant Audra Dowler. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1913 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-313 by Claimant Ray Ortega. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1914 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-345 by Claimant Arthur B. Sanchez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1915 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-359 by Claimant Thomas A. Jones. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1916 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-445 by Claimant Brett T. Williams. Signed by Special Master Richard M. |

| | | Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1905 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Moton to Dismiss. Dismissing Claim 02-092 by Claimant Johnny Pride. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1906 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-109 by Claimant James V. Randazzo. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1907 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-135 by Claimant Christopher Wayne Tiffany. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1908 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-150 by Claimant Robert Shorten. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1909 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-151 by Claimant Dennis Stanton . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1910 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-189 by Claimant John Chavez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1911 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dimiss. Dismissing Claim 02-277 by Claimant Vernest M. Jones . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1912 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-289 by Claimant Audra Dowler. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1913 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-313 by Claimant Ray Ortega. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1914 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-345 by Claimant Arthur B. Sanchez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1915 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-359 by Claimant Thomas A. Jones. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1916 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-445 by Claimant Brett T. Williams. Signed by Special Master Richard M. |

| | | Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1905 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Moton to Dismiss. Dismissing Claim 02-092 by Claimant Johnny Pride. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1906 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-109 by Claimant James V. Randazzo. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1907 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-135 by Claimant Christopher Wayne Tiffany. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1908 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-150 by Claimant Robert Shorten. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1909 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-151 by Claimant Dennis Stanton . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1910 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-189 by Claimant John Chavez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1911 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dimiss. Dismissing Claim 02-277 by Claimant Vernest M. Jones . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1912 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-289 by Claimant Audra Dowler. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1913 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-313 by Claimant Ray Ortega. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1914 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-345 by Claimant Arthur B. Sanchez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1915 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-359 by Claimant Thomas A. Jones. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1916 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-445 by Claimant Brett T. Williams. Signed by Special Master Richard M. |

| | | Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| --- | --- | --- |
| 04/17/2006 | 1905 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Moton to Dismiss. Dismissing Claim 02-092 by Claimant Johnny Pride. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1906 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-109 by Claimant James V. Randazzo. Signed by Special Master Richard M. Borchers on 4/10/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1907 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-135 by Claimant Christopher Wayne Tiffany. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1908 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-150 by Claimant Robert Shorten. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1909 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-151 by Claimant Dennis Stanton . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1910 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-189 by Claimant John Chavez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1911 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dimiss. Dismissing Claim 02-277 by Claimant Vernest M. Jones . Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1912 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-289 by Claimant Audra Dowler. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1913 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-313 by Claimant Ray Ortega. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1914 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-345 by Claimant Arthur B. Sanchez. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1915 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-359 by Claimant Thomas A. Jones. Signed by Special Master Richard M. Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1916 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-445 by Claimant Brett T. Williams. Signed by Special Master Richard M. |

| | | Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1917 | Special Petition (MOTION) for Order to Reimburse Over Charging of Copies by Interested Party James Smith. Re: Claim 03-014 (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1918 | Mail Returned as Undeliverable re: 1867 Order on Motion for Hearing/Conference Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1919 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order, Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference, Order on Motion to Withdraw as Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1920 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1921 | Mail Returned as Undeliverable re: 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Khalid Wahab. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1922 | LETTER/REQUEST by Interested Party James Rudnick to not be called for or attend hearing. (pap, ) (Entered: 04/18/2006) |
| 04/17/2006 | 1923 | MOTION for Reconsideration re 1697 Special Master's Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1924 | ORDER of Special Master Denying Claimant Thomas Castro's Motion for Refund of Fess for Copying. Re: Claim 03-119. Signed by Special Master Richard M. Borchers on 4/15/06. (Attachments: # 1 Castro's Motion for Refund)(pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1925 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-192 (formerly X-150) by Claimant Ruben A. Trujillo. Order is attached to record for claim 03-192. Signed by Special Master Richard M. Borchers on 4/15/06. (pap, ) (Entered: 04/18/2006) |
| 04/19/2006 | 1926 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1867 Order on Motion for Hearing/Conference, 1884 Order on Appeal of Magistrate Judge Decision to District Court, 1880 Order, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1883 Order, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order,Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference,Order on Motion to Withdraw as |

| | | Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1917 | Special Petition (MOTION) for Order to Reimburse Over Charging of Copies by Interested Party James Smith. Re: Claim 03-014 (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1918 | Mail Returned as Undeliverable re: 1867 Order on Motion for Hearing/Conference Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1919 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order, Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference, Order on Motion to Withdraw as Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1920 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1921 | Mail Returned as Undeliverable re: 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Khalid Wahab. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1922 | LETTER/REQUEST by Interested Party James Rudnick to not be called for or attend hearing. (pap, ) (Entered: 04/18/2006) |
| 04/17/2006 | 1923 | MOTION for Reconsideration re 1697 Special Master's Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1924 | ORDER of Special Master Denying Claimant Thomas Castro's Motion for Refund of Fess for Copying. Re: Claim 03-119. Signed by Special Master Richard M. Borchers on 4/15/06. (Attachments: # 1 Castro's Motion for Refund)(pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1925 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-192 (formerly X-150) by Claimant Ruben A. Trujillo. Order is attached to record for claim 03-192. Signed by Special Master Richard M. Borchers on 4/15/06. (pap, ) (Entered: 04/18/2006) |
| 04/19/2006 | 1926 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1867 Order on Motion for Hearing/Conference, 1884 Order on Appeal of Magistrate Judge Decision to District Court, 1880 Order, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1883 Order, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order,Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference,Order on Motion to Withdraw as |

| | | Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1917 | Special Petition (MOTION) for Order to Reimburse Over Charging of Copies by Interested Party James Smith. Re: Claim 03-014 (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1918 | Mail Returned as Undeliverable re: 1867 Order on Motion for Hearing/Conference Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1919 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order, Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference, Order on Motion to Withdraw as Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1920 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1921 | Mail Returned as Undeliverable re: 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Khalid Wahab. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1922 | LETTER/REQUEST by Interested Party James Rudnick to not be called for or attend hearing. (pap, ) (Entered: 04/18/2006) |
| 04/17/2006 | 1923 | MOTION for Reconsideration re 1697 Special Master's Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1924 | ORDER of Special Master Denying Claimant Thomas Castro's Motion for Refund of Fess for Copying. Re: Claim 03-119. Signed by Special Master Richard M. Borchers on 4/15/06. (Attachments: # 1 Castro's Motion for Refund)(pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1925 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-192 (formerly X-150) by Claimant Ruben A. Trujillo. Order is attached to record for claim 03-192. Signed by Special Master Richard M. Borchers on 4/15/06. (pap, ) (Entered: 04/18/2006) |
| 04/19/2006 | 1926 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1867 Order on Motion for Hearing/Conference, 1884 Order on Appeal of Magistrate Judge Decision to District Court, 1880 Order, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1883 Order, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order,Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference,Order on Motion to Withdraw as |

| | | Borchers on 4/17/06. (pap, ) (Entered: 04/17/2006) |
|---|---|---|
| 04/17/2006 | 1917 | Special Petition (MOTION) for Order to Reimburse Over Charging of Copies by Interested Party James Smith. Re: Claim 03-014 (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1918 | Mail Returned as Undeliverable re: 1867 Order on Motion for Hearing/Conference Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1919 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order, Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference, Order on Motion to Withdraw as Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Charles Ramos Jr. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1920 | Mail Returned as Undeliverable re: 1849 Order on Motion for Order Addressed to Elizabeth Gardesani. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1921 | Mail Returned as Undeliverable re: 1829 Order on Appeal of Magistrate Judge Decision to District Court, 1828 Order on Motion for Reconsideration, 1830 Order on Motion to Amend/Correct/Modify, 1827 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Khalid Wahab. (pap, ) (Entered: 04/17/2006) |
| 04/17/2006 | 1922 | LETTER/REQUEST by Interested Party James Rudnick to not be called for or attend hearing. (pap, ) (Entered: 04/18/2006) |
| 04/17/2006 | 1923 | MOTION for Reconsideration re 1697 Special Master's Order by Interested Party Richardo Lujan re: Claim X-082. (pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1924 | ORDER of Special Master Denying Claimant Thomas Castro's Motion for Refund of Fess for Copying. Re: Claim 03-119. Signed by Special Master Richard M. Borchers on 4/15/06. (Attachments: # 1 Castro's Motion for Refund)(pap, ) (Entered: 04/18/2006) |
| 04/18/2006 | 1925 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-192 (formerly X-150) by Claimant Ruben A. Trujillo. Order is attached to record for claim 03-192. Signed by Special Master Richard M. Borchers on 4/15/06. (pap, ) (Entered: 04/18/2006) |
| 04/19/2006 | 1926 | Mail Returned as Undeliverable re: 1872 Order, 1868 Order on Motion to Dismiss, 1867 Order on Motion for Hearing/Conference, 1884 Order on Appeal of Magistrate Judge Decision to District Court, 1880 Order, 1869 Order on Motion for Extension of Time, 1877 Order on Motion for Recusal, 1883 Order, 1870 Order on Motion to Amend/Correct/Modify, Order on Motion for Leave, Order on Motion for Order,Order on Motion for Joinder, 1871 Order on Motion for Extension of Time, Order on Motion for Hearing/Conference,Order on Motion to Withdraw as |

| | | Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Khalid Wahab. (pap, ) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | 1927 | LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidson by Interested Party Dexter Gail Millican. (pap, ) (Entered: 04/19/2006) |
| 04/20/2006 | 1928 | SUPPLEMENT/AMENDMENT to Grievances re: 1178 Response to Motion, 1133 Order, 1247 Order by Interested Party James Rudnick. Re: Claim 01-092. (pap, ) (Entered: 04/21/2006) |
| 04/20/2006 | 1929 | MOTION for Re-embursement by Claimant Charles L. Parrish re: Claim 03-149. (pap, ) (Entered: 04/21/2006) |
| 04/24/2006 | 1930 | ORDER Denying 1929 Charles Parrish's Motion for Reimbursement. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1931 | ORDER Denying James Rudnick's 1928 Motion for Relief (Prison Officials Refusal to Process Grievances Properly). Re: Claim 01-092. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1932 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-201 by Claimant Daniel Brooks Gutierrez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1933 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-108 by Claimant Thomas J. Perez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1934 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-137 by Claimant Johnny Williams. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1935 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-366 by Claimant Merrilee B. Hasty. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1936 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 05-011 pursuant to Motion to Withdraw Claim by Virgil Morse, brother of Claimant Joseph Morse (Deceased). Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1939 | Mail Returned as Undeliverable re: 1877 Order on Motion for Recusal, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/25/2006) |
| 04/24/2006 | 1940 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/24/2006 continued to 4/26/06 9:00 a.m. (Court Reporter Gwen Daniel.) (pap, ) (Entered: 04/26/2006) |
| 04/25/2006 | 1937 | MOTION For Extension of Time to Submit Evidence and MOTION for |

| | | Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Khalid Wahab. (pap, ) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | 1927 | LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidson by Interested Party Dexter Gail Millican. (pap, ) (Entered: 04/19/2006) |
| 04/20/2006 | 1928 | SUPPLEMENT/AMENDMENT to Grievances re: 1178 Response to Motion, 1133 Order, 1247 Order by Interested Party James Rudnick. Re: Claim 01-092. (pap, ) (Entered: 04/21/2006) |
| 04/20/2006 | 1929 | MOTION for Re-embursement by Claimant Charles L. Parrish re: Claim 03-149. (pap, ) (Entered: 04/21/2006) |
| 04/24/2006 | 1930 | ORDER Denying 1929 Charles Parrish's Motion for Reimbursement. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1931 | ORDER Denying James Rudnick's 1928 Motion for Relief (Prison Officials Refusal to Process Grievances Properly). Re: Claim 01-092. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1932 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-201 by Claimant Daniel Brooks Gutierrez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1933 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-108 by Claimant Thomas J. Perez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1934 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-137 by Claimant Johnny Williams. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1935 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-366 by Claimant Merrilee B. Hasty. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1936 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 05-011 pursuant to Motion to Withdraw Claim by Virgil Morse, brother of Claimant Joseph Morse (Deceased). Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1939 | Mail Returned as Undeliverable re: 1877 Order on Motion for Recusal, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/25/2006) |
| 04/24/2006 | 1940 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/24/2006 continued to 4/26/06 9:00 a.m. (Court Reporter Gwen Daniel.) (pap, ) (Entered: 04/26/2006) |
| 04/25/2006 | 1937 | MOTION For Extension of Time to Submit Evidence and MOTION for |

| | | Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Khalid Wahab. (pap, ) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | 1927 | LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidson by Interested Party Dexter Gail Millican. (pap, ) (Entered: 04/19/2006) |
| 04/20/2006 | 1928 | SUPPLEMENT/AMENDMENT to Grievances re: 1178 Response to Motion, 1133 Order, 1247 Order by Interested Party James Rudnick. Re: Claim 01-092. (pap, ) (Entered: 04/21/2006) |
| 04/20/2006 | 1929 | MOTION for Re-embursement by Claimant Charles L. Parrish re: Claim 03-149. (pap, ) (Entered: 04/21/2006) |
| 04/24/2006 | 1930 | ORDER Denying 1929 Charles Parrish's Motion for Reimbursement. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1931 | ORDER Denying James Rudnick's 1928 Motion for Relief (Prison Officials Refusal to Process Grievances Properly). Re: Claim 01-092. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1932 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-201 by Claimant Daniel Brooks Gutierrez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1933 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-108 by Claimant Thomas J. Perez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1934 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-137 by Claimant Johnny Williams. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1935 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-366 by Claimant Merrilee B. Hasty. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1936 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 05-011 pursuant to Motion to Withdraw Claim by Virgil Morse, brother of Claimant Joseph Morse (Deceased). Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1939 | Mail Returned as Undeliverable re: 1877 Order on Motion for Recusal, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/25/2006) |
| 04/24/2006 | 1940 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/24/2006 continued to 4/26/06 9:00 a.m. (Court Reporter Gwen Daniel.) (pap, ) (Entered: 04/26/2006) |
| 04/25/2006 | 1937 | MOTION For Extension of Time to Submit Evidence and MOTION for |

| | | Attorney, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Khalid Wahab. (pap, ) (Entered: 04/19/2006) |
|---|---|---|
| 04/19/2006 | 1927 | LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidson by Interested Party Dexter Gail Millican. (pap, ) (Entered: 04/19/2006) |
| 04/20/2006 | 1928 | SUPPLEMENT/AMENDMENT to Grievances re: 1178 Response to Motion, 1133 Order, 1247 Order by Interested Party James Rudnick. Re: Claim 01-092. (pap, ) (Entered: 04/21/2006) |
| 04/20/2006 | 1929 | MOTION for Re-embursement by Claimant Charles L. Parrish re: Claim 03-149. (pap, ) (Entered: 04/21/2006) |
| 04/24/2006 | 1930 | ORDER Denying 1929 Charles Parrish's Motion for Reimbursement. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1931 | ORDER Denying James Rudnick's 1928 Motion for Relief (Prison Officials Refusal to Process Grievances Properly). Re: Claim 01-092. Signed by Judge Edward W. Nottingham on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1932 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 01-201 by Claimant Daniel Brooks Gutierrez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1933 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-108 by Claimant Thomas J. Perez. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1934 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-137 by Claimant Johnny Williams. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1935 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-366 by Claimant Merrilee B. Hasty. Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1936 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 05-011 pursuant to Motion to Withdraw Claim by Virgil Morse, brother of Claimant Joseph Morse (Deceased). Signed by Special Master Richard M. Borchers on 4/24/06. (pap, ) (Entered: 04/24/2006) |
| 04/24/2006 | 1939 | Mail Returned as Undeliverable re: 1877 Order on Motion for Recusal, 1876 Order on Motion for Contempt, Order on Motion for Order, Addressed to Reggie Neil Keyes. (pap, ) (Entered: 04/25/2006) |
| 04/24/2006 | 1940 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/24/2006 continued to 4/26/06 9:00 a.m. (Court Reporter Gwen Daniel.) (pap, ) (Entered: 04/26/2006) |
| 04/25/2006 | 1937 | MOTION For Extension of Time to Submit Evidence and MOTION for |

| | | Temporary Restraining Order and Permanent Restraining Order by Interested Party George Charles Knorr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(pap, ) (Entered: 04/25/2006) |
|---|---|---|
| 04/25/2006 | 1938 | NOTICE of Change of Address by Interested Party George Charles Knorr Claim 02-278. (pap, ) (Entered: 04/25/2006) |
| 04/26/2006 | 1949 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/26/2006 Hearing continued on June 1-2, 2006 In Court Hearing in Courtroom A 802 before Judge John L. Kane. (Court Reporter Gwen Daniel.) (Attachments: # 1 Defendants' Exhibit List# 2 Defendants' Witness List# 3 Plaintiffs' Exhibit List# 4 Plaintiffs' Witness List) (pap, ) (Entered: 05/02/2006) |
| 04/27/2006 | 1941 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-406 by Claimant Edward Cole. Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1942 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-418 by Claimant R.L. Auch . Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1943 | (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1944 | RESPONSE to 1055 Objections by Duncan Leach by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Transcript# 2 Exhibit Transcript)(Quinn, James) (Entered: 04/27/2006) |
| 04/28/2006 | 1945 | MINUTE ORDER Defendants' response is due on or before 5/15/06 re: 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Entered by Judge Edward W. Nottingham on 4/27/06. (pap, ) (Entered: 04/28/2006) |
| 04/28/2006 | 1946 | REPLY to Defendant's Response to 1255 Letter by Interested Party Howell F. Roberts, III. Re: Claim 01-041. (pap, ) (Entered: 04/28/2006) |
| 05/01/2006 | 1947 | MOTION for Order to Sue the US District Court, the Governor of Colorado and et al by Interested Party Fred F. Franzone. (gms, ) (Entered: 05/01/2006) |
| 05/01/2006 | 1948 | Mail Returned as Undeliverable re: 1898 Order and 1899 Order, Addressed to Khalid Wahab. (gms, ) (Entered: 05/01/2006) |
| 05/02/2006 | 1950 | ORDER Denying as frivolous 1947 Fred F. Franzone's Motion for Order Permitting Suit Against Various Entities. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/02/2006 | 1951 | ORDER Denying 1937 George Charles Knorr's Motion for TRO, preliminary injunction and permanent injunction. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/04/2006 | 1954 | APPEAL OF Special Master Richard C. Davidson's Order of Special Master - Re: Motion to Reimburse (claim 03-105) signed 4/25/06 by |

| | | Temporary Restraining Order and Permanent Restraining Order by Interested Party George Charles Knorr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(pap, ) (Entered: 04/25/2006) |
|---|---|---|
| 04/25/2006 | 1938 | NOTICE of Change of Address by Interested Party George Charles Knorr Claim 02-278. (pap, ) (Entered: 04/25/2006) |
| 04/26/2006 | 1949 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/26/2006 Hearing continued on June 1-2, 2006 In Court Hearing in Courtroom A 802 before Judge John L. Kane. (Court Reporter Gwen Daniel.) (Attachments: # 1 Defendants' Exhibit List# 2 Defendants' Witness List# 3 Plaintiffs' Exhibit List# 4 Plaintiffs' Witness List) (pap, ) (Entered: 05/02/2006) |
| 04/27/2006 | 1941 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-406 by Claimant Edward Cole. Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1942 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-418 by Claimant R.L. Auch . Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1943 | (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1944 | RESPONSE to 1055 Objections by Duncan Leach by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Transcript# 2 Exhibit Transcript)(Quinn, James) (Entered: 04/27/2006) |
| 04/28/2006 | 1945 | MINUTE ORDER Defendants' response is due on or before 5/15/06 re: 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Entered by Judge Edward W. Nottingham on 4/27/06. (pap, ) (Entered: 04/28/2006) |
| 04/28/2006 | 1946 | REPLY to Defendant's Response to 1255 Letter by Interested Party Howell F. Roberts, III. Re: Claim 01-041. (pap, ) (Entered: 04/28/2006) |
| 05/01/2006 | 1947 | MOTION for Order to Sue the US District Court, the Governor of Colorado and et al by Interested Party Fred F. Franzone. (gms, ) (Entered: 05/01/2006) |
| 05/01/2006 | 1948 | Mail Returned as Undeliverable re: 1898 Order and 1899 Order, Addressed to Khalid Wahab. (gms, ) (Entered: 05/01/2006) |
| 05/02/2006 | 1950 | ORDER Denying as frivolous 1947 Fred F. Franzone's Motion for Order Permitting Suit Against Various Entities. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/02/2006 | 1951 | ORDER Denying 1937 George Charles Knorr's Motion for TRO, preliminary injunction and permanent injunction. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/04/2006 | 1954 | APPEAL OF Special Master Richard C. Davidson's Order of Special Master - Re: Motion to Reimburse (claim 03-105) signed 4/25/06 by |

| | | Temporary Restraining Order and Permanent Restraining Order by Interested Party George Charles Knorr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(pap, ) (Entered: 04/25/2006) |
|---|---|---|
| 04/25/2006 | 1938 | NOTICE of Change of Address by Interested Party George Charles Knorr Claim 02-278. (pap, ) (Entered: 04/25/2006) |
| 04/26/2006 | 1949 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/26/2006 Hearing continued on June 1-2, 2006 In Court Hearing in Courtroom A 802 before Judge John L. Kane. (Court Reporter Gwen Daniel.) (Attachments: # 1 Defendants' Exhibit List# 2 Defendants' Witness List# 3 Plaintiffs' Exhibit List# 4 Plaintiffs' Witness List) (pap, ) (Entered: 05/02/2006) |
| 04/27/2006 | 1941 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-406 by Claimant Edward Cole. Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1942 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-418 by Claimant R.L. Auch . Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1943 | (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1944 | RESPONSE to 1055 Objections *by Duncan Leach* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Transcript# 2 Exhibit Transcript)(Quinn, James) (Entered: 04/27/2006) |
| 04/28/2006 | 1945 | MINUTE ORDER Defendants' response is due on or before 5/15/06 re: 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Entered by Judge Edward W. Nottingham on 4/27/06. (pap, ) (Entered: 04/28/2006) |
| 04/28/2006 | 1946 | REPLY to Defendant's Response to 1255 Letter by Interested Party Howell F. Roberts, III. Re: Claim 01-041. (pap, ) (Entered: 04/28/2006) |
| 05/01/2006 | 1947 | MOTION for Order to Sue the US District Court, the Governor of Colorado and et al by Interested Party Fred F. Franzone. (gms, ) (Entered: 05/01/2006) |
| 05/01/2006 | 1948 | Mail Returned as Undeliverable re: 1898 Order and 1899 Order, Addressed to Khalid Wahab. (gms, ) (Entered: 05/01/2006) |
| 05/02/2006 | 1950 | ORDER Denying as frivolous 1947 Fred F. Franzone's Motion for Order Permitting Suit Against Various Entities. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/02/2006 | 1951 | ORDER Denying 1937 George Charles Knorr's Motion for TRO, preliminary injunction and permanent injunction. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/04/2006 | 1954 | APPEAL OF Special Master Richard C. Davidson's Order of Special Master - Re: Motion to Reimburse (claim 03-105) signed 4/25/06 by |

| | | Temporary Restraining Order and Permanent Restraining Order by Interested Party George Charles Knorr. (Attachments: # 1 Exhibit A# 2 Exhibit B)(pap, ) (Entered: 04/25/2006) |
|---|---|---|
| 04/25/2006 | 1938 | NOTICE of Change of Address by Interested Party George Charles Knorr Claim 02-278. (pap, ) (Entered: 04/25/2006) |
| 04/26/2006 | 1949 | Minute Entry for proceedings held before Judge John L. Kane : In Court Hearing held on 4/26/2006 Hearing continued on June 1-2, 2006 In Court Hearing in Courtroom A 802 before Judge John L. Kane. (Court Reporter Gwen Daniel.) (Attachments: # 1 Defendants' Exhibit List# 2 Defendants' Witness List# 3 Plaintiffs' Exhibit List# 4 Plaintiffs' Witness List) (pap, ) (Entered: 05/02/2006) |
| 04/27/2006 | 1941 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-406 by Claimant Edward Cole. Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1942 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-418 by Claimant R.L. Auch . Signed by Special Master Richard M. Borchers on 4/27/06. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1943 | (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. (pap, ) (Entered: 04/27/2006) |
| 04/27/2006 | 1944 | RESPONSE to 1055 Objections by Duncan Leach by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit Transcript# 2 Exhibit Transcript)(Quinn, James) (Entered: 04/27/2006) |
| 04/28/2006 | 1945 | MINUTE ORDER Defendants' response is due on or before 5/15/06 re: 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Entered by Judge Edward W. Nottingham on 4/27/06. (pap, ) (Entered: 04/28/2006) |
| 04/28/2006 | 1946 | REPLY to Defendant's Response to 1255 Letter by Interested Party Howell F. Roberts, III. Re: Claim 01-041. (pap, ) (Entered: 04/28/2006) |
| 05/01/2006 | 1947 | MOTION for Order to Sue the US District Court, the Governor of Colorado and et al by Interested Party Fred F. Franzone. (gms, ) (Entered: 05/01/2006) |
| 05/01/2006 | 1948 | Mail Returned as Undeliverable re: 1898 Order and 1899 Order, Addressed to Khalid Wahab. (gms, ) (Entered: 05/01/2006) |
| 05/02/2006 | 1950 | ORDER Denying as frivolous 1947 Fred F. Franzone's Motion for Order Permitting Suit Against Various Entities. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/02/2006 | 1951 | ORDER Denying 1937 George Charles Knorr's Motion for TRO, preliminary injunction and permanent injunction. Signed by Judge Edward W. Nottingham on 5/2/06. (pap, ) (Entered: 05/02/2006) |
| 05/04/2006 | 1954 | APPEAL OF Special Master Richard C. Davidson's Order of Special Master - Re: Motion to Reimburse (claim 03-105) signed 4/25/06 by |

| | | Interested Party Martha Ann Sharp (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 1952 | MOTION for Review/Reconsideration re 1147 Order or MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1953 | MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . (Attachments: # 1 Envelope)(pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1955 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Richardo Lujan. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1956 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Howell F. Roberts III. (pap, ) (Entered: 05/05/2006) |
| 05/08/2006 | 1957 | ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1958 | ORDER Denying 1952 MOTION for Review/Reconsideration re 1147 Order or 1952 MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1959 | NOTICE of Change of Address by Samuel Curtis Lindsey re: Claim 03-036. (pap, ) (Entered: 05/08/2006) |
| 05/09/2006 | 1960 | MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date by Interested Party James Martinez, claim 03-037. (pap, ) (Entered: 05/09/2006) |
| 05/10/2006 | 1961 | OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1962 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-211 by Claimant Jonathan McCoy. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1963 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-237 by Claimant Willie Smith. Signed by Special Master Richard M. Borchers on 5/8/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1964 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/12/2006 | 1965 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-044 by Claimant John E. McMurrin. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1966 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-085 by Claimant Alonzo Moore. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |

| | | Interested Party Martha Ann Sharp (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 1952 | MOTION for Review/Reconsideration re 1147 Order or MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1953 | MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . (Attachments: # 1 Envelope)(pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1955 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Richardo Lujan. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1956 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Howell F. Roberts III. (pap, ) (Entered: 05/05/2006) |
| 05/08/2006 | 1957 | ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1958 | ORDER Denying 1952 MOTION for Review/Reconsideration re 1147 Order or 1952 MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1959 | NOTICE of Change of Address by Samuel Curtis Lindsey re: Claim 03-036. (pap, ) (Entered: 05/08/2006) |
| 05/09/2006 | 1960 | MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date by Interested Party James Martinez, claim 03-037. (pap, ) (Entered: 05/09/2006) |
| 05/10/2006 | 1961 | OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1962 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-211 by Claimant Jonathan McCoy. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1963 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-237 by Claimant Willie Smith. Signed by Special Master Richard M. Borchers on 5/8/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1964 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/12/2006 | 1965 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-044 by Claimant John E. McMurrin. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1966 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-085 by Claimant Alonzo Moore. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |

| | | Interested Party Martha Ann Sharp (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 1952 | MOTION for Review/Reconsideration re 1147 Order or MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1953 | MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . (Attachments: # 1 Envelope)(pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1955 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Richardo Lujan. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1956 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Howell F. Roberts III. (pap, ) (Entered: 05/05/2006) |
| 05/08/2006 | 1957 | ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1958 | ORDER Denying 1952 MOTION for Review/Reconsideration re 1147 Order or 1952 MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1959 | NOTICE of Change of Address by Samuel Curtis Lindsey re: Claim 03-036. (pap, ) (Entered: 05/08/2006) |
| 05/09/2006 | 1960 | MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date by Interested Party James Martinez, claim 03-037. (pap, ) (Entered: 05/09/2006) |
| 05/10/2006 | 1961 | OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1962 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-211 by Claimant Jonathan McCoy. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1963 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-237 by Claimant Willie Smith. Signed by Special Master Richard M. Borchers on 5/8/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1964 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/12/2006 | 1965 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-044 by Claimant John E. McMurrin. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1966 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-085 by Claimant Alonzo Moore. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |

| | | Interested Party Martha Ann Sharp (Attachments: # 1 Continuation of Main Document)(pap, ) (Entered: 05/05/2006) |
|---|---|---|
| 05/05/2006 | 1952 | MOTION for Review/Reconsideration re 1147 Order or MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1953 | MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . (Attachments: # 1 Envelope)(pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1955 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Richardo Lujan. (pap, ) (Entered: 05/05/2006) |
| 05/05/2006 | 1956 | Mail Returned as Undeliverable re: 1940 In Court Hearing Addressed to Howell F. Roberts III. (pap, ) (Entered: 05/05/2006) |
| 05/08/2006 | 1957 | ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp re: Claim 03-105 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1958 | ORDER Denying 1952 MOTION for Review/Reconsideration re 1147 Order or 1952 MOTION for Recusal by Interested Party Shawn M. Winkler. Re: Claim 03-140 . Signed by Judge Edward W. Nottingham on 5/5/06. (pap, ) (Entered: 05/08/2006) |
| 05/08/2006 | 1959 | NOTICE of Change of Address by Samuel Curtis Lindsey re: Claim 03-036. (pap, ) (Entered: 05/08/2006) |
| 05/09/2006 | 1960 | MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date by Interested Party James Martinez, claim 03-037. (pap, ) (Entered: 05/09/2006) |
| 05/10/2006 | 1961 | OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1962 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-211 by Claimant Jonathan McCoy. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1963 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-237 by Claimant Willie Smith. Signed by Special Master Richard M. Borchers on 5/8/06. (pap, ) (Entered: 05/10/2006) |
| 05/10/2006 | 1964 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/10/2006) |
| 05/12/2006 | 1965 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-044 by Claimant John E. McMurrin. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1966 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-085 by Claimant Alonzo Moore. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |

| 05/12/2006 | 1967 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-436 by Claimant Martin Randall Hendrickson. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| --- | --- | --- |
| 05/12/2006 | 1968 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-489 by Claimant Noe Gonzales. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1969 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-537 by Claimant Duane Roberts. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1970 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-556 by Claimant Richard Mutchler. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1971 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-157 by Claimant Michael Roy Craven, Jr.. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/15/2006 | 1972 | RESPONSE to Motion re 1943 MOTION for Preliminary Injunction filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Dance, Jess) (Entered: 05/15/2006) |
| 05/16/2006 | 1975 | Mail Returned as Undeliverable re: 1957 Order on Motion to Appoint Counsel, 1958 Order on Motion for Review, Order on Motion for Recusal Addressed to Elizabeth Gardesani. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1973 | ORDER Denying 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1974 | MOTION to Appoint Counsel and Expert Witness by Paul Valverde re Claim 03-214. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1976 | Mail Returned as Undeliverable re: 1949 In Court Hearing, Addressed to Elizabeth Gardessani. (pap, ) (Entered: 05/17/2006) |
| 05/18/2006 | 1977 | ORDER Denying 1974 Paul Valverde's Motion to Appoint Counsel and an Expert Witness. Re: Claim 03-214. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1978 | ORDER Overruling 1055 OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. Re Claim 03-087. Signed by Judge John L. Kane on 5/18/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1979 | MOTION to (Amend/Correct/Modify) Substitute additional documents to support claims re: "Claim 03-105" by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/18/2006) |
| 05/19/2006 | 1980 | MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37 by Interested Party James Martinez. (pap, ) (Entered: 05/19/2006) |

| 05/12/2006 | 1967 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-436 by Claimant Martin Randall Hendrickson. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1968 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-489 by Claimant Noe Gonzales. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1969 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-537 by Claimant Duane Roberts. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1970 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-556 by Claimant Richard Mutchler. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1971 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-157 by Claimant Michael Roy Craven, Jr.. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/15/2006 | 1972 | RESPONSE to Motion re 1943 MOTION for Preliminary Injunction filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Dance, Jess) (Entered: 05/15/2006) |
| 05/16/2006 | 1975 | Mail Returned as Undeliverable re: 1957 Order on Motion to Appoint Counsel, 1958 Order on Motion for Review, Order on Motion for Recusal Addressed to Elizabeth Gardesani. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1973 | ORDER Denying 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1974 | MOTION to Appoint Counsel and Expert Witness by Paul Valverde re Claim 03-214. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1976 | Mail Returned as Undeliverable re: 1949 In Court Hearing, Addressed to Elizabeth Gardessani. (pap, ) (Entered: 05/17/2006) |
| 05/18/2006 | 1977 | ORDER Denying 1974 Paul Valverde's Motion to Appoint Counsel and an Expert Witness. Re: Claim 03-214. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1978 | ORDER Overruling 1055 OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. Re Claim 03-087. Signed by Judge John L. Kane on 5/18/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1979 | MOTION to (Amend/Correct/Modify) Substitute additional documents to support claims re: "Claim 03-105" by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/18/2006) |
| 05/19/2006 | 1980 | MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37 by Interested Party James Martinez. (pap, ) (Entered: 05/19/2006) |

| 05/12/2006 | [1967](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-436 by Claimant Martin Randall Hendrickson. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
|---|---|---|
| 05/12/2006 | [1968](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-489 by Claimant Noe Gonzales. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | [1969](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-537 by Claimant Duane Roberts. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | [1970](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-556 by Claimant Richard Mutchler. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | [1971](#) | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-157 by Claimant Michael Roy Craven, Jr.. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/15/2006 | [1972](#) | RESPONSE to Motion re [1943](#) MOTION for Preliminary Injunction filed by Consol Defendant Colorado Department of Corrections. (Attachments: # [1](#) Exhibit A# [2](#) Exhibit B# [3](#) Exhibit C# [4](#) Exhibit D# [5](#) Exhibit E) (Dance, Jess) (Entered: 05/15/2006) |
| 05/16/2006 | [1975](#) | Mail Returned as Undeliverable re: [1957](#) Order on Motion to Appoint Counsel, [1958](#) Order on Motion for Review, Order on Motion for Recusal Addressed to Elizabeth Gardesani. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | [1973](#) | ORDER Denying [1943](#) (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | [1974](#) | MOTION to Appoint Counsel and Expert Witness by Paul Valverde re Claim 03-214. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | [1976](#) | Mail Returned as Undeliverable re: [1949](#) In Court Hearing, Addressed to Elizabeth Gardessani. (pap, ) (Entered: 05/17/2006) |
| 05/18/2006 | [1977](#) | ORDER Denying [1974](#) Paul Valverde's Motion to Appoint Counsel and an Expert Witness. Re: Claim 03-214. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | [1978](#) | ORDER Overruling [1055](#) OBJECTIONS to [1021](#) Final Order of Special Master by Plaintiff Duncan Leach. Re Claim 03-087. Signed by Judge John L. Kane on 5/18/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | [1979](#) | MOTION to (Amend/Correct/Modify) Substitute additional documents to support claims re: "Claim 03-105" by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/18/2006) |
| 05/19/2006 | [1980](#) | MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37 by Interested Party James Martinez. (pap, ) (Entered: 05/19/2006) |

| 05/12/2006 | 1967 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-436 by Claimant Martin Randall Hendrickson. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1968 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-489 by Claimant Noe Gonzales. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1969 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-537 by Claimant Duane Roberts. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1970 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-556 by Claimant Richard Mutchler. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/12/2006 | 1971 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-157 by Claimant Michael Roy Craven, Jr.. Signed by Special Master Richard M. Borchers on 5/12/06. (pap, ) (Entered: 05/12/2006) |
| 05/15/2006 | 1972 | RESPONSE to Motion re 1943 MOTION for Preliminary Injunction filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Dance, Jess) (Entered: 05/15/2006) |
| 05/16/2006 | 1975 | Mail Returned as Undeliverable re: 1957 Order on Motion to Appoint Counsel, 1958 Order on Motion for Review, Order on Motion for Recusal Addressed to Elizabeth Gardesani. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1973 | ORDER Denying 1943 (MOTION for) Emergency Injunction by Interested Party Anthony Hernandez. Re: Claim 03-152. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1974 | MOTION to Appoint Counsel and Expert Witness by Paul Valverde re Claim 03-214. (pap, ) (Entered: 05/17/2006) |
| 05/17/2006 | 1976 | Mail Returned as Undeliverable re: 1949 In Court Hearing, Addressed to Elizabeth Gardessani. (pap, ) (Entered: 05/17/2006) |
| 05/18/2006 | 1977 | ORDER Denying 1974 Paul Valverde's Motion to Appoint Counsel and an Expert Witness. Re: Claim 03-214. Signed by Judge Edward W. Nottingham on 5/17/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1978 | ORDER Overruling 1055 OBJECTIONS to 1021 Final Order of Special Master by Plaintiff Duncan Leach. Re Claim 03-087. Signed by Judge John L. Kane on 5/18/06. (pap, ) (Entered: 05/18/2006) |
| 05/18/2006 | 1979 | MOTION to (Amend/Correct/Modify) Substitute additional documents to support claims re: "Claim 03-105" by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/18/2006) |
| 05/19/2006 | 1980 | MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37 by Interested Party James Martinez. (pap, ) (Entered: 05/19/2006) |

| 05/22/2006 | 1981 | MOTION for Order to Close this Case on Franzone by Interested Party Fred F. Franzone. (pap, ) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 1982 | MOTION for Court Order to Resend Order granting reimbursement on Montez Claim by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1983 | Response and OBJECTION to Defendants callous manipulatoin and deliberate violations of the Montez Settlement as applied to the accommodation resolution by Interested Party Mack W. Thomas. Re: Claim 02-259. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1984 | ORDER re: 1927 LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidsonfiled by Dexter Gail Millican, Claim 02-795 . Signed by Special Master Richard M. Borchers on 5/2/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1988 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-233 by Claimant Mark Martinez. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1989 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-318 by Claimant Judy Maria Dixon. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1990 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-391 by Claimant Michelle Baker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1991 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-392 by Claimant Gary C. Grimes. Signed by Special Master Richard M. Borchers on 4/18/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1992 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1993 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-503 by Claimant Robert Lewis Champ IV. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1994 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-873 by Claimant Damien Moore. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1995 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-006 by Claimant Hector Fernandez. Signed by Special Master Richard M. Borchers on 5/19/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1996 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-072 by Claimant John L. Sladek. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1997 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-159 by |

| 05/22/2006 | 1981 | MOTION for Order to Close this Case on Franzone by Interested Party Fred F. Franzone. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1982 | MOTION for Court Order to Resend Order granting reimbursement on Montez Claim by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1983 | Response and OBJECTION to Defendants callous manipulatoin and deliberate violations of the Montez Settlement as applied to the accommodation resolution by Interested Party Mack W. Thomas. Re: Claim 02-259. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1984 | ORDER re: 1927 LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidsonfiled by Dexter Gail Millican, Claim 02-795 . Signed by Special Master Richard M. Borchers on 5/2/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1988 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-233 by Claimant Mark Martinez. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1989 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-318 by Claimant Judy Maria Dixon. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1990 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-391 by Claimant Michelle Baker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1991 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-392 by Claimant Gary C. Grimes. Signed by Special Master Richard M. Borchers on 4/18/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1992 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1993 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-503 by Claimant Robert Lewis Champ IV. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1994 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-873 by Claimant Damien Moore. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1995 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-006 by Claimant Hector Fernandez. Signed by Special Master Richard M. Borchers on 5/19/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1996 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-072 by Claimant John L. Sladek. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1997 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-159 by |

| 05/22/2006 | 1981 | MOTION for Order to Close this Case on Franzone by Interested Party Fred F. Franzone. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1982 | MOTION for Court Order to Resend Order granting reimbursement on Montez Claim by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1983 | Response and OBJECTION to Defendants callous manipulatoin and deliberate violations of the Montez Settlement as applied to the accommodation resolution by Interested Party Mack W. Thomas. Re: Claim 02-259. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1984 | ORDER re: 1927 LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidsonfiled by Dexter Gail Millican, Claim 02-795 . Signed by Special Master Richard M. Borchers on 5/2/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1988 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-233 by Claimant Mark Martinez. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1989 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-318 by Claimant Judy Maria Dixon. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1990 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-391 by Claimant Michelle Baker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1991 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-392 by Claimant Gary C. Grimes. Signed by Special Master Richard M. Borchers on 4/18/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1992 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1993 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-503 by Claimant Robert Lewis Champ IV. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1994 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-873 by Claimant Damien Moore. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1995 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-006 by Claimant Hector Fernandez. Signed by Special Master Richard M. Borchers on 5/19/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1996 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-072 by Claimant John L. Sladek. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1997 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-159 by |

| 05/22/2006 | 1981 | MOTION for Order to Close this Case on Franzone by Interested Party Fred F. Franzone. (pap, ) (Entered: 05/22/2006) |
|---|---|---|
| 05/22/2006 | 1982 | MOTION for Court Order to Resend Order granting reimbursement on Montez Claim by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1983 | Response and OBJECTION to Defendants callous manipulatoin and deliberate violations of the Montez Settlement as applied to the accommodation resolution by Interested Party Mack W. Thomas. Re: Claim 02-259. (pap, ) (Entered: 05/22/2006) |
| 05/22/2006 | 1984 | ORDER re: 1927 LETTER/Request to participate in Montez v. Owens meetings with Richard Borchers, Bruce Pringle and Richard C. Davidsonfiled by Dexter Gail Millican, Claim 02-795 . Signed by Special Master Richard M. Borchers on 5/2/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1988 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-233 by Claimant Mark Martinez. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1989 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-318 by Claimant Judy Maria Dixon. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1990 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-391 by Claimant Michelle Baker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1991 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-392 by Claimant Gary C. Grimes. Signed by Special Master Richard M. Borchers on 4/18/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1992 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-484 by Claimant Paul McNeal. Signed by Special Master Richard M. Borchers on 5/10/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1993 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-503 by Claimant Robert Lewis Champ IV. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1994 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-873 by Claimant Damien Moore. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1995 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-006 by Claimant Hector Fernandez. Signed by Special Master Richard M. Borchers on 5/19/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1996 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-072 by Claimant John L. Sladek. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1997 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-159 by |

| | | Claimant Robert Will . Signed by Special Master Richard C. Davidson on 4/18/06. (pap, ) (Entered: 05/23/2006) |
|---|---|---|
| 05/22/2006 | 1998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-171 by Claimant Paul Martinez. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-174 by Claimant Richard J. Collins . Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2000 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-165 by Claimant Reginald Massey. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2001 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-166 by Claimant Paul Deschaine. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2002 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-167 by Claimant June Walker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1985 | LETTER/REQUEST to participate in this civil action filed by Russell A. Kueker. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1986 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-147 by Claimant Jimmy Ross Bulgier. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1987 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-146 by Claimant Gerald Sensabaugh. Denying Claimant's Post Hearing Motion for discovery. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/24/2006 | 2003 | ORDER granting 1981 Fred Franzone's MOTION for Order to Close this Case on Franzone. The clerk will process the document as a notice of appeal. Signed by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2004 | MINUTE ORDER Denying 1982 Martha Sharp's MOTION for Court Order to Resend Order granting reimbursement on Montez Claim . Entered by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2005 | 1981 MOTION for Order being treated as a NOTICE OF APPEAL pursuant to 2003 Order on Motion for Order by Interested Party Fred F. Franzone. It is unclear what is being appealed. Fee Status: Fees not paid, IFP motion not filed. Notice mailed to all counsel on 5/24/06. (djs, ) (Entered: 05/24/2006) |
| 05/25/2006 | 2006 | Thirteenth Application (MOTION)for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Cover Letter# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit |

| | | Claimant Robert Will . Signed by Special Master Richard C. Davidson on 4/18/06. (pap, ) (Entered: 05/23/2006) |
|---|---|---|
| 05/22/2006 | 1998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-171 by Claimant Paul Martinez. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-174 by Claimant Richard J. Collins . Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2000 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-165 by Claimant Reginald Massey. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2001 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-166 by Claimant Paul Deschaine. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2002 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-167 by Claimant June Walker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1985 | LETTER/REQUEST to participate in this civil action filed by Russell A. Kueker. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1986 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-147 by Claimant Jimmy Ross Bulgier. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1987 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-146 by Claimant Gerald Sensabaugh. Denying Claimant's Post Hearing Motion for discovery. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/24/2006 | 2003 | ORDER granting 1981 Fred Franzone's MOTION for Order to Close this Case on Franzone. The clerk will process the document as a notice of appeal. Signed by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2004 | MINUTE ORDER Denying 1982 Martha Sharp's MOTION for Court Order to Resend Order granting reimbursement on Montez Claim . Entered by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2005 | 1981 MOTION for Order being treated as a NOTICE OF APPEAL pursuant to 2003 Order on Motion for Order by Interested Party Fred F. Franzone. It is unclear what is being appealed. Fee Status: Fees not paid, IFP motion not filed. Notice mailed to all counsel on 5/24/06. (djs, ) (Entered: 05/24/2006) |
| 05/25/2006 | 2006 | Thirteenth Application (MOTION)for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Cover Letter# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit |

| | | Claimant Robert Will . Signed by Special Master Richard C. Davidson on 4/18/06. (pap, ) (Entered: 05/23/2006) |
|---|---|---|
| 05/22/2006 | 1998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-171 by Claimant Paul Martinez. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-174 by Claimant Richard J. Collins . Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2000 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-165 by Claimant Reginald Massey. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2001 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-166 by Claimant Paul Deschaine. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2002 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-167 by Claimant June Walker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1985 | LETTER/REQUEST to participate in this civil action filed by Russell A. Kueker. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1986 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-147 by Claimant Jimmy Ross Bulgier. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1987 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-146 by Claimant Gerald Sensabaugh. Denying Claimant's Post Hearing Motion for discovery. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/24/2006 | 2003 | ORDER granting 1981 Fred Franzone's MOTION for Order to Close this Case on Franzone. The clerk will process the document as a notice of appeal. Signed by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2004 | MINUTE ORDER Denying 1982 Martha Sharp's MOTION for Court Order to Resend Order granting reimbursement on Montez Claim . Entered by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2005 | 1981 MOTION for Order being treated as a NOTICE OF APPEAL pursuant to 2003 Order on Motion for Order by Interested Party Fred F. Franzone. It is unclear what is being appealed. Fee Status: Fees not paid, IFP motion not filed. Notice mailed to all counsel on 5/24/06. (djs, ) (Entered: 05/24/2006) |
| 05/25/2006 | 2006 | Thirteenth Application (MOTION)for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Cover Letter# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit |

| | | Claimant Robert Will . Signed by Special Master Richard C. Davidson on 4/18/06. (pap, ) (Entered: 05/23/2006) |
| --- | --- | --- |
| 05/22/2006 | 1998 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-171 by Claimant Paul Martinez. Signed by Special Master Richard C. Davidson on 5/9/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 1999 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-174 by Claimant Richard J. Collins . Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2000 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-165 by Claimant Reginald Massey. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2001 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-166 by Claimant Paul Deschaine. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/22/2006 | 2002 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-167 by Claimant June Walker. Signed by Special Master Richard M. Borchers on 5/15/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1985 | LETTER/REQUEST to participate in this civil action filed by Russell A. Kueker. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1986 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-147 by Claimant Jimmy Ross Bulgier. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/23/2006 | 1987 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-146 by Claimant Gerald Sensabaugh. Denying Claimant's Post Hearing Motion for discovery. Signed by Special Master Richard C. Davidson on 5/16/06. (pap, ) (Entered: 05/23/2006) |
| 05/24/2006 | 2003 | ORDER granting 1981 Fred Franzone's MOTION for Order to Close this Case on Franzone. The clerk will process the document as a notice of appeal. Signed by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2004 | MINUTE ORDER Denying 1982 Martha Sharp's MOTION for Court Order to Resend Order granting reimbursement on Montez Claim . Entered by Judge Edward W. Nottingham on 5/23/06. (pap, ) (Entered: 05/24/2006) |
| 05/24/2006 | 2005 | 1981 MOTION for Order being treated as a NOTICE OF APPEAL pursuant to 2003 Order on Motion for Order by Interested Party Fred F. Franzone. It is unclear what is being appealed. Fee Status: Fees not paid, IFP motion not filed. Notice mailed to all counsel on 5/24/06. (djs, ) (Entered: 05/24/2006) |
| 05/25/2006 | 2006 | Thirteenth Application (MOTION)for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Cover Letter# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit |

| | | F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Proposed Order (PDF Only))(pap, ) (Entered: 05/25/2006) |
|---|---|---|
| 05/25/2006 | 2007 | ORDER TO CURE DEFICIENCY re: 2005 Notice of Appeal filed by Fred F. Franzone. Signed by Judge Edward W. Nottingham on 5/25/06. Appellant has 30 days to pay the $455 filing fee or file a proper motion for leave to proceed in forma pauperis on appeal.(djs, ) (Entered: 05/25/2006) |
| 05/25/2006 | 2008 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-156 by Claimant David A. Frazell. Signed by Special Master Richard M. Borchers on 5/23/06. (pap, ) (Entered: 05/25/2006) |
| 05/26/2006 | 2009 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-053 by Claimant John McTarsney. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2010 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-102 by Claimant John Gonzales. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2011 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-205 by Claimant Maurice Juranek. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/30/2006 | 2012 | MOTION to *Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Affidavit Exh. A# 2 Exhibit Exh. A-1# 3 Exhibit Exh. A-2# 4 Exhibit Exh. A-3# 5 Exhibit Exh. A-4)(Dance, Jess) (Entered: 05/30/2006) |
| 05/30/2006 | 2013 | MINUTE ORDER Plaintiffs shall respond no later than 3:00 p.m. on 5/31/06 to 2012 Defendant's MOTION to Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane) filed by Colorado Department of Corrections. Entered by Judge John L. Kane on 5/30/06. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2014 | MOTION for Reconsideration of 1957 ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2015 | MOTION to Appoint Counsel and MOTION to Compel Production of Medical Records, and Sworn Affidavit by Interested Party James Martinez, Claim 03-37. (pap, ) (Entered: 05/30/2006) |
| 05/31/2006 | 2016 | ORDER denying 2014 Motion for Reconsideration filed by Martha Ann Sharp. Entered by Judge Edward W. Nottingham on 5/31/06. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2017 | ORDER Denying 2015 James Martinez' Motion to Appoint Counsel and Referring to the Special Master 2015 James Martinez' Motion to Compel. Re: Claim 03-37 . Signed by Judge Edward W. Nottingham on 5/31/06. (pap, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2018 | RESPONSE to Motion re 2012 MOTION to *Regarding Sign Language* |

| | | F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Proposed Order (PDF Only))(pap, ) (Entered: 05/25/2006) |
|---|---|---|
| 05/25/2006 | 2007 | ORDER TO CURE DEFICIENCY re: 2005 Notice of Appeal filed by Fred F. Franzone. Signed by Judge Edward W. Nottingham on 5/25/06. Appellant has 30 days to pay the $455 filing fee or file a proper motion for leave to proceed in forma pauperis on appeal.(djs, ) (Entered: 05/25/2006) |
| 05/25/2006 | 2008 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-156 by Claimant David A. Frazell. Signed by Special Master Richard M. Borchers on 5/23/06. (pap, ) (Entered: 05/25/2006) |
| 05/26/2006 | 2009 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-053 by Claimant John McTarsney. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2010 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-102 by Claimant John Gonzales. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2011 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-205 by Claimant Maurice Juranek. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/30/2006 | 2012 | MOTION to *Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Affidavit Exh. A# 2 Exhibit Exh. A-1# 3 Exhibit Exh. A-2# 4 Exhibit Exh. A-3# 5 Exhibit Exh. A-4)(Dance, Jess) (Entered: 05/30/2006) |
| 05/30/2006 | 2013 | MINUTE ORDER Plaintiffs shall respond no later than 3:00 p.m. on 5/31/06 to 2012 Defendant's MOTION to Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane) filed by Colorado Department of Corrections. Entered by Judge John L. Kane on 5/30/06. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2014 | MOTION for Reconsideration of 1957 ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2015 | MOTION to Appoint Counsel and MOTION to Compel Production of Medical Records, and Sworn Affidavit by Interested Party James Martinez, Claim 03-37. (pap, ) (Entered: 05/30/2006) |
| 05/31/2006 | 2016 | ORDER denying 2014 Motion for Reconsideration filed by Martha Ann Sharp. Entered by Judge Edward W. Nottingham on 5/31/06. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2017 | ORDER Denying 2015 James Martinez' Motion to Appoint Counsel and Referring to the Special Master 2015 James Martinez' Motion to Compel. Re: Claim 03-37 . Signed by Judge Edward W. Nottingham on 5/31/06. (pap, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2018 | RESPONSE to Motion re 2012 MOTION to *Regarding Sign Language* |

| | | F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Proposed Order (PDF Only))(pap, ) (Entered: 05/25/2006) |
|---|---|---|
| 05/25/2006 | 2007 | ORDER TO CURE DEFICIENCY re: 2005 Notice of Appeal filed by Fred F. Franzone. Signed by Judge Edward W. Nottingham on 5/25/06. Appellant has 30 days to pay the $455 filing fee or file a proper motion for leave to proceed in forma pauperis on appeal.(djs, ) (Entered: 05/25/2006) |
| 05/25/2006 | 2008 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-156 by Claimant David A. Frazell. Signed by Special Master Richard M. Borchers on 5/23/06. (pap, ) (Entered: 05/25/2006) |
| 05/26/2006 | 2009 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-053 by Claimant John McTarsney. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2010 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-102 by Claimant John Gonzales. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2011 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-205 by Claimant Maurice Juranek. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/30/2006 | 2012 | MOTION to *Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Affidavit Exh. A# 2 Exhibit Exh. A-1# 3 Exhibit Exh. A-2# 4 Exhibit Exh. A-3# 5 Exhibit Exh. A-4)(Dance, Jess) (Entered: 05/30/2006) |
| 05/30/2006 | 2013 | MINUTE ORDER Plaintiffs shall respond no later than 3:00 p.m. on 5/31/06 to 2012 Defendant's MOTION to Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane) filed by Colorado Department of Corrections. Entered by Judge John L. Kane on 5/30/06. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2014 | MOTION for Reconsideration of 1957 ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2015 | MOTION to Appoint Counsel and MOTION to Compel Production of Medical Records, and Sworn Affidavit by Interested Party James Martinez, Claim 03-37. (pap, ) (Entered: 05/30/2006) |
| 05/31/2006 | 2016 | ORDER denying 2014 Motion for Reconsideration filed by Martha Ann Sharp. Entered by Judge Edward W. Nottingham on 5/31/06. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2017 | ORDER Denying 2015 James Martinez' Motion to Appoint Counsel and Referring to the Special Master 2015 James Martinez' Motion to Compel. Re: Claim 03-37 . Signed by Judge Edward W. Nottingham on 5/31/06. (pap, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2018 | RESPONSE to Motion re 2012 MOTION to *Regarding Sign Language* |

| | | F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Proposed Order (PDF Only))(pap, ) (Entered: 05/25/2006) |
|---|---|---|
| 05/25/2006 | 2007 | ORDER TO CURE DEFICIENCY re: 2005 Notice of Appeal filed by Fred F. Franzone. Signed by Judge Edward W. Nottingham on 5/25/06. Appellant has 30 days to pay the $455 filing fee or file a proper motion for leave to proceed in forma pauperis on appeal.(djs, ) (Entered: 05/25/2006) |
| 05/25/2006 | 2008 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-156 by Claimant David A. Frazell. Signed by Special Master Richard M. Borchers on 5/23/06. (pap, ) (Entered: 05/25/2006) |
| 05/26/2006 | 2009 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-053 by Claimant John McTarsney. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2010 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 01-102 by Claimant John Gonzales. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/26/2006 | 2011 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-205 by Claimant Maurice Juranek. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 05/26/2006) |
| 05/30/2006 | 2012 | MOTION to *Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Affidavit Exh. A# 2 Exhibit Exh. A-1# 3 Exhibit Exh. A-2# 4 Exhibit Exh. A-3# 5 Exhibit Exh. A-4)(Dance, Jess) (Entered: 05/30/2006) |
| 05/30/2006 | 2013 | MINUTE ORDER Plaintiffs shall respond no later than 3:00 p.m. on 5/31/06 to 2012 Defendant's MOTION to Regarding Sign Language Interpreter (Directed to the Honorable Judge Kane) filed by Colorado Department of Corrections. Entered by Judge John L. Kane on 5/30/06. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2014 | MOTION for Reconsideration of 1957 ORDER Denying 1953 MOTION to Appoint Counsel by Interested Party Martha Ann Sharp. (pap, ) (Entered: 05/30/2006) |
| 05/30/2006 | 2015 | MOTION to Appoint Counsel and MOTION to Compel Production of Medical Records, and Sworn Affidavit by Interested Party James Martinez, Claim 03-37. (pap, ) (Entered: 05/30/2006) |
| 05/31/2006 | 2016 | ORDER denying 2014 Motion for Reconsideration filed by Martha Ann Sharp. Entered by Judge Edward W. Nottingham on 5/31/06. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2017 | ORDER Denying 2015 James Martinez' Motion to Appoint Counsel and Referring to the Special Master 2015 James Martinez' Motion to Compel. Re: Claim 03-37 . Signed by Judge Edward W. Nottingham on 5/31/06. (pap, ) (Entered: 05/31/2006) |
| 05/31/2006 | 2018 | RESPONSE to Motion re 2012 MOTION to *Regarding Sign Language* |

| | | |
|---|---|---|
| | | *Interpreter (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, L.R. Moore, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Jill Coit, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Paul Valverde, Russell A. Kueker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Greisen, Paula) (Entered: 05/31/2006) |
| 05/31/2006 | 2019 | USCA Case Number 06-1233 for 2005 Notice of Appeal filed by Fred F. Franzone. (djs, ) (Entered: 06/01/2006) |
| 06/01/2006 | 2020 | Minute Entry - Courtroom Minutes for In Court Hearing - Day Three - held on 6/1/2006 before Judge John L. Kane. ORDERED: As a result of testifying, inmates in private facilities shall not lose their single cell privileges and shall not be required to pack out of their cells. They should be treated the same as any inmates in state operated facilities. This order shall be conveyed to those private institutions promptly. ORDERED: The records shall be subpoenaed and brought to court. Ms Greisen shall prepare the subpoenas well in advance of any scheduled hearing. The records shall be lodged in this court, and counsel may examine and copy them. ORDERED: Hearing is vacated and shall be reset for July. (Court Reporter Therese Lindblom) (lbush) (Entered: 06/02/2006) |
| 06/01/2006 | 2021 | Mail Returned as Undeliverable re: 1978 Order Addressed to Paul Valverde. (pap, ) (Entered: 06/02/2006) |
| 06/02/2006 | 2022 | NOTICE *SUBPOENA* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Greisen, Paula) (Entered: 06/02/2006) |

| | | |
|---|---|---|
| | | *Interpreter (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, L.R. Moore, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Jill Coit, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Paul Valverde, Russell A. Kueker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Greisen, Paula) (Entered: 05/31/2006) |
| 05/31/2006 | 2019 | USCA Case Number 06-1233 for 2005 Notice of Appeal filed by Fred F. Franzone. (djs, ) (Entered: 06/01/2006) |
| 06/01/2006 | 2020 | Minute Entry - Courtroom Minutes for In Court Hearing - Day Three - held on 6/1/2006 before Judge John L. Kane. ORDERED: As a result of testifying, inmates in private facilities shall not lose their single cell privileges and shall not be required to pack out of their cells. They should be treated the same as any inmates in state operated facilities. This order shall be conveyed to those private institutions promptly. ORDERED: The records shall be subpoenaed and brought to court. Ms Greisen shall prepare the subpoenas well in advance of any scheduled hearing. The records shall be lodged in this court, and counsel may examine and copy them. ORDERED: Hearing is vacated and shall be reset for July. (Court Reporter Therese Lindblom) (lbush) (Entered: 06/02/2006) |
| 06/01/2006 | 2021 | Mail Returned as Undeliverable re: 1978 Order Addressed to Paul Valverde. (pap, ) (Entered: 06/02/2006) |
| 06/02/2006 | 2022 | NOTICE *SUBPOENA* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Greisen, Paula) (Entered: 06/02/2006) |

| | | |
|---|---|---|
| | | *Interpreter (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, L.R. Moore, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Jill Coit, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Paul Valverde, Russell A. Kueker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Greisen, Paula) (Entered: 05/31/2006) |
| 05/31/2006 | 2019 | USCA Case Number 06-1233 for 2005 Notice of Appeal filed by Fred F. Franzone. (djs, ) (Entered: 06/01/2006) |
| 06/01/2006 | 2020 | Minute Entry - Courtroom Minutes for In Court Hearing - Day Three - held on 6/1/2006 before Judge John L. Kane. ORDERED: As a result of testifying, inmates in private facilities shall not lose their single cell privileges and shall not be required to pack out of their cells. They should be treated the same as any inmates in state operated facilities. This order shall be conveyed to those private institutions promptly. ORDERED: The records shall be subpoenaed and brought to court. Ms Greisen shall prepare the subpoenas well in advance of any scheduled hearing. The records shall be lodged in this court, and counsel may examine and copy them. ORDERED: Hearing is vacated and shall be reset for July. (Court Reporter Therese Lindblom) (lbush) (Entered: 06/02/2006) |
| 06/01/2006 | 2021 | Mail Returned as Undeliverable re: 1978 Order Addressed to Paul Valverde. (pap, ) (Entered: 06/02/2006) |
| 06/02/2006 | 2022 | NOTICE *SUBPOENA* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Greisen, Paula) (Entered: 06/02/2006) |

| | | |
|---|---|---|
| | | *Interpreter (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, L.R. Moore, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Jill Coit, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Paul Valverde, Russell A. Kueker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Greisen, Paula) (Entered: 05/31/2006) |
| 05/31/2006 | 2019 | USCA Case Number 06-1233 for 2005 Notice of Appeal filed by Fred F. Franzone. (djs, ) (Entered: 06/01/2006) |
| 06/01/2006 | 2020 | Minute Entry - Courtroom Minutes for In Court Hearing - Day Three - held on 6/1/2006 before Judge John L. Kane. ORDERED: As a result of testifying, inmates in private facilities shall not lose their single cell privileges and shall not be required to pack out of their cells. They should be treated the same as any inmates in state operated facilities. This order shall be conveyed to those private institutions promptly. ORDERED: The records shall be subpoenaed and brought to court. Ms Greisen shall prepare the subpoenas well in advance of any scheduled hearing. The records shall be lodged in this court, and counsel may examine and copy them. ORDERED: Hearing is vacated and shall be reset for July. (Court Reporter Therese Lindblom) (lbush) (Entered: 06/02/2006) |
| 06/01/2006 | 2021 | Mail Returned as Undeliverable re: 1978 Order Addressed to Paul Valverde. (pap, ) (Entered: 06/02/2006) |
| 06/02/2006 | 2022 | NOTICE *SUBPOENA* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Greisen, Paula) (Entered: 06/02/2006) |

| 06/05/2006 | 2023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-021 by Claimant Thomas Michael Martus. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2024 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-093 by Claimant Weslee Bailey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2025 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-564 by Nick Smith-Bey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2026 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-197 by Claimant Tommie Osman. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2027 | Mail Returned as Undeliverable re: 2017 Order on Motion to Appoint Counsel, Order on Motion to Compel Addressed to Paul Deschaine. (pap, ) (Entered: 06/06/2006) |
| 06/07/2006 | 2028 | OBJECTION to 1961 Appeal of Magistrate Judge Decision *Regarding Craig Kidder* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 06/07/2006) |
| 06/07/2006 | 2031 | MOTION for Reconsideration re 1252 Special Master's Order, by Barbara A. Freeman re: Claim 03-105 . (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2029 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-246 by Claimant Miranda Hassania. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2030 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-198 by Claimant John Patrick Royce. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2034 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-125 by Claimant Juan Balderas. Order attached to record of claim 01-125. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 06/13/2006) |
| 06/08/2006 | 2035 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-147 by Claimant William Redding. Order attached to record for claim 02-147. Signed by Special Master Richard M. Borchers on 5/30/06. (pap, ) (Entered: 06/13/2006) |
| 06/12/2006 | 2032 | ORDER Granting 2006 Special Masters' Thirteenth Application (MOTION)for Payment of Fees and Costs . Signed by Judge John L. Kane on 6/8/06. (pap, ) (Entered: 06/12/2006) |
| 06/12/2006 | 2033 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/12/2006) |

| 06/05/2006 | 2023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-021 by Claimant Thomas Michael Martus. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
|---|---|---|
| 06/05/2006 | 2024 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-093 by Claimant Weslee Bailey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2025 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-564 by Nick Smith-Bey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2026 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-197 by Claimant Tommie Osman. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2027 | Mail Returned as Undeliverable re: 2017 Order on Motion to Appoint Counsel, Order on Motion to Compel Addressed to Paul Deschaine. (pap, ) (Entered: 06/06/2006) |
| 06/07/2006 | 2028 | OBJECTION to 1961 Appeal of Magistrate Judge Decision *Regarding Craig Kidder* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 06/07/2006) |
| 06/07/2006 | 2031 | MOTION for Reconsideration re 1252 Special Master's Order, by Barbara A. Freeman re: Claim 03-105 . (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2029 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-246 by Claimant Miranda Hassania. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2030 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-198 by Claimant John Patrick Royce. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2034 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-125 by Claimant Juan Balderas. Order attached to record of claim 01-125. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 06/13/2006) |
| 06/08/2006 | 2035 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-147 by Claimant William Redding. Order attached to record for claim 02-147. Signed by Special Master Richard M. Borchers on 5/30/06. (pap, ) (Entered: 06/13/2006) |
| 06/12/2006 | 2032 | ORDER Granting 2006 Special Masters' Thirteenth Application (MOTION)for Payment of Fees and Costs . Signed by Judge John L. Kane on 6/8/06. (pap, ) (Entered: 06/12/2006) |
| 06/12/2006 | 2033 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/12/2006) |

| 06/05/2006 | 2023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-021 by Claimant Thomas Michael Martus. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2024 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-093 by Claimant Weslee Bailey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2025 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-564 by Nick Smith-Bey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2026 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-197 by Claimant Tommie Osman. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2027 | Mail Returned as Undeliverable re: 2017 Order on Motion to Appoint Counsel, Order on Motion to Compel Addressed to Paul Deschaine. (pap, ) (Entered: 06/06/2006) |
| 06/07/2006 | 2028 | OBJECTION to 1961 Appeal of Magistrate Judge Decision *Regarding Craig Kidder* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 06/07/2006) |
| 06/07/2006 | 2031 | MOTION for Reconsideration re 1252 Special Master's Order, by Barbara A. Freeman re: Claim 03-105 . (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2029 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-246 by Claimant Miranda Hassania. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2030 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-198 by Claimant John Patrick Royce. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2034 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-125 by Claimant Juan Balderas. Order attached to record of claim 01-125. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 06/13/2006) |
| 06/08/2006 | 2035 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-147 by Claimant William Redding. Order attached to record for claim 02-147. Signed by Special Master Richard M. Borchers on 5/30/06. (pap, ) (Entered: 06/13/2006) |
| 06/12/2006 | 2032 | ORDER Granting 2006 Special Masters' Thirteenth Application (MOTION)for Payment of Fees and Costs . Signed by Judge John L. Kane on 6/8/06. (pap, ) (Entered: 06/12/2006) |
| 06/12/2006 | 2033 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/12/2006) |

| 06/05/2006 | 2023 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-021 by Claimant Thomas Michael Martus. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2024 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-093 by Claimant Weslee Bailey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2025 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-564 by Nick Smith-Bey. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2026 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-197 by Claimant Tommie Osman. Signed by Special Master Richard M. Borchers on 6/5/06. (pap, ) (Entered: 06/05/2006) |
| 06/05/2006 | 2027 | Mail Returned as Undeliverable re: 2017 Order on Motion to Appoint Counsel, Order on Motion to Compel Addressed to Paul Deschaine. (pap, ) (Entered: 06/06/2006) |
| 06/07/2006 | 2028 | OBJECTION to 1961 Appeal of Magistrate Judge Decision *Regarding Craig Kidder* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A-1)(Dance, Jess) (Entered: 06/07/2006) |
| 06/07/2006 | 2031 | MOTION for Reconsideration re 1252 Special Master's Order, by Barbara A. Freeman re: Claim 03-105 . (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2029 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-246 by Claimant Miranda Hassania. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2030 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-198 by Claimant John Patrick Royce. Signed by Special Master Richard M. Borchers on 6/6/06. (pap, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2034 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-125 by Claimant Juan Balderas. Order attached to record of claim 01-125. Signed by Special Master Richard M. Borchers on 5/26/06. (pap, ) (Entered: 06/13/2006) |
| 06/08/2006 | 2035 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-147 by Claimant William Redding. Order attached to record for claim 02-147. Signed by Special Master Richard M. Borchers on 5/30/06. (pap, ) (Entered: 06/13/2006) |
| 06/12/2006 | 2032 | ORDER Granting 2006 Special Masters' Thirteenth Application (MOTION)for Payment of Fees and Costs . Signed by Judge John L. Kane on 6/8/06. (pap, ) (Entered: 06/12/2006) |
| 06/12/2006 | 2033 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/12/2006) |

| 06/13/2006 | 2036 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
|---|---|---|
| 06/13/2006 | 2037 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-098 by Claimant Charles B. Taylor. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2038 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-251 by Claimant Edward T. Trujillo. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Modified on 7/3/2006 to correct Claim number)(pap, ). (Entered: 06/13/2006) |
| 06/13/2006 | 2039 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-168 by Claimant Willis Horn. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/13/2006) |
| 06/14/2006 | 2040 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-367 by Claimant Juan J. Rosales, Jr. Signed by Special Master Richard M. Borchers on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/14/2006 | 2041 | ORDER Overruling 1961 OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. The Final Order of Special Master is affirmed.Signed by Judge John L. Kane on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/16/2006 | 2042 | NOTICE of Entry of Appearance by Celia Florry Randolph on behalf of all defendants (Randolph, Celia) (Entered: 06/16/2006) |
| 06/16/2006 | 2043 | MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, by Vernest M. Jones re: Claim 02-277 re: Final Order 1911 . (pap, ) (Entered: 06/16/2006) |
| 06/19/2006 | 2044 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-036 by Claimant David P. Gauge. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2045 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-260 by Claimant Hubert Underwood. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2046 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-074 by Claimant Joseph Claudio Vigil. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2047 | FINAL ORDER OF SPECIAL MASTER Claimant Trinidad Quintana is to receive $750.00 as full and complete compensation of his Claim 03-216. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2048 | FINAL ORDER OF SPECIAL MASTER Claimant Raymond Stuart is to receive $100.00 as full and complete compensation as to his Claim 03-222. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) |

| 06/13/2006 | 2036 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
|---|---|---|
| 06/13/2006 | 2037 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-098 by Claimant Charles B. Taylor. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2038 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-251 by Claimant Edward T. Trujillo. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Modified on 7/3/2006 to correct Claim number)(pap, ). (Entered: 06/13/2006) |
| 06/13/2006 | 2039 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-168 by Claimant Willis Horn. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/13/2006) |
| 06/14/2006 | 2040 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-367 by Claimant Juan J. Rosales, Jr. Signed by Special Master Richard M. Borchers on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/14/2006 | 2041 | ORDER Overruling 1961 OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. The Final Order of Special Master is affirmed.Signed by Judge John L. Kane on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/16/2006 | 2042 | NOTICE of Entry of Appearance by Celia Florry Randolph on behalf of all defendants (Randolph, Celia) (Entered: 06/16/2006) |
| 06/16/2006 | 2043 | MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, by Vernest M. Jones re: Claim 02-277 re: Final Order 1911 . (pap, ) (Entered: 06/16/2006) |
| 06/19/2006 | 2044 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-036 by Claimant David P. Gauge. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2045 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-260 by Claimant Hubert Underwood. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2046 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-074 by Claimant Joseph Claudio Vigil. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2047 | FINAL ORDER OF SPECIAL MASTER Claimant Trinidad Quintana is to receive $750.00 as full and complete compensation of his Claim 03-216. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2048 | FINAL ORDER OF SPECIAL MASTER Claimant Raymond Stuart is to receive $100.00 as full and complete compensation as to his Claim 03-222. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) |

| 06/13/2006 | 2036 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2037 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-098 by Claimant Charles B. Taylor. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2038 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-251 by Claimant Edward T. Trujillo. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Modified on 7/3/2006 to correct Claim number)(pap, ). (Entered: 06/13/2006) |
| 06/13/2006 | 2039 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-168 by Claimant Willis Horn. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/13/2006) |
| 06/14/2006 | 2040 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-367 by Claimant Juan J. Rosales, Jr. Signed by Special Master Richard M. Borchers on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/14/2006 | 2041 | ORDER Overruling 1961 OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. The Final Order of Special Master is affirmed.Signed by Judge John L. Kane on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/16/2006 | 2042 | NOTICE of Entry of Appearance by Celia Florry Randolph on behalf of all defendants (Randolph, Celia) (Entered: 06/16/2006) |
| 06/16/2006 | 2043 | MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, by Vernest M. Jones re: Claim 02-277 re: Final Order 1911 . (pap, ) (Entered: 06/16/2006) |
| 06/19/2006 | 2044 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-036 by Claimant David P. Gauge. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2045 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-260 by Claimant Hubert Underwood. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2046 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-074 by Claimant Joseph Claudio Vigil. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2047 | FINAL ORDER OF SPECIAL MASTER Claimant Trinidad Quintana is to receive $750.00 as full and complete compensation of his Claim 03-216. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2048 | FINAL ORDER OF SPECIAL MASTER Claimant Raymond Stuart is to receive $100.00 as full and complete compensation as to his Claim 03-222. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) |

| 06/13/2006 | 2036 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-033 by Claimant William E. Drieman. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2037 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-098 by Claimant Charles B. Taylor. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Entered: 06/13/2006) |
| 06/13/2006 | 2038 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-251 by Claimant Edward T. Trujillo. Signed by Special Master Richard M. Borchers on 6/13/06. (pap, ) (Modified on 7/3/2006 to correct Claim number)(pap, ). (Entered: 06/13/2006) |
| 06/13/2006 | 2039 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-168 by Claimant Willis Horn. Signed by Special Master Richard M. Borchers on 6/12/06. (pap, ) (Entered: 06/13/2006) |
| 06/14/2006 | 2040 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-367 by Claimant Juan J. Rosales, Jr. Signed by Special Master Richard M. Borchers on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/14/2006 | 2041 | ORDER Overruling 1961 OBJECTION TO Special Master's DECISION to District Court re 1806 Order by Craig Kidder re: Claim 02-386. The Final Order of Special Master is affirmed.Signed by Judge John L. Kane on 6/14/06. (pap, ) (Entered: 06/14/2006) |
| 06/16/2006 | 2042 | NOTICE of Entry of Appearance by Celia Florry Randolph on behalf of all defendants (Randolph, Celia) (Entered: 06/16/2006) |
| 06/16/2006 | 2043 | MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, by Vernest M. Jones re: Claim 02-277 re: Final Order 1911 . (pap, ) (Entered: 06/16/2006) |
| 06/19/2006 | 2044 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-036 by Claimant David P. Gauge. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2045 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-260 by Claimant Hubert Underwood. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2046 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-074 by Claimant Joseph Claudio Vigil. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2047 | FINAL ORDER OF SPECIAL MASTER Claimant Trinidad Quintana is to receive $750.00 as full and complete compensation of his Claim 03-216. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) (Entered: 06/19/2006) |
| 06/19/2006 | 2048 | FINAL ORDER OF SPECIAL MASTER Claimant Raymond Stuart is to receive $100.00 as full and complete compensation as to his Claim 03-222. Signed by Special Master Richard M. Borchers on 6/19/06. (pap, ) |

| | | (Entered: 06/19/2006) |
|---|---|---|
| 06/19/2006 | 2049 | OBECTION to ORDER of SPECIAL MASTER Entered 4/11/06 re 1895 Order, filed by Benito Negron, Claim 02-380. (pap, ) (Entered: 06/19/2006) |
| 06/20/2006 | 2050 | ORDER Denying 2043 Vernest M. Jones' MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, re: Claim 02-277 re: Final Order 1911 . Signed by Judge Edward W. Nottingham on 6/19/06. (pap, ) (Entered: 06/20/2006) |
| 06/20/2006 | 2051 | NOTICE of Entry of Appearance by Berina Ibrisagic on behalf of all defendants (Ibrisagic, Berina) (Entered: 06/20/2006) |
| 06/20/2006 | 2052 | MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. (pap, ) (Entered: 06/20/2006) |
| 06/21/2006 | 2053 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-435 by Claimant Charles William Fletcher III. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2054 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-169 by Claimant Richard Mascarenas, Jr. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2055 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissig Claim X-171 by Claimant James Duran. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2056 | MOTION to Correct 1252 Final Order of Special Masters by Interested Party Barbara A. Freeman. (pap, ) (Entered: 06/22/2006) |
| 06/21/2006 | 2057 | OBJECTION OF Special Master's Order to District Court re 1252 FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice, by Interested Party Barbara A. Freeman (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2058 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' motion to dismiss is granted and Claim 02-513 by Claimant Frederick R. Mayberry is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2059 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted and Claim 02-517 by Claimant Robert E. Quintero is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2060 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-563 by Claimant Larry James Smith. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2061 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-569 by Claimant Roland Johnson . Signed by Special Master Richard M. |

| | | (Entered: 06/19/2006) |
|---|---|---|
| 06/19/2006 | 2049 | OBECTION to ORDER of SPECIAL MASTER Entered 4/11/06 re 1895 Order, filed by Benito Negron, Claim 02-380. (pap, ) (Entered: 06/19/2006) |
| 06/20/2006 | 2050 | ORDER Denying 2043 Vernest M. Jones' MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, re: Claim 02-277 re: Final Order 1911 . Signed by Judge Edward W. Nottingham on 6/19/06. (pap, ) (Entered: 06/20/2006) |
| 06/20/2006 | 2051 | NOTICE of Entry of Appearance by Berina Ibrisagic on behalf of all defendants (Ibrisagic, Berina) (Entered: 06/20/2006) |
| 06/20/2006 | 2052 | MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. (pap, ) (Entered: 06/20/2006) |
| 06/21/2006 | 2053 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-435 by Claimant Charles William Fletcher III. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2054 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-169 by Claimant Richard Mascarenas, Jr. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2055 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissig Claim X-171 by Claimant James Duran. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2056 | MOTION to Correct 1252 Final Order of Special Masters by Interested Party Barbara A. Freeman. (pap, ) (Entered: 06/22/2006) |
| 06/21/2006 | 2057 | OBJECTION OF Special Master's Order to District Court re 1252 FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice, by Interested Party Barbara A. Freeman (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2058 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' motion to dismiss is granted and Claim 02-513 by Claimant Frederick R. Mayberry is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2059 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted and Claim 02-517 by Claimant Robert E. Quintero is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2060 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-563 by Claimant Larry James Smith. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2061 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-569 by Claimant Roland Johnson . Signed by Special Master Richard M. |

| | | (Entered: 06/19/2006) |
|---|---|---|
| 06/19/2006 | 2049 | OBECTION to ORDER of SPECIAL MASTER Entered 4/11/06 re 1895 Order, filed by Benito Negron, Claim 02-380. (pap, ) (Entered: 06/19/2006) |
| 06/20/2006 | 2050 | ORDER Denying 2043 Vernest M. Jones' MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, re: Claim 02-277 re: Final Order 1911 . Signed by Judge Edward W. Nottingham on 6/19/06. (pap, ) (Entered: 06/20/2006) |
| 06/20/2006 | 2051 | NOTICE of Entry of Appearance by Berina Ibrisagic on behalf of all defendants (Ibrisagic, Berina) (Entered: 06/20/2006) |
| 06/20/2006 | 2052 | MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. (pap, ) (Entered: 06/20/2006) |
| 06/21/2006 | 2053 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-435 by Claimant Charles William Fletcher III. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2054 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-169 by Claimant Richard Mascarenas, Jr. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2055 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissig Claim X-171 by Claimant James Duran. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2056 | MOTION to Correct 1252 Final Order of Special Masters by Interested Party Barbara A. Freeman. (pap, ) (Entered: 06/22/2006) |
| 06/21/2006 | 2057 | OBJECTION OF Special Master's Order to District Court re 1252 FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice, by Interested Party Barbara A. Freeman (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2058 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' motion to dismiss is granted and Claim 02-513 by Claimant Frederick R. Mayberry is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2059 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted and Claim 02-517 by Claimant Robert E. Quintero is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2060 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-563 by Claimant Larry James Smith. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2061 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-569 by Claimant Roland Johnson . Signed by Special Master Richard M. |

| | | (Entered: 06/19/2006) |
|---|---|---|
| 06/19/2006 | 2049 | OBECTION to ORDER of SPECIAL MASTER Entered 4/11/06 re 1895 Order, filed by Benito Negron, Claim 02-380. (pap, ) (Entered: 06/19/2006) |
| 06/20/2006 | 2050 | ORDER Denying 2043 Vernest M. Jones' MOTION for Court to Return All Documents Submitted by Plaintiff in the Course of Filing Claim, re: Claim 02-277 re: Final Order 1911 . Signed by Judge Edward W. Nottingham on 6/19/06. (pap, ) (Entered: 06/20/2006) |
| 06/20/2006 | 2051 | NOTICE of Entry of Appearance by Berina Ibrisagic on behalf of all defendants (Ibrisagic, Berina) (Entered: 06/20/2006) |
| 06/20/2006 | 2052 | MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. (pap, ) (Entered: 06/20/2006) |
| 06/21/2006 | 2053 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-435 by Claimant Charles William Fletcher III. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2054 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-169 by Claimant Richard Mascarenas, Jr. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2055 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissig Claim X-171 by Claimant James Duran. Signed by Special Master Richard M. Borchers on 6/21/06. (pap, ) (Entered: 06/21/2006) |
| 06/21/2006 | 2056 | MOTION to Correct 1252 Final Order of Special Masters by Interested Party Barbara A. Freeman. (pap, ) (Entered: 06/22/2006) |
| 06/21/2006 | 2057 | OBJECTION OF Special Master's Order to District Court re 1252 FINAL ORDER OF SPECIAL MASTER Dismissing Claimant Barbara Freeman's Montez Claim 03-105 with prejudice, by Interested Party Barbara A. Freeman (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2058 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' motion to dismiss is granted and Claim 02-513 by Claimant Frederick R. Mayberry is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2059 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted and Claim 02-517 by Claimant Robert E. Quintero is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2060 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-563 by Claimant Larry James Smith. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2061 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-569 by Claimant Roland Johnson . Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | Borchers on 6/22/06. (pap, ) (Modified on 10/19/2006 to correct signing Special Master)(pap, ). (Entered: 06/22/2006) |
| 06/22/2006 | 2062 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted, and Claim 02-579 by Claimant Steven J. Dec is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2063 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without prejudice Claim 02-593 by Claimant Shawn Christensenson (Deceased). Signed by Special Master Richard M. Borchers 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2064 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-172 by Claimant Neil F. Creeden. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2065 | MOTION to Withdraw as Attorney *GRANTED by Borchers* by Interested Party Clarence Leonhardt. (Fraser, Joseph) (Entered: 06/22/2006) |
| 06/23/2006 | 2066 | MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable Judge Kane)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Craig Kidder, Paul Valverde, Russell A. Kueker, Barbara A. Freeman, Vernest M. Jones, Benito Negron, Gordon R. Reuell, II. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Miller, David) (Entered: 06/23/2006) |
| 06/27/2006 | 2067 | Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. (pap, ) (Entered: 06/27/2006) |
| | | |

| | | Borchers on 6/22/06. (pap, ) (Modified on 10/19/2006 to correct signing Special Master)(pap, ). (Entered: 06/22/2006) |
|---|---|---|
| 06/22/2006 | 2062 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted, and Claim 02-579 by Claimant Steven J. Dec is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2063 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without prejudice Claim 02-593 by Claimant Shawn Christensonson (Deceased). Signed by Special Master Richard M. Borchers 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2064 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-172 by Claimant Neil F. Creeden. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2065 | MOTION to Withdraw as Attorney *GRANTED by Borchers* by Interested Party Clarence Leonhardt. (Fraser, Joseph) (Entered: 06/22/2006) |
| 06/23/2006 | 2066 | MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable Judge Kane)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Craig Kidder, Paul Valverde, Russell A. Kueker, Barbara A. Freeman, Vernest M. Jones, Benito Negron, Gordon R. Reuell, II. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Miller, David) (Entered: 06/23/2006) |
| 06/27/2006 | 2067 | Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. (pap, ) (Entered: 06/27/2006) |

| | | |
|---|---|---|
| | | Borchers on 6/22/06. (pap, ) (Modified on 10/19/2006 to correct signing Special Master)(pap, ). (Entered: 06/22/2006) |
| 06/22/2006 | 2062 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted, and Claim 02-579 by Claimant Steven J. Dec is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2063 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without prejudice Claim 02-593 by Claimant Shawn Christensenson (Deceased). Signed by Special Master Richard M. Borchers 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2064 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-172 by Claimant Neil F. Creeden. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2065 | MOTION to Withdraw as Attorney *GRANTED by Borchers* by Interested Party Clarence Leonhardt. (Fraser, Joseph) (Entered: 06/22/2006) |
| 06/23/2006 | 2066 | MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable Judge Kane)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Craig Kidder, Paul Valverde, Russell A. Kueker, Barbara A. Freeman, Vernest M. Jones, Benito Negron, Gordon R. Reuell, II. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Miller, David) (Entered: 06/23/2006) |
| 06/27/2006 | 2067 | Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. (pap, ) (Entered: 06/27/2006) |
| | | |

| | | Borchers on 6/22/06. (pap, ) (Modified on 10/19/2006 to correct signing Special Master)(pap, ). (Entered: 06/22/2006) |
|---|---|---|
| 06/22/2006 | 2062 | ORDER OF DISMISSAL OF SPECIAL MASTER Defendants' Motion to Dismiss is granted, and Claim 02-579 by Claimant Steven J. Dec is Dismissed. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2063 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without prejudice Claim 02-593 by Claimant Shawn Christensenson (Deceased). Signed by Special Master Richard M. Borchers 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2064 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-172 by Claimant Neil F. Creeden. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/22/2006) |
| 06/22/2006 | 2065 | MOTION to Withdraw as Attorney *GRANTED by Borchers* by Interested Party Clarence Leonhardt. (Fraser, Joseph) (Entered: 06/22/2006) |
| 06/23/2006 | 2066 | MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable Judge Kane)* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier, Interested Parties William Destro, Lawrence William Fitzgerald, James Martinez, James B Dukes Garnes, Larry L. Ford, David Ward, Larry L. Coffee, James G.J. Chenevert, Jim Riley, George Charles Knorr, Khalid Wahab, Jose Luis Dole, Larry Darnell Sims, Clarence Leonhardt, Howell F. Roberts, III, Terry Ray Ballard, Richard A. Malisheski, Jackie L. Carr, Phillip Carter, Allen Isaac Fistell, Kenneth Lujan, James Smith, Charles Ramos, Jr, Richardo Lujan, David Paul Wolf, Jolene C. Moon, Joe Allen Eubanks, Reggie Neil Keyes, William Gilmore, Timothy Wayne Moses, Johnnie Ramirez, Fred F. Franzone, Alan Mount, Joseph Martinez, Thomas E. O'Hara, James R. Duncan, Shawn M. Winkler, Tommy B. Sturges, Roy J. Main, James Rudnick, Mark Johnson, Terry Gibbens, Alfonso R. Flores, Anthony Hernandez, Byron Cortez, Elizabeth Gardesani, Christopher M. Grosso, Abad Martinez, Leroy Walter Baker, Kerry Gallegos, William Shaffstall, Clint Crews, John Cerrone, Hector Fernandez, John E. Mossman, Sr, Alvin G. Jones, Waldo Mackey, Darryl Martin, Cornelius Tyrone Williams, Thomas Castro, Steven Paul Walker, Gillie Thurby, Cheryl Vassallo, Lavone B. Barron, Lawrence R. Willis, Rocendo Herrera, David Paul McKinney, Mack W. Thomas, Paul Deschaine, Dexter Gail Millican, Michael Eugene Graham, Willis Horn, Roy M. Ford, Charles L. Parrish, Martha Ann Sharp, Samuel Curtis Lindsey, Craig Kidder, Paul Valverde, Russell A. Kueker, Barbara A. Freeman, Vernest M. Jones, Benito Negron, Gordon R. Reuell, II. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)(Miller, David) (Entered: 06/23/2006) |
| 06/27/2006 | 2067 | Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. (pap, ) (Entered: 06/27/2006) |

| 06/27/2006 | 2068 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-013 by Claimant Jesse Rocha. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
|---|---|---|
| 06/27/2006 | 2069 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Correcting Claimant Dismissing Claim 02-517 by Claimant Robert E. Quintano re: 2059 Order. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2070 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-579 by Claimant Steven J. Dec. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2071 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-586 by Claimant Riley R. Vigil. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2072 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER correcting name re: 2063 Order, Dismissing without prejudice Claim 02-593 by Claimant Shawn Christeson (Deceased). Signed by Special Master Richard M. Borchers on 6/23/06. (pap, ) (Entered: 06/27/2006) |
| 06/28/2006 | 2073 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-080 by Claimant Paul M. Huskey. Claimant is granted $700.00 for damages suffered while in DOC custody . Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2074 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-414 by Claimant William S. Collier. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2075 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-157 by Claimant Thomas C. Snyder. Signed by Special Master Richard M. Borchers on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2076 | MINUTE ORDER Defendants shall respond on or before 7/5/06 re: 2066 Plaintiffs' MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Continued Compliance Hearing is set for July 6,7,10, and 11, 2006 at 09:00 AM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/29/2006 | 2077 | MINUTE ORDER Denying 2052 MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. Entered by Judge Edward W. Nottingham on 6/29/06. (pap, ) (Entered: 06/29/2006) |
| 06/30/2006 | 2078 | Letter to Judge Kane from James Rudnick, Subject: Need Response to Filings. (lam, ) (Entered: 06/30/2006) |
| 07/05/2006 | 2079 | RESPONSE to Motion re: 2066 MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable* |

| 06/27/2006 | 2068 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-013 by Claimant Jesse Rocha. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2069 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Correcting Claimant Dismissing Claim 02-517 by Claimant Robert E. Quintano re: 2059 Order. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2070 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-579 by Claimant Steven J. Dec. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2071 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-586 by Claimant Riley R. Vigil. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2072 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER correcting name re: 2063 Order, Dismissing without prejudice Claim 02-593 by Claimant Shawn Christeson (Deceased). Signed by Special Master Richard M. Borchers on 6/23/06. (pap, ) (Entered: 06/27/2006) |
| 06/28/2006 | 2073 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-080 by Claimant Paul M. Huskey. Claimant is granted $700.00 for damages suffered while in DOC custody . Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2074 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-414 by Claimant William S. Collier. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2075 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-157 by Claimant Thomas C. Snyder. Signed by Special Master Richard M. Borchers on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2076 | MINUTE ORDER Defendants shall respond on or before 7/5/06 re: 2066 Plaintiffs' MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Continued Compliance Hearing is set for July 6,7,10, and 11, 2006 at 09:00 AM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/29/2006 | 2077 | MINUTE ORDER Denying 2052 MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. Entered by Judge Edward W. Nottingham on 6/29/06. (pap, ) (Entered: 06/29/2006) |
| 06/30/2006 | 2078 | Letter to Judge Kane from James Rudnick, Subject: Need Response to Filings. (lam, ) (Entered: 06/30/2006) |
| 07/05/2006 | 2079 | RESPONSE to Motion re: 2066 MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable* |

| 06/27/2006 | 2068 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-013 by Claimant Jesse Rocha. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
|---|---|---|
| 06/27/2006 | 2069 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Correcting Claimant Dismissing Claim 02-517 by Claimant Robert E. Quintano re: 2059 Order. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2070 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-579 by Claimant Steven J. Dec. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2071 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-586 by Claimant Riley R. Vigil. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2072 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER correcting name re: 2063 Order, Dismissing without prejudice Claim 02-593 by Claimant Shawn Christeson (Deceased). Signed by Special Master Richard M. Borchers on 6/23/06. (pap, ) (Entered: 06/27/2006) |
| 06/28/2006 | 2073 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-080 by Claimant Paul M. Huskey. Claimant is granted $700.00 for damages suffered while in DOC custody . Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2074 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-414 by Claimant William S. Collier. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2075 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-157 by Claimant Thomas C. Snyder. Signed by Special Master Richard M. Borchers on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2076 | MINUTE ORDER Defendants shall respond on or before 7/5/06 re: 2066 Plaintiffs' MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Continued Compliance Hearing is set for July 6,7,10, and 11, 2006 at 09:00 AM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/29/2006 | 2077 | MINUTE ORDER Denying 2052 MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. Entered by Judge Edward W. Nottingham on 6/29/06. (pap, ) (Entered: 06/29/2006) |
| 06/30/2006 | 2078 | Letter to Judge Kane from James Rudnick, Subject: Need Response to Filings. (lam, ) (Entered: 06/30/2006) |
| 07/05/2006 | 2079 | RESPONSE to Motion re: 2066 MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable* |

| 06/27/2006 | 2068 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-013 by Claimant Jesse Rocha. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2069 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER Correcting Claimant Dismissing Claim 02-517 by Claimant Robert E. Quintano re: 2059 Order. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2070 | ORDER OF DISMISSAL OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-579 by Claimant Steven J. Dec. Signed by Special Master Richard M. Borchers on 6/22/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2071 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-586 by Claimant Riley R. Vigil. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/27/2006) |
| 06/27/2006 | 2072 | AMENDED ORDER OF DISMISSAL OF SPECIAL MASTER correcting name re: 2063 Order, Dismissing without prejudice Claim 02-593 by Claimant Shawn Christeson (Deceased). Signed by Special Master Richard M. Borchers on 6/23/06. (pap, ) (Entered: 06/27/2006) |
| 06/28/2006 | 2073 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-080 by Claimant Paul M. Huskey. Claimant is granted $700.00 for damages suffered while in DOC custody . Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2074 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Dismissing Claim 02-414 by Claimant William S. Collier. Signed by Special Master Richard M. Borchers on 6/27/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2075 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-157 by Claimant Thomas C. Snyder. Signed by Special Master Richard M. Borchers on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/28/2006 | 2076 | MINUTE ORDER Defendants shall respond on or before 7/5/06 re: 2066 Plaintiffs' MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Continued Compliance Hearing is set for July 6,7,10, and 11, 2006 at 09:00 AM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 6/28/06. (pap, ) (Entered: 06/28/2006) |
| 06/29/2006 | 2077 | MINUTE ORDER Denying 2052 MOTION to Appoint Counsel by Claimant Gordon R. Reuell, II re: Claim 03-215. Actually titled Reconsideration for Court Appointed Counsel. Entered by Judge Edward W. Nottingham on 6/29/06. (pap, ) (Entered: 06/29/2006) |
| 06/30/2006 | 2078 | Letter to Judge Kane from James Rudnick, Subject: Need Response to Filings. (lam, ) (Entered: 06/30/2006) |
| 07/05/2006 | 2079 | RESPONSE to Motion re: 2066 MOTION for Order to *Concerning Disclosure of Funds Paid to Class Members (Directed to the Honorable* |

| | | *Judge Kane)* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 07/05/2006) |
|---|---|---|
| 07/06/2006 | 2080 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-192 by Claimant Jessie Butler Joniak. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-222 by Claimant Epifanio Nieto, Sr . Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2082 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' motion to dismiss. Dismissing Claim 02-525 by Claimant Susan J. Beemer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2083 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-194 by Claimant Hector Martinez-Jimenez. Claimant is awarded damages of $100.00 for the denial of his diabetic diet at KCCC. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2084 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-224 by Claimant Ronald Frazier. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2085 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-234 by Claimant Rex Rhorer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2086 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-246 (formerly 01-072) by Claimant Clyde M. Johnson III. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2087 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-173 by Claimant Robert S. Mach. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2088 | RESPONSE to 2076 Minute Order, by Interested Party Martha Ann Sharp #115534. Actually titled "Plaintiff Class Motion" (pap, ) (Modified on 7/6/2006 to include title of document)(pap, ). (Entered: 07/06/2006) |
| 07/06/2006 | 2110 | Minute Entry for proceedings held before Judge John L. Kane : Compliance Hearing Trial to Court - Day Four held on 7/6/2006 (Court Reporter Adrienne Whitlow.) (pap, ) (Entered: 07/12/2006) |
| 07/07/2006 | 2089 | Mail Returned as Undeliverable re: 2077 Order on Motion to Appoint Counsel Addressed to Mack W. Thomas. (pap, ) (Entered: 07/07/2006) |
| 07/07/2006 | 2090 | MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146 . (pap, ) (Entered: 07/10/2006) |
| 07/07/2006 | 2107 | Mail Returned as Undeliverable re: 2076 Order, Addressed to Mack W. |

| | | *Judge Kane*) filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 07/05/2006) |
|---|---|---|
| 07/06/2006 | 2080 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-192 by Claimant Jessie Butler Joniak. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-222 by Claimant Epifanio Nieto, Sr . Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2082 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' motion to dismiss. Dismissing Claim 02-525 by Claimant Susan J. Beemer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2083 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-194 by Claimant Hector Martinez-Jimenez. Claimant is awarded damages of $100.00 for the denial of his diabetic diet at KCCC. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2084 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-224 by Claimant Ronald Frazier. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2085 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-234 by Claimant Rex Rhorer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2086 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-246 (formerly 01-072) by Claimant Clyde M. Johnson III. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2087 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-173 by Claimant Robert S. Mach. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2088 | RESPONSE to 2076 Minute Order, by Interested Party Martha Ann Sharp #115534. Actually titled "Plaintiff Class Motion" (pap, ) (Modified on 7/6/2006 to include title of document)(pap, ). (Entered: 07/06/2006) |
| 07/06/2006 | 2110 | Minute Entry for proceedings held before Judge John L. Kane : Compliance Hearing Trial to Court - Day Four held on 7/6/2006 (Court Reporter Adrienne Whitlow.) (pap, ) (Entered: 07/12/2006) |
| 07/07/2006 | 2089 | Mail Returned as Undeliverable re: 2077 Order on Motion to Appoint Counsel Addressed to Mack W. Thomas. (pap, ) (Entered: 07/07/2006) |
| 07/07/2006 | 2090 | MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146 . (pap, ) (Entered: 07/10/2006) |
| 07/07/2006 | 2107 | Mail Returned as Undeliverable re: 2076 Order, Addressed to Mack W. |

| | | *Judge Kane)* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 07/05/2006) |
|---|---|---|
| 07/06/2006 | 2080 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-192 by Claimant Jessie Butler Joniak. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-222 by Claimant Epifanio Nieto, Sr . Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2082 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' motion to dismiss. Dismissing Claim 02-525 by Claimant Susan J. Beemer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2083 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-194 by Claimant Hector Martinez-Jimenez. Claimant is awarded damages of $100.00 for the denial of his diabetic diet at KCCC. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2084 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-224 by Claimant Ronald Frazier. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2085 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-234 by Claimant Rex Rhorer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2086 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-246 (formerly 01-072) by Claimant Clyde M. Johnson III. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2087 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-173 by Claimant Robert S. Mach. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2088 | RESPONSE to 2076 Minute Order, by Interested Party Martha Ann Sharp #115534. Actually titled "Plaintiff Class Motion" (pap, ) (Modified on 7/6/2006 to include title of document)(pap, ). (Entered: 07/06/2006) |
| 07/06/2006 | 2110 | Minute Entry for proceedings held before Judge John L. Kane : Compliance Hearing Trial to Court - Day Four held on 7/6/2006 (Court Reporter Adrienne Whitlow.) (pap, ) (Entered: 07/12/2006) |
| 07/07/2006 | 2089 | Mail Returned as Undeliverable re: 2077 Order on Motion to Appoint Counsel Addressed to Mack W. Thomas. (pap, ) (Entered: 07/07/2006) |
| 07/07/2006 | 2090 | MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146 . (pap, ) (Entered: 07/10/2006) |
| 07/07/2006 | 2107 | Mail Returned as Undeliverable re: 2076 Order, Addressed to Mack W. |

| | | *Judge Kane)* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 07/05/2006) |
|---|---|---|
| 07/06/2006 | 2080 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-192 by Claimant Jessie Butler Joniak. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2081 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-222 by Claimant Epifanio Nieto, Sr . Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2082 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' motion to dismiss. Dismissing Claim 02-525 by Claimant Susan J. Beemer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2083 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-194 by Claimant Hector Martinez-Jimenez. Claimant is awarded damages of $100.00 for the denial of his diabetic diet at KCCC. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2084 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-224 by Claimant Ronald Frazier. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2085 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-234 by Claimant Rex Rhorer. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2086 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-246 (formerly 01-072) by Claimant Clyde M. Johnson III. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2087 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-173 by Claimant Robert S. Mach. Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/06/2006) |
| 07/06/2006 | 2088 | RESPONSE to 2076 Minute Order, by Interested Party Martha Ann Sharp #115534. Actually titled "Plaintiff Class Motion" (pap, ) (Modified on 7/6/2006 to include title of document)(pap, ). (Entered: 07/06/2006) |
| 07/06/2006 | 2110 | Minute Entry for proceedings held before Judge John L. Kane : Compliance Hearing Trial to Court - Day Four held on 7/6/2006 (Court Reporter Adrienne Whitlow.) (pap, ) (Entered: 07/12/2006) |
| 07/07/2006 | 2089 | Mail Returned as Undeliverable re: 2077 Order on Motion to Appoint Counsel Addressed to Mack W. Thomas. (pap, ) (Entered: 07/07/2006) |
| 07/07/2006 | 2090 | MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146 . (pap, ) (Entered: 07/10/2006) |
| 07/07/2006 | 2107 | Mail Returned as Undeliverable re: 2076 Order, Addressed to Mack W. |

| | | Thomas. (pap, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/10/2006 | 2091 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-020 by Claimant Terry Benavidez. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2092 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-112 by Claimant Rocky Trujillo. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2093 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-229 by Claimant Travis Grinolds. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2094 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-270 by Claimant Francis J. Teague. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2095 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-290 by Claimant Randy W. Gaspar. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2096 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-355 by Claimant Ronald R. Reed. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2097 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-395 by Claimant Jamie Dean Ervin. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2098 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-401 by Claimant Duane Poage. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2099 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-402 by Claimant Juan Sierra-Omini. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2100 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-409 by Claimant Steven McGonigle. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2101 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-419 by Claimant Daniel M. Geschwentner, Jr. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2102 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without Prejudice Claim 02-426 by Claimant Darren Voshell (Deceased). Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| | | |

| | | Thomas. (pap, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/10/2006 | 2091 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-020 by Claimant Terry Benavidez. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2092 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-112 by Claimant Rocky Trujillo. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2093 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-229 by Claimant Travis Grinolds. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2094 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-270 by Claimant Francis J. Teague. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2095 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-290 by Claimant Randy W. Gaspar. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2096 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-355 by Claimant Ronald R. Reed. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2097 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-395 by Claimant Jamie Dean Ervin. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2098 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-401 by Claimant Duane Poage. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2099 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-402 by Claimant Juan Sierra-Omini. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2100 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-409 by Claimant Steven McGonigle. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2101 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-419 by Claimant Daniel M. Geschwentner, Jr. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2102 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without Prejudice Claim 02-426 by Claimant Darren Voshell (Deceased). Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| | | |

| | | Thomas. (pap, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/10/2006 | 2091 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-020 by Claimant Terry Benavidez. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2092 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-112 by Claimant Rocky Trujillo. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2093 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-229 by Claimant Travis Grinolds. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2094 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-270 by Claimant Francis J. Teague. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2095 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-290 by Claimant Randy W. Gaspar. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2096 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-355 by Claimant Ronald R. Reed. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2097 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-395 by Claimant Jamie Dean Ervin. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2098 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-401 by Claimant Duane Poage. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2099 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-402 by Claimant Juan Sierra-Omini. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2100 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-409 by Claimant Steven McGonigle. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2101 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-419 by Claimant Daniel M. Geschwentner, Jr. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2102 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without Prejudice Claim 02-426 by Claimant Darren Voshell (Deceased). Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| | | |

| | | Thomas. (pap, ) (Entered: 07/11/2006) |
|---|---|---|
| 07/10/2006 | 2091 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-020 by Claimant Terry Benavidez. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2092 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-112 by Claimant Rocky Trujillo. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2093 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-229 by Claimant Travis Grinolds. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2094 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-270 by Claimant Francis J. Teague. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2095 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-290 by Claimant Randy W. Gaspar. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2096 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-355 by Claimant Ronald R. Reed. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2097 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-395 by Claimant Jamie Dean Ervin. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2098 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-401 by Claimant Duane Poage. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2099 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-402 by Claimant Juan Sierra-Omini. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2100 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-409 by Claimant Steven McGonigle. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2101 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss, Dismissing Claim 02-419 by Claimant Daniel M. Geschwentner, Jr. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2102 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing without Prejudice Claim 02-426 by Claimant Darren Voshell (Deceased). Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| | | |

| 07/10/2006 | 2103 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-461 by Claimant Joe C. Whitehead. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2104 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-463 by Claimant Carlos J. Archuleta. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2105 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-053 by Claimant Steven McCary. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2106 | Minute Entry - Courtroom Minutes for Compliance Hearing - Trial to Court - Day Five - held before Judge John L. Kane and completed on 7/10/2006. Counsel will submit a revised Stipulation Regarding Status of Compliance by DOC with Remedial Plan.(Court Reporter Therese Lindblom) (lbush) (Entered: 07/11/2006) |
| 07/10/2006 | 2113 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-054 by Claimant Jeremy Ruybal. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/10/2006 | 2239 | ORDER for Extension of Time in Which to File an Appeal of Final Order of Special Master 1986 . Claimant Jimmy Ross Bulgier (Claim No. 03-147) has to 9/16/06 to file an appeal. Signed by Special Master Richard C. Davidson on 7/10/06. (gms, ) Modified on 9/5/2006 to add claimant's name and claim number)(gms, ). (Entered: 09/05/2006) |
| 07/11/2006 | 2108 | STIPULATION and ORDER Regarding Status of Compliance by DOC with Remedial Plan. Signed by Judge John L. Kane on 7/11/06. (pap, ) (Entered: 07/11/2006) |
| 07/11/2006 | 2109 | Docket Annotation. The NEF's for documents in this case to John Atkinson have been returned as undeliverable. The Colorado Attorney General's office has advised that Mr. Atkinson is no longer employed at their office. They will be in touch with Mr. Atkinson and request that he file a motion to withdraw. The NEF's cannot be resent to Mr. Atkinson. Text only entry - no document attached. (gms, ) (Entered: 07/11/2006) |
| 07/13/2006 | 2111 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Berman, Jennifer) (Entered: 07/13/2006) |
| 07/13/2006 | 2112 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-051 by Claimant Robert L. Rice. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2114 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-165 by Claimant Theodor Castillo. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2115 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-167 by Claimant Alfred D. Harris. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |

| 07/10/2006 | 2103 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-461 by Claimant Joe C. Whitehead. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2104 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-463 by Claimant Carlos J. Archuleta. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2105 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-053 by Claimant Steven McCary. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2106 | Minute Entry - Courtroom Minutes for Compliance Hearing - Trial to Court - Day Five - held before Judge John L. Kane and completed on 7/10/2006. Counsel will submit a revised Stipulation Regarding Status of Compliance by DOC with Remedial Plan.(Court Reporter Therese Lindblom) (lbush) (Entered: 07/11/2006) |
| 07/10/2006 | 2113 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-054 by Claimant Jeremy Ruybal. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/10/2006 | 2239 | ORDER for Extension of Time in Which to File an Appeal of Final Order of Special Master 1986 . Claimant Jimmy Ross Bulgier (Claim No. 03-147) has to 9/16/06 to file an appeal. Signed by Special Master Richard C. Davidson on 7/10/06. (gms, ) Modified on 9/5/2006 to add claimant's name and claim number)(gms, ). (Entered: 09/05/2006) |
| 07/11/2006 | 2108 | STIPULATION and ORDER Regarding Status of Compliance by DOC with Remedial Plan. Signed by Judge John L. Kane on 7/11/06. (pap, ) (Entered: 07/11/2006) |
| 07/11/2006 | 2109 | Docket Annotation. The NEF's for documents in this case to John Atkinson have been returned as undeliverable. The Colorado Attorney General's office has advised that Mr. Atkinson is no longer employed at their office. They will be in touch with Mr. Atkinson and request that he file a motion to withdraw. The NEF's cannot be resent to Mr. Atkinson. Text only entry - no document attached. (gms, ) (Entered: 07/11/2006) |
| 07/13/2006 | 2111 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Berman, Jennifer) (Entered: 07/13/2006) |
| 07/13/2006 | 2112 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-051 by Claimant Robert L. Rice. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2114 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-165 by Claimant Theodor Castillo. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2115 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-167 by Claimant Alfred D. Harris. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |

| 07/10/2006 | 2103 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-461 by Claimant Joe C. Whitehead. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2104 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-463 by Claimant Carlos J. Archuleta. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2105 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-053 by Claimant Steven McCary. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2106 | Minute Entry - Courtroom Minutes for Compliance Hearing - Trial to Court - Day Five - held before Judge John L. Kane and completed on 7/10/2006. Counsel will submit a revised Stipulation Regarding Status of Compliance by DOC with Remedial Plan.(Court Reporter Therese Lindblom) (lbush) (Entered: 07/11/2006) |
| 07/10/2006 | 2113 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-054 by Claimant Jeremy Ruybal. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/10/2006 | 2239 | ORDER for Extension of Time in Which to File an Appeal of Final Order of Special Master 1986 . Claimant Jimmy Ross Bulgier (Claim No. 03-147) has to 9/16/06 to file an appeal. Signed by Special Master Richard C. Davidson on 7/10/06. (gms, ) Modified on 9/5/2006 to add claimant's name and claim number)(gms, ). (Entered: 09/05/2006) |
| 07/11/2006 | 2108 | STIPULATION and ORDER Regarding Status of Compliance by DOC with Remedial Plan. Signed by Judge John L. Kane on 7/11/06. (pap, ) (Entered: 07/11/2006) |
| 07/11/2006 | 2109 | Docket Annotation. The NEF's for documents in this case to John Atkinson have been returned as undeliverable. The Colorado Attorney General's office has advised that Mr. Atkinson is no longer employed at their office. They will be in touch with Mr. Atkinson and request that he file a motion to withdraw. The NEF's cannot be resent to Mr. Atkinson. Text only entry - no document attached. (gms, ) (Entered: 07/11/2006) |
| 07/13/2006 | 2111 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Berman, Jennifer) (Entered: 07/13/2006) |
| 07/13/2006 | 2112 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-051 by Claimant Robert L. Rice. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2114 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-165 by Claimant Theodor Castillo. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2115 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-167 by Claimant Alfred D. Harris. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |

| 07/10/2006 | 2103 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-461 by Claimant Joe C. Whitehead. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2104 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss, Dismissing Claim 02-463 by Claimant Carlos J. Archuleta. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2105 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-053 by Claimant Steven McCary. Signed by Special Master Richard M. Borchers on 7/10/06. (pap, ) (Entered: 07/10/2006) |
| 07/10/2006 | 2106 | Minute Entry - Courtroom Minutes for Compliance Hearing - Trial to Court - Day Five - held before Judge John L. Kane and completed on 7/10/2006. Counsel will submit a revised Stipulation Regarding Status of Compliance by DOC with Remedial Plan.(Court Reporter Therese Lindblom) (lbush) (Entered: 07/11/2006) |
| 07/10/2006 | 2113 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-054 by Claimant Jeremy Ruybal. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/10/2006 | 2239 | ORDER for Extension of Time in Which to File an Appeal of Final Order of Special Master 1986 . Claimant Jimmy Ross Bulgier (Claim No. 03-147) has to 9/16/06 to file an appeal. Signed by Special Master Richard C. Davidson on 7/10/06. (gms, ) Modified on 9/5/2006 to add claimant's name and claim number)(gms, ). (Entered: 09/05/2006) |
| 07/11/2006 | 2108 | STIPULATION and ORDER Regarding Status of Compliance by DOC with Remedial Plan. Signed by Judge John L. Kane on 7/11/06. (pap, ) (Entered: 07/11/2006) |
| 07/11/2006 | 2109 | Docket Annotation. The NEF's for documents in this case to John Atkinson have been returned as undeliverable. The Colorado Attorney General's office has advised that Mr. Atkinson is no longer employed at their office. They will be in touch with Mr. Atkinson and request that he file a motion to withdraw. The NEF's cannot be resent to Mr. Atkinson. Text only entry - no document attached. (gms, ) (Entered: 07/11/2006) |
| 07/13/2006 | 2111 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Berman, Jennifer) (Entered: 07/13/2006) |
| 07/13/2006 | 2112 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-051 by Claimant Robert L. Rice. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2114 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-165 by Claimant Theodor Castillo. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2115 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-167 by Claimant Alfred D. Harris. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |

| 07/13/2006 | 2116 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-307 by CLaimant Darrell Miracle . Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
|---|---|---|
| 07/13/2006 | 2117 | ORDER Correction to re: 1987 Final Order of Special Master. Signed by Special Master Richard C. Davidson on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2118 | ORDER of Special Master re: 2073 FINAL ORDER OF SPECIAL MASTER. Final Order is modified to require payment to the Estate of Paul Huskey or his heirs. Re: Claim 02-080 by Claimant Paul M. Huskey (deceased). Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/13/2006) |
| 07/14/2006 | 2119 | ORDER of Special Master re: 678 Order, Letter from Claimant Robert A. Feist, claim 01-139 is forwarded to this Court. Signed by Special Master Richard M. Borchers on 6/15/06. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2120 | LETTER/MOTION to Appoint Counsel by Claimant Robert Feist Claim 01-139. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2121 | LETTER re: Medical Treatment by Interested Party George Charles Knorr re: Claim 02-278. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2122 | MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2124 | ORDER of Special Master. Final 2104 Order re: Claim No. 02-463 of 7/10/06 had an error as to the time period to file objection. Objections due 10/9/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text. (gms, ). (Entered: 07/17/2006) |
| 07/14/2006 | 2134 | ORDER of Special Master. Counsel for the class' request for a stay order is denied. Special Masters will enter no further adjudicative orders until after 7/17/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2125 | ORDER of Dismissal of Special Master Dismissing Claim No. 02-775 by Claimant Taylor Copenhaver. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2127 | ORDER of Dismissal of Special Master Dismissing Claim 02-776 by Claimant Jeffrey Larson. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2128 | ORDER of Dismissal of Special Master Dismissing Claim 02-780 by claimant Jerome Moore.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2129 | ORDER of Dismissal of Special Master Dismissing Claim 02-805 by Claimant Fred Wayne Ritchey. Signed by Special Master Richard M. |

| 07/13/2006 | 2116 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-307 by CLaimant Darrell Miracle . Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2117 | ORDER Correction to re: 1987 Final Order of Special Master. Signed by Special Master Richard C. Davidson on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2118 | ORDER of Special Master re: 2073 FINAL ORDER OF SPECIAL MASTER. Final Order is modified to require payment to the Estate of Paul Huskey or his heirs. Re: Claim 02-080 by Claimant Paul M. Huskey (deceased). Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/13/2006) |
| 07/14/2006 | 2119 | ORDER of Special Master re: 678 Order, Letter from Claimant Robert A. Feist, claim 01-139 is forwarded to this Court. Signed by Special Master Richard M. Borchers on 6/15/06. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2120 | LETTER/MOTION to Appoint Counsel by Claimant Robert Feist Claim 01-139. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2121 | LETTER re: Medical Treatment by Interested Party George Charles Knorr re: Claim 02-278. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2122 | MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2124 | ORDER of Special Master. Final 2104 Order re: Claim No. 02-463 of 7/10/06 had an error as to the time period to file objection. Objections due 10/9/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text. (gms, ). (Entered: 07/17/2006) |
| 07/14/2006 | 2134 | ORDER of Special Master. Counsel for the class' request for a stay order is denied. Special Masters will enter no further adjudicative orders until after 7/17/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2125 | ORDER of Dismissal of Special Master Dismissing Claim No. 02-775 by Claimant Taylor Copenhaver. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2127 | ORDER of Dismissal of Special Master Dismissing Claim 02-776 by Claimant Jeffrey Larson. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2128 | ORDER of Dismissal of Special Master Dismissing Claim 02-780 by claimant Jerome Moore.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2129 | ORDER of Dismissal of Special Master Dismissing Claim 02-805 by Claimant Fred Wayne Ritchey. Signed by Special Master Richard M. |

| 07/13/2006 | 2116 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-307 by CLaimant Darrell Miracle . Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2117 | ORDER Correction to re: 1987 Final Order of Special Master. Signed by Special Master Richard C. Davidson on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2118 | ORDER of Special Master re: 2073 FINAL ORDER OF SPECIAL MASTER. Final Order is modified to require payment to the Estate of Paul Huskey or his heirs. Re: Claim 02-080 by Claimant Paul M. Huskey (deceased). Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/13/2006) |
| 07/14/2006 | 2119 | ORDER of Special Master re: 678 Order, Letter from Claimant Robert A. Feist, claim 01-139 is forwarded to this Court. Signed by Special Master Richard M. Borchers on 6/15/06. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2120 | LETTER/MOTION to Appoint Counsel by Claimant Robert Feist Claim 01-139. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2121 | LETTER re: Medical Treatment by Interested Party George Charles Knorr re: Claim 02-278. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2122 | MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2124 | ORDER of Special Master. Final 2104 Order re: Claim No. 02-463 of 7/10/06 had an error as to the time period to file objection. Objections due 10/9/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text. (gms, ). (Entered: 07/17/2006) |
| 07/14/2006 | 2134 | ORDER of Special Master. Counsel for the class' request for a stay order is denied. Special Masters will enter no further adjudicative orders until after 7/17/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2125 | ORDER of Dismissal of Special Master Dismissing Claim No. 02-775 by Claimant Taylor Copenhaver. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2127 | ORDER of Dismissal of Special Master Dismissing Claim 02-776 by Claimant Jeffrey Larson. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2128 | ORDER of Dismissal of Special Master Dismissing Claim 02-780 by claimant Jerome Moore.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2129 | ORDER of Dismissal of Special Master Dismissing Claim 02-805 by Claimant Fred Wayne Ritchey. Signed by Special Master Richard M. |

| 07/13/2006 | 2116 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-307 by CLaimant Darrell Miracle . Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2117 | ORDER Correction to re: 1987 Final Order of Special Master. Signed by Special Master Richard C. Davidson on 7/10/06. (pap, ) (Entered: 07/13/2006) |
| 07/13/2006 | 2118 | ORDER of Special Master re: 2073 FINAL ORDER OF SPECIAL MASTER. Final Order is modified to require payment to the Estate of Paul Huskey or his heirs. Re: Claim 02-080 by Claimant Paul M. Huskey (deceased). Signed by Special Master Richard M. Borchers on 7/6/06. (pap, ) (Entered: 07/13/2006) |
| 07/14/2006 | 2119 | ORDER of Special Master re: 678 Order, Letter from Claimant Robert A. Feist, claim 01-139 is forwarded to this Court. Signed by Special Master Richard M. Borchers on 6/15/06. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2120 | LETTER/MOTION to Appoint Counsel by Claimant Robert Feist Claim 01-139. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2121 | LETTER re: Medical Treatment by Interested Party George Charles Knorr re: Claim 02-278. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2122 | MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278 by Interested Party George Charles Knorr. (pap, ) (Entered: 07/14/2006) |
| 07/14/2006 | 2124 | ORDER of Special Master. Final 2104 Order re: Claim No. 02-463 of 7/10/06 had an error as to the time period to file objection. Objections due 10/9/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text. (gms, ). (Entered: 07/17/2006) |
| 07/14/2006 | 2134 | ORDER of Special Master. Counsel for the class' request for a stay order is denied. Special Masters will enter no further adjudicative orders until after 7/17/06. Signed by Special Master Richard M. Borchers on 7/14/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2125 | ORDER of Dismissal of Special Master Dismissing Claim No. 02-775 by Claimant Taylor Copenhaver. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2127 | ORDER of Dismissal of Special Master Dismissing Claim 02-776 by Claimant Jeffrey Larson. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2128 | ORDER of Dismissal of Special Master Dismissing Claim 02-780 by claimant Jerome Moore.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2129 | ORDER of Dismissal of Special Master Dismissing Claim 02-805 by Claimant Fred Wayne Ritchey. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2130 | ORDER of Dismissal of Special Master Dismissing Claim 02-835 by claimant Stephen Hall. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2131 | ORDER of Dismissal of Special Master Dismissing Claim 02-837 by Claimant Vincent Dale Smith. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2132 | ORDER of Dismissal of Special Master Dismissing Claim 02-854 by Claimant Fernando E. Hernandez. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2133 | ORDER of Dismissal of Special Master Dismissing Claim 02-872 by Claimant Stephen P. Evans.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2123 | ORDER of Special Master denying Robert A. Feist's 2120 Motion to Appoint Counsel re: Claim No. 01-139. Signed by Special Master Richard M. Borchers on 7/17/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text.(gms, ). (Entered: 07/17/2006) |
| 07/17/2006 | 2126 | Docket Annotation re: 2123 Order on Motion to Appoint Counsel, 2124 Order. These docket entries were modified to correct title of Special Master in Text. Text only entry - no document attached. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2135 | Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2137 | Mail Returned as Undeliverable re: 2108 Order Addressed to Paul Deschaine. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2136 | Disability Fulfillment Requirement BRIEF re 1147 Order by Interested Party Shawn M. Winkler. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2138 | Mail Returned as Undeliverable re: 2106 Bench Trial - Completed, Addressed to Waldo Mackey. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2139 | ORDER denying 1781 Response (APPEAL) to Final Order of Special Master. The final order of the special master is affirmed. Judgment to enter for Claimant Jill Coit and against defendants in the amount of $350.00. (Claim No. 03-129). Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number. (gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2140 | Minute ORDER denying Motion to 1954 APPEAL Reinbursement Denial and denying 1979 Motion to Submit Additional Documents to Support Claim. Court has no record of the orders being appealed, by Judge John L. Kane on 7/19/06. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2141 | ORDER denying James Smith's Appeal of Final Order of Special Master |

| | | Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
|---|---|---|
| 07/15/2006 | 2130 | ORDER of Dismissal of Special Master Dismissing Claim 02-835 by claimant Stephen Hall. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2131 | ORDER of Dismissal of Special Master Dismissing Claim 02-837 by Claimant Vincent Dale Smith. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2132 | ORDER of Dismissal of Special Master Dismissing Claim 02-854 by Claimant Fernando E. Hernandez. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2133 | ORDER of Dismissal of Special Master Dismissing Claim 02-872 by Claimant Stephen P. Evans.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2123 | ORDER of Special Master denying Robert A. Feist's 2120 Motion to Appoint Counsel re: Claim No. 01-139. Signed by Special Master Richard M. Borchers on 7/17/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text.(gms, ). (Entered: 07/17/2006) |
| 07/17/2006 | 2126 | Docket Annotation re: 2123 Order on Motion to Appoint Counsel, 2124 Order. These docket entries were modified to correct title of Special Master in Text. Text only entry - no document attached. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2135 | Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2137 | Mail Returned as Undeliverable re: 2108 Order Addressed to Paul Deschaine. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2136 | Disability Fulfillment Requirement BRIEF re 1147 Order by Interested Party Shawn M. Winkler. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2138 | Mail Returned as Undeliverable re: 2106 Bench Trial - Completed, Addressed to Waldo Mackey. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2139 | ORDER denying 1781 Response (APPEAL) to Final Order of Special Master. The final order of the special master is affirmed. Judgment to enter for Claimant Jill Coit and against defendants in the amount of $350.00. (Claim No. 03-129). Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number. (gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2140 | Minute ORDER denying Motion to 1954 APPEAL Reinbursement Denial and denying 1979 Motion to Submit Additional Documents to Support Claim. Court has no record of the orders being appealed, by Judge John L. Kane on 7/19/06. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2141 | ORDER denying James Smith's Appeal of Final Order of Special Master |

| | | Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
|---|---|---|
| 07/15/2006 | 2130 | ORDER of Dismissal of Special Master Dismissing Claim 02-835 by claimant Stephen Hall. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2131 | ORDER of Dismissal of Special Master Dismissing Claim 02-837 by Claimant Vincent Dale Smith. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2132 | ORDER of Dismissal of Special Master Dismissing Claim 02-854 by Claimant Fernando E. Hernandez. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2133 | ORDER of Dismissal of Special Master Dismissing Claim 02-872 by Claimant Stephen P. Evans.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2123 | ORDER of Special Master denying Robert A. Feist's 2120 Motion to Appoint Counsel re: Claim No. 01-139. Signed by Special Master Richard M. Borchers on 7/17/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text.(gms, ). (Entered: 07/17/2006) |
| 07/17/2006 | 2126 | Docket Annotation re: 2123 Order on Motion to Appoint Counsel, 2124 Order. These docket entries were modified to correct title of Special Master in Text. Text only entry - no document attached. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2135 | Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2137 | Mail Returned as Undeliverable re: 2108 Order Addressed to Paul Deschaine. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2136 | Disability Fulfillment Requirement BRIEF re 1147 Order by Interested Party Shawn M. Winkler. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2138 | Mail Returned as Undeliverable re: 2106 Bench Trial - Completed, Addressed to Waldo Mackey. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2139 | ORDER denying 1781 Response (APPEAL) to Final Order of Special Master. The final order of the special master is affirmed. Judgment to enter for Claimant Jill Coit and against defendants in the amount of $350.00. (Claim No. 03-129). Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number. (gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2140 | Minute ORDER denying Motion to 1954 APPEAL Reinbursement Denial and denying 1979 Motion to Submit Additional Documents to Support Claim. Court has no record of the orders being appealed, by Judge John L. Kane on 7/19/06. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2141 | ORDER denying James Smith's Appeal of Final Order of Special Master |

| | | Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
|---|---|---|
| 07/15/2006 | 2130 | ORDER of Dismissal of Special Master Dismissing Claim 02-835 by claimant Stephen Hall. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2131 | ORDER of Dismissal of Special Master Dismissing Claim 02-837 by Claimant Vincent Dale Smith. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2132 | ORDER of Dismissal of Special Master Dismissing Claim 02-854 by Claimant Fernando E. Hernandez. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/15/2006 | 2133 | ORDER of Dismissal of Special Master Dismissing Claim 02-872 by Claimant Stephen P. Evans.. Signed by Special Master Richard M. Borchers on 7/15/06. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2123 | ORDER of Special Master denying Robert A. Feist's 2120 Motion to Appoint Counsel re: Claim No. 01-139. Signed by Special Master Richard M. Borchers on 7/17/06. (gms, ) Modified on 7/17/2006 to correct title of Special Master in Text.(gms, ). (Entered: 07/17/2006) |
| 07/17/2006 | 2126 | Docket Annotation re: 2123 Order on Motion to Appoint Counsel, 2124 Order. These docket entries were modified to correct title of Special Master in Text. Text only entry - no document attached. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2135 | Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (gms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 2137 | Mail Returned as Undeliverable re: 2108 Order Addressed to Paul Deschaine. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2136 | Disability Fulfillment Requirement BRIEF re 1147 Order by Interested Party Shawn M. Winkler. (gms, ) (Entered: 07/19/2006) |
| 07/18/2006 | 2138 | Mail Returned as Undeliverable re: 2106 Bench Trial - Completed, Addressed to Waldo Mackey. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2139 | ORDER denying 1781 Response (APPEAL) to Final Order of Special Master. The final order of the special master is affirmed. Judgment to enter for Claimant Jill Coit and against defendants in the amount of $350.00. (Claim No. 03-129). Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number. (gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2140 | Minute ORDER denying Motion to 1954 APPEAL Reinbursement Denial and denying 1979 Motion to Submit Additional Documents to Support Claim. Court has no record of the orders being appealed, by Judge John L. Kane on 7/19/06. (gms, ) (Entered: 07/19/2006) |
| 07/19/2006 | 2141 | ORDER denying James Smith's Appeal of Final Order of Special Master |

| | | |
|---|---|---|
| | | 1917 . The award stands. (Claim No. 03-014). The Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number.(gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2142 | ORDER of Dismissal of Special Master. Dismissing the claim of Claimant James B. Garnes (Claim No. 02-792). Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Entered: 07/20/2006) |
| 07/19/2006 | 2149 | ORDER of Dismissal of Special Master. Claim X-170 by Claimant Robert Castello is dismissed as untimely filed. Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Modified on 8/8/2006 to correct claimant's name)(pap2, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2143 | 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2144 | ORDER denying Claimant Freeman's 2031 Motion for Reconsideration, denying Claimant Freeman's 2056 Motion to Correct Final Order of Special Master and denying Claimant Freeman's 2057 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 03-105). The Final Order of the Special Master is affirmed. Signed by Judge John L. Kane on 7/20/06. (gms, ) Modified on 7/20/2006 to add claim number (gms, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2145 | MOTION for Order to have the Court Intervene by Interested Party James Rudnick. (erv, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2146 | ORDER denying Claimant Richardo Lujan's (Claim No. X-082) 1923 Motion for Reconsideration of Finals Order of Special Master. Final Order of the Special Master stands . Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2147 | Docket Annotation re: 2144 Order, 2141 Order on Motion for Order and 2139 Order on Appeal of Magistrate Judge Decision to District Court. Each docket entry was modified to include the claim number involved. Text only entry - no document attached. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2148 | ORDER denying Claimant Benito Negron's 2049 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 02-280). Final Order of Special Master stands. Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/21/2006 | 2150 | RESPONSE to Defendant's Motion to Dismiss (before the Special Master) re: Claim 02-635 by Claimant Clinton Erickson. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2151 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-043 by Claimant Walter Warthen. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2152 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-553 by Claimant Brian Michael Thompson. Signed by Special Master Richard M. |

| | | 1917 . The award stands. (Claim No. 03-014). The Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number.(gms, ). (Entered: 07/19/2006) |
|---|---|---|
| 07/19/2006 | 2142 | ORDER of Dismissal of Special Master. Dismissing the claim of Claimant James B. Garnes (Claim No. 02-792). Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Entered: 07/20/2006) |
| 07/19/2006 | 2149 | ORDER of Dismissal of Special Master. Claim X-170 by Claimant Robert Castello is dismissed as untimely filed. Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Modified on 8/8/2006 to correct claimant's name)(pap2, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2143 | 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2144 | ORDER denying Claimant Freeman's 2031 Motion for Reconsideration, denying Claimant Freeman's 2056 Motion to Correct Final Order of Special Master and denying Claimant Freeman's 2057 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 03-105). The Final Order of the Special Master is affirmed. Signed by Judge John L. Kane on 7/20/06. (gms, ) Modified on 7/20/2006 to add claim number (gms, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2145 | MOTION for Order to have the Court Intervene by Interested Party James Rudnick. (erv, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2146 | ORDER denying Claimant Richardo Lujan's (Claim No. X-082) 1923 Motion for Reconsideration of Finals Order of Special Master. Final Order of the Special Master stands . Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2147 | Docket Annotation re: 2144 Order, 2141 Order on Motion for Order and 2139 Order on Appeal of Magistrate Judge Decision to District Court. Each docket entry was modified to include the claim number involved. Text only entry - no document attached. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2148 | ORDER denying Claimant Benito Negron's 2049 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 02-280). Final Order of Special Master stands. Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/21/2006 | 2150 | RESPONSE to Defendant's Motion to Dismiss (before the Special Master) re: Claim 02-635 by Claimant Clinton Erickson. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2151 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-043 by Claimant Walter Warthen. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2152 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-553 by Claimant Brian Michael Thompson. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | 1917 . The award stands. (Claim No. 03-014). The Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number.(gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2142 | ORDER of Dismissal of Special Master. Dismissing the claim of Claimant James B. Garnes (Claim No. 02-792). Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Entered: 07/20/2006) |
| 07/19/2006 | 2149 | ORDER of Dismissal of Special Master. Claim X-170 by Claimant Robert Castello is dismissed as untimely filed. Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Modified on 8/8/2006 to correct claimant's name)(pap2, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2143 | 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2144 | ORDER denying Claimant Freeman's 2031 Motion for Reconsideration, denying Claimant Freeman's 2056 Motion to Correct Final Order of Special Master and denying Claimant Freeman's 2057 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 03-105). The Final Order of the Special Master is affirmed. Signed by Judge John L. Kane on 7/20/06. (gms, ) Modified on 7/20/2006 to add claim number (gms, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2145 | MOTION for Order to have the Court Intervene by Interested Party James Rudnick. (erv, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2146 | ORDER denying Claimant Richardo Lujan's (Claim No. X-082) 1923 Motion for Reconsideration of Finals Order of Special Master. Final Order of the Special Master stands . Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2147 | Docket Annotation re: 2144 Order, 2141 Order on Motion for Order and 2139 Order on Appeal of Magistrate Judge Decision to District Court. Each docket entry was modified to include the claim number involved. Text only entry - no document attached. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2148 | ORDER denying Claimant Benito Negron's 2049 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 02-280). Final Order of Special Master stands. Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/21/2006 | 2150 | RESPONSE to Defendant's Motion to Dismiss (before the Special Master) re: Claim 02-635 by Claimant Clinton Erickson. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2151 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-043 by Claimant Walter Warthen. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2152 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-553 by Claimant Brian Michael Thompson. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | 1917 . The award stands. (Claim No. 03-014). The Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 7/19/06. (gms, ) Modified on 7/20/2006 to add claim number.(gms, ). (Entered: 07/19/2006) |
| 07/19/2006 | 2142 | ORDER of Dismissal of Special Master. Dismissing the claim of Claimant James B. Garnes (Claim No. 02-792). Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Entered: 07/20/2006) |
| 07/19/2006 | 2149 | ORDER of Dismissal of Special Master. Claim X-170 by Claimant Robert Castello is dismissed as untimely filed. Signed by Special Master Richard M. Borchers on 7/19/06. (gms, ) (Modified on 8/8/2006 to correct claimant's name)(pap2, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2143 | 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2144 | ORDER denying Claimant Freeman's 2031 Motion for Reconsideration, denying Claimant Freeman's 2056 Motion to Correct Final Order of Special Master and denying Claimant Freeman's 2057 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 03-105). The Final Order of the Special Master is affirmed. Signed by Judge John L. Kane on 7/20/06. (gms, ) Modified on 7/20/2006 to add claim number (gms, ). (Entered: 07/20/2006) |
| 07/20/2006 | 2145 | MOTION for Order to have the Court Intervene by Interested Party James Rudnick. (erv, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2146 | ORDER denying Claimant Richardo Lujan's (Claim No. X-082) 1923 Motion for Reconsideration of Finals Order of Special Master. Final Order of the Special Master stands . Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2147 | Docket Annotation re: 2144 Order, 2141 Order on Motion for Order and 2139 Order on Appeal of Magistrate Judge Decision to District Court. Each docket entry was modified to include the claim number involved. Text only entry - no document attached. (gms, ) (Entered: 07/20/2006) |
| 07/20/2006 | 2148 | ORDER denying Claimant Benito Negron's 2049 APPEAL OF MAGISTRATE JUDGE DECISION to District Court (Claim No. 02-280). Final Order of Special Master stands. Signed by Judge John L. Kane on 7/20/06. (gms, ) (Entered: 07/20/2006) |
| 07/21/2006 | 2150 | RESPONSE to Defendant's Motion to Dismiss (before the Special Master) re: Claim 02-635 by Claimant Clinton Erickson. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2151 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-043 by Claimant Walter Warthen. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2152 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-553 by Claimant Brian Michael Thompson. Signed by Special Master Richard M. |

| | | Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
|---|---|---|
| 07/24/2006 | 2153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-789 by Claimant Jessie Tapia. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2154 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-237 by Claimant David Doremus. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2155 | MOTION For Extension of Time to Present Evidence re: Claim 03-247 (formerly 02-278) by Interested Party George Charles Knorr. (pap, ) (Entered: 07/25/2006) |
| 07/24/2006 | 2156 | LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146 by Interested Party Gerald Sensabaugh. (pap, ) (Entered: 07/25/2006) |
| 07/25/2006 | 2157 | MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 by Interested Party Barbara A. Freeman. (pap, ) (Entered: 07/25/2006) |
| 07/26/2006 | 2158 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-178 by Claimant Everett G. Richardson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/26/2006 | 2159 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-705 by Claimant Gaynor E. Atkinson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/27/2006 | 2160 | NOTICE of Change of Address by Brice A. Tondre (Tondre, Brice) (Entered: 07/27/2006) |
| 07/27/2006 | 2161 | MOTION to Withdraw by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Atkinson, John) (Entered: 07/27/2006) |
| 07/27/2006 | 2162 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-810 by Claimant Glenn T. Davis. Signed by Special Master Richard M. Borchers on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2163 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-256 by Jerry Simmons. Signed by Special Master Bruce D. Pringle on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2165 | LETTER re Appeal from USCA to appellant advising him he has 40 days to pay the $455 filing fee to the USDC or apply to the USCA for leave to proceed without prepayment of fees and costs as to 2005 Notice of Appeal. (djs, ) (Entered: 07/28/2006) |
| 07/28/2006 | 2164 | MINUTE ORDER Granting 2161 Motion to Withdraw Attorney John Atkinson for Defendants Department of Corrections and Bill Owens. Attorney John Atkinson is Withdrawn . Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/28/2006) |

| | | |
|---|---|---|
| | | Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-789 by Claimant Jessie Tapia. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2154 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-237 by Claimant David Doremus. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2155 | MOTION For Extension of Time to Present Evidence re: Claim 03-247 (formerly 02-278) by Interested Party George Charles Knorr. (pap, ) (Entered: 07/25/2006) |
| 07/24/2006 | 2156 | LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146 by Interested Party Gerald Sensabaugh. (pap, ) (Entered: 07/25/2006) |
| 07/25/2006 | 2157 | MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 by Interested Party Barbara A. Freeman. (pap, ) (Entered: 07/25/2006) |
| 07/26/2006 | 2158 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-178 by Claimant Everett G. Richardson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/26/2006 | 2159 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-705 by Claimant Gaynor E. Atkinson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/27/2006 | 2160 | NOTICE of Change of Address by Brice A. Tondre (Tondre, Brice) (Entered: 07/27/2006) |
| 07/27/2006 | 2161 | MOTION to Withdraw by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Atkinson, John) (Entered: 07/27/2006) |
| 07/27/2006 | 2162 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-810 by Claimant Glenn T. Davis. Signed by Special Master Richard M. Borchers on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2163 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-256 by Jerry Simmons. Signed by Special Master Bruce D. Pringle on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2165 | LETTER re Appeal from USCA to appellant advising him he has 40 days to pay the $455 filing fee to the USDC or apply to the USCA for leave to proceed without prepayment of fees and costs as to 2005 Notice of Appeal. (djs, ) (Entered: 07/28/2006) |
| 07/28/2006 | 2164 | MINUTE ORDER Granting 2161 Motion to Withdraw Attorney John Atkinson for Defendants Department of Corrections and Bill Owens. Attorney John Atkinson is Withdrawn . Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/28/2006) |
| | | |

| | | Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
|---|---|---|
| 07/24/2006 | 2153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-789 by Claimant Jessie Tapia. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2154 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-237 by Claimant David Doremus. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2155 | MOTION For Extension of Time to Present Evidence re: Claim 03-247 (formerly 02-278) by Interested Party George Charles Knorr. (pap, ) (Entered: 07/25/2006) |
| 07/24/2006 | 2156 | LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146 by Interested Party Gerald Sensabaugh. (pap, ) (Entered: 07/25/2006) |
| 07/25/2006 | 2157 | MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 by Interested Party Barbara A. Freeman. (pap, ) (Entered: 07/25/2006) |
| 07/26/2006 | 2158 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-178 by Claimant Everett G. Richardson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/26/2006 | 2159 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-705 by Claimant Gaynor E. Atkinson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/27/2006 | 2160 | NOTICE of Change of Address by Brice A. Tondre (Tondre, Brice) (Entered: 07/27/2006) |
| 07/27/2006 | 2161 | MOTION to Withdraw by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Atkinson, John) (Entered: 07/27/2006) |
| 07/27/2006 | 2162 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-810 by Claimant Glenn T. Davis. Signed by Special Master Richard M. Borchers on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2163 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-256 by Jerry Simmons. Signed by Special Master Bruce D. Pringle on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2165 | LETTER re Appeal from USCA to appellant advising him he has 40 days to pay the $455 filing fee to the USDC or apply to the USCA for leave to proceed without prepayment of fees and costs as to 2005 Notice of Appeal. (djs, ) (Entered: 07/28/2006) |
| 07/28/2006 | 2164 | MINUTE ORDER Granting 2161 Motion to Withdraw Attorney John Atkinson for Defendants Department of Corrections and Bill Owens. Attorney John Atkinson is Withdrawn . Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/28/2006) |

| | | Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
|---|---|---|
| 07/24/2006 | 2153 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-789 by Claimant Jessie Tapia. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2154 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-237 by Claimant David Doremus. Signed by Special Master Richard M. Borchers on 7/24/06. (pap, ) (Entered: 07/24/2006) |
| 07/24/2006 | 2155 | MOTION For Extension of Time to Present Evidence re: Claim 03-247 (formerly 02-278) by Interested Party George Charles Knorr. (pap, ) (Entered: 07/25/2006) |
| 07/24/2006 | 2156 | LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146 by Interested Party Gerald Sensabaugh. (pap, ) (Entered: 07/25/2006) |
| 07/25/2006 | 2157 | MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 by Interested Party Barbara A. Freeman. (pap, ) (Entered: 07/25/2006) |
| 07/26/2006 | 2158 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-178 by Claimant Everett G. Richardson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/26/2006 | 2159 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-705 by Claimant Gaynor E. Atkinson. Signed by Special Master Richard M. Borchers on 7/26/06. (pap, ) (Entered: 07/26/2006) |
| 07/27/2006 | 2160 | NOTICE of Change of Address by Brice A. Tondre (Tondre, Brice) (Entered: 07/27/2006) |
| 07/27/2006 | 2161 | MOTION to Withdraw by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only))(Atkinson, John) (Entered: 07/27/2006) |
| 07/27/2006 | 2162 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-810 by Claimant Glenn T. Davis. Signed by Special Master Richard M. Borchers on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2163 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-256 by Jerry Simmons. Signed by Special Master Bruce D. Pringle on 7/27/06. (pap, ) (Entered: 07/27/2006) |
| 07/27/2006 | 2165 | LETTER re Appeal from USCA to appellant advising him he has 40 days to pay the $455 filing fee to the USDC or apply to the USCA for leave to proceed without prepayment of fees and costs as to 2005 Notice of Appeal. (djs, ) (Entered: 07/28/2006) |
| 07/28/2006 | 2164 | MINUTE ORDER Granting 2161 Motion to Withdraw Attorney John Atkinson for Defendants Department of Corrections and Bill Owens. Attorney John Atkinson is Withdrawn . Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/28/2006) |
| | | |

| 07/31/2006 | 2166 | MINUTE ORDER Denying 2156 Interested Party Gerald Sensabaugh's LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146. Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/31/2006) |
| --- | --- | --- |
| 07/31/2006 | 2167 | MINUTE ORDER Granting 2111 Jennifer Allison Berman's MOTION to Withdraw as Attorney. Attorney Jennifer Allison Berman terminated . Entered by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2168 | ORDER Denying 2122 Interested Party George Charles Knorr's MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2169 | ORDER Denying 2120 Robert Feist's MOTION to Appoint Counsel. Re: Claim 01-139 . Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2170 | NOTICE that CDOC/DWCF is not in compliance by Interested Party Jill Coit re: Claim 03-129. Actually titled Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2171 | MOTION/Request for case cites as allowed by Judge Pringle re: Final Order 1/31/06 re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2172 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-317 by Claimant Mariano de la Cruz . Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2173 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-226 by Claimant Charles R. Cunningham. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2174 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-229 to the extent noted in this order, Claimant Marvin Vasicek is entitled to compensation in the amount of $225.00. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2175 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-233 by Claimant Robert E. Lobato. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2176 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-175 by Claimant Russell Kueker. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 08/01/2006 | 2177 | ORDER Denying 2171 Jill Coit's Motion for case cites. Re: Claim 03-129. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 08/01/2006) |
| 08/01/2006 | 2178 | First MOTION to Withdraw as Attorney by Defendants Ari Zavaras, |

| 07/31/2006 | 2166 | MINUTE ORDER Denying 2156 Interested Party Gerald Sensabaugh's LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146. Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/31/2006) |
| --- | --- | --- |
| 07/31/2006 | 2167 | MINUTE ORDER Granting 2111 Jennifer Allison Berman's MOTION to Withdraw as Attorney. Attorney Jennifer Allison Berman terminated . Entered by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2168 | ORDER Denying 2122 Interested Party George Charles Knorr's MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2169 | ORDER Denying 2120 Robert Feist's MOTION to Appoint Counsel. Re: Claim 01-139 . Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2170 | NOTICE that CDOC/DWCF is not in compliance by Interested Party Jill Coit re: Claim 03-129. Actually titled Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2171 | MOTION/Request for case cites as allowed by Judge Pringle re: Final Order 1/31/06 re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2172 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-317 by Claimant Mariano de la Cruz . Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2173 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-226 by Claimant Charles R. Cunningham. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2174 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-229 to the extent noted in this order, Claimant Marvin Vasicek is entitled to compensation in the amount of $225.00. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2175 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-233 by Claimant Robert E. Lobato. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2176 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-175 by Claimant Russell Kueker. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 08/01/2006 | 2177 | ORDER Denying 2171 Jill Coit's Motion for case cites. Re: Claim 03-129. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 08/01/2006) |
| 08/01/2006 | 2178 | First MOTION to Withdraw as Attorney by Defendants Ari Zavaras, |

| 07/31/2006 | 2166 | MINUTE ORDER Denying 2156 Interested Party Gerald Sensabaugh's LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146. Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2167 | MINUTE ORDER Granting 2111 Jennifer Allison Berman's MOTION to Withdraw as Attorney. Attorney Jennifer Allison Berman terminated . Entered by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2168 | ORDER Denying 2122 Interested Party George Charles Knorr's MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2169 | ORDER Denying 2120 Robert Feist's MOTION to Appoint Counsel. Re: Claim 01-139 . Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2170 | NOTICE that CDOC/DWCF is not in compliance by Interested Party Jill Coit re: Claim 03-129. Actually titled Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2171 | MOTION/Request for case cites as allowed by Judge Pringle re: Final Order 1/31/06 re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2172 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-317 by Claimant Mariano de la Cruz . Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2173 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-226 by Claimant Charles R. Cunningham. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2174 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-229 to the extent noted in this order, Claimant Marvin Vasicek is entitled to compensation in the amount of $225.00. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2175 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-233 by Claimant Robert E. Lobato. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2176 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-175 by Claimant Russell Kueker. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 08/01/2006 | 2177 | ORDER Denying 2171 Jill Coit's Motion for case cites. Re: Claim 03-129. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 08/01/2006) |
| 08/01/2006 | 2178 | First MOTION to Withdraw as Attorney by Defendants Ari Zavaras, |

| 07/31/2006 | 2166 | MINUTE ORDER Denying 2156 Interested Party Gerald Sensabaugh's LETTER/MOTION for Return of Exhibits or Copies of Exhibits re: Claim 03-146. Entered by Judge Edward W. Nottingham on 7/28/06. (pap, ) (Entered: 07/31/2006) |
| --- | --- | --- |
| 07/31/2006 | 2167 | MINUTE ORDER Granting 2111 Jennifer Allison Berman's MOTION to Withdraw as Attorney. Attorney Jennifer Allison Berman terminated . Entered by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2168 | ORDER Denying 2122 Interested Party George Charles Knorr's MOTION to Compel the District Court and or the Special Master to File the Criminal Complaints Previously Iterated in Claimant's Motion of 4/14/06 re: 03-247 formerly 02-278. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2169 | ORDER Denying 2120 Robert Feist's MOTION to Appoint Counsel. Re: Claim 01-139 . Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2170 | NOTICE that CDOC/DWCF is not in compliance by Interested Party Jill Coit re: Claim 03-129. Actually titled Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2171 | MOTION/Request for case cites as allowed by Judge Pringle re: Final Order 1/31/06 re: Claim 03-129 by Interested Party Jill Coit. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2172 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-317 by Claimant Mariano de la Cruz . Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2173 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-226 by Claimant Charles R. Cunningham. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2174 | FINAL ORDER OF SPECIAL MASTER Granting Claim 03-229 to the extent noted in this order, Claimant Marvin Vasicek is entitled to compensation in the amount of $225.00. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2175 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-233 by Claimant Robert E. Lobato. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 07/31/2006 | 2176 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-175 by Claimant Russell Kueker. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 07/31/2006) |
| 08/01/2006 | 2177 | ORDER Denying 2171 Jill Coit's Motion for case cites. Re: Claim 03-129. Signed by Judge Edward W. Nottingham on 7/31/06. (pap, ) (Entered: 08/01/2006) |
| 08/01/2006 | 2178 | First MOTION to Withdraw as Attorney by Defendants Ari Zavaras, |

| | | |
|---|---|---|
| | | Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2179 | Proposed MOTION for Order to *Withdraw* by Defendants Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2180 | MOTION for Partial Summary Judgment by interested party David Hall re: Claim 02-820. (Attachments: # 1 Affidavit)(pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2181 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2145 MOTION for Order CDOC's failure to provide state issue glasses filed by James Rudnick. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2182 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2157 MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 filed by Barbara A. Freeman. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2183 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2090 MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2184 | MINUTE ORDER Granting 2135 Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. Mr. Bulgier shall have an additional 90 days, until 10/16/06, to object to the Final Order of Special Master. Re: Claim 03-147. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |

| | | Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
|---|---|---|
| 08/01/2006 | 2179 | Proposed MOTION for Order to *Withdraw* by Defendants Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2180 | MOTION for Partial Summary Judgment by interested party David Hall re: Claim 02-820. (Attachments: # 1 Affidavit)(pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2181 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2145 MOTION for Order CDOC's failure to provide state issue glasses filed by James Rudnick. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2182 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2157 MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 filed by Barbara A. Freeman. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2183 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2090 MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2184 | MINUTE ORDER Granting 2135 Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. Mr. Bulgier shall have an additional 90 days, until 10/16/06, to object to the Final Order of Special Master. Re: Claim 03-147. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| | | Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2179 | Proposed MOTION for Order to *Withdraw* by Defendants Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2180 | MOTION for Partial Summary Judgment by interested party David Hall re: Claim 02-820. (Attachments: # 1 Affidavit)(pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2181 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2145 MOTION for Order CDOC's failure to provide state issue glasses filed by James Rudnick. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2182 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2157 MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 filed by Barbara A. Freeman. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2183 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2090 MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2184 | MINUTE ORDER Granting 2135 Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. Mr. Bulgier shall have an additional 90 days, until 10/16/06, to object to the Final Order of Special Master. Re: Claim 03-147. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |

| | | |
|---|---|---|
| | | Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Larry Embry, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, David Holt, Jean Moltz, Ron Johnson, Bob Moore, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2179 | Proposed MOTION for Order to *Withdraw* by Defendants Ari Zavaras, Bob Furlong, Department of Corrections, Bill Price, R. Mark McDuff, Gary Neet, Warren Diesslin, Frank Miller, Donice Neal, Mark Williams, Mark McKinna, J. Frank Rice, Tom Cooper, Bill Boggs, Bill Bokros, David Holt, Jean Moltz, Ron Johnson, Don Lawson, Bob Moore, Bill Boggs, Bill Bokros, Frank Gunter, Ben Johnson, Bill Owens, Cheryl Smith, Consol Defendants Colorado Territorial Correctional Facility, Brad Rockwill, Annette Porter, Denver Reception & Diagnostic Center, Colorado Department of Corrections, Mark McKenna, R. Murphy, Glenntte Smith, Becky Rhomona, Jim Weber, Nard Claar, Bill Reed, Consol Third Party Defendant Fremont Correctional Facility. (Meyer, Brooke) (Entered: 08/01/2006) |
| 08/01/2006 | 2180 | MOTION for Partial Summary Judgment by interested party David Hall re: Claim 02-820. (Attachments: # 1 Affidavit)(pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2181 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2145 MOTION for Order CDOC's failure to provide state issue glasses filed by James Rudnick. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2182 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2157 MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105 filed by Barbara A. Freeman. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2183 | MINUTE ORDER Defendants shall respond on or before 8/11/06 re: 2090 MOTION for Further Relief (Enforcement) re: 1987 Final Order, by Gerald Sensabaugh re: Claim 03-146. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2184 | MINUTE ORDER Granting 2135 Request ( MOTION) For Extension of Time to file objections to final order of Special Master by Consol Plaintiff Jimmy R. Bulgier. Mr. Bulgier shall have an additional 90 days, until 10/16/06, to object to the Final Order of Special Master. Re: Claim 03-147. Entered by Judge John L. Kane on 8/1/06. (pap, ) (Entered: 08/02/2006) |

| 08/02/2006 | 2185 | MINUTE ORDER Granting 2178 Motion to Withdraw as Attorney. Attorney Brooke H. Meyer terminated . Entered by Judge Edward W. Nottingham on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2186 | Docket Annotation re: 2179 Proposed MOTION for Order to Withdraw. Proposed Motion is actually a proposed order. The "motion" is terminated. Text only entry - no document attached. (pap, ) (Entered: 08/02/2006) |
| 08/03/2006 | 2187 | ORDER Overruling 2067 Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. Final Order of Special Master 1998 is affirmed. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/03/2006 | 2188 | ORDER Granting 2143 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/04/2006 | 2189 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim 02-628 by Claimant Terry Patrick Barr. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2190 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-689 by Claimant Edward Alan Eldridge. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2191 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-711 by Claimant Robert Hazlett. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2192 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-772 by Claimant Donaciano Rayos . Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2193 | ORDER OF SPECIAL MASTER Denying 2180 David N. Hall's Motion for Partial Summary Judgment re: Claim 02-802. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2194 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-250 by Claimant Donnell Monroe. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/07/2006 | 2197 | Mail Returned as Undeliverable re: 2164 Order on Motion to Withdraw, 2177 Order on Motion for Miscellaneous Relief, 2167 Order on Motion to Withdraw as Attorney, 2168 Order on Motion to Compel, 2169 Order, 2166 Order on Motion for Miscellaneous Relief Addressed to Gillie Thurby. (pap, ) (Entered: 08/09/2006) |
| 08/08/2006 | 2195 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-603 by Claimant Roderick Greig. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 08/08/2006) |
| 08/08/2006 | 2196 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-769 by Claimant Gerald Chavez. Signed by Special Master Richard M. |

| 08/02/2006 | 2185 | MINUTE ORDER Granting 2178 Motion to Withdraw as Attorney. Attorney Brooke H. Meyer terminated . Entered by Judge Edward W. Nottingham on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2186 | Docket Annotation re: 2179 Proposed MOTION for Order to Withdraw. Proposed Motion is actually a proposed order. The "motion" is terminated. Text only entry - no document attached. (pap, ) (Entered: 08/02/2006) |
| 08/03/2006 | 2187 | ORDER Overruling 2067 Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. Final Order of Special Master 1998 is affirmed. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/03/2006 | 2188 | ORDER Granting 2143 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/04/2006 | 2189 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim 02-628 by Claimant Terry Patrick Barr. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2190 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-689 by Claimant Edward Alan Eldridge. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2191 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-711 by Claimant Robert Hazlett. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2192 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-772 by Claimant Donaciano Rayos . Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2193 | ORDER OF SPECIAL MASTER Denying 2180 David N. Hall's Motion for Partial Summary Judgment re: Claim 02-802. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2194 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-250 by Claimant Donnell Monroe. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/07/2006 | 2197 | Mail Returned as Undeliverable re: 2164 Order on Motion to Withdraw, 2177 Order on Motion for Miscellaneous Relief, 2167 Order on Motion to Withdraw as Attorney, 2168 Order on Motion to Compel, 2169 Order, 2166 Order on Motion for Miscellaneous Relief Addressed to Gillie Thurby. (pap, ) (Entered: 08/09/2006) |
| 08/08/2006 | 2195 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-603 by Claimant Roderick Greig. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 08/08/2006) |
| 08/08/2006 | 2196 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-769 by Claimant Gerald Chavez. Signed by Special Master Richard M. |

| 08/02/2006 | 2185 | MINUTE ORDER Granting 2178 Motion to Withdraw as Attorney. Attorney Brooke H. Meyer terminated . Entered by Judge Edward W. Nottingham on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2186 | Docket Annotation re: 2179 Proposed MOTION for Order to Withdraw. Proposed Motion is actually a proposed order. The "motion" is terminated. Text only entry - no document attached. (pap, ) (Entered: 08/02/2006) |
| 08/03/2006 | 2187 | ORDER Overruling 2067 Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. Final Order of Special Master 1998 is affirmed. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/03/2006 | 2188 | ORDER Granting 2143 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/04/2006 | 2189 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim 02-628 by Claimant Terry Patrick Barr. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2190 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-689 by Claimant Edward Alan Eldridge. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2191 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-711 by Claimant Robert Hazlett. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2192 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-772 by Claimant Donaciano Rayos . Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2193 | ORDER OF SPECIAL MASTER Denying 2180 David N. Hall's Motion for Partial Summary Judgment re: Claim 02-802. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2194 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-250 by Claimant Donnell Monroe. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/07/2006 | 2197 | Mail Returned as Undeliverable re: 2164 Order on Motion to Withdraw, 2177 Order on Motion for Miscellaneous Relief, 2167 Order on Motion to Withdraw as Attorney, 2168 Order on Motion to Compel, 2169 Order, 2166 Order on Motion for Miscellaneous Relief Addressed to Gillie Thurby. (pap, ) (Entered: 08/09/2006) |
| 08/08/2006 | 2195 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-603 by Claimant Roderick Greig. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 08/08/2006) |
| 08/08/2006 | 2196 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-769 by Claimant Gerald Chavez. Signed by Special Master Richard M. |

| 08/02/2006 | 2185 | MINUTE ORDER Granting 2178 Motion to Withdraw as Attorney. Attorney Brooke H. Meyer terminated . Entered by Judge Edward W. Nottingham on 8/1/06. (pap, ) (Entered: 08/02/2006) |
| 08/02/2006 | 2186 | Docket Annotation re: 2179 Proposed MOTION for Order to Withdraw. Proposed Motion is actually a proposed order. The "motion" is terminated. Text only entry - no document attached. (pap, ) (Entered: 08/02/2006) |
| 08/03/2006 | 2187 | ORDER Overruling 2067 Formal Response and Objection to Special Masters Final Order re 1998 Order, by Paul Martinez re Claim 03-171. Final Order of Special Master 1998 is affirmed. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/03/2006 | 2188 | ORDER Granting 2143 14th Application ( MOTION) for Order for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. Signed by Judge John L. Kane on 8/3/06. (pap, ) (Entered: 08/03/2006) |
| 08/04/2006 | 2189 | ORDER OF DISMISSAL OF SPECIAL MASTER re: Claim 02-628 by Claimant Terry Patrick Barr. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2190 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-689 by Claimant Edward Alan Eldridge. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2191 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-711 by Claimant Robert Hazlett. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2192 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-772 by Claimant Donaciano Rayos . Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2193 | ORDER OF SPECIAL MASTER Denying 2180 David N. Hall's Motion for Partial Summary Judgment re: Claim 02-802. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/04/2006 | 2194 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-250 by Claimant Donnell Monroe. Signed by Special Master Richard M. Borchers on 8/3/06. (pap, ) (Entered: 08/04/2006) |
| 08/07/2006 | 2197 | Mail Returned as Undeliverable re: 2164 Order on Motion to Withdraw, 2177 Order on Motion for Miscellaneous Relief, 2167 Order on Motion to Withdraw as Attorney, 2168 Order on Motion to Compel, 2169 Order, 2166 Order on Motion for Miscellaneous Relief Addressed to Gillie Thurby. (pap, ) (Entered: 08/09/2006) |
| 08/08/2006 | 2195 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-603 by Claimant Roderick Greig. Signed by Special Master Richard M. Borchers on 7/31/06. (pap, ) (Entered: 08/08/2006) |
| 08/08/2006 | 2196 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-769 by Claimant Gerald Chavez. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | Borchers on 8/7/06. (pap, ) (Entered: 08/08/2006) |
| 08/09/2006 | 2198 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-205 by Claimant Charles Martinez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2199 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-752 by Claimant Nathaniel Issacks . Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2200 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-767 by Claimant Benjamin Rodriguez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Modified on 8/9/2006 to correct claimants name) (pap, ). (Entered: 08/09/2006) |
| 08/11/2006 | 2201 | RESPONSE to Motion re 2090 MOTION to Enforce filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2202 | RESPONSE to Motion re 2157 MOTION to Compel filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2203 | RESPONSE to Motion re 2145 MOTION for Order to filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 08/11/2006) |
| 08/14/2006 | 2204 | Mail Returned as Undeliverable re: 2185 Order on Motion to Withdraw as Attorney, 2183 Order, 2184 Order on Motion for Extension of Time, 2182 Order, 2181 Order Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2205 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-352 by Claimant Fabian Gallegos. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2206 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-093 by Claimant Williams L. Loggins. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2207 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-252 by Claimant Edith Cobb. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2208 | Mail Returned as Undeliverable re: 2188 Order on Motion for Order, 2187 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/17/2006 | 2209 | ORDER of USCA: Appellant has moved for leave to proceed IFP on appeal as to 2005 Notice of Appeal filed by Fred F. Franzone. Mr. Franzone has consented to disbursement of partial payments of the filing fees from his prison account equal to 20 percent of the preceeding month's income. (bjr2, ) (Entered: 08/18/2006) |
| | | |

| | | Borchers on 8/7/06. (pap, ) (Entered: 08/08/2006) |
|---|---|---|
| 08/09/2006 | 2198 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-205 by Claimant Charles Martinez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2199 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-752 by Claimant Nathaniel Issacks . Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2200 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-767 by Claimant Benjamin Rodriguez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Modified on 8/9/2006 to correct claimants name) (pap, ). (Entered: 08/09/2006) |
| 08/11/2006 | 2201 | RESPONSE to Motion re 2090 MOTION to Enforce filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2202 | RESPONSE to Motion re 2157 MOTION to Compel filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2203 | RESPONSE to Motion re 2145 MOTION for Order to filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 08/11/2006) |
| 08/14/2006 | 2204 | Mail Returned as Undeliverable re: 2185 Order on Motion to Withdraw as Attorney, 2183 Order, 2184 Order on Motion for Extension of Time, 2182 Order, 2181 Order Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2205 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-352 by Claimant Fabian Gallegos. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2206 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-093 by Claimant Williams L. Loggins. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2207 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-252 by Claimant Edith Cobb. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2208 | Mail Returned as Undeliverable re: 2188 Order on Motion for Order, 2187 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/17/2006 | 2209 | ORDER of USCA: Appellant has moved for leave to proceed IFP on appeal as to 2005 Notice of Appeal filed by Fred F. Franzone. Mr. Franzone has consented to disbursement of partial payments of the filing fees from his prison account equal to 20 percent of the preceeding month's income. (bjr2, ) (Entered: 08/18/2006) |
| | | |

| | | Borchers on 8/7/06. (pap, ) (Entered: 08/08/2006) |
|---|---|---|
| 08/09/2006 | 2198 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-205 by Claimant Charles Martinez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2199 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-752 by Claimant Nathaniel Issacks . Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2200 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-767 by Claimant Benjamin Rodriguez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Modified on 8/9/2006 to correct claimants name) (pap, ). (Entered: 08/09/2006) |
| 08/11/2006 | 2201 | RESPONSE to Motion re 2090 MOTION to Enforce filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2202 | RESPONSE to Motion re 2157 MOTION to Compel filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2203 | RESPONSE to Motion re 2145 MOTION for Order to filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 08/11/2006) |
| 08/14/2006 | 2204 | Mail Returned as Undeliverable re: 2185 Order on Motion to Withdraw as Attorney, 2183 Order, 2184 Order on Motion for Extension of Time, 2182 Order, 2181 Order Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2205 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-352 by Claimant Fabian Gallegos. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2206 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-093 by Claimant Williams L. Loggins. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2207 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-252 by Claimant Edith Cobb. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2208 | Mail Returned as Undeliverable re: 2188 Order on Motion for Order, 2187 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/17/2006 | 2209 | ORDER of USCA: Appellant has moved for leave to proceed IFP on appeal as to 2005 Notice of Appeal filed by Fred F. Franzone. Mr. Franzone has consented to disbursement of partial payments of the filing fees from his prison account equal to 20 percent of the preceeding month's income. (bjr2, ) (Entered: 08/18/2006) |
| | | |

| | | Borchers on 8/7/06. (pap, ) (Entered: 08/08/2006) |
|---|---|---|
| 08/09/2006 | 2198 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-205 by Claimant Charles Martinez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2199 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-752 by Claimant Nathaniel Issacks . Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Entered: 08/09/2006) |
| 08/09/2006 | 2200 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-767 by Claimant Benjamin Rodriguez. Signed by Special Master Richard M. Borchers on 8/9/06. (pap, ) (Modified on 8/9/2006 to correct claimants name) (pap, ). (Entered: 08/09/2006) |
| 08/11/2006 | 2201 | RESPONSE to Motion re 2090 MOTION to Enforce filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2202 | RESPONSE to Motion re 2157 MOTION to Compel filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A)(Dance, Jess) (Entered: 08/11/2006) |
| 08/11/2006 | 2203 | RESPONSE to Motion re 2145 MOTION for Order to filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 08/11/2006) |
| 08/14/2006 | 2204 | Mail Returned as Undeliverable re: 2185 Order on Motion to Withdraw as Attorney, 2183 Order, 2184 Order on Motion for Extension of Time, 2182 Order, 2181 Order Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2205 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-352 by Claimant Fabian Gallegos. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2206 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-093 by Claimant Williams L. Loggins. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2207 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-252 by Claimant Edith Cobb. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/15/2006) |
| 08/15/2006 | 2208 | Mail Returned as Undeliverable re: 2188 Order on Motion for Order, 2187 Order on Appeal of Magistrate Judge Decision to District Court Addressed to Gillie Thurby. (pap, ) (Entered: 08/15/2006) |
| 08/17/2006 | 2209 | ORDER of USCA: Appellant has moved for leave to proceed IFP on appeal as to 2005 Notice of Appeal filed by Fred F. Franzone. Mr. Franzone has consented to disbursement of partial payments of the filing fees from his prison account equal to 20 percent of the preceeding month's income. (bjr2, ) (Entered: 08/18/2006) |

| 08/18/2006 | 2210 | FINAL ORDER OF SPECIAL MASTER; Judgment should enter in favor of Claimant Anthony Hernandez and against Defendants in the amount of $500.00 re: Claim 03-152. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| --- | --- | --- |
| 08/18/2006 | 2211 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2212 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-214 by Claimant Paul Valverde. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2213 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-257 by Claimant Pete M. Cisneros. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/18/2006) |
| 08/21/2006 | 2214 | Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(pap, ) (Entered: 08/21/2006) |
| 08/21/2006 | 2215 | Witness List by Interested Party George Charles Knorr re: Claim 03-247 (formerly 02-278). (pap, ) (Entered: 08/21/2006) |
| 08/22/2006 | 2216 | ORDER re: 1065 Plaintiff Class Appeal Regarding the Availability of Damagesfor Denial of Medical Care, the rulings of the special masters are all AFFIRMED; re: 1149 Plaintiff Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham), the ruling of the special masters is AFFIRMED; re: 1567 Defendants' Objections to Special Master's [Robbie M. Barr's] Recommended Award of Attorney Fees and Costs are all overruled, and the award of the special master is AFFIRMED. Denying as Moot 1853 Plaintiffs' Motion for an Expedited Hearing. Signed by Judge Edward W. Nottingham on 8/22/06. (pap, ) (Entered: 08/22/2006) |
| 08/23/2006 | 2217 | MOTION to Administravely Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Modified on 8/23/2006 to remove the word joint) (pap, ). (Entered: 08/23/2006) |
| 08/23/2006 | 2218 | Docket Annotation re: 2217 Plaintiffs' MOTION to Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. The word joint before Motion has been removed as the motion is plaintiffs' motion only. Text only entry - no document attached. (pap, ) (Entered: 08/23/2006) |
| 08/23/2006 | 2240 | Revised ORDER for Extension of Time in Which to File an Appeal of the Final 1986 Order of Special Master. Claimant Jimmy Ross Bulgier has to 10/16/06 to file an appeal to the final order (Re: Claim No. 03-147). |

| 08/18/2006 | 2210 | FINAL ORDER OF SPECIAL MASTER; Judgment should enter in favor of Claimant Anthony Hernandez and against Defendants in the amount of $500.00 re: Claim 03-152. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
|---|---|---|
| 08/18/2006 | 2211 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2212 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-214 by Claimant Paul Valverde. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2213 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-257 by Claimant Pete M. Cisneros. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/18/2006) |
| 08/21/2006 | 2214 | Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(pap, ) (Entered: 08/21/2006) |
| 08/21/2006 | 2215 | Witness List by Interested Party George Charles Knorr re: Claim 03-247 (formerly 02-278). (pap, ) (Entered: 08/21/2006) |
| 08/22/2006 | 2216 | ORDER re: 1065 Plaintiff Class Appeal Regarding the Availability of Damagesfor Denial of Medical Care, the rulings of the special masters are all AFFIRMED; re: 1149 Plaintiff Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham), the ruling of the special masters is AFFIRMED; re: 1567 Defendants' Objections to Special Master's [Robbie M. Barr's] Recommended Award of Attorney Fees and Costs are all overruled, and the award of the special master is AFFIRMED. Denying as Moot 1853 Plaintiffs' Motion for an Expedited Hearing. Signed by Judge Edward W. Nottingham on 8/22/06. (pap, ) (Entered: 08/22/2006) |
| 08/23/2006 | 2217 | MOTION to Administravely Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Modified on 8/23/2006 to remove the word joint) (pap, ). (Entered: 08/23/2006) |
| 08/23/2006 | 2218 | Docket Annotation re: 2217 Plaintiffs' MOTION to Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. The word joint before Motion has been removed as the motion is plaintiffs' motion only. Text only entry - no document attached. (pap, ) (Entered: 08/23/2006) |
| 08/23/2006 | 2240 | Revised ORDER for Extension of Time in Which to File an Appeal of the Final 1986 Order of Special Master. Claimant Jimmy Ross Bulgier has to 10/16/06 to file an appeal to the final order (Re: Claim No. 03-147). |

| 08/18/2006 | 2210 | FINAL ORDER OF SPECIAL MASTER; Judgment should enter in favor of Claimant Anthony Hernandez and against Defendants in the amount of $500.00 re: Claim 03-152. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2211 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2212 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-214 by Claimant Paul Valverde. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2213 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-257 by Claimant Pete M. Cisneros. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/18/2006) |
| 08/21/2006 | 2214 | Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(pap, ) (Entered: 08/21/2006) |
| 08/21/2006 | 2215 | Witness List by Interested Party George Charles Knorr re: Claim 03-247 (formerly 02-278). (pap, ) (Entered: 08/21/2006) |
| 08/22/2006 | 2216 | ORDER re: 1065 Plaintiff Class Appeal Regarding the Availability of Damagesfor Denial of Medical Care, the rulings of the special masters are all AFFIRMED; re: 1149 Plaintiff Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham), the ruling of the special masters is AFFIRMED; re: 1567 Defendants' Objections to Special Master's [Robbie M. Barr's] Recommended Award of Attorney Fees and Costs are all overruled, and the award of the special master is AFFIRMED. Denying as Moot 1853 Plaintiffs' Motion for an Expedited Hearing. Signed by Judge Edward W. Nottingham on 8/22/06. (pap, ) (Entered: 08/22/2006) |
| 08/23/2006 | 2217 | MOTION to Administravely Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Modified on 8/23/2006 to remove the word joint) (pap, ). (Entered: 08/23/2006) |
| 08/23/2006 | 2218 | Docket Annotation re: 2217 Plaintiffs' MOTION to Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. The word joint before Motion has been removed as the motion is plaintiffs' motion only. Text only entry - no document attached. (pap, ) (Entered: 08/23/2006) |
| 08/23/2006 | 2240 | Revised ORDER for Extension of Time in Which to File an Appeal of the Final 1986 Order of Special Master. Claimant Jimmy Ross Bulgier has to 10/16/06 to file an appeal to the final order (Re: Claim No. 03-147). |

| 08/18/2006 | 2210 | FINAL ORDER OF SPECIAL MASTER; Judgment should enter in favor of Claimant Anthony Hernandez and against Defendants in the amount of $500.00 re: Claim 03-152. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
|---|---|---|
| 08/18/2006 | 2211 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. Signed by Special Master Bruce D. Pringle on 8/16/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2212 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-214 by Claimant Paul Valverde. Signed by Special Master Bruce D. Pringle on 8/14/06. (pap, ) (Entered: 08/18/2006) |
| 08/18/2006 | 2213 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-257 by Claimant Pete M. Cisneros. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/18/2006) |
| 08/21/2006 | 2214 | Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(pap, ) (Entered: 08/21/2006) |
| 08/21/2006 | 2215 | Witness List by Interested Party George Charles Knorr re: Claim 03-247 (formerly 02-278). (pap, ) (Entered: 08/21/2006) |
| 08/22/2006 | 2216 | ORDER re: 1065 Plaintiff Class Appeal Regarding the Availability of Damagesfor Denial of Medical Care, the rulings of the special masters are all AFFIRMED; re: 1149 Plaintiff Class Appeal of Order of Special Masters Re: Category V Damages (Directed to Judge Nottingham), the ruling of the special masters is AFFIRMED; re: 1567 Defendants' Objections to Special Master's [Robbie M. Barr's] Recommended Award of Attorney Fees and Costs are all overruled, and the award of the special master is AFFIRMED. Denying as Moot 1853 Plaintiffs' Motion for an Expedited Hearing. Signed by Judge Edward W. Nottingham on 8/22/06. (pap, ) (Entered: 08/22/2006) |
| 08/23/2006 | 2217 | MOTION to Administravely Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Greisen, Paula) (Modified on 8/23/2006 to remove the word joint) (pap, ). (Entered: 08/23/2006) |
| 08/23/2006 | 2218 | Docket Annotation re: 2217 Plaintiffs' MOTION to Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. The word joint before Motion has been removed as the motion is plaintiffs' motion only. Text only entry - no document attached. (pap, ) (Entered: 08/23/2006) |
| 08/23/2006 | 2240 | Revised ORDER for Extension of Time in Which to File an Appeal of the Final 1986 Order of Special Master. Claimant Jimmy Ross Bulgier has to 10/16/06 to file an appeal to the final order (Re: Claim No. 03-147). |

| | | Signed by Special Master Richard C. Davidson on 8/23/06. (gms, ) (Entered: 09/05/2006) |
|---|---|---|
| 08/24/2006 | 2219 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-177 by Claimant Raymond J. Olivencia. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2220 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-178 by Claimant Stewart Case. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2221 | MOTION for Award in Montez for $350.00 by Interested Party Jill Coit. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2222 | REQUEST by Interested Party Jill Coit for Status of Motion filed regarding Non Compliance of Structural Under Montez Remedial Plan. re: 2170 Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 08/24/2006) |
| 08/28/2006 | 2223 | Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2224 | MOTION for Requesting Judicial Review of Past Court Order with Current New Conditions of Overcrowding and Violations of Judge Kane's Orders filed by Interested Party Dean Ross Denton . (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2229 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-342 by Claimant Donnis Moore. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2230 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-086 by Claimant Lionel William Gendron. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2231 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim X-181 by Claimant Leo S. Montoya. Signed by Special Master Richard M. Borchers on 8/15/06. (pap, ) (Entered: 08/30/2006) |
| 08/29/2006 | 2225 | ORDER Denying 2224 Dean Ross Denton's Motion for Judicial Review . Signed by Judge Edward W. Nottingham on 8/29/06. (pap, ) (Entered: 08/29/2006) |
| 08/29/2006 | 2226 | MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2227 | STIPULATION re 2226 MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2232 | REPLY to Response to Motion re 2157 MOTION to Compel (Structural Compliance) filed by Interested Party Barbara A. Freeman. (pap, ) (Entered: 08/30/2006) |

| | | Signed by Special Master Richard C. Davidson on 8/23/06. (gms, ) (Entered: 09/05/2006) |
|---|---|---|
| 08/24/2006 | 2219 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-177 by Claimant Raymond J. Olivencia. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2220 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-178 by Claimant Stewart Case. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2221 | MOTION for Award in Montez for $350.00 by Interested Party Jill Coit. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2222 | REQUEST by Interested Party Jill Coit for Status of Motion filed regarding Non Compliance of Structural Under Montez Remedial Plan. re: 2170 Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 08/24/2006) |
| 08/28/2006 | 2223 | Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2224 | MOTION for Requesting Judicial Review of Past Court Order with Current New Conditions of Overcrowding and Violations of Judge Kane's Orders filed by Interested Party Dean Ross Denton . (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2229 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-342 by Claimant Donnis Moore. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2230 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-086 by Claimant Lionel William Gendron. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2231 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim X-181 by Claimant Leo S. Montoya. Signed by Special Master Richard M. Borchers on 8/15/06. (pap, ) (Entered: 08/30/2006) |
| 08/29/2006 | 2225 | ORDER Denying 2224 Dean Ross Denton's Motion for Judicial Review . Signed by Judge Edward W. Nottingham on 8/29/06. (pap, ) (Entered: 08/29/2006) |
| 08/29/2006 | 2226 | MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2227 | STIPULATION re 2226 MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2232 | REPLY to Response to Motion re 2157 MOTION to Compel (Structural Compliance) filed by Interested Party Barbara A. Freeman. (pap, ) (Entered: 08/30/2006) |

| | | Signed by Special Master Richard C. Davidson on 8/23/06. (gms, ) (Entered: 09/05/2006) |
|---|---|---|
| 08/24/2006 | 2219 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-177 by Claimant Raymond J. Olivencia. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2220 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-178 by Claimant Stewart Case. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2221 | MOTION for Award in Montez for $350.00 by Interested Party Jill Coit. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2222 | REQUEST by Interested Party Jill Coit for Status of Motion filed regarding Non Compliance of Structural Under Montez Remedial Plan. re: 2170 Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 08/24/2006) |
| 08/28/2006 | 2223 | Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2224 | MOTION for Requesting Judicial Review of Past Court Order with Current New Conditions of Overcrowding and Violations of Judge Kane's Orders filed by Interested Party Dean Ross Denton . (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2229 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-342 by Claimant Donnis Moore. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2230 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-086 by Claimant Lionel William Gendron. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2231 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim X-181 by Claimant Leo S. Montoya. Signed by Special Master Richard M. Borchers on 8/15/06. (pap, ) (Entered: 08/30/2006) |
| 08/29/2006 | 2225 | ORDER Denying 2224 Dean Ross Denton's Motion for Judicial Review . Signed by Judge Edward W. Nottingham on 8/29/06. (pap, ) (Entered: 08/29/2006) |
| 08/29/2006 | 2226 | MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2227 | STIPULATION re 2226 MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2232 | REPLY to Response to Motion re 2157 MOTION to Compel (Structural Compliance) filed by Interested Party Barbara A. Freeman. (pap, ) (Entered: 08/30/2006) |

|  |  | Signed by Special Master Richard C. Davidson on 8/23/06. (gms, ) (Entered: 09/05/2006) |
| --- | --- | --- |
| 08/24/2006 | 2219 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-177 by Claimant Raymond J. Olivencia. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2220 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-178 by Claimant Stewart Case. Signed by Special Master Richard M. Borchers on 8/24/06. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2221 | MOTION for Award in Montez for $350.00 by Interested Party Jill Coit. (pap, ) (Entered: 08/24/2006) |
| 08/24/2006 | 2222 | REQUEST by Interested Party Jill Coit for Status of Motion filed regarding Non Compliance of Structural Under Montez Remedial Plan. re: 2170 Motion to Notify the Court that CDOC/DWCF is not in Compliance. (pap, ) (Entered: 08/24/2006) |
| 08/28/2006 | 2223 | Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2224 | MOTION for Requesting Judicial Review of Past Court Order with Current New Conditions of Overcrowding and Violations of Judge Kane's Orders filed by Interested Party Dean Ross Denton . (pap, ) (Entered: 08/28/2006) |
| 08/28/2006 | 2229 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-342 by Claimant Donnis Moore. Signed by Special Master Bruce D. Pringle on 7/10/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2230 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-086 by Claimant Lionel William Gendron. Signed by Special Master Bruce D. Pringle on 8/9/06. (pap, ) (Entered: 08/30/2006) |
| 08/28/2006 | 2231 | ORDER OF DISMISSAL OF SPECIAL MASTER, Dismissing Claim X-181 by Claimant Leo S. Montoya. Signed by Special Master Richard M. Borchers on 8/15/06. (pap, ) (Entered: 08/30/2006) |
| 08/29/2006 | 2225 | ORDER Denying 2224 Dean Ross Denton's Motion for Judicial Review . Signed by Judge Edward W. Nottingham on 8/29/06. (pap, ) (Entered: 08/29/2006) |
| 08/29/2006 | 2226 | MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2227 | STIPULATION re 2226 MOTION to Amend/Correct/Modify 2108 Order *by Plaintiff Class Counsel and Defendant Counsel* by Defendant Department of Corrections. (McCann, Elizabeth) (Entered: 08/29/2006) |
| 08/29/2006 | 2232 | REPLY to Response to Motion re 2157 MOTION to Compel (Structural Compliance) filed by Interested Party Barbara A. Freeman. (pap, ) (Entered: 08/30/2006) |

| 08/30/2006 | 2228 | AMENDED STIPULATION AND ORDER re: Status of Compliance by DOC Remedial Plan re 2226 MOTION to Amend/Correct/Modify 2108 Order by Plaintiff Class Counsel and Defendant Counsel. Signed by Judge John L. Kane on 8/29/06. (pap, ) (Entered: 08/30/2006) |
|---|---|---|
| 09/01/2006 | 2233 | BRIEF *Regarding Medical Copays (Directed to Judge John Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(McCann, Elizabeth) (Entered: 09/01/2006) |
| 09/01/2006 | 2234 | Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 # 2 # 3 # 4)(Greisen, Paula) (Entered: 09/01/2006) |
| 09/05/2006 | 2235 | NOTICE re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Notice of Filing Unaccepted Attachments to Document Number 2234* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Attachment 2# 2 Attachment 3# 3 Attachment 4 AR 850-12 pgs. 1-7# 4 Attachment 4-AR 850 pgs 8-17# 5 Attachment 5# 6 Attachment 6-AR 750-01 pgs. 1-8# 7 Attachment 6-AR 750-01 pgs. 9-19# 8 Attachment 7# 9 Attachment 9# 10 Attachment 10) (Greisen, Paula) (Entered: 09/05/2006) |
| 09/05/2006 | 2236 | ORDER of Special Master dismissing claim 02-384 of Claimant Richard Butler . Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2237 | ORDER of Special Master dismissing Claim 03-230 by claimant Manual DePineda. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2238 | Final ORDER of Special Master Claim 03-242 by claimant Marlon L. Smith is denied. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2241 | Docket Annotation re: 2239 Order. This docket entry was modified to include the claimant's name and claim number. Text only entry - no document attached. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2242 | ORDER re: Request for CD-ROM Transcript. Claimant Jimmy Ross Bulgier's request that Special Master send copies of the CD-ROM of hearing to a Jean Willis is denied as moot and beyond the jurisdiction of the Special Master (re: Claim 03-147). Signed by Special Master Richard C. Davidson on 9/5/06. (gms, ) (Entered: 09/06/2006) |
| 09/05/2006 | 2243 | Final ORDER of Special Master denying claim number 02-468 by Claimant George C. McDaniel . Signed by Special Master Richard M. |

| 08/30/2006 | 2228 | AMENDED STIPULATION AND ORDER re: Status of Compliance by DOC Remedial Plan re 2226 MOTION to Amend/Correct/Modify 2108 Order by Plaintiff Class Counsel and Defendant Counsel. Signed by Judge John L. Kane on 8/29/06. (pap, ) (Entered: 08/30/2006) |
|---|---|---|
| 09/01/2006 | 2233 | BRIEF *Regarding Medical Copays (Directed to Judge John Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(McCann, Elizabeth) (Entered: 09/01/2006) |
| 09/01/2006 | 2234 | Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 # 2 # 3 # 4)(Greisen, Paula) (Entered: 09/01/2006) |
| 09/05/2006 | 2235 | NOTICE re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Notice of Filing Unaccepted Attachments to Document Number 2234* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Attachment 2# 2 Attachment 3# 3 Attachment 4 AR 850-12 pgs. 1-7# 4 Attachment 4-AR 850 pgs 8-17# 5 Attachment 5# 6 Attachment 6-AR 750-01 pgs. 1-8# 7 Attachment 6-AR 750-01 pgs. 9-19# 8 Attachment 7# 9 Attachment 9# 10 Attachment 10)(Greisen, Paula) (Entered: 09/05/2006) |
| 09/05/2006 | 2236 | ORDER of Special Master dismissing claim 02-384 of Claimant Richard Butler . Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2237 | ORDER of Special Master dismissing Claim 03-230 by claimant Manual DePineda. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2238 | Final ORDER of Special Master Claim 03-242 by claimant Marlon L. Smith is denied. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2241 | Docket Annotation re: 2239 Order. This docket entry was modified to include the claimant's name and claim number. Text only entry - no document attached. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2242 | ORDER re: Request for CD-ROM Transcript. Claimant Jimmy Ross Bulgier's request that Special Master send copies of the CD-ROM of hearing to a Jean Willis is denied as moot and beyond the jurisdiction of the Special Master (re: Claim 03-147). Signed by Special Master Richard C. Davidson on 9/5/06. (gms, ) (Entered: 09/06/2006) |
| 09/05/2006 | 2243 | Final ORDER of Special Master denying claim number 02-468 by Claimant George C. McDaniel . Signed by Special Master Richard M. |

| 08/30/2006 | 2228 | AMENDED STIPULATION AND ORDER re: Status of Compliance by DOC Remedial Plan re 2226 MOTION to Amend/Correct/Modify 2108 Order by Plaintiff Class Counsel and Defendant Counsel. Signed by Judge John L. Kane on 8/29/06. (pap, ) (Entered: 08/30/2006) |
|---|---|---|
| 09/01/2006 | 2233 | BRIEF *Regarding Medical Copays (Directed to Judge John Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(McCann, Elizabeth) (Entered: 09/01/2006) |
| 09/01/2006 | 2234 | Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 # 2 # 3 # 4)(Greisen, Paula) (Entered: 09/01/2006) |
| 09/05/2006 | 2235 | NOTICE re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Notice of Filing Unaccepted Attachments to Document Number 2234* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Attachment 2# 2 Attachment 3# 3 Attachment 4 AR 850-12 pgs. 1-7# 4 Attachment 4-AR 850 pgs 8-17# 5 Attachment 5# 6 Attachment 6-AR 750-01 pgs. 1-8# 7 Attachment 6-AR 750-01 pgs. 9-19# 8 Attachment 7# 9 Attachment 9# 10 Attachment 10)(Greisen, Paula) (Entered: 09/05/2006) |
| 09/05/2006 | 2236 | ORDER of Special Master dismissing claim 02-384 of Claimant Richard Butler . Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2237 | ORDER of Special Master dismissing Claim 03-230 by claimant Manual DePineda. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2238 | Final ORDER of Special Master Claim 03-242 by claimant Marlon L. Smith is denied. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2241 | Docket Annotation re: 2239 Order. This docket entry was modified to include the claimant's name and claim number. Text only entry - no document attached. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2242 | ORDER re: Request for CD-ROM Transcript. Claimant Jimmy Ross Bulgier's request that Special Master send copies of the CD-ROM of hearing to a Jean Willis is denied as moot and beyond the jurisdiction of the Special Master (re: Claim 03-147). Signed by Special Master Richard C. Davidson on 9/5/06. (gms, ) (Entered: 09/06/2006) |
| 09/05/2006 | 2243 | Final ORDER of Special Master denying claim number 02-468 by Claimant George C. McDaniel . Signed by Special Master Richard M. |

| 08/30/2006 | 2228 | AMENDED STIPULATION AND ORDER re: Status of Compliance by DOC Remedial Plan re 2226 MOTION to Amend/Correct/Modify 2108 Order by Plaintiff Class Counsel and Defendant Counsel. Signed by Judge John L. Kane on 8/29/06. (pap, ) (Entered: 08/30/2006) |
|---|---|---|
| 09/01/2006 | 2233 | BRIEF *Regarding Medical Copays (Directed to Judge John Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B)(McCann, Elizabeth) (Entered: 09/01/2006) |
| 09/01/2006 | 2234 | Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 # 2 # 3 # 4)(Greisen, Paula) (Entered: 09/01/2006) |
| 09/05/2006 | 2235 | NOTICE re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Notice of Filing Unaccepted Attachments to Document Number 2234* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard (Attachments: # 1 Attachment 2# 2 Attachment 3# 3 Attachment 4 AR 850-12 pgs. 1-7# 4 Attachment 4-AR 850 pgs 8-17# 5 Attachment 5# 6 Attachment 6-AR 750-01 pgs. 1-8# 7 Attachment 6-AR 750-01 pgs. 9-19# 8 Attachment 7# 9 Attachment 9# 10 Attachment 10)(Greisen, Paula) (Entered: 09/05/2006) |
| 09/05/2006 | 2236 | ORDER of Special Master dismissing claim 02-384 of Claimant Richard Butler . Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2237 | ORDER of Special Master dismissing Claim 03-230 by claimant Manual DePineda. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2238 | Final ORDER of Special Master Claim 03-242 by claimant Marlon L. Smith is denied. Signed by Special Master Richard M. Borchers on 9/5/06. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2241 | Docket Annotation re: 2239 Order. This docket entry was modified to include the claimant's name and claim number. Text only entry - no document attached. (gms, ) (Entered: 09/05/2006) |
| 09/05/2006 | 2242 | ORDER re: Request for CD-ROM Transcript. Claimant Jimmy Ross Bulgier's request that Special Master send copies of the CD-ROM of hearing to a Jean Willis is denied as moot and beyond the jurisdiction of the Special Master (re: Claim 03-147). Signed by Special Master Richard C. Davidson on 9/5/06. (gms, ) (Entered: 09/06/2006) |
| 09/05/2006 | 2243 | Final ORDER of Special Master denying claim number 02-468 by Claimant George C. McDaniel . Signed by Special Master Richard M. |

| | | Borchers on 9/5/06. (gms, ) (Entered: 09/06/2006) |
|---|---|---|
| 09/06/2006 | 2244 | BRIEF *Regarding Special Masters' Evaluation of Whether Claimants are Disabled (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(McCann, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 2245 | MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit A Remedial Plan# 2 Exhibit B Dole Final Order# 3 Exhibit C Riley Final Order# 4 Exhibit D Response Sch.# 5 Exhibit D Part II Resp. Schwinaman# 6 Exhibit E Dole Accomm. Res.# 7 Exhibit F Response Johnston# 8 Exhibit G Schrec Screening# 9 Exhibit H Schrec Screening# 10 Exhibit I Schrec Accom. Resolution# 11 Exhibit J part I Echemendia# 12 Exhibit J Part II Resp. Echemendia# 13 Exhibit K Echemendia Hearing Screening# 14 Exhibit L Echemendia AIC Worksheet# 15 Exhibit M Echemendia Accom Res. Verify# 16 Exhibit N Echemendia Accom Res. Deny)(Greisen, Paula) (Entered: 09/06/2006) |
| 09/06/2006 | 2246 | Mail Returned as Undeliverable re: 2228 AMENDED STIPULATION AND ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/06/2006 | 2247 | Mail Returned as Undeliverable re: 2225 ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2248 | Mail Returned as Undeliverable re: 2225 Order on Motion for Review Addressed to Howell F. Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2249 | Mail Returned as Undeliverable re: 2228 Order on Motion to Amend/Correct/Modify Addressed to Howell Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/08/2006 | 2250 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Alfred Harris re 2115 Order (Document is actually entitled "Objection to the Final Order by the Special Master") (gms, ) (Entered: 09/08/2006) |
| 09/11/2006 | 2251 | RESPONSE to Motion re 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 09/11/2006) |
| 09/12/2006 | 2252 | REPLY to Response to Motion re 2090 MOTION to Enforce filed by Interested Party Gerald Sensabaugh. Re: Claim 03-146 (pap, ) (Entered: 09/12/2006) |
| 09/13/2006 | 2253 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-104 as to Mobility, Hearing or Vision Impairment. Dismissing in all other aspects Claim 01-104 by Claimant Antonio Chavez. Signed by Special Master |

| | | Borchers on 9/5/06. (gms, ) (Entered: 09/06/2006) |
|---|---|---|
| 09/06/2006 | 2244 | BRIEF *Regarding Special Masters' Evaluation of Whether Claimants are Disabled (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(McCann, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 2245 | MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit A Remedial Plan# 2 Exhibit B Dole Final Order# 3 Exhibit C Riley Final Order# 4 Exhibit D Response Sch.# 5 Exhibit D Part II Resp. Schwinaman# 6 Exhibit E Dole Accomm. Res.# 7 Exhibit F Response Johnston# 8 Exhibit G Schrec Screening# 9 Exhibit H Schrec Screening# 10 Exhibit I Schrec Accom. Resolution# 11 Exhibit J part I Echemendia# 12 Exhibit J Part II Resp. Echemendia# 13 Exhibit K Echemendia Hearing Screening# 14 Exhibit L Echemendia AIC Worksheet# 15 Exhibit M Echemendia Accom Res. Verify# 16 Exhibit N Echemendia Accom Res. Deny)(Greisen, Paula) (Entered: 09/06/2006) |
| 09/06/2006 | 2246 | Mail Returned as Undeliverable re: 2228 AMENDED STIPULATION AND ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/06/2006 | 2247 | Mail Returned as Undeliverable re: 2225 ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2248 | Mail Returned as Undeliverable re: 2225 Order on Motion for Review Addressed to Howell F. Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2249 | Mail Returned as Undeliverable re: 2228 Order on Motion to Amend/Correct/Modify Addressed to Howell Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/08/2006 | 2250 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Alfred Harris re 2115 Order (Document is actually entitled "Objection to the Final Order by the Special Master") (gms, ) (Entered: 09/08/2006) |
| 09/11/2006 | 2251 | RESPONSE to Motion re 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 09/11/2006) |
| 09/12/2006 | 2252 | REPLY to Response to Motion re 2090 MOTION to Enforce filed by Interested Party Gerald Sensabaugh. Re: Claim 03-146 (pap, ) (Entered: 09/12/2006) |
| 09/13/2006 | 2253 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-104 as to Mobility, Hearing or Vision Impairment. Dismissing in all other aspects Claim 01-104 by Claimant Antonio Chavez. Signed by Special Master |

| | | Borchers on 9/5/06. (gms, ) (Entered: 09/06/2006) |
|---|---|---|
| 09/06/2006 | 2244 | BRIEF *Regarding Special Masters' Evaluation of Whether Claimants are Disabled (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(McCann, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 2245 | MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit A Remedial Plan# 2 Exhibit B Dole Final Order# 3 Exhibit C Riley Final Order# 4 Exhibit D Response Sch.# 5 Exhibit D Part II Resp. Schwinaman# 6 Exhibit E Dole Accomm. Res.# 7 Exhibit F Response Johnston# 8 Exhibit G Schrec Screening# 9 Exhibit H Schrec Screening# 10 Exhibit I Schrec Accom. Resolution# 11 Exhibit J part I Echemendia# 12 Exhibit J Part II Resp. Echemendia# 13 Exhibit K Echemendia Hearing Screening# 14 Exhibit L Echemendia AIC Worksheet# 15 Exhibit M Echemendia Accom Res. Verify# 16 Exhibit N Echemendia Accom Res. Deny)(Greisen, Paula) (Entered: 09/06/2006) |
| 09/06/2006 | 2246 | Mail Returned as Undeliverable re: 2228 AMENDED STIPULATION AND ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/06/2006 | 2247 | Mail Returned as Undeliverable re: 2225 ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2248 | Mail Returned as Undeliverable re: 2225 Order on Motion for Review Addressed to Howell F. Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2249 | Mail Returned as Undeliverable re: 2228 Order on Motion to Amend/Correct/Modify Addressed to Howell Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/08/2006 | 2250 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Alfred Harris re 2115 Order (Document is actually entitled "Objection to the Final Order by the Special Master") (gms, ) (Entered: 09/08/2006) |
| 09/11/2006 | 2251 | RESPONSE to Motion re 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 09/11/2006) |
| 09/12/2006 | 2252 | REPLY to Response to Motion re 2090 MOTION to Enforce filed by Interested Party Gerald Sensabaugh. Re: Claim 03-146 (pap, ) (Entered: 09/12/2006) |
| 09/13/2006 | 2253 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-104 as to Mobility, Hearing or Vision Impairment. Dismissing in all other aspects Claim 01-104 by Claimant Antonio Chavez. Signed by Special Master |

| | | Borchers on 9/5/06. (gms, ) (Entered: 09/06/2006) |
|---|---|---|
| 09/06/2006 | 2244 | BRIEF *Regarding Special Masters' Evaluation of Whether Claimants are Disabled (Directed to the Honorable Judge Kane)* by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(McCann, Elizabeth) (Entered: 09/06/2006) |
| 09/06/2006 | 2245 | MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Exhibit A Remedial Plan# 2 Exhibit B Dole Final Order# 3 Exhibit C Riley Final Order# 4 Exhibit D Response Sch.# 5 Exhibit D Part II Resp. Schwinaman# 6 Exhibit E Dole Accomm. Res.# 7 Exhibit F Response Johnston# 8 Exhibit G Schrec Screening# 9 Exhibit H Schrec Screening# 10 Exhibit I Schrec Accom. Resolution# 11 Exhibit J part I Echemendia# 12 Exhibit J Part II Resp. Echemendia# 13 Exhibit K Echemendia Hearing Screening# 14 Exhibit L Echemendia AIC Worksheet# 15 Exhibit M Echemendia Accom Res. Verify# 16 Exhibit N Echemendia Accom Res. Deny)(Greisen, Paula) (Entered: 09/06/2006) |
| 09/06/2006 | 2246 | Mail Returned as Undeliverable re: 2228 AMENDED STIPULATION AND ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/06/2006 | 2247 | Mail Returned as Undeliverable re: 2225 ORDER Addressed to Fred F. Franzone. (dln, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2248 | Mail Returned as Undeliverable re: 2225 Order on Motion for Review Addressed to Howell F. Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/07/2006 | 2249 | Mail Returned as Undeliverable re: 2228 Order on Motion to Amend/Correct/Modify Addressed to Howell Roberts. (erv, ) (Entered: 09/07/2006) |
| 09/08/2006 | 2250 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by Alfred Harris re 2115 Order (Document is actually entitled "Objection to the Final Order by the Special Master") (gms, ) (Entered: 09/08/2006) |
| 09/11/2006 | 2251 | RESPONSE to Motion re 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 09/11/2006) |
| 09/12/2006 | 2252 | REPLY to Response to Motion re 2090 MOTION to Enforce filed by Interested Party Gerald Sensabaugh. Re: Claim 03-146 (pap, ) (Entered: 09/12/2006) |
| 09/13/2006 | 2253 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-104 as to Mobility, Hearing or Vision Impairment. Dismissing in all other aspects Claim 01-104 by Claimant Antonio Chavez. Signed by Special Master |

| | | Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
|---|---|---|
| 09/13/2006 | 2254 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-468 as to permanent mobility and vision impairment. Dismissing in all other aspects Claim 02-468 by Claimant George D. McDaniel. Signed by Special Master Richard M. Borchers on 9/5/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2255 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-831 as to a permanent lower extremity mobility impairment. Dismissing in all other aspects Claim 02-831 by Claimant Paul Wayne Spence. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2256 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-227 by Claimant Deon Caballero. Awarding Claimant $150.00 for damages for violation of the ADA and Rehabilitation Act. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/14/2006 | 2257 | ORDER Denying 2157 Interested Party Barbara A. Freeman's MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105. Signed by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2258 | MINUTE ORDER Denying 2145 Interested Party James Rudnick'S MOTION for Order to have the Court Intervene. re: Claim 01-092. Entered by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2259 | MINUTE ORDER Denying as Moot 2090 Interested Party Gerald Sensabaugh's MOTION for Further Relief (Enforcement) re: 1987 Final Order, re: Claim 03-146. Entered by Judge John L. Kane on 9/14/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2260 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-094 by Claimant Donald Ray Beierle. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2261 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-096 by Claimant Troy Fettes. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2262 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-102 by Claimant Ralph Wright. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2263 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-113 by Claimant Leon Bates. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2264 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-182 by Claimant Troy Dean Moore. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2265 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-220 by Claimant Anthony Mack. Signed by Special Master Bruce D. Pringle on |

| | | Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
|---|---|---|
| 09/13/2006 | 2254 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-468 as to permanent mobility and vision impairment. Dismissing in all other aspects Claim 02-468 by Claimant George D. McDaniel. Signed by Special Master Richard M. Borchers on 9/5/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2255 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-831 as to a permanent lower extremity mobility impairment. Dismissing in all other aspects Claim 02-831 by Claimant Paul Wayne Spence. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2256 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-227 by Claimant Deon Caballero. Awarding Claimant $150.00 for damages for violation of the ADA and Rehabilitation Act. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/14/2006 | 2257 | ORDER Denying 2157 Interested Party Barbara A. Freeman's MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105. Signed by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2258 | MINUTE ORDER Denying 2145 Interested Party James Rudnick'S MOTION for Order to have the Court Intervene. re: Claim 01-092. Entered by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2259 | MINUTE ORDER Denying as Moot 2090 Interested Party Gerald Sensabaugh's MOTION for Further Relief (Enforcement) re: 1987 Final Order, re: Claim 03-146. Entered by Judge John L. Kane on 9/14/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2260 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-094 by Claimant Donald Ray Beierle. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2261 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-096 by Claimant Troy Fettes. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2262 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-102 by Claimant Ralph Wright. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2263 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-113 by Claimant Leon Bates. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2264 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-182 by Claimant Troy Dean Moore. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2265 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-220 by Claimant Anthony Mack. Signed by Special Master Bruce D. Pringle on |

| | | Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
|---|---|---|
| 09/13/2006 | 2254 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-468 as to permanent mobility and vision impairment. Dismissing in all other aspects Claim 02-468 by Claimant George D. McDaniel. Signed by Special Master Richard M. Borchers on 9/5/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2255 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-831 as to a permanent lower extremity mobility impairment. Dismissing in all other aspects Claim 02-831 by Claimant Paul Wayne Spence. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2256 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-227 by Claimant Deon Caballero. Awarding Claimant $150.00 for damages for violation of the ADA and Rehabilitation Act. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/14/2006 | 2257 | ORDER Denying 2157 Interested Party Barbara A. Freeman's MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105. Signed by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2258 | MINUTE ORDER Denying 2145 Interested Party James Rudnick'S MOTION for Order to have the Court Intervene. re: Claim 01-092. Entered by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2259 | MINUTE ORDER Denying as Moot 2090 Interested Party Gerald Sensabaugh's MOTION for Further Relief (Enforcement) re: 1987 Final Order, re: Claim 03-146. Entered by Judge John L. Kane on 9/14/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2260 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-094 by Claimant Donald Ray Beierle. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2261 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-096 by Claimant Troy Fettes. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2262 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-102 by Claimant Ralph Wright. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2263 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-113 by Claimant Leon Bates. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2264 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-182 by Claimant Troy Dean Moore. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2265 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-220 by Claimant Anthony Mack. Signed by Special Master Bruce D. Pringle on |

| | | Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
|---|---|---|
| 09/13/2006 | 2254 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-468 as to permanent mobility and vision impairment. Dismissing in all other aspects Claim 02-468 by Claimant George D. McDaniel. Signed by Special Master Richard M. Borchers on 9/5/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2255 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-831 as to a permanent lower extremity mobility impairment. Dismissing in all other aspects Claim 02-831 by Claimant Paul Wayne Spence. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/13/2006 | 2256 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-227 by Claimant Deon Caballero. Awarding Claimant $150.00 for damages for violation of the ADA and Rehabilitation Act. Signed by Special Master Richard M. Borchers on 9/11/06. (pap, ) (Entered: 09/13/2006) |
| 09/14/2006 | 2257 | ORDER Denying 2157 Interested Party Barbara A. Freeman's MOTION to Compel DOC to Comply with Montez Remedial Plan as to Architectual Structural Plan re: Claim 03-105. Signed by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2258 | MINUTE ORDER Denying 2145 Interested Party James Rudnick'S MOTION for Order to have the Court Intervene. re: Claim 01-092. Entered by Judge John L. Kane on 9/14/06.(pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2259 | MINUTE ORDER Denying as Moot 2090 Interested Party Gerald Sensabaugh's MOTION for Further Relief (Enforcement) re: 1987 Final Order, re: Claim 03-146. Entered by Judge John L. Kane on 9/14/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2260 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-094 by Claimant Donald Ray Beierle. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2261 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-096 by Claimant Troy Fettes. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2262 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-102 by Claimant Ralph Wright. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2263 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-113 by Claimant Leon Bates. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2264 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-182 by Claimant Troy Dean Moore. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2265 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-220 by Claimant Anthony Mack. Signed by Special Master Bruce D. Pringle on |

| | | 9/11/06. (pap, ) (Entered: 09/14/2006) |
|---|---|---|
| 09/14/2006 | 2266 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-268 by Claimant Vernon Rowe. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2267 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-309 by Claimant Harold Stahl. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2268 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-319 by Claimant Vincent A. Espalin. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2269 | FINAL ORDER OF SPECIAL MASTER Judgment shall be entered in favor of Claimant Danny Lee Pinkert and against Defendants in the amount of $250.00, re: Claim 02-364. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2270 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-368 by Claimant Timothy V. Sanchez. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2271 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-412 by Claimant Alan Cordell Spreckelmeyer. Signed by Special Master Bruce D. Pringle on 9/12/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2272 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-459 by Claimant Ronald G. Pierce. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2273 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-477 by Claimant Greggory Wade Oliver. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/15/2006 | 2274 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-856 (formerly X-068) by Claimant Edgar Allen Stitzel. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2275 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-227 (formerly 02-004) by Claimant Jason W. McEwan. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2276 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-265 by Claimant Karen Miller. Signed by Special Master Richard C. Davidson on 9/12/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2277 | REQUEST by Interested Party Richard A. Malisheski for Status of Claim and Claim number. Notice of address change. Re: Claim X-085. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2278 | MOTION for Court to send back to me the "withdrawal slips" that plaintiff sent in "Motion for Reimbursement" re: claim 03-026 by Interested Party Roy J. Main. (pap, ) (Entered: 09/18/2006) |

| | | 9/11/06. (pap, ) (Entered: 09/14/2006) |
|---|---|---|
| 09/14/2006 | 2266 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-268 by Claimant Vernon Rowe. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2267 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-309 by Claimant Harold Stahl. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2268 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-319 by Claimant Vincent A. Espalin. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2269 | FINAL ORDER OF SPECIAL MASTER Judgment shall be entered in favor of Claimant Danny Lee Pinkert and against Defendants in the amount of $250.00, re: Claim 02-364. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2270 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-368 by Claimant Timothy V. Sanchez. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2271 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-412 by Claimant Alan Cordell Spreckelmeyer. Signed by Special Master Bruce D. Pringle on 9/12/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2272 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-459 by Claimant Ronald G. Pierce. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2273 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-477 by Claimant Greggory Wade Oliver. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/15/2006 | 2274 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-856 (formerly X-068) by Claimant Edgar Allen Stitzel. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2275 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-227 (formerly 02-004) by Claimant Jason W. McEwan. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2276 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-265 by Claimant Karen Miller. Signed by Special Master Richard C. Davidson on 9/12/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2277 | REQUEST by Interested Party Richard A. Malisheski for Status of Claim and Claim number. Notice of address change. Re: Claim X-085. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2278 | MOTION for Court to send back to me the "withdrawal slips" that plaintiff sent in "Motion for Reimbursement" re: claim 03-026 by Interested Party Roy J. Main. (pap, ) (Entered: 09/18/2006) |
| | | |

| | | 9/11/06. (pap, ) (Entered: 09/14/2006) |
|---|---|---|
| 09/14/2006 | 2266 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-268 by Claimant Vernon Rowe. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2267 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-309 by Claimant Harold Stahl. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2268 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-319 by Claimant Vincent A. Espalin. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2269 | FINAL ORDER OF SPECIAL MASTER Judgment shall be entered in favor of Claimant Danny Lee Pinkert and against Defendants in the amount of $250.00, re: Claim 02-364. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2270 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-368 by Claimant Timothy V. Sanchez. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2271 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-412 by Claimant Alan Cordell Spreckelmeyer. Signed by Special Master Bruce D. Pringle on 9/12/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2272 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-459 by Claimant Ronald G. Pierce. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2273 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-477 by Claimant Greggory Wade Oliver. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/15/2006 | 2274 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-856 (formerly X-068) by Claimant Edgar Allen Stitzel. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2275 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-227 (formerly 02-004) by Claimant Jason W. McEwan. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2276 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-265 by Claimant Karen Miller. Signed by Special Master Richard C. Davidson on 9/12/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2277 | REQUEST by Interested Party Richard A. Malisheski for Status of Claim and Claim number. Notice of address change. Re: Claim X-085. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2278 | MOTION for Court to send back to me the "withdrawal slips" that plaintiff sent in "Motion for Reimbursement" re: claim 03-026 by Interested Party Roy J. Main. (pap, ) (Entered: 09/18/2006) |

| | | 9/11/06. (pap, ) (Entered: 09/14/2006) |
|---|---|---|
| 09/14/2006 | 2266 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-268 by Claimant Vernon Rowe. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2267 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-309 by Claimant Harold Stahl. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2268 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-319 by Claimant Vincent A. Espalin. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2269 | FINAL ORDER OF SPECIAL MASTER Judgment shall be entered in favor of Claimant Danny Lee Pinkert and against Defendants in the amount of $250.00, re: Claim 02-364. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2270 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-368 by Claimant Timothy V. Sanchez. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2271 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-412 by Claimant Alan Cordell Spreckelmeyer. Signed by Special Master Bruce D. Pringle on 9/12/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2272 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-459 by Claimant Ronald G. Pierce. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/14/2006 | 2273 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-477 by Claimant Greggory Wade Oliver. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/14/2006) |
| 09/15/2006 | 2274 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-856 (formerly X-068) by Claimant Edgar Allen Stitzel. Signed by Special Master Bruce D. Pringle on 9/11/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2275 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-227 (formerly 02-004) by Claimant Jason W. McEwan. Signed by Special Master Bruce D. Pringle on 9/13/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2276 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-265 by Claimant Karen Miller. Signed by Special Master Richard C. Davidson on 9/12/06. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2277 | REQUEST by Interested Party Richard A. Malisheski for Status of Claim and Claim number. Notice of address change. Re: Claim X-085. (pap, ) (Entered: 09/15/2006) |
| 09/15/2006 | 2278 | MOTION for Court to send back to me the "withdrawal slips" that plaintiff sent in "Motion for Reimbursement" re: claim 03-026 by Interested Party Roy J. Main. (pap, ) (Entered: 09/18/2006) |
| | | |

| 09/15/2006 | 2279 | OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. (pap, ) (Entered: 09/18/2006) |
| 09/15/2006 | 2288 | LETTER for Status of 783 MOTION for Reconsideration by Interested Party Lawrence William Fitzgerald. re: Claim 01-076. (pap, ) (Entered: 09/20/2006) |
| 09/18/2006 | 2280 | ORDER Denying 2277 Request for Status of Claim X-085 filed by Richard A. Malisheski. Claim X-085 was dismiss re: 903 Order of Special Master, 5/31/05. Signed by Judge Edward W. Nottingham on 9/18/06. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2281 | MINUTE ORDER Granting 2278 Roy J. Main's Motion for the Return of Withdrawal Slips sent in with Motion for Reimbursement, re: Claim 03-026 re: 1136 Final Order of Special Master. Entered by Judge Edward W. Nottingham on 9/18/06.(pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2282 | CERTIFICATE of Mailing by Clerk of Court re 2278 Motion for return of "withdrawal slips" re 2281 Order on Motion for Miscellaneous Relief. "Withdrawal Slips" mailed to Roy J. Main at the Sterling Correctional Facility. Re: Claim 03-26. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2283 | Claimant's Summary BRIEF of Testimony of Witnesses and Demand for Defendant's Witnesses to Submit Evidence Pursuant to Title 5 of USC as being Authorized by Federal Law to Give "Expert" Testimony by Interested Party George Charles Knorr. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2284 | LETTER re Medical Situation re: 2146 Order on Motion for Reconsideration re 1697 Order of Special Master by Interested Party Richardo Lujan. (pap, ) (Entered: 09/18/2006) |
| 09/19/2006 | 2285 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-257 by Claimant James R. Sinclair. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2286 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-344 by Claimant David Rodriguez. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2287 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-800 by Claimant Kevin McClearen. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/21/2006 | 2289 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-541 by Claimant Larry Anthony Middleton. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/21/2006) |
| 09/21/2006 | 2290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-182 by Claimant Roy Velasquez. Signed by Special Master Richard M. Borchers on 9/20/06. (pap, ) (Entered: 09/21/2006) |
| 09/26/2006 | 2292 | LETTER/MOTION to Reopen this Action re: Allen K. Elder by Interested Party Larry Darnell Sims-Dupont. (pap, ) (Entered: 09/27/2006) |

| 09/15/2006 | 2279 | OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. (pap, ) (Entered: 09/18/2006) |
| 09/15/2006 | 2288 | LETTER for Status of 783 MOTION for Reconsideration by Interested Party Lawrence William Fitzgerald. re: Claim 01-076. (pap, ) (Entered: 09/20/2006) |
| 09/18/2006 | 2280 | ORDER Denying 2277 Request for Status of Claim X-085 filed by Richard A. Malisheski. Claim X-085 was dismiss re: 903 Order of Special Master, 5/31/05. Signed by Judge Edward W. Nottingham on 9/18/06. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2281 | MINUTE ORDER Granting 2278 Roy J. Main's Motion for the Return of Withdrawal Slips sent in with Motion for Reimbursement, re: Claim 03-026 re: 1136 Final Order of Special Master. Entered by Judge Edward W. Nottingham on 9/18/06.(pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2282 | CERTIFICATE of Mailing by Clerk of Court re 2278 Motion for return of "withdrawal slips" re 2281 Order on Motion for Miscellaneous Relief. "Withdrawal Slips" mailed to Roy J. Main at the Sterling Correctional Facility. Re: Claim 03-26. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2283 | Claimant's Summary BRIEF of Testimony of Witnesses and Demand for Defendant's Witnesses to Submit Evidence Pursuant to Title 5 of USC as being Authorized by Federal Law to Give "Expert" Testimony by Interested Party George Charles Knorr. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2284 | LETTER re Medical Situation re: 2146 Order on Motion for Reconsideration re 1697 Order of Special Master by Interested Party Richardo Lujan. (pap, ) (Entered: 09/18/2006) |
| 09/19/2006 | 2285 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-257 by Claimant James R. Sinclair. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2286 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-344 by Claimant David Rodriguez. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2287 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-800 by Claimant Kevin McClearen. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/21/2006 | 2289 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-541 by Claimant Larry Anthony Middleton. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/21/2006) |
| 09/21/2006 | 2290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-182 by Claimant Roy Velasquez. Signed by Special Master Richard M. Borchers on 9/20/06. (pap, ) (Entered: 09/21/2006) |
| 09/26/2006 | 2292 | LETTER/MOTION to Reopen this Action re: Allen K. Elder by Interested Party Larry Darnell Sims-Dupont. (pap, ) (Entered: 09/27/2006) |

| 09/15/2006 | 2279 | OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. (pap, ) (Entered: 09/18/2006) |
| 09/15/2006 | 2288 | LETTER for Status of 783 MOTION for Reconsideration by Interested Party Lawrence William Fitzgerald. re: Claim 01-076. (pap, ) (Entered: 09/20/2006) |
| 09/18/2006 | 2280 | ORDER Denying 2277 Request for Status of Claim X-085 filed by Richard A. Malisheski. Claim X-085 was dismiss re: 903 Order of Special Master, 5/31/05. Signed by Judge Edward W. Nottingham on 9/18/06. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2281 | MINUTE ORDER Granting 2278 Roy J. Main's Motion for the Return of Withdrawal Slips sent in with Motion for Reimbursement, re: Claim 03-026 re: 1136 Final Order of Special Master. Entered by Judge Edward W. Nottingham on 9/18/06.(pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2282 | CERTIFICATE of Mailing by Clerk of Court re 2278 Motion for return of "withdrawal slips" re 2281 Order on Motion for Miscellaneous Relief. "Withdrawal Slips" mailed to Roy J. Main at the Sterling Correctional Facility. Re: Claim 03-26. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2283 | Claimant's Summary BRIEF of Testimony of Witnesses and Demand for Defendant's Witnesses to Submit Evidence Pursuant to Title 5 of USC as being Authorized by Federal Law to Give "Expert" Testimony by Interested Party George Charles Knorr. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2284 | LETTER re Medical Situation re: 2146 Order on Motion for Reconsideration re 1697 Order of Special Master by Interested Party Richardo Lujan. (pap, ) (Entered: 09/18/2006) |
| 09/19/2006 | 2285 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-257 by Claimant James R. Sinclair. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2286 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-344 by Claimant David Rodriguez. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2287 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-800 by Claimant Kevin McClearen. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/21/2006 | 2289 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-541 by Claimant Larry Anthony Middleton. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/21/2006) |
| 09/21/2006 | 2290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-182 by Claimant Roy Velasquez. Signed by Special Master Richard M. Borchers on 9/20/06. (pap, ) (Entered: 09/21/2006) |
| 09/26/2006 | 2292 | LETTER/MOTION to Reopen this Action re: Allen K. Elder by Interested Party Larry Darnell Sims-Dupont. (pap, ) (Entered: 09/27/2006) |

| 09/15/2006 | 2279 | OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe Ramirez. (pap, ) (Entered: 09/18/2006) |
|---|---|---|
| 09/15/2006 | 2288 | LETTER for Status of 783 MOTION for Reconsideration by Interested Party Lawrence William Fitzgerald. re: Claim 01-076. (pap, ) (Entered: 09/20/2006) |
| 09/18/2006 | 2280 | ORDER Denying 2277 Request for Status of Claim X-085 filed by Richard A. Malisheski. Claim X-085 was dismiss re: 903 Order of Special Master, 5/31/05. Signed by Judge Edward W. Nottingham on 9/18/06. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2281 | MINUTE ORDER Granting 2278 Roy J. Main's Motion for the Return of Withdrawal Slips sent in with Motion for Reimbursement, re: Claim 03-026 re: 1136 Final Order of Special Master. Entered by Judge Edward W. Nottingham on 9/18/06.(pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2282 | CERTIFICATE of Mailing by Clerk of Court re 2278 Motion for return of "withdrawal slips" re 2281 Order on Motion for Miscellaneous Relief. "Withdrawal Slips" mailed to Roy J. Main at the Sterling Correctional Facility. Re: Claim 03-26. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2283 | Claimant's Summary BRIEF of Testimony of Witnesses and Demand for Defendant's Witnesses to Submit Evidence Pursuant to Title 5 of USC as being Authorized by Federal Law to Give "Expert" Testimony by Interested Party George Charles Knorr. (pap, ) (Entered: 09/18/2006) |
| 09/18/2006 | 2284 | LETTER re Medical Situation re: 2146 Order on Motion for Reconsideration re 1697 Order of Special Master by Interested Party Richardo Lujan. (pap, ) (Entered: 09/18/2006) |
| 09/19/2006 | 2285 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-257 by Claimant James R. Sinclair. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2286 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-344 by Claimant David Rodriguez. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/19/2006 | 2287 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-800 by Claimant Kevin McClearen. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/19/2006) |
| 09/21/2006 | 2289 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-541 by Claimant Larry Anthony Middleton. Signed by Special Master Richard M. Borchers on 9/18/06. (pap, ) (Entered: 09/21/2006) |
| 09/21/2006 | 2290 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-182 by Claimant Roy Velasquez. Signed by Special Master Richard M. Borchers on 9/20/06. (pap, ) (Entered: 09/21/2006) |
| 09/26/2006 | 2292 | LETTER/MOTION to Reopen this Action re: Allen K. Elder by Interested Party Larry Darnell Sims-Dupont. (pap, ) (Entered: 09/27/2006) |

| 09/26/2006 | 2295 | Mail Returned as Undeliverable re: 2257 Order on Motion to Compel, 2259 Order on Motion to Enforce, 2258 Order on Motion for Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/02/2006) |
|---|---|---|
| 09/27/2006 | 2291 | Fifteenth Application (MOTION) for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/27/2006) |
| 09/28/2006 | 2293 | ORDER Denying 2292 LETTER/MOTION to Reopen this Action re: Allen K. Elder filed by Interested Party Larry Darnell Sims-Dupont. Signed by Judge Edward W. Nottingham on 9/27/06.(pap, ) (Entered: 09/28/2006) |
| 09/29/2006 | 2294 | MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded filed by Interested Party Patrick O'Boyle re: Claim 03-088. (pap, ) (Entered: 09/29/2006) |
| 10/02/2006 | 2296 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-295 by Claimant Jayson A. Preble. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2297 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-296 by Claimant Daniel N. Robles. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2298 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claimant Terrence Allen Blount and against Defendants in the amount of $500.00, Re: Claim 02-301. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2299 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-382 by Claimant Encarnacion T. Rivera. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2300 | FINAL ORDER OF SPECIAL MASTER Re: Claim 02-399 by Claimant Albert B. Hill, Judgment enters in favor of Claimant and against Defendants in the amount of $100.00. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2301 | ORDER OF SPECIAL MASTER Dismissing without prejudice Claim 02-558 by Claimant John Edward Walker (Deceased). Signed by Special Master Richard M. Borchers on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2302 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-270 by Claimant David Paul McKinney. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2303 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-298 (formerly 02-144) by Claimant Lawrence Handy. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2304 | ORDER Overruling 2279 OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe |

| 09/26/2006 | 2295 | Mail Returned as Undeliverable re: 2257 Order on Motion to Compel, 2259 Order on Motion to Enforce, 2258 Order on Motion for Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/02/2006) |
| --- | --- | --- |
| 09/27/2006 | 2291 | Fifteenth Application (MOTION) for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/27/2006) |
| 09/28/2006 | 2293 | ORDER Denying 2292 LETTER/MOTION to Reopen this Action re: Allen K. Elder filed by Interested Party Larry Darnell Sims-Dupont. Signed by Judge Edward W. Nottingham on 9/27/06.(pap, ) (Entered: 09/28/2006) |
| 09/29/2006 | 2294 | MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded filed by Interested Party Patrick O'Boyle re: Claim 03-088. (pap, ) (Entered: 09/29/2006) |
| 10/02/2006 | 2296 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-295 by Claimant Jayson A. Preble. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2297 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-296 by Claimant Daniel N. Robles. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2298 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claimant Terrence Allen Blount and against Defendants in the amount of $500.00, Re: Claim 02-301. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2299 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-382 by Claimant Encarnacion T. Rivera. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2300 | FINAL ORDER OF SPECIAL MASTER Re: Claim 02-399 by Claimant Albert B. Hill, Judgment enters in favor of Claimant and against Defendants in the amount of $100.00. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2301 | ORDER OF SPECIAL MASTER Dismissing without prejudice Claim 02-558 by Claimant John Edward Walker (Deceased). Signed by Special Master Richard M. Borchers on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2302 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-270 by Claimant David Paul McKinney. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2303 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-298 (formerly 02-144) by Claimant Lawrence Handy. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2304 | ORDER Overruling 2279 OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe |

| 09/26/2006 | 2295 | Mail Returned as Undeliverable re: 2257 Order on Motion to Compel, 2259 Order on Motion to Enforce, 2258 Order on Motion for Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/02/2006) |
| 09/27/2006 | 2291 | Fifteenth Application (MOTION) for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/27/2006) |
| 09/28/2006 | 2293 | ORDER Denying 2292 LETTER/MOTION to Reopen this Action re: Allen K. Elder filed by Interested Party Larry Darnell Sims-Dupont. Signed by Judge Edward W. Nottingham on 9/27/06.(pap, ) (Entered: 09/28/2006) |
| 09/29/2006 | 2294 | MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded filed by Interested Party Patrick O'Boyle re: Claim 03-088. (pap, ) (Entered: 09/29/2006) |
| 10/02/2006 | 2296 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-295 by Claimant Jayson A. Preble. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2297 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-296 by Claimant Daniel N. Robles. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2298 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claimant Terrence Allen Blount and against Defendants in the amount of $500.00, Re: Claim 02-301. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2299 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-382 by Claimant Encarnacion T. Rivera. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2300 | FINAL ORDER OF SPECIAL MASTER Re: Claim 02-399 by Claimant Albert B. Hill, Judgment enters in favor of Claimant and against Defendants in the amount of $100.00. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2301 | ORDER OF SPECIAL MASTER Dismissing without prejudice Claim 02-558 by Claimant John Edward Walker (Deceased). Signed by Special Master Richard M. Borchers on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2302 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-270 by Claimant David Paul McKinney. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2303 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-298 (formerly 02-144) by Claimant Lawrence Handy. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2304 | ORDER Overruling 2279 OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe |

| 09/26/2006 | 2295 | Mail Returned as Undeliverable re: 2257 Order on Motion to Compel, 2259 Order on Motion to Enforce, 2258 Order on Motion for Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/02/2006) |
| 09/27/2006 | 2291 | Fifteenth Application (MOTION) for Payment of Fees and Costs by Special Masters Richard M. Borchers, Bruce D. Pringle, Richard C. Davidson. (Attachments: # 1 Proposed Order (PDF Only))(pap, ) (Entered: 09/27/2006) |
| 09/28/2006 | 2293 | ORDER Denying 2292 LETTER/MOTION to Reopen this Action re: Allen K. Elder filed by Interested Party Larry Darnell Sims-Dupont. Signed by Judge Edward W. Nottingham on 9/27/06.(pap, ) (Entered: 09/28/2006) |
| 09/29/2006 | 2294 | MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded filed by Interested Party Patrick O'Boyle re: Claim 03-088. (pap, ) (Entered: 09/29/2006) |
| 10/02/2006 | 2296 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-295 by Claimant Jayson A. Preble. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2297 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-296 by Claimant Daniel N. Robles. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2298 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claimant Terrence Allen Blount and against Defendants in the amount of $500.00, Re: Claim 02-301. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2299 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-382 by Claimant Encarnacion T. Rivera. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2300 | FINAL ORDER OF SPECIAL MASTER Re: Claim 02-399 by Claimant Albert B. Hill, Judgment enters in favor of Claimant and against Defendants in the amount of $100.00. Signed by Special Master Bruce D. Pringle on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2301 | ORDER OF SPECIAL MASTER Dismissing without prejudice Claim 02-558 by Claimant John Edward Walker (Deceased). Signed by Special Master Richard M. Borchers on 9/22/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2302 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-270 by Claimant David Paul McKinney. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2303 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-298 (formerly 02-144) by Claimant Lawrence Handy. Signed by Special Master Richard C. Davidson on 9/27/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2304 | ORDER Overruling 2279 OBJECTION to Final Order of Special Master re 2211 Order, Claim 03-196 (formerly 02-267) by Claimant Gaudalupe |

| | | Ramirez. 2211 Final Order by Special Master is affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
|---|---|---|
| 10/02/2006 | 2305 | ORDER Overruling 2250 Objection to 2115 Final Order of Special Master by Alfred D. Harris re Claim 02-167. Final Order of Special Master 2115 is Affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2306 | ORDER Overruling 919 OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. Final Order of Special Master 903 is Affirmed. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2307 | ORDER Overruling 783 Objection to 646 Final Order of Special Master by Lawrence W. Fitzgerald #66345 re: Claim 01-076. Affirming 646 Final Order of Special Master. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2308 | ORDER Denying 2294 O'Boyle's MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded. Signed by Judge Edward W. Nottingham on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/05/2006 | 2309 | MOTION For Extension of Time to File Objections to Final Order of Special Master re: Claim 03-147 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2310 | (MOTION) Request for Clarification of Orders from Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2311 | Mail Returned as Undeliverable re: 2280 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2312 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-434 by Claimant Timothy W. Dudley. Signed by Special Master Richard M. Borchers on 10/4/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2313 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-520 by Claimant Louis Mayfield. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2314 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-543 by Claimant Michael A. Montoya. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-063 by Claimant Roger Stewart. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2316 | RESPONSE to Motion re 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 10/05/2006) |
| | | |

| | | |
|---|---|---|
| | | Ramirez. 2211 Final Order by Special Master is affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2305 | ORDER Overruling 2250 Objection to 2115 Final Order of Special Master by Alfred D. Harris re Claim 02-167. Final Order of Special Master 2115 is Affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2306 | ORDER Overruling 919 OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. Final Order of Special Master 903 is Affirmed. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2307 | ORDER Overruling 783 Objection to 646 Final Order of Special Master by Lawrence W. Fitzgerald #66345 re: Claim 01-076. Affirming 646 Final Order of Special Master. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2308 | ORDER Denying 2294 O'Boyle's MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded. Signed by Judge Edward W. Nottingham on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/05/2006 | 2309 | MOTION For Extension of Time to File Objections to Final Order of Special Master re: Claim 03-147 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2310 | (MOTION) Request for Clarification of Orders from Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2311 | Mail Returned as Undeliverable re: 2280 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2312 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-434 by Claimant Timothy W. Dudley. Signed by Special Master Richard M. Borchers on 10/4/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2313 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-520 by Claimant Louis Mayfield. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2314 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-543 by Claimant Michael A. Montoya. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-063 by Claimant Roger Stewart. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2316 | RESPONSE to Motion re 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 10/05/2006) |
| | | |

|  |  | Ramirez. 2211 Final Order by Special Master is affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| --- | --- | --- |
| 10/02/2006 | 2305 | ORDER Overruling 2250 Objection to 2115 Final Order of Special Master by Alfred D. Harris re Claim 02-167. Final Order of Special Master 2115 is Affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2306 | ORDER Overruling 919 OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. Final Order of Special Master 903 is Affirmed. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2307 | ORDER Overruling 783 Objection to 646 Final Order of Special Master by Lawrence W. Fitzgerald #66345 re: Claim 01-076. Affirming 646 Final Order of Special Master. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2308 | ORDER Denying 2294 O'Boyle's MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded. Signed by Judge Edward W. Nottingham on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/05/2006 | 2309 | MOTION For Extension of Time to File Objections to Final Order of Special Master re: Claim 03-147 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2310 | (MOTION) Request for Clarification of Orders from Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2311 | Mail Returned as Undeliverable re: 2280 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2312 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-434 by Claimant Timothy W. Dudley. Signed by Special Master Richard M. Borchers on 10/4/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2313 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-520 by Claimant Louis Mayfield. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2314 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-543 by Claimant Michael A. Montoya. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-063 by Claimant Roger Stewart. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2316 | RESPONSE to Motion re 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 10/05/2006) |
|  |  |  |

| | | |
|---|---|---|
| | | Ramirez. 2211 Final Order by Special Master is affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2305 | ORDER Overruling 2250 Objection to 2115 Final Order of Special Master by Alfred D. Harris re Claim 02-167. Final Order of Special Master 2115 is Affirmed. Signed by Judge John L. Kane on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2306 | ORDER Overruling 919 OBJECTIONS to 903 Order of Special Master re: Claim X-085 by Claimant Richard A. Malisheski. Final Order of Special Master 903 is Affirmed. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2307 | ORDER Overruling 783 Objection to 646 Final Order of Special Master by Lawrence W. Fitzgerald #66345 re: Claim 01-076. Affirming 646 Final Order of Special Master. Signed by Judge John L. Kane on 10/2/06. (pap, ) (Entered: 10/02/2006) |
| 10/02/2006 | 2308 | ORDER Denying 2294 O'Boyle's MOTION for Court Order to CDOC to have Inmate O'Boyle Remain in Colorado until Hearing for Claim is Concluded. Signed by Judge Edward W. Nottingham on 10/2/06.(pap, ) (Entered: 10/02/2006) |
| 10/05/2006 | 2309 | MOTION For Extension of Time to File Objections to Final Order of Special Master re: Claim 03-147 by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2310 | (MOTION) Request for Clarification of Orders from Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2311 | Mail Returned as Undeliverable re: 2280 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2312 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-434 by Claimant Timothy W. Dudley. Signed by Special Master Richard M. Borchers on 10/4/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2313 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-520 by Claimant Louis Mayfield. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2314 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-543 by Claimant Michael A. Montoya. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2315 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing with prejudice Claim 03-063 by Claimant Roger Stewart. Signed by Special Master Richard M. Borchers on 10/3/06. (pap, ) (Entered: 10/05/2006) |
| 10/05/2006 | 2316 | RESPONSE to Motion re 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status* filed by Consol Defendant Colorado Department of Corrections. (Dance, Jess) (Entered: 10/05/2006) |
| | | |

| 10/05/2006 | 2317 | RESPONSE to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 10/05/2006) |
| --- | --- | --- |
| 10/05/2006 | 2318 | REPLY to Response to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Plaintiff Class' Response to Defendants' Brief REgarding Medical Co-Pays (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/05/2006) |
| 10/05/2006 | 2324 | LETTER from Keith A. Schwinaman thanking Judge Kane re: the order suspending co-pay. (gms, ) (Entered: 10/10/2006) |
| 10/06/2006 | 2319 | RESPONSE to 2244 Brief, 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status Plaintiff Class Response to Defendants' Brief Regarding Special Masters' Evaluation of Whether Claimants are Disabled* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/06/2006) |
| 10/09/2006 | 2320 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss and Claim 02-450 by Michael A. Lopez is Dismissed. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2321 | Final ORDER of Special Master Dismissing claim 03-269 by William J. Otto. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2322 | Final ORDER of Special Master Denying claim 02-529 of Debbie Short. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2323 | Final ORDER of Special Master denying Claim 02-570 of Charlie J. Jones, Jr.. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/10/2006 | 2326 | Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2325 | MOTION For Extension of Time to Establish Good Cause by Claimant Jessie Tapia, Claim No. 02-789. (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2327 | MOTION for Order That Judge Kane Reply or Answer the Numerous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions by Interested Party Dean Ross |

| 10/05/2006 | 2317 | RESPONSE to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 10/05/2006) |
|---|---|---|
| 10/05/2006 | 2318 | REPLY to Response to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Plaintiff Class' Response to Defendants' Brief REgarding Medical Co-Pays (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/05/2006) |
| 10/05/2006 | 2324 | LETTER from Keith A. Schwinaman thanking Judge Kane re: the order suspending co-pay. (gms, ) (Entered: 10/10/2006) |
| 10/06/2006 | 2319 | RESPONSE to 2244 Brief, 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status Plaintiff Class Response to Defendants' Brief Regarding Special Masters' Evaluation of Whether Claimants are Disabled* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/06/2006) |
| 10/09/2006 | 2320 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss and Claim 02-450 by Michael A. Lopez is Dismissed. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2321 | Final ORDER of Special Master Dismissing claim 03-269 by William J. Otto. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2322 | Final ORDER of Special Master Denying claim 02-529 of Debbie Short. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2323 | Final ORDER of Special Master denying Claim 02-570 of Charlie J. Jones, Jr.. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/10/2006 | 2326 | Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2325 | MOTION For Extension of Time to Establish Good Cause by Claimant Jessie Tapia, Claim No. 02-789. (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2327 | MOTION for Order That Judge Kane Reply or Answer the Numerous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions by Interested Party Dean Ross |

| 10/05/2006 | 2317 | RESPONSE to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 10/05/2006) |
| --- | --- | --- |
| 10/05/2006 | 2318 | REPLY to Response to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Plaintiff Class' Response to Defendants' Brief REgarding Medical Co-Pays (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/05/2006) |
| 10/05/2006 | 2324 | LETTER from Keith A. Schwinaman thanking Judge Kane re: the order suspending co-pay. (gms, ) (Entered: 10/10/2006) |
| 10/06/2006 | 2319 | RESPONSE to 2244 Brief, 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status Plaintiff Class Response to Defendants' Brief Regarding Special Masters' Evaluation of Whether Claimants are Disabled* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/06/2006) |
| 10/09/2006 | 2320 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss and Claim 02-450 by Michael A. Lopez is Dismissed. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2321 | Final ORDER of Special Master Dismissing claim 03-269 by William J. Otto. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2322 | Final ORDER of Special Master Denying claim 02-529 of Debbie Short. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2323 | Final ORDER of Special Master denying Claim 02-570 of Charlie J. Jones, Jr.. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/10/2006 | 2326 | Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2325 | MOTION For Extension of Time to Establish Good Cause by Claimant Jessie Tapia, Claim No. 02-789. (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2327 | MOTION for Order That Judge Kane Reply or Answer the Numerous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions by Interested Party Dean Ross |

| 10/05/2006 | 2317 | RESPONSE to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute* filed by Consol Defendant Colorado Department of Corrections. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Dance, Jess) (Entered: 10/05/2006) |
| --- | --- | --- |
| 10/05/2006 | 2318 | REPLY to Response to Motion re 2234 Proposed MOTION to *Plaintiff Class' Motion Regarding Legality of the DOC's Medical Co-Pay Program and the Underlying Colorado Co-Pay Statute Plaintiff Class' Response to Defendants' Brief REgarding Medical Co-Pays (Directed to the Honorable Judge Kane)* filed by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/05/2006) |
| 10/05/2006 | 2324 | LETTER from Keith A. Schwinaman thanking Judge Kane re: the order suspending co-pay. (gms, ) (Entered: 10/10/2006) |
| 10/06/2006 | 2319 | RESPONSE to 2244 Brief, 2245 MOTION to Clarify *Plaintiff Class Motion for clarification on Standards Used to Determine Disability Status Plaintiff Class Response to Defendants' Brief Regarding Special Masters' Evaluation of Whether Claimants are Disabled* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Greisen, Paula) (Entered: 10/06/2006) |
| 10/09/2006 | 2320 | FINAL ORDER OF SPECIAL MASTER Granting Defendant's Motion to Dismiss and Claim 02-450 by Michael A. Lopez is Dismissed. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2321 | Final ORDER of Special Master Dismissing claim 03-269 by William J. Otto. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2322 | Final ORDER of Special Master Denying claim 02-529 of Debbie Short. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/09/2006 | 2323 | Final ORDER of Special Master denying Claim 02-570 of Charlie J. Jones, Jr.. Signed by Special Master Richard M. Borchers on 10/9/06. (gms, ) (Entered: 10/10/2006) |
| 10/10/2006 | 2326 | Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2325 | MOTION For Extension of Time to Establish Good Cause by Claimant Jessie Tapia, Claim No. 02-789. (gms, ) (Entered: 10/11/2006) |
| 10/11/2006 | 2327 | MOTION for Order That Judge Kane Reply or Answer the Numerous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions by Interested Party Dean Ross |

| | | Denton. (gms, ) (Entered: 10/11/2006) |
|---|---|---|
| 10/11/2006 | 2328 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence") (gms, ) (Entered: 10/11/2006) |
| 10/12/2006 | 2329 | ORDER re: Request 2310 (Motion) for Clarification by Jimmy Ross Bulgier. The intent of the Special Master was to grant an extension through and including 10/16/06 to file an objection to the final order. Signed by Special Master Richard C. Davisonson on 10/11/06.(gmssl, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2330 | MOTION for Preliminary Injunction by Louis Peoples, Jr. (gms, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2331 | Memorandum of Law (BRIEF) in Support of 2330 MOTION for Preliminary Injunction filed by Interested Party Louis Peoples, Jr. (Attachments: # 1 Exhibits)(gms, ) (Entered: 10/12/2006) |
| 10/13/2006 | 2332 | AFFIDAVIT of Clayton B. Phillips and Additional Attachment re 2331 Memorandum of Law in Support of Motion by Interested Party Louis Peoples, Jr. (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2333 | Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re Claim No. 03-152, re: 2210 Order by Interested Party Anthony Hernandez (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2334 | Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles (gms, ) (Entered: 10/13/2006) |
| 10/16/2006 | 2335 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-636 by Claimant Bryce Larry Graham. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2336 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-642 by Claimant Richard Churchill. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2337 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-774 by Claimant Vanessa R. Hall Jackson. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2338 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-853 by Claimant Max Valles. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2339 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-884 by Claimant Allen Spencer. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Denton. (gms, ) (Entered: 10/11/2006) |
|---|---|---|
| 10/11/2006 | 2328 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence") (gms, ) (Entered: 10/11/2006) |
| 10/12/2006 | 2329 | ORDER re: Request 2310 (Motion) for Clarification by Jimmy Ross Bulgier. The intent of the Special Master was to grant an extension through and including 10/16/06 to file an objection to the final order. Signed by Special Master Richard C. Davisonson on 10/11/06.(gmssl, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2330 | MOTION for Preliminary Injunction by Louis Peoples, Jr. (gms, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2331 | Memorandum of Law (BRIEF) in Support of 2330 MOTION for Preliminary Injunction filed by Interested Party Louis Peoples, Jr. (Attachments: # 1 Exhibits)(gms, ) (Entered: 10/12/2006) |
| 10/13/2006 | 2332 | AFFIDAVIT of Clayton B. Phillips and Additional Attachment re 2331 Memorandum of Law in Support of Motion by Interested Party Louis Peoples, Jr. (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2333 | Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re Claim No. 03-152, re: 2210 Order by Interested Party Anthony Hernandez (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2334 | Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles (gms, ) (Entered: 10/13/2006) |
| 10/16/2006 | 2335 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-636 by Claimant Bryce Larry Graham. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2336 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-642 by Claimant Richard Churchill. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2337 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-774 by Claimant Vanessa R. Hall Jackson. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2338 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-853 by Claimant Max Valles. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2339 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-884 by Claimant Allen Spencer. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Denton. (gms, ) (Entered: 10/11/2006) |
|---|---|---|
| 10/11/2006 | 2328 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence") (gms, ) (Entered: 10/11/2006) |
| 10/12/2006 | 2329 | ORDER re: Request 2310 (Motion) for Clarification by Jimmy Ross Bulgier. The intent of the Special Master was to grant an extension through and including 10/16/06 to file an objection to the final order. Signed by Special Master Richard C. Davisonson on 10/11/06.(gmssl, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2330 | MOTION for Preliminary Injunction by Louis Peoples, Jr. (gms, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2331 | Memorandum of Law (BRIEF) in Support of 2330 MOTION for Preliminary Injunction filed by Interested Party Louis Peoples, Jr. (Attachments: # 1 Exhibits)(gms, ) (Entered: 10/12/2006) |
| 10/13/2006 | 2332 | AFFIDAVIT of Clayton B. Phillips and Additional Attachment re 2331 Memorandum of Law in Support of Motion by Interested Party Louis Peoples, Jr. (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2333 | Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re Claim No. 03-152, re: 2210 Order by Interested Party Anthony Hernandez (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2334 | Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles (gms, ) (Entered: 10/13/2006) |
| 10/16/2006 | 2335 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-636 by Claimant Bryce Larry Graham. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2336 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-642 by Claimant Richard Churchill. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2337 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-774 by Claimant Vanessa R. Hall Jackson. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2338 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-853 by Claimant Max Valles. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2339 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-884 by Claimant Allen Spencer. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | Denton. (gms, ) (Entered: 10/11/2006) |
|---|---|---|
| 10/11/2006 | 2328 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence") (gms, ) (Entered: 10/11/2006) |
| 10/12/2006 | 2329 | ORDER re: Request 2310 (Motion) for Clarification by Jimmy Ross Bulgier. The intent of the Special Master was to grant an extension through and including 10/16/06 to file an objection to the final order. Signed by Special Master Richard C. Davisonson on 10/11/06.(gmssl, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2330 | MOTION for Preliminary Injunction by Louis Peoples, Jr. (gms, ) (Entered: 10/12/2006) |
| 10/12/2006 | 2331 | Memorandum of Law (BRIEF) in Support of 2330 MOTION for Preliminary Injunction filed by Interested Party Louis Peoples, Jr. (Attachments: # 1 Exhibits)(gms, ) (Entered: 10/12/2006) |
| 10/13/2006 | 2332 | AFFIDAVIT of Clayton B. Phillips and Additional Attachment re 2331 Memorandum of Law in Support of Motion by Interested Party Louis Peoples, Jr. (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2333 | Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re Claim No. 03-152, re: 2210 Order by Interested Party Anthony Hernandez (gms, ) (Entered: 10/13/2006) |
| 10/13/2006 | 2334 | Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles (gms, ) (Entered: 10/13/2006) |
| 10/16/2006 | 2335 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-636 by Claimant Bryce Larry Graham. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2336 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-642 by Claimant Richard Churchill. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2337 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-774 by Claimant Vanessa R. Hall Jackson. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2338 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-853 by Claimant Max Valles. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2339 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-884 by Claimant Allen Spencer. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2340 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02- |

| | | 889 by Claimant Brian C. Levy. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
|---|---|---|
| 10/16/2006 | 2341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-892 by Claimant Ruby Maria Montano. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-896 by Claimant Frankie Evans. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2344 | Mail Returned as Undeliverable re: 2293 Order on Motion to Reopen Case Addressed to Fred F. Franzone. (pap, ) (Entered: 10/17/2006) |
| 10/17/2006 | 2343 | LETTER to USCA advising initial partial filing fee has not been made by appellant re: 2005 Notice of Appeal (gms, ) (Entered: 10/17/2006) |
| 10/18/2006 | 2345 | ORDER Granting 2291 Special Masters' Fifteenth Application for Payment of Fees and Costs. Signed by Judge John L. Kane on 10/17/06. (pap, ) (Entered: 10/18/2006) |
| 10/18/2006 | 2347 | LETTER/MOTION for Review of Medical Treatment Indifference by Interested Party Phillip Johnson Jr (No Montez Claim). (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2346 | Mail Returned as Undeliverable re: 2304 Order on Appeal of Magistrate Judge Decision to District Court, 2307 Order, 2308 Order on Motion for Order, 2306 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2348 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (pap, ) (Entered: 10/19/2006) |
| 10/20/2006 | 2349 | NOTICE of Entry of Appearance by Scott Arthur Wilkonson on behalf of all defendants (Wilkonson, Scott) (Entered: 10/20/2006) |
| 10/23/2006 | 2350 | REPLY to Defendant's Response to Claim and Supporting Documents by Floyd Allen, Claim 02-751 (no final order). (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2351 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-185 by Claimant Achell Pack. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2352 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-259 by Claimant Mack Thomas. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2353 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-279 by Claimant Anthony R. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2354 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-285 by Claimant Alfred Raglin. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |

| | | 889 by Claimant Brian C. Levy. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
|---|---|---|
| 10/16/2006 | 2341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-892 by Claimant Ruby Maria Montano. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-896 by Claimant Frankie Evans. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2344 | Mail Returned as Undeliverable re: 2293 Order on Motion to Reopen Case Addressed to Fred F. Franzone. (pap, ) (Entered: 10/17/2006) |
| 10/17/2006 | 2343 | LETTER to USCA advising initial partial filing fee has not been made by appellant re: 2005 Notice of Appeal (gms, ) (Entered: 10/17/2006) |
| 10/18/2006 | 2345 | ORDER Granting 2291 Special Masters' Fifteenth Application for Payment of Fees and Costs. Signed by Judge John L. Kane on 10/17/06. (pap, ) (Entered: 10/18/2006) |
| 10/18/2006 | 2347 | LETTER/MOTION for Review of Medical Treatment Indifference by Interested Party Phillip Johnson Jr (No Montez Claim). (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2346 | Mail Returned as Undeliverable re: 2304 Order on Appeal of Magistrate Judge Decision to District Court, 2307 Order, 2308 Order on Motion for Order, 2306 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2348 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (pap, ) (Entered: 10/19/2006) |
| 10/20/2006 | 2349 | NOTICE of Entry of Appearance by Scott Arthur Wilkonson on behalf of all defendants (Wilkonson, Scott) (Entered: 10/20/2006) |
| 10/23/2006 | 2350 | REPLY to Defendant's Response to Claim and Supporting Documents by Floyd Allen, Claim 02-751 (no final order). (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2351 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-185 by Claimant Achell Pack. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2352 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-259 by Claimant Mack Thomas. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2353 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-279 by Claimant Anthony R. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2354 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-285 by Claimant Alfred Raglin. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |

| | | 889 by Claimant Brian C. Levy. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
|---|---|---|
| 10/16/2006 | 2341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-892 by Claimant Ruby Maria Montano. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-896 by Claimant Frankie Evans. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2344 | Mail Returned as Undeliverable re: 2293 Order on Motion to Reopen Case Addressed to Fred F. Franzone. (pap, ) (Entered: 10/17/2006) |
| 10/17/2006 | 2343 | LETTER to USCA advising initial partial filing fee has not been made by appellant re: 2005 Notice of Appeal (gms, ) (Entered: 10/17/2006) |
| 10/18/2006 | 2345 | ORDER Granting 2291 Special Masters' Fifteenth Application for Payment of Fees and Costs. Signed by Judge John L. Kane on 10/17/06. (pap, ) (Entered: 10/18/2006) |
| 10/18/2006 | 2347 | LETTER/MOTION for Review of Medical Treatment Indifference by Interested Party Phillip Johnson Jr (No Montez Claim). (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2346 | Mail Returned as Undeliverable re: 2304 Order on Appeal of Magistrate Judge Decision to District Court, 2307 Order, 2308 Order on Motion for Order, 2306 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2348 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (pap, ) (Entered: 10/19/2006) |
| 10/20/2006 | 2349 | NOTICE of Entry of Appearance by Scott Arthur Wilkonson on behalf of all defendants (Wilkonson, Scott) (Entered: 10/20/2006) |
| 10/23/2006 | 2350 | REPLY to Defendant's Response to Claim and Supporting Documents by Floyd Allen, Claim 02-751 (no final order). (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2351 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-185 by Claimant Achell Pack. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2352 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-259 by Claimant Mack Thomas. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2353 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-279 by Claimant Anthony R. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2354 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-285 by Claimant Alfred Raglin. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |

| | | 889 by Claimant Brian C. Levy. Signed by Special Master Richard M. Borchers 10/16/06. (pap, ) (Entered: 10/16/2006) |
|---|---|---|
| 10/16/2006 | 2341 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-892 by Claimant Ruby Maria Montano. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2342 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-896 by Claimant Frankie Evans. Signed by Special Master Richard M. Borchers on 10/16/06. (pap, ) (Entered: 10/16/2006) |
| 10/16/2006 | 2344 | Mail Returned as Undeliverable re: 2293 Order on Motion to Reopen Case Addressed to Fred F. Franzone. (pap, ) (Entered: 10/17/2006) |
| 10/17/2006 | 2343 | LETTER to USCA advising initial partial filing fee has not been made by appellant re: 2005 Notice of Appeal (gms, ) (Entered: 10/17/2006) |
| 10/18/2006 | 2345 | ORDER Granting 2291 Special Masters' Fifteenth Application for Payment of Fees and Costs. Signed by Judge John L. Kane on 10/17/06. (pap, ) (Entered: 10/18/2006) |
| 10/18/2006 | 2347 | LETTER/MOTION for Review of Medical Treatment Indifference by Interested Party Phillip Johnson Jr (No Montez Claim). (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2346 | Mail Returned as Undeliverable re: 2304 Order on Appeal of Magistrate Judge Decision to District Court, 2307 Order, 2308 Order on Motion for Order, 2306 Order Addressed to Fred F. Franzone. (pap, ) (Entered: 10/19/2006) |
| 10/19/2006 | 2348 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (pap, ) (Entered: 10/19/2006) |
| 10/20/2006 | 2349 | NOTICE of Entry of Appearance by Scott Arthur Wilkonson on behalf of all defendants (Wilkonson, Scott) (Entered: 10/20/2006) |
| 10/23/2006 | 2350 | REPLY to Defendant's Response to Claim and Supporting Documents by Floyd Allen, Claim 02-751 (no final order). (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2351 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-185 by Claimant Achell Pack. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2352 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-259 by Claimant Mack Thomas. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2353 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-279 by Claimant Anthony R. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2354 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-285 by Claimant Alfred Raglin. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |

| 10/23/2006 | 2355 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Claimant Felix Mike Ortega. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2356 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-640 by Claimant David L. Buniger (Deceased). Signed by Special Master Richard M. Borchers on 10/23/06. (pap, ) (Entered: 10/23/2006) |
| 10/24/2006 | 2357 | Unopposed MOTION to Withdraw as Attorney *Unopposed Motion to Withdraw as Counsel of Record* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Miller, David) (Entered: 10/24/2006) |
| 10/25/2006 | 2358 | ORDER Denying 2347 Phillip Johnson Jr.'s LETTER/MOTION for Review of Medical Treatment Indifference. Signed by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/25/2006 | 2359 | MINUTE ORDER Granting 2357 Unopposed Motion to Withdraw as Counsel of Record. Attorney David H. Miller terminatedEntered by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/26/2006 | 2360 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-065 by Claimant Richard L. Shults. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2361 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-073 by Claimant Robert B. Sullivan. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2362 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-389 by Claimant Darrell Payne. Signed by Special Master Bruce D. Pringle on 10/25/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2363 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claim 02-524 by Claimant Philip Andrade in the amount of $300.00. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2364 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-542 by Claimant Jorge Molina. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2365 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-551 by Claimant Cheryel Rhodes. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2366 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-557 by Claimant David Sam. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2367 | Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) |

| 10/23/2006 | 2355 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Claimant Felix Mike Ortega. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
|---|---|---|
| 10/23/2006 | 2356 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-640 by Claimant David L. Buniger (Deceased). Signed by Special Master Richard M. Borchers on 10/23/06. (pap, ) (Entered: 10/23/2006) |
| 10/24/2006 | 2357 | Unopposed MOTION to Withdraw as Attorney *Unopposed Motion to Withdraw as Counsel of Record* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Miller, David) (Entered: 10/24/2006) |
| 10/25/2006 | 2358 | ORDER Denying 2347 Phillip Johnson Jr.'s LETTER/MOTION for Review of Medical Treatment Indifference. Signed by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/25/2006 | 2359 | MINUTE ORDER Granting 2357 Unopposed Motion to Withdraw as Counsel of Record. Attorney David H. Miller terminatedEntered by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/26/2006 | 2360 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-065 by Claimant Richard L. Shults. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2361 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-073 by Claimant Robert B. Sullivan. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2362 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-389 by Claimant Darrell Payne. Signed by Special Master Bruce D. Pringle on 10/25/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2363 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claim 02-524 by Claimant Philip Andrade in the amount of $300.00. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2364 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-542 by Claimant Jorge Molina. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2365 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-551 by Claimant Cheryel Rhodes. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2366 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-557 by Claimant David Sam. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2367 | Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) |

| 10/23/2006 | 2355 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Claimant Felix Mike Ortega. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2356 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-640 by Claimant David L. Buniger (Deceased). Signed by Special Master Richard M. Borchers on 10/23/06. (pap, ) (Entered: 10/23/2006) |
| 10/24/2006 | 2357 | Unopposed MOTION to Withdraw as Attorney *Unopposed Motion to Withdraw as Counsel of Record* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Miller, David) (Entered: 10/24/2006) |
| 10/25/2006 | 2358 | ORDER Denying 2347 Phillip Johnson Jr.'s LETTER/MOTION for Review of Medical Treatment Indifference. Signed by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/25/2006 | 2359 | MINUTE ORDER Granting 2357 Unopposed Motion to Withdraw as Counsel of Record. Attorney David H. Miller terminatedEntered by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/26/2006 | 2360 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-065 by Claimant Richard L. Shults. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2361 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-073 by Claimant Robert B. Sullivan. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2362 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-389 by Claimant Darrell Payne. Signed by Special Master Bruce D. Pringle on 10/25/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2363 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claim 02-524 by Claimant Philip Andrade in the amount of $300.00. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2364 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-542 by Claimant Jorge Molina. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2365 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-551 by Claimant Cheryel Rhodes. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2366 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-557 by Claimant David Sam. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2367 | Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) |

| 10/23/2006 | 2355 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Claimant Felix Mike Ortega. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 10/23/2006) |
| 10/23/2006 | 2356 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-640 by Claimant David L. Buniger (Deceased). Signed by Special Master Richard M. Borchers on 10/23/06. (pap, ) (Entered: 10/23/2006) |
| 10/24/2006 | 2357 | Unopposed MOTION to Withdraw as Attorney *Unopposed Motion to Withdraw as Counsel of Record* by Plaintiffs Jesse F. Montez, David Bryan, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard, Consol Plaintiff Jimmy R. Bulgier. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Miller, David) (Entered: 10/24/2006) |
| 10/25/2006 | 2358 | ORDER Denying 2347 Phillip Johnson Jr.'s LETTER/MOTION for Review of Medical Treatment Indifference. Signed by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/25/2006 | 2359 | MINUTE ORDER Granting 2357 Unopposed Motion to Withdraw as Counsel of Record. Attorney David H. Miller terminatedEntered by Judge Edward W. Nottingham on 10/25/06.(pap, ) (Entered: 10/25/2006) |
| 10/26/2006 | 2360 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-065 by Claimant Richard L. Shults. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2361 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-073 by Claimant Robert B. Sullivan. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2362 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-389 by Claimant Darrell Payne. Signed by Special Master Bruce D. Pringle on 10/25/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2363 | FINAL ORDER OF SPECIAL MASTER Judgment enters in favor of Claim 02-524 by Claimant Philip Andrade in the amount of $300.00. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2364 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-542 by Claimant Jorge Molina. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2365 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-551 by Claimant Cheryel Rhodes. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2366 | FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-557 by Claimant David Sam. Signed by Special Master Bruce D. Pringle on 10/24/06. (pap, ) (Entered: 10/26/2006) |
| 10/26/2006 | 2367 | Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master by Consol Plaintiff Jimmy R. Bulgier. (pap, ) |

| | | (Entered: 10/26/2006) |
|---|---|---|
| 10/27/2006 | 2368 | MINUTE ORDER Granting in part 2309 Motion for 90 days Extension of Time to File Objections to Final Order of Special Master ; Granting 2367 Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master. Mr. Bulgier shall have until 12/15/06 to object to Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2369 | MINUTE ORDER denying 2221 Interested Party Jill Coit's MOTION for Award in Montez for $350.00. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2370 | MINUTE ORDER Denying 2327 Interested Party Dean Ross Denton's (Claim 03-206) MOTION for Order That Judge Kane Reply or Answer the Numberous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2371 | MINUTE ORDER Granting 2325 Claimant Jessie Tapia's MOTION For Extension of Time to Establish Good Cause. re: Claim No. 02-789. Mr. Tapia shall have until 11/9/06 to object to the Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2396 | FINAL ORDER OF SPECIAL MASTER Dismissing with Prejudice Claim 02-379 by Claimant George C. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 11/09/2006) |
| 10/31/2006 | 2372 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-647 by Claimant Scott Colin McNally. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2373 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-745 by Claimant Geri Stebnitz-Burt. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2374 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-751 by Claimant Floyd Allen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2375 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-757 by Claimant Scott Neff. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2376 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-808 by Claimant Tracey Hansen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2377 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-870 by Claimant Edward Rice. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2378 | MOTION For Extension of Time to *for the Estate of Jesse Montez,* |

| | | (Entered: 10/26/2006) |
|---|---|---|
| 10/27/2006 | 2368 | MINUTE ORDER Granting in part 2309 Motion for 90 days Extension of Time to File Objections to Final Order of Special Master ; Granting 2367 Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master. Mr. Bulgier shall have until 12/15/06 to object to Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2369 | MINUTE ORDER denying 2221 Interested Party Jill Coit's MOTION for Award in Montez for $350.00. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2370 | MINUTE ORDER Denying 2327 Interested Party Dean Ross Denton's (Claim 03-206) MOTION for Order That Judge Kane Reply or Answer the Numberous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2371 | MINUTE ORDER Granting 2325 Claimant Jessie Tapia's MOTION For Extension of Time to Establish Good Cause. re: Claim No. 02-789. Mr. Tapia shall have until 11/9/06 to object to the Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2396 | FINAL ORDER OF SPECIAL MASTER Dismissing with Prejudice Claim 02-379 by Claimant George C. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 11/09/2006) |
| 10/31/2006 | 2372 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-647 by Claimant Scott Colin McNally. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2373 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-745 by Claimant Geri Stebnitz-Burt. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2374 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-751 by Claimant Floyd Allen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2375 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-757 by Claimant Scott Neff. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2376 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-808 by Claimant Tracey Hansen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2377 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-870 by Claimant Edward Rice. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2378 | MOTION For Extension of Time to *for the Estate of Jesse Montez,* |

| | | (Entered: 10/26/2006) |
|---|---|---|
| 10/27/2006 | 2368 | MINUTE ORDER Granting in part 2309 Motion for 90 days Extension of Time to File Objections to Final Order of Special Master ; Granting 2367 Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master. Mr. Bulgier shall have until 12/15/06 to object to Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2369 | MINUTE ORDER denying 2221 Interested Party Jill Coit's MOTION for Award in Montez for $350.00. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2370 | MINUTE ORDER Denying 2327 Interested Party Dean Ross Denton's (Claim 03-206) MOTION for Order That Judge Kane Reply or Answer the Numberous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2371 | MINUTE ORDER Granting 2325 Claimant Jessie Tapia's MOTION For Extension of Time to Establish Good Cause. re: Claim No. 02-789. Mr. Tapia shall have until 11/9/06 to object to the Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2396 | FINAL ORDER OF SPECIAL MASTER Dismissing with Prejudice Claim 02-379 by Claimant George C. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 11/09/2006) |
| 10/31/2006 | 2372 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-647 by Claimant Scott Colin McNally. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2373 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-745 by Claimant Geri Stebnitz-Burt. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2374 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-751 by Claimant Floyd Allen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2375 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-757 by Claimant Scott Neff. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2376 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-808 by Claimant Tracey Hansen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2377 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-870 by Claimant Edward Rice. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2378 | MOTION For Extension of Time to *for the Estate of Jesse Montez,* |

| | | |
|---|---|---|
| | | (Entered: 10/26/2006) |
| 10/27/2006 | 2368 | MINUTE ORDER Granting in part 2309 Motion for 90 days Extension of Time to File Objections to Final Order of Special Master ; Granting 2367 Request (MOTION) For Extension of Time to File Objections to Final Order of Special Master. Mr. Bulgier shall have until 12/15/06 to object to Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2369 | MINUTE ORDER denying 2221 Interested Party Jill Coit's MOTION for Award in Montez for $350.00. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2370 | MINUTE ORDER Denying 2327 Interested Party Dean Ross Denton's (Claim 03-206) MOTION for Order That Judge Kane Reply or Answer the Numberous Unanswered Motions filed by this Claimant in which this Claimant is Entitled to Judicial Answers on his Motions. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2371 | MINUTE ORDER Granting 2325 Claimant Jessie Tapia's MOTION For Extension of Time to Establish Good Cause. re: Claim No. 02-789. Mr. Tapia shall have until 11/9/06 to object to the Final Order of Special Master. Entered by Judge John L. Kane on 10/26/06.(pap, ) (Entered: 10/27/2006) |
| 10/27/2006 | 2396 | FINAL ORDER OF SPECIAL MASTER Dismissing with Prejudice Claim 02-379 by Claimant George C. Murphy. Signed by Special Master Bruce D. Pringle on 10/20/06. (pap, ) (Entered: 11/09/2006) |
| 10/31/2006 | 2372 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-647 by Claimant Scott Colin McNally. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2373 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-745 by Claimant Geri Stebnitz-Burt. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2374 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-751 by Claimant Floyd Allen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2375 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-757 by Claimant Scott Neff. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2376 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-808 by Claimant Tracey Hansen. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2377 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-870 by Claimant Edward Rice. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 10/31/2006) |
| 10/31/2006 | 2378 | MOTION For Extension of Time to *for the Estate of Jesse Montez,* |

| | | Claimant #05-006 to Respond to Special Master's Order by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 10/31/2006) |
|---|---|---|
| 10/31/2006 | 2379 | MOTION for Extension of Time to File Response/Reply *Motion for Extension of Time for Richard Allen, Claimant #04-001 to REspond to Special Master's Order* by Plaintiff Richard K. Allen. (Greisen, Paula) (Entered: 10/31/2006) |
| 11/01/2006 | 2380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-623 by Claimant Edgar Lee Durre (Deceased). Signed by Special Master Richard M. Borchers on 11/1/06. (pap, ) (Entered: 11/01/2006) |
| 11/01/2006 | 2381 | Mail Returned as Undeliverable re: 2345 Order on Motion for Costs Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/01/2006) |
| 11/03/2006 | 2382 | Mail Returned as Undeliverable re: 2359 Order on Motion to Withdraw as Attorney, 2358 Order on Motion for Miscellaneous Relief Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2383 | Mail Returned as Undeliverable re: 2370 Order on Motion for Order, 2368 Order on Motion for Extension of Time, 2369 Order on Motion for Miscellaneous Relief, 2371 Order on Motion for Extension of Time, Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2384 | RESPONSE to Order of Special Master 10/13/06 by Interested Party George Charles Knorr Claim 03-247 (previously 02-278) (no final order). (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2385 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-114 by Claimant Kenneth Kyle. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2386 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-568 by Claimant Paul Condit a/k/a MaryKay Lynn Condit. Signed by Special Master Bruce D. Pringle on 10/31/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2387 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-726 by Claimant Franklin D. Kemp. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2388 | LETTER requesting return of Record for Claim 02-852 by Claimant John Manuel Ovalle re: 1340 Order by Special Master Richard M. Borchers. Record for Claim 02-852 returned to Special Master this date. (pap, ) (Entered: 11/07/2006) |
| 11/08/2006 | 2389 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-160 by Claimant Reginald Price. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2390 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-706 by Claimant Roland A. Martinez. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2391 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-719 by |

| | | *Claimant #05-006 to Respond to Special Master's Order* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 10/31/2006) |
|---|---|---|
| 10/31/2006 | 2379 | MOTION for Extension of Time to File Response/Reply *Motion for Extension of Time for Richard Allen, Claimant #04-001 to REspond to Special Master's Order* by Plaintiff Richard K. Allen. (Greisen, Paula) (Entered: 10/31/2006) |
| 11/01/2006 | 2380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-623 by Claimant Edgar Lee Durre (Deceased). Signed by Special Master Richard M. Borchers on 11/1/06. (pap, ) (Entered: 11/01/2006) |
| 11/01/2006 | 2381 | Mail Returned as Undeliverable re: 2345 Order on Motion for Costs Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/01/2006) |
| 11/03/2006 | 2382 | Mail Returned as Undeliverable re: 2359 Order on Motion to Withdraw as Attorney, 2358 Order on Motion for Miscellaneous Relief Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2383 | Mail Returned as Undeliverable re: 2370 Order on Motion for Order, 2368 Order on Motion for Extension of Time, 2369 Order on Motion for Miscellaneous Relief, 2371 Order on Motion for Extension of Time, Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2384 | RESPONSE to Order of Special Master 10/13/06 by Interested Party George Charles Knorr Claim 03-247 (previously 02-278) (no final order). (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2385 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-114 by Claimant Kenneth Kyle. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2386 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-568 by Claimant Paul Condit a/k/a MaryKay Lynn Condit. Signed by Special Master Bruce D. Pringle on 10/31/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2387 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-726 by Claimant Franklin D. Kemp. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2388 | LETTER requesting return of Record for Claim 02-852 by Claimant John Manuel Ovalle re: 1340 Order by Special Master Richard M. Borchers. Record for Claim 02-852 returned to Special Master this date. (pap, ) (Entered: 11/07/2006) |
| 11/08/2006 | 2389 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-160 by Claimant Reginald Price. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2390 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-706 by Claimant Roland A. Martinez. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2391 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-719 by |

| | | |
|---|---|---|
| | | *Claimant #05-006 to Respond to Special Master's Order* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 10/31/2006) |
| 10/31/2006 | 2379 | MOTION for Extension of Time to File Response/Reply *Motion for Extension of Time for Richard Allen, Claimant #04-001 to REspond to Special Master's Order* by Plaintiff Richard K. Allen. (Greisen, Paula) (Entered: 10/31/2006) |
| 11/01/2006 | 2380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-623 by Claimant Edgar Lee Durre (Deceased). Signed by Special Master Richard M. Borchers on 11/1/06. (pap, ) (Entered: 11/01/2006) |
| 11/01/2006 | 2381 | Mail Returned as Undeliverable re: 2345 Order on Motion for Costs Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/01/2006) |
| 11/03/2006 | 2382 | Mail Returned as Undeliverable re: 2359 Order on Motion to Withdraw as Attorney, 2358 Order on Motion for Miscellaneous Relief Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2383 | Mail Returned as Undeliverable re: 2370 Order on Motion for Order, 2368 Order on Motion for Extension of Time, 2369 Order on Motion for Miscellaneous Relief, 2371 Order on Motion for Extension of Time, Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2384 | RESPONSE to Order of Special Master 10/13/06 by Interested Party George Charles Knorr Claim 03-247 (previously 02-278) (no final order). (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2385 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-114 by Claimant Kenneth Kyle. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2386 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-568 by Claimant Paul Condit a/k/a MaryKay Lynn Condit. Signed by Special Master Bruce D. Pringle on 10/31/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2387 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-726 by Claimant Franklin D. Kemp. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2388 | LETTER requesting return of Record for Claim 02-852 by Claimant John Manuel Ovalle re: 1340 Order by Special Master Richard M. Borchers. Record for Claim 02-852 returned to Special Master this date. (pap, ) (Entered: 11/07/2006) |
| 11/08/2006 | 2389 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-160 by Claimant Reginald Price. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2390 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-706 by Claimant Roland A. Martinez. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2391 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-719 by |

| | | |
|---|---|---|
| | | *Claimant #05-006 to Respond to Special Master's Order* by Plaintiff Jesse F. Montez. (Greisen, Paula) (Entered: 10/31/2006) |
| 10/31/2006 | 2379 | MOTION for Extension of Time to File Response/Reply *Motion for Extension of Time for Richard Allen, Claimant #04-001 to REspond to Special Master's Order* by Plaintiff Richard K. Allen. (Greisen, Paula) (Entered: 10/31/2006) |
| 11/01/2006 | 2380 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-623 by Claimant Edgar Lee Durre (Deceased). Signed by Special Master Richard M. Borchers on 11/1/06. (pap, ) (Entered: 11/01/2006) |
| 11/01/2006 | 2381 | Mail Returned as Undeliverable re: 2345 Order on Motion for Costs Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/01/2006) |
| 11/03/2006 | 2382 | Mail Returned as Undeliverable re: 2359 Order on Motion to Withdraw as Attorney, 2358 Order on Motion for Miscellaneous Relief Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2383 | Mail Returned as Undeliverable re: 2370 Order on Motion for Order, 2368 Order on Motion for Extension of Time, 2369 Order on Motion for Miscellaneous Relief, 2371 Order on Motion for Extension of Time, Addressed to Donnell E. Monroe. (pap, ) (Entered: 11/03/2006) |
| 11/03/2006 | 2384 | RESPONSE to Order of Special Master 10/13/06 by Interested Party George Charles Knorr Claim 03-247 (previously 02-278) (no final order). (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2385 | FINAL ORDER OF SPECIAL MASTER Denying Claim 01-114 by Claimant Kenneth Kyle. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2386 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-568 by Claimant Paul Condit a/k/a MaryKay Lynn Condit. Signed by Special Master Bruce D. Pringle on 10/31/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2387 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-726 by Claimant Franklin D. Kemp. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/06/2006) |
| 11/06/2006 | 2388 | LETTER requesting return of Record for Claim 02-852 by Claimant John Manuel Ovalle re: 1340 Order by Special Master Richard M. Borchers. Record for Claim 02-852 returned to Special Master this date. (pap, ) (Entered: 11/07/2006) |
| 11/08/2006 | 2389 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-160 by Claimant Reginald Price. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2390 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-706 by Claimant Roland A. Martinez. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2391 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-719 by |

| | | Claimant William E. Rose. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/08/2006) |
|---|---|---|
| 11/08/2006 | 2392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-734 by Claimant Jeremiah S. Hess. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2393 | AMENDED FINAL ORDER OF SPECIAL MASTER Denying Claim 02-753 by Claimant Paul Lopez. Signed by Special Master Richard M. Borchers on 11/7/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2394 | FINAL ORDER OF SPECIAL MASTER Denying 02-762 by Claimant George Buels. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2395 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-786 by Claimant Joseph Smith. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/09/2006 | 2397 | OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer (pap, ) (Entered: 11/09/2006) |
| 11/10/2006 | 2400 | ORDER of Dismissal of Special Master. Claim No. X-185 of Julio W. Trujillo is dismissed. Signed by Special Master Richard M. Borchers on 11/10/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/10/2006 | 2405 | Final ORDER of Special Master Claim 03-280 of Clarence Hart is denied. Signed by Special Master Richard C. Davidson on 11/10/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/13/2006 | 2398 | Final ORDER of Special Master. Claim #02-899 of Marc Cinocco is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2399 | Final ORDER of Special Master. Claim No. 03-285 of Michael Moyer is granted in part and claimant is entitled to the sum of $250.00 as damages. Remainder of claim is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2401 | MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2402 | MOTION for Ruling on Filing of Non Compliance Structural DWCF re: 2170 Notice by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2403 | MOTION for Order to Preserve Evidence Used in Montez Heairng for Another Case by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2404 | Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order (gmssl, ) (Entered: 11/14/2006) |
| 11/15/2006 | 2406 | ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non- |

| | | Claimant William E. Rose. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/08/2006) |
|---|---|---|
| 11/08/2006 | 2392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-734 by Claimant Jeremiah S. Hess. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2393 | AMENDED FINAL ORDER OF SPECIAL MASTER Denying Claim 02-753 by Claimant Paul Lopez. Signed by Special Master Richard M. Borchers on 11/7/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2394 | FINAL ORDER OF SPECIAL MASTER Denying 02-762 by Claimant George Buels. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2395 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-786 by Claimant Joseph Smith. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/09/2006 | 2397 | OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer (pap, ) (Entered: 11/09/2006) |
| 11/10/2006 | 2400 | ORDER of Dismissal of Special Master. Claim No. X-185 of Julio W. Trujillo is dismissed. Signed by Special Master Richard M. Borchers on 11/10/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/10/2006 | 2405 | Final ORDER of Special Master Claim 03-280 of Clarence Hart is denied. Signed by Special Master Richard C. Davidson on 11/10/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/13/2006 | 2398 | Final ORDER of Special Master. Claim #02-899 of Marc Cinocco is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2399 | Final ORDER of Special Master. Claim No. 03-285 of Michael Moyer is granted in part and claimant is entitled to the sum of $250.00 as damages. Remainder of claim is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2401 | MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2402 | MOTION for Ruling on Filing of Non Compliance Structural DWCF re: 2170 Notice by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2403 | MOTION for Order to Preserve Evidence Used in Montez Heairng for Another Case by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2404 | Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order (gmssl, ) (Entered: 11/14/2006) |
| 11/15/2006 | 2406 | ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non- |

| | | Claimant William E. Rose. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/08/2006) |
|---|---|---|
| 11/08/2006 | 2392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-734 by Claimant Jeremiah S. Hess. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2393 | AMENDED FINAL ORDER OF SPECIAL MASTER Denying Claim 02-753 by Claimant Paul Lopez. Signed by Special Master Richard M. Borchers on 11/7/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2394 | FINAL ORDER OF SPECIAL MASTER Denying 02-762 by Claimant George Buels. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2395 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-786 by Claimant Joseph Smith. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/09/2006 | 2397 | OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer (pap, ) (Entered: 11/09/2006) |
| 11/10/2006 | 2400 | ORDER of Dismissal of Special Master. Claim No. X-185 of Julio W. Trujillo is dismissed. Signed by Special Master Richard M. Borchers on 11/10/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/10/2006 | 2405 | Final ORDER of Special Master Claim 03-280 of Clarence Hart is denied. Signed by Special Master Richard C. Davidson on 11/10/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/13/2006 | 2398 | Final ORDER of Special Master. Claim #02-899 of Marc Cinocco is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2399 | Final ORDER of Special Master. Claim No. 03-285 of Michael Moyer is granted in part and claimant is entitled to the sum of $250.00 as damages. Remainder of claim is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2401 | MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2402 | MOTION for Ruling on Filing of Non Compliance Structural DWCF re: 2170 Notice by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2403 | MOTION for Order to Preserve Evidence Used in Montez Heairng for Another Case by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2404 | Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order (gmssl, ) (Entered: 11/14/2006) |
| 11/15/2006 | 2406 | ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non- |

| | | Claimant William E. Rose. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 11/08/2006) |
|---|---|---|
| 11/08/2006 | 2392 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-734 by Claimant Jeremiah S. Hess. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2393 | AMENDED FINAL ORDER OF SPECIAL MASTER Denying Claim 02-753 by Claimant Paul Lopez. Signed by Special Master Richard M. Borchers on 11/7/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2394 | FINAL ORDER OF SPECIAL MASTER Denying 02-762 by Claimant George Buels. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/08/2006 | 2395 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-786 by Claimant Joseph Smith. Signed by Special Master Richard M. Borchers on 11/6/06. (pap, ) (Entered: 11/08/2006) |
| 11/09/2006 | 2397 | OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer (pap, ) (Entered: 11/09/2006) |
| 11/10/2006 | 2400 | ORDER of Dismissal of Special Master. Claim No. X-185 of Julio W. Trujillo is dismissed. Signed by Special Master Richard M. Borchers on 11/10/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/10/2006 | 2405 | Final ORDER of Special Master Claim 03-280 of Clarence Hart is denied. Signed by Special Master Richard C. Davidson on 11/10/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/13/2006 | 2398 | Final ORDER of Special Master. Claim #02-899 of Marc Cinocco is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2399 | Final ORDER of Special Master. Claim No. 03-285 of Michael Moyer is granted in part and claimant is entitled to the sum of $250.00 as damages. Remainder of claim is denied. Signed by Special Master Richard M. Borchers on 11/13/06. (gmssl, ) (Entered: 11/14/2006) |
| 11/13/2006 | 2401 | MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2402 | MOTION for Ruling on Filing of Non Compliance Structural DWCF re: 2170 Notice by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2403 | MOTION for Order to Preserve Evidence Used in Montez Heairng for Another Case by Interested Party Jill Coit. (gmssl, ) (Entered: 11/14/2006) |
| 11/14/2006 | 2404 | Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order (gmssl, ) (Entered: 11/14/2006) |
| 11/15/2006 | 2406 | ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non- |

| | | |
|---|---|---|
| | | compliance, construed in accordance with Ms. Coit's wish as a motion [2170](#) is denied. Signed by Judge Edward W. Nottingham on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | [2407](#) | ORDER of Dismissal of Special Master. Claim 02-174 of Any Anderson is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | [2408](#) | Final ORDER of Special Master Claim 02-697 of Harry A. Martinez. Defendants' motion to dismiss is granted and claim of Harry A. Martinez is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | [2409](#) | Final ORDER of Special Master Claim 02-698 of Sandra O'Neil-Lopez. Defendants' motion to dismiss is granted and her claim is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | [2410](#) | ORDER of Dismissal of Special Master Claim 02-894 of Edward Elspas is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | [2411](#) | ORDER granting Jill Coit's [2403](#) Motion for Order to preserve evidence. Defendants to preserve the shoes until further order of this court. Signed by Judge Edward W. Nottingham on 11/15/06.(gmssl, ) (Entered: 11/15/2006) |
| 11/17/2006 | [2412](#) | Objection to Final Order of Special Master Pursuant to FRCP 53(g)(2) (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Ronald G. Pierce re [2272](#) Order, Claim 02-459. (gms, ) (Entered: 11/20/2006) |
| 11/21/2006 | [2413](#) | NOTICE *Regarding Location of Record and Evidence* by Consol Defendant Colorado Department of Corrections (Dance, Jess) (Entered: 11/21/2006) |
| 11/21/2006 | [2414](#) | NOTICE of Temporary Absence from Limon Correctional Facility 11/10/06 - 12/8/06 by Interested Party Howell F. Roberts, III. Re Claim 01-041 (pap, ) (Entered: 11/21/2006) |
| 11/22/2006 | [2415](#) | OBJECTIONS to [2406](#) Judge Nottingham's ORDER granting Jill Coit's [2402](#) Motion for Ruling. Notice of non-compliance, construed in accordance with Ms. Coit's wish as a motion [2170](#) is denied, by Interested Party Jill Coit. Claim 03-231. (pap, ) (Entered: 11/22/2006) |
| 12/04/2006 | [2416](#) | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-097 by Claimant David L. Majors. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | [2417](#) | AMENDED ORDER of Dismissal of Special Master re: [2407](#) Order, Dismissing Claim 02-174 by Claimant Andy Anderson. Signed by Special Master Richard M. Borchers on 11/17/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | [2418](#) | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-550 by |

| | | compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied. Signed by Judge Edward W. Nottingham on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
|---|---|---|
| 11/15/2006 | 2407 | ORDER of Dismissal of Special Master. Claim 02-174 of Any Anderson is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2408 | Final ORDER of Special Master Claim 02-697 of Harry A. Martinez. Defendants' motion to dismiss is granted and claim of Harry A. Martinez is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2409 | Final ORDER of Special Master Claim 02-698 of Sandra O'Neil-Lopez. Defendants' motion to dismiss is granted and her claim is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2410 | ORDER of Dismissal of Special Master Claim 02-894 of Edward Elspas is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2411 | ORDER granting Jill Coit's 2403 Motion for Order to preserve evidence. Defendants to preserve the shoes until further order of this court. Signed by Judge Edward W. Nottingham on 11/15/06.(gmssl, ) (Entered: 11/15/2006) |
| 11/17/2006 | 2412 | Objection to Final Order of Special Master Pursuant to FRCP 53(g)(2) (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Ronald G. Pierce re 2272 Order, Claim 02-459. (gms, ) (Entered: 11/20/2006) |
| 11/21/2006 | 2413 | NOTICE *Regarding Location of Record and Evidence* by Consol Defendant Colorado Department of Corrections (Dance, Jess) (Entered: 11/21/2006) |
| 11/21/2006 | 2414 | NOTICE of Temporary Absence from Limon Correctional Facility 11/10/06 - 12/8/06 by Interested Party Howell F. Roberts, III. Re Claim 01-041 (pap, ) (Entered: 11/21/2006) |
| 11/22/2006 | 2415 | OBJECTIONS to 2406 Judge Nottingham's ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non-compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied, by Interested Party Jill Coit. Claim 03-231. (pap, ) (Entered: 11/22/2006) |
| 12/04/2006 | 2416 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-097 by Claimant David L. Majors. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2417 | AMENDED ORDER of Dismissal of Special Master re: 2407 Order, Dismissing Claim 02-174 by Claimant Andy Anderson. Signed by Special Master Richard M. Borchers on 11/17/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2418 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-550 by |

| | | compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied. Signed by Judge Edward W. Nottingham on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
|---|---|---|
| 11/15/2006 | 2407 | ORDER of Dismissal of Special Master. Claim 02-174 of Any Anderson is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2408 | Final ORDER of Special Master Claim 02-697 of Harry A. Martinez. Defendants' motion to dismiss is granted and claim of Harry A. Martinez is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2409 | Final ORDER of Special Master Claim 02-698 of Sandra O'Neil-Lopez. Defendants' motion to dismiss is granted and her claim is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2410 | ORDER of Dismissal of Special Master Claim 02-894 of Edward Elspas is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2411 | ORDER granting Jill Coit's 2403 Motion for Order to preserve evidence. Defendants to preserve the shoes until further order of this court. Signed by Judge Edward W. Nottingham on 11/15/06.(gmssl, ) (Entered: 11/15/2006) |
| 11/17/2006 | 2412 | Objection to Final Order of Special Master Pursuant to FRCP 53(g)(2) (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Ronald G. Pierce re 2272 Order, Claim 02-459. (gms, ) (Entered: 11/20/2006) |
| 11/21/2006 | 2413 | NOTICE *Regarding Location of Record and Evidence* by Consol Defendant Colorado Department of Corrections (Dance, Jess) (Entered: 11/21/2006) |
| 11/21/2006 | 2414 | NOTICE of Temporary Absence from Limon Correctional Facility 11/10/06 - 12/8/06 by Interested Party Howell F. Roberts, III. Re Claim 01-041 (pap, ) (Entered: 11/21/2006) |
| 11/22/2006 | 2415 | OBJECTIONS to 2406 Judge Nottingham's ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non-compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied, by Interested Party Jill Coit. Claim 03-231. (pap, ) (Entered: 11/22/2006) |
| 12/04/2006 | 2416 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-097 by Claimant David L. Majors. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2417 | AMENDED ORDER of Dismissal of Special Master re: 2407 Order, Dismissing Claim 02-174 by Claimant Andy Anderson. Signed by Special Master Richard M. Borchers on 11/17/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2418 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-550 by |

| | | compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied. Signed by Judge Edward W. Nottingham on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
|---|---|---|
| 11/15/2006 | 2407 | ORDER of Dismissal of Special Master. Claim 02-174 of Any Anderson is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2408 | Final ORDER of Special Master Claim 02-697 of Harry A. Martinez. Defendants' motion to dismiss is granted and claim of Harry A. Martinez is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2409 | Final ORDER of Special Master Claim 02-698 of Sandra O'Neil-Lopez. Defendants' motion to dismiss is granted and her claim is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2410 | ORDER of Dismissal of Special Master Claim 02-894 of Edward Elspas is dismissed. Signed by Special Master Richard M. Borchers on 11/15/06. (gmssl, ) (Entered: 11/15/2006) |
| 11/15/2006 | 2411 | ORDER granting Jill Coit's 2403 Motion for Order to preserve evidence. Defendants to preserve the shoes until further order of this court. Signed by Judge Edward W. Nottingham on 11/15/06.(gmssl, ) (Entered: 11/15/2006) |
| 11/17/2006 | 2412 | Objection to Final Order of Special Master Pursuant to FRCP 53(g)(2) (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Ronald G. Pierce re 2272 Order, Claim 02-459. (gms, ) (Entered: 11/20/2006) |
| 11/21/2006 | 2413 | NOTICE *Regarding Location of Record and Evidence* by Consol Defendant Colorado Department of Corrections (Dance, Jess) (Entered: 11/21/2006) |
| 11/21/2006 | 2414 | NOTICE of Temporary Absence from Limon Correctional Facility 11/10/06 - 12/8/06 by Interested Party Howell F. Roberts, III. Re Claim 01-041 (pap, ) (Entered: 11/21/2006) |
| 11/22/2006 | 2415 | OBJECTIONS to 2406 Judge Nottingham's ORDER granting Jill Coit's 2402 Motion for Ruling. Notice of non-compliance, construed in accordance with Ms. Coit's wish as a motion 2170 is denied, by Interested Party Jill Coit. Claim 03-231. (pap, ) (Entered: 11/22/2006) |
| 12/04/2006 | 2416 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-097 by Claimant David L. Majors. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2417 | AMENDED ORDER of Dismissal of Special Master re: 2407 Order, Dismissing Claim 02-174 by Claimant Andy Anderson. Signed by Special Master Richard M. Borchers on 11/17/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2418 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-550 by |

| | | Claimant Douglas Price. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
|---|---|---|
| 12/04/2006 | 2419 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-589 by Claimant Roger L. Kinney. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2420 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-666 by Claimant Erica D. Williams. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2421 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-674 by Claimant Michael J. Velasquez. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2422 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-690 by Claimant Gerald Lucas. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2423 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-718 by Claimant Stephen Grace. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-765 by Claimant Manuel Gonzales. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2425 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-784 by Claimant Andrew Vigil. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2426 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-824 by Cecelia Smiley. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2427 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-845 by Claimant William N. Collester. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2428 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-890 by Claimant Anthony Dickey. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-180 by Claimant Arthur E. Miller. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/06/2006 | 2430 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-295 by Claimant James Moulton. Claimant is entitled to the sum of $150.00 as damages. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/06/2006) |
| 12/06/2006 | 2431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-302 by Claimant Curtis Taylor. Signed by Special Master Richard M. |

| | | Claimant Douglas Price. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
|---|---|---|
| 12/04/2006 | 2419 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-589 by Claimant Roger L. Kinney. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2420 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-666 by Claimant Erica D. Williams. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2421 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-674 by Claimant Michael J. Velasquez. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2422 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-690 by Claimant Gerald Lucas. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2423 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-718 by Claimant Stephen Grace. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-765 by Claimant Manuel Gonzales. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2425 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-784 by Claimant Andrew Vigil. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2426 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-824 by Cecelia Smiley. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2427 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-845 by Claimant William N. Collester. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2428 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-890 by Claimant Anthony Dickey. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-180 by Claimant Arthur E. Miller. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/06/2006 | 2430 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-295 by Claimant James Moulton. Claimant is entitled to the sum of $150.00 as damages. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/06/2006) |
| 12/06/2006 | 2431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-302 by Claimant Curtis Taylor. Signed by Special Master Richard M. |

| | | Claimant Douglas Price. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
|---|---|---|
| 12/04/2006 | 2419 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-589 by Claimant Roger L. Kinney. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2420 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-666 by Claimant Erica D. Williams. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2421 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-674 by Claimant Michael J. Velasquez. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2422 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-690 by Claimant Gerald Lucas. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2423 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-718 by Claimant Stephen Grace. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-765 by Claimant Manuel Gonzales. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2425 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-784 by Claimant Andrew Vigil. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2426 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-824 by Cecelia Smiley. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2427 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-845 by Claimant William N. Collester. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2428 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-890 by Claimant Anthony Dickey. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-180 by Claimant Arthur E. Miller. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/06/2006 | 2430 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-295 by Claimant James Moulton. Claimant is entitled to the sum of $150.00 as damages. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/06/2006) |
| 12/06/2006 | 2431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-302 by Claimant Curtis Taylor. Signed by Special Master Richard M. |

| | | |
|---|---|---|
| | | Claimant Douglas Price. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2419 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-589 by Claimant Roger L. Kinney. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2420 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-666 by Claimant Erica D. Williams. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2421 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-674 by Claimant Michael J. Velasquez. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2422 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-690 by Claimant Gerald Lucas. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2423 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-718 by Claimant Stephen Grace. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2424 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-765 by Claimant Manuel Gonzales. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2425 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-784 by Claimant Andrew Vigil. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2426 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-824 by Cecelia Smiley. Signed by Special Master Richard M. Borchers on 11/29/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2427 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-845 by Claimant William N. Collester. Signed by Special Master Richard M. Borchers on 11/30/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2428 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-890 by Claimant Anthony Dickey. Signed by Special Master Richard M. Borchers on 10/31/06. (pap, ) (Entered: 12/04/2006) |
| 12/04/2006 | 2429 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-180 by Claimant Arthur E. Miller. Signed by Special Master Richard M. Borchers on 12/1/06. (pap, ) (Entered: 12/04/2006) |
| 12/06/2006 | 2430 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-295 by Claimant James Moulton. Claimant is entitled to the sum of $150.00 as damages. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/06/2006) |
| 12/06/2006 | 2431 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-302 by Claimant Curtis Taylor. Signed by Special Master Richard M. |

| | | Borchers on 12/4/06. (pap, ) (Entered: 12/06/2006) |
|---|---|---|
| 12/08/2006 | 2432 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-120 by Claimant Michael Bonds. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-863 by Claimant Waylon Johnson. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2434 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-249 by Claimant Paul Hawkins. Claimant is entitled to the sum of $400.00 as damages. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/11/2006 | 2435 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-652 by Claimant Todd Olson. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2436 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-728 by Claimant Jo Ann M. Wenzinger. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2437 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-787 by Claimant Ernest W. West. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-184 by Claimant Charles B. Armstrong, Jr. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/12/2006 | 2439 | FINAL ORDER OF SPECIAL MASTER Granting in Part Claim 03-023 by Claimant Samuel J. Powers. He is awarded $2,000.00 as damages. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/12/2006) |
| 12/12/2006 | 2440 | LETTER requesting status of 2309 MOTION For Extension of Time to File Objection by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/12/2006) |
| 12/13/2006 | 2441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-226 by Claimant Lawrence Bielecki (Deceased) being prosecuted by Ms. Melissa Jacobsen. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2442 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-490 by Claimant Elic Johnson. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2443 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-656 by Claimant Edward Charles Loftin Jr. Signed by Special Master Richard M. Borchers on 12/13/07. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2444 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-687 by |

| | | Borchers on 12/4/06. (pap, ) (Entered: 12/06/2006) |
|---|---|---|
| 12/08/2006 | 2432 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-120 by Claimant Michael Bonds. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-863 by Claimant Waylon Johnson. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2434 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-249 by Claimant Paul Hawkins. Claimant is entitled to the sum of $400.00 as damages. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/11/2006 | 2435 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-652 by Claimant Todd Olson. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2436 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-728 by Claimant Jo Ann M. Wenzinger. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2437 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-787 by Claimant Ernest W. West. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-184 by Claimant Charles B. Armstrong, Jr. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/12/2006 | 2439 | FINAL ORDER OF SPECIAL MASTER Granting in Part Claim 03-023 by Claimant Samuel J. Powers. He is awarded $2,000.00 as damages. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/12/2006) |
| 12/12/2006 | 2440 | LETTER requesting status of 2309 MOTION For Extension of Time to File Objection by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/12/2006) |
| 12/13/2006 | 2441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-226 by Claimant Lawrence Bielecki (Deceased) being prosecuted by Ms. Melissa Jacobsen. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2442 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-490 by Claimant Elic Johnson. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2443 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-656 by Claimant Edward Charles Loftin Jr. Signed by Special Master Richard M. Borchers on 12/13/07. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2444 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-687 by |

| | | |
|---|---|---|
| | | Borchers on 12/4/06. (pap, ) (Entered: 12/06/2006) |
| 12/08/2006 | 2432 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-120 by Claimant Michael Bonds. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-863 by Claimant Waylon Johnson. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2434 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-249 by Claimant Paul Hawkins. Claimant is entitled to the sum of $400.00 as damages. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/11/2006 | 2435 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-652 by Claimant Todd Olson. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2436 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-728 by Claimant Jo Ann M. Wenzinger. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2437 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-787 by Claimant Ernest W. West. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-184 by Claimant Charles B. Armstrong, Jr. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/12/2006 | 2439 | FINAL ORDER OF SPECIAL MASTER Granting in Part Claim 03-023 by Claimant Samuel J. Powers. He is awarded $2,000.00 as damages. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/12/2006) |
| 12/12/2006 | 2440 | LETTER requesting status of 2309 MOTION For Extension of Time to File Objection by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/12/2006) |
| 12/13/2006 | 2441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-226 by Claimant Lawrence Bielecki (Deceased) being prosecuted by Ms. Melissa Jacobsen. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2442 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-490 by Claimant Elic Johnson. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2443 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-656 by Claimant Edward Charles Loftin Jr. Signed by Special Master Richard M. Borchers on 12/13/07. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2444 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-687 by |

| | | Borchers on 12/4/06. (pap, ) (Entered: 12/06/2006) |
|---|---|---|
| 12/08/2006 | 2432 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-120 by Claimant Michael Bonds. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2433 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-863 by Claimant Waylon Johnson. Signed by Special Master Richard M. Borchers on 12/6/06. (pap, ) (Entered: 12/08/2006) |
| 12/08/2006 | 2434 | FINAL ORDER OF SPECIAL MASTER Granting in Part and Denying in Part Claim 03-249 by Claimant Paul Hawkins. Claimant is entitled to the sum of $400.00 as damages. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/08/2006) |
| 12/11/2006 | 2435 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-652 by Claimant Todd Olson. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2436 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-728 by Claimant Jo Ann M. Wenzinger. Signed by Special Master Richard M. Borchers on 12/8/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2437 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-787 by Claimant Ernest W. West. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/11/2006 | 2438 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-184 by Claimant Charles B. Armstrong, Jr. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/11/2006) |
| 12/12/2006 | 2439 | FINAL ORDER OF SPECIAL MASTER Granting in Part Claim 03-023 by Claimant Samuel J. Powers. He is awarded $2,000.00 as damages. Signed by Special Master Richard M. Borchers on 12/11/06. (pap, ) (Entered: 12/12/2006) |
| 12/12/2006 | 2440 | LETTER requesting status of 2309 MOTION For Extension of Time to File Objection by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/12/2006) |
| 12/13/2006 | 2441 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-226 by Claimant Lawrence Bielecki (Deceased) being prosecuted by Ms. Melissa Jacobsen. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2442 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-490 by Claimant Elic Johnson. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2443 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-656 by Claimant Edward Charles Loftin Jr. Signed by Special Master Richard M. Borchers on 12/13/07. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2444 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-687 by |

| | | Claimant Timothy Conde. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
|---|---|---|
| 12/13/2006 | 2445 | FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2446 | LETTER requesting status of 2309 MOTION For Extension of Time by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2447 | LETTER advising the Court of his temporary location by Interested Party Howell F. Roberts, III, claim 01-041. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2448 | MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). (pap, ) (Entered: 12/13/2006) |
| 12/15/2006 | 2449 | APPEAL OF Special Master's DECISION to District Court re 2423 Final Order Claim 02-718 by Claimant Stephen Grace. Actually titled Motion to Amend Final Order of Special Master.(pap, ) (Entered: 12/15/2006) |
| 12/20/2006 | 2450 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-802 by Claimant David N. Hall. Signed by Special Master Richard M. Borchers on 12/14/06. (pap, ) (Entered: 12/20/2006) |
| 12/20/2006 | 2451 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (erv, ) (Entered: 12/22/2006) |
| 12/22/2006 | 2452 | Request (MOTION) For Extension of Time to Reply by Felix Mike Ortega re: Claim #02-362. (gmssl, ) (Modified on 1/31/2007 to correct filers name) (pap2, ). (Entered: 12/22/2006) |
| 12/26/2006 | 2453 | APPEAL OF Special Master's DECISION to District Court re 2354 Order, filed by Alfred Raglin re: Claim 02-285. (pap, ) (Entered: 12/26/2006) |
| 12/27/2006 | 2454 | Sixteenth Application (Motion) for Payment of Fee and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 12/27/2006) |
| 12/27/2006 | 2455 | ORDER (Issued as Mandate) of USCA dismissing for lack of prosecution pursuant to 10th Circuit R. 42.1 as to the 2005 Notice of Appeal, filed by Fred F. Franzone (USCA case no. 06-1233) (bjr2, ) (Entered: 12/28/2006) |
| 01/02/2007 | 2456 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-649 by Claimant Nathaniel Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2457 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-871 by Claimant Dianne Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2458 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in |

| | | Claimant Timothy Conde. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
|---|---|---|
| 12/13/2006 | 2445 | FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2446 | LETTER requesting status of 2309 MOTION For Extension of Time by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2447 | LETTER advising the Court of his temporary location by Interested Party Howell F. Roberts, III, claim 01-041. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2448 | MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). (pap, ) (Entered: 12/13/2006) |
| 12/15/2006 | 2449 | APPEAL OF Special Master's DECISION to District Court re 2423 Final Order Claim 02-718 by Claimant Stephen Grace. Actually titled Motion to Amend Final Order of Special Master.(pap, ) (Entered: 12/15/2006) |
| 12/20/2006 | 2450 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-802 by Claimant David N. Hall. Signed by Special Master Richard M. Borchers on 12/14/06. (pap, ) (Entered: 12/20/2006) |
| 12/20/2006 | 2451 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (erv, ) (Entered: 12/22/2006) |
| 12/22/2006 | 2452 | Request (MOTION) For Extension of Time to Reply by Felix Mike Ortega re: Claim #02-362. (gmssl, ) (Modified on 1/31/2007 to correct filers name) (pap2, ). (Entered: 12/22/2006) |
| 12/26/2006 | 2453 | APPEAL OF Special Master's DECISION to District Court re 2354 Order, filed by Alfred Raglin re: Claim 02-285. (pap, ) (Entered: 12/26/2006) |
| 12/27/2006 | 2454 | Sixteenth Application (Motion) for Payment of Fee and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 12/27/2006) |
| 12/27/2006 | 2455 | ORDER (Issued as Mandate) of USCA dismissing for lack of prosecution pursuant to 10th Circuit R. 42.1 as to the 2005 Notice of Appeal, filed by Fred F. Franzone (USCA case no. 06-1233) (bjr2, ) (Entered: 12/28/2006) |
| 01/02/2007 | 2456 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-649 by Claimant Nathaniel Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2457 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-871 by Claimant Dianne Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2458 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in |

| | | Claimant Timothy Conde. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
|---|---|---|
| 12/13/2006 | 2445 | FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2446 | LETTER requesting status of 2309 MOTION For Extension of Time by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2447 | LETTER advising the Court of his temporary location by Interested Party Howell F. Roberts, III, claim 01-041. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2448 | MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). (pap, ) (Entered: 12/13/2006) |
| 12/15/2006 | 2449 | APPEAL OF Special Master's DECISION to District Court re 2423 Final Order Claim 02-718 by Claimant Stephen Grace. Actually titled Motion to Amend Final Order of Special Master.(pap, ) (Entered: 12/15/2006) |
| 12/20/2006 | 2450 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-802 by Claimant David N. Hall. Signed by Special Master Richard M. Borchers on 12/14/06. (pap, ) (Entered: 12/20/2006) |
| 12/20/2006 | 2451 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (erv, ) (Entered: 12/22/2006) |
| 12/22/2006 | 2452 | Request (MOTION) For Extension of Time to Reply by Felix Mike Ortega re: Claim #02-362. (gmssl, ) (Modified on 1/31/2007 to correct filers name) (pap2, ). (Entered: 12/22/2006) |
| 12/26/2006 | 2453 | APPEAL OF Special Master's DECISION to District Court re 2354 Order, filed by Alfred Raglin re: Claim 02-285. (pap, ) (Entered: 12/26/2006) |
| 12/27/2006 | 2454 | Sixteenth Application (Motion) for Payment of Fee and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 12/27/2006) |
| 12/27/2006 | 2455 | ORDER (Issued as Mandate) of USCA dismissing for lack of prosecution pursuant to 10th Circuit R. 42.1 as to the 2005 Notice of Appeal, filed by Fred F. Franzone (USCA case no. 06-1233) (bjr2, ) (Entered: 12/28/2006) |
| 01/02/2007 | 2456 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-649 by Claimant Nathaniel Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2457 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-871 by Claimant Dianne Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2458 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in |

| | | Claimant Timothy Conde. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
|---|---|---|
| 12/13/2006 | 2445 | FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. Signed by Special Master Richard M. Borchers on 12/13/06. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2446 | LETTER requesting status of 2309 MOTION For Extension of Time by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2447 | LETTER advising the Court of his temporary location by Interested Party Howell F. Roberts, III, claim 01-041. (pap, ) (Entered: 12/13/2006) |
| 12/13/2006 | 2448 | MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). (pap, ) (Entered: 12/13/2006) |
| 12/15/2006 | 2449 | APPEAL OF Special Master's DECISION to District Court re 2423 Final Order Claim 02-718 by Claimant Stephen Grace. Actually titled Motion to Amend Final Order of Special Master.(pap, ) (Entered: 12/15/2006) |
| 12/20/2006 | 2450 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-802 by Claimant David N. Hall. Signed by Special Master Richard M. Borchers on 12/14/06. (pap, ) (Entered: 12/20/2006) |
| 12/20/2006 | 2451 | NOTICE of Change of Address by Interested Party Howell F. Roberts, III (erv, ) (Entered: 12/22/2006) |
| 12/22/2006 | 2452 | Request (MOTION) For Extension of Time to Reply by Felix Mike Ortega re: Claim #02-362. (gmssl, ) (Modified on 1/31/2007 to correct filers name) (pap2, ). (Entered: 12/22/2006) |
| 12/26/2006 | 2453 | APPEAL OF Special Master's DECISION to District Court re 2354 Order, filed by Alfred Raglin re: Claim 02-285. (pap, ) (Entered: 12/26/2006) |
| 12/27/2006 | 2454 | Sixteenth Application (Motion) for Payment of Fee and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Proposed Order (PDF Only))(pap, ) (Entered: 12/27/2006) |
| 12/27/2006 | 2455 | ORDER (Issued as Mandate) of USCA dismissing for lack of prosecution pursuant to 10th Circuit R. 42.1 as to the 2005 Notice of Appeal, filed by Fred F. Franzone (USCA case no. 06-1233) (bjr2, ) (Entered: 12/28/2006) |
| 01/02/2007 | 2456 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-649 by Claimant Nathaniel Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2457 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-871 by Claimant Dianne Smith. Signed by Special Master Richard M. Borchers on 12/29/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2458 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in |

| | | part Claim 03-094 by Claimant Claude Burton. Claimant is entitled to the sum of $250.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
|---|---|---|
| 01/02/2007 | 2459 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-175 by Claimant Travis Lee Hosier. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2460 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-274 by Claimant Ronald D. Lucero. Claimant is entitled to the sum of $125.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/03/2007 | 2461 | LETTER re: Temporary Absence from LCF by Interested Party Howell F. Roberts, III. re: Claim 01-041. (pap, ) (Entered: 01/03/2007) |
| 01/08/2007 | 2462 | MOTION For Extension of Time to File Objection to Special Master's Order by Consol Plaintiff Jimmy R. Bulgier. Re: Claim 03-147, 1986 Final Order (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2463 | APPEAL OF Special Master's DECISION to District Court re 2445 Final Order Claim 02-893 by Wayne Thomas(pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2464 | MOTION to Amend Stipulation and Order Regarding Status of Complaince by DOC with Remedial Plan by Interested Party Lilbert L. Beasley, Jr. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-192 by Claimant Rickey Williams. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-195 by Claimant Joseph Huston. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2467 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim X-196 by Claimant Joe E. Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-197 by Claimant Richard A. Quintana. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/09/2007 | 2469 | ORDER Granting 2454 Special Masters' Sixteenth Application for Payment of Fees and Costs. Payment is approved in the amount of $58,135.96. Signed by Judge John L. Kane on 1/8/07.(pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2470 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-682 by Claimant Jerry D. Grady. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2471 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-731 by Claimant Teddy Mark Long. Signed by Special Master Richard M. |

| | | part Claim 03-094 by Claimant Claude Burton. Claimant is entitled to the sum of $250.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
|---|---|---|
| 01/02/2007 | 2459 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-175 by Claimant Travis Lee Hosier. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2460 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-274 by Claimant Ronald D. Lucero. Claimant is entitled to the sum of $125.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/03/2007 | 2461 | LETTER re: Temporary Absence from LCF by Interested Party Howell F. Roberts, III. re: Claim 01-041. (pap, ) (Entered: 01/03/2007) |
| 01/08/2007 | 2462 | MOTION For Extension of Time to File Objection to Special Master's Order by Consol Plaintiff Jimmy R. Bulgier. Re: Claim 03-147, 1986 Final Order (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2463 | APPEAL OF Special Master's DECISION to District Court re 2445 Final Order Claim 02-893 by Wayne Thomas(pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2464 | MOTION to Amend Stipulation and Order Regarding Status of Complaince by DOC with Remedial Plan by Interested Party Lilbert L. Beasley, Jr. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-192 by Claimant Rickey Williams. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-195 by Claimant Joseph Huston. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2467 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim X-196 by Claimant Joe E. Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-197 by Claimant Richard A. Quintana. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/09/2007 | 2469 | ORDER Granting 2454 Special Masters' Sixteenth Application for Payment of Fees and Costs. Payment is approved in the amount of $58,135.96. Signed by Judge John L. Kane on 1/8/07.(pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2470 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-682 by Claimant Jerry D. Grady. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2471 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-731 by Claimant Teddy Mark Long. Signed by Special Master Richard M. |

| | | part Claim 03-094 by Claimant Claude Burton. Claimant is entitled to the sum of $250.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
|---|---|---|
| 01/02/2007 | 2459 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-175 by Claimant Travis Lee Hosier. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2460 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-274 by Claimant Ronald D. Lucero. Claimant is entitled to the sum of $125.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/03/2007 | 2461 | LETTER re: Temporary Absence from LCF by Interested Party Howell F. Roberts, III. re: Claim 01-041. (pap, ) (Entered: 01/03/2007) |
| 01/08/2007 | 2462 | MOTION For Extension of Time to File Objection to Special Master's Order by Consol Plaintiff Jimmy R. Bulgier. Re: Claim 03-147, 1986 Final Order (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2463 | APPEAL OF Special Master's DECISION to District Court re 2445 Final Order Claim 02-893 by Wayne Thomas(pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2464 | MOTION to Amend Stipulation and Order Regarding Status of Complaince by DOC with Remedial Plan by Interested Party Lilbert L. Beasley, Jr. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-192 by Claimant Rickey Williams. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-195 by Claimant Joseph Huston. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2467 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim X-196 by Claimant Joe E. Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-197 by Claimant Richard A. Quintana. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/09/2007 | 2469 | ORDER Granting 2454 Special Masters' Sixteenth Application for Payment of Fees and Costs. Payment is approved in the amount of $58,135.96. Signed by Judge John L. Kane on 1/8/07.(pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2470 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-682 by Claimant Jerry D. Grady. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2471 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-731 by Claimant Teddy Mark Long. Signed by Special Master Richard M. |

| | | part Claim 03-094 by Claimant Claude Burton. Claimant is entitled to the sum of $250.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
|---|---|---|
| 01/02/2007 | 2459 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-175 by Claimant Travis Lee Hosier. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/02/2007 | 2460 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-274 by Claimant Ronald D. Lucero. Claimant is entitled to the sum of $125.00 as damages. Signed by Special Master Richard M. Borchers on 12/27/06. (pap, ) (Entered: 01/02/2007) |
| 01/03/2007 | 2461 | LETTER re: Temporary Absence from LCF by Interested Party Howell F. Roberts, III. re: Claim 01-041. (pap, ) (Entered: 01/03/2007) |
| 01/08/2007 | 2462 | MOTION For Extension of Time to File Objection to Special Master's Order by Consol Plaintiff Jimmy R. Bulgier. Re: Claim 03-147, 1986 Final Order (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2463 | APPEAL OF Special Master's DECISION to District Court re 2445 Final Order Claim 02-893 by Wayne Thomas(pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2464 | MOTION to Amend Stipulation and Order Regarding Status of Complaince by DOC with Remedial Plan by Interested Party Lilbert L. Beasley, Jr. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2465 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-192 by Claimant Rickey Williams. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2466 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-195 by Claimant Joseph Huston. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2467 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim X-196 by Claimant Joe E. Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/08/2007 | 2468 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-197 by Claimant Richard A. Quintana. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/08/2007) |
| 01/09/2007 | 2469 | ORDER Granting 2454 Special Masters' Sixteenth Application for Payment of Fees and Costs. Payment is approved in the amount of $58,135.96. Signed by Judge John L. Kane on 1/8/07.(pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2470 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-682 by Claimant Jerry D. Grady. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2471 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-731 by Claimant Teddy Mark Long. Signed by Special Master Richard M. |

| | | Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | 2472 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-828 by Claimant Andrew Montoya. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2473 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-858 by Claimant Maximillian Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2474 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-865 by Claimant Blake H. Codding. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2475 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-900 by Claimant Brian D. Flanders. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/11/2007 | 2476 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-561 by Claimant Anthony Roebuck. Signed by Special Master Richard M. Borchers on 12/20/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2477 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-600 by Claimant Arthur Santistevan. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2478 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-191 by Claimant Richard Alonzo Gonzales, Jr.. Signed by Special Master Richard M. Borchers on 12/22/06. (pap, ) (Entered: 01/11/2007) |
| 01/16/2007 | 2479 | MOTION For Extension of Time to File a Response to Defendant's Response to Claim and Supporting Documents by Interested Party Alfred Raglin. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2480 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-736 by Claimant Gregory Vincent Palmer. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2481 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-202 by Claimant Leonires Duran. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2482 | FINAL ORDER OF SPECIAL MASTER Judgment shall enter in favor of the Claimant Nathaniel Huguley and against the Defendants in the amount of $1,000.00. Re: Claim 03-218 (formerly 02-209). Signed by Special Master Richard C. Davidson on 1/12/07. (pap, ) (Entered: 01/16/2007) |
| 01/17/2007 | 2483 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-193 by Claimant Ethel White. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/17/2007) |
| 01/22/2007 | 2484 | REQUEST by Interested Party Wayne Thomas for status of 2463 Appeal of Special Master's 2445 Final Order. Re: Claim 02-893 (pap, ) (Entered: 01/22/2007) |

| | | Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | 2472 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-828 by Claimant Andrew Montoya. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2473 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-858 by Claimant Maximillian Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2474 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-865 by Claimant Blake H. Codding. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2475 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-900 by Claimant Brian D. Flanders. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/11/2007 | 2476 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-561 by Claimant Anthony Roebuck. Signed by Special Master Richard M. Borchers on 12/20/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2477 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-600 by Claimant Arthur Santistevan. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2478 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-191 by Claimant Richard Alonzo Gonzales, Jr.. Signed by Special Master Richard M. Borchers on 12/22/06. (pap, ) (Entered: 01/11/2007) |
| 01/16/2007 | 2479 | MOTION For Extension of Time to File a Response to Defendant's Response to Claim and Supporting Documents by Interested Party Alfred Raglin. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2480 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-736 by Claimant Gregory Vincent Palmer. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2481 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-202 by Claimant Leonires Duran. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2482 | FINAL ORDER OF SPECIAL MASTER Judgment shall enter in favor of the Claimant Nathaniel Huguley and against the Defendants in the amount of $1,000.00. Re: Claim 03-218 (formerly 02-209). Signed by Special Master Richard C. Davidson on 1/12/07. (pap, ) (Entered: 01/16/2007) |
| 01/17/2007 | 2483 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-193 by Claimant Ethel White. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/17/2007) |
| 01/22/2007 | 2484 | REQUEST by Interested Party Wayne Thomas for status of 2463 Appeal of Special Master's 2445 Final Order. Re: Claim 02-893 (pap, ) (Entered: 01/22/2007) |

| | | Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | 2472 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-828 by Claimant Andrew Montoya. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2473 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-858 by Claimant Maximillian Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2474 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-865 by Claimant Blake H. Codding. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2475 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-900 by Claimant Brian D. Flanders. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/11/2007 | 2476 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-561 by Claimant Anthony Roebuck. Signed by Special Master Richard M. Borchers on 12/20/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2477 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-600 by Claimant Arthur Santistevan. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2478 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-191 by Claimant Richard Alonzo Gonzales, Jr.. Signed by Special Master Richard M. Borchers on 12/22/06. (pap, ) (Entered: 01/11/2007) |
| 01/16/2007 | 2479 | MOTION For Extension of Time to File a Response to Defendant's Response to Claim and Supporting Documents by Interested Party Alfred Raglin. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2480 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-736 by Claimant Gregory Vincent Palmer. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2481 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-202 by Claimant Leonires Duran. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2482 | FINAL ORDER OF SPECIAL MASTER Judgment shall enter in favor of the Claimant Nathaniel Huguley and against the Defendants in the amount of $1,000.00. Re: Claim 03-218 (formerly 02-209). Signed by Special Master Richard C. Davidson on 1/12/07. (pap, ) (Entered: 01/16/2007) |
| 01/17/2007 | 2483 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-193 by Claimant Ethel White. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/17/2007) |
| 01/22/2007 | 2484 | REQUEST by Interested Party Wayne Thomas for status of 2463 Appeal of Special Master's 2445 Final Order. Re: Claim 02-893 (pap, ) (Entered: 01/22/2007) |

| | | Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
|---|---|---|
| 01/09/2007 | 2472 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-828 by Claimant Andrew Montoya. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2473 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-858 by Claimant Maximillian Lewis. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2474 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-865 by Claimant Blake H. Codding. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/09/2007 | 2475 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-900 by Claimant Brian D. Flanders. Signed by Special Master Richard M. Borchers on 1/3/07. (pap, ) (Entered: 01/09/2007) |
| 01/11/2007 | 2476 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-561 by Claimant Anthony Roebuck. Signed by Special Master Richard M. Borchers on 12/20/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2477 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-600 by Claimant Arthur Santistevan. Signed by Special Master Richard M. Borchers on 11/3/06. (pap, ) (Entered: 01/11/2007) |
| 01/11/2007 | 2478 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-191 by Claimant Richard Alonzo Gonzales, Jr.. Signed by Special Master Richard M. Borchers on 12/22/06. (pap, ) (Entered: 01/11/2007) |
| 01/16/2007 | 2479 | MOTION For Extension of Time to File a Response to Defendant's Response to Claim and Supporting Documents by Interested Party Alfred Raglin. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2480 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-736 by Claimant Gregory Vincent Palmer. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2481 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-202 by Claimant Leonires Duran. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/16/2007) |
| 01/16/2007 | 2482 | FINAL ORDER OF SPECIAL MASTER Judgment shall enter in favor of the Claimant Nathaniel Huguley and against the Defendants in the amount of $1,000.00. Re: Claim 03-218 (formerly 02-209). Signed by Special Master Richard C. Davidson on 1/12/07. (pap, ) (Entered: 01/16/2007) |
| 01/17/2007 | 2483 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-193 by Claimant Ethel White. Signed by Special Master Richard M. Borchers on 1/16/07. (pap, ) (Entered: 01/17/2007) |
| 01/22/2007 | 2484 | REQUEST by Interested Party Wayne Thomas for status of 2463 Appeal of Special Master's 2445 Final Order. Re: Claim 02-893 (pap, ) (Entered: 01/22/2007) |
| | | |

| 01/23/2007 | 2485 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-162 by Claimant Spencer Quinn Whiteshirt. Signed by Special Master Richard M. Borchers on 1/23/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2486 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-668 by Claimant Fred K. Loftin. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2487 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-723 by Claimant Steve Chavez Lopez. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2488 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-730 by Claimant Joseph Dupre. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2489 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-903 by Claimant Wilanna T. Williams. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2490 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2491 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/24/2007 | 2492 | Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - I# 2 Proposed Order (PDF Only))(pap, ) (Entered: 01/24/2007) |
| 01/25/2007 | 2493 | MINUTE ORDER Granting 2479 Claimant Alfred Raglin's Motion for Extension of Time. Mr. Raglin shall have until 3/12/07 to more fully object to the denial of his claim. Signed by Judge John L. Kane on 1/25/07. (re:Claim 02-285)(pap, ) (Entered: 01/25/2007) |
| 01/26/2007 | 2494 | Docket Annotation Terminating as Moot as Motions were intended for the Special Masters re: 2155 George Charles Knorr's MOTION For Extension of Time re: Claim 03-247 (formerly 02-278), 1960 James Martinez' MOTION For Extension of Time, MOTION to Reset re: Claim 03-037. Text only entry - no document attached. (pap2, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2495 | ORDER OVERRULING 2223 Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. The 2084 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2496 | ORDER OVERRULING 2214 Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. The 2194 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07. |

| 01/23/2007 | 2485 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-162 by Claimant Spencer Quinn Whiteshirt. Signed by Special Master Richard M. Borchers on 1/23/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2486 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-668 by Claimant Fred K. Loftin. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2487 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-723 by Claimant Steve Chavez Lopez. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2488 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-730 by Claimant Joseph Dupre. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2489 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-903 by Claimant Wilanna T. Williams. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2490 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2491 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/24/2007 | 2492 | Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - I# 2 Proposed Order (PDF Only))(pap, ) (Entered: 01/24/2007) |
| 01/25/2007 | 2493 | MINUTE ORDER Granting 2479 Claimant Alfred Raglin's Motion for Extension of Time. Mr. Raglin shall have until 3/12/07 to more fully object to the denial of his claim. Signed by Judge John L. Kane on 1/25/07. (re:Claim 02-285)(pap, ) (Entered: 01/25/2007) |
| 01/26/2007 | 2494 | Docket Annotation Terminating as Moot as Motions were intended for the Special Masters re: 2155 George Charles Knorr's MOTION For Extension of Time re: Claim 03-247 (formerly 02-278), 1960 James Martinez' MOTION For Extension of Time, MOTION to Reset re: Claim 03-037. Text only entry - no document attached. (pap2, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2495 | ORDER OVERRULING 2223 Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. The 2084 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2496 | ORDER OVERRULING 2214 Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. The 2194 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07. |

| 01/23/2007 | 2485 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-162 by Claimant Spencer Quinn Whiteshirt. Signed by Special Master Richard M. Borchers on 1/23/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2486 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-668 by Claimant Fred K. Loftin. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2487 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-723 by Claimant Steve Chavez Lopez. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2488 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-730 by Claimant Joseph Dupre. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2489 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-903 by Claimant Wilanna T. Williams. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2490 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2491 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/24/2007 | 2492 | Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - I# 2 Proposed Order (PDF Only))(pap, ) (Entered: 01/24/2007) |
| 01/25/2007 | 2493 | MINUTE ORDER Granting 2479 Claimant Alfred Raglin's Motion for Extension of Time. Mr. Raglin shall have until 3/12/07 to more fully object to the denial of his claim. Signed by Judge John L. Kane on 1/25/07. (re:Claim 02-285)(pap, ) (Entered: 01/25/2007) |
| 01/26/2007 | 2494 | Docket Annotation Terminating as Moot as Motions were intended for the Special Masters re: 2155 George Charles Knorr's MOTION For Extension of Time re: Claim 03-247 (formerly 02-278), 1960 James Martinez' MOTION For Extension of Time, MOTION to Reset re: Claim 03-037. Text only entry - no document attached. (pap2, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2495 | ORDER OVERRULING 2223 Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. The 2084 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2496 | ORDER OVERRULING 2214 Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. The 2194 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07. |

| 01/23/2007 | 2485 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-162 by Claimant Spencer Quinn Whiteshirt. Signed by Special Master Richard M. Borchers on 1/23/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2486 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-668 by Claimant Fred K. Loftin. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2487 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-723 by Claimant Steve Chavez Lopez. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2488 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-730 by Claimant Joseph Dupre. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2489 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-903 by Claimant Wilanna T. Williams. Signed by Special Master Richard M. Borchers on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2490 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/23/2007 | 2491 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 01/23/2007) |
| 01/24/2007 | 2492 | Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - I# 2 Proposed Order (PDF Only))(pap, ) (Entered: 01/24/2007) |
| 01/25/2007 | 2493 | MINUTE ORDER Granting 2479 Claimant Alfred Raglin's Motion for Extension of Time. Mr. Raglin shall have until 3/12/07 to more fully object to the denial of his claim. Signed by Judge John L. Kane on 1/25/07. (re:Claim 02-285)(pap, ) (Entered: 01/25/2007) |
| 01/26/2007 | 2494 | Docket Annotation Terminating as Moot as Motions were intended for the Special Masters re: 2155 George Charles Knorr's MOTION For Extension of Time re: Claim 03-247 (formerly 02-278), 1960 James Martinez' MOTION For Extension of Time, MOTION to Reset re: Claim 03-037. Text only entry - no document attached. (pap2, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2495 | ORDER OVERRULING 2223 Objection to Final Order of Special Master re 2084 Order by Claimant Ronald Frazier re: Claim 03-224. The 2084 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2496 | ORDER OVERRULING 2214 Objection to Special Master's Final Order to District Court re 2194 Order and Submitting New Evidence of Final Order, by Donnell Monroe re: Claim 03-250. The 2194 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07. |

| | | (pap, ) (Entered: 01/26/2007) |
|---|---|---|
| 01/26/2007 | 2497 | ORDER OVERRULING 2328 Objection to Final Order of Special Master re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence"). The 1625 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2498 | MINUTE ORDER Denying 2401 MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman re 1252 Order claim 03-105. Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2499 | MINUTE ORDER Denying 2448 MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2500 | Objection to Order of Dismissal re: Special Master's 2342 Final Order for Claim 02-896 by Claimant Frankie Evans. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2501 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-610 by Claimant Douglas Lee Crawford. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2502 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-671 by Claimant Guillermo Gomez. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 02/01/2007 | 2503 | MINUTE ORDER Granting 2462 Consol Plaintiff Jimmy R. Bulgier's MOTION For Extension of Time to File Objection to Special Master's Order. Re: Claim 03-147, 1986 Final Order. Mr. Bulgier shall have until 3/16/07 to file his objections. Entered by Judge John L. Kane on 1/31/07. (pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2504 | MINUTE ORDER Granting 2452 Request (MOTION) For Extension of Time to File Objections to 2355 Final Order of Special Master by Felix Mike Ortega re: Claim 02-362. Mr. Ortega shall have until 2/28/07 to file his objection. Entered by Judge John L. Kane on 1/31/07.(pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2505 | ORDER Overruling 2326 Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl. 2267 Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/01/2007) |
| 02/02/2007 | 2506 | ORDER Overruling 2334 Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles. AFFIRMING 2297 Final Order of Special Master. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/02/2007) |
| | | |

| | | |
|---|---|---|
| | | (pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2497 | ORDER OVERRULING 2328 Objection to Final Order of Special Master re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence"). The 1625 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2498 | MINUTE ORDER Denying 2401 MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman re 1252 Order claim 03-105. Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2499 | MINUTE ORDER Denying 2448 MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2500 | Objection to Order of Dismissal re: Special Master's 2342 Final Order for Claim 02-896 by Claimant Frankie Evans. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2501 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-610 by Claimant Douglas Lee Crawford. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2502 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-671 by Claimant Guillermo Gomez. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 02/01/2007 | 2503 | MINUTE ORDER Granting 2462 Consol Plaintiff Jimmy R. Bulgier's MOTION For Extension of Time to File Objection to Special Master's Order. Re: Claim 03-147, 1986 Final Order. Mr. Bulgier shall have until 3/16/07 to file his objections. Entered by Judge John L. Kane on 1/31/07. (pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2504 | MINUTE ORDER Granting 2452 Request (MOTION) For Extension of Time to File Objections to 2355 Final Order of Special Master by Felix Mike Ortega re: Claim 02-362. Mr. Ortega shall have until 2/28/07 to file his objection. Entered by Judge John L. Kane on 1/31/07.(pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2505 | ORDER Overruling 2326 Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl. 2267 Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/01/2007) |
| 02/02/2007 | 2506 | ORDER Overruling 2334 Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles. AFFIRMING 2297 Final Order of Special Master. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/02/2007) |
| | | |

| | | (pap, ) (Entered: 01/26/2007) |
|---|---|---|
| 01/26/2007 | 2497 | ORDER OVERRULING 2328 Objection to Final Order of Special Master re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence"). The 1625 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2498 | MINUTE ORDER Denying 2401 MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman re 1252 Order claim 03-105. Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2499 | MINUTE ORDER Denying 2448 MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2500 | Objection to Order of Dismissal re: Special Master's 2342 Final Order for Claim 02-896 by Claimant Frankie Evans. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2501 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-610 by Claimant Douglas Lee Crawford. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2502 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-671 by Claimant Guillermo Gomez. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 02/01/2007 | 2503 | MINUTE ORDER Granting 2462 Consol Plaintiff Jimmy R. Bulgier's MOTION For Extension of Time to File Objection to Special Master's Order. Re: Claim 03-147, 1986 Final Order. Mr. Bulgier shall have until 3/16/07 to file his objections. Entered by Judge John L. Kane on 1/31/07. (pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2504 | MINUTE ORDER Granting 2452 Request (MOTION) For Extension of Time to File Objections to 2355 Final Order of Special Master by Felix Mike Ortega re: Claim 02-362. Mr. Ortega shall have until 2/28/07 to file his objection. Entered by Judge John L. Kane on 1/31/07.(pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2505 | ORDER Overruling 2326 Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl. 2267 Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/01/2007) |
| 02/02/2007 | 2506 | ORDER Overruling 2334 Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles. AFFIRMING 2297 Final Order of Special Master. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/02/2007) |

| | | (pap, ) (Entered: 01/26/2007) |
|---|---|---|
| 01/26/2007 | 2497 | ORDER OVERRULING 2328 Objection to Final Order of Special Master re 1625 Order by Interested Party Joseph Martinez re: claim #03-062. (This document is actually entitled "To Reconsider Base on New Evidence"). The 1625 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2498 | MINUTE ORDER Denying 2401 MOTION for Reconsideration to be Added to the Montez Case (re 2144 Order) by Interested Party Barbara A. Freeman re 1252 Order claim 03-105. Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2499 | MINUTE ORDER Denying 2448 MOTION for Order to Correct Violation of Due Process of Law Throught Abuse of Discretion by Judge Richard M. Borchers by Interested Party George Charles Knorr, Claim 03-247 (formerly 02-278). Entered by Judge John L. Kane on 1/26/07.(pap, ) (Entered: 01/26/2007) |
| 01/26/2007 | 2500 | Objection to Order of Dismissal re: Special Master's 2342 Final Order for Claim 02-896 by Claimant Frankie Evans. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2501 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-610 by Claimant Douglas Lee Crawford. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 01/29/2007 | 2502 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-671 by Claimant Guillermo Gomez. Signed by Special Master Richard M. Borchers on 1/29/07. (pap, ) (Entered: 01/29/2007) |
| 02/01/2007 | 2503 | MINUTE ORDER Granting 2462 Consol Plaintiff Jimmy R. Bulgier's MOTION For Extension of Time to File Objection to Special Master's Order. Re: Claim 03-147, 1986 Final Order. Mr. Bulgier shall have until 3/16/07 to file his objections. Entered by Judge John L. Kane on 1/31/07. (pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2504 | MINUTE ORDER Granting 2452 Request (MOTION) For Extension of Time to File Objections to 2355 Final Order of Special Master by Felix Mike Ortega re: Claim 02-362. Mr. Ortega shall have until 2/28/07 to file his objection. Entered by Judge John L. Kane on 1/31/07.(pap, ) (Entered: 02/01/2007) |
| 02/01/2007 | 2505 | ORDER Overruling 2326 Untitled Document, being treated as an APPEAL OF MAGISTRATE JUDGE DECISION to District Court re 2267 Order of Special Master on Claim #02-309 by Harold Stahl. 2267 Final Order of Special Master is affirmed. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/01/2007) |
| 02/02/2007 | 2506 | ORDER Overruling 2334 Timely Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) re: Claim 02-296, re 2297 Order by Daniel N. Robles. AFFIRMING 2297 Final Order of Special Master. Signed by Judge John L. Kane on 2/1/07.(pap, ) (Entered: 02/02/2007) |

| 02/02/2007 | 2507 | MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach. (pap, ) (Entered: 02/02/2007) |
| 02/02/2007 | 2508 | (Objection to )RECONSIDERATION OF Special Master's DECISION to District Court re 1155 Final Order re: Claim 03-116 by Interested Party James R. Duncan (Attachments: # 1 Exhibit 1 -7)(pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2509 | LETTER/Request for Ruling re: 2463 APPEAL OF Special Master's DECISION to District Court re 2445 Final Order of Special Master re: Claim 02-893, by Interested Party Wayne Thomas. (pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2512 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2513 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Dexter Gail Millican. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2514 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2510 | ORDER Granting 2492 Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs. Granted in the amount of $48,465.58. Signed by Judge John L. Kane on 2/5/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2511 | MINUTE ORDER Granting 2507 MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach.Entered by Judge Edward W. Nottingham on 2/6/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2515 | Mail Returned as Undeliverable re: 2497 Order on Appeal of Special Master's Decision to District Court, 2495 Order on Appeal of Special Master's Decision to District Court, 2496 Order on Appeal of Special Master's Decision to District Court, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/07/2007 | 2516 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-646 by Claimant Jerome Howe. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2517 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-901 by Claimant Charles A. Martinez. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-523 by Claimant William Gordon White. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/08/2007 | 2519 | OBJECTION to Final Order of Special Master re 1986 Final Order and Request for Reconsideration by Consol Plaintiff Jimmy R. Bulgier re: Claim 03-147. (pap, ) (Exhibits A - H, Appendix A - B added on 2/8/2007) (pap2, ). (Entered: 02/08/2007) |

| 02/02/2007 | 2507 | MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach. (pap, ) (Entered: 02/02/2007) |
| 02/02/2007 | 2508 | (Objection to )RECONSIDERATION OF Special Master's DECISION to District Court re 1155 Final Order re: Claim 03-116 by Interested Party James R. Duncan (Attachments: # 1 Exhibit 1 -7)(pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2509 | LETTER/Request for Ruling re: 2463 APPEAL OF Special Master's DECISION to District Court re 2445 Final Order of Special Master re: Claim 02-893, by Interested Party Wayne Thomas. (pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2512 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2513 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Dexter Gail Millican. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2514 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2510 | ORDER Granting 2492 Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs. Granted in the amount of $48,465.58. Signed by Judge John L. Kane on 2/5/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2511 | MINUTE ORDER Granting 2507 MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach.Entered by Judge Edward W. Nottingham on 2/6/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2515 | Mail Returned as Undeliverable re: 2497 Order on Appeal of Special Master's Decision to District Court, 2495 Order on Appeal of Special Master's Decision to District Court, 2496 Order on Appeal of Special Master's Decision to District Court, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/07/2007 | 2516 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-646 by Claimant Jerome Howe. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2517 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-901 by Claimant Charles A. Martinez. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-523 by Claimant William Gordon White. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/08/2007 | 2519 | OBJECTION to Final Order of Special Master re 1986 Final Order and Request for Reconsideration by Consol Plaintiff Jimmy R. Bulgier re: Claim 03-147. (pap, ) (Exhibits A - H, Appendix A - B added on 2/8/2007) (pap2, ). (Entered: 02/08/2007) |

| 02/02/2007 | 2507 | MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach. (pap, ) (Entered: 02/02/2007) |
| 02/02/2007 | 2508 | (Objection to )RECONSIDERATION OF Special Master's DECISION to District Court re 1155 Final Order re: Claim 03-116 by Interested Party James R. Duncan (Attachments: # 1 Exhibit 1 -7)(pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2509 | LETTER/Request for Ruling re: 2463 APPEAL OF Special Master's DECISION to District Court re 2445 Final Order of Special Master re: Claim 02-893, by Interested Party Wayne Thomas. (pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2512 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2513 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Dexter Gail Millican. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2514 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2510 | ORDER Granting 2492 Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs. Granted in the amount of $48,465.58. Signed by Judge John L. Kane on 2/5/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2511 | MINUTE ORDER Granting 2507 MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach.Entered by Judge Edward W. Nottingham on 2/6/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2515 | Mail Returned as Undeliverable re: 2497 Order on Appeal of Special Master's Decision to District Court, 2495 Order on Appeal of Special Master's Decision to District Court, 2496 Order on Appeal of Special Master's Decision to District Court, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/07/2007 | 2516 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-646 by Claimant Jerome Howe. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2517 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-901 by Claimant Charles A. Martinez. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-523 by Claimant William Gordon White. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/08/2007 | 2519 | OBJECTION to Final Order of Special Master re 1986 Final Order and Request for Reconsideration by Consol Plaintiff Jimmy R. Bulgier re: Claim 03-147. (pap, ) (Exhibits A - H, Appendix A - B added on 2/8/2007) (pap2, ). (Entered: 02/08/2007) |

| 02/02/2007 | 2507 | MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach. (pap, ) (Entered: 02/02/2007) |
|---|---|---|
| 02/02/2007 | 2508 | (Objection to )RECONSIDERATION OF Special Master's DECISION to District Court re 1155 Final Order re: Claim 03-116 by Interested Party James R. Duncan (Attachments: # 1 Exhibit 1 -7)(pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2509 | LETTER/Request for Ruling re: 2463 APPEAL OF Special Master's DECISION to District Court re 2445 Final Order of Special Master re: Claim 02-893, by Interested Party Wayne Thomas. (pap, ) (Entered: 02/05/2007) |
| 02/05/2007 | 2512 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2513 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Dexter Gail Millican. (pap, ) (Entered: 02/06/2007) |
| 02/05/2007 | 2514 | Mail Returned as Undeliverable re: 2493 Order on Motion for Extension of Time Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2510 | ORDER Granting 2492 Special Masters' Seventeeth Application (MOTION) for Payment of Fees and Costs. Granted in the amount of $48,465.58. Signed by Judge John L. Kane on 2/5/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2511 | MINUTE ORDER Granting 2507 MOTION/Request Copies of Documents concerning Claim 03-087 by Plaintiff Duncan Leach.Entered by Judge Edward W. Nottingham on 2/6/07.(pap, ) (Entered: 02/06/2007) |
| 02/06/2007 | 2515 | Mail Returned as Undeliverable re: 2497 Order on Appeal of Special Master's Decision to District Court, 2495 Order on Appeal of Special Master's Decision to District Court, 2496 Order on Appeal of Special Master's Decision to District Court, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Vernest M. Jones. (pap, ) (Entered: 02/06/2007) |
| 02/07/2007 | 2516 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-646 by Claimant Jerome Howe. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2517 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-901 by Claimant Charles A. Martinez. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/07/2007) |
| 02/07/2007 | 2518 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-523 by Claimant William Gordon White. Signed by Special Master Richard M. Borchers on 1/31/07. (pap, ) (Entered: 02/07/2007) |
| 02/08/2007 | 2519 | OBJECTION to Final Order of Special Master re 1986 Final Order and Request for Reconsideration by Consol Plaintiff Jimmy R. Bulgier re: Claim 03-147. (pap, ) (Exhibits A - H, Appendix A - B added on 2/8/2007) (pap2, ). (Entered: 02/08/2007) |

| 02/08/2007 | 2520 | Mail Returned as Undeliverable re: 2497 Order on Final Order of Special Master, 2495 Order on Final Order of Special Master, 2496 Order on Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/08/2007) |
|---|---|---|
| 02/08/2007 | 2521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-200 by Claimant Ronnie Smith. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-201 by Claimant Larry Glover. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-202 by Claimant Andre D. Thomas. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-203 by Claimant Felix Dino Trujillo. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/09/2007 | 2525 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2504 Order on Motion for Extension of Time, 2505 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/09/2007) |
| 02/12/2007 | 2526 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2506 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Guadalupe Ramirez. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2527 | Mail Returned as Undeliverable re: 2506 Order on Objection to Final Order of Special Master, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2528 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2497 Order on Objection to Final Order of Special Master, 2506 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gail Millican. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2529 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-891 by Claimant Peter Gonzales. Signed by Special Master Richard M. Borchers on 2/11/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2530 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-130 by Claimant David G. Bryan. Signed by Special Richard M. Borchers on |

| 02/08/2007 | 2520 | Mail Returned as Undeliverable re: 2497 Order on Final Order of Special Master, 2495 Order on Final Order of Special Master, 2496 Order on Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/08/2007) |
|---|---|---|
| 02/08/2007 | 2521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-200 by Claimant Ronnie Smith. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-201 by Claimant Larry Glover. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-202 by Claimant Andre D. Thomas. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-203 by Claimant Felix Dino Trujillo. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/09/2007 | 2525 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2504 Order on Motion for Extension of Time, 2505 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/09/2007) |
| 02/12/2007 | 2526 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2506 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Guadalupe Ramirez. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2527 | Mail Returned as Undeliverable re: 2506 Order on Objection to Final Order of Special Master, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2528 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2497 Order on Objection to Final Order of Special Master, 2506 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gail Millican. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2529 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-891 by Claimant Peter Gonzales. Signed by Special Master Richard M. Borchers on 2/11/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2530 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-130 by Claimant David G. Bryan. Signed by Special Richard M. Borchers on |

| 02/08/2007 | 2520 | Mail Returned as Undeliverable re: 2497 Order on Final Order of Special Master, 2495 Order on Final Order of Special Master, 2496 Order on Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/08/2007) |
|---|---|---|
| 02/08/2007 | 2521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-200 by Claimant Ronnie Smith. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-201 by Claimant Larry Glover. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-202 by Claimant Andre D. Thomas. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-203 by Claimant Felix Dino Trujillo. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/09/2007 | 2525 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2504 Order on Motion for Extension of Time, 2505 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/09/2007) |
| 02/12/2007 | 2526 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2506 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Guadalupe Ramirez. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2527 | Mail Returned as Undeliverable re: 2506 Order on Objection to Final Order of Special Master, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2528 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2497 Order on Objection to Final Order of Special Master, 2506 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gail Millican. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2529 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-891 by Claimant Peter Gonzales. Signed by Special Master Richard M. Borchers on 2/11/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2530 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-130 by Claimant David G. Bryan. Signed by Special Richard M. Borchers on |

| 02/08/2007 | 2520 | Mail Returned as Undeliverable re: 2497 Order on Final Order of Special Master, 2495 Order on Final Order of Special Master, 2496 Order on Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gaudalupe Ramirez. (pap, ) (Entered: 02/08/2007) |
| --- | --- | --- |
| 02/08/2007 | 2521 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-200 by Claimant Ronnie Smith. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2522 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-201 by Claimant Larry Glover. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2523 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-202 by Claimant Andre D. Thomas. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/08/2007 | 2524 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-203 by Claimant Felix Dino Trujillo. Signed by Special Master Richard M. Borchers on 2/5/07. (pap, ) (Entered: 02/08/2007) |
| 02/09/2007 | 2525 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2504 Order on Motion for Extension of Time, 2505 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/09/2007) |
| 02/12/2007 | 2526 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2506 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Guadalupe Ramirez. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2527 | Mail Returned as Undeliverable re: 2506 Order on Objection to Final Order of Special Master, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2528 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2497 Order on Objection to Final Order of Special Master, 2506 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2505 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Gail Millican. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2529 | FINAL ORDER OF SPECIAL MASTER Granting Defendants' Motion to Dismiss. Denying Claim 02-891 by Claimant Peter Gonzales. Signed by Special Master Richard M. Borchers on 2/11/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2530 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-130 by Claimant David G. Bryan. Signed by Special Richard M. Borchers on |

| | | 2/7/07. (pap, ) (Entered: 02/12/2007) |
|---|---|---|
| 02/12/2007 | 2531 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-244 by Claimant John Claice. Signed by Special Master Richard M. Borchers on 2/12/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2532 | ORDER of Special Master re: 1980 James Martinez' MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37. 1960 MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date. Signed by Special Master Richard C. Davidson on 6/26/06.(pap, ) (Entered: 02/12/2007) |
| 02/13/2007 | 2533 | FINAL ORDER OF SPECIAL MASTER Denying Claim 05-002 by Claimant Mary Alonzo (as Mother and Heir of David Alonzo). Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2534 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-199 (formerly X-003) by Claimant Wayne Brown. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2535 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-207 by Claimant Dung Duong. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2536 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2537 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-422 by Claimant Ross Morales. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2538 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-430 by Claimant Brian Dean Walton. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2539 | FINAL ORDER OF SPECIAL MASTER Enter Judgment in favor of Claim 02-454 by Claimant Roy W. Hagedorn and against Defendants in the amount of $200.00. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2540 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-456 by Claimant William Porter. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2541 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-516 by Claimant Bruce Clifford Peterson. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-018 by Claimant Richard B. Gonzales. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |

| | | 2/7/07. (pap, ) (Entered: 02/12/2007) |
|---|---|---|
| 02/12/2007 | 2531 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-244 by Claimant John Claice. Signed by Special Master Richard M. Borchers on 2/12/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2532 | ORDER of Special Master re: 1980 James Martinez' MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37. 1960 MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date. Signed by Special Master Richard C. Davidson on 6/26/06.(pap, ) (Entered: 02/12/2007) |
| 02/13/2007 | 2533 | FINAL ORDER OF SPECIAL MASTER Denying Claim 05-002 by Claimant Mary Alonzo (as Mother and Heir of David Alonzo). Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2534 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-199 (formerly X-003) by Claimant Wayne Brown. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2535 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-207 by Claimant Dung Duong. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2536 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2537 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-422 by Claimant Ross Morales. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2538 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-430 by Claimant Brian Dean Walton. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2539 | FINAL ORDER OF SPECIAL MASTER Enter Judgment in favor of Claim 02-454 by Claimant Roy W. Hagedorn and against Defendants in the amount of $200.00. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2540 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-456 by Claimant William Porter. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2541 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-516 by Claimant Bruce Clifford Peterson. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-018 by Claimant Richard B. Gonzales. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |

| | | |
|---|---|---|
| | | 2/7/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2531 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-244 by Claimant John Claice. Signed by Special Master Richard M. Borchers on 2/12/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2532 | ORDER of Special Master re: 1980 James Martinez' MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37. 1960 MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date. Signed by Special Master Richard C. Davidson on 6/26/06.(pap, ) (Entered: 02/12/2007) |
| 02/13/2007 | 2533 | FINAL ORDER OF SPECIAL MASTER Denying Claim 05-002 by Claimant Mary Alonzo (as Mother and Heir of David Alonzo). Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2534 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-199 (formerly X-003) by Claimant Wayne Brown. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2535 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-207 by Claimant Dung Duong. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2536 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2537 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-422 by Claimant Ross Morales. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2538 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-430 by Claimant Brian Dean Walton. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2539 | FINAL ORDER OF SPECIAL MASTER Enter Judgment in favor of Claim 02-454 by Claimant Roy W. Hagedorn and against Defendants in the amount of $200.00. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2540 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-456 by Claimant William Porter. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2541 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-516 by Claimant Bruce Clifford Peterson. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-018 by Claimant Richard B. Gonzales. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |

| | | 2/7/07. (pap, ) (Entered: 02/12/2007) |
|---|---|---|
| 02/12/2007 | 2531 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-244 by Claimant John Claice. Signed by Special Master Richard M. Borchers on 2/12/07. (pap, ) (Entered: 02/12/2007) |
| 02/12/2007 | 2532 | ORDER of Special Master re: 1980 James Martinez' MOTION to the Court and Special Master to Compel Medical to Provide Requested Records. re: Claim 03-37. 1960 MOTION For Extension of Time to Provide Witness List and MOTION to Reset Hearing Date. Signed by Special Master Richard C. Davidson on 6/26/06.(pap, ) (Entered: 02/12/2007) |
| 02/13/2007 | 2533 | FINAL ORDER OF SPECIAL MASTER Denying Claim 05-002 by Claimant Mary Alonzo (as Mother and Heir of David Alonzo). Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2534 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 01-199 (formerly X-003) by Claimant Wayne Brown. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2535 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-207 by Claimant Dung Duong. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2536 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-052 by Claimant Marvin O. Jenkins. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2537 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-422 by Claimant Ross Morales. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2538 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-430 by Claimant Brian Dean Walton. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2539 | FINAL ORDER OF SPECIAL MASTER Enter Judgment in favor of Claim 02-454 by Claimant Roy W. Hagedorn and against Defendants in the amount of $200.00. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2540 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-456 by Claimant William Porter. Signed by Special Master Bruce D. Pringle on 2/5/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2541 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-516 by Claimant Bruce Clifford Peterson. Signed by Special Master Bruce D. Pringle on 02/05/07. (pap, ) (Entered: 02/13/2007) |
| 02/13/2007 | 2542 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-018 by Claimant Richard B. Gonzales. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 02/13/2007) |

| 02/14/2007 | 2543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/14/2007) |
| 02/14/2007 | 2544 | Mail Returned as Undeliverable re: 2506 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/14/2007) |
| 02/15/2007 | 2545 | SUPPLEMENT/AMENDMENT to 2519 Objectio to Special Master's Final Order re 1986 Final Order by Consol Plaintiff Jimmy R. Bulgier by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2546 | OBJECTIONS to the Order of the Special Master re 2355 FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Interested Party Felix Mike Ortega (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2547 | LETTER requesting portions of transcripts for hearings on claim 03-087 re: 2511 Order on Motion for Copying Costs for Documents, 2507 MOTION Request for Copies of Documents by Plaintiff Duncan Leach. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2548 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/15/2007) |
| 02/21/2007 | 2549 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-644 by Claimant Honorato Alvarez-Valencia. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2550 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-659 by Claimant Thomas Brown. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2551 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-685 by Claimant Amado Alvarez Benavidez and he is awarded $400.00 as damages. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2552 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-838 by Claimant Robert O'Dell. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2553 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-875 by Claimant Terry Jones. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2554 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-880 by Claimant Gilroy Vasquez. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2555 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-314 by Claimant Paul Palecek. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |

| 02/14/2007 | 2543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/14/2007) |
| 02/14/2007 | 2544 | Mail Returned as Undeliverable re: 2506 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/14/2007) |
| 02/15/2007 | 2545 | SUPPLEMENT/AMENDMENT to 2519 Objectio to Special Master's Final Order re 1986 Final Order by Consol Plaintiff Jimmy R. Bulgier by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2546 | OBJECTIONS to the Order of the Special Master re 2355 FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Interested Party Felix Mike Ortega (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2547 | LETTER requesting portions of transcripts for hearings on claim 03-087 re: 2511 Order on Motion for Copying Costs for Documents, 2507 MOTION Request for Copies of Documents by Plaintiff Duncan Leach. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2548 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/15/2007) |
| 02/21/2007 | 2549 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-644 by Claimant Honorato Alvarez-Valencia. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2550 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-659 by Claimant Thomas Brown. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2551 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-685 by Claimant Amado Alvarez Benavidez and he is awarded $400.00 as damages. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2552 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-838 by Claimant Robert O'Dell. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2553 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-875 by Claimant Terry Jones. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2554 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-880 by Claimant Gilroy Vasquez. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2555 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-314 by Claimant Paul Palecek. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |

| 02/14/2007 | 2543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/14/2007) |
| 02/14/2007 | 2544 | Mail Returned as Undeliverable re: 2506 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/14/2007) |
| 02/15/2007 | 2545 | SUPPLEMENT/AMENDMENT to 2519 Objectio to Special Master's Final Order re 1986 Final Order by Consol Plaintiff Jimmy R. Bulgier by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2546 | OBJECTIONS to the Order of the Special Master re 2355 FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Interested Party Felix Mike Ortega (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2547 | LETTER requesting portions of transcripts for hearings on claim 03-087 re: 2511 Order on Motion for Copying Costs for Documents, 2507 MOTION Request for Copies of Documents by Plaintiff Duncan Leach. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2548 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/15/2007) |
| 02/21/2007 | 2549 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-644 by Claimant Honorato Alvarez-Valencia. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2550 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-659 by Claimant Thomas Brown. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2551 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-685 by Claimant Amado Alvarez Benavidez and he is awarded $400.00 as damages. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2552 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-838 by Claimant Robert O'Dell. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2553 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-875 by Claimant Terry Jones. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2554 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-880 by Claimant Gilroy Vasquez. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2555 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-314 by Claimant Paul Palecek. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |

| 02/14/2007 | 2543 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-082 by Claimant Arthur Montoya. Signed by Special Master Richard C. Davidson on 1/22/07. (pap, ) (Entered: 02/14/2007) |
| 02/14/2007 | 2544 | Mail Returned as Undeliverable re: 2506 Order on Appeal of Magistrate Judge Decision to District Court, Addressed to Vernest M. Jones. (pap, ) (Entered: 02/14/2007) |
| 02/15/2007 | 2545 | SUPPLEMENT/AMENDMENT to 2519 Objectio to Special Master's Final Order re 1986 Final Order by Consol Plaintiff Jimmy R. Bulgier by Consol Plaintiff Jimmy R. Bulgier. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2546 | OBJECTIONS to the Order of the Special Master re 2355 FINAL ORDER OF SPECIAL MASTER Dismissing with prejudice Claim 02-362 by Interested Party Felix Mike Ortega (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2547 | LETTER requesting portions of transcripts for hearings on claim 03-087 re: 2511 Order on Motion for Copying Costs for Documents, 2507 MOTION Request for Copies of Documents by Plaintiff Duncan Leach. (pap, ) (Entered: 02/15/2007) |
| 02/15/2007 | 2548 | Mail Returned as Undeliverable re: 2503 Order on Motion for Extension of Time, 2505 Order on Objection to Final Order of Special Master, 2504 Order on Motion for Extension of Time, Addressed to Daniel N. Robles. (pap, ) (Entered: 02/15/2007) |
| 02/21/2007 | 2549 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-644 by Claimant Honorato Alvarez-Valencia. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2550 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-659 by Claimant Thomas Brown. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2551 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 02-685 by Claimant Amado Alvarez Benavidez and he is awarded $400.00 as damages. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2552 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-838 by Claimant Robert O'Dell. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2553 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-875 by Claimant Terry Jones. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2554 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-880 by Claimant Gilroy Vasquez. Signed by Special Master Richard M. Borchers on 2/16/07. (pap, ) (Entered: 02/21/2007) |
| 02/21/2007 | 2555 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-314 by Claimant Paul Palecek. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |

| 02/21/2007 | 2556 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-332 by Claimant Matthew Archuleta. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
|---|---|---|
| 02/26/2007 | 2557 | Mail Returned as Undeliverable re: 2497 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Alan Cordell Spreckelmeyer. (pap, ) (Entered: 02/26/2007) |
| 02/26/2007 | 2564 | MOTION for Intervention by Honorable Judge Kane for Further Proceedings to Resolve this Case and Stop Discrimination Against this Claimant by Interested Party Dean Ross Denton re: Claim 03-206. (pap, ) (Entered: 03/01/2007) |
| 02/28/2007 | 2558 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-801 by Claimant Kyle Lee Stotler. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2559 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing claim 03-262 by Claimant Edward Corbin. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Modified on 3/12/2007 to correct claim number)(pap2, ). (Entered: 02/28/2007) |
| 02/28/2007 | 2560 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-322 by Claimant Gustavo Santistevan. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2561 | MOTION to Withdraw 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, Richard K. Allen, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 Proposed Order (PDF Only))(Greisen, Paula) (Entered: 02/28/2007) |
| 02/28/2007 | 2562 | ORDER of Special Master - Re: Status of Production of Medical Records. Re: Claim 03-037 by Claimant James Martinez. Signed by Special Master Richard C. Davidson on 2/16/07. (pap, ) (Entered: 02/28/2007) |
| 03/01/2007 | 2563 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Ibrisagic, Berina) (Entered: 03/01/2007) |
| 03/02/2007 | 2565 | MINUTE ORDER Granting 2561 MOTION to Withdraw 2217 MOTION to Administratively Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. Withdrawing 2217 MOTION to Administratively Reopen Case for Entry of Judgment. Entered by Judge Edward W. Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
| 03/02/2007 | 2566 | MINUTE ORDER Granting 2563 Motion to Withdraw as Attorney. Attorney Berina Ibrisagic terminated. Entered by Judge Edward W. |

| 02/21/2007 | 2556 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-332 by Claimant Matthew Archuleta. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
| 02/26/2007 | 2557 | Mail Returned as Undeliverable re: 2497 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Alan Cordell Spreckelmeyer. (pap, ) (Entered: 02/26/2007) |
| 02/26/2007 | 2564 | MOTION for Intervention by Honorable Judge Kane for Further Proceedings to Resolve this Case and Stop Discrimination Against this Claimant by Interested Party Dean Ross Denton re: Claim 03-206. (pap, ) (Entered: 03/01/2007) |
| 02/28/2007 | 2558 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-801 by Claimant Kyle Lee Stotler. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2559 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing claim 03-262 by Claimant Edward Corbin. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Modified on 3/12/2007 to correct claim number)(pap2, ). (Entered: 02/28/2007) |
| 02/28/2007 | 2560 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-322 by Claimant Gustavo Santistevan. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2561 | MOTION to Withdraw 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, Richard K. Allen, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 Proposed Order (PDF Only))(Greisen, Paula) (Entered: 02/28/2007) |
| 02/28/2007 | 2562 | ORDER of Special Master - Re: Status of Production of Medical Records. Re: Claim 03-037 by Claimant James Martinez. Signed by Special Master Richard C. Davidson on 2/16/07. (pap, ) (Entered: 02/28/2007) |
| 03/01/2007 | 2563 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Ibrisagic, Berina) (Entered: 03/01/2007) |
| 03/02/2007 | 2565 | MINUTE ORDER Granting 2561 MOTION to Withdraw 2217 MOTION to Administratively Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. Withdrawing 2217 MOTION to Administratively Reopen Case for Entry of Judgment. Entered by Judge Edward W. Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
| 03/02/2007 | 2566 | MINUTE ORDER Granting 2563 Motion to Withdraw as Attorney. Attorney Berina Ibrisagic terminated. Entered by Judge Edward W. |

| 02/21/2007 | 2556 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-332 by Claimant Matthew Archuleta. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
|---|---|---|
| 02/26/2007 | 2557 | Mail Returned as Undeliverable re: 2497 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Alan Cordell Spreckelmeyer. (pap, ) (Entered: 02/26/2007) |
| 02/26/2007 | 2564 | MOTION for Intervention by Honorable Judge Kane for Further Proceedings to Resolve this Case and Stop Discrimination Against this Claimant by Interested Party Dean Ross Denton re: Claim 03-206. (pap, ) (Entered: 03/01/2007) |
| 02/28/2007 | 2558 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-801 by Claimant Kyle Lee Stotler. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2559 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing claim 03-262 by Claimant Edward Corbin. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Modified on 3/12/2007 to correct claim number)(pap2, ). (Entered: 02/28/2007) |
| 02/28/2007 | 2560 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-322 by Claimant Gustavo Santistevan. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2561 | MOTION to Withdraw 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, Richard K. Allen, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 Proposed Order (PDF Only))(Greisen, Paula) (Entered: 02/28/2007) |
| 02/28/2007 | 2562 | ORDER of Special Master - Re: Status of Production of Medical Records. Re: Claim 03-037 by Claimant James Martinez. Signed by Special Master Richard C. Davidson on 2/16/07. (pap, ) (Entered: 02/28/2007) |
| 03/01/2007 | 2563 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Ibrisagic, Berina) (Entered: 03/01/2007) |
| 03/02/2007 | 2565 | MINUTE ORDER Granting 2561 MOTION to Withdraw 2217 MOTION to Administratively Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. Withdrawing 2217 MOTION to Administratively Reopen Case for Entry of Judgment. Entered by Judge Edward W. Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
| 03/02/2007 | 2566 | MINUTE ORDER Granting 2563 Motion to Withdraw as Attorney. Attorney Berina Ibrisagic terminated. Entered by Judge Edward W. |

| 02/21/2007 | 2556 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-332 by Claimant Matthew Archuleta. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 02/21/2007) |
|---|---|---|
| 02/26/2007 | 2557 | Mail Returned as Undeliverable re: 2497 Order on Objection to Final Order of Special Master, 2495 Order on Objection to Final Order of Special Master, 2496 Order on Objection to Final Order of Special Master, 2499 Order on Motion for Order, 2498 Order on Motion for Reconsideration Addressed to Alan Cordell Spreckelmeyer. (pap, ) (Entered: 02/26/2007) |
| 02/26/2007 | 2564 | MOTION for Intervention by Honorable Judge Kane for Further Proceedings to Resolve this Case and Stop Discrimination Against this Claimant by Interested Party Dean Ross Denton re: Claim 03-206. (pap, ) (Entered: 03/01/2007) |
| 02/28/2007 | 2558 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 02-801 by Claimant Kyle Lee Stotler. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2559 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing claim 03-262 by Claimant Edward Corbin. Signed by Special Master Richard M. Borchers on 2/28/07. (pap, ) (Modified on 3/12/2007 to correct claim number)(pap2, ). (Entered: 02/28/2007) |
| 02/28/2007 | 2560 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim 03-322 by Claimant Gustavo Santistevan. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 02/28/2007) |
| 02/28/2007 | 2561 | MOTION to Withdraw 2217 MOTION to Administratively Reopen Case *for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs* by Plaintiffs Jesse F. Montez, Richard K. Allen, George Karl, Gilpin Eugene, John Armintrout, Kenneth Garcia, Duncan Leach, Robert Sikitch, Gail Levine, Diedra Givens, Patricia Ballard. (Attachments: # 1 Proposed Order (PDF Only))(Greisen, Paula) (Entered: 02/28/2007) |
| 02/28/2007 | 2562 | ORDER of Special Master - Re: Status of Production of Medical Records. Re: Claim 03-037 by Claimant James Martinez. Signed by Special Master Richard C. Davidson on 2/16/07. (pap, ) (Entered: 02/28/2007) |
| 03/01/2007 | 2563 | MOTION to Withdraw as Attorney by Consol Defendant Colorado Department of Corrections. (Ibrisagic, Berina) (Entered: 03/01/2007) |
| 03/02/2007 | 2565 | MINUTE ORDER Granting 2561 MOTION to Withdraw 2217 MOTION to Administratively Reopen Case for Entry of Judgment and for Pre-and Post Judgment Interest on Attorney Fees and Costs. Withdrawing 2217 MOTION to Administratively Reopen Case for Entry of Judgment. Entered by Judge Edward W. Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
| 03/02/2007 | 2566 | MINUTE ORDER Granting 2563 Motion to Withdraw as Attorney. Attorney Berina Ibrisagic terminated. Entered by Judge Edward W. |

| | | Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | 2572 | Objection to 2571 Final Order of Special Master by Interested Party Darryl Martin re: Claim 03-203. (pap, ) (Entered: 03/08/2007) |
| 03/05/2007 | 2567 | LETTER re: DOC Failure to Provide Proper Corrective Vision Accommodations for this Prisoner re: 1133 Order by Interested Party James Rudnick. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2568 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-712 BY Claimant Gillie T. Thurby, Jr.. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2569 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-791 by Claimant Roy Grimes. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2570 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-326 by Claimant William Robert Booth. Signed by Special Master Richard M. Borchers on 3/2/07. (pap, ) (Entered: 03/05/2007) |
| 03/08/2007 | 2571 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-203 by Claimant Darryl Martin. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2573 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-209 by Claimant Thomas Robinson. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2574 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-363 (formerly 02-038) by Claimant James Leo Henderson. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2575 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-366 by Claimant George J. Karl. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2576 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-360 (formerly 02-768) by Claimant Reggie Neil Keyes. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2577 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-289 (formerly 02-387) by Claimant Daniel Lambert. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2578 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-370 (formerly 02-696) by Claimant Randall Lee. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2579 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-346 (formerly 02-604) by Claimant Scott Newcomb. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2580 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-313 (formerly 02-574) by Claimant Gloria Salazar. Signed by Special Master |

| | | |
|---|---|---|
| | | Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
| 03/02/2007 | 2572 | Objection to 2571 Final Order of Special Master by Interested Party Darryl Martin re: Claim 03-203. (pap, ) (Entered: 03/08/2007) |
| 03/05/2007 | 2567 | LETTER re: DOC Failure to Provide Proper Corrective Vision Accommodations for this Prisoner re: 1133 Order by Interested Party James Rudnick. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2568 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-712 BY Claimant Gillie T. Thurby, Jr.. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2569 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-791 by Claimant Roy Grimes. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2570 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-326 by Claimant William Robert Booth. Signed by Special Master Richard M. Borchers on 3/2/07. (pap, ) (Entered: 03/05/2007) |
| 03/08/2007 | 2571 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-203 by Claimant Darryl Martin. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2573 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-209 by Claimant Thomas Robinson. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2574 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-363 (formerly 02-038) by Claimant James Leo Henderson. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2575 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-366 by Claimant George J. Karl. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2576 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-360 (formerly 02-768) by Claimant Reggie Neil Keyes. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2577 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-289 (formerly 02-387) by Claimant Daniel Lambert. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2578 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-370 (formerly 02-696) by Claimant Randall Lee. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2579 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-346 (formerly 02-604) by Claimant Scott Newcomb. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2580 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-313 (formerly 02-574) by Claimant Gloria Salazar. Signed by Special Master |

| | | Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | 2572 | Objection to 2571 Final Order of Special Master by Interested Party Darryl Martin re: Claim 03-203. (pap, ) (Entered: 03/08/2007) |
| 03/05/2007 | 2567 | LETTER re: DOC Failure to Provide Proper Corrective Vision Accommodations for this Prisoner re: 1133 Order by Interested Party James Rudnick. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2568 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-712 BY Claimant Gillie T. Thurby, Jr.. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2569 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-791 by Claimant Roy Grimes. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2570 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-326 by Claimant William Robert Booth. Signed by Special Master Richard M. Borchers on 3/2/07. (pap, ) (Entered: 03/05/2007) |
| 03/08/2007 | 2571 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-203 by Claimant Darryl Martin. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2573 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-209 by Claimant Thomas Robinson. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2574 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-363 (formerly 02-038) by Claimant James Leo Henderson. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2575 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-366 by Claimant George J. Karl. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2576 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-360 (formerly 02-768) by Claimant Reggie Neil Keyes. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2577 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-289 (formerly 02-387) by Claimant Daniel Lambert. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2578 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-370 (formerly 02-696) by Claimant Randall Lee. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2579 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-346 (formerly 02-604) by Claimant Scott Newcomb. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2580 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-313 (formerly 02-574) by Claimant Gloria Salazar. Signed by Special Master |

| | | Nottingham on 3/1/07.(pap, ) (Entered: 03/02/2007) |
|---|---|---|
| 03/02/2007 | 2572 | Objection to 2571 Final Order of Special Master by Interested Party Darryl Martin re: Claim 03-203. (pap, ) (Entered: 03/08/2007) |
| 03/05/2007 | 2567 | LETTER re: DOC Failure to Provide Proper Corrective Vision Accommodations for this Prisoner re: 1133 Order by Interested Party James Rudnick. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2568 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-712 BY Claimant Gillie T. Thurby, Jr.. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2569 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-791 by Claimant Roy Grimes. Signed by Special Master Richard M. Borchers on 3/5/07. (pap, ) (Entered: 03/05/2007) |
| 03/05/2007 | 2570 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-326 by Claimant William Robert Booth. Signed by Special Master Richard M. Borchers on 3/2/07. (pap, ) (Entered: 03/05/2007) |
| 03/08/2007 | 2571 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-203 by Claimant Darryl Martin. Signed by Special Master Richard M. Borchers on 2/23/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2573 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-209 by Claimant Thomas Robinson. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2574 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-363 (formerly 02-038) by Claimant James Leo Henderson. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2575 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-366 by Claimant George J. Karl. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2576 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-360 (formerly 02-768) by Claimant Reggie Neil Keyes. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2577 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-289 (formerly 02-387) by Claimant Daniel Lambert. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2578 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-370 (formerly 02-696) by Claimant Randall Lee. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2579 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-346 (formerly 02-604) by Claimant Scott Newcomb. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2580 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-313 (formerly 02-574) by Claimant Gloria Salazar. Signed by Special Master |

| | | Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
|---|---|---|
| 03/08/2007 | 2581 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-305 (formerly 02-480) by Claimant Ernest Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2582 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-310 (formerly 02-460) by Claimant Peter G. Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2583 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-371 (formerly 02-724) by Claimant Dorothy Thurman. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2584 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-311 (formerly 02-552) by Claimant Terrence Turner. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2585 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-204 by Claimant David R. Flinn. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/12/2007 | 2586 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-442 by Claimant Daniel Talavera. Signed by Special Master Richard M. Borchers on 2/20/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2587 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-669 by Claimant Astolfo Perez. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2588 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-684 by Claimant Michael Sorden. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2589 | FINAL ORDER OF SPECIAL MASTER - Dismissal of Claim with Prejudice Due to Settlement, Dismissing Claim 03-055 by Claimant Rebecca F. Davis. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2590 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-253 by Claimant George Tinsley. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/8/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2591 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-255 by Claimant Anthony Ganter. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2592 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-278 (formerly 02-049) by Claimant Louis Peoples, Jr. Signed by Special Master Richard C. Davidson on 2/14/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2593 | MINUTE ORDER Denying as moot 2066 Plaintiff Class MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Signed |

| | | Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
|---|---|---|
| 03/08/2007 | 2581 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-305 (formerly 02-480) by Claimant Ernest Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2582 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-310 (formerly 02-460) by Claimant Peter G. Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2583 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-371 (formerly 02-724) by Claimant Dorothy Thurman. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2584 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-311 (formerly 02-552) by Claimant Terrence Turner. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2585 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-204 by Claimant David R. Flinn. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/12/2007 | 2586 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-442 by Claimant Daniel Talavera. Signed by Special Master Richard M. Borchers on 2/20/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2587 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-669 by Claimant Astolfo Perez. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2588 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-684 by Claimant Michael Sorden. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2589 | FINAL ORDER OF SPECIAL MASTER - Dismissal of Claim with Prejudice Due to Settlement, Dismissing Claim 03-055 by Claimant Rebecca F. Davis. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2590 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-253 by Claimant George Tinsley. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/8/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2591 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-255 by Claimant Anthony Ganter. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2592 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-278 (formerly 02-049) by Claimant Louis Peoples, Jr. Signed by Special Master Richard C. Davidson on 2/14/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2593 | MINUTE ORDER Denying as moot 2066 Plaintiff Class MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Signed |

| | | Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
|---|---|---|
| 03/08/2007 | 2581 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-305 (formerly 02-480) by Claimant Ernest Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2582 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-310 (formerly 02-460) by Claimant Peter G. Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2583 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-371 (formerly 02-724) by Claimant Dorothy Thurman. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2584 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-311 (formerly 02-552) by Claimant Terrence Turner. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2585 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-204 by Claimant David R. Flinn. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/12/2007 | 2586 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-442 by Claimant Daniel Talavera. Signed by Special Master Richard M. Borchers on 2/20/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2587 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-669 by Claimant Astolfo Perez. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2588 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-684 by Claimant Michael Sorden. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2589 | FINAL ORDER OF SPECIAL MASTER - Dismissal of Claim with Prejudice Due to Settlement, Dismissing Claim 03-055 by Claimant Rebecca F. Davis. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2590 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-253 by Claimant George Tinsley. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/8/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2591 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-255 by Claimant Anthony Ganter. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2592 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-278 (formerly 02-049) by Claimant Louis Peoples, Jr. Signed by Special Master Richard C. Davidson on 2/14/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2593 | MINUTE ORDER Denying as moot 2066 Plaintiff Class MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Signed |

| | | Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
|---|---|---|
| 03/08/2007 | 2581 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-305 (formerly 02-480) by Claimant Ernest Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2582 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-310 (formerly 02-460) by Claimant Peter G. Smith. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2583 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-371 (formerly 02-724) by Claimant Dorothy Thurman. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2584 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-311 (formerly 02-552) by Claimant Terrence Turner. Signed by Special Master Richard C. Davidson on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/08/2007 | 2585 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-204 by Claimant David R. Flinn. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 03/08/2007) |
| 03/12/2007 | 2586 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-442 by Claimant Daniel Talavera. Signed by Special Master Richard M. Borchers on 2/20/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2587 | FINAL ORDER OF SPECIAL MASTER Denying Claim 02-669 by Claimant Astolfo Perez. Signed by Special Master Richard M. Borchers on 1/5/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2588 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-684 by Claimant Michael Sorden. Signed by Special Master Richard M. Borchers on 2/19/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2589 | FINAL ORDER OF SPECIAL MASTER - Dismissal of Claim with Prejudice Due to Settlement, Dismissing Claim 03-055 by Claimant Rebecca F. Davis. Signed by Special Master Richard C. Davidson on 1/31/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2590 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-253 by Claimant George Tinsley. Claimant is awarded $100.00 as damages. Signed by Special Master Richard M. Borchers on 1/8/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2591 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-255 by Claimant Anthony Ganter. Signed by Special Master Richard M. Borchers on 1/11/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2592 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-278 (formerly 02-049) by Claimant Louis Peoples, Jr. Signed by Special Master Richard C. Davidson on 2/14/07. (pap, ) (Entered: 03/12/2007) |
| 03/12/2007 | 2593 | MINUTE ORDER Denying as moot 2066 Plaintiff Class MOTION for Order to Concerning Disclosure of Funds Paid to Class Members. Signed |

| | | by Judge John L. Kane on 3/12/07.(pap, ) (Entered: 03/12/2007) |
|---|---|---|
| 03/13/2007 | 2594 | Mail Returned as Undeliverable Refused Unable to Forward re: 2566 Order on Motion to Withdraw as Attorney, 2565 Order on Motion to Reopen Case, Order on Motion to Withdraw, Addressed to Willis Horn. (pap, ) (Entered: 03/13/2007) |
| 03/14/2007 | 2595 | OBJECTION to Final Order re 2590 Order of Special Master by Interested Party George Tinsley re: Claim 03-253. (pap, ) (Entered: 03/14/2007) |
| 03/15/2007 | 2596 | AMENDED MINUTE ORDER Clarifying 2593 Minute Order Denying as Moot 2066 Motion for Order Concerning Disclosure. Entered by Judge John L. Kane on 3/15/07. (pap, ) (Entered: 03/15/2007) |
| 03/19/2007 | 2597 | Mail Returned as Undeliverable re: 2593 Order on Motion for Order Addressed to James Martinez. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2598 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-103 (formerly 02-002) by Claimant Trevor Howell Sr. Signed by Special Master Richard C. Davidson on 3/16/07. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2599 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-204 (formerly 02-042) by Claimant Thomas (Tomas) Martinez #117601. Signed by Special Master Bruce D. Pringle on 3/16/07. (pap, ) (Modified on 3/27/2007 to add DOC # and correct name) (pap, ). (Entered: 03/19/2007) |
| 03/20/2007 | 2600 | LETTER/ MOTION for Reconsideration (Settlement amount) re 2482 Order, by Nathaniel Huguley re: Claim 03-218. (pap, ) (Entered: 03/21/2007) |
| 03/21/2007 | 2601 | NOTICE of Change of Address by Interested Party Wayne Thomas (pap, ) (Entered: 03/21/2007) |
| 03/22/2007 | 2602 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-806 by Claimant Mark Allen Marler. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-841 by Claimant Michael D. Barry. Signed by Special Master Richard M. Borchers on 3/19/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2604 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-895 by Claimant Alex Herrera. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2605 | NOTICE of Entry of Appearance by Jennifer Susan Fox on behalf of all defendants (Fox, Jennifer) (Entered: 03/22/2007) |
| 03/22/2007 | 2606 | ORDER Overruling 2404 Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 3/22/07. (pap, ) (Entered: 03/22/2007) |
| | | |

| | | by Judge John L. Kane on 3/12/07.(pap, ) (Entered: 03/12/2007) |
|---|---|---|
| 03/13/2007 | 2594 | Mail Returned as Undeliverable Refused Unable to Forward re: 2566 Order on Motion to Withdraw as Attorney, 2565 Order on Motion to Reopen Case, Order on Motion to Withdraw, Addressed to Willis Horn. (pap, ) (Entered: 03/13/2007) |
| 03/14/2007 | 2595 | OBJECTION to Final Order re 2590 Order of Special Master by Interested Party George Tinsley re: Claim 03-253. (pap, ) (Entered: 03/14/2007) |
| 03/15/2007 | 2596 | AMENDED MINUTE ORDER Clarifying 2593 Minute Order Denying as Moot 2066 Motion for Order Concerning Disclosure. Entered by Judge John L. Kane on 3/15/07. (pap, ) (Entered: 03/15/2007) |
| 03/19/2007 | 2597 | Mail Returned as Undeliverable re: 2593 Order on Motion for Order Addressed to James Martinez. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2598 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-103 (formerly 02-002) by Claimant Trevor Howell Sr. Signed by Special Master Richard C. Davidson on 3/16/07. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2599 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-204 (formerly 02-042) by Claimant Thomas (Tomas) Martinez #117601. Signed by Special Master Bruce D. Pringle on 3/16/07. (pap, ) (Modified on 3/27/2007 to add DOC # and correct name) (pap, ). (Entered: 03/19/2007) |
| 03/20/2007 | 2600 | LETTER/ MOTION for Reconsideration (Settlement amount) re 2482 Order, by Nathaniel Huguley re: Claim 03-218. (pap, ) (Entered: 03/21/2007) |
| 03/21/2007 | 2601 | NOTICE of Change of Address by Interested Party Wayne Thomas (pap, ) (Entered: 03/21/2007) |
| 03/22/2007 | 2602 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-806 by Claimant Mark Allen Marler. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-841 by Claimant Michael D. Barry. Signed by Special Master Richard M. Borchers on 3/19/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2604 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-895 by Claimant Alex Herrera. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2605 | NOTICE of Entry of Appearance by Jennifer Susan Fox on behalf of all defendants (Fox, Jennifer) (Entered: 03/22/2007) |
| 03/22/2007 | 2606 | ORDER Overruling 2404 Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 3/22/07. (pap, ) (Entered: 03/22/2007) |

| | | by Judge John L. Kane on 3/12/07.(pap, ) (Entered: 03/12/2007) |
|---|---|---|
| 03/13/2007 | 2594 | Mail Returned as Undeliverable Refused Unable to Forward re: 2566 Order on Motion to Withdraw as Attorney, 2565 Order on Motion to Reopen Case, Order on Motion to Withdraw, Addressed to Willis Horn. (pap, ) (Entered: 03/13/2007) |
| 03/14/2007 | 2595 | OBJECTION to Final Order re 2590 Order of Special Master by Interested Party George Tinsley re: Claim 03-253. (pap, ) (Entered: 03/14/2007) |
| 03/15/2007 | 2596 | AMENDED MINUTE ORDER Clarifying 2593 Minute Order Denying as Moot 2066 Motion for Order Concerning Disclosure. Entered by Judge John L. Kane on 3/15/07. (pap, ) (Entered: 03/15/2007) |
| 03/19/2007 | 2597 | Mail Returned as Undeliverable re: 2593 Order on Motion for Order Addressed to James Martinez. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2598 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-103 (formerly 02-002) by Claimant Trevor Howell Sr. Signed by Special Master Richard C. Davidson on 3/16/07. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2599 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-204 (formerly 02-042) by Claimant Thomas (Tomas) Martinez #117601. Signed by Special Master Bruce D. Pringle on 3/16/07. (pap, ) (Modified on 3/27/2007 to add DOC # and correct name) (pap, ). (Entered: 03/19/2007) |
| 03/20/2007 | 2600 | LETTER/ MOTION for Reconsideration (Settlement amount) re 2482 Order, by Nathaniel Huguley re: Claim 03-218. (pap, ) (Entered: 03/21/2007) |
| 03/21/2007 | 2601 | NOTICE of Change of Address by Interested Party Wayne Thomas (pap, ) (Entered: 03/21/2007) |
| 03/22/2007 | 2602 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-806 by Claimant Mark Allen Marler. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-841 by Claimant Michael D. Barry. Signed by Special Master Richard M. Borchers on 3/19/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2604 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-895 by Claimant Alex Herrera. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2605 | NOTICE of Entry of Appearance by Jennifer Susan Fox on behalf of all defendants (Fox, Jennifer) (Entered: 03/22/2007) |
| 03/22/2007 | 2606 | ORDER Overruling 2404 Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 3/22/07. (pap, ) (Entered: 03/22/2007) |
| | | |

| | | by Judge John L. Kane on 3/12/07.(pap, ) (Entered: 03/12/2007) |
|---|---|---|
| 03/13/2007 | 2594 | Mail Returned as Undeliverable Refused Unable to Forward re: 2566 Order on Motion to Withdraw as Attorney, 2565 Order on Motion to Reopen Case, Order on Motion to Withdraw, Addressed to Willis Horn. (pap, ) (Entered: 03/13/2007) |
| 03/14/2007 | 2595 | OBJECTION to Final Order re 2590 Order of Special Master by Interested Party George Tinsley re: Claim 03-253. (pap, ) (Entered: 03/14/2007) |
| 03/15/2007 | 2596 | AMENDED MINUTE ORDER Clarifying 2593 Minute Order Denying as Moot 2066 Motion for Order Concerning Disclosure. Entered by Judge John L. Kane on 3/15/07. (pap, ) (Entered: 03/15/2007) |
| 03/19/2007 | 2597 | Mail Returned as Undeliverable re: 2593 Order on Motion for Order Addressed to James Martinez. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2598 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-103 (formerly 02-002) by Claimant Trevor Howell Sr. Signed by Special Master Richard C. Davidson on 3/16/07. (pap, ) (Entered: 03/19/2007) |
| 03/19/2007 | 2599 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-204 (formerly 02-042) by Claimant Thomas (Tomas) Martinez #117601. Signed by Special Master Bruce D. Pringle on 3/16/07. (pap, ) (Modified on 3/27/2007 to add DOC # and correct name) (pap, ). (Entered: 03/19/2007) |
| 03/20/2007 | 2600 | LETTER/ MOTION for Reconsideration (Settlement amount) re 2482 Order, by Nathaniel Huguley re: Claim 03-218. (pap, ) (Entered: 03/21/2007) |
| 03/21/2007 | 2601 | NOTICE of Change of Address by Interested Party Wayne Thomas (pap, ) (Entered: 03/21/2007) |
| 03/22/2007 | 2602 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-806 by Claimant Mark Allen Marler. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2603 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-841 by Claimant Michael D. Barry. Signed by Special Master Richard M. Borchers on 3/19/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2604 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-895 by Claimant Alex Herrera. Signed by Special Master Richard M. Borchers on 3/16/07. (pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2605 | NOTICE of Entry of Appearance by Jennifer Susan Fox on behalf of all defendants (Fox, Jennifer) (Entered: 03/22/2007) |
| 03/22/2007 | 2606 | ORDER Overruling 2404 Motion in Objection to Final Order of Special Master (APPEAL OF MAGISTRATE JUDGE DECISION to District Court) by Leon Bates, Claim No. 02-113 re 2263 Order. Final Order of Special Master is Affirmed. Signed by Judge John L. Kane on 3/22/07. (pap, ) (Entered: 03/22/2007) |

| 03/22/2007 | 2607 | ORDER Overruling 2397 OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer. The 2271 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 3/22/07.(pap, ) (Entered: 03/22/2007) |
|---|---|---|
| 03/22/2007 | 2608 | Special Masters' Eighteenth Application(Motion) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - H# 2 Proposed Order (PDF Only))(pap, ) (Entered: 03/22/2007) |
| 03/26/2007 | 2609 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-679 by Claimant Rudy Saiz. Signed by Special Master Richard M. Borchers on 3/14/07. (pap, ) (Entered: 03/26/2007) |
| 03/26/2007 | 2610 | MOTION for Contempt of Order and Remedial Plan by Interested Party Roy J. Main. Re: Claim 03-026 (Attachments: # 1 Exhibits# 2 Envelope) (pap, ) (Entered: 03/26/2007) |
| 03/27/2007 | 2611 | Objection to 2599 Special Masters' Final Order, filed by Thomas (Tomas) Martinez re: Claim 03-204 (Attachments: # 1 Envelope)(pap, ) (Entered: 03/27/2007) |
| 03/29/2007 | 2612 | MOTION for Emergency Injunction Relief by Interested Party Louis Peoples, Jr., claim 03-278 (pap, ) (Entered: 03/30/2007) |
| 03/30/2007 | 2613 | Mail Returned as Undeliverable Addressed to James Martinez. (pap, ) (Entered: 03/30/2007) |
| 04/02/2007 | 2614 | Letter/Objection to Final Order of Special Master re 2609 Order, by Rudy Saiz re: claim 02-679. (pap, ) (Entered: 04/02/2007) |
| 04/03/2007 | 2615 | ORDER Approving 2608 Special Masters' Eighteenth Application for Payment of Fees and Costs. Fees and Costs are approved in the amount of $70,771.71. Signed by Judge John L. Kane on 4/3/07.(pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2616 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2617 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/03/2007) |
| 04/06/2007 | 2618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-303 by Claimant John L. Sheets. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 04/06/2007) |
| 04/09/2007 | 2619 | Mail Returned as Undeliverable re: 2615 Order on Motion for Costs Addressed to James Martinez. (pap, ) (Entered: 04/09/2007) |
| 04/13/2007 | 2620 | LETTER/REQUEST by Interested Party Nathaniel Huguley for Money awarded in 2482 Final Order of Special Master entered 1/16/07. Re: Claim 03-218 (pap, ) (Entered: 04/13/2007) |

| 03/22/2007 | 2607 | ORDER Overruling 2397 OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer. The 2271 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 3/22/07.(pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2608 | Special Masters' Eighteenth Application(Motion) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - H# 2 Proposed Order (PDF Only))(pap, ) (Entered: 03/22/2007) |
| 03/26/2007 | 2609 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-679 by Claimant Rudy Saiz. Signed by Special Master Richard M. Borchers on 3/14/07. (pap, ) (Entered: 03/26/2007) |
| 03/26/2007 | 2610 | MOTION for Contempt of Order and Remedial Plan by Interested Party Roy J. Main. Re: Claim 03-026 (Attachments: # 1 Exhibits# 2 Envelope) (pap, ) (Entered: 03/26/2007) |
| 03/27/2007 | 2611 | Objection to 2599 Special Masters' Final Order, filed by Thomas (Tomas) Martinez re: Claim 03-204 (Attachments: # 1 Envelope)(pap, ) (Entered: 03/27/2007) |
| 03/29/2007 | 2612 | MOTION for Emergency Injunction Relief by Interested Party Louis Peoples, Jr., claim 03-278 (pap, ) (Entered: 03/30/2007) |
| 03/30/2007 | 2613 | Mail Returned as Undeliverable Addressed to James Martinez. (pap, ) (Entered: 03/30/2007) |
| 04/02/2007 | 2614 | Letter/Objection to Final Order of Special Master re 2609 Order, by Rudy Saiz re: claim 02-679. (pap, ) (Entered: 04/02/2007) |
| 04/03/2007 | 2615 | ORDER Approving 2608 Special Masters' Eighteenth Application for Payment of Fees and Costs. Fees and Costs are approved in the amount of $70,771.71. Signed by Judge John L. Kane on 4/3/07.(pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2616 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2617 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/03/2007) |
| 04/06/2007 | 2618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-303 by Claimant John L. Sheets. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 04/06/2007) |
| 04/09/2007 | 2619 | Mail Returned as Undeliverable re: 2615 Order on Motion for Costs Addressed to James Martinez. (pap, ) (Entered: 04/09/2007) |
| 04/13/2007 | 2620 | LETTER/REQUEST by Interested Party Nathaniel Huguley for Money awarded in 2482 Final Order of Special Master entered 1/16/07. Re: Claim 03-218 (pap, ) (Entered: 04/13/2007) |

| 03/22/2007 | 2607 | ORDER Overruling 2397 OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer. The 2271 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 3/22/07.(pap, ) (Entered: 03/22/2007) |
| 03/22/2007 | 2608 | Special Masters' Eighteenth Application(Motion) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - H# 2 Proposed Order (PDF Only))(pap, ) (Entered: 03/22/2007) |
| 03/26/2007 | 2609 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-679 by Claimant Rudy Saiz. Signed by Special Master Richard M. Borchers on 3/14/07. (pap, ) (Entered: 03/26/2007) |
| 03/26/2007 | 2610 | MOTION for Contempt of Order and Remedial Plan by Interested Party Roy J. Main. Re: Claim 03-026 (Attachments: # 1 Exhibits# 2 Envelope) (pap, ) (Entered: 03/26/2007) |
| 03/27/2007 | 2611 | Objection to 2599 Special Masters' Final Order, filed by Thomas (Tomas) Martinez re: Claim 03-204 (Attachments: # 1 Envelope)(pap, ) (Entered: 03/27/2007) |
| 03/29/2007 | 2612 | MOTION for Emergency Injunction Relief by Interested Party Louis Peoples, Jr., claim 03-278 (pap, ) (Entered: 03/30/2007) |
| 03/30/2007 | 2613 | Mail Returned as Undeliverable Addressed to James Martinez. (pap, ) (Entered: 03/30/2007) |
| 04/02/2007 | 2614 | Letter/Objection to Final Order of Special Master re 2609 Order, by Rudy Saiz re: claim 02-679. (pap, ) (Entered: 04/02/2007) |
| 04/03/2007 | 2615 | ORDER Approving 2608 Special Masters' Eighteenth Application for Payment of Fees and Costs. Fees and Costs are approved in the amount of $70,771.71. Signed by Judge John L. Kane on 4/3/07.(pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2616 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2617 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/03/2007) |
| 04/06/2007 | 2618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-303 by Claimant John L. Sheets. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 04/06/2007) |
| 04/09/2007 | 2619 | Mail Returned as Undeliverable re: 2615 Order on Motion for Costs Addressed to James Martinez. (pap, ) (Entered: 04/09/2007) |
| 04/13/2007 | 2620 | LETTER/REQUEST by Interested Party Nathaniel Huguley for Money awarded in 2482 Final Order of Special Master entered 1/16/07. Re: Claim 03-218 (pap, ) (Entered: 04/13/2007) |

| 03/22/2007 | 2607 | ORDER Overruling 2397 OBJECTION to SPECIAL MASTER'S FINAL ORDER (Appeal to District Court) re 2271 Order re: Claim 02-412 by Claimant Alan Spreckelmeyer. The 2271 Final Order of Special Master is AFFIRMED. Signed by Judge John L. Kane on 3/22/07.(pap, ) (Entered: 03/22/2007) |
| --- | --- | --- |
| 03/22/2007 | 2608 | Special Masters' Eighteenth Application(Motion) for Payment of Fees and Costs by Special Master Richard M. Borchers. (Attachments: # 1 Exhibits A - H# 2 Proposed Order (PDF Only))(pap, ) (Entered: 03/22/2007) |
| 03/26/2007 | 2609 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-679 by Claimant Rudy Saiz. Signed by Special Master Richard M. Borchers on 3/14/07. (pap, ) (Entered: 03/26/2007) |
| 03/26/2007 | 2610 | MOTION for Contempt of Order and Remedial Plan by Interested Party Roy J. Main. Re: Claim 03-026 (Attachments: # 1 Exhibits# 2 Envelope) (pap, ) (Entered: 03/26/2007) |
| 03/27/2007 | 2611 | Objection to 2599 Special Masters' Final Order, filed by Thomas (Tomas) Martinez re: Claim 03-204 (Attachments: # 1 Envelope)(pap, ) (Entered: 03/27/2007) |
| 03/29/2007 | 2612 | MOTION for Emergency Injunction Relief by Interested Party Louis Peoples, Jr., claim 03-278 (pap, ) (Entered: 03/30/2007) |
| 03/30/2007 | 2613 | Mail Returned as Undeliverable Addressed to James Martinez. (pap, ) (Entered: 03/30/2007) |
| 04/02/2007 | 2614 | Letter/Objection to Final Order of Special Master re 2609 Order, by Rudy Saiz re: claim 02-679. (pap, ) (Entered: 04/02/2007) |
| 04/03/2007 | 2615 | ORDER Approving 2608 Special Masters' Eighteenth Application for Payment of Fees and Costs. Fees and Costs are approved in the amount of $70,771.71. Signed by Judge John L. Kane on 4/3/07.(pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2616 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/03/2007) |
| 04/03/2007 | 2617 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/03/2007) |
| 04/06/2007 | 2618 | FINAL ORDER OF SPECIAL MASTER Denying Claim 03-303 by Claimant John L. Sheets. Signed by Special Master Richard M. Borchers on 3/7/07. (pap, ) (Entered: 04/06/2007) |
| 04/09/2007 | 2619 | Mail Returned as Undeliverable re: 2615 Order on Motion for Costs Addressed to James Martinez. (pap, ) (Entered: 04/09/2007) |
| 04/13/2007 | 2620 | LETTER/REQUEST by Interested Party Nathaniel Huguley for Money awarded in 2482 Final Order of Special Master entered 1/16/07. Re: Claim 03-218 (pap, ) (Entered: 04/13/2007) |

| 04/17/2007 | 2621 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-803 by Claimant Kenneth Armbeck. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | 2622 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2623 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-271 by Claimant Cornelius Bernard Jenkins, Jr. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2624 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/17/2007) |
| 04/18/2007 | 2625 | Response and Objection to 2588 Final Order of Special Master re: Claim 02-684 by Claimant Michael Sorden (pap, ) (Entered: 04/18/2007) |
| 04/24/2007 | 2626 | MOTION For Extension of Time to File Objection to 2501 Final Order, re: Claim 02-610 by Claimant Douglas Lee Crawford. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2627 | LETTER re: 2626 MOTION For Extension of Time to File Objection to 2501 Order by Interested Party Douglas Lee Crawford. Re: Claim 02-610. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2628 | REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895 (Attachments: # 1 Notice of Change of Address)(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2629 | MINUTE ORDER Joint Status Report/Agenda due by 5/3/2007. Status Conference set for 5/7/2007 02:30 PM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2630 | MINUTE ORDER Granting 2626 Douglas Lee Crawford's Motion for Extension of Time to File Objection to Final Order of Special Master. Mr. Crawford shall have until 7/23/07 to file his objections. Entered by Judge John L. Kane on 4/25/07.(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2631 | MINUTE ORDER Denying 2628 REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895. Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/30/2007 | 2632 | (MOTION) for Writ of Quo Warranto Pursuant to FRCP 81(a)(2) by Interested Party George Charles Knorr. re: Claim 03-247 (formerly 02-278) (pap, ) (Entered: 04/30/2007) |
| 05/01/2007 | 2633 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-761 by Claimant Bennie Lee Hodge. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2634 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-770 by |

| 04/17/2007 | 2621 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-803 by Claimant Kenneth Armbeck. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2622 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2623 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-271 by Claimant Cornelius Bernard Jenkins, Jr. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2624 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/17/2007) |
| 04/18/2007 | 2625 | Response and Objection to 2588 Final Order of Special Master re: Claim 02-684 by Claimant Michael Sorden (pap, ) (Entered: 04/18/2007) |
| 04/24/2007 | 2626 | MOTION For Extension of Time to File Objection to 2501 Final Order, re: Claim 02-610 by Claimant Douglas Lee Crawford. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2627 | LETTER re: 2626 MOTION For Extension of Time to File Objection to 2501 Order by Interested Party Douglas Lee Crawford. Re: Claim 02-610. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2628 | REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895 (Attachments: # 1 Notice of Change of Address)(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2629 | MINUTE ORDER Joint Status Report/Agenda due by 5/3/2007. Status Conference set for 5/7/2007 02:30 PM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2630 | MINUTE ORDER Granting 2626 Douglas Lee Crawford's Motion for Extension of Time to File Objection to Final Order of Special Master. Mr. Crawford shall have until 7/23/07 to file his objections. Entered by Judge John L. Kane on 4/25/07.(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2631 | MINUTE ORDER Denying 2628 REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895. Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/30/2007 | 2632 | (MOTION) for Writ of Quo Warranto Pursuant to FRCP 81(a)(2) by Interested Party George Charles Knorr. re: Claim 03-247 (formerly 02-278) (pap, ) (Entered: 04/30/2007) |
| 05/01/2007 | 2633 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-761 by Claimant Bennie Lee Hodge. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2634 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-770 by |

| 04/17/2007 | 2621 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-803 by Claimant Kenneth Armbeck. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | 2622 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2623 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-271 by Claimant Cornelius Bernard Jenkins, Jr. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2624 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/17/2007) |
| 04/18/2007 | 2625 | Response and Objection to 2588 Final Order of Special Master re: Claim 02-684 by Claimant Michael Sorden (pap, ) (Entered: 04/18/2007) |
| 04/24/2007 | 2626 | MOTION For Extension of Time to File Objection to 2501 Final Order, re: Claim 02-610 by Claimant Douglas Lee Crawford. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2627 | LETTER re: 2626 MOTION For Extension of Time to File Objection to 2501 Order by Interested Party Douglas Lee Crawford. Re: Claim 02-610. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2628 | REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895 (Attachments: # 1 Notice of Change of Address)(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2629 | MINUTE ORDER Joint Status Report/Agenda due by 5/3/2007. Status Conference set for 5/7/2007 02:30 PM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2630 | MINUTE ORDER Granting 2626 Douglas Lee Crawford's Motion for Extension of Time to File Objection to Final Order of Special Master. Mr. Crawford shall have until 7/23/07 to file his objections. Entered by Judge John L. Kane on 4/25/07.(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2631 | MINUTE ORDER Denying 2628 REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895. Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/30/2007 | 2632 | (MOTION) for Writ of Quo Warranto Pursuant to FRCP 81(a)(2) by Interested Party George Charles Knorr. re: Claim 03-247 (formerly 02-278) (pap, ) (Entered: 04/30/2007) |
| 05/01/2007 | 2633 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-761 by Claimant Bennie Lee Hodge. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2634 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-770 by |

| 04/17/2007 | 2621 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-803 by Claimant Kenneth Armbeck. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
|---|---|---|
| 04/17/2007 | 2622 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-840 by Claimant Jerald Lewis. Signed by Special Master Richard M. Borchers on 3/30/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2623 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-271 by Claimant Cornelius Bernard Jenkins, Jr. Signed by Special Master Richard M. Borchers on 4/16/07. (pap, ) (Entered: 04/17/2007) |
| 04/17/2007 | 2624 | FINAL ORDER OF SPECIAL MASTER Denying Claim X-205 by Claimant Benad Abiodun. Signed by Special Master Richard M. Borchers on 3/23/07. (pap, ) (Entered: 04/17/2007) |
| 04/18/2007 | 2625 | Response and Objection to 2588 Final Order of Special Master re: Claim 02-684 by Claimant Michael Sorden (pap, ) (Entered: 04/18/2007) |
| 04/24/2007 | 2626 | MOTION For Extension of Time to File Objection to 2501 Final Order, re: Claim 02-610 by Claimant Douglas Lee Crawford. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2627 | LETTER re: 2626 MOTION For Extension of Time to File Objection to 2501 Order by Interested Party Douglas Lee Crawford. Re: Claim 02-610. (pap, ) (Entered: 04/25/2007) |
| 04/24/2007 | 2628 | REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895 (Attachments: # 1 Notice of Change of Address)(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2629 | MINUTE ORDER Joint Status Report/Agenda due by 5/3/2007. Status Conference set for 5/7/2007 02:30 PM in Courtroom A 802 before Judge John L. Kane.Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2630 | MINUTE ORDER Granting 2626 Douglas Lee Crawford's Motion for Extension of Time to File Objection to Final Order of Special Master. Mr. Crawford shall have until 7/23/07 to file his objections. Entered by Judge John L. Kane on 4/25/07.(pap, ) (Entered: 04/25/2007) |
| 04/25/2007 | 2631 | MINUTE ORDER Denying 2628 REQUEST/Letter by Interested Party Wayne Thomas for Reduced Sentence. Re: Claim 02-895. Entered by Judge John L. Kane on 4/25/07. (pap, ) (Entered: 04/25/2007) |
| 04/30/2007 | 2632 | (MOTION) for Writ of Quo Warranto Pursuant to FRCP 81(a)(2) by Interested Party George Charles Knorr. re: Claim 03-247 (formerly 02-278) (pap, ) (Entered: 04/30/2007) |
| 05/01/2007 | 2633 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-761 by Claimant Bennie Lee Hodge. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2634 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-770 by |

| | | Claimant James Arthur Dumm. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
|---|---|---|
| 05/01/2007 | 2635 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-239 by Claimant Leonard Rogers. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2636 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-183 by Claimant David Felix. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/02/2007 | 2661 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against claimant, dismissing claim with prejudice re: Claim 02-448 of Christopher Shane Gray. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/02/2007 | 2663 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against Claimant Daniel M. Werkmeister re: Claim 02-472 with prejudice. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/03/2007 | 2637 | Joint (Status Report) Statement, Matters to be raised at the Status Conference 5/7/07 by All Parties. (McCann, Elizabeth) (Modified on 5/4/2007 to edit/shorten entry)(pap2, ). (Entered: 05/03/2007) |
| 05/07/2007 | 2638 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Wilkonson, Scott) (Entered: 05/07/2007) |
| 05/07/2007 | 2639 | NOTICE of Entry of Appearance by Edward T. Ramey on behalf of all plaintiffs (Ramey, Edward) (Entered: 05/07/2007) |
| 05/07/2007 | 2640 | NOTICE of Change of Address by Interested Party Shawn M. Winkler (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2641 | LETTER requesting withdrawal of 2626 MOTION For Extension of Time. Notice of accepting the $50.00 settlement offer by Interested Party Douglas Lee Crawford. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2642 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-260 by Claimant Isidro Vega. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2643 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-357 by Claimant Lee Filipiak. Claimant is awarded $75.00 in damages. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2644 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-362 by Claimant Jesus Berzoza. Signed by Special Master Richard M. Borchers on 4/30/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2645 | Mail Returned as Undeliverable re: 2629 Order, Set Deadlines/Hearings, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to |

| | | Claimant James Arthur Dumm. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
|---|---|---|
| 05/01/2007 | 2635 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-239 by Claimant Leonard Rogers. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2636 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-183 by Claimant David Felix. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/02/2007 | 2661 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against claimant, dismissing claim with prejudice re: Claim 02-448 of Christopher Shane Gray. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/02/2007 | 2663 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against Claimant Daniel M. Werkmeister re: Claim 02-472 with prejudice. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/03/2007 | 2637 | Joint (Status Report) Statement, Matters to be raised at the Status Conference 5/7/07 by All Parties. (McCann, Elizabeth) (Modified on 5/4/2007 to edit/shorten entry)(pap2, ). (Entered: 05/03/2007) |
| 05/07/2007 | 2638 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Wilkonson, Scott) (Entered: 05/07/2007) |
| 05/07/2007 | 2639 | NOTICE of Entry of Appearance by Edward T. Ramey on behalf of all plaintiffs (Ramey, Edward) (Entered: 05/07/2007) |
| 05/07/2007 | 2640 | NOTICE of Change of Address by Interested Party Shawn M. Winkler (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2641 | LETTER requesting withdrawal of 2626 MOTION For Extension of Time. Notice of accepting the $50.00 settlement offer by Interested Party Douglas Lee Crawford. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2642 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-260 by Claimant Isidro Vega. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2643 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-357 by Claimant Lee Filipiak. Claimant is awarded $75.00 in damages. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2644 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-362 by Claimant Jesus Berzoza. Signed by Special Master Richard M. Borchers on 4/30/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2645 | Mail Returned as Undeliverable re: 2629 Order, Set Deadlines/Hearings, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to |

| | | Claimant James Arthur Dumm. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
|---|---|---|
| 05/01/2007 | 2635 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-239 by Claimant Leonard Rogers. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2636 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-183 by Claimant David Felix. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/02/2007 | 2661 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against claimant, dismissing claim with prejudice re: Claim 02-448 of Christopher Shane Gray. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/02/2007 | 2663 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against Claimant Daniel M. Werkmeister re: Claim 02-472 with prejudice. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/03/2007 | 2637 | Joint (Status Report) Statement, Matters to be raised at the Status Conference 5/7/07 by All Parties. (McCann, Elizabeth) (Modified on 5/4/2007 to edit/shorten entry)(pap2, ). (Entered: 05/03/2007) |
| 05/07/2007 | 2638 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Wilkonson, Scott) (Entered: 05/07/2007) |
| 05/07/2007 | 2639 | NOTICE of Entry of Appearance by Edward T. Ramey on behalf of all plaintiffs (Ramey, Edward) (Entered: 05/07/2007) |
| 05/07/2007 | 2640 | NOTICE of Change of Address by Interested Party Shawn M. Winkler (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2641 | LETTER requesting withdrawal of 2626 MOTION For Extension of Time. Notice of accepting the $50.00 settlement offer by Interested Party Douglas Lee Crawford. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2642 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-260 by Claimant Isidro Vega. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2643 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-357 by Claimant Lee Filipiak. Claimant is awarded $75.00 in damages. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2644 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-362 by Claimant Jesus Berzoza. Signed by Special Master Richard M. Borchers on 4/30/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2645 | Mail Returned as Undeliverable re: 2629 Order, Set Deadlines/Hearings, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to |

| | | Claimant James Arthur Dumm. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
|---|---|---|
| 05/01/2007 | 2635 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-239 by Claimant Leonard Rogers. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/01/2007 | 2636 | ORDER OF DISMISSAL OF SPECIAL MASTER Dismissing Claim X-183 by Claimant David Felix. Signed by Special Master Richard M. Borchers on 4/25/07. (pap, ) (Entered: 05/01/2007) |
| 05/02/2007 | 2661 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against claimant, dismissing claim with prejudice re: Claim 02-448 of Christopher Shane Gray. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/02/2007 | 2663 | Final ORDER of Special Master Judgment to be entered in favor of defendants and against Claimant Daniel M. Werkmeister re: Claim 02-472 with prejudice. Signed by Special Master Bruce D. Pringle on 5/2/07. (gms, ) (Entered: 05/14/2007) |
| 05/03/2007 | 2637 | Joint (Status Report) Statement, Matters to be raised at the Status Conference 5/7/07 by All Parties. (McCann, Elizabeth) (Modified on 5/4/2007 to edit/shorten entry)(pap2, ). (Entered: 05/03/2007) |
| 05/07/2007 | 2638 | MOTION to Withdraw as Attorney by Defendant Department of Corrections. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order)(Wilkonson, Scott) (Entered: 05/07/2007) |
| 05/07/2007 | 2639 | NOTICE of Entry of Appearance by Edward T. Ramey on behalf of all plaintiffs (Ramey, Edward) (Entered: 05/07/2007) |
| 05/07/2007 | 2640 | NOTICE of Change of Address by Interested Party Shawn M. Winkler (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2641 | LETTER requesting withdrawal of 2626 MOTION For Extension of Time. Notice of accepting the $50.00 settlement offer by Interested Party Douglas Lee Crawford. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2642 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-260 by Claimant Isidro Vega. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2643 | FINAL ORDER OF SPECIAL MASTER Granting in part Claim 03-357 by Claimant Lee Filipiak. Claimant is awarded $75.00 in damages. Signed by Special Master Richard M. Borchers on 5/2/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2644 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 03-362 by Claimant Jesus Berzoza. Signed by Special Master Richard M. Borchers on 4/30/07. (pap, ) (Entered: 05/07/2007) |
| 05/07/2007 | 2645 | Mail Returned as Undeliverable re: 2629 Order, Set Deadlines/Hearings, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to |

| | | Dean Ross Denton. (pap, ) (Entered: 05/07/2007) |
|---|---|---|
| 05/07/2007 | 2646 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 5/7/2007. (Court Reporter Terri Lindblom.) (pap, ) (Entered: 05/08/2007) |
| 05/07/2007 | 2651 | Objection to 2486 Final Order of Special Master denying Claim 02-668 by Claimant Fred K. Loftin. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2652 | NOTICE of Change of Address by Samuel J. Powers, Interested Party, re: Claim 03-023 for 2439 Final Order of Special Master 12/12/06. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2653 | LETTER Requesting sentence reduction re: 2445 FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. by Interested Party Wayne Thomas. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2662 | Final ORDER of Special Master Claim 03-311(formerly 02-552) of Terrence Turner is denied. Signed by Special Master Richard C. Davidson on 5/7/07. (gms, ) (Entered: 05/14/2007) |
| 05/08/2007 | 2647 | MINUTE ORDER granting 2638 Motion to Withdraw as Attorney. Attorney Scott Arthur Wilkonson terminated. Entered by Judge Edward W. Nottingham on 5/8/07. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2648 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-324 by Claimant Curtis Lee Robertson. Claimant is entitled to $300.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2649 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-339 by Claimant Joseph H. Olmedo. Claimant is entitled to $500.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2650 | APPEAL of 2530 Final Order of Special Master re: Claim 03-130 by Claimant David G. Bryan (pap, ) (Entered: 05/08/2007) |
| 05/09/2007 | 2654 | Mail Returned as Undeliverable re: 2629 Order, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to Nathaniel Huguley. (pap, ) (Entered: 05/09/2007) |
| 05/11/2007 | 2655 | LETTER from Felix Paul Olguin re: hearing on claim set before Special Master Pringle. (gms, ) (Entered: 05/11/2007) |
| 05/14/2007 | 2656 | Final ORDER of Special Master denying claim 03-267 of Joseph Ramirez. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2657 | Final ORDER of Special Master Claim 03-288 of William Esch is proven as noted and claimant is entitled to damages in amount of $500.00 Remainder of claim dismissed. Signed by Special Master Richard M. |

| | | Dean Ross Denton. (pap, ) (Entered: 05/07/2007) |
|---|---|---|
| 05/07/2007 | 2646 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 5/7/2007. (Court Reporter Terri Lindblom.) (pap, ) (Entered: 05/08/2007) |
| 05/07/2007 | 2651 | Objection to 2486 Final Order of Special Master denying Claim 02-668 by Claimant Fred K. Loftin. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2652 | NOTICE of Change of Address by Samuel J. Powers, Interested Party, re: Claim 03-023 for 2439 Final Order of Special Master 12/12/06. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2653 | LETTER Requesting sentence reduction re: 2445 FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. by Interested Party Wayne Thomas. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2662 | Final ORDER of Special Master Claim 03-311(formerly 02-552) of Terrence Turner is denied. Signed by Special Master Richard C. Davidson on 5/7/07. (gms, ) (Entered: 05/14/2007) |
| 05/08/2007 | 2647 | MINUTE ORDER granting 2638 Motion to Withdraw as Attorney. Attorney Scott Arthur Wilkonson terminated. Entered by Judge Edward W. Nottingham on 5/8/07. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2648 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-324 by Claimant Curtis Lee Robertson. Claimant is entitled to $300.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2649 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-339 by Claimant Joseph H. Olmedo. Claimant is entitled to $500.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2650 | APPEAL of 2530 Final Order of Special Master re: Claim 03-130 by Claimant David G. Bryan (pap, ) (Entered: 05/08/2007) |
| 05/09/2007 | 2654 | Mail Returned as Undeliverable re: 2629 Order, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to Nathaniel Huguley. (pap, ) (Entered: 05/09/2007) |
| 05/11/2007 | 2655 | LETTER from Felix Paul Olguin re: hearing on claim set before Special Master Pringle. (gms, ) (Entered: 05/11/2007) |
| 05/14/2007 | 2656 | Final ORDER of Special Master denying claim 03-267 of Joseph Ramirez. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2657 | Final ORDER of Special Master Claim 03-288 of William Esch is proven as noted and claimant is entitled to damages in amount of $500.00 Remainder of claim dismissed. Signed by Special Master Richard M. |

| | | Dean Ross Denton. (pap, ) (Entered: 05/07/2007) |
|---|---|---|
| 05/07/2007 | 2646 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 5/7/2007. (Court Reporter Terri Lindblom.) (pap, ) (Entered: 05/08/2007) |
| 05/07/2007 | 2651 | Objection to 2486 Final Order of Special Master denying Claim 02-668 by Claimant Fred K. Loftin. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2652 | NOTICE of Change of Address by Samuel J. Powers, Interested Party, re: Claim 03-023 for 2439 Final Order of Special Master 12/12/06. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2653 | LETTER Requesting sentence reduction re: 2445 FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. by Interested Party Wayne Thomas. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2662 | Final ORDER of Special Master Claim 03-311(formerly 02-552) of Terrence Turner is denied. Signed by Special Master Richard C. Davidson on 5/7/07. (gms, ) (Entered: 05/14/2007) |
| 05/08/2007 | 2647 | MINUTE ORDER granting 2638 Motion to Withdraw as Attorney. Attorney Scott Arthur Wilkonson terminated. Entered by Judge Edward W. Nottingham on 5/8/07. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2648 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-324 by Claimant Curtis Lee Robertson. Claimant is entitled to $300.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2649 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-339 by Claimant Joseph H. Olmedo. Claimant is entitled to $500.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2650 | APPEAL of 2530 Final Order of Special Master re: Claim 03-130 by Claimant David G. Bryan (pap, ) (Entered: 05/08/2007) |
| 05/09/2007 | 2654 | Mail Returned as Undeliverable re: 2629 Order, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to Nathaniel Huguley. (pap, ) (Entered: 05/09/2007) |
| 05/11/2007 | 2655 | LETTER from Felix Paul Olguin re: hearing on claim set before Special Master Pringle. (gms, ) (Entered: 05/11/2007) |
| 05/14/2007 | 2656 | Final ORDER of Special Master denying claim 03-267 of Joseph Ramirez. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2657 | Final ORDER of Special Master Claim 03-288 of William Esch is proven as noted and claimant is entitled to damages in amount of $500.00 Remainder of claim dismissed. Signed by Special Master Richard M. |

| | | Dean Ross Denton. (pap, ) (Entered: 05/07/2007) |
|---|---|---|
| 05/07/2007 | 2646 | Minute Entry for proceedings held before Judge John L. Kane : Status Conference held on 5/7/2007. (Court Reporter Terri Lindblom.) (pap, ) (Entered: 05/08/2007) |
| 05/07/2007 | 2651 | Objection to 2486 Final Order of Special Master denying Claim 02-668 by Claimant Fred K. Loftin. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2652 | NOTICE of Change of Address by Samuel J. Powers, Interested Party, re: Claim 03-023 for 2439 Final Order of Special Master 12/12/06. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2653 | LETTER Requesting sentence reduction re: 2445 FINAL ORDER ORDER OF SPECIAL MASTER Denying Claim 02-893 by Claimant Wayne Thomas. by Interested Party Wayne Thomas. (pap, ) (Entered: 05/09/2007) |
| 05/07/2007 | 2662 | Final ORDER of Special Master Claim 03-311(formerly 02-552) of Terrence Turner is denied. Signed by Special Master Richard C. Davidson on 5/7/07. (gms, ) (Entered: 05/14/2007) |
| 05/08/2007 | 2647 | MINUTE ORDER granting 2638 Motion to Withdraw as Attorney. Attorney Scott Arthur Wilkonson terminated. Entered by Judge Edward W. Nottingham on 5/8/07. (Text Only Entry - No Document Attached) (ewnsec, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2648 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-324 by Claimant Curtis Lee Robertson. Claimant is entitled to $300.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2649 | FINAL ORDER OF SPECIAL MASTER Granting in part and Denying in part Claim 03-339 by Claimant Joseph H. Olmedo. Claimant is entitled to $500.00 as damages. Signed by Special Master Richard M. Borchers on 5/7/07. (pap, ) (Entered: 05/08/2007) |
| 05/08/2007 | 2650 | APPEAL of 2530 Final Order of Special Master re: Claim 03-130 by Claimant David G. Bryan (pap, ) (Entered: 05/08/2007) |
| 05/09/2007 | 2654 | Mail Returned as Undeliverable re: 2629 Order, 2630 Order on Motion for Extension of Time, 2631 Order Addressed to Nathaniel Huguley. (pap, ) (Entered: 05/09/2007) |
| 05/11/2007 | 2655 | LETTER from Felix Paul Olguin re: hearing on claim set before Special Master Pringle. (gms, ) (Entered: 05/11/2007) |
| 05/14/2007 | 2656 | Final ORDER of Special Master denying claim 03-267 of Joseph Ramirez. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2657 | Final ORDER of Special Master Claim 03-288 of William Esch is proven as noted and claimant is entitled to damages in amount of $500.00 Remainder of claim dismissed. Signed by Special Master Richard M. |

| | | Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
|---|---|---|
| 05/14/2007 | 2658 | Final ORDER of Special Master Claim 03-331 of Ronald Atencio is denied. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2659 | Final ORDER of Special Master Claim 03-367 of Ricardo Campos is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2660 | Final ORDER of Special Master Claim 03-083 of Marcos Garza is dismissed without prejudice in favor of claimant. Signed by Special Master Richard C. Davidson on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2664 | ORDER of Dismissal of Special Master Dismissing Claim X-210 of Morgan Boggs. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2665 | ORDER of Dismissal of Special Master Claim X-211 of Kevin Chillis is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master (gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2666 | Docket Annotation re: 2664 Order, 2665 Order, 2659 Order. These docket entries were modified to indicate the orders were signed by special master. Text only entry - no document attached. (gms, ) (Entered: 05/14/2007) |
| 05/15/2007 | 2667 | LETTER from Amado Alvarez Benavides re: 2551 Final Order on Claim 02-685. (pap, ) (Entered: 05/16/2007) |
| 05/17/2007 | 2668 | FINAL ORDER OF SPECIAL MASTER Granting in part and Dismissing in part Claim 03-321 by Claimant Jeffery Harris. Claimant is granted $350.00 in damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/17/2007 | 2669 | FINAL ORDER OF SPECIAL MASTER Granting in part and denying in part Claim 03-276 by Claimant Michael K. Tivis. Claimant is awarded $180.00 as damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/18/2007 | 2670 | MOTION for Reconsideration re 2618 Order. Actually titled Motion of Suppression of Evidence and Quelch, Motion to Modify and Amend Master's Order re: Claim 03-303 by John L. Sheets (pap, ) (Entered: 05/18/2007) |
| 05/21/2007 | 2671 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-390 by Claimant Lawrence E. Savage. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2672 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-444 by Claimant Lionel Vigil. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| | | Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
|---|---|---|
| 05/14/2007 | 2658 | Final ORDER of Special Master Claim 03-331 of Ronald Atencio is denied. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2659 | Final ORDER of Special Master Claim 03-367 of Ricardo Campos is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2660 | Final ORDER of Special Master Claim 03-083 of Marcos Garza is dismissed without prejudice in favor of claimant. Signed by Special Master Richard C. Davidson on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2664 | ORDER of Dismissal of Special Master Dismissing Claim X-210 of Morgan Boggs. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2665 | ORDER of Dismissal of Special Master Claim X-211 of Kevin Chillis is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master (gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2666 | Docket Annotation re: 2664 Order, 2665 Order, 2659 Order. These docket entries were modified to indicate the orders were signed by special master. Text only entry - no document attached. (gms, ) (Entered: 05/14/2007) |
| 05/15/2007 | 2667 | LETTER from Amado Alvarez Benavides re: 2551 Final Order on Claim 02-685. (pap, ) (Entered: 05/16/2007) |
| 05/17/2007 | 2668 | FINAL ORDER OF SPECIAL MASTER Granting in part and Dismissing in part Claim 03-321 by Claimant Jeffery Harris. Claimant is granted $350.00 in damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/17/2007 | 2669 | FINAL ORDER OF SPECIAL MASTER Granting in part and denying in part Claim 03-276 by Claimant Michael K. Tivis. Claimant is awarded $180.00 as damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/18/2007 | 2670 | MOTION for Reconsideration re 2618 Order. Actually titled Motion of Suppression of Evidence and Quelch, Motion to Modify and Amend Master's Order re: Claim 03-303 by John L. Sheets (pap, ) (Entered: 05/18/2007) |
| 05/21/2007 | 2671 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-390 by Claimant Lawrence E. Savage. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2672 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-444 by Claimant Lionel Vigil. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| | | Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
|---|---|---|
| 05/14/2007 | 2658 | Final ORDER of Special Master Claim 03-331 of Ronald Atencio is denied. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2659 | Final ORDER of Special Master Claim 03-367 of Ricardo Campos is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2660 | Final ORDER of Special Master Claim 03-083 of Marcos Garza is dismissed without prejudice in favor of claimant. Signed by Special Master Richard C. Davidson on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2664 | ORDER of Dismissal of Special Master Dismissing Claim X-210 of Morgan Boggs. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2665 | ORDER of Dismissal of Special Master Claim X-211 of Kevin Chillis is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master (gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2666 | Docket Annotation re: 2664 Order, 2665 Order, 2659 Order. These docket entries were modified to indicate the orders were signed by special master. Text only entry - no document attached. (gms, ) (Entered: 05/14/2007) |
| 05/15/2007 | 2667 | LETTER from Amado Alvarez Benavides re: 2551 Final Order on Claim 02-685. (pap, ) (Entered: 05/16/2007) |
| 05/17/2007 | 2668 | FINAL ORDER OF SPECIAL MASTER Granting in part and Dismissing in part Claim 03-321 by Claimant Jeffery Harris. Claimant is granted $350.00 in damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/17/2007 | 2669 | FINAL ORDER OF SPECIAL MASTER Granting in part and denying in part Claim 03-276 by Claimant Michael K. Tivis. Claimant is awarded $180.00 as damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/18/2007 | 2670 | MOTION for Reconsideration re 2618 Order. Actually titled Motion of Suppression of Evidence and Quelch, Motion to Modify and Amend Master's Order re: Claim 03-303 by John L. Sheets (pap, ) (Entered: 05/18/2007) |
| 05/21/2007 | 2671 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-390 by Claimant Lawrence E. Savage. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2672 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-444 by Claimant Lionel Vigil. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| | | Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
|---|---|---|
| 05/14/2007 | 2658 | Final ORDER of Special Master Claim 03-331 of Ronald Atencio is denied. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2659 | Final ORDER of Special Master Claim 03-367 of Ricardo Campos is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2660 | Final ORDER of Special Master Claim 03-083 of Marcos Garza is dismissed without prejudice in favor of claimant. Signed by Special Master Richard C. Davidson on 5/14/07. (gms, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2664 | ORDER of Dismissal of Special Master Dismissing Claim X-210 of Morgan Boggs. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master(gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2665 | ORDER of Dismissal of Special Master Claim X-211 of Kevin Chillis is dismissed. Signed by Special Master Richard M. Borchers on 5/14/07. (gms, ) Modified on 5/14/2007 to indicate signed by special master (gms, ). (Entered: 05/14/2007) |
| 05/14/2007 | 2666 | Docket Annotation re: 2664 Order, 2665 Order, 2659 Order. These docket entries were modified to indicate the orders were signed by special master. Text only entry - no document attached. (gms, ) (Entered: 05/14/2007) |
| 05/15/2007 | 2667 | LETTER from Amado Alvarez Benavides re: 2551 Final Order on Claim 02-685. (pap, ) (Entered: 05/16/2007) |
| 05/17/2007 | 2668 | FINAL ORDER OF SPECIAL MASTER Granting in part and Dismissing in part Claim 03-321 by Claimant Jeffery Harris. Claimant is granted $350.00 in damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/17/2007 | 2669 | FINAL ORDER OF SPECIAL MASTER Granting in part and denying in part Claim 03-276 by Claimant Michael K. Tivis. Claimant is awarded $180.00 as damages. Signed by Special Master Richard M. Borchers on 5/16/07. (pap, ) (Entered: 05/17/2007) |
| 05/18/2007 | 2670 | MOTION for Reconsideration re 2618 Order. Actually titled Motion of Suppression of Evidence and Quelch, Motion to Modify and Amend Master's Order re: Claim 03-303 by John L. Sheets (pap, ) (Entered: 05/18/2007) |
| 05/21/2007 | 2671 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-390 by Claimant Lawrence E. Savage. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2672 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-444 by Claimant Lionel Vigil. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| 05/21/2007 | 2673 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-447 by Claimant Joann Davis. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2674 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-453 by Claimant James R. Street. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2675 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-499 by Claim Robert Whitworth. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2676 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-732 by Claimant Craig Cordell Ralston. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| 05/21/2007 | 2673 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-447 by Claimant Joann Davis. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
|---|---|---|
| 05/21/2007 | 2674 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-453 by Claimant James R. Street. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2675 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-499 by Claim Robert Whitworth. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2676 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-732 by Claimant Craig Cordell Ralston. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| 05/21/2007 | 2673 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-447 by Claimant Joann Davis. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
|---|---|---|
| 05/21/2007 | 2674 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-453 by Claimant James R. Street. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2675 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-499 by Claim Robert Whitworth. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2676 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-732 by Claimant Craig Cordell Ralston. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |

| 05/21/2007 | 2673 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-447 by Claimant Joann Davis. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
|---|---|---|
| 05/21/2007 | 2674 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-453 by Claimant James R. Street. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2675 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-499 by Claim Robert Whitworth. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |
| 05/21/2007 | 2676 | FINAL ORDER OF SPECIAL MASTER Dismissing Claim 02-732 by Claimant Craig Cordell Ralston. Signed by Special Master Bruce D. Pringle on 5/2/07. (pap, ) (Entered: 05/21/2007) |