# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Douglas E. Cressler |
|---|---|---|
| Clerk of Court | February 26, 2010 | Chief Deputy Clerk |

Raymond Arthur Price
CSP - Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777
#66072

**RE:**     **10-1059, Montez v. Owens, et al.,, et al**
            Dist/Ag docket: 1:92-CV-00870-JLK-OES

Dear Appellant:

The court has docketed the appeal in this case.

Attorneys for parties must complete and file an entry of appearance form within 14 days from the date of this letter. Pro se parties must complete and file the form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders.

Prisoners must pay the full amount of the filing fee. *See* 28 U.S.C. 1915(b)(1). The court must assess, and have the warden collect, partial filing fees. There are other requirements of prisoners under the act. They include providing a certified copy of the prisoner's trust fund statement for the preceding six months, and consenting to the collection of the funds from the prisoner's account by the custodian.

The district court is reviewing your application to proceed on appeal without prepayment of fees. Until the district court enters an order, proceedings on appeal are suspended. When that is done, you will receive further instructions.

Prisoners are reminded that to invoke the prison mailbox rule they must immediately file a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. *See* Fed. R. App. P. 4(c) and *United States v. Ceballos-Martinez*, 358 F.3d 732 (2004), *revised and superseded*, 371 F.3d 713 (10th Cir. 2004), *reh'g denied en banc*, 387 F.3d 1140 (10th Cir. 2004), *cert. denied*, 125 S.Ct. 624, (U.S. Nov 29, 2004).

Please contact this office if you have questions.

                                              Sincerely,

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:       Patricia Bellac
           Paula Dee Greisen
           Jennifer Susan Huss
           Robert Charles Huss
           Elizabeth H. McCann
           James X. Quinn
           Edward T. Ramey
           Jennifer Wardner Riddle

EAS/sds