OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Matthew I. Redmon
#56031
Florida Lake County Jail
551 West Main Street
Tavares, FL 32778





92-cv-00870-JLK
DOC # 4282

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 01 2010

GREGORY C. LANGHAM
CLERK

RECEIVED
FEB 16 2010
By

HASLER
US POSTAGE