

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Hobert G. Stephens
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

RETURN TO SENDER
All incoming mail to a CDOC
and DOC # and a return mail address
CDOC AR 300-38
will include facility name, inmates name

FILED
UNITED STATES DISTRICT
DENVER, COL.

MAR 01 2010

GREGORY C. LANG
CLERK

92-cv-00870-JLK
Doc # 4335

HASLER
02/26/2010
Mailed From 82202
US POSTAGE