# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number X-384
Category: Untimely Filed Claim
Claimant: Gregory J. Deegan, #124948
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the claim form of Gregory J. Deegan. Claimant alleges that he is vision and mobility impaired.

On September 1, 2009, Judge John Kane held a hearing on all aspects of this case. Included in the hearing was a discussion concerning the filing of new claims. Judge Kane has directed that Defendants respond to any new claim if they believe a claimant does not fall within the class. If any objection is filed, class counsel will be given an opportunity to respond. A determination will be made on any objection by the Special Master, subject to an appeal to Judge Kane. A copy of the court minutes is enclosed for review by Claimant.

Defendants will be given an opportunity to file an objection to the claim of Gregory J. Deegan. Class counsel and Claimant will be given an opportunity to file any response they may have to the objection of Defendants.

IT IS HEREBY ORDERED that Defendants are granted up to and including **December 21, 2009** in which to file an objection to the processing of the claim of Gregory J. Deegan; and

IT IS FURTHER ORDERED that class counsel and Claimant will be granted up to and including **January 18, 2010** in which to file any response they may have to any objection of Defendants.

SIGNED this 17th day of November, 2009.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 17th day of November, 2009 to the following:

Mr. Gregory J. Deegan
#124948
SCF
P.O. Box 6000
Sterling, CO 80751

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

RECEIVED NOV 13 2009 By____

CLAIM NO. X-384

CATEGORY NO. _____

## REVISED CLAIM FORM FOR DAMAGES

Name of Claimant: **Gregory J. Deegan**     DOC No. **124948**

Mailing Address of Claimant: **Sterling Correctional Facility P.O. Box 6000, Sterling Colorado. 80751**

During what time periods have you been incarcerated in DOC? **From 2003 to to Current Time with Periods of Parole**

When is your expected release date? **December 23rd, 2009**

Please check the area/s in which you have a disability:

☒ Mobility impaired   ☐ Hearing impaired   ☒ Vision impaired   ☐ Diabetic

On what date do you believe that you became disabled? **Birth 4-20-1958**

Describe each disability and how it affects your life. If you have more than one disability, describe each disability separately (You may use additional pages, if necessary): **I can not function propsely in any area of my life without being able to see I Belive DOC has caused permanant Damage to my eyes during the periods they would not issue me persceiption glass's mobility became an issue as my eyes got worse and worse, especially in**

*DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT*

brigth ligth I now see black dots that swirls around I get head achs. My ligth sensitivity is now way worse than what it was befor. They still wont give me any sun blocking devics.

On what date/s were you the victim of discrimination prohibited by the ADA and Rehabilitation Act? From June, 2009 to present Late October, 2009

Please describe how you believe that you were discriminated against by the Colorado Department of Corrections (You may use additional pages, if necessary): They Refused to issue me glass's During my return to DOC for a 180 day pseriod due to a parole violation see above dates

Please describe the harm caused to you because of discrimination by the Colorado Department of Corrections (You may use additional pages, if necessary): Permanant Damage to Both eyes. Fear that I migth get injured, fear that could get injured from behind me no periforal vision at all

Why have you waited to file your claim? I'm not legal smart I dont know what to due, know one has advised me other wise about ADA procedure.

I hereby swear or affirm that all of the statements made in this claim form are true and accurate to the best of my knowledge.

Signed this 10th day of November, 2009.

Gregory D. Doerpaun
Claimant

This revised claim form must be mailed to the Special Master at the following address:

Hon. Richard M. Borchers, Legal Resolution Center,
7907 Zenobia Street, Westminster, CO 80030-4444

This claim form must be filed as soon as possible, but in no event later than a date set by the Special Master.

*DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT*