Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A838
Courtroom A802
901 19th Street
Denver, CO  80294-3589

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 04 2010

352 2010
GREGORY C. LANGHAM
CLERK

Jay Bailey   103284
FLCF/5
Box 1000
Ft. Lyon, CO  81038

RE: MONTEZ Remedial Plan....Mario Primaveri CR83502

92-cv-00870-JLK

Your Honor:

Mr. Primaveri cannot read or write due to closed head injury. His other disabilities include: Mobiity (Walker & cane), Hearing, and  Diabetes.

Recently, a new Request for Accommodations was submitted to the AIC. Pending an answer, Sgt. Singleton (cell house Sgt.) has taken it upon himself to assign inmates to help him. He had assign- ed Amel Olier #141456, to read the bulletin board on Jan. 18th. However, that came to an end on Feb. 2oth when he was moved down to the second floor.

Now, Dennis Harpin #117628, was assigned on Feb. 24th to read the board and report any pertinent PA announcements. Dennis Harpin also wears a hearing aid, and is also already assigned as an OCA II wheelchair pusher for Keith Morris.

A hearing impaired man, who already has a job, has been assigned to a second job, in addition to the first, to help a hearing impaired man hear. *No addition to pay, however.*

Sgt. Singleton does a fantastic job in complying with the upper echelon's whims of moving inmates about every-other-day. He has to juggle jobs and separate the preditory minded inmates that DOC sends into Ft. Lyon Correctional Facility, *from the at-risk inmates,*

I know that there are lots of mature and/or non-violent inmates from other facilities to draw on. Instead, we get first time gang-bang offenders with a built in attitude. They are kept separate, for the most part, from disabled and/or at-risk medical needs inmates.  However, some leak through because of the demand for able-bodied inmates for work. Also, paying inmates 63¢ a day creates more preditors. e.g. I pay 8 tokens a month for my laundry. The laundry workers put extra soap and detergent that they have robbed from other machines into the machines with paying inmate's clothes. The machines dispense soap & bleach automatically, but a way has been found around it. *Funding has been cut so soap and other needs have been cut.*

This **63 cent pay** was introduced just about the time that the MONTEZ Remedial Plan was brought forth.  A veiled attempt at **re- tribution.**  But they had enough money to build a 208 million dollar prison that has no funds to open. That's okay.  The tax-payers have deep pockets. They will simply find something else to tax in order to get the money.

Uncle Sam will not give Colorado money because of the Manditory parole, non-compliance with ADA, and other corrupt and illegal things that are in progress.

I'm sorry that I got carried away with my commentary. It is the first part of the letter concerning Mr. Primaveri and Mr. Harpin that is most important. Thank-you for your time.

Sincerely,

*Jay H. Bailey*