```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX026243
Cashier ID: sg
Transaction Date: 03/03/2010
Payer Name: STATE OF COLORADO
----------------------------------------
PLRA CIVIL FILING FEE
For: LARRY GORDON
Case/Party: D-COX-1-92-CV-00870A-004
Amount:          $2.58
----------------------------------------
CHECK
Check/Money Order Num: 5003
Amt Tendered: $2.58
----------------------------------------
Total Due:           $2.58
Total Tendered: $2.58
Change Amt:          $0.00

MONTHLY PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```

08-1399