OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

Matthew T. Redmon
#56831
Florida - Lake County Jail
551 West Main Street
Tavares, FL 32778

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2010

GREGORY C. LANGHAM
CLERK

92-cv-00870-JLK
Doc # 4301



☐ ILLEGAL CONTRABAND
☒ NOT IN CUSTODY
☐ ADDRESSEE UNKNOWN
L.C.D.C.

N|C



US POSTAGE