IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Cora Ferales, #66331, Untimely Filed Claim X-374)

    Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

---

OFFICE OF THE CLERK
STATES DISTRICT COURT
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2010

GREGORY C. LANGHAM
CLERK

92-CV-00870-JLK
Doc # 4358

Cora Ferales
#66331
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver,

NIXIE 802 90 1 40 03/03/10
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151 *1568-02834-03-35

NO LONGER HERE
RETURN TO SENDER