IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MINUTE ORDER REGARDING RONALD CORDOVA [Docket No. 4339]**

---

Plaintiffs, by and through their counsel, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey, Lara E. Marks, and Blain D. Myhre of ISAACSON ROSENBAUM, PC, hereby file this unopposed motion to extend the time for their response to the court's Minute Order dated February 24, 2010 regarding Ronald Cordova [docket no. 4339].

As grounds for their motion, Plaintiffs state the following:

1. On February 24, 2010, the Court issued a Minute Order (docket no. 4339) directing class counsel to respond to Docs. 2856 and Cordova's related filings, addressing concerns raised by the Special Master in Docs. 3884 and 4026 regarding the March 31, 2008 Stipulation. Class Counsel's response was due on or before March 9, 2010.

2. While preparing the response, undersigned counsel was informed of a family emergency and needed to leave work immediately. Accordingly, Plaintiffs' respectfully request a two (2) day extension of time to file the response.

3. No prejudice will occur to either party as a result of this short delay.

4. Pursuant to D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, James Quinn, regarding the defendants' position on this motion, and was informed that there is no objection.

WHEREFORE, Plaintiffs respectfully move the Court grant a two (2) day extension, until March 11, 2010, within which to respond to the court's Minute Order.

Respectfully submitted: March 9, 2010

        KING & GREISEN, LLP

        /s Paula Greisen
        Paula Greisen
        Jennifer W. Riddle
        1670 York Street
        Denver, CO 80206
        (303) 298-9878
        (303) 298-9879 (fax)
        greisen@kinggreisen.com
        riddle@kinggreisen.com

        Edward T. Ramey
        Lara E. Marks
        Blain D. Myhre
        Isaacson Rosenbaum, PC
        1001 17th St., Suite 1800
        Denver, Co. 80202

        Attorneys for Plaintiff Class

# CERTIFICATE OF SERVICE

       I, the undersigned, hereby certify that on the 9th day of March, 2010, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MINUTE ORDER REGARDING RONALD CORDOVA [Docket No. 4339] with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann  
Attorney for Defendants  
Colorado Attorney General's Office  
1525 Sherman St.  
Denver, Co. 80203  
303-866-3261  
Fax: 303-866-5443  
beth.mccann@state.co.us  

                                                */s* Laurie Mool