IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

---

# ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MINUTE ORDER REGARDING RONALD CORDOVA
**[Docket No. 4339]**

---

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Minute Order regarding Ronald Cordova [Docket No. 4339] is GRANTED. Plaintiffs shall have to and including Thursday, March 11, 2010 within which to file its Response to the court's Minute Order regarding Ronald Cordova.

DATED: March _____, 2010.

BY THE COURT:

_____