THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 Claim C-002

Plaintiff, JESSE MONTEZ
STEPHEN MOORE, CLASS MEMBER

v.

Defendant. BILL RITTER et al

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 08 2010

GREGORY C. LANGHAM
CLERK

SYSTEMIC JUDICIAL BIAS & PREJUDICE AGAINST PRISONERS AS A CLASS TO VIOLATION OF EQUAL PROTECTION & DUE PROCESS OF LAW. PLAIN ERROR, ABUSE OF DISCRETION, CORRUPT JUDICIARY.

PER ORDER DENYING DISABILITY (DOC 4240) THERE IS OVERWHELMING JUDICIAL PREJUDICE TOWARDS PRO SE PRISONERS TO 100% OR CLOSE DENIAL OF PRISONER MOTIONS & CLAIMS VIOLATING EQUAL PROTECTION & DUE PROCESS OF THE LAW. JUDICIARY & SPECIAL MASTERS IN PLAIN ERROR & ABUSE OF DISCRETION REFUSE TO FOLLOW A.D.A. LAW, STIPULATIONS.

(1) BY FACT. SPECIAL MASTERS DECISION TO DENY DAMAGE CLAIM WAS ON ERRONEOUS VISION DISABILITY STANDARD OF 20-200 LEGAL BLIND. ROTE ACCEPTANCE OF DEFENDANTS ARBITRARY CLAIM. TO EXCLUSION OF SUBSTANTIALLY LIMITED OF A.D.A LAW. COVER UP OF FACTS & DEFENDANTS VIOLATIONS

(2) BY FACT. DEFENDANTS ADMIT MOORE DISABLED 'VISION IMPAIRED' COURT REFUSED TO ACKNOWLEDGE FACT 2 hour READING VISION A DAY, 6 hours TOTAL DAILY VISION. SEE EXIBIT. TO PLAIN ERROR

3. Plain Error Is Allowing Defendants To Claim 20/4.50 Vision + Left Eye Injury Is Not A Disability. By Law, Stipulation + Defendants Regulation Disability Is With Or Without Accomodation. To Abuse Of Discretion.

(4) Plain Error Is Allowing Defendant To Give A 1 Legged Person A 2 By 4 And Claim Disability 'Corrected' To Evade A.D.A Compliance

(5) Plain Error + Abuse Of Discretion Is To Allow Defendants To Withhold All Glasses 21 months Admitt 'Impaired' Ignore 20-4.50 Vision + Injury For 10 years And Judicial Prejudice Against Prisoners + Bias For State Defendants To Systemically Allow Evasive Claims To Advoid A.D.A Compliance 21 months No glasses 20 4.50 Vision, 2 To 6 hours Daily Vision, Cronic Pain, 20-200 Legally Blind Erroneous Standard, Now 20-60, To Clearly Established Law. 'Substantially Limited' Is Not Disabled, Thus Allow Defendant + Judicial Compliance To Law By Prejudice Towards Prisoners.

Mailed To Hall + Griesen + Colo Att Riddle # 36355    Generals Office

Sworn True + Correct 3rd Day of March 2010
By Stephen Moore
Stephen Moore 57351
Box 0777 C-5-14
Canon City Colo
81215

2.

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CRS08/09-62    STEP (Circle One) **1** 2 3    ADA? Yes ☐ No ☒

NAME: Stephen Moore    DOC NO. 57381    FACILITY CSP D-6-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Request Optometry Exam. Per Vision Impaired + Left Eye Injury. The script changes every 6 to 9 months now. Moore in @ 30 minutes to 2 hours vision of reading has days of cronic pain, reading problems cause debilitation of 6 hours total daily vision.

Per cronic pain + disability Request Optometry Exam. By A.R. F's when needed per past nurses have set there own whelms to vision care by denial of exams + results of exams. Remedy Optometry Exam frame also broke 10-28-08 stem to short from issue. Broke adjusting

DATE: 10-30-08    OFFENDER SIGNATURE: Stephen Moore

DATE RECEIVED: ___    RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE: Med - Lousberg

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: ___    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical
DATE: 10/31/08   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Amoore L. Moore 3869

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
DATE: ___    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

RECEIVED NOV 0 3 2008