IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiffs' Unopposed Motion (doc. #4359) for Extension of Time to Respond to Minute Order regarding Ronald Cordova is GRANTED. Plaintiffs shall have to and including Thursday, March 11, 2010 within which to file its Response to the court's Minute Order regarding Ronald Cordova.

Dated: March 9, 2010

Service of this order shall be made via NEF.