# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:    719.226.4249

Step 3 Grievance Officer

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2010

GREGORY C. LANGHAM
CLERK



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

February 18, 2010

RE: Grievance #D-FL09/10-012

Dear Mr. Jay Bailey #103284:

I have reviewed your Step 3 grievance that you filed with regard to mobility disability status.

In review of this matter it is my finding that in determining whether or not an offender is mobility impaired, each offender is evaluated using a standard criteria pertaining to his or her ability to perform certain tasks related to mobility.  You received such an evaluation by a medical health professional.  I cannot second guess the results of that evaluation as I am not a medical professional.  The results indicate that you do meet the criteria required to be categorized as mobility disabled and you were given an Accommodation Resolution ("AR") dated 10/19/09.  The accommodations provided to you are listed on that resolution.  You claim that the accommodations are unsatisfactory; however the Chief Medical Office together the Office of the AIC made the determination that the accommodations adequately address your needs.  Based upon the fact that you were evaluated and determined to be disabled and provided with the appropriate accommodations, I cannot recommend any relief in this matter.

It is your burden to prove the allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden.  There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied.  This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender Records

Your Honor;
  Bottom line is that accommodations have been reduced to a level below that of the original, as the title of the Step-one indicates. Maybe they do not know the definition of the word, "truncated." The "what" and other issues are addressed in the body of each step as mis-information from each response was given.
  Review past step-three grievances that are answered by Anthony A. DeCesaro and I believe you will find them to almost be identical. Esp. "Your burden to prove." I did not know that the victim had to prove anything. The title should have been "Malevolently Truncated Accommodation Resolution."
           Sincerely,
           Jay H. Bailey

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 01/04/10    Case Manager: DeLoon

RECEIVED JAN 04 2010 By____

Grievance Number  D-FL09/10-012         STEP (Circle One)  1  2  ③

| NAME Jay Bailey | DOC NO. 103284 | FACILITY/UNIT/POD FLCF/5 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: **See Steps One & Two For Background**
1) Accessable toilet in cell--See **Remedial Plan § V. Placement**, "Inmates... will have the same privileges and property rights as they possess in their placement." I had an accessable toilet in my other cells in other fadilities. It cannot be taken away. Able-bodied inmates located all through the CDOC system have accessable toilets in their cells. Why do you want to take that away froma disabled inmate? See **§ X. Resonable Accommodations--#5 Equal Access.** "Reasonable Accommodations shall be made to ensure equal access for inmates with disabilities to the..., and to **all** other programs, **benefits and services** at DOC."  2) Extra time to move about the facility--Hopefully this accommodation will put a stop to any further harassment and orders to jump and hurry, by staff members. A crippled man cannot hurry and jump. See Steps One & Two for the rest.

**REMEDY:** See Steps One & Two. Also, answer the question: Who and why are the Accomodations being changed to weaken them?  P.S. My Medical records reflect my need for the in-cell toilet. That's why the Doctor okayed it to begin with.

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 12-30-2009 | OFFENDER SIGNATURE | Jay H. Bailey |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability | |
| DATE: 1/4/09 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  N Goldsberry #10610 |

Date ADA grievance sent to AIC:
**RESPONSE**

RECEIVED

JAN 1 1 2010

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC      Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 11-3-9   Case Manager: DeLeon

Grievance Number D-FL09/10-012   STEP (Circle One) 1 (2) 3

RECEIVED NOV 03 2009 By____

| NAME Jay Bailey | DOC NO. 103284 | FACILITY/UNIT/POD FLCF |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: See Step-one for background

The omission and/or clever re-verbalization, changes the effectiveness of the accommodations. In fact they have been diminished. e.g. Having a wheelchair pusher does not guarantee arriving anywhere, on time. Waiting for a staff member to show up to key an elevator can take as long as 15 minutes. The assigned pushers are not attached to the back of the chair, to go at a moment's notice. Also, a toilet with someone sitting on it in a restroom down the hall is **not** accessable. Especially with 4 or 5 men waiting in line. My medical condition and handicap requires one very near my bed. Furthermore, it is not accessable during "count time." #11 has been reworded to mean something else. The "special consideration" to cuffing and shackling is to prevent leg cuffs from digging into my damaged lower legs that are prone to swelling and serious infections. If the "box" is used on my wrists, I cannot protect myself from being thrown from my chair as many of us have been. The driver **will not** stop and pick us off the floor. The "G" forces are magnified by the increased distance from the ground in a high vehicle and increased height of wheelchairs. #8. Not "work restrictions!" I said **"modified."**
REMEDY: See step-one. Also, return to original phraseology.

**TO BE COMPLETED BY OFFENDER:**
DATE: 11-2-2009   OFFENDER SIGNATURE: Jay H. Bailey

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE 11/03/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # N Goldsberry #10610
Date ADA grievance sent to AIC: 11/4/09
RESPONSE

Please see attached response

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 11/9/09   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # Lou Archuleta   RESPONSE DATE: 12/21/09

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 12-29-09   OFFENDER SIGNATURE/PRINT NAME & DOC # Jay H. Bailey   Jay Bailey 103284

RECEIVED NOV 09 2009
Office of Correctional Legal Services

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Deputy Director of Prisons
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:   (719)226-4774
Fax:     (719)226-4775
Web:     www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:     Offender Jay Bailey, 103284

FROM:   Lou Archuleta
        Deputy Director of Prisons

DATE:   December 21, 2009

RE:     Step II ADA Grievance, D-FL09/10-012

I must first begin by apologizing for the late response. I have reviewed the Step I Grievance that you submitted and the response that was provided by the office of the AIC and concluded your request was responded to appropriately in Step I.

