Friday, December 4, 2009

Honorable John L. Kane, Jr., Judge
United States District Court
For The District Of Colorado
Alfred A. Arraj Federal Courthouse
Office of the Clerk
Room A-105
901-19th Street
Denver, Colorado          80294-3589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2010

GREGORY C. LANGHAM
CLERK

Re: Order of Thursday, March 6, 2009, in <u>Montez</u>, et al. v. <u>Owens</u>, Civil Action No. 92-CV-870-CMA (D.C. Colo, 1992), Claim No. 03-308 (formerly 01-036)

Your Honor,

  This is a follow-up to the Court's Order of Thursday, March 6, 2009, in the above entitled matter. In that Order, the matter had been referred to this Court for action. To date of this letter, however, no action has been taken in more than eight (8) months. Defendant, the Colorado State Department of Corrections is still not in compliance with the Remedial Plan of August 27, 2003. It is highly unlikely that they will ever be. I need the personal costs, fees, and other expenses I have invested so that I may

-2-

pursue a similar action for discrimination based solely upon my mental health disabilities. I, now, ask the Court's indulgence in providing me with some direction.

In closing, any time, consideration, or other cooperation that you, or your office, may be able to lend me, in this very important matter, would therefore be gratefully appreciated. As always, I look forward to your timely response. If I may be of any, further, assistance to you or your office, then, please do not hesitate to contact me, in writing, at the address that has been provided to you, below, for your convenience.

Very Respectfully. Yours,

/s/ R. Kailey

Randy Kailey
SoZAT Bldg. 1/2-L-22
275 West Hwy. 50
P.O. Box #1010
Canon City, Colorado 81215-1010

Claimant, Pro Se