IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

Raymond Arthur Price,

    Plaintiff(s)/Petitioner(s),

v.

Bill Ritter, et al

_____,

    Defendant(s)/Respondent(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2010

GREGORY C. LANGHAM
CLERK

---

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
28 U.S.C. § 1915 AND FED. R. APP. P. 24**

---

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that:

(1)    I am unable to pay such fees or give security therefor.
(2)    The issues I desire to raise on appeal are:

(A) The Right To Appeal Judge Kane' rulings concerning Special Master's (Doc 4148) Consideration of (Individual damage claims);(B); Appeal damage claims pertaining to hearing loss and disability status.

(3)    I am entitled to redress.
(4)    I take this appeal in good faith.
(5)    The appeal is not frivolous and presents a substantial question.

Rev. 9/98

(6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

$7.42 Prisoner Account

I declare under penalty of perjury that the foregoing is true and correct.

Executed at __C.S.P.__ on __March 10 2010__.
(location)                         (date)

*Prisoner's Original Signature*

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

Rev. 9/98                    2

# STATE OF COLORADO



**DEPARTMENT OF CORRECTIONS**
Colorado State Penitentiary
P. O. Box 777
Canon City , CO 81215-0600
Phone: (719) 269-5120
Fax:    (719) 269-5125

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

I Case Manager L. Watkins certify that the attached Inmate Banking History for Offender Price, Raymond #66072 for the dates of **09/01/2009** thru **03/09/2010** is true and accurate.

S/ _L. Watkins_ _____ Date____03/09/2010_

# COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado
### **Statement of Account Activity**
Period: 09/01/2009 - 03/09/2010
Printed: 03/09/2010

