

LEGAL MAIL:

**Colorado Department Of Corrections**
C.S.P.
Name: Art Price
Register Number: 60072
Unit: F7-25
Box Number: 777
City, State, Zip: Canon City, Colo. 81215-0777

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 15 2010
GREGORY C. LANGHAM
CLERK

TO:
92cv0870

United States District Court
Office of the Clerk
901 - 19th St. Room A105
Denver, Colo. 80294-3589

