IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   92-cv-00870-JLK

RAYMOND ARTHUR PRICE,

               Plaintiff,

v.

BILL RITTER, ET AL,

               Defendants.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Kane, Senior Judge

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  I deny the Motion.  As I have already ruled in this case, abuse of discretion reviews of Special Master determinations under § XXXII of the Montez Remedial Plan are contract-based and were intended by the parties to be final decisions not subject to further appeal.  *See* Order Formalizing 9/1/09 Bench Ruling re Tenth Circuit Appeals from Special Master Orders (Doc. 4148).  Even if an appeal were available under the terms of the parties' agreement, I find Price's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) because Price has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

     ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is denied.

     DATED at Denver, Colorado this   17th   day of March, 2010.

                                               **s/John L. Kane**
                                               SENIOR U.S. DISTRICT JUDGE