**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | March 18, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Raymond Arthur Price
CSP - Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777
#66072

**RE:**   10-1059, Montez v. Owens, et al.,, et al
Dist/Ag docket: 1:92-CV-00870-JLK-OES

Dear Appellant:

The district court has notified this court that it has denied appellant leave to proceed without prepayment of fees. Since the fees have not been paid and a further application to proceed without prepayment has not been filed in district court, appellant must pay the $5.00 filing fee and $450.00 docket fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment fees pursuant to 28 U.S.C. 1915. Appellant may use the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (to be mailed to appellant) and return them to this court within 40 days of the date of this letter. Unless the fees are paid or the forms are returned within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

Appellant must file an opening brief within 40 days from the date of this letter. Appellant may use the Pro Se Brief form (to be mailed to appellant) or may file a separate brief. If appellant does not use the form, appellant's brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions.

Please contact this office if you have questions.

                                                       Sincerely,

                                                       Elisabeth A. Shumaker
                                                     Clerk of the Court

cc:      Patricia Bellac
          Paula Dee Greisen
          Jennifer Susan Huss
          Robert Charles Huss
          Elizabeth H. McCann
          James X. Quinn
          Edward T. Ramey
          Jennifer Wardner Riddle

EAS/sds