IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

    Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

    Defendants.

## MINUTE ORDER RE PENDING MOTIONS MOOTED BY 3/23/10 ORDER RE 12/15/10 REPORT AND RECOMMENDATION

JUDGE JOHN L. KANE ORDERS

In light of the rulings set forth in today's Order re Report and Recommendation of Special Master and Related Filings issued March 23, 2010 (Doc. 4381), the following pending Motions and Objections/Appeal are DENIED as MOOT:

• Brenda Mumford's Objection/Appeal of Special Master Decision (Doc. 3995);

• Class Counsel's Objection to the Orders of the Special Masters re Mumford, Montoya, Weigand and Other Similarly-Situated Claimants (Doc. 4039);

• Defendants' Motion to Stay Individual Damages Claim Hearings etc. (Doc. 4317); and

• Raymond Goodloe's Objection (Motion for Reconsideration) (Doc. 4380) re Court's February 17, 2010 Order.

In addition, the following pending Motions/Objections are REFERRED to the Special Masters for review and action, if appropriate, in accordance with the 3/23 Order:

• Debbie Gillon's Motions to Request (1) Return of Personal Glasses (Doc. 4106) and (2) Reinstatement of Medical Restrictions (Doc. 4107);

• Jill Coit's Motion to Request Consideration under Montez Class Action Regarding

Vision Impairment and Hearing Impairment (Doc. 4111);

- Lawrence Fitzgerald's Motion for Leave to File an Amended Complaint (Doc. 4164); and

- Eldridge Griffin's Motion for Enforcement of Existing Remedial Plan and for Recognition of Disability (Doc. 4167).

Dated March 23, 2010.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE