IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

---

Claim Number: 03-308 (formerly 01-036)
Category: III
Claimant: Randy Kailey, #50247
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter of Claimant sent to the Special Masters and the letter sent to Judge Kane. Claimant requests information on the status of his claim and request for assistance.

Judge John L. Kane is now assigned to this case. Judge Kane has set the compliance hearing for June 7, 2010. This hearing is expected to last four weeks and will determine whether Defendants are substantially in compliance with the Remedial Plan.

In recent orders on other claims, Judge Kane has indicated that he does not expect the jurisdictional issue concerning additional individual claims and motions to be resolved before the compliance hearing. In fact, he has indicated that the issue may be intertwined with the overall compliance determination. For the time being, nothing further can be done on individual claims until after Judge Kane issues his ruling.

IT IS HEREBY ORDERED that Claimant's letters are accepted for filing and will be held in abeyance.

SIGNED this 19th day of March, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master