IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER
---

THIS MATTER comes before the Special Master on the documents filed by Claimant Jay H. Bailey (#4366). Claimant previously has been advised of the jurisdictional issue that presently exists. Judge Kane has indicated in recent orders on other claims that this issue will not be resolved until after the compliance hearing.

The compliance hearing is scheduled to commence on June 7, 2010 and is expected to last for four weeks. Judge Kane has advised both sides that the issue of additional *pro se* claims or motions being filed will be resolved as part of the compliance process. Until Judge Kane rules, nothing further can be done on the documents that Claimant has submitted.

IT IS HEREBY ORDERED that the documents filed by Claimant Jay H. Bailey will be accepted for filing; and

IT IS FURTHER ORDERED that no further action can be taken on Claimant's letter until the jurisdictional issue is resolved by Judge Kane.

SIGNED this 19th day of March, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master