IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-474
Category III
Claimant: Mary Ann Fernandez, #57763
Address of Claimant: LVCF, 1401 W. 17th Street, Pueblo, CO 81003

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the stipulation of the parties. The claim has been resolved and will be closed.

IT IS HEREBY ORDERED that the stipulation is approved and made an order of the Court; and

IT IS FURTHER ORDERED that this claim file will be closed; and

IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 10, 2010**.

SIGNED this 19th day of March, 2010.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master