IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-465
Category III
Claimant: Allen Fistell, #63253
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Class Counsels' request for time in which to respond to the March 5, 2010 order. This request is appropriate and will be granted.

IT IS HEREBY ORDERED that Class Counsel is granted up to and including **April 7, 2010** in which to file any pleading deemed appropriate in response to the order of March 5, 2010.

SIGNED this 24th day of March, 2010.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master