

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433

March 31, 2010

Clerk of Court
Unites States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:     Montez v. Romer
         In Re: Raymond Price**

Court of Appeals Case No. 10-1059
District Court Case No. 92-cv-00870-JLK

Dear Clerk:

        We hand you herewith Volume I of the Record on Appeal in the above referenced case.

Volume 1. Electronic Pleadings

                              Sincerely,
                              GREGORY C. LANGHAM, Clerk


                              by   s/ B. Reed
                                 Deputy Clerk


cc:  See Notice of Electronic Filing