IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92CV00870-JLK

JESSE MONTEZ, ET AL
Plaintiffs, as representatives of themselves and all similarly situated,

v.

BILL RITTER, et al,
Defendants.

---

RESPONSE TO ORDER re CLAIMANT CORDOVA'S OBJECTION/APPEAL (Doc.3857)
FROM JUDGE, JOHN L. KANE, DATED MARCH 18, 2010 (4377)

---

Plaintiff is compelled to respond, and or, object because he feel's the Court does not consider plaintiff's eye sight as a serious issue, and as for grounds states:

1. Plaintiff has submitted several pleading of facts regarding why the Plaintiff eye sight and prescription glasses are vital to daily life activities.

2. The Plaintiff has been diagnosed by family Optometrist Dr. Kanda, having early "macular degeneration/photophobia-sensitivty stimulated of bright lights and direct exposure to sun light.

3. Plaintiff, was a welder, and had gone through two welding school to learn a trade to support his family right out of the Navy. But the Plaintiff developed sever headaches from welding flash regardless of what lens he used to protect his eye while welding. This conditions worsen causing him to wear dark prescription eye glasses all the time. And eventually to stop welding. Or in the long run loose his eye sight.

4. The Plaintiff does not have a personal beef simply to get photo-gray lenses. Its for more serious then the Judge may know. I have had dark lens for over 50 years, and at present I have "NO" prescriptions glasses with a corrective prescription and according to Sutton v. United States, 527 US 471 (1999) I am disabled and have a vision claim. Since DOC Medical has refused to return my glasses on Feb 10, when I specifically told Officer Christian and Officer Peck of my condition and that I was allowed to keep property under Montez et al agreements. Their conduct was deliberate discrimination by failing to return my eye glasses. Its been over a year, and my eye have lost eye sight.

5. Also, the Remedial Plan and its Stipulation are clear, that glasses are to be replaced. ADA inmates and all inmates in general according to these agreements. The April 4, 2008 Stipulation and the very first issue No. 1 clearly states a "replacement pair will be given.

Also, the Black's Law Dictionary, Sixth Edition: 'give the defintion of the word "replace' and means. To place again; <u>to restore to former condition</u>. Citing Illinois Cent. R. Co. v. Franklin County, 387 Ill. 301, 56 N.E.2d 775, 779. term, given its plain, ordinary meaning, means to supplant substitute or equivalent. Olenick v. Governmet Employees Inc. Co., 42 A.D2d 760, 346 N.Y.S. 2d 320, 321 to take the place of.

This does not mean a cheap pair or inferior pair of glasses. Inmates need the precription that was ordered by their family optometrist.

   6. As for argument regarding Security and safety issues of wire frame glasses. ADA class members should have been allowed to argue there is no difference between wire frame or plastic frame glasses as to whether one is, or is not a safety and security problem.

Also I believe the DOC must first decide whether the regulation is reasonably related to penological interest. Under Turner v. Safley, 482 US 78 (1978). The test or standard requires four questions. Also, I am aware that this test was determined under the First Amendment, and requires the prison to justify its regulation. See also Spellman v. Hopper, 95 F. Supp2d 1267.

The Turner test:  (1) Is the regulation reasonably related  to a ligitimate "neutral government interest.

(2) Does the regulation leave open another way for you to exercise your constitutional rights.

(3). Hoe does the regulation impact other prisoners, prison guards or officials and prison resources.

(4). Are there obvious, easy alternatives to the regulation that would not restrict your rights to free expression.

These four part test gives prisoners a chance to put forward suggestions and alternatives ways to achieve another goal. See Fraise v. Terhune, 283 F3d 506 (2d Cir. 2002)

   7. Eye glasses is a basic human need, to alter a prescription would only lead to costly law suits and litigations/grievances. Common sense tells us to leave well enough alone.

   8 There is also the fact that the Medical Provider and the optical company making and supplying the prison eye glasses have a contract. In which the provider will profit from the thousands of prisoner in DOC who wear glasses and need to be exchanged. The cost of buying eye glasses with the Optical company is considerable higher then for an inmate to buy his glasses, unless the inmates wants to forfiet the cost of designer glasses. I am positive I could prove the provider is getting a kick back through production of document and interrogatories.

Not to mention saving the state tax payer considerable money. As of now its the tax payer who will bear the burden of the cost, and the provider to profit.
Its better to allow inmates to continue to buy their own glasses and bear the cost themselves. And if its required, only to buy a plastic frame fine.

9. As for the issue with a Conflict of interest with the AIC office and Cathy Holst or who ever replace her. Will always remain, because their loyalty is to the state and their job. Plus, its fact that as to who recommended the AIC for that position.

Wherefore, The Plaintiff, submits this pleading and response for consideration and that the Plaintiff just not have a personal beef with anyone, only wanting proper health care as a basic human need.

date March 24, 2010

Respectfully

*Ronald Cordova*
Ronald Cordova, 57350
SCF        Unit 1-B
P.O.Box 6000
Sterling, Co 80751