IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number X-283
Category: Untimely Filed Claim
Claimant: Robert J. Landrum, #124611
Address of Claimant:CCF, P.O. Box 600, Canon City, CO 81215-0600

---

**FINAL ORDER OF SPECIAL MASTER**

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a claim that was denied, as Claimant had entered into DOC after August 27, 2003. The claim had been filed pursuant to Article XXXII of the Remedial Plan that was approved on August 27, 2003. To the extent the claim alleged discrimination after August 27, 2003, the claim was held in abeyance. An issue had arisen concerning the jurisdiction of the Special Masters to accept *pro se* claims for alleged discrimination occurring after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the claim of Robert J. Landrum is dismissed in its entirety; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 2nd day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master