IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number X-383
Category: Untimely Filed Claim
Claimant: Mr. John DeBella, #133881
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously sent a letter to the Special Masters and requested assistance in obtaining accommodations for his disabilities. Claimant was advised that he would have to file a claim under Article XXXII of the Remedial Plan. Claimant was granted up to and including November 16, 2009 in which to file a claim. No claim was ever filed by Claimant.

Since Claimant did not file a claim, no action could be taken under Article XXXII of the Remedial Plan. The file was left open, as it appeared that Claimant was objecting to DOC conduct that occurred well after August 23, 2007. According to the DOC Locator, Claimant was sentenced on November 6, 2006 in Jefferson County. Claimant was not in DOC custody on August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case.

IT IS HEREBY ORDERED that the file of John Debella is dismissed in its totality; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 2nd day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master