IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

**JESSE (JESUS) MONTEZ, et al.**,

    Plaintiffs,

v.

**BILL RITTER, et al.**,

    Defendants.

---

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF DEADLINE BY WHICH PRO SE FILINGS/CLAIMS SHALL BE ACCEPTED BY SPECIAL MASTERS**

---

Plaintiffs, through their undersigned class counsel, respectfully request the Court to enlarge its deadline of April 16, 2010, within which the Special Masters are authorized to accept pro se class member filings/claims submitted under § XXXII of the Montez Remedial Plan, to and including April 30, 2010. In support of this Motion, Plaintiffs state as follows:

**Certificate of Compliance with D.C.Colo.LCivR 7.1(A)**

Plaintiffs' undersigned counsel certifies that he conferred with James X. Quinn, Esq., counsel for the Defendants, on April 5, 2010, regarding the relief requested in this Motion. Mr. Quinn has not as yet been able to advise undersigned counsel whether or not the Defendants will consent to the Motion. The Motion is, nevertheless, being submitted at this time due to the time sensitivity of the relief requested.

2294622_1.doc

1. Per its Order re Report and Recommendation of Special Master (Doc. 3741) and Related Filings (Doc. 4381), dated March 23, 2010, the Court established a deadline of April 16, 2010, for the acceptance by the Special Masters of any further pro se class member filings/claims submitted under § XXXII of the Montez Remedial Plan.

2. To assure that all potentially affected class members are advised of this critical deadline, Plaintiffs' class counsel has prepared an explanatory letter, together with sufficient copies of both the letter and the Court's Order, for delivery to each member of the Plaintiff class.

3. Plaintiffs' class counsel and Defendants' counsel have been conferring regarding the most efficient and cost-effective way to assure delivery of the letter and Court Order to each of the Plaintiff class members, though the logistics of this process have not been finalized as of the filing of the within Motion. As affected class members, upon receipt of the letter and Order, will have to contact the Special Masters to obtain the appropriate claim forms, prepare their claims, and allow time for the transmittal of the claims through channels to the Special Masters, it is unlikely that each potentially affected class member will be able to meet the April 16, 2010, deadline.

4. For the reasons set forth above, and to allow any potentially affected class members to submit such claims as they may have for consideration by the Special Masters, Plaintiffs request that the Court's deadline of April 16, 2010, for acceptance of such claims by the Special Masters be extended fourteen days to April 30, 2010.

Respectfully submitted this 6th day of April, 2010.

          <u>s/ Edward T. Ramey</u>
Edward T. Ramey
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO  80202
Phone:  303.292.5656
Fax:  303.292.3152
E-mail:  eramey@ir-law.com; lmarks@ir-law.com; bmyhre@ir-law.com;

Paula Greisen
Jennifer Riddle
King & Greisen, LLP
1670 York Street
Denver, CO 80206
303.298.9878
303-298.9879 (fax)


# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 6th day of April, 2010, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

| | |
|---|---|
| Paula Dee Greisen<br>greisen@kinggreisen.com<br>David Miller<br> miller@kinggreisen.com<br>Jennifer Wardner Riddle<br>riddle@kinggreisen.com<br>King and Greisen, LLP<br>1670 York Street<br>Denver, CO  80206<br>*Attorneys for Plaintiffs* | (beth.mccann@state.co.us)<br>Elizabeth H. McCann, Deputy Attorney General<br>James X. Quinn<br>James.Quinn@state.co.us<br>Jennifer Susan Huss<br>jennifer.huss@state.co.us<br>Robert Charles Huss<br>rob.huss@state.co.us<br>Willow Ivana Arnold<br>willow.arnold@state.co.us<br>Berina Ibrisagic<br>berina.ibrisagic@state.co.us<br>1525 Sherman Street, 5th Floor<br>Denver, CO  80203<br>*Attorneys for Defendants* |
| Brice A. Tondre<br>briceatondrepc@msn.com<br>Castelar M. Garcia<br>slvlaw@gojade.org<br>H. Earl Moyer<br>mbvlaw@mbv1.net<br>Patricia S. Bellac<br>psblawfirm@comcast.net | |

          *s/ Edward T. Ramey*
          Edward T. Ramey