# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

**JESSE (JESUS) MONTEZ, et al.**,

    Plaintiffs,

v.

**BILL RITTER, et al.**,

    Defendants.

---

## ORDER

---

    Upon consideration of Plaintiffs' Motion for Enlargement of Deadline by Which Pro Se Filings/Claims Shall be Accepted by Special Masters, and finding good cause shown, the Court GRANTS the Motion.

    The Special Masters are authorized to accept pro se class member filings/claims submitted under § XXXII of the Montez Remedial Plan through April 30, 2010.

    Done this ___ day of _____, 2010.

                                          BY THE COURT

                                          _____