IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-870-JLK**

**JESSE MONTEZ, et al.**

Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL OWENS, et al,**

Defendants.

---

**ORDER**

---

Kane, J.

Upon consideration of Plaintiffs' Motion for Enlargement of Deadline by Which Pro Se Filings/Claims Shall be Accepted by Special Masters (doc. #4411), filed April 6, 2010, and finding good cause shown, the Court GRANTS the Motion.

The Special Masters are authorized to accept pro se class member filings/claims submitted under § XXXII of the Montez Remedial Plan through April 30, 2010.  COUNSEL ARE CAUTIONED THAT THE EXTENSION GRANTED MAY NOT FORM GROUNDS FOR SEEKING TO CONTINUE OR VACATE THE JUNE COMPLIANCE HEARING.

Dated this 6th day of April, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT