IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

---

Claim Number: 02-128
Category: II
Claimant: Stephen Moore, #57381
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on March 27, 2006. The Special Master determined that Claimant had failed to prove that he was disabled and the victim of discrimination on or before August 27, 2003.

Claimant has filed several pleadings since March, 2006. He has sought individual relief and questions the fairness of the Remedial Plan. All pleadings have been treated as motions and held in abeyance. The issue of whether claims and motions could be filed *pro se* for alleged discrimination after August 27, 2003 had not been resolved.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

    IT IS HEREBY ORDERED that the claim of Stephen Moore is dismissed in its entirety; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will

be provided to class counsel for such action as may be deemed appropriate; and

       IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

       SIGNED this 16th day of April, 2010.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master