IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870-JLK

JESSE (JESUS) MONTEZ, et al.,

　　Plaintiffs,

-vs.-

BILL OWENS, et al.,

　　Defendants.

---

Claim Number: 02-564
Category: II
Claimant: Nick Smith-Bey, #98861
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## FINAL ORDER OF SPECIAL MASTER

---

　　THIS MATTER comes before the Special Master on his own motion. The Special Master would note that Claimant filed a damage claim in 2005. That claim was dismissed on June 5, 2006. Claimant filed a letter that was treated as a motion for relief. That motion was held in abeyance pending resolution of the jurisdictional issue concerning *pro se* motions and claims for alleged discrimination after August 27, 2003.

　　Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

　　IT IS HEREBY ORDERED that the claim of Nick Smith-Bey is dismissed in its entirety; and

　　IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

　　IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master