IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-037
Category: III
Claimant: Estate of James Martinez (deceased), #56997
Address of Claimant: Max Martinez, 12714 W. 8th Avenue, Golden, CO 80401

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on May 16, 2008, as Claimant failed to establish that he was disabled or the victim of discrimination on or before August 27, 2003. Claimant passed away on November 14, 2009, and this order will be provided to his brother, Max Martinez.

Claimant filed letters requesting help. These were treated as motions for relief. The documents were held in abeyance, as there was a question concerning the jurisdiction of the Court to process *pro se* motions for something that occurred after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not disabled or the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant's brother. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant's estate does retain the right to file a separate with the Court. The estate may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

    IT IS HEREBY ORDERED that the claim of James Martinez is dismissed in its entirety; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will

be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master