IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL OWENS, et al.,

      Defendants.

---

Claim Number: 03-220
Category III
Claimant: Lawrence E. Beeman, #42894
Address of Claimant: c/o N.R. Buckman, 6539 Thicket Trail, Newport Richey, FL 34653-5532

---

## FINAL ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was granted, in part, on January 8, 2008. Claimant established that he was mobility impaired and had been denied equal employment opportunities.

      Claimant filed a letter and other documents with the Court in September, 2009. (#4105). Claimant sought accommodations and argued that the Remedial Plan was not being complied with by DOC staff. The documents were held in abeyance, as a jurisdictional issue had arisen concerning the filing of claims and *pro se* motions for alleged discrimination after August 27, 2003.

      Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting *pro se* motions dealing with systemic issues. That is the job of class counsel. Judge Kane further ruled that alleged discrimination arising for the first time after August 27, 2003 is not subject to Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss Claimant's documents that have been treated as a motion.

IT IS HEREBY ORDERED that the motion of Lawrence Beeman is dismissed and his claim file is closed; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master