```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CDX027317
Cashier ID: sg
Transaction Date: 04/15/2010
Payer Name: STATE OF COLORADO

PLRA CIVIL FILING FEE
 For: LARRY GORDON
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.46

CHECK
 Check/Money Order Num: 205641
 Amt Tendered: $2.46

Total Due:       $2.46
Total Tendered: $2.46
Change Amt:      $0.00

MONTHLY PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```

08-1399