IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number C-007
Category: C
Claimant: James Garnes, #88322
Address of Claimant: CMRC, 2925 E. Las Vegas, Colorado Springs, CO 80906

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was dismissed on July 19, 2006.

Claimant filed a motion for enforcement of Remedial Plan. He also submitted several documents. The documents were held in abeyance, as there was a question concerning the jurisdiction of the Court to process *pro se* motions for something that occurred after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting *pro se* motions for relief for anything that occurred after August 27, 2003 or any motions seeking to enforce the Remedial Plan, as that is the duty of class counsel. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages or motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim and motion.

IT IS HEREBY ORDERED that the claim of James Garnes is dismissed in its entirety; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will

be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master