IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number C-014
Category C
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**FINAL ORDER OF SPECIAL MASTER**

_____

      THIS MATTER comes before the Special Master on his own motion. Over the past two years, Claimant filed several documents in conjunction with other inmates. Those documents have been accepted for filing and have been treated as motions for relief. A jurisdictional issue had arisen concerning the filing of claims for alleged discrimination after August 27, 2003.

      Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting motions from inmates that relate to systemic issues. Those issues are to be resolved by class counsel. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

      IT IS HEREBY ORDERED that the claim of Ronald Cordova is dismissed in its entirety; and

      IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but

said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master