IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

  Plaintiffs,

-vs.-

BILL RITTER, et al.

  Defendants.

---

Claim Number X-228
Category: Untimely Filed Claim
Claimant: Julius Caesar Herrera, Jr., #119727
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## FINAL ORDER OF SPECIAL MASTER

---

  THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was dismissed because Claimant had not been in DOC custody on or before August 27, 2003. The file was allowed to remain open, as a jurisdictional issue had arisen concerning the filing of claims for alleged discrimination after August 27, 2003.

  Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

  IT IS HEREBY ORDERED that the claim of Julius Caesar Herrera, Jr. is dismissed in its entirety; and

  IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

  IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master