IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number X-344
Category: Untimely Filed Claim
Claimant: Fidel G. Ramos, #41238
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant filed a letter in March, 2009. Claimant had not filed a claim for damages pursuant to Article XXXII of the Remedial Plan. Claimant was granted the opportunity to file a claim but he did not do so. The letter was treated as a motion for relief and was held in abeyance pending resolution of the jurisdictional issue concerning the acceptance of claims and motions alleging discrimination after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the claim of Fidel G. Ramos is dismissed in its entirety; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

Richard M. Borchers
Special Master