IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number X-373
Category: Untimely Filed Claim
Claimant: Lora J. Wilson, #146350
Address of Claimant: c/o P.O. Zera Poirier, 8800 Sheridan Boulevard, Westminster, CO 80031

---

## FINAL ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the claim form of Lora J. Wilson. The claim was held in abeyance pending resolution of the jurisdictional issue. Claimant arrived in DOC custody in 2009.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file her own lawsuit with the Court. She may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

    IT IS HEREBY ORDERED that the claim of Lora J. Wilson is dismissed in its entirety; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 16th day of April, 2010.

                                  BY THE COURT:

                                  */s/ Richard M. Borchers*

                                  _____
                                  Richard M. Borchers
                                  Special Master