Robert E. Stallings
136958
CTCF
P.O. Box 1010
Canon City Co. 81215

**Please send copy**

RE: 92-CV-00870-TCK and No. 09-9896 (Supreme Court of the United States); April 14, 2010 and No. 2010 CVII Fremont, Co.

United States District Court
901-19th Street RM A105
Denver Co. 80294-3589

ATTN: Office of the Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 19 2010

GREGORY C. LANGHAM
CLERK

I am responding to the letter received on April 14, 2010, with a deadline of April 16, 2010.

Please understand yes I could not make copies and make the deadline.

The letter I received on April 14, 2010 is attached while having letter to court stamped on April 14, 2010 (see back of envelope to see date I sent out) from D.O.C.

Many of us did not receive letters until today, April 14, 2010. Please inform Judge. Thank you.

Respectfully,

[signature]

& Note: Sent copy of letter of Supreme Court to give to Counsel of Respondent

Diane S. King
Paula Greisen
Laura E. Schwartz
Kimberlie K. Ryan



KING ■ GREISEN ■ LLP

Jennifer W. Riddle
Joseph W. Galera
Ashley M. Kelliher

March 29, 2010

**ATTORNEY-CLIENT PRIVILEGED**

*Re: Order from Judge Kane regarding Damage Claims*

Dear Montez Class Member:

We are writing to explain the enclosed Order issued by Judge Kane on March 23, 2010 and how it may affect you. As you may know, **if you were disabled as of August 27, 2003**, the *Montez* Remedial Plan allows you to file a claim for damages, and many of you have followed this procedure over the past few years. Because there have been many claims for damages filed recently, the Judge issued an Order setting a deadline **for all claims** to be filed.

This order states that you may still be allowed to file a claim for damages or for non-compliance with the 2006 or 2008 Stipulations **if you were in the custody of DOC and disabled under *Montez* (vision, hearing, mobility, diabetes) on or before August 27, 2003 – BUT YOU MUST FILE ANY CLAIM BEFORE APRIL 16, 2010.**

If you already filed a claim for damages and were found to be disabled prior to August 27, 2003, and you have continued to be discriminated against or DOC has not followed the 2006 or 2008 Stipulations with respect to your individual case, or DOC has not complied with the Order of the Special Master, you may file a complaint with the Special Master **no later than April 16, 2010** to include on-going complaints. All other filings will be reviewed by the Special Master and sent to the Court or to counsel for the Class for discussion at the compliance hearing, if appropriate. The address for the Special Master is:

The Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030

If you were not in DOC custody and disabled as of August 23, 2007, you must file your own separate case in court. The Compliance Hearing is set to begin on June 8, 2010 and is scheduled to last until July 1, 2010. Class Members will be notified of the results of the hearing after it is over. In the meantime, please take care.

Sincerely,

Paula Greisen

1670 York Street • Denver, Colorado 80206 • p.303.298.9878 • f.303.298.9879 • www.KingGreisen.com • greisen@kinggreisen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

---

**ORDER re REPORT AND RECOMMENDATION OF SPECIAL
MASTER (Doc. 3741) AND RELATED FILINGS**

---

Kane, J.

This matter is before me on the December 16, 2008, Report and Recommendation of Special Masters (Doc. 3741) and related filings (Docs. 3939, 4228, 4261, 4317, 4354). This Order also CLARIFIES my Order Expanding Duties of the Special Masters (Doc. 3336) dated April 15, 2008. Upon careful review of the Recommendation and related filings, I rule as follows:

1. The Special Masters' handling of *pro se* motions for relief under the Montez Remedial Plan is governed by *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

2. Inmate *pro se* motions and claims for specific individual relief are limited to § XXXII of the Montez Remedial Plan and the related 2006 and 2008 Stipulations and to those inmates deemed members of one of the four Montez subclasses of disabled inmates at the time the Plan was signed in August 2003. Those motions/claims are filed with the

The class of disabled DOC inmates who will benefit from DOC's ultimate compliance with the systemic changes negotiated under the Plan (and reiterated or augmented in the DOC's 2006 and 2008 Stipulations) as a practical matter, given the passage of time, extends beyond those inmates disabled at the time the Plan was negotiated and includes diabetic and mobility-, vision-, and hearing-impaired inmates who have come into the system since 2003. Again, these newly arrived or newly disabled inmates lack standing to pursue individual *pro se* claims for relief under Plan § XXXII and they, like Montez class members generally, are prohibited from seeking enforcement, or challenging compliance, or pursuing equitable or injunctive relief under the Plan in individual, *pro se* filings. On these matters they are represented by class counsel and they may participate in the class action only through that counsel.

In other words, the only members of the Montez class who may proceed with individual *pro se* claims in this litigation are those members of the Montez subclass entitled as of August 2003 to file claims for individual relief with the Special Masters under § XXXII of the Plan. Members of the Montez class seeking to enforce class-based provisions of the Plan or the related 2006 and 2008 Stipulations, or to challenge DOC's compliance with its obligations under those court-approved agreements, must do so through class counsel. Axiomatically, newly arrived DOC inmates or inmates who have become disabled since August 2003, must pursue *individual* claims for damages or other legal remedies under the ADA and Rehabilitation Act in separate actions, just as any other inmate who is not a member of the Montez class. Those newly arrived or newly