IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.,**

    Plaintiffs, as represented of themselves and and all others situated,

v.

**BILL RITTER, et al,**

    Defendants.

---

DECLARATIONS re Enforcement/Compliance/Noncompliance with Class Remedies

---

    COMES NOW, Plaintiff and Class Action litigant represented by counsel, King and Grieson, L.L.P., submits this response to a Pre-trial Order issued by Honorable Judge of the United States District Court, John L. Kane, **Order re REPORT AND RECOMENDATION OF SPECIAL MASTER(Doc 3741) AND RELATED FILINGS, ISSUED MARCH 23, 2010.**

1. Plaintiff claims relating to the Montez Class is both monetary or the (A) category and (B) Claims/motions seeking enforcement or Compliance with 2006 and 2008 Court Ordered class-wide benefits negotiated.

2. Plaintiff's monetary claims are relevant in the matter of his ongoing pain and suffering from D.O.C.'s willful and wanton denial to provide A.D.A. restrictions, Hearing impairment, congetital birth defects that have been well documented and and recognized by the Social Security Insurance of the United States of America.

3. Department of Corrections continues to deny Plaintiff with

(1)

(3 contd.) the promised remidial plan, I.E. Hearing Aid(s), hearing impaired watch, bottom bunk, bottom tier restrictions that the A.I.C. once issued and honored form 1997 up to the discontinuation of said restrictions on or around the eleventh month of 2009.

4. **The Department of Corrections not only is now denying A.D.A. and A.I.C., recomendations and or restrictions but they are refusing address said issues in the form of the grievance process promised by the P.L.R.A.**

5. Plaintiff is currently housed at the Sterling Correctional Facility and these are systemic, and problematic daily occurences practiced by all Physician ASSISTANTS, DOCTORS, and Nurses employed and provided by Physicians Health Partners, H.M.O..

   WHEREFORE, the Plaintiff would ask this Court or the Special Master to issue a permanant injunction ordering the Department of Corrections to Comply with all existing Class Action changes and awarding the Plaintiff Declatory and Punative damaages deemd sufficient by the Court.

Dated this 19th day of April, 2010.

Respectfully Submitted,

/s/ George Espinal
Plaintiff, George Espinal 60758
Sterling Correctional Facility
P.O. box 6000, Sterling, Colorado
                                80751

(2)