IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

---

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. Special Master Richard Davidson presided over a hearing on February 13, 2006. Special Master Davidson granted the claim, in part, on June 22, 2007. Defendants filed an objection, and Judge Kane remanded the claim back to Special Master Davidson. Another hearing was held on May 12, 2008. An amended final order was issued on July 16, 2008 that denied the claim of Claimant.

Since the second hearing, Claimant has periodically filed documents for consideration by the Court. These documents have been accepted and treated as motions. There was a legal question concerning the jurisdiction of individual inmates filing *pro se* motions and additional claims for alleged discrimination after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. The controlling order is the Amended Final Order of Special Master Davdison. The undersigned will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any further claim for damages in this case nor may he file any additional motions. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the claim of Wellman Gibson is dismissed in its entirety; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 23rd day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master