IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

   Plaintiffs,

-vs.-

BILL RITTER, et al.,

   Defendants.

_____

Claim Number: 03-420
Category: III
Claimant: Santos Romero, #48563
Address of Claimant: KCCC, 49777 County Road V, P.O. Box 309, Burlington, CO 80807

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master in his own motion. Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on February 29, 2008. Claimant filed an objection to the order of the Special Master, but that was denied on February 10, 2010 by Judge Kane. The file has remained open, as an issue had arisen concerning claims and motions being file *pro se* by inmates for alleged discrimination occuring after August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the claim of Santos Romero is dismissed in its entirety; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 23rd day of April, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master