IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

---

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

# FINAL ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was granted, in part, on March 6, 2009.

    Claimant has continued to file documents related to his individual situation and concerning systemic issues. All documents have been accepted for filing and placed in abeyance. A jurisdictional issue arose concerning the ability of inmates to file *pro se* motions for individual relief or for class-wide relief. Some of the motions have been ruled on by Judge Kane and the Special Master.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting motions from inmates for anything that arose after August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the motions.

    IT IS HEREBY ORDERED that the motions of Raymond Goodloe that have not been ruled on are dismissed; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will

be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

      SIGNED this 23rd day of April, 2010.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master