IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-171
Category III
Claimant: Paul Martinez, #108333
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's letter. This letter will be treated as a new claim under Article XXXII of the Remedial Plan.

    Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on May 9, 2006. Claimant has pursued his claim under Article XXXII of the Remedial Plan and may not pursue a second claim for what allegedly occurred on or before August 27, 2003.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled on or before August 27, 2003 and the victim of discrimination under the ADA on or before that date. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue another claim for damages nor file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the new claim form.

    IT IS HEREBY ORDERED that the letter of Paul Martinez, being treated as a motion, is dismissed; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 23rd day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master