April 24th, 2010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2010

GREGORY C. LANGHAM
CLERK

U.S. District Court
Senior U.S. District Judge: John L. Kane
901-19th Street
Denver, Colorado. 80294

Re: Damage Claim Form/Civil Action No. 92-cv-00870-JLK
Jesse Montez, et al. v. Bill Ritter, et al.
→ (See Attached DC Form 750-01A - Request for Legal Assistance for support.) ←

Your Honor:

Since I received a copy of your order re Report And Recommendation Of Special Master (Document 3741) And Related Filings, filed on March 23rd, 2010, I have attempted to obtain a Damage Claim Form. I have asked my CDOC Case Manager ~~Mr. Ledezma~~ Mr. Buffam, the facility law librarian at C.C.F. and The Law office of King and Greisen and the Case Manager Mr. Buffam and C.C.F. Law Librarian tell me they dont have the damage claim form and to contact King and Greisen Law office.

I have attempted to contact the Law Office of King and Greisen for the last 5 months about this issue, and also other issues but I

never receive a response back from King and Greisen.

   I do not have any other recourse but to inform the courts that I am being refused the damage claim form to file before the April 30th, 2010 and ask you and the courts to extend my time to file a damage claim form for 15 days and to oppose upon the courts to send me a Damage Claim Form so I can file the form on time.

   I have a right to file this form just like every Plaintiff in this action and the Colorado Department of Corrections and it's employee's are depriving and denying me of these rights, and since King and Greisen do not respond to my letters of request them the courts should grant me a time extention to file a Damage Claim Form for another 15 days.

                              Respectfully Submitted,

                              Robert Landrum
                              Robert Landrum #124611, Plaintiff
                              April 24th, 2010

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM            DC Form 750-01A (11/15/07)
**REQUEST FOR LEGAL ASSISTANCE**

**INCOMPLETE FORMS WILL BE DENIED.**                TODAY'S DATE: 4/22/2010

LAST NAME: LANDRUM          FIRST INITIAL: R          DOC #: 124611

FACILITY and HOUSING UNIT/TIER/CELL: CCF B-2-16   WORK/PROGRAM ASSIGNMENT INCLUDING TIME: _____

SESSION TIME REQUESTED* _____ AM SESSION   _____ PM SESSION
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: APRIL 30th, 2010
ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED.

NATURE OF MATTER: ____ Habeas Corpus   ____ Conditions of Confinement   ____ Post Conviction Relief
Other: ADA / Montez Action

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:   YES ✓   NO ✗

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?   YES ____   NO ✗
    IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT _____

STATE THE TYPE OF ASSISTANCE YOU REQUIRE:                     (PLEASE WRITE LEGIBLY)

I need a Damage Claim Form for the Montez Action to file per order of U.S. District Court Judge John Kane. (Jesse Montez v. Bill Ritter et al Civil Action No. 92-cv-00870-JLK.

Thank You
Contact: Attorney for Montez (ADA) action @:
King and Greisen, 1670 York St, Denver, CO 80206

#19784                    Robert Landrum
                          OFFENDER SIGNATURE
DATE RECEIVED: APR 23 2010        DATE ACCESS PROVIDED: APR 23 2010

Your request has been DENIED for the following reasons:        DATE DENIED: _____
____ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)

____ You have failed to submit the proper form. Please resubmit: _____

____ The Legal Access Program does not provide the forms you have requested.

____ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

____ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.

✗ The legal access program cannot assist you with your request. It falls outside our program parameters.

✗ Other _____

METER END: 34192   MINUS (-) METER BEGIN: 34190   EQUALS (=) TOTAL ADMIN COPIES: 2

**COPY**

Antonio Stancil
#126740
Thur. 4-22-2010
1:00 PM

To The Clerk Of The Court

My Name is, Antonio Dawayne Stancil and I am writing you in Regards to My Habeas Corpus time bared.

On the 7th, date of June 2005, I was sentence to life without parole plus 120 years after a jury found me guilty Of, Case Number. 04CR1698 In the year of 2005, I was appointed an appellate Counsel and went through that process and was denied

On the 8th day Of December 2008 My time for My Habeas Corpus begain, I don't know anything about the law so I seeked help from Other Offenders on what to do. On the 25th date of February 2010, I sent in a Petition for Postconviction Relief Pursuant to crim.P. 35(c) and Motion for appointment of counsel, Which was also denied. I am Now housed in Segregation and can no longer go to the law library, Which is where I was getting assistance from My fellow inmates on what to do.

I have No Knowledge Of the law and don't know where to go from here.

I would like to ask the court in the Most Respectful way to please inform Me on what to do next... And if there is anyway to pro-long my time bared for my habeas Corpus please inform me on what to do. Also, I would like to ask

the court to send me a Habeas Corpus package so that I may fill it out to my best ability and mail it back in, I would be highly apprecitive.

Respectfully
Mr. Antonio Stancil
#126740
Sterling Correctional Facility
P.O. Box: 6000
Sterling, CO. 80751-

Case Number: 04CR1698

Apellate Case Number: 05CA1532

The date My ^Derrick Appeals were denied was December 8th 2008