THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-EWN-OES

Jesse Montez, et al.,
    Plaintiff,

v.

Bill Owens, et al.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2010

GREGORY C. LANGHAM
CLERK

---

CLAIM NO. 03-173
CATEGORY III
CLAIMANT: Wellman Gibson #74384, AVCF, P.O. BOX 1000 Crowley, Co. 81034

INFORMATION PERTAINING TO PLAINTIFFS HEARING & INFORMATION RECEIVED FROM CLASS COUNSEL DATED APRIL, 6, 2010

---

  I received some info. concerning damage claims from Class Counsel around 4/6/10. I wanted to write and send some information that I recently was able to access, I am also sending a copy to Judge Kane.
  This Information is from my AIC file which I did not have access to for my Montez hearing, everything is verbatum from it and can now be provided to the Special Masters. Memo dated 6/25/07 admitt to circumventing Orig. Final Order, 7/13/07 Memo between Dennis Burbank, Cathie Holst & Jess Dance "Dont abide by Court Order" MEMO DATED 9/5/07 Admitts "Inmate Gibson is correct in pointing out appeal to Orig. Final Order was Miss-filed", Never covered Masters decesion concerning lower mobility. See Darlene Hill at A.G.s Office. This issue was never re-filed by Defendants so the second Montez hearing held on me was not appropreate as it was based on issues never brought up on appeal. MEMO dated 9/28/07 talks about need of new hearing and how to get contrived video in front of Special Master. Memo dated 5/15/06 verification of disability by Dr.. Memo dated 10/24/05 verifies taking ADA allert off Plaintiff for the sole purpose of being able to move Gibson. Group Message conversation stating the Special Masters CAN NOT make disability determination, dated 8/3/07. Lengthy MEMO FROM C. HOLST TO JESS DANCE, CONCERNS ORIG. FINAL ORDER, "I would like this decision appealed as Borchers does not have the authority to rule on upper mobility disabilities. They are not covered by the remedial plan. We have also agreed that we will not abide by the Special Masters decesion on disability if it is inconsistant with ours. AGAIN we disagree that he is disabled & the Special Master has no authority to rule on upper mobility disabilities. MEMO 8/28/06 Diagnostic Blood Results

(1)

(2)

show "Severe degenerative-Rheumatoid Arthritis & Polyarthritis/ Progression of joint destruction". Medical papers such as just mentioned are missing from my Medical File!!! along with Doctors verification of Disability. Proof that C.Holst commited perjury in her affidavit submitted in second hearing.

The information is disturbing in that it shows the second hearing was held on the strength of improperly filed papers, it shows total disregaurd for all decesions reached by the Special Master if it did not coincide with DOCs oppinion, it also shows that DOC intentionaly hid papers from the plaintiff and the Court.

Since there is an admission by Defendants that Motion for Appeal was not filed properly I am requesting the Orig. final order be applied.

DATE, APRIL,25,2010                                                   WELLMAN GIBSON