THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CV-00870-JLK
09-CV-02265-WYD-BNB

JESSE MONTEZ, JOSEPH ELLSWORTH et. al.

    Plaintiff,

v.

BILL RITTER, COLORADO DEPT of CORRECTIONS
et. al.

    Defendants.

---

NOTICE OF INTENT TO FILE DAMAGES AND ATTACHMENT OF ELLSWORTHS SEPARATELY FILED SUIT TO "MONTEZ"

COMES NOW, J. ELLSWORTH, ONE OF THE PLAINTIFFS AND FILES THIS NOTICE OF INTENT TO FILE DAMAGES AND REQUEST FOR HIS DISABILITY CLAIMS AGAINST C.D.O.C. BE ATTACHED TO THIS MONTEZ ACTION FROM HIS SEPARATELY FILED SUIT IN THE INTERESTS OF JUDICIAL EFFICIENCY AND LACK OF LEGAL REPRESENTATION FOR ELLSWORTH. A MORE DETAILED MOTION TO FOLLOW.

RESPECTFULLY SUBMITTED,

/s/ JOSEPH ELLSWORTH 143978
PO␣B 1010 CTCF
CANON CITY, CO 81215

I HEREBY CERTIFY I SENT A TRUE AND CORRECT HANDWRITTEN COPY TO THE CO. ATTORNEY GENERAL ON 042710

/s/