IN The United States District Court
For The District of Colorado

Civil Action No: 92-cv-870-JLK
Jesse Montez, et al.
Raymond Price (RMT)
Plaintiff,
-vs-
Bill Owens, et al., (Ritter)
Defendants.

Claim No: 03-297
Category: III
Claimant: Raymond A. Price #66072
Address of Claimant: C.S.P., P.O. Box 777, Canon City, Colo. 81215-0727

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 29 2010
GREGORY C. LANGHAM
CLERK

APRIL 20/2010

## OBJECTION: FRCP 53(g)(2)

I object to the Special Masters order dated 4-16-10/"Final Order of Special Master"/Also/ I object to Kane's order of 3/21/10.

(1). I was disabled and a victim of discrimination by CDOC before August 27, 2003. I lost hearing in Southeast Asia, during a classified operation, (contractor/soldier). This has been in writing in my affidavitt's (both) years ago, with the Special master's, when I filed my claim. In fact I've been involved in this case, since 1995. Crap, like this makes me ashamed to be an American.

(2). Kane needs to remove himself from this case/I've already shown his bias/prejudice against this claimant/his answer to this objection/ will be appealed to the 10th cir. His ruling of March 21, 2010 is uncon-situtional, I want the 10th cir take control of this case./Also/ remove the Special Masters from this case.

(3). Montez "Remedial Plan" is unconstitutional/it favors the defendant's by corrupt "Judges"/ At my hearing (Oct-07)/CDOC/ medical kept their Lying up/After I had requested a hearing test. Montez is surpose to find disabled folks/ but by discrimination CDOC kept refusing me a hearing test. So by CDOC Lying my claim gets dismissed → B.S. Lets start this case over thru the 10th cir.

(4). I want $150,000 ⁰⁰ for my disabilites from CDOC, by April 30/ 2010 No other recourse will be accepted/ you know what really pisses me off/Alot of good women/men/ died in Vietnam/and/ other wars/ for what a corrupt court system/ I didn't put my Life in danger to be Railroaded by a U.S. Dist. CT., making

(1-)

Rules as they go along, where's Class Counsel AWOL?

DE OPPRESSO LIBER

April 20-2010    Raymond A. Price

April 10/10          Thought Journal:

/PTSD/ Flashbacks / Nightmares:

Airborne Ranger / Green Beret This is the way we start the day / pray for war, pray for war, pray for war / They drum that into mind (soldier) every day - All the way - Airborne. I was on (contractor) assassination teams: Kill in the dark - silently (ghosts). I still see their eyes (windows of the soul). The light goes out - darkness raines supreme: kill without thought - No mercy - Very sorry for no one, Disappear in the night (ghosts). But you know what, it also kills the SOUL! Souls can be turned on/off like a switch - but what happens when the switch gets broken? There is NO papertrail on These Special Op's only a memory that keeps repeating the cycle of death and destruction of a human life.

                                        Responsible

April 13 /10

What happens when your Support System has been only you all these years?
   I hate what's left of my alleged "family" I never even told them what I did in the service - All they knew I was gone All the time.
   Do to the classifed nature of my Op's, there was disinformation - misdirection used to discredit, payback?
   my higher power is my only support system and also has been.
   So I've been war - during my childhood / South East Asia/ Colorado - No one can be trusted / believed/ or counted on.

                                        Responsible

"Power Control": TOPICS:

In WAR you NEED to control every situation - If not your dead. U.S. Intelligence taught me how to manipulate/deceive the enemy because we needed to gain the power to control the enemy.

I see everything as a combat issue. You must know the enemy and is weakness to control him/gain power over him.

This is the only way to obtain the information you need to combat the way the enemy fights the war.

Gather Intell - Access it put it in to good use, to defeat the enemy (Viet Cong).

Not all things but alot of things you must control in life to be able to go forward in a positive light.

Healthy Relationships:

I'm a LONER - so in my mind healthy relationships has nothing to do with me. I will try to get along with everybody (Respect) but I don't practice it. I handle my own/keep to myself - control only issues that pretain to myself alone. I don't try to control other's and don't want to.

I don't try to understand other's its not my place - I have a hard enough time trying to understand myself - and thats a full time job.

My job is to stay nuetral (LONER) deal with myself and my issues - Other must deal alone on their issues.

**Crime Impact: Just Thinking Response**
**To: Raymond Price, #66072          A3-23**
**From: Mrs. Ames, Instructor**

You wrote, *"I still see their eyes (windows of the soul). The Light goes out – darkness reigns supreme: Kill without thought. No mercy. Very sorry for no one. Disappear in the night (ghosts.) But you know what, it also kills the soul: Souls can be turned on/off like a switch – but what happens when the switch gets broken?...only a memory that keeps repeating the cycle of death and destruction of a human life."*

Is there anyone who would forgive you for not knowing what you were doing to yourself and your victims?

Is there any ability on your part to forgive others who do not understand or appreciate the Airborne Ranger/Green Beret?

You asked, *"What happens when your support system has been only you, all these years? I hate what's left of my alleged "family." I never even told them what I did in the service. All they knew, I was gone all the time."*

Letters are a good way to get things off your chest…whether you ever send them or not. It's best to read important ones over a few days later. If your story deserves to be told to people you once called family, why not? Maybe "posterity" is a better word. Is there something you need to say that the next generation of Americans need to know? If so, you may have a book to write, but it would take enormous courage to put it all on paper. What if that relieved you of having to relive it? What if that began to heal your soul?

You wrote, *"Learn/mistakes: Review what I've done in the past. Try not to relive."*

Once the review is down on paper, it stays there until you destroy it. Writing offers a strange kind of immortality because the written word often outlives the writer. If your whole life has been consumed with PTSD, why not give life to a story that may outlive you or help others heal?