US DISTRICT COURT
901--19th Street
~~XXXXXXXXXXXXXXXX~~
Denver, Co  80294

JESSE MONTEZ, ET AL
VS
BILL OWENS, ET AL

CASE NUMBER 92-cv-870 OES and 96-N-343

Party Without Counsel
Jill Coit #86540
Claim number 03-120 Category III
4VCF- 1401-West 17th Street
Pueblo C. 81003

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2010

GREGORY C. LANGHAM
CLERK

page 1

---

**NOTICE TO THE COURT THAT DEFENDANTS ARE RETALIATING AND HARASSING CLAIMANT BY NOT PROVIDING HER SHOES AND BACK PACK AS PART OF MONTEZ / ADA ACCOMMODATION RESOLUTION**

---

Comes now Claimant, Coit who is a member of the Montez Class action who is being retaliated against and harassed. Defendants have repeatedly refused to get Coit her medical ordered and prescribed shoes since April 2009. Coit put in to DWCF medical and Security kites request that she be provided with new shoes since her has holes in the top and she got wet and cold whenever it rained. She got from medical a stamped kite telling her that she would have a "chart review". She got nothing from her note to security.

By not providing her with appropraite and correct non damaged shoes Defendants are endangering her life and excerbating her medical conditions. Claimant is a 65 year old inamte with autoimmune disease and multiple medical impairments/disabilites. Defendants know of these conditions and the fact that once Claimant gets sick she does not heal or get well quickly.

When Claimant has wet feet and must sit or function at her job she cold and exhausted. This situation could be easily remedied by providing her with shoes that are not holy or torn from wear.

According to DWCF medical, Ms. Hillary all she had to do was submit or rather notify medical in writing that she needed new shoes. Coit spoke to PA, DWCF medical, Ms Hillary the week before she put in the formal kite. Coit showed Ms. Hillary her shoes and back pack in the yard and Ms. Hillary said she "definately needed new shoes and that her back pack needed replacing." To cover her back Coit submitted two kites to medical and one formal letter to security. (Ex Exhibit 1 - 2 kites)

Once coit got to LVCF in August 2009 she spoke with LVCFmedical, Judy Saiz who informed Coit that she would get new shoes when LVCF medcial decided she needed new shoes to quit asking." Coit had submittted numerous kites and got all 3 copies back. This seems to be the normal procedure at LVCF medical at least for the kites Coit sends in. Coit addressed the issue with a nurse at medical and she was told that the nurse would notify the appropriate people since the nurse recognized the person's handwritting. This policy has not changed, Coit just got all three copies of her medical kite requesting the address for the pharmacy since she must try to get pharmacy records since she is being denied Celebrex the only medication that helps her be able to function without severe pain in her hands, knees back, neck, hip and shoulders. Coit has been on Celebrex for the last 10 years. dr. Wermere, LVCF physician has decided that Coit does not need Celebrex any more, got magically well I guess.

Exhibit 1 will be mailed, do not have copy yet + must meet deadline. + Exhibit 9- Back pack

Since Coit has been waiting over a year for her shoes and backpack she put in her step 3 grievance that she was going to file. She gave notice that CDOC had 60 days from her notifying them or she would be charging them as the stipulation of 2008 states. (April 2009)

It is imperative that Coit have proper shoes because she has hammer toes that bleed and hurt. With open soars in her feet she runs the risk of getting MRSA and other infections that are so common in prisons. This poses a very dangerous risk.

Dr. Wermer in his report of 9-21-2009 suggested that Coit cut her shoes so that shoes he was aware of her needing new shoes. ˣ 2

Coit is hereby making claim for the $10. per month from ~~May~~ 2009 _April_ to May 2010. It is now April 26, 2010 so it has been over 12 months since defendants had notice.

Since Coit's Accommodation resolution has listed shoes and backpack she is entitled to this money. Please deposit it in her inmate account immediatley. (Order CDOC to) Exibit #2

Defendants have had adeqaute notice especially since the medical record reflects that Coit would need new shoes each year and the last time she received new shoes was 2008.

