US DISTRICT COURT
901--19th street
Denver, Co 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2010

GREGORY C. LANGHAM
CLERK

JESSE MONTEX, ET AL
VS
BILL OWENS, ET AL

CASE NUMBER 92-Cv870 and 96-N-343

Claimant number 03-129
Jill Coit #86530, LCVF 1401 Wes17th st.
Pueblo, Co 81003

---

NOTICE TO THE COURT THAT LVCF MEDICAL IS OVERRIDING ALL PRIOR CDOC DOCTORS ORDERS, PRIOR STAFFING ALLOWANCES AND ALL SPECIALIST ORDERS

---

Comes now Jill Coit, pro se, claimant in Montez Class action under permanent Mobility impaired/disabled as Final Order of Special Master. On page 5 it says," The Special Master finds and concludes that Claimant is a disabled individual who is a member of the class. Claimant has a permanent physical mobiity impairment that substantially limits the major activities of walking, working and perhaps performing manual tasks."

No where in the Montez Remedical Plan does it say that permanent physcial mobility impairment is limited to only the legs or feet or only the lower half of the body. Mobility means mobility. You do not normally perform manual tasks with your lower body parts, ie: feet or legs.

Under page 1 III Definitions A. Covered disabilities," The person covered by this Plan are individuals with mobility, hearing, and vision impairments and inmates with diabetes.

Under B. Qualified Inmate, "Inmate with a permanent physical disability/impairment which substantially limits his or her ability to perform a major life activity.

CDOC keeps telling me Montez does not cover upper body impairments or disabilities. I say it does because of what the above says. No where does it say mobility is limited to lower body.

Under C. Permanent Disability/Impairment
" A condition which is not expected to improve within six months."

My hand disability/impairment has been documented since the early 1999 with the diagnosis of DeQuarvan's disease (giving my hand impairment a formal name) see attached exhibit  /  . I have been wearing hand braces since 1996 so my hand impairment is more than 6 months and there is no legitimate reason to assume that it will get well or better.

IN the CWCF staffing I was given permissin to have two pair of hand braces on April 5, 2001 not one pair but two.

LFCV and AIC will not even list my hand braces as part of my ADA/montez Accommodation Resolution. That is what I  want and the reason I am filing this I want my hand braces listed on my ACCOMMODATION RESOLUTION. This must be done or CDOC does not have to get me a new pair when these wear out. This is very important, I cannot function without my hand braces. My hand/thumb swells daily and having the braces gives me support and allows me to at least eat and get dressed without excruciating pain. When I had my antinflamatory medication, Celebrex, the swelling was not so bad but without it , I have some swelling 90 percent of the time. Pain all the time.

Sorry I did Not have real paper. Please ignore Backs.

2

Without this accommodation listed ,I will not be protected.
I offer the following medical reports to prove I have a hand impairment/disabiity. CDOC sent me to these Specialist but refuse to obey them.

1. Medical record of Denver Health orthopedic Specialist, dated on 9-03-99 . Dequaravan's synovitis, DJD,etc. (arthritis)

2. Orthotic Patient Notes from Orthotic Prosthetic Solutions dated 6-12--8 which state, Right wrist swollen, I recommend that she continues heat packs toher wrists and would use speech recognizing program for typing instead of her hand on keyboard. This was documented in her facility file."
   It was never documented in my facility file or it was removed, I got this medical report by writing the doctor.

3. Medical Consultation report form dated 4-25-2008 Clinical information, 61 year ofld female with persistent thumb and wrist pain, X-rays, osteoarthritis on seamination motor 3/5 unable to graps fully due to wrist and thumb pain, suspect chronic tendon sprain s/p injury-thumbs pulled back during an assault-works in graphic design in prion and affects herwork. hurts to write. (it goes on to say that under 9. Risk and/or cost benefit: Increase stability and decreas wrist pain with cane use-uses cane for chronic knee injury)
   Coit got hand and knee injury during repeated sexual assault by cWCF correctional staff member when she refused to submit to devient sexual demands.

4. Medical file report dated 6-27-06 "Also concerned about her right hand (history of arthritis) Unable to write with rht hand. Today her right thumb joint is swollen and she complains of painis present all the time.
   " Ok for her to use computer-voice activated program due to hand deformity and arthritis."

