US DISTRICT COURT
901--19th Street
Denver, Co 80294

JESSE MONTEZ,   ET AL
vs
BILL  OWENS, ET AL

CASE NUMBER: 92 cv 870 EWN-OES and 96 N 343

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2010

GREGORY C. LANGHAM
CLERK

Party without attorney
Jill Coit #86530
Claim number  03-129
LVCF   unit 5
1401 west 17th Street Pueblo, Co 81003

-----------------------------------------------------------------

GAMES LVCF DR. WERﾧMERS IS PLAYING WITH MONTEZ REMDIAL PLAN INMATES
-----------------------------------------------------------------

Comes now, Jill Coit pro se and member of the Montez Remedial
Plan and class action. I just want the court to know that LVCF Dr.
Wermers is playing games. According to Stipulation Regarding Status
of Compliance by teh CDOC with the MRP dated/filed 4-4-2008
number 22 which states," If PHP overrides a CDOC medical provider's
or specialist recommendations for testing or assistive devices, CDOC
will bear the burden of ensuring tha the testing otherwise conducted
and/or will provide the assistive device at the expense of CDOC."
Dr. Wermers never submits it to the insurance company/and or
PHP so it never gets overriden or even considered. He just takes it
or declares medical aids and assistive devices no longer needed. So
I got magically well and no longer need assistive devices or aids.
LVCF did not want me as a disabled inmate at this facility and
they were forced to take me. Upon arrival I was told I could not have
my wheel chair and hand braces. I said that I had no control where
where I am sent but I am not giving up my wheel chair or hand braces
because I do not intend to crawl everywere or hurt every time I must
use my hands. It was former CWCF officer Padilla who told me I could
not have my wheel chair or medical appliances at LVCF, that they did
take disabled inmates.
Padilla then called Assocaite Warden Wasko who came to intake and told
me she was calling Central Office on wether or not I could  have
my Wheel Chair. Central office must have told her I could keep it
because I was allowed my wheel chair. However Wasko took the inserts
from my hand braces that were plastic and paid for by CDOC at great
additional expense because the plastic inserts are more expensive
than the normal metal ones.
It is intersting to note that LVCF and all of CDOC facilities
allow  glass coffee pots, metal curling irons which have a piece that
would make an excellent shank if an inmates was so inclinded and
numerious other canteen sold items that are 100 times more dangerous
than my plastic insert for my hand braces.
I did not fight the  taking of my plastic incert for my hand
braces because when I was finally called into medical and Judy Saiz

saw me she threatened me and told me that If I filed any grievances on medical that she would have me sent back to DWCF. I was afraid she could do this and because I had been violated under AR 100-40 at DWCF I do not want to go back there. There is so much sexual abuse and physial violence at DWCF that it is not safe for disabled inmates.

This court needs to know that dr. Wermers gave me a <u>direct order that I am to walk</u>. I have tried to obey this order but I refuse to try to walk outside because of my limited vision I can not see the sidewalk or ground where it is uneven. I am 65 and to not want to break my hip or any other bones.

I have had nothing but trouble because LVCF medical told officers and actually sent out emails to all departments that if they saw me walking that they were to file a report with medical. This created hard feelings because officers had to file numerous reports everytime I was out of my wheel chair. I tried to tell them that I was given a direct order to try to walk often but they though I was just trying to pull a fast one and be lazy. This order is still in effect and I am still told I am not supposed to be out of my wheel chair and walking.

Dr. Wermers went so far as to ask if CDOC/LVCF had to get me medical shoes , see medical report dated 9-21-09 exhibit 1 which states," If wheel chair, difficult to justify backpack. Why knee brace in woman who refuses to ambulate? <u>ARE special shoes needed if not ambulator.?</u> OPr can? Or walker?...

Because I was raped and don't have good use of my hands due to physial injury received in assault by correctional officer. So must use my feet and legs to get around in wheel chair, yet this jerk, dr. Wermers <u>does not know if I need special shoes.</u> I need special shoes because when I reported the rape, another correctional officer that was also sexually abusing/raping inmates decided to punish me <u>by forcing me to wear boots/shoes to short therefore I developed hammer toes and a planter fibroma on my left foot.</u> see exhibit 3.

I need special deep toe shoes because my hammer toes bleed when they hit the top of normal depth shoes and I have a 1 and 1/2 inch leg legth discrepancy not a 2 cc as dr. Wermers wrote in his medical report. it seems dr. Weremers seem to get critial information of medical facts wrong more times than right. What is going on, is he intentionally doing this?

