US DISTRICT COURT
901--19th Street
Denver, co 80294

```
                                          FILED
                                UNITED STATES DISTRICT COURT
                                    DENVER, COLORADO
JESSE MONTEZ, ET AL
VS                                       MAY 04 2010
BILL OWENS, ET AL
                                     GREGORY C. LANGHAM
CASE NUMBER: 92 cv 870 EWN-OES and 96 N 343   CLERK
```

Party without attorney
Jill Coit #86530
Claim number 03-129

---

DISABLED INMATES UNDER MONTEZ ARE NOT GIVEN THE SAME JOB OPPORTUNITIES AS NON DISABLED INMATES

---

Comes now Jill Coit, pro se and a member of the Montez Class Action under mobility impaired however she has several other impairments or disabilites that influence her ability to find appropriate employment.

Under MPR page 16 XIII Inmate Programs, activities and work assignments, A. it says that, "There shall be a <u>variety of jobs in every pay scale available to qualified inmates with disabilities</u>, comparable to those offered to other inmates."

At DWCF there are very few job opportunities for employment due to how their programs are set up.

However at LVCF there are opportunities for jobs that I could do, even with my disabilities/impairments. Numerous specialist and DWCF doctors have stated I needed to work with computers because then I can see the materials. LVCF has a job placement called BT training which assist the public in fixing their comuters. It is job that requires you telling the patron to try diffent things to make their comuters work. I was in public relations in the free world and have the ability and desire to be of assistance, so this would be a perfect position for employment, ccupant.

According to my mental health file, I would do well in school programs since I seem to love learning. There is a class in Graphic Design that is in my housing unit and was recommended and approved for this class but got a write up for disobeying a direct order, (I had my ADA/Montez Accommodation Resolution on me which I signed a contract that I had to carry this legal document.) So this direct order was not only illegal, but contary to written CDOC policy.

With my hand impairment and inability to use it without pain when grasping or turning my wrist is involed, I need to be on a computer for employment. I can not bend, twist or walk without pain and my knee swelling.

Please know I love my job in the library because my supervisors MS. Lucas and Ms. Scott totally accommodate my vision, hand, and knee impairments and disabilities. They allow me to rest when I get tired or can't see. They have accommodated my work schedule so that I only work four shifts instead of five which would due me in. They allow me to sit when my knee hurts or swells and to use my wheel chair to get around when I am shaky or hurting. At all times they/me feel like I am part of the team and do not make hateful or hurtful remarks about my being disabled or handicapped. I could not ask for nicer or more professional employers.

I appreciate working in the library but feel that at some point I need to be able to continue in a school program. As an elderly person I need to have mental stimulation or my brain will deteriorate at a faster rate. I feel that I could be utalized with my prior work experience in the free world, creating educational materials in the Graphic Arts field. My degrees involve secondary education and psychology which would make me an excellent candidate for producing educational games and materials for those with learing problems. I was in the program at DWCF and enjoyed it very much. It meet my emotional need to feel productive and useful and kept me busy.

I do feel that Montez should continue to make sure that the disabled under Montez are offered jobs in different fields that would allow them to be productive and not just warehoused in positions that do not enhance their learning opportunities.

Respectfully,

Jill Coit  4-29-10

Jill Coit # 86530

dictated But not read.

See attached college transcripts.



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:     (303) 335-2714

This is the best quality copy of the following document.

Clerks Office
United States District Court





**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

This is the best quality copy of the following document.

Clerks Office
United States District Court

# UNIVERSITY OF NORTHERN COLORADO

Registrar's Office
Greeley, Colorado 80639
(970) 351-2231
www.registrar.unco.edu

ACT/SAT Code: 0502
FICE Code: 001349

Page: 1

**Record of:** Jill Coit

**Date Issued:** 20-NOV-2007

**Student ID:** *****4515

**Level:** Undergraduate

Course Level: Undergraduate

**Comments:**
UNC converted to a semester system Fall 1988. Beginning with Fall 1976 term, all courses displayed as semester/semester equivalent credits.

**Transfer Credit:**
MANCHESTER COL N MANCHESTER, IN
IN 78-79 50 SH 10-91
U OF CO BOULDER 86
1 SH 10-91
ANCILLA DOMINI COL DONALDSON, IN
IN 86-89 46 SH 10-91
PURDUE U W LAFAYETTE, IN
86-89 6 SH 10-91
COL OF MARIN KENTFIELD, CA
89-3 SH 10-91
IUSB SOUTH BEND 88-90
20.50 SH 10-91

| SUBJ NO. | COURSE TITLE | CRED | GRD | PTS | R |
|---|---|---|---|---|---|
| | Institution information continued | | | | |
| PSY 492 | FIELD EXPERIENCE | 3.00 | S | 0.00 | |

Ehrs: 18.00  GPA-Hrs: 18.00  QPts: 65.00  GPA: 3.61

Summer 1992
ENG 122  ENGLISH ESSAY EXAMINATION  0.00 UW
Ehrs: 0.00 GPA-Hrs: 0.00 QPts: 0.00 GPA: 0.00

Fall 1992
PSY 120  PRINCIPLES OF PSYCHOLOGY  4.00 B  12.00
CH 400  INTRO TO GRANT WRITING  0.00 NG
DNCE 140  BELLY DANCE  0.00
EEB 33  ENGLISH ESSAY EXAMINATION  0.00
PSY 303  HEALTH PSYCHOLOGY  3.00 A  12.00
PSY 422  DIR STDY HYPNOSIS RSCH
SOC 422  DIR STDY-NATIVE AM/STDNT  3.00 B  9.00
Ehrs: 13.00 GPA-Hrs: 13.00 QPts: 45.00 GPA:

Spring 1993
EDFE 271  FIELD EXPERIENCE SEMINAR
HIST 101  AMER HIST 1877-PRESENT  3.00
HIST 113  ASIAN CIV 1600 TO PRESENT  3.00
SOC 422  DIR STDY-APPLIED RESEARCH  3.00 A
SOSC 341  TCHG SEC SOC STUDIES  3.00
SOC 470  THEORY RESEARCH SOC SCI  3.00 B
Ehrs: 15.00 GPA-Hrs: 15.00 QPts: 45.00 GPA:

*********** TRANSCRIPT TOTALS ***********
             Earned Hrs   GPA Hrs   Points   GPA
INSTITUTION     58.00     58.00   013
OVERALL         64.66     58.00   198.00   3.42

*********** END OF TRANSCRIPT ***********

Fall 1991
EDF 188  LAW AND THE CLASRM TCHR
EDRD 428  RDG/WRTG IN CNT ARS
PSY 468  PSYCH OF WOMEN
PSY 240  PRINCIPLES OF LEARNING
PSY 407  INTRO TO COUNSELING THEOR
PSY 450  PHYSIOLOGICAL PSYCHOLOGY

*** CONTINUED ON NEXT COLUMN ***

Jill Coit
UNIT # 2-85530
PO Box 392085
Denver, CO 80239

Rebecca S Barnes, University Registrar