THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    92-cv-870-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2010

GREGORY C. LANGHAM
CLERK

**JESSE MONTEZ, et al,**
    Plaintiff, **as representatives of themselves,**
        and others similarily situated,

v.

**BILL RITTER, ET AL.,**

    Defendant.

| SPECIAL PLEADING TO THE HONORABLE JUDGE KANE AND REQUEST FOR RELIEF |
|---|
| Claim Number:  03-359 |
| Catagory:  III |
| Claimant:  Thomas T. Valdez,  #68556 |
| Address of Claimant: LCF  CH-5 C-!-9<br>49030 State Highway 71<br>Limon  CO  80826 |

**Comes now,** Thomas T. Valdez, Pro se, pursuant to the most recent ORDER, of John L. Kane, (Doc. 3741), respectfully moves the Honorable Judge John L. Kane, for relief, and opportunity to support his Claims, motions, requests for relief, under the MONTEZ Remedial Plan and related 2006 and 2008 Stipulations. In that same regard, I Thomas T. Valdez (Valdez), request this Honorable Judge issue an Order, prohibiting the continued Retaliation, and Harassment, and Vexatious actions of the Colorado Department of Corrections (CDOC), and representatives thereof, against Valdez

( 1 of 9 ) A

**SPECIAL PLEADING, JUDGE KANE**

whom remains in the custody and control thereof.

In that Mr. Valdez is proceeding Pro Se, Valdez respectfully moves this Honorable Court, Grant Valdez the most liberal construction under the standards set in ERICKSON v. PARDUS, 127 S. Ct. 2197, 2200 (2007).

In addition, to the specific relief(s) requested herein, Valdez moves this Honorable Court, Grant Mr. Valdez any and all relief whether stated or not, whether requested or not, within this Special Pleading to the Honorable Judge Kane.

Pursuant to the provisions of this action, JESSE MONTEZ v. BILL RITTER, 92-cv-870, the applicable Laws of the UNITED STATES OF AMERICA, the United States Constitution, this Honorable Court is vested with entire authority and power to intervene in these circumstances, to determine whether prison officials continually and unceasingly, deny, restrict and prevent, the right of an individual to access the courts of this nation. Where prison officials Retaliate, Harass, Punish and Maliciously, abuse thier authority, with deliberate indifference against this individual in exercise of his rights. Claimant/Plaintiff respectfully pleades for relief and remedy, as there is no other Plain or Speedy Remedy available which is adequate, that will allow claimant to proceed in this action within the time constrainsts, now set by this Honorable Court.

## STATEMENT OF FACTS

Mr. Valdez filed this initial claim on or abouts, August

**SPECIAL PLEADING, JUDGE KANE**

of 2004.

1. Within weeks of the initial filing, Mr. Valdez, started experiencing harsh retaliatory actions, from the Colorado Department of Corrections (CDOC) staff, employees, and contract medical staff, in the form of excessive searches, confiscation of personal property, legal material, medical assistive devices, denial of medical needs, etc.

2. For the past six (6) years, Valdez has been retaliated against, through disciplinary actions, strip cell searches, unjustified sanctions, segregation, removal from population confiscation and destruction of personal, legal, and religious property, ridiculed, harassed, and humiliated, by CDOC STAFF, EMPLOYEES, CONTRACT WORKERS, AND MEDICAL STAFF.

3. A hearing on Valdez's Claim was held in, May of 2008, at which time the Special Master Honorable Judge Davidson ruled against Valdez, mostly because Valdez had but very little supporting documentation left to present, after, CDOC had pilfered and pillaged Valdez's property, to include but not limited to affidavits, medical records, sworn statements, and rendering Valdez's claims into the abyss of "Involuntary Nonsuit", as Valdez correctly predicted in his "Motion for Resolution of Dispute", respectfully submitted to this very Court, o7 June, 2007.

4. After said hearing, Valdez desperately attempted to file an "Appeal" of said ruling, only to be retaliated, harassed and disciplined and punished, for such Valdez was only able to file, and receive a few "Extentions of Time", again CDOC re-

**SPECIAL PLEADING, JUDGE KANE**

sumed harassing and retaliatory actions.

