IN THE UNITED STATES DISTRICT COURT OF COLORADO

Civil 92-CV-870-JLK.

Claim 02-128, — C-002

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 07 2010

GREGORY C. LANGHAM
CLERK

JESSIE MONTEZ

CLASS MEMBER

VS          STEPHEN Moore

BILL RITTER, + U.S. Court,

DEFENDANTS.

OBJECTION TO DENIAL OF DISABILITY
By SPECIAL MASTER, Court + DEFENDANTS
By ARBITRARY STANDARDS, By PLAIN
ERROR. 21 months No glasses, 98 To 2000 To 20-400 VISION

DENIAL OF DISABILITY By SPECIAL MASTER,
ON 3-27-06 WAS Based on INAPPLICABLE
ARBITRARY Standard. 20-400 VISION 21 months
No glasses 98 To 2000.

① 20-200 legally Blind Standard. Claim By
DEFENDANT + SPECIAL MASTER. Now Standard
20-60. 20-200 Standard violates A.D.
Law SUBSTANTINLLY LIMITED' + OTHER wise
QUALIFIED' must Be Able To PARTICIPATE

② SPECIAL MASTER CLAIMS moore NOT

(1)

DISABLED OR DISCRIMINATED BEFORE 8-27-03 IS ARBITRARY A PRETEXT EXCUSE TO DISMISS, TO DENY EQUAL PROTECTION OF LAW TO DISABLED TO ALLOW COURTS + DEFENDANTS. ARBITRARY DENIAL OF A.D.A PROTECTION

(3) CLAIM FOR DAMAGES + SUBSEQUENT MOTIONS CLEARLY STATE 20-400 VISION LEFT EYE FOR JULY. 2 TO 5 HOURS A DAY VISION TO 'DURATION' LIMITATION. REGULATION 750-04 III (K), #4 MOTION FOR JUDICIAL REVIEW OF DISABILITY

(4) ARBITRARY DENIAL BY LACK OF 'DISCRIMINATION'. BY CLAIM FOR DAMAGES PARA 3rd EXIBIT. + CLAIM 21 MONTHS NO GLASSES TO 20-400 VISION ( NOW 20-475 + FOR JULY )

(5) 'NO GLASSES' 21 MONTHS, BY LAW DISCRIMINATION IS DENIAL OF REASONABLE ACCOMODATION. ( 42 USC 12111 (9)(B) 12112 (B) (A)

21 MONTHS NO GLASSES JUNE 1998 TILL AUGUST 2000 - TO 20-400 VISION IS DISCRIMINATION.

2

(6) MOORE FIRST FILED DISABILITY CLAIM IN 1998 TO D.O.C

(7) TODATE 'NO READING GLASSES' DENIAL FOR 15 YEARS TO 20-4.75 VISION, CLAIMS SINCE 1998, WAS CLASS MEMBER LONG BEFORE 2003. DENIED DAYHALL LAW LIBRARY FORCED TO DO PROGRAMS 21 MONTHS NO GLASSES, 15 YEARS NO READING GLASSES. SEE #11 EXIBIT. CLAIM FOR DAMAGES. SEE MAY 30 2009 MOTION DISABILITY TO COURT

(8) PLAIN ERROR. SEE MOTIONS TO COURT + SPECIAL MASTER

DISABILITY DENIAL BY 200-200 legally Blind BASIS OF DENIAL

EXCLUSION 2-6 hours DAILY VISION DURATION, DISABILITY ~

DISABILITY DENIAL BY CORRECTED 'BY LAW WITH OR WITHOUT' 21 MONTHS NO GLASSES

SEE INITIAL CLAIM FOR DAMAGES EXIBIT A ATTACHED + JUDICIAL REVIEW MOTION OF MAY 30 2009. 3

SENT TO COLO A.G. COURT + CLASS COUNSEL

Stephen Moore 57350 BOX 0777 C-5-14 CAÑON CITY COLO 81215

DC Form 850-04A (07/01/07)

B4-12

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

RX 8/22 SiH

Grievance Number  D-CS07/08-528          STEP (Circle One)  (1)  2  3          ADA? Yes X / No ☐

