IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-007
Category III
Claimant: Timothy Wayne Moses, #107837
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## FINAL ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's letter. This letter will be treated as a new claim under Article XXXII of the Remedial Plan.

Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was dismissed on April 29, 2005, as Claimant failed to appear for a hearing. Claimant has pursued his claim under Article XXXII of the Remedial Plan and may not pursue a second claim for what allegedly occurred on or before August 27, 2003.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled on or before August 27, 2003 and the victim of discrimination under the ADA on or before that date. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue another claim for damages nor file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the new claim form.

Claimant has raised a number of issues concerning treatment since his return to DOC custody in 2009. Class counsel may wish to investigate some of these concerns, as they extend beyond Mr. Moses.

IT IS HEREBY ORDERED that the letter of Timothy Wayne Moses, being treated as a new claim, is dismissed; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

SIGNED this 7th day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master