IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL OWENS, et al.,

       Defendants.

---

Claim Number: 03-437
Category III
Claimant: John Hammonds, #53767
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before Special Master on the letter of Claimant requesting a claim form. Claimant has requested the form on the basis of a mobility impairment. The letter will be treated as a claim.

Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. In that claim, he checked only the box for diabetes. A hearing was held on February 28, 2008 at LCF. Claimant prevailed on his claim and received monetary compensation. Claimant did not raise the issue of a mobility impairment in the previous claim at the hearing.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. As Claimant did not raise the issue of mobility impairment previously, any mobility problem has arisen since the hearing in early 2008. There is no jurisdiction over the issue of mobility impairment.

The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the claim of John Hammonds is dismissed as to any new

claim of mobility impairment; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 23rd day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

---
Richard M. Borchers
Special Master