IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-441
Category: III
Claimant: Ethel White, #68138
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

_____

## FINAL ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's letter and attached documents. Claimant alleges that she broke her leg on October 30, 2009. She further alleges that she is in a wheelchair at this time.

Claimant has been provided a copy of Judge Kane's order. In that order, Judge Kane holds that claimants who were not disabled on or before August 27, 2003 may not pursue claims under Article XXXII of the Remedial Plan. Claimant became disabled after that date. Under Judge Kane's order, Claimant has two options. First, she may pursue her own separate lawsuit against Defendants. Second, she can seek the assistance of class counsel in obtaining accommodations and other relief. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). She may not pursue any additional claim for damages or file any motions for relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

IT IS HEREBY ORDERED that the letter of Ethel White, being treated as a new claim, is dismissed in its entirety; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 30th day of April, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master