IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-463
Category III
Claimant: Dean Gates, #118740
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant that was received on April 23, 2010. Claimant requests a reconsideration of his claim and seeks help concerning an injury that occurred on December 8, 2008.

    Judge Kane's ruling on March 23, 2010 is controlling. Claimant had his opportunity to file a claim pursuant to Article XXXII of the Remedial Plan. Claimant failed to establish that he was disabled and the victim of discrimination prohibited by the ADA on or before August 27, 2003. There is no basis upon which a second claim may be filed under Article XXXII. There is no jurisdiction by the Special Masters over incidents that occurred in 2008.

    IT IS HEREBY ORDERED that Claimant's motion for reconsideration is denied; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

    SIGNED this 7th day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master