92-cv-00870-JLK

RE: MEDICAL MALPRACTICE, ABUSE AND FALSIFIED RECORDS (S.C.F.)(A.V.C.F.)

David Mares #49814
P.O. Box 6000 Unit 3-C
Sterling, Co. 80751

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 03 2010
GREGORY C. LANGHAM
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 03 2010
GREGORY C. LANGHAM
CLERK

Chief Judge Danials
1901 Stout St.
Denver, Co. 80294

Dear Sir                                          April 19th, 2010

Im writing today to point out some facts that you and the U.S. Dist.Court should be aware of, as it concerns CDOC/Medical here. This Violates every Humanitarian Law and practice known to man and Court.

While at AVCF I broke my hip on 07-31-98. At that time they put in pins. In 2004 I was hospitalized in Pueblo on another medical ca-se. While there I mentioned to the Doctor the pain I was having and can he do something for me. The doctor noted the pins were working there way out of the hip and pertruding form the bone and skin,

They decide the pins should be removed, I was called a year later to be seen and set up for further surgery. X-Rays were done and viewing them one could see there was major damage. The doctor informed me I needed a full hip replacement.

On 01-18-05 (seven years later) I was operated on and told a full hip replacement was done, as the medical records refleck. But the pain has been worse and growing more sever.

Since then I have been moved to SCF now, and still pain, in fact im in more pain than ever before. My hip pops out of the socket every day. when I walk to Chow hall and sit down, or getting into bed. Its a night-mare with extreme pain.

The walk to the dinning room is 2½ city blocks one way..by the time I arrive there and sit down, the pain brings tears to one eyes. Yet medical has ignored the medical needs of my treatment.

My claim under MONTEZ was denied, why bwcause the Special Masters have given CDOC and SCF a free pass from any action. CDOC and SCF in a whole has killed us prisoners and this Court refuses to stop this madness here. Why do you do this??????

I have requested a Out sode specialist to re-exam.and treat.I have been denied.they claim Judge Borchers has dismissed my claim on the montez case action.so they done have to treat me now.I have a major mobility issue.I can barely walk.the denial was unfair and unjust.Facts are clear.im crippled and move well.How can a claim be denied.I feel further review of all cases done by Special Masters & Judge Kane Jr. concerning CDOC and SCF.

This has continual for 12 years now.I've suffered pain every day for 12 years.When will it be enough,? id like to know how long your going to make me suffer at the hands of these people here.How long?

The old x-ray showed a steel sleeve in the bone(only)then I was shown a new x-ray after I raised the falsified record issues.This new x-ray showed a full hip replacement of an x-ray.But Sir this was not mine,the x-ray just changes when I raise the issue of false x-ray.

Im told now that SCF has denied my Ortho Clinic,budget cost was the reason given.This seggests to me a cover up and refusal to meet my needs and medical concerns.Im a disabled American in prison and I can not get any medical treatment or pain relief because the Courts give them a pass or they can keep it in court for years.

Is this in fact AMERICA of some form of RUSSIA under the Dictatorship of AMERICA?The U.S.Dist.Court has allowed the State of Colo. and the CDOC to abuse us at will and Murder us,Why are you allowing this to happen?

## RELIEF REQUESTED

1.That I be seen by an outside specialist and treated for my needs.
2.That all orders for treatment and pain be followed to the orders.
3.That a fair and reasonable monatary amount be reached for pain and suffering for 12 years.
4.That my HIP,KNEE(S),ANKLE(S),FEET be seen for medical needs.
"because of the long term of neglect,my legs have suffered more"
5.That my Montez Claim be re-openned and medical be classified as. MOBILITY,ie.Hip.That is Montez,no matter what CDOC falsifies on Record.

*David Mares*

David Mares #49814
P/O Box 6000 unit 3C
Sterling,Co 80751