IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-CV-870-JLK

Jesse Montez, et al.,

    Plaintiff(s)

v.

Bill Ritter, et al.,

    Defendant(s).

---

Claim Number 03-473
Category III
Claimant: James F. Sorensen, D.O.C. #93362
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215

---

**OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

---

**COMES NOW**, James F. Sorensen, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his Objection To Final Order Of Special Master dated March 12th, 2010, and respectfully requests that this Honorable U.S. District Court Grant his particular objection, and for grounds, this Claimant states as follows:

    1. This Honorable U.S. District Court of Colorado has jurisdiction over this matter.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-CV-870-JLK

Jesse Montez, et al.,

    Plaintiff(s)

v.

Bill Ritter, et al.,

    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2010

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-473
Category III
Claimant: James F. Sorensen, D.O.C. #93362
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215

---

**OBJECTION TO FINAL ORDER OF SPECIAL MASTER**

---

**COMES NOW**, James F. Sorensen, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his Objection To Final Order Of Special Master dated March 12th, 2010, and respectfully requests that this Honorable U.S. District Court Grant his particular objection, and for grounds, this Claimant states as follows:

    1. This Honorable U.S. District Court of Colorado has jurisdiction over this matter.

2. This Claimant contends that he is entitled to the benefits and reliefs of Montez since he has been in the Colorado D.O.C. since 1997, but just recently was introduced to the MONTEZ litigation because a fellow inmate sat down and explained the MONTEZ Remedial Plan to this Claimant.

3. This Claimant contends that he has a hearing deficiency that precludes him from hearing and understanding properly as evidenced in his Colorado D.O.C. Medical files.

4. This Claimant contends that he has had trouble walking coupled with mobility issues since circa 1999, whereby medical professionals prescribed this Claimant as having bad knees, and will need mobility assistive medical devices.

5. This Claimant contends that at the recent hearing with the Honorable Judge Borchers, he explained fully and demonstrated his limitations with his wheelchair and cane which this Claimant uses quite frequently.

6. This Claimant contends that he is entitled to have his claim reviewed de novo, and to have any and all claims viewed in a light most favorable to this Claimant due to the fact that this Claimant is severely mobility handicapped which is evidenced by his medical appliances and the Colorado D.O.C. medical files.

7. This Claimant contends that he is entitled to this particular relief, and asks for leniency from this Court.

**WHEREAS**, this Claimant prays, that in light of the aforementioned issues, that this Honorable U.S. District Court will Grant his Objection To Final Order Of Special Master, and issue its ORDER to that effect to any and all appropriate parties, and in the alternative, this Claimant requests an evidentiary hearing to discuss the merits of this case, and to provide documentation in support thereof.

Respectfully submitted on this 3rd day of May, 2010.

Respectfully Submitted,

*James F. Sorensen*
James F. Sorensen
Claimant
D.O.C. Reg. #93362
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado  81215-1010
(719)-269-4002

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of May, 2010, a true and accurate copy(Original to U.S. District Court of Colorado), of the foregoing <u>Objection To Final Order Of Special Master</u>, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado   80294-3589

Colorado Attorney General
1525 Sherman Street
Denver, Colorado   80203

Special Master
7907 Zenobia Street
Westminster, Colorado   80030

Ms. Paula Greisen, Esquire
Attorney-at-Law
1670 York Street
Denver, Colorado   80206

_____
Claimant