IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF GILLIAN DALE

COMES NOW, Gillian Dale of the firm of Hall & Evans, L.L.C., and enters her appearance as counsel for Defendant State of Colorado Department of Corrections.

Dated this 11th day of May 2010.

Respectfully submitted,

s/ Gillian Dale
Gillian Dale, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202
Telephone:    (303) 628-3300
Facsimile:    (303) 628-3368
Email:    daleg@hallevans.com

**ATTORNEYS FOR DEFENDANT
 STATE OF COLORADO DEPARTMENT OF
 CORRECTIONS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 11th day of May 2010, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF GILLIAN DALE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward T. Ramey
eramey@ir-law.com
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, Colorado  80202

Paula Dee Greisen
greisen@kinggreisen.com
David Miller
miller@kinggreisen.com
Jennifer Wardner Riddle
Riddle@kinggreisen.com
King and Greisen, LLP
1670 York Street
Denver, Colorado  80206

Elizabeth H. McCann, Deputy Attorney General
beth.mccann@state.co.us
James X. Quinn
James.Quinn@state.co.us
Jennifer Susan Huss
Jennifer.huss@state.co.us
Robert Charles Huss
rob.huss@state.co.us
Willow Ivana Arnold
willow.Arnold@state.co.us
Berina Ibrisagic
berinaxibrisagic@state.co.us
1525 Sherman Street, 5th Floor
Denver, Colorado  80203

Brice A. Tondre
briceatondrepc@msn.com

Castelar M. Garcia
slvlaw@gojade.org

H. Earl Moyer
mbvlaw@mbv1net

Patricia S. Bellac
psblawfirm@comcast.net

                                              s/ Denise Gutierrez, Legal Secretary to
                                              Gillian Dale, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202
Telephone: (303) 628-3300
Facsimile: (303) 628-3368
Email: daleg@hallevans.com

**ATTORNEYS FOR DEFENDANT**
**STATE OF COLORADO DEPARTMENT OF CORRECTIONS**