IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF THOMAS J. LYONS

COMES NOW, Thomas J. Lyons of the firm of Hall & Evans, L.L.C., and enters his appearance as counsel for Defendant State of Colorado Department of Corrections.

Dated this 11th day of May 2010.

                Respectfully submitted,

                s/ Thomas J. Lyons
                Thomas J. Lyons, Esq.
                Hall & Evans, L.L.C.
                1125 17th Street, Suite 600
                Denver, CO 80202
                Telephone:   (303) 628-3300
                Facsimile:   (303) 628-3368
                Email:        lyonst@hallevans.com

                **ATTORNEYS FOR DEFENDANT**
                 **STATE OF COLORADO DEPARTMENT OF**
                 **CORRECTIONS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 11th day of May 2010, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF THOMAS J. LYONS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Edward T. Ramey
eramey@ir-law.com
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, Colorado  80202

Paula Dee Greisen
greisen@kinggreisen.com
David Miller
miller@kinggreisen.com
Jennifer Wardner Riddle
Riddle@kinggreisen.com
King and Greisen, LLP
1670 York Street
Denver, Colorado  80206

Elizabeth H. McCann, Deputy Attorney General
beth.mccann@state.co.us
James X. Quinn
James.Quinn@state.co.us
Jennifer Susan Huss
Jennifer.huss@state.co.us
Robert Charles Huss
rob.huss@state.co.us
Willow Ivana Arnold
willow.Arnold@state.co.us
Berina Ibrisagic
berinaxibrisagic@state.co.us
1525 Sherman Street, 5th Floor
Denver, Colorado  80203

Brice A. Tondre
briceatondrepc@msn.com

Castelar M. Garcia
slvlaw@gojade.org

2

H. Earl Moyer
mbvlaw@mbv1net

Patricia S. Bellac
psblawfirm@comcast.net

        s/ Marlene Wilson, Legal Secretary to
Thomas J. Lyons, Esq.
Hall & Evans, L.L.C.
1125 17th Street, Suite 600
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:   (303) 628-3368
Email:   lyonst@hallevans.com

**ATTORNEYS FOR DEFENDANT
STATE OF COLORADO DEPARTMENT OF
CORRECTIONS**