# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.      92-CV-00870-JLK           Date _____

Case Title    JESSE (JESUS) MONTEZ, ET AL. V. BILL OWENS, ET AL.

### Plaintiffs' Witness List

| Nonexpert witnesses who will be at trial: | |
|---|---|
| **Witness** | **Date(s) Testified** |
| Britt Clayton | |
| Cathie Holst | |
| | |
| | |
| **Nonexpert witnesses who may be at trial** | |
| Katie Baxter | |
| Julie Russell | |
| Meghan Reed | |
| Marshall Griffith | |
| Adrien Jacobsen | |
| Dr. Paula Frantz | |
| Jim Moore | |
| Anthony DeCesaro | |
| Joanie Shoemaker | |
| Tami Williams | |
| Paul Hollenbeck | |
| Paul Engstrom | |
| Richard Weems | |
| Carol Berends | |
| Kim Beicker | |
| Life Safety Officer or other representative of FLCF | |
| **Inmate witnesses who may be at trial via video feed or in person if available** | |
| David Bryan #59182 | |
| Allen Fistell #63253 | |
| Randall Minor #64362 | |
| Richard Payton #124173 | |
| Seth Reed #108549 | |
| Craig Hassler #84141 | |
| John Derwin #68798 | |

| | |
|---|---|
| Alvin Mustafa #126697 | |
| Juan Maldonado #81249 | |
| Steve Garcia #111141 | |
| Jeffrey Hocker #46717 | |
| James Moulton #55112 | |
| Ray Ontiveros #113005 | |
| Charles Simpson #118549 | |
| Amber Harms #130207 | |
| Terry Jewell #138419 | |
| Larry Dean Jones #68661 | |
| Alan Mitchel Maxfield #137692 | |
| Kayasha Conkleton #145349 | |
| John Mosier #51614 | |
| Scott Campbell #108115 | |
| Abe Davis #56140 | |
| Reyes Carmona #53579 | |
| Joshua Hamm #129393 | |
| Marvin Djonne #108551 | |
| Bobby Stringer #138088 | |
| Justin Goetz #114949 | |
| Allen Elder #114893 | |
| Ricky Tenorio #109727 | |
| Larry Morris #102978 | |
| Dennis Hicks #112732 | |
| Anthony Vaughn #116051 | |
| Luis J. Dole #109864 | |
| Willie M. Baxter #68784 | |
| Andre Griffith #99480 | |
| Charles Russell #124060 | |
| Michael Hurd #142778 | |
| Calvin Rhodes #95915 | |
| Brian Jimmo #96542 | |
| Ziglar #98024 | |
| Eric Davis #87051 | |
| Terry Jones #112259 | |
| Adolpho Sanchez #118788 | |
| Joe Nunez #128687 | |
| Jesse Martinez #143973 | |
| Edward Swedensky #48260 | |
| Larry Phillips #80837 | |
| Fidel Ramos #41238 | |
| Any witnesses necessary for impeachment or rebuttal | |
| | |
| | |

| Expert witnesses who <u>will</u> be at trial | |
|---|---|
| Linda Edwards | |
| Larissa McClung | |
| Britt Clayton | |
| Andy Bardwell | |
| | |
| Expert witnesses who <u>may</u> be at trial | |
| Vikram Duraraj, MD | |
| Julie Deden | |
| Rob Pritt | |
| Darrel Teter, P.h.D. | |
| Any witnesses necessary for impeachment or rebuttal | |
| | |