# EXHIBIT D

## Defendants Witness List in Montez

## May 6, 2010

All witnesses will be testifying in person.

*a.* *Expert Witnesses:*

**Will Call:**

### 1. Dr. Jeffrey Zax
Resides in Denver, Colorado.
Dr. Zax will testify regarding the matters covered in his report. He will address placement of ADA inmates in jobs and education programs as of May 1, 2009 and the comparison of the distribution of disabled and non-disabled inmates in jobs and education programs throughout Colorado Department of Corrections ("CDOC") by facility, and any other related issues.

### 2. Dr. Paula Frantz
Resides in Sterling, Colorado.
Dr. Frantz is the Chief Medical Officer for the CDOC and will testify regarding training of staff for treatment of diabetic issues and clinical treatment of diabetics in CDOC. She will testify regarding medical treatment issues that plaintiffs are allowed to raise, and any other related issues. (She will also testify as a non-expert witness - see below.)

**May Call:**

### 3. Jana Copeland
Resides in Colorado Springs, Colorado.
Ms. Copeland may testify about the DOC job descriptions with respect to mobility disabled inmates. She may testify about any issues that arise regarding the screening and accommodations provided to disabled inmates, and any other related issues.

---

*Nonexpert Witnesses:*

**WILL CALL:**

### 1. Ari Zavaras
Resides in Denver, Colorado.
Mr. Zavaras will testify about ACA accreditation of CDOC, general nondiscrimination policies of the department, overall commitment to nondiscrimination, personal efforts he has made to bring CDOC into compliance with the Montez Remedial Plan and CDOC's substantial compliance with the same, and any other related issues.

1

2. **Joanie Shoemaker**
Resides in Denver, Colorado.
Ms. Shoemaker is the Director of Clinical Services and Deputy Manager of Operations for the Department. She will testify about the clinical aspect of the Montez Remedial Plan. She will discuss inmate placement in jobs and education programs, inmate programs, activities, and work assignments, as well as the development of standardized job descriptions and the MPS job assignment program. She will also testify about training provided by clinical services with respect to disabled inmates, health care appliances provided by clinical services, visiting procedures for diabetics, health care status determination, removal of health care appliances in ASU/PSU disciplinary detention units, purchase of and repairs to auxiliary aids completed within sixty (60) days or compensation to the inmates; bathroom breaks, diabetic kit training every six (6) months, cells with call buttons for inmates with history of hypoglycemia, dog program accessibility to disabled inmates, SOTMP Phase II at a designated facility, medical co-pays waived for Montez disabilities and diabetic care, co-pay refunds; as required by 2006 and 2008 Stipulations. Ms. Shoemaker will cover any issues that arise regarding clinical issues and operational issues in DOC facilities, and any other related issues.

3. **Paula Frantz**
Resides in Sterling, Colorado.
Dr. Frantz will testify about clinical services procedures for disability screening, criteria used, training of providers, her review of provider recommendations and Accommodation Resolutions, description of her activities immediately after mobility criteria was agreed upon, identification of all the Clinical standards, and training materials, M-Codes; as required by the Remedial Plan and 2006 and 2008 Stipulations. She will cover clinical issues that arise and any other related issues.

4. **James Falk**
Resides in Denver, Colorado.
Mr. Falk will testify about procedure at intake at DRDC, identify forms, explain assignments to other facilities, temporary accommodations, explain procedures at Denver Complex involving disabled inmates, and any other related issues.

5. **Frank Ortiz**
Resides in Canon City, Colorado.
Mr. Ortiz will testify about employment of disabled inmates especially with regard to CI programs, classification committee process, accommodations for disabled inmates and communication about disabled inmates at minimum and minimum R facilities, and any other related issues.

6. **Peggy Heil**
Resides in Canon City, Colorado.
Ms. Heill will testify about issues with SOTMP classes, accessibility to disabled inmates, and any other related issues.

2

7.  **Karl Gilge**
Resides in Colorado Springs, Colorado.
Mr. Gigle will testify about case management issues and procedures with respect to disabled inmates and any other related issues.

8.  **Paul Engstrom**
Resides in Colorado Springs, Colorado.
Mr. Engstrom will identify and testify about the database of inmates, jobs, and education on which Dr. Zax relied. He will testify about the DOC data system – the ADA alerts, offender movement reports, and any other related issues.

9.  **Richard Weems**
Resides in Colorado Springs, Colorado.
Mr. Weems will testify about physical plant changes, designated facilities, physical plant training, purchase orders and installation of strobe lights, call buttons, and administrative segregation cells, if necessary, and any other related issues.

