FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2010

GREGORY C. LANGHAM
CLERK

92-cv-00870-JLK

United States District Court
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Co. 80294

Re: Objection

Greeting:
My heart condition that I have since birth follow-ups were needed by Cardiologist periodcally when I entered D.O.C. back in 1996. My medications consists of channel blocker. Medical staff was well aware but they stopped giving it to me. After going out numerous times to the hospital with bad chest pains. I had my first heart attack in July 2000. The doctor and Cardiologist put in my discharge notes for me to be put back on the channel blocker. Medical staff refused this order to medicate me. I was released from the system I started seening Dr. Greenberg, theCardiologist again at Aurora South. There had been severe progressive damage to my heart. I suffered another heart attack Oct. 2008. This time a stent was placed in my heart.

Plavix was added to my medications to prevent blood clot's asprin was discontinued. I have gone to hospital appox. five times with chest pains. I'm told D.O.C. makes their on decision what medications to give. Medical Staff refuses my medication for blood clot's I'm at risk!...

In response to a direct questions from the special master
As claimant testified that I was discrimination by D.O.C. by its staff's from my confinement priort to:
As claimant that has had heart problems and has suffered two heart attack July 2000 and another Oct. 2008,subseqently recevied a stent I was on medication before I came into D.OC. custody my medication was denied the needed channal blocker, and plavix .
My testimony is that I the claimant made clear that I'm a victim discrimination within the time on or before August 27 2003.
In D.O.C. custody my medications was denied.I'm claimant damage for conduct by D.O.C. its employees resulted in injuries not provide the medicates,and medical follow-ups.

Other medical problems I received are as follow:
On Sept.2009. I received a concussion and back injury do a fall because by improper footwear at present still experinging dizziness,back spams,and blurred vision. They still have me working in kitchen wearning my own personal sneakers,that have a fear of falling again but I was force to continue to work in the kitchen.
Inadequent treatment where the circumstance are clearly sufficient to indicate the need for medical attention the denial of such aid constitutes the deprivation.

Plainiff Prays: this Honorable Court take serious consideration of these advisment and greatly appericate your attention to this matters:

As Plaintiff request to be considered for Montez class action regarding my heart condition:

    Respectfully Submitted

*Frankie L. McConnell*