IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

_____

Claim Number 03-387
Category III
Claimant: James W. Sibert, #58792
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062
_____

**FINAL ORDER OF SPECIAL MASTER**
_____

       THIS MATTER comes before the Special Master on the letter from Claimant that was dated April 23, 2010. In the letter, Claimant has requested a form to file a new claim. His letter will be treated as a new claim.

       Claimant filed a claim for damages pursuant to Article XXXII of the Remedial Plan. A hearing was held on August 23, 2007. Claimant's claim was granted, in part, on September 5, 2007. Claimant did establish that he was diabetic and had been the victim of discrimination on or before August 27, 2003.

       Claimant's concerns in his letter and motion relate primarily to systemic issues. Claimant is concerned about the medical care that he has been receiving. This is beyond the jurisdiction of the Court in an ADA lawsuit. *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134, 1143 (10th Cir. 2005).

       Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. There is no jurisdiction for the filing of a second claim. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages in this

case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

      IT IS HEREBY ORDERED that the letter of James W. Sibert, being treated as a new claim, is dismissed; and

      IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

      SIGNED this 14th day of May, 2010.

                                    BY THE COURT:

                                    /s/ Richard M. Borchers
                                    _____
                                    Richard M. Borchers
                                    Special Master