May 13, 2010

Judge John L. Kane
U.S. District Court
901 19th Street
Denver, CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2010

GREGORY C. LANGHAM
CLERK

Re: "Montez", 92-CV-870-JLK, Claim No. 02-732

Dear Judge Kane:

    I recently received your Order dated March 23, 2010, and wrote to the "Special Master" immediately to say I have yet to receive any accommodations, or any acknowledgement of my disability by the CDOC. I have been in the CDOC since June 4, 2003, and immediately informed them of my disability. They did not test me until November of 2003. Since then, I have had numerous tests which show I am hearing disabled, except for the most recent (last year) which "claims" my hearing loss improved (impossible). That was the test given to "certify" my disability for "Montez" last spring.

    Over the past seven years (nearly) I have requested accommodations and "grieved" in regard to the DOC's refusal to acknowledge/accommodate my disability, they have continually denied all. I am essentially totally deaf in one ear (left) and approximately 50% deaf in the other (right), but CDOC claims this does not qualify as a hearing disability. After the "fake" test last year, they even had a doctor that has NEVER seen, talked to, or examined me sign a paper stating that I do not have a disability.

    The reason I am now writing to you is because the Class Counsel has continually told me I qualify, but I have now received the Final Order of Special Master which I believe says my claim is dismissed. I do not understand! It says that I can file my own suit.

    For 7 years I have stuck with the Montez Class as I was led to believe there would be justice in the end. I have suffered descrimination, my disability, denial of disability, gross prejudice, and much more, and now I am being told, "sorry, you're on your own"?

    Over the years I have come to feel that it is only CDOC who's been accommodated and protected, and there has even been a conspiracy on behalf of CDOC to subvert and deny justice for the disabled and incarcerated.

    If I have misinterpreted the Order (which I've enclosed) please let me know. If I have not, then I know the purpose of not only Title 42 § 1983, but also § 1985 and § 1986. I am also becoming familiar with the Administrative Procedures Act (APA), using CAFV's, and Tort Claims. My family, friends and associates are not averse to airing CDOC's dirty laundry publicly.

    Please let me know the intent of the Special Master and thus, the action I must take. I will look forward to a reply at your earliest convenience. I thank you for your time, consideration and understanding.

Sincerely and Respectfully,

*Craig C. Ralston*

Craig C. Ralston, #50115
P.O. Box 2017, Buena Vista, CO 81211

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

        Plaintiffs,

-vs.-

BILL RITTER, et al.,

        Defendants.

___

Claim Number 02-732
Category II
Claimant: Craig C. Ralston, #50115
Address of Claimant: BVCC, P.O. Box 2017, Buena Vista, CO 81211

___

## FINAL ORDER OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on the letter from Claimant that was dated April 15, 2010. In the letter, Claimant has requested additional health care and accommodations. His letter will be treated as a new claim.

      Claimant filed a claim for damages pursuant to Article XXXII of the Remedial Plan. Claimant's claim was denied on May 2, 2007. Claimant failed to establish that he was disabled while in DOC custody on or before August 27, 2003. In addition, Claimant did not prove that he was the victim of discrimination prohibited by the ADA on or before that date.

      Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. There is no jurisdiction for the filing of a second claim. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

      IT IS HEREBY ORDERED that the letter of Craig C. Ralston, being treated as a new claim, is dismissed; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

SIGNED this 7th day of May, 2010.

BY THE COURT:

_____
Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this ___ day of May, 2010 to the following:

Mr. Craig C. Ralston
#50115
BVCC
P.O. Box 2017
Buena Vista, CO 81211

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*