```
United State District Court
901 19th St. Room A-105
Denver, Colo. 80294-3589
Court address
```

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 17 2010
GREGORY C. LANGHAM
CLERK
```

Steven McCary

Plaintiff,

V.

Defendant,
Colorado Department of Correction

▲ Court use only ▲

Attorney for the Plaintiff Steven McCary Pro-Se
B.C.C.F. 11560 count #75 81054

Attorney for the Defendant John W. Suthers
1525 Sherman St. 7th floor
Denver Colo. 80203

Case # 92CV00870-JLK

## Motion to Enforce Court Order

### INTRODUCTION

(1) Comes now the Plaintiff Steven McCary proceeding Pro-se who hereby requests that this Honorable Court grant this motion on the grounds which states as follows

(2) I wish to point out to this Honorable Court that F.R.Cr.P. Rule 45(b) should appy to this motion; I did not receive the order put forth by this Honorable Court until 5-5-10; Therefore the Plaintiff had three (3) copys of the prisons legal log made for verification for the court on the prior statements above.

(3) The Plaintiff is bottom bunk and bottom tier restricted, however the Plaintiff was housed on the top tier for over four (4) months before being moved down to the bottom tier, and would you believe, Bent County Correctional facility does not have any record of the Grievance I filed.

(4) The Plaintiff is hypoglycemic and therefore requires a snack of food with every meal, this was given to the Plaintiff for approximately three (3) weeks, then Medical requested the Plaintiff come to medical at 3:00 AM for blood work; This is an unreasonable request by the medical department; for one (1) any medical appointment missed by the Plaintiff results in a $3.00 charge; two (2) medical is not going to get an accurate blood enzymes reading when the test is done in the middle of the night; three (3) the Plaintiff was born with a severe heart defect and has had five (5) major open heart surgeries and four (4) pacemaker replacements, therefore the Plaintiff's body requires a full eight hours of sleep every night its in the Plaintiff's medical file.

(1)

The Plaintiff had filed a Grievance on medical for discontinuing the Plaintiff's required snacks for his hypoglycemia which he needs very bad although once again Bent County Correctional facility has No record of the Plaintiff's Grievance Why!!! I need my snacks.

(5) The Plaintiff's right shoulder is two and a half (2½) inches lower then his left, do to an accident. The Plaintiff's right shoulder was never corrected and has healed wrong because of it Therefore the Plaintiff suffers from severe back neck and shoulder pain every minut of every day This severe back neck and shoulder pain requires the Plaintiff be given a medical mattress to get the required eight (8) hours of sleep that the Plaintiff needs once again, there is No record of any Grievance being filed again why... I need back surgery.

(6) The Plaintiff's left knee has required reconstructive surgery for over two and a half (2½) years The Plaintiff is still waiting just to be scheduled by medical.... why!!! The Plaintiff desperately needs this surgery to relieve the pain that the Plaintiff has to endure every minut of every day. I need knee surgery.

(7) The Plaintiff pacemaker was replaced at D.R.D.C. in December of 2007 and is to be checked by a heart specialist every six (6) months this has not happend since it was put in the Plaintiff two and a half (2½) years ago and once again the Plaintiff has still not been scheduled to this very day for a rhythmic activity scan The Plaintiff has been rushed to the hospital because of chest pains over a half a dozen times. Do the medical staff at these facility the D.O.C. officials all of the Attorneys and Judges really and truly understand that the Plaintiff does not have the power of choice. The Plaintiff's very life depends on the medical staff and D.O.C. officials doing their job and so far their Not doing their job.... why!!! I need my pacemaker fixed.

(8) The Plaintiff was helping a number of inmates at Fort-Lyon Correctional facility in regards to legal forms, and papers including the Montez Law Suit. The Plaintiff had been told by officers to stop helping the other inmates. As the Plaintiff continued to help others inmates, the Plaintiff was threatened by officers and told he could be facing a disciplinary action for being inpossession of another inmates legal work. I explained that inmate Gates is blind and asked his casemanager for help. The casemanager asked the Plaintiff to help Mr. Gates and the Plaintiff agreed and explained to the casemanager that other officers did not see things the same way. The Plaintiff has been continuously harassed, threatened and abused. All officers stick together for the most part. The Plaintiff has had to file Grievances just to get new Boxers, socks and T-shirts. The Plaintiff is a M-4 and is supposed to be house at a medical facility. So then why is the Plaintiff housed at Bent County Correctional facility? Move me back to Territorial C.T.C.F.

(2)

## Certification of Mailing

I Steven McCary do hereby certify under the penalty of perjury that the foregoing motion is true correct and complete and is not meant to mislead and is place in the U.S. mail with prepaid postage and address to the following addresses on this 14 day of May 2010.

United State District Court
901 19th St. Room A-105
Denver, Colo. 80294-3589

King and Greisen
1670 York Street
Denver, Colo. 80206


Respectfully Submitted by Steven D. McCary

Date 5-14-10

Facility: **BENT COUNTY CORRECTIONAL FACILITY**

## INCOMING RESTRICTED INSPECTION MAIL RECEIPT LOG

| Date Received | Sender | Offender Name | DOC # | Offender Initial | Date Delivered | ID Badge # |
|---|---|---|---|---|---|---|
| 5/5/10 | King & Greisen, LLP<br>1670 York ST.<br>Denver, CO 80206 | McCarry, Stephen | 60886 | [signature] | 5/5/10 | 138/1095 |
| 5/5/10 | King & Greisen, LLP<br>1670 York ST.<br>Denver, CO 80206 | McCarry, Stephen | 60886 | [signature] | 5/5/10 | 138/1095 |
| 5/5/10 | | McCarry, Stephen | 60886 | [signature] | 5/5/10 | 138/1095 |

AR Form 300-38B (09/01/07)



Diane S. King
Paula Greisen
Laura E. Schwartz
Kimberlie K. Ryan

KING ■ GREISEN ■ LLP

Jennifer W. Riddle
Joseph W. Galera
Ashley M. Kelliher

# NOTICE

April 6, 2010

*Re:* MONTEZ

This envelope contains an Order from the Court and a letter from counsel for the Montez Class explaining what the Order means and who it may affect.

In the Order, the Judge set **April 16, 2010** as the deadline to file claims for damages with the Special Masters. Counsel for the Class requested an extension on that deadline.

**Judge Kane has extended the deadline to file claims for damages with the Special Masters to APRIL 30, 2010.**