IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-157
Category III
Claimant: Thomas Snyder, #57207
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

      THIS MATTER comes before the Special Master on Claimant's letter of April 18, 2010 and Claimant's revised claim form. Claimant wishes to file a new claim or appeal the order of April 9, 2010 that dismissed his claim in its entirety. The claim had remained open only due to the issue of whether claimants had the right to file additional claims for alleged discrimination after August 27, 2009.

      Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order was provided to Claimant. Claimant was found not to be the victim of discrimination prohibited by the ADA on or before August 27, 2003. Claimant retains the right to file his own lawsuit with the Court. He may not pursue any claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

      IT IS HEREBY ORDERED that the letter and claim form of Thomas Snyder are dismissed; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 23, 2010.**

SIGNED this 14th day of May, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____

Richard M. Borchers
Special Master