IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

This matter is before the court on Motion to Enforce Court Order (doc. #4581), filed *pro se* May 17, 2010 by Steven McCary. The deadline for filing *pro se* claims under Section XXXII of the Montez Remedial Plan has passed, and the Special Masters charged with handling those claims are no longer doing so. To the extent claimant's motion charges noncompliance with the Montez Remedial Plan, it is treated as a Declaration and will be reviewed by class counsel. Individual inmates may proceed on compliance issues only through Montez class counsel, who is representing them. The Motion to Enforce Court Order (Doc. 4581) is DENIED.

---

Dated: May 18, 2010

Service of this order shall be made via NEF and regular mail to Steven McCary.