```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 1 2010

GREGORY C. LANGHAM
        CLERK
```

92-cv-00870-JLK

Legal Resolution Center
6907 Zebnobia Street
Westminster, Colo. 80030-4444


RECEIVED
APR 30 2010
By_____

Re: Objections Medical Procedures

Greetings:

My heart condition that I have since birth follow-ups were needed by Cardiologist periodically when I entered D.O.C. back in 1996,. My medications consists of channel blocker medical staff was well aware but they stopped giving it to me. After going out numerous times to the hospital with bad chest pains. I had my first heart attack in July 2000.

The doctors and Cardiologist put in my discharge notes for me to be put back on the channel blocker, Medical staff refused this order to medicate me. I was released from the system I started seeing Dr. Greenberg, the Cardiologist again at South Aurora. There had been severe progressive damage to my heart. I suffered another heart attack Oct. 2008. This time a stent was placed in my heart.

Plavix was added to my medication to prevent blood clot's. When I reenterred D.O.C. in January 2009 my plavix and asprin was discontinue I have gone to hospital appox. five times with chest pains. I'm told D.O.C. makes their on decision what medications to gives. Medical staff refuse medication for blood clots I'm scheduled for another Arties Clease and stent but I'm choosing to wait until I'm released.

In response to a direct questions from the special master, As claimant tesified that I was discrimnation by D.O.C. its staff from my confinement prior to : July 6 1999 - July 28 2004

As claimentthat has had heart problems and has suffered two heart attack July 2000 and another Oct. 2008 and suseqently received a stent I was on medications before I came back into D.O.C. custody but has been denied the medications needed channel blocker, and plavix

My testimony is that I the claiment made clear that I'm a victim discrimnation within the time on or before August27, 2003. In DO.C. custody my medications was denied.

I'm claimant damage for conduct by D.O.C. its employees resulted in injuries not provide the medicates, and medical follow-ups.

Other medical problems I received are as follow:
On 5 Sept. 2009 I received a concussion and a back injury do to a fall because by improper footwear at present still experiening dizziness, back spams, and blurred vision. They still have me working in kitchen wearning my own personal sneakers.
   Inadequate treatment where the circumstance are clearly sufficient to indicate the need for medical attention the denial of such aid constitutes the deprivation.

Plaintiff Prays this Hornorable Court takes serious consideration of these new advisement and greatly apprecite (appreciate) your attention to this matters:
As plaintiff request to be considered for Montez class action regarding her heart condition.

Respecfully Submitted

Frankie L. McConnell-Speller

*Frankie L. McConnell-Speller*