IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

_____

Claim Number: 03-173
Category: III
Claimant: Wellman E. Gibson #74384
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000

_____

# FINAL ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's "information pertaining to Plaintiff's hearing & information received from Class Counsel dated April 6, 2010." Claimant has requested reinstatement of the original order of Special Master Davidson. Claimant alleges that he has reviewed DOC documents which reflect an unwillingness to abide by orders of the Special Masters.

Claimant's original claim was denied ultimately after Defendants appealed to Judge Kane. What Claimant has presented reflects systemic issues that must be resolved by class counsel. Claimant has not alleged anything that would compel a new hearing. Claimant may only raise issues related to his own situation. As to a general disregard of orders issued by the Special Master, that issue is systemic and must be resolved by class counsel.

Claimant has been provided a copy of Judge Kane's order of March 23, 2010. That order mandates that this motion be treated as a declaration, as the Court does not have the jurisdiction to consider individual motions of inmates that are filed *pro se*. The same situation prevails as to the filing of a second or subsequent claim. Claimant's may seek the assistance of class counsel or may file his own lawsuit. Claimant may no longer file *pro se* individual motions in light of the order of March 23, 2010.

IT IS HEREBY ORDERED that the motion of Wellman Gibson is denied; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 21st day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master