IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's motion for specific monetary remedy, etc. For purposes of this order, the motion will be treated also as a new claim.

    Claimant acknowledges that Judge Kane set aside the previous order of the Special Master. In that order, DOC had been directed to have Claimant examined by a specialist. Judge Kane determined that order to be improper and vacated it.

    Claimant's concerns are detailed in his motion. Even if Claimant is correct in his concerns, he is unable presently to prove his concerns. The last hearing included the testimony of a DOC physician that treatment had been appropriate. In order to counter that, Claimant will need professional testimony that the brace and shoes that he has received are inappropriate and represent discrimination in violation of the ADA. Claimant has presented nothing from a professional that raises a question concerning the appropriateness of the brace and shoes that he has received. That is why the Special Master had ordered an examination by a specialist. Judge Kane disagreed.

    In light of Judge Kane's order, Claimant must present more than old medical records and his concerns. Claimant may wish to seek the assistance of class counsel, as his situation is not unique. He retains the right to file his own lawsuit. Further motions without professional testimony will be an act of futility.

IT IS HEREBY ORDERED that the motion of Raymond Goodloe is denied; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 21st day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master