IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

───────────────────────────────────────────

Claim Number 03-451
Category III
Claimant: Clinton Baskall, #87151
Address of Claimant: JCSO, P.O. Box 16700, Golden, CO 80402

───────────────────────────────────────────

## FINAL ORDER OF SPECIAL MASTER
───────────────────────────────────────────

     THIS MATTER comes before the Special Master on the letter of Claimant, dated April 28, 2010. In the letter, Claimant has requested to file a claim on his behalf.

     Claimant filed a claim for damages pursuant to Article XXXII of the Remedial Plan. A hearing was held on October 20, 2008. That claim was denied on February 13, 2009. Claimant was not able to prove that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act on or before August 27, 2003.

     Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. There is no jurisdiction for the filing of a second claim. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the claim.

     IT IS HEREBY ORDERED that the letter of Clinton Baskall, being treated as a new claim, is dismissed; and

     IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will

be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 23, 2010.**

      SIGNED this 21st day of May, 2010.

                                  BY THE COURT:

                                  */s/ Richard M. Borchers*

                                  _____
                                  Richard M. Borchers
                                  Special Master