IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ et al.,

Plaintiffs

v.

BILL RITTER, et al.,

Defendants.

---

PLAINTIFFS' STATUS REPORT REGARDING COURT'S ORDER RE
REPORT AND RECOMMENDATION OF SPECIAL MASTER [Doc. 3741] AND RELATED
FILINGS

---

Plaintiffs, through undersigned counsel, respectfully submit the following Status Report
Regarding Report and Recommendation of Special Master and Related Filings.

1.  On March 23, 2010, the Court entered its "Order re Report and Recommendation of
Special Master and Related Filings" [Doc. No. 4381].

2.  In the Order, the Court specified that the only members of the Montez class who may
proceed with individual *pro se* claims for relief under §XXXII of the Remedial Plan are those
individuals that were in the custody of DOC prior to August 27, 2003 and disabled prior to or on
that date.  The Court ordered a deadline of April 16, 2010 for the filing of such claims. [1]

3.  The Court further stated that Montez class members may not act individually for class-
based remedies or relief.  Accordingly, those seeking to enforce class-based provisions under the
Remedial Plan and associated Stipulations, or those seeking to challenge DOC's compliance with
the Court approved agreements, including filings by Class members deemed ineligible for the
damage claim process established under §XXXII of the Remedial Plan based on their dates of
incarceration and/or the date they became disabled, may do so through class counsel, as
appropriate.

4.  Pursuant to the Order, the Special Masters were to review all *pro se* claims of inmates
pending before them and refer to class counsel claims determined to be "Declarations re

---

[1] Class counsel requested an extension of the deadline to April 30, 2010 to ensure adequate time to provide notice to
Class members of the Court's Order,  Defendants agreed and the deadline was subsequently extended by the Court.

Enforcement/Compliance/Noncompliance with Class Remedies" (described above in paragraph 3 of this Status Report).  Counsel for the class was ordered to review these filings, to confer with counsel for the Defendants and to file a joint status report as to the proposed treatment of these claims.

5.  As of May 10, 2010, over eighty (80) individual claims had been referred to class counsel by the Special Master, however, not all of the underlying filings related to the claims had yet been forwarded to class counsel for review.  As of May 11, 2010, class counsel had disclosed to counsel for the defendants in discovery responses and on the exhibit list filed with the Pre-Trial Order the identity of approximately seventeen (17) claimants and the areas of the Remedial Plan to which their claims applied.

6.  On May 12, 2010, class counsel conferred with counsel for the Defendants and discussed the status of the review of these claims and how they would be addressed at the upcoming compliance hearing.  Specifically, the undersigned explained that all claims regarding matters occurring outside of the compliance period of April 2008 to May 1, 2009 would be set aside until after the compliance hearing.  Class counsel explained that claims involving issues occurring during the compliance period of April 2008 – May 1, 2009, would be incorporated as evidence of non-compliance with related areas of the Remedial Plan.  However, as a result of the continued stream of filings being referred to class counsel for review, the parties agreed to and requested an extension of time to May 24, 2010 in which to file a joint status report, which was granted by the Court during a joint telephone conference.

7.  On May 18, 2010, eight (8) more claims were referred to class counsel by the Special Masters and on May 24, 2010, another nineteen (19) were referred.  During a meeting between counsel for the parties on May 24, 2010, counsel for the class expressed their desire to seek additional time to file the joint status report so as to allow for the opportunity to review and address the additional claims referred by the Special Masters and to determine whether any of the recently referred claims should be included for discussion during the compliance hearing.  Class counsel reiterated that no new claims had been added to the updated exhibit list and that all documents relating to the seventeen (17) claims initially identified in discovery responses and the exhibit list filed on May 11, 2010 had been produced to counsel for the Defendants on May 21, 2010.

8.  Pursuant to D.C.COLO.Lciv.R 7.1, the undersigned counsel conferred with counsel for the Defendants regarding an extension to file a joint status report and counsel elected to file an individual status report.

9.  Class counsel reserves the right to address the Court with regard to Special Master Orders and related filings referred to class counsel pursuant to paragraph 3 of the Court's Order re Motion to Strike [Doc. No. 4591].

DATED this 24th day of May, 2010

s/ Edward T. Ramey

Edward T. Ramey
Blain D. Myhre
Lara E. Marks
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO  80202
Phone:  303.292.5656
Fax:  303.292.3152
E-mail:  eramey@ir-law.com; lmarks@ir-law.com;
bmyhre@ir-law.com;


Paula Greisen
Jennifer W. Riddle
King & Greisen, LLP
1670 York Street
Denver, CO 80206
303.298.9878
303-298.9879 (fax)
Email:  greisen@kinggreisen.com;
riddle@kinggreisen.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 24th day of May, 2010, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

Paula Greisen
greisen@kinggreisen.com
Jennifer Wardner Riddle
riddle@kinggreisen.com
King and Greisen, LLP
1670 York Street
Denver, CO  80206

*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)
Elizabeth H. McCann, Deputy Attorney General
James X. Quinn
James.Quinn@state.co.us
Berina Ibrisagic
berina.ibrisagic@state.co.us
1525 Sherman Street, 5th Floor
Denver, CO  80203

Gillian Dale
daleg@hallevans.com
Thomas J. Lyons
lyonst@hallevans.com

*Attorneys for Defendants*

/s/ *Lynn Tumey*
Lynn Tumey

4