IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL RITTER, *et al.*,

    Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT
EXPERT REPORT OF ROBERT A. BARDWELL
IN LIGHT OF NEWLY DISCLOSED INFORMATION**

---

    Plaintiffs, through undersigned counsel, respectfully request leave to supplement the expert of Robert A. Bardwell for the reasons set forth below:

**Certificate of Compliance with D.C.Colo.LCivR 7.1(A)**

    Undersigned counsel certifies that he conferred with Elizabeth McCann, Esq., counsel for Defendants, on the morning of May 25, 2010, and was authorized by Ms. McCann to represent that (a) Defendants maintain their position that Dr. Bardwell's testimony should not be allowed as set forth in Defendants' Motion to Strike [Dkt. No. 4591], but that (b) Defendants do not object to Dr. Bardwell being permitted to supplement his expert report in light of the disclosures made to Plaintiffs on May 24, 2010.

    1.    Plaintiffs provided the expert report of Robert A. Bardwell to the Defendants on May 17, 2010. As discussed in some detail in Plaintiffs' Limited Response to Defendants' Motion to Strike filed contemporaneously herewith, Dr. Bardwell – as well as Defendants' expert

Dr. Jeffrey S. Zax – has analyzed voluminous data created, maintained, and managed by the Defendant Department of Corrections regarding the comparative employment and program assignment status of inmates with disabilities within the Colorado corrections system.

2.  Plaintiffs will not repeat here the history of Dr. Bardwell's efforts and challenges in tackling the data produced by the Defendants, though the Court is respectfully requested to briefly review that course of events as presented in paragraphs 3 though 9 of Plaintiffs' Limited Response to Defendants' Motion to Strike.  Essentially all of that is water under the bridge at this point, except for the development of May 24, 2010, as described in paragraph 9 of the Limited Response.

3.  As described in paragraph 9 of the Limited Response, Plaintiffs' counsel were informed for the first time by Defendants' counsel *yesterday afternoon* that an "updated" listing of inmates with disabilities – produced on March 5, 2010 and represented to be "a complete list [from the AIC's office] of the confirmed diabetic/disabled offenders from the AIC database *as of 4/30/09*" (the day before the compliance deadline) – in fact included hundreds of unidentified inmates who were no longer in the corrections system, some having been gone for years.  As a portion of Dr. Bardwell's analysis was to assure – by comparison to a separate "updated" database on inmate job and program assignments *as of 4/30/09* – that all disabled inmates in the system were being tracked appropriately in that latter database, this revelation has rendered a portion of his analysis and report inaccurate and left the underlying question unanswered.

4.  There is no question in Plaintiffs' counsels' minds that the revelation described above was very recently discovered by Defendants' counsel – because (a) Defendants' counsel acknowledged that they inquired of a Department representative after reviewing Dr. Bardwell's

expert report, (b) Defendants' counsel would not have knowingly misrepresented the nature of the data they were producing, and (c) Defendants' counsel was fully aware that the only relevance of the data being "*as of 4/30/09*" is that it applied to inmates with disabilities in the system on that critical date. Whether long departed inmates had been "confirmed" as disabled prior to that date, or whether the data was extracted on that date or some later date, was and is of no relevance to anything pertinent to the level of the Department's compliance with the Remedial Plan *as of that date*.

5. Some of Dr. Bardwell's report is unaffected by this revelation, but his concern that a substantial percentage of disabled inmates (as listed in this database) were not being tracked or accounted for in any way in the job/program assignment database, is directly affected. If the discrepancy reflects departures *prior to 4/30/09* of "confirmed diabetic/disabled offenders from the AIC database *as of 4/30/09*" – syntax notwithstanding – and if the identities of such departees can be confirmed, Dr. Bardwell's conclusions would certainly be different. If not, perhaps not. In any event, it is highly relevant and only fair to give Dr. Bardwell an opportunity to address the issue and any other matters now rendered pertinent, but not discussed in his report, as a result of Defendants' belated disclosure.

6. No party will be prejudiced by the limited relief requested in this Motion, least of all the Court, which is attempting to accurately evaluate the level of the Defendants' efforts to achieve substantial compliance. Nor is it anticipated that the granting of this limited relief will necessitate a delay in the conduct of the compliance hearing.

Respectfully submitted this 25th day of May, 2010.

>Paula Greisen
>Jennifer Riddle
>King & Greisen, LLP
>1670 York Street
>Denver, CO 80206
>303.298.9878
>303-298.9879 (fax)
>Email:  greisen@kinggreisen.com;
>riddle@kinggreisen.com
>
>
>*s/ Edward T. Ramey*
>Edward T. Ramey
>Blain D. Myhre
>Lara E. Marks
>Isaacson Rosenbaum P.C.
>1001 17th Street, Suite 1800
>Denver, CO  80202
>Phone:  303.292.5656
>Fax:  303.292.3152
>E-mail:  eramey@ir-law.com; lmarks@ir-law.com;
>bmyhre@ir-law.com;

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 25th day of May, 2010, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

| | |
|---|---|
| Paula Dee Greisen | (beth.mccann@state.co.us) |
| greisen@kinggreisen.com | Elizabeth H. McCann, Deputy Attorney General |
| Jennifer Wardner Riddle | James X. Quinn |
| riddle@kinggreisen.com | James.Quinn@state.co.us |
| King and Greisen, LLP | Jennifer Susan Huss |
| 1670 York Street | jennifer.huss@state.co.us |
| Denver, CO  80206 | Robert Charles Huss |
| *Attorneys for Plaintiffs* | rob.huss@state.co.us |
| | Willow Ivana Arnold |
| | willow.arnold@state.co.us |
| | Berina Ibrisagic |
| | berina.ibrisagic@state.co.us |
| | 1525 Sherman Street, 5th Floor |
| | Denver, CO  80203 |
| | *Attorneys for Defendants* |
| Brice A. Tondre | Gillian Dale |
| briceatondrepc@msn.com | daleg@hallevans.com |
| Castelar M. Garcia | Thomas J. Lyons |
| slvlaw@gojade.org | lyonst@hallevans.com |
| H. Earl Moyer | |
| mbvlaw@mbv1.net | |
| Patricia S. Bellac | |
| psblawfirm@comcast.net | |

*s/ Edward T. Ramey*
Edward T. Ramey