IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL RITTER, *et al.*,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORT OF ROBERT A. BARDWELL

Upon consideration of Plaintiffs' Motion for Leave to Supplement Expert Report of Robert A. Bardwell, and finding good cause shown, the Court GRANTS the Motion. Any supplementation shall be served on Defendants' counsel as expeditiously as possible, though no later than June 4, 2010.

Done this __ day of May, 2010.

BY THE COURT

_____
District Judge