# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JOHN L. KANE, SENIOR JUDGE

Case No.      **92-CV-00870-JLK**                    Date _____

Case Title     **JESSE (JESUS) MONTEZ, ET AL. V. BILL OWENS, ET Al.**

### Plaintiffs' Witness List

**Non expert witnesses who will be at trial:**

**Cathie Holst**
Resides in Pueblo, Colorado.
Ms. Holst will testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations. Ms. Holst will also testify about the functions of the AIC office including staffing levels and authority issues, the AIC database, the disability screening process and the timeliness of screenings, disability determination, revision of Accommodation Resolution Forms, and properly identifying inmates with disabilities. Ms. Holst will also testify to placement issues, tracking inmates with disabilities, programs, jobs and services, general information produced in the facility audits, providing accommodations to inmates with disabilities, the ADA grievance procedure, and training procedures on Montez issues. Ms. Holst may also testify to the responses to Plaintiffs' discovery requests for which she was responsible.

**Non expert witnesses who may be at trial**

**Katie Baxter**
Ms. Baxter resided in Pueblo, Colorado.
Ms. Baxter may testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations, including but not limited to the identification and quality of DOC data for tracking inmates with disabilities and the functions of the Office of the AIC. Ms. Baxter may also testify to the responses to Plaintiffs' discovery requests for which she was responsible.

**Julie Russell**
Ms. Russell is a DOC employee.
Ms. Russell is currently acting as the AIC and may testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations.

1

**Meghan Reed**
Ms. Reed is a DOC employee.
Ms. Reed is a legal assistant in the Office of the AIC and may testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations.

**Marshall Griffith**
Mr. Griffith is a DOC employee.
Mr. Griffith is a legal assistant in the Office of the AIC and may testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations.

**Adrien Jacobsen**
Ms. Jacobsen is a DOC employee.
Ms. Jacobsen is a legal assistant in the Office of the AIC and may testify to all matters pertinent to level of compliance by DOC with requirements of Remedial Plan and associated stipulations.

**Dr. Paula Frantz**
Dr. Franz is a DOC employee.
Ms. Frantz may testify to development, implementation, and status of revised disability screening criteria, resolution of accommodation requests, determination of disability status, issuance of Accommodation Resolutions for inmates, provision of services and accommodations to diabetics and inmates suffering from conditions associated with diabetes.

**Joanie Shoemaker**
Ms. Shoemaker is a DOC employee.
Ms Shoemaker may testify to all matters pertinent to provision of clinical services to inmates with disabilities and level of compliance by DOC with requirements of Remedial Plan and associated stipulations pertinent to clinical services. Ms. Shoemaker may also testify to the responses to Plaintiffs' discovery requests for which she was responsible.

**Anthony DeCesaro**
Mr. DeCesaro is a DOC employee.
Mr. DeCesaro may testify to matters related to the ADA grievance procedure.

**Tami Williams**
Ms. Williams is a DOC employee.
Ms. Williams may testify to ACA accreditation and to the responses to Plaintiffs' discovery requests for which she was responsible.

**Paul Hollenbeck**
Mr. Hollenbeck is a DOC employee.
Mr. Hollenbeck may testify to classification issues, matters related to Cheyenne Mountain Reentry Center, and to the responses to Plaintiffs' discovery requests for which he was responsible.

**Paul Engstrom**
Mr. Engstrom is a DOC employee.
Mr. Engstrom may testify regarding identification, maintenance, and quality of DOC data for tracking inmates with disabilities and assuring compliance with all requirements of the Remedial Plan. Mr. Engstrom may also testify regarding inmate pay for jobs and programs and services, and the disability screenings of inmates placed at the North Fork Correctional Facility, as well as to the responses to Plaintiffs' discovery requests for which he was responsible.

**Richard Weems**
Mr. Weems is a DOC employee.
Mr. Weems may testify regarding DOC policies and practices to assure ongoing maintenance of physical facilities provided to accommodate inmates with disabilities, including, but not limited to maintenance records and reports regarding elevator access, fire alarm evacuations, and handicapped accessible showers. Mr. Weems may also testify to the responses to Plaintiffs' discovery requests for which he was responsible.

