# EXHIBIT C

DEFENDANTS' EXHIBIT LIST

CASE NUMBER 92-cv-870-JLK

CASE CAPTION Jesse Montez, et al. v. Bill Ritter, et al.

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A | Cathie Holst | Remedial Plan | | | | | | |
| B | Ari Zavaras | AR 850-15 – General non-discrimination policy, effective date 12/1/08 | | | | | | |
| | | **SECTION II - AIC** | | | | | | |
| C | Cathie Holst | AR 750-04 re ADA, effective date 9/1/08 | | | | | | |
| D | Cathie Holst | OM 750-100 re Offender Legal Services at FLCF, effective date 3/15/09. | | | | | | |
| E | Cathie Holst | AIC database (CD), as of 4/30/09; Legend for AIC database | | | | | | |
| E-1 | Cathie Holst | AIC list of Offenders with at least one Confirmed Disability (CD), as of 4/30/09; Legend for AIC database | | | | | | |
| F | Cathie Holst | Medical training for the AIC | | | | | | |
| | | **SECTION III – DEFINITIONS** | | | | | | |
| | | N/A. | | | | | | |
| | | **SECTION IV – DRDC** | | | | | | |
| G | Jim Falk | ADA cheat sheet | | | | | | |
| H | Jim Falk | Preliminary Alert check list | | | | | | |
| I | Jim Falk | Orientation Video at DRDC | | | | | | |
| J | Jim Falk | Sample Temporary ARs for mobility, | | | | | | |

Page 1 of 27

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | vision, hearing, and diabetes | | | | | | |
| K | Jim Falk | Denver Complex Offender Orientation Handbook, updated 08/08 | | | | | | |
| L | Jim Falk | Sample QT Profile and Sample of a QT Profile for a hearing impaired inmate Kerry Gallegos, #124604. | | | | | | |
| M | Jim Falk | CCC offender orientation handbook, updated 3/01/09 | | | | | | |
| N | Jim Falk | Sample memo from James Falk to a case manager re AR for an individual inmate, Mary Fernandez, dated 2/3/09 | | | | | | |
| O | Jim Falk | Sample ADA Confirmation Form from Falk to case manager re an ADA offender | | | | | | |
| P | Jim Falk | IA 750-04 effective date 11/1/2008 for Denver Complex | | | | | | |
| Q | Jim Falk | IA 850-07, effective date 1/15/09 for Denver Complex | | | | | | |
| R | Paul Engstrom | List of inmates from 5/1/08 – 5/1/09 showing movement from DRDC w/in 60 days | | | | | | |
| S | Paul Engstrom | Key to the list at Q | | | | | | |
| T | Susan Hay/ Linda Caudill | PCDCIS ADA Medical Intake Forms for nurses @ DRDC/DWCF – Screen Shots, revised 12/07/06. | | | | | | |
| U | Susan Hay/ Linda Caudill | PCDCIS ADA Medical Follow-Up Encounter Forms for providers @ DRDC/DWCF – Screen Shots, revised 5/02/07. | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| V | Susan Hay/ Linda Caudill | PCDCIS ADA Medical ADA/Montez RFA forms for providers @ facilities – Screen Shots, revised 05/2008 (manual for providers) | | | | | | |
| W | Susan Hay/ Linda Caudill | Training rosters for providers for medical follow-up and ADA/RFA screening; FY 2007-2008 | | | | | | |
| X | Dr. Paula Frantz/ Dr. John McFadyen | Boots. | | | | | | |
| | | **SECTION V – PLACEMENT** | | | | | | |
| Y | Joanie Shoemaker | AR 850-06 re offender property, effective date 12/15/08. | | | | | | |
| Z | Jim Falk | IA 850-06 – Property AR effective date 12/15/08 for Denver Complex | | | | | | |
| A2 | Joanie Shoemaker | AR 600-01 re offender classification, effective date 10/15/08. | | | | | | |
| B2 | Joanie Shoemaker | Photos of handicapped cells. | | | | | | |
| | | **SECTION VI – DESIGNATED FACILITIES** | | | | | | |
| C2 | Brian Gomez | Information re DOC's pre-release programs | | | | | | |
| D2 | Dr. Paula Frantz | M-code clinical standard, 02/09. | | | | | | |
| | | **SECTION VII – PHYSICAL PLANT CHANGES** | | | | | | |
| | | *In compliance.* | | | | | | |
| | | **SECTION VIII – SPECIAL** | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **PLACEMENT HOUSING** | | | | | | |
| | | *In compliance.* | | | | | | |
| | | **SECTION IX – TRACKING** | | | | | | |
| E2 | Cathie Holst | Memo from Cathie Holst to Facility Wardens re Housing Unit Posters, 10/2/08 | | | | | | |
| F2 | Paul Engstrom/ Cathie Holst | Sample AIC screen shots re daily movement report | | | | | | |
| G2 | Cathie Holst | E-mail from Cheryl Martin on 10/2/08 re ADA daily rosters on Cathie's behalf | | | | | | |
| H2 | Paul Engstrom | Daily ADA roster computer form by facility, proof all done electronically rather than in notebooks. Run date 9/24/08. | | | | | | |
| I2 | Cathie Holst | Sample refusal letter | | | | | | |
| J2 | Cathie Holst | Cheryl Martin's email on Cathie Holst's behalf sent to all re access of the Accommodation Resolutions on the DOC's computer system | | | | | | |
| | | **SECTION X – REASONABLE ACCOMMODATIONS** | | | | | | |
| K2 | Diana Reese | AR 500-02 re library services, effective date 12/15/08. | | | | | | |
| L2 | Diana Reese | List of auxiliary aids maintained in the libraries in each facility, updated 7/27/05 and March 2010. Inmate library orientations from YOS for 01/09 and CWCF for 01/09. | | | | | | |

