# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

| | |
|---|---|
| May 26, 2010 | Courtroom Deputy: Valeri P. Barnes |
| | Court Reporter: Tracy Weir |
| Civil Case No. 92-cv-00870-JLK | |

JESSE MONTEZ, *et al.*,              Blain Myhre
                                     Laura Marks
    Plaintiffs,              Paula Greisen
                                     Ed Ramey
v.                                   Jennifer Riddle

BILL OWENS, *et al.,*                Gillian Dale
                                     Thomas Lyons
    Defendants.              Berina Ibrisagic
                                     Elizabeth McCann
                                     James Quinn

## *AMENDED* COURTROOM MINUTES

**HEARING: *TRIAL PREPARATION CONFERENCE***

**10:08 a.m.    Court in session**.

Also present: Defendant client representatives Julie Russell and Keith Nordell.

The Pretrial Order **(4654)** is accepted by the Court as stated on the record.

Trial days will run Monday through Wednesday, 9:00 a.m. to 4:00 p.m.  At the end of every trial day the parties will be required to state what is on for the following day; witnesses to be called; nature of the testimony; and the exhibits to be used.

Every Thursday the trial will stop at 3:30.  From 3:30 p.m. to 4:30 p.m. each side shall be prepared to make a summary statement of what has been accomplished during the week and what will occur the following week.

**ORDERED:** Parties shall provide to the Court the Interrogatories and Answers to Interrogatories as outlined on Page 4 of the Pretrial Order Section 6a(2) **(4564) on or before close of business May 26, 2010**.

**ORDERED:**   Defendant Gillon's Motion to Request the Return of Personal Glasses **(4106)** is **denied**.

**ORDERED:**  Defendant Gillon's Motion for Order to Request Re-Enstatement (sic) of Medical Restrictions **(4107)** is **denied**.

**ORDERED:**  Defendant Colt's Motion and Request Consideration Under the Montez Class Action Regarding Vision Impairment and Hearing Impairment **(4111)** is **denied**.

**ORDERED:**  Defendant Fitzgerald's Motion for Leave to File an Amended Complaint **(4164)** is **denied**.

**ORDERED:**  Defendant Griffin's Motion for Enforcement of Existing Remedial Plan and for Recognition of Disability **(4167)** is **denied**.

**ORDERED:**  Defendants' Objection to Final Order (Doc. 4142) **(4316)** is **denied**.

**ORDERED:**  Defendant Price's Objection: FRCP 53(g)(2) **(4509)** is **overruled**.

**ORDERED:**  Defendant Snyder's Re: Appeal of Final Order of Special Master's Dated April 9, 2010 **(4560)** is **overruled**.

**ORDERED:**  Defendant Sorensen's Objection to Final Order of Special Master **(4561)** is **overruled**.

**ORDERED:**  Plaintiffs' Motion for Leave to Supplement Expert Report of Robert A. Bardwell in Light of Newly Disclosed Information **(4618)** is **granted**.

**11:07 a.m.**  **Court in recess/hearing concluded**.

Total in-court time: 1:01