IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-cv-870-JLK
Jess (Jesus) Montez, et at.,
    PLAINTIFFS,

V.

Bill Ritter, et al.,
    DEFENDANTS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2010

GREGORY C. LANGHAM
                CLERK

Claim Number: 03-143
Category III
Claimant: Shawn M. Winkler #48319
         12100 Highway 59
         Sterling, Colorado 80751

## OBJECTION OF ORDERS OF SPECIAL MASTER

Comes now Claimant, Shawn M. Winkler, and objects to the Special Master's continued abuse of discreation and abetting of the CDOC to circumvate the laws of this land and discriminate against this claimant.

The record clearly shows the CDOC was responsible for the accident which disabled the claimant in 1999. It was the refusal to provide proper medical care which is attributable to the permenant disabilities suffered by the claimant. Those disabilities were confirmed by the CDOC's own Dr. Singh, at SCF, a year before claimant's hearing where the Special Master determined there were no impairments before August 27, 2003.

Nothing has changed since that date, except claimant was paroled where SSI doctors, D.O.'s, and a family practiner was able to ascertain the denial of proper medical attention while incarcerated was in fact resposible for claimant's many disibilities, as well as the accident itself.

The revolving door system of Colorado Violated the claimant and a return to DRDC pegged those disabilities. September 17, 2009 ADA accommodations were finally officially recognized, however, still have yet to be fulfilled.

The Special Master's abuse of discreation has assisted the CDOC in discrimination prohibited by the ADA and Rehabilitation Act all these many years, minus the seven months of parole, to the date the CDOC could no longer deny the truth.

Wherefore claimant has repeatedly presented facts to support his claim and shown the CDOC is using these proceedings to not only continue a practice of denying proper medical care, but to circumvate the law. Therefore claimant agrees with the Court, Special Master, that there is no need for a new hearing; however, Summary judgement in the Claimant's favor should be entered.

Respectfully Submitted
this 27TH day of May   2010

_____
Shawn M. Winkler

cc: file
    DAB