IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 02-272
Category II
Claimant: Kai Christopher Christman, #43396
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000
_____

# FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter and revised claim form filed by Claimant. On the claim form, Claimant has checked hearing impairment.

    Claimant previously filed a claim. Claimant settled the claim with Defendants and received monetary consideration. Claimant signed a release, and the claim was dismissed on March 29, 2006.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages or file any motions for relief in this case because he settled his claim and released all claims prior to August 27, 2003.

    IT IS HEREBY ORDERED that the revised claim form of Kai Christopher Christman is dismissed, as Claimant settled his previous claim for all incidents arising on or before August 27, 2003; and

    IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class

counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

      SIGNED this 28th day of May, 2010.

                                     BY THE COURT:

                                     */s/ Richard M. Borchers*

                                     _____
                                     Richard M. Borchers
                                     Special Master