IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-726
Category: II
Claimant: Franklin D. Kemp, #103605
Address of Claimant: BCCF, 11560 CR FF-75, Las Animas, CO 81054
_____

# FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the motion for enforcement and attached documents submitted by Claimant. In that motion, Claimant seeks accommodations and other assistance. Claimant previously filed a claim that was denied on November 3, 2006. Claimant had not proven that he was the victim of discrimination prohibited by the ADA on or before August 27, 2003.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not disabled and the victims of discrimination on or before August 27, 2003. There is no basis for accepting additional claim forms. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any additional claim for damages in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the new claim.

    IT IS HEREBY ORDERED that the revised claim form of Franklin D. Kemp is dismissed; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 16, 2010.**

SIGNED this 28th day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master