IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-205
Category III
Claimant: Maurice Juranek, #56481
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado 80751

_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the revised claim form filed by Claimant. On the claim form, Claimant has checked mobility impaired.

    Claimant previously filed a claim. That claim was set for hearing on May 25, 2006 in Colorado Springs, Colorado. Claimant failed to appear for the hearing and failed to contact the office of the Special Masters to indicate why he did not appear. His claim was dismissed.

    Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. Claimant carried the burden to show that he was disabled on or before August 27, 2003. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for damages or file any motions for relief in this case because he filed a previous claim that was dismissed. Claimant has no right under the Remedial Plan to file a second claim.

    IT IS HEREBY ORDERED that the revised claim form of Maurice Juranek is dismissed, as Claimant filed a previous claim that was dismissed; and

    IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class

counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

      SIGNED this 28th day of May, 2010.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master