IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-339
Category III
Claimant: Joseph Olmedo, #102737
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000
_____

## FINAL ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's letter. In the letter, Claimant requests that he be allowed to file a new claim. This letter will be treated as a new claim under Article XXXII of the Remedial Plan.

Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. A hearing was held on the claim on April 26, 2007. That claim was granted, in part, on May 7, 2007. Claimant was provided a monetary award from the Special Master. Claimant has pursued his claim rights under Article XXXII of the Remedial Plan and may not pursue a second claim.

The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue another claim for damages nor file any motions for relief in this case.

IT IS HEREBY ORDERED that the letter of Joseph Olmedo, being treated as a new claim, is dismissed; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 14, 2010.**

SIGNED this 28th day of May, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master