IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE, JUDGE JOHN L. KANE
CIVIL ACTION NO. 92-CV-00870-JLK;

MR. JOHN HENRY JAMES #49264
COLORADO STATE PRISON
P.O. BOX 777 - UNIT B2-16
CAÑON CITY, COLORADO (81215)

May 31st 2010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 03 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
THE HONORABLE JUDGE JOHN L. KANE

WITH REGARDS TO THE CIVIL ACTION NO. 92-CV-00870-JLK;

MY CLAIM(S) ARE, IT IS MY BELIEF THAT THE LAW FIRM, KING & GREISEN, LLP, LOCATED AT 1670 YORK STREET, DENVER, COLORADO (80206), IS REPRESENTING A FRAUD TO THIS COURT *** IN THAT POSSIBLY SOME OF THE CLAIMS, ALLEGATIONS, AND COMPLA-INTS PRESENTED TO THE COURT IN THE NAME(S) OF SOME OF THE CLIENTS ARE NOT ALL FORTHCOMING. IN THAT, THE (IF REPORTED) INVESTIGATIONS BY THE ABOVE NAMED LAW FIRM AND COUNSELS INTO THE INDIVIDUAL INMATES/CLIENTS HAVE NOT THOROUGHLY BEEN INVESTIGATED. THAT THE EFFORTS REPORTED BY THE LAW FIRM AS TO THE IM-PROVEMENTS/COMPLIANCE WITH THE COURT'S ORDERS AND OR, DOC CLAIMING TO HAVE COMPLIED WITH ANY SUCH MANDATES, ARE ONLY FOR THE FACE OF WHAT IS REQUIRED.

EXAMPLE:

FIRST, WHERE I FILLED OUT THE INITIAL FORM REQUIRED BY THE LAW FIRM TO BECOME A PART OF THIS CLASS ACTION, I DID NOT AGREE TO HAVE MY MEDICAL RECORDS RELEASED BY DOC TO ANYONE. THEREFORE, IF DOC RELEASED MY MEDICAL RECORDS TO THE LAW FIRM, THAT IS A VIOLATION OF MY RIGHTS TO PRIVACY PURSUANT TO UNITED ST--ATES CONSTITUTIONAL AMENDS. V, XIV, VIII; THEREFORE, IF THE LAW FIRM IS REPRESENTING TO THIS COURT THAT ALL PARTIES, (i.e.,) CLIENTS HAVE CONSENTED COMPLETELY, THAT'S FALSE.

SECOND, TO WHATEVER DEGREE THE FIRM IS REPRESENTING ME, I HAVE MADE COMPLA--INTS AS TO THE NON-COMPLIANCE BY (DOC) AS TO MY PHYSICAL NEEDS, AND THERE IS NOTHING TO SHOW THAT DOC HAS COMPLIED OR THAT THEY INTEND TO COMPLY. EXAM-PLE, MY HEARING IN MY RIGHT EAR IS PRETTY MUCH DEFECTED, THE LAW FIRM KNOWS THIS; DOC HAS DONE NOTHING, NOR HAS THE LAW FIRM IN RESPECT TO CONFRONTING (DOC)

about my problem. However, presumably, the law firm has presented to this court, subsequent investigations, that (DOC) has complied with or met inmate needs. That's simply not true. The finger stick meters read inaccurate (I can prove this); the nurse's fail to do their required finger stick on some designated days -- and this is excused by their immediate supervisor, I assume Dr. Wright, and when its reported to the over-all supervisor Mr. Michael Borgondo, HSA *** he simply covers up for the staff. They protecting each other. I have made complaints as to the unprofessionalism of the nurse's, (not all of them) but the ones that do, use racial undertones, foul attitudes, deliberately dispensing the wrong medication to me, trying to intentionally hurt me, because I make these types of complaints. Nurse's: Walker, Cain, Able, and a couple who's name I do not know. Mr. Borgon- do, and or Dr. Wright simply pretends ignorance, or claim to investigate my complaint which I never receive a subsequent report/ results, therefrom.

Judge Kane, this is all because I have complained about my rights. They have destroyed all my legal documents, they have refused at times to give me medical attention, and they have simply violated my civil rights, statutory rights, both state and federal constitutional rights -- equal protection, due process of law, access to the courts, right to redress of grievance, and have physically abused me for which I to this day suffer from that abuse, that (DOC) refuses to medically treat me. All this can be proved. Now they're refusing to pick-up and mail my legal mail out to the courts or otherwise.

Judge Kane, Dr. Wright in an effort to deliberately hurt me, has discontinued a diabetic medication (name: Glucophage) responsible for help cont- rolling the sugar in the blood. The purported medical reason for discontinuation is not at all consistent with my medical reports relating to diabetic concerns. Since the discontinuation, my blood sugar count has elevated even higher than before when I was taking the medication; and to make matters worse, Dr. Wright several days later reduced my finger sticks from three (3) days a week to two (2) days a week, making it almost impossible for me to accurately monitor the blood sugar count. As such, my foot continues to swell on a daily bas- -is, causing pain under and between my toes. There is a constant, not completely deaden in my legs, esp., my right leg *** more of a severe numbness,

So, you see, Judge Kane; the representations/or reports the law firm represent to this court are solely based on what (DOC) relates to the law firm, and are not at all accurate and completely forthcoming. I don't know if the law firm is receiving compensation for their legal work on this lawsuit, or, are doing inmates a pro bono service, but either way, the accuracy of the issues need be fairly and honestly conveyed to the court, and that simply is not happening.

Also Judge Kane, a lot of my problems with (DOC) are related to a conviction I received in 1994, claims of misconduct on the part of various state officials, from the Department of Corrections, all the way up to the state district attorney Edward Rodgers -- in the 11th Judicial District, Fremont County, to the state district court Judge Julie G. Marshall. (Doc# 6629). There is to this day a action in the state district court, 11th Judicial District, Fremont County, by special assignment, Senior District Court Judge David R. Lass *** case number 2009CV314. This has a lot to do with my problems overall.

And therefore, based on your powers as a Judge, a federal district court judge, wherefore federal constitutional rights have alleged to have been violated, invoking your jurisdiction -- relative to the Supremacy Clause of United States Constitution, Article VI, Para 2 and 3; <u>Marbury</u> v. <u>Madison</u>, 5 U.S. 137, 5 U.S. 137 (U.S. Dist. Col. 1803). Because (DOC) stops my mail to the media as well...

Judge Kane, if for no more than to protect that at stake (i.e.,) the honor of the government, the public confidence in the fair administration of justice, and the efficient administration of justice in the federal scheme of government, or just the appearance that justice is being done, and most of all to restore my faith, and confidence, because it has been terribly affected, for the worst, I implore you. Please send someone to investigate not only my diabetic concerns, but as well my criminal complaint concerns relative to state officials, the state courts are protecting themselves, I have no protection.

Sincerely
Mr. John Henry Janes #47864