IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

**DEFENDANTS' MOTION TO STRIKE DIABETIC EXPERT WITNESS AND REPORT**

  Defendants, through the Colorado Attorney General, respectfully submit the following Motion to Strike Diabetic Expert Witness and Report.

  1. Plaintiffs provided Defense counsel with a copy of their diabetic expert report on May 4, 2010.  (See **Exhibit A**, Email).

  2. The report specifically states that in arriving at the conclusions set forth in the report, Ms. Edwards relied upon a review of 129 inmate medical records.  Although the report clearly states that Ms. Edwards and Plaintiffs' counsel knew the identities of the inmates that records were reviewed for purposes of drafting the report, the identities of the inmates whom records were reviewed were not disclosed.

  3. Rather, on June 2, 2010, a month after the report was provided and approximately three business days prior to hearing, Plaintiffs "supplemented" the diabetic expert report and identified approximately 95 inmate medical records that Ms. Edwards used in drafting her report. (See **Exhibit B**, Email).  The medical records are quite voluminous and extensive.  The disclosure or

"supplement" comes more than a month after the report was drafted and provides no time for review of the records and thus precludes the Defendants from rebutting the conclusions based upon review of the inmate medical records.[1]

4.  As a result of the above, Defendants request that Plaintiffs' diabetic expert be precluded from testifying and her report be stricken.

5.  Pursuant to D.C.Colo.LCivR 7.1(a), Defendants' counsel certify that they conferred with Plaintiffs' counsel prior to filing this motion. Plaintiffs' counsel opposes this motion.

DATED this 4th day of June, 2010.

JOHN W. SUTHERS
Attorney General

s/ James X. Quinn
JAMES X. QUINN
Assistant Attorney General
Civil Litigation and Employment Law
   Section
Attorneys for Defendants
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4307
FAX: (303) 866-5443
*Counsel of Record

---

[1] In consulting with Plaintiffs' Counsel pursuant to Local Rule 7.1 prior to filing this motion, Plaintiff provided a narrower list containing about 50 inmate names on June 3, 2010.

## CERTIFICATE OF SERVICE

I certify that on June 4, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer W. Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com

Edward T. Ramey
Lara E. Marks
eramey@ir-law.com
lmarks@ir-law.com

s/ James X. Quinn