| | |
|---|---|
| **From:** | Paula Greisen <greisen@kinggreisen.com> |
| **To:** | "'Beth McCann'" <Beth.McCann@state.co.us>, "'Representative McCann'" <be... |
| **CC:** | "'Ed Ramey'" <eramey@ir-law.com> |
| **Date:** | 5/4/2010 12:50 PM |
| **Subject:** | Diabetic Expert Report |
| **Attachments:** | DIABETES SUMMARY REPORT by Edwards 2009.doc |

Here is Linda Edward's initial report. She will follow-up with specifics on inmate names, where appropriate.

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
P 303-298-9878
F 303-298-9879

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.



EXHIBIT A