| | |
|---|---|
| **From:** | Paula Greisen <greisen@kinggreisen.com> |
| **To:** | "'Beth McCann'" <Beth.McCann@state.co.us>, James Quinn <James.Quinn@stat... |
| **CC:** | Ed Ramey <eramey@ir-law.com>, "'Blain Myhre'" <BMyhre@ir-law.com>, Lauri... |
| **Date:** | 6/1/2010 3:14 PM |
| **Subject:** | Addendum to Linda Edward's Report |
| **Attachments:** | Diabetes Summary Report Addendum 2009.doc |

Beth and Jim, As promised, these are the follow-up notes that Linda Edwards made about the individual files she reviewed. The report and addendum should be dated "2010".

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
P 303-298-9878
F 303-298-9879

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.


EXHIBIT B