```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX028591
Cashier ID: sg
Transaction Date: 06/04/2010
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:        $8.52
------------------------------------
CHECK
 Check/Money Order Num: 206382
 Amt Tendered:  $8.52
------------------------------------
Total Due:      $8.52
Total Tendered: $8.52
Change Amt:     $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399