IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on his own motion. Claimant had filed a motion for leave to file an amended complaint. On March 23, 2010, Judge Kane referred this motion to the Special Masters.

Claimant was requested to file a revised claim form, and he has done so. A show cause order was issued to Claimant, as it did not appear that Claimant's medical condition fell into one of the four categories set forth in the Remedial Plan.

On May 26, 2010, Judge Kane held a pretrial conference primarily concerning issues that will arise at the upcoming compliance hearing. Judge Kane also took up on his own various individual motions. Judge Kane dismissed Claimant's motion for leave to file an amended complaint. A copy of the court minutes will be provided to Claimant. Thus, there is no further jurisdiction over Claimant's motion and claim.

IT IS HEREBY ORDERED that the claim of Lawrence Fitzgerald is dismissed in its entirety, as there is no further jurisdiction over any aspect of the claim; and

IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 21, 2010.**

SIGNED this 4th day of June, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____

Richard M. Borchers
Special Master