IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-162
Category III
Claimant: Robert Schwartz, ##60801
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the letter filed by Claimant. In that letter, Claimant requests permission to file a new claim. Claimant previously filed a claim that was denied on January 20, 2009.

    Judge Kane ruled in his order of March 23, 2010 that no claims or motions may be received from any claimant who was not disabled and the victim of discrimination on or before August 27, 2003. A copy of that order will be provided to Claimant. Claimant pursue his right to file a claim under Article XXXII of the Remedial Plan. Claimant cannot file a second claim.

    IT IS HEREBY ORDERED that the letter of Robert Schwartz, being treated as a new claim, is dismissed, as he previously filed a claim that was denied and there is no jurisdiction to file a second claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 19, 2010.**

    SIGNED this 4th day of June, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master