IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK (Consolidated for all purposes with Civil Action No. 96–N-343)

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number X-301
Category: Untimely Filed Claim
Claimant: Eric Roberts, #127892
Address of Claimant: Weld County Jail, 2110 "O" Street, Greeley, CO 80631
_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the letter filed by Claimant. In that letter, Claimant seeks assistance in filing a claim. The DOC Inmate Locator indicates that Claimant came into DOC custody on May 5, 2005.

    Judge Kane ruled in his order of March 23, 2010 that no claims or motions may be received from any claimant who was not in DOC custody on or before August 27, 2003. A copy of that order will be provided to Claimant. There is no jurisdiction over any claim that may be filed by Claimant.

    IT IS HEREBY ORDERED that the letter of Eric Roberts, being treated as a new claim, is dismissed, as he came into DOC custody after August 27, 2003 and there is no jurisdiction over his claim; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 19, 2010.**

    SIGNED this 4th day of June, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master