IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-390
Category: Untimely Filed Claim
Claimant: Randall Lasswell, #61303
Address of Claimant: CMC/FMCC, P.O. Box 300, Canon City, CO 81215-0300
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the objection of Defendants to the claim of Randall Lasswell. Claimant has filed a response to the objection of Defendants.

    In his response, Claimant states that he received one hearing aid while in DOC custody in May, 2003. Claimant further states:

> This clearly shows I was in DOC prior to August 27, 2003 and that I had a hearing disability at that time. Also I was discriminated against by Dr. Wermers and Dr. Cabiling at Ft. Lyons on 9-21-06 by being denied 2 hearing aids, which were shown to be needed by audiologist at Pueblo State Hospital in Spring, 06.

The discrimination alleged by Claimant occurred substantially after August 27, 2003.

    Under the order of Judge Kane of March 23, 2010, the Special Master has no jurisdiction over this claim. A claimant must show that he was the victim of discrimination on or before August 27, 2003. Claimant has not alleged any such discrimination in violation of the ADA. Claimant reserves the right to pursue his own separate lawsuit. He cannot pursue a claim under Article XXXII of the Remedial Plan.

    IT IS HEREBY ORDERED that the claim of Randall D. Lasswell is dismissed for lack of

jurisdiction; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 20, 2010.**

      SIGNED this 4th day of June, 2010.

      BY THE COURT:

      /s/ Richard M. Borchers

      _____
      Richard M. Borchers
      Special Master