IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-514
Category: Untimely Filed Claim
Claimant: Bruce Thompson, #47869
Address of Claimant: AVCF, P.O. Box 1000. Crowley, CO 81034-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Bruce Thompson. Claimant states that he is not filing a claim for damages. He wants someone to enforce the Remedial Plan.

    Under Judge Kane's order of March 23, 2010, Claimant may not file a motion concerning systemic issues in the Remedial Plan. That is the job of class counsel. Claimant's remedy is to contact class counsel or file his own separate lawsuit under the ADA and Rehabilitation Act.

    IT IS HEREBY ORDERED that the letter of Claimant, being treated as a new claim, is dismissed per the request of Claimant; and

    IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 14, 2010.**

    SIGNED this 4th day of June, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master