John L Kane
U.S.District Court Judge
901 19th Street, Room A105
Denver, Colorado

Clerk of the Court,
Info for Judge, Kane     92-cv-00870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 09 2010

GREGORY C. LANGHAM
CLERK

This letter is in regards to my transfer to Sterling Corr. Fac. and the on going violation of Montez. I have wrote to class counsel as this court has indicated in its orders. My problem, as well as other ADA inmates. We never get back responses from any of the class counsel attorneys. And that is why I write, so that the Court is aware of these on going issues and non-compliance violations are addressed in the up coming June hearing.

Since I was transferred to SCF from AVCF, this facility has never recognize Judge Borchers determination of my Mobility disability, and diabetis. Or any of my pass Restriction, bottom tier, bottom bunk. That is all removed from my medical file by P.A. Webster, and approved by Chief Medical Officer.
<u>These are accommodation to me, and should be considered as accommodations. I am 68 years old, and I can't climb stairs constantly, or into top bunk without pain.</u>
According to grievances I have filed, the AIC office and chief medical officer claim that the Judge who made the determination fro my mobility disability was responsible for ordering accommodation. I do not find any where in the Remedial Plan where it states that. Nor, do I find in the Americans Disability Act of 1990. Where it says who shall order any accommodations, although it is clear that the court has the authority to do so under the ADA act. Now I have never asked for money regarding this law suit, I have only requested proper medical care. And I have never received that. As a matter of fact, my treatment for diabetis, since I been here. Is, that P.A. Stock prescribed a medication for my diabetis, and it was only for a month. And P.A. Melloh, took it away without any reason. My finger Stick test show very high since I been here. And I can't get regular treatment or care. That is a fact, and violation under the Americans Disability Act. How much more plan can I make this court aware of the discrimination and deliberate conduct of SCF staff/medical presonel. I need these accommodations and restriction placed back into my medical record. If not please return me to AVCF where I was getting treatment for both my diabetis and mobility disability. <u>I exercise the Opt-out clause of the Remedial Plan, on page 6 to stay at AVCF.</u> I had a job, bottom bunk on first tier. Everything was accessible. Now I have nothing, no treatment for my diabetis or disability. No one wants to authorize a cane to help me walk, and support my unstable knees, or prescribe diabetic medication. Because their affraid it will cost medical to much. For such a serious conditions.

Certainly someone must be responsible for authorizing simple accommodations. If its cost is to much, let me buy a cane., or knee braces as those I had when I came into DOC. I pray you will take just a few minutes to read this letter. Or aske class counsel to give you a copy of my most recent letters describing the answers of grievances regarding who is responsible for authorizing accommodations.
Thank you.

date June 7, 2010

Respectfully

*Ronald Cordova*
Ronald Cordova, 57350
SCF           Unit 1-B
P.O. Box 6000
Sterling, Co 80751

Claim No 03-377
Civil Action 92 CV 870 JLK.



# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:   719.226.4238
Fax:       719.226.4249

Step 3 Grievance Officer

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

May 20, 2010

RE: Grievance #D-SF09/10-180

Dear Mr. Ronald Cordova #57350:

I have reviewed your Step 3 grievance that you filed with regard to mobility disability status.

In review of this matter it is my finding that in determining whether or not an offender is mobility impaired, each offender is evaluated using a standard criteria pertaining to his or her ability to perform certain tasks related to mobility. You received such an evaluation by a medical health professional. I cannot second guess the results of that evaluation as I am not a medical professional. Upon completion of this screening the Chief Medical Officer determined that you do **not** have a mobility disability based upon your current physical exam; however because the Special master previously determined that you do have mobility disability, CDOC is required to acknowledge the courts final order. You are only entitled to the standard ADA accommodations ordered by the Special Master. No other accommodations were awarded by the court or deemed necessary according to your ADA screening. I therefore cannot recommend any relief in this matter.

It is your burden to prove the allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance that you filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file
    Tom Kolle, Offender Records

*[Handwritten note:]*

Dear Judge Kane,

Please read the response of this grievance, it clearly shows the discriminative conduct of DOC against ADA inmates, and denying any accommodations, just to save cost. No matter how serious inmates disabilities are.

Also can you please send back the Step 3 answer, its the only copy I have. I did not get two copies as Remedial Plan says we should.

