**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  June 7, 2010                                   Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,                              Paula D. Greisen
                                                              Jennifer Wardner Riddle
                                                              Edward T. Ramey
                                                              Blain D. Myhre

      Plaintiffs,

v.

BILL OWENS, et al.,                                  Elizabeth H. McCann
                                                              James X. Quinn
                                                              Berina Ibrisagic

      Defendants.

---

## COURTROOM  MINUTES

---

**Compliance Hearing -Trial to Court - Day One**

**9:18 a.m.      Court in session.**

Court calls case.

Preliminary remarks by the Court.

Argument heard regarding Defendants' Motion To Strike Diabetic Expert Witness And Report (Filed 6/4/10; Doc. No. 4645).

Argument by Ms. Greisen.

Rebuttal argument by Mr. Quinn.

**ORDERED:     Defendants' Motion To Strike Diabetic Expert Witness And Report (Filed 6/4/10; Doc. No. 4645) is GRANTED in PART and DENIED in PART, as specified.**

**ORDERED:  Plaintiffs' Oral Motion For Sequestration of Witnesses is DENIED.**

The parties stipulate to the third and fourth sets of discovery regarding missing signature pages.

Introduction of Defendant's counsel and parties.

9:34 a.m.      Opening statement by Ms. McCann.

9:59 a.m.      Opening statement by Ms. Greisen.

10:06 a.m.     Witness, Cathy Holst, called and sworn.
               Direct examination begins by Ms. Greisen.

**10:18 a.m.    Court in recess.**

**10:37 a.m.    Court in session.**

Continued direct examination by Ms. Greisen.

**11:49 a.m.    Court in recess.**

**1:38 p.m.     Court in session.**

**Plaintiffs' exhibits 129, 394, 395, and 436 are offered and admitted.**

1:40 p.m.      Continued direct examination by Ms. Greisen.

Plaintiffs' exhibits 438, 426, and 164 offered and admitted.

Continued direct examination by Ms. Greisen.

**Plaintiffs' exhibits 43, 137, 140, 201, 422, 475, 480, 657, 395, and 466 offered and admitted.**

2:38 p.m.      Continued direct examination by Ms. Greisen.

**3:10 p.m.     Court in recess.**

**3:30 p.m.     Court in session.**

3:31 p.m.      Continued direct examination by Ms. Greisen.

**Plaintiffs' exhibits 135 and 668 offered and admitted.**

Continued direct examination by Ms. Greisen.


**4:18 p.m.     Court in recess until tomorrow morning at 9:00 a.m**.
Hearing continued.
Total time - 4 hours 32 minutes.