### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 8, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing - Trial to Court - Day Two**

**9:12 a.m.    Court in session.**

Also present, Tom Lyons and Gillian Dale for the Defendants.

Discussion regarding objections to modification of exhibits.

**Plaintiff's exhibits 384, 168, 562, 402, 169, and 442 offered and admitted.**

Further discussion regarding modification of exhibits.

9:18 a.m.    Witness, Cathy Holst, resumes the stand.
             Continued direct examination by Ms. Greisen.

**10:17 a.m.   Court in recess.**

**10:42 a.m.   Court in session.**

*92-cv-00870-JLK*
*Trial to Court Day 2*
*June 8, 2010*

10:43 a.m.     Continued direct examination by Ms. Greisen.

**11:49 a.m.     Court in recess.**

**1:21 p.m.     Court in session.**

**Plaintiff's exhibits 56, 186, 194, 204, 585, 486, 155, 216, 329, 587, 664 are offered and admitted.**

1:22 p.m.     Continued direct examination by Ms. Greisen.

**2:48 p.m.     Court in recess.**

**3:10 p.m.     Court in session.**

**Plaintiff's exhibits 36, 44, 50, 122, 210, 338, 340, 342, 343, 344, and 626 are offered and admitted.**

3:12 p.m.     Continued direct examination by Ms. Greisen.

**4:06 p.m.     Court in recess**.
Hearing continued.
Total time - 4 hours 35 minutes.