IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 9, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Three**

**9:10 a.m.     Court in session.**

Also present, Tom Lyons and Gillian Dale for the Defendants.

**Plaintiff's exhibits 143, 330, 349, 350, 353, 354, and 355 offered and admitted.**

9:11 a.m.     Witness, Cathy Holst, resumes the stand.
              Continued direct examination by Ms. Greisen.

**10:15 a.m.    Court in recess.**

**10:42 a.m.    Court in session.**

Bench conference regarding courtroom etiquette and remaining trial schedule.

10:49 a.m.    Continued direct examination by Ms. Greisen.

Defendants' stipulate to the veracity of Plaintiffs' exhibit 671, as specified on the record.

*92-cv-00870-JLK*
*Trial to Court Day 3*
*June 9, 2010*

11:15 a.m.     Continued direct examination by Ms. Greisen.

**Plaintiff's exhibits 567, 568, 570, 572, 574, 576, 577, 578, 616, 144, 416, 453, 456, 671 are offered and admitted.**

11:23 a.m.     Continued direct examination begins by Mr. Myhre.

**Plaintiff's exhibit 157 offered and admitted.**

11:25 a.m.     Continued direct examination by Mr. Myhre.

**11:58 a.m.    Court in recess.**

**1:28 p.m.     Court in session.**

1:29 p.m.     Continued direct examination by Mr. Myhre.

Defendants' stipulate to Plaintiffs' exhibit 157, as specified on the record.

1:35 p.m.     Continued direct examination by Mr. Myhre.

1:45 p.m.     Continued direct examination by Ms. Greisen.

**2:48 p.m.     Court in recess.**

**3:14 p.m.     Court in session.**

3:15 p.m.     Continued direct examination by Ms. Greisen.

3:43 p.m.     Questions by the Court.

3:44 p.m.     Continued direct examination by Ms. Greisen.

**4:06 p.m.     Court in recess**.
Hearing continued.
Total time - 4 hours 33 minutes.

2