IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number C-014
Category C
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant. *Doc.4679*. Claimant raises concerns about the medical care he is receiving.

    The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. In keeping with the order of Judge Kane of March 23, 2010, Claimant may not file individual motions or additional claims.

    IT IS HEREBY ORDERED that the letter of Ronald Cordova is accepted for filing, but no further action can be taken on it; and

    IT IS FURTHER ORDERED that a copy of the letter will be provided to class counsel for such action as may be deemed appropriate.

    SIGNED this 11th day of June, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master