IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-025
Category: Untimely Filed Claim
Claimant: Kristen Petersen, #113642
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

_____

## FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's response to the show cause order of May 21, 2010. Claimant has filed a revised claim alleging that she is mobility impaired.

    The show cause order was issued to Claimant because she alleged that she became disabled on June 24, 2008. She has responded to the order, arguing that she should be allowed to pursue her claim.

    Claimant has alleged that she has had mental health issues since 1984. Mental illness is not a category dealt with by the Remedial Plan. The same is true for her seizure disorder and left arm problems. Mobility impairment is limited to lower extremity conditions. The Remedial Plan does not cover her MRSA infection. Claimant has set forth conditions that may be covered by the ADA, but not by the Remedial Plan.

    Judge Kane issue an order on March 23, 2010 that clarifies various aspects of the claim process. A copy of that order will be provided to Claimant. In that order, Judge Kane states that in order to file a claim under Article XXXII of the Remedial Plan, a claimant had to be disabled on or before August 27, 2003. Claimant was not disabled on or before August 27, 2003 with a condition covered by the Remedial Plan. The Special Master does not have jurisdiction over this claim for the reasons noted.

IT IS HEREBY ORDERED that the claim of Kirsten Petersen is dismissed, as Claimant does not have a condition covered by the Remedial Plan; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 11th day of June, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master