## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk:   Bernique Abiakam |
| Date:  June 10, 2010 | Court Reporter:   Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Four**

**9:09 a.m.     Court in session.**

Counsel and parties present.  Also present, Tom Lyons and Gillian Dale for the Defendants.

**Plaintiff's exhibits 119, 147, 148, 198, 203, 277, 324, 325, 478, 520, 598, 607, and 611 offered and admitted.**

9:11 a.m.     Witness, Cathy Holst, resumes the stand.
              Continued direct examination by Ms. Greisen.

**10:15 a.m.    Court in recess.**

**10:42 a.m.    Court in session.**

Continued direct examination by Ms. Greisen.

*92-cv-00870-JLK*
*Trial to Court Day 4*
*June 10, 2010*

**11:51 a.m.    Court in recess.**

**1:22 p.m.    Court in session.**

**Plaintiffs' exhibits 42, 401, 405, 617, 153, 178, 179, 360, 364, 400, 487, 583, and 628 offered and admitted.**

**3:19 a.m.    Court in recess.**

**3:42 p.m.    Court in session.**

Continued direct examination by Ms. Greisen.

4:05 p.m.    Discussion regarding next week's plan and the remaining trial schedule.

**Plaintiffs' exhibits 128, 176, 177, 253, 254, 281, 413, 516, 644, and 662 offered and admitted.**

**4:09 p.m.    Court in recess**.
Hearing continued.
Total time - 4 hours 39 minutes.