### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  June 14, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Five**

**9:05 a.m.   Court in session.**

Counsel and parties present.  Also present, Tom Lyons and Gillian Dale for the Defendants.

9:06 a.m.   Witness, Cathy Holst, resumes the stand.
Continued direct examination by Ms. Greisen.

**10:11 a.m.   Court in recess.**

**10:37 a.m.   Court in session.**

Continued direct examination by Ms. Greisen.

11:30 a.m.   Questions by the Court regarding specific inmate (Mr. Gilley) information.

11:37 a.m.   Continued direct examination by Ms. Greisen.

*92-cv-00870-JLK*
*Trial to Court*
*June 14, 2010*

**12:00 p.m.     Court in recess.**

**1:30 p.m.     Court in session.**

Ms. McCann updates the Court with requested inmate information.

**Plaintiffs' exhibits 232, 255, 256, 257, 258, 266, and 407 offered and admitted.**

1:33 p.m.     Continued direct examination by Ms. Greisen.

2:06 p.m.     Summary argument, of week 1, by Ms. Marks.

2:09 p.m.     Objection by Ms. McCann regarding summary content.

2:10 p.m.     Continued summary by Ms. Marks.

2:58 p.m.     Summary argument by Ms. McCann.

3:05 p.m.     Discussion regarding testimony process.

**3:06 p.m.     Court in recess.**

**3:31 p.m.     Court in session.**

**ORDERED:** Trial time will be extended to include, July 6-8, 2010 and July 26-29, 2010.

Ms. McCann reserves summary argument.

3:35 p.m.     Witness, Cathy Holst, resumes the stand.
              Continued direct examination by Ms. Greisen.

**Plaintiffs' exhibits 263, 265, 259, and 432 offered and admitted.**

3:52 p.m.     Direct examination begins by Ms. Riddle.

**4:05 p.m.     Court in recess**.
Hearing continued.
Total time - 4 hours 39 minutes.