IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE ACTION No. 92-CV-870-JLK

JESSE MONTEZ., et al.

    Plaintiff,

vs

BILL RITTER, ET AL.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 15 2010

GREGORY C. LANGHAM
CLERK

Claim Number 01-076
Category: I
Claimant: Lawrence W. Fitzferald, 66345
Addressed of Claimant: SCF P.O. Box 6000, Sterling Co 80751

## REQUEST FOR CLARIFICATION
## WITH COMBINED MOTION FOR EXTENSION OF TIME

Comes Now, Lawrence W. Fitzgerald, pro se indigent as an inmate of Colorado Department of Corrections in good faith asking this this Honorable Court for clarification concerning the Order of **Final Order Of Special Master Judge Richard M. Borcher dated 4th day of June 20 10** Stating THIS MATTER comes before the Special Master on his own motion, Claimant had filed a motion for leave to file an amended complaint. On March 23, 2010, Judge Kane referred this motion to the Special Master.

Claimant was requested to file a revised claim form, and he has done so. A show cause order was issued to Claimant, as it did not appear the Claimant medical condition fell into one of the four categories set forth in the Remedial Plain.

On May 26, 2010, Judge Kane held a pretrial conference primarily concerning issues that will arise at the upcoming compliance hearings. Judge Kane also took up on his own various individual motions. Judge Kane dismissed Claimant's motion for leave to file an amended complaint. A copy of the courts minutes will be provided to Claimant. Thus, there is no further jurisdiction over Claimants motion and claim.

IT IS HEREBY ORDERED that the Claim of Lawrence W. Fitzgerald is dimissed in its entirely as there is no further jurisdiction over any aspect of the claim; and

' IT IS FURTHER ORDERED that a copy of the file maintained by the Special Master will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED, that Claimant, Defendant's and class counsel are advised that they may file an objection to this Order pursuant to Federal Rules of Civil Procedure 53(g) but said objection must be filed with the Clerk of the United States District Court, 901 19th, Street, Denver, Colorado 80294 **on or before September 21, 2010**. Signed this 4th day of June 2010 BY THE COURT Honorable Special Master Richard M. Brochers Judge.

Claimant asks this Honorable Court for a request for clarifiaction of the above order for he was in thought he was to answer the **Order To Show Cause Of Special Master** which was due **June 28, 2010** this Order was signed by this Honorable Court May 19th, 2010 and now asks this Honorable Court to explain to him being a laymen of the law what he should do concerning the show cause order is it still active for review and if it is not to give Claimant a factual basis of why his claim cannot be reviewed by the response of the show cause order of May 19, 2010 to be placed within Courts record on the subject matter of his case which is Deliberate Indifference of the Medical Department of Department of Corrections of the State of Colorado officials knew about my serious medical needs and failed to respond respond reasonably to it **Estelle, 429 U.S. at 104, Gutierrez v. Peters, 111 F.3d 1364, 1369 7th Cir. 1997.**

In Order To Show Cause this Honorable Court stated the remedial plan is the settlement document approved by the Court on August 27, 2003. Only Four conditions are included in the remedial plan (1) mobility impairment (2) hearing impairment;(3) vision impairment: and (4) diabetes. There is no category for heart conditions. It would appear that Claimant may have a condition uncovered by the Remedial Plan.

Claimant Fitzgerald has never been tested for diabetes and requests this Honorable Court to order such test and to allow the him to respond to show cause order of May 19, 2010 and if this motion is granted to allow him an extension of time to respond to this Honorable Courts Order.

Also Claiment has explained his medical condition is within all (4) conditions in the remedial plan and believe because of his indigent status and medical condition he is being denied due process of law because this case also mentions my heart condition caused by the **vioxx product manufactered by Merck Corporation** which has caused Claimant major health issue a drug given to him by the Department of Corrections in 2001 to 2002 and to this day being over looked vindictive manner by the medical department causing him even worse health issue that are combined in all the conditions set forth by this Honorable Court who is to say a 315 pound 55 year old inmate of the department of corrections claims are with out juridiction of the Court for the Claimant believes he is within the jurisdiction of this Honorable Court and request Counsel to secure a just result in the interest of justice to bring forth the true nature of his health issues to be properly reviewed by this Honorable Court.

**Wherefore**, the Claiment prays this Honorable Court will grant this Request For Clarification With Combined Motion For Extension Of Time and requests the Order denying his claim to be set aside and that another hearing be conducted so that the true nature of this case may be able to be reviewed by this Honorable Court so that it may be able to make a full and informed decision on this matter finding of facts rulings of law.

Respectfully Submitted

*Lawrence W. Fitzgerald*

Lawrence W. Fitzgerald 60345

DATED
June 13, 2010

## CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald, have placed this Correct copy of the foregoing **Request For Clarification With Combined Motion For Extension Of Time** was placed within the United States Mail postage prepaid on this 13 day of June 2010, and addressed to the following bellow:

Clerk of Court
United States District Court
901 19th Street
Denver, Colorado 80294

*Lawrence W. Fitzgerald*
Lawrence W. Fitzgerald
Prison Number 66345
SCF Unit 2-A-102
Box 6000
Stering Colorado 80751