# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 15, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Six**

**9:10 a.m.     Court in session.**

Counsel and parties present. Also present, Tom Lyons and Gillian Dale for the Defendants.

9:11 a.m.     Witness, Cathy Holst, resumes the stand.
              Continued direct examination by Ms. Riddle.

**10:17 a.m.   Court in recess.**

**10:39 a.m.   Court in session.**

Continued direct examination by Ms. Riddle.

**Plaintiffs exhibits 275, 195, 216, 275, 205, 451, 278, 196, 283, 287, 489, 621, 622, 649, 650, 651, 652, 653, 656, 153, and 232 offered and admitted.**

11:34 a.m.    Direct examination by Ms. Greisen.

*92-cv-00870-JLK*
*Trial to Court Day 6*
*June 15, 2010*

**12:00 p.m.    Court in recess.**

**1:21 p.m.    Court in session.**

Continued direct examination by Ms. Greisen.

**Plaintiffs' exhibits 267, 304, 305, 414, 497, 502, 508, 161, and 162 offered and admitted.**

2:41 p.m.    Direct examination begins by Mr. Ramey.

**3:18 p.m.    Court in recess.**

**3:37 p.m.    Court in session.**

Continued direct examination by Mr. Ramey.

**Plaintiffs' exhibits 37, 222, 297, 298, 299, 301, 302, 490, and 495 offered and admitted.**

Discussion regarding plaintiffs' exhibit 226.

**Plaintiffs' exhibit 226 offered and admitted.**

4:01 p.m.    Direct examination begins by Ms. Marks.

**4:17 p.m.    Court in recess**.
Hearing continued.
Total time - 5 hours 5 minutes.