**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  June 16, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,            Paula D. Greisen
                                           Jennifer Wardner Riddle
                                           Edward T. Ramey
                                           Blain D. Myhre
                                           Lara E. Marks

     Plaintiffs,

v.

BILL OWENS, et al.,                    Elizabeth H. McCann
                                           James X. Quinn
                                           Berina Ibrisagic

     Defendants.

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Seven**

**9:06 a.m.**     **Court in session.**

Counsel and parties present.  Also present, Tom Lyons and Gillian Dale for the Defendants.

9:07 a.m.     Witness, Cathy Holst, resumes the stand.
                    Continued direct examination by Ms. Marks.

**Plaintiffs' exhibits 314 and 473 offered and admitted.**

**Ms. Greisen makes amendments to previously admitted exhibits as follows:**

     **Plaintiffs' exhibit offered and admitted on Day 2 as 486, should be 46.
     Plaintiffs' exhibit offered and admitted on Day 6 as 267, should be 276.**

9:15 a.m.     Direct examination begins by Ms. Greisen.

**10:19 a.m.**    **Court in recess.**

*92-cv-00870-JLK*
*Trial to Court Day 7*
*June 16, 2010*

**10:45 a.m.     Court in session.**

Continued direct examination by Ms. Greisen.

**Plaintiffs exhibits 290, 300, 312, 506, 459, 295, 500, 291, and 292 offered and admitted.**

11:32 a.m.     Direct examination begins by Mr. Myhre.

**12:00 p.m.     Court in recess.**

**1:23 p.m.     Court in session.**

**Plaintiffs exhibits 260 offered and admitted.**

**Plaintiffs exhibit 154 offered.**

Statement by Ms. McCann.

**Plaintiffs exhibit 154 admitted under seal.**

**ORDERED:     Any questioning and testimony regarding the specified inmate in Plaintiffs exhibit 154 is to be sealed.**

1:25 p.m.     Continued direct examination by Mr. Myhre.

**Plaintiffs exhibit 152 offered and admitted.**

1:31 p.m.     Direct examination begins by Ms. Greisen.

**3:18 p.m.     Court in recess.**

**3:44 p.m.     Court in session.**

3:45 p.m.     Continued direct examination by Ms. Greisen.

**Plaintiffs exhibits 318, 421, 642, 250, 467, 468, 470, 427, 262, and 117 offered and admitted.**

Counsel request to go to chambers to discuss remaining trial schedule.

**4:13 p.m.     Court in recess**.
Hearing continued.
Total time - 4 hours 52 minutes.