# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Civil Action No. 92-cv-00870-JLK      Deputy Clerk: Bernique Abiakam
Date:  June 17, 2010      Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,      Paula D. Greisen
     Jennifer Wardner Riddle
     Edward T. Ramey
     Blain D. Myhre
     Lara E. Marks

       Plaintiffs,

v.

BILL OWENS, et al.,      Elizabeth H. McCann
     James X. Quinn
     Berina Ibrisagic

       Defendants.

---

## COURTROOM MINUTES

---

**Compliance Hearing -Trial to Court - Day Eight**

**9:12 a.m.**      **Court in session.**

Counsel and parties present.  Also present, Tom Lyons and Gillian Dale, for the Defendants.

9:13 a.m.      Witness, Cathy Holst, resumes the stand.
         Continued direct examination by Ms. Greisen.

10:10 a.m.      Direct examination begins by Ms. Marks.

**10:18 a.m.**      **Court in recess.**

**10:39 a.m.**      **Court in session.**

Continued direct examination by Ms. Marks.

**Plaintiffs exhibits 376, 595, 661, 238, 378, 372, and 247 offered and admitted.**

*92-cv-00870-JLK*
*Trial to Court Day 8*
*June 17, 2010*

10:56 a.m.     Direct examination begins by Ms. Riddle.

Objection by Ms. McCann regarding content in Plaintiffs exhibit, Stipulation 11.

Overruled.

11:03 a.m.     Continued direct examination by Ms. Riddle.

**12:02 p.m.     Court in recess.**

**1:27 p.m.     Court in session.**

Continued direct examination by Ms. Riddle.

**Plaintiffs' exhibits 363, 175, 496, 501, 507, 483, and 566 offered and admitted.**

1:32 p.m.     Direct examination begins by Ms. Greisen.

**Plaintiffs exhibit 672 offered and admitted.**

1:42 p.m.     Cross examination begins by Ms. McCann.

1:45 p.m.     Questions by the Court.

1:46 p.m.     Continued cross examination by Ms. McCann.

**Plaintiffs exhibit 141 offered and admitted.**

2:06 p.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit C offered and admitted.**

2:33 p.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit I-2 offered and admitted.**

2:34 p.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit F offered and admitted.**

2:41 p.m.     Continued cross examination by Ms. McCann.

**3:17 p.m.     Court in recess.**

*92-cv-00870-JLK*
*Trial to Court Day 8*
*June 17, 2010*

**3:39 p.m.       Court in session.**

3:40 p.m.       Continued cross examination by Ms. McCann.

**4:16 p.m.       Court in recess**.
Hearing continued.
Total time - 4 hours 56 minutes.