**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  June 21, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,  	Paula D. Greisen
			Jennifer Wardner Riddle
			Edward T. Ramey
			Blain D. Myhre
			Lara E. Marks

   Plaintiffs,

v.

BILL OWENS, et al.,  	Elizabeth H. McCann
			James X. Quinn

   Defendants.

## **REDACTED COURTROOM MINUTES**

**Compliance Hearing -Trial to Court - Day Nine**

**9:08 a.m.     Court in session.**

Counsel and parties present.  Also present, Tom Lyons and Gillian Dale, for the Defendants.

Discussion regarding sequestration of inmates.

**ORDERED:   Testimony, given by any inmate in this class action, concerning medical conditions, treatment and accommodations, constitutes a waiver of privilege. The testimony of the inmate in protective custody and the exhibits received during that testimony shall be filed under seal.**

## VIDEO TELECONFERENCES - FORT LYONS CORRECTIONAL FACILITY

9:35 a.m.     Inmate, Allen Isaac Fistell, called and sworn.
		 Direct examination begins by Ms. Marks.

*92-cv-00870-JLK*
*Trial to Court Day 9*
*June 21, 2010*

| | |
|---|---|
| 9:49 a.m. | The Court takes judicial notice of Plaintiffs exhibit 354 (regarding order of the Special Master dated 9-25-2009). |

**Plaintiffs exhibit 354 offered and admitted.**

| | |
|---|---|
| 9:50 a.m. | Continued direct examination by Ms. Marks. |
| 9:51 a.m. | Cross examination begins by Ms. Dale. |

**Defendants exhibits F-9 and D-9 offered and admitted.**

| | |
|---|---|
| 10:15 a.m. | Redirect examination by Ms. Marks. |

Inmate excused.

| | |
|---|---|
| 10:20 a.m. | Inmate, James Moulton, called and sworn. |
| 10:21 a.m. | Direct examination begins by Ms. Riddle. |
| 10:31 a.m. | The Court takes judicial notice of Plaintiffs exhibit 576 (regarding order of the Special Master dated 12-6-2006). |

**Plaintiffs exhibit 576 offered and admitted.**

| | |
|---|---|
| 10:32 a.m. | Continued direct examination by Ms. Riddle. |
| 10:43 a.m. | Cross examination begins by Mr. Lyons. |
| 10:52 a.m. | Redirect examination by Ms. Riddle. |
| 10:54 a.m. | Questions by the Court. |

Inmate excused.

| | |
|---|---|
| 10:56 a.m. | Inmate, John Mosier, called and sworn. Direct examination begins by Ms. Riddle. |
| 11:18 a.m. | Cross examination begins by Ms. Dale. |

**Defendants exhibits O-9, P-9, and R-9 offered and admitted.**

| | |
|---|---|
| 11:38 a.m. | Redirect examination by Ms. Riddle. |

Inmate excused.

2

*92-cv-00870-JLK*
*Trial to Court Day 9*
*June 21, 2010*

11:44 a.m.     Inmate, Hassler, called and sworn.

11:45 a.m.     Direct examination by begins by Mr. Myhre.

11:59 a.m.     Cross examination begins by Mr. Lyons.

12:05 p.m.     Inmate, Craig Douglas Hassler, makes a statement to the Court.

Inmate excused.

**12:09 p.m.     Court in recess.**

**1:51 p.m.     Court in session.**

(REDACTED INFORMATION)

2:38 p.m.      Inmate, Fidal G. Ramos, called and sworn.
               Direct examination begins by Mr. Myhre.

2:47 p.m.      Cross examination begins by Ms. Dale.

3:11 p.m.      Redirect examination by Mr. Myhre.

Witness excused.

**Defendants exhibit A-10 and B-10 offered and admitted.**

3:13 p.m.      Inmate, Willie M. Baxter, called and sworn.
               Direct examination begins by Mr. Myhre.

3:25 p.m.      Cross examination begins by Ms. Dale.

3:42 p.m.      Redirect examination by Mr. Myhre.

Witness excused.

**Defendants exhibit H-10, I-10, J-10 offered and admitted.**

**3:44 p.m.     Court in recess**.
Hearing continued.
Total time - 4 hours 54 minutes.

3