TERRENCE S. REDWINE #146510     June 13, 10

92-cv-870  JLK

JUN 1 5 2010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 3 2010

GREGORY C. LANGHAM
CLERK

To whom it may concern;

I recieved my "Final Order Of Special Master." I would like for you to appeal Judge Kane decision in my case. If for some reason you dont appeal my case please let me know so I can make arrangement to get the appeal done myself.

Respectfully Submitted

Terrence S. Re[signature]

USA
44

Purple
Heart

**Colorado Department Of Corrections**

Name TERRENCES REDUSIF

Register Number 146510

Unit SB-1-11

Box Number 49030 State Hwy 71

City, State, Zip Limon, Co. 80826

Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030-4444

