**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK
Date: June 22, 2010

Deputy Clerk: Bernique Abiakam
Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,

Paula D. Greisen
Jennifer Wardner Riddle
Edward T. Ramey
Blain D. Myhre
Lara E. Marks

Plaintiffs,

v.

BILL OWENS, et al.,

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic

Defendants.

---

**COURTROOM MINUTES**

---

**Compliance Hearing -Trial to Court - Day Ten**

**9:06 a.m. Court in session.**

Counsel and parties present. Also present, Tom Lyons and Gillian Dale, for the Defendants.

VIDEO TELECONFERENCE - ARROWHEAD CORRECTIONAL CENTER

9:07 a.m. Inmate, Charles Edward Russell, called and sworn.

9:08 a.m. Direct examination begins by Mr. Myhre.

9:14 a.m. Cross examination begins by Mr. Lyons.

Witness excused.

9:22 a.m. Inmate, Justin Michael Goetz, called and sworn.

9:23 a.m. Direct examination begins by Mr. Myhre.

9:31 a.m. Cross examination begins by Ms. Dale.

9:36 a.m. Redirect examination by Mr. Myhre.

9:40 a.m. Witness excused.

Discussion regarding witness schedule.

9:46 a.m. Summary begins by Ms. Greisen.

10:00 a.m. Pause in summary argument to resume witness testimony via VTC.

VIDEO TELECONFERENCE - FREMONT CORRECTIONAL FACILITY

10:01 a.m. Inmate, Anthony Vaughn, called and sworn.

10:03 a.m. Direct examination begins by Mr. Myhre.

10:09 a.m. Cross examination begins by Mr. Lyons.

Witness excused.

**10:12 a.m. Court in recess.**

**10:35 a.m. Court in session.**

10:36 a.m. Ms. Greisen resumes summary argument.

11:09 a.m. Summary argument by Ms. Riddle.

11:17 a.m. Summary argument by Ms. Marks.

11:23 a.m. Further summary argument by Ms. Greisen.

11:39 a.m. Summary argument by Mr. Myhre.

11:43 a.m. Summary argument by Ms. McCann.

**12:09 p.m. Court in recess.**

**1:35 p.m. Court in session.**

VIDEO TELECONFERENCE - BUENA VISTA CORRECTIONAL FACILITY

1:36 p.m. Inmate, Seth Alexander Reed, called and sworn.

1:37 p.m. Direct examination begins by Mr. Myhre.

1:47 p.m. Cross examination begins by Mr. Lyons.

1:52 p.m. Redirect examination by Mr. Myhre.

Witness excused.

VIDEO TELECONFERENCE - CROSSROADS TURNING POINT COMMUNITY CORRECTIONS

2:13 p.m. Richard Tenorio, called and sworn.

2:14 p.m. Direct examination begins by Mr. Myhre.

2:20 p.m. Cross examination begins by Ms. Dale.

Witness excused.

2:27 p.m. Witness, Cathy Holst, resumes the stand.

**Defendants exhibit A and exhibit D offered.**

Objection by Ms. Greisen, regarding additional discovery.

Overruled.

2:27 p.m. Continued cross examination begins by Ms. McCann.

**Defendants exhibit E offered.**

Renewed objection by Ms. Greisen, regarding addition discovery. Overruled.

**Defendants exhibit E admitted.**

2:43 p.m. Continued cross examination by Ms. McCann.

3:03 p.m. Objection regarding Defendants exhibit U-10, and argument regarding discovery.

3:04 p.m. Argument by Ms. McCann.

Comments by the Court.

**3:08 p.m. Court in recess.**
Hearing continued.
Total time - 4 hours 13 minutes.