**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 23, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Compliance Hearing -Trial to Court - Day Eleven**

**9:08 a.m.    Court in session.**

Counsel and parties present.  Also present, Tom Lyons, for the Defendants.

Preliminary remarks by the Court.

The Court admonishes counsel regarding objections.

The Court advises counsel regarding expectations during the remainder of the trial.

**ORDERED:   Counsel are to abide by all rulings, and evidentiary objections must be stated as specified.**

**Objection to Defendants exhibit U-10 is SUSTAINED.**

Ms. McCann apologizes to the Court.

*92-cv-00870-JLK*
*Trial to Court Day 11*
*June 23, 2010*

| | |
|---|---|
| 9:14 a.m. | Witness, Ms. Holst, resumes the stand. Continued cross examination by Ms. McCann. |

Defendants exhibits G-2 and F-2 offered and admitted.

| | |
|---|---|
| 9:47 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibits J-2 and H-2 offered and admitted.

| | |
|---|---|
| 9:55 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibits E-2 offered and admitted.

| | |
|---|---|
| 10:00 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibit H-3 offered and admitted.

| | |
|---|---|
| 10:15 a.m. | Continued cross examination by Ms. McCann. |
| **10:20 a.m.** | **Court in recess.** |
| **10:42 a.m.** | **Court in session.** |
| | Continued cross examination by Ms. McCann. |

Defendants exhibits M-3, N-3, and O-3 offered and admitted.

| | |
|---|---|
| 10:52 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibit Q-2 offered and admitted.

| | |
|---|---|
| 10:53 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibit R-2 offered and admitted.

| | |
|---|---|
| 10:54 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibit P-2 offered and admitted.

| | |
|---|---|
| 10:55 a.m. | Continued cross examination by Ms. McCann. |

Defendants exhibit S-2 offered and admitted.

| | |
|---|---|
| 11:02 a.m. | Continued cross examination by Ms. McCann. |

*92-cv-00870-JLK*
*Trial to Court Day 11*
*June 23, 2010*

Defendants exhibits T-2, U-2, V-2, W-2, X-2, Y-2 and Z-2 offered and admitted.

11:09 a.m.   Continued cross examination by Ms. McCann.

Defendants exhibits B-3, C-3, and G-3 offered and admitted.

11:25 a.m.   Continued cross examination by Ms. McCann.

Defendants exhibit J-3 offered and admitted.

11:47 a.m.   Continued cross examination by Ms. McCann.

**12:02 p.m.   Court in recess.**

**1:22 p.m.   Court in session.**

1:23 p.m.   Plaintiffs witness, Charles Gene Simpson, called and sworn.

1:24 p.m.   Direct examination begins by Mr. Myhre.

**Plaintiffs exhibit 120 offered and admitted.**

1:32 p.m.   Continued direct examination by Mr. Myhre.

1:43 p.m.   Cross examination by Mr. Lyons.

1:56 p.m.   Questions by the Court.

1:58 p.m.   Redirect examination by Mr. Myhre.

2:01 p.m.   Witness excused.

Ms. McCann offers further apology regarding misunderstanding of previously made rulings by the Court.

Objection and argument regarding documents used as rebuttal evidence.

**ORDERED:   Documents may be used as rebuttal evidence, whether they've been provided in discovery or not, but they're limited for that purpose only.**

2:08 p.m.   Witness, Ms. Holst, resumes the stand.
            Continued cross examination by Ms. McCann.

**3:15 p.m.   Court in recess.**

3

*92-cv-00870-JLK*
*Trial to Court Day 11*
*June 23, 2010*

**3:42 p.m.       Court in session.**

3:43 p.m.       Continued cross examination by Ms. McCann.

**4:39 p.m.       Court in recess**.
Hearing continued.
Total time - 5 hours 22 minutes.