# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  June 24, 2010                      Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,                     Paula D. Greisen
                                          Jennifer Wardner Riddle
                                          Edward T. Ramey
                                          Blain D. Myhre
                                          Lara E. Marks

     Plaintiffs,

v.

BILL OWENS, et al.,                       Elizabeth H. McCann
                                          James X. Quinn
                                          Berina Ibrisagic

     Defendants.

---

## COURTROOM MINUTES

---

**Compliance Hearing -Trial to Court - Day Twelve**

**9:11 a.m.**    **Court in session.**

Counsel and parties present.

9:12 a.m.    Witness, Ms. Holst, resumes the stand.
             Continued cross examination by Ms. McCann.

**10:21 a.m.**    **Court in recess.**

**10:53 a.m.**    **Court in session.**

10:56 a.m.    Continued cross examination by Ms. McCann.

**11:57 a.m.**    **Court in recess.**

**1:25 p.m.**    **Court in session.**

*92-cv-00870-JLK*
*Trial to Court Day 12*
*June 24, 2010*

Continued cross examination by Ms. McCann.

**1:37 p.m.      The Court advises counsel that any questions and answers to the questions, regarding the inmate in protective custody, and the exhibits, will be SEALED.**

Continued cross examination by Ms. McCann.

**3:18 p.m.      Court in recess.**

**3:45 p.m.      Court in session.**

**Defendants exhibits T-7, T-8, X-8, Z-7, P-7, W-7, X-7, I-11, E-11, B-11, D-11, V-9, and C-7 offered and admitted.**

3:47 p.m.      Continued cross examination by Ms. McCann.

**3:53 p.m.      Defendants exhibit G-11, offered.**

Objection and argument by Ms. Greisen.

Argument by Ms. McCann.

**Defendants exhibit G-11, admitted.**

3:55 p.m.      Continued cross examination by Ms. McCann.

**Defendants exhibits Y-7 and Z-7 offered and admitted.**

**4:05 p.m.      Court in recess**.
Hearing continued.
Total time - 4 hours 27 minutes.