IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the request for clarification of Claimant. #4689. Judge Kane had initially referred Claimant's motion to file an amended complaint to thew Special Masters. Judge Kane changed his mind later and denied the motion. As a result, there was nothing left to decide. Judge Kane's order controls.

Since Claimant previously filed a claim, there was no further jurisdiction for the Special Masters. Claimant may seek the assistance of class counsel and may pursue his own separate lawsuit. Claimant cannot pursue individually any additional claim under Article XXXII of the Remedial Plan or file any individual motions.

IT IS HEREBY ORDERED that the request for clarification of Lawrence Fitzgerald is denied, as there is no further jurisdiction over any aspect of his claim; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 21, 2010.**

SIGNED this 25th day of June, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master