IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

_____

Claim Number 02-875
Category II
Claimant: Terry Jones, #112259
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on the letter from Claimant that was received on June 15, 2010. In his letter, Claimant requests court intervention for medical care and accommodations.

Claimant previously filed a letter that was treated as a new claim. That claim was dismissed, as Claimant had filed a claim pursuant to Article XXXII of the Remedial Plan.

Claimant has been provided a copy of Judge Kane's order of March 23, 2010. Claimant cannot pursue any further claim or individual motion for relief. Claimant's individual rights to file a claim are at an end. Claimant may seek help through class counsel and/or he seek to file his own separate lawsuit. His letter will be treated as a motion and dismissed for lack of jurisdiction.

IT IS HEREBY ORDERED that the letter of Terry Jones, being treated as a motion, is denied; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 7, 2010.**

SIGNED this June 25th day of June, 2010.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master