IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 02-254
Category II
Claimant: David Hall, #56734
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant previously filed a letter with the Court that was treated as a claim. Claimant was provided a revised claim form and directed to file that form on or before June 14, 2010. Despite being granted time in which to file a revised claim form, Claimant has filed nothing further.

    Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. The claim was dismissed on January 3, 2006 due to the fact that Claimant had been released from DOC custody and had provided no mailing address for correspondence. Claimant has not provided any basis upon which to allow the filing of a second claim. The Remedial Plan allows the filing of a single claim form. Claimant filed his claim in 2006 and then failed to provide a current mailing address. Claimant has utilized his opportunity to file a claim, and Claimant may not file a second claim.

    IT IS HEREBY ORDERED that the letter of David Hall, being treated as a new claim, is dismissed, as Claimant previously filed a claim in 2005 and may not pursue a second claim; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but

said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 25th day of June, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master