IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-325
Category: Untimely Filed Claim
Claimant: Tom Wilsey, #63529
Address of Claimant: BVMC, P.O. Box 2005, Buena Vista, CO 81211

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER came before the Special Master on the letter of Tom Wilsey. The letter was treated as a new claim pursuant to Article XXXII of the Remedial Plan. Claimant was provided a revised claim form and information sheet. Claimant also was provided a copy of Judge Kane's order of March 23, 2010. Claimant previously was given an opportunity to file a claim, but he did not do so.

    Claimant was granted up to and including June 14, 2010 in which to file a revised claim form. Claimant has failed to file anything further. Claimant has failed to detail why he should be allowed to pursue a late claim.

    IT IS HEREBY ORDERED that the letter of Tom Wilsey, being treated as a new claim, is dismissed, as Claimant did not file a claim form as required by the Remedial Plan and provided no reason to allow the late filing of a claim; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street,

Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 25th day of June, 2010.

>BY THE COURT:
>
>*/s/ Richard M. Borchers*
>_____
>Richard M. Borchers
>Special Master