IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-444
Category: Untimely Filed Claim
Claimant: Gilbert Pacheco, #80892
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on his own motion. Gilbert Pacheco previously filed a letter that was treated as a new claim under Article XXXII of the Remedial Plan. Claimant was provided a revised claim form and information sheet. Claimant also was provided a copy of Judge Kane's order of March 23, 2010. Claimant was asked to detail why he waited so long to file a claim with the Special Masters.

    Claimant has failed to file a claim. The Special Masters have no jurisdiction unless a claim is filed. The case of Claimant will be dismissed for failure to file a claim.

    IT IS HEREBY ORDERED that the letter of Gilbert Pacheco, being treated as a new claim, is dismissed, as Claimant did not file a claim form as required by the Remedial Plan; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 25th day of June, 2010.

                        BY THE COURT:

                        */s/ Richard M. Borchers*

                        _____
                        Richard M. Borchers
                        Special Master