| | |
|---|---|
| **US DISTRICT COURT**<br>Court Address: 901--19th Street<br>Denver, co 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JUN 25 2010<br><br>GREGORY C. LANGHAM<br>CLERK |
| JESSE MONTEZ, ET AL<br>v.<br>BILL OWENS, ET AL | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Jill Coit #86530<br>LVCF Unit 5<br>1401 West 17th Street, Pueblo, Co 81003<br>Claims number 03-129 | Case No:<br>92-N- 870 (OES)<br>96-N-343 |
| MOTION TO THE COURT TO LET ME KNOW THE NUMBERS OF THE FILINGS I SUBMITTED TO THE COURT DURING THE LAST MONTHS- | |

Comes Now, Jill Coit, pro se and does hereby petition the court for the case numbers or what ever they are called/assigned to the Montez Filings I submitted in April 2010 so that I can send the attachments that were referenced in said filings. I need the entire caption name so I can identity said filings.

Respectfully,

Jill Coit

Jill Coit #86530
1401 West 17 th Street
Pueblo, co 81003

6-17-10

What Happen to
# 3943, 3944, 3945, 3946, 3947, 3948, 3949, & 3950.
Also 3918, 3919, 3920, 3921, 3922, 3923