IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

## REPORT OF SPECIAL MASTERS
_____

    The Special Masters do hereby submit this Report concerning claims that remain open as of June 25, 2010. These claims have been or are being processed pursuant to Paragraph XXXII of the Remedial Plan, the order of Judge Kane of September 1, 2009, and the order of Judge Kane of March 23, 2010.

    As a result of the order of March 23, 2010, the ninety files that had been held in abeyance were dismissed for lack of jurisdiction. Since the order of March 23, 2010, an additional one hundred and thirty-one new claims have been filed by individuals who previously have not filed a claim with the Special Masters.

**Summary:**

| | |
|---|---|
| Claims dismissed for lack of jurisdiction after March 23, 2010 order | 90 |
| Claims set for hearing on allegations of non-compliance or retaliation | 16 |
| Claims set for hearing on initial allegations of disability | 3 |
| Claims set for hearing after remand from Judge Kane | 1 |
| Claims dismissed *sua sponte* as second or third claims since 3/23/10 | 79 |
| X-file claims dismissed *sua sponte* since 3/23/10 | 62 |
| X-file claims awaiting further documents | 18 |
| X-file claims awaiting responses to orders to show cause | 22 |
| X-file claims in which Defendants have been given opportunity to object | 53 |
| Claims pending determination of status and viability: | 3 |
| | |
| TOTAL CLAIMS DISMISSED AS RESULT OF MARCH 23 ORDER: | 90 |
| TOTAL CLAIMS DISMISSED *SUA SPONTE* SINCE MARCH 23: | 141 |
| TOTAL CLAIMS REMAINING OPEN: | 116 |

**Claims Scheduled for Hearing**:

| Claim # | Claimant | Hearing Date |
|---|---|---|
| 02-204 | Robert Jones | Hearing set for November 15, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 02-524 | Philip Andrade | Hearing set for November 15, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 03-135 | Mark Johnson | Hearing set for September 20, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 03-138 | Kevin Mark Bretz | Hearing set for September 27, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 03-194 | Hector Martinez-Jimenez | Hearing set for October 25, 2010. Claimant alleges alleges final order not being followed by DOC staff and continued pattern of discrimination. |
| 03-276 | Michael Tivis | Hearing set for October 4, 2010. Claimant alleges retaliation and failure to follow final order. |
| 03-294 | Jackie Carr | Hearing set for September 27, 2010. Claimant alleges failure of DOC to comply with final order. |
| 03-321 | Jeffrey Harris | Hearing date set for October 4, 2010. Claimant alleges final order not being complied with by DOC staff. |
| 03-328 | Henry Tafoya | Hearing set for September 7, 2010. Claimant alleges that DOC staff have not complied with final order of Special Master. |
| 03-334 | Marty Bueno | Hearing set for September 7, 2010. Claimant alleges CDOC not complying with final order. |
| 03-335 | Keith Schwinaman | Hearing set for September 7, 2010. Claimant alleges that DOC has not complied with final order. |
| 03-336 | Gerry K. Kelly | Hearing set for September 27, 2010. Claimant alleges failure to comply with final order by DOC staff. |
| 03-350 | Charles Stroud | Hearing set for September 20, 2010. Claimant alleges CDOC has not complied with final order. |
| 03-412 | Donald Revere | Hearing set for September 7, 2010. Claimant alleges DOC has not complied with final order. |
| 03-427 | Angela Thomas | Hearing set for September 20, 2010. Claimant alleges non-compliance with final order. |

| Claim # | Claimant | Hearing Date |
|---------|----------|--------------|
| 03-465 | Allen Fistell | Hearing set for September 8, 2010. Claimant and class counsel allege DOC has not complied with final order. |
| 03-479 | Eldridge Griffin | Hearing set for November 1, 2010. This is initial hearing on this claim. |
| 03-480 | Daniel Hartley | Hearing set for September 8, 2010. This is initial hearing on claim. Claimant presented sufficient basis to allow processing to continue despite Defendant's objections. |
| 03-481 | Gustavo Osuna | Hearing set for October 4, 2010. Initial hearing to be held on claim in light of remand. |
| 03-482 | Richard Rice | Hearing set for September 8, 2010. This is initial hearing on claim. Claimant presented sufficient basis to allow processing to continue despite Defendant's objections. |

