# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  June 25, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,

    Paula D. Greisen
    Jennifer Wardner Riddle
    Edward T. Ramey
    Blain D. Myhre
    Lara E. Marks

    Plaintiffs,

v.

BILL OWENS, et al.,

    Elizabeth H. McCann
    James X. Quinn
    Berina Ibrisagic

    Defendants.

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Thirteen

**9:12 a.m.    Court in session.**

Counsel and parties present.

Discussion regarding remaining witness and trial schedule.

9:17 a.m.    Witness, Ms. Holst, resumes the stand.
               Continued cross examination by Ms. McCann.

**Any questions and answers to the questions, or any reference regarding the inmate in protective custody, and the exhibits, will be SEALED.**

**Defendants exhibit I-8 offered and admitted.**

9:54 a.m.    Continued cross examination by Ms. McCann.

**Defendants exhibit M-8 offered and admitted.**

*92-cv-00870-JLK*
*Trial to Court Day 13*
*June 25, 2010*

| | |
|---|---|
| 9:59 a.m. | Continued cross examination by Ms. McCann. |

**Defendants exhibit O-8, P-8, and Q-8 offered and admitted.**

**10:18 a.m.**     **Court in recess.**

**10:50 a.m.**     **Court in session.**

10:51 a.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit U-8 offered and admitted.**

Objection regarding 2nd page of defendants exhibit S-8.

**Defendants exhibit S-8 is admitted, with the exception of the 2nd page which is withdrawn.**

11:04 a.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit Z-8, Y-8, X-8, and W-8 offered and admitted.**

11:12 a.m.     Continued cross examination by Ms. McCann.

11:23 a.m.     Redirect examination begins by Ms. Greisen.

**12:02 p.m.**     **Court in recess.**

**1:33 p.m.**     **Court in session.**

1:34 p.m.     Plaintiffs adverse witness, Paul Engstrom, called and sworn.
              Direct examination begins by Mr. Ramey.

**3:16 p.m.**     **Court in recess.**

**3:45 p.m.**     **Court in session.**

**Plaintiffs exhibit 357 offered and admitted.**

3:46 p.m.     Cross and direct examination begins by Ms. McClain.

**Defendants exhibits R and S offered and admitted.**

3:56 p.m.     Continued cross and direct examination by Ms. McClain.

2


*92-cv-00870-JLK*
*Trial to Court Day 13*
*June 25, 2010*

**Defendants exhibits S-3 and V-3 offered and admitted.**

4:11 p.m.     Continued cross and direct examination by Ms. McClain.

**Defendants exhibit J-11 offered and admitted.**

4:15 p.m.     Continued cross and direct examination by Ms. McClain.

**Defendants exhibit U-3 offered and admitted.**

4:20 p.m.     Redirect examination by Mr. Ramey.

4:31 p.m.     Further examination by Ms. McCann.

**4:32 p.m.     Court in recess.**
Hearing continued.
Total time - 4 hours 48 minutes.