# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 25, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## **AMENDED COURTROOM MINUTES**

Compliance Hearing -Trial to Court - Day Thirteen

**9:12 a.m.     Court in session.**

Counsel and parties present.

Discussion regarding remaining witness and trial schedule.

9:17 a.m.     Witness, Ms. Holst, resumes the stand.
                      Continued cross examination by Ms. McCann.

**Any questions and answers to the questions, or any reference regarding the inmate in protective custody, and the exhibits, will be SEALED.**

**Defendants exhibit I-8 offered and admitted.**

9:54 a.m.     Continued cross examination by Ms. McCann.

**Defendants exhibit M-8 offered and admitted.**

...

*92-cv-00870-JLK*
*Trial to Court Day 13*
*June 25, 2010*

| | |
|---|---|
| 9:59 a.m. | Continued cross examination by Ms. McCann. |

**Defendants exhibit O-8, P-8, and Q-8 offered and admitted.**

**10:18 a.m.    Court in recess.**

**10:50 a.m.    Court in session.**

10:51 a.m.    Continued cross examination by Ms. McCann.

**Defendants exhibit S-8 offered and admitted.**

Objection regarding 2nd page of defendants exhibit U-8.

**Defendants exhibit U-8 is admitted, with the exception of the 2nd page which is withdrawn.**

11:04 a.m.    Continued cross examination by Ms. McCann.

**Defendants exhibit Z-8, Y-8, X-8, and W-8 offered and admitted.**

11:12 a.m.    Continued cross examination by Ms. McCann.

11:23 a.m.    Redirect examination begins by Ms. Greisen.

**12:02 p.m.    Court in recess.**

**1:33 p.m.    Court in session.**

1:34 p.m.    Plaintiffs adverse witness, Paul Engstrom, called and sworn.
             Direct examination begins by Mr. Ramey.

**3:16 p.m.    Court in recess.**

**3:45 p.m.    Court in session.**

**Plaintiffs exhibit 357 offered and admitted.**

3:46 p.m.    Cross and direct examination begins by Ms. McClain.

**Defendants exhibits R and S offered and admitted.**

3:56 p.m.    Continued cross and direct examination by Ms. McClain.

2

*92-cv-00870-JLK*
*Trial to Court Day 13*
*June 25, 2010*

**Defendants exhibits S-3 and V-3 offered and admitted.**

4:11 p.m.      Continued cross and direct examination by Ms. McClain.

**Defendants exhibit J-11 offered and admitted.**

4:15 p.m.      Continued cross and direct examination by Ms. McClain.

**Defendants exhibit U-3 offered and admitted.**

4:20 p.m.      Redirect examination by Mr. Ramey.

4:31 p.m.      Further examination by Ms. McCann.

**4:32 p.m.      Court in recess.**
Hearing continued.
Total time - 4 hours 48 minutes.