# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 28, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Fourteen

**9:13 a.m.    Court in session.**

Counsel and parties present.

Discussion regarding remaining witness and trial schedule.

9:17 a.m.    Witness, Ms. Holst, resumes the stand.
             Rebuttal examination by Mr. Ramey.

**Plaintiffs exhibits 36 and 667 offered.**

9:56 a.m.    Questions by Ms. McCann.

**Plaintiffs exhibits 36 and 667 admitted.**

**10:02 a.m.    Court in recess.**

*92-cv-00870-JLK*
*Trial to Court Day 14*
*June 28, 2010*

**10:27 a.m.   Court in session.**

10:28 a.m.   Plaintiffs witness, Linda L. Edwards, called and sworn.
             Direct examination begins by Ms. Greisen.

**Plaintiffs exhibits 561 and 562 offered and admitted.**

11:25 a.m.   Continued direct examination by Ms. Greisen.

**Plaintiffs exhibit 33 offered and admitted.**

11:37 a.m.   Continued direct examination by Ms. Greisen.

**12:03 p.m.   Court in recess.**

**1:29 p.m.   Court in session.**

Preliminary remarks by the Court regarding previous ORDER.

1:30 p.m.    Continued direct examination by Ms. Greisen.

**3:16 p.m.   Court in recess.**

**3:38 p.m.   Court in session.**

3:39 p.m.    Continued direct examination by Ms. Greisen.

4:03 p.m.    Cross examination by Mr. Quinn.

**4:31 p.m.   Court in recess.**
Hearing continued.
Total time - 5 hours 5 minutes.