**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK
Date: June 29, 2010

Deputy Clerk: Bernique Abiakam
Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,

Paula D. Greisen
Jennifer Wardner Riddle
Blain D. Myhre
Lara E. Marks

Plaintiffs,

v.

BILL OWENS, et al.,

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic

Defendants.

---

**COURTROOM MINUTES**

---

Compliance Hearing -Trial to Court - Day Fifteen

**9:12 a.m. Court in session.**

Counsel and parties present.

9:13 a.m. Witness, Ms. Edwards, resumes the stand.
Continued cross examination by Mr. Quinn.

**10:11 a.m. Court in recess.**

**10:39 a.m. Court in session.**

10:40 a.m. Continued cross examination by Mr. Quinn.

11:00 a.m. Redirect examination by Ms. Greisen.

11:28 a.m. Witness excused.

Comments and questions by the Court.

11:32 a.m. Plaintiffs witness, Larissa McClung, called and sworn. Direct examination begins by Ms. Riddle.

11:45 a.m. Ms. McClung is tendered as an expert in matters relating to ADA accommodations for work, education, independent living and her familiarity with the deaf culture and sign language.

Continued direct examination by Ms. Riddle.

**Plaintiffs exhibit 32 offered and admitted.**

11:49 a.m. Continued direct examination by Ms. Riddle.

**12:01 p.m. Court in recess.**

**1:27 p.m. Court in session.**

Continued direct examination by Ms. Riddle.

**Plaintiffs exhibits 485 and 486 offered and admitted.**

2:14 p.m. Cross examination begins by Ms. Ibrisagic.

**3:06 p.m. Court in recess.**

**3:24 p.m. Court in session.**

Continued cross examination by Ms. Ibrisagic.

**4:04 p.m. Court in recess.**
Hearing continued.
Total time - 4 hours 40 minutes.