### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: June 30, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing - Trial to Court - Day Sixteen

**9:02 a.m.      Court in session.**

Counsel and parties present.

9:08 a.m.     Plaintiffs witness, Robert A. Bardwell, called and sworn.
              Direct examination begins by Mr. Ramey.

9:14 a.m.     Voir dire by Ms. McCann.

9:20 a.m.     Dr. Robert A. Bardwell tendered and accepted as an expert in the area of statistics.

**Plaintiffs exhibits 675 and 676 offered and admitted.**

9:21 a.m.     Continued direct examination by Mr. Ramey.

9:56 a.m.     Cross examination begins by Ms. McCann.

*92-cv-00870-JLK*
*Trial to Court*
*June 30, 2010*

**10:23 a.m.     Court in recess.**

**10:45 a.m.     Court in session.**

10:46 a.m.     Continued cross examination by Ms. McCann.

10:58 a.m.     Redirect examination by Mr. Ramey.

Witness excused.

11:03 a.m.     Plaintiffs witness, Larissa McClung, resumes the stand.
                Continued cross examination by Ms. Ibrisagic.

**11:48 a.m.     Court in recess.**

**1:20 p.m.      Court in session.**

Discussion regarding remaining trial and witness schedule.

The Court advises counsel to meet and confer regarding additional dates needed to complete the trial.

1:34 p.m.      Continued cross examination by Ms. Ibrisagic.

**2:25 p.m.      Court in recess.**

**2:49 p.m.      Court in session.**

Continued cross examination by Ms. Ibrisagic.

**Defendants exhibits K-11, L-11, M-11, N-11, O-11, P-11, U-11, V-11, W-11, R-11, T-11, C-12, D-12, and E-12 offered and admitted.**

3:45 p.m.      Redirect examination by Ms. Riddle.

4:16 p.m.      The Court advises counsel regarding proper examination questions.

4:17 p.m.      Continued redirect examination by Ms. Riddle.

**4:38 p.m.      Court in recess.**
Hearing continued.
Total time - 5 hours 18 minutes.