## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: July 1, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Seventeen

**9:11 a.m.    Court in session.**

Counsel and parties present.

>   Plaintiffs witness, Larissa McClung, resumes the stand.
>   Continued redirect examination by Ms. Riddle.

**Plaintiffs exhibits 375, 582, 584, 660, and 484 offered and admitted.**

Witness excused.

9:42 a.m.    Witness, Ms. Holst, resumes the stand.
             Continued cross examination by Ms. Greisen.

**10:09 a.m.    Court in recess.**

**10:34 a.m.    Court in session.**

*92-cv-00870-JLK*
*Trial to Court Day 17*
*July 1, 2010*

Continued cross examination by Ms. Greisen.

**12:00 p.m.     Court in recess.**

**1:23 p.m.      Court in session.**

Continued cross examination by Ms. Greisen.

**3:12 p.m.      Court in recess.**

**3:35 p.m.      Court in session.**

Continued cross examination by Ms. Greisen.

4:11 p.m.      Discussion regarding remaining trial schedule.

**ORDERED:    Plaintiff shall provide an offer of proof on each of the two remaining witnesses, as specified.**

**ORDERED:    The current trial schedule will run thru July 9, 2010 and resume during the month of October.  Trial dates set July 26-30, 2010, are VACATED.**

4:15 p.m.      Continued cross examination by Ms. Greisen.

**Plaintiffs exhibits 559B, 241, 680, 681, 682, 279, 679, 677, 678, 673, and defendants exhibits I-3, K, I, V-10 and X-10 admitted.**

Objection by Ms. McCann.

Objections OVERRULED.

**Plaintiffs exhibits 559B, 241, 680, 681, 682, 279, 679, 677, 678, 673, and defendants exhibits I-3, K, I, V-10 and X-10 admitted.**

**4:33 p.m.      Court in recess.**
Hearing continued.
Total time - 5 hours 11 minutes.