# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: July 2, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Eighteen

**9:10 a.m.      Court in session.**

Counsel and parties present.

>   Witness, Ms. Holst, resumes the stand.
>   Continued cross examination by Ms. Greisen.

**10:16 a.m.     Court in recess.**

**10:41 a.m.     Court in session.**

10:42 a.m.     Continued cross examination by Ms. Greisen.

10:35 a.m.     Comments by the Court.

10:38 a.m.     Continued cross examination by Ms. Greisen.

**11:40 a.m.     Court in recess.**

*92-cv-00870-JLK*
*Trial to Court Day 18*
*July 2, 2010*

**1:24 p.m.**      **Court in session**.

Continued cross examination by Ms. Greisen.

**Plaintiffs exhibits 593, 646, 674, 236, and 596 offered and admitted.**

2:19 p.m.      Redirect examination by Ms. McCann.

3:03 p.m.      Discussion regarding trial schedule.

**3:05 p.m.**      **Court in recess.**

**3:26 p.m.**      **Court in session.**

3:27 p.m.      Summary by Ms. Riddle.

3:47 p.m.      Summary by Mr. Ramey.

3:55 p.m.      Summary by Ms. Greisen.

4:16 p.m.      Discussion regarding remaining trial schedule.

4:19 p.m.      Summary by Mr. Quinn.

**4:53 p.m.**      **Court in recess until Tuesday, July 6, 2010 at 9:00 a.m.**
Hearing continued.
Total time - 5 hours 13 minutes.