IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-488
Category: Untimely Filed Claim
Claimant: Clyde M. Johnson, #75352
Address of Claimant: CJC, 2739 East Las Vegas Street, Colorado Springs, CO 80906

_____

# ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant filed a letter that was treated as a new claim. Claimant was provided a revised claim form and information sheet. Claimant was granted up to and including June 21, 2010 in which to file a revised claim and any additional documents that he wished considered with his claim. Claimant has filed nothing further.

    Article XXXII of the Remedial Plan requires the filing of a claim form which provides information to determine if there is jurisdiction over the claim. Claimant has failed to file a revised claim. Therefore, there is no showing that jurisdiction exists. The letter of Claimant will be dismissed.

    IT IS HEREBY ORDERED that the letter of Clyde M. Johnson, being treated as a new claim, is dismissed, as Claimant failed to file revised claim form and failed to show that jurisdiction existed over his claim; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street,

Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 2nd day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master