**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  July 6, 2010                        Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,                     Paula D. Greisen
                                          Jennifer Wardner Riddle
                                          Edward T. Ramey
                                          Blain D. Myhre
                                          Lara E. Marks

     Plaintiffs,

v.

BILL OWENS, et al.,                       Elizabeth H. McCann
                                          James X. Quinn
                                          Berina Ibrisagic

     Defendants.

---

## COURTROOM MINUTES

---

Compliance Hearing -Trial to Court - Day Nineteen

**9:07 a.m.**　　**Court in session.**

Counsel and parties present.

Discussion regarding remaining trial and witness schedule.

9:10 a.m.　　Witness, Ms. Holst, resumes the stand.
　　　　　　　Continued redirect examination by Ms. McCann.

10:03 a.m.　　Witness excused.

10:04 a.m.　　Plaintiffs adverse witness, Ricky Gilmore, called and sworn.
　　　　　　　Direct examination begins by Mr. Ramey.

**10:16 a.m.**　　**Court in recess.**

**10:40 a.m.**　　**Court in session.**

*92-cv-00870-JLK*
*Trial to Court Day 19*
*July 6, 2010*

10:41 a.m.     Continued direct examination by Mr. Ramey.

**Plaintiffs exhibits 4 and 6 offered and admitted.**

11:28 a.m.     Cross examination begins by Ms. Ibrisagic.

Witness excused.

11:37 a.m.     Plaintiffs rests.

Discussion regarding Defendants request for "judgment of substantial compliance".

Comments by the Court.

After discussion, defendants counsel agree to submit a written pleading which provides evidence of substantial compliance, as specified.  Plaintiffs counsel will submit a response.

Discussion regarding defendants witnesses.

**11:42 a.m.     Court in recess.**

**1:24 p.m.     Court in session.**

1:25 p.m.     Defendants witness, Aristedes W. Zavaras, called and sworn.
                   Direct examination begins by Ms. McCann.

1:35 p.m.     Statement by Ms. Greisen

At the request of Ms. Greisen, defendants witness, Aristedes W. Zavaras, is excused but will resume the stand at a later time to begin examination.

Further discussion and noted objection by Ms. Greisen regarding change in Defendants' witness order.

**1:38 p.m.     Court in recess.**
*(Compliance Hearing - Bench Trial will resume tomorrow morning at 9:00 a.m.)*

Hearing continued.
Total time - 2 hours 25 minutes.