**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  July 7, 2010                                    Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,                              Paula D. Greisen
                                                              Jennifer Wardner Riddle
                                                              Blain D. Myhre
                                                              Lara E. Marks

      Plaintiffs,

v.

BILL OWENS, et al.,                                   Elizabeth H. McCann
                                                              James X. Quinn
                                                              Berina Ibrisagic

      Defendants.

---

## COURTROOM MINUTES

---

Compliance Hearing -Trial to Court - Day Twenty

**9:06 a.m.       Court in session.**

Counsel and parties present.

9:07 a.m.       Witness, Joan M. Shoemaker, called and sworn.
                      Direct examination begins by Ms. McCann.

Objection regarding admissibility of defendants' exhibit J-12.

OVERRULED.

9:24 a.m.       Continued direct examination by Ms. McCann.

**Defendants exhibits F-6, G-6, J-12, and K-12 offered and admitted.**

9:34 a.m.       Continued direct examination by Ms. McCann.

**10:05 a.m.     Court in recess.**

**10:27 a.m.     Court in session.**

*92-cv-00870-JLK*
*Trial to Court Day 20*
*July 7, 2010*

Continued direct examination by Ms. McCann.

Objection regarding admissibility of defendants' exhibit M-12.

OVERRULED.

11:23 a.m.    Continued direct examination by Ms. McCann.

11:29 a.m.    Questions by the Court.

11:31 p.m    Continued direct examination by Ms. McCann.

**12:02 p.m.    Court in recess.**

**1:23 p.m.    Court in session.**

**Defendants exhibits, Q-12, L-12, B-2, Y, Z, A-2, N-7, N-12, M-12, K-3, M-3, N-3, and B-4 offered.**

Objection to defendants' exhibits M-12 and N-12.

RULING RESERVED.

**ORDERED:   Plaintiffs' Oral Request To Have Underlying Documents of Defendants' Exhibits M-12 and N-12 Produced is GRANTED.**

**Defendants exhibits, Q-12, L-12, B-2, Y, Z, A-2, N-7, K-3, M-3, N-3, and B-4 admitted.**

1:27 p.m.    Continued direct examination by Ms. McCann.

Objection regarding admissibility of defendants' exhibit P-12.

SUSTAINED.

3:02 p.m.    Continued direct examination by Ms. McCann.

Objection regarding admissibility of defendants' exhibit O-12.

SUSTAINED.

3:11 p.m.    Continued direct examination by Ms. McCann.

**3:32 p.m.    Court in recess.**
Hearing continued.
Total time - 4 hours 43 minutes.