## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  July 8, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-One

**9:07 a.m.    Court in session.**

Counsel and parties present.

>    Witness, Joan M. Shoemaker, resumes the stand.
>    Continued direct examination by Ms. McCann.

10:19 a.m.    Questions by the Court.

**Defendants exhibits O-3, R-3, X-3, Y-3, Z-3, C-4, D-4, E-4, F-4, J-4, K-4, L-4, M-4, N-4, O-4, Q-4, R-4,S-4, T-4, U-4, V-4, L-5, H-6, I-6, J-6, M-7, P-3, Y, U-7, Q-11, D-5, W-3, L-8, K-8, N-8, D-8, N-3, O-5 and A-4 offered and admitted.**

**10:22 a.m.    Court in recess.**

**10:48 a.m.    Court in session.**

10:49 a.m.    Cross examination begins by Ms. Greisen.

*92-cv-00870-JLK*
*Trial to Court Day 21*
*July 8, 2010*

**11:59 a.m.**     **Court in recess.**

**1:24 p.m.**     **Court in session.**

1:25 p.m.     Continued cross examination by Ms. Greisen.

**3:09 p.m.**     **Court in recess.**

**3:34 p.m.**     **Court in session.**

Continued cross examination by Ms. Greisen.

Discussion regarding trial schedule.

**4:13 p.m.**     **Court in recess.**
Hearing continued.
Total time - 4 hours 50 minutes.