```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX029418
Cashier ID: sq
Transaction Date: 07/07/2010
Payer Name: COLORADO DEPT OF CORRECTIONS
-------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.70
-------------------------------------
CHECK
 Check/Money Order Num: 206855
 Amt Tendered: $2.70
-------------------------------------
Total Due:      $2.70
Total Tendered: $2.70
Change Amt:     $0.00

92-CV-870A
APPEAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```

08-1399