IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

---

Claim Number: 03-217
Category III
Claimant: Willie T. Montoya, #117764
Address of Claimant: 1370 S. Vrain Way, Denver, CO 80219

---

## FINAL ORDER OF SPECIAL MASTER

---

    THIS MATTER comes before the Special Master on the letter of Claimant. In that letter, Claimant alleged that he never received any correspondence from his parole officer advising him of the hearing date on his claim. Claimant has requested to re-open his claim.

    The Special Master issued an order granting time to Claimant to submit an affidavit and any additional documents he wished considered on his motion to re-open his claim. Despite being allowed up to and including June 28, 2010 in which to file his affidavit, Claimant has filed nothing further.

    Claimant has failed to provide sufficient information under oath or affirmation to allow the motion to be considered. Claimant exercised his right to previously file a claim. No basis has been presented to allow that claim to be re-opened.

    IT IS HEREBY ORDERED that the letter of William T. Montoya, being treated as a motion to re-open the claim, is denied; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but

said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 9th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master