IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-473
Category: Untimely Filed Claim
Claimant: Charles J.V. Burgess, #87781
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the revised claim form of V.B. Burgess. Claimant had been given up to and including June 21, 2010 in which to file his claim. Claimant did not file his claim until July 7, 2010. On July 2, 2010, the letter of Claimant, which was treated as a claim, was dismissed. Judge Kane's order set a cutoff for filing of claims. Claimant failed to make that cutoff and is precluded from pursuing his claim.

IT IS HEREBY ORDERED that the letter of Charles J.V. Burgess, being treated as a new claim, remains dismissed, as Claimant failed to file in a timely manner a revised claim form and failed to show that jurisdiction existed over his claim; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 9th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master