IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

───────────────────────────────────────

Claim Number X-515
Category: Untimely Filed Claim
Claimant: John R. Swiger, #90747
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

───────────────────────────────────────

## FINAL ORDER OF SPECIAL MASTER

───────────────────────────────────────

THIS MATTER came before the Special Master on the letter filed by Claimant. In the letter, dated April 29, 2010, Claimant requested help in obtaining medical and related care. Claimant did not submit at that time a claim form. A revised claim form and information sheet were sent to Claimant. He was granted up to and including June 28, 2010 in which to file a claim form. Nothing further has been filed.

This case was commenced in 1992 under the Americans with Disabilities Act and Rehabilitation Act. The general allegations were that DOC had many inmates who were disabled and who were being discriminated against because of those disabilities. On August 27, 2003, Judge Nottingham approved the Remedial Plan. That document is the written settlement agreement between counsel for the class and Defendants. Article XXXII of the Remedial Plan provides for a claim process for individuals who were in DOC custody on or before August 27, 2003 and were the victims of discrimination prohibited by the ADA and Rehabilitation Act on or before that date. In order to proceed with a claim, a claimant must show that there is jurisdiction over the claim. Nothing has been provided by Claimant to establish jurisdiction, as he has not answered the questions set forth in the revised claim form.

Claimant does retain the right to file his own lawsuit with the Court. Claimant may not pursue any claim for damages or file any motions for relief in this case because he was not in DOC custody on or before August 27, 2003. The Special Master has no discretion under Judge Kane's

order and must dismiss the letter of Claimant which will be treated as a claim.

IT IS HEREBY ORDERED that the letter of John R. Swiger, being treated as a new claim, is dismissed, as Claimant has failed to file a revised claim form and has failed to establish that the Court has jurisdiction over his claim; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 9th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master