FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 12 2010
GREGORY C. LANGHAM
CLERK

L. R. Moore 47702
Box 777 ~~Canon~~ CSP
Canon City, CO 81215

Case # 92-cv-00870-JLK
Dred Scott MONTEZ v. Bill RITTER

Judge J.L. Kane, et al
Imperial Clothing Div. (Dep't) (No Brainer)
U.S. Dist. Court
U.S. Courthouse, Denver 80294
8 VII 2010

Paula Greisen, et al
Krystal Nacht Attys
1670 York; Denver 80206

Uncle Potemkin's Resolution Center
7907 ~~Zenobia~~; Westminster 80030

Dear Wonderland Residents:

So far, the positive effects of Montez on me, and thus the prisoners in most need of relief, have been best described as written by Lewis Carroll. Or as provided by the Court for Dred Scott. Or what H.C. Anderson's Emperor wore. The weavers and tailors have been repeatedly paid, and the Emperor has yet to complain about ~~it~~

the clothes he has been told he (the court) is wearing. Time to stop letting the tailors of CDOC state who is wearing what an CDOC is not and won't be wearing these clothes. Nor will the Special Master Uncle Tom, nor Paula Greisen. For Krystal Nacht, the victims went unpaid while their ~~attorneys were paid~~ Gentile attorneys were paid. CDOC said I'd be paid 50⁰⁰ ~~for~~ LCF ~~has~~ Admin's harassment. I've not been paid, and now CDOC says their fingers were crossed. CDOC has said for a decade, they'd install a lower chin up bar in CSP. Then $10/mth til installed. Neither bar nor cash done. CSP stole my wheelchair — taken for "inspection", never returned. Replaced by a ~~far~~ cheaper one. CSP has admitted that I cannot walk yet says I'm not paralyzed, says my vision is ~~worse~~ simultaneously worse than 20/200 (tis the fact) and better than 20/60 (in their ANON Rx — easy to quote @ self-written fantasies lacking author's name). For years, I have ~~to~~ written

-3-

to all about the refusals of CDOC et al to provide ANY direct relief to me, despite promises and orders, for years. All I get are more excuses, even admissions boasting of staff perjury, praised for their lying by Special Master, and such with the acquiescence of Class Attorneys, who never have appeared at any of my Montez Hearings, but only on routine greetings only "drive by" "inter-views" as if glad handing preëmpted politicians Double Speaking to concerns of individualized mass constituents. Such executives already know their positions thus only feign accepting inputs from townhalls where they pretend to listen to individuals while herding same. They avoid hearings in which they might have to take sides permanently and without equivocation.

I have repeatedly Grieved. Not one honest Response. I skipped such for years as useless, then, recently,

began again. CSP Warden Sue Jones admits her staff has Responded to 9 without actually addressing ~~the~~ any grievances ~~within~~ in these complaints, some of which concern Montez Settlement/APA. She writes that, an CSP does not recognize Montez as applying to CSP, each Griever are too "frivolous" to merit answering versus a no answer due to ~~no data~~ Response mandated by Admin Regulation on Griever.

Such attitude, akin to the attitude toward voter rights laws in pre 1960s Jim Crow States, can not be negotiated away. Such professionals can not be expected to betray their professional deceits, their well honed Double Speak. Only by allowing plaintiffs to directly write their relief as it to be implemented by ~~them~~ plaintiffs should defendants be unable to raise meritorious objections.

to "just do it", to integrate versus continue to segregate, can this simple suit be solved after 20 yrs of excuses and needless delays that profit all, including Plaintiff Attys, except Plaintiffs who remain Invisible Men.

Warden Jones, on 2 July 2010 (delivered) gave me her "frivolous" letter, suggesting CSP would not even Respond to further Grieves from me. I clarified this in a Grieve written specifically to do so and sent to Law Library Xerox. I await copy. It says that Jones and staff, thru her letter, waive all Internal Relief Exhaustion Requirements, thus eliminating all legal need to first grieve a problem. Considering how CSP never addresses Grieves when Responding, the waiver is almost as certain as snow in winter. Copy enclosed if LL xeroxes w/o delay.

I have also complained to Cressen w/o reply, and to Court, re notices of current hearings.

-6-

as these seem to address no ~~other problems~~ actual ~~problems~~ relief, but only generate more excuses. And I requested, with approved forms, many Accomodations without getting any, not even ~~a~~ use of a broom to sweep under bunk or the ~~de~~ shower cleanser used in Day Hall Shower to remove scum from ~~In~~ Cell Shower which, thus ~~for~~, only allows use of orange peels ~~for this~~ - peels from trash and without staff approval. Thus even the easiest Accomodations, ~~oss~~ when requested by me, are ignored. Instead I was sent chair gloves altho no where to use these at CSP and I d/n ask for them. I'm sure someone profitted by so sending while 0 profit from giving me Ajax for shower.

Jesse Morter is as dead as Dred Scott, and his prime complaints remain ~~oss~~ as ~~desi~~ wrongly ignored and denied as Dred Scott's were by that ~~so~~ Opinion which at least said "Hell No" when equal justice requested.

-7-

As I've had 0 response re current hearings, I must assume they are designed to be as ineffective as all prior ones. In case I am as wrong as I hope I am, I ask to be shown that there is an actual, versus virtual, cloth in this case, beginning with payment of the $50.00 w/o further ado. This to be immediately followed by raising me to Level 6 without moving me from CSP, and with CSP replacing my seized electric typewriter and supplying me all CDOC blank forms I request so that I may fill out all paperwork properly, without the fabrications CDOC is so fond of. As All paperwork requires higher approval, usually done by rubber stamping, my writing would still be so subject.

Such would be akin to the relief that finally produced voting rights — self registration thru volunteer registrars that broke the century of much mouthed denials by professional registrars.

who created the problem. To expect those who have ~~made~~ founded their careers on denials to reverse denials ~~is fact~~ should be too fantastic to be ~~not~~ any part of a settlement yet that is exactly what has been done.

There ~~are~~ is no dispute on basic facts, nor on why relief has not occurred. The sole dispute is whether this Court has the will to provide relief — and thus end the problem or will it continue to allow those who have made careers from causing or furthering the problem ~~to continue to~~ ~~deny it at~~ be at the core of the problem.

Remove the Uncle Tom Special Master now — replace him with Plaintiffs and whomever they select that agrees to help them. Remove King & Greisen also. Allow ~~Pl. to~~ all Plaintiffs to write each other by CDOC Inter Facility Mail, as provided in ARs which CDOC rejects complying with. As Mail AR states, CDOC can copy all such

-2-

mail, provide that CDOC shall provide one free copy for every page read/copied by CDOC staff. EG staff makes a copy for CDOC and for prisoner simultaneously as CDOC does so by declaring, in AR, such letters "public" so it now will make them truly so by free prisoner copy.

This is a No Brainer Problem — one that most 3-d Graders can easily solve — except for the careerists. Remove them. Or admit you lack the desire to end the problem, much like Jim Crow States ~~so~~ Officials so lacked, even if only by refusing obvious relief. — R Moore

CC, as revoked to:
Addressees
Colo Atty General (Prison Litigation)
Coalition
Media
Prisoners if allowed at CSP
Encl: Waiver Grieve