In the U.S. District Court of Colorado

Civil 92-CV-870-JLK

Claim 02-129, -C-002

Jesse Montez, Class Member
Stephen Moore

vs

Bill Ritter

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 12 2010
GREGORY C. LANGHAM
CLERK

Supplement to Court + Defendants Denial of Disability by Administrative Methods of Discrimination by Cronic Arbitrary Denial of Disability Status, Total Non Compliance with A.D.A Law, Montez + own Regulations Knowing Obstruction of A.D.A Law.

Class Member Moore Request the Court Review the Following Exhibits to Systemic Denial of Disability Status, As 'Administrative' Means of Discrimination.

To 20-475 Vision, Left Eye Injury, 2 to 6 hours Daily Vision Duration Limitation by A.R 700y III K Montez Decision Part I, 42 USC 12102 (3)(2)(A) 12131(2) 12111(8), Exhibit 7-6-010 Letter to Holst

Grievance CSP 08/09 09/02, Grievance D-CS-07108-317,
Grievance D-CS-08-09-0519, Grievance D-CF 07108-297

True + Correct. 6th day of July 2010
By Stephen Moore
Stephen Moore 57331
Box 0777 C-5-14
Canon City Colo
81215

Certificate of Service.
True Copy Sent to Counsel of Record
Colo. Attorny Generals
1525 Sherman St
Denver Colo 80202


Kathy Hoist Atc.
Legal Services. 2862 S. Circle Lu 140
Colorado Springs Colo 80906-4195

REQUEST RESCREENED FOR VISION DISABILITY ON PROPER STANDARDS

Since 1998 you have refused to grant vision disability to 20-4.75 vision + existing left eye injury.

Now I have less than 2 hours daily reading vision 2 hours of 16 hours daily normal vision is 84% disability

I have less than 6 hours general distance vision 6 of 16 hours is 60% disability.

I have cronic debilitating pain. Too much vision reading or distance, causes pain. Blurred vision. Pain may be residual for 2 days after over use of simplest vision. Pain + physical limitation is part of disability. See Disability, Blacks Law Dictionary. Pain keeps me from doing legal or library.

My 20-4.75 vision + left eye injury, 2 to 6 hours daily vision is a Duration limitation. By your own Regulation A.R. 750 04 III K. "Significantly Restricted manner or duration" See 42 USC 12102 (2)(A)(2). Same as your Regulation

(1) "Nature + Severity" 20-4.75 vision & eye injury
(2) "Duration" 2 to 6 hours vision daily limitation
(3) "Permanant or long term impact" since 1998

Vision should be judged 'with or without' accommodation

(1)

C-002

of glasses montey at Part I AR 750-04(I) 42 USC 12102.(3)(2)(A).    12131(2)  12111(8). The glasses I have now Do nothing to lessen Duration limitation of 2 to 6 hr daily vision, injury + cronic pain.

By 7-31-02 optometry exam & most recent exams. correction to left eye injury is 20-20-10 to 10% impairment. By injury See P.D.R of opthamology Pg 68. Recent eye exam, left vision corrects to only 20-30. See Pg 398 'General opthamology' 10% impairment can be added for deformities of the eye or orbit" Self Reporting main indicator Green v Daly 414 F3d.645. 05.

By Law 5% impairment & Qualified. Winn v Dixie 907 F.Supp. 356. By Injury, 20-4.75 vision, debilitating pain. Duration limits of 2 to 6 hrs Daily vision without glasses I should have been found vision disabled. you found vision impaired 2-12-08 + Held A.D.A not Alert! to Being Regarded as disabled AR. 750-04 II(B)(3)

You have set Arbitrary Standards of 20-200 And 20-60 while Excluding 'Substantially Limited' by duration. By Pain, Injury without accomodation. Your Standards Are So Rigid. As most Disabled are no Qualified to Disabled to Function you use cronic Administrative methods' to Cronic Denial, + Obstruction of ADA process

7-6-10    /s/ Stephen Meell S7381

Stephen Meell S7381
Box 0277 C-5-14
Canon City Colo
81215

C-002

2

DC Form 850-04A (07/01/07)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Grievance Number: CRS08/09-62   STEP (Circle One) **1** 2 3   ADA? Yes ☐ No ☒

NAME: Stephen Moore   DOC NO. 57381   FACILITY CSP D-6 22

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: REQUEST OPTOMETRY EXAM. PER VISION IMPAIRED + LEFT EYE INJURY. The script changes every 6 to 9 months, now Moore in @ 30 minutes to 2 hours vision of reading Has Days of Cronic Pain, Reading Problems cause debilitation of 6 hours total daily vision.

