IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 92-CV-870-JLK

Jesse Montez, et al.,

        Plaintiff(s),

v.

Bill Ritter, et al.,

        Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2010

GREGORY C. LANGHAM
CLERK

---

Claim Number: X-449
Category: Untimely Filed Claim
Claimant: Miguel A. Rodriguez-Cruz, #145031
Address of Claimant: C.T.C.F., P.O. Box 1010, Canon City, CO 81215

### CLAIMANT'S MOTION TO REFUTE

    **COMES NOW**, Miguel A. Rodriguez-Cruz, the Claimant, on his own behalf, with or without the advice of counsel, and now enters his Claimant's Motion To Refute, and respectfully moves this Honorable Court to Grant his motion, and for grounds, this Claimant states as follows:

    1. This Honorable Court has jurisdiction over this matter.

    2. This Claimant contends that the Special Master's ORDER dated May 14th, 2010 is in error due to the fact that there are claims and issues that are pertinent in this claim that this Claimant contends are being ignored.

Page #1

3. This Claimant contends that he has a disability that will qualify him under the MONTEZ Remedial Plan.

4. This Claimant contends that he has mobility problems that are covered under the Remedial Plan.

5. This Claimant is respectfully requesting that this Honorable Court to review this claim de novo.

6. This Claimant contends that he is entitled to this particular relief, and that no parties will be prejudiced by the granting of this motion.

**WHEREAS**, this Claimant prays, that in light of the aforementioned issues, that this Honorable Court will Grant his Claimant's Motion To Refute, and issue its ORDER to that effect to any and all appropriate parties, and in teh alternative, this Claimant requests an evidentiary hearing to discuss the merits of this case, and to provide documentation in support thereof.

Respectfully submitted on this 6th day of July, 2010.

Rèspectfully Submitted,

Miguel A. Rodriguez-Cruz
Claimant
D.O.C. Reg. #145031
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado  81215-1010
(719)-269-4002

Page #2

## CERTIFICATE OF MAILING

I hereby certify that on this 6th day of July, 2010, a true and accurate copy(Original to Special Master) of the foregoing <u>Claimant's Motion To Refute</u>, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

Hon. Judge Borchers
Special Master
7907 Zenobia Street
Westminster, Colorado  80030-4444

Colorado Attorney General
1525 Sherman Street
Denver, Colorado  80203

King & Greisen, LLP
1670 York Street
Denver, Colorado  80206

Courtesy Copy to:

U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado  80294-3589

*M Angel Rodriguez Cruz*
Claimant

Page #3