IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR A FINDING OF SUBSTANTIAL COMPLIANCE IN AREAS IN WHICH PLAINTIFFS HAVE NOT INTRODUCED EVIDENCE OF LACK OF SUBSTANTIAL COMPLIANCE A THE CONCLUSION OF THEIR CASE**

---

Plaintiffs, by and through their counsel, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey, Lara E. Marks, and Blain D. Myhre of ISAACSON ROSENBAUM, PC, hereby file this unopposed motion to extend the time for their response to Defendants Motion For a Finding of Substantial Compliance in Areas in Which Plaintiffs Have Not Introduced Evidence of Lack Of Substantial Compliance at the Conclusion of Their Case [Doc. No. 4728].

As grounds for their motion, Plaintiffs state the following:

1.      On June 7, 2010, hearings commenced in the above captioned case to determine whether the Colorado Department of Corrections ("CDOC") was in substantial compliance with the mandates of the Montez Remedial Plan and subsequent Stipulations as of May 1, 2009.

2. After Plaintiffs concluded their presentation of evidence on July 6, 2010, Defendants asked the Court to find that CDOC was in substantial compliance with certain areas of the Remedial Plan and Stipulations as of May 1, 2009. Defendants agreed to file a written motion to the same effect and did so on July 7, 2010.

3. Pursuant to D.COLO.L.R. 7.1(C), the deadline for Plaintiffs' response to Defendants' Motion is July 28, 2010. Due to present constraints on counsels' schedules, Plaintiffs seek a thirty day extension of time from the deadline in which to respond.

4. The Court has discussed resuming the compliance hearing in October of 2010; however, as of the filing of this motion no dates have been set. No prejudice will occur to either party as a result of this delay.

4. In accordance with D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, Elizabeth McCann, regarding the Defendants' position on this motion, and was informed that there is no objection.

WHEREFORE, Plaintiffs respectfully move the Court grant a thirty day extension, until August 27, 2010, within which to respond to Defendants' Motion [Doc. No. 4728].

Respectfully submitted:  July 20, 2010

        KING & GREISEN, LLP

        /s *Jennifer W. Riddle*
        Jennifer W. Riddle
        Paula Greisen
        1670 York Street
        Denver, CO 80206
        (303) 298-9878
        (303) 298-9879 (fax)
        riddle@kinggreisen.com
        greisen@kinggreisen.com

        Edward T. Ramey
Lara E. Marks
Blain D. Myhre
Isaacson Rosenbaum, PC
1001 17th St., Suite 1800
Denver, Co. 80202

Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 20th day of July, 2010, I electronically filed the foregoing PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR A FINDING OF SUBSTANTIAL COMPLIANCE IN AREAS IN WHICH PLAINTIFFS HAVE NOT INTRODUCED EVIDENCE OF LACK OF SUBSTANTIAL COMPLIANCE AT THE CONCLUSION OF THEIR CASE with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us
james.quinn@state.co.us
Berina.ibrisagic@state.co.us

        */s* Laurie A. Mool