IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR A FINDING OF SUBSTANTIAL COMPLIANCE IN AREAS IN WHICH PLAINTIFFS HAVE NOT INTRODUCED EVIDENCE OF LACK OF SUBSTANTIAL COMPLIANCE AT THE CONCLUSION OF THEIR CASE**

---

Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion for a Finding of Substantial Compliance in Areas in Which Plaintiffs Have Not Introduced Evidence of Lack of Substantial Compliance at the Conclusion of Their Case [Docket No. 4728] is hereby GRANTED.  Plaintiffs shall have to and including Friday, August 27, 2010 within which to file its Response to the Defendants' Motion.

DATED:  July          , 2010.

BY THE COURT:

_____