IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion for a Finding of Substantial Compliance (doc. #4749), is GRANTED up to and including Friday, August 27, 2010.

      Additionally, the parties joint statement regarding issues for the July 28, 2010 Status Conference is due no later than noon on July 27, 2010.

Dated:  July 20, 2010

Service of this order shall be made via NEF