IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

_____

Claim Number 03-030
Category III
Claimant: L.R. Moore, #47702
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777
_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the pleading of Claimant. *#4744*. Pursuant to Judge Kane's order of March 23, 2010, the Special Masters will refer this matter to class counsel in accordance with *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). No further action can be taken on this document.

    IT IS HEREBY ORDERED that Claimant's pleading will be accepted and then forwarded to class counsel.

    SIGNED this 16th day of July, 2010.

                                             BY THE COURT:

                                             */s/ Richard M. Borchers*

                                             _____
                                             Richard M. Borchers
                                             Special Master