IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-332
Category III
Claimant: Matthew Archuleta, #103218
Address of Claimant: c/o Blake Curtis, 1001 Lincoln Street, Denver, CO 80203

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER came before the Special Master on the letter of Matthew Archuleta. That letter was received on April 26, 2010. Claimant requested to re-open his claim under Article XXXII of the Remedial Plan.

Claimant was provided a revised claim form and instructions. He was provided also with a copy of Judge Kane's order of March 23, 2010. Claimant was granted up to and including July 7, 2010 in which to file a new claim form and detail reasons why he should be allowed to re-open and pursue his claim.

Claimant filed his initial claim form in 2006. Defendants filed a motion to dismiss the claim when Claimant absconded from parole supervision. The claim was dismissed on February 19, 2007. Claimant has provided no basis why he should not be bound by the previous order of dismissal. Claimant filed a claim previously and is not entitled to file a second claim.

IT IS HEREBY ORDERED that the claim of Matthew Archuleta is dismissed again, as the claim was previously dismissed and Claimant has provided no valid reasons for that claim to be re-opened; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 16th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master