IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

───────────────────────────────────────────────

Claim Number 03-344
Category III
Claimant: Jay H. Bailey, #103284
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

───────────────────────────────────────────────

## ORDER OF CLOSURE OF SPECIAL MASTER
───────────────────────────────────────────────

    THIS MATTER comes before the Special Master on his own motion. On April 5, 2010, the Special Master issued an order granting Claimant up to and including May 17, 2010 in which to file additional information concerning his claim. The Special Master could not tell from previous pleadings if Claimant was alleging that Defendants had not complied with the final order issued by the Special Master. Claimant was granted up to and including July 12, 2010 in which to show cause why his claim should not be closed.

    Claimant has not filed any further documents related to his claim. The claim of Jay Bailey will be closed.

    IT IS HEREBY ORDERED that the claim of Jay H. Bailey is closed, as it has been adjudicated and the final order has been complied with by DOC staff; and

    IT IS FURTHER ORDERED that a copy of Claimant's present file will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 23rd day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master