IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-412
Category III
Claimant: Donald Lee Revere, #69342
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant that was received on July 14, 2010. Claimant indicates that he has received new and appropriate footwear. He does not desire to pursue anything further concerning the final order of the Special Master. The hearing set for September 7, 2010 is vacated.

    IT IS HEREBY ORDERED that Claimant's motion to enforcement of the final order of the Special Master is dismissed; and

    IT IS FURTHER ORDERED that the hearing date of September 7, 2010 is vacated.

    SIGNED this 16th day of July, 2010.

                                        BY THE COURT:

                                        */s/ Richard M. Borchers*
                                        _____
                                        Richard M. Borchers
                                        Special Master