IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-401
Category: Untimely Filed Claim
Claimant: James Rivera, #76367
Address of Claimant: P.O. Box 76367, Greeley, CO 80632

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. On April 21, 2010, the Special Master issued an order directing Claimant to file a revised claim form on or before June 1, 2010. When Claimant failed to file a revised claim form, a show cause order was issued to Claimant. Despite being granted up to and including July 12, 2010 in which to respond to the show cause order, nothing further has been filed.

    The DOC Locator reflects that Claimant was sentenced on July 23, 2009. Claimant has provided no information reflecting that he was disabled and in DOC custody on or before August 27, 2003.

    On March 23, 2010, Judge Kane issued an order clarifying certain aspects of the claim procedure under Article XXXII of the Remedial Plan. A claim may not be filed by an individual who was not in DOC custody on or before August 27, 2003 and not disabled on or before that date. Claimant has failed to establish when he became disabled. The DOC Locator reflects that he was sentenced after August 27, 2003. Claimant has failed to establish that there is jurisdiction over this claim. Pursuant to the March 23, 2010 order, this claim must be dismissed.

    IT IS HEREBY ORDERED that the claim of James Rivera is dismissed, as Claimant has not established that he was in DOC custody on or before August 27, 2003 and disabled on or before that date; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 23rd day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master