IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number X-419
Category: Untimely Filed Claim
Claimant: Arden Pierre, #120283
Address of Claimant: BVCF, P.O. Box 2017, Buena Vista, CO 81211-2017

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim form of Arden Pierre. Claimant has alleged that he is vision impaired.

      Claimant failed to provide information on his claim form indicating when he came into DOC custody. He has not provided the exact date or month. The DOC Inmate Locator reflects that Claimant was sentenced on December 18, 2003 in the El Paso County District Court.

      Since it appeared that there might be a lack of jurisdiction over this claim, a show cause order was issued to Claimant on May 24, 2010. Claimant was granted up to and including July 7, 2010 in which to respond to the show cause order. Claimant has filed nothing further with the Court.

      On March 23, 2010, Judge Kane issued an order clarifying certain aspects of the claim procedure under Article XXXII of the Remedial Plan. A claim may not be filed by an individual who was not in DOC custody on or before August 27, 2003 and not disabled on or before that date. Claimant has failed to establish when he became disabled. In addition, the DOC Locator reflects that he was sentenced after August 27, 2003. Claimant has failed to establish that there is jurisdiction over this claim. Pursuant to the March 23, 2010 order, this claim must be dismissed.

      IT IS HEREBY ORDERED that the claim of Arden Pierre is dismissed, as Claimant has not established that he was in DOC custody on or before August 27, 2003 and disabled on or before that

date; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 16th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master