IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-442
Category: Untimely Filed Claim
Claimant: Jason A. Conklin, #97587
Address of Claimant: KCCC, P.O. Box 2000, Burlington, CO 80807

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the claim of Jason Conklin. Claimant alleged that he has a mobility impairment. In the claim form, Claimant was asked to detail when he was the victim of discrimination prohibited by the ADA and Rehabilitation Act. The earliest date set forth by Claimant is October, 2006. He further indicated that discrimination took place from 2006 to August, 2009.

    Since it appeared that there may be a lack of jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including July 9, 2010 in which to respond to the show cause order, Claimant has filed nothing further.

    Judge Kane issue an order on March 23, 2010 that clarifies various aspects of the claim process. Claimant has been provided a copy of that order. Judge Kane has ruled that a claimant under Article XXXII of the Remedial Plan must show that he was in DOC custody on or before August 27, 2003 and disabled, as defined by the Remedial Plan. In addition, the claimant must allege and prove that discrimination prohibited by the ADA occurred on or before August 27, 2003. Claimant has alleged that the first act of discrimination occurred in October, 2006.

    Under the order of March 23, 2010, there is no jurisdiction over this claim, as Claimant became disabled after August 27, 2003. A copy of this claim will be forwarded to class counsel for such action as may be deemed appropriate.

IT IS HEREBY ORDERED that the claim of Jason Conklin is dismissed, as Claimant has not established that he was disabled and in DOC custody on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 16th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master