IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-460
Category: Untimely Filed Claim
Claimant: Johnny G. Ornelas, #1815
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the claim form of Johnny G. Ornelas. Claimant alleged that he is mobility, vision, and hearing impaired. Claimant failed to provide information on when he became disabled. In addition, the DOC Inmate Locator reflected that Claimant was sentenced on April 28, 2006 in the Weld County District Court. Claimant has alleged in his claim form that he came into DOC custody in 2003.

    Since it appeared that there may be a lack of jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including July 7, 2010 in which to respond to the show cause order, Claimant has filed nothing further.

    Judge Kane issue an order on March 23, 2010 that clarifies various aspects of the claim process. Judge Kane has ruled that a claimant under Article XXXII of the Remedial Plan must show that he was in DOC custody on or before August 27, 2003 and disabled, as defined by the Remedial Plan. In addition, the claimant must allege and prove that discrimination prohibited by the ADA occurred on or before August 27, 2003. According to the DOC Locator, Claimant was sentenced on April 28, 2006 Weld County. Claimant could not have been in DOC custody prior to his sentencing.

    Under the order of March 23, 2010, there is no jurisdiction over this claim, as Claimant was not in DOC custody until 2006. A copy of this claim will be forwarded to class counsel for such action as may be deemed appropriate.

IT IS HEREBY ORDERED that the claim of Johnny G. Ornelas dismissed, as Claimant was not in DOC custody on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 16th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master