IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-465
Category: Untimely Filed Claim
Claimant: Jessie D. Candie, #58285
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-1000
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the claim of Jessie D. Candie. Claimant alleged that he is mobility and vision impaired, as well as diabetic. In response to the question concerning dates of discrimination, Claimant stated that "[t]here is nothing that comes to mind." He further stated that "]t]he medical department of CDOC has been helpful in assisting me in all my medical needs. I have no complaints."

    Judge Kane ruled on March 23, 2010 that the only individuals who could file claims pursuant to Article XXXII of the Remedial Plan were individuals who were in DOC custody on or before August 27, 2003 and were disabled on or before that date. A copy of that order was provided to Claimant. In addition, a claimant has to allege that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act on or before August 27, 2003.

    Since it appeared that there may be a lack of jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including July 19, 2010 in which to respond to the show cause order, Claimant has filed nothing further.

    A claimant must allege and prove that discrimination prohibited by the ADA occurred on or before August 27, 2003. Claimant in response to the question concerning discriminatory acts stated on his claim form that "[t]here is nothing that comes to mind."

Under the order of March 23, 2010, there is no jurisdiction over this claim, as Claimant has not alleged that he was the victim of any act of discrimination. A copy of this claim will be forwarded to class counsel for such action as may be deemed appropriate.

IT IS HEREBY ORDERED that the claim of Jessie D. Candie is dismissed, as Claimant has not alleged that he was the victim of discrimination by DOC staff on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 23rd day of July, 2010.

BY THE COURT:

/s/ Richard M. Borchers

_____
Richard M. Borchers
Special Master