IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.
_____

# AMENDED REPORT OF SPECIAL MASTERS
_____

The Special Masters do hereby submit this Report concerning claims that remain open as of July 23, 2010. These claims have been or are being processed pursuant to Paragraph XXXII of the Remedial Plan, the order of Judge Kane of September 1, 2009, and the order of Judge Kane of March 23, 2010. This amendment reflects orders to show cause that recently had been issued.

**Summary:**

| | |
|---|---|
| Claims set for hearing on allegations of non-compliance or retaliation | 15 |
| Claims set for hearing on initial allegations of disability | 3 |
| Claims set for hearing after remand from Judge Kane | 1 |
| Claims in which claimant has requested to re-open | 1 |
| X-file claims awaiting further documents | 1 |
| X-file and other claims awaiting responses to orders to show cause | 19 |
| X-file claims in which Defendants have been given opportunity to object | 43 |
| TOTAL CLAIMS REMAINING OPEN: | 83 |

**Claims Scheduled for Hearing**:

| Claim # | Claimant | Hearing Date |
|---|---|---|
| 02-204 | Robert Jones | Hearing set for November 15, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 02-524 | Philip Andrade | Hearing set for November 15, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |

| Claim # | Claimant | Hearing Date |
|---|---|---|
| 03-135 | Mark Johnson | Hearing set for October 25, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 03-138 | Kevin Mark Bretz | Hearing set for September 27, 2010. Claimant alleges final order of Special Master not being followed by DOC staff. |
| 03-194 | Hector Martinez-Jimenez | Hearing set for October 25, 2010. Claimant alleges alleges final order not being followed by DOC staff and continued pattern of discrimination. |
| 03-276 | Michael Tivis | Hearing set for October 4, 2010. Claimant alleges retaliation and failure to follow final order. |
| 03-294 | Jackie Carr | Hearing set for September 27, 2010. Claimant alleges failure of DOC to comply with final order. |
| 03-321 | Jeffrey Harris | Hearing date set for October 4, 2010. Claimant alleges final order not being complied with by DOC staff. |
| 03-328 | Henry Tafoya | Hearing set for September 7, 2010. Claimant alleges that DOC staff have not complied with final order of Special Master. |
| 03-334 | Marty Bueno | Hearing set for September 7, 2010. Claimant alleges CDOC not complying with final order. |
| 03-335 | Keith Schwinaman | Hearing set for September 7, 2010. Claimant alleges that DOC has not complied with final order. |
| 03-336 | Gerry D. Kelly | Hearing set for September 27, 2010. Claimant alleges failure to comply with final order by DOC staff. |
| 03-350 | Charles Stroud | Hearing set for September 20, 2010. Claimant alleges CDOC has not complied with final order. |
| 03-427 | Angela Thomas | Hearing set for September 20, 2010. Claimant alleges non-compliance with final order. |
| 03-465 | Allen Fistell | Hearing set for September 8, 2010. Claimant and class counsel allege DOC has not complied with final order. |
| 03-479 | Eldridge Griffin | Hearing set for November 1, 2010. This is initial hearing on this claim. |
| 03-480 | Daniel Hartley | Hearing set for September 8, 2010. This is initial hearing on claim. Claimant presented sufficient basis to allow processing to continue despite Defendant's objections. |

| Claim # | Claimant | Hearing Date |
|---|---|---|
| 03-481 | Gustavo Osuna | Hearing set for October 4, 2010. Initial hearing to be held on claim in light of remand. |
| 03-482 | Richard Rice | Hearing set for September 8, 2010. This is initial hearing on claim. Claimant presented sufficient basis to allow processing to continue despite Defendant's objections. |

**Claims Being Processed**:

These claims have been filed by individuals who were in DOC custody on or before August 27, 2003. On claims that have raised a non-frivolous reason for late filing, Defendants have been granted the opportunity to file an objection to processing of the claim. This is pursuant to Judge Kane's order of September 1, 2009. In light of the compliance hearing, the first objections are not due from Defendants until mid-August, 2010.

