IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

> Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

> Defendants.

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Status Conference set for July 28, 2010 is **VACATED AND RESET** for **August 2, 2010 at 10:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The joint statement regarding issues for the Status Conference is due no later than noon on July 30, 2010.

---

Dated:  July 27, 2010

Service of this order shall be made via NEF