US DISTRICT COURT
901--19th Street
Denver, Co 80294

Civil Action No. 92- CV- 870 JLK

JESSE MONTEZ ET AL
VS
BILL RITTER, ET AL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2010

GREGORY C. LANGHAM
CLERK

Claim number 03-129
Category III
Claimant Jill Coit #86530
Address: LVCF, 1401 West 17th Street, Pueblo, Co 81003

RESPONSE TO ORDER TO SHOW CAUSE REGARDING HEARING AND SIGHT DISABILITIES

Comes now Jill Coit member of Montez under mobility disability. Order of Special Master requires that she provide this court with additional facts that she would like considered regarding her being denied her hearing aids. Coit has been notifying this court since the the beginning/2009, when AID coordinator Cathie Holst had Coit's hearing aids removed that she could not hear when back ground noise was present. This has been documented and even Denver Health Hearing Specialist said that Coit's hearing aids should not be removed/taken from her because the test showed that when there was absolute quiet that her brain could hear sound, it did not say she could hear what speech was said, only that her brain regestered sound.

Coit was raped in 2009 by a correctional officer after her hearing aids were taken from her. If she had had her hearing aids she might have been able to hear the officer comming upon her and demanding that she perform fellatio on him. With her hearing aids she might have been able to get away even though she is in a wheel chair and is mobility impaired according to Montez and this Court. Coit is an at risk adult under CRS 18-6.5-101, 18.65-102, was violated under CRS 18-3-401, 18-3-402 and 18-7-701 . Coit is totally blind in the left eye (20/400 ) and only sees out of less than 35% of her right eye (good eye) yet CDOC says she is not vision impaired. She is vision impaired as well as hearing impaired when back ground noise is present (she is 66 years old)- never is prison quiet except in the middle of the night sometimes depending on your location.

Does Coit name Cathie Holst-former AIC coordinator since she is the one that authorized taking Coit's hearing aids or Dr. Frantz who went along with taking Coit's hearing aids as co-conspirators or aids in allowing Coit to be raped because she could not hear rapist to get away or all the AIC coordinators that ignored Coit's plea to return her hearing aids or does Judge Borchers, Special Master for not ordering CDOC to return Coit's hearing aids since he knew of Coit complaining she could not hear and her notifiying this court that she was in danger that prison is a dangerous place for one who can not hear, is elderly and can not see well. He had knowledge of the problem from her many filings. Even though Judge Borchers just denied her request for the numbers of her filings, he has them. Females being raped by correctional officers is a problem for CCDOC as evidenced by resent court filings (Amanda Hall). Coit was listed as an RV5 by CDOC which meant she was at greater risk of being abused. ONCE

6 exhibits included.

page 1

Harassed and
an inmate reports staff rape/sexual misconduct she is retaliated against as evidence by Coit's filing with this court. The Montez Remedical Plan does not allow retalaition , yet it has stood by as Coit repeadely reported retalation for filing.

In fact Coit was given a COPD violation for carring her "Accommodation Resolution" as she was supposed to do when she signed document in 2006. Talk about retaliation, how can an disabled inmate be given a 'direct order' <u>not</u> to carry her legal document (Accommodation Resulution) when she signed legal document that she must carry it?

This court needs to have a hearing in person where Coit can present evidence of her retaliation and her need for hearing aids and vision disability. Will she be raped again because she can not hear the rapist (officer) come after her or be able to get away fast enough since she is in a wheel chair.

Coit has had numerous strokes/TIA's which caused vision loss and quite frankly a loss in her ability to talk,write and think under pressure. In person she might be able to present her case but using the written word she does not stand a chance. Her brain does not work as well, add her vision loss and hearing loss she needs help. Coit is not physically stong enough to fight CDOC in court to get her disability needs met. It causes her pain to type this but she has not choice. (inmate Rael typed this)

Montez allows for a disabled inmate to use and have a computer but CDOC has <u>responded in writing</u> that Coit and <u>no one else will</u> ever have <u>a computer</u>. How can this court just ignore cDOC putting that in writing and not do something? Was the signed agreement, Montez Remedial Plan just a joke? What can Coit do to get this court to see her need for her hearing aids and sight impairment/ Disability and computer .

