IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

       Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

At the request of the parties, the Status Conference set for August 2, 2010 is **VACATED,** as is the filing requirement of a joint statement in advance of the conference. The parties shall file a joint Status Report on or before August 16, 2010, or sooner if appropriate.

Dated: July 29, 2010

Service of this order shall be made via NEF