IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: LVCF, 1401 West 17th Street, Pueblo, CO 81003
_____

**ORDER OF DISMISSAL OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on his own motion. On March 23, 2010, Judge Kane issued an order clarifying jurisdiction concerning claims filed pursuant to Article XXXII of the Remedial Plan. On the same day, Judge Kane referred to the Special Masters the Claimant's motion and request for consideration under the Montez class action regarding vision impairment and hearing impairment. Since that referral, Claimant has filed additional documents.

    Judge Kane held a pretrial conference on May 26, 2010 which was primarily scheduled due to the upcoming compliance hearing. At the same conference, Judge Kane took up individual motions, including that of Claimant. Judge Kane dismissed Claimant's motion. The reasons for dismissal were unspecified.

    Claimant was given an opportunity to show cause why there is any remaining jurisdiction over anything that she has filed. Claimant has responded with a document that discusses her present situation. It also discusses systemic issues under the Remedial Plan. The document provides no basis for this claim to remain open.

    No jurisdiction exists for the Special Masters to do anything further on the claim of Jill Coit. The remaining documents, being treated as motions, are denied for lack of jurisdiction.

    IT IS HEREBY ORDERED that the motions of Claimant are denied and dismissed for lack

of jurisdiction; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 25, 2010.**

SIGNED this 30th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master