IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 03-417
Category III
Claimant: Anthony Rodriguez, #69767
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

**ORDER OF DISMISSAL OF SPECIAL MASTER**

---

      THIS MATTER comes before the Special Master on the letter of Anthony Rodriguez. In the letter, Mr. Rodriguez asks if he can submit any further paperwork to participate in the case.

      Claimant previously filed a claim. A hearing was set for August 6, 2007. Claimant did not appear for the hearing. Claimant did not contact the Office of the Special Masters to indicate why he did not appear. Claimant has had his opportunity to submit a claim.

      Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

      In addition, Judge Kane has ruled that the Remedial Plan allows an inmate the right to file one claim. There is no provision for a second claim. Claimant's opportunity to file a claim has come and gone.  His request for additional forms for filing a claim will be denied.

      IT IS HEREBY ORDERED that the letter of Anthony Rodriguez, being treated as a new

claim, is dismissed, as Claimant filed a claim that was dismissed on August 9, 2007; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 28, 2010.**

SIGNED this 30th day of July, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master