

Jennifer W. Riddle, Atty #36385    92-cv-00870-JLK
King & Greisen, LLP
1670 York street
Denver, Co 80206

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2010

GREGORY C. LANGHAM
CLERK

Dear Ms. Riddle,

    The District Court Judge, Kane, told me to write directly to you regarding anything to do with Montez et al.

I told the Judge, that I have wrote to you, and did not recieve any answer. So I will try one more time. I have asked the court and you in my last letter about appeal issues to the tenth circuit, regarding issues of the ADA and the Montez Remedial Plan. I believe there are many violation of that agreement. And or, deliberate discrimination from medical, with issues of denied treatment or denied accommodation. I have filed grievances, regarding accommodation. And all denied by AIC Office and third step grievance officer. No one wants to give aacommodation, I have been told by medical that it was the judge's responsibility to order accommodation. I have also asked the judge or court who is the Authority in ordering accommodations. Neither the judge or medical will admit who is the party that order's accommodations. I do know there is a section in the Americans Disability Act, that does give the judge authority to order accommodations. But I also know its the responsibility of medical to supply these basic human needs.

    This is why I feel there are issues for the tenth cicuit, court of appeals. Because none of the parties or court involved with Montez, wants to act or order accommodations. I also, no better, that I have the right to appeal any action that there has been a final order or judgment. Even though I been told by the Special master and judges, this includes ADA attorneys. That we (ADA inmates) can't appeal any montez claims.

I have never receive any treatment or care since I was transferred to Sterling Correctional facility, for any of my claims (mobility or diabetis). At Arkansas Valley Correctional facility. I was give treatment and care for both claims, and called to see the doctor every three months. But never at this facility where I was transfered by Cathy Holst.

Also, I am requesting information on the June 24, 2010 hearing by Judge, Kane. Several Inmates who are part of class action under Montez, would like to know what was the final results of that hearing. Please, send that information.

Thank you

July 26, 2010

Respectfully

Ronald Cordova, #57350
SCF    Unit 2-A
P.O.Box 6000
Sterling, Co 80751

cc To Judge J. Kane