IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 2 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs

v.

BILL OWENS, et al.

    Defendants.

---

Claim Number 02-601
Category: II
Claimant: Douglas L. Crawford #55972
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

RESPONSE OBJECTION: DEFENDANTS FINAL ORDER OF SPECIAL MASTER

---

THIS MATTER comes before this Respondent, Douglas L. Crawford, pro se, who since 1985 did enter the Colorado Department of Corrections (CDOC) by and through criminal proceedings as continued clear to today, as was and remains indigent, and respectfully request to proceed in forma pauperis pursuant to herein remaining within Montez, et al.

This Respondent, just prior of initiating alleged criminal claim which obtained this Respondent into this CDOC as he was involved in a horrific motorcycle accident injuries sustained multiple traumas which still triumph: cersbral contusion, crushed vertebra (T-7), (T-6 & T-8) both cracked, C 5-6 & C 6-7 cracked disc neck, fractures in shoulder and clavicle, internal and partial evolution of ear. Plus, other tramas beforehand which equal help hender ear troubles to hence this Respondent now wears hearing-aids in both ears.

Wherein, if this is needed at all, this Respondent is seeking to remain in with as part of, being a Montez Class Member as while he continues remaining in CDOC.

As this Respondent gains from: Case 1:92-cv-0087-EWN-OEW Document 3326 Filed 04/04/2008 Page 4 of 8, it informs, in part of its No.16: "CDOC shall provide two hearing aids to inmates with hearing impairments..." See enclosed

Herein, this Respondent has been within the CDOC since 1985 clear throughout, nonendingly to, today. Oh, also, now accident caused the circumference my left leg is smaller -- as 1/4 - inch smaller -- than my right upper leg.

WHEREFORE, if there was some kind of mis communication or mis understanding respecting, it is hoped this is easily cleared up as this is being now submitted on as before the so informed: "..may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 on or bofore August 16, 2010, as this hereby is. Thank you
Respectfully submitted,

CRAWFORD, Douglas L. #55972
P.O. Box 6000 / SCF
Sterling, CO 80751

## CERTIFICATE OF SERVICE

Do hereby certify that did mail a true and correct copy of this -- RESPONSE OBJECTION: DEFENDANTS FINAL ORDER OF SPECIAL MASTER -- to Attorney General 1525 Sherman, Denver, CO 80203 on this the 29th day of July 2010
Respectfully,

CRAWFORD, Douglas L. #55972

**COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT**

NAME: Crawford, Douglas   DATE OF BIRTH: 8-17-56   DATE: 7-10-96

D.O.C.#: 55972   AKA: _____

TRANSFERRED FROM: CTCF   TO: Adams

DATE OF LAST EXAMINATIONS:
(1) NURSING _____
(2) PHYSICIAN _____
(3) DENTAL _____

HOSPITALIZATIONS: YES ✓   NO ___   IF YES, DATE OF LAST: ① ear repaired p̄ MVA -'98

ALLERGIES: YES X   NO ___   IF YES, EXPLAIN: Hayfever

SPECIAL DIET: YES ___   NO X   IF YES, EXPLAIN: _____

CURRENT MEDICAL/PSYCIATRIC PROBLEMS:   YES ___ NO ___ IF YES, EXPLAIN: _____

CHRONIC MEDICAL/PSYCHIATRIC PROBLEMS:   YES ___ NO ___ IF YES, EXPLAIN: _____

CURRENT MEDICATION: YES X   NO ___   IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
| Zantac 150mg po BID (7-29) | | |
| Hearing Aid Battery | | - Has 2 H. Aides |

GROSS TESTING (COMPLETE THE FOLLOWING):

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | | |
| T.B. | 2-25-91 | ⊖, 9-24-93 neg. |
| TETANUS | 1986 | |
| OTHER | | |

COOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING:   POOR ___ GOOD X   IF POOR, EXPLAIN: _____

THIS FORM COMPLETED BY:

Signature: J. McCauny
Facility: CTCF - CTU

☐ SUICIDE RISK

Original / Transferring Facility
Copy / Receiving Facility

Sec.1.Trans.2. (Rev. 11/94)

```
= MEDICAL ============ ENTER MEDICAL INFO TRACK ========= 10/07/2004 = Page  1
Doc No: 55972    Name: CRAWFORD, DOUGLAS L              LCF/UNIT1  PRES FACIL
==============================================================================
Medical Level:     Qualifier Code:    Desc:          Date Assigned:
 Dental Level:     Qualifier Code:    Desc:          Date Assigned:
           Chart Out Dtd:           Chart Location:           Comments
==============================================================================
        Medical Conditions                    Medical Procedures

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --


==============================================================================
    Medical Housing Restrictions         Medical Assignment Restrictions

Date Assgnd Date Rslvd Condition  Qu   Date Assgnd Date Rslvd Procedure  Qu
----------- ---------- ---------- --   ----------- ---------- ---------- --
                                        03/19/1991             INTENSIVE
                                        03/19/1991             NOHVY-LIFT
                                        06/04/1997             NO BENDING
                                        06/04/1997             STANDING
                                        06/04/1997             NOHVY-MACH
                                        06/04/1997             SQUATTING
                                        01/07/1999             NO BENDING
                                        01/07/1999             NOHVY-LIFT

Medical   NO STAIRS   FOR 3 MONTHS
Comments


Chart
Comments
```

*As far as I can tell, all his restrictions are still in force.*

*[signature] 10-7-04*