THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 CV 00870 EWN-JKL

L. R. Moore
Plaintiff,

v.

Ari Zavaras, et al
Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -5 2010

GREGORY C. LANGHAM
CLERK

## Appeal of Order of Special Master
## Motion to Be Allowed To Seek Effective Enforcement

Plaintiff pro se appeals the Order of the Special Master which states that Master will not seek effective enforcement of previous orders, that Master relies on Class Counsel to so seek altho aware that Class Counsel has so refused to that she did not appear at any hearing with Plaintiff.

Plaintiff moves to be allowed to seek effective enforcement of orders, stipulations, and remedies, past, present, and future, via separate, perhaps self, representation and enforcement. That is, he seeks separation from both Class Counsel and Special Master, asking this Court's permission to have a hand in choosing replacements that he believes will be much more effective.

He relies on his Constitutional right to counsel of his choice. And to jury trial, or its equivalent in a Special Master. That is, a Master jointly agreed on versus one chosen by Defendant, one that is a peer in disability, has experienced the problem

of bureaucratic bias in automatically denying all accomodations regardless of cost (oft $0) or ease in ~~doing~~ making (oft selfmade thus of infinite ease). One who has been habitually lied to in such matters simply because the bureaucrat could. Such semilar decision making is the core of trial by jury rather than trial by bureaucrat, or expert, such as experts in witchcraft.

Special Master cites <u>McNeil v Guthrie</u>, 945 F2d 1163, 10th Cir. Ct. I cite the Devil & Daniel Webster, the rights of jury trial and counsel, as well as the death of Jim Crow, which was a system that relied on decisions made by masters rather than peers.

Plaintiff ~~as~~ moves to be allowed to present three members of the Colorado Bar with a minimum of 10 years experiance in disability access and bias litigation allowing Defendants to choose one as ~~A~~ Special Master for his claims and those who choose to join him. This is infinitely more choice than Defendants gave him in choosing current Special Master.

Plaintiff moves that said ~~Spe~~ new Special Master be allowed to award up to $50 per month per order not complied with per claimant, said awards to be paid monthly by Defendant directly to claimants without going thru Defense Counsel, as said Counsel has, at times, wrongly refused to pay current awards. The point here is to create a real incentive for Defendants to comply with orders.

Plaintiff moves that this Court, without delay, order CSP Warden Susan Jones to instruct her subordinates in Law Library, Case Management, Mail Room, Grievance

Coördination (Edger), Clinical Services, and others, to facilitate Plaintiff's Legal Access in this matter, rather than obstruct access. This includes approving xeroxing of anything Plaintiff says is needed <u>without</u> judging by Law Librarian as to whether it is; processing Grieves as to 850-04 subjects chosen by the Agrieved, versus Coördinator or Case Manager — if Grieve says APA, do not send it to Clinical Services; Mail Room to allow Plaintiff to seek coplaintiffs at CSP, CCF, and CSP II without postage (inter and intra facility mail) which is now banned; Mail Room to allow Plaintiff to instruct it as to amount of postage required, ending inaccurate overcharging by Mail Room (at least until MR agrees to calibration mail from Plaintiff to assure MR correctly recalibrated, such mail to be returned with measurements noted to Plaintiff); Clinical Services to stop responding to Grieves with technical reasons to refuse to answer — i.e. answer all Grieves from Plaintiff — C.S. can still note tech excuses along with answers; Case Management to supply Plaintiff with as many 850-04As as he requests <u>without</u> judging merit; Warden to only note Grieves as "frivolous" in which Responder so claimed — no claim, can't be counted — and thus withdraw, in writing via Expungement her perhaps fake 850-04s; and any other actions that overly block Plaintiff's Legal Access.

