IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's letter to Class Counsel Jennifer Riddle. #4773. No action can be taken on the letter by the Court.

    Claimant is reminded that sending a copy of this letter waives the attorney-client privilege as to this letter. Claimant should think long and hard about whether that is what he wants to do. The attorney-client privilege protects communications with an attorney. Claimant should think twice before he waives that privilege.

    IT IS HEREBY ORDERED that no action will be taken on Claimant's letter.

    SIGNED this 2nd day of August, 2010.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master