IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-491
Category: Untimely Filed Claim
Claimant: Joseph V. Thomas, #69970
Address of Claimant: AVCF, P.O. Box 1000, Crowley, CO 81034-10000

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim form of Joseph V. Thomas. Claimant has alleged that he is mobility and vision impaired.

    Claimant alleged that he was the victim of discrimination in 2008. Since it appeared that there might be a lack of jurisdiction over this claim, a show cause order was issued to Claimant. Despite being granted up to and including August 2, 2010 in which to respond, Claimant has filed nothing further.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Claimant has made no allegations and has presented no evidence that he was the victim of discrimination on or before August 27, 2003. There is no jurisdiction over this claim. Claimant retains the right to file his own lawsuit in this Court. He cannot pursue a claim under the Remedial Plan.

IT IS HEREBY ORDERED that the claim of Joseph V. Thomas is dismissed, as Claimant was not the victim of discrimination on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 25, 2010.**

SIGNED this 6th day of August, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master