IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-511
Category: Untimely Filed Claim
Claimant: Manuel Motta, #111705
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of Manuel Motta. Claimant alleges that he is vision impaired and diabetic. He also has alleged that he was the victim of discrimination in 2010.

    Upon review of that claim, it appeared that there may be a lack of jurisdiction over the claim. A show cause order was issued to Claimant. Despite being granted up to and including August 2, 2010 to respond to the show cause order, Claimant has filed nothing further.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Claimant has alleged that he was the victim of discrimination in 2010. It does not appear that Claimant was the victim of discrimination prohibited by the ADA on or before August 27, 2003. There is no jurisdiction over this claim. Claimant retains the right to file his own separate lawsuit with the Court.

IT IS HEREBY ORDERED that the claim of Manuel Motta is dismissed, as Claimant was not the victim of discrimination on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 25, 2010.**

SIGNED this 6th day of August, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master