IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-516
Category: Untimely Filed Claim
Claimant: Patrick Murphy, #43279
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim alleging that he is mobility impaired. Upon review of that claim, it appeared that there may be a lack of jurisdiction over the claim. A show cause order was issued to Claimant. Despite being granted up to and including August 2, 2010 in which to respond, Claimant has filed nothing further.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Claimant failed to complete the claim form. He claimed that he could not remember when he became disabled. He failed to provide information indicating when he was the victim of discrimination. There are no allegations that Claimant was disabled and the victim of discrimination prohibited by the ADA on or before August 27, 2003. There is no jurisdiction over this claim. Claimant retains the right to file a separate lawsuit in this Court. He may not pursue his claim.

    IT IS HEREBY ORDERED that the claim of Patrick Murphy is dismissed, as Claimant was

not disabled until 2010; and

      IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

      SIGNED this 6th day of August, 2010.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master