| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>Court Address:<br>DENVER, Colorado | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>AUG - 9 2010<br><br>GREGORY C. LANGHAM<br>CLERK |
| L.R. MOORE, J. MONTEZ, et al<br>Plaintiff-Claimants<br><br>v.<br><br>C. HOLST, A. ZAVARAS, B. OWENS,<br>B. RITTER, et al<br>Defendants | ▲COURT USE ONLY▲ |
| ~~Attorney or~~ Party Without Attorney (Name and Address):<br>L.R. Moore 47702<br>Box 777<br>Canon City Co 81215 | Case No:<br>92 CV 870 JLK |
| CALL FOR OBJECTIONS TO SEPARATION<br>CALL FOR OBJECTIONS TO UPDATING OF PARTIES | |

Claimant-Plaintiff Moore, having been recognized as having actionable claims against Defendants, calls all parties, including Special Master, to state now, thru counsel or pro se, with copy direct to Moore, any objection they have to the separation of himself and any recognized fellow Claimants who are Category III (Severely Disabled) and have been kept at Ft Lyon, San Carlos, or any Class 4 or 5 (High Security) Colorado Dep't of Corrections prison, i.e. CDOC's Close and Ad Seg units and subunits. But only if they wish.

Plaintiff, having always partially represented himself in above due to absence of Class Counsel at all Montez hearings he attended, at Counsel not allowing him to attend hearing Counsel was present at, at being routinely ~~essentially~~ ignored by Counsel, not

only desires to separate, but to update and renumber his part of the caption of this case.

Plaintiff wishes to be enabled to solicit others above who are prisoners to join him in separation as a Montez subclass, to be treated differently due to the compounding of their more severe physical disabilities by high security. Their additional problems have been almost totally ignored so much so that Defendants routinely fabricate absurd egregious excuses against Plaintiff that Counsel has never challenged such as "levitation" thus not needing to use a wheelchair. Defendants not only claimed this at Montez Hearing, but required Plaintiff to take, under penalty of RP, for refusal, a Recommended Course in Transcendal Meditation/ Levitation.

Plaintiff notes that original lead Defendant, B Owens, has been replaced on the Court's captions by B. Ritter, and another change expected New Year's Day; that J. Montez died. Thus to better reflect the real parties in this seemingly endless anti-segregation battle, he asks that Cathie HOLST be titled, in his motions, as lead Defendant. She has been the chief opponent since case began, denying both Legal Services (she's its Supervisor) and ADA Accommodations (she's AIC). She issues or denies forms needed for Accommodations and to appeal denials. She allows or denies xerox of documents including forms and denials above, and of letters to and from LS and AIC.

There are, at times, more immediate local Defendants such as T. Reynolds, D. Burbank, R. Johnson. As such, Plaintiff asks if there are objections to him rotating these as lead defendant where applicable.

Further, as a separate subclass, Plaintiff requests his own case number.

Therefore Plaintiff respectfully requests that any objections to this subclass using the caption: "L.R. MOORE

vs C HOLST, T. Reynolds, D. Burbank & R. Johnson; ~~stay~~ and to being renumbered, be now made directly to him and to the court.

Respectfully submitted this 4th of August 2010 with copy mailed Class Counsel Paula Greisen on 30 July and, later, to Colo Attorney General and Special Master Borcher separately. Submitted by undersigned Plaintiff-Claimant pro se, LR Moore.

L R Moore

*documents
  Off Assign Ra
  Grieve L 2
  Grieve K 1
  Response K 1
  Motion Denied By CSP Legal Asst Johnson
  ~~Notice~~ Denial Notice by Johnson for Atty Letter

N.B. CSP Legal Asst Johnson has refused to copy any *documents and has refused to make copies for Atty Gen, ~~and~~ and Special Master, Greisen's was a hand copy that ~~of~~ CSP Mail Room refused so sent via Step 3 Grieve Officer at DOC HQ, Colo Spgs on 3 Aug 2010.

* What must I do? See attached Denial.
only document — Waiver Letter

DC Form 750-01B (12/01/08)

**COLORADO DEPARTMENT OF CORRECTIONS**
**LEGAL ACCESS PROGRAM**
# PHOTOCOPY REQUEST FORM

LAST NAME: Moore   FIRST INITIAL: L R   DOC #: 47202

FACILITY: CSP   UNIT/TIER/CELL: E 3/1   DATE SUBMITTED: 29 VII 10

LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: 1 page front & back

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| 1  Call For Objection | 3 | 3 x 1 = 3 | 3 |
| 2  Documents w/ Call | 4 | 1 | |
| 3  NOTE: 3 page motion is original — other documents | | | |
| 4  are not and do not comply with the | | | |
| 5  requirements underlined below. | | | |

OFFENDER SIGNATURE (REQUIRED): L R Moore #47202

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

CHARGE TO ACCOUNT: $ $0.75     3 x .25 = $0.75
DATE RECEIVED AT SENDING FACILITY: AUG 0 2 2010   NUMBER OF PAGES RECEIVED: 7
DATE RECEIVED IN PROCESSING LAW LIBRARY: AUG 0 2 2010
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 7
DATE COMPLETED: AUG 0 4 2010
DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS: ___
    METER END: 42145
MINUS   METER BEGIN: 42141
    TOTAL COPIES: 4
MINUS   ADMINISTRATIVE COPIES: 1
    TOTAL COPIES TO OFFENDER: 3

Available balance = $0
Overall balance = -$1.16

DATE DENIED: ____

Your request has been **DENIED** ____ in whole __✓__ in part for the following reasons:

____ Your request form was not properly completed (Missing required signature, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
____ The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.
____ Your photocopy request exceeds the page limit established by the legal access program (see attached). Also see posted photocopy policies.
____ Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.
____ You have not submitted the documents to be copied.
____ You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
____ Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
____ Your account is in arrears for at least $500. See AR 750-01 for additional information.
__✓__ The legal access program will not copy ARs, IAs, OMs, or material contained in the law library, even as attachments/exhibits.
__✓__ The legal access program will not copy transcripts, incomplete documents, unsigned documents, altered documents, and/or blank forms.
__✓__ The legal access program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus, etc.), grievances, COPD appeals; *except* as exhibits attached to an original pleading being filed with the court or attached to a letter to a judge or attorney of record. Your pleading **must** include a statement referring to the attached exhibits in order for them to be copied.
____ You may bring your request into compliance and resubmit.
Other_____

Attachment "B"
Page 1 of 1

L.R. Moore 47702
E3u    CSP                July/August
Summary copy (multiple letters)    2010
Letters to CSP Warden Jones & AIC Jacobson

Madam,
   You're knowing and repeated denial of any and all access to Grieve System, regular and ADA, shall constitute your waiver of any attempt by me to exhaust internal remedies before seeking court relief, unless you promptly provide such access by promptly sending me 850-ODA Blanks.

L.R. Moore