①

92-cv-00870-JLK

This motion is for Federal Rule of civil Procedure 53(g)(2).   8-9-10

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 11 2010
GREGORY C. LANGHAM
CLERK

I come Pro-se I Ask the court to Show me Leniency Since I dont know Anything About Law. I Am hope that this Federal Rule of civil Procedure 53(g)(2) can Help me get my Life Back.

In June of 2009 I Learn that the special master could order the Department of Corrections to Help me If I was mobility Impairment SO When I Learn this I File to special master to get Help with my vision Impairment But Now it seem there A double Standard Cause the special master could order Help for one Disability But couldnt order Help for another Disability. since the Federal court have Rule I AM Being discriminated why can't they STOP it I'AM willing to pay for my prescription glasses threw medical as Long as there made the way I Need them which is A GRANITED #3 tint And the Bifocals can only Be 1/4 of Bottom of the Lense I pray the court will give me my Life Back Since special master can

(2)

Order the Department of Corrections to transport a mobility Impairment in special transport they can also order Department of Correction to let vision Impairment order there prescription tint glasses threw medical. I pray the court will give me my Life Back. I come Pro-se

Thank you
Charles Motley 63611
E.M.C. FMCC-A
P.O. Box 300
Canon City, Colo 81215