IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 02-379
Category: II
Claimant: George C. Murphy, #101682
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

_____

# FINAL ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's motion for enlargement of time. Claimant's request will be granted.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **October 4, 2010** in which to file an objection to the final order of the Special Master dated May 28, 2010.

    SIGNED this 13th day of August, 2010.

                                       BY THE COURT:

                                       /s/ Richard M. Borchers

                                     _____
                                     Richard M. Borchers
                                     Special Master