IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

_____

Claim Number 03-033
Category III
Claimant: Steve D. Garcia, #111141
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## AMENDED ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter from Claimant that was received on May 26, 2010. This letter will be treated as an objection to the order of dismissal of May 7, 2010.

      IT IS HEREBY ORDERED that the letter of Steve D. Garcia, being treated as an objection to the order of dismissal, is referred to Judge Kane for action.

      SIGNED this 13th day of August, 2010.

                             BY THE COURT:

                             */s/ Richard M. Borchers*

                             _____
                             Richard M. Borchers
                             Special Master