IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-510
Category: Untimely Filed Claim
Claimant: Joseph M. Garcia, #86094
Address of Claimant: CMC-FMCC, P.O. Box 300, Canon City, CO 81215-0300

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim form of Joseph M. Garcia. Claimant alleges that he is mobility impaired. Claimant has alleged that he became disabled on February 28, 2008.

    Since it appeared that there may be no jurisdiction over this claim, a show cause order was issued to Claimant. In response to that order, Claimant submitted a new claim form and additional documentation. A second order went out on June 21, 2010 explaining the claim process under Article XXXII of the Remedial Plan. Claimant was granted up to and including August 9, 2010 in which to show cause why his claim should not be dismissed.

    Judge Kane issued his order on March 23, 2010. A copy has been provided to Claimant. In that order, he indicated that a claimant is only permitted to file a claim under Article XXXII of the Remedial Plan if the claimant was disabled on or before August 27, 2003. Claimant has set forth no allegations nor provided any evidence that he was disabled on or before August 27, 2003. In addition, Claimant alleges that he was the victim of discrimination that commenced in February, 2008. The order of Judge Kane of March 23, 2010 controls and requires dismissal of the claim of Joseph Garcia. There is no jurisdiction over this claim,. Claimant retains the right to file his own separate lawsuit.

    IT IS HEREBY ORDERED that the claim of Joseph M. Garcia is dismissed, as Claimant was

not disabled until 2008 and not subjected to any discrimination until 2008; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 13th day of August, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master