IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-523
Category: Untimely Filed Claim
Claimant: Donald L. DeSalvo, #75837
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER came before the Special Master on the revised claim form filed by Donald L. DeSalvo. Claimant alleged that he is mobility, vision, and hearing impaired, as well as diabetic. Upon review of that claim, it appeared that there may be a lack of jurisdiction over the claim.

    An order to show cause was issued to Claimant. Despite being granted up to and including August 9, 2010 in which to respond, Claimant has filed nothing in response to that order.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Claimant alleged that he has been in DOC custody since November 13, 2009. Claimant further has responded to another question by indicating that he became disabled in "March of 2009." Pursuant to Judge Kane's order of March 23, 2010, the Special Masters have no jurisdiction over this claim. Claimant retains the right to file his own lawsuit with the Court.

IT IS HEREBY ORDERED that the claim of Donald L. DeSalvo is dismissed, as Claimant was not disabled until 2009; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

SIGNED this 13th day of August, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master