IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

## PARTIES' STATUS REPORT REGARDING AMENDED REPORT OF SPECIAL MASTERS [DOC. NO. 4766]

The Parties' respectfully submit the following Status Report Regarding Amended Report of Special Masters [Doc. No.4766].

### 1. Defendants' Position Statement

### I. Remedial Plan Provisions and Orders Governing Damage Claims.

The Remedial Plan, Section XXXII, allowed for damages claims to be filed within ninety (90) days of receipt by the inmate of a damage claim form. It further stated that the Special Masters could only extend the time limits for filing a damage claim upon a showing that the class member was prevented from, or incapable of, filing within the specified time period. The claim forms were issued by the Special Masters on March 23, 2004, and delivered to the inmates shortly thereafter.

Relying on Section XXXII of the Remedial Plan, the Special Masters issued an Order on February 15, 2005, *sua sponte*, ordering that "all completed claim forms related to what occurred on or before August 27, 2003 must be filed with the Office of the Special Masters on or before April 14, 2005." [Doc. No. 805]. They further ordered that **"no completed claim form will be**

1

**accepted after *April 14, 2005* unless a claimant details why he or she 'was prevented from, or incapable of filing within the specified time period.'"** (*emphasis in the original*).  [Doc. No. 805].

## II. Jurisdiction of the Special Masters.

On December 16, 2008, the Special Masters issued a Report and Recommendation. [Doc. No. 3741].  On March 5, 2009, Judge Kane entered an Order Relating to Report and Recommendation of Special Masters.  [Doc. No. 3839].  Pursuant to that order, both parties filed their position statements concerning the jurisdiction of the Special Masters under the Remedial Plan to continue to allow individual inmates to seek relief from the Court.  [Doc. Nos. 3937 & 3939].  On September 1, 2009, a hearing was held before Judge Kane during which arguments were presented on this issue.  On March 23, 2010, Judge Kane issued an Order re Report and Recommendation of Special Master and Related Filings.  [Doc. No. 4381].  Special Masters issued their final Report on June 25, 2010 [Doc. No. 4710], which was later amended on July 26, 2010 [Doc. No. 4766].

In the March 23, 2010 Order, this Court resolved the jurisdictional issue.  Specifically, the Court allowed offenders to pursue individual damages claims in accordance with Section XXXII of the Remedial Plan only if they were in CDOC custody on or before August 27, 2003, were disabled at that time, and were discriminated against due to that disability prior to August 27, 2003, or if they were seeking enforcement of an order of a Special Master.

This Court further ordered that any claims or motions seeking enforcement or compliance with, or alleging violations of, the Remedial Plan or the two subsequent Stipulations, shall be deemed declarations and referred to class counsel. The Court held that the Plan is governed by *McNeal v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

The Court also set the deadline of April 16, 2010, by which **any** further *pro se* filings should be accepted and processed by the Special Masters. This deadline was later extended to April 30, 2010. The Order did not allow for extensions of that deadline for any reason: "NO FURTHER PRO SE FILINGS/ CLAIMS SHALL BE ACCEPTED by the Special Masters after April 16, 2010. April 16, 2010, is the DEADLINE for all *pro se* filings in this case in both of the above-described categories: i.e. it is the deadline for *pro se* claims under § XXXII of the Montez Remedial Plan as well as for any *pro se* compliance/enforcement claims for individual or class-wide injunctive or equitable relief under the Plan or Plan-related Stipulations." [Doc. No. 4381] (*emphasis in the original*).

On July 30, 2010, counsel for both sides had a telephone conference with Special Master Borchers to discuss Defendants' concerns regarding pending cases. The Special Masters agreed that the Defendants would have an opportunity to object or file motions to dismiss on all of the pending claims/hearings before the final rulings of the Special Masters. As a result of that conference, the parties agreed that a hearing before this Court was not necessary at this time. Once the Special Masters have ruled on the objections or motions to dismiss, or have issued final orders, the parties may appeal those decisions to the Court.

### III.     Status of Pending Claims.

Pursuant to the Report of Special Masters [Doc.No. 4710], as of June 25, 2010, 231 claims have been dismissed pursuant to the March 23, 2010 order.

