FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2010

GREGORY C. LANGHAM
CLERK

MAY 28 2010

5-26-10

S/John L. Kane

I received the final order of Special Master, where I was notified that my claim has been dismissed. It is stated that claimant did not establish that he was diabetic on or before August 27, 2003. Claimant did not prove that I was a victim of discrimination prohibited by a d a on or before that date.

Sir... I would like to respectfully disclose to you that somewhere my Medical history was not appropriately investigated. I have been diabetic since Feb. '94 - Upon coming into D.O.C in '99, My diabetes was under control and I had full use of my pancreas.

Now after 11 years of incarceration D.O.C has not provided quality Medical-care, has not given me the proper quality insulin I had been taking on the street, and now because of that, my pancreas no longer is functional. I went from a - type 1 diabetic, to a type 2, insulin dependent diabetic.

D.O.C. gives insulin to diabetics, and then at times does not ensure the proper amount of calories to cover the insulin, which causes severe hypoglicimia. — over —

Sir, when a diabetic takes insulin, and the proper amount of calories are not provided, this is cause for medical complications, and unsafe conditions in which the diabetic is not in control of here in D.O.C, where they are in complete control.

Sir... I apologize for not being able to present my case in a professional manner, as my funds are limited. My limited knowledge of law is also a hinderance. My health I take very serious, I have been compliant in all that has been required of me through D.O.C — standards.

I have lost more than 80 lbs I excersise daily, and take all medication offered to me. I hope that you will pursue this claim, as I know my pancreas can never be brought back to functional, I'am sure you can help others from — going through what I have been through.

**Colorado Department Of Corrections**

Name _Steve B. Garcia_

Register Number _111141_

Unit _S.C.F. - 2 - B - 314_

Box Number _6,000_

City, State, Zip _Sterling, Co. 80751_

NOV 28 2010

Special Masters for the United States Dist.
Court for District of Colorado Legal Res. Cntr.
7907 Zenobia St.
Westminster, Co. 80030 - 44444

800304444