IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK (Consolidated for all purposes with Civil Action No. 96-N-343)

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Deann Conroy, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn, Elizabeth H. McCann and Berina Ibrišagić for the Defendants.

Respectfully submitted this 18th day of August, 2010.

        JOHN W. SUTHERS
        Attorney General

        s/ Deann Conroy
        DEANN CONROY, 20557
        Corrections Unit
        Civil Litigation and Employment
          Law Section
        1525 Sherman, 7th Floor
        Denver, CO 80203
        (303) 866-4472
        deann.conroy@state.co.us
        Attorney for the Defendants

CERTIFICATE OF SERVICE

   This is to certify that I have duly served the within ENTRY OF APPEARANCE upon class counsel by uploading the document to the U.S. District Court e-filing system, this 18th day of August, 2010 addressed as follows:

| | |
|---|---|
| Paula Greisen<br>greisen@kinggreisen.com | *Courtesy Copy To:* |
| | Keith Nordell |
| Jennifer Riddle<br>riddle@kinggreisen.com | Julie Russell |
| Edward T. Ramey<br>eramey@ir-law.com | |
| Lara E. Marks<br>lmarks@ir-law.com | |

              s/ Darlene S. Hill

2