ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO




Civil Action No: 92-CV-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 26 2010
GREGORY C. LANGHAM
CLERK

JESSE MONTEZ, et. al.,
Plaintiffs,

-vs-

BILL RITTER, et. al.,
Defendants,

---

Claim No: 03-215
Category: III
Claimant: Gordon Raymond Reuell, II
Address of Claimant: Ft. Lyon, P.O. Box 1000, Ft. Lyon, Co. 81038

---

CLAIMANT'S OBJECTION OF FINAL ORDER OF SPECIAL MASTERS'

---

COMES NOW, Gordon Raymond Reuell, II, Class Member, Pro-Se Claimant request Special Master Judge Richard M. Borchers to adjucicate the merits of Claimant's objections of "Final Order of Special Masters' Judge Richard M. Borchers, pursuit to Fed.R.Civ. P. Rule 53 (g)(2). Claimant states the following meritorious grounds.

1. Claimant asserts according to the Montez Remedial Plan Article XXXII "DAMAGE" was not provided a Damage Claim Form until 27 April 2010 when he filed revised claim for damages.

2. Claimant asserts that his claim for "LOSS OF EARN TIME" and access to Programs i.e. Sex Offender Training Program; was not adjudicated on 30 June 2006 during the Category III hearing.

3. Claimant asserts he has lost approximately 4 Years 5 Mos. 27 Days as of 18 June 2008 of the "Offical Time Computation" Report. Exhibit A

4. Claimant asserts that the program for Sex Offenders at Colorado Department of Corrections here at Ft. Lyon Facility denies Claimant's Due Process of Law and Equal Protection of Law. Claimant asserts that he was placed on a waiting list by signing a "Waiting List Contract for S.O.T.M.P." on unknown [i.e. August 2008 and on 29 January 2010 Exhibits B&C; according to AR-700-19 Page 4 Paragraph E. (1)(a-g)Exhibit D offenders with a Indertermine Sentence with Life supervision are within fours years if their parole eligibility date is on a Priority List.

The Waiting List which is traditional determine sentence offenders as to wait until the lifetime supervision sentenced offenders have completed the Sex Offender Treatment and Monitoring Program. By being placed on a waoting list Claimant has been in front of the Parole Board four [4] times since 2005 with the result of one year set back each time. Claimant will not make Parole until he completes the "Sex Offender Treatment and Monitoring Program.

Claimant asserts that he can participate the Sex Offender Treatment and Monitoring Program at "Community Corrections at Com Cord in Colorado Springs."

5. Claimant asserts that the Sex Offender Treatment and Monitoring Program has violated Claimant's Constitutional Rights of Due Process and Equal Protection of Law by inventing "Two Groups" of Offenders for treatment; "PRIORITY LIST" & "WAITING LIST;" because the Priority list group has life [i.e. indetermine Sentence]; Waiting List Group has a traditional determine sentence but both groups are similarly situated because they both required to complete the " Sex Offender Treatment and Monitoring Program before they make Parole. The S.O.T.M.P. is treating offenders with indetermine sentences before offenders with traditional determine sentences.

6. Claimant asserts he has met the required showing of treatment in a unequal manner. Just because offenders that do not have a indetermine sentence they are put on a "Waiting List" until offenders with indetermine sentence completed S.O.T.M.P. WESTERN METAL V. ACORSTCAL CONST., 851 P.2d 875 (Colo. 1993).

COLORADO DEPARTMENT OF CORRECTIONS
OFFICIAL TIME COMPUTATION REPORT

*** AS OF: 06/19/2008 *** PAGE: 1

| COMMITTMENT NAME (LAST, FIRST MI) | DOC NUMBER | FACILITY | LIVING UNT |
|---|---|---|---|
| REUELL, GORDON | 80544 | CTCF | CTCF/CH3 |

INSTRUCTIONS: THE ABOVE INMATE'S PROJECTED ELIGIBILITY DATES HAVE BEEN ESTABLISHED OR ADJUSTED FOR THE REASONS LISTED BELOW AND THIS REPORT NULLIFIES ANY PREVIOUS COMPUTATIONS.

