IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR A FINDING OF SUBSTANTIAL COMPLIANCE IN AREAS IN WHICH PLAINTIFFS HAVE NOT INTRODUCED EVIDENCE OF LACK OF SUBSTANTIAL COMPLIANCE A THE CONCLUSION OF THEIR CASE**

---

Plaintiffs, by and through their counsel, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey, Lara E. Marks, and Blain D. Myhre of ISAACSON ROSENBAUM, PC, hereby file this unopposed motion to extend the time for their response to Defendants Motion For a Finding of Substantial Compliance in Areas in Which Plaintiffs Have Not Introduced Evidence of Lack of Substantial Compliance at the Conclusion of Their Case [Doc. No. 4728].

As grounds for their motion, Plaintiffs state the following:

1.	On June 7, 2010, hearings commenced in the above captioned case to determine whether the Colorado Department of Corrections ("CDOC") was in substantial compliance with the mandates of the Montez Remedial Plan and subsequent Stipulations as of May 1, 2009.

2.	After Plaintiffs concluded their presentation of evidence on July 6, 2010, Defendants asked the Court to find that CDOC was in substantial compliance with certain areas of the Remedial Plan and Stipulations as of May 1, 2009.  Defendants agreed to file a written motion to the same effect and did so on July 7, 2010.

3.	As a result of constraints on counsels' schedules during the months of July and August, Plaintiffs sought an extension of time to August 27, 2010, which was granted by the Court in a Minute Order dated July 20, 2010.  [Doc. No. 4750].

4.	Due to continued constraint on counsels' availability, Plaintiffs now seek an additional seven (7) day extension of time for the response deadline.

5.	In accordance with D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, James Quinn, regarding the Defendants' position on this motion, and was informed that there is no objection.

WHEREFORE, Plaintiffs respectfully move the Court grant a seven (7) day extension, until September 3, 2010, within which to respond to Defendants' Motion [Doc. No. 4728].

Respectfully submitted:  August 26, 2010.

                KING & GREISEN, LLP

                /s *Jennifer W. Riddle*
                Jennifer W. Riddle
                Paula Greisen
                1670 York Street
                Denver, CO 80206
                (303) 298-9878

(303) 298-9879 (fax)
riddle@kinggreisen.com
greisen@kinggreisen.com

Edward T. Ramey
Lara E. Marks
Blain D. Myhre
Isaacson Rosenbaum, PC
1001 17th St., Suite 1800
Denver, Co. 80202

Attorneys for Plaintiff Class

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of August, 2010, I electronically filed the foregoing PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION FOR A FINDING OF SUBSTANTIAL COMPLIANCE IN AREAS IN WHICH PLAINTIFFS HAVE NOT INTRODUCED EVIDENCE OF LACK OF SUBSTANTIAL COMPLIANCE AT THE CONCLUSION OF THEIR CASE with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us
james.quinn@state.co.us
Berina.ibrisagic@state.co.us

/s Laurie A. Mool