IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Plaintiff's Second Unopposed Motion for Extension of Time to Respond to Defendants Motion for a Finding of Substantial Compliance, etc. (doc. #4806), filed August 26, 2010, is **GRANTED** up to and including September 3, 2010.

Dated:  August 27, 2010

Service of this order shall be made via NEF