IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 02-008
Category: II
Claimant: Johnny Reynolds, #113703
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Johnny Reynolds. Claimant requests assistance in obtaining medical care. The Special Masters have no jurisdiction to do anything except to forward this letter to class counsel.

    IT IS HEREBY ORDERED that the letter of Johnny Reynolds will be provided to class counsel for such action as may be deemed appropriate.

    SIGNED this 27th day of August, 2010.

    BY THE COURT:

    */s/ Richard M. Borchers*

    _____
    Richard M. Borchers
    Special Master