IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 02-299
Category: II
Claimant: Ross Alley, #84044
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter of Ross Alley. Claimant requests assistance in obtaining medical care. The Special Masters have no jurisdiction to do anything except to forward this letter to class counsel.

IT IS HEREBY ORDERED that the letter of Ross Alley will be provided to class counsel for such action as may be deemed appropriate.

SIGNED this 27th day of August, 2010.

    BY THE COURT:

    */s/ Richard M. Borchers*

    _____
    Richard M. Borchers
    Special Master