IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-527
Category: Untimely Filed Claim
Claimant: Charles Trujillo, #104534
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Charles Trujillo. Claimant requests assistance in obtaining medical care. The Special Masters have no jurisdiction to do anything except to forward this letter to class counsel.

    IT IS HEREBY ORDERED that the letter of Charles Trujillo will be provided to class counsel for such action as may be deemed appropriate.

    SIGNED this 27th day of August, 2010.

                                                  BY THE COURT:

                                                /s/ Richard M. Borchers

                                                _____
                                                Richard M. Borchers
                                                Special Master