IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Trial Preparation Conference is set for **September 16, 2010 at 2:00 p.m.**  The parties shall submit a "Statement of Issues to be Tried" no later than September 13, 2010.

The trial dates are confirmed as set forth below:

October 18-22, 2010; October 25-28, 2010; November 8-10 and November 12, 2010.

November 15-17, 2010 (these dates are tentatively reserved but may be needed for a criminal matter where the speedy trial deadline is a concern).

Dated:  September 1, 2010

Service of this order shall be made via NEF