THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JF MONTEZ, L.R. MOORE, et al
Plaintiffs / Appellants

v.

Bill RITTER, Ari ZAVARAS, et al
Defendants - Appellees

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 2010

GREGORY C. LANGHAM
CLERK

# NOTICE OF APPEAL

Plaintiff Moore, undersigned, pro se, notifies this Honorable Court of his Appeal to 10th Circuit Court of Appeals of this Court's Order re Doc. 4776, entitled "Appeal of Order of Special Master / Motion to be Allowed to Seek Effective Enforcement". This Court's Order denied his Appeal/Motion entirely. Thus he appeals to try to obtain effective enforcements via presenting two questions to 10th Circuit, one on applicability of federal habeas corpus law, one on powers of federal courts including Special Masters.

The Order of this Court was dated 6 Aug 2010, received 11 Aug 2010.

This Notice, with simultaneous copy to 10th Circuit Court, mailed 30 Aug

-2-

2010 by undersigned.

L R Moore
L R Moore 47902
Box 777 Unit E3K
Cañon, CO 81215