**Colorado Department Of Corrections**

Name: L R Mowe
Register Number: 47702
Unit: E 3 11
Box Number: 797
City, State, Zip: Canon CO 81215

92cv870



**US DISTRICT COURT**
901 19th STREET
DENVER, CO 80294

