IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-532
Category: Untimely Filed Claim
Claimant: Gerald Wilganowski, #89722
Address of Claimant: 2345 Emporia Street, #22, Aurora, CO 80010-1145

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter of Gerald Wilganowski. In the letter, Claimant alleges that he is disabled. He has requested assistance in obtaining accommodations. Claimant also telephoned the office of the Special Masters and alleged that he was and is disabled.

The Special Masters were appointed to adjudicate claims made pursuant to the Remedial Plan approved by Judge Nottingham. The Remedial Plan is the settlement document that established the claim process. Claimant has not filed a claim previously.

Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Judge Kane also ruled that all claims had to be filed on or before April 30, 2010. Claimant did not file a claim on or before that date. The Special Masters have no jurisdiction over any request from Mr. Wilganowski, as he did not file a claim within the time limit established by Judge Kane's

order.

 IT IS HEREBY ORDERED that the letter of Gerald Wilganowski, being treated as a new claim, is dismissed, as the claim was not filed on or before April 30, 2010; and

 IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

 IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 18, 2010.**

 SIGNED this 3rd day of September, 2010.

           BY THE COURT:

           */s/ Richard M. Borchers*

           _____
           Richard M. Borchers
           Special Master