IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-533
Category: Untimely Filed Claim
Claimant: David Eric Gibson, #149025
Address of Claimant: BCCF, 11560 County Road FF 75, Las Animas, CO 81054

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of David Eric Gibson. In the letter, Claimant requests forms for a §1983 lawsuit. It is unclear if Claimant is claiming any disability caused by a physical or mental condition.

    This case commenced in 1992 as an action brought under the Americans with Disabilities Act and Rehabilitation Act. The case was settled by the class counsel and Defendants on August 27, 2003. The approved settlement document is called the Remedial Plan. The Special Masters were appointed to adjudicate claims made pursuant to the Remedial Plan approved by Judge Nottingham. Claimant has not filed a claim previously.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Judge Kane also ruled that all claims had to be filed on or before April 30, 2010. Claimant did not file a claim on or before that date. The DOC Inmate Locator also reflects that Claimant was

sentenced on February 1, 2010. Claimant was not in DOC custody on or before August 27, 2003. The Special Masters have no jurisdiction over any request from Mr. Gibson, as he did not file a claim within the time limit established by Judge Kane's order. Even if he had filed a claim, he was not in DOC custody on or before August 27, 2003.

Claimant may secure forms for the filing of a §1983 by writing to the Clerk of the Court. The Special Masters have no jurisdiction over any §1983 matter.

IT IS HEREBY ORDERED that the letter of David Eric Gibson, being treated as a new claim, is dismissed, as the claim was not filed on or before April 30, 2010; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 8, 2010.**

SIGNED this 3rd of September, 2010.

                                                BY THE COURT:

                                                */s/ Richard M. Borchers*
                                                _____
                                                Richard M. Borchers
                                                Special Master