IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER,[1] et al,**

      Defendants.

**ORDER FORMALIZING 9/1/09 BENCH RULING RE TENTH CIRCUIT APPEALS FROM SPECIAL MASTER ORDERS**

Kane, J.

      This Order formalizes my ruling, made from the bench during the September 1, 2009 Status Conference in this prisoner class action, that my rulings on "abuse of discretion" reviews of Special Master decisions on individual pro se damage claims were intended under the operative consent decree to be FINAL decisions and ARE NOT APPEALABLE to the Tenth Circuit Court of Appeals. Tr. (Doc. 4131) at p. 9. Because there is no right of appeal from my decisions on review of Special Master orders granting or denying individual pro se damage claims, *no certificate of appealability will issue to the State or to any individual claimant dissatisfied with any such decision. Id.*

      Dated: September 29, 2009, *nunc pro tunc* to September 1, 2009.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        SENIOR U.S. DISTRICT JUDGE

---

[1]       Current Colorado State Governor Bill Ritter is substituted for former Governor Bill Owens.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Claimant L.R. Moore # 47702)

  Plaintiffs, as representatives of themselves and all others similarly situated,
v.

**BILL RITTER, et al,**

  Defendants.

---

**ORDER** re Doc. 4776 and ongoing Repeated, Duplicative Filings by
Class Member L.R. Moore

---

Kane, J.

On August 5, 2010, Claimant L.R. Moore filed a seven-page handwritten document entitled "Appeal of Order of Special Master Motion to Be Allowed to Seek Effective Enforcement." Because there is no recent "order" of the Special Master related to Mr. Moore from which an appeal might be taken under Section XXXII of the Montez Remedial Plan, the filing was docketed as a Motion to Appoint/Replace Counsel and Special Master (Doc. 4776), to reflect the gist of Mr. Moore's request for relief.

The essence of Mr. Moore's request for relief is that he and other disabled inmates have been inadequately served by class counsel and the Special Master and that they should be allowed to proceed separately with new class counsel and a new Special Master, preferably of their own choosing. *See* Motion (Doc. 4776) at 1, 4. Mr. Moore asserts his claims, which he has pursued relentlessly through the Special Master claims process under Plan Section XXXII and on appeal to the Tenth Circuit, have been denied on the basis of "egregious falsehoods," accepted and perpetuated uncritically by class counsel, argues prison officials have twisted rules and guidelines to his and fellow

prisoners' detriment, and states specifically that prisoners should be allowed to correspond, in writing, directly with each other. *Id.* at 4. To the extent Mr. Moore complains of class counsel's handling of compliance issues, those complaints must be (and are, by virtue of e-filing) communicated to class counsel. Members of the Montez class are only in federal court with a right to enforce compliance with the Remedial Plan because of their representation by class counsel and because of class counsel's hard work. They may continue to appear in the Montez action on issues related to compliance with the Plan class counsel negotiated on their behalf through class counsel.

Similarly, Mr. Moore's entitlement to remuneration or accommodation under Section XXXII of the Plan was a right secured to him by class counsel that was to be pursued by him pro se. As Mr. Moore has been told repeatedly, he has exhausted his rights under Section XXXII of the Plan and no further individual rights of redress are available to him thereunder. *See e.g.* 8/27/08 Order of Special Master (Doc. 3567)(rejecting Mr. Moore's pro se effort to enforce compliance and seek reconsideration of the denial of his pro se claims). To the extent Mr. Moore seeks remedies for injuries that exist independently of the Montez Remedial Plan, he, like any other inmate, may pursue those remedies in an appropriate action under 42 U.S.C. § 1983 filed in accordance with the procedures enumerated in the Prison Litigation Reform Act and codified at 28 U.S.C. § 1915. *See McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

In short, no further individual remedies are available to Mr. Moore in the Montez action. The equitable and injunctive remedies to which he is entitled as a member of the Montez class are being pursued on his behalf by class counsel, and his request to terminate or replace class counsel with new counsel of his choosing is DENIED. Mr.

Moore is DIRECTED to REFRAIN from filing any further pro se documents in the Montez action, as no further relief is available to him, individually. Documents filed in contravention of this directive may be STRICKEN without further notice.

Dated: August 6, 2010.                    **s/John L. Kane**
                                          SENIOR U.S. DISTRICT JUDGE

Service of this Order shall be made by NEF and by U.S. Mail to the following:

DOC inmate  L.R. Moore
Special Masters Borchers, Pringle and Davidson

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 CV 00870 JLK

JF MONTEZ, L.R. MOORE, et al
Plaintiffs Appellants

v.

Bill RITTER Ari ZAVARAS, et al
Defendants Appellees

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 1 2010
GREGORY C. LANGHAM
CLERK

## NOTICE OF APPEAL

Plaintiff Moore, undersigned, pro se, notifies this Honorable Court of his Appeal to 10th Circuit Court of Appeals of this Court's Order re Doc. 4776, entitled "Appeal of Order of Special Master / Motion to be Allowed to Seek Effective Enforcement". This Court's Order denied his Appeal / Motion entirely. Thus he appeals to try to obtain effective enforcements via presenting two questions to 10th Circuit, one on applicability of federal habeas corpus law, one on powers of federal courts including Special Masters.

The Order of this Court was dated 6 Aug 2010, received 11 Aug 2010.

This Notice, with simultaneous copy to 10th Circuit Court, mailed 30 Aug

-2-

2010 by undersigned.

L R Moore
L R Moore 47902
Box 777 Unit E3ll
Cañon, CO 81215

**Colorado Department Of Corrections**

Name: L R Mowe
Register Number: 47702
Unit: E-3
Box Number: 797
City, State, Zip: Cañon C0 81215

92cv 870



COLORADO SPRINGS
CO 809 IT
31 AUG 2010 PM

US DISTRICT COURT
901 19th STREET
DENVER, CO 80294

