IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE MONTEZ, ET AL,

       Plaintiffs,

v.

BILL RITTER, ET AL,

       Defendants.

## ORDER TO CURE DEFICIENCY

Kane, Senior Judge

    L. R. Moore, Interested Party, submitted a Notice of Appeal on September 1, 2010 . The court has determined that the document is deficient as described in this order. L. R. Moore, Interested Party, will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
     X    is not submitted
     ___  is missing affidavit
     ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
     ___  is missing required financial information
     ___  is missing an original signature by the prisoner
     ___  is not on proper form (must use the court's current form)
     ___  other_____

Accordingly, it is

    ORDERED that L. R. Moore, Interested Party, cure the deficiencies designated above

within 30 days from the date of this order. Any papers that L. R. Moore, Interested Party, filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to L. R. Moore, Interested Party,, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if L. R. Moore, Interested Party, fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __7th__ day of September, 2010.

BY THE COURT:

**s/John L. Kane**
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO