```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX031898
Cashier ID: sg
Transaction Date: 09/08/2010
Payer Name: STATE OF COLORADO
-----------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53485
 Case/Party: D-COX-1-92-CV-000870A-004
 Amount:       $2.58
-----------------------------------
CHECK
 Check/Money Order Num: 207732
 Amt Tendered: $2.58
-----------------------------------
Total Due:        $2.58
Total Tendered:   $2.58
Change Amt:       $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```