IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al*,

Defendants.

## PARTIES' STATEMENT OF ISSUES TO BE TRIED

The parties submit the following Statement of Issues to be Tried pursuant to the Court's order of Sept. 1, 2010 (Doc. 4813).

1.   The compliance hearing in this case began on June 7, 2010 and extended through July 9, 2010.  At that time, the parties had not completed the presentation of evidence so the Court continued the remainder of the hearing. The compliance hearing will reconvene on October 18, 2010 and continue for several weeks after that date.  The Court also ordered the parties to submit a statement of issues to be tried prior to the trial preparation conference set for Sept. 16, 2010.

2.   At the completion of the Plaintiffs' case, the Defendants filed a Motion for a Finding of Substantial Compliance in Areas in which Plaintiffs Have Not Introduced Evidence of Lack of Substantial Compliance at the Conclusion of their Case (Doc. 4728). Plaintiffs have now filed a response to that motion (Doc. 4815).

3.   If the Court does not rule on this motion prior to the October 18, 2010 continuation of the hearing, it appears, based on Plaintiffs' response to the motion, that all of the issues that were originally contemplated in the hearing regarding whether Defendants were in substantial

1

compliance with the Remedial Plan as of May 1, 2009 continue to be at issue. Thus, the original Pretrial Order entered in this case would continue to govern (Doc. 4619).

4.   The central issue is whether the Colorado Dept. of Corrections (CDOC) was in substantial compliance with the Remedial Plan as of May 1, 2009.  Defendants previously filed a hearing brief in which they argued their position that CDOC was in substantial compliance with the Remedial Plan as of May 1, 2009 (Doc. 4595).  The Court has also held that the Plaintiffs will be allowed to file a response to that Motion at the conclusion of the evidence in this case.  In any event, Plaintiffs dispute that CDOC was in compliance, as demonstrated by the recently filed response to the motion for a finding of substantial compliance. If the Court does not find overall substantial compliance, a remaining issue is whether the Court will consider substantial compliance with respect to each individual section of the plan and thereby start the monitoring period for those areas in which the Court finds substantial compliance and narrow the scope of any further compliance hearings.  Defendants support this approach and Plaintiffs do not.  Another remaining issue is whether this Court will hold additional hearings regarding the state of compliance after the May 1, 2009 substantial compliance deadline.

Witnesses that will be called and the nature of their testimony are listed in the Pretrial Order (Doc. 4619).    Exhibits that will be introduced and the witnesses through whom they will be introduced are listed in the Pretrial Order (Doc. 4619).

Respectfully submitted this 13th day of September, 2010.

s/ Paula Greisen_                                  s/James X. Quinn_
Paula Greisen                                      Elizabeth H. McCann
Jennifer W. Riddle                                 Special Assistant Attorney General
King & Greisen LLP                                 James X. Quinn
1670 York St.                                      Senior Assistant Attorney General
Denver CO 80206                                    Berina Ibrisagic
303-298-9878                                       Assistant Attorney General
                                                   1525 Sherman Street, 5th Floor
Edward T. Ramey                                    Denver, CO 80203
Lara E. Marks                                      303-866-3261
Blain D. Myhre                                     *Attorneys for Defendants*
Isaacson Rosenbaum PC
1001 17th St. Suite 1800
Denver CO 80202
303-292-5656

*Attorneys for Plaintiffs*

3

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of September, 2010, I electronically

filed the foregoing PARTIES' STATEMENT OF ISSUES TO BE TRIED with the Court using the

MC/ECF system which will send notification of such filing to the following email addresses:


Paula Greisen
greisens@kinggreisen.com

Jennifer Riddle
riddle@kinggreisen.com

Ed Ramey
eramey@ir-law.com

Lara Marks
lmarks@ir-law.com

Blaine Myhre
bmyhre@ir-law.com

James Quinn
James.quinn@state.co.us

Berina Ibrisagic
Berina.igrisagic@state.co.us

Elizabeth H. McCann
Beth.mccann@state.co.us



s/James X. Quinn