IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-412
Category: Untimely Filed Claim
Claimant: Daryl S. Martin, #61336
Address of Claimant: KCCF, P.O. Box 2000, Burlington, CO 80807

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on his own motion. Claimant filed a claim alleging that he is mobility impaired. This claim was opened and an order was issued to Defendants to allow them to file any objection that they may have to the processing of the claim. Defendants have not filed an objection to the claim as yet.

    The Special Master discovered that Claimant previously filed a claim that was assigned number #03-203. A hearing was held on that claim on February 8, 2007 at the Sterling Correctional Facility. The claim was dismissed on February 23, 2007, as Claimant failed to establish all elements necessary to prevail on the claim.

    Since it appeared that there might be a lack of jurisdiction over the second claim, a show cause order was issued to Claimant. Despite being granted up to and including September 7, 2010 in which to respond, Claimant has filed nothing further.

    The Remedial Plan contemplates the filing of one claim pursuant to Article XXXII. Claimant had the opportunity to file a claim. There is no jurisdiction over the second claim, and it will be dismissed.

    IT IS HEREBY ORDERED that the claim of Daryl S. Martin is dismissed, as Claimant previously filed a claim that was dismissed; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 19, 2010.**

SIGNED this 10th of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master