Civil Action No.92-CV-870-JLK

Reply to Special Master's Dismissal Order

Claim Number X-531

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2010

GREGORY C. LANGHAM
CLERK

Dear Honorable Sir

I received your order to Dismiss,to point out facts that are not stated or known to the Court,I was a prisoner in 96/97/93 and have been fighting CDOC for medical Care under Montez Issues since.

If the Courts had looked on the Locator,they would have seen I have been here and released,then returned on my current case.But the facts are clear,I have been disabled for years now.I received SSI and Documented fully,to CDOC and Federal Courts.

It was the Federal Courts whom ruled on my disability years ago.So records will in fact reflect such.The injuries have not gone away and CDOC to date has ignored the medical needs.

I would ask that your Honorable Courts re-review my claim,and concider this action.The records will show my ADA needs,and the CDOC had refused to address this stating ADA is only under MONTEZ cases.

SINCERELY THANKFUL

CHARLES E.DEAN #52605

09/13/10