IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

      At today's status/trial preparation conference, the Court, among other things, urged the parties to consider renegotiating and modifying the August 2003 Montez Remedial Plan with an eye to crafting an Amended or Revised Plan, the essential elements of which would reflect the progress that has been made in the care and accommodation within DOC of disabled inmates since 2003 and tailor the DOC's obligations to matters that are genuinely in dispute and attainable.  If a referral to Special Master Borchers to facilitate/mediate those negotiations would be helpful, counsel should contact chambers and one will be issued forthwith.  The substantial compliance inquiry would then focus on the Revised Plan, and whether its essential requirements have been met.

_____

Dated September 16, 2010.