FILED
United States Court of Appeals
Tenth Circuit

September 16, 2010

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JESSE F. MONTEZ,

    Plaintiff,

L.R. MOORE,

    Interested Party - Appellant,

v.

BILL RITTER, et al.,

    Defendants - Appellees.

No. 10-1411
(D.C. No. 1:92-CV-00870-JLK-OES)

---

**ORDER**

---

Briefing on the merits is TOLLED pending further order of this court.

The court is considering summary dismissal of this appeal for lack of jurisdiction. The appellant shall file a memorandum brief within **30 days** of the date of this order addressing the issue of whether the district court order being appealed is appealable. The memo shall contain references to legal authority. The appellees may file a memorandum brief in response within **21 days** of the filing of the appellant's memorandum.

Failure of the appellant to timely file this memorandum brief may result in dismissal of this appeal without further notice.

                        Entered for the Court,
                        ELISABETH A. SHUMAKER, Clerk

*[signature: Ellen Rich Reiter]*

                        Ellen Rich Reiter
                        Deputy Clerk/Jurisdictional Attorney