ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES) (Consolidated for all purposes with Civil Action No. 96-N-343

JESSES MONTEZ et al., Plaintiffs

v.

BILL OWENS., et al. , Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 16 2010

GREGORY C. LANGHAM
CLERK

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
SCF    Unit 2-A
P.O.Box 6000
Sterling, Co 80751

MOTION FOR A COURT ORDER, FOR CLASS COUNSEL TO REPOND TO PLAINTIFF'S REQUEST RESULT'S REGARDING June 24, 2010 Hearing, AND ALL UP DATED INFORMATION.

   COMES NOW, THE Plaintiff, requesting an Court Order to be served upon Class Counsel under Montez et al., And as for grounds states the following:

   1. The Plaintiff has send letters to both the Class counsel office requesting up dated results of the June 24, 2010 hearing. And to the U.S. Court for any information regarding that hearing. The Class counsel have totally ignored the Plaintiff's letter, as well as the court's.

   2. Plaintiff has also requested information as to whether class counsel is going to Appeal to the Tenth Circuit, regarding several issue, and violation of Montez et al., and the Remedial Plan. As well as ongoing violations regarding denied mediacl care/treatments and accommodation under the Americans Disability Act of 1990.

   3. There are time limits in filing NOtice of Appeal, and the Plaintiff contends class counsel and the court's are aware, the Plaintiff wants to appeal. But is ignoring his motions and letters. Regarding these issues.

   4. The Court and class counsel is aware that all decisions/issues under Montez et al are appealable as matter of law.

Wherefore, the Plaintiff request the court issue an order, regaring the above informations and request of any results of June 24, 2010 hearing under Montez et al. And that Class counsel keep all class members informed of any decisions by the courts regarding Montez et al decrees or complainces.

September 13, 2010

Respectfully

*Ronald Cordova*
Ronald Cordova, 57350
SCF           Unit 2_A
P.O.Box 6000
Sterling, Co 80751