IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 92-cv-870-JLM         CLAIM NO: 03-297
Jesse Montez, et al.,                  CATEGORY: III
"Raymond" Price (Anr)                  CLAIMANT: "Raymond" A. Price 66072
        -vs-                           Address of Claimant: C.S.P.
Bill Owens et al., (Ritter)            Canon City, Colo. 81215-0777
        Defendants.                    — Sept. 13 - 2010 —

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 17 2010
GREGORY C. LANGHAM
CLERK

— CHANGE OF VENUE: _

GROUNDS:
(I). I Filed an OBJECTION: FRCP 53 (g)(2) concerning my objection to the Special Masters order dated 4-16-10 / "Final order of Special Master." / Also / I object to Kane's order of 3/21/10.

(II). I Filed this objection (April 20-2010) with the United States District Court - to NO AVAIL. (D. Colo.) NO RESPONSE:

(III). under the Special Master's order (4-16-10) they state: I was NOT disabled a victim of discrimination by CDOC before August 27, 2003. See: Exhibit (A) pg 19 - under THIRD ISSUE:
   "I was disabled and a victim of discrimination by CDOC before August 27, 2003 / I lost hearing in Southeast Aisa, during a classified Operation, (Contractor / Soldier). See: Kanes "order re: pending motions for enforcement / compliance with Montez Remedial Plan." (Dated: Feb-8-2010) pg3. (middle) "As a member of the represented class" (Doc 3905) even Kane refers to me as a member of the class.
   Also See: Final Order of Special Master Dated: Dec. 7-2007 (Richard C. Davidson) / Special Master. Under: "II Findings of Fact (pg3) issue 4.
"Claimant served in Vietnam during the war, while serving, his hearing was damaged and he also began to suffer from PTSD."

(IV). See: My Objection - Dated: April 20-2010 (issue 2) "Kane needs to Remove himself from this case / I've already shown his bias / prejudice against this claimant." See: (issue 3) "Montez "Remedial Plan" is uncon- Situtional / it Favors the defendant's by Corrupt "Judges"/ This and Other cases including (criminal) have shown bias / prejudice against this claimant / So, I move this Court for a change of Venue.

De
Oppresso
Liber

Sept. 13 - 2010

The "bible" is
A HOAX



Exhibit A

## PART B

### NOTICE AND INSTRUCTIONS

ANT PRICE - APPELLANT,
vs.
BILL RITTER - APPELLEE.
(MONTEZ)

CASE NO: 10-1059

The court will accept a properly completed Part B of Form A-11 in lieu of a formal brief. This form is intended to guide you in presenting your appellate issues and arguments to the court. <u>If you need more space, additional pages may be attached</u>. A short statement of each issue presented for review should precede your argument. Citations to legal authority may also be included. This brief should fully set forth all of the arguments that you wish the court to consider in connection with this case.

New issues raised for the first time on appeal generally will not be considered. An appeal is not a retrial but rather a <u>review</u> of the proceedings in the district court. A copy of the completed form must be served on all opposing counsel and on all unrepresented parties and a proper certificate of service furnished to this court. A form certificate is attached.

## APPELLANT/PETITIONER'S OPENING BRIEF

1.     **Statement of the Case.**   (This should be a <u>brief</u> summary of the proceedings in the district court.) SEE: 9/29/09 ORDER FORMALIZING 9/1/09 BENCH RULING RE: TENTH CIRCUIT APPEALS FROM SPECIAL MASTER ORDERS (DOC 4148) which I'VE NEVER SEEN! challenge "KANE'S" ORDER 3/26/10. ALSO: "JUDGE" KANE DENIES MY MOTION TO LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. §1915 AND FED. R. APP. P.24. ALSO: THIS COURT REMANDED THIS CASE BACK TO U.S. DISTRICT COURT "WAIVER QUESTION" CASE NO: 08-1049 "OBJECTION" NOT ANSWERED TO by KANE (4-20-10)

---

2.   **Statement of Facts Relevant to the Issues Presented for Review.**

The U.S. Court of Appeals/Remanded/ case no. 08-1049 to U.S. District Court for "Waiver question" "Remand this matter to the district court to make a determination wheter Plaintiffs, in the Remedial Plan, agreed to waive the Right to proceed in this court." under: See: "Plaintiff's response to order relating to Tenth Circuit Remand" Dated: 3/19/2009. "As there is NO waiver of Appeal rights with respect to damage claims in the Remedial Plan, the waiver of such an important right should not be inferred." I've never seen the bench ruling of 9/1/09, it doesn't matter.

