### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: September 16, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| | Deann Conroy |
| Defendants. | |

### AMENDED COURTROOM MINUTES

**Pretrial Conference**

**2:00 p.m.    Court in session.**

Court calls case. Counsel present.

The Court states its concerns regarding the pending issues and the overall purpose of the Compliance Hearings.

Comments and rulings by the Court.

**ORDERED:** Defendants' Motion For A Finding Of Substantial Compliance In Areas In Which Plaintiffs Have Not Introduced Evidence Of Lack Of Substantial Compliance At The Conclusion Of Their Case (Filed 7/7/10; Doc. No. 4728) is DENIED.

**ORDERED:** Today's hearing shall continue on September 24, 2010 at 2:00 p.m.

*92-cv-00870-JLK*
*Pretrial Conference*
*September 16, 2010*

**ORDERED:** **The parties shall file a joint submission showing the witnesses to be called, the nature of their testimony, the exhibits they're going to have, the estimate of the time that is going to be taken on direct and cross-examination, and that, at the trial, the exhibits that each witness is going to testify to will be ready for that witness and for the Court, by close of business, Wednesday, September 22, 2010.**

**ORDERED:** **Counsel shall work immediately to discuss modification of the Montez Remedial Plan, in accordance with the Court's comments.**

**2:40 p.m.** **Court in recess**.
Hearing continued.
Total time - 40 minutes.