IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

---

Claim Number: 03-480
Category III
Claimant: Daniel A. Hartley, #67103
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master for hearing on September 8, 2010 at FLCF in Ft. Lyon, Colorado. Present were the following: Claimant; Deann Conroy, attorney for Defendants; and Dr. Gagandeep Singh, M.D.

During the course of the hearing, Claimant requested to withdraw his claim. The Special Master determined that the request was voluntary and without coercion from any source. Claimant decided not to pursue his claim concerning anything that may have occurred on or before August 27, 2003.

IT IS HEREBY ORDERED that Claimant Daniel Hartley is allowed to withdraw his claim; and

IT IS FURTHER ORDERED that Claimant reserves the right to pursue a separate lawsuit concerning any alleged discrimination after August 27, 2003; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 22, 2010.**

SIGNED this 17th of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master