IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-400
Category: Untimely Filed Claim
Claimant: Larry R. Morris, #102978
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010
_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' objection to the processing of this claim. Pursuant to the order of Judge Kane of September 1, 2009, Claimant and class counsel were given a chance to file a response to Defendants' objection. Nothing has been filed by class counsel or Claimant.

    Claimant filed his claim in April, 2010. He alleged that he is diabetic. He further alleged that he has been in DOC custody on three occasions: November 30, 1999 to April 13, 2001; March 11, 2002 to December 14, 2004; and April 18, 2007 to the present. In response to the question on the claim form concerning dates of discrimination, Claimant has provided dates in 2007 and 2009.

    Defendants object to the processing of this claim. They have argued that no valid reason has been shown for the late filing of this claim. They also argue that the alleged acts of discrimination occurred well after August 27, 2003. As noted, Claimant has filed nothing further in support of his claim.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of

discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Claimant has not alleged that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act on or before August 27, 2003. Pursuant to Judge Kane's order of March 23, 2010, the Special Masters have no jurisdiction over this claim. Claimant retains the right to file his own lawsuit with the Court.

IT IS HEREBY ORDERED that the claim of Larry Morris is dismissed, as Claimant has failed to allege that he was the victim of discrimination on or before August 27, 2003 and has failed to show good cause for the late filing of his claim; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 22, 2010.**

SIGNED this 17th of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

───────────────────────────────
Richard M. Borchers
Special Master