Civil Action No. 92-CV-870-JLK

Claim No X-529

Category: Federal Rule of Civil Procedure 53(G)(2).

Claimant: Charles D. Williams, 147332

RECEIVED
SEP 17 2010
By_____

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2010

GREGORY C. LANGHAM
CLERK

FILED SEP 29-2010

ATTN: Judge Richard M. Borchers

I am Filing An Objection to the Order of dismissal of special Masters. I understand I may not have Been elgable to File at the time I Filed. But I Believe my Rights as a hearing Impaired disabled Inmate have been Violated. My Montez Remidial plan state's under Reasonable Accommodations Effective communication 2. Verbal Announcements /Alarms. that each Facility while Accomadating A disable Inmate A Position will be responsable For communication is made with Inmates like me regarding Public address Announcements and reporting Instructions. Such as. yard, count, chow Lock-up, etc. there has been time's where No Announcements were made so I couldn't Expect my Aid to Asset me. I was up on the third tier And have missed chow and a Few other Announcement After the door shuts No one is Allowed out. I have Since been moved to the 1st tier. So I closer to the door. I believe

1

in the 2 months on the 3rd tier I was the only disabled Inmate on the 3rd tier. Everone Else was on the 1st tier. While on the 3rd tier we had 2 Fire drills which no-one came to Let me Know. When I Filed my 1st Grievance about the situation I was told since I was Able to get-up and go I didn't Need Assistance. my Complaint/disability, is being Able to hear the Anouncement no Aid or no-one came to tell me Except an Inmate Passing by my room. So I evacuated was the last one out the pod. I Believe I have been discrimenated Against due to my disability. I've been threw cruel unsual Punishment. 8th Admenment. And treated differently 14th Admenment Equal Protection under the law.

Article VIII

Excessive bail, Fines or Punishments.

Excessive bail shall not be required, nor Excessive Fines Imposed nor cruel And unusual Punishment inflicted.

Amendment XIV

Equal Protection And Due Process.

All persons born or Naturalized in the United States, And subject to the Jurisdiction there of, Are Citizens of the United States And of the State where in they Reside. No State shall make or enforce Any law which shall Abridge the privileges or immunities of Citizens of the United States, Nor shall Any State deprive Any Person of Life, Liberty, or Property, without due process of law, Nor deny to Any Person within it's Jurisdiction the equal protection of the law. (2) Representatives shall be Apportioned Among the Several States According to their respective numbers, Counting the whole number of Person in each State excluding Indians not Taxed. But when the right to vote At Any election For the Choice of Electors For President And vice President of the United States, Representatives in Congress.

Cont. Amendment XIV Equal Protection & Due Process

The executive and Judicial officers of the State, or members of the Legislature there of, is denied to any state male inhabitants of such state. Being twenty-one years of age and citizens of the united states, or in any way abridged, except for Participation in rebellion, or other crime, the basis of Representation there in shall be reduced in the Proportion which the number of such male citizens shall bear to the whole Number of male citizens twenty-two years of age in such state. (3) No person shall be a Senator or Representative in Congress, or Elector of President and vice President or hold any office, ciual or military, under the united states, or under any state, who have previously taken an oath, as a member of Congress, or as an officers of the united states or as a member of any state Legislature, or as an executive or Jurdicial officer of any state, to support the Constitution of the united states, shall have engaged in insurrection or rebellion against the same, or given aid or Comfort to the enemies thereof. But Congress may, by a vote of two-thirds of each house remove such disability. (4) the validity of the Public debt of the united states, authorized by law including debts incurred for Payment of Pensions

And bounties For services in suppressing insurrection or rebellion, shall Not be questioned. But Neither the United States Nor Any state shall assume or Pay Any debt or obligation incurred in Aid or insurrection or rebillion Against the United states or Any Claim For the loss or Emancipation of Any slave; but All such debts, obligations, and claims shall be held illegal And void. (5) the Congress shall have power to enForce, by Appropriate legislation, the provisions oF the Article.

