IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 cv 00870 JLK

JF MONTEZ, LR MOORE, et al

Plaintiff(s)/Petitioner(s),

v.

Bill RITTER
Ari ZAVARAS, et al

Defendant(s)/Respondent(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2010

GREGORY C. LANGHAM
CLERK

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO
## 28 U.S.C. § 1915 AND FED. R. APP. P. 24

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my requests, I declare that: *Ym Pritts refused to certify 10 IX and 13 IX*

(1) I am unable to pay such fees or give security therefor.
(2) The issues I desire to raise on appeal are: *Supremacy of Fed Courts over State Officials who refuse to pay Fed judgements — Habeas Corpus "Whole Man" Question — Can A Court Consider Only A Pound of Flesh While Ignoring the Blood In It Without Being So Absurd As To, As a Fed Court, Violate Habeas Corpus in a Prison Conditions Suit?*
(3) I am entitled to redress.
(4) I take this appeal in good faith.
(5) The appeal is not frivolous and presents a substantial question.

Rev. 9/98

(6) My assets and their value are listed below:

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

Approximately $5/mth prison ADA UNA wages plus ~~tend~~ outside gifts perhaps 8x ~~dollar~~ these. From this I must pay for hygiene, ~~and~~ stationary, postage, xerox, and medical co pays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at ___CSP___ on ___9/18/10___.
         (location)           (date)

_____/s/ L. R. Moore_____
**Prisoner's Original Signature**


## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this appeal. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

| Centennial Correctional Facility | Colorado State Penitentiary |
|---|---|
| P. O. Box 600 | P. O. Box 777 |
| Canon City, CO 81215-0600 | Canon City, CO 81215-0777 |
| Phone: (719) 269-5510 | Phone: (719) 269-5120 |
| FAX: (719) 269-5545 | FAX: (719) 269-5125 |



Bill Ritter, Jr.
Governor
Aristedes W. Zavaras
Executive Director

To whom it may concern:

I, Case Manager, Gaynell Pritts certify that the attached Statement of Account Activity for Offender, Lewis Moore #47702 for the dates of 03-01-10 through 09-16-10 is true and accurate according to CDOC records.

_____Date____09/16/2010

1

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
### **Statement of Account Activity**
Period: 03/01/2010 - 09/16/2010
Printed: 09/16/2010

