

| CSP | 9-18-10 |
| --- | --- |
| FACILITY | DATE REC'D |
| Taylor | 16652 | 27 |
| STAFF LAST NAME | ID # | BNK |
| 47207 | Moore | RRM |
| DOC # | OFFENDER LAST NAME | INT |

CSP LAW LIBRARY
NOV 05 2008