ORIGINAL # 921N-870
MONTEZ ISSUE   JCK

COPY FOR JUDGE KANE

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**FILED**

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☒   UNITED STATES DISTRICT COURT
DENVER, COLORADO

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☒

Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☒   **SEP 22 2010**

Date received by case manager: _____ Case Manager: Sturgeon

Grievance Number _____   **STEP (Circle One)   1** ☒   **GREGORY C. LANGHAM**
CLERK

S.C.F.

| NAME George Charles  Knorr | DOC NO. 45154 | FACILITY/UNIT/POD 2 - C |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: NEW RULES OF OPERATIONS MADE BY Lt. Nicholson of Unit 2:
At the lunch meal on 09/18/10 Saturday, I was experiencing severe pain in my back, related to my Mobility Disability and was wearing my Back-Brace (MEDICAL APPLIANCE) and upon reaching the entrance to the Chow Hall I was directed by C/O Dobson to return to the unit and to put on a green shirt by order of Lt. Nicholson, Unit 2 Lt., This seems to be a NEWLY MADE RULE AT THE DISCRETION OF A LOWLEY Lt. who has no authority to initiate Facility P.O.R.'s; A.R.'s; O.M.'s or any other kind of operational regulations. Further I have been wearing my Medical Back-Brace this ame way for the past Seven (7) years that I have been at this facility with NO directions Stipulating that I MUST HAVE A GREEN SHIRT COVERING THE BACK-Brace to attend a meal in the Chow Hall. There has never been any form of advanced notice initiating such a rule or regulation posted by the authorized Administrative Staff of the Sterling Facility as regards this issue. Nor is there any directive for such a rule in the Montez Settlement Sripulations.

REMEDY: Corrective counseling for the housing staff, inclusive of lowley Lt.'s on the proper procedure of making and authorizing Rules and Regulations of facility Operations:

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE:09/18/10 | OFFENDER SIGNATURE *[signature]* | George Charles, Knorr 45154 |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | |
| DATE: 09/18/10 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # *[signature]* S.C.F. |
| Date ADA grievance sent to AIC: | |

**RESPONSE**

| TO BE COMPLETED BY RESPONDER | | | |
|---|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC        Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1