IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Pretrial Conference set for September 24, 2010, is **VACATED AND RESET** as a **Status Conference** on **October 5, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The purpose of the Status Conference will be to discuss the Amended Pretrial Order and the issues raised therein.

Dated:  September 23, 2010