IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Status Conference set for October 5, 2010, is **VACATED AND RESET** for **September 29, 2010 at 9:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: September 23, 2010