IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number X-395
Category: Untimely Filed Claim
Claimant: Perfecto L. Bernal, #49589
Address of Claimant: Boulder County Jail, 3200 Airport Road, Boulder, CO 80301

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on Defendants' objection to the processing of this claim. Claimant was granted up to and including September 7, 2010 in which to file a response to the objection of Defendants. Claimant has filed nothing further in support of his claim. Class counsel has filed a document in response to the objection, but it is a general response concerning multiple pending claims.

      Defendants have specifically challenged Claimant's allegations that he was disabled on or before August 27, 2003. *Paragraph #5, Defendants' Objection*. Defendants argue further that there is no jurisdiction over the claim because nothing has been detailed or alleged with specificity as occurring on or before August 27, 2003. Defendants also note that Claimant was on parole for some period of time and that parole status is outside the scope of the Remedial Plan.

      Judge Kane's order of March 23, 2010 requires that a claimant prove that he was in DOC custody on or before August 27, 2003. A claimant also must show that he was the victim of discrimination prohibited by the ADA on or before August 27, 2003. In this case, Defendants have specifically challenged Claimant to provide some specifics concerning the alleged discrimination. Claimant has not responded to the Objection. Claimant has failed to establish by sufficient allegation or evidence that he was the victim of discrimination prohibited by the ADA on or before August 27, 2003. Claimant has not responded to the Objection and the claim will be dismissed.

IT IS HEREBY ORDERED that the claim of Perfecto L. Bernal is dismissed, as the Claimant has failed to provide sufficient allegations or evidence that he was the victim of discrimination on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 22, 2010.**

SIGNED this 24th of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master