IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-457
Category: Untimely Filed Claim
Claimant: Cordell Johnson, #46607
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' objection to the processing of this claim. Claimant and class counsel were granted up to and including September 7, 2010 in which to file a response to the objection of Defendants. Neither Claimant nor class counsel has filed anything in response to the objection.

    Defendants' main objection is that Claimant had no compelling reason why he waited until April 28, 2010 before mailing his claim form to the office of the Special Masters. Defendants argue that the claim should be dismissed.

    The claim form submitted by Claimant alleges that he was in DOC custody on or before August 27, 2003 and that he is mobility impaired. Claimant alleges that he has been the victim of discrimination prohibited by the ADA.

    The claim form requests information on why a claimant waited to file a claim. The question and response of Claimant are as follows:

> Why have you waited to file your claim? Due to me filing other claims against DOC and having the court throw them out due to the reason I am pro se and not having the professionalism to compete against state lawyers. And not knowing the law well.

Defendants argue that Claimant was aware of the claim process, but that Claimant chose not to file sooner.

Claimant has not responded to the objection of Defendants. A reasonable review of the claim form indicates that Claimant chose not to file earlier. Further, Claimant has chosen not to respond to Defendants' objection. The net result is that no reasonable basis exists for allowing this claim to be filed as late as it was filed. Claimant has presented no evidence or argument that he was prevented from filing the claim much earlier. Defendants' objection is sustained, and the claim is dismissed.

IT IS HEREBY ORDERED that the claim of Cordell Johnson is dismissed, as no valid basis has been presented to allow the late filing of this claim; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 25, 2010.**

SIGNED this 24th day of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————————
Richard M. Borchers
Special Master