IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-531
Category: Untimely Filed Claim
Claimant: Charles Dean, #52605
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Charles Dean. In that letter, he argues that he should be allowed to pursue a claim because he was in DOC custody on or before August 27, 2003 and was disabled.

    Judge Kane ruled on March 23, 2010 that all new claims had to be filed on or before April 16, 2010. That date was then extended at the request of class counsel until April 30, 2010. Claimant did not file his claim until well after April 30, 2010. The Special Masters have no jurisdiction over the claim and must dismiss it. Claimant may well be correct that he would otherwise be able to pursue his claim, but he did not meet the filing deadline of April 30, 2010.

    IT IS HEREBY ORDERED that Claimant's letter of September 13, 2010 is accepted for filing but the no further action can be taken on it; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before October 18, 2010.**

    SIGNED this 22nd day of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master