IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL OWENS, *et al.*,

    Defendants.

## SUBMISSION OF REVISED AMENDED PRETRIAL ORDER

The Parties hereby submit a revised amended pretrial order to replace the one filed on Sept. 22, 2010. The following changes were made:

1. The Defendants added a paragraph at the beginning of the section on "Claims and Defenses" requesting clarification on the burden of proof. The Defendants attached a transcript of the December 21, 2009 pretrial/status conference as **Exhibit B.** Plaintiffs added their position on this issue as well.

2. The Defendants added a paragraph at the end of the section on "Claims and Defenses" regarding compliance with Remedial Plan Section XIV Everyday Living Assistance.

3. The Plaintiffs added subsection (14) to the Section on "Claims and Defenses" regarding the ADA grievance procedure.

4. The Defendants added specific sections of the Remedial Plan about which witnesses

would be testifying for witnesses for whom that was not previously provided.  Plaintiffs added an objection to the recall of witness Engstrom.

5. The anticipated time for each witness was revised to specify anticipated time separately for the direct and cross examinations.

6. The Defendants added a few exhibits to some witnesses' testimony as possibly being used with those witnesses.  Plaintiffs added their objections and reservations under Section 7 of the proposed Order.

WHEREFORE, the parties respectfully request that the Court substitute the Revised Amended Pretrial Report for the one Amended Pretrial Report.

Respectfully submitted this 27th day of September, 2010.

s/Paula Greisen_____
Paula Greisen
Jennifer Riddle
King & Greisen LLP
1670 York St.
Denver, CO 80206
303-298-9878

Edward T. Ramey
Blain D. Myhre
Lara E. Marks
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202
303-292-5656

*Attorneys for Plaintiffs*

 s/Elizabeth H. McCann_____
Elizabeth H. McCann
James X. Quinn
Berina Ibrišagić
Colorado Attorney General's Office1525 Sherman Street, 5th Floor
Denver, CO 80203

*Attorneys for Defendants*

2315153_1.doc

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of September, 2010, I electronically filed the foregoing Submission of Revised Amended Pre Trial Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

Ed Ramey
Lara Marks
Blaine Myhre
eramey@ir-law.com
lmarks@ir-law.com
bmyhre@ir-law.com
Isaacson Rosenbaum PC
1001 17th St. #1800
Denver, Co. 80202

s/ Elizabeth H. McCann_____