**FILED**
UNITED ... T COURT

SEP 2 7 2010

GREGORY C. LANGHAM Civil Action No-CV00870-JLK-OES
CLERK

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Jesse Wesua Montez, et-al.,

Plaintiffs,

V.

SEP 2 7 2010

GREGORY C. LANGHAM
CLERK

Bill Ritter, et al.,

Show Cause Motion For Untimely Filed Claim By Robert Meyers

COMES NOW the Plaintiff Robert Meyers through his Motion to show cause on grounds as follows:

1.) The claimant is an inmate of CDOC and his medical class issues pursuant to the Montez Action.
2.) The claimant did not receive the cut off order of April 30, 2010 until the first week of May, 2010, after the deadline had passed.
3.) The claimant has no control of the mail or when it is delivered at his facility.
4.) The claimant's claim is less than 30 days late and the claimant request the court to further proceed.

Respectfully Submitted

Dated this 22 day of the 9th month 2010 C.E.

/s/ R Meyers 46895
Robert Meyers

CERTIFICATE OF FILING BY MAILING

I, Robert Meyers, hereby certify that a true and correct copy of AFFIDAIVT OF TRUTH OF ROBERT MEYERS was placed in the U.S. Mail Box, designated for legal mail, at Crowley County Correctional Facility, postage pre-paid on the 2̲2̲ day of the 9̲t̲h̲ month 2010 and correctly addressed to:

Office of the Clerk
UNITED STATES DISTRICT COURT
901 - 19th Street Room A 105
Denver, CO. 80294-3589
RE: Civil Action No. 92-CV-00870-JLK-OES

/s/ _R. Meyers 46985_
Robert Meyers DOC No. 46985
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700

AFFIDAVIT OF TRUTH
OF
ROBERT MEYERS

I, Robert Meyers DOC No. 46985 swear under the penalty of perjury that the statements contained in this Affidavit are true, correct, complete and not ment to mislead to the best of my belief and knowledge.

1.) That I am a Respondant to the Montes Civil action No. 92-CV-00870-JLK-OES and claimant to this Action.
2.) That the responce (Order of Special Master) was mailed to me on the 24th of May 2010 by the Attorneys Assinged to this action and postmarked August 30, 2010. See Eximit A Post mark of postal service.
3.) That I did not recieve the Order of the Special Master until the first week of September.

I, Robert Meyers, affirm and acknowledge in the interest of Justice, that the foregoing is true, correct, complete, and not meant to mislead, signed under penalty of law by My hand:

SIGNED AND SWORN TO BY Me this 22nd day of the September month in the year of our Lord 2010 C.E.

/s/ Robert Meyers  46985
Robert Meyers  DOC No. 46985
Affiant

NOTARY PUBLIC
STATE OF COLORADO
LINDA L. LYONS
My Appointment Expires: 7-8-2012

July 8, 2012
Linda L. Lyons
Crowley County
State of Colorado



STATE OF COLORADO
DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
1525 SHERMAN STREET – 7TH FLOOR
DENVER, COLORADO 80203-1730

Exhibit H

M31C100750

5218

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE

Robert Meyers, #46985
Crowley County Correctional Facility
6564 State Hwy 96
Olney Springs, CO 81062-8700





CERTIFICATE OF FILING BY MAILING

I, Robert Meyers, hereby certify that a treu and correct copy of the Petitioner's Show Cause Motion For Untimely Filed Claim By Rotert Meyers was placed in the U.S. Mail Box, designated for legal mail, at Crowley County Correctional Facility, postage pre-paid, on the 11 day of the 9th month 2010, and correctly addressed to:

King and Greisen, LLP
1670 York Street
Denver, Colorado 80206

Mr. James Quinn
Office of the Attorney General - Fifth Floor
1525 Sherman Street
Denver Colorado 80203

/s/ Robert Meyers
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700