ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs

vs

BILL RITTER, et al.,

      Dafendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 28 2010

GREGORY C. LANGHAM
                CLERK

Claim Number:
Category I
Claimant: Lawrence W. Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

## MOTION FOR EXTENSION OF TIME

Plaintiff Lawrence W. Fitzgerald being pro se ask from this Honorable Court an extension of time for the following reasons.

Plaintiff Fitzgerald received the Order of this Honorable Court and has written King & Greisen, LLP attorneys who are handling this class action and have not heard a word from them of me asking for their office to appeal this Courts decision of denial of my case which I believe should be amended to all proceedings and my category up granted to 3 as the department of corrections has me listed as and I am requesting this Honorable Court to Order the class action attorney's to contact me in this subject matter of my case.

Plaintiff Fitzgerald is a laymen of the law and was injuried because of department of corrections and these injuries need to be addressed properly in the interest of justice and this Court Ordered counsel of record to review and I also written their office twice seeking help and they refused to answer me and my first letter with exhibits of my claims was mailed back to me with no letter not explanation or anything and as I said I written twice since the Order stating September 26, 2010 is my dead line.

Wherefore, the Plaintiff Lawrence W. Fitzgerald is praying this Honorable Court will allow him an extension of time to resolve this matter of why counsels of record have refused to answer me on the subject matter of this Honorable Courts Order and the Plaintiff is also requesting from this Honorable Court is option in this legal matter in the interest of justice.

Dated September 26, 2010

Respectfully Submitted

Lawrence W. Fitzgerald 66345

I hereby certify that I mail the above Motion for Extension of Time by placing it in the Unites States mail postage prepaid on this 26 day of September 2010 and addressed to the following:

Clerk of Court
Federal District Court
901 19th St., Room A-105
Denver, Colorado 80294

King & Greisen, LLP
1670 York Street
Denver, Colorado 80206