IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

## SUBMISSION OF EXPERT REPORT

Defendants, through the Colorado Attorney General's Office, submit the expert reports of Dr. Jeffrey Zax pursuant to the Court's requests attached hereto. In addition, Dr. Zax's CV is attached.

Respectfully submitted this 29t[h] day of September 2010.

JOHN W. SUTHERS
Attorney General

*/s/ Elizabeth H McCann*
ELIZABETH H. MCCANN
JAMES X. QUINN
BERINA IBRISAGIC
Assistant Attorneys General
Civil Litigation and Employment Law Section
Attorneys for Defendants
1525 Sherman Street, 5th Floor
Denver, Colorado  80203
Telephone: (303) 866-4307
FAX: (303) 866-5443
Beth.Mccann@state.co.us

1

2

James.Quinn@state.co.us
Berina.Ibrisagic@state.co.us

Case No. 1:92-cv-00870-CMA-MEH   Document 4857   filed 09/29/10   USDC Colorado   pg 2 of 3

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of September, 2010, I electronically filed the foregoing Submission of Expert Report with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

Ed Ramey
Lara Marks
Blaine Myhre
eramey@ir-law.com
lmarks@ir-law.com
bmyhre@ir-law.com
Isaacson Rosenbaum PC
1001 17th St. #1800
Denver, Co. 80202

Thomas Lyons
Gillian Dale
lyonst@hallevans.com
daleg@hallevans.com
1125 17th St. #600
Denver, Co. 80202

s/ Elizabeth H. McCann_____