EMPLOYMENT AND PROGRAM STATUS OF DISABLED INMATES IN
COLORADO STATE CORRECTIONAL FACILITIES AS OF 1 MAY 2009

Prepared for the Department of Corrections.

by

Jeffrey S. Zax, Ph.D.

3 May 2010

## Table of Contents

1.    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -1-

2.    Status of disabled inmates across the correctional system  . . . . . . . . . . . . . . . . . . . . . . -1-

3.    Arkansas Valley Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -12-

4.    Crowley County Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -14-

5.    Colorado Territorial Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -16-

6.    Denver Women's Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -18-

7.    Four Mile Correctional Center . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -20-

8.    Fremont Correctional Facility  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -22-

9.    Fort Lyon Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -24-

10.   Kit Carson Correctional Facility  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -26-

11.   Limon Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -28-

12.   Sterling Correctional Facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . -30-

## 1.      Introduction

This report discusses the employment and program status of disabled inmates in Colorado State correctional facilities as of 1 May 2009. The data on which this report is based are entirely contained within the spreadsheets entitled "Production Request # 4_1 - jobs at each correctional facility.xls" and "Production Request # 5 and 7 - Updated March 2009.xls".

Section 2 presents ten tables derived from these spreadsheets. They describe the distributions of disability status, work status by disability status and facility assignment by disability status for the entire population of disabled inmates, and for those in the ten facilities with more than 15 disabled inmates, as of 1 May 2009. Sections 3 through 12 each present three tables derived from these spreadsheets, describing work status by disability status individually for these ten facilities.

The analysis below demonstrates that, in general, the shares of disabled inmates in jobs at different pay codes were similar to their shares in the relevant inmate populations. Their shares in jobs with bonus eligibility were also similar to their shares in the relevant inmate populations. Their shares of jobs in some programs varied somewhat from their shares in the relevant inmate populations. However, these variations may have been attributable to variations across programs in the extent to which disabled workers could be reasonably accommodated or variations in security requirements. In sum, there was no evidence that disabled inmates received systematically different job opportunities than did those who were not disabled for reasons other than the ability to provide reasonable accommodations or maintain security.

## 2.      Status of disabled inmates across the correctional system

### Table 1

Disability status of inmate population

| Status | Number | Percent |
|---|---|---|
| ADA eligible | 744 | 3.8% |
| Not ADA eligible | 18,867 | 96.2% |
| Total inmates | 19,611 | 100. |

"Production Request # 5 and 7 - Updated March 2009.xls" identifies 19,611 unique inmates in

Colorado State correctional facilities as of 1 May 2009.[1] Table 1 presents their disability status. Of them, 744, or 3.8%, were identified as "ADA eligible". This report henceforth refers to these inmates as either "ADA eligible" or "disabled". The remaining 18,867 inmates had either been evaluated and found ineligible for ADA benefits, or had not been evaluated. This report henceforth refers to these inmates as "not ADA eligible".

---

**Table 2**

Numbers of inmates with specific disabilities

| Disability | Number of disabled inmates | % of disabled inmates |
|---|---|---|
| Hearing disabilities | 73 | 9.8% |
| Vision impairment | 26 | 3.5% |
| Mobility impairment | 146 | 19.6% |
| Diabetes | 592 | 80.0% |

Note:   Total number of disabilities exceeds number of inmates with disabilities because some inmates have multiple disabilities. For the same reason, percentages sum to more than 100%

---

Table 2 presents the specific disabilities afflicting the 744 ADA eligible inmates. The most common disability was diabetes. Of those disabled, four-fifths suffered from this disease. The least common disability was vision impairment, suffered by only 3.5% of all disabled inmates.

Table 3 presents all combinations of disabilities present in the disabled inmate population. Of the 744 disabled inmates, 660, or 88.7%, were afflicted with only one disability. Of the 84 inmates with more than one disability, 74 counted diabetes among their disabilities.

---

[1] One additional inmate appears in "Production Request # 5 and 7 - Updated March 2009.xls" who is believed to have absconded from custody in 2007. The analyses here omit this individual.

**Table 3**

Numbers of inmates with combinations of disabilities

| Combination of disabilities | Number of disabled inmates | % of disabled inmates |
|---|---|---|
| Diabetes only | 518 | 69.6% |
| Mobility impairment only | 89 | 12.0% |
| Hearing disability only | 45 | 6.1% |
| Diabetes, mobility impairment | 41 | 5.5% |
| Diabetes, hearing disability | 16 | 2.2% |
| Diabetes, vision impairment | 9 | 1.2% |
| Vision impairment only | 8 | 1.1% |
| Mobility impairment, hearing disability | 6 | 0.8% |
| Diabetes, mobility impairment, vision impairment | 4 | 0.5% |
| Diabetes, mobility impairment, hearing disability | 3 | 0.4% |
| Mobility impairment, vision impairment | 2 | 0.3% |
| Vision impairment, hearing disability | 2 | 0.3% |
| Diabetes, mobility impairment, vision impairment, hearing disability | 1 | 0.1% |
| Total inmates with disabilities | 744 | 100.% |

"Production Request # 4_1 - jobs at each correctional facility.xls" identifies the pay code and bonus status of each job held by the inmates identified in "Production Request # 5 and 7 - Updated March 2009.xls". Of the 19,611 inmates, 1,610 held two or more jobs. In table 4 and all subsequent tables, each of these 1,610 inmates is represented by the job with the highest pay code among all jobs held by each.

