EMPLOYMENT IN THE TAG PLANT AT THE COLORADO
TERRITORIAL CORRECTIONAL FACILITY AS OF 1 MAY 2009

Prepared for the Department of Corrections.

by

Jeffrey S. Zax, Ph.D.

28 July 2010

**Non-disabled and disabled inmates in the**
**Colorado Correctional Facility and in the Tag Plant**

|  | Inmates in facility | Inmates in Tag Plant |
|---|---:|---:|
| Total | 817 | 75 |
|  |  |  |
| Non-disabled inmates | 708 | 65 |
|    Percent | 86.7% | 86.7% |
|  |  |  |
| Disabled inmates | 109 | 10 |
|    Percent | 13.3% | 13.3% |

The table above reports that, as of 1 May 2009, the Colorado Territorial Correctional Facility (CTCF) housed 817 inmates. Of them, 75, or 13.3%, had been determined to be disabled during the preceding year.

Within the CTCF, 75 inmates were employed in the Tag Plant. Of these inmates, 10, or 13.3%, had been determined to be disabled during the preceding year. The proportion of disabled inmates employed within the Tag Plant was identical to the proportion of disabled inmates among all inmates in CTCF at this time.