## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: September 29, 2010 | Court Reporter: Kara Spitler |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| Plaintiffs, | |
| v. | |
| BILL RITTER et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

**Pretrial Conference**

**9:06 a.m.     Court in session.**

Court calls case. Counsel present.

Preliminary remarks by the Court.

Comments regarding changes in the case name.

Counsel agree that the current name of the case is:

**JESSE MONTEZ, et al., v. BILL RITTER, et al.**

Discussion regarding Revised Amended Pretrial Order Re Continuation of Compliance Hearing (Filed 9/27/10; Doc. No. 4853).

Discussion regarding defendants' proposed testimony, plaintiffs' statement of issues, remaining issues of non-compliance, remaining witnesses and expert witnesses, and discovery.

*92-cv-00870-JLK*
*Pretrial Conference*
*September 29, 2010*

**ORDERED:** The Defendants shall provide the Plaintiffs with the Diabetic Report and the Summary Report, by Dr. Paula Frantz, M.D., as specified, prior to October 18, 2010.

Further discussion regarding may-call witnesses, Special Master, and compliance issues.

The Court advises counsel to further meet and confer.

**Revised Amended Pretrial Order Re Continuation of Compliance Hearing (Filed 9/27/10; Doc. No. 4853) is APPROVED as stated on the record.**

**9:48 a.m.    Court in recess**.
Hearing continued.
Total time - 42 minutes.