IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

### ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion for extension of time. Claimant will be granted additional time to file an objection to the order of dismissal of his most recent claim.

      IT IS HEREBY ORDERED that Claimant is granted up to and including **December 6, 2010** in which to file an objection to the order of dismissal of the Special Master.

      SIGNED this 1st day of October, 2010.

                                                          BY THE COURT:

                                                          */s/ Richard M. Borchers*

                                                           _____
                                                           Richard M. Borchers
                                                           Special Master