IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

_____

Claim Number: 03-247
Category: III
Claimant: George Knorr, #45154
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751
_____

# ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the grievance form filed by Claimant. On March 23, 2010, Judge Kane ruled that after April 30, 2010 no additional *pro se* filings were to be accepted. Judge Kane directed that all such filings be dismissed and forwarded to class counsel for such action as is deemed appropriate.

IT IS HEREBY ORDERED that Claimant's document is dismissed and forwarded to class counsel.

SIGNED this 29th day of September, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master