IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-527
Category: Untimely Filed Claim
Claimant: Charles Trujillo, #104534
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Charles Trujillo. Judge Kane issued an order on March 23, 2010 that prohibits the filing of any additional *pro se* pleadings after April 30, 2010. Claimant's letter will be treated as new claim and dismissed.

    IT IS HEREBY ORDERED that the letter of Charles Trujillo, being treated as a new claim, is dismissed, as the claim was not filed on or before April 30, 2010; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before November 29, 2010.**

    SIGNED this 1st day of October, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master