# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  September 29, 2010                 Court Reporter: Kara Spitler

---

JESSE MONTEZ, et al.,                     Paula D. Greisen
                                          Jennifer Wardner Riddle
                                          Blain D. Myhre

      Plaintiffs,

v.

BILL RITTER et al.,                       Elizabeth H. McCann
                                          James X. Quinn
                                          Berina Ibrisagic

      Defendants.

---

## COURTROOM MINUTES

---

**Pretrial Conference**

**9:06 a.m.      Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

Comments regarding changes in the case name.

Counsel agree that the current name of the case is:

    **JESSE MONTEZ, et al., v.  BILL RITTER, et al.**

Discussion regarding Revised Amended Pretrial Order Re Continuation of Compliance Hearing (Filed 9/27/10; Doc. No. 4853).

Discussion regarding defendants' proposed testimony, plaintiffs' statement of issues, remaining issues of non-compliance, remaining witnesses and expert witnesses, and discovery.

*92-cv-00870-JLK*
*Pretrial Conference*
*September 29, 2010*

**ORDERED:   The Defendants shall provide the Plaintiffs with the Diabetic Report and the Summary Report, by Dr. Paula Frantz, M.D., as specified, prior to October 18, 2010.**

Further discussion regarding may-call witnesses, Special Master, and compliance issues.

The Court advises counsel to further meet and confer.

**Revised Amended Pretrial Order Re Continuation of Compliance Hearing (Filed 9/27/10; Doc. No. 4853) is APPROVED as stated on the record.**

**9:48 a.m.      Court in recess**.
Hearing concluded.
Total time - 42 minutes.