IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.92-CV-870-JLK

JESSE MONTEZ,et al,
    Plaintiff(s),

-vs-

BILL RITTER,et al.
    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 6 2010

GREGORY C. LANGHAM
CLERK

---

Claim Number X-531
Category:Untimely Filing(MOBILITY)III
Claimant:Charles Dean,#52605
Address of Claimant:SCF,P/O BOX 6000,Sterling,Co.80751

---

MOTION FOR OBJECTION TO ORDER FRCP 53(g)(2)

---

    COMES NOW,Charles Dean,Pro Se,Claimant in the above case,does hereby state the following in his Defense for Objections to said order.Below facts will clearly show timely filing issues and the discrimination which lead to the un-timely filing allegations now.

    The Claimant had attempted to obtain medical treatment that he daily needs for injuries substained years ago,before CDOC/SCF. Where in this light,he has been ruled ADA/Disabled by the U.S. District Court and received SSI for his mobilities issues.

    The Claimant received a new sentence and was returned to the CDOC for a new Crime.Since this return the Claimant has attempted to receive treatment,YES under the Montez.I filed a claim when I learned I would not receive treatment for my Mobility issues here.

    I was lead to beleive I filed with CDOC AIC Officer in Colo. Springs,Co.which I did.They have lead me on a false trail that at this time clearly shows the reason,the reason to default claims.

    The CDOC has posted a Yellow Notice"ADA/MONTEZ CLAIMS"this is a step by step with rules 1 thru 32,but the dates to file and or a time of claim is not posted.The posting is misleading,to leads all prisoners to file claims with CDOC AIC Office,then our claims are ignored for months and years as we go threw the paper chase.

    Now,because the MONTEZ ACTION has been under an Order,CDOC is using that as a foundation for practice with everyone,then denies our treatment or medical needs,claiming we never met MONTEZ.Therefore they dont have to treat.This is a Humanitarian Issue Clearly. Prisoners are subjected to extreme pain ans suffering because the CDOC contracts with private CORP.who are concerned with MONEY now and not our health care.This has become practice from MONTEZ ACTION.

My Claim was an issue before the date mandated by August 27th, 2003.I was within the CDOC during or before the date of August 27th 2003.My discrimination has continued now for over 14 years in CDOC, long before the ruling of the Montez Action.

The fact that I received a ruling for mobility from your U.S. DISTRICT COURT in 1996and placed on SSI in1996  Shows I have a ADA issue and CDOC at this time refuses to treat,its not in their budget nor am I a MONTEZ CLAIM PARTY.Not a MONTEZ CLAIM PARTY,that in its self shows Discrimination,I have medical needs that are being ignored for what ever reasons can use or cover up to keep me from receiving medical treatment.

Its also come to my attention this issue continues to be raised by numerious prisoners,because of CDOC/AIC OFFICE,has maliciously designed a systemactic theater for the Medical Corprate Practice to follow in claims of treatment.

I was told that Claimant Kevin Mark Bretz,46584 Case No.03-138 raised the same issues for claim.That he in fact was subjected to the discrimination by CDOC/AIC Officers.His claim was allowed to continue in his action.

I filed this claim in good faith,with the knowledge I was following the mandated ruling guidelines set by this Court.I was lead to beleive from CDOC/AIC I was restricted to claim through there office and there office only.A prisoner later advised me I was wrong,the information posted was misleading and inccorrect.That I must file with the Courts and follow the MONTEZ.I feel ive done this to the best of my ability,to the extent of CDOC/AIC telling me the wrong way maliciously,deliberately to benifit their Medical Corperate Practice of saving MONEY.

Wherefore,this Claimant PRAYERS this HONORABLE re-examin his new claim under this timely issue and reveiw the extentuating facts behind the delay of filing.So that this claim will be allowed to file and a mandate practice used for further filings,since the Court will be in control of notice and not mislead by CDOC/AIC.

Dated this ___7th___ day of October,2010.        Respectfully Submitted

_____
Charles Dean reg.#52605
P/O Box 6000 S.C.F.
Sterling,Co.80751

## CERTIFICATION OF MAILING

I, Charles Dean, hereby cerify that I have mailed a copy of the foregoing Motion "OBJECTION to ORDER" Special Master dated September 3rd, 2010, to the following;

Judge RichardMM.Borchers
Special Masters
7907 Zenobia Street
Westminister,Co.
        80030-4444

Mr.James Quinn
Office of the Atty.General
Fifth Floor
1525 Sherman Street
Denver,Colorado
        80203

_____
Mr.Charles Dean Reg.No.#52605

Executed this day/month __4-October__ 2010.