```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: CDX031858
Cashier ID: sg
Transaction Date: 10/05/2010
Payer Name: STATE OF COLORADO
---------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53485
 Case/Party: D-COX-1-92-CV-000870A-004
 Amount:    $2.76
---------------------------------
CHECK
 Check/Money Order Num: 8168
 Amt Tendered: $2.76
---------------------------------
Total Due:      $2.76
Total Tendered: $2.76
Change Amt:     $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08 - 1399