IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

### RESIGNATION OF SPECIAL MASTER BRUCE D. PRINGLE
_____

    Bruce D. Pringle submits this resignation from his appointment as a Special Master in this case. Mr. Pringle would be unavailable for the next six months to carry out any assigned duties in this case, with limited availability thereafter.

    SIGNED this 6th day of October, 2010.

                                      */s/ Bruce D. Pringle*

                                      _____
                                      Bruce D. Pringle
                                      Special Master