IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

**ORDER ACCEPTING RESIGNATION
OF SPECIAL MASTER BRUCE D. PRINGLE**
_____

      THIS MATTER comes before the Court on the resignation of Special Master Bruce D. Pringle. The resignation will be accepted.

      IT IS HEREBY ORDERED that the resignation of Special Master Bruce D. Pringle is accepted and he is relieved of any further duties in this case.

      SIGNED this ____ day of October, 2010.

                        BY THE COURT:

                        _____
                        John L. Kane, Jr.
                        Senior United States District Judge