IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

**ORDER ACCEPTING RESIGNATION
OF SPECIAL MASTER BRUCE D. PRINGLE**

_____

THIS MATTER comes before the Court on the resignation of Special Master Bruce D. Pringle. The resignation will be accepted.

IT IS HEREBY ORDERED that the resignation of Special Master Bruce D. Pringle is accepted and he is relieved of any further duties in this case.

SIGNED this 12th day of October, 2010.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Jr.
Senior United States District Judge