IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

**DEFENDANTS' SUBMISSION OF EXPERT WITNESS REPORT AND SUMMARY REBUTTAL OF TESTIMONY REGARDING INMATE ACCOMODATION AND MEDICAL TREATMENT**

Defendants, through the Colorado Attorney General, pursuant to this Court's Order, as reflected in the Courtroom Minutes relating to the Pretrial Conference [Doc. # 4869] respectfully submit the following in anticipation of the presentation of Defendants case in the upcoming Compliance Hearing:

1. Curriculum Vitae of Dr. Paula Frantz;

2. Rebuttal Expert Report of Dr. Paula Frantz relating to diabetic care;

3. Summary Rebuttal of Plaintiffs' Evidence Regarding Inmate Accommodation and Medical Treatment.

DATED this 12th day of October, 2010.

JOHN W. SUTHERS
Attorney General

s/ James X. Quinn
JAMES X. QUINN
Assistant Attorney General
Civil Litigation and Employment Law
Attorneys for Defendants

                              1525 Sherman Street, 5th Floor
                              Denver, Colorado 80203
                              Telephone: (303) 866-4307
                              FAX: (303) 866-5443
                              *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on October 12, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer W. Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com

Edward T. Ramey
Lara E. Marks
eramey@ir-law.com
lmarks@ir-law.com

                                                s/ James X. Quinn