# CURRICULUM VITAE

## Paula J. Lyne Frantz, MD

### PERSONAL INFORMATION
Business Address:
Sterling Correctional Facility
P. O. Box 6000
Sterling, Co  80750
719-310-3906 (M)

### EMPLOYMENT

| | |
|---|---|
| March 2008 – current | Chief Medical Officer, Colorado Dept. of Corrections |
| July 2007 – March 2008 | Acting Chief Medical Officer, Colorado Department of Corrections |
| Feb 2004 – current | Physician, Sterling Correctional Facility, Sterling, CO. |
| July 2000 – current | Medical Director, Devonshire Acres, Sterling, CO. |
| Jan 1996 – March 2008 | Medical Director, Hospice of the Plains, Sterling, CO (formerly LHS Hospice at Sterling Regional Medcenter) |
| Feb 1997 – Jan 2004 | Emergency Room Physician, Sterling Regional Medcenter, Sterling, CO |
| Jan 2000 – Jan 2003 | Medical Director, Depart. Of Emergency Services, Sterling Regional Medcenter, Sterling, CO. |
| Jan 1998 – March 2000 | Physician Advisor, Life Care Ambulance, Sterling, CO |
| Jan 1997 – July 2001 | Medical Director, LHS Home and Community Care, Sterling Regional MedCenter, Sterling, CO. |
| Aug 1995 – Feb 1997 | Physician, Family Care Clinic, Sterling Regional MedCenter Sterling, CO. |
| July 1993 – July 1995 | Medical Director, Uncompahgre Combined Clinics, Norwood, CO. |
| July 1993 – July 1995 | Physician Advisor, Norwood Ambulance, Norwood, CO. |
| Mar 1994 – July 1995 | Physician Advisor, Nucla/Naturita Ambulance, Nucla, CO. |

### EDUCATION

| | |
|---|---|
| 1990 –1993 | Resident Physician, Dept. of Community Medicine and Family Practice, University of Missouri School of Medicine, Kansas City, MO ( Truman Medical Center – East ).  Chief Resident, July 1992 – June 1993.  Outstanding Family Practice Resident, 1993. |
| 1986 – 1990 | The Ohio State University, College of Medicine, Columbus, OH Doctor of Medicine. |
| 1984 – 1986 | Kansas State University, Manhattan, Kansas. |
| 1979 – 1981 | McPherson College, McPherson, Kansas Bachelor of Art, Education. |

### CURRENT CERTIFICATIONS AND LICENSURE

| | |
|---|---|
| 1993 | State of Colorado, medical license  #32729 |
| 1993 | Board Certified, American Board of Family Physicians.  Recertified in 1999 and 2006. |
| 1993 | Member, American Academy of Family Physicians. |