IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

### RESIGNATION OF SPECIAL MASTER RICHARD C. DAVIDSON
_____

      Richard C. Davidson submits this resignation from his appointment as a Special Master in this case. Mr. Davidson has accepted a full-time employment offer from the Colorado Department of Revenue, effective October 4, 2010. This employment would preclude any further involvement in this or any other case.

      SIGNED this 6th day of October, 2010.

                                              */s/ Richard C. Davidson*

                                              _____
                                              Richard C. Davidson
                                              Special Master