IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-508
Category: Untimely Filed Claim
Claimant: Donald Mares, #59174
Address of Claimant: 8190 W. 26th Avenue, #5, Lakewood, CO 80214

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' objection to the claim of Claimant. In that objection, it is noted that Claimant passed away from natural causes on August 3, 2010. No further reason exists to keep this claim open.

    IT IS HEREBY ORDERED that the claim of Donald Mares, now deceased, is dismissed.

    SIGNED this 8th day of October, 2010.

        BY THE COURT:

        */s/ Richard M. Borchers*

        _____
        Richard M. Borchers
        Special Master