IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

___

## ORDER ACCEPTING RESIGNATION
## OF SPECIAL MASTER RICHARD C. DAVIDSON
___

    THIS MATTER comes before the Court on the Resignation of Special Master Richard C. Davidson (doc. #4875), filed October 6, 2010. The resignation will be accepted.

    IT IS HEREBY ORDERED that the resignation of Special Master Richard C. Davidson is accepted and he is relieved of any further duties in this case.

    SIGNED this 14th day of October, 2010.

                      BY THE COURT:

                      *s/John L. Kane*
                      John L. Kane, Jr.
                      Senior United States District Judge