# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: October 18, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| | Edward T. Ramey |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Three

**9:09 a.m.      Court in session.**

Counsel and parties present.

9:10 a.m.     Witness, Joan M. Shoemaker, resumes the stand.
              Continued redirect examination by Ms. McCann.

Objection. Sustained.

9:29 a.m.     Continued redirect examination by Ms. McCann.

**10:23 a.m.    Court in recess.**

**10:43 a.m.    Court in session.**

Discussion regarding Defendants objection to any re-cross examination.

10:44 a.m.    Re-cross examination by Ms. Greisen.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court*
*October 18, 2010*

**Defendants exhibit G-4 and J-4, offered and admitted.**

Witness excused.

10:58 a.m.   Defendants witness, Ari Zavares, resumes the stand.
             Cross examination begins by Ms. Greisen.

**11:59 a.m.   Court in recess.**

**1:19 p.m.    Court in session.**

1:20 p.m.    Cross examination continues by Ms. Greisen.

**Plaintiffs Exhibit 706 offered and admitted.**

1:50 p.m.    Redirect examination by Ms. McCann.

2:00 p.m.    Re-cross examination by Ms. Greisen.

2:06 p.m.    Defendants witness, Richard Irvin Weems, called and sworn.
             Direct examination begins by Mr. Quinn.

2:37 p.m.    Cross examination begins by Mr. Myhre.

2:51 p.m.    Redirect examination by Mr. Quinn.

2:53 p.m.    Witness excused.

**Defendants Exhibits B-8 and D-6 offered and admitted.**

2:55 p.m.    Defendants witness, James Lee Falk, called and sworn.
             Direct examination begins by Mr. Quinn.

**3:02 p.m.   Court in recess.**

**3:26 p.m.   Court in session.**

Defendants Exhibit I (video) played in Court.

3:34 p.m.    Questions by the Court.

3:36 p.m.    Continued direct examination by Mr. Quinn.

Copy of Defendants' Motion To Strike Diabetic Expert Witness And Report (Filed 6/4/10;

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court*
*October 18, 2010*

Doc. No. 4645) tendered to the Court.

Discussion regarding Plaintiffs' objection to Defendants' Submission Of Expert Witness Report And Summary Rebuttal Of Testimony Regarding Inmate Accommodation And Medical Treatment (Filed 10/12/10; Doc. No. 4874).

4:21 p.m.     Argument by Ms. Greisen.

4:23 p.m.     Argument by Mr. Quinn.

**Objection OVERRULED.**

**4:24 p.m.     Court in recess.**
Hearing continued.
Total time - 5 hours 11 minutes.