## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: October 19, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,                    Paula D. Greisen
                                          Jennifer Wardner Riddle
                                          Blain D. Myhre
                                          Edward T. Ramey
                                          Lara E. Marks

    Plaintiffs,

v.

BILL OWENS, et al.,                      Elizabeth H. McCann
                                          James X. Quinn
                                          Berina Ibrisagic

    Defendants.

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Four

**9:06 a.m.**     **Court in session.**

Counsel and parties present.

9:07 a.m.     Defendants witness, James Lee Falk, resumes the stand.
              Continued direct examination begins by Mr. Quinn.

**Defendants Exhibits H, I, J, K, M, N, O, P, and Q are offered and admitted.**

9:29 a.m.     Cross examination begins by Ms. Greisen.

**10:17 a.m.**    **Court in recess.**

**10:39 a.m.**    **Court in session.**

10:40 a.m.    Continued cross examination by Ms. Greisen.

**11:54 a.m.**    **Court in recess.**

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 24*
*October 19, 2010*

**1:32 p.m.**     **Court in session.**

*(Witness taken out of order)*
1:33 p.m.     Defendants witness, Margaret Heil, called and sworn.
              Direct examination begins by Ms. Ibrisagic.

**Defendants Exhibits E-8, D-8, F-8, T-12, V-12, U-12, W-12, X-12, and Y-12 are offered and admitted.**

2:22 p.m.     Questions by the Court.

2:23 p.m.     Cross examination begins by Ms. Marks.

2:41 p.m.     Redirect examination by Ms. Ibrisagic.

2:44 p.m.     Witness excused.

2:45 p.m.     Defendants witness, James Lee Falk, resumes the stand.
              Continued cross examination by Ms. Greisen.

**3:20 p.m.**     **Court in recess.**

**3:44 p.m.**     **Court in session.**

3:45 p.m.     Continued cross examination by Ms. Greisen.

**Plaintiffs Exhibits 707, 708, 709, (Defendants Exhibit) L, 710, 711, 722, and (Defendants Exhibit) P3 are offered and admitted.**

3:48 p.m.     Redirect examination by Mr. Quinn.

Witness excused.

**4:31 p.m.**     **Court in recess.**
Hearing continued.
Total time - 5 hours 1 minute.