# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Civil Action No. 92-cv-00870-JLK          Deputy Clerk: Bernique Abiakam
Date:  October 20, 2010                    Court Reporter: Kara Spitler

---

JESSE MONTEZ, et al.,                      Paula D. Greisen
                                           Jennifer Wardner Riddle
                                           Blain D. Myhre
                                           Lara E. Marks

        Plaintiffs,

v.

BILL RITTER, et al.,                       Elizabeth H. McCann
                                           James X. Quinn
                                           Berina Ibrisagic

        Defendants.

---

## COURTROOM MINUTES

---

Compliance Hearing -Trial to Court - Day Twenty-Five

**9:03 a.m.      Court in session.**

Counsel and parties present.

9:04 a.m.      Defendants witness, Sue Ellen Grisenti, called and sworn.
               Direct examination begins by Ms. Ibrisagic.

**Defendants Exhibits A-3, B-3, C-3, D-3, E-3, and F-3 are offered and admitted.**

9:20 a.m.      Cross examination begins by Ms. Riddle.

9:32 a.m.      Redirect examination by Ms. Ibrisagic.

Witness excused.

9:36 a.m.      Defendants witness, Dave Allen, called and sworn.
               Direct examination begins by Mr. Quinn.

**10:19 a.m.    Court in recess.**

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 25*
*October 20, 2010*

**10:39 a.m.     Court in session.**

10:40 a.m.     Continued direct examination by Mr. Quinn.

11:19 a.m.     Cross examination by Mr. Myhre.

11:57 a.m.     Redirect examination by Mr. Quinn.

Witness excused.

**12:07 p.m.     Court in recess.**

**1:35 p.m.     Court in session.**

**Defendants Exhibits U-6, L-3, and O-3 are offered and admitted.**

1:37 p.m.     Defendants witness, Deborah Ahlin, called and sworn.
               Direct examination begins by Mr. Quinn.

2:04 p.m.     Cross examination begins by Mr. Myhre.

2:15 p.m.     Redirect examination by Mr. Quinn.

Witness excused.

**Discussion regarding Plaintiffs objection to testimony as it relates to supplemental discovery which covers matters that occurred after May 1, 2009.**

2:17 p.m.     Argument by Ms. Greisen.

2:18 p.m.     Argument by Ms. McCann.

**ORDERED:  The Plaintiffs OBJECTION is SUSTAINED.**

2:21 p.m.     Defendants witness, Randolph Malden, called and sworn.
               Direct examination begins by Mr. Quinn.

**2:35 p.m.     Court in recess.**

**2:48 p.m.     Court in session.**

2:49 p.m.     Continued direct examination by Mr. Quinn.

3:00 p.m.     Cross examination begins by Ms. Greisen.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 25*
*October 20, 2010*

3:21 p.m.      Redirect examination by Mr. Quinn.

Witness excused.

**Plaintiffs Exhibit 723 is offered and admitted.**

3:30 p.m.      Defendants witness, Franklin James Ortiz, called and sworn.
               Direct examination begins by Mr. Quinn.

4:04 p.m.      Cross examination begins by Ms. Greisen.

4:20 p.m.      Redirect examination by Mr. Quinn.

**4:22 p.m.      Court in recess.**
Hearing continued.
Total time - 5 hours 18 minutes.