IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

───────────────────────────────────────────────

Claim Number 02-600
Category: II
Claimant: Arthur Santistevan, #44695
Address of Claimant: Denver Detention Center, 490 W. Colfax, Denver, CO 80202

───────────────────────────────────────────────

## ORDER OF DISMISSAL OF SPECIAL MASTER
───────────────────────────────────────────────

    THIS MATTER comes before the Special Master on Defendants' objection to the Claimant's motion to re-open his claim. Claimant was granted the opportunity to file a response to the objection. Claimant has filed a response to Defendant's objection.

    Claimant filed a claim in 2006. Subsequently, Claimant was released on parole. Claimant then absconded from parole supervision. The claim was dismissed because Claimant had become a fugitive. The Special Master found that the Court did not need to invest its resources in cases where the claimant had absconded from parole supervision.

    Claimant has provided no compelling or legitimate reason for re-opening the claim. Claimant had the opportunity to pursue his claim. Instead, he fled from parole supervision. Claimant retains the right to bring a separate lawsuit for discrimination that may have occurred since August 27, 2003. He may not pursue a claim under Article XXXII of the Remedial Plan.

    IT IS HEREBY ORDERED that the motion to re-open the claim of Arthur Santistevan is denied and dismissed; and

    IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 10, 2011.**

SIGNED this 20th day of October, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master