IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-168
Category: III
Claimant: Cornelius T. Williams, #113043
Address of Claimant: 4206 E. Pikes Peak, Apt. A, Colorado Springs, CO 80900

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' objection to the Claimant's motion to re-open his claim. Claimant was granted the opportunity to file a response to the objection. Claimant has filed nothing further in support of his motion.

    Claimant filed a claim in 2007. The claim was dismissed on January 16, 2008 as Claimant had failed to file an updated mailing address. Claimant has provided no compelling or legitimate reason for re-opening the claim. Claimant had the opportunity to pursue his claim and to have a hearing. Claimant chose not to comply with D.C. Colo. L.Civ.P.10.1.

    Claimant retains the right to bring a separate lawsuit for discrimination that may have occurred since August 27, 2003. He may not pursue a claim under Article XXXII of the Remedial Plan.

    IT IS HEREBY ORDERED that the motion to re-open the claim of Cornelius T. Williams is denied and dismissed; and

    IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that

they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 10, 2011.**

SIGNED this 20th day of October, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master