IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

_____

Claim Number 03-215
Category III
Claimant: Gordon R. Reuell, II, #80544
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter and request for court order. Judge Kane has ruled that no additional *pro se* pleadings may be accepted. The only jurisdiction that the Special Master has is to dismiss the documents and send them to class counsel for such action as is deemed appropriate.

      IT IS HEREBY ORDERED that the letter and motion of Gordon Reuell, II are dismissed; and

      IT IS FURTHER ORDERED that a copy of the letter and motion will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before December 13, 2010.**

      SIGNED this 20th day of October, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master