IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-419
Category: III
Claimant: William Cokley, #53327
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' objection to the Claimant's motion to re-open his claim. Claimant was granted the opportunity to file a response to the objection. Claimant has filed a response to the objection of Defendants.

    Claimant filed a claim in 2007. A hearing date was set for August 6, 2007. Claimant did not appear for the hearing and did not contact the office of the Special Masters to indicate any reason why he could not attend the hearing. Claimant never contacted the Special Masters until late April, 2010 when he filed a new claim form.

    Defendants presented evidence that Claimant had been released on parole in January, 2007. Claimant absconded from parole supervision in late June, 2007. He returned to state custody on October 31, 2008. Claimant's response to the objection of Defendants is that he had major health problems and was unable to contact anyone.

    The Special Master has been consistent on cases involving individuals who have absconded from parole supervision. If a claimant is on parole and absconds from parole supervision, then a pending claim of that individual is dismissed. No reason has been presented to deviate from that result in this case.

    The Special Master notes that Claimant is seventy years old. Claimant has significant health

issues. Claimant has not presented sufficient evidence to warrant reinstatement of this claim. Claimant had the opportunity to pursue his claim and to have a hearing. Claimant retains the right to bring a separate lawsuit for discrimination that may have occurred since August 27, 2003. He may not pursue a claim under Article XXXII of the Remedial Plan.

IT IS HEREBY ORDERED that the motion to re-open the claim of William Cokley is denied and dismissed; and

IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 10, 2011.**

SIGNED this 20th day of October, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master