## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: October 21, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,            Paula D. Greisen
                                              Jennifer Wardner Riddle
                                              Blain D. Myhre
                                              Lara E. Marks
                                              Edward T. Ramey

      Plaintiffs,

v.

BILL RITTER, et al.,                Elizabeth H. McCann
                                              James X. Quinn
                                              Berina Ibrisagic

      Defendants.

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Six

**9:06 a.m.**      **Court in session.**

Counsel and parties present.

9:07 a.m.      Defendants witness, Matthew Winden, called and sworn.
                     Direct examination begins by Mr. Quinn.

**Defendants Exhibits H-7, I-7, and J-7 are offered and admitted.**

9:29 a.m.      Cross examination begins by Ms. Marks.

9:50 a.m.      Redirect examination by Mr. Quinn.

Witness excused.

10:00 a.m.     Defendants witness, Pamela J. Ploughe, called and sworn.
                     Direct examination begins by Ms. Ibrisagic.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 26*
*October 21, 2010*

| | |
|---|---|
| **10:16 a.m.** | **Court in recess.** |
| **10:39 a.m.** | **Court in session.** |
| 10:40 a.m. | Continued direct examination by Ms. Ibrisagic. |
| 10:48 a.m. | Cross examination begins by Ms. Riddle. |
| 11:01 a.m. | Redirect examination by Ms. Ibrisagic. |

Witness excused.

| | |
|---|---|
| 11:06 a.m. | Defendants witness, Tamara Williams, called and sworn. Direct examination begins by Mr. Quinn. |

Objection to Defendants Exhibit R-12.

Objection OVERRULED.

| | |
|---|---|
| 11:27 a.m. | Voir Dire by Ms. Greisen regarding Defendants Exhibit R-12. |

**ORDERED:  Plaintiffs request to exclude Defendants Exhibit R-12 is DENIED. (Objection is OVERRULED.)**

| | |
|---|---|
| 11:39 a.m. | Continued direct examination by Mr. Quinn. |
| **11:50 a.m.** | **Court in recess.** |
| **1:18 p.m.** | **Court in session.** |
| 1:19 p.m. | Continued direct examination by Mr. Quinn. |
| 1:21 p.m. | Cross examination begins by Ms. Greisen. |
| 2:04 p.m. | Redirect examination by Mr. Quinn. |

Witness excused.

**Defendants Exhibit R-12 offered and admitted.**

| | |
|---|---|
| 2:09 p.m. | Defendants witness, Amber Dawn Autobee, called and sworn. Direct examination begins by Mr. Quinn. |
| **3:16 p.m.** | **Court in recess.** |

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 26*
*October 21, 2010*

**3:38 p.m.      Court in session.**

3:39 p.m.     Continued direct examination by Mr. Quinn.

**Defendants Exhibits Y-4, Z-4, C-5, D-5, and F-5 are offered and admitted.**

Plaintiffs objection to Defendants Exhibit C-5 is OVERRULED.

3:47 p.m.     Cross examination begins by Mr. Myhre.

4:35 p.m.     Redirect examination by Mr. Quinn.

Witness excused.

Court will resume tomorrow morning at 9:30 a.m.

**4:47 p.m.     Court in recess.**
Hearing continued.
Total time - 5 hours 28 minutes.