# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: October 22, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| Plaintiffs, | |
| v. | |
| BILL RITTER, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Seven

**9:38 a.m.   Court in session.**

Counsel and parties present.

9:39 a.m.   Defendants witness, Sherron Rose Wallick, called and sworn.
Direct examination begins by Mr. Quinn.

Objection regarding Defendants Exhibit K-5.  OVERRULED.

10:09 a.m.   Continued direct examination by Mr. Quinn.

10:11 a.m.   Cross examination begins by Ms. Greisen.

10:42 a.m.   Redirect examination by Mr. Quinn.

**10:52 a.m.   Court in recess.**

**11:11 a.m.   Court in session.**

11:12 a.m.   Defendants witness, Renae Jordan, called and sworn.
Direct examination begins by Ms. McCann.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 27*
*October 22, 2010*

**ORDERED:** **Plaintiffs request to be provided specified underlying data is GRANTED. Defendants shall provide the data by Monday, October 25, 2010.**

11:49 a.m.    Continued direct examination by Ms. McCann.

Discussion regarding underlying compilation data.

Cross examination of Defendants witness, Renae Jordan, shall be reserved until Monday, October 25, 2010.

Witness excused until Monday morning.

**11:59 a.m.    Court in recess.**

**1:30 p.m.    Court in session.**

**Defendants Exhibits G-5, H-5, I-5, J-5, and K-5 are offered and admitted.**

1:31 p.m.    Defendants witness, Travis Brubaker, called and sworn.
             Direct examination begins by Mr.Quinn.

**Defendants Exhibits B-6 is offered and admitted.**

1:50 p.m.    Cross examination begins by Mr. Myhre.

1:57 p.m.    Redirect examination by Mr. Quinn.

1:58 p.m.    Re-cross examination by Mr. Myhre.

**Defendants Exhibit A-6 is offered and admitted.**

Witness excused.

Defendants exhibits N-5 and O-5 are offered.

Objection by the Plaintiffs.

**Ruling is Reserved on Defendants exhibits N-5 and O-5 until the underlying data has been received and reviewed by the Plaintiffs.**

Discussion regarding witness schedule.

**2:06 p.m.    Court in recess.**
Hearing continued.
Total time - 2 hours 38 minutes.

2