# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: October 25, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,        Paula D. Greisen
       Jennifer Wardner Riddle
       Edward T. Ramey
       Lara Marks

    Plaintiffs,

v.

BILL RITTER, et al.,        Elizabeth H. McCann
       James X. Quinn
       Berina Ibrisagic

    Defendants.

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Eight

**9:07 a.m.      Court in session.**

Counsel and parties present.

9:08 a.m.      Defendants witness, Linda Caudill, called and sworn.
                Direct examination begins by Ms. Ibrisagic.

**Defendants Exhibits T, U, V, W, H-4, and I-4 are offered and admitted.**

9:32 a.m.      Cross examination begins by Ms. Greisen.

10:11 a.m.    Redirect examination by Ms. Ibrisagic.

Witness excused.

**10:19 a.m.    Court in recess.**

**10:39 a.m.    Court in session.**

10:40 a.m.    Defendants witness, Adrienne Jacobson, called and sworn.
                Direct examination begins by Ms. McCann.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 28*
*October 25, 2010*

11:28 a.m.      Cross examination begins by Mr. Ramey.

12:14 p.m.      Redirect examination by Ms. McCann.

Witness excused.

**12:20 p.m.    Court in recess.**

**1:40 p.m.     Court in session.**

1:41 p.m.       Defendants witness, Jeffrey Zax, called and sworn.
                Direct examination begins by Ms. McCann.

Defendants move to qualify Professor Jeffrey Zax as an expert in economics with special skills in applied statistical analysis.

1:56 p.m.       Voir dire by Mr. Ramey.

Tender is ACCEPTED.

1:59 p.m.       Continued direct examination by Ms. McCann.

**Defendant Exhibit P-4 is offered and admitted.**

2:11 p.m.       Continued direct examination by Ms. McCann.

**3:19 p.m.     Court in recess.**

**3:42 p.m.     Court in session.**

3:43 p.m.       Cross examination begins by Mr. Ramey.

5:09 p.m.       Redirect examination by Ms. McCann.

**Defendants Exhibits E-1, P-4a, and A-13 are offered and admitted.**

Discussion regarding remaining witness schedule.

Witness excused.

**5:14 p.m.     Court in recess.**
Hearing continued.
Total time - 6 hours 4 minutes.