# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  October 26, 2010 | Court Reporter: Tracy Weir |

JESSE MONTEZ, et al.,                                      Paula D. Greisen
                                                                              Blain D. Myhre
                                                                              Lara Marks

     Plaintiffs,

v.

BILL RITTER, et al.,                                            Elizabeth H. McCann
                                                                              James X. Quinn
                                                                              Berina Ibrisagic

     Defendants.

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Nine

**9:13 a.m.**     **Court in session.**

Counsel and parties present.

9:14 a.m.     Defendants witness, Renae Jordan, resumes the stand.
                      Cross examination begins by Ms. Greisen.

**10:15 a.m.**   **Court in recess.**

**10:40 a.m.**   **Court in session.**

10:41 a.m.    Continued cross examination by Ms. Greisen.

**12:00 p.m.**   **Court in recess.**

**1:25 p.m.**     **Court in session.**

1:26 p.m.      Continued cross examination by Ms. Griesen.

1:53 p.m.      Redirect examination by Ms. McCann.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 29*
*October 26, 2010*

2:31 p.m.     Re-cross examination by Ms. Greisen.

**Plaintiffs Exhibits 726, 727, 725, and 728 are offered and admitted.**

2:40 p.m.     Re-redirect by Ms. McCann.

Witness excused.

**2:43 p.m.     Court in recess.**

**3:01 p.m.     Court in session.**

Discussion regarding stipulated of specified documents.

ORDERED:  The specified documents are admitted into evidence, and the stipulation is accepted.

Discussion regarding Special Master reports.

Discussion regarding remaining witness schedule and possible rebuttal argument.

Court will resume on November 8, 2010 at 9:00 a.m.

**3:06 p.m.     Court in recess.**
Hearing continued.
Total time - 3 hours 45 minutes.