IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO



Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, ET AL.
    Plaintiffs,

vs

BILL RITTER, ET AL.
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2010

GREGORY C. LANGHAM
CLERK

Claim Number 01-076
Category: I
Claimant: Lawrence W. Fitzgerald #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado 80751

MOTION FOR APPOINTMENT OF COUNSEL
ORDER FOR CLASS COUNSEL TO HELP
CLAIMANT TO FILE AN OBJECTION TO
TO THE ORDER OF DISMISSAL OF HIS
MOST RECENT CLAIM

    COMES NOW, LAWRENCE W. FITZGERALD, pro se as an inmate of Colorado Department of Correction asking this Honorable Court in his request to Order the Class Counsel to help this Claimant who is a laymen of the law and has cronic health issues caused by the department of corrections placing him on the wrong medication called vioxx which is owned by the Merck Corporation.

    Claimant has written the Class Counsel King & Greisen, LLP at 1670 York Street Denver, Colorado 80206 and his letters has gone unanswered by counsel he also set information of his cronic medical troubles of not being treated fairly by the medical department because of his injuries caused by the Defendants all his medical information was sent back in a envelope from King & Greisen without a letter of any kind except a name on the envelope Jennifer W. Riddle #36385.

    This Honorable Court made an Order of June 25, 2010 and in that Order this Court stated IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Courts Order pursuant to Federal Rules of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of Court of the United States District Court, 901 19th Street Denver CO, 80294 on or before September 21, 2010.

    Claimant filed with this Honorable Court Motion For Extension of Times and it was Granted October 1, 2010 until December 6, 2010 and now my requests from this Honorable Court is Order class counsel to help a medically handicaptto secure his rights are properly litigated within this class action as they were paid to within the Montez settlement by the Honorable Court in its settlement in this matter for the inmates who qualified.

    WHEREFORE, it is prayed upon this Motion For Appointment of Counsel of Class Counsel to help Claimant is granted in the interest of justice.

October 27, 2010

Respectfully Submitted
Lawrence W. Fitzgerald #66345