...

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Address: 901 - 19th St. Room A 105
         Denver, CO. 80294-3589

Civil Action No.   92-CV-870-JLK

JESSE MONTEZ, et al.,

Claim Number: 03-490
Category III
Claimant: Robert Meyers No. 46985

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2010

GREGORY C. LANGHAM
CLERK

MOTION TO APPOINT COUNCIL FOR HEARING DATE:
FEBRUARY 14, 2011

COMES NOW the Claiant in this Case Robert Meyers requesting the Court to appoint Council to represent him at his hearing on Grounds as Follows:

1.) The issues in this case have merit and are complex. Gatson V. Coughlin, 679 F. Supp at 273
2.) The issues at the hearing will be complex and will require conflicting Cross examination and complex Medical testimony - and needed for discovery. Abdullah V. Gunter, 949 F.2d at 1036 Tucker V. Randall, 948 F. 2d 388, 391-92 (7th Cir. 1991).

CONCLUSION

The Claimant Robert Meyers request the Court to appoint Coucil to represnet him at the hearing ordered by the Court because he has no Legal training and the Issues are Complexed.

RESPECTFULLY SUBMITTED, on the 20th day of the 10th month 2010 C.E.

/s/ Robert Meyers

CERTIFICATE OF FILING BY MAILING

I, Robert Meyers, hereby certify that a true and correct copy of the Petitioner's MOTION TO APPOINT COUNCIL FOR HEARING DATE: FEBRUARY 14, 2011 was placed in the U.S. Mail Box, designated for legal mail, at Crowley County Correctional Facility, postage pre-paid on the 20th day of the 10th month 2010, and correctly addressed to:

Clerk of the Court
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 - 19th St. Room A 105
Denver, CO. 80294-3589

/s/ *Robert Meyers*
Robert Meyers
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700