IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-490
Category III
Claimant: Robert Meyers, #46985
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's motion for appointment of counsel. *Doc. 4897*. The Remedial Plan provides no basis for appointment of an attorney for Claimant, nor does any other provision of federal law. Claimant may retain his own attorney, but he cannot be appointed an attorney.

IT IS HEREBY ORDERED that Claimant's motion for appointment of an attorney is denied.

SIGNED this 3rd day of November, 2010.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master