IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's motion for appointment of class counsel to represent him on an objection to dismissal of his most recent claim. *Document #4896*. There is no provision in the Remedial Plan or under federal law that would allow the Court to appoint class counsel to assist Claimant. Class counsel may choose to assist Claimant, but cannot be ordered to do so.

IT IS HEREBY ORDERED that Claimant's motion for appointment of counsel is denied.

SIGNED this 3rd day of November, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master