## APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM

Pursuant to §21-1-103(3), C.R.S., a processing fee of $25.00 may be collected by the court upon final disposition of this case.

Case number: 92-cv-870-JLK 1:08-cv-00969-ZLW   Court Room: I do not know.   District: UNITED STATES DISTRICT COURT DENVER, COLORADO

Most serious charge: ADA   Next hearing date/Type: I do not know.

**FILED NOV 05 2010 GREGORY C. LANGHAM CLERK**

All sections must be completed. Print neatly. If an item does not apply, write N/A.

### Applicant
- Name: James P. Wylie #114060
- Mailing Address: Colorado Department Of Collections
- Street Address (if different): CSP/B8-17/P.O. Box 777
- City, State, Zip: Canon City, CO. 81215
- Phone number: N/A
- Soc. Sec. No.: ___   Birthdate: ___
- Driver's License No.: I do not know.   State: TX.

### Applicant's Employer
- Company: N/A
- Mailing Address: ___
- Street Address (if different): ___
- City, State, Zip: ___
- Phone Number: ___   Position: ___
- Length of Employment: ___   Hours/Week: ___
- Pay Dates: ___   Pay Rate: $ ___

### Other Household Members (Spouse, Parent, etc.)
- Name: N/A
- Relation to Applicant: ___
- Mailing Address: ___
- Street Address (if different): ___
- City, State, Zip: ___
- Phone number: ___
- Soc. Sec. No.: ___   Birthdate: ___
- Driver's License No.: ___   State: ___

### Other Household Member's Employer
- Company: N/A
- Mailing Address: ___
- Street Address (if different): ___
- City, State, Zip: ___
- Phone Number: ___   Position: ___
- Length of Employment: ___   Hours/Week: ___
- Pay Dates: ___   Pay Rate: $ ___

**Marital Status:** ☒ Single ☐ Married ☐ Separated ☐ Divorced   Total Number of Dependents (including yourself): 1

| Gross Monthly Income | Amount | Monthly Expenses | Amount |
|---|---|---|---|
| Self (wages, salary, commission) | $5.00 per monthly | Rent/Mortgage | $ N/A |
| Spouse/Other Household Members | N/A | Groceries | N/A |
| Parents (if same household) | N/A | Utilities | N/A |
| Unemployment Benefits | N/A | Clothing | N/A |
| Social Security/Retirement Funds | N/A | Maintenance/Alimony and/or Child Support | N/A |
| Maintenance/Alimony | N/A | Medical/Dental | $3.00 per monthly |
| Other Income (see Page 2) | N/A | Other Expenses (identify source) hygien | $2.50 per monthly |
| Other Income (see Page 2) | N/A | Other Expenses (identify source) | N/A |
| Total Household Income | $5.00 per monthly | Total Expenses | $ 5.50 per monthly |

| Assets | Amount | Description | |
|---|---|---|---|
| Savings Account Balance | $ N/A | Name of Bank: | N/A |
| Checking Account Balance | | Name of Bank: | |
| Value of Vehicles | | Year and Model: | |
| Value of Recreation Vehicles | | Amount Owed: $ | |
| Value of House | | Type: | |
| Value of Other Property | | Type: | |
| Value of Stocks, Bonds, Mutual Funds | | Type: | |
| Value of Other Investments | | Year and Model: | |
| Total Assets | $ | Convertible to Cash = $ | |

**References:**
1. Name/Address/Phone: CDOC / I do not know HQ address or phone.
2. Name/Address/Phone: N/A

**Guidelines:**
- ☐ At or below or ☐ Above or
- ☐ Automatically eligible for PD/GAL/RPC (☐ In custody &/or bond allowed ☐ Out on bond) or
- ☐ Refer to scoring instrument (Criminal, Misdemeanor, Traffic, Juvenile Delinquency cases)

Signature of investigator/clerk/PD: ___   Date: ___

I swear under penalty of perjury that the above-contained information is true and complete. I also understand that if the court grants this request, I may later be ordered to reimburse the State of Colorado for attorney fees spent on my behalf.

Client signature: P. Wylie #114060   Date: Oct. 25th, '10

Signature of judicial officer: ___   Date: ___

**Request:** ☐ granted or ☐ denied

JDF 208   R7/06   APPLICATION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM   Page 1 of 2

# APPLICTION FOR PUBLIC DEFENDER, COURT-APPOINTED COUNSEL, OR GUARDIAN AD LITEM

## General Information

**It is important that you accurately complete all sections of this form as appropriate based on your personal circumstances. If a section does not apply, please write N/A .**

**A. Gross Monthly Income.** Includes income from all members of the household who contribute monetarily to the common support of the household.

* **Income categories to include:**
Wages, including tips, salaries, commissions, payments received as an independent contractor for labor or services, bonuses, dividends, severance pay, pensions, retirement benefits, royalties, interest/investment earnings, trust income, annuities, capital gains, unemployment benefits, Social Security Disability (SSD), Social Security Supplemental Income (SSI), Workman's Compensation Benefits, and alimony.

**Note:** Income from roommates should not be considered if such income is not commingled in accounts or otherwise combined with the applicant's income in a fashion which would allow the applicant proprietary rights to the roommate's income.

* **Income categories do not include:**
TANF payments, food stamps, subsidized housing assistance, veteran's benefits earned from a disability, child support payments, or other public assistance programs.

**B. Liquid Assets.** Includes cash on hand or in accounts, stocks bonds, certificates of deposit, equity, and personal property or investments which could readily be converted into cash without jeopardizing the applicant's ability to maintain home and employment.

**C. Expenses.** Nonessential items such as cable television, club memberships, entertainment, dining out, alcohol, cigarettes, etc., **shall not** be included. Allowable expense categories are listed on JDF 208.