☐ County Court ☒ District Court ☐ Denver Juvenile Court ☐ Denver Probate Court
_____ County, Colorado
Court Address: 901 19th Street
Denver, CO 80294

Plaintiff/Petitioner: JESSE MONTEZ, et al. / WYLIE
v.
Defendant/Respondent: BILL RITTER, et al. / RITTER GREGORY C.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 05 2010
GREGORY C. LANGHAM
CLERK

COURT USE ONLY ▲
Case Number: 92-cv-870-JLK
1:08-cv-00919-ZLW
I do not know.

**MOTION TO:** ☒ FILE WITHOUT PAYMENT OF FILING FEE ☐ APPOINT AND PAY INTERPRETER COSTS
**AND SUPPORTING FINANCIAL AFFIDAVIT**

I, Wylie, respectfully move the Court for an order to waive the following filing fee(s): ☐complaint ☐petition ☐answer ☐response ☐motion to modify ☒other: Reply and/or ☐to appoint and pay for an interpreter for the following language _____ pursuant to CJD 06-03 and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

*All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A"*

### Name of Applicant

Last Name: Wylie
First Name: James
MI: P.

Street Address: Colorado Department Of Corrections CSP, P.O. Box 777
City: Canon City  State: CO.  Zip Code: 81215
☐Own ☐Rent Home Phone #: I do not know.
Social Security #: ___  Driver's Lic. # & State: I do not know / TX.  Date of Birth: ?
Most Recent Employer: CPOL
Work Address: } I do not know.
Work Phone #: ( )
Dates Employed: When asked.
Hours/Week: When asked.  Pay Rate: $ 5.00
☒Monthly ☐Weekly ☐Bi-weekly ☐other: _____

### Other Responsible Party (Spouse, Parent, Other Persons in Household)

Last Name: N/A  First Name: ___  MI: ___
Street Address: ___
City: ___  State: ___  Zip Code: ___
☐Own ☐Rent Home Phone #: ___
Social Security #: ___  Driver's Lic. # & State: ___  Date of Birth: ___
Most Recent Employer: ___
Work Address: ___
Work Phone #: ( )
Dates Employed: ___
Hours/Week: ___  Pay Rate: $ ___
☐Monthly ☐Weekly ☐Bi-weekly ☐other: ___

**Marital Status:** ☒Single ☐Married ☐Divorced ☐Separated ☐Widowed  **Number in Household:** (including yourself) 1
Identify Name, Age, and Relationship: Wylie, J / Me, 31

### Gross Monthly Income / Monthly Expenses

| Gross Monthly Income | $ | Monthly Expenses | $ |
|---|---|---|---|
| Self (wages, salary, commission) | $5.00 per month | Rent or Mortgage | $ N/A |
| Spouse/Other Household Members | $ N/A | Groceries | $ |
| Parents (if same household) | $ | Utilities | $ |
| Unemployment Benefits | $ | Clothing | $ |
| Social Security/Retirement Funds | $ | Maintenance/Alimony and/or Child Support | $ |
| Maintenance/Alimony | $ | Medical/Dental | $3.00 per month |
| Other Income (identify) | $ | Other Expenses (identify) Hygiene | $2.50 per month |
| Other Income (identify) | $ | Other Expenses (identify) | $ N/A |
| **Total Income** | $5.00 per month | **Total Expenses** | $5.50 per month |

| | | | |
|---|---|---|---|
| Cash on Hand (Cash you are carrying or which is stored at home, etc.) | $ N/A | Credit Cards: (Show type and balance owed) | N/A |
| Checking Account Balance | $ | Name/Address of Bank | |
| Savings Account Balance | $ | Name/Address of Bank: | |
| Stocks, Bonds, or other Investments Held Balance | $ | Type of Investment, Name/Location of Company/Corporation | |
| Vehicles Owned (Autos, boats, recreational vehicles, etc.) - Estimate Value | $ | Identify Year ___ Model ___ License Plate ___ / Identify Year ___ Model ___ License Plate ___ | |
| House(s) or other Property - Estimate Value | $ | Amount owed, Year Purchased | |

**IF ADDITIONAL SPACE IS NEEDED TO PROVIDE COMPLETE INFORMATION, ATTACH A SEPARATE PAGE.**

I swear under penalty of perjury that all information provided is true and complete. In addition, I authorize the Court to make any necessary contacts to verify the information.
Signature: J. Wylie #114060   Date: Oct. 25th, '10

JDF 205T   R12/09   MOTION TO: FILE WITHOUT PAYMENT OF FILING FEE/APPOINT AND PAY INTERPRETER AND SUPPORTING FINANCIAL AFFIDAVIT

| ☐ County Court ☒ District Court ☐ Denver Juvenile Court ☐ Denver Probate Court <br> _____ County, Colorado <br> Court Address: 901 19th Street <br> Denver, CO. 80294 | |
|---|---|
| Plaintiff/Petitioner: JESSE MONTEZ, et al.   WYLIE <br> v.                                    v. <br> Defendant/Respondent/Co-Petitioner: BILL RITTER, et al / RITTER, et al | ▲ **COURT USE ONLY** ▲ <br> Case Number: 92-CV-870-THK <br> and 1:08-cv-00969-ZLW <br> Division U.S. Courtroom I do not have |
| **FINDING AND ORDER CONCERNING** <br> ☒ **PAYMENT OF FILING FEES** ☐ **APPOINTMENT AND PAYMENT OF INTERPRETER COSTS** | |

Name of Party filing Motion: Wylie on Oct. 25th (date).

Upon review of the attached Motion, the above party is:

☐ Eligible to proceed without payment of the following filing fee: <br> ☐ complaint ☐ petition ☐ answer ☐ response ☐ motion to modify ☒ other: JDF 208 R7/06

☐ Eligible to have an interpreter for the following language _____ appointed and for such costs to be paid by the State.

☐ Not Eligible to proceed without payment of the required filing fee. Party is responsible for payment of the filing fees and/or interpreter costs.

Date: _____

_____
Signature of Eligibility Investigator, Clerk of Court, Judge/Magistrate

## ORDER

The Court has reviewed the Motion (JDF 205) and so orders:

☒ As indicated above. <br>
☒ The specified party is ordered to pay $ _____ by _____ (date) to cover filing fees or interpreter costs. <br>
☒ Other: _____

Pursuant to §13-16-103, C.R.S., in the event the party who receives a waiver of costs prosecutes or defends an action or proceeding successfully, there shall be a judgment entered in his/her favor in the amount of the court costs and the party shall, upon collecting such court costs, remit them to the Court.

Date: _____   _____
☐ Judge ☐ Magistrate

JDF 206T  R9/08  FINDING AND ORDER CONCERNING PAYMENT OF FILING FEES/APPOINTMENT AND PAYMENT OF INTERPRETER COSTS