Cover Letter

DEPARTMENT OF CORRECTIONS

92-CV-00870-JLK
08-CV-00969-ZLW

Colorado State Penitentiary
P.O. Box 777
Canon City, CO. 81215

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2010

GREGORY C. LANGHAM
CLERK

Form: James P. Wylie #114060
Date: Oct. 25th, '10
Subject: MOTIONS, aDF 208 R7/06 and aDF 205T R12/09
To: Clerk/aJudge

To Hum It May Consuren, I'm asking you to cunseter Exhibit A. befor you rule on my Motions. I'm doing these Motions because of Exhibit B..

CDOC is not helping me pered with reading and/or spelling to cour-ur-sponed with the Courts or hegal Cawsel. I'm depending on help form Offenders and at best it is shadey'.

I'm not triying too whast the Courts time, I have ADA issues and CDOC is relroding me becase fo my ADA issues'...

Sincerely, P. Wylie

Subscribed and acknowledged before me this 28th day of OCTOBER 2010 by:
MR. JAMES P. WYLIE

[Notary signature]
NOTARY

[Notary Seal: REGINALD M. JOHNSON, NOTARY PUBLIC, STATE OF COLORADO]

MY COMMISSION EXPIRES
12/28/2012

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

Sterling Correctional Facility
P. O. Box 6000
Sterling, CO 80751-6000
Phone: (970) 521-5010
Fax: (970) 521-8225

Bill Ritter, Jr.
Governor

## EDUCATIONAL REPORT

Aristedes W. Zavaras
Executive Director

**Subject: James P. Wylie**
           **CDOC #114060**
           **DOB: 2/8/1979**

**Date: March 16, 2009**

James P. Wylie is a 30-year-old Caucasian male, currently incarcerated at Sterling Correctional Facility. He was initially admitted to Colorado Department of Corrections in 2002. He is currently in Maximum Administrative Segregation, with a Life sentence. He has had a significant disciplinary history (120 disciplinaries in less than seven years, plus an additional felony charge) while incarcerated.

HISTORICAL INFORMATION:   Mr. James P. Wylie first came to the attention of SCF Special Populations Coordinator in October 2006 when David Griffard of CDOC Education sent an NRSI colored overlay for Mr. Wylie's use in response to an earlier assessment, Irlen Scotopic Sensitivity Syndrome. This assessment showed "upper high range, indicating a significant presence of Scotopic Syndrome. Symptoms include:
--light sensitivity
--problems with white high gloss material
--inefficient reading
--slow reading rate
--attention deficit during visual tasks
--strain or fatigue during visual tasks

Between Spring 2006 and Winter 2008, Mr. James Wylie has been moved several times between Colorado State Prison (CSP) and Sterling Correctional Facility. During this time, he has been unassigned 90% of the time, interrupted with only short, sporadic periods of GED class assignment. Test of Adult Basic Education (TABE) testing since 2002 has reflected academic performance consistently below 4th grade equivalence.

Summer 2008, Mr. Wylie was again administered the Irlen Scotopic Screening, in response to the Montez/ADA Inmate Coordinator request. The result corroborated earlier screening, so Mr. Wylie was provided with tinted scotopic lens as prescriptive lens.

December 30, 2008, Mr. Wylie returned to SCF from CSP. On January 20, 2009 he requested a conference with Special Populations Coordinator, stating he wanted "to learn to read." To determine current educational abilities and needs, it was agreed to administer complete cognitive and achievement assessments.

Exhibit A.

