**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**November 8, 2010**

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JESSE F. MONTEZ,

    Plaintiff,

v.

BILL OWENS, et al.,

    Defendants - Appellees.

_____

LARRY GORDON,

    Claimant - Appellant.

No. 08-1399
(D.C. No. 1:92-CV-00870-JLK-OES)

---

**ORDER**

---

Before **McKAY**, Circuit Judge.

---

    This matter is before the court to appoint pro bono counsel, to grant leave to proceed *in forma pauperis*, to direct additional briefing from the appellant, and, finally, to direct the appeal to the next available oral argument calendar once briefing is completed.

    Specifically, we have determined the appointment of counsel for the appellant during this appeal would greatly aid the court in its determination of the issues presented. Consequently, we will appoint pro bono counsel for Mr. Gordon. *See Addendum II,* 10th Circuit Rules, Plan For Appointment of Counsel in Special Civil Appeals. In this regard,

we appoint attorney Eric V. Hall.  Mr. Hall's contact information is as follows:

Mr. Eric V. Hall, Esquire
Rothgerber Johnson & Lyons, LLP
90 Cascade Ave., Suite 1100
Colorado Springs, Co. 80903
(phone) 719 386-3000
(fax) 719-386-3070
(email) ehall@rothgerber.com

The appointment is made with the understanding that the legal services will be undertaken on a pro bono basis for the duration of this appeal.  Expenses, however, may be submitted for reimbursement consistent with the *Plan*.  At the conclusion of the proceedings, counsel may submit an itemized statement, with receipts as appropriate, showing actual expenses and requesting reimbursement.  In this regard, we note generally that under the *Plan*, expenses will be subject to "limitations similar to those prescribed by the Criminal Justice Act."  For information regarding those limitations, counsel is directed to the court's website at www.ca10.uscourts.gov/clerk/showcja.php (*CJA 20 Advice To Counsel Letter*).  The court very much appreciates counsel's services.

Within 14 days of the date of this order, new counsel shall submit an entry of appearance.  In addition, on or before January 10, 2011, the appellant shall file a supplemental brief.  In particular, counsel should address 1) whether there is a right to appeal from the district court's and the special master's decisions with regard to the individual damage claims under the pertinent underlying settlement agreement, and 2) whether this court has appellate jurisdiction under 28 U.S.C. § 1291 and the collateral order doctrine.  That supplemental brief should comply with the requirements of Federal

Rule of Appellate Procedure 28 and 10th Circuit Local Rule 28. A copy of the record on appeal, as well as all other materials for this matter, is available electronically on PACER.

We also grant the motion for *in forma pauperis* status which Mr. Gordon filed on December 12, 2008. We remind him of his obligation to continue making partial payments until the filing fee has been paid in full. In addition, the abatement directed via our order dated May 27, 2009 is lifted.

Finally, we will direct this appeal to the next available oral argument calendar once the supplemental brief is filed. Counsel will be advised of the date and time for argument when the calendar is set.

                                        Entered for the Court,

                                        ELISABETH A. SHUMAKER
                                        Clerk of Court