# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date:  November 8, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Riddle |
| | Blain D. Myhre |
| | Lara Marks |
| Plaintiffs, | |
| v. | |
| BILL RITTER, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Thirty

**9:07 a.m.      Court in session.**

Counsel and parties present.

Discussion regarding Defendants objection to rebuttal evidence being presented by Plaintiffs' witness, Ms. Linda Edwards.

Objection OVERRULED.

9:09 a.m.      Defendants witness, Paula Frantz, called and sworn.
                     Direct examination begins by Mr. Quinn.

Discussion regarding Plaintiffs objection to specific expert testimony.

Objection OVERRULED.

Continued direct examination by Mr. Quinn.

Plaintiffs "running objection" to specific expert testimony is OVERRULED.

9:13 a.m.      Continued direct examination by Mr. Quinn.

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 30*
*November 8, 2010*

Objection regarding testimony being offered on disability determinations that were not provided to the Plaintiffs.

Objection SUSTAINED.

| | |
|---|---|
| **10:14 a.m.** | **Court in recess.** |
| **10:39 a.m.** | **Court in session.** |
| 10:40 a.m. | Continued direct examination by Mr. Quinn. |
| **12:00 p.m.** | **Court n recess.** |
| **1:20 p.m.** | **Court in session.** |
| 1:21 p.m. | Continued direct examination by Mr. Quinn. |
| 1:25 p.m. | Discussion regarding Plaintiffs objection to specific expert witness testimony and request to limit testimony. |

**ORDERED:   Plaintiffs Request to Limit Testimony is GRANTED, as specified.**

Objection SUSTAINED.

1:27 p.m.       Continued direct examination by Mr. Quinn.

P109-110 OVERRULED

| | |
|---|---|
| 2:15 p.m. | Continued direct examination by Mr. Quinn. |
| **3:07 p.m.** | **Court in recess.** |
| **3:24 p.m.** | **Court in session.** |
| 3:25 p.m. | Continued direct examination by Mr. Quinn. |

**4:48 p.m.       Court in recess.**
Hearing continued.
Total time - 5 hours 39 minutes.