92-cv-00870-JLK

| | | |
|---|---|---|
| To: | Major E. Caley<br>Custody/Control Manager | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO |
| From: | Allen Fistell, #63253 | |
| Date: | 11-4-10 | NOV 0 8 2010 |
| Re: | Personally Owned Eyeglasses. | GREGORY C. LANGHAM<br>CLERK |

I received your memo concerning my Eyeglasses. I apologize for taking so long to respond, but I had to contact the Montez Classes Counsel before responding.

I contacted Paula Griesen's Office and was told the following. First off my glasses are part of the compliance hearing that is going on before Judge Kane in the Montez case. I personally testified during the compliance hearing via video from FLCF. I have a Motion before Judge Kane for compliance with the Remedial Plan specifically concerning my personal property (including my personal eyeglasses) which was taken from me upon my arrival at FLCF, in violation of the Remedial Plan. We are awaiting a decision from Judge Kane which probably won't come until at least March of 2011. Class Counsel told me to inform you again that my eyeglasses were protected by the Remedial Plan, page 4, V. PLACEMENT, paragraph 4: "Inmates who are currently in DOC and are moved to a designated facility because of a disability and pursuant to this agreement will have the same privileges and property rights as they possess in their current placement." Also that if my glasses are destroyed you will be further violating my rights under the Remedial Plan.

I also want to tell you that it sure is funny how my glasses were taken, but all these new inmates come in and their personal eyeglasses are not taken from them. There are also inmates here who have been here for many years and their personal eyeglasses are not taken. The fact is, the only reason my eyeglasses were taken is because I stood up and did not just lay down when our staff took and destroyed all my other property, only then were my glasses taken. This is straight retaliation for my asserting my rights under the Remedial Plan.

The A.R. has been changed and no longer allows for the taking of personal eyeglasses. The glasses that were provided to me are cheap junk and have already broken three times, which is ridiculous. I had my personal eyeglasses for 16 years and never had them break.

I again ask that my personal eyeglasses be returned to me or held until Judge Kane makes his ruling on compliance. Per the Remedial Plan which was agreed to by the DOC my eyeglasses must be returned to me.

XC:  Judge Kane, Federal District Court
     Paula Griesen, Attorney at Law
     Ari Zavaris, Executive Director CDOC
     David M. Zupan, FLCF Warden
     File.

**Colorado Department Of Corrections**

Name: Allen Foster
Register Number: 63253
Unit: FLCF
Box Number: 1000
City, State, Zip: Fort Lyon, CO 81038



Judge John L. Kane
Office of the Clerk
United States District Court
901-19th St, Room A 105
Denver, CO 80294-3589