```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX032714
Cashier ID: sg
Transaction Date: 11/08/2010
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $2.64
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 208865
 Amt Tendered:  $2.64
------------------------------------
Total Due:       $2.64
Total Tendered: $2.64
Change Amt:      $0.00
```

MONTHLY PYMT ON APPEAL

A fee of $45.00 will be assessed on any returned check.

08-1399