# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: November 8, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Edward T. Ramey |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL RITTER, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Thirty-One

**9:07 a.m.      Court in session.**

Counsel and parties present.

9:08 a.m.       Defendants witness, Paula Frantz, resumes the stand.
                Continued direct examination by Mr. Quinn.

**D-2 , B-5, E-5, M-5, P-5, Q-5, R-5, T-5, S-5, E-6, V-7, F-11, S-12, and B-13 are offered.**

**Plaintiffs state objection to Defendants Exhibits F-11 and S-12.**

**Objection SUSTAINED.**

**Defendants Exhibits D-2, B-5, E-5, M-5, P-5, Q-5, R-5, T-5, S-5, E-6, V-7, and B-13 are ADMITTED.**

9:42 a.m.       Cross examination begins by Mr. Ramey.

**10:13 a.m.    Court in recess.**

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 31*
*November 9, 2010*

**10:36 a.m.**     **Court in session.**

10:37 a.m.      Continued cross examination by Mr. Ramey.

11:17 a.m.      Cross examination begins by Ms. Greisen.

**11:58 a.m.**     **Court in recess.**

**1:23 p.m.**      **Court in session.**

1:24 p.m.       Continued cross examination by Ms. Greisen.

1:50 p.m.       Statement by Ms. Greisen regarding stipulation.

**ORDERED:   Stipulation regarding Plaintiffs Exhibit 560 is ACCEPTED.**

1:52 p.m.       Continued cross examination by Ms. Greisen.

**3:09 p.m.**      **Court is recess.**

**3:32 p.m.**      **Court in session.**

Discussion regarding remaining trial schedule.

3:33 p.m.       Continued cross examination by Ms. Greisen.

**4:30 p.m.**      **Court in recess.**
Hearing continued.
Total time - 5 hours 12 minutes.