**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Civil Action No. 92-cv-00870-JLK
Date: November 9, 2010

Deputy Clerk: Bernique Abiakam
Court Reporter: Tracy Weir

---

JESSE MONTEZ, et al.,

Paula D. Greisen
Jennifer Wardner Riddle
Edward T. Ramey
Blain D. Myhre
Lara E. Marks

Plaintiffs,

v.

BILL RITTER, et al.,

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic

Defendants.

---

**AMENDED COURTROOM MINUTES**

---

Compliance Hearing -Trial to Court - Day Thirty-One

**9:07 a.m. Court in session.**

Counsel and parties present.

9:08 a.m. Defendants witness, Paula Frantz, resumes the stand. Continued direct examination by Mr. Quinn.

**D-2 , B-5, E-5, M-5, P-5, Q-5, R-5, T-5, S-5, E-6, V-7, F-11, S-12, and B-13 are offered.**

**Plaintiffs state objection to Defendants Exhibits F-11 and S-12.**

**Objection SUSTAINED.**

**Defendants Exhibits D-2, B-5, E-5, M-5, P-5, Q-5, R-5, T-5, S-5, E-6, V-7, and B-13 are ADMITTED.**

9:42 a.m. Cross examination begins by Mr. Ramey.

**10:13 a.m. Court in recess.**

**10:36 a.m. Court in session.**

10:37 a.m. Continued cross examination by Mr. Ramey.

11:17 a.m. Cross examination begins by Ms. Greisen.

**11:58 a.m. Court in recess.**

**1:23 p.m. Court in session.**

1:24 p.m. Continued cross examination by Ms. Greisen.

1:50 p.m. Statement by Ms. Greisen regarding stipulation.

**ORDERED: Stipulation regarding Plaintiffs Exhibit 560 is ACCEPTED.**

1:52 p.m. Continued cross examination by Ms. Greisen.

**3:09 p.m. Court is recess.**

**3:32 p.m. Court in session.**

Discussion regarding remaining trial schedule.

3:33 p.m. Continued cross examination by Ms. Greisen.

**4:30 p.m. Court in recess.**
Hearing continued.
Total time - 5 hours 12 minutes.