## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: November 10, 2010 | Court Reporter: Tracy Weir |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| | Lara E. Marks |
| Plaintiffs, | |
| v. | |
| BILL RITTER, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Thirty-Two

**9:20 a.m.    Court in session.**

Counsel and parties present.

9:21 a.m.    Defendants witness, Paula Frantz, resumes the stand.
             Continued cross examination by Ms. Greisen.

**Plaintiffs Exhibits 560, 737, 738, 739, and 740 are offered and admitted.**

9:51 a.m.    Cross examination begins by Mr. Myhre.

**10:09 a.m.    ORDERED: Any questioning and testimony regarding the specified inmate in Defendants Exhibit is to be SEALED.**

10:10 a.m.    Continued cross examination by Mr. Myhre.

**10:18 a.m.    Court in recess.**

**10:40 a.m.    Court in session.**

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 32*
*November 10, 2010*

**10:40 a.m.    ORDERED:   Resume testimony UNSEALED.**

10:41 a.m.    Continued cross examination by Mr. Myhre.

11:16 a.m.    Cross examination begins by Ms. Riddle.

**11:48 a.m.    Court in recess.**

**1:19 p.m.    Court in session.**

Discussion regarding the offering of Defendants Exhibit F-11.

Plaintiffs' objection OVERRULED.

**Defendants Exhibit F-11 is ADMITTED.**

Discussion regarding the offering of Defendant Exhibit S-12.

Plaintiffs' objection OVERRULED.

**Defendants Exhibit S-12 is ADMITTED.**

1:23 p.m.    Redirect examination by begins by Mr. Quinn.

**ORDERED:   Defendants request to SEAL specified testimony is GRANTED.**

**2:39 p.m.    Court in recess.**

**2:56 p.m.    Court in session.**

**Record UNSEALED.**

2:58 p.m.    Continued redirect examination by Mr. Quinn.

3:00 p.m.    Re-cross examination by Ms. Greisen.

Discussion regarding oral motion by Plaintiffs to strike information, as specified on the record.

Statement by Ms. Greisen.

Statement by Mr. Quinn.

Further Statement by Ms. Greisen.

2

*92-cv-00870-JLK*
*Compliance Hearing - Trial to Court Day 32*
*November 10, 2010*

**ORDERED:  Plaintiffs' Oral Motion To Strike Information is GRANTED.**

3:10 p.m.     Question by the Court regarding "secondary gain".

3:13 p.m.     Witness excused.

3:14 p.m.     Plaintiffs rebuttal witness, Linda Edwards, resumes the stand. Direct examination begins by Ms. Greisen.

Defendants objection regarding testimony relating to Plaintiffs Exhibit 736.

Objection SUSTAINED.

3:18 p.m.     Continued direct examination by Ms. Greisen.

Defendants further objection regarding testimony relating to Plaintiffs Exhibit 736.

Objection OVERRULED.

3:19 p.m.     Continued direct examination by Ms. Greisen.

**Plaintiffs Exhibits 742 and 736 offered and admitted.**

3:33 p.m.     Witness excused.

**ORDERED:  Each side shall prepare proposed findings of fact and conclusions of law, including any closing trial argument.  Each proposed finding/conclusion shall be supported by specific citations to the record and/or exhibits.  Each side will then be given an equal amount of time to file any written rebuttal to the other side's proposed findings.**

**ORDERED:  Reporter Transcripts shall be completed by January 4, 2011.  An extension will be given, if needed.  The parties shall submit proposed findings of fact and conclusions of law by March 15, 2011.  Rebuttal findings are due by April 15, 2011.**

**3:37 p.m.     Court in recess.**
Hearing concluded.
Total time - 4 hours 7 minutes.

3