IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-481
Category III
Claimant: Gustavo Osuna, #115940
Address of Claimant: SCF, P.O. Box 6000, Sterling, Colorado 80751

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

       THIS MATTER comes before the Special Master on documents reflecting that this claim has been settled. This claim will be dismissed with prejudice.

       IT IS HEREBY ORDERED that this claim is dismissed with prejudice, as Claimant has settled his claim with Defendants.

       SIGNED this 10th day of November, 2010.

       BY THE COURT:

       */s/ Richard M. Borchers*

       _____
       Richard M. Borchers
       Special Master