### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

| | |
|---|---|
| Civil Action No. 92-cv-00870-JLK | Deputy Clerk: Bernique Abiakam |
| Date: July 9, 2010 | Court Reporter: Kara Spitler |

| | |
|---|---|
| JESSE MONTEZ, et al., | Paula D. Greisen |
| | Jennifer Wardner Riddle |
| | Blain D. Myhre |
| | Edward T. Ramey |
| Plaintiffs, | |
| v. | |
| BILL OWENS, et al., | Elizabeth H. McCann |
| | James X. Quinn |
| | Berina Ibrisagic |
| Defendants. | |

## COURTROOM MINUTES

Compliance Hearing -Trial to Court - Day Twenty-Two

**9:20 a.m.      Court in session.**

Counsel and parties present.

9:21 a.m.          Witness, Joan M. Shoemaker, resumes the stand.
                           Continued cross examination by Ms. Greisen.

**10:19 a.m.    Court in recess.**

**10:41 a.m.    Court in session.**

Continued cross examination by Ms. Greisen.

**11:31 a.m.    Court in recess.**

**12:56 p.m.    Court in session.**

12:57 p.m.    Continued cross examination by Ms. Greisen.

*92-cv-00870-JLK*
*Trial to Court Day 22*
*July 9, 2010*

**2:51 p.m.     Court in recess.**

**3:16 p.m.     Court in session.**

3:18 p.m.     Continued cross examination by Ms. Greisen.

**Plaintiffs offer the following exhibits: 307, 690, 691, 692, 693, 695, 697, 698, 699, 700, 702, 703, 439, 683, 686, V-3a, 687, 688, Q-3, 696, C-5, and 630.**

**Exhibits are admitted over objection and admitted without objection, as specified.**

**Defendants exhibit K-7 offered and admitted.**

Ms. McCann WITHDRAWS the offering of Defendants' exhibit O-5, which was offered and admitted on 7-8-10.

Ms. McCann states that Defendants' exhibit "I", which was listed as offered and admitted on Trial to Court - Day 17, but was not used in her examination.

Defendants' exhibit "I" will not be listed as an offered and admitted exhibit at this time.

3:31 p.m.     Redirect examination begins by Ms. McCann.

Discussion regarding the scheduling of a status conference with the Special Master present.

**ORDERED:  Status Conference set July 28, 2010 at 9:00 a.m.**

**Counsel will meet and confer regarding the issues and file a joint statement prior to the status conference.**

**3:50 p.m.     Court in recess.**
Hearing continued.
Total time - 3 hours 44 minutes.