IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-496
Category: Untimely Filed Claim
Claimant: Vincent Saldana, #54445
Address of Claimant: 2727 Osceola Way, Denver, CO 80236

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim form of Vincent Saldana. Defendants have filed an objection to the processing of the claim, raising several reasons why dismissal would be appropriate.

    Claimant and class counsel were granted up to and including November 8, 2010 in which to file a response to Defendants' objection. Claimant has filed nothing further in support of his claim. Class counsel filed a response which emphasized the equities that should be granted to a *pro se* claimant. Class counsel's response did not examine in detail any specific facts relating to the claim of Vincent Saldana.

    Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

    Claimant alleged in his claim form that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act while at the Buena Vista Correctional Facility (BVCF) and while at the

Arkansas Valley Correctional Facility(AVCF). Defendants have included an offender profile which reflects that Claimant was at BVCF from August 24, 2005 to July 31, 2007. This same offender profile reflects that Claimant was at AVCF from November 18, 2009 until discharged on April 18, 2010. Both of these periods of incarceration post-date August 27, 2003.

Claimant has not established that he was the victim of discrimination prohibited by the ADA on or before August 27, 2003. There is no jurisdiction over this claim. Claimant retains the right to file his own separate lawsuit with the Court.

IT IS HEREBY ORDERED that the claim of Vincent Saldana is dismissed, as Claimant did not establish that he was the victim of discrimination on or before August 27, 2003; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 7, 2011.**

SIGNED this 19th day of November, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master