IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

BILL RITTER, *et al.*,

Defendants.

**DEFENDANTS' MOTION TO CORRECT COURTROOM MINUTES TO REFLECT THE TRANSCRIPT AND TO RENEW THEIR OFFER TO ADMIT EXHIBITS M-12 AND N-12 INTO EVIDENCE**

Defendants, through the Colorado Attorney General's office, submit the following Motion to Correct Courtroom Minutes to Reflect the Transcript and to Renew Their Offer to Admit Exhibits M-12 and N-12 Into Evidence.

1. The compliance hearing in this matter was concluded on November 10, 2010. The parties were ordered to provide the Court only with the exhibits that have been admitted into evidence by the Court during the compliance hearing. Upon review of the admitted exhibits, the Defendants noticed some discrepancies between the transcripts and the courtroom minutes issued at the end of each day's proceedings.

2. These discrepancies are as follows:

 a) <u>Exhibits M-2, N-2, and O-2.</u>  The courtroom minutes from the Day 11 hearing (June 23, 2010), incorrectly show exhibits M-3, N-3, and O-3 as being admitted on that day. The transcript accurately shows exhibits M-2, N-2, and O-2 as being admitted on page 1449, lines 19-21. (**Exhibit A**).

1

    b) <u>Exhibits V-5, W-5, and X-5.</u>  The courtroom minutes from the Day 11 hearing (June 23, 2010), incorrectly reflect these exhibits as not admitted into evidence.  The transcript accurately shows exhibits V-5, W-5, and X-5 as admitted on page 1572, lines 17-23.  (**Exhibit B**).

    c) <u>Exhibit Z-10.</u>  The courtroom minutes from the Day 11 hearing (June 23, 2010), incorrectly reflect this exhibit as not admitted into evidence.  The transcript accurately shows exhibit Z-10 as admitted into evidence on page 1572, lines 17-23.  (**Exhibit B**).

    d) <u>Exhibit Y-5.</u>  The courtroom minutes from the Day 26 hearing (October 21, 2010), incorrectly reflect this exhibit as not admitted into evidence.  The transcript from this day will not be available until January 4, 2011, as previously ordered by this Court.  However, the Court reporter confirmed that the exhibit Y-5 was discussed and was admitted into evidence in Court on October 21, 2010.  (**Exhibit C**).

  3. Although these exhibits have been offered and entered into evidence, they are not reflected in the courtroom minutes.  These exhibits should be included in the exhibits provided to the Court and considered by the Court when deciding on the issue of compliance with the Remedial Plan.

  4. <u>Exhibits M-12 and N-12.</u>  The two exhibits were offered into evidence during the Day 20 hearing (July 7, 2010).  Plaintiffs' counsel objected to the exhibits on the basis of not having been provided the underlying documents for these two exhibits.  The Court at that time reserved the ruling on the two exhibits until Defendants provided Plaintiffs with the underlying documents.  Defendants did provide the Plaintiffs' counsel the underlying documents during the re-cross of the hearing, but neglected to renew their offer to have the two exhibits admitted into evidence, pages 2807-08, lines 20-21, line 1.  (**Exhibit D**).  During Day 21 hearing (July 8,

2

2010), Plaintiffs' counsel extensively cross-examined the witness about exhibit M-12, pages 2961-88, but did not cross examine on exhibit N-12. (**Exhibit E**). Defendants now renew their offer to admit exhibits M-12 and N-12 into evidence.

5.   Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel certifies that she attempted in good faith to confer with Plaintiffs' counsel prior to filing this motion. Plaintiffs' counsel have not yet responded.

WHEREFORE, Defendants respectfully request that the Court grant the Motion and order the courtroom minutes to reflect the transcript as to exhibits M-2, N-2, O2, V-5, W-5, X-5, Y-5, and Z-10 as admitted, and to admit exhibits M-12 and N-12 into evidence.

Respectfully submitted this 22nd day of November, 2010.

JOHN SUTHERS
Attorney General

s/ Berina Ibrišagić
ELIZABETH H. MCCANN*
Special Assistant Attorney General
JAMES X. QUINN*
Senior Assistant Attorney General
BERINA IBRIŠAGIĆ*
Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  (303) 866-3261
Facsimile:   (303) 866-3261
E-mail:       beth.mccann@state.co.us
                  james.quinn@state.co.us
                  berina.ibrisagic@state.co.us

*Counsel of Record

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 22nd day of November 2010, I electronically filed the foregoing DEFENDANTS' MOTION TO CORRECT COURTROOM MINUTES TO REFLECT THE TRANSCRIPT AND TO RENEW THEIR OFFER TO ADMIT EXHIBITS M-12 AND N-12 INTO EVIDENCE with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| greisens@kinggreisen.com | Blain Myhre |
| riddle@kinggreisen.com | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |

s/ Darlene Hill
_____
Colorado Office of the Attorney General