1408

```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK

JESSE MONTEZ, ET AL.,

     Plaintiffs,

vs.

BILL OWENS, ET AL.,

     Defendants.
```

**REPORTER'S TRANSCRIPT**
Court Trial - Volume XI

Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:06 a.m., on the 23rd day of June, 2010, in Courtroom A802, United States Courthouse, Denver, Colorado.

TRACY WEIR, Official Reporter
901 19th Street, Room A258
Denver, Colorado, 80294
(303) 298-1207

Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

EXHIBIT A

CATHIE HOLST - Cross

1   notified who is coming in and out of the security and let them
2   know they've cleared background and that they can come in.
3   Q    What is Kairos?
4        MS. MCCANN:  For the reporter, it's K-a-i-r-o-s.
5   Q    (By Ms. McCann)  If you don't know, that's fine.
6   A    It's a type of religious service, I believe.
7   Q    All right.  Now, can you look at O-2.
8   A    Yes.
9   Q    What is that?
10  A    This is an excerpt from my personal database that I kept
11  for my department's budget.  It enumerates all of the
12  expenditures for sign language interpreters.
13  Q    For what fiscal year?  If you look on the last page.
14  A    It would have to be '08/'09.  The invoices are 09 and 001.
15  That's my numbering system.  That would be '09.
16  Q    The state's fiscal year runs from July 1st through
17  June 30th, correct?
18  A    Correct.
19       MS. MCCANN:  I move the admission of M-2, N-2 and O-2.
20       MS. GREISEN:  No objection.
21       THE COURT:  They're admitted.
22  Q    (By Ms. McCann) Can you look at what the cost was for
23  2009.
24  A    $159,833.91.
25  Q    Now, could you look at Q-2, which is also in that notebook.