1408

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK

JESSE MONTEZ, ET AL.,

    Plaintiffs,

vs.

BILL OWENS, ET AL.,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
Court Trial - Volume XI

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:06 a.m., on the 23rd day of June, 2010, in Courtroom A802, United States Courthouse, Denver, Colorado.

TRACY WEIR, Official Reporter
901 19th Street, Room A258
Denver, Colorado, 80294
(303) 298-1207

Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

EXHIBIT B

1572

CATHIE HOLST - Cross

1 attended that training. Would that be fair?

2 A   Yes. There was quite a few folks there.

3 Q   Does this roster reflect representation from all of the

4 different facilities throughout the Department of Corrections?

5 A   Yes.

6 Q   And did you actually conduct a second case manager training

7 as well?

8 A   I did.

9 Q   Do you recall when that was or generally when it was?

10 A   I think it might have been around February.

11 Q   Of '09?

12 A   Yes.

13 Q   Would that have involved the same training material that we

14 reviewed in W-5?

15 A   Yes.

16        MS. MCCANN: At this point I would move the admission

17 of -- well, I have A-3, I-3, V-10, X-10, Z-10, V-5, W-5, and

18 X-5.

19        MS. GREISEN: Are those all the ones you referred to?

20        MS. MCCANN: Yes.

21        MS. GREISEN: No objection.

22        THE COURT: They're admitted. Let's recess. Tomorrow

23 morning, please.

24        (Court stood in recess at 4:39.)

25                              **INDEX**