## Darlene Hill - RE: Montez

**From:** T T WEIR <tarweir@q.com>
**To:** Darlene Hill <darlene.hill@state.co.us>
**Date:** 11/17/2010 9:26 AM
**Subject:** RE: Montez

Yes, it was talked about and, yes, it was admitted.  Let me know if if you need anything else.

Thanks.

---

Date: Tue, 16 Nov 2010 16:14:43 -0700
From: Darlene.Hill@state.co.us
To: tarweir@q.com
CC: Berina.Ibrisagic@state.co.us
Subject: RE: Montez

Is it possible to just check on the October 21st day to determine if Exhibit Y-5 was discussed  or admitted?

Darlene S. Hill
Legal Assistant II
Corrections Unit
Civil Litigation & Employment Law
303-866-4168
303-866-5443 fax
darlene.hill@state.co.us


>>> T T WEIR <tarweir@q.com> 11/16/2010 1:56 PM >>>
In the last week I have been slammed with appeals.  Those have to take priority since they have short deadlines.  I don't think I can put those aside at this point to do the transcript for you.  Sorry about that.

Tracy

---

Date: Tue, 16 Nov 2010 11:41:45 -0700
From: Darlene.Hill@state.co.us
To: tarweir@q.com
CC: Berina.Ibrisagic@state.co.us
Subject: Montez

Would it be possible for you to transcribe the October 21st hearing?  We really need it ASAP.  Thanks.

Darlene S. Hill
Legal Assistant II
Corrections Unit
Civil Litigation & Employment Law
303-866-4168
303-866-5443 fax
darlene.hill@state.co.us



EXHIBIT
C