2732

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK

JESSE MONTEZ, ET AL.,

    Plaintiffs,

vs.

BILL OWENS, ET AL.,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
Court Trial - Volume XX

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:05 a.m., on the 7th day of July, 2010, in Courtroom A802, United States Courthouse, Denver, Colorado.

TRACY WEIR, Official Reporter
901 19th Street, Room A258
Denver, Colorado, 80294
(303) 298-1207

Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

EXHIBIT D

JOAN SHOEMAKER - Direct

1    the operations side. Your position appears as one of the
2    deputy directors?
3    A    That's correct.
4    Q    Which we've already discussed. You report to Bob Cantwell?
5    A    Correct.
6    Q    On the third page, this is your actual division that you're
7    in charge of, clinical services?
8    A    Correct. So this shows the chiefs -- the senior management
9    team we talked about this morning, with the chief of
10   operations, chief dentist, administrative support manager,
11   chief medical officer, and the chief of behavioral health
12   listed.
13            MS. MCCANN: I move the admission of Q-12 at this
14   time.
15            MS. GREISEN: No objection.
16            THE COURT: It's admitted.
17            MS. MCCANN: I have other exhibits to admit as well,
18   L-12, B-2, Y, Z, A-2, N-7, N-12, M, as in Mary, 12, K-3, M-3,
19   N-3 and B-4.
20            MS. GREISEN: I have no objection to any, except M-12
21   and N-12, which were newly produced to us, that are compilation
22   exhibits. I would request that the underlying documents of
23   those exhibits be produced to us, so we could examine the
24   evidence.
25            THE COURT: I'll reserve ruling. Your request is

JOAN SHOEMAKER - Direct

1  granted.

2  *MS. GREISEN:* Thank you.

3  Q   (By Ms. McCann) Ms. Shoemaker, let's go back to the
4  discussion of standardization of job descriptions at the
5  Department.  There is an exhibit, R-3, which is on a CD.  It's
6  on our computer.  So if we could get the computer hooked up,
7  we'll have you take a look at that.

8  *MS. GREISEN:* I'm sorry, Beth.  What exhibit is that?

9  *MS. MCCANN:* R-3.

10 Q   (By Ms. McCann) Do you see that up on the screen,
11 Ms. Shoemaker?

12 A   I do.

13 Q   What is that?

14 A   This is the -- a copy of the job descriptions that reside
15 on a shared drive that all staff can get into, and it is the
16 standardized offender job descriptions that are available.
17 There are two file folders on this disk.  One is for
18 Correctional Industries and one is the general facility job
19 descriptions.  So the one that is pulled up is the cook job
20 description that we talked about this morning.

21 Q   All right.  At the top, under "Qualifications," it lists
22 what they need to qualify?

23 A   Yes.  This one says that, the qualification is, they must
24 produce a food handler's certificate, which is a process.
25 They're reviewed by clinical services to make sure they don't