IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No: 92-CV-870-J.L.K.

JESSE MONTEZ, et. al.
Plaintiff,

Vs.

Bill Owns, et. al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 23 2010

GREGORY C. LANGHAM
CLERK

---

Claim No: 03-215

Category III

Claimant: GORDON RAYMOND REUELL, II  #80544
Address of Claimant: Ft. Lyon P.O.Box 1000, Ft. Lyon, Co.   81038

---

### CLAIMANT'S REQUEST FOR INFORMATION ON LAST COURT ORDER

---

    COMES NOW, GORDON RAYMOND REUELL, II, #80544, Pro-Se and indigent. Request this Honorable Court inform this Claimant of the letter and Motion that was sent to the Montez Counsel; dated 20th Day of October 2010. The Claimant wishes to object to thye Special Mater's Order. He does not know what the letter and the Motion is. The only Motion is outstanding for ruling is the Objection filed 18th day of August, 2010. Claimant states the following:

1.     The Counsel for Claimant's do not respond to letters or any kind of communication.

    WHEREFORE, this Claimant prays this Honorable Court will provide the information that was requested above.

Dated: 19 November, 2010

Respectfully Submitted,

/s/ Reuell, II
Claimant

## CERTIFICATE OF SERVICE BY MAILING

I, certify that on this <u>19th</u> day of <u>NOVEMBER</u>, 2010, that a true and correct copy(s) of the above and foregoing "CLAIMANT'S REQUEST FOR INFORMATION ON LAST COURT ORDER" was deposited in the United States Mail, postage prepaid, and addressed to the following parties:

1. Judge John L. Kane
   Clerk of the United States District Court
   901 19th Street
   Denver, Co.   80294

2. King & Greisen, LLp
   Attn: **DON**
   1670 York Street
   Denver, Co.   80206

*[signature]*

**Colorado Department Of Corrections**

Name: GORDON R. REUELL, II
Register Number: 80544
Unit: F.L.C.F.
Box Number: 1000
City, State, Zip: Ft. Lyon, Co. 81038

Clerk of the United States District Court
Judge John L. Kane
901 19th Street
Denver, Colorado 80294



neopost
N046J8101 0856
11/22/2010
$00.61⁰
Mailed From 81054
US POSTAGE