ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSS MONTEZ, et al
Plaintiff

v.

BILL RITTER, et al.
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 26 2010

GREGORY C. LANGHAM
CLERK

---

Claim No. 03-377
Category III
Claimant: Ronald Cordova, #57350
Address: SCF, Unit 2-A, P.O.Box 6000, Sterling, Co 80751

---

MOTION FOR COURT ORDER, C.D.O.C TO COMPLY WITH MONTEZ REMEDIAL PLAN
OF AUGUST 27, 2003

---

Comes Now, the Plaintiff, Ronald Cordova, claim No. 03-377 ask this Court for an Order, for the Colorado Department of Corrections, and its medical dept. to comply with the agreements of the Montez et al., Remedial Plan of August 27, 2003 to comply with all agreemnets and Stipulation thereof: As for grounds;

1. The Plaintiff, has tryed over an over to contact Class counsel regarding CDOC non-compliance with Remedial Plan and its agreemnets, but has never received any responses on this issue and appeals issues.

2. Therefore, Plaintiff has no other course, but to file his own motion and to preserve the issue for appeal. Since this court and class counsel refuses to comply with the holding in McNeil v. Guthrie, 945 F2d 1163, (10th Cir. 1991).

3. Class Counsel has a continuing duty to represent class members, pursuant to McNeil, supra. And to represent those clients zealousely according to Code of professional conduct, and its standards. No where in those standards does it say that representation is only limited to criminal cases., but civil also.

4. This Court has jurisdiction to order compliance to the agreements of the Montez et al. Remedial Plan.

5. Thus, the district court must constantly scrutinize class counsel to determine if counsel is adequately protecting the interest of the class. No. Am. Acceptance Corp. Se. cases v. Arnall, Golden & Gregory, 593 F2d 642, 645, (5th cir. 1979) See also Gulf Oil Co., v. Bernard, 452 US 89, 101 SCt 2193, 2200 (1981).

6. If representation is inadequate, and the court of its own initiative has not done something about the inadequate representation, class members have two

avenues of relief mentioned in McNeil, supra. The individual class member may seek to intervene in the class action. Gillespie v. Crawford, 858 F2d at 1102-03 and Guthrie v. evans, 815 F2d at 628.; Green v. McKaskle, 770 F2d at 446-47.

7. The Plaintiff has been continully subjected to discrimination by SCF-Medical department and the ADA Inmate Coordinator Marshall Griffith and its designated staff.

**Pursuant to the Remedial Plan of August 27, 2003:**

Page 20 Section C. Possession of Health care Appliances: "in pertinent part

"No inmate shall be deprived of a health care appliance that was in the inmate's possession upon entry into the DOC system or was properly obtained while in DOC custody...."

8. Colorado DOC has failed to abide by these agreements as well as the Attorney general office, of John Suthers, and class counsel King & Griesen and the U.S. District Court.

9. The Plaintiff, Ronald Cordova, 57350 upon arrival into DOC had knee braces on both knees for his mobility disability. And since has been examined by Dr. Jacob Patterson a speacialist in Orthopedics. and ordered a hinged knee brace. Plaintiff has been subjected to constant retaliation for his disability and all knee braces have been taken and COPD charges have been filed against me.

10. The Plaintiff contend's that class counsel is inadequate, and DOC/medical have been in non-compliance with the Remedial Plan. And that all parties to the agreements are obligated to up-hold those agreements by law. Also, Plaintiff alleges the conduct of Marshall Griffith and all other AIC staff is willful discrimination, wantonly and criminal to cause harm.

Wherefore the Plaintiff prays this court will honor the agreements stipulated to in the Remedial Plan and all other stipulation. And issue its order for DOC to comply with page 20 of Remedial Plan, and to fine DOC in comtempt for failure to come in compliance. (see attached Grievance Step I and II) its response.

November 20, 2010

Respectfully

*Ronald Cordova*
Ronald Cordova, 57350
SCF      Unit 2-A-1-15
P.O.Box 6000
Sterling, Co 80751

NOV 18 2010

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes XX No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes X No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No X
Date received by case manager: 10-12-10    Case Manager: _Sakull_

OCT 13 2010

Grievance Number  D-SF10/11-062 -2    STEP (Circle One)  1 **2** 3

Step II

NAME: Cordova, Ronald    DOC NO. 57350    FACILITY/UNIT/POD SCF-2

AC 17

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Subject of grievance: Discrimination under American with Disability Act of 1990. Step I response is inadequate and in violation of Montez et al remedial Plan Agreements by both party counsels and signed by Judge J. Kane. This ia binding agreement made by all partie involved. According to Remedial Plan, I was to keep my knee braces in accordance to page 20 Because I came into DOC with knee braces and they were a prescribed treatment by a doctor. I also was issued new knee braces when i came through D.R.D.C. and was also prescribed a hinged brace by Dr. Patterson in 2001. Medical and DOC staff have failed to abide by the aggreement of the Remedial Plan. Case law also supports the fact, to deny me knee braces because of your deliberate Discrimination is a violation of ADA. Also my prgress and participation in GED class has nothing to do with my condition. Because I still need my knee braces, I never know when my knees will give out. being in class does not heal or cure me of my disability. My disability stays with me whereever i go. And I will always need me knee braces. The conduct of Marshall Griffith is deliberate discrimination and to cause me further harm. Relief: Comply with Montez et al., Remedial Plan. and order new knee braces since they have never been returned.

**TO BE COMPLETED BY OFFENDER:**
DATE: 10-10-2010    OFFENDER SIGNATURE: Ronald Cordova

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA
DATE: 10/13/10    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Beason 11918

Date ADA grievance sent to AIC: 10/13/10

**RESPONSE**
RECEIVED    SEE ATTACHED RESPONSE dated November 1, 2010.

OCT 19 2010

Office of Correctional
Legal Services

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
|---|---|---|
| 10/19/2010 | Joan M Ohrenak  #26695 | 11-1-10 |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 11-19-2010    OFFENDER SIGNATURE/PRINT NAME & DOC # R. Cordova 57350  R. Cordova

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:  (719) 579-9580
Fax:      (719) 226-4755
Web:    www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

## MEMORANDUM

To:     Offender Cordova, #57350

From:  Joan M. Shoemaker
         Deputy Director of Prisons, Clinical Services

Date: November 1, 2010

RE: Step 2 grievance D-SF10/11-062

On September 20, 2010, you filed a Step 1 grievance in which you request the return of your knee braces. On September 23, 2010, your Step I grievance was denied. On October 13, 2010, you filed a Step 2 grievance in which you requested the Department to comply with the Montez Remedial plan and to order new knee braces for you.

Your Step 2 grievance denied for the following reasons:

The Department complied with the Montez Remedial plan and conducted a screening process by using criteria agreed to by the attorneys for the Montez plaintiff class and the Department of Corrections. The physicians employed by the Department are fully licensed as required by the State of Colorado and are competent providers. A qualified DOC provider screened you for disabilities on July 22, 2009 and there is no evidence that your disability screening was not complete or correct. This criterion indicates that you are not mobility impaired.

You were identified as a member of the ADA Montez class as indicated by the AIC on August 4, 2009. A Special Master ordered that you have a mobility disability, however, the Final Order does not provide for any assistive devices to include knee braces. Arthritis is a condition many people get in their knees as they age. Your medical record supports a finding of mild arthritis in your knees. The best solution for arthritis is to move the joint daily. You are encouraged to address further medical problems with the Clinical Services at your facility. Your Step II request for knee braces is denied.

A.D.A.

OCT -5 2010    DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 9-10-10    Case Manager: S. Huel

Grievance Number D-SF1011-067-1    STEP (Circle One) ① 2 3

SEP 20 2010

| NAME Ronald Cordova | DOC NO. 57350 | FACILITY/UNIT/POD 2-A |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Subject of Grievance: Discrimination under Americans with Disability Act of 1990. On August 19, 2010 I was denied the benefits of services, programs, or activities covered by A.D.A. and Remedial Plan under Montez et.al. By AIC Office, Marshall Griffith As an Mobility disabled inmate, pursuant to 42 § 12102 I am entitle to reasonable accommodation to assist with the benefit of auxiliary aids (knee Braces) which I have had since I first came into D.O.C. and have had issued new braces in 1993 at Denver Diagnostict Reception Center. And By doctor Patterson in November 14, 2001. According to page 20 of Remedial Plan no inmate will be deprived of his health care appliance that was in his possession upon entry in to D.O.C....etc. Pursuant to page 11 and 17 Everyday Living Assistance, an inmate will be provided aids to assist the inmate., this includes auxiliary aids. Pursuant to the aggrements by all parties to Montez et al., and signed by Judge J. Kane. I have had my knee braces taken away two times under COPD disciplinary reports and found guilty of having prescribed treatment. I use my knee wraps daily to support my unstable knee. Pursuant to page 25 XXVI Health Care Status Determination: Marshall Griffith is denying me the right Participate in work, educations or other programs, by denying me knee braces that have been prescribed by a doctor, not a P.A., who is unqualified to make any determination regarding "orthopedic's." I need my knee braces and most the time I could have used a cane. I never know when my knees will just give out. I suffer with pain daily. And receive "NO" medical care or treatment for the pain. Because Medical puts cost above the the inmates serious medical needs. I have had to use knee braces for over 40 years. And now have been subjected to deliberate discrimination. RELIEF: replace my knee braces.

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: 9-9-2010 | OFFENDER SIGNATURE Ronald Cordova | |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Staff Conduct ADA | | |
| DATE: 9/20/10 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # J Beason 11918 | |
| Date ADA grievance sent to AIC: | 9/21/10 | |

**RESPONSE**

RECEIVED    **SEE ATTACHED RESPONSE**

SEP 23 2010

Julie Russell #5821
Office of Legal Services
AIC-ADA Inmate Coordinator    9-28-10

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 9/23/10 | RESPONDER, DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # 14298 | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: 10-7-2010 | OFFENDER SIGNATURE/PRINT NAME & DOC # R. Cordova  R. Cordova 57350 | |

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Response to Step 1 ADA Grievance
From:  Marshall Griffith, Designee *MG*
       Office of the AIC (ADA Inmate Coordinator)
Received Grievance: 9/23/10
Sent Response: 09/28/10
Offender Name:  Cordova, Ronald
DOC No:  57350
Facility:  SCF
Grievance No: D-SF10/11-062

Aristedes W. Zavaras
Executive Director

---

**DISABILITY STATUS: Pursuant to Accommodation Resolution dated 8/3/09 you were determined NOT TO HAVE a qualifying vision disability. Pursuant to Accommodation Resolution dated 8/3/09 you Are a diabetic**
**Per Final Order of Special Master you have been found TO HAVE qualifying lower extremity mobility. Accommodation Resolution dated 8/3/09**
**In the grievance referenced above, you allege the following:**
1. On 8/19/10 you were denied benefits of services, programs, or activities covered by ADA and the Montez Remedial Plan by Marshall Griffith. As a mobility disabled offender you are entitled to reasonable accommodation to assist which in this case are knee braces. You've used knee braces for over 40 years. You now use knee wraps to support your unstable knee. You need knee braces.
**Requested Relief/Remedy:**
1a. Replace your knee braces.
**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. When you cite the date 8/19/10 I assume you refer to the contact with your GED Teacher in which you claimed that you could not participate in the GED class without a cane or knee braces. You've grieved the issue of a cane and knee braces before but not in the context of participation in a specific program such as GED. You are currently enrolled in GED and progressing satisfactorily.
3. You've been screened for mobility disability. The CMO determined you do not have a mobility disability and did not require the use of a cane or knee braces.
4. The Special Master found that you are mobility disabled and this finding is indicated on your Accommodation Resolution. However the Final Order of Special Master does not provide you with any assistive devices either.
5. Your request for a cane and or knee braces can only be addressed by Clinical Services.
6. You are not being denied access to DOC programs, services, or benefits. Your request for a cane and or knee braces is denied at this time.
**CONCLUSION:** This grievance is denied based upon the above information.
**GRIEVANCE DENIED**