LEGAL MAIL

TO: CLERK OF THE COURT

FROM: CORTEZ E. WALKER

DATE: NOV. 28, 2010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 3 0 2010

GREGORY C. LANGHAM
CLERK

RE: MONTEZ V. RITTER, ET.AL. CIVIL ACTION NO. 92-CV-00870-JLK.

AFFIDAVIT OF CORTEZ E. WALKER

I, CORTEZ E. WALKER, AFFIRM:

1- ON OR AROUND NOV. 10, 2010 CASEMANGER AT SCCF MICHELL JURADO GAVE ME MY ADA YELLOW PAPERS THAT EXPLAIN THAT I CORTEZ WALKER, BECAME A CLASS MEMBER OF THE ABOVE CIVIL CASE.

2- ON NOV. 17, 2010 A STAFF MEMBER AT SCCF ASK ME TO SIGN SOME ADA PAPERS AND HE ALSO ASK ME TO PUT ANOTHER DATE OTHER THAN THE DATE I SIGNED MY NAME ON NOV. 17, 2010. I REFUSED TO PUT A BACK LOGGED DATE, TO PREVENT ME FROM COMMITTING FRAUD. I DID SEE THIS OFFICER PUT ANOTHER DATE ON THE WITNESS PART OF THIS ADA PAPER.

3- On Nov. 17, 2010, I was taken to the Rocky Mountain Eye Center. I was told by the Eye Doctor that I have nerve damage in my left eye. I'm not getting treatment on this matter.

4- On Nov. 18, 2010, I sent a letter to the AIC and Attorney Paula Greisen in regard to staff at this facility trying to get me to committe fraud and lie about putting another signed date on the ADA papers.

5- The medical staff at this SCCF facility have charge me for diabetic and nerve damage follow ups that relate to me being a diabetic.

6- The SCCF medical staff have also failed to realize that I also have a disability that deals with the dry dead skin on my feet which also requires me to wear special shoes that won't cause my feet to be off balance along with my body and hite. I have filed a step one, two, and three grievance on these matters.

7- I HAVE WRITEN KITES REQUESTING THAT I BE CREDITED FOR CHARGING ME FOR DIABETIC, FOLLOW UPS AND NERVE DAMAGE CHRONIC PAIN THAT RELATES TO ME BEING A DIABETIC AND STAFF HAVE STILL REFUSED TO CREDIT MY PRISON ACCOUNT.

8- I ASK THAT THIS COURT PLEASE ORDER THAT THE MATTERS EXPLAIN IN THIS AFFIDAVIT BE INVESTIGATED BY A SPECIAL MASTERS ASIGNED IN THE ABOVE CASE NUMBER.

FURTHER AFFIANT SAYNOT:

NOV. 28, 2010
(DATE)

By: C.E.W
Cortez E. Walker #56375