IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.,

      Defendants.

───────────────────────────────────────────────

Claim Number 03-215
Category III
Claimant: Gordon R. Reuell, II, #80544
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

───────────────────────────────────────────────

## FINAL ORDER OF SPECIAL MASTER
───────────────────────────────────────────────

      THIS MATTER comes before the Special Master on the pleading of Claimant Gordon Reuell. *Document #4920*. In that pleading, Claimant requests information "concerning the last court order."

      Claimant will be provided a copy of Judge Kane's order of March 23, 2010. In that order, Judge Kane ruled that no additional *pro se* motions or claims could be filed after April 15, 2010. That date was extended to April 30, 2010. This means that no individual pleadings can or will be accepted for filing after this date. Claimant's most recent filings fall into that category.

      In addition, Claimant had previously filed a claim that was adjudicated on August 3, 2010. Special Master Pringle dismissed the claim, finding that Claimant had failed to establish all elements of his claim. Judge Kane's March 23, 2010 order precludes the filing of a separate claim for anything that may have occurred after August 27, 2003.

      Claimant may choose to seek assistance from class counsel. Claimant also may file a separate lawsuit under the ADA and Rehabilitation Act for anything that has occurred since August 27, 2003. Claimant cannot pursue on his own any motion or additional claim through this case.

      IT IS HEREBY ORDERED that Claimant will be provided a copy of Judge Kane's order of March 23, 2010; and

IT IS FURTHER ORDERED that the motion of Claimant is denied and referred to class counsel for such action as is deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 7, 2011.**

SIGNED this 3rd day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master