IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion to the Court dated November 20, 2010. *Document #4921.* Claimant's motion will be forwarded to class counsel pursuant to Judge Kane's order of March 23, 2010.

      Claimant is advised that the compliance hearing has concluded after nine weeks of testimony. Judge Kane has given class counsel and counsel for Defendants until April, 2011 in which to submit proposed findings of fact and conclusions of law. Many of the issues Claimant complains about were discussed during the compliance hearing.

      Claimant is advised that future pleadings will be handled in the same fashion. The March 23, 2010 order precludes further action of any sort on this motion or other *pro se* motions.

      IT IS HEREBY ORDERED that Claimant's motion will be forwarded to class counsel for such as action as is deemed appropriate.

      SIGNED this 3rd day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master