IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number X-421
Category: Untimely Filed Claim
Claimant: Christopher Williamson, #59765
Address of Claimant: BVCF, P.O. Box 2005, Buena Vista, CO 81211-2005

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the claim of Christopher Williamson (Claimant). Defendants have filed an objection to the claim. Claimant and class counsel were granted up to and including November 22, 2010 in which to file a response to the objection of Defendants. Class counsel has filed a general response requesting that the claim be processed. Claimant has filed nothing further in support of his claim.

    Claimant telephoned the office of the Special Master on April 19, 2010. He requested a claim form. That was provided to Claimant. The completed claim form was received at the office of the Special Master on June 9, 2010. The Special Master began processing the claim, as Claimant had requested the appropriate forms prior to April 30, 2010.

    The completed claim form alleged that Claimant was mobility impaired and vision impaired. Claimant responded to the question of when he became disabled by responding "in 2003?." He alleged further that he was blind in his right eye due to a loss of vision caused by a cataract. As to his mobility impairment, Claimant stated that he had problems with his feet and ankles. Claimant alleged that he was the victim of discrimination prohibited by the ADA, but he was unsure of the date.

    Defendants filed an objection to the claim and requested that it be dismissed. Defendant raised a number of reasons for dismissal, but only two need be discussed. Defendants have argued

that Claimant has failed to establish that he was the victim of any discrimination on or before August 27, 2003. As noted, Claimant said that he was unsure of the date when the discrimination took place. Second, Defendants have submitted an accommodation resolution which reflects that in December, 2009 Claimant was determined not to be vision impaired. Defendants have argued that there is no jurisdiction over this claim.

Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Defendants have raised two significant issues related to the jurisdiction of the Special Master over this claim. Claimant has not responded in any way to these issues. The Special Master must have sufficient information to allow this claim to proceed to a hearing. In this case, Claimant has not provided a date when he was discriminated against by DOC staff. More importantly, he has submitted nothing to rebut the accommodation resolution that is silent as to the claimed mobility impairment and has found no vision impairment. The Special Master does not have jurisdiction over his claim.

IT IS HEREBY ORDERED that the claim of Christopher Williamson is dismissed, as Claimant has not established that he was the victim of discrimination on or before August 27, 2003 and has not established that he was disabled, as defined by the Remedial Plan, on or before that date; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 7, 2011.**

SIGNED this 3rd day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master