IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number X-481
Category: Untimely Filed Claim
Claimant: Jesse Roberts, #47894
Address of Claimant: SCCF, P.O. Box 03, Pueblo, CO 81003

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the claim of Jesse L. Roberts. Defendants have filed an objection to the claim. Claimant and class counsel were granted up to and including November 22, 2010 in which to file a response to the objection. Class counsel has filed a general response requesting that the claim be adjudicated. Claimant has filed nothing further.

      Claimant filed a letter with the Special Master that was received on April 30, 2010. The letter was treated as a claim. A formal claim form was provided to Claimant. The form was completed and returned to the office of the Special Master. In that claim form, Claimant alleged that he was diabetic and vision impaired. He alleged that he became disabled in 1998. He further stated that he was the victim of discrimination prohibited by the ADA in 2001 for his vision impairment and in 2003 for diabetes.

      Defendants' objection raised a number of issues, but only two need to be discussed. First, Defendants note that Claimant never requested any accommodations for either diabetes or vision impairment. Defendants have not diagnosed Claimant as being diabetic or having a vision problem. The medical records reflect a diagnosis of hypoglycemia, but not diabetes. Further, Defendants believed that the hypoglycemia was resolved as of November, 2008.

      Second, Defendants note that Claimant has not alleged that he was the victim of any form of discrimination before August 27, 2003. Claimant alleges that DOC discriminated against him by

not finding his condition of hypoglycemia to be on-going. The diagnosis of hypoglycemia was withdrawn in November, 2008.

Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Defendants have raised two significant issues related to the jurisdiction of the Special Master over this claim. Claimant has not responded in any way to these issues. The Special Master must have sufficient information to allow this claim to proceed to a hearing. In this case, Claimant has not provided sufficient information to establish that he was the victim of discrimination on or before August 27, 2003. In fact, the opposite is the case, as Claimant's reference to the discriminatory act relates to something that occurred two years ago. More importantly, he has submitted nothing to establish that he was disabled on or before August 27, 2003. The Special Master does not have jurisdiction over his claim.

Claimant retains the right to file his own separate lawsuit. Claimant may not pursue his claim in this case.

IT IS HEREBY ORDERED that the claim of Jesse L. Roberts is dismissed, as Claimant has not established that he was the victim of discrimination on or before August 27, 2003 and has not established that he was disabled, as defined by the Remedial Plan, on or before that date; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 7, 2011.**

SIGNED this 3rd day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master