Your concerns have been reviewed and properly addressed.

Your Step II Grievance is denied.

LA/gw

Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 8-18-9    Case Manager: [signature]

Grievance Number: D-FLC09/10-012    STEP (Circle One) (1) 2  3

RECEIVED AUG 18 2009

| NAME | Jay Bailey | DOC NO. | 103284 | FACILITY/UNIT/POD | FLCF/5 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy:

### Truncated Accommodation Resolution

The Accommodation Resolution that I received on 7-16-2009, has been abridged. "Housed in an accessable cell with access to bathroom facilities...", has been changed to only, "Access to bathroom facilities..." A toilet that is down the hall, or on a diferent floor, is not accessible. One in my house/cell is and I have had such according to my medical needs except for the 37 days in 2008 that I was shuttled around Colorado and then back to FLCF. "Transported in an accessible vehicle" has been omitted. "Special consideration of your disability with respect to cuffing & shackling" has been omited. "Additional time to complete your activities of daily living & moving about the facility" have been omited. "you require modified work, school, or program schedule" has been omited (this is to ensure that I am able to lie in bed with my legs elevated to prevent severe edema that has caused severe infections & celluitus that has caused numerous trips to the ER and hospital in the past. Four hours max are allowed for my legs to be down. Se medical records). The edema is also the reason that I should not have leg shackles, hence the special consideration.
**REMEDY:** Replace all ommissions from my Accommodation Resolution.

**TO BE COMPLETED BY OFFENDER:**
DATE: 8-14-2009    OFFENDER SIGNATURE: Jay H. Bailey

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 8/19/09   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: W. Goldsberry, W. Goldsberry #1067

Date ADA grievance sent to AIC: 8/19/09

**RESPONSE**

### SEE ATTACHED RESPONSE

~~Grievance Manager~~
Office of Correctional Legal Services
Acting AIC-ADA Inmate Coordinator
#2429

Kathleen Baxter
10/14/09

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: 8/21/09 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: KATHLEEN BAXTER / Kathleen Baxter #2429 | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 10-28-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: Jay H. Bailey    Jay Bailey  103284

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

RECEIVED AUG 21 2009 Office of Correctional Legal Services

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax:     719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:   Katie Baxter, Designee  *K. Baxter*
        Office of the AIC (ADA Inmate Coordinator)
Received Grievance: August 21, 2009
Sent Response: October 6, 2009
Offender Name: BAILEY, JAY
DOC No: 103284
Facility: FLCF
Grievance No: D-FL09/10-012

**DISABILITY STATUS: Per Accommodation Resolution dated 6/9/09 you were determined TO HAVE a qualifying lower extremity mobility disability.**

**DISABILITY STATUS: Per Accommodation Resolution dated 6/9/09 you were determined NOT TO HAVE a qualifying vision disability.**

**In the grievance referenced above, you allege the following:**
1. The Accommodation Resolution you received on 7/16/09 has been changed and some of your previous accommodations have been omitted.
2. Housed in an accessible cell with access to bathroom facilities has been changed. A toilet that is down the hall or on a different floor is not accessible.
3. The following accommodations have been omitted:
    a. Transport in an accessible vehicle
    b. Special consideration of your disability with respect to cuffing and shackling
    c. Additional time to complete your activities of daily living
    d. Additional time to move about the facility
    e. You require a modified work, school or program schedule

**Requested Relief/Remedy:**
1a. Revise Accommodation Resolution and list all omitted accommodations.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. The Office of the AIC changed the standard verbiage on some of the accommodations.
2. Since you have listed several omissions I will address them one by one.
3. The DOC is required to provide all wheelchair bound offenders with access to an accessible cell and bathroom facilities. The DOC is not obligated to provide every wheelchair bound offender these accommodations in their cell. If the bathroom is located down the hall and is wheelchair accessible then DOC has fulfilled it's obligation. The ADA requires a disabled person be able to

access these facilities it does not specify where the facilities will be located. If a toilet is located in the bathroom down the hall and is fully accessible to wheelchair offenders and the height of the toilet is appropriate and the grab bars have been installed then the bathroom would be considered accessible by ADAAG standards. The same standard would apply to the showers.

4. Transport in an accessible vehicle has not been omitted from your current accommodation. It is listed as Number 16.

5. Special consideration of your disability with respect to cuffing and shackling has not been omitted. It is listed as Number 11.

6. Additional time to complete your activities of daily living was inadvertently omitted and a new revised Accommodation Resolution will be prepared listing this accommodation.

7. Additional time to move about the facility was omitted. It has been determined since you have a full time pusher you do not require additional time to arrive at destinations in your facility. You should be able to make it in the allotted amount of time with the assistance of a wheelchair pusher.

8. Work and program restrictions are no longer listed on an individual's Accommodation Resolution. A new process has been established pursuant to Administrative Regulation 850-3 *Offender Assignment and Pay*. These restrictions are now listed on an Assignment Description form.

## CONCLUSION:

This grievance is **DENIED in part and GRANTED in part** based on the information above. A revised Accommodation Resolution listing Additional time to complete your Activities of Daily Living will be prepared and processed.

**GRIEVANCE DENIED IN PART & GRANTED IN PART**

Cc: AIC File.

**Colorado Department Of Corrections**

Name: Jay Bailey
Register Number: 103284
Unit: FLCF
Box Number: 1000
City, State, Zip: Ft. Lyon, CO 81038

Senior Judge John L. Kane
Alfred A. Arraj U.S. Courthouse A 838
Courtroom A 802
901 19th Street
Denver, CO 80294-3589