**Name:** PRICE, RAYMOND A
**Number:** 66072
**Location:** C.S.P. - CSP/UNIT F

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 09/01/09 00:00 | Beginning Balance | | 7.44 | 7.44 | | | 0.00 | 7.44 | |
| 09/01/09 13:52 | Canteen #6903701 Hold | | | 7.44 | CANTEEN | 2.43 | 2.43 | 5.01 | |
| 09/03/09 12:19 | Canteen Order #6903701 | -2.43 | 5.01 | 5.01 | | | 0.00 | 5.01 | CS |
| 09/03/09 16:41 | 2 STUDENT | 4.50 | 9.51 | 9.51 | MANDATORY | 1.80 | 1.80 | 7.71 | CS |
| 09/03/09 18:47 | 1 F POD - UNASSIGNED | 1.15 | 10.66 | 10.66 | MANDATORY | 0.46 | 2.26 | 8.40 | CS |
| 09/15/09 13:45 | Canteen #6931482 Hold | | | 10.66 | CANTEEN | 0.77 | 3.03 | 7.63 | |
| 09/17/09 07:06 | Canteen Order #6931482 | -0.77 | 9.89 | 9.89 | | | 2.26 | 7.63 | CS |
| 09/30/09 03:52 | FILING FEES-05-1382 | -1.13 | 8.76 | 8.76 | | | 1.13 | 7.63 | CS |
| 09/30/09 05:52 | RESTITUTION-88CR1443 | -1.13 | 7.63 | 7.63 | | | 0.00 | 7.63 | CS |
| 10/05/09 09:40 | 2 STUDENT | 6.46 | 14.09 | 14.09 | MANDATORY | 2.58 | 2.58 | 11.51 | CS |
| 10/05/09 12:23 | Canteen #6969465 Hold | | | 14.09 | CANTEEN | 0.48 | 3.06 | 11.03 | |
| 10/06/09 09:12 | Canteen #6974336 Hold | | | 14.09 | CANTEEN | 1.80 | 4.86 | 9.23 | |
| 10/08/09 07:17 | Canteen Order #6974336 | -1.80 | 12.29 | 12.29 | | | 3.06 | 9.23 | CS |
| 10/15/09 14:19 | MONEY ORDER - CREDIT | 10.00 | 22.29 | 22.29 | MANDATORY | 4.00 | 7.06 | 15.23 | CS |
| 10/20/09 14:01 | Canteen #7003226 Hold | | | 22.29 | CANTEEN | 2.31 | 9.37 | 12.92 | |
| 10/21/09 07:17 | Canteen Order #6969465 | -0.48 | 21.81 | 21.81 | | | 8.89 | 12.92 | CS |
| 10/21/09 14:11 | Canteen Order #7003226 | -2.31 | 19.50 | 19.50 | | | 6.58 | 12.92 | CS |
| 10/30/09 08:01 | FILING FEES-05-1382 | -3.29 | 16.21 | 16.21 | | | 3.29 | 12.92 | CS |
| 10/30/09 11:10 | RESTITUTION-88CR1443 | -3.29 | 12.92 | 12.92 | | | 0.00 | 12.92 | CS |
| 11/03/09 09:31 | Canteen #7027857 Hold | | | 12.92 | CANTEEN | 0.39 | 0.39 | 12.53 | |
| 11/05/09 08:17 | Canteen Order #7027857 | -0.39 | 12.53 | 12.53 | | | 0.00 | 12.53 | CS |
| 11/05/09 16:29 | 2 STUDENT | 6.46 | 18.99 | 18.99 | MANDATORY | 2.58 | 2.58 | 16.41 | CS |
| 11/09/09 13:31 | POSTAGE-DEBIT | -0.44 | 18.55 | 18.55 | | | 2.58 | 15.97 | CS |
| 11/09/09 13:31 | POSTAGE-DEBIT | -0.44 | 18.11 | 18.11 | | | 2.58 | 15.53 | CS |
| 11/17/09 09:40 | Canteen #7062006 Hold | | | 18.11 | CANTEEN | 1.40 | 3.98 | 14.13 | |
| 11/19/09 06:54 | Canteen Order #7062006 | -1.40 | 16.71 | 16.71 | | | 2.58 | 14.13 | CS |
| 12/01/09 03:34 | FILING FEES-05-1382 | -1.29 | 15.42 | 15.42 | | | 1.29 | 14.13 | CS |
| 12/01/09 06:03 | RESTITUTION-88CR1443 | -1.29 | 14.13 | 14.13 | | | 0.00 | 14.13 | CS |
| 12/01/09 11:46 | Canteen #7087093 Hold | | | 14.13 | CANTEEN | 6.56 | 6.56 | 7.57 | |
| 12/02/09 07:20 | Canteen Order #7087093 | -6.56 | 7.57 | 7.57 | | | 0.00 | 7.57 | CS |
| 12/03/09 16:03 | 1 STUDENT | 2.70 | 10.27 | 10.27 | MANDATORY | 1.08 | 1.08 | 9.19 | CS |
| 12/03/09 17:11 | 1 F POD - UNASSIGNED | 2.30 | 12.57 | 12.57 | MANDATORY | 0.92 | 2.00 | 10.57 | CS |
| 12/08/09 09:39 | POSTAGE-DEBIT | -0.44 | 12.13 | 12.13 | | | 2.00 | 10.13 | CS |
| 12/08/09 09:39 | POSTAGE-DEBIT | -0.44 | 11.69 | 11.69 | | | 2.00 | 9.69 | CS |
| 12/15/09 09:35 | Canteen #7121785 Hold | | | 11.69 | CANTEEN | 0.39 | 2.39 | 9.30 | |
| 12/17/09 07:04 | Canteen Order #7121785 | -0.39 | 11.30 | 11.30 | | | 2.00 | 9.30 | CS |
| 12/31/09 02:54 | FILING FEES-05-1382 | -1.00 | 10.30 | 10.30 | | | 1.00 | 9.30 | CS |
| 12/31/09 05:41 | RESTITUTION-88CR1443 | -1.00 | 9.30 | 9.30 | | | 0.00 | 9.30 | CS |
| 01/05/10 11:00 | Canteen #7159975 Hold | | | 9.30 | CANTEEN | 0.39 | 0.39 | 8.91 | |
| 01/06/10 10:00 | Canteen Order #7159975 | -0.39 | 8.91 | 8.91 | | | 0.00 | 8.91 | CS |
| 01/06/10 16:19 | 1 STUDENT | 6.76 | 15.67 | 15.67 | MANDATORY | 2.70 | 2.70 | 12.97 | CS |
| 01/13/10 08:31 | POSTAGE-DEBIT | -0.44 | 15.23 | 15.23 | | | 2.70 | 12.53 | CS |
| 01/19/10 11:59 | Canteen #7198001 Hold | | | 15.23 | CANTEEN | 2.23 | 4.93 | 10.30 | |
| 01/20/10 13:42 | Canteen Order #7198001 | -2.23 | 13.00 | 13.00 | | | 2.70 | 10.30 | CS |
| 01/29/10 04:22 | FILING FEES-05-1382 | -1.35 | 11.65 | 11.65 | | | 1.35 | 10.30 | CS |
| 01/29/10 06:14 | RESTITUTION-88CR1443 | -1.35 | 10.30 | 10.30 | | | 0.00 | 10.30 | CS |
| 02/02/10 10:17 | Canteen #7218899 Hold | | | 10.30 | CANTEEN | 0.50 | 0.50 | 9.80 | |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
**\*\*Statement of Account Activity\*\***
Period: 09/01/2009 - 03/09/2010
Printed: 03/09/2010

**Name:** PRICE, RAYMOND A
**Number:** 66072
**Location:** C.S.P. - CSP/UNIT F

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/10 12:17 | Canteen Order #7218899 | -0.50 | 9.80 | 9.80 | | | 0.00 | 9.80 | CS |
| 02/05/10 16:09 | 1 STUDENT | 6.09 | 15.89 | 15.89 | MANDATORY | 2.44 | 2.44 | 13.45 | CS |
| 02/09/10 11:02 | Canteen #7241436 Hold | | | 15.89 | CANTEEN | 6.29 | 8.73 | 7.16 | |
| 02/10/10 08:23 | POSTAGE-DEBIT | -0.44 | 15.45 | 15.45 | | | 8.73 | 6.72 | CS |
| 02/11/10 06:59 | Canteen Order #7241436 | -6.29 | 9.16 | 9.16 | | | 2.44 | 6.72 | CS |
| 02/23/10 11:57 | POSTAGE-DEBIT | -0.44 | 8.72 | 8.72 | | | 2.44 | 6.28 | CS |
| 02/23/10 11:57 | POSTAGE-DEBIT | -0.44 | 8.28 | 8.28 | | | 2.44 | 5.84 | CS |
| 02/26/10 03:35 | FILING FEES-05-1382 | -1.22 | 7.06 | 7.06 | | | 1.22 | 5.84 | CS |
| 02/26/10 05:29 | RESTITUTION-88CR1443 | -1.22 | 5.84 | 5.84 | | | 0.00 | 5.84 | CS |
| 03/02/10 00:47 | Canteen #7279420 Hold | | | 5.84 | CANTEEN | 0.38 | 0.38 | 5.46 | |
| 03/03/10 07:42 | Canteen Order #7279420 | -0.38 | 5.46 | 5.46 | | | 0.00 | 5.46 | CS |
| 03/04/10 08:33 | POSTAGE-DEBIT | -0.44 | 5.02 | 5.02 | | | 0.00 | 5.02 | CS |
| 03/05/10 15:14 | 2 STUDENT | 1.50 | 6.52 | 6.52 | MANDATORY | 0.60 | 0.60 | 5.92 | CS |
| 03/05/10 15:17 | 1 STUDENT | 1.50 | 8.02 | 8.02 | MANDATORY | 0.60 | 1.20 | 6.82 | CS |
| 03/05/10 15:35 | 1 F POD - UNASSIGNED | 2.30 | 10.32 | 10.32 | MANDATORY | 0.92 | 2.12 | 8.20 | CS |
| 03/09/10 12:19 | Canteen #7296896 Hold | | | 10.32 | CANTEEN | 0.78 | 2.90 | 7.42 | |
| 03/09/10 23:58 | Ending Balance | | | 10.32 | 10.32 | | | 2.90 | 7.42 | |

**Total Deposits:** 51.72
**Total Withdrawals:** 48.84

| Account Information as of 03/09/2010  1:24PM | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 10.32 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $2.90 | **Available Balance** | $7.42 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.

Page 2 of 2