See Abilities Unlimited notice dated 9-2-08 which says: Will need to be replaced anually. Will not correct foot problems. (exhibit 4)
Exhibit 3 dated 9-21-09 by Dr.Wermer (LVCF) 'Until offender gets orthopedic shoes she may cut her tennis shoes along toes to accommodate hamer toes...'
Exhibit 4. Insurance company approval for customshoes.
Exhibit 5- med rec 8-3-04 for customshoes cost $1,200 to 1,500. I DID NOT ASK FOR CUSTOM SHOES SO CDOC SHOULD GET ME SHOES ON TIME YEARLY.
Exhibit 6 DWCF med report 1-2-10 Documention noted and sent to HSA for follow up on ordering and replacing shoes if needed per policy. UNREAL 9 months later
Exhibit 7 LVCF 2-23-10 from Selisa-Let Dr.Wermers know if he needs to do anything so that we can get her a new pair of shoes per ADA.

Exhibit 9 letter from Martinez-LVCF on my new backpack to be labeled-have no gotten it yer but from July 2009 to May 2010 is $100 fine for not replacing

This Court needs to know that Coit was threatened by LVCF medical Judy SAiz that if she file a grievance on LVCF medical or caused any trouble she would be sent back to DWCF. Coit was afraid to push the issues.
Respcectfully,

Jill Coit # 86530

_Jill Coit_

See attachments

on 4-29-10 at 1:50 PM I was given my Back Pack
(D)OC ows Coit # 200.00 per Stipulation of 4-2-08.

2005 April to June - 60 days

June 2009 to May 2010 = 11 month

Make it 10 months times $10 per month = $100.00 for Shoes
And $100.00 for Back Pack.

No Shoes yet —

## ACCOMMODATION RESOLUTION

Offender Name: COIT, JILL
DOC#: 86530

### You DO HAVE A MOBILITY DISABILITY

Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Wheelchair
2. Raised Locker Box
3. Medically Necessary Shoes w/ lift
4. Backpack
5. Assignment to a designated facility
6. Assignment to an accessible cell
7. Access to accessible bathroom facilities to include a shower chair or bench and a toilet of appropriate height
8. Seating at an accessible table during meals
9. Lower Bunk
10. Lower Tier
11. Not required to use stairs and when housed at a facility that maintains an elevator for offender use, you are allowed to use the elevator
12. May be seated in wheelchair and present ID for standing count.
13. Additional time to arrive at destinations within the facility
14. Additional time to complete activities of daily living
15. Requires staff assistance when cuffed and/or shackled. Refer to Section XXII of the Remedial Plan
16. Requires staff assistance during transport when embarking and disembarking from the vehicle
17. Reasonable accommodations will be provided during searches. Refer to Section XXIII of the Remedial Plan
18. Requires staff assistance during an emergency or evacuation
19. Transportation in an accessible vehicle. Refer to Section XXIV of the Remedial Plan.
20. Assistance with carrying and disposing of food tray contents by offenders assigned as dining room workers.

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

**You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or becomes inoperable for any reason.**

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list. Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 2

Printed By: WERMERS, JOSEPH J
Printed at: 09/21/2009 16:01:15
Encounter#: 2062216 @ LV

| 86530 | COIT, JILL | Facility: LV | LU: LVCF/UNIT5 | L | S | 110 | 5 |

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

### SUBJECTIVE
Chart review re restrictions, per phone request HQ via HSA. File #8 (current) and files #1-5 obtained; need #6 and #7. The gap covers 10/05 (#5) to 4/08 (#8)
Scheduled today for this, see refusal. Per patient her lawyer is seeing her today thus cannot see me
Has numerous restrictions, most per ADA/Montez
Current Montez accommodations: per 3/16/09 Cane, knee brace, designated facility, no stairs (elevator allowed if facility has one), lower tier and bunk, special cuff and shackle considerations, staff assist in emergency, shower chair, accessible bathroom facilities, medical shoes with lift, backpack, assist carrying and disposing of food trays, special transport considerations
Per chart today also has other accommodations dated 4/13/09 which added wheelchair, standing, lockerbox, aide, additional time and daily time.
Per 3/09 accommodation resolution does not have vision disability, hearing disability, upper extremity disability (would include shoulder) or mental health disability

Restrictions NOT ADA/Montez include heavy lifting, bending, intensive labor, squatting, work consistent ("2 hour restriction")-----all dated 5/1/09; tennis shoes and Bacitracin to toes until ortho shoes arrive; hotpacks X2 weeks per 6/19/09 (ended July 2009 therefore).
Current meds as below. Patient has no hearing disability, per ADA/Montez. Also see 5/5/09 entry "does not meet DOC requirements for hearing impairment" Thus will D/C batteries for the device she does not need.
Re 5/1/09 contact at DWCF and multiple restrictions: restrictions renewed per priors, seen re chronic shoulder complaints. Pt reported has 15 complaints against CDOC to the Montez judge. Refused steroid injection shoulder, Elavil for pain refused, says she will take Baclofen but "all meds upset her stomach" See 12/12/08 re NSAIDS/Elavil/Injections also.
No exam shoulder today, she refused appointment. Thus I have no objective. Per 3/09 accommodation resolution no upper extremity disability thus unable to verify lifting restriction
See 9/2/08, special shoes to accommodate hammer toes provided, receipt signed by patient. The tennis shoes cut by patient thus not needed and will cancel today
Per 10/29/08 orthotic provided then. Allowed to keep wheelchair X6 months (hip pain, hammertoes, knee pains, balance, vision issues, possible TIAs). Per 4/13/09 wheelchair per ADA/Montez resolution thus a mute issue at this time
I do not understand "2 hour restriction" or the 4/13/09 "daily time" accommodation but wonder if same thing
See 4/25/08: "wrist braces--still using her old ones--denial of wrist orthosis faxed to HQ".
Squat and bending added 8/31/04, due to pain in back and LE from non-reported assault 2 weeks earlier. "No significant change in back exam. no ecchymosis. subjective pain in right upper back as well as lower. muscle spasm as before lumbar area"
If knee brace required per Montez suspect squatting restriction may be reasonable. Exact indication for brace

### PLANS / ORDERS
Allergies: PENICILLIN G

Files #6 and #7 discovered after review noted today completed. Please schedule for review of those charts

D/C - Rx#: 2458994 Drug Name: HEARING AID BATTERY - 312 Alternate Name: ZINC AIR Rx Date: 04/20/2009 Disc Date: 09/21/2009 Rx Instructions: AS DIRECTED AS NEEDED

Medical Housing Restrictions: Removed: OTHER MEDS - until offender gets orthopedic shoes she may cut her tennis shoe along toes to accomodate hammer toes-offedner to use these shoes at all times until her orthopedic shoes are in while she is in the facility -if okay w/ security; OTHER MEDS - bacitracin to toes as needed for irritation shoes;OTHER MEDS - hot pack to left side of back tid for 290 minutes at a time x 2 weeks-unit called-may use
Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

Reschedule for EXAM RE Mobility disability

Datetime: 09/21/2009 13:27 | Providers: WERMERS, JOSEPH

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 09/21/2009 13:27 | Provider: WERMERS, JOSEPH | DateTime _____

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

**PRICARE CODE NO.** | **NAME** | **OFFENDER NO.** | **LIVING UNIT**

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

ASSESSMENT:

Ghost 4

DATE: | TIME:
PROBLEM 1 2 ___
PLAN / ORDERS

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

---

**PRICARE CODE NO.** | **NAME:** Coit, Jule | **OFFENDER NO.:** 86530 | **LIVING UNIT**

SUBJECTIVE:

Shoe Comfortable. Delivered Blk Extra Depth Shoes. Could not find Womens Extra Depth Boots. Blk Shoes to use as Boots. Shoes provided to accomodate Hammer Toes. Will not correct

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___/___

ASSESSMENT:

Foot problems - Received shoes

DATE: 9.2.08 | TIME:
PROBLEM 1 2 ___
PLAN / ORDERS

Will need to be replaced Annually.

Will take Insert to reduce lift for Comfort due to hyp[ain]

SIGNATURE:
NURSE: Orthotist, Allen Brunj
P.E.:
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Jull Coit

| PRICARE CODE NO. | NAME | OFFENDER NO. | DATE | TIME | LIVING UNIT |
|---|---|---|---|---|---|
| | Cert Jil | 86530 | 8-3-04 | 0900 | |

**SUBJECTIVE:** Needs Show Contours white Cert 1200 - 1500 Cooler white medical shoes

**OBJECTIVE:** Temp _____ Pulse _____ Resp _____ B/P _____
Received Custom Molded shoes

**ASSESSMENT:** Re delivered Custom Molded Shoes. May need New Pair each year

**PROBLEM 1 2**
**PLAN / ORDERS** Dr Needing

**SIGNATURE:**
**NURSE:** D. Hodel
**P.E.:**
**PHYSICIAN:**
**Rx NO.**

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201

| ADMINISTRATIVE | DEPARTMENT OF CORRECTIONS | Printed By: POPE, YVETTE M |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 01/21/2010 11:53:22 |
| | | Encounter#: 2161770 @ LV |

| 86530 | COIT, JILL | Facility: LV | LU: LVCF/UNIT5 | L | S | 110 | 05 |

**Temperature:** _____  **Pulse:** _____  **Weight:** _____
**Respiratory:** _____  **BP:** _____ / _____

## SUBJECTIVE

Offender in clinic for grievance issue. During conversation, offender stated she had submitted several kites related to her Montez approved shoes. Offender stated and showed me her shoes complaining of the stitching on both shoes around the 5th digit coming loose.

Active Medication(s): ALENDRONATE - 70 MG - ONE EVERY WEEK REMAIN SITTING UP AT LEAST 30 MIN AFTER TAKING DO NOT TAKE WITH CALCIUM, TAKE BEFORE EATING IN MORNING; PREMARIN VAG CREAM - 0.625 MG/GM - ONE-HALF APPLICATORFUL VAGINALLY TWO TIMES WEEK(S); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME

## PLANS / ORDERS

Allergies: PENICILLIN G

Documentation noted and sent to HSA for follow up on ordering and replacing shoes if needed per policy.

## OBJECTIVE

## ASSESSMENT

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

**Datetime:** 01/21/2010 11:48   **Providers:** POPE, YVETTE

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 01/21/2010 11:48   Provider: POPE, YVETTE   DateTime 1/21/10 12P

## Selisa Hall - Shoes for Coit #86530

**From:** Selisa Hall
**To:** Cecilia Lopez
**Date:** 2/23/2010 5:48 PM
**Subject:** Shoes for Coit #86530
**CC:** Jennifer Mascarenas; Joanna Buss; Joseph Wermers; Judith Beeman; Loraine Fosdick; Susan Nickolette

Cece,

    I spoke with inmate Coit #86530 and she said her shoes were ordered from Abilities Unlimited.  Please let Dr. Wermers know if he needs to do anything so that we can get her a new pair of shoes, per ADA accommodations.

    Thanks, Selisa





## ACCESS CORRECTIONAL CARE AUTHORIZATION

DATE: March 3, 2004                                                CONFIDENTIAL

PROVIDER: Abilities Unlimited Inc
ATTENTION: ROBYN
ADDRESS: 245 Parkside Dr
Colorado Spgs, CO  80910-3131

OFFENDER NAME: Ms. Jill Coit
OFFENDER ID: 86530
AUTHORIZATION #: 01-010604-902-95
VALID: 01/06/04            THROUGH 07/04/04

We have reviewed this request and determined the services meet the plan's medical necessity guidelines and are a covered benefit.

SERVICES REQUESTED: PURCHASE OF CUSTOM ORTHOTICS AND SHOES WITH BUILDUP.

Note:  This authorization will be voided if the offender is released from the custody of the Colorado Department of Corrections or Division of Youth Corrections.

Please call Clinical Support Services at 1-888-380-3726 or 720-744-5120 if you have any questions or need to request an extension.

Thank you for participating in our prior authorization program.

Sincerely,

Access Correctional Care, Clinical Support Services

c: DWCF MEDICAL