5. Colorado Department of Corrections consultation Report form dated 3-4-08 to Orthotic Prosthetic Solutions number 4. Medical necessity: Mortality and/or functional disability: unable to use thumbs and wrist due to pain S/P sexual assault.
   "Patient measured and evaluated bilateral WHFO. R thumb area slight swelling and pain to touch. Pt should ice her wrists and thumb once swelling occurs. ... Also the speech recognizig software program is mor preferrable for typing instead of using keyboard..."
   Again specialist recommends ice for swelling and the use of computer over typewriter. CDOC and LVCF medical refuses to give me ice for swelling hand joint or computer access to typing.

6. Colorado department of Corrections Consultant Report Dr. Mitra Razzaghi dated 6-29-05 Clinical Information: this a request for replacement of worn out bilateral wrist braces for severe carpal tunnel syndrome and deformity due to severe DJD...." "4.medical necsssity; <u>Great mobidity and functional disability</u>. "

7. CDOC Consultation Report form by Ms. Hilary Victoroff, DWCF- "1. Clinical informtion: 64 y/o female withpersistent dequevan's in spite of splinting... 9. risk and /or cost benefit : <u>increased mobility</u>." 7-29-08

8. Medical record dated 7-17-2003 " Pt needs R thumb spica splint due to severe DJD and deformity.

9. Message from medical number 4. Wear wrist splints R. and use you left hand for activities requiring hand task. " CWCF

Total 16 exhibits attached on Hand.

I have tried to give you examples of all facilities (DWCF and CWCF) specialist and doctors to show that hand disability /impairment was well known and documented in medcial file. I could give you at least 25 more medical reports if you need them to determine I am hand impaired/disabled with CDOC knowing and treating me for disability.

I definately meet ADA requirments for having a hand disability yet I am told by LVCF and AIC that my limiting hand mobility does not meet the standards of Montez or ADA.

This is not true, I should not be penalized and denied braces because they are not on my Accommodation Resolution.

The trip from DWCF to LVCF in August 2009 made me well according to LVVCF dr. Wermer," I no longer have hand swelling or limitations." Yet when i show my hand to staff in unit or else wear they comment on how swollen my right hand is. I did this afer being in medical where dr.Wermer stated my right hand was not swollen. unreal.

I am sorry to bother this court but this is very important. I am not physically or mentally fit to file a seperate law suit when under Montez Mobiity I should be mobility covered. All I need are my hand braces listed under Accommodation Resolution . I am not asking for surgery or even to see the specialist again at Denver health Orthopedic since CDOC has told me that it is not cost effective to fix my hand, knee or back. I am to old and not worth the cost. I accept that, but ask that I be allowed my hand braces.

Why does cDOC not have to obey specialist they send me to? It cost a great deal of money to be sent to a specialist yet CDOC lets a dr. Wermer who is a specialist in nothing override the specialist and refuse to even give me ice for swelling. Why is that? Am I not even worth the cost of ice for my swollen hand or the Celebrex for my swollen joints? I am willing to pay for the celebrex but am not allowed to do so. I can not take the over the counter medications offered on canteen. Specialist and CDOC doctors at all other facilities have ordered and prescribed Celebrex but LVCF says, not allowed at this facility?"Why?"

Please know that LVCF meets all my disability sturctural needs. The buildings are handicapped and more important wheel chair friendly.

DWCF on paper says it is for handicapped and wheel chair inmates but it is very dangerous for wheel chair inmates. The automatic doors have caused damage and injuries to wheel chair inmates. They close on us and my wheel chair frame was bent from the door in unit 3 closing on me, a very dangerous situation.

Thanks for considering my motion for my hands to be mobility impaired under Montez.

Respectfully,

Jill Coit

Jill Coit #86530

4-29-10

If LVCF Dr Wermer likes an inmate they get a hand restriction see of inmate Webster

## DENVER HEALTH
## OUTPATIENT ENCOUNTER RECORD

CLINIC SITE: Rheum. Clinic
DATE: 9/3/99    FIN #: _____
CHART LOCATION / PCP: _____
CHART AVAILABLE: ☐ YES  ☐ NO   Adm. # _____
HT. ____ WT. ____ HC ____ AGE 55 LMP ____
TEMP. ____ B.P. ____ P. ____ RR ____

```
2 09 88 63
COIT, JILL                         F
38855102              06/11/1944
A/D: 09/03/99
PCP:
ARR.MODE:
PT.PHONE: (   )   -
CHRT.LOC: OGOP
```

PREVENTIVE CARE/IMMUN. UP TO DATE: ☐ YES  ☐ NO   CURRENT PHONE #:
TOBACCO EXPOSURE: ☐ YES  ☐ NO
MED ALLERGIES: SEE CHART
MEDICATIONS:

### SUBJECTIVE / OBJECTIVE

55 y/o ♀ c PMHx "arthritis", R hip prosthesis, c/o joint pains/MS pains chronic — sent by correctional care for further eval. Pt. mostly complains of B hand/fing. pain, but also notes B elb/shoulder/neck/low-back/hip L>R/knee L>R, ⊕ AM stiffness x 30 m - 1 hr, ⊕ gel, ⊕ fatigue; hx LJS wearing B braces, Hx of L knee arthroscopy 2° meniscal tear, allg to many meds — currently on nothing for pain, Hx trauma 1983 s/p MVA

PE: HR 70 / NAD
WN/WH ♀; mmm
Lungs CTA B
CV regular
B wrist braces / 0 wrist swelling
Fingers B s̄ swelling/erythema
Tender @ R CMC jnt, ⊕ Finkelst.
⊖ Phalen B / ⊖ Tinel B
Neck c̄ ↓ROM / tense paraspinal
0 swelling shoul/elb/knee/ank
B crep c̄ knees ī ROM, L/B
intact.
Tender trap L — otherwise ⊖
tender points.

Xrays — L spine c̄ loss of lordosis
  otherwise ī signif ev. DJD

### ASSESSMENT / PLAN

1) Chronic pain — most likely ī 1° relation to traumatic injury c̄ neck/hip Hx., no evid. FM, exam c/w DeQuervan's synovitis R + 1st CMC DJD, no evidence carpal T.S., neck c̄ spasm by exam/xrays.

Recommend:
1) Celebrex 100 BID — ↑ to 200 PRN
2) Capsaicin 0.075% cream QID
3) Ice PM / Heat AM PRN
4) R thumb spica splint — D/C current splints
5) OT evaluation
6) Consider 1st CMC injection p̄ review of allg. records.
7) Flexeril 10 mg — ī-īī PO QHS

RETURN VISIT:

CAREGIVER: Johnson    # 090799
ATTENDING: David H. Collier    # 042168

EXHIBIT ___1___

## ORTHOTIC PATIENT NOTES

Patient Name: Jill Coit
Orthotic Device: (B) WHFO
Diagnosis: Carpal tunnel syndrome
Physician: Dr. Martinez-Hochbe
Occupation: —
Hobbies/Interest: —
Height: 5'6"   Weight: 152 lbs   Age: 63 yo

Date: 6/12-08
Side: wrists
Language: English

### SUBJECTIVE
Patient states the goal is " fitting and delivery of (B) WHFOs and 1/2" internal shoelift (L) leg.

### OBJECTIVE
1. Where was the patient seen: office
2. How did the patient arrive: with cane
3. Who accompanied the patient: guards
4. Skin status: Intact (Compromised) (what and where) (R) wrist swollen
5. ROM and muscle strength: —
6. Brief medical history including complicating factors in addition to diagnosis: —
7. Main purpose of this visit: Fitting and delivery of her (B) WHFOs. She received Thermal RX - D-ring WHFO size SMALL, (R) x 1 ea and (L) x 1 ea.
8. Extend of service provided during THIS visit: 1/2" internal shoelift installed in (L) shoe to compensate leg length discrepancy. The expected 1 1/2" needed lift do not fit in her shoes. Pt in process to try to get orthopedic shoes that the 1 1/2" lift could be installed.
9. List appropriate verbal or written instructions given to the patient/care giver:
10. Did the patient/care giver understand the instructions: YES  NO

### ASSESSMENT
The patient assessment Pt advised to wear her WHFOs as much as she needs to.
I recommend that she continues heat packs to her wrists and would use speech recognizing program for typing instead of her hands on keyboard. This was documented in her facility file.

### PLAN
1. Is follow-up appointment scheduled: YES (NO)
2. Date for next appointment: as needed
3. Adjustment completed: (YES) NO  The patient instructed to contact office if additional service is required.
4. Delivery completed: (YES) NO  The patient instructed to contact office if additional service is required.

Practitioner Signature: Caitin Bauuw CP   Date 6/12-08

EXHIBIT 4

# Colorado Department of Corrections
## Consultation Report Form

Appt#: 99906

Run Date: 04/25/2008 12:14
**REQUESTED**

| | | | |
|---|---|---|---|
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 04/25/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M | SDD: 03/16/3004 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: ACTION POTENTIA | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: 61 y/o female with persistent thumb and wrist pain, x-rays, osteoarthritis, on examination motor 3/5 unable to grasp fully due to wrist and thumb pain, suspect chronic tendon sprain s/p injury-thumbs pulled back during an assault-works in graphic design in prison and affects her work. Hurts to write.
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: life w/o parole
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: will improve mobility-pt uses a cane-tried the orthoclast braces her in clinic but were too bulky, she has older set of braces which she was given but no longer given through DOC due to security-metal plates removed
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: no
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: orthoclast braces were not feasible as offender uses cane -not a compliant material
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: yes
8. PAIN COMPLAINTS/BEHAVIOR: pain in wrists and thumbs
9. RISK AND/OR COST BENEFIT: increase stability and decrease wrist pain with cane use-uses cane for chronic knee injur

**ICD**

| | |
|---|---|
| V68.01 | DISABILITY EXAMINATION |
| 702.19 | OTHER SEBORRHEIC KERATOSIS |
| 735.4 | OTHER HAMMER TOE |

**CPT**

| | |
|---|---|

| Provider Signature: | *Electronically Signed* | Date: 04/25/2008 12:14 |
|---|---|---|
| Provider Name: | MARTINEZ-HOCHBE, YVETTE M, MD | ymmartin |

EXHIBIT 3

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

## AMBULATORY HEALTH RECORD

Page 1 of 2 | Printed at: 06/27/2006 13:37:48
Encounter#: 1224860 @ DW

86530 | COIT, JILL | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L

### SUBJECTIVE
Active Medication(s): ASA ENTERIC - 325 MG; DIPROSONE CR-45GM - 0.05%; LIORESAL - 10 MG; MEVACOR - 20 MG; ZOMIG - 2.5 MG

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

### PLANS / ORDERS
Allergies: PENICILLIN G

[X] Please exchange state issue green shirt for new shirts due to wear and tear of old green shirt. (the old one has a significant rip in it).

Ok given for shower shoes and bre extension.

### OBJECTIVE
Jill was here for several items.
1. Had injured her back on Sundsy--she slipped on floor. Has a bruise on her lower back and she is concerned that she broke a rib.
She has right shoulder pain and is unable to lift her right arm to perfomr her daily activities. She has provided me with her MRI report documenting the right shoulder injury. Will obtain an orthopedic consult.
Also concerned about her right hand (history of arthritis). Unable to wirtie with rht right hand. Today her right thumb joint is swollen and she complains of pain is present all the time.

Self purchase for above items.

Back X-RAY at DRDC (post fall)

[X] Ok for her to use computer-voice activiated program due to hand deformity and arthriis.

### ASSESSMENT
V68.89 - ENCOUNTERS OTHER SPEC ADMINISTRATIVE PURPOSE OTH
88325 - CONSLTJ COMPRE REVIEW REPRT REFERRED MATRL

Dietary Consult done.

D/C - Rx#: 2071423  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/16/2006  Disc Date: 06/27/2006  Rx Instructions: ONE TABLET DAILY

NEW - Rx#: 2075148  Drug Brand Name: FOSAMAX - 70 MG  Alternate Name: ALENDRONATE  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET WEEKLY--FOLLOW DIRECTIONS.

NEW - Rx#: 2075152  Drug Brand Name: ASA ENTERIC - 325 MG  Alternate Name: ENTERIC COATED ASPIRIN  Rx Date: 06/27/2006  Disc Date: 09/25/2006  Rx Instructions: ONE TABLET DAILY

EXHIBIT _____ 4

Datetime: 06/27/2006 13:07 | Providers: NOLA, NANCY D

EXHIBIT _____

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 06/27/2006 13:07 | Provider: NOLA, NANCY D | DateTime _____

213

# Colorado Department of Corrections
## Consultation Report Form

**REQUESTED**

Page 1 of 1
Run Date: 03/04/2008 11:24

| | | | |
|---|---|---|---|
| Appt#: 97511 | | | |
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 03/04/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M | SDD: 03/16/3004 |
| Request: DME | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: ACTION POTENTIA | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: pt in spica splints w/ wrist component/support-attempted to make spica splints similar to these w/ orthoclass and unable to do-interfer with ability to use cane
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: YES
3. URGENCY OF NEEDV. REMAINING SENTENCE: LIFE W/O PAROLE
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY: UNABLE TO USE THUMBS AND WRIST DUE TO PAIN S/P SEXUAL ASSAULT
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION: NO
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE: NONE-UNABLE TO MAKE SPLINTS W// WHAT IS AVAILABLE IN CLINIC
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT: YES
8. PAIN COMPLAINTS/BEHAVIOR: SPLINTS-CANNOT USE CANE
9. RISKAND/OR COST BENEFIT: C/O OF WRIST PAIN AND THUMB PAIN

Subjective: Active Medication(s): ASPIRIN CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 5/5/08***; CHLOR-TRIMETON - 4MG - ONE TABLET TWICE DAILY AS NEEDED; ELAVIL - 50 MG - ONE TABLET DAILY; FOSAMAX - 70 MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEATIN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO (NO SELF MED)

pt in to have spica/wrist splints made from orthoclase-
c/o of uti w/ burning on urination, no frequency, no n/v/f/c
c/o of vaginal d/c reddish

Objective: spica splints constructed from orthoclase but unable to give support to wrists as well

patient unable to hold onto cane securely w/ splint as need to wrap orthoclase around thumb-thicker than previous splint material

ua positive for blood

Exhibit 5

Assessment:
729.5 - PAIN IN SOFT TISSUES OF LIMB
595.0 - ACUTE CYSTITIS

ICD ———— CPT ————

Patient measured and evaluated bilateral WHFO. (R) thumb area slight swelling and pain to touch. Once authorization received fitting and delivery will take place. Pt should ice her wrists and thumb once swelling occurs. If questions call Carter Bachman, CO OPS 303.716.0796

Pt fitted and delivered with her prefabricated WHFOs today. The wristrock use is fine. Also the speech recognizing software program is more preferable for typing instead of using keyboard. If questions call Carter Bachman @ 303 716 0796.

Pt received 1/2" shoelift in her (R) shoe today

Cater Bauer CP 5/27-08

Please do not discuss dates of the follow-up appointments with the offender.
Insurance: Physician Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

# Colorado Department of Corrections
## Consultation Report Form
### REQUESTED

Page 1 of 2
Run Date: 07/09/2008 15:51

| | | | |
|---|---|---|---|
| Appt#: 102520 | | | |
| DOC #: 86530 | Name: COIT, JILL | Facility: DW/UNIT2 | Date Initiated: 06/27/2008 |
| Gender: FEMALE | Security: MINIMUM RESTRICTIVE | SSN: 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 | DOB: 06/11/1944 |
| Level: 1 MONTH | Tele-Med: NO | Provider: MARTINEZ-HOCHBE, YVETTE M | SDD: 03/16/3004 |
| Request: ORTHOPEDIC | Auth #: | Number of Visits: 1 | PED: 03/26/3004 |
| Location: DENVER HEALTH | Appt Dt: | Specialist: | DH #: 2098863 |

**Diagnosis and requested evaluation or care:**
will look up EMG from 2007

*EMG faxed 7/9/08 HV* (handwritten)

VICTOROFF, HILARY S  ( hsvictor )   7/9/2008 15:51:28
==================================================
1. CLINICAL INFORMATION: 64 y/o female with persistent dequervan's in spite of splinting, see examination below, needs ortho referral-pt declines injections-was injected in past w/o help? surgical repair needed ?
2. MILLIMAN CARE GUIDELINES - CRITERIA MET: yes
3. URGENCY OF NEED V. REMAINING SENTENCE: 3004
4. MEDICAL NECESSITY: MORBIDITY, MORTALITY AND/OR FUNCTIONAL DISABILITY:uses cane difficult to hold cane with splints and pt has right> left pain with right forearm atrophy
5. PRE-EXISTING CONDITION PRIOR TO INCARCERATION:no
6. ALTERNATIVE THERAPY/PROCEDURE, WHICH MAY BE APPROPRIATE:none
7. PATIENT'S DESIRE FOR THE PROCEDURE/LIKELIHOOD OF THE PATIENT'S COOPERATION IN TREATMENT:yes
8. PAIN COMPLAINTS/BEHAVIOR: chronic thumb pain
9. RISK AND/OR COST BENEFIT: increase mobility

Subjective: Active Medication(s): ASPIRIN  CHEWABLE - 81MG - ONE TABLET DAILY; CELEBREX - 100 MG - TWO CAPSULES DAILY ***NON-FORM EXP: 10/7/08***; CHLOR-TRIMETON - 4MG - ONE TABLET TWICE DAILY AS NEEDED; FOSAMAX - 70MG - ONE TABLET WEEKY--FOLLOW DIRECTIONS; LIORESAL - 10 MG - ONE TABLET TWICE DAILY PRN FOR HIP PAIN; OYST-CAL-D - 500MG/200 IU - ONE TABLET DAILY EXCEPT DAYS WHEN TAKING FOSAMAX; PREMARIN VAG CR - .625MG/GM - VAGINALLY  1/2 APP FULL 2 X WEEKLY FOR VAG ATROHPY.; SINEQUAN - 25 MG - ONE CAPSULE AT BEDTIME; ZOCOR - 10MG - ONE TABLET DAILY; ZOMIG  ZMT- 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

dme referral fro replacement of leg brace.
pt w/ referral to urology pending
pt w/ ophthalmology pending

*Exhibit 7* (handwritten)

back problem persists
ortho appt

seen by podiatry -wasseen interim by ortho and will see podiatry back

hands-needs separate ortho eval for this
pt declines injection-did in past w/o help- mid 1990's  wears bilateral spica splints and wrist hurt all the time, removes braces only when eats. but wears themall other times
right > left pain

Objective: msk base of right and left thumbs tender on palpation, base of right thumb with edema today, unable to dothumb to finger touch right > left, unable to close or make fist completely , flexion wrist 35degrees and extension 45 degrees, left 45 degrees flexion and extension, pulses 4/4, right forearm atrophy vs left, sensory intact

Assessment:
599.7 -HEMATURIA
377.75 - D/O VISL CORTXW/CORTICAL BLINDNESS
959.6 - INJURY OTHER&UNSPECIFIED HIP&THIGH

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:   Physician Health Partners   Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 1410 W. 13th Street, Building 54, Pueblo, CO 81003
Or FAX to your Scheduler @ 719-583-5832

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
CONSULTATION REPORT FORM

OFFENDER INFORMATION:                                    Date: 07/17/2003

Name: COIT, JILL          DOC #: 86530      Facility: DEN-WOMENS

DOB: 06/11/1944    SSN: 434622141    Gender: FEMALE    PED: 03/26/3004

Insurance: COLORADO ACCESS FOR COLORADO DEPARTMENT OF CORRECTIONS

Authorization #:                    # Visits Authorized:      1

Appointment is to be scheduled with Tele-medicine?: NO

PROVIDER'S CONSULT TO SPECIALIST:

Hospital: ONSITE CLIN-NOR   Clinic: ABILITIES UNLIM.  Specialist:

Hospital #: _____    Appt: _____    Priority: 4  TWO MONTHS

Diagnosis/Health Complaint:
PT NEEDS R THUMB SPICA SPLINT DUE TO SEVERE DJD AND DEFORMITY

Provider Signature: _____    Facility Physician: _____

SPECIALIST'S SUBJECTIVE, OBJECTIVE, ASSESSMENT, PLAN:

_____
_____
_____
_____
_____
_____
_____

* PLEASE COPY CLINIC NOTES AND ATTACH TO THIS CONSULT.
* DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER.
* RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER.
* PLEASE SEND ALL DICTATED REPORTS TO:

CTCF Clinical Services    PO Box 1010    Canon City, CO  81212
Ph: 719-269-4089    Fax: 719-269-4092

Specialist: _____    Name: _____    _____
            (Signature)              (Print)             (Date)

# Message from Medical

NAME: Coit, Gil

DOC #: 86530

UNIT: 7

DATE: 3/8/01

EXHIBIT 9

Gil —

① You may have Toradol IM today for pain if you so desire.

② I will see you tomorrow to assess "pill again" issue & R hand symptoms.

③ Any further OMT is inappropriate until you have on-going therapy for your unresolved emotional issues.

④ Wear wrist splint R & use your L hand for activities requiring hands.

Thank you
Signed: Dr Sc[illegible]

```
= MED REPORTS =============== CIMST REPORT =============== 03/03/2010 = Page  1
Doc No: 144548   Name: WEBSTER, MARCELLA A               LVCF/UNIT5 PRES FACIL
================================================================================
Date of Birth: 03/02/1980        Alias(es): NONE

Allergies: SULFAMETHOXAZOL             Special Diet: REG REGULAR MENU
           THEOPHYLLINE ER 125MG

Last hospitalized:
Housing Restrictions: LOWER BUNK
Medical Restrictions: NO HEAVY LIFTING
                      NO WORK HEAVY MACHINERY

Pending Appointments:                   NO APPOINTMENTS


Medical Level: 1P MINIMAL NEEDS/CARE

Last Encounter: 02/19/2010 ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

Current Med Cond(s):
02/18/2010   847.2      LUMBAR SPRAIN AND STRAIN
11/25/2009   V16.3      FM HX MALIGNANT NEOPLASM BREAST
11/25/2009   V45.89     OTHER POSTSURGICAL STATUS OTHER
10/02/2009   995.3      ALLERGY UNSPECIFIED NEC
10/02/2009   386.19     OTHER&UNSPEC PERIPHERAL VERTIGO
01/29/2009   346.10     CMN MIGRAINE W/O INTRACT MIGRAINE

Active Medications:    2573575 CARBAMAZEPINE 200 MG 02/11/2010 06/11/2010
                          THREE TABLETS AT BEDTIME ONE TAB Q AM
                       2576166 IBUPROFEN 600 MG 02/18/2010 05/19/2010
                          ONE TABLET TWICE DAILY
                       2564403 MECLIZINE 25 MG 01/20/2010 04/20/2010
                          ONE TABLET(S) THREE TIMES A DAY AS NEEDED FOR DIZZINESS
                       2564404 PROPRANOLOL 20 MG 01/20/2010 04/20/2010
                          ONE TABLET TWICE DAILY FOR HA
                       2559321 ZOLMITRIPTAN 2.5 MG 01/06/2010 04/06/2010
                          2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30M
G/MO

MHDx     Psych Level: 3C SERIOUS MENTAL ILLNESS W/MODERATE MH NEEDS
Axis I:  296.7      BIPOLAR I DIS, MOST RECENT EPISODE UNSPECIFIED
Axis II:

R.P.R.      Date _____    Results _____

T.B.        Date: 01/02/2010         Results: 0 X 0 mm

TETANUS     Date _____

OTHER _____
--------------------------------------------------------------------------------
                              MEDICAL NOTE:
--------------------------------------------------------------------------------
```

Handwritten annotations:
- *2/18/2010: No heavy machinery climbing ladders or to high areas due Vertigo.
- * 1/20/2010: No lifting, gripping or working with right hand for 180 days. Exp 7/20/2010

```
= MED REPORTS =============== CIMST REPORT =============== 03/03/2010 = Page  2
Doc No: 144548   Name: WEBSTER, MARCELLA A               LVCF/UNIT5 PRES FACIL
```

[handwritten signature]

4-29-10

```
                                                           FILED
                                                UNITED STATES DISTRICT COURT
                                                      DENVER, COLORADO
```

Dear Clerk of Court,                 92cv-00870 JLK       MAY 03 2010

I did not get the Montez notice till 4-19-10 so did GREGORY C. LANGHAM
do a very good job of getting information together. I am      CLERK
missing some exhbits and will send them on Montey when I them
copied hope thisis ok.

Please file in order.

I have enclosed teh following:
Notice to the Court that LVCF medical is overriding all prior cdoc
doctrs Orders, Prio staffing allowances and all specialist orders (11p)  (4)

Order regarding / 3920 Notice (5 pges) — (2)

Notice to the court that I am being  "7 pgs (3)

Rape and the Montez Remedial Plan inmate   —13 — (1)

Notice to the Court that Defence 9 pages — (5)

My hearing and vison loss will be mailed before the May 3,2010
deadlien, my friend isworking on it now. sorry.


My typing sucks, not being able to see is not fun,


Thanks,
   Jill Coit
Jill Coit /86530

Oh, I had no real proper so used
Back of free games - sorry
I owe you 12 exhibits.
Law library only copies once
per week + I did not make
time line - will send ASAP

Thanks
Jill Coit

Total Pg 48 —