I guess I have problems with a man that does not even go to work clean, his hair is filty with dandruff falling on his shirt and every where, yet the nurses find him extremely attrative and fall all over him. He is fat and dresses sloppy. Oh well , I am the inmate so could not possibly report facts that are readily observable. I expect a doctor to act and dress appropriately. Dr. Wermers seems to delight in making fun of me or putting me down, he does not even quote me accurately. All my medical conditions are veified by MRI's, or Xrays or specialist but Dr.Wermers constantly under-rates or discounts what they write. The fact that he hurts me and other inmates upon examinations is relevant. <u>He forces my body into the position he wants then claims</u> there is nothing wrong with me or that I don't need anything in the way of aids or assistive devices.

I came from a class 5 facility, and LVCF is a class 4 facility so please tell me any legitimate penological reason my assistive devices were taken away? see exhibit 4

My plastic shoe aid could not have been a security risk, nor my bath aid that helped me bathe, see exhibit 5, medical record stating I needed assistance with bathing. It seems that    Dr. Wermers is trying to make me need an assistant aid so that I will be sent back to DWCF since he told me that Assistants or aids are not allowed at LVCF.

I would like to state on record that LVCF meets my  physical structual needs, the buildings are well kept up, the bathroom can actuaully accommodate a wheel chair without everyone else in the bathroom not needing to get out of the way like at  DWCF. The sinks and showers even are the right height for me since I am not tall and the toilets are higher, all of them.

LVCF is perfect for the sight impaired, the cells have tall windows that let in natural light and the hall ways are wide and accommodate a wheel chair and another inmate with ease when passing. But most  important the doors at LVCF do not cause harm to wheel chair inmates like DWCF's do.

Anyway Dr. Weremers does not obey specialist orders or send inmates out for recommended specialist care visits.

None of the medical assistive devices that were taken from me were a security threat except for the cane and I had been trying to give that back for years. I needed the walker, yes I walk to the bathroom often but there are times when I need it when I am trying to streighten my leg or my knee is swollen and it hurts me to push myself in my wheel chair. yes, my knee swells often and is very painful, I have been denied my Celebrex anitimflamatory medication by Dr.  Wermers since  it expired two months after I arrived at LVCF. I had  it till  then.  Maybe dr. Wermers could tell this court why or how I suddenly got  well so I did not need my Celebrex that I have been on for at least 10  years.

Respectfully submitted,

*Jill Coit*            4-29-10

Jill  Coit


What kind of a doctor wants to deny a patient shoes when their feet bleed and they are exposed to MRSA etc  with bleeding feet?

I have a 1½ inch leg length discrepancy. Come in to CDOC with Special Shoes!

see exhibit 6. I am supposed to be able to have 2 pair of tennis Shoes But Werma says No!

**DEPARTMENT OF CORRECTION**
**AMBULATORY HEALTH RECORD**

| 86530 | COIT, JILL | | Facility: | LV | LU: | LVCF/UNIT5 | L | S | 110 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|

9/3/99 rheumatology consult Denver Health "exam C/W De Quervain's R" and thumb spica right requested

Left knee bio-skin Q brace

Attempted exam left knee. she will not lay still or on back, tosses and turn and rolls onto side. Was able to full extend knee, it is not swollen/red/warm and no laxity collaterals or drawer but limitedc exam on a constantly moving target with C/O hip pain to intolerable to allow exam.

She transfers to/from exam table, in/out chair and <u>stand</u>s to remove slacks. Slacks splitting at seam where knee brace expands them.

Legs muscular, no atrophy. She says that's because she uses them, walks on them, when I comment re this

ASSESSMENT

Per exam cannot document necessity of wheelchair, cannot really justify based on fear of falling. The reported limits re use of right hand for cane or walker is problematic however. Her refusal to walk any distance also complicates, regardless of ability. Cannot make her pick up her cot and walk

She needs no aide she insists, and I agree

<u>Dx de Quervains not established</u>, was a possible Dx one time per a visiting professor at DH. Does not have significant contractures hand

Will not continue further chart review today.

Knee brace need not established or discredited; reasonable exam not possible, what was tested failed to document need. Without brace I suspect she will be a "fear of falling" rather than physiologic cripple with or without wheelchair or the cane/walker she claims she cannot grasp.

See above re several restrictions. None needed re hearing, she is not disabled.

2 hour work restriction not justifiable in my opinion. Has a bad eye, but unable to relate that to her headaches. And the tired hand issue same, is per her own report pretty functional with left hand

Bunk & stairs temporary OK, until she gets up and about and learns to walk again

Needs high box shoes, hammertoes. I cannot prove she can tie laces, thus velcro maybe reasonable

Per her, no help with meals needed. I agree

Shower chair temporary OK probably, until gets re-trained re standing

Her report that any restriction which might mean she has to go back to DWCF is revealing I think.

V82.89 - SPECIAL SCREENING OTHER SPEC CONDS
99456 - DISABILITY EXAMINATION

| PA/NP/RD | PHYSICIAN | NURSE |
|---|---|---|
| Datetime: 09/30/2009 13:22 | Provider: WERMERS, JOSEPH | DateTime 9/30/09 1433 |

DEPARTMENT OF CORRECTION

**AMBULATORY HEALTH RECORD**

ADMINISTRATIVE

Page 1 of 2

| 86530 | COIT, JILL | | Facility: | LV | LU: | LVCF/UNIT5 | L | S | 110 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|

12/18/01: normal EMG left arm and cervical paraspinous muscles
9/9/00: 2 cm leg length discrepancy per neurosurgery
See 3/28/08 Denver Health ortho consult, reports patient refused surgery left knee in 2005 and exam/studies showed DJD and medial meniscus tear. No mention brace; no arthroscopic to be done at time
3/28/08: X-ray total hip right, mild degenerative changes left hip, L4-5 degenerative disease lumbar
7/31/07: EMG upper extremities negative; carpal tunnel ruled out

*[handwritten: Not 2 cms — 2" inches]*

*[handwritten: Has Degeneration Not Carpal Tunnel]*

Active Medication(s): ALENDRONATE - 70 MG - ONE EVERY WEEK REMAIN SITTING UP AT LEAST 30 MIN AFTER TAKING DO NOT TAKE WITH CALCIUM, TAKE BEFORE EATING IN MORNING; ASA ENTERIC - 81 MG - ONE TABLET DAILY; OYST-CAL-D - 500 MG/200 IU - TWO TABLETS EVERY MORNING ONE TABLET EVERY EVENING DO NOT TAKE W/ FOSAMAX; PREMARIN VAG CREAM - 0.625 MG/GM - ONE-HALF APPLICATORFUL VAGINALLY TWO TIMES WEEK(S); ZOMIG ZMT - 2.5 MG - 2.5MG AT ONSET, MAY REPEAT IN 2 HR IF NEEDED MAX DOSE 10MG/DAY-30MG/MO

**OBJECTIVE**
See above

**ASSESSMENT**
Restrictions not indicated removed today. Include duplicate old temporary wheelchair (has current accommodation for W/C however).
If wheelchair, difficult to justify backpack
Why kneebrace in woman who refuses to ambulate? Are special shoes needed if not ambulatory? Or cane? Or walker? Many 3/27/09 Montez accommodations I cannot justify, related to hearing and vision in woman without hearing or vision disability per later dates. These have not been addressed yet by AIC, await the final accommodation resolution re these (include hearing aid, V-watch, sub-titles, strobe/horn, TTY phone)
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

*[handwritten: need]*

*[handwritten: Ordered to Walk By Dr Werma yet he writes]*

*[handwritten: — NEEDS EXAM ALSO —]*

*[handwritten: Coit's Comments]*

| PA/NP/RD | PHYSICIAN | NURSE *J. Mascarenas RN* |
|---|---|---|
| Datetime: 09/21/2009 13:27 | Provider: WERMERS, JOSEPH | DateTime *9/30/09 1633* |

# DEPARTMENT OF CORRECTIONS
# AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 1

Printed By: HARRELSON, JAMIE
Printed at: 02/08/2006 09:10:16
Encounter#: 1143849

| 86530 | COIT, JILL | | Facility: DW | LU: DW/UNIT2 | 1 | D | 126 | L |

**SUBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; XYLOCAINE JELLY - 2%

Temperature: 97.7  Pulse: 94  Weight: 163
Respiratory:  BP: 110 / 84
Vitals Taken: PULSE OXSYM=95.00;

### PLANS / ORDERS
Allergies: PENICILLIN G

advised the patient of her carotid doppler studies.

**OBJECTIVE**

Offender Copy

Due to the patients physical limitations the patients needs to have her legal papers waist high and also needs assistance w/ bathing and other activities of daily activities.

**ASSESSMENT**

When I have assistive devices/aids — I am self-reliant — So don't need their help.

Batt Back Washer helped me!

EXHIBIT _____

EXHIBIT _____

Datetime: 02/08/2006 08:56    Providers: HARRELSON, JAMIE

PA/NP/**RD** _____  PHYSICIAN _____  NURSE _____
Datetime 02/08/2006 08:56    Provider: 5053    DateTime

Unit 8
Lower South
Rm 110 bed 5

DC 300-6A

## SHAKEDOWN LIST

DATE 02-03-10

OFFICER Sgt. Mapes-Clark

Offender Name and Number Coit, J. #

| Item | |
|---|---|
| 1-White/yellow back washer-Sponge | need |
| 1-beige/orange PAIR of WRIST/Thumb Brace ② | old worn out |
| 1-blue/white Arm Sling. | Need |
| 1-blue/black leg brace | Need |
| 1-Knee brace | Have 1 set so don't need |
| 1-white plastic sock holder | Need |
| 1-Cane·Aluminum - Quad- | No- do not need. Have m... |
| 1-Walker | need |
| 1-grabber | Need |

Items-Returned to
HSA- Judith Beeman, R.N.

20002 (R 7/02)

Exhibit 4

stated if an officer helps with the packing, Ms. Coit has to sign a waiver and release liability. Ms. Martinez mentioned it was reported that on one occasion when Ms. Coit packed, used sanitary napkins were among the packing. This is a major hygeine issue. Ms. Coit became visibly upset and denied she had any part in this matter, claiming she no longer has any periods. Dr. Holt reiterated that we need to deal with any future assistance of the duffle bag. Major Kleinholz will not order any officers to help with the packing. **Decision:** Assistance will be provided if officers volunteer and the waiver of liability is signed.

Dr. Holt stated the following issues were resolved: 2 pairs of tennis shoes purchased at canteen, biofeedback for the chronic pain, 2 hour restriction for hands and wrists to be evaluated, the duffel bag packed with assistance, and the authorization for 2 wrist braces to maintain personal hygiene. The 2 hours of sunshine will be staffed with Dr. Diamond.

Submitted by

Dr. Dave Holt
Clinical Team Leader

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
COLORADO WOMEN'S CORRECTIONAL FACILITY

P. O. BOX 500
Cañon City, Colorado 81215-0500
Telephone: (719) 269-4709    FAX: (719) 269-4740



Bill Owens
Governor

John Suthers
Executive Director

## FACILITY STAFFING OF INMATE JILL COIT (86530)
### FRIDAY APRIL 5, 2001

Present:　Dr. Schlichtig D.O.
Dr. Dave Holt, CTL
Mary Kay Carter, NP-C
Renee Martinez, RNIII
Shane Martin, Mental Health Coordinator
Major Kleinholz (Jeff)
Ann Hartung, Admin II
Inmate Coit, Jill #86530

### TEAM STAFFING
### MEETING MINUTES ON MS. COIT

A team staffing meeting was held on April 5, 2001 in the Medical Clinic on Inmate Coit. Dr. Holt, Shane Martin, Major Kleinholz, Renee Martinez, Dr. Schlichtig, Mary Kay Carter attending. Ann Hartung took the minutes. Dr. Dave Holt, CTL, issued a summary of Ms. Coit's complaints concerning her letters of March 12, 2001 and March 13, 2001 to each attendee. The following issues were listed in the March 12 letter:

- Dealing with things on an intellectual level instead of an emotional level, resulting in somatic pain.
- Reality of dealing with pain, e.g., pushing wall buttons and the need for braces
- Mrs. Martinez allegedly lying about policy on returning DME's, such as braces;
- Writing things in Medical Record(Chart) that are untrue
- Permits for tennis shoes;
- Two hour work restrictions for back problem;
- Right hand wrist and using the brace;
- Headaches and neck problems and concern about a vertebrae being displaced or spine
- Litigious vs problems at facility level (i.e., "here").
- Problems with "thumb"
- Allergies to mold

COIT, JILL 108017500 CCMF Cli...   O,   DOS: 16 JUN 2008 00:00:00      OP Encounter Record - 06/16/2008

# DENVER HEALTH
## OUTPATIENT ENCOUNTER RECORD
### ORTHOPAEDIC CLINIC

Name, MR#, Pat#, DOB

108017500
06/16/08   HSC: CMF
COIT, JILL
2098863      F    06/11/1944
G08                      DVR: Y
!    1:   2:   RX:   IP:
PCP:
PHN: (719)583-5840

Date: 06 , 10 , 08
MM    DD    YY

#2      ID X 2   (initials)
(Staff Initials)

Do you need any paperwork filled out? ☐ Yes ☑ No
Primary Language: ☑ English ☐ Spanish ☐ Other ___
Do you wish to have an interpreter? ☐ Yes ☐ No ☑ N/A
Interpreter: _____
(name)
☐ AT&T Language Line Used

☐ Patient requests to have significant other/family member or friend interpret

Chief Complaint: "am here to see Podiatry & have _____
reminder TOS" _____ (name)

Medications: ☐ Yes ☐ No     Herbs/Supplements: ☑ Yes ☐ No
see chart
Med Profile: ☑ Yes ☐ No Pharm
Do you need a medication refill? ☐ Yes ☐ No   N/A
Tobacco Exposure: ☐ Never ☐ Former ☐ Current   N/A
Med Allergies: ☑ Yes ☐ No  see chart   Latex Allergy: ☐ Yes ☐ No
Reason for Appt: ____ RTC MD
Pain/Alteration in Comfort: ☑ Yes ☐ No   Action: RTC MD

Date of Injury/Surgery: _____ N/A
T ___ P 80 RR 20 BP 124/79
Age: 64   WT. ___ HT. ___ BMI: ___
EtOH/Substance: ☐ Yes ☐ No   N/A
Impairment: ☐ WNL ☐ Physical ☐ Cognitive
care ® wrist splints
On scale of 1-10 grade your pain: ___ 3/10
Staff Signature: _____ 11:30 am

**SUBJECTIVE/OBJECTIVE**

- un DOC for left
- saw Dr C & had shoes too tight x 4 yrs.
- saw Dr. Cain(?) 11.4.03
  '04 had special shoes
  '06 - saw pt @ jail & had
  been off feet

Consults: ☐ Yes ☐ No — been off feet
X-ray next visit: ☐ Yes ☐ No ✗ 5d
Castings: ☐ Short Arm Cast ® foot →
☐ Long Arm Cast   2/3/4 hammer
☐ Short Leg Cast   toes
☐ Long Leg Cast — as for ®
Total Contact Cast: feet has
☐ Splint Specify Type: arch problem
Other Cast Orders: _____
CAM Boots: Small: ___ Medium: ___ Large: ___
Brace Specify: _____
☐ Suture Removal
☐ Staple Removal
☐ Dressing Type: _____
☐ Blood Draw Test: _____
☐ Central Line Dressing Change
Test: ☐ MRI ___ ☐ CT: ___
☐ EMG ___ ☐ Ultrasound ___
☐ P/N Site Care _____
Date: ___ Time: ___
Provider Signature: _____

☐ Counseling/Coordination greater than 50%
Total Time: ___ min  Couns/Coord Time: ___ min

F60-139 (8/05)

**"Time Out" required for surgical/invasive procedures**
☐ Correct patient identified by procedure team   ☐ N/A
☐ Correct procedure side/site identified by team
☐ Team and patient agree on the procedure to be done
☐ Team agrees that patient position is correct for procedure
☐ Team agrees correct equipment (including implants) is available
☐ Time out called   deep depth shoe
Team Members
(Print names)

ASSESSMENT/PLAN: ® foot - hammer toes 2-4
→ 2 ® foot → fallen arch & ankle inversion
- toe shorter
Plan
1. Pt requires custom made shoe
Views: c deep depth shoe for hammer toes c 1½ inch lift to ® shoe

Patient/Family Education/Instructions:
☐ Diagnosis   ☐ Medications to include side effects   ☐ 1° care
☐ Tobacco   ☐ EtOH   ☐ STD prev   ☐ Follow-up criteria
☐ Discussed treatment side effects   asthma
☐ Topic(s): 2. Pt requires orthotic for
Mode: ☐ Video ☐ Verbal ☐ Handout
Other Education Provided: ® shoe for arch
support & straightening
3. RTC PRN
4. Moist heating pad - please
☐ Understands   provide with
RETURN VISIT:

L. Benoa(?), PTC
Caregiver Signature/Title/Date   (mm/dd/yy)   (Pager & Provider #)

Bunter(?)
Attending Signature/Title/Date   (mm/dd/yy)   (Pager & Provider #)

shows leg length discrepancy 1½ inches
not ~cm

Page 1 of 1