5. In the process of perfecting "Appeal", Valdez was again subjected to disciplinary action, "a guilty verdict and sanctions for of all things "typing excepts of case law" during an approved appointment in facility's law library".

6. Valdez was no longer permitted or scheduled for "law library" appointments, and was prohibited from research materials, and access to attorney communications and acces to the court, not until the class counsel came to Limon Correctional Facility (LCF), did Valdez have but minimal opportunity to discuss his situation with class counsel.

7. Valdez was bamboozled into signing a medical refusal, while "no gun was held to his head" as medical provider has stated Valdez was told that a second "ADA Evaluation" was not needed, since but one week had past, from the time the first ADA Evaluation was performed.

8. As a result the first ADA Evaluation was not considered and All Accommodations were denied, stating the signed refusal.

9. Upon consultation with Class Counsel, Mr. Valdez, again requested another "ADA Evaluation", this requested evaluation was never performed, yet again, Valdez was denied proper and much needed accommodations, (mobility and vision), again as before stating the signed refusal.

10. In early 2009, CDOC staff erroneously confiscated Valdez's "Medically Issued" state green button-up shirts, of which caused Valdez great pain and aggrevating old serious injuries, and blatantly denying Valdez many meals (as state green

( 4 of 9 ) A

**SPECIAL PLEADING, JUDGE KANE**

    shirts are a requirement when leaving cellblock to and from anywhereelse within the facility.

11. Valdez spent the next nine (9) months, addressing the issue and his need for "Open-Front" shirts, finally, obtaining the "Medically Approved" shirts reissued in January 2010, but not after many missed meals and undue harassment from CDOC STAFF and CDOC Contract Medical Staff at LCF Medical Department.

12. In late August 2009, Valdez was issued an unexpected pair of state issue green pants, exchanged for no apparent reason whatsoever, approximately (3-4) three to four days later, after a verbal disagreement over not wearing a green shirt Valdez was ordered strip-searched at which time a syringe was found mechanically sewn into the crotch area of said pair of pants, CDOC stated that "it was impossible to find how syringe was inserted into the crotch of the pants.".

13. Valdez has absolutely no prior drug history, before nor after incarceration, twenty years of straight prison time, with not so much as a dirty drug test.

14. Valdez has a severe mobility disability, is unable to stand for any duration of time, nor walk long distances, at times barely able to walk to chowhall for meals, and constantly and with regularity falls, even within the confines of his assigned cell, often injuring himself, and on occassion has fallen while carrying his tray of food, splashing those around with the contents of the tray he was carrying.

15. Valdez being unable to stand in line for receipt of a food tray, was punisned and placed on "REMOVAL FROM POPULATION",

**SPECIAL PLEADING, JUDGE KANE**

(RFP), a classification status that allows CDOC Administration to segregate a convict, for (10) ten days, and an additional (10) ten days upon proper review and findings for an addition investigation period, when justified and necessary.

16. Valdez was kept on RFP Status in Segregation for over (49) forty-nine days, for being unable to stand in the chowline on the 18th of January, 2010, Martin Luther KIng Day.

17. Valdez was found "NOT GUILTY" of any rule or violation, but not after he spent an unreasonable amount of time, on lockdown, by any standards of rule, policy and procedure, per CDOC's own Regulations and Policies.

18. Valdez has an equally severe medical need to wear "Dark Tinted" Eyeglasses, an obvious (vision disability), and is in possession of an Order of his sentencing Court, signed by The Honorable Denver District Judge Robert L. MaGahey Jr., (30 September, 2005), which states in Whole, " Defendant to Wear and Keep Dark Glasses.".

19. Upon presentation of above mentioned Court Order, all of Valdez's eyeglasses were confiscated, subjecting Valdez to excruciating pain, Severe Seizures, and injuries.

20. Most recently, again upon Valdez presenting, the mentioned Court Order, Valdez was charged, tried and convicted, for a Violation of CDOC's Code of Penal Discipline (CoPd), a blatant and malicious action by CDOC, LCF Security Staff, to and for the sole purpose of punishing and ridiculing Valdez in exercising his protected rights and liberty interests.

21. Valdez was found guilty of CDOC's CoPD, Class II, Rule 5,

**SPECIAL PLEADING, JUDGE KANE**

Fraud, and Class II, Rule 25 Disobeying a Lawful Order, and yet again sanctioned to Punitive Segregation, punishment and severe, rough and disastrous treatment, for exercising his protected rights, and liberty interests.

22. Upon discovering that Valdez is again seeking this Honorable Court's intervention, CDOC, LCF's Security Staff is on the continued mission to prohibit, prevent, and forbidding Mr. Valdez from filing motions and legal actions, and subjecting Valdez to unjustified retribution and punishment, by abuse of authority and command.

23. Valdez with the fear of sounding complainy and whinny, states that within the past Thirty (30) days, has been unjustifiably searched, cell searched, and subjected to ridicule, during such actions, no less than (5-7) Five to seven times has Mr. Valdez's double occupancy cell been search, with the other occupant's belongings left unsearched, untouched, and undisturbed. This alone shows the malice intentions of CDOC.

24. Valdez also states that, '"That CDOC staff refuses to list the items taken on CDOC's Shakedown List (form"DC 300-6A"), and seeks truthfulness in shakedowns, it is not until the individual actually needs and looks for his specific items that he realizes that items are **missing**, and were taken in a shakedown that occurred days, weeks sometimes a month or more prior, which is by then too late to contest the specific confiscation of the missing item or items."

25. CDOC Staff generalizes all items taken under the guise of

**SPECIAL PLEADING, JUDGE KANE**

"NUISANCE CONTRABAND", Valdez states that, numerous attorney correspondence clearly labeled as such have been confiscated and it is not until the correspondences are needed that he finds that they were confiscated under the label of "nuisance contraband", weeks prior.

## IN CONCLUSION

Valdez seeks the following:

1. Permission to perfect and file Appeal to the Special Master's ruling on Claimant's Claim # 03-359.

2. Extention of Time, in which to file a NEW CLAIM for DAMAGES as Valdez continues to be Discriminated against, by CDOC.

3. This Honorable Judge Kane to issue an Order or Injunction, Prohibiting CDOC's continued Retaliatory Actions and Harassment towards Claimant Valdez.

4. Permission to file above mentioned Appeal "OUT OF TIME", it was due in Mid-to-Late 2008. As Valdez was successfully and Blantly prevented from filing Appeal, by respondents/defendants, Through Bogus Disciplinary Actions.

Respectfully submitted this 30th day of April, 2010,

_____       30Apr"10 Fri
Thomas T. Valdez #68556                30APR"10
LCF CH-5  C-1-9
49030 State Highway 71
Limon Colorado    80826

## **CERTIFICATE OF MAILING**

    I hereby certify that I have mailed a true and correct copy of this foregoing SPECIAL PLEADING, COMPLAINT AND REQUEST FOR RELIEF TO THE HONORABLE JUDGE JOHN L. KANE, dated: 30th April, 2010, this 30th day of April, 2010, to the following:

Honorable Judge John L. Kane   (A)
U.S. District Judge,
District of Colorado
Alfred A. Arraj
U.S. Courthouse
901 19th Street
Denver CO    80294

Ms Paul Greisen, Esq.   (B)
Cousel for the Class
King & Greisen, LLP
1670 York Street
Denver CO    80206

Mr. Jess Dance   (C)
Attorney General's Office
1525 Shermen Street 5th Floor
Denver CO    80203

Postage pre-paid and Logged in CDOC's, LCF's Legal Mail Log, this 30 April, 2010.

_Valdez #68556_          30Apr"10 Fri
Thomas T. Valdez  #68556      30Apr"10
LCF  CH-5  C-1-9
49030 State Highway 71
Limon  CO    80826