57381

| NAME  *Stephen Moore* | DOC NO. 57351 | FACILITY CSP B-4-12 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: DENIAL OF DISABILITY, ACCOMODATION, SYSTEMIC VIOLATION OF MONTEZ + ADA BY SUTTON, STANDARD OF LEGAL BLIND. TO DENIAL IN SYSTEMIC ARBITRARY MANNER MOORES VISION IS 20-500 (20-800) WITH INJURY PER 7-9-07 EXAM MOORE RX PAINKILLERS 97 TO 2007. HAS BEEN SYSTEMICALLY DENIED ADA BENEFITS AS HE ISNT LEGALLY BLIND PER MONTEZ IV A-3. THIS IS TO PLACEMENT. THIS MONTEZ SECTION IN NO WAY STATES DISABILITY IS TO BE ONLY BY LEGALLY BLIND SUTTON STANDARD. BY 20-500 VISION + INJURY, 20-400 VISION IS 90% VISION LOSS, TABLE I, PG 398 GENERAL OPTHAMOLOGY. TO BASE DISABILITY ON LEGAL BLIND STANDARD DENIES ADA. SYSTEMICALLY THWARTS MONTEZ PLW. MOORES VISION CORRECTS TO 20-20. BUT HE HAS CONSTANT PAIN, IS DEBILITATED, USEFUL VISION IS 2-6 HOURS A DAY, 20-500 VISION INJURY 2-6 HOURS VISION A DAY IS PERMANENT PHYSICAL IMPAIRMENT, DISABILITY SUBSTANTIALLY LIMITING MAJOR LIFE ACTIVITY. SUTTON STANDARD DENYS PROBLEM TO ALL BUT LEGALLY BLIND. WHILE 20-60 IS LOW VISION AMERICAN OPTHAMOLOGY COLLEGE, 20-50 20-70 DISABLED IMPAIRED. FERC AT. 772 P2d 0. C40, 89. FEW PRISONERS ARE 'LEGALLY BLIND' WHILE MANY ARE IMPAIRED NOR DOES SUTTON 119 SCT. 2139 WHILE CITES CORRECTED VISION! EXCLUDE DIBILITY FOR INJURY, MYOPIA, GLUCOMA, VISION IS SUCH A WIDE FIELD, TO DENY DISABILITY OR 1 STANDARD EXCLUDES THE VARIETY OF WAYS OUR VISION FAILS. BY SUTTON MOORE MAY AS WELL NEVER FILE ADA. AS TILL HIS VISION GOES FROM 20-20 TO 20-200. WHILE HE SUFFERS THROUGH LOW VISION, 20-60, INJURY, PROGRESSIVE DEBILITATION, AGGRAVATED BY DENIAL OF ACCOMODATION. SUTTON STANDARD FOR PLACEMENT IS WRONG + ARBITRARY STANDARD TO DENY MONEY + ADA + APPEARS WILLFUL SUBTERFUGE TO EVADE + OBSTRUCT ADA COMPLIANCE.

| DATE: 10-29-07 | OFFENDER SIGNATURE  *Stephen Moore* B-4-12 CSP |
| DATE RECEIVED: 1/7/08 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER *Michele Jacobson* 4299 |
| RESPONSE | |

## SEE ATTACHED RESPONSE

**Cathie Holst, Manager**
**Office of Correctional Legal Services**
**AIC-ADA Inmate Coordinator**
**#1722**

*Cathie Holst*

1-9-08

EXIBIT
A

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 1/9/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # *Michele Jacobson* 4299 |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability CE 1/3 |
| DATE: 10-30-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE/CONTRACT WORKER, OR VOLUNTEER ID # *Moore* & *Moore* 38124 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections to this grievance. RECEIVED |
| DATE: 1-28-08 | OFFENDER SIGNATURE/PRINT NAME & DOC *Stephen Moore* 23A |

Original: Department File/AIC          Copies: Working File, Administrative File, Offender, Clinical Chart (clinical and ADA only)

Attachment "A" JAN 0 7 2008

Page 1 of 1

Office of Correctional
Legal Services

RECEIVED DEC 3 1 2007
Holst

found in folder