10. **Cathie Holst**
Resides in Pueblo, Colorado.
Ms. Holst will testify about overall compliance. She will also testify about the establishment of AIC office, the AIC databases, the development of screening procedures, forms, the tracking system, ADA alerts, daily movement report, sign language interpreters, sound amplification, TV captioning, all of the final reports she prepared regarding the 2008 stipulations, TTY installation and operation, audits that were done by facilities, the number of staff she has and their responsibilities, the hundreds of requests processed by her office, ADA grievance procedures, decision on offender aides, the development of ARs regarding disabled inmates, the establishment of training programs, training she herself has had in disabilities, distribution of posters and Plaintiffs counsel letters, notices of claims, and other activities carried on by her office. She will identify many documents and explain the extensive work of her office in setting up the systems to track those who request a disability screening and the results. She will testify regarding issues raised by the Plaintiffs.

11. **Randy Smith**
Resides in Colorado Springs, Colorado.
Mr. Smith will testify about the establishment of the wheelchair clinics, repairs to wheelchairs. He will identify wheelchair records, training materials for Offender Care aids, rosters regarding the training, and any other related issues.

12. **Anna Marie Campbell.**
Resides in Colorado Springs, Colorado.
Ms. Campbell will testify about wheelchair clinics, repairs, identify wheelchair records, training of Offender Care aids and identify materials relating to

them. She may also identify other documents and testify regarding coordination of clinical issues regarding disabled inmates, and any other related issues.

**13. Sharon Wallick**
Resides in Colorado Springs, Colorado.
Ms. Wallick will testify about the offender diabetic training, and any other related issues.

**14. Diana Reese**
Resides in Denver, Colorado.
Ms. Reese will testify about library materials re: Montez – Remedial plan, auxiliary aids, training, accommodations, and any other related issues.

**15. Danny Adams**
Resides in Limon, Colorado.
Mr. Adams will testify about fire evacuation procedure, fire drills, and fire plans at LCF, and general training on fire drills during the basic training, and any other related issues.

**16. Phil DeFelice**
Resides in Canon City, Colorado.
Mr. DeFelice will testify about the fire drills at FLCF, evacuation procedure, and compliance with National Fire safety policies, and any other related issues.

**17. Chuck Hildebrand**
Resides in Colorado Springs, Colorado.
Mr. Hildebrand will testify about use of restraints and searches of disabled offenders, and any other related issues.

**18. Matt Winden**
Resides in Canon City, Colorado.
Mr. Winden will testify about transportation procedures and policies regarding the disabled offenders, and any other related issues.

**19. Tim Hand**
Resides in Denver, Colorado.
Mr. Hand will testify about parole field operations, Parole officers who have had parolees who were provided sign language interpreters, as well as other accommodations, status of Community Corrections referrals, and any other related issues.

**20. Brian Gomez**
Resides in Colorado Springs, Colorado.
Mr. Gomez will testify about the pre-release program of CDOC facilities, and any other related issues.

4

**21. Renae Jordan**
Resides in Colorado Springs, Colorado.
Ms. Jordan will testify about the quality assurance program and the diabetic audits, and any other related issues.

**22. Amber Autobee**
Resides in Canon City, Colorado.
Ms. Autobee will testify about basic training, annual refresher training, diabetic kit training, rosters of the staff who took the training, testing results following the trainings, training for trainers provided also to private facilities, and any other related issues.

**23. Susan Hay**
Resides in Colorado Springs, Colorado.
Ms. Hay will testify about training provided to nurses and providers on how to enter disability data into the system, as well as their rosters; she will also testify about training materials, rosters provided to case managers and MPS coordinators on MPS code 13, and any other related issues.

**24. Sue Grisenti**
Resides in Colorado Springs, Colorado.
Ms. Grisenti will testify about TTY machines, their installments, offender training on how to use the machines, as well as the policies and procedures in relation to the offender communication, and any other related issues.

**25. Pamela Ploughe**
Resides in Canon City, Colorado.
Ms. Ploughe will testify about CTCF specific examples of fire drills, recreation times for disabled offenders, etc., as well, as CDOC's ACA accrediatation. She will address how the disabled inmates are accommodated at CTCF, and any other related issues.

**26. Travis Brubaker**
Resides in Colorado Springs, Colorado.
Mr. Brubaker will testify about diabetic and case manager training provided at private facilities, as well as their rosters, and any other related issues.

**27. Louis Tuccitto**
Resides in Denver, Colorado.
Mr. Tuccitto will testify about DOC's purchases and repairs of offender DMEs from outside vendors and he will identify records of these expenditures, and any other related issues.

**28. Ed Caley**
Resides in Ft. Lyon, Colorado.

Mr. Caley will testify about procedures and policies at FLCF on identifying disabled inmates during count; managing disabled inmates during visitation, recreation time, and any other related issues.

### 29. Deb Ahlin
Resides in Denver, Colorado.
Ms. Ahlin will testify about procedures of offender referrals to job boards; how they receive a job; and how they are accommodated for their disabilities, if needed, at DWCF, and any other related issues.

### 30. Deb Kugler
Resides in Colorado Springs, Colorado.
Ms. Kugler will testify about additional funding CDOC asked for and received in 2006 for Montez case; as well as how money was spent, and any other related issues.

### 31. Randy Malden
Resides in Ft. Lyon, Colorado.
Mr. Malden will testify about procedures of offender referrals to job boards; how they receive a job; and how they are accommodated for their disabilities, if needed, at FLCF, and any other related issues.

### 32. Dave Allen
Resides in Canon City, Colorado.
Mr. Allen will testify about procedures of offender referrals to job boards; how they receive a job; and how they are accommodated for their disabilities, if needed, at CTCF, and any other related issues.

### 33. Robert McDonald
Resides in Colorado Springs, Colorado.
Mr. McDonald will testify about specific examples of offenders being accommodated on parole or in community corrections, and any other related issues.

### 34. Linda Maifield
Resides in Canon City, Colorado.
Ms. Maifield will testify about managing of the disabled inmates at CH5 at CTCF and any other housing related issues of the disabled inmates; as well as any other related issues.

## MAY CALL:

### 1. Daryl Vigil
Resides in Colorado Springs, Colorado.
Mr. Vigil may testify as to classification; inmate movement, security levels, his knowledge of movement of disabled inmates, and any other related issues.

1. **Ross Kimbrell**
   Resides in Colorado Springs, Colorado.
   Mr. Kimbrell may testify about education programs at DOC and how priority lists are managed, and any other related issues.

2. **Carol Berends**
   Resides in Colorado Springs, Colorado.
   Ms. Berends may testify about the offender diabetic training, and any other related issues.

3. **Nancy Photos**
   Resides in Canon City, Colorado.
   Ms. Photos may testify about the basic training, annual refresher training, diabetic kit training, as well as rosters of people trained, and any other related issues.

4. **Janet Marchiani**
   Resides in Canon City, Colorado.
   Ms. Marchiani may testify about the basic training, annual refresher training, diabetic kit training, as well as rosters of people trained, and any other related issues.

5. **Sean Foster**
   Resides in Colorado Springs, Colorado.
   Mr. Foster may testify about disabled offender searches,counts, and any other related issues.

6. **Brian Hoffman**
   Resides in Colorado Springs, Colorado.
   Mr. Hoffman may testify about disabled offender searches, counts, Montez training, and any other related issues.

7. **Linda Caudill**
   Resides in Canon City, Colorado.
   Ms. Caudill may testify about training provided to nurses and providers on how to enter disability data into the system, as well as their rosters; she may also testify about training materials and rosters provided to case managers and MPS coordinators on MPS code 13, and any other related issues.

8. **Wendy Grover**
   Resides in Ft. Lyon, Colorado.
   Ms. Grover may testify about offender legal services at FLCF, various facility specific policies and procedures, and any other related issues.

9. **Dr. John McFadyen**
   Resides in Colorado Springs, Colorado.

Dr. McFadyen may testify about offender boots in comparison to the military boots, and any other related issues.

### 10. Erin Clark
Resides in Denver, Colorado.
Ms. Clark may testify about DOC's purchases and repairs of offender DMEs from outside vendors and she will identify records of these expenditures, and any other related issues.

### 11. Ricky Gilmore
Resides in Ft. Lyon, Colorado.
Mr. Gillmore may testify about the fire drills at FLCF, evacuation procedure, compliance with National Fire safety policies, and any other related issues.

### 12. Brian Davidson
Resides in Colorado Springs, Colorado.
Mr. Davidson may testify about the fire drills at FLCF, evacuation procedure, and compliance with National Fire safety policies, and any other related issues.

### 13. Fred Gifford
Resides in Canon City, Colorado.
Mr. Gifford may testify about strobe cells and call buttons installed at CTCF, and any other related issues.

### 14. Sheryl Sandefur
Resides in Colorado Springs, Colorado.
Ms. Sandefur may testify about additional funding CDOC asked for and received in 2006 for Montez case; as well as how money was spent, and any other related issues.

### 15. Rod Cozetto
Resides in Colorado Springs, Colorado.
Mr. Cozetto Mr. Cozetto may testify about the dog program at FLCF, policies regarding disabled inmates, and any other related issues.

### 16. Paul Hollenbeck
Resides in Colorado Springs, Colorado.
Mr. Hollenbeck may testify about disabled offenders' tracking and movement within CDOC, and any other related issues.

### 17. Keagan Fowler
Resides in Denver, Colorado.
Mr. Fowler may testify about procedures and process of intake at DRDC, and any other related issues.
### 18. Tami Williams
Resides in Colorado Springs, Colorado.

Ms. Williams may testify about CDOC's ACA accreditation, and any other related issues.

### 19. Tony Carochi
Resides in Colorado Springs, Colorado.
Mr. Carochi may testify about general procedures of the CDOC, and any other related issues.

### 20. Adrienne Jacobson
Resides in Colorado Springs, Colorado
Ms. Jacobson may testify regarding the AIC database and how it is maintained. She may also testify regarding the differences between the original data base provided to Dr. Zax and Plaintiffs' counsel and the more recent one. She may testify regarding other procedures in the AIC office, and any other related issues.

**21.** Any witnesses endorsed by Plaintiffs and any witnesses necessary for rebuttal or impeachment.

9