**Carol Berends**
Ms. Berends is a DOC employee.
Ms. Berends may testify about the training offered to inmates with diabetes and any other related issues. Ms. Berends may also testify to the responses to Plaintiffs' discovery requests for which she was responsible.

**Life Safety Officer or other representative of FLCF**
This witness is a DOC employee.
The person presently performing the duties of life safety officer at the Fort Lyon Correctional Facility may testify regarding all matters pertinent to the assurance of the safety of disabled inmates housed at that facility, to include, without limitation, conduct of evacuation drills, functioning of critical physical facilities, fire and disaster planning, and associated matters.

**Kim Beicker**
Ms. Beicker is a former DOC employee and resides at Canon City, Colorado.
Ms. Beicker may testify regarding the registered dietician and certified diabetes educator DOC was required to hire and any other related issues including the responses to Plaintiffs' discovery requests for which she was responsible.

### Inmate witnesses who may be at trial via video feed or in person if available

**David Bryan, #59182**
Fort Lyon Correctional Facility
Mr. Bryan may testify to problems related to grievances and DOC's failure to comply with the Remedial Plan related to SOTMP programs.

**Allen Fistell, #63253**
Fort Lyon Correctional Facility
Mr. Fistell may testify to problems with the grievances, delay in disability screening process, and accommodations such as assistive devices and inmate aides.

3

**Randall Minor, #64362**
Paroled Denver West Metro Region
Mr. Minor may testify to problems related to disability screenings related to vision issues.

**Seth Reed #108549**
Buena Vista Correctional Facility
Mr. Reed may testify about his medical emergencies, and his subsequent treatment by DOC, and may testify about the lack of adequate call buttons and responses to call buttons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Craig Hassler #84141**
Limon Correctional Facility
Mr. Hassler may testify about his medical emergency in September 2009, and his subsequent treatment by DOC, and may testify about the lack of adequate call buttons and responses to call buttons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Juan Maldonado #81249**
Colorado State Penitentiary
Mr. Maldonado may testify about his medical emergencies, and his subsequent treatment by DOC, and may testify about the lack of adequate call buttons and responses to call buttons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Steve Garcia #111141**
Sterling Correctional Facility
Mr. Garcia may testify about diabetic inmates being excluded from or failing to progress to lower security facilities due to their medical conditions and codes, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Jeffrey Hocker #46717**
Sterling Correctional Facility
Mr. Hocker may testify about diabetic inmates being excluded from or failing to progress to lower security facilities due to their medical conditions and codes, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**James Moulton, DOC #55112**
Fort Lyon Correctional Facility
Mr. Moulton may testify to delays in the repair of assistive devices, inconsistencies in the provision of assistive devices and documentation, and failure to comply with Orders of the Special Master.

**Charles Simpson, DOC# 118549**
Paroled - Denver West Metro Region
Mr. Simpson may testify about the lack of accommodations for diabetic footwear, about diabetic inmates being excluded from or failing to progress to lower security facilities due to their medical conditions and codes, about the failure to provide appropriate medication and accommodations for parolees, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Amber Harms, DOC#130207**
Paroled – North East Region
Ms. Harms may testify to problems with identifying disabilities during DRDC intake and other issues related to hearing disabilities.

**Kayasha Conkleton, DOC # 145349**
Denver Womens Correctional Facility
Ms. Conkleton may testify to problems with identifying disabilities during DRDC intake and other issues related to hearing disabilities including problems with temporary accommodations.

**John Mosier, #51614**
Fort Lyon Correctional Facility
Mr. Mosier may testify to problems with the delay in disability screening process, assistive devices, and inmate aides.

**Abe Davis #56140**
Buena Vista Correctional Facility
Mr. Davis may testify about his medical emergencies, and his subsequent treatment by DOC, about the lack of adequate call buttons and responses to call buttons, about the failure to provide diabetics with snacks, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Reyes Carmona #53579**
Limon Correctional Facility
Mr. Carmona may testify about the lack of adequate call buttons and responses to call buttons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

5

**Marvin Djonne, # 108551**
Colorado Territorial Correctional Facility
Mr. Djonne may testify to problems with the delay in disability screening process, and accommodations such as assistive devices and inmate aides.

**Bobby Stringer, #138088**
Parole – Southeast Region
Mr. Stringer may testify to problems with the delay in disability screening process, and accommodations such as assistive devices and inmate aides.

**Justin Goetz, #114949**
Arrowhead Correctional Facility
Mr. Goetz may testify about diabetic inmates being excluded from or failing to progress to lower security facilities due to their medical conditions and codes, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Ricky Tenorio #109727**
Community Corrections
Mr. Tenorio may testify may testify about diabetic inmates being excluded from jobs or services or failing to progress to lower security facilities due to their medical conditions, codes, and restrictions, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Larry Morris #102978**
Colorado Territorial Correctional Facility
Mr. Morris may testify about being charged co-pays for diabetic care visits and about the denial of refunds due to alleged lack of paperwork and other improper reasons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Dennis Hicks #112732**
Arkansas Valley Correctional Facility
Mr. Hicks may testify about the lack of adequate call buttons and responses to call buttons, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Anthony Vaughn, #116051**
Fremont Correctional Facility
Mr. Vaughn may testify may testify about diabetic inmates being excluded from jobs or services or failing to progress to lower security facilities due to their medical conditions and codes, and any other issues related to treatment and accommodations of diabetic inmates, including without

6

limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Luis Dole, #109864**
Fremont Correctional Facility
Mr. Dole may testify about denial of services by PHP that were recommended by DOC medical personnel, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Willie Baxter, # 68784**
Sterling Correctional Facility
Mr. Baxter may testify about the failure to provide appropriate or sufficient restroom breaks for diabetics, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Jose Perezsoto #129465**
Colorado Territorial Correctional Facility
Mr. Perezsoto may testify to delays in the repair of assistive devices and inconsistencies in the provision of assistive devices and documentation.

**Andre Griffith, #99480**
Paroled to Denver-West Region
Mr. Griffith may testify about the failure of accommodations for parolees who are diabetics, including the failure to provide necessary medication, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Charles Russell, #124060**
Arrowhead Correctional Facility
Mr. Russell may testify about the lack of accommodations, including the failure to provide medically-necessary footwear for diabetics, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Michael Hurd, #142778**
Fremont Correctional Facility
Mr. Hurd may testify may testify about diabetic inmates being excluded from jobs or services or failing to progress to lower security facilities due to their medical conditions and codes, and any other issues related to treatment and accommodations of diabetic inmates, including without limitation problems with prescription refills, accommodations during transport, and medication and other accommodations at DRDC.

**Fidel Ramos, # 41238**
Sterling Correctional Facility
Mr. Ramos may testify to issues related to diabetes.

**Edward Corbin, #114258**
Fort Lyon Correctional Facility
Mr. Corbin may testify to issues related the ADA grievance procedure and accommodations for his disabilities including, but not limited to, the provision of inmate care aides.

**Any witnesses necessary for impeachment or rebuttal**


### Expert witnesses who will be at trial


**Linda Edwards, RN, MHS, CDE**
Resides in Denver, Colorado
Ms. Edwards will testify regarding the care and treatment of diabetes, accommodations provided to inmates with diabetes, complications of diabetes and how they are managed by DOC, Quality Management issues and issues identified in the expert report.

**Larissa McClung, M.Ed.**
Resides in Colorado Springs, Colorado
Ms. McClung will testify regarding compliance with the Remedial Plan in areas related to effective communication, access to TTYs, accommodations for the deaf and hard-of-hearing, problems arising from the delay in disability screenings and disability determinations, delays in the repair and replacement of assistive devices and hearing aids, access to hearing aid batteries, and issues identified in the expert report.

**Andy Bardwell**
Resides in Denver, Colorado
Mr. Bardwell will testify regarding the DOC data and conclusions to be drawn there from pertinent to the nondiscriminatory placement of inmates with disabilities in jobs and programs in the DOC system.


### Expert witnesses who may be at trial

**Darrel Teter, P.h.D.**
Resides in Castle Rock, Colorado
Dr. Teter may testify regarding the standards for determining whether an individual's hearing loss rises to the level of a disability and the provision of recommended amplification devices.

**Any witnesses necessary for impeachment or rebuttal**