| EX NO/LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| M2 | Cathie Holst | Materials and Equipment for Offenders with Special Needs at CTCF, dated April 2009 | | | | | | |
| N2 | Cathie Holst | AR 100-19 re communication with offenders, effective date 4/15/08. | | | | | | |
| O2 | Cathie Holst | Sample sign language interpreter request on 2/2/09 at CTCF for a KAIROS event | | | | | | |
| P2 | Cathie Holst | Billing for Sign Language Interpreters. FY 2008-2009. | | | | | | |
| Q2 | Cathie Holst | Purchase Requisition for inmate Destro's real time court reporter for his Montez hearing. | | | | | | |
| R2 | Cathie Holst | Purchase Requisitions for SLIs 2004-2007 | | | | | | |
| S2 | Cathie Holst | Purchase Requisitions for SLIs 2008-2009 | | | | | | |
| T2 | Cathie Holst | Memo re ASL class offer and sign/ accept memos for various offenders. | | | | | | |
| U2 | Cathie Holst | Memos re notification of enrollment for various offenders. | | | | | | |
| V2 | Cathie Holst | ASL lesson plan | | | | | | |
| W2 | Cathie Holst | CTCF ASL class schedule from 2/2/09 through 4/8/09 | | | | | | |
| X2 | Cathie Holst | ASL class schedule for LCF, CSP, AVCF and BVCF from 2/2/09 through 4/8/09 | | | | | | |
| Y2 | Cathie Holst | ASL Video conference class schedule for SCF, CMC-ACC, and FMCC from 2/3/09 through 4/16/09. | | | | | | |
| Z2 | Cathie Holst | ASL class rosters from 7/08 through 4/09. | | | | | | |
| A3 | Cathie Holst | Steve McGonigal's letter to the AIC re great job on ASL classes. | | | | | | |
| | Cathie Holst/ | AR 850-12 re telephone regulations | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | Sue Grisenti | for offenders, effective date 12/15/08. | | | | | | |
| B3 | Sue Grisenti/ Cathie Holst | Lesson Plan to train offenders on TTY Kiosk Use | | | | | | |
| C3 | Sue Grisenti/ Cathie Holst | E-mails re training of offenders on the use of the TTY Kiosk | | | | | | |
| D3 | Sue Grisenti/ Cathie Holst | TTY Kiosk Photo | | | | | | |
| E3 | Sue Grisenti/ Cathie Holst | TTY Kiosk Schematic | | | | | | |
| F3 | Sue Grisenti/ Cathie Holst | CIPS Kiosk Installment Report | | | | | | |
| G3 | Cathie Holst | List of vibrating watches provided to offenders | | | | | | |
| H3 | Cathie Holst | Sample diabetic (old and new) AR. Sample mobility, vision, and hearing ARs. | | | | | | |
| | | **SECTION XI – JUSTIFICATION FOR DENIAL OF REQUESTS FOR REASONABLE ACCOMMODATIONS (for undue burden or security reasons)** | | | | | | |
| | | *N/A – never been done.* | | | | | | |
| | | **SECTION XII – ADA GRIEVANCE PROCEDURE** | | | | | | |
| I3 | Cathie Holst | AR 850-04 – Grievance Procedure, effective date 12/1/08. | | | | | | |
| J3 | Cathie Holst | List of step 1, 2, and 3 ADA grievances from 4/01/08 to 5/01/09 | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | and whether they were answered timely | | | | | | |
| | | **SECTION XIII – INMATE PROGRAMS, ACTIVITIES, AND WORK ASSIGNMENTS** | | | | | | |
| K3 | Cathie Holst | AR 1000-01 re general recreational time policy, effective date 12/15/08. | | | | | | |
| L3 | Pamela Ploughe | Samples of Gym Time for disabled offenders at CTCF. | | | | | | |
| M3 | Joanie Shoemaker | AR 1050-01 re training opportunities in career and technical education, effective date 12/15/08. | | | | | | |
| N3 | Joanie Shoemaker | AR 500-01 re offender education system, effective date 10/15/08 | | | | | | |
| O3 | Joanie Shoemaker | AR 850-03 – Offender Assignment and Pay, effective date 4/20/09 | | | | | | |
| P3 | Joanie Shoemaker | IA 300-23 for Denver Complex - Offender Work Program, effective date 9/02/08. | | | | | | |
| Q3 | Pamela Ploughe | IA 300-23 for CTCF – Offender Work Program, effective 11/12/08. | | | | | | |
| R3 | Joanie Shoemaker | Offender Job Descriptions (CD) | | | | | | |
| S3 | Joanie Shoemaker/ Paul Engstrom | List of Offender Assignments (jobs and programs/services) at each facility (CD) | | | | | | |
| T3 | | Stricken | | | | | | |
| U3 | Paul Engstrom | Offender Jobs – Offenders Assigned; Offender Programs and Services – | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | Offenders Assigned; (CD) | | | | | | |
| V3 | Joanie Shoemaker | List of inmates at FLCF and Dog Program<br>List of Inmates at FLCF who requested Dog Program but were not admitted<br>(both on one CD) | | | | | | |
| W3 | Joanie Shoemaker | Memo from Rod Cozzetto to Joanie dated March 23, 2009 re: dog program at FLFC | | | | | | |
| X3 | Joanie Shoemaker | Memo re Offender Assignment Process, dated 8/5/08. | | | | | | |
| Y3 | Susan Hay/ Linda Caudill | Inmate Scheduling Master Program August 26, 2008 (Program 13) – PGM referral. | | | | | | |
| Z3 | Susan Hay/ Linda Caudill | 8/28/08 minutes from case manager training re offender jobs. | | | | | | |
| A4 | Susan Hay/ Linda Caudill | Email from Susan Hay to Karl Gilge dated 8/7/08 re MPS program, code 13 | | | | | | |
| B4 | Joanie Shoemaker | Memo from Joanie Shoemaker to Richard Harlan on 10/08/08 re job descriptions | | | | | | |
| C4 | Joanie Shoemaker | Gary Golder's memo to wardens on 10/23/08 re mandatory MPS training. | | | | | | |
| D4 | Joanie Shoemaker | Meeting minutes from the training re mandatory MPS training. | | | | | | |
| E4 | Susan Hay/ Linda Caudill | MPS training – Standardized Job Description Conversion Project – October 2008 | | | | | | |
| F4 | Susan Hay/ | Rosters re MPS training held @ FCF on 11/05/08 | | | | | | |

Page 8 of 27

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | Linda Caudill | | | | | | | |
| G4 | Susan Hay/ Linda Caudill | Email from Susan Hay on 11/7/08 re MPS phone roster w/ phone rosters, revised 10/17/08. | | | | | | |
| H4 | Susan Hay/ Linda Caudill | Email from Susan Hay re Program Roster Job Description Conversion on 11/18/08 | | | | | | |
| I4 | Susan Hay/ Linda Caudill | Email from Susan Hay re MPS – Offender Job Refusal on 12/1/08 | | | | | | |
| J4 | Joanie Shoemaker | Audits from 11/08 through 01/09 of all facilities re jobs | | | | | | |
| K4 | Joanie Shoemaker | Memo from Joanie Shoemaker to wardens on 2/5/09 re MPS quota report | | | | | | |
| L4 | Joanie Shoemaker | Email from BT to all re new MPS quota on 3/3/09. | | | | | | |
| M4 | Joanie Shoemaker | Sample Quota Report, 3/04/09. | | | | | | |
| N4 | Joanie Shoemaker/ Nancy Photos | MPS inmate work crew supervisor training and test (power point) with answers and AR 850-03 re offender assignment and pay (effective date 4/20/09), April 2009 | | | | | | |
| O4 | Joanie Shoemaker/ Nancy Photos | Test results of the MPS training 04/09. | | | | | | |
| P4 | Dr. Jeffrey Zax | Expert report Dr. Zax's CV and List of testimony | | | | | | |
| Q4 | Joanie Shoemaker | AR 550-12 re earned time and ADA with effective date 10/15/08. | | | | | | |
| R4 | Joanie Shoemaker | Sample Progress Summary Report for inmate Robert Hamilton, #118006, dated 1/29/09. | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **SECTION XIV – EVERYDAY LIVING ASSISTANCE** | | | | | | |
| S4 | Randy Smith | Offender Care Aide I, II, and II job descriptions. | | | | | | |
| T4 | Randy Smith | OCA Training itself, updated 03/09, I and II | | | | | | |
| U4 | Randy Smith | Tests for offender Aides I and II with answers | | | | | | |
| V4 | Randy Smith | Sample OCA certificate. | | | | | | |
| W4 | Randy Smith | Break down of training rosters for OCAs by facility, as well as staff trained to teach the OCA training class by facility | | | | | | |
| X4 | Randy Smith | Summary of the number of OCAs trained through 4/30/09 | | | | | | |
| | | **SECTION XV – TRAINING** | | | | | | |
| Y4 | Amber Autobee | Basic Training Academy – Montez training – CUPD 05 | | | | | | |
| Z4 | Amber Autobee | Annual refresher training. – CART 08 | | | | | | |
| A5 | Amber Autobee | Memo from Andrea Burrows to Joanie Shoemaker on 12/5/08 re Montez refresher course training. | | | | | | |
| B5 | Dr. Paula Frantz | Team management of diabetes, dated 11/27/2007 | | | | | | |
| C5 | Amber Autobee | Roster of people, who took team management of diabetes training, dated 11/27/2007 through current, 11/05/09 with Memo from Nancy Photos to Annamarie Campbell on 11/15/09 re team management | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | diabetes. | | | | | | |
| D5 | Amber Autobee | July 2008 diabetic kit training lesson plan done during roll call | | | | | | |
| E5 | Joanie Shoemaker | Diabetic Kit | | | | | | |
| F5 | Amber Autobee | CD with rosters of basic, refresher, diabetic, and diabetic kit training and test results | | | | | | |
| G5 | Sharon Wallick | Job Descriptions for diabetic educator and Standards of Practice for RD (registered dieticians) in Diabetes Care for Sherri Wallick's position | | | | | | |
| H5 | Sharon Wallick | Sharon Wallick's CV | | | | | | |
| I5 | Sharon Wallick | Video re diabetic & healthy food choices, 03/07. | | | | | | |
| J5 | Sharon Wallick | Yearly Diabetes Education Class for the Offender from 5/01/08 to 4/30/09; | | | | | | |
| K5 | Sharon Wallick/ Carol Berends | Offender diabetic training rosters – 5/1/08 through 4/30/09 | | | | | | |
| L5 | Joanie Shoemaker/ Dr. Paula Frantz | Diabetic postings and calendar for 2008-2009 | | | | | | . |
| M5 | Joanie Shoemaker/ Dr. Paula Frantz | Patient info sheet re diabetic reaction | | | | | | |
| N5 | Renae Jordan/ Dr. | Audit of the CDOC Diabetes Patients, dated June 2008 | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | Paula Frantz | | | | | | | |
| O5 | Renae Jordan/ Dr. Paula Frantz | Audit of the CDOC Diabetes Patients, dated March 2009 | | | | | | |
| P5 | Dr. Paula Frantz | ADA provider training dated 02/09 (CD) | | | | | | |
| Q5 | Dr. Paula Frantz | Training with attachments (ADA mobility screening directions) | | | | | | |
| R5 | Dr. Paula Frantz | Training rosters for provider ADA training re new disability criteria 02/09 and 03/09 | | | | | | |
| S5 | Dr. Paula Frantz | Test for medical providers re disabilities with answers for new criteria, Feb. 2009. | | | | | | |
| T5 | Dr. Paula Frantz | Test results for provider training on 2/27/09. | | | | | | |
| U5 | Dr. Paula Frantz | Email from Dr. Frantz re ADA rescreening on 3/3/09 | | | | | | |
| V5 | Cathie Holst | Email from Cheryl Martin on 10/23/08 re mandatory case manager training, on behalf of Cathie Holst | | | | | | |
| W5 | Cathie Holst | Case manager training provided by AIC | | | | | | |
| X5 | Cathie Holst | Roster from 11/08 training | | | | | | |
| Y5 | Amber Autobee | Memo from Amber Autobee to Private Prisons, dated 08/27/08 re mandatory Montez training for privates | | | | | | |
| Z5 | Travis Brubaker | Memo from Trevor Williams to all Private Prison Wardens re Mandatory Montez Training. | | | | | | |
| A6 | Travis | Rosters for privates re refresher | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | Brubaker | Montez training ("in service") | | | | | | |
| B6 | Travis Brubaker | Rosters for all private facilities (CMRC, KCCC, CCCF, HCCF, BCCF) | | | | | | |
| C6 | Travis Brubaker | After Hours Diabetic Emergency Procedure and Diabetic Kit Contents | | | | | | |
| D6 | Richard Weems | Physical Plant training from 1/06 with rosters, 1/27/06. | | | | | | |
| | | **SECTION XVI – HEALTH CARE APPLIANCES** | | | | | | |
| E6 | Dr. Paula Frantz | Clinical Standard for DMEs, 06/08. | | | | | | |
| F6 | Joanie Shoemaker | AR 700-1 – Responsibility and Organization of Clinical Services, 10/15/08. | | | | | | |
| G6 | Joanie Shoemaker | AR 700-2 – Medical Scope of Service, 10/1/08. | | | | | | |
| H6 | Joanie Shoemaker | Minutes from HSA management meeting dated 5/29/08 | | | | | | |
| I6 | Joanie Shoemaker | List of hearing aid batteries provided to inmates | | | | | | |
| J6 | Joanie Shoemaker | List of hearing aid batteries purchased, listed by facility, showing their cost | | | | | | |
| K6 | Louis Tuccitto/ Erin Clark | Hearing Aid Repairs for various inmates, 5/01/08 through 5/13/09 dates of service with back up data. | | | | | | |
| L6 | Randy Smith | 3 different samples of Request for Video Announcement for wheelchair clinics at FLCF and CTCF in 2008/ 2009. | | | | | | |
| M6 | Randy Smith | Calendar of wheelchair clinic inspections | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | (Randy Smith's fax to Anna Marie Campbell on 4/14/09). | | | | | | |
| N6 | Randy Smith | Wheelchair inspection clinics from 6/08 through 3/09 | | | | | | |
| O6 | Anna Marie Campbell | Anna Marie Campbell's report about wheelchair clinics with attachments. | | | | | | |
| P6 | Louis Tuccitto/ Erin Clark | PHP's wheelchair accessory, repair & purchase expenses broken out by fiscal years: for FYs 2006-2009 | | | | | | |
| Q6 | Louis Tuccitto/ Erin Clark | PHP report for externally-provided contact lenses and glasses from claims received for dates of service between 9/01/05 through 5/01/09. | | | | | | |
| R6 | Louis Tuccitto/ Erin Clark | PHP report of Montez-Related Equipment Costs for DME, Hearing, and Orthotics for claims received 9/01/05 through 5/01/09. | | | | | | |
| S6 | Louis Tuccitto/ Erin Clark | PHP records for vision, mobility, hearing, and diabetes DME expenses, along with back up data, for claims received from 5/01/08 through 5/01/09 | | | | | | |
| T6 | Joanie Shoemaker | Sample property lists. | | | | | | |
| | | **SECTION XVII – LIBRARY EQUIPMENT** | | | | | | |
| | Diana Reese | *Previously listed.* | | | | | | |
| | | **SECTION XVIII – INSTITUTION PROCEDURES** | | | | | | |
| | Jim Falk and case | *No exhibit.* | | | | | | |

| EX NO/LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | managers or ADA litigation coordinators from other facilities | | | | | | | |
| U6 | Pamela Ploughe | Sample inmate orientation form for David Brumbley, #47004 | | | | | | |
| | | CTCF Montez Facility Orientation Handbook, dated 12/10/08, given inmates during orientation intake process at CTCF. | | | | | | |
| | | **SECTION XIX – SPECIAL IDENTIFICATION** | | | | | | |
| | Paul Engstrom | *Previously listed.* | | | | | | |
| | | **SECTION XX – EVACUATION/ EMERGENCY PROCEDURES** | | | | | | |
| V6 | | Stricken. | | | | | | |
| W6 | Brian Davidson/ Phil DeFelice | Two FLCF evacuation DVDs, 9/26/07 and 9/27/07. | | | | | | |
| X6 | Brian Davidson/ Phil DeFelice | Memorandum from Brad Davidson, Life Safety Coordinator at FLCF to Major Phil DeFelice re After Action Report on Cellhouse 5 at FLCF, dated 9/26/07 | | | | | | |
| Y6 | Pamela Ploughe | CTCF's quarterly report on fire drills (SAMPLE) from 1/1/09 – 3/31/09. | | | | | | |
| Z6 | Danny | LCF's evacuation plan on the disabled offenders (an excerpt out | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | Adams, LCF | of LCF's Fire Plan) LCF's Fire Plan | | | | | | |
| A7 | Danny Adams | Memorandum from Danny Adams, Life Safety Coordinator at LCF to Terry Jaques, Physical Plant Manger re fire drills swing shift, dated 2/19/09 | | | | | | |
| | | Samples of Evacuation Drill Reports | | | | | | |
| B7 | Danny Adams | Letter from Jason Lacik, Assistant Fire Chief to Travis Trani, Warden at LCF re Limon Fire Department's approval of LCF's Fire Plan, as written, dated 2/19/09. | | | | | | |
| | | **SECTION XXI – COUNT** | | | | | | |
| C7 | Ed Caley / Cathie Holst | AR 300-04 – Offender Counts, effective date 08/15/08. | | | | | | |
| D7 | Ed Caley | Sample of FLCF's cellhouse bed roster/ count sheet, identifying various disabilities for offenders | | | | | | |
| | | **SECTION XXII – RESTRAINTS** | | | | | | |
| E7 | Chuck Hildebrand | AR 300-16RD re use of force options, effective date 8/15/08. | | | | | | |
| | | **SECTION XXIII – SEARCHES** | | | | | | |
| F7 | Chuck Hildebrand | AR 300-06 re facility security (searches), effective date 8/01/08. | | | | | | |
| G7 | | IA 300-06 for CTCF re searches and contraband control, effective date 9/11/08. | | | | | | |
| | | **SECTION XXIV – TRANSPORTATION** | | | | | | |

| EX NO/LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| H7 | Matt Winden | AR 300-37RD re vehicle transportation of offenders, effective date 9/25/08. | | | | | | |
| I7 | Matt Winden | AR 300-45RD re Central Transportation of Offenders, effective date 9/15/08. | | | | | | |
| J7 | Matt Winden | Pictures of mass transport buses/ vans, as well as handicapped vans. | | | | | | |
| | | **SECTION XXV – VISITING** | | | | | | |
| K7 | Joanie Shoemaker | Bathroom break sign pictures | | | | | | |
| L7 | Joanie Shoemaker | AR 300-01 re offender visiting program, effective date 8/15/08. | | | | | | |
| | | **SECTION XXVI – HEALTH CARE STATUS DETERMINATION** | | | | | | |
| M7 | Cathie Holst | List of Offenders Coded Medically Unassigned from 5/01/08 to 6/26/09. | | | | | | |
| N7 | Joanie Shoemaker | List of Offenders rated M-4 and individual printouts showing their 6 month reviews | | | | | | |
| | Joanie Shoemaker/ Deb Ahlin | *Previously listed.* | | | | | | |
| | | **SECTION XXVII – REMOVAL OF HEALTH CARE APPLIANCES IN ASU/ PSU DISCIPLINARY DETENTION UNITS** | | | | | | |
| | Joanie Shoemaker /Cathie Holst | *Previously listed.* | | | | | | |

| EX NO/LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **SECTION XXVIII – PAROLE HEARINGS ACCOMMODATION PLAN** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | | **SECTION XXIX – COMMUNITY CORRECTIONAL FACILITIES** | | | | | | |
| O7 | Karl Gilge | AR 250-03 re adult parole, comm. corr, and YOS, effective date 5/15/08. | | | | | | |
| | | **SECTION XXX – PAROLE FIELD OPERATIONS** | | | | | | |
| P7 | Cathie Holst | Memo re offender Gary Washington w/ sign language interpreter during his visits with parole officer. | | | | | | |
| | | **SECTION XXXI – COMPLIANCE AND MONITORING** | | | | | | |
| | | *N/A.* | | | | | | |
| | | **SECTION XXXII – DAMAGES** | | | | | | |
| Q7 | Cathie Holst | List of all claimants for damages. | | | | | | |
| | | **SECTION XXXIII – ATTORNEY FEES AND COSTS** | | | | | | |
| R7 | | All bills for legal fees. | | | | | | |
| S7 | | Special Master bills. | | | | | | |

Page **18** of **27**

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **SECTION XXXIV. MISCELLANEOUS PROVISIONS** | | | | | | |
| T7 | Cathie Holst | Copies of posters put up about plan or notices posted in libraries. | | | | | | |
| | | **2008 STIPULATIONS** | | | | | | |
| | | **PERSONAL GLASSES** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| U7 | Joanie Shoemaker | AR 700-05 re optometry scope of service, effective 10/1/08 | | | | | | |
| V7 | Dr. Paula Frantz | Clinical Standards re Optometry/Ophthalmology Services, revision date, June 2008. | | | | | | |
| | | **BATTERIES FOR HEARING AIDS** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **CRITERIA** | | | | | | |
| | Dr. Paula Frantz | *Previously listed.* | | | | | | |
| W7 | Cathie Holst | Lists of Rescreens as of 4/30/09 (hearing/mobility/vision) | | | | | | |
| | | **IMPLEMENT SPECIAL MASTER ORDERS RE DISABILITY** | | | | | | |
| X7 | Cathie Holst | List of implementation – Special Master Project, 4/07/09 final copy. | | | | | | |
| | | **ASL CLASSES** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | | **SIGN LANGUAGE** | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **INTERPRETERS FOR MEDICAL VISITS** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | | **REVIEW ADA GRIEVANCES DENIED AS MOOT** | | | | | | |
| Y7 | Cathie Holst | List of denied grievances reviewed July 06- 4/30/09 | | | | | | |
| | | **ANNUAL TESTING ON REMEDIAL PLAN** | | | | | | |
| | Amber Autobee | *Previously listed.* | | | | | | |
| | | **REPAIRS TO AUXILIARY AIDES COMPLETED WITHIN 60 DAYS OR COMPENSATION** | | | | | | |
| Z7 | Cathie Holst | List of Requests for compensation for repair/replacement delays and results | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **WHEELCHAIR CLINICS AND REPAIRS** | | | | | | |
| | Randy Smith/ Anna Marie Campbell | *Previously listed.* | | | | | | |
| | | **TTY MACHINES** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| A8 | Pamela Ploughe | IA 850-12 from CTCF re telephone regulations for offenders, effective date 1/02/09. | | | | | | |
| | | **BATHROOM BREAKS** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **DIABETIC KIT TRAINING EVERY 6 MONTHS** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **CELLS WITH CALL BUTTONS FOR INMATES WITH HISTORY OF HYPOGLYCEMIA** | | | | | | |
| B8 | Richard Weems/ Joanie Shoemaker | Purchase orders and change orders, along with other supporting documentation, for the diabetic call buttons and strobes. | | | | | | |
| | | **DOG PROGRAM ACCESSIBLE TO ADA INMATES** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **HEARING CRITERIA** | | | | | | |
| C8 | Dr. Paula Frantz | E-mail from Adrienne Jacobson re hearing criteria, dated 12/21/09. | | | | | | |
| | | **HEARING IMPAIRED HOUSED IN CELLS WITH STROBE ALARMS AT** | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **CTCF** | | | | | | |
| | Richard Weems/ Fred Gifford | *Previously listed.* | | | | | | |
| | | **VIBRATING WATCHES** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | | **SOTMP PHASE II AT A DESIGNATED FACILITY** | | | | | | |
| D8 | Joanie Shoemaker/ Peggy Heil | Clinical Standard and Procedures re Sex Offender Treatment and Monitoring Program, origination date 3/23/09. | | | | | | |
| E8 | Joanie Shoemaker/ Peggy Heil | AR 700-19 re SOTMP, effective date 4/1/09. | | | | | | |
| F8 | Joanie Shoemaker/ Peggy Heil | Memo from Charles Olin re SOTMP Phase II Group at CTCF, dated 7/14/08. | | | | | | |
| G8 | Joanie Shoemaker | List of offenders elgibile for Phase II SOTMP class. | | | | | | |
| H8 | Joanie Shoemaker/ Peggy Heil | ADA Offenders involved in Sex Offender Treatment Program 4/1/08-4/30/09 | | | | | | |
| | | **REPLACE AR'S AT NO COST** | | | | | | |
| I8 | Cathie Holst | List of 4 inmates who received 2 AR free copies Together w/: Memo from Cathie to Wardens on 8/6/08. | | | | | | |
| | | **STANDARDIZED** | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **PROCEDURE FOR JOBS; DECISION MAKING DOCUMENTED** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| J8 | Cathie Holst | Documents for 8 inmates for which PHP denial was overturned by the AIC. | | | | | | |
| | | **IMPLEMENT RECOMMENDATIONS OF EXPERTS** | | | | | | |
| | | *N/A.* | | | | | | |
| | | **MEDICAL CO-PAYS WAIVED FOR MONTEZ DIABILITIES AND DIABETIC CARE** | | | | | | |
| K8 | Joanie Shoemaker | AR 700-30 re offender health care co-pay program, effective date 9/19/08 | | | | | | |
| L8 | Joanie Shoemaker | Memo from CDOC internal auditors re co-pay audit, 12/22/09. | | | | | | |
| | | **DIABETICS TO RECEIVE AR'S WITH LISTED POSSIBLE ACCOMMODATIONS** | | | | | | |
| M8 | Cathie Holst | New Accommodation Resolutions for diabetics with dates | | | | | | |
| N8 | Joanie Shoemaker | Dining schedule timed with insulin. | | | | | | |
| | | **AIC CAN OVERRULE DOC** | | | | | | |

| EX NO/LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| O8 | Cathie Holst | **EMPLOYEES AND CMO** List of inmates for which there was a disagreement between AIC and CMO | | | | | | |
| | | **PROBLEMS IN ORLEANS REPORT** | | | | | | |
| | Richard Weems | Orleans Report. *No Exhibit.* | | | | | | |
| | | **POSITION TO COORDINATE AND OVERSEE REPAIRS AND REPLACEMENTS OF DME** | | | | | | |
| | Joanie Shoemaker | *No Exhibit.* | | | | | | |
| P8 | Cathie Holst | **CO-PAY REFUNDS** Data base of co-pay refunds from June 2006-April 2008 and May 1, 2008 through present (May 2009?) (from Teresa Reynolds database and database used by all after 5/01/08) | | | | | | |
| Q8 | Cathie Holst | Co-pay refunds from 5/1/08 -4/30/09 | | | | | | |
| R8 | | Stricken. | | | | | | |
| | | **TWO COPIES OF ADA GRIEVANCES** | | | | | | |
| S8 | Cathie Holst | Cathie's Memo to wardens on 6/29/08 re 2 copies of co-pays | | | | | | |
| | | **NO MONEY TAKEN FROM DAMAGE CLAIM SETTLEMENTS EXCEPT** | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **RESTITUTION** | | | | | | |
| | Cathie Holst | *Previously listed.* | | | | | | |
| | | **NOTICE POSTED** | | | | | | |
| T8 | Cathie Holst | Confirmation emails from facilities re: postings; list of facilities | | | | | | |
| | | **PLAINTIFF CLASS COUNSEL LETTER SENT** | | | | | | |
| U8 | Cathie Holst | Affidavit of Teresa Reynolds and list of all offenders receiving class counsel letter | | | | | | |
| | | **DEFENDANTS PAY ATTORNEYS FEES** | | | | | | |
| | | *Previously listed.* | | | | | | |
| | | **2006 STIPULATIONS** | | | | | | |
| | | **Additional funding for CDOC** | | | | | | |
| V8 | Sheryl Sandefur/ Deb Kugler | Records of Supplemental sought in 2006 | | | | | | |
| | | **WAIVE ALL MEDICAL COPAYS RE: DIABETIC CARE** | | | | | | |
| | Cathie Holst/Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **INMATES WILL BE PROVIDED WITH A COPY OF THE REMEDIAL PLAN FREE** | | | | | | |

Page 25 of 27

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| W8 | Cathie Holst | List of inmates who received a free copy of remedial plan 5/01/06 – 8/24/09 | | | | | | |
| | | **DOC WILL POST NOTICE** | | | | | | |
| X8 | Cathie Holst | 2006 AND 2008 Stipulation Poster Confirmations from all of the facilities with Memo by Cathie Holst to Jennifer Riddle for 2008 stip. | | | | | | |
| | | **DOC WILL DELIVER CLASS COUNSEL LETTER TO AIC DATABASE** | | | | | | |
| Y8 | Cathie Holst | King & Greisen Mailing List 2006 (CD)<br><br>Memo from Cathie Holst to Facility Litigation Coordinators on 09/21/06 re Letters from Paula Greisen<br><br>Another Memo from Cathie Holst to Paula Greisen on 9/26/06 re Letters from Paula Greisen<br><br>Memo from Amy Bader to Cathie Holst and Katie Baxter on 9/29/06 re Letters from Paula Greisen<br><br>Memo from Cathie Holst to Paula Greisen on 11/08/06 re Letters from Paula Greisen<br><br>Memo from Amy Bader at HQ to Mailrooms on 11/20/06 re Letters to Litigation Coordinators | | | | | | |

| EX NO./LTR | WITNESS | DESCRIPTION | STIP. | OFFERED | REC'D | REJECTED | RULING RESERVED | COMMENTS |
|---|---|---|---|---|---|---|---|---|
| | | **DOC WILL ELIMINATE ADA JOBS THAT PAY LESS; INMATE CAN FILE NOTICE WITH AIC** | | | | | | |
| | Joanie Shoemaker | *Previously listed.* | | | | | | |
| | | **JUDGE KANE WILL RULE ON CERTAIN ISSUES** | | | | | | |
| | | *N/A.* | | | | | | |
| | | **INMATES MAY FILE FOR REIMBURSEMENT FOR FIRST 10 PAGES OF DOC RECORDS OR CHARGE IN EXCESS OF $.25** | | | | | | |
| Z8 | Cathie Holst | Record of refunds for damage claim copies (2008-2009) | | | | | | |
| | | **PLAINTIFFS COUNSEL WILL BE REIMBURSED FOR OUT OF POCKET COSTS** | | | | | | |
| | | *Previously listed.* | | | | | | |
| A9 | | *Any exhibits necessary to address the issues implicated by Plaintiffs' supplemental responses dated 5/5/10.* | | | | | | |
| B9 | | *Any DOC files concerning inmates called by Plaintiffs necessary for rebuttal.* | | | | | | |
| C9 | | *Any exhibits necessary for impeachment or rebuttal.* | | | | | | |