R. Cordova

...respond within 45 days A.R. 850-4

DC FORM 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☐ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☐
Date received by case manager: 3-29-10    Case Manager: D. Reno

MAR 31 2010

**Grievance Number** 0-SF09/10-180-3    **STEP (Circle One)** 1  2  ③

| NAME | Ronald Cordova | DOC NO. | 57350 | FACILITY/UNIT/POD | 1-B |

TO SIS

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** Subject of grievance: Denied Health Care Appliances pursuant to signed agreement under Montez et al v. Bill Ritter, and Americans Disability Act and non-compliances to all stipulation thereof. Step I and II are in default by parties who signed the responses. For failure to ensure that the grievance will be mailed timely to meet AR 850-4 Time Limitations. Step I and II is required that the the person filing the grievance will receive written response within 25 days. Step II response is in adequate by TONY CAROCHI, because its based upon Step grievance which is in defiance of agreements made in Montez et al. ITs a perfect example of SCF Staff's failure or defiance to recognize the Americans Disability Act, and the agreements of Mont By all P.A's and a recent examination by an unqualified as a "Orthopedics expert.(Melloh) and P.A Chamjock. Neither is the AIC Coordinator qualified to make or determine accommodations or Health Care Appliances, or second guess what the Federal Judge Richard Borchers authority is to impose o require. SCF staff including medical have all taken the stance prisoner Cordova is not disabled according to a new criteria the provider has made up. Its neither in accord with the ADA or any founded authority or medical experts. All staff at SCF including Medical have been in non-complia with any of the agreements in Montezt et al., sections; X resonable accommodations; Especially wit XVI Health Care Appliances and all sub-section thereof, all SCF staff have conspired to deliberat discriminated against me and deliberately cause harm by denying health care device (knee braces t I had when I came into DOC and inviolation of subsection XVI C. Possession of health care appliances. RELIEF; demand m knee braces be returned and SCF medical comply with the only expert to examine me Dr. J. Patterso who confirme my disabilities.and made recommendation for hinged knee brace. This information is i my medical record. And that the Third Step Grievance officer follows the law, and responsiblity c investigation under 42 USC § 1997 (e) of established grievance under US. Constitution amend 1. Its obvious that all SCF staff have show outright deliberate discrimination to cause harm to me, and defiance to all stipulations of Remedial Plan

| TO BE COMPLETED BY OFFENDER: |
|---|
| DATE 3-28-2010   OFFENDER SIGNATURE: R. Cordova 57350 |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA |
| DATE 3-31-10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC:  3/31/10 |

**RESPONSE**

RECEIVED

APR 0 6 2010

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER: |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

DC FORM 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 2-4-10   Case Manager: [signature]

RECEIVED FEB - 8 RECD

**Grievance Number** D-SF09/10-180-2   **STEP (Circle One)** 1  ②  3

| NAME Ronald Cordova | DOC NO. 57350 | FACILITY/UNIT/POD B-1 |

A Cooper 3/5

**Instructions:**
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** Subject of grievance is same: "denied Health Care Appliances pursuant to Montez et al, Remedial Plan making it non-compliance with the agreement.

The AIC's answer is non other then a form of discrimination under the Americans Disability Act of 1990. On Page 1 of Remedial Plan, the responsibility of AIC Coordinator is to ensure Montez inmate are not denied access to programs, services and benefits offered by DOC because of inmate disabilities. Under the Supreme Court decision U.S. v Georgia, 126 SCT 877 (2006) medical is included within these services, programs and benefits. DOC and Medical has taken the stance to deny inmates these right regardless of, or the seriousness of their disability. The Health care provider main purpose is to save cost over health care of the inmate.

The AIC's answer is totally in non-compliance with the Remedial Plan and the agreements made by all parties of Montez. Katie Baxter is just another Cathy Holst, Only when the U.S. District court issues a contempt Order will DOC comply. This Grievance also serves as a notice that I will file for an Injunction. And file another Law suit against Katie Baxter and Marshall Griiith for their conspiracy and discrimination. to deny Health care appliance under Americans Disability Act and Montez et al agreemnets. Relief: the same, provide knee braces, or replace the ones confiscated in previous shakedowns. Or ordered by Dr. Patterson.

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 2-2-2010 | OFFENDER SIGNATURE: Ronald Cordova 57350 | |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA | | |
| DATE: 2/8/10 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # [signature] | |
| Date ADA grievance sent to AIC: | n/a | |

**RESPONSE**

See Attached Response

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 2/11/10 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # [signature] | RESPONSE DATE: 3-18-10 |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | RECEIVED |
| DATE: 3-26-10 | OFFENDER SIGNATURE/PRINT NAME & DOC # R. Cordova | FEB 11 2010 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Office of Correctional Legal Services

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Deputy Director of Prisons
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone:   (719)226-4774
Fax:      (719)226-4775
Web:    www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:            Offender Ronald Cordova, #57350

FROM:      Tony Carochi
                  Deputy Director of Prisons

DATE:       March 19, 2010

RE:            Step II Grievance – D-SF 09/10-180


I have reviewed your Step I Grievance, response by the Office of the AIC and the Step II Grievance that you submitted.

I spoke with Physician Assistant Mellow and based on our conversation and the final order of the Special Master dated June 25, 2007, I concur with the response at Step I.

Grievance denied at Step II.

TC/gw

Page 1 of 1

RECEIVED
JAN 29 REC'D

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

15A

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

RECEIVED
JAN 13 REC'D

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 1-11-10   Case Manager: D. Dennis

**Grievance Number** D-SF09/10-180-1   **STEP (Circle One)** ① 2 3

| NAME | Ronald Cordova | DOC NO. | 57350 | FACILITY/UNIT/POD | 1-B |
|---|---|---|---|---|---|

KBaxter 2/7/10

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Subject of grievance is "non-compliance with Montez Remedial Plan, sec: XVI HEALTH CARE APPLIANCES. And the deliberate failure to accommodate with "auxiliary needs (knee braces and walking cane to support my unstable knees) I have already been determined by the Federal Judge, R. Borchers to have a Mobility Disability. On November 27, 2009 Warden, K. Milyard came to my cell, asking about the grievances I have filed in regards to the Conditions, the ADA violations I been subjected to. He asked me to go to Medical with him to confirm what I had told him about in the grievances and that I have not received any requested health care devices. We went to the Office of P.A. Melloh, she seemed helpful and pleasant. My medical-record was there and she began to look into it and at first said there was no mention of ADA restrictions and knee braces. I said, I have all my med-records and could go get them to show what I was talking about. She then found an entry of where, P.A. Webster had omitted medical restrictions from my record, and found where I had been issued a hinged knee brace, and neoprene braces upon entry into CRCC in Denver (1-29-93) and the hinged brace on 10/15-01 by Dr. J. Patterson. There is proof in med-records. of all this information. But Medical keeps on with there deliberate conduct to deny any reasonable care, in order to save cost. On 11-27-09 in Melloh's office, Warden, Milyard was speaking with Mr. Carochi the director of Prisons. regarding all these issues and property taken away upon my entry Feb 10, 2009 to S.C.F. In which eye glasses were taken in violation of Montez. All these issue were suppose to be looked into. And I also talked with Carochi in person on Dec 4, 2009 that did not go well, Carochi did not let me explain my side of the grievance and its issues.
I have still not gotten any knee braces or cane to support my serious needs, and still subjected to harassment/retaliation denied treatment. After being examined by P.A. Melloh and from xrays, she determined I had a knee dislocations and needed exercises. Totally disregard expert opinions and doctors from the past 40 years or more. I know how serious my injury is and the pain I experience when one of my knees pop-out, and how unstable it is to walk. Especially up stairs, when I apply wight to climb. Medical is not concerned with any Federal court Judges determination or providing treatment. The Provider instructs all eployees to dis courage treatment in order to save cost. Relief: I want knee braces and a walking cane to help/support my untoable knees. and not to be force to top bunk or second tier. And medical restriction placed back in medical record. And to comply to Montez Remedial Plan XVI Health Care Appliances section.

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 1-8-10 | OFFENDER SIGNATURE: Ronald Cordova 57350 | |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | | |
| RECEIPT: / I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA | | |
| DATE: 1/13/10 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # | |
| Date ADA grievance sent to AIC: 1/13/10 | | |

RESPONSE

See Attached Response
Katie Baxter #2429
Acting AIC
1/27/10

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 1/20/10 | RESPONDER DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # /4298 | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER:** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | RECEIVED |
| DATE: 2-2-10 | OFFENDER SIGNATURE/PRINT NAME & DOC # R. Cordova 57350 | JAN 20 2010 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Office of Correctional
Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:  Marshall Griffith, Designee /MG/
          Office of the AIC (ADA Inmate Coordinator) /KB/
Received Grievance:  1/20/09
Sent Response: 1/27/10
Offender Name: Cordova, Ronald
DOC No: 57350
Facility: SCF
Grievance No: D-SF09/10-180-1

---

**DISABILITY STATUS: Pursuant to Accommodation Resolution dated 8/3/09 you were determined NOT TO HAVE a qualifying vision disability.**

**DISABILITY STATUS: Per Final Order of Special Master you have been found TO HAVE a qualifying lower extremity mobility. Accommodation Resolution dated 8/3/09**

**Pursuant to Accommodation Resolution dated 8/3/09 you Are a diabetic**

**In the grievance referenced above, you allege the following:**
1. The subject of your grievance is non compliance with Montez Remedial Plan, section: XVI Health Care Appliances, and the deliberate failure to accommodate with "auxiliary" needs (knee braces and walking cane to support your unstable knees). You've been determined [found] by Judge Borchers to have a mobility disability. On 11/27/09 Warden Milyard went to your cell asking about the grievances you've filed in regards to the ADA violations you've been subjected to. He asked you to go to medical with him to confirm what you had told him in the grievances and that you had not received any requested health care devices. You went to the office of PA Melloh. Your medical record was there and she began to look into it and at first said there was no mention of ADA restrictions and knee braces. You said you have all your medical records and could go get them to show what you were talking about. She then found an entry where PA Webster had omitted medical restrictions from your record, and found where you had been issued a hinged knee brace, and neoprene braces upon entry into DRDC on 1/29/93, and the hinged brace on 11/15/01 by Dr. Patterson. There is proof in the medical records of all this information. But medical keeps deliberately denying any reasonable care in order to save cost. On 11/27/08 in Melloh's office, Warden Milyard was speaking with Mr. Carochi the [Deputy] Director of Prison Operations regarding all these issues and the property taken away upon your entry 2/10/09 at SCF in which eye glasses were taken in violation of Montez. All these issues were supposed to be looked into. You also spoke with Mr. Carochi in person on 12/4/09. He did not let you explain your side of the grievance and its issues. You still have not gotten any knee braces or cane to support your serious needs and are still subjected to harassment and retaliation, [and] denied treatment. After being

examined by PA Melloh, and from x-rays, she determined you had knee dislocations and that you need exercise (total disregard of expert opinions and doctors from the past 40 years or more). You know how serious your injury is and the pain you experience when one of your knees pops out and how unstable it is to walk, especially up stairs when you apply weight to climb. Medical is not concerned with any Federal Court Judges determination or providing treatment. The Provider instructs all employees to discourage treatment in order to save cost.

**Requested Relief/Remedy:**
1a. You want knee braces and a walking cane to help/support your unstable knees and not to be forced to a top bunk or second tier. You also want medical restrictions back in your medical record. And you want [DOC] to comply with the Montez Remedial Plan XVI Health Care Appliances Section.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. The Final Order of the Special Master dated 6/25/07 found that you are a member of the class of mobility impaired (disabled). The Special Master noted, "Claimant will be given the benefit of the doubt." The Special Master Final Order did not provide for any assistive devices concurrent with the finding of disability.
2. You were re-screened for a mobility disability on 7/22/09 by a qualified DOC Provider using new criteria that were agreed upon by DOC and Class Counsel in the Montez Lawsuit. The Provider indicated that you were not mobility disabled and the CMO agreed on 7/24/09. Your Accommodation Resolution is dated 8/3/09.
3. You are being provided accommodations pursuant to the Final Order of the Special Master.
4. Please note: Response to Step 1 Grievance #D-SF08/09-141-1 informed you that the determination of whether you require knee braces or a cane would be determined by the CMO after a complete review of the results of your re-screening for disability. That determination was made on 7/24/09.

**CONCLUSION:** This grievance is DENIED based on the information above. The Final Order of the Special Master does not provide you with assistive devices. The CMO did not find any assistive devices medically necessary.

**GRIEVANCE DENIED**

Cc: AIC File.

Page 2 of 2