**Second or Third Claims Dismissed *Sua Sponte*:**

Following the issuance of the March 23, 2010 order, the following individuals filed a second or third claim, even though a previous claim had been filed and adjudicated by the Special Masters. All second or third claims have been dismissed *sua sponte*.

| Claim # | Claimant | Date Dismissed |
|---------|----------|----------------|
| 01-001 | Brian Anderson | 5/7/10 |
| 01-017 | Robert Brantner | 5/14/10 |
| 01-020 | Terry Benavidez | 5/7/10 |
| 01-044 | Melinda Martinez | 5/7/10 |
| 01-050 | Robert Juarez | 5/14/10 |
| 01-078 | Mark Ellis | 5/21/10 |
| 01-197 | Daniel Martinez | 4/23/10 |
| 01-200 | Michael Edmond | 5/14/10 |
| 02-054 | Jeremy Ruybal | 5/7/10 |
| 02-072 | Wayne Sloan | 5/14/10 |
| 02-104 | Kenneth Jackson | 5/7/10 |
| 02-124 | Donald Hunt | 5/7/10 |
| 02-126 | Pete Maestas | 5/7/10 |
| 02-147 | William Redding | 5/7/10 |
| 02-163 | Joseph Alires | 5/14/10 |

| Claim # | Claimant | Date Dismissed |
|---|---|---|
| 02-172 | Michael Southern | 5/28/10 |
| 02-182 | Troy Moore | 5/14/10 |
| 02-271 | Michael Windsor | 4/9/10 |
| 02-272 | Kai Christman | 5/28/10 |
| 02-301 | Terence Blount | 5/14/10 |
| 02-379 | George Murphy | 5/28/10 |
| 02-497 | Dorothy Soto | 5/7/10 |
| 02-525 | Susan Beemer | 4/23/10 |
| 02-568 | Mary Kay Condit | 5/14/10 |
| 02-610 | Douglas Crawford | 5/14/10 |
| 02-718 | Stephen Grace | 4/9/10 |
| 02-726 | Franklin Kemp | 5/28/10 |
| 02-732 | Craig Ralston | 5/7/10 |
| 02-742 | Michael Mulligan | 5/23/10 |
| 02-803 | Kenneth Armbeck | 5/7/10 |
| 02-838 | Robert O'Dell | 5/21/10 |
| 02-875 | Terry Jones | 5/7/10 |
| 02-880 | Gilroy Vasquez | 5/7/10 |
| 02-884 | Allen Spencer | 5/21/10 |
| 02-914 | Asa Meek | 5/7/10 |
| 03-007 | Timothy Moses | 5/7/10 |
| 03-009 | Seth Reed | 5/28/10 |
| 03-033 | Steve Garcia | 5/7/10 |
| 03-040 | Leroy Baker | 5/21/10 |
| 03-052 | Marvin Jenkins | 5/28/10 |
| 03-060 | Alan Mount | 5/7/10 |
| 03-082 | Arthur Montoya | 5/21/10 |
| 03-131 | Martha Sharp | 5/7/10 |
| 03-149 | Charles Parrish | 5/21/10 |
| 03-151 | James Ross | 5/21/10 |
| 03-155 | James O'Banion | 5/21/10 |
| 03-157 | Thomas Snyder | 5/14/10 |
| 03-162 | Robert Schwartz | 6/4/10 |
| 03-167 | Sue Williams | 5/28/10 |
| 03-171 | Paul Martinez | 4/23/10 |
| 03-173 | Wellman Gibson | 5/21/10 |
| 03-189 | David Martinez | 5/7/10 |
| 03-205 | Maurice Juranek | 5/28/10 |
| 03-211 | Matthew Mounts | 4/23/10 |
| 03-215 | Gordon Reuell | 5/21/10 |
| 03-237 | David Doremus | 5/7/10 |

| Claim # | Claimant | Date Dismissed |
|---|---|---|
| 03-239 | Leonard Rogers | 5/7/10 |
| 03-244 | John Claice | 5/21/10 |
| 03-273 | David Mares | 6/4/10 |
| 03-281 | Alice Randle | 5/7/10 |
| 03-286 | Frederick Porter | 5/14/10 |
| 03-320 | Walter Price | 5/7/10 |
| 03-339 | Joseph Olmedo | 5/28/10 |
| 03-356 | Justin Goetz | 5/28/10 |
| 03-363 | James Henderson | 5/7/10 |
| 03-377 | Ronald Cordova | 5/7/10 |
| 03-387 | James Sibert | 5/14/10 |
| 03-404 | Marcus Fowler | 5/14/10 |
| 03-426 | Zina Jones | 4/30/10 |
| 03-428 | Gregg Johnston | 5/21/10 |
| 03-437 | John Hammond | 4/23/10 |
| 03-438 | Albert Abeyta | 4/23/10 |
| 03-441 | Ethel White | 4/30/10 |
| 03-444 | Robert Whitaker | 5/21/10 |
| 03-448 | George Marin | 5/21/10 |
| 03-449 | Miguel Rodriguez | 5/14/10 |
| 03-451 | Clinton Baskall | 5/21/10 |
| 03-461 | Robert Balukas | 5/14/10 |
| 03-463 | Dean Gates | 5/7/10 |

**X-File Claims Dismissed *Sua Sponte*:**

These claims were received after the issuance of the March 23, 2010 order. Most of the claims arrived after the mass mailing by class counsel. A total of 129 new first-time claims have been received since March 23, 2010.

| Claim # | Claimant | Date Dismissed |
|---|---|---|
| X-025 | Kristen Peterson | 6/11/10 |
| X-278 | Jeffrey McIntyre | 5/28/10 |
| X-283 | Robert Landrum | 5/21/10 |
| X-292 | James Hunt | 5/7/10 |
| X-301 | Eric Robert | 6/4/10 |
| X-311 | David Watts | 5/21/10 |
| X-316 | Edward Spohr | 4/16/10 |
| X-323 | Tiffani Anderson | 5/21/10 |
| X-326 | John Garcia | 5/28/10 |

| Claim # | Claimant | Date Dismissed |
|---|---|---|
| X-333 | David Aragon | 5/7/10 |
| X-361 | Joshua Maes | 5/28/10 |
| X-370 | James Bertolo | 5/7/10 |
| X-381 | Thomas Tillery | 4/2/10 |
| X-388 | Mario Primaveri | 5/14/10 |
| X-391 | John Johnson | 4/2/10 |
| X-393 | Mark Hanson | 4/23/10 |
| X-397 | John O'Hara | 4/23/10 |
| X-399 | Edward Herrera | 6/4/10 |
| X-402 | Ira Roberts | 4/23/10 |
| X-406 | Frank Harper | 4/23/10 |
| X-407 | Kenneth Meadows | 4/23/10 |
| X-408 | Kelly Phillips | 4/23/10 |
| X-409 | Crystal Sierra-Garcia | 4/23/10 |
| X-411 | Andrew Greek | 5/7/10 |
| X-413 | Jefferson Owings | 5/7/10 |
| X-415 | Santos Torres | 5/19/10 |
| X-416 | Cheryl Trumbo | 5/14/10 |
| X-417 | Solomon Vigil | 5/14/10 |
| X-418 | Pamela Wherry | 5/14/10 |
| X-425 | Felix Jaquez | 5/14/10 |
| X-426 | Blane Marshall | 5/14/10 |
| X-433 | Edward Rodriguez | 5/14/10 |
| X-438 | James Sardakowski | 5/14/10 |
| X-441 | Anthony Wright | 5/14/10 |
| X-443 | Phillip Greening | 5/14/10 |
| X-445 | Robert Peterson | 5/14/10 |
| X-448 | Maria Lovato | 5/14/10 |
| X-449 | Miguel Rodriguez | 5/14/10 |
| X-451 | Mark Corzine | 5/14/10 |
| X-453 | Christopher Edwards | 5/14/10 |
| X-463 | Gardner Woodward | 5/28/10 |
| X-464 | William Black | 5/14/10 |
| X-466 | Rowdy Hickman | 5/14/10 |
| X-467 | Wade Holland | 5/14/10 |
| X-472 | Alfredo Barajas | 5/28/10 |
| X-475 | Thomas Johnson | 5/28/10 |
| X-478 | James Morgan | 5/28/10 |
| X-487 | Joseph Ellsworth | 5/28/10 |
| X-493 | Jose Zazueta | 5/28/10 |
| X-495 | Charles Robinson | 5/28/10 |

| Claim # | Claimant | Date Dismissed |
|---|---|---|
| X-497 | Antonio Stancil | 5/28/10 |
| X-498 | Michael LaJeunesse | 5/28/10 |
| X-499 | Chris Martinez | 5/28/10 |
| X-500 | Michael Garnett | 6/4/10 |
| X-505 | Albert Valenzuela | 5/28/10 |
| X-509 | Richard Powell | 5/28/10 |
| X-513 | Dwayne Gregory | 6/4/10 |
| X-514 | Brice Thompson | 6/4/10 |
| X-518 | Terrence Redwine | 6/4/10 |
| X-519 | Isaac Garcia | 6/11/10 |
| X-520 | Farest Logan | 6/11/10 |
| X-521 | John DePue | 6/11/10 |

**Claims to be Processed**:

These claims have been filed by individuals who were in DOC custody on or before August 27, 2003. On claims that have raised a non-frivolous reason for late filing, Defendants have been granted the opportunity to file an objection to processing of the claim. This is pursuant to Judge Kane's order of September 1, 2009. In light of the compliance hearing, the first objections are not due from Defendants until mid-August, 2010.

| Claim # | Claimant | Next action on claim |
|---|---|---|
| 02-254 | David Hall | Awaiting further documents from Claimant |
| 02-600 | Arthur Santistevan | Order to show cause issued to Claimant |
| 03-129 | Jill Coit | Order to show cause issued to Claimant |
| 03-168 | Cornelius Williams | Defendants granted time to file objection |
| 03-217 | Willie Montoya | Awaiting further documents from Claimant |
| 03-325 | Tom Wilsey | Awaiting further documents from Claimant |
| 03-332 | Matthew Archuleta | Order to show cause issued to Claimant |
| 03-344 | Jay Bailey | Order to show cause issued to Claimant |
| 03-419 | William Cokley | Order to show cause issued to Claimant |
| 03-470 | John Mosier | Order to show cause issued to Claimant |
| X-184 | Charles Armstrong | Order to show cause issued to Claimant |
| X-389 | Robert Riplie | Defendants granted time to file objection |
| X-395 | Perfecto Bernal | Defendants granted time to file objection |
| X-396 | Roger L. Dixon | Defendants granted time to file objection |
| X-398 | Michael R. Cabral | Defendants granted time to file objection |
| X-400 | Larry Morris | Defendants granted time to file objection |
| X-401 | James Rivera | Order to show cause issued to Claimant |
| X-403 | Steve Watson | Defendants granted time to file objection |

| Claim # | Claimant | Next action on claim |
|---|---|---|
| X-404 | Twyla Wilkerson | Defendants granted time to file objection |
| X-405 | Jose Fernandez | Defendants granted time to file objection |
| X-410 | Elaine Chavez | Defendants granted time to file objection |
| X-412 | Daryl Martin | Defendants granted time to file objection |
| X-414 | Joseph Perez | Defendants granted time to file objection |
| X-419 | Arden Pierre | Order to show cause issued to Claimant |
| X-420 | Lynn Scott | Defendants granted time to file objection |
| X-421 | Chris Williamson | Defendants granted time to file objection |
| X-422 | Robert Baillie | Defendants granted time to file objection |
| X-423 | William Baxter | Defendants granted time to file objection |
| X-424 | Robert Gallegos | Order to show cause issued to Claimant |
| X-427 | Robert Meyers | Defendants granted time to file objection |
| X-428 | Dennis Harper | Defendants granted time to file objection |
| X-429 | Albino Montoya | Defendants granted time to file objection |
| X-430 | Ralph Mooney | Defendants granted time to file objection |
| X-431 | Keith Morris | Defendants granted time to file objection |
| X-432 | Jeffrey Phillips | Order to show cause issued to Claimant |
| X-434 | Vu Tran | Defendants granted time to file objection |
| X-435 | George Espinal | Order to show cause issued to Claimant |
| X-436 | Danny Martinez | Defendants granted time to file objection |
| X-437 | Ross Morales | Order to show cause issued to Claimant |
| X-439 | Richard Trujillo | Defendants granted time to file objection |
| X-440 | Edward Williams | Awaiting further documents from Claimant |
| X-442 | Jason Conklin | Order to show cause issued to Claimant |
| X-444 | Gilbert Pacheco | Awaiting further documents from Claimant |
| X-446 | Albert Garza | Defendants granted time to file objection |
| X-447 | Lloyd Laxson | Defendants granted time to file objection |
| X-450 | Wayne Brunsilius | Defendants granted time to file objection |
| X-452 | Joseph Dreismeier | Defendants granted time to file objection |
| X-454 | Clovis Green | Order to show cause issued to Claimant |
| X-455 | Rodney Harless | Defendants granted time to file objection |
| X-456 | Jefferie Hocker | Defendants granted time to file objection |
| X-457 | Cordell Johnson | Defendants granted time to file objection |
| X-458 | Tony Million | Defendants granted time to file objection |
| X-459 | Algernon Nash | Defendants granted time to file objection |
| X-460 | Johnny Ornelas | Order to show cause issued to Claimant |
| X-461 | Donnie Russell | Defendants granted time to file objection |
| X-462 | Dale Wagenman | Awaiting further documents from Claimant |
| X-465 | Jessie Candie | Order to show cause issued to Claimant |
| X-468 | James Hunn | Awaiting further documents from Claimant |
| X-469 | Thomas Maddock | Defendants granted time to file objection |

| Claim # | Claimant | Next action on claim |
|---|---|---|
| X-470 | Charles Stout | Order to show cause issued to Claimant |
| X-471 | Robert Bacca | Defendants granted time to file objection |
| X-473 | Charles Burgess | Awaiting further documents from Claimant |
| X-474 | David Helton | Defendants granted time to file objection |
| X-476 | Fred Lucero | Defendants granted time to file objection |
| X-477 | Ralph Martinez | Defendants granted time to file objection |
| X-479 | Joseph Pena | Awaiting further documents from Claimant |
| X-480 | Celestino Quintana | Defendants granted time to file objection |
| X-481 | Jesse Roberts | Defendants granted time to file objection |
| X-482 | Anthony Sanchez | Defendants granted time to file objection |
| X-483 | Oliver Shaw | Defendants granted time to file objection |
| X-484 | Richard Sigala | Awaiting further documents from Claimant |
| X-485 | Robert Venne | Awaiting further documents from Claimant |
| X-486 | Lankford Wells | Defendants granted time to file objection |
| X-488 | Clyde Johnson | Awaiting further documents from Claimant |
| X-489 | William Coney | Order to show cause issued to Claimant |
| X-491 | Joseph Thomas | Defendants granted time to file objection |
| X-492 | Robert Ramirez | Defendants granted time to file objection |
| X-494 | Connie Powell | Order to show cause issued to Claimant |
| X-496 | Vincent Saldana | Defendants granted time to file objection |
| X-497 | Antonio Stancil | Awaiting further documents from Claimant |
| X-501 | Joe Landers | Defendants granted time to file objection |
| X-502 | D. Monroy Loera | Defendants granted time to file objection |
| X-503 | Joseph Ortega | Awaiting further documents from Claimant |
| X-504 | Daniel Saldivar | Order to show cause issued to Claimant |
| X-506 | Mike Schwirzinski | Defendants granted time to file objection |
| X-508 | Donald Mares | Defendants granted time to file objection |
| X-510 | Joseph Garcia | Order to show cause issued to Claimant |
| X-511 | Manuel Motta | Defendants granted time to file objection |
| X-512 | Ned Pace | Defendants granted time to file objection |
| X-515 | John Swiger | Awaiting further documents from Claimant |
| X-516 | Patrick Murphy | Defendants granted time to file objection |
| X-517 | David Davis | Defendants granted time to file objection |
| X-522 | Bradley Broswick | Awaiting review by Special Master |
| X-523 | Donald DeSalvo | Order to show cause issued to Claimant |
| X-524 | Raymond Salazar | Order to show cause issued to Claimant |

IT IS HEREBY ORDERED that this Report be filed with the Court reflecting the status of open claims that are pending before the Special Masters as of June 25, 2010.

SIGNED this 25th day of June, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master

Bruce D. Pringle
Special Master

Richard C. Davidson
Special Master