PER CRONIC PAIN + DISABILITY REQUEST OPTOMETRY EXAM. By A.R. FS when needed per PA+ Nurses Have Set There own Whelms to Vision Care. By Denial of Exams + Results of Exams. Remedy Optometry Exam. Frame also Broke 10-28-08. Sign to Short Frem Issue. Broke Adjusting

DATE: 10-30-08   OFFENDER SIGNATURE: Stephen Moore

DATE RECEIVED:   RESPONDING DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE & ID

RESPONSE: Med - Lousberg

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical

| DATE: 10/31/08 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # L. Moore 3869 |

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

Page 1 of 1

EXB "A" C-002

RECEIVED NOV 03 2008

DC Form 850-04A (07/01/07)

B4-12

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R 10/26 S 12/3 KM

Grievance Number D-CS 07/08-315     STEP (Circle One) (1) 2 3     ADA? Yes X No ☐

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY CSP B-4-12 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. ~~CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;~~
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: Disability Review for A.D.A on Proper Standard. Moores A.D.A. Request was Denied on Claim Moores 20-500 Vision + Left Eye Injury Did Not Qualify Moore. By MontCz Facilities to Provide Comparable Services + Benefits.' + III B Disability is That Which Substantially Limits' By 7-9-07 Exam. Moores Vision 20-500 With Injury Orbital Blowout, Moores Vision Corrects. But He Has Constant Pain + 2-6 Hours Vision A Day. Moore Simply is Laid Up. By Vision Pain. + Eye Strain, Over Use of Vision Leads to Severe Blurring. The Exam is Questionable. By Claim Vision 20-500, Left Eye Injury, 'Then Malingering' With RX 20/50 30 on Entry to Exam to End Should See 20/25 With RX Tested at 20-40. This Borders Malpractice. The Med Record is Replete With Vision Problems 7-8-03 Debilitating Pain Severe Vision Problems' on 11-29-99 By Neufeld Vision Chronic' By Myopia ICD Code 367.1. Myopia. Moores By Kites, Grievances Law Suits, Med Record, Specialist Visits, Pain Killer for Vision Problem 1997 to 2007. Stopped As Ineffective. Review 20-500 Vision + Injury Under Correct Standard of Substantially Limited to Vision. Allow A.D.A. Disability. To Stop Discrimination

| DATE: 10-21-07 | OFFENDER SIGNATURE Stephen Moore, 57381 |
|---|---|
| DATE RECEIVED: 10/30/07 | RESPONDING DOC EMPLOYEE, CONTRACT WO Adrienne Jacobson |

RESPONSE

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

Step II Done 12-12-07

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Adrienne Jacobson 14011 |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: not completed by CM |
| DATE: 10-22-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # S.Moore S.Moore 8419 |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 12-12-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # RECEIVED Stephen Moore 57381 |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

OCT 30 2007
Office of Correctional Legal Services

11/19 CE - Disability
RECEIVED OCT 25 2007
Holst
C-002

DC Form 850-04A (12/01/08)

S2/27 KM
A 1/28

Second Step 2 - 1st one had no response on Step 1

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 1/21/09    Case Manager: C. Moore

Grievance Number D-CS08/09-0519    STEP (Circle One) 1 ② 3

NAME: STEPHEN MOORE    DOC NO. 57381    FACILITY/UNIT/POD: CSP B-6-22

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; REFUSE TO ANSWER STEP I
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: FIND VISION DISABILITY. DOC ADMITS MOORE IS VISION IMPAIRED. MOORE HAS 2 TO 6 HOURS TOTAL DAILY VISION WITH BIFOCALS 1 TO 4 HOURS TOTAL DAILY VISION WOULD ALSO BE ACCURATE. 1 HR READING 4 HOURS TOTAL VISION. HE HAS CONSTANT VISION PAIN. IS SUBSTANTIALLY LIMITED WITH GLASSES IN ALL VISION. BY LAW 42 USC 12111(8) AND MONTEZ STIPULATIONS. SHOULD BE REGARDED WITH OR WITHOUT GLASSES. THE LAW IS TO PEOPLE WHO CAN FUNCTION. NOT TOTAL INABILITY. KIRKINGBURG 119 SCT A 2169. MOORE IS SIGNIFICANTLY RESTRICTED LESS THAN 6 HOURS DAILY VISION TO DURATION. BURRELL 324 FSUP 2d 1090. MOORES VISION IS FAR FROM CORRECTED. HE LIES IN BED 20 HOURS A DAY BY VISION PAIN. BY ADA 12102[B IS TO EFFECTIVE METHODS OF VISUALLY DELIVED TO VISION IMPAIRED. BY ADA LAW 3 CRITERIA 12102.2 A SUBSTANTIALLY LIMIT MOORE HAS LESS THAN 6 HRS DAILY VISION WITH GLASSES NOT CORRECTED B RECORD OF BY VISION IMPAIRED AND ADA REQUEST C. REGARDED AS HAVING. DOC SEEN TO DELIBERATELY DENY DISABILITY. THUS FAILURE TO MAKE REASONABLE ACCOMODATION FIND DISABILITY IS DISCRIMINATION. FIND DISABILITY, ALLOW REQUEST ACCOMODATION

TO BE COMPLETED BY OFFENDER:
DATE: 1-18-09    OFFENDER SIGNATURE: Stephen Moore

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: JAN 28 2009    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Charmaine Ediger Charmaine Ediger 8098
Date ADA grievance sent to AIC: 1/30/09

**RESPONSE**

## SEE ATTACHED RESPONSE

Step III 3-8-09

TO BE COMPLETED BY RESPONDER:
DATE GRIEVANCE REC'D BY RESPONDER: 2/2/09    RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Anna Cooper #550 Anna Cooper    RESPONSE DATE: 2/24/09

TO BE COMPLETED BY OFFENDER:
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.    RECEIVED
DATE: 3-6-09    OFFENDER SIGNATURE/PRINT NAME & DOC #: Stephen Moore

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)    2/28 Cooper
2cc of dr    Attachment "A"    FEB 02 2009

Office of Correctional Legal Services

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:     719.226.4249



Grievance Officer

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to:         Step 2 ADA Grievance
From:                Gary Golder, Director of Prisons
Through:             Anna Cooper, Designee
Received Grievance:  2/2/2009
Sent Response:       2/24/2009
Offender Name:       MOORE, Stephen
DOC No:              #57381
Facility:            CSP
Case No.             D-CS08/09-0519

Offender Moore:

I received your ADA Step 2 grievance stating that your vision is far from corrected. The remedy you requested was that you be found to have a vision disability.

In review of this matter I find that you have been screened and the Chief Medical Officer determined you have a **VISION IMPAIRMENT** that is correctable by the use of **prescription corrective lenses.** Following a disability screening it has been determined that you do not have a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

It appears that the vision screening, conducted by competent medical staff, was appropriate. You do not meet the criteria for a qualifying vision disability and are not entitled to ADA accommodations. ADA Accommodations involve access to programs, benefits and services, not to specifics of corrective lenses. The findings and the opinion of DOC Medical and Mental Health staff, and the definitions of the disability requirements in the Remedial Plan, are not debatable.

Your Step 2 ADA Grievance #D-CS08/09-0519 is denied.

/amc
xc:  Medical/Mental Health
     Working File
     Department File
     Elec. File

C-002

DC Form 850-04A (07/01/07)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R45- 55/20KB

Grievance Number D-CF 07/08-297   STEP (Circle One) ①  2  3   ADA? Yes⊠ No ☐

NAME: Stephen Moore   DOC NO. 57381   FACILITY CCF C-1-11

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;   Moore omits specific statutory law
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;   citation, yet intent on devise +
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.   Non compliance with or without

Subject of Grievance and Requested Remedy: Deliberate obstruction of ADA. violating 42 USC 12188(1) Does not intend to comply. Moore by fact has 2-6 hrs a day total vision with correction. DOC has systematically denied ADA compliance. After 10 years grudgingly staying vision impaired, denying disability + accommodation. Despite 2-6 hr painful vision a day with glasses. Denied standard of care. Reading glasses, routine, basic, fitting prescribed for vision problems. Committed routinely from exams. 2-6 hr vision a day, bifocals severely exacerbated injury, reading much harder than general vision. Gone to extreme lengths to deny. Such as impairment only if 20-20°, "vision corrected" medically targeted to severe denial of ADA. Administrative methods, so much obstruction. Denial of recent step I grievance by rote arbitrary answer, refusal to answer any step II, various administrative policies, 1 pr glasses, bifocals only, medical exception to ADA compliance! This is systematic obstruction, jump through the hoop obstacle to all compliance. Moore has 2 hrs or less reading a day, debilitating pain, recent Rx care + Rx oni in past, denied. Refusal to allow DRS to Rx, diagnose + treat, or document problems. Now Moore with vision impairment 2-6 hr listen a day has no ADA protection, by non compliance. In a medical unit for mental problems. Is hesitant to file for disability, by noncompliance. Moore has not filed grievances or appeals in past ADA procedure by disability + futility. Now Moore needs reading glasses for upcoming legal work. Is denied equal protection by denial routine care. Follow ADA. Stop obstruction.

DATE: 4-11-08   OFFENDER SIGNATURE: Stephen Moore

DATE RECEIVED: 4/17/08   RESPONDING DOC EMPLOYEE, CONTRACT WORKER OR VOLUNTEER SIGNATURE (AND)

RESPONSE:

**SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
5-12-08

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: 5/12/08   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID#

RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability/Medical

DATE: 4-14-08   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID#   J. Holcomb 3770

RECEIPT: I acknowledge receipt this date of response from the Department of Corrections, to this grievance.

DATE: 5-21-08   OFFENDER SIGNATURE/PRINT NAME & DOC#  Stephen Moore 57381

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"   RECEIVED
Page 1 of 1
APR 17 2008
Office of Correction

RECEIVED APR 14 2008

C-002

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249



Office of ADA Inmate Coordinator (AIC)

Response to Step 1 ADA Grievance
From: Office of the ADA Inmate Coordinator, Cathie Holst (AIC)
     Through Adrienne Jacobson, Legal Assistant (signature)
Received Grievance: April 17, 2008
Sent Response: May __14__, 2008
Offender Name: MOORE, STEPHEN
DOC No: 57381
Facility: CCF
Grievance No: D-CF0708-297

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

**In the grievance referenced above, you allege the following:**

1. That despite determining you to be visually impaired, DOC is unwilling to accommodate your condition.

**Requested Relief/Remedy:**

1a. You request 2 pair of glasses because you claim that bi-focal glasses aggravate your eye injury.

**FOLLOWING A THOROUGH INVESTIGATION INTO YOUR ALLEGATIONS, I OFFER THE FOLLOWING EVIDENCE THAT WAS CONSIDERED IN REACHING A DECISION:**

1. To date, you have submitted at least 20 grievances and letters to this office with regard to your ADA screening originally conducted in July of 2007. You have made numerous allegations including; medical records tampering, denial of accommodation, medical malpractice and general incompetence on the part of the AIC staff and DOC medical staff.

2. Our office requested that a new ADA screening be conducted in order to ensure that the screening which took place in July of 2007 had not been done incorrectly or that your diagnosis had changed in some manner since that time.

3. The result of this additional screening was a finding of visual impairment requiring the use of bi-focal lenses **as prescribed by optometry.** Your accommodation resolution was revised and delivered to you as agreed in response to your grievance #D-CF0708-221.

**CONCLUSION:**

C-002

I have exhausted my remedial options on this issue. In my capacity as Americans with Disabilities Act (ADA) Inmate Coordinator (AIC), I am neither responsible for nor qualified to make recommendations related to your medical care. I cannot second-guess the professional medical opinions of providers at the facilities. My role is to address and resolve problems which impact the access of offenders with

DC Form 850-04A (12/01/08)

R3/10 **COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

No Mark

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 3/9/09    Case Manager: X Moore

Grievance Number D-CS 08/09-0519    STEP (Circle One) 1  2  ③

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY/UNIT/POD CSP D-6-12 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: FIND VISION DISABILITY, MEDICAL DECISIONS BY LAW 'DISABILITY + DURATION' ARE QUESTIONS OF LAW. DOEBELE V SPRINT 342 F3d 1117. 10th of

① MOORES VISION IS 20/50 20-4.50 WITH LEFT EYE INJURY THAT CONTROLS VISION. MOORE 4.75 1-29-09 Exam. PER MEDICAL FACT HAS 1 TO 2 hours DAILY READING + MOST 6 hours TOTAL VISION DAILY WITH glasses. BiFocals SEVERELY AGGRAVATE INJURY. READING MAIN PROBLEM. See EXHIBITS A+B.

② 1TO 4 hours Typical Daily VISION, WITH glasses IS 'DURATION' LIMITATION OF A.R. 750-04 III K 'SIGNIFICANTLY RESTRICTS, CONDITION, MANNER, OR DURATION' MOTTICKER 968 F.Supp.266 'DURATION' DOEBELE 342 1117.   42 USC 12102(2)(A) 1-3

③ By 3-24-1998 OPTOMETRY EXAM MOORES VISION 20/50 20/60, 20/60 IS CURRENT STANDARD FOR 20/70 DISABILITY. MOORE HAS BEEN DISABLED BY DURATION + 20/60 SINCE 3/1998

④ D.O.C. FOUND MOORE 'VISION IMPAIRED' 6-23-08 BY FACT AND LAW THUS FOUND DISABLED PER 42-USC-12102(2) B EFFECTIVE METHODS OF VISUALLY DELIVERED TO VISUALLY IMPAIRED Colo.CRS 24-34-801 1-3 VISION IMPAIRED ENTITLED FULL AND EQUAL ACCOMODATION

See Attached Pages

| TO BE COMPLETED BY OFFENDER: |
| DATE: 3-7-09    OFFENDER SIGNATURE Stephen moore |
| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability |
| DATE: Rec'd MAR 10 2009    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Collier Charmaine Collier 8098 |
| Date ADA grievance sent to AIC: |

RECEIVED
MAR 12 2009
Office of Correctional Legal Services

RESPONSE

Denial per Practice + Custom of Cronic obstructive Denial of Disability Status

Found Grievance ID# CS08/09/0520 "You WERE Found TO BE VISION DISABLED"

| TO BE COMPLETED BY RESPONDER |
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"

DiCesare 4/2/4

C-002

Pg 2  D-CS 08/09-0519

(5.) By Law Disability is a Question of Law. Doebele. 342 F3d 1117 "Nothing Requires Medical Testimony" Colwell 967 F. Supp 1419 158 F3d 635   Medical Diagnoses Insufficient By Varying Degrees of Symthoms Barnes 238 F. Supp 2d 1053.

(6) The Illness itself not impairment only Symptoms and Ramifications' Rodriguez 967 F.supp 653.

(7) Moore By 1 to 6 hours Total Daily Vision. Has Constant Severe Eye Strain. By Lies in Bed 10 hours a Day to "Duration" is "Substantially Limited" as Law says 42 USC 12102 (2) (A)  ① Nature & Severity
② Duration                              A.R 750-04 III K.
29 CFR. 630 2(J)(1) ii  ③ Permanent or Long Term Impact. And By AR 750-04 III K "Duration"
Disability is Solely By Plaintiffs Testimony Colwell 867 F supp 1419, 158 F3d 635  to 'Severely Restricted' McGeshick 357 F3d 1146.

(8.) Past Exams Based on Now Inapplicable 20-200 Vision Standard should be Disregarded, ① Steps I + II That Ignore Duration or 3/24-8) 20-60, should be Found Inaccurate

(9) DOC is Involved in Chronic ADA Violation By Refusal to Find Disability when Found Vision Impaired Thus Disabled. When Ignores Duration, When Claims That Medical Decisions are Unreviewable

(2)

C-002

Pg 2   D-CS-08-09-0519

By Rigid, Inflexible single standard criteria that favores established law and own regulation

(10)(10) DOC is useing "administrative methods" by denial of disability forcing prisoners to litigate each and every issue. To cronic denial violating 42 USC 12112

(B)(3) See Exibit A. 4-24-08 Request for accomodation to "duration 2-6 hr painful bad vision a day"

See Exibit B - to eye injury + limitations. By law moores 20-450 vision should be consider "with or without correction" 42 USC 12111(8) 12131(2) and AR 750-05 I "without mitigating measures" 12102(2)(A) + (B)(2)(A) To end debate and cronic obstruction

Self reporting of duration only indicator of problems 20-450 vision + injury cause

Self reporting Cooper. 97 F3d 914 Greeno 414 F3d 645

By "vision impaired" 20/60 in 3-24-98 exam + now old prescription reading is 20-60 or worse duration of 1 to 4 hours daily vision. By law + fact. Medical decision should be over turned and disability + accomodation allowed

Remedy Find disabled by law + fact. Issue accomodation award   3-7-09

Stephen Moore 57351
Box 0777 D-6-12
Canon City Colo
81245

C002

# REQUEST FOR ACCOMMODATION

**I. OFFENDER INFORMATION:** *(Please print)*

| Offender Name: | Stephen Moore | DOC #: | 57381 |
|---|---|---|---|
| Current Facility: | CCF/ OMF B2-9 CSP | Date: | 4-24-08 |

**II. CLAIMED DISABILITY:** *(Check all that apply)*

Mobility ____  Hearing ____  Other  X  Mental Illness
Vision  X    Diabetes ____

### III. ACCOMMODATION REQUESTED:

In accordance with the provisions of the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or be denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. You may use this form to request specific reasonable modifications or accommodations which, if granted, would enable you to participate in a service, activity, or program offered by the DOC in which you are otherwise qualified or eligible to participate. **Submit this completed form and ADA Medical Release to the ADA Inmate Coordinator (AIC) at the address at the bottom of this form.** 5TH REQUEST. GROSS CRONIC ADA OBSTRUCTION!!

*Answer all questions below. Be specific and brief. You may attach one additional page for explanation, if necessary.* DURATION LIMITATION. See GRIEVANCES, C.C. REFUSED ANSWER.

1. Describe your disability: VISION, 2-6 HOURS PAINFUL BAD VISION A DAY WITH GLASSES. CONSTANT PAIN. DEBILITATION BLURRED VISION, 20-4.75 WITH CONTROLLING LEFT EYE INJURY. BIFOCAL USE SEVERELY AGGRAVATES INJURY. MENTAL ON OTHER ADA FORM RECEIPTED 4-21-08 FILED

2. What information do you have to verify your disability? AMBULATORY, PAIN KELLGO 1997 TO 2007 SPECIALIST EXAM 9-1999, 12-2000, RECENT ADA EXAM. FOUND VISION IMPAIRED. INFORMATION GENERAL OPTHAMOLOGY TEXTBOOK IN GRIEVANCES, COURT RECORDS.

3. What major life activity is limited by your disability (e.g., moving, eating, seeing, hearing, breathing, dressing)? SEEING, READING LEGAL WORK, T.V. WORK, RECREATION, PROGRAMS PAROLE, PROGRESSION THROUGH AD SEG. INTERACTION VISION + MENTAL DISABILITIES

4. Have you been denied the ability to participate in a DOC job, program, or service due to a disability? Yes/ No. If yes, name the job, program, or service and provide a brief description of how you were denied: RELEGATED TO AD SEG. CSP FOR 11 YEARS, NO VIDEO PROGRAMS BY DEBILITATION, PROGRAMS AGGRAVATE PAIN DEBILITATION. DENIED PAROLE GOODTIME, LIMITED LAW LIBRARY, LIMITS SELF IMPROVEMENT.

5. Identify the modification or accommodation you need in order to participate in that job, program, or service or to perform major life activities: PRESCRIBED REPEATEDLY COMMON STANDARD OF CARE. READING GLASSES + DISTANCE, MEDICALLY UNASSIGNED + MOVE FROM CSP PER MONTEZ, LARGE SCREEN READER. LAMP

_____
Signature of Offender: Stephen Moore

*Return completed forms to: AIC, 2862 S. Circle Drive, Colorado Springs, CO 80906*

**Please note: DOC AR 300-38 IV-B-8-h. allows you to mail materials to the AIC office via inter-facility mail, free of cost.**

DC Form 850-04A (07/01/07) B4-12

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

R"4 S"/28KM
Grievance Number **DCS07/08-365**     STEP (Circle One) **1**, 2, 3     ADA ☑ Yes ☐ No

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY CSP B-4-12 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Remedy: PER MONTEZ ADA ACKNOWLEDGEMENT OF DEBILITATING INJURY. MOORE IN 92 HAD A BLOWN ORBITAL DESCRIBED HIS PAST OCULAR HX (HISTORY) IS SIGNIFICANT IN THAT IN 1992 HE SUFFERED A BLOW OUT FRACTURE TO HIS LEFT ORBIT. HE DID NOT HAVE ANY REPAIR AT THAT TIME" 9-30-99 SPECIALIST DR. SCHLOMER, STATE HOSPITAL, PER 20-500 VISION INJURY 7-9-07 EXAM 20-400 VISION IS 90% VISION LOSS TABLE I pg 398 GENERAL OPTHAMOLOGY (G.O) MYOPIA CRONIC 11-12-99 DR. ICD 367.1 7-31-00 OPTOMETRY EXAM 20-20-10 TO "PERMANANT DEFORMITIES OF THE ORBIT — CONSIDERED TO BE CAUSING WHOLE PERSON IMPAIRMENT AS HIGH AS 10%" pg 187 AAR OPTHAMOLOGY. TRAUMA CAN CAUSE VISION LOSS YEARS LATER pg 185, 200, 214 G.O. TO LATE EFFECTS OF TRAUMA + INJURY INTERVAL BETWEEN INJURY + PROBLEM OBSCURE THE ASSOCIATION pg 214, 216 GLAUCOMA SECONDARY TO INJURY 214 INTERVAL BETWEEN INJURY + GLAUCOMA OBSCURES ASSOCIATION 214-216 TRAUMA IS A COMMON CAUSE OF BLINDNESS, PATHOLOGICAL MYOPIA LEADING CAUSE OF BLINDNESS PER MYOPIA SUBJECTING TO HIGHER SUSCEPTIBILITY + DEGREE OF DEGENERATIVE CHANGES P.366 G.O. GOOD VISION RESULTS FROM A COMBINATION OF AN INTACT NEUROLOGICAL PATHWAY, A INTACT HEALTHY EYE STRUCTURE + PROPER FOCUS OF THE EYE = EYE LIDS NERVES, GLOBE EYE ACUITY, ORBIT STRUCTURE. MOORE PROBLEMS ALL 3 EYE GLOBE 20-500, ORBIT STRUCTURE INJURY, INJURY PRESSES OPTIC NERVES. BY PA TO MOORE ABNORMALITIES OF INTERCRANIAL VISUAL PATHWAYS USUALLY DISTURBS THE VISUAL FIELD MORE THAN CENTRAL VISION ACUITY Pg 27 INJURY OVER 20-50%, PHYSICAL FACT OF DISPLACEMENT. FINGER BETWEEN LEFT EYE (INJURED) + NOSE 1/2 TO 1 INCH MORE THAN RT. FINGER. EYE BROW RIDGE TO CHEEK BONE RIDGE. LEFT EYE RECEEDED, NOT CLOSE TO FINGER. EYE DIS- PLACED BACK, TO OUTSIDE. ACTUAL PULSE IN L. EYE, NOT IN R. CORRECTED PRE EYE EXAMS 12-96 20-25 3-95 20-60 8-94 10-30 7-07 20-30 INJURED EYE ALWAYS WEAKER THAN GOOD EYE. CASES VISION LOSS YEAR AFTER INJURY KOEL 85 F3d. 86 10-50 20-50 KERR 138 F3d 321 MIDEN 107 F3d 483. ACKNOWLEDGE INJURY + DISABILITY PER KNEE JERK DENIALS.

| DATE: 11-2-07 | OFFENDER SIGNATURE Stephen Moore B-4-12 |
|---|---|
| DATE RECEIVED: 11/19/07 | RESPONDING DOC EMPLOYEE, CONTRACT WORKER OR VOLUNTEER SIGNATURE/ID# 14299 |

RESPONSE: **SEE ATTACHED RESPONSE**

Cathie Holst, Manager
Office of Correctional Legal Services
AIC-ADA Inmate Coordinator
#1722

Cathie Holst
11-26-07

AR 850-04 3 A Each Grievance shall address only 1 problem or complaint + include description + relief.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| DATE: 11/26/07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability |
| DATE: 11-6-07 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| DATE: 11-30-07 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 57381 |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

NOV 19 2007
RECEIVED NOV 14 2007
Office of Correctional Legal Services

DC Form 850-04A (12/01/08)

5/27 KM
R/28

Second Step 2 + 1st one had no response on Step 1

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: 1/21/09   Case Manager: X Moore

Grievance Number D-CS08/09-0519   STEP (Circle One)  1  ②  3

| NAME STEPHEN MOORE | DOC NO. 57381 | FACILITY/UNIT/POD CSP D-6-22 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; REFUSE TO ANSWER STEP I
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: FIND VISION DISABILITY. DOC ADMITS MOORE IS VISION IMPAIRED. MOORE HAS 2 TO 6 HOURS TOTAL DAILY VISION WITH BIFOCALS 1 TO 4 HOURS TOTAL DAILY VISION WOULD ALSO BE ACCURATE. 1 HR READING 4 HOURS TOTAL VISION. HE HAS CONSTANT VISION PAIN. IS SUBSTANTIALLY LIMITED WITH GLASSES IN ALL VISION. BY LAW 42 USC 12111(8) AND MONTEZ STIPULATIONS, SHOULD BE REGARDED WITH OR WITHOUT GLASSES. THE LAW IS TO PEOPLE WHO CAN FUNCTION, NOT TOTAL INABILITY. KIRKINGBURG 119 SCTA 2169. MOORE IS SIGNIFICANTLY RESTRICTED LESS THAN 6 HOURS DAILY VISION TO DURATION. BURRELL 324 FSUP2d 1090. MOORES VISION IS FAR FROM CORRECTED HE LIES IN BED 20 HOURS A DAY BY VISION PAIN. BY ADA 12102 [B IS TO EFFECTIVE METHOD OF VISUALLY DELIVER TO VISION IMPAIRED. BY ADA LAW 3 CRITERIA 12102.2 A SUBSTANTIALLY LIMIT MOORE HAS LESS THAN 6 HRS DAILY VISION WITH GLASSES. NOT CORRECTED B RECORD OF. BY VISION IMPAIRED AND ADA REQUEST C. REGARDED AS HAVING. DOC SEEN TO DELIBERATELY DENY DISABILITY THUS FAILURE TO MAKE REASONABLE ACCOMMODATION FIND DISABILITY IS DISCRIMINATION. FIND DISABILITY, ALLOW REQUEST ACCOMMODATION

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 1-18-09 | OFFENDER SIGNATURE Stephen Moore |
| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability | |
| DATE: JAN 28 2009 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Ediger Charmaine Ediger 8098 |
| Date ADA grievance sent to AIC: 1/28/09 | |

RESPONSE

## SEE ATTACHED RESPONSE

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 2/2/09 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # Anna Cooper #2550 Anna Cooper | RESPONSE DATE: 2/24/09 |
| TO BE COMPLETED BY OFFENDER | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | RECEIVED |
| DATE: 3-6-09 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Moore 57381 | 2/28 Cooper FEB 02 2009 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
2 cc ofdr   Attachment "A"

Office of Correctional Legal Services