| Claim # | Claimant | Next action on claim |
|---|---|---|
| 02-600 | Arthur Santistevan | Order to show cause issued to Claimant |
| 03-129 | Jill Coit | Order to show cause issued to Claimant |
| 03-168 | Cornelius Williams | Defendants granted time to file objection |
| 03-264 | Sean Pearce | Defendants granted time to file objection to request to re-open claim |
| 03-419 | William Cokley | Order to show cause issued to Claimant |
| X-389 | Robert Riplie | Defendants granted time to file objection |
| X-395 | Perfecto Bernal | Defendants granted time to file objection |
| X-396 | Roger L. Dixon | Defendants granted time to file objection |
| X-398 | Michael R. Cabral | Defendants granted time to file objection |
| X-400 | Larry Morris | Defendants granted time to file objection |
| X-403 | Steve Watson | Defendants granted time to file objection |
| X-405 | Jose Fernandez | Defendants granted time to file objection |
| X-410 | Elaine Chavez | Defendants granted time to file objection |
| X-412 | Daryl Martin | Defendants granted time to file objection |
| X-414 | Joseph Perez | Defendants granted time to file objection |
| X-420 | Lynn Scott | Defendants granted time to file objection |
| X-421 | Chris Williamson | Defendants granted time to file objection |
| X-422 | Robert Baillie | Defendants granted time to file objection |
| X-423 | Willie Baxter | Order to show cause issued to Claimant |
| X-427 | Robert Meyers | Defendants granted time to file objection |
| X-428 | Dennis Harpin | Defendants granted time to file objection |
| X-429 | Albino Montoya | Defendants granted time to file objection |

| Claim # | Claimant | Next action on claim |
|---|---|---|
| X-430 | Ralph Mooney | Defendants granted time to file objection |
| X-431 | Keith Morris | Defendants granted time to file objection |
| X-434 | Vu Tran | Defendants granted time to file objection |
| X-435 | George Espinal | Order to show cause issued to Claimant |
| X-436 | Danny Martinez | Defendants granted time to file objection |
| X-439 | Richard Trujillo | Defendants granted time to file objection |
| X-446 | Albert Garza | Defendants granted time to file objection |
| X-447 | Lloyd Laxson | Defendants granted time to file objection |
| X-450 | Wayne Brunsilius | Defendants granted time to file objection |
| X-452 | Joseph Dreismeier | Defendants granted time to file objection |
| X-455 | Rodney Harless | Order to show cause issued to Claimant |
| X-456 | Jefferie Hocker | Defendants granted time to file objection |
| X-457 | Cordell Johnson | Defendants granted time to file objection |
| X-458 | Tony Million | Order to show cause issued to Claimant |
| X-459 | Algernon Nash | Order to show cause issued to Claimant |
| X-461 | Donnie Russell | Order to show cause issued to Claimant |
| X-469 | Thomas Maddock | Defendants granted time to file objection |
| X-470 | Charles Stout | Order to show cause issued to Claimant |
| X-471 | Robert Bacca | Defendants granted time to file objection |
| X-474 | David Helton | Order to show cause issued to Claimant |
| X-476 | Fred Lucero | Defendants granted time to file objection |
| X-477 | Ralph Martinez | Defendants granted time to file objection |
| X-480 | Celestino Quintana | Defendants granted time to file objection |
| X-481 | Jesse Roberts | Defendants granted time to file objection |
| X-482 | Anthony Sanchez | Defendants granted time to file objection |
| X-483 | Oliver Shaw | Order to show cause issued to Claimant |
| X-486 | Lankford Wells | Defendants granted time to file objection |
| X-491 | Joseph Thomas | Order to show cause issued to Claimant |
| X-492 | Robert Ramirez | Defendants granted time to file objection |
| X-496 | Vincent Saldana | Defendants granted time to file objection |
| X-501 | Joe Landers | Defendants granted time to file objection |
| X-502 | D. Monroy Loera | Defendants granted time to file objection |
| X-503 | Joseph Ortega | Awaiting further documents from Claimant |
| X-506 | Mike Schwirzinski | Defendants granted time to file objection |
| X-508 | Donald Mares | Defendants granted time to file objection |
| X-510 | Joseph Garcia | Order to show cause issued to Claimant |
| X-511 | Manuel Motta | Order to show cause issued to Claimant |
| X-512 | Ned Pace | Order to show cause issued to Claimant |
| X-516 | Patrick Murphy | Order to show cause issued to Claimant |
| X-517 | David Davis | Defendants granted time to file objection |
| X-523 | Donald DeSalvo | Order to show cause issued to Claimant |
| X-524 | Raymond Salazar | Order to show cause issued to Claimant |

IT IS HEREBY ORDERED that this Report be filed with the Court reflecting the status of open claims that are pending before the Special Masters as of July 28, 2010.

SIGNED this 26th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master

Bruce D. Pringle
Special Master

Richard C. Davidson
Special Master