The Courts answer seems to be file a law suit, well Coit is not capable of filing a law suit to get the Montez Remedial Plan enforced or her being raped by correctional staff member. Coit is hearing impaired. AND VISION IMPAIRED/DISABLED.<u>Will I be retaliated against for filing this.</u>

What duty does the court have to protect disabled inmates, Coit's hearing and vision conditions/impairment/disability is more than 6 months old, occured/began within the Montez time frame (2003) hearing impairment is more than 20 years old,is not expected to improve. Coit can not help it if her current CDOC/LVCF doctor refuses to recognize CDOC specialist she was sent to orders/recommendations. Other CDOC/DWCF doctors recognized and documented Coit's disabilities yet the 150 mile bus trip made Coit well. How Can Coit prove her not having her hearing aids caused <u>or</u> contributed or excerbated her being raped by correctional staff member. She can<u>not</u> prove he picked her because he knew she could not hear him, or get away from him because she was in a wheel chair/mobility impaired, or could not see well enought to get get away or that cDOC policy of listing her as a RV5 contributed to her becomming a rape victim or that CDOC failure to train or protect was the main cause. Coit alleges that <u>all the above were contributing factors</u> in her being raped. Then add <u>deliberate indifference to her serious</u> medical needs and her filing under Montez that CDOC/DWCF etc were not in Montez compliance and you get a rape victim that can not get her needs met or medical attention/surgery for injury received or excerbated during rape.

Common sence would dictate that a person who only sees out of about 35% of one eye is visually disabled or that can not hear with background noise is present is hearing impaired/disabled if they had been wearing hearing aids 20 years prior to incarceration. Add age over 60 and you could surely predict an at risk adult in prison setting. But justice is blind but Montez Remedial Plan is not and was signed by CDOC, Coit is a member and deserves all Montez has to offer even though it is vague and not very good, it should

Protect her.

(exit 'S)

The question is not whether or not my vision in my good eye (20-40) does not meet the Montez rule for vision impairment/disability. The question is whether or not the fact that my good eye vision the vision I see from <u>is not the entire eye but only a portion.</u> Therefore the test that shows I AM 20/40 in the part I see meets the definition. I say since my good eye vision is that I only see out of approximately 35 to 40 percent of the eye that alone should qualify me. I have no peripheral vision or vision in the lower half of the eye (right-good eye). Eye test which establish your 20/40 measure what part of the eye sees. It does not account for part you can not see through.

I have had inmates look through all the availble case cites they could find and no where does it say anything about vision when only part of the eye sees. Which is pretty common damage in Stroke victims. I have had three documented strokes by CDOC taking me to the Denver health eye Clinc.

If there is no law cases that state how one determins how you rate disability requirement when part of eye is damaged and can not be seen thought then how can I show this court case cites to prove I am sight imparied under ADA and Montez Remedical Plan.

Does this court use common sense to say that if one sees out of only part of the eye then the requirment of 20/20 can not apply since it does not allow for partial sight of eye. This court when working out vision requirment could not have allowed for part vision in eye. The 20/20 requirement was for the total vision in good eye. Therefore my case requires exception.

My job requires that I read small labels on books to shelf. My employers have allowed me to slide on doing this important function requirment of my job. When I filed a grievance I was told that my job had a computer for me to use. I can not use my job computer for writting letters or school work that I want to take. *(I can not do this)*

I need the computer that Montez Remedial Plan allows to write letters and correspond school work.

I am not allowed to enter programs due to my disability when I did just fine in Graphic Arts with just a minimum of allowances and accommodations. The Montez Remedial Plan states that there will be jobs available in all pay scales and progrmas but I am only allowed my libary job. Please know that I am grateful for my job but I should be allowed to attend programs and go to school i have jobs on different pay scales.

I do not go to special gym programs because I can not hear with my hearing aids being removed. When I did attend the gym program for graduation for GED students, I was placed by the trash can and then moved around when people needed the door. There was no place for wheel chair inmates to see and be able to hear. We can not just sit in front of the area or by the 'trash can'. Now there are many inmates with wheel chairs here at LVCF.

Please KNOW THAT LVCF IS WHEEL CHAIR FRIENDLY STRUCTURALLY. I can get every where I need to go and it is perfect for wheel chairs. LVCF has not made or thought how to accommodate wheel chairs, For instance I am constantly harrassed by certain guards (Sgt. LEyba and her friends) when I attempt to go the shorts route to unit 5 from across the facility. THE Den and Library have two side to the building, one side has a very steep incline the other side is flat. I got permission from CP. Knox and Captain Yoe to go on the flat side not the incline side. Even the Administrative REgulation on Movement states with permission you can go different ways with permission. I am afraid I will get written up for using the non incline side around the DEN/library.

If the court will look at a written transcription of the Montez hearing tape done in October 2005, Judge Pringle constantly stated that the MOntez REmedial Plan was not clear and very poorly written. I hereby request that this court provide a written transcription of that hearing before Judge Pringle and incorporate it into its findings. Even if the Montez court deems me hearing impaired I reserve the right to include all issues brought before the court in a 1983 Civil Rights law suit because I have a constitutional right to be able to hear. The Montez Remedial Plan and class action did not adequately address hearing loss in the aged or for background hearing loss.

The fact that CDOC cleared me for hearing aids and approved them should mean that I needed them and that CDOC recognized the need of my hearing loss. This was done in 2002 and I have never heard of a over 60 year old suddenly getting her hearing back without any surgery or appliance.

When I went to the OCtober 2005 Montez Hearing I had hearing aids the only issue was that I was having trouble getting hearing aid batteries that lasted more than 2 days. CDOC was giving me hearing aid batteries that were well past their sell date. Once Ihad the Montez hearing CDOC/DWCF then provided me with hearing aid batteries that worked.

I allege that Cathie Holst former AIC coordinator and Dr. Frantz as well as all officers (DWCF) that were involved in taking my hearing aids are guilty of some part of my being raped by a correctional officer because I could not hear him sneak up on me and demand that I perform oral sex on him.

I was not going to report the rape and was just going to wait till he raped another female inmate because I am not mentally or physically able to fight CDOC or their vast attorneys or take the retalatiion and harassment involed and given when an inmate reports being raped by a correctional staff member.

I have now been threatened and told to be quiet or I will be sent back to DWCF. One of the reasons I did not report the rape formally was that I was that I was told that I would be transferred to ~~CTCF because~~ I turned over the sperm/seman from officer Shackleton who raped/sexually abused over 5 inmates, I say over 5 inmates because those are the only ones that came forth. I had reported Officer Shackleton to CID prior to turning over his sperm by way of the hot line PREA, etc. The only reason Shackleton got caught was because he did two inmates at once (Jukes and Raylor ) he also did Morris and Burges and another inmate in TC. Even after I turnd over the sperm/seman CID states that it was not a good sample because it diluted. It came from the inmates mouth, so of course it was not pure sperm. The good news is that CID investigator Carson walked off Shackleton immediately, apparently he got into trouble because CDOC policy is to catch the officer in the act which is really stupid because then the officer gets to rape another inmate. Rarely does CDOC catch them in the actual act and then when it does happen the inmate gets put in the hole (segregation for up to a year ie: inmate Benocomo (?)) so CDOC policy harms the inmate who is being raped.

Not all CID investigators are honest or help inmates, some are corrupt and if the court wants this information Iwill be happy to provide it at a latter date. What counts is that I was raped because I could not hear due to my hearing aids being removed and other resons such as CODC policies and procedures. Will go into detail when I get an attorney. I have a constituitutional right to be able to hear and not be raped, be protected especailly when Ihave notified the court that I am vulnerable.

[handwritten margin note: Back pwf / dwrte / move to / UCF / prison]

pg 5

   This court's attitude seems to be that if an inmate does not like its decision or that if the court does not deem their claim under Montez that the inmate can just file a law suit. Well I am not physicaly or mentally capable of filing against CDOC, many well eduacated lawers who have totally law and experience at their fingers. I cannot even read the law books without getting a severe headache.
   My stress level from harassment and retaliation is off the charts, when I filed last time CDOC/DWCF took away my wheel chair for 7 months. Even though I was in a wheel chair when I appeared before the Montez Court and Judge Pringle ruled I was mobility impaired. XXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXX
   What is going to happen to me next. My inserts (plastic) were taken out of my hand braces even though CDOC paid for special braces with plastic inserts so this would not happen. What's next. Do my hand braces get taken or my wheel chair again? Or my glasses removed?
   I have had three major strokes/TIA's and a heart attack, how much can I take. Everytime I notify the court, something is done to me. The defination of insanity is" to keep doing the same thing and expect a different result." I must be insane to keep trying to get help when I expose CDOC being in violation of Montez Remedial Plan or retaliation.
   My hearing aids were prescribed by specialist CDOC sent me to, my condition (not being able to hear when background noise is present) is more than 6 months old and not expected to change, CDOC knew of this condition, paid to have hearing aids cleaned by insurance company and Coit is regarded as having a hearing and visual disability.
   There is no doubt that Coit only sees out of part of her good eye. If you look at Denver health's vsion test you will see that she only sees out of less than 35% of her eye. This does not take a specialist. Just look at vision exhibit. What is next will LVCF /CDOC take her glasses away from her that she has had and allows her some protection.
   I am sorry to have to bring this before the court but I need help and I am a member of Montez. Please help me. I can not file a law suit I am not strong enough to take the harassment and retaliation, it will kill me. Please allow what is allowed under Montez, at least give me some protection.

Respectfully,

Jill Coit #86530

7-22-10

Did not Mail till 7-26-10
I am in Denver Sy. DWCF waiting to be "transported out of State" I notifed the US District Court of report what was going on. I'll send you my new address when I get there. Sorry.

EXHIBIT 4

**SINGLE FIELD ANALYSIS**
NAME: COIT, JILL
CENTRAL 24-2 THRESHOLD TEST

96112174
02/09/06   HSC: EYE
COIT JILL   F 06/11/1944
            DVR: Y
DOB
1: 2:  RX:  IP:
PCP:
PHN: (303)307-2307   MRLO: DGOP

EYE: RIGHT
DOB: 06-11-1944

FIXATION MONITOR: GAZE/BLINDSPOT
FIXATION TARGET: CENTRAL
FIXATION LOSSES: 0/18
FALSE POS ERRORS: 1 %
FALSE NEG ERRORS: 15 %
TEST DURATION: 06:02

FOVEA: OFF

STIMULUS: III, WHITE
BACKGROUND: 31.5 ASB
STRATEGY: SITA-STANDARD

RX:    DS    DC X

PUPIL DIAMETER: 4.8 MM
VISUAL ACUITY:

DATE: 03-09-2006
TIME: 4:38 PM
AGE: 61

*Coit sees out of this much of her good eye*

```
                22  23   21  23
            22  24  26   27  27  24
        24  29  26  27   29  26  25  23
   30   20  26  26  29   28  28  26  28
    0   17  26  27  30   26  14   6  19
        (0   6  17  15   18  18   0   0
             1   8  18   (0  23  18
                 (0  (0   (0  (0
```

```
         -5  -4  -6  -3
      -8  -5  -3  -2  -2  -4
   -4  -1  -2  -4  -2  -4  -4  -3
-7 -4  -2  -3  -3  -3  -3     -2
-16 -13 -5 -6 -3  -4 -18     -11
   -31 -25 -15 -17 -13 -12 -22 -23
      -29 -24 -15 -33 -7 -20
         -31 -31 -31 -31

TOTAL
DEVIATION
```

```
            -3  -2  -4  -1
         -4  -3  -1   0   0  -2
      -2   2   0  -2   0  -2  -2  -3
   -5  -1   0  -1  -1  -1  -1      0
-16 -10 -3  -2  -1  -2 -10      -6
   -20 -23 -13 -15 -11 -10 -20 -21
      -27 -22 -13 -31 -5 -18
         -26 -26 -29 -23

PATTERN
DEVIATION
```

GHT
OUTSIDE NORMAL LIMITS

MD   -10.85 DB  P < 0.5%
PSD   10.88 DB  P < 0.5%

:: < 5%
≈ < 2%
▨ < 1%
■ < 0.5%

DENVER HEALTH MEDICAL CENTER
DEPARTMENT OF OPHTHALMOLOGY- EYE CLINIC
700 DELAWARE ST
DENVER, CO 80204

© 1994-2006 HUMPHREY SYSTEMS
HFA II 750-4618-12.5/12.5

Exhibit 1

## DENVER HEALTH
## AUDIOLOGICAL EVALUATION

Name: Pat#, DOB
113946560
03/24/09    HSC: AUD
COIT, JILL
2098863    F    06/11/1944
G08        DVR: Y
1:    2:    RX:    IP:
PCP:
PHN: (719)583-5840

Date: 3/24/09

IDX2 ___ tj ___
(staff initials)

The patient's medical record and/or referral has been reviewed. ☑    The patient requested a medication record. ☐ Yes ☑ No
Primary Language: ☑ English  ☐ Spanish  ☐ Other _____
Do you wish to have an interpreter: ☐ Yes  ☐ No  ☑ NA  Interpreter: _____ (name) _____ ☐ AT&T Language Line Used
☐ Patient requests to have significant other/family member or friend interpret. _____ (name)
Impairment: ☐ Physical  ☐ Cognitive  ☑ WNL    Cultural Needs: ☐ Yes  ☑ No _____
STANDARD ☐    PLAY CONDITIONING ☐    VRA ☐

**RIGHT EAR** Frequency (Hz.) — ABR with latency series completed.

**LEFT EAR** Frequency (Hz.) — ABR with latency series completed.

**TYMPANOGRAM**

P.V. R _____  P.V. L _____

**CONTRALATERAL ACOUSTIC REFLEX TEST**
STIMULUS - LEFT EAR
500  1000  2000  4000

Reflex decay  500 Hz _____
              1000 Hz _____

STIMULUS - RIGHT EAR
500  1000  2000  4000

Reflex decay  500 Hz _____
              1000 Hz _____

**IPSILATERAL REFLEX SCREEN**
R. _____   L. _____

PTA (.5, 1, 2 KHz) _____ dB    PTA (.5, 1, 2 KHz) _____ dB
SRT _____ dB  PBMax. _____ %   SRT _____ dB  PBMax. _____ %
                30 dB SL                          30 dB SL
SRT/BC _____ dB                 SRT/BC _____ dB

OTOACOUSTIC EMISSIONS SCREEN     PB ROLLOVER  R    L
RIGHT -  PASS    FAIL            40dB SL _____ %
LEFT -   PASS    FAIL            50dB SL _____ %
Mode:                            60dB SL _____ %

Patient/Family Education: ☑ Verbal  ☐ Written  ☑ Understands

History: Previous borderline hearing loss. Need to rule out significant change in hearing.

Results: ABR with intensity latency series completed. Results showed responses at 25dB in the mid to high frequency range to a broadband click. These results are compatible with responses to air conduction under headphones obtained on 2-14-05.

Recommendations: There is no clinical reason to remove hearing aids from patient at this time.

Audiologist Signature/Title/Date: Trudy Fredericks MS 116434

F50-514 (6/06) Page 1 of 2

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

APPOINTMENT
Page 1 of 2

Printed By: RAZZAGHI, MITRA
Printed at: 03/15/2005 11:04:15
Encounter#: 961748

| 86530 | COIT, JILL | Facility: | DW | LU: | DW/UNIT2 | 1 | D | 12 | L |

| Temperature: 97.3 | Pulse: 100 | Weight: 157 |
| Respiratory: 20 | BP: 112 / 66 | |

Vitals Taken: PULSE OXSYM=97.00;

**OBJECTIVE**
Active Medication(s): ASA ENTERIC - 325 MG; BENADRYL - 50 MG; MIDRIN - 65/100/325; PREMARIN - 0.625 MG

here with following concerns
1 - states that the hearing test was done with her hearing aid in that's why it was normal, but she cannot hear without hearing aid, no note from audiology regarding the test being done with or without the hearing aid
discussed that we are not going to take her hearing aids away based on the test result.
2 - states that the chest pain episode was taken care of very well by nursing staff. etiology of the CP unclear but she had normal stress test twice. pt is on ASA and Cholesterol WNL. pt is encouraged to keep active. She is conscious about her diet specially with her FHX of CAD. no more episodes.
3 - was seen by ortho for her shoulder. per MRI has tendenosis vs. incomplete tear, ortho PA-C recommended PT and f/u visit after that.
PT consult sent to scheduling
4 - needs follow up on her knee problem. was supposed to have surgery but on 11/04 visit pt requested the procedure to be postponed per ortho notes. follow up in 6 months requested by ortho. consult sent to scheduling.
5 - continue to have cough. clear sputum, no wheezing/SOB, no fever
had normal CXR at hospital, requests renewal of Humibid and trial of Albuterol which helped her before
6 - states with coughing has increased accidents due to stress incontinence and request approval for extra bag of pads
states she does not wish to have anything done for her incontinence
7 - discussed the type of wrist splint needed. called the supplier (Wendy at 303-412-6251) and they will come to fit her for spica splint with thumb.
8 - requests for me to write that her pusher does not need to live with her, she is quite happy with her current roommate and does not wish to change. discussed that I cannot get involved with such housing issues

recommended nasal and pharyngeal saline washes TID, extra fluid intake. no need for antibiotics

**OBJECTIVE**
General: Not in acute distress

HEENT: PERLLA, EOMI, TMs normal, oropharynx normal, nasal mucosa normal without abnormal drainage.

Neck: supple, no lymphadenopathy, thyroid normal size and non-tender, no elevated JVP, no cervical vertebrae point tenderness or muscle spasm

Chest: no chest wall tenderness, lungs clear without wheeze or rales. good air movement. cough with deep breath

CVS: RRR, no murmur or gallop or rub

**ASSESSMENT**

**PLANS / ORDERS**
Allergies: PENICILLIN G; ALLERGIC TO PENICILLIN

consult for PT and Ortho Knee done

NEW - Rx#: 1895333 Drug Brand Name: HUMIBID-DM - 30-600 MG
Alternate Name: GUIAFENISIN/DM  Rx Date: 03/15/2005  Disc Date: 04/14/2005  Rx Instructions: ONE TABLET TWICE DAILY AS NEEDED

NEW - Rx#: 1895344 Drug Brand Name: VENTOLIN INHALER - 90MCG
Alternate Name: ALBUTEROL INH  Rx Date: 03/15/2005  Disc Date: 04/14/2005  Rx Instructions: INHALE 2 PUFFS FOUR TIMES DAILY AS NEEDED FOR PERSISTENT COUGH

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

ex hibit 2
Hearing

Datetime: 03/15/2005 00:00
Providers: RAZZAGHI, MITRA A

PA/NP _____
Datetime: 03/15/2005 00:00
PHYSICIAN _____ MD
Provider: 5494
NURSE _____ LPN
DateTime 3/15/05

Exhibit 3
Shakedown list

**SHAKEDOWN LIST**  DC 300-6A

DATE: 5/5/09

OFFICER: Capt. Kolath

Offender Name and Number: COIT 86530

2 HEARING AIDES TAKEN TO PROPERTY FOR DISPOSITION

20002 (R 7/02)

## Hearing Aids

6-8-01 Denver General Hospital Audiologist – Audiometrics are consistent with moderate sensory neural hearing loss. Amplification was discussed on an informal basis. It is felt that she should receive an ENT consult and medical clearance prior to trial use of amplification.  DX moderate hearing loss.

8-22- 01  Denver General Hospital Auto clinic- Patient may wear earphones while watching TV. She is cleared for hearing aids. Follow up with ENT on a prn basis.
DX: sensory hearing loss.

10-22-01 Dr. Pook MD, DWCF- No need for hearing aid until hearing test results arrive.  (she did not even look in file, I told her I had been cleared for hearing aids )

1—3-01 CWCF Mary Kay Cater- Seen by Dr. Howe, ENT at CMHIP "will await dictated notes, to see if pt meets DOC criteria for hearing aids.
Ok to wear earplugs, <u>Ok for learning Aids (X1)</u>

7-15-02 Note from Pat V RN II "Please come to the clinic on Saturday, July 20th, at  0900. You are going to be fit for hearing aids. Thank you Pat V.

7-20-02 Pueblo Hearing Aid Center In Woman's of Denver w/p Otoscopic Rxx (?) shows both tanals cliar. Took Bin impressions to recast hearing aids. Pt states her hearing is rapidly deteriorating and experiences pain. Ent Evaluation may be necessary.

11-28-02    Pueblo Hearing Aid Center   "In DWCF-w/pt-fit audibel hearing aids.
Lt. Sn : 0201400694
Rt. Sn : 0201400693 Warranty expires 10-1-04
Pt has difficulty understanding in back ground noise
Pt needs #312 Hearing aid batteries

1-18-03  Pueblo Hearing Aid Center   In DWCF w/p –right hearing aid hurts ear-will remake.

3-25-03  Dr. Razzaghi- " given hearing aids, discussed shoes/ braces for ms.  ???? insider/ sweats- CTZ as follow up-with Ms. Coit to review  ?????

1-25-05 Someone wrote informational in my chart without putting their name on it.
" Im had officer call medical at 1725 requesting hearing aid batteries because of several things going on Im was told to come down after med line. We had just finished nurse sick call. It would not have been a problem at that time of nurse sick call. IM did not come down for batteries with med line or even inquire about them. Batteries are in medical. (Med line ended after 10 :30 count cleared-so I waited till next day to get them)