Further Plaintiff moves that he be given CSP/CCF TV Titler access à la Class Counsel to inform possible coplaintiffs,

Plaintiff seeks, as coplaintiffs joining him, all those in the various Administrative Segregation and Reintegration Facilities that have Montez Disabilities, as well as those in the special facility for the severely disabled, Ft. Lyon, and any Montez Catagory III (severely disabled) who have been Ad Segged but are not now. It is his contention that Class Counsel has misrepresented the above to the point they ought to be allowed to form a separate group under a separate Special Master, chosen as herein. CODOC Admin Reg Mail provides for coplaintiffs mail to be allowed within and between prisons as "open letters" as if public. Plaintiff agrees to this rule but object to CCF/CSP local rule barring such letters and any others tween their prisoners.

Defendants are likely to claim Plaintiff asks Court to micromanage prison. This is true only if they continue to twist rules they wrote they claim to provide access but do the opposite. I.E. Warden Jones writes her own local rules, such as ban on coplaintiff mail above, and can rewrite them instantly. Let her see the goals she needs to meet and means herein, let her micromanage (as she does now) to acheive these goals. E.G. simply adopt rule that open coplaintiff letters and documents will be transferred tween prisoners by staff directly, with no more than one day delay for reading and investigative xeroxing. As such are not posted in U.S. Mail, no stamps needed. Plaintiff

accepts that prisoncrats are intestinally unable to adopt any rule written by a prisoner without rewriting it. Thus he accepts altering words but not altering intent of removing access obstacles.

Further Plaintiff moves that he be allowed to serve Defendant, Class Counsel, current Special Master, et al, with one page Summary Copy of this and all other Motions he may write, including attached documents, said summary to name documents that are attached solely to Plaintiff and Court copies. He so moves because Defendant has quintupled xerox fees and controls all easily accessable-to-Plaintiff xerox. Should Defendant lower fees to former level, Plaintiff will rescind this paragraph. He has exhausted internal relief seeking lower xerox fees.

In support of preceeding paragraph, Plaintiff asserts that off his Motions go unread except by a court clerk, that Defendant seldom reads more than the Caption page. Likewise Special Master and Class Counsel.

Plaintiff notes that Class Counsel refused his request, noted in Order on 16 July 2010, for copy of Montez filings listed - viz attached copy, dated 6 July.

Plaintiff attaches I-1, II-1, III-1, Circular Letter ("To All Above") and Step 1 Response to 1233 as proof of his need for relief that current Special Master and current Counsel are unwilling to effect. Also attached is Summary Copy.

In closing, Plaintiff informs this Court, should it not respond within 30 days of receipt of this Appeal and Motion, that he will file an Appeal with the 10th Circuit Court of Appeals on grounds of denial of jury trial and of counsel of choice. He thus requests this Court, should it decide to deny totally, or to not reply,

to prepare the record for said appeal
. Respectfully submitted this 3 Aug day of
2010 with summary copy as below sent
to Special Master on Zenobia, Class Counsel
on York, and Defense Counsel on Sherman
separately with postage prepaid same day
by undersigned Plaintiff pro se.

L R Moore

L R Moore 47702
Box 777 Unit E311
Cañon Co 81215

Summary Copy (if (SP Law Lib Xeroxes))
U.S. Dist Ct
Civil Action 92 CV 00870 EWN-JKL

L.R. Moore
   Plaintiff

v.
Ari Zavaras, et al
   Defendants

Appeal of Order of Special Master
Motion to Be Allowed to Seek Effective Enforcement

In Summation on Summary Copy only,
Plaintiff states he appeals the Order of
nonaction of 16 July 2010 and moves to,
for himself and those who may wish to
join him, replace current Special Master
and Class Counsel for being totally ineffective
at enforcing Order and Remedies, as proven
by documents attached to full copy and
summarized here as on enclosure page
of full motion. This summary copy due
to Defendants quintupling xerox fees they
charge Plaintiff. Sent to Defense Counsel,
Special Master, Class Counsel this 3 Aug day
of 2010 by Plaintiff pro se.

Enclosure Page
Step 1 Response Grieve D-CS 09/10-1233 aka H1
T-1 850-04C
II-1 Memo from Rowlands 9 VII 10
III-1 Kite Response, Olson 6 VII 10
Letter to Greisen 6 VII 10
  (copy sent Special Master)
Circular Letter blank ~~July~~ August 10
  2 pages
Grieve D-CS 10/11-0063 aka X-1, in lieu of H2
Grieve K2 aka D-CS 09/10-1233
750-01B Dental
Grieve H2 not enclosed as no copy yet
  returned - see X-1
Response K1-1233
Reply to T. Reynolds - 750-01A 2 VIII 10

J-1  2010

AR Form 850-04C (07/01/07)

To: Moore, Lewis R. DOC# 47702

From: Warden Jones

Date: 6/25/10

RE: WARNING LETTER REGARDING THE FILING OF FRIVOLOUS GRIEVANCES

Be advised that you have filed __9__ frivolous grievances in the past __38__ days.

Your irresponsible actions are infringing upon the right of access to the grievance process by all other offenders. Resources available to respond to grievances are limited and the process is designed to allow all offenders the ability to grieve. You are hereby directed to cease the filing of multiple, frivolous grievances immediately.

Failure to adhere to this warning will result in the loss of your privilege to file more than one grievance per month. The length of the suspension is dependent upon the number of times your privileges have been suspended in the past.

__X__ Our records indicate this is your first warning notice and your privileges have never been suspended therefore, your privileges may be suspended for a period of 60 calendar days.

_____ Our records indicate this is your second warning notice and your privileges have been suspended on one prior occasion; therefore, your privileges may be suspended for a period of 180 calendar days.

_____ Our records indicate this is your third warning notice and your privileges have been suspended on two prior occasions; therefore, your privileges may be suspended for a period of 1 year.

_____ Our records indicate this is your fourth warning notice and your privileges have been suspended on three prior occasions; therefore, your privileges may be suspended indefinitely.

Your grievance activity is being closely monitored and should you choose to continue your abuse of the grievance system, you will be notified in writing that your privileges are being suspended. Grievance restrictions may be implemented 30 calendar days from the date this warning letter is served upon you, if you refuse to discontinue the filing of numerous, frivolous grievances.

I, __DJimenez 8781__ (Print name and DOC employee ID) hereby certify that on this __2nd__ Day of __July__, 2010 I served the foregoing *Warning Letter Regarding the Filing of Frivolous Grievances* on Offender __Moore, Lewis R.__ DOC# __47702__

Attachment "C"
Page 1 of 1

TT-1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Colorado State Penitentiary

P. O. Box 777
Cañon City, CO 81215-0777
Phone: (719) 269-5120
FAX:   (719) 269-5125



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**DATE:**   July 9, 2010   Rec'd 12 VII 10

**TO:**   Mr. Moore 47702

**FROM:**   Mrs. Rowlands

*Mrs Rowlands English in normal — you need to insert "n" none of here.*

**SUBJECT:**   You have been warned in the past regarding sending more than one or two kites at a time to the library.  I have answered your inquiries regarding issues that you brought up and I will not discuss it further.  I have written a negative chron against you regarding this as well.  If you continue with this behavior the library will write you up for harassment.

[This accompanied extra ARs per Library IA of 3/wk after 1 of 5 requested delivered & I wrote complaint]

[My Reply — 12 VII 10 on I.V. kite] Librarian Rowlands; thank you for extra ARs. As a 3/wk Protocol, unless you issue a correction memo, I assume (except this wk as Thurs Library Delivery nears) I'll mail back ARs I've read for new ones once/wk, w/new AR Rd enclosed, using Lib kites. This assumption depends on Pod having Lib Box to deposit read ARs, 1 for 1. I still urgently need, thus will keep repeating, 150-01. Seems this is the most popular thus copies should be doubled. I know 150-01 has extensive IA/DO which oft sent separately. There's Ø on AR List stating this, thus DO hard to order. Does Library need DO order as separate from AR? □ Yes — No □. I d/n get DO w/750-04. Your 9 July Memo was most detailed answer yet. Please get well soon.

*[Handwritten top-left:]* TH-1  Rec'd 7 VII 10

# Colorado State Penitentiary
## Kite Response

**E-3-11**
Housing Unit / Cell

Inmate Name DOC #: **MOORE, LEWIS R #47702 Level: 3 # 47702**
Response by: OLSON (7547)
Date of Response: Tuesday, July 06, 2010

This correspondence is in reponse to a recently received request for interview concerning the following issues:

**MOORE, LEWIS R #47702 Level: 3**

**I have received your kite regarding your classification.**

**After reviewing your recent behavior and past Administrative Segregation placements, you are not appropriate to progress from Administrative Segregation at this time.**

OLSON (7547)

---

*[Handwritten:]*

To: Sgt. Olson
Interview Request (kite):
I seek Immediate a Level 4 staffing to remain at CSP at Level 4 despite ban on such. I've been at Level 3 for 2 yrs. I've diplomas in all recommended courses. No write ups in 2010. (NB Expungement) No Class I + in over a year. I meet all objective Level 4 criteria. I cannot meet subjective criteria such as walking, thus I demand a formal staffing + resultant report.

Reply to Response (another IV kite)
To: Olson 7547  Date 7 VII 10
Reply to Response of 6 VII from you:
As I stated in initial kite, I meet all objective criteria for Level 4. My failures are in not meeting your vague subjective criteria esp. what you see as my refusal to walk. I repeat, need for staffing to get other specifics, if any exist, on record.

Copy

L R Moore 47202
Box 777; Unit E311
Cañon; 81215

Paula Greisen #19784
1670 York; Denver 80206

3. Delayed — 6 July 2010

Re Montez v Ritter Claimant
Recent Document Copy

As you have failed to send me my copy of the results of Special Master's Declaration of April 2010; of your reply of Final Pretrial Conference; Report of May 2010; and of June's Compliance Hearing, I ask that these be faxed to me immediately in care of:
CSP Law Librarian Johnson at 719-269-5125, Voice phone 269-5120. Head fax with my name, #, Unit # above.

Failure to so send may result in an Ethics Complaint unless you immediately dissociate, in writing yourself from Class Representation in this case.

Sincerely
L R Moore

CSP Exemption (U-1?) from Montez by Warden Jones!

LR Moore 47702
Box 777; Unit E34
Cañon Co 81215

Paula Greisen #19784
Colo Atty General
U.S. Dist Court - Montez v. Owens
Legal Resolution Center
Colo Supreme Court Grievance Committee

August ~~Feb~~ 2010

To All Above:

The enclosed Step I Response to Grieve D-CS 09/10-1233 is egregiously falsified from the evil bias of the AIC. Each one of the first four enumerated points the AIC, due to her "thorough investigation", known are totally false, yet she feels no hesitation in using them as she knows Montez Class Atty will not object and then she believes the Court will accept these falsifications as facts.

Unless Greisen, as Class Atty, immediately objects to these falsifications, such as were at the core of Jesse Montez's Complaint, I ask not only to be removed from representation by Greisen but that she be reprimanded for allowing opposing party to so harm a client's interest without objection.

Further I object to AIC and to Class Arbitrator as both have repeatedly engaged in similar egregious falsifications. I ask

JUL 21 2010

Form 850-04A (12/01/08)

X-1
R7/15

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒   No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒   No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒   No ☐
Date received by case manager: 7/14/10   Case Manager: D. Jimenez 8781

Grievance Number: D-CS10/11-0063   STEP (Circle One) ①  2  3

| NAME L R Moore | DOC NO. 47702 | FACILITY/UNIT/POD CSP E5U |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Gross Habitual Violations, Due To Extreme Anti ADA/Montez Bias, of 750-04 (ADA) and 850-15 II by Holst and Jacobson. REMEDY: Do Not Allow these 2 to Respond to Griever nor Recomodation Requests Until They Publicly Regret Their Extreme Bias, if then. Their acts are akin to Pedophile Priests. Proof (Jacobson - no room for Holst whom she follows) In Grieve 1237 she uses expunged 25 I 10 verdict then invents 140 more, ignores I've 2 diplomas in each Recommended Course (will a 3-rd GED help progress?) at CSP Level; thus problem is the Level 4 Level Rec Courses, that sole reason not Porter is bias; in 1008, she takes an Rx to deny that I'm visually disabled; in 1001, she uses fake Rx of 1000 to deny hearing problems. In 1233 she goes for BIG LIE. Never does she Respond honestly. Such Mocks AIC, etc.

TO BE COMPLETED BY OFFENDER:
DATE: 13 VII 10   OFFENDER SIGNATURE: L R Moore

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA DISABILITY
DATE: JUL 15 2010   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Ediger

Date ADA grievance sent to AIC: JUL 15 2010

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)   8/16 HQ-Lgl Svcs

Attachment "A"

Page 1 of 1

2cc
o fwd r
7/15/10

Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

W10 K2
A 7/15

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 7/14/10    Case Manager: D. Jimenez 8781

Grievance Number: M-CS 9/10-1233    STEP (Circle One)  1  ②  3   Step 1 AHd

NAME: L R Moore    DOC NO.: 47702    FACILITY/UNIT/POD: CSP E 34

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Twice I've sent Accurate & complete W-9 to Atty Gen. Twice Award Denied.

Subject of Grievance and Requested Meaningful Remedy: DENIAL OF ADA AWARD. Jacobson claims that Colo Atty General can declare who is/isn't a U.S. citizen sua sponte. She ignores that civil war decided the opposite. As to place of birth registry, Sen McCain is registered in Panama yet ran for Pres thus place of registry d/n prove citizenship. Further, after having my ID stolen & fraudulently used by Sue Hall, DOC RN, I removed all SS# etc from all documents & forgot it while deciding to be Panamanian as Noriega forbd duel citizenship. Ø in Montez says SS# or citizenship needed for award. These 2 requirements wrongly added by DOC or Atty Gen. I ask removal & thus payment with interest & penalty. I cannot give you what I d/n have.

TO BE COMPLETED BY OFFENDER: I d/n have here an SS#.
DATE: 13 V/10   OFFENDER SIGNATURE: L R Moore

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA DISABILITY
DATE: JUL 15 2010   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Ediger  8098
Date ADA grievance sent to AIC: JUL 15 2010

**RESPONSE**

TO BE COMPLETED BY RESPONDER
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
|---|---|---|

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE:    OFFENDER SIGNATURE/PRINT NAME & DOC #

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

2 cc fndr
7/15



K 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

**Response to Step 1 ADA Grievance**
From: Adrienne Jacobson, Legal Assistant, Designee
       Office of the AIC (ADA Inmate Coordinator)
Received Grievance: June 9, 2010
Sent Response: ~~June~~ July 2, 2010
Offender Name: MOORE
DOC No: 47702
Facility: CSP
Grievance No: D-CS0910-1233

---

**DISABILITY STATUS: DISABILITY STATUS:** Per Accommodation Resolution dated September 29, 2009, you were determined TO HAVE a qualifying lower extremity mobility disability.

---

**In the grievance referenced above, you allege the following:**
1. That you are not being allowed to progress due to your disability.

**Requested Relief/Remedy:**
1a. To be raised to level 4 privileges at CSP since you cannot go to CCF and do not want to go to LCF.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. Since your return to CSP from LCF, you have accumulated over 143 COPD convictions.
2. You have **not** displayed a continuous pattern of acceptable behavior since your return to CSP.
3. You have been offered programming but have refused to cooperate and participate.
4. On January 25, 2010 you received (2) Class II COPD convictions for disobeying a lawful order and search interference.
5. Due to your disciplinary conviction(s) and failure to complete recommended programming since arrival back to CSP, you are not eligible for level 4 programming.
6. CSP will continue to offer programming until you are eligible for a review.

**CONCLUSION:**

This grievance is DENIED based on the information above. You are not being held from progressing due to your disability but due to your disruptive behavior.

**GRIEVANCE DENIED.**

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM        DC Form 750-01A (11/15/07)
## REQUEST FOR LEGAL ASSISTANCE

**INCOMPLETE FORMS WILL BE DENIED.**

TODAY'S DATE: 2 Aug 10

LAST NAME: Moore         FIRST INITIAL: L R      DOC #: 47702

FACILITY and HOUSING UNIT/TIER/CELL: CSP E3U    WORK/PROGRAM ASSIGNMENT INCLUDING TIME: ANY

SESSION TIME REQUESTED* __X__ AM SESSION   __X__ PM SESSION
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: _____
**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED.**

NATURE OF MATTER: ___ Habeas Corpus   _X_ Conditions of Confinement   ___ Post Conviction Relief
Other: _____

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:    YES ___ NO ___   ALL

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?  YES ___ NO ___
    IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT _____

STATE THE TYPE OF ASSISTANCE YOU REQUIRE:       (PLEASE WRITE LEGIBLY)
To F. Reynolds, Legal Services Group Leader
How do I grieve when you refuse me access to
Grieve System?
I repeat this Q from my reply to your rant saying
"Grieve". I so repeat as this, you a 750-01A that,
in theory, you must reply to. The issue is Legal
Access Denial encouraged by you, thus this is a
Request for Legal Assistance. NB I expect you
to refuse to do your duty, thus not reply.
                L R Moore
            OFFENDER SIGNATURE

DATE RECEIVED: _____   DATE ACCESS PROVIDED: _____

Your request has been DENIED for the following reasons:       DATE DENIED: _____
___ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)

___ You have failed to submit the proper form. Please resubmit: _____

___ The Legal Access Program does not provide the forms you have requested.

___ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

___ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.

___ The legal access program cannot assist you with your request. It falls outside our program parameters.

___ Other _____

METER END: _____ MINUS (-) METER BEGIN: _____ EQUALS (=) TOTAL ADMIN COPIES: _____

3-11

**DENIED**

DC Form 750-01B (12/01/08)

**COLORADO DEPARTMENT OF CORRECTIONS**
**LEGAL ACCESS PROGRAM**
# PHOTOCOPY REQUEST FORM

LAST NAME: Moore   FIRST INITIAL: LR   DOC #: 47702
FACILITY: CSP   UNIT/TIER/CELL: E311   DATE SUBMITTED: 17 VII 10

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**:

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| | DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|---|
| 1 | Documents per Motion | 3 | 2 | ∅ |
| 2 | (d/n copy Motion) | | | |
| 3 | (at 25¢/p — I'll write) | Again this time a | | |
| 4 | each copy | fake motion | | |
| 5 | | that is captioned | | |

OFFENDER SIGNATURE (REQUIRED) LR Moore   6   incorrectly

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

CHARGE TO ACCOUNT: $ ∅
DATE RECEIVED AT SENDING FACILITY: JUL 19 2010   NUMBER OF PAGES RECEIVED: 4
DATE RECEIVED IN PROCESSING LAW LIBRARY: JUL 19 2010
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 4
DATE COMPLETED: JUL 19 2010   available to use
DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS: J   $7.11
  METER END: 38433
MINUS METER BEGIN: 38432   **DENIED**
  TOTAL COPIES: 1   M.Z. is not   JUL 19 2010
MINUS ADMINISTRATIVE COPIES: 1   party to the
  TOTAL COPIES TO OFFENDER: ∅   DATE DENIED:
                                     case # you
Your request has been (DENIED) (in whole) _____ in part for the following reasons:   cite in your

_____ Your request form was not properly completed (Missing required signature, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
✓ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.
_____ Your photocopy request exceeds the page limit established by the legal access program (see attached). Also see posted photocopy policies.
_____ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.   FAKE caption
_____ You have not submitted the documents to be copied.
_____ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
_____ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
_____ Your account is in arrears for at least $500. See AR 750-01 for additional information.
_____ The legal access program will not copy ARs, IAs, OMs, or material contained in the law library, even as attachments/exhibits.
_____ The legal access program will not copy transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
✓ The legal access program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.
_____ You may bring your request into compliance and resubmit.
_____ Other_____

Attachment "B"
Page 1 of 1

1. Grievance Waning Letter                    There are not
2. Memo from Mrs Rowland - Gen Lib.           cited as such in
3. Memo from Cm III Olson - Classification -  the caption
                                              sheet
                                              which is not really a true capt.