      A.     *Claims Scheduled for Hearing:*

The Special Masters have set nineteen (19) additional hearings so far in the months of September, October, and November, 2010. These claims concern alleged non-compliance with a Final Order of the Special Masters, compliance issues, or are new claims. The Defendants will

3

file Motions to Dismiss and Vacate the Hearings set in these cases, showing either CDOC's compliance with the Final Orders of the Special Masters or objecting to any other issues that may be pending in these claims.

1. 03-481, Gustavo Osuna, #115940

2. 03-135, Mark Johnson, #66287

3. 03-194, Hector Martinez-Jimenez, #106871

4. 03-276, Michael Tivis, #52378

5. 03-294, Jackie Carr, #76686

6. 03-321, Jeffrey Harris, #101324

7. 03-328, Henry Ray Tafoya, #40786

8. 03-334, Marty Bueno, #50565

9. 03-335, Keith Schwinaman, #105240

10. 03-336, Gerry D. Kelly, #59265

11. 03-350, Charle R. Stroud, #48629

12. 02-204, Robert Jones, #63565

13. 02-524, Philip Andrade, #53497

14. 03-465, Allen Fistell, #63253

15. 03-480, Daniel Hartley, #67103

16. 03-482, Richard Rice, #63696

17. 03-427, Angela Thomas, #91631

18. 03-138, Kevin Mark Bretz, #46584

19. 03-479, Eldridge Griffin, #85791.

B.  *Pending Claims:*

There are sixty-seven (67) more open cases that are currently pending before the Special Masters either waiting for the claimants to show cause why their claims should not be dismissed, or waiting for the Defendants to file Objections to the processing of the claims. There are several categories of claims that are still pending, including:

1. <u>New claims that were filed, in which the Special Masters issued Show Cause Orders.</u> Defendants will not be objecting to these claims until the Special Masters rule on the Show Cause Orders. These eighteen (18) claims are:

    a) X-423, William Baxter, #68784

    b) X-435, George R. Espinal, #60758

    c) X-446, Albert F. Garza, #86467

    d) X-452, Joseph Dreismeier, #115975

    e) X-455, Arodney Harless, #117862

    f) X-458, Tony M. Million, #109470

    g) X-459, Algermon Nash, #58614

    h) X-461, Donnie Russell, #63377

    i) X-470, Charles Stout, #113027

    j) X-474, David W. Helton, #68322

    k) X-483, Oliver Shaw, #98984

    l) X-491, Joseph Thomas, #69970

    m) X-510, Joseph Garcia, #81215

    n) X-511, Manuel Motta, #111705

    o) X-512, Ned Pace, #115742

    p) X-516, Patrick Murphy, #43279

    q) X-523, Donald DeSalvo, #75837

    r) X-524, Raymond Salazar, #52130

2. <u>Other claims that were filed or the inmate sent a letter or made a phone call to the Special Masters' office prior to the April 30, 2010 deadline.</u>   Defendants anticipate filing objections to these claims for various reasons.  These thirty-three (33) claims are:

- X-389, Robert L. Riplie, Jr., #107521.
- X-395, Perfecto L. Bernal, #49589.
- X-396, Roger L. Dixon, #107093.
- X-400, Larry R. Morris, #102978.
- X-405, Jose Fernandez, #55591.
- X-428, Dennis Harper, #117628.
- X-430, Ralph Mooney, #1000996.
- X-431, Keith Morris, #116947.
- X-471, Robert L. Baca, #473.
- X-482, Anthony R. Sanchez, #97617.
- X-492, Robert Ramirez, #100493.
- X-398, Michael R. Cabral, #1401.
- X-403, Steve D. Watson, #49526.
- X-410, Elaine M. Chavez, #66940.
- X-414, Joseph Perez, #55587.
- X-420, Lynn E. Scott, #60760.
- X-422, Robert W. Baillie, #44103.

- X-427, Robert Meyers, #46985.
- X-429, Albino R. Montoya, #83268.
- X-434, Vu D. Tran, #82071.
- X-436, Danny Martinez, #109454.
- X-439, Richard R. Trujillo, Jr. #66461.
- X-447, Lloyd H. Laxon, #49969.
- X-450, Wayne Brunsilius, #65458.
- X-456, Jefferie D. Hocker, #46717.
- X-469, Thomas Maddock, #85746.
- X-475, Fred A. Lucero, #61540.
- X-477, Ralph Martinez, #45307.
- X-480, Celestino Quintana, #47199.
- X-481, Jesse Roberts, #47894.
- X-486, Lankford Wells Jr., #43910.
- X-496, Vincent Saldana, #54445.
- X-421, Christopher E. Williamson, #59765.

3. <u>New claims that were filed after the April 30, 2010 deadline.</u>  Defendants are filing their objections to these claims.  These seven (7) claims are:

   a) X-457, Cordell Johnson, #46607.

   b) X-501, Joe Landers, #54984.

   c) X-502, Dolo Monroy Loera, #1000452.

   d) X-503, Joseph J. Ortega, #45149.

   e) X-506, Mike D. Schwirzinski, #103568.

       f) X-508, Donald Mares, #59174.

       g) X-517, David L. Davis, #90980.

4. <u>Claims that have previously been adjudicated by the Special Masters.</u>  Defendants are filing their objections to these claims.  There are five (5) of these claims:

       a) X-412, Darryl Martin, #61336.

       b) 03-419, William Cokley, #53327.

       c) 02-600, Arthur Santistevan, #44695.

       d) 03-264, Sean Pearce, #46607.

       e) 03-168, Cornelius Williams, #113043.

## 2. **Plaintiffs' Position Statement**

During the on-going compliance hearing in this case, counsel for the defense requested that this Court set a hearing regarding the manner in which the Special Masters were implementing the Court's Order of March 23, 2010. (Doc. No. 4381)  Prior to that scheduled hearing, counsel for both sides had a telephone conference with Special Master Borchers to discuss Defendants' concerns regarding pending claims.  Concerns raised by counsel for the defense included whether the defense would be given an opportunity to file objections/responses to claim filings and whether the Special Master was accepting claims beyond the deadline set by the court.

During that conference, Special Master Borchers stated that he would not rule on any specific objections raised by Defendants concerning any of the individual cases during that phone conference as the claimants were not individually participating in the conference (and were not individually represented by Class Counsel).  The Special Master agreed that the Defendants could object or file motions to dismiss on all of the pending claims/hearings before

8

the final rulings of the Special Masters. The Special Master also explained that claims that were postmarked on or before the April 30, 2010 deadline, or placed in the inmate mail system as of that date, were accepted for filing in his office. As a result of that conference, counsel for the Defendants informed Class Counsel that the Defendants would file their objections on any given case with the Special Masters and that the hearing before this Court was no longer necessary. Thus, the parties agreed to vacate the hearing.

Class Counsel believes that the Special Masters are fully complying with the procedural process mandated by the March 23, 2010 order.

Respectfully submitted this 16th day of August, 2010.

| | |
|---|---|
| s/Paula Greisen | s/Elizabeth H. McCann_____ |
| Paula Greisen | Elizabeth H. McCann |
| Jennifer Riddle | Special Assistant Attorney General |
| King & Greisen LLP | James X. Quinn |
| 1670 York St. | Senior Assistant Attorney General |
| Denver CO 80206 | Berina Ibrisagic |
| 303-298-9878 | Assistant Attorney General |
| | 1525 Sherman Street, 5th Floor |
| Edward T. Ramey | Denver, CO 80203 |
| Lara E. Marks | 303-866-3261 |
| Blaine Myhre | |
| Isaacson Rosenbaum PC | *Attorneys for Defendants* |
| 1001 17th St. Suite 1800 | |
| Denver CO 80202 | |
| 303-292-5656 | |

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of August, 2010, I electronically filed the foregoing PARTIES' POSITION STATEMENTS REGARDING AMENDED REPORT OF SPECIAL MASTERS with the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Special Master Borchers
Legal Resolution Center
Dborchers@legalres.com

Jennifer Riddle
riddle@kinggreisen.com

Ed Ramey
eramey@ir-law.com

Lara Marks
lmarks@ir-law.com

Blaine Myhre
bmyhre@ir-law.com

Elizabeth McCann
Beth.McCann@state.co.us

James Quinn
James.quinn@state.co.us

Berina Ibrisagic
Berina.igrisagic@state.co.us


s/ Laurie A. Mool


10