REASON(S) FOR ADJUSTMENT: TIME AWARD
REMARKS: DEC -

SENTENCES IMPOSED:

| G V | NO | COUNTY | DOCKET (MITTIMUS) | OFFENSE | MINIMUM YRS | MO | DAY | MAXIMUM YR | MO | DAY | CNS TO | JAIL TIME | JAIL CRED | EFF DATE YR MO DAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 1 | ARAPAH | 92CR969 | ******* | 16 | 0 | 0 | 16 | 0 | 0 | 0 | 143 | 143 | 93-04-08 |
| B | 2 | ARAPAH | 92CR969 | ************ | 16 | 0 | 0 | 16 | 0 | 0 | 1 | 143 | 143 | 93-04-08 |

* M = MAX GOVERNING SENTENCE, N = MINIMUM GOVERNING SENTENCE, B = GOVERNS BOTH

COMPUTATIONAL TIME PERIODS:

| --FROM-- YR MO DA | ---TO--- YR MO DA | -LENGTH- YR MO DA | TYPE OF TIME PERIOD | NULL TIME APPLICABLE |
|---|---|---|---|---|
| 93 04 19 | 08 06 19 | 15 2 0 | INCARCERATION | |
| 93 04 08 | 93 04 19 | 0 0 11 | DELIVERY TIME | |

TIME AWARDED OR LOST:

| TRANS DATE YR MO DA | AMOUNT (DAYS) | TYPE | REASON |
|---|---|---|---|
| 08 06 01 | 6 | EARNED TIME | AWARDED |
| 08 05 01 | 6 | EARNED TIME | AWARDED |
| 08 04 01 | 6 | EARNED TIME | AWARDED |
| 08 03 01 | 6 | EARNED TIME | AWARDED |
| 08 02 01 | 6 | EARNED TIME | AWARDED |
| 08 01 01 | 6 | EARNED TIME | AWARDED |
| 07 12 01 | 6 | EARNED TIME | AWARDED |
| 07 11 01 | 6 | EARNED TIME | AWARDED |
| 07 10 01 | 0 | EARNED TIME | AWARDED |
| 07 09 01 | 0 | EARNED TIME | AWARDED |
| 07 08 01 | 0 | EARNED TIME | AWARDED |
| 07 07 01 | 6 | EARNED TIME | AWARDED |
| 07 06 01 | 6 | EARNED TIME | AWARDED |
| 07 05 01 | 0 | EARNED TIME | AWARDED |
| 07 04 01 | 0 | EARNED TIME | AWARDED |
| 07 03 01 | 6 | EARNED TIME | AWARDED |
| 07 02 01 | 6 | EARNED TIME | AWARDED |
| 07 01 01 | 6 | EARNED TIME | AWARDED |

| | | | |
|---|---|---|---|
| 06 12 01 | 6 | EARNED TIME | AWARDED |



| COMMITTMENT NAME (LAST, FIRST MI) | DOC NUMBER | FACILITY | LIVING UNT |
|---|---|---|---|
| REUELL, GORDON | 80544 | CTCF | CTCF/CH3 |

12-1-06

| | | | |
|---|---|---|---|
| 06 11 01 | 6 | EARNED TIME | AWARDED |
| 06 10 01 | 0 | EARNED TIME | AWARDED |
| 06 09 01 | 0 | EARNED TIME | AWARDED |
| 06 08 01 | 6 | EARNED TIME | AWARDED |
| 06 07 01 | 6 | EARNED TIME | AWARDED |
| 06 06 01 | 6 | EARNED TIME | AWARDED |
| 06 05 01 | 6 | EARNED TIME | AWARDED |
| 06 04 01 | 6 | EARNED TIME | AWARDED |
| 06 03 01 | 6 | EARNED TIME | AWARDED |
| 06 02 01 | 6 | EARNED TIME | AWARDED |
| 06 01 01 | 6 | EARNED TIME | AWARDED |
| 05 12 01 | 6 | EARNED TIME | AWARDED |
| 05 11 01 | 6 | EARNED TIME | AWARDED |
| 05 10 01 | 0 | EARNED TIME | AWARDED |
| 05 09 01 | 0 | EARNED TIME | AWARDED |
| 05 08 01 | 0 | EARNED TIME | AWARDED |
| 05 07 01 | 0 | EARNED TIME | AWARDED |
| 05 06 01 | 7 | EARNED TIME | AWARDED |
| 05 05 01 | 7 | EARNED TIME | AWARDED |
| 05 04 01 | 7 | EARNED TIME | AWARDED |
| 05 03 01 | 7 | EARNED TIME | AWARDED |
| 05 02 01 | 7 | EARNED TIME | AWARDED |
| 05 01 01 | 10 | EARNED TIME | AWARDED |
| 04 12 01 | 10 | EARNED TIME | AWARDED |
| 04 11 01 | 10 | EARNED TIME | AWARDED |
| 04 10 01 | 10 | EARNED TIME | AWARDED |
| 04 09 01 | 10 | EARNED TIME | AWARDED |
| 04 08 01 | 10 | EARNED TIME | AWARDED |
| 04 07 01 | 10 | EARNED TIME | AWARDED |
| 04 06 01 | 10 | EARNED TIME | AWARDED |
| 04 05 01 | 10 | EARNED TIME | AWARDED |
| 04 04 01 | 7 | EARNED TIME | AWARDED |
| 04 03 01 | 7 | EARNED TIME | AWARDED |
| 04 02 01 | 10 | EARNED TIME | AWARDED |
| 04 01 01 | 10 | EARNED TIME | AWARDED |
| 03 12 01 | 10 | EARNED TIME | AWARDED |
| 03 11 01 | 10 | EARNED TIME | AWARDED |
| 03 10 01 | 10 | EARNED TIME | AWARDED |
| 03 09 01 | 10 | EARNED TIME | AWARDED |
| 03 08 01 | 10 | EARNED TIME | AWARDED |
| 03 07 01 | 10 | EARNED TIME | AWARDED |
| 03 06 01 | 0 | EARNED TIME | AWARDED |
| 03 05 01 | 0 | EARNED TIME | AWARDED |
| 03 04 01 | 0 | EARNED TIME | AWARDED |
| 03 03 01 | 0 | EARNED TIME | AWARDED |
| 03 02 01 | 10 | EARNED TIME | AWARDED |
| 03 01 01 | 10 | EARNED TIME | AWARDED |
| 02 12 01 | 10 | EARNED TIME | AWARDED |
| 02 11 01 | 10 | EARNED TIME | AWARDED |
| 02 10 01 | 10 | EARNED TIME | AWARDED |
| 02 09 01 | 10 | EARNED TIME | AWARDED |
| 02 08 01 | 10 | EARNED TIME | AWARDED |
| 02 07 01 | 10 | EARNED TIME | AWARDED |
| 02 06 01 | 10 | EARNED TIME | AWARDED |
| 02 05 01 | 10 | EARNED TIME | AWARDED |
| 02 04 01 | 10 | EARNED TIME | AWARDED |
| 02 03 01 | 10 | EARNED TIME | AWARDED |
| 02 02 01 | 10 | EARNED TIME | AWARDED |

| COMMITTMENT NAME (LAST, FIRST MI) | DOC NUMBER | FACILITY | LIVING UNT |
|---|---|---|---|
| REUELL, GORDON | 80544 | CTCF | CTCF/CH3 |

TIME POSTINGS SUMMARY:

| | SENTENCE REDUCT YR | MO | DAY | | EARNED TIME YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| JAIL CREDIT: | 0 | 4 | 23 | | | | |
| CDOC SENTENCE REDUCT: + | 15 | 7 | 7 | | | | |
| MAX SENT REDUCTION TIME: | 16 | 0 | 0 | MAX EARNED TIME: | 8 | 0 | 0 |
| LOST CDOC SENTENCE REDUCT: - | 0 | 0 | 8 | E.T. GRANTED: - | 3 | 4 | 7 |
| RESTORED CDOC SENT REDUCT: + | 0 | 0 | 0 | E.T. PROJECTED: - | 0 | 0 | 20 |
| TOTAL SENT REDUCT APPLIED: = | 15 | 11 | 22 | BALANCE EARNABLE: = | 4 | 7 | 3 |

TIME COMPUTATION SUMMARY AND PROJECTED ELIGIBILITY DATES:

| | MINIMUM YR | MO | DAY | | MAXIMUM YR | MO | DAY |
|---|---|---|---|---|---|---|---|
| TOTAL GOVN SENTENCE(S): | 32 | 0 | 0 | TOT GOVN SENTENCE(S): | 32 | 0 | 0 |
| JAIL TIME: - | 0 | 4 | 23 | JAIL TIME: - | 0 | 4 | 23 |
| TOTAL SENT REDUCT APPLIED: - | 15 | 11 | 22 | | | | |
| E.T. GRANTED: - | 3 | 4 | 7 | E.T. GRANTED: - | 3 | 4 | 7 |
| E.T. PROJECTED: - | 0 | 0 | 20 | E.T. PROJECTED: - | 0 | 0 | 20 |
| | 12 | 2 | 18 | | 28 | 2 | 10 |
| NULL TIME: + | 0 | 0 | 0 | NULL TIME: + | 0 | 0 | 0 |
| | 12 | 2 | 18 | | 28 | 2 | 10 |
| SENT EFFECTIVE DATE: + | 1993 | 04 | 08 | SENT EFFECTIVE DATE: + | 1993 | 04 | 08 |
| PROJECTED DATE OF PAROLE ELIGIBILITY: | P A S T | | | PROJECTED DATE OF SENTENCE DISCHARGE: | 2021 | 6 | 18 |

**CS&P 700-3.200 Attachment A**

25-201

**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES, 2862 S. CIRCLE DR., COLORADO SPRINGS, CO 80906**

**YOUR RIGHTS AS A CLIENT OF DOC MENTAL HEALTH SERVICES**
**MANDATORY DISCLOSURE STATEMENT**

You have a right to receive information regarding methods of therapy, the credentials and licenses of the mental health treatment providers involved in your treatment, the techniques used, and the duration of therapy, if known. ***Some Behavioral Health services may be delivered via teleconferencing. You have the right to refuse any services and [4-4403-1]*** you may terminate your involvement in therapy at any time. However, if you terminate therapy prior completion of any recommended treatment program, it may have consequences concerning your institutional placement, earned time, or progressive moves.

You may seek a second opinion from another CDOC Mental Health treatment provider upon the approval of the facility Mental Health Supervisor. You may seek a second opinion from an approved private provider per CDOC Administrative Regulation 700-21, Private Health Care Providers; however, you will be responsible for the cost of a private health care provider.

All DOC mental health treatment providers are either licensed as psychologists, social workers, or professional counselors in the state of Colorado, or are working under the supervision of licensed clinicians. The practice of mental health treatment providers is regulated by the Department of Regulatory Agencies. You should know that in a professional relationship, sexual intimacy is never appropriate and should be reported to the appropriate licensing Board at:

Mental Health Licensing Section
1560 Broadway – Suite 1350
Denver, CO 80202
(303) 894-7800

You should understand that information provided by you during therapy is confidential. The exceptions to confidentiality requirements include situations which may threaten the security of the institution or which indicate imminent danger to you or to someone else. ***Reports of Sexual Assault will be reported to correctional administration per the Prison Rape Elimination Act (PREA). [4-4403-1]*** You should also know that certain information regarding your mental health needs and/or mental health status will be shared with correctional and other criminal justice system personnel in order to allow for effective correctional management. For example, your Mental Health Needs Level codes and information pertaining to mental health program completions will be shared with Department of Corrections' staff. If you are referred to a community corrections center or are eligible for parole, this information is available to community corrections boards, community corrections agency staff, and/or the Parole Board staff. Specific clinical information obtained in a therapeutic relationship will not be disclosed without your permission, or in circumstances required by law. This issue may be discussed further with you during your sessions with mental health staff.

Staff credentials and licensure status are posted and available in the mental health office.

I have been informed and understand my rights as a CDOC Mental Health client.

[signature] #[illegible] 1-29-10

Offender Signature/CDOC Number | Date

# WAITING LIST CONTRACT FOR SOTMP

You have been screened for Sex Offender Treatment, and it appears that you currently meet participation requirements. Your name will be placed on the waiting list for group. Because you have indicated that you see your sexually assaultive behavior as a problem for you, we are asking that you agree to the following conditions during the time you are on the waiting list. We realize these issues may be a problem for you. IF AT ANY TIME you feel you are having problems dealing with these behaviors, we ask that you contact a member of the Sex Offender Treatment Team. We will work with you to help you find ways to deal appropriately with these problematic behaviors.

A. You will have no contact with any victims of your sexually assaultive behavior. Exceptions to this must be approved by members of the SOTMP Team. This Includes physical, written, and telephone contact. You will also not directly nor Indirectly encourage anyone else to have contact with any of your victims.

B. If you have a history of molesting children (as determined by either your criminal Record or the factual basis of your criminal record), you will have no contact with Any children. Exceptions must be approved by the SOTMP Team.

C. You will not have in your possession nor look at any pornographic materials or Any materials related to your sexual abuse cycle.

D. You will not engage in inappropriate sexual behaviors such as exposing yourself Inappropriately touching others, committing COPD sexual abuse or Misconduct Violations, making cat calls or whistling at others, making sexual comments to or About others, writing romantic love letters to staff, and so on.

E. You will not verbally threaten nor be physically assaultive toward anyone.

F. You will not use drugs or alcohol. If staff determine you have a substance Abuse problem, you will be required to participate in an appropriate substance Abuse program.

G. You are cautioned to avoid being abusive or excessively controlling toward Members of your family, staff, or others.

H. Although group treatment is not available at this time, you can go to the library Where there are several easy-to-read self help books appropriate for Sex Offenders. We have a list of suggested reading materials for you. The SOTMP Also supports the drug and alcohol treatment as well as attendance at AA Meetings for those offenders with these issues. The Mental Health Department Is available to help you utilize these options.

By signing this contract you are making a commitment to treatment. You agree to the Following:

1. While you are on the waiting list for Sex Offender Treatment, you will comply with the conditions stated above.

2. You will be responsible to contact us if you have problems with any of these issues.

3. Failure to comply with these conditions could result in your being re-evaluated to determine whether or not you are truly motivated to work on your problems and change your behavior. This could result in your being found ineligible for the Sex Offender Treatment Program.

4. You acknowledge these conditions have been explained to you.

[signature] II #[illegible] 1-29-10

Offender Name and DOC Number Date

[signature] 1/29/10

Therapist Date

Therapist Date