"Judge" Kane denies my motion to leave to proceed (28 U.S.C. §1915) like I stated in my entry of Appearance (corruption of the U.S. dist. ct). Like I stated in my "Notice of Appeal" case no. (08-1049) Kane "refused to allow me to proceed without prepayment," when he answered my appeal against the special masters judgment he used incomplete evidence/and/ Distorted by CDOC doctor's - wouldn't wait until the results came back from the hearing specialist. Object to "Kane's" order 3/21/010.

This one-sided "just-us" is B.S. - I'm tired of it. All the time you side with those clowns of CDOC. U.S. Dist. ct. makes the rules as they go!. Right now I can't get a needed surgery for my hernia/even though (2) other doctor's outside CDOC recommended it. Then you wonder why people get pissed off.

**3.**          **Statement of Issues.**

**a. First Issue:** CLAIMANTS should be Able to Appeal their CLAIMS (individual claims/DAMAGE) to the 10th circuit, As I have stated within my Notice of Appeal.

**Argument and Authorities:**

CASE No. 08-1049/ This Court stated: " But before Speaking to This our selves, we believe the most Appropriate course is to Remand This matter to the district Court to make a determination whether Plaintiffs, in the Remedial Plan, ~~xxxxxxxxxxxxxxxxxxxxxxxxxx~~ ~~xxxxx~~ to Waive the Right to proceed in this Court." See my Notice of Appeal.

Now See: " Plaintiffs" RESPONSE to order RELATING to TENTH Circuit Remand " Dated 3/19/09. "As There is No Waiver of Appeals Rights with respect to damage claims in the Remedial Plan, the Waiver of Such An important Right should Not be inferred."

District Court States: 9/1/09 Bench Ruling Re: TENTH Circuit Appeals from Special master orders (Doc 4148)(I've Never seen this)" intended under the Operative Consent decree to be final decisions." U.S.C.A." Remedial Plan is silent with respect to Appeals from decisions rendered by Judge Kane /order and judgment/ is Jan. 9-09." See: " PLAINTIFFS RESPONSE/ Plaintiffs position is that CLAIMANTS in the damage claim process may continue to Appeal their claims through the Normal Appellate process.

**b. Second Issue:** U.S.C.I.A. NEEDS TO DECIDE IF THERE WAS A APPEAL WAIVER if it is enforceable, CASE NO. 08-1049 This Count STATED /pg 5/ "AND we of course have jurisdiction to consider whether or not an appeal ~~this is clear~~ waiver is enforceable," SEE: United States v. Hahn, 359 F.3d 1315, 1320-24 (10th cir 2004) (en banc) (per curiam),"

**Argument and Authorities:**

The PLAINTIFF's class states: (3/19/09) "AS There is NO WAIVER of Appeal Rights with respect to damage claims in the REMEDIAL PLAN," So class counsel DID NOT Agree to a WAIVER! This Count MUST under: United STATES v. Hahn Supra: Find This ALLEGED WAIVER AS ENFORCEABLE OR NOT!

THIRD ISSUE: OBJECTION: FRCP 53 (g)(2)/of/ "FINAL order of Special masters" (4-16-10) / KANE'S order (3/21/10): KANE NEVER RESPONDED.

"I was disabled and a victim of discrimination by CDOC before August 27, 2003, I Lost hearing in Southeast ASFA, during a classified Operation, (Contractor/Soldier)." SEE: "My TO STAY APPEAL" (4-20-2010) plus "Objection" (4-20-10). Filed in this Court.

SEE! KANES "ORDER RE: pending motions for ENFORCEMENT/Compliance with MONTEZ REMEDIAL PLAN" (DATED: Feb-8-2010) pg 3. (middle) "AS A member OF THE REPRESENTED CLASS" (DOC 3905) EVEN KANE REFERS TO ME AS A member OF THE CLASS. SEE: FINAL ORDER OF SPECIAL MASTER" DATED: DEC. 7-2007 (Richard C. Davidson/SPECIAL MASTER, SEE: "II Findings of Fact (pg 3) issue 4. "CLAIMANT SERVED IN VIETNAM during THE WAR. while serving, his hearing was damaged AND he ALSO began TO Suffer from PTSD," "CLAIMANT testified, that his hearing has gotten WORSE while IN this custody of CDOC," "HE Says HE HAS NEVER had A HEARING TEST." HE Says HE HAS REQUESTED A HEARING TEST "many times."

---