Page 1

7th August Saturday

Charles D Williams 147332

Po Box 6000

Sterling Colo 80751

    On the Morning of Friday Aug-6th I was
called in to talk with SGT Limbri's About my
Grievance's and Some of my Problems I've been
having, due to my hearing disability. When I
Entered the office. First Question was is my
Aid doing what he is supposed to be doing to
help me with Announcement's. I explain to
her my Aid is doing best he can to come
help me, but the Announcements only give
you About 30 Seconds to get thru the door
Before the shut the door Sometimes they give
you Advance warning Sometimes they don't
the SGt Explain to me how they give a 5-4
minute warning Before they make Announcements
to Get Ready. At this time I Notice the
door open to my Pod And EverOne go to
Breakfast And I ASK her why didn't they give
the warning then. the SGt Stated She didn't
Know And called-up stairs to ask why they
didn't Give the Advance warning to Get Ready
For Breakfast. She told me since we where
1st For Chow, they don't give the warning
they Just open the door And let EverOne go

Page 2

So my Point was proven As I sit in her office About how the ANNouncements work. All I Need is Enough time For my Aid to help me with the ANNouncements or Advance Notice BeFore the shut the door And Im Not Allowed out After that. We Talked About the way they do the Fire drill EVACuTATioN. they go From one pod to the Next checking cells And closing doors EvAdently the 2 times they had Fire drills they ApAreNtly haven't got to my Pod yet And Both time's they Had drills I was the LAST one's to EvAcuTAte. The showed me the EVACuTATioN List And my NAme was on the List, I Just don't understand why was I one oF the LAst to KNow if it wasn't For A passing INMATE I still wouldn't Know there was A Fire drill. I had on my Ear buds watching T.V. Already can't here much. After I LeFt the office I started getting ANouncements to my room of All the ANouncements. "Very loud" ANouncements sAying. This is your Individual Cell ANouncemenT For Chow And yard and Gym And disco-window. wheN oF the C.O Came To my room I ASk him why where they giving me P.A ANoucements to my room And why was they so loud it seem Like they where TAunting me Because oF the

Page 3 | the SGt Calling-up there telling them About the breakfast Announcements. when I came-up out of my cell my neighbor told me how he heard the Announcement in my room and why where they so loud. I Explain to him they where probally trying to be smart because of the Grievance's I turned in About Announcements. the C.O said he was in the room when they where calling my room and thats was what they sopposed to do to help me.

8-7-10 | Saturday the Next day I ask the sgt why where they Calling my room so loud and she said she never told them to do that And that is Not on my Accomadation Resalution so she didn't know why they where doing it.

All Im asking for is Enough time to get to chow and the rest of the Activities. Today sat Aug 7th No Anoucement was made to my Room or for Lunch Chow they just open the door and who ever standing there. the room Anouncements only Lasted ½ day "that's it" didn't make Alot since if your going to do it to help me do it if not don't. Don't just do it for ½ day to be a smart ass. Im just Need Advance warning on fire drill why can't they give me Advance notice to Evacuate to my

Page 4

room. if they can waist ½ day calling my room if they can call my room to inform the SGT wants to see me. why not let me know their's an Emergency Evacuation. I don't Feal safe knowing they go from pod to pod and I'm on the end of the list.

My Aid has explain to a Lt that he doesn't have the time to get to my room because of the time allowed to get thru the door. So I try not to be hanging in my room watching T.V any more. I have to stay at the door waiting for everone else to move. if I want to do somethin, sitting in my cell watching T.V. is out the Question using my watch helps me but everday they go to Chow at different time. One day we could have lunch at 12:15 next time it could be 1:15 it fluxvate's ever day. Sometime's I've missed out on Chow, Laundry Gym - yard trying to deal with the P.A System here.

8-8-10                                    Sunday

Got woke up early was told to pack my stuff because I was moving (me and my cellmate). Went to discuss why I was moving with SGT Lawson ask him why, he said so he didn't have to run-up to the third Floor to get me, I said it seems to me that it would be more of a convience to you

Page 5

than it would be to me since my Grievance had to do with P.A Announcements and Fire drills moving to 1st Floor I don't see what difference it would make. His Reply was to I Better Be Quite And go move my things Because he was Starting to Get mad. I took that As A threat And Left to go move my things. Seems to me Every since they learn of my Grievance's I've Been Taunted And threaten And don't Appreciate it And I've been Keeping A Diary Everday of what goes on. my cellmate has ~~Anything~~ Nothing to do with my Situation and they made him move to I don't think he to happy with me about it either.

Aug-9th monday

I Ran into Cpt Whitley on the yard I Ask him About Lt Lawson comment to me About I'd Better Quite And go on Im starting to make him mad, since Cpt Whitley was present when he said that to me So was SGT Limbish he said that Lt Lawson is old school Kinda Guy And say's that to everyone, he didn't think it was A threat. I Ask him if I Said that to him I would be wrote-up prabably get sent to the hole for threat to Staff, he said if I Didn't Like it I Could write A Grievance which I don't see what good that would do since I've wrote 3 Grievance's and Nothing Change Yet

Page 6

8-11-10

this Evaning we had a Fire drill. No Anouncement was made to my room. but Because they where trying to find out where or why the alarm was going off they did manage to get to my room pretty Quick.

8-12-10 Today at lunch No P.A Anoucement was made. if it wasn't for my Cell mate come to tell me everbody was Leaving Because he happen to Look out the window we both would of miss it. I Notice my Aid Barely made it out as well. 8-13-10 Seems to be normal Now to open door For P.A Announcements. Best to hang-out in the Day Hall No Aid Helps me No more. this Guy martineze   wanted to see if he could get the Job to help me And put in akite and was told No. Seem to be on my own Now.

8-28  I've put in 3 Grievances wrote the special masters and was told I Filed my Case to Late Today, I write an Objection in hopes to make a differance. if Not, Not much more I Can do until I get out.

williams   5-27-10 DS

AUG - 3 2010

DC Form 850-04A (12/01/08)

2675

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑  No ☐    JUN - 1 2010
Date received by case manager: _5-28-10_   Case Manager: _D. Sims_

Grievance Number _0-SF09/10-277-1_   STEP (Circle One)  ①  2  3

| NAME Williams, Chuck | DOC NO. 147332 | FACILITY/UNIT/POD SCF |
|---|---|---|
| Instructions:  1.  FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED; 2.  CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL; 3.  STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING; 4.  ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | | JK 4/26 |

Subject of Grievance and Requested Meaningful Remedy: I Been here Send since may 6th And still have No Aid to help me with P.A. Anouncements. I am missing out on Alot of Anouncement Laundry, yard-Gym, chow. my Acomadation Resalutions state that I should have one. my Remedial Plan also states that I should have Help me during Emergency Evacuations. We have Had a Fire drill. And No one told me. or help me. A Inmate going by my door stop And told me to Evacuation. I need a Aid to help me with Anouncement And custody staff to help me with Emergency Evacuation

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 5-28-10 | OFFENDER SIGNATURE _Chuck O Williams_ |

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA
DATE: 6-1-10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # _Benson 1916_

Date ADA grievance sent to AIC: 6/2/10

RESPONSE

RECEIVED    **SEE ATTACHED RESPONSE**

JUN 0 7 2010

Julie Russell #5821
Office of Legal Services
AIC-ADA Inmate Coordinator

Office of Correctional
Legal Services    7-28-10

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 07/10 | RESPONDER DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # _McKee 14067_ | RESPONSE DATE: 7/14/10 |

TO BE COMPLETED BY OFFENDER:
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 8-4-10   OFFENDER SIGNATURE/PRINT NAME & DOC # _Chuck williams 147332 Charles williamS_
Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:   719.226.4245
Fax:      719.226.4249

Office of ADA Inmate Coordinator (AIC)



**Bill Ritter, Jr.**
Governor

**Aristedes W. Zavaras**
Executive Director

Response to Step 1 ADA Grievance
From:   Meghan A. Reed, AIC Designee
        Office of the AIC-Legal Services
Received Grievance: 6/7/10
Sent Response: 7/ 29 /10
Offender Name/DOC No: **WILLIAMS, C. #147332**
Facility:  SCF
Grievance No:   D-SF0910-277

---

**DISABILITY STATUS: Per Accommodation Resolution signed 12/22/09, you do have a hearing disability.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**In the grievance referenced above, you allege the following:**
1. You have no aide to help you with PA announcements and therefore you are missing announcements regarding laundry, yard-gym, and chow.  You should also have staff assist you during emergency evacuations.  You had a fire drill and no one told you or helped you.  An inmate going by your door stopped and told you to evacuate.

**Requested Relief/Remedy:**
1a. You need an aide to help you with announcements and custody staff to help you with emergency evacuation.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1.  Unit 2 housing staff were reminded of your accommodations at the time you moved there. The SCF ADA Coordinator confirmed that an offender care aide is assigned to Unit 2 to assist hearing disabled offenders with announcements.  Speak with the unit supervisor to identify the offender available to assist you.

2.  DOC staff are responsible to ensure that offenders are evacuated during emergencies, drills or actual events.  If you initiate evacuation without staff assistance, this does negate staff's responsibility to account for you.

**CONCLUSION:** Based on the information above, this grievance is denied.

**GRIEVANCE DENIED IN TOTAL**

cc:    B. Scott, SCF
       AIC File

CW 6-3010 DS

AUG 19 2010

DC Form 850-04A (12/01/08)

*83* **COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 7-2-10    Case Manager: D. Sims 9052

JUL 12 2010

Grievance Number D-SF09/10-277-2    STEP (Circle One) 1 ②  3

| NAME Charles D Williams | DOC NO. 147332 | S C F 2-B 315 |
|---|---|---|
| | | FACILITY/UNIT/POD |
| | | Accept 8/6 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Don't have enough time for Aid to help me win some P.A Anouncements. they Just open door for some chow Anouncements without saying it's chow time. No-one talk to me about How Emergency Evacuation works should have staff Assistance. want enough time for my Aid to tell me about P.A Anoucements so I can do what I got to do Need chow Anounced every time Not Just every Now and then. Anouncements come at different times every week. want to know that I will have staff Assistance in case of an Emergency like my Remedial Plan says my Aid Needs time to come tell me Anouncements. I can't Just sit in my room watch T.V no more I have to wait at the door if I want to eat

**TO BE COMPLETED BY OFFENDER:**

DATE: 6-30-10    OFFENDER SIGNATURE Charles D William

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA

DATE: 7/12/10    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Benson 11918

Date ADA grievance sent to AIC: 7/12/10

RESPONSE

RECEIVED    **SEE ATTACHED RESPONSE**

JUL 14 2010

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 7/14/10 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # A. Anthony | RESPONSE DATE: 8/11/10 |
| TO BE COMPLETED BY OFFENDER | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Deputy Director of Prisons
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:    (719)226-4774
Fax:      (719)226-4775
Web:      www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:        Offender Charles Williams, #147332

FROM:      Tony Carochi
           Deputy Director of Prisons

DATE:      August 11, 2010

RE:        Step II ADA Grievance, D-SF09/10-227

I have reviewed your Step I Grievance and response by the ADA Inmate Coordinator (AIC) and the Step II Grievance you submitted.

Research of your issue identified the following:  You are assigned an OCA to assist with announcement and you currently live on the 3rd tier at your request.  Sgt. Limberis was contacted and states that she continue to work you on your concerns and has been talking to both you and your OCA about the announcement issues.  If issues continue, a possible movement to the first tier would make the notification of announcements occur more timely.  If you are interested in a possible move to the 1st tier, please contact Sgt. Limberis.

Step II Grievance is Resolved.

TC/gw

Page 1 of 1

*Simms*

DC Form 850-04A (12/01/08)

*343* **COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: *8-6-10*    Case Manager: *O. Sims*

Grievance Number *D-SF09/10-277-3*    **STEP (Circle One)** 1  2  ③

| NAME *Charles Williams* | DOC NO. *147332* | FACILITY/UNIT/POD *S.C.F* |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

*TD 9/23*

Subject of Grievance and Requested Meaningful Remedy: P.A Anouncements Does Not Give Aid Enough time to Come Inform me of Anouncements Some times Anouements Aren't Euen made they Just open Door For Inmate's to leave. Im capable of getting up on and walking on my own During a Fire Drill I was watching tv with Ear Buds on and Didn't hear them call For evacuation. Due to Loss of Hearing. Can someone come to my room to inform me of Fire Drill or At least give me Advance warning. Can they make Sure they make Anouncements give Aid Enough time to Come to room And let me know Before they close the door.

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: *8-4-10* | OFFENDER SIGNATURE *Charles W Williams* |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: |
| DATE: | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: |

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Certificate of mailing

I certify that I have, on this 14 day of 2010, placed a true and correct copy of the above and foregoing motion to File out of Time pursuant to Colorado Rules of criminal Procedure 45(B)(2) in the United states mail postage prepaid and Address to the Following

Judge Richard M. Borchers
Special masters for United States District Court
For the District of Colorado
Legal Resolution Center
7907 Zenobia street
Westminister, Colorado 80030-4444