**Name:** MOORE, LEWIS R
**Number:** 47702
**Location:** C.S.P. - CSP/UNIT E

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/07/10 10:34 | XEROX-DEBIT | -1.25 | 17.19 | 17.19 | | | 0.60 | 16.59 | CS |
| 07/08/10 09:58 | XEROX-DEBIT | -0.25 | 16.94 | 16.94 | | | 0.60 | 16.34 | CS |
| 07/13/10 10:34 | Canteen #7564666 Hold | | | 16.94 | CANTEEN | 8.62 | 9.22 | 7.72 | |
| 07/14/10 07:01 | Canteen Order #7564666 | -8.62 | 8.32 | 8.32 | | | 0.60 | 7.72 | CS |
| 07/16/10 08:48 | POSTAGE-DEBIT | -0.61 | 7.71 | 7.71 | | | 0.60 | 7.11 | CS |
| 07/20/10 09:47 | Canteen #7578399 Hold | | | 7.71 | CANTEEN | 7.02 | 7.62 | 0.09 | |
| 07/22/10 07:21 | Canteen Order #7545176 | -0.60 | 7.11 | 7.11 | | | 7.02 | 0.09 | CS |
| 07/26/10 14:35 | XEROX-DEBIT | -1.25 | 5.86 | 5.86 | | | 7.02 | 0.00 | CS |
| 07/27/10 14:05 | Canteen Order #7578399 | -7.02 | -1.16 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/04/10 16:04 | POSTAGE-DEBIT | -1.83 | -2.99 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/05/10 15:49 | 1 E POD - UNASSIGNED | 5.06 | 2.07 | 2.07 | | | 0.00 | 2.07 | CS |
| 08/05/10 23:24 | MEDICAL APPOINT | -3.00 | -0.93 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/06/10 10:27 | XEROX-DEBIT | -3.75 | -4.68 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/09/10 09:22 | POSTAGE-DEBIT | -0.44 | -5.12 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/09/10 09:32 | XEROX-DEBIT | -0.75 | -5.87 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/10/10 08:27 | POSTAGE-DEBIT | -0.78 | -6.65 | 0.00 | | | 0.00 | 0.00 | CS |
| 08/11/10 23:23 | MONEYGRAM CREDIT | 80.00 | 73.35 | 73.35 | | | 0.00 | 73.35 | CS |
| 08/12/10 08:47 | POSTAGE-DEBIT | -0.44 | 72.91 | 72.91 | | | 0.00 | 72.91 | CS |
| 08/12/10 08:47 | POSTAGE-DEBIT | -0.44 | 72.47 | 72.47 | | | 0.00 | 72.47 | CS |
| 08/13/10 08:10 | POSTAGE-DEBIT | -0.88 | 71.59 | 71.59 | | | 0.00 | 71.59 | CS |
| 08/16/10 09:07 | POSTAGE-DEBIT | -0.44 | 71.15 | 71.15 | | | 0.00 | 71.15 | CS |
| 08/16/10 09:08 | POSTAGE-DEBIT | -0.44 | 70.71 | 70.71 | | | 0.00 | 70.71 | CS |
| 08/16/10 09:08 | POSTAGE-DEBIT | -0.44 | 70.27 | 70.27 | | | 0.00 | 70.27 | CS |
| 08/17/10 09:21 | Canteen #7639390 Hold | | | 70.27 | CANTEEN | 28.47 | 28.47 | 41.80 | |
| 08/18/10 07:01 | Canteen Order #7639390 | -28.47 | 41.80 | 41.80 | | | 0.00 | 41.80 | CS |
| 08/23/10 08:35 | POSTAGE-DEBIT | -0.44 | 41.36 | 41.36 | | | 0.00 | 41.36 | CS |
| 08/24/10 09:21 | XEROX-DEBIT | -0.50 | 40.86 | 40.86 | | | 0.00 | 40.86 | CS |
| 08/24/10 09:21 | XEROX-DEBIT | -1.50 | 39.36 | 39.36 | | | 0.00 | 39.36 | CS |
| 08/24/10 09:21 | XEROX-DEBIT | -3.00 | 36.36 | 36.36 | | | 0.00 | 36.36 | CS |
| 08/24/10 09:22 | XEROX-DEBIT | -1.25 | 35.11 | 35.11 | | | 0.00 | 35.11 | CS |
| 08/24/10 09:24 | XEROX-DEBIT | -1.50 | 33.61 | 33.61 | | | 0.00 | 33.61 | CS |
| 08/24/10 10:24 | Canteen #7652219 Hold | | | 33.61 | CANTEEN | 16.58 | 16.58 | 17.03 | |
| 08/25/10 11:09 | POSTAGE-DEBIT | -0.61 | 33.00 | 33.00 | | | 16.58 | 16.42 | CS |
| 08/26/10 06:58 | Canteen Order #7652219 | -16.58 | 16.42 | 16.42 | | | 0.00 | 16.42 | CS |
| 08/26/10 09:29 | XEROX-DEBIT | -0.50 | 15.92 | 15.92 | | | 0.00 | 15.92 | CS |
| 08/26/10 14:41 | XEROX-DEBIT | -0.50 | 15.42 | 15.42 | | | 0.00 | 15.42 | CS |
| 08/31/10 12:04 | Canteen #7667472 Hold | | | 15.42 | CANTEEN | 1.53 | 1.53 | 13.89 | |
| 09/01/10 07:45 | Canteen Order #7667472 | -1.53 | 13.89 | 13.89 | | | 0.00 | 13.89 | CS |
| 09/07/10 11:05 | Canteen #7677145 Hold | | | 13.89 | CANTEEN | 0.38 | 0.38 | 13.51 | |
| 09/08/10 06:55 | Canteen Order #7677145 | -0.38 | 13.51 | 13.51 | | | 0.00 | 13.51 | CS |
| 09/08/10 08:53 | 1 E POD - UNASSIGNED | 4.83 | 18.34 | 18.34 | | | 0.00 | 18.34 | CS |
| 09/08/10 10:34 | Canteen #7681465 Hold | | | 18.34 | CANTEEN | 6.07 | 6.07 | 12.27 | |
| 09/09/10 13:10 | XEROX-DEBIT | -4.25 | 14.09 | 14.09 | | | 6.07 | 8.02 | CS |
| 09/09/10 13:11 | XEROX-DEBIT | -3.00 | 11.09 | 11.09 | | | 6.07 | 5.02 | CS |
| 09/09/10 13:11 | XEROX-DEBIT | -0.50 | 10.59 | 10.59 | | | 6.07 | 4.52 | CS |
| 09/09/10 13:11 | XEROX-DEBIT | -1.50 | 9.09 | 9.09 | | | 6.07 | 3.02 | CS |
| 09/09/10 13:49 | PEN | -0.38 | 8.71 | 8.71 | | | 6.07 | 2.64 | CS |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Page 2 of 3

## COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado

**\*\*Statement of Account Activity\*\***
Period: 03/01/2010 - 09/16/2010
Printed: 09/16/2010

Name: MOORE, LEWIS R
Number: 47702
Location: C.S.P. - CSP/UNIT E

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 09/10/10 10:15 | POSTAGE-DEBIT | -1.93 | 6.78 | 6.78 | | | 6.07 | 0.71 | CS |
| 09/12/10 23:22 | JPAY CREDIT | 80.00 | 86.78 | 86.78 | | | 6.07 | 80.71 | CS |
| 09/13/10 14:35 | POSTAGE-DEBIT | -1.05 | 85.73 | 85.73 | | | 6.07 | 79.66 | CS |
| 09/13/10 14:35 | POSTAGE-DEBIT | -1.05 | 84.68 | 84.68 | | | 6.07 | 78.61 | CS |
| 09/14/10 09:01 | XEROX-DEBIT | -4.00 | 80.68 | 80.68 | | | 6.07 | 74.61 | CS |
| 09/14/10 09:01 | XEROX-DEBIT | -2.00 | 78.68 | 78.68 | | | 6.07 | 72.61 | CS |
| 09/14/10 10:51 | Canteen #7698239 Hold | | | 78.68 | CANTEEN | 37.70 | 43.77 | 34.91 | |
| 09/15/10 08:58 | POSTAGE-DEBIT | -0.44 | 78.24 | 78.24 | | | 43.77 | 34.47 | CS |
| 09/15/10 09:07 | POSTAGE-DEBIT | -0.44 | 77.80 | 77.80 | | | 43.77 | 34.03 | CS |
| 09/16/10 06:25 | Canteen Order #7698239 | -37.70 | 40.10 | 40.10 | | | 6.07 | 34.03 | CS |
| 09/16/10 10:29 | Ending Balance | | 40.10 | 40.10 | | | 6.07 | 34.03 | |

Total Deposits: 354.73
Total Withdrawals: 314.92

| Account Information as of 09/16/2010 10:31AM | | | |
|---|---|---|---|
| Status: ACTIVE | Current Balance: 40.10 | Total Money In Hold: | $0.00 |
| | Total Reserved/Encumbered: $6.07 | Available Balance | $34.03 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 03/01/2010 - 09/16/2010
Printed: 09/16/2010

Name: MOORE, LEWIS R
Number: 47702
Location: C.S.P. - CSP/UNIT E

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 03/01/10 00:00 | Beginning Balance | | 0.29 | 0.29 | | | 0.00 | 0.29 | |
| 03/05/10 15:39 | 1 E POD - UNASSIGNED | 4.60 | 4.89 | 4.89 | | | 0.00 | 4.89 | CS |
| 03/09/10 11:20 | Canteen #7296456 Hold | | | 4.89 | CANTEEN | 2.63 | 2.63 | 2.26 | |
| 03/11/10 09:03 | Canteen Order #7296456 | -2.63 | 2.26 | 2.26 | | | 0.00 | 2.26 | CS |
| 03/16/10 10:02 | Canteen #7314858 Hold | | | 2.26 | CANTEEN | 1.65 | 1.65 | 0.61 | |
| 03/17/10 11:47 | Canteen Order #7314858 | -1.65 | 0.61 | 0.61 | | | 0.00 | 0.61 | CS |
| 03/23/10 10:56 | Canteen #7328508 Hold | | | 0.61 | CANTEEN | 0.51 | 0.51 | 0.10 | |
| 03/24/10 06:48 | Canteen Order #7328508 | -0.51 | 0.10 | 0.10 | | | 0.00 | 0.10 | CS |
| 04/07/10 10:32 | 1 E POD - UNASSIGNED | 5.29 | 5.39 | 5.39 | | | 0.00 | 5.39 | CS |
| 04/13/10 11:15 | Canteen #7372589 Hold | | | 5.39 | CANTEEN | 3.19 | 3.19 | 2.20 | |
| 04/14/10 23:33 | MONEYGRAM CREDIT | 80.00 | 85.39 | 85.39 | | | 3.19 | 82.20 | CS |
| 04/15/10 11:31 | Canteen Order #7372589 | -3.19 | 82.20 | 82.20 | | | 0.00 | 82.20 | CS |
| 04/20/10 10:24 | Canteen #7386465 Hold | | | 82.20 | CANTEEN | 26.52 | 26.52 | 55.68 | |
| 04/21/10 09:31 | Canteen Order #7386465 | -26.52 | 55.68 | 55.68 | | | 0.00 | 55.68 | CS |
| 04/26/10 23:38 | MEDICAL APPOINT | -3.00 | 52.68 | 52.68 | | | 0.00 | 52.68 | CS |
| 04/27/10 12:38 | Canteen #7400291 Hold | | | 52.68 | CANTEEN | 9.12 | 9.12 | 43.56 | |
| 04/30/10 15:23 | Canteen Order #7400291 | -9.12 | 43.56 | 43.56 | | | 0.00 | 43.56 | CS |
| 05/04/10 11:22 | Canteen #7412311 Hold | | | 43.56 | CANTEEN | 13.74 | 13.74 | 29.82 | |
| 05/06/10 11:49 | Canteen Order #7412311 | -13.74 | 29.82 | 29.82 | | | 0.00 | 29.82 | CS |
| 05/11/10 07:47 | 1 E POD - UNASSIGNED | 5.06 | 34.88 | 34.88 | | | 0.00 | 34.88 | CS |
| 05/11/10 10:25 | Canteen #7429452 Hold | | | 34.88 | CANTEEN | 14.75 | 14.75 | 20.13 | |
| 05/12/10 13:16 | Canteen Order #7429452 | -14.75 | 20.13 | 20.13 | | | 0.00 | 20.13 | CS |
| 05/13/10 23:40 | MEDICAL APPOINT | -3.00 | 17.13 | 17.13 | | | 0.00 | 17.13 | CS |
| 05/14/10 12:16 | XEROX-DEBIT | -0.50 | 16.63 | 16.63 | | | 0.00 | 16.63 | CS |
| 05/18/10 08:50 | POSTAGE-DEBIT | -1.22 | 15.41 | 15.41 | | | 0.00 | 15.41 | CS |
| 05/18/10 10:17 | Canteen #7447947 Hold | | | 15.41 | CANTEEN | 13.95 | 13.95 | 1.46 | |
| 05/20/10 07:04 | Canteen Order #7447947 | -13.95 | 1.46 | 1.46 | | | 0.00 | 1.46 | CS |
| 05/25/10 09:26 | XEROX/RESEARCH - DEBIT | -0.50 | 0.96 | 0.96 | | | 0.00 | 0.96 | CS |
| 06/01/10 11:23 | Canteen #7472152 Hold | | | 0.96 | CANTEEN | 0.68 | 0.68 | 0.28 | |
| 06/01/10 13:53 | XEROX-DEBIT | -1.50 | -0.54 | 0.00 | | | 0.68 | 0.00 | CS |
| 06/02/10 07:14 | Canteen Order #7472152 | -0.68 | -1.22 | 0.00 | | | 0.00 | 0.00 | CS |
| 06/08/10 08:01 | 1 E POD - UNASSIGNED | 4.83 | 3.61 | 3.61 | | | 0.00 | 3.61 | CS |
| 06/08/10 08:52 | Canteen #7489907 Hold | | | 3.61 | CANTEEN | 3.32 | 3.32 | 0.29 | |
| 06/10/10 07:01 | Canteen Order #7489907 | -3.32 | 0.29 | 0.29 | | | 0.00 | 0.29 | CS |
| 06/17/10 23:34 | MONEYGRAM CREDIT | 80.00 | 80.29 | 80.29 | | | 0.00 | 80.29 | CS |
| 06/22/10 11:18 | Canteen #7521165 Hold | | | 80.29 | CANTEEN | 38.09 | 38.09 | 42.20 | |
| 06/23/10 07:22 | Canteen Order #7521165 | -38.09 | 42.20 | 42.20 | | | 0.00 | 42.20 | CS |
| 06/25/10 08:37 | POSTAGE-DEBIT | -0.61 | 41.59 | 41.59 | | | 0.00 | 41.59 | CS |
| 06/28/10 13:04 | Canteen #7536452 Hold | | | 41.59 | CANTEEN | 19.86 | 19.86 | 21.73 | |
| 06/30/10 06:56 | Canteen Order #7536452 | -19.86 | 21.73 | 21.73 | | | 0.00 | 21.73 | CS |
| 07/01/10 12:37 | POSTAGE-DEBIT | -0.28 | 21.45 | 21.45 | | | 0.00 | 21.45 | CS |
| 07/01/10 12:40 | POSTAGE-DEBIT | -0.61 | 20.84 | 20.84 | | | 0.00 | 20.84 | CS |
| 07/02/10 19:10 | 1 E POD - UNASSIGNED | 5.06 | 25.90 | 25.90 | | | 0.00 | 25.90 | CS |
| 07/02/10 23:41 | DENTAL APPOINT | -3.00 | 22.90 | 22.90 | | | 0.00 | 22.90 | CS |
| 07/06/10 10:30 | Canteen #7543479 Hold | | | 22.90 | CANTEEN | 4.46 | 4.46 | 18.44 | |
| 07/06/10 15:12 | Canteen #7545176 Hold | | | 22.90 | CANTEEN | 0.60 | 5.06 | 17.84 | |
| 07/07/10 07:20 | Canteen Order #7543479 | -4.46 | 18.44 | 18.44 | | | 0.60 | 17.84 | CS |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

Page 1 of 3