**Table 4**

Distribution of inmates by disability status and pay grade

| | ADA eligible: | | not ADA eligible: | | |
| | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Pay grade | | | | | |
|---|---|---|---|---|---|
| Volunteer/No Pay | 5 | 3.8% | 126 | 96.1% | 131 |
| $0.23 Unassigned | 151 | 3.6% | 4,096 | 96.4% | 4,247 |
| $0.30 Half Day Assigned | 577 | 3.8% | 14,554 | 96.2% | 15,131 |
| $0.80 Full Day Offender Care Aid I | 9 | 10.8% | 74 | 89.3% | 83 |
| $1.20 Full Day Offender Care Aid II | 2 | 13.3% | 13 | 86.7% | 15 |
| $2.00 Full Day Offender Care Aid III | 0 | . | 4 | 100.0% | 4 |
| Total inmates by disability status | 744 | 3.8% | 18,867 | 96.2% | 19,611 |

Table 4 demonstrates that the proportions of disabled inmates in the lowest three pay codes, "Volunteer/No Pay", "$0.23 Unassigned" and "$0.30 Half Day Assigned" were very similar to their proportions of the inmate population as a whole.

However, the proportions of disabled inmates in the three highest pay codes exceeded their proportions in the inmate population. In these three pay codes together, disabled inmates constituted 11 of the 102 inmates, or 10.8%. This was approximately three times the share of disabled inmates in the inmate population.

The second and third pay codes, "$0.23 Unassigned" and "$0.30 Half Day Assigned", constituted 19,378, or 98.8%, of all jobs. The share of disabled inmates in these two pay codes combined was 3.8%, exactly equal to their 3.8% share of the total inmate population.

-4-

**Table 5**

Distribution of inmates by disability status and bonus eligibility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 683 | 3.7% | 17,424 | 96.2% | 18,107 |
| Eligible for bonuses | 61 | 4.1% | 1,443 | 95.9% | 1,504 |
| Total inmates by disability status | 744 | 3.8% | 18,867 | 96.2% | 19,611 |

Table 5 demonstrates that there was a modest disparity in bonus eligibility among inmates with and without disability status. Disabled inmates comprised 4.1% of inmates eligible for bonuses, slightly higher than their 3.8% share of the inmate population.

**Table 6**

Distribution of inmates by disability status and program

| | | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 155 | 4.1% | 3,658 | 95.9% | 3,813 |
| 2 | Drug & Alcohol | 2 | 2.6% | 74 | 97.4% | 76 |
| 4 | Mental Health | 0 | . | 101 | 100.0% | 101 |
| 5 | Other | 17 | 2.2% | 766 | 97.8% | 783 |
| 7 | Facility Work Assignment | 316 | 3.8% | 8,043 | 96.2% | 8,359 |
| 8 | Correctional Industries | 61 | 4.1% | 1,443 | 95.9% | 1,504 |
| 9 | Sex Offender Treatment Plan | 18 | 10.5% | 154 | 89.5% | 172 |
| 10 | Therapeutic Community | 8 | 5.2% | 145 | 94.8% | 153 |
| 11 | Unassigned | 154 | 3.6% | 4,095 | 96.4% | 4,249 |
| 12 | Physical Plant | 13 | 3.2% | 388 | 96.8% | 401 |
| | Total inmates by disability status | 744 | 3.8% | 18,867 | 96.2% | 19,611 |

Table 6 tabulates the distributions of jobs within program codes by disability status. This table demonstrates that there were no disabled inmates in the Mental Health program. The shares of disabled inmates among jobs in Drug & Alcohol, Other and Physical Plant assignments were noticeably lower than their shares in the inmate population. Their shares of jobs in Facility Work Assignment and the Unassigned program were almost identical to their share of the inmate population. Their shares of jobs in Education and Correctional Industries were slightly higher than their share of the inmate population. Their shares of jobs in the Sex Offender Treatment Plan and Therapeutic Community program were noticeably higher than their share of the inmate population.

No information is available regarding the extent to which positions in different programs could be performed, with reasonable modifications, by disabled inmates. Therefore, it is possible that variations across programs in the shares of disabled inmates may have been attributable to variations across these programs in the extent to which disabled inmates could have been reasonably accommodated. In addition, differences in security risks, if any, for disabled and non-disabled inmates may also have been responsible for any differences in assignments.

**Table 7**

Distribution of inmates by disability status and facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Facility | Number of inmates | Percent of all inmates in facility | Number of inmates | Percent of all inmates in facility | Total inmates in facility |
| Arkansas Valley Correctional Facility | 74 | 7.2% | 951 | 92.8% | 1,025 |
| Arrowhead Correctional Center | 15 | 3.0% | 486 | 97.1% | 501 |
| Bent County Correctional Facility | 14 | 1.0% | 1,426 | 99.0% | 1,440 |
| Buena Vista Correctional Complex | 11 | 1.0% | 928 | 98.8% | 939 |
| Buena Vista Minimum Center | 4 | 1.2% | 292 | 98.7% | 296 |
| Colorado State Penitentiary | 11 | 1.4% | 731 | 98.5% | 742 |
| Colorado Corrections Alternative Program | 0 | . | 66 | 100.% | 66 |
| Centennial Correctional Facility | 4 | 1.3% | 297 | 98.7% | 301 |
| Cheyenne Mountain Re-Entry Center | 4 | 0.6% | 675 | 99.4% | 679 |
| Colorado Correctional Center | 0 | . | 157 | 100.% | 157 |
| Crowley County Correctional Facility | 19 | 1.2% | 1,630 | 98.9% | 1,649 |
| Colorado Territorial Correctional Facility | 109 | 13.3% | 708 | 86.7% | 817 |
| Delta Correctional Center | 1 | 0.2% | 467 | 99.8% | 468 |
| Denver Women's Correctional Facility | 58 | 6.5% | 831 | 93.5% | 889 |
| Denver Reception and Diagnostic Center | 3 | 20.0% | 12 | 80.0% | 14 |
| Four Mile Correctional Center | 16 | 3.2% | 482 | 96.8% | 498 |
| Fremont Correctional Facility | 57 | 3.4% | 1,607 | 96.6% | 1,664 |
| Fort Lyon Correctional Facility | 89 | 17.5% | 421 | 82.6% | 510 |
| High Plains Correctional Facility | 1 | 0.4% | 277 | 99.6% | 278 |
| Huerfano Correctional Center | 2 | 66.7% | 1 | 33.3% | 3 |
| Kit Carson Correctional Facility | 16 | 1.3% | 1,251 | 98.7% | 1,267 |
| La Vista Correctional Facility | 15 | 2.9% | 512 | 97.2% | 527 |
| Limon Correctional Facility | 49 | 5.1% | 911 | 94.9% | 960 |
| Rifle Correctional Center | 0 | . | 191 | 100.% | 191 |
| San Carlos Correctional Facility | 13 | 5.2% | 238 | 94.8% | 251 |
| Skyline Correctional Center | 0 | . | 254 | 100.% | 254 |
| Sterling Correctional Facility | 156 | 6.1% | 2,406 | 93.9% | 2,562 |
| Trinidad Correctional Facility | 3 | 0.6% | 482 | 99.4% | 485 |
| Youthful Offender System - Pueblo | 0 | . | 177 | 100.% | 177 |
| Total inmates by disability status | 744 | 3.8% | 18,867 | 96.2% | 19,611 |

Moreover, as sections 3 through 12 below demonstrate, available programs varied widely across facilities within the Colorado correctional system. Consequently, inmate job assignments depended on facility assignments. Moreover, disabled inmates were concentrated in a relatively small number of facilities. Table 7 presents the distribution of inmates by disability status within each of the 29 Colorado correctional facilities active as of 1 May 2009.

Thirteen of the 29 facilities had four or fewer disabled inmates. Only ten facilities, Arkansas Valley Correctional Facility, Crowley County Correctional Facility, Colorado Territorial Correctional Facility, Denver Women's Correctional Facility, Four Mile Correctional Center, Fremont Correctional Facility, Fort Lyon Correctional Facility, Kit Carson Correctional Facility, Limon Correctional Facility and Sterling Correctional Facility, had more than fifteen disabled inmates. These facilities together housed 643, or 86.4% of all disabled inmates, though only 11,841, or 60.4% of all inmates.

---

**Table 8**

Distribution of inmates by disability status and pay grade:
Ten facilities with more than 15 disabled inmates

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Volunteer/No Pay | 5 | 8.1% | 57 | 91.9% | 62 |
| $0.23 Unassigned | 128 | 5.6% | 2,179 | 94.5% | 2,307 |
| $0.30 Half Day Assigned | 499 | 5.3% | 8,872 | 94.9% | 9,371 |
| $0.80 Full Day Offender Care Aid I | 9 | 11.0% | 73 | 89.0% | 82 |
| $1.20 Full Day Offender Care Aid II | 2 | 13.3% | 13 | 86.7% | 15 |
| $2.00 Full Day Offender Care Aid III | 0 | . | 4 | 100.0% | 4 |
| Total inmates by disability status | 643 | 5.4% | 11,198 | 94.6% | 11,841 |

---

Tables 8, 9 and 10 reproduce the tabulations of tables 4, 5 and 6, respectively, for only these ten facilities. Disabled inmates comprised 5.4% of the populations in these facilities. Table 8 demonstrates that, within these facilities, disabled inmates were over-represented in the top three pay codes. They were also over-represented in the lowest pay code. However, very few inmates worked in any of these pay codes.

-8-

In these ten facilities, 11,678, or 98.6%, of all inmates had jobs in the second and third pay codes, "$0.23 Unassigned" and "$0.30 Half Day Assigned". The share of disabled inmates in these two pay codes combined was 5.4%. This was exactly equal to their 5.4% share of the inmate population in these facilities.

**Table 9**

Distribution of inmates by disability status and bonus eligibility:
Ten facilities with more than 15 disabled inmates

|  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 596 | 5.4% | 10,423 | 94.6% | 11,019 |
| Eligible for bonuses | 47 | 5.7% | 775 | 94.3% | 822 |
| Total inmates by disability status | 643 | 5.4% | 11,198 | 94.6% | 11,841 |

Table 9 demonstrates that, within the ten facilities with the largest populations of disabled inmates, disabled inmates held 5.7% of jobs with bonus eligibility, This was slightly more than their 5.4% share of the inmate population.

**Table 10**

Distribution of inmates by disability status and program:
Ten facilities with more than 15 disabled inmates

| | | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 141 | 5.1% | 2,580 | 94.8% | 2,721 |
| 2 | Drug & Alcohol | 2 | 3.1% | 63 | 96.9% | 65 |
| 5 | Other | 12 | 4.4% | 258 | 95.6% | 270 |
| 7 | Facility Work Assignment | 286 | 5.4% | 4,973 | 94.6% | 5,259 |
| 8 | Correctional Industries | 47 | 5.7% | 775 | 94.3% | 822 |
| 9 | Sex Offender Treatment Plan | 18 | 10.5% | 154 | 89.5% | 172 |
| 10 | Therapeutic Community | 8 | 5.4% | 141 | 94.6% | 149 |
| 11 | Unassigned | 117 | 5.4% | 2,033 | 94.6% | 2,150 |
| 12 | Physical Plant | 12 | 5.2% | 221 | 94.9% | 233 |
| | Total inmates by disability status | 643 | 5.4% | 11,198 | 94.6% | 11,841 |

Table 10 demonstrates that, within these ten facilities, the shares of disabled inmates in most programs were similar to their share in the inmate population. Of the nine programs available in these facilities, the shares of inmates in six ranged between 5.1% and 5.7%. These shares were all within three-tenths of one percentage point of the 5.4% share of disabled inmates in the inmate populations.

Of the three remaining programs, disabled inmates comprised 3.1% of inmates assigned to Drug & Alcohol and 4.4% of inmates in the Other program. In contrast, 10.5% of inmates in the Sex Offender Treatment program were disabled. To the extent that disabled inmates were under-represented in the first two, these discrepancies may have been attributable to differences in opportunities to reasonably accommodate disabled inmates.

Any under-representation here is relatively modest. Disabled inmates would have been over-represented in Drug & Alcohol if their numbers had been increased from two to only four. Similarly, their share of Other jobs would have been equal to their share in the inmate population of these facilities if their numbers had been increased from 12 to 15. In contrast, the number of disabled inmates in Sex Offender Treatment Plan would have had to have been reduced by approximately 50% in order to attain the same disabled representation as in the inmate population of these facilities.

-10-

The remaining sections reproduce tables 8, 9 and 10 individually for each of the ten correctional facilities represented in these tables. The brief summaries in each of these sections assess "over-representation", "proportional" and "under-representation" solely in comparison to the proportions of disabled inmates in the population of that facility. Because, in many cases, the number of disabled inmates is small, the appearance of "over-' or "under-representation" may depend on very small differences in the numbers of disabled inmates in any category. In addition, these assessments do not account for the possibility that disabled opportunities are limited by the difficulty of providing reasonable accommodations or by differences between disabled and non-disabled inmates in security risks.

3.      **Arkansas Valley Correctional Facility**

Tables 11, 12 and 13 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Arkansas Valley Correctional Facility. The 74 disabled inmates at this facility represented 7.2% of its inmate population

---

### Table 11

Distribution of inmates by disability status and pay grade:
Arkansas Valley Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| $0.23 Unassigned | 16 | 6.3% | 240 | 93.8% | 256 |
| $0.30 Half Day Assigned | 58 | 7.5% | 711 | 92.5% | 769 |
| Total inmates by disability status | 74 | 7.2% | 951 | 92.8% | 1,025 |

---

The share of disabled workers in the jobs in the top of the two pay codes at this facility was slightly higher, at 7.5% than their 7.2% share of the inmate population. Their shares of jobs eligible for bonuses and in Correctional Industries were somewhat smaller than their share of the inmate population. Disabled inmates were somewhat disproportionately represented in the Sex Offender Treatment Program and slightly under-represented in the Physical Plant program.

However, these discrepancies represented very few inmates. For example, if two more disabled worker had been assigned to Correctional Industries, the share of disabled workers in all Correctional Industry jobs would have been slightly more than proportional, at 7.6%. The same comparison holds true for jobs which were bonus eligible.

**Table 12**

Distribution of inmates by disability status and bonus eligibility:
Arkansas Valley Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
| --- | --- | --- | --- | --- | --- |
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 71 | 7.4% | 887 | 92.6% | 958 |
| Eligible for bonuses | 3 | 4.5% | 64 | 95.5% | 67 |
| Total inmates by disability status | 74 | 7.2% | 951 | 92.8% | 1,025 |

**Table 13**

Distribution of inmates by disability status and program:
Arkansas Valley Correctional Facility

|  |  | ADA eligible: | | not ADA eligible: | | |
| --- | --- | --- | --- | --- | --- | --- |
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 14 | 6.0% | 218 | 94.0% | 232 |
| 7 | Facility Work Assignment | 36 | 7.8% | 427 | 92.2% | 463 |
| 8 | Correctional Industries | 3 | 4.5% | 64 | 95.5% | 67 |
| 9 | Sex Offender Treatment Plan | 8 | 14.6% | 47 | 85.5% | 55 |
| 11 | Unassigned | 9 | 6.6% | 127 | 93.4% | 136 |
| 12 | Physical Plant | 4 | 5.6% | 68 | 94.4% | 72 |
| Total inmates by disability status | | 74 | 7.2% | 951 | 92.8% | 1,025 |

4.      **Crowley County Correctional Facility**

Tables 14, 15 and 16 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Crowley County Correctional Facility. The 19 disabled inmates at this facility represented 1.2% of its inmate population

**Table 14**

Distribution of inmates by disability status and pay grade:
Crowley County Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| $0.23 Unassigned | 2 | 1.0% | 202 | 99.0% | 204 |
| $0.30 Half Day Assigned | 17 | 1.2% | 1,428 | 98.8% | 1,445 |
| Total inmates by disability status | 19 | 1.2% | 1,630 | 98.8% | 1,649 |

Disabled inmates were represented proportionately in the highest of the two pay grades present in this facility, and slightly under-represented in the lower of the two. No inmates, whether disabled or not, were eligible for bonuses.

Disabled workers were employed in the Education and Unassigned programs in approximate proportion to their representation in the inmate population. They were somewhat over-represented in the Other program. If one on the two disabled workers in this program had been removed, their representation would have been close to proportional.

-14-

**Table 15**

Distribution of inmates by disability status and bonus eligibility:
Crowley County Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
| | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
|---|---|---|---|---|---|
| Bonus eligibility | | | | | |
| Not eligible for bonuses | 19 | 1.2% | 1,630 | 98.9% | 1,649 |
| Total inmates by disability status | 19 | 1.2% | 1,630 | 98.9% | 1,649 |

**Table 16**

Distribution of inmates by disability status and program:
Crowley County Correctional Facility

| | | ADA eligible: | | not ADA eligible: | | |
| | | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
|---|---|---|---|---|---|---|
| Code | Name | | | | | |
| 1 | Education | 7 | 1.5% | 447 | 98.5% | 454 |
| 5 | Other | 2 | 3.5% | 55 | 96.5% | 57 |
| 7 | Facility Work Assignment | 8 | 0.9% | 926 | 99.1% | 934 |
| 11 | Unassigned | 2 | 1.0% | 202 | 99.0% | 204 |
| Total inmates by disability status | | 19 | 1.2% | 1,630 | 98.9% | 1,649 |

-15-

5.    **Colorado Territorial Correctional Facility**

Tables 17, 18 and 19 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Colorado Territorial Correctional Facility. The 109 disabled inmates at this facility represented 13.3% of its inmate population

**Table 17**

Distribution of inmates by disability status and pay grade:
Colorado Territorial Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Volunteer/No Pay | 1 | 33.3% | 2 | 66.7% | 3 |
| $0.23 Unassigned | 18 | 11.9% | 133 | 88.1% | 151 |
| $0.30 Half Day Assigned | 86 | 13.6% | 546 | 86.4% | 632 |
| $0.80 Full Day Offender Care Aid I | 4 | 13.8% | 25 | 86.2% | 29 |
| $1.20 Full Day Offender Care Aid II | 0 | 0.0% | 2 | 100.0% | 2 |
| Total inmates by disability status | 109 | 13.3% | 708 | 86.7% | 817 |

Disabled inmates were over-represented in the lowest pay code and under-represented in the highest pay code at this facility. However, both of these comparisons are due to the very small numbers of inmates in these categories. The removal of one disabled worker from the lowest category, and the addition of one disabled worker to the highest category, would have reversed the comparisons to under-representation in the lowest category and over-representation in the highest.

The three remaining pay categories comprised 813 out of the 817 jobs at this facililty, or 99.5%. Within them, disabled workers were slightly over-represented in the two highest pay categories and somewhat under-represented in the lowest pay category.

Disabled workers were somewhat over-represented among those who were eligible for bonuses at this facility. Similarly, they were somewhat over-represented among those employed in the Education and Correctional Industries programs. They were slightly under-represented among those in Facility Work Assignment and somewhat under-represented among those who were Unassigned.

-16-

**Table 18**

Distribution of inmates by disability status and bonus eligibility:
Colorado Territorial Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 93 | 13.2% | 614 | 86.9% | 707 |
| Eligible for bonuses | 16 | 14.6% | 94 | 85.5% | 110 |
| Total inmates by disability status | 109 | 13.3% | 708 | 86.7% | 817 |

**Table 19**

Distribution of inmates by disability status and program:
Colorado Territorial Correctional Facility

|  |  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 17 | 14.5% | 100 | 85.5% | 117 |
| 5 | Other | 1 | 50.0% | 1 | 50.0% | 2 |
| 7 | Facility Work Assignment | 57 | 13.0% | 380 | 87.0% | 437 |
| 8 | Correctional Industries | 16 | 14.6% | 94 | 85.5% | 110 |
| 11 | Unassigned | 18 | 11.9% | 133 | 88.1% | 151 |
| Total inmates by disability status | | 109 | 13.3% | 708 | 86.7% | 817 |

### 6. Denver Women's Correctional Facility

Tables 20, 21 and 22 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Denver Women's Correctional Facility. The 58 disabled inmates at this facility represented 6.5% of its inmate population

**Table 20**

Distribution of inmates by disability status and pay grade:
Denver Women's Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
| --- | --- | --- | --- | --- | --- |
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Volunteer/No Pay | 0 | 0.0% | 29 | 100.0% | 29 |
| $0.23 Unassigned | 14 | 6.7% | 194 | 93.3% | 208 |
| $0.30 Half Day Assigned | 44 | 7.0% | 586 | 93.0% | 630 |
| $0.80 Full Day Offender Care Aid I | 0 | 0.0% | 22 | 100.0% | 22 |
| Total inmates by disability status | 58 | 6.5% | 831 | 93.4% | 889 |

There were no disabled inmates in either the lowest or highest pay categories at this facility. Consequently, disabled inmates were slightly over-represented in the middle two pay categories.

Disabled inmates were somewhat under-represented among those who were eligible for bonuses. However, their representation would have been slightly more than proportional with the addition of one more disabled worker to those who were so eligible.

Similarly, disabled workers were slightly under-represented in the Correctional Industries, Therapeutic Community and Unassigned programs. In the first two, the addition of one more disabled workers would have led to slight over-representation. The same result would have arisen if three additional disabled workers had been added to those in the Unassigned program.

Disabled workers were more heavily under-represented in the Other and Physical Plant programs. However, they were over-represented in the Education and Facility Work Assignment programs.

**Table 21**

Distribution of inmates by disability status and bonus eligibility:
Denver Women's Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
| --- | --- | --- | --- | --- | --- |
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 54 | 6.6% | 762 | 93.4% | 816 |
| Eligible for bonuses | 4 | 5.5% | 69 | 94.5% | 73 |
| Total inmates by disability status | 58 | 6.5% | 831 | 93.4% | 889 |

**Table 22**

Distribution of inmates by disability status and program:
Denver Women's Correctional Facility

|  |  | ADA eligible: | | not ADA eligible: | | |
| --- | --- | --- | --- | --- | --- | --- |
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 9 | 7.3% | 114 | 92.7% | 123 |
| 5 | Other | 0 | 0.0% | 22 | 100.0% | 22 |
| 7 | Facility Work Assignment | 28 | 8.5% | 303 | 91.5% | 331 |
| 8 | Correctional Industries | 4 | 5.5% | 69 | 94.5% | 73 |
| 10 | Therapeutic Community | 3 | 5.1% | 56 | 94.9% | 59 |
| 11 | Unassigned | 13 | 5.5% | 224 | 94.5% | 237 |
| 12 | Physical Plant | 1 | 2.3% | 43 | 97.7% | 44 |
| Total inmates by disability status | | 58 | 6.5% | 831 | 93.4% | 889 |

-19-

7.      **Four Mile Correctional Center**

Tables 23, 24 and 25 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Four Mile Correctional Facility. The 16 disabled inmates at this facility represented 3.2% of its inmate population

---

**Table 23**

Distribution of inmates by disability status and pay grade:
Four Mile Correctional Center

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| $0.23 Unassigned | 2 | 5.1% | 37 | 94.9% | 39 |
| $0.30 Half Day Assigned | 14 | 3.1% | 445 | 97.0% | 459 |
| Total inmates by disability status | 16 | 3.2% | 482 | 96.8% | 498 |

---

Disabled workers were slightly under-represented in the higher of the two pay grades present in this facility. However, they would have been slightly over-represented had there been one additional disabled worker in this category. Similarly, disabled workers would have moved from over- to under-representation with the removal of one of the two disabled inmates from the lower pay grade.

Disabled inmates were slightly under-represented among those eligible for bonuses. However, the difference between under-representation and representation equal to their share of the inmate population would have been a single additional disabled inmate, added to the four already in this category.

Disabled inmates were slightly under-represented in Correctional Industries, and more heavily over-represented in the Unassigned program. However, the movement of only one  inmate out of the latter program into the former would have established approximate parity in all programs with the disabled share of the inmate population.

-20-

**Table 24**

Distribution of inmates by disability status and bonus eligibility:
Four Mile Correctional Center

| | ADA eligible: | | not ADA eligible: | | |
| | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
|---|---|---|---|---|---|
| Bonus eligibility | | | | | |
| Not eligible for bonuses | 12 | 3.5% | 329 | 96.5% | 341 |
| Eligible for bonuses | 4 | 2.6% | 153 | 97.5% | 157 |
| Total inmates by disability status | 16 | 3.2% | 482 | 96.8% | 498 |

**Table 25**

Distribution of inmates by disability status and program:
Four Mile Correctional Center

| | | ADA eligible: | | not ADA eligible: | | |
| | | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
|---|---|---|---|---|---|---|
| Code | Name | | | | | |
| 1 | Education | 1 | 3.0% | 32 | 97.0% | 33 |
| 7 | Facility Work Assignment | 9 | 3.4% | 260 | 96.7% | 269 |
| 8 | Correctional Industries | 4 | 2.6% | 153 | 97.5% | 157 |
| 11 | Unassigned | 2 | 5.1% | 37 | 94.9% | 39 |
| | Total inmates by disability status | 16 | 3.2% | 482 | 96.8% | 498 |

-21-

8.       **Fremont Correctional Facility**

Tables 26, 27 and 28 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Fremont Correctional Facility. The 57 disabled inmates at this facility represented 3.4% of its inmate population

### Table 26

Distribution of inmates by disability status and pay grade:
Fremont Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
|---|---|---|---|---|---|
| $0.23 Unassigned | 5 | 1.4% | 351 | 98.6% | 356 |
| $0.30 Half Day Assigned | 52 | 4.0% | 1,256 | 96.0% | 1,308 |
| Total inmates by disability status | 57 | 3.4% | 1,607 | 96.6% | 1,664 |

This facility had two pay codes. Disabled inmates were under-represented in the lower pay grade and slightly over-represented in the higher pay grade..

Disabled inmates were somewhat under-represented among those eligible for bonuses at this facility and among those assigned to Correctional Industries. In order to attain the same share of jobs in these categories as represented by disabled inmates in the facility population, these categories would have had to include three additional disabled inmates.

In contrast, disabled workers were over-represented in the Sex Offender Treatment Program by the same degree. They would have attained approximately proportional representation with half of the number actually assigned. Disabled workers were also somewhat over-represented in Education.

**Table 27**

Distribution of inmates by disability status and bonus eligibility:
Fremont Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| --- | --- | --- | --- | --- | --- |
| Not eligible for bonuses | 54 | 3.6% | 1,443 | 96.4% | 1,497 |
| Eligible for bonuses | 3 | 1.8% | 164 | 98.2% | 167 |
| Total inmates by disability status | 57 | 3.4% | 1,607 | 96.6% | 1,664 |

**Table 28**

Distribution of inmates by disability status and program:
Fremont Correctional Facility

| | | ADA eligible: | | not ADA eligible: | | |
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Education | 15 | 4.3% | 335 | 95.7% | 350 |
| 2 | Drug & Alcohol | 0 | 0.0% | 22 | 100.0% | 22 |
| 7 | Facility Work Assignment | 24 | 3.7% | 628 | 96.3% | 652 |
| 8 | Correctional Industries | 3 | 1.8% | 164 | 98.2% | 167 |
| 9 | Sex Offender Treatment Plan | 10 | 8.6% | 107 | 91.5% | 117 |
| 11 | Unassigned | 5 | 1.4% | 351 | 98.6% | 356 |
| | Total inmates by disability status | 57 | 3.4% | 1,607 | 96.6% | 1,664 |

### 9.  Fort Lyon Correctional Facility

Tables 29, 30 and 31 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Fort Lyon Correctional Facility. The 89 disabled inmates at this facility represented 17.5% of its inmate population

**Table 29**

Distribution of inmates by disability status and pay grade:
Fort Lyon Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
| | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Pay grade | | | | | |
|---|---|---|---|---|---|
| $0.23 Unassigned | 29 | 23.6% | 94 | 76.4% | 123 |
| $0.30 Half Day Assigned | 56 | 15.6% | 303 | 84.4% | 359 |
| $0.80 Full Day Offender Care Aid I | 3 | 17.7% | 14 | 82.4% | 17 |
| $1.20 Full Day Offender Care Aid II | 1 | 14.3% | 6 | 85.7% | 7 |
| $2.00 Full Day Offender Care Aid III | 0 | 0.0% | 4 | 100.0% | 4 |
| Total inmates by disability status | 89 | 17.5% | 421 | 82.5% | 510 |

This facility had five pay codes. Only 11 inmates were assigned to the top two. Of them, one was disabled. A second disabled inmate in these categories would have been necessary in order to achieve approximate parity. Disabled inmates were also over-represented in the lowest pay code.

Disabled inmates were somewhat under-represented among those eligible for bonuses and among those in Correctional Industries. In both categories, their numbers would have had to increase from four to six in order to achieve approximate parity. Disabled inmates were also under-represented in Education and Physical Plant, but over-represented in Facility Work Assignment and Unassigned.

-24-

**Table 30**

Distribution of inmates by disability status and bonus eligibility:
Fort Lyon Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 85 | 17.8% | 392 | 82.2% | 477 |
| Eligible for bonuses | 4 | 12.1% | 29 | 87.9% | 33 |
| Total inmates by disability status | 89 | 17.5% | 421 | 82.5% | 510 |

**Table 31**

Distribution of inmates by disability status and program:
Fort Lyon Correctional Facility

| | | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 7 | 10.8% | 58 | 89.2% | 65 |
| 5 | Other | 2 | 25.0% | 6 | 75.0% | 8 |
| 7 | Facility Work Assignment | 46 | 17.4% | 219 | 82.6% | 265 |
| 8 | Correctional Industries | 4 | 12.1% | 29 | 87.9% | 33 |
| 11 | Unassigned | 27 | 26.7% | 74 | 73.3% | 101 |
| 12 | Physical Plant | 3 | 7.9% | 35 | 92.1% | 38 |
| | Total inmates by disability status | 89 | 17.5% | 421 | 82.5% | 510 |

-25-

10.    **Kit Carson Correctional Facility**

Tables 32, 33 and 34 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Kit Carson Correctional Facility. The 16 disabled inmates at this facility represented 1.3% of its inmate population

**Table 32**

Distribution of inmates by disability status and pay grade:
Kit Carson Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| $0.23 Unassigned | 2 | 0.8% | 244 | 99.2% | 246 |
| $0.30 Half Day Assigned | 14 | 1.4% | 1,007 | 98.6% | 1,021 |
| Total inmates by disability status | 16 | 1.3% | 1,251 | 98.7% | 1,267 |

Disabled inmates were represented approximately proportionately in the higher pay code at this facility. They were somewhat under-represented in the lower pay code. No inmates at this facility were eligible for bonuses. Disabled inmates were slightly over-represented in Education and slightly under-represented in Other.

**Table 33**

Distribution of inmates by disability status and bonus eligibility:
Kit Carson Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 16 | 1.3% | 1,251 | 98.7% | 1,267 |
| Total inmates by disability status | 16 | 1.3% | 1,251 | 98.7% | 1,267 |

**Table 34**

Distribution of inmates by disability status and program:
Kit Carson Correctional Facility

| | | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 4 | 1.9% | 212 | 98.2% | 216 |
| 5 | Other | 1 | 1.1% | 91 | 98.9% | 92 |
| 7 | Facility Work Assignment | 9 | 1.3% | 704 | 98.7% | 713 |
| 11 | Unassigned | 2 | 0.8% | 244 | 99.2% | 246 |
| | Total inmates by disability status | 16 | 1.3% | 1,251 | 98.7% | 1,267 |

11.   **Limon Correctional Facility**

Tables 35, 36 and 37 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Limon Correctional Facility. The 49 disabled inmates at this facility represented 5.1% of its inmate population

**Table 35**

Distribution of inmates by disability status and pay grade:
<u>Limon Correctional Facility</u>

| | ADA eligible: | | not ADA eligible: | | |
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| --- | --- | --- | --- | --- | --- |
| $0.23 Unassigned | 9 | 4.4% | 194 | 95.6% | 203 |
| $0.30 Half Day Assigned | 38 | 5.1% | 713 | 94.9% | 751 |
| $0.80 Full Day Offender Care Aid I | 2 | 33.3% | 4 | 66.7% | 6 |
| Total inmates by disability status | 49 | 5.1% | 911 | 94.9% | 960 |

Disabled inmates were slightly under-represented in the lowest of the three pay codes at this facility. They were over-represented in the highest of the three, though this category contained only six inmates. Their representation in the middle pay code, which constituted 78.2% of all jobs at this facility, was equal to their representation in the inmate population.

Disabled inmates were slightly over-represented among those eligible for bonuses. They were also slightly over-represented among those assigned to Correctional Industries and to Facility Work Assignment. They were more noticeably over-represented in Drug & Alcohol, but that was because, with only 11 inmates, any disabled representation at all would have exceeded the proportion of disabled in the facility population. Disabled workers were under-represented in Education.

**Table 36**

Distribution of inmates by disability status and bonus eligibility:
Limon Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Bonus eligibility | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
| Not eligible for bonuses | 42 | 5.0% | 799 | 95.0% | 841 |
| Eligible for bonuses | 7 | 5.9% | 112 | 94.1% | 119 |
| Total inmates by disability status | 49 | 5.1% | 911 | 94.9% | 960 |

**Table 37**

Distribution of inmates by disability status and program:
Limon Correctional Facility

|  |  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|---|
| Code | Name | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
| 1 | Education | 8 | 3.5% | 231 | 96.7% | 239 |
| 2 | Drug & Alcohol | 1 | 9.1% | 10 | 90.9% | 11 |
| 7 | Facility Work Assignment | 21 | 6.0% | 332 | 94.1% | 353 |
| 8 | Correctional Industries | 7 | 5.9% | 112 | 94.1% | 119 |
| 11 | Unassigned | 8 | 5.0% | 151 | 95.0% | 159 |
| 12 | Physical Plant | 4 | 5.1% | 75 | 94.9% | 79 |
| | Total inmates by disability status | 49 | 5.1% | 911 | 94.9% | 960 |

12.    **Sterling Correctional Facility**

Tables 38, 39 and 40 describe the distributions of inmates by disability status across pay codes, bonus eligibility and program participation for the Sterling Correctional Facility. The 156 disabled inmates at this facility represented 6.1% of its inmate population

**Table 38**

Distribution of inmates by disability status and pay grade:
Sterling Correctional Facility

|  | ADA eligible: | | not ADA eligible: | | |
|---|---|---|---|---|---|
| Pay grade | Number of inmates | Percent of all inmates in pay grade | Number of inmates | Percent of all inmates in pay grade | Total number of inmates |
| Volunteer/No Pay | 4 | 13.3% | 26 | 86.7% | 30 |
| $0.23 Unassigned | 31 | 6.0% | 490 | 94.1% | 521 |
| $0.30 Half Day Assigned | 120 | 6.0% | 1,877 | 94.0% | 1,997 |
| $0.80 Full Day Offender Care Aid I | 0 | 0.0% | 8 | 100.0% | 8 |
| $1.20 Full Day Offender Care Aid II | 1 | 16.7% | 5 | 83.3% | 6 |
| Total inmates by disability status | 156 | 6.1% | 2,406 | 93.9% | 2,562 |

This facility had five pay codes. Of the 14 inmates assigned to the top two pay codes, one, or 7.1%, was disabled. Disabled workers were represented with approximate proportionality in the middle pay code, which represented 77.9% of all inmates in this facility. They were similarly represented in the second lowest pay code. Disabled inmates were over-represented in the bottom pay code. Parity would have been achieved had two of the four disabled inmates in this category been removed.

Disabled inmates were represented with slightly more than proportionality among those eligible for bonuses and assigned to Correctional Industries. Their shares of assignments in all other programs were similarly close to proportionality, with the exception of Drug & Alcohol. The one disabled inmate in that program would have been had to have been joined by a second in order to achieve approximate parity.

-30-

**Table 39**

Distribution of inmates by disability status and bonus eligibility:
Sterling Correctional Facility

| | ADA eligible: | | not ADA eligible: | | |
| | Number of inmates | Percent of all inmates in bonus status | Number of inmates | Percent of all inmates in bonus status | Total number of inmates |
|---|---|---|---|---|---|
| Bonus eligibility | | | | | |
| Not eligible for bonuses | 150 | 6.1% | 2,316 | 93.9% | 2,466 |
| Eligible for bonuses | 6 | 6.3% | 90 | 93.8% | 96 |
| Total inmates by disability status | 156 | 6.1% | 2,406 | 93.9% | 2,562 |

**Table 40**

Distribution of inmates by disability status and program:
Sterling Correctional Facility

| | | ADA eligible: | | not ADA eligible: | | |
| | | Number of inmates | Percent of all inmates in program | Number of inmates | Percent of all inmates in program | Total inmates in program |
|---|---|---|---|---|---|---|
| Code | Name | | | | | |
| 1 | Education | 59 | 6.6% | 833 | 93.4% | 892 |
| 2 | Drug & Alcohol | 1 | 3.1% | 31 | 96.9% | 32 |
| 5 | Other | 6 | 6.7% | 83 | 93.3% | 89 |
| 7 | Facility Work Assignment | 48 | 5.7% | 794 | 94.3% | 842 |
| 8 | Correctional Industries | 6 | 6.3% | 90 | 93.8% | 96 |
| 10 | Therapeutic Community | 5 | 5.6% | 85 | 94.4% | 90 |
| 11 | Unassigned | 31 | 6.0% | 490 | 94.1% | 521 |
| Total inmates by disability status | | 156 | 6.1% | 2,406 | 93.9% | 2,562 |

-31-