ASSESSMENT RESULTS (Woodcock-Johnson III; norms based on age, 30 years):

Strengths:
**Executive Processes: 89%tile; 118 Standard Score; High Average**
Fluid Reasoning: 76%tile; 111 SS; High Average
Visual-Spatial Thinking: 67%tile; 107 Standard Score; Average
Listening Comprehension: 54%tile; 102 SS; Average
Verbal Ability: 39%tile; 96 SS; Average
Comprehension-Knowledge: 39%tile; 96 SS; Average
Long-Term Memory Retrieval: 22%tile; 88 SS; Low Average
Cognitive Fluency: 15%tile; 84 SS; Low Average

Concerns:
Auditory Processing: 8%tile; 79 SS; Low/Borderline
Broad Attention: 6%tile; 77 SS; Low/Borderline
Short-Term Memory: 4%tile; 74 SS; Low/Borderline
Processing Speed: 3%tile; 72 SS; Low/Borderline
Cognitive Efficiency: 3%tile; 71 SS; Low/Borderline

Specific Academic Clusters (WCJ III):
Mathematics: 7.2 Grade Equivalence (5.5-9.8 GE range/easy-difficult); 19%tile; 87 SS; Low Average

Written Language: 3.1 GE (2.2-4.2 GE range/easy-difficult); 4%tile; 73 SS; Low/Borderline

Reading: 1.9 GE (1.6-2.2 GE range/easy-difficult); 4%tile; 73 SS; Low/Borderline

TABE (February 2009):
Reading: 3.5 GE
Math Computation: 9.2 GE
Applied Mathematics: 5.8 GE
Written Language: 2.8 GE
Vocabulary: 2.1 GE
Language Mechanics: 4.6 GE
Spelling: 0.8 GE
TOTAL MATH: 7.5 GE
TOTAL BATTERY: 4.3 GE

OBSERVATIONS: Mr. James P. Wylie completed this assessment during ten 1-hour sessions. He was always cordial and compliant. He appeared to be intently focused on each task, appearing to strive to do his optimum. As task items became more difficult for him, he engaged in multi-sensory behaviors, ie. touching fingers, closing eyes, subvocalizing and repeating tester's cues. He appears to be a sight reader and writer, consistently confusing these examples: bird/bride, while/will, from/form, had/hand. He also frequently transposed letters laterally: b/d.

INTERPRETATION: Based on this assessment, James P. Wylie cognitively functions within the Average/High Average Range. The discrepancy between predicted performance (based on intellectual functioning) and actual performance is especially noted in language arts: reading and written language. His performance is <u>very</u> low in basic reading skills and writing skills. <u>This particular discrepancy is indicative of a significant learning disability</u>. When compared to others at his age level, Mr. Wylie's academic skills and fluency with academic tasks are both within the very low range. His level of knowledge is average, yet his ability to apply academic skills is low. His oral language skills and listening comprehension skills are within average range, which aid in "masking" his disability.

NEEDS: (Delivery of needed educational services will primarily be dependent upon Mr. Wylie's behavior, thus security concerns) Based on offender report, historical information, observation and this assessment, James P. Wylie needs:
--scotopic prescriptive lens
--reduced lighting when using high-gloss paper
--highly structured and sequential language arts instruction
--additional time to complete tasks
--frequent checks for understanding
--increased rehearsals of skills
--limited distractions
--individual or small-group instruction
--multi-sensory instruction
--consistent and immediate feedback
--Colorado Talking Book Library services

Marteena L. Ring, MA
Special Populations Coordinator
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado  80751

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**

Sterling Correctional Facility
P. O. Box 6000
Sterling, CO 80751-6000
Phone: (970) 521-5010
Fax: (970) 521-8225

**Legal Access Program
West Law Library**



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

# LEGAL ACCESS RESPONSE

**October 7, 2010**

**TO: Wylie, J.**       **DOC #: 114060**       **HOUSING UNIT: 6A**

**Mr. Wylie:**

Within your response from Meghan A. Reed, AIC Designee, Office of the AIC-Legal Services, it was mentioned that if you needed help in responding to some of your legal action you might file an "Request for Appointment of Counsel". I am attaching that form, and an Informa Pauperis form, so that you may request this assistance.

Jennifer Anderson
Legal Assistant II
SCF West Law Library
Sterling, Colorado 80751
(970) 521-5010

Cc: File Copy




Cc:  M. Reed, AIC Designee
     Lt. B. Scott, ADA Coordinator, SCF
     T. Reynolds, HQ

478
58469

Exhibit B.