IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Lawrence W. Fitzgerald, #66345, Claim # 01-076)

    Plaintiffs, as representatives of themselves and all others similarly situated,
v.

**BILL RITTER, et al.,**

    Defendants.

---

### ORDER re Doc. 4924 - CLAIMANT'S RESPONSE (OBJECTION/APPEAL) OF DISMISSAL OF HIS AMENDED COMPLAINT AND CLAIMANT'S RESPONSE OF DISMISSAL OF CLASS COUNSEL REPRESENTATION

Kane, J.

DOC inmate Lawrence W. Fitzgerald filed this objection/appeal to the Special Master's November 3, 2010 Order (Doc. 4902) rejecting his request that Montez class counsel be ordered to assist him in amending his Section XXXII remedial plan claims to pursue "amended claims regarding his constitutional rights" premised on assertions that DOC staff have shown "deliberate indifference to his medical care for the last 20 years" related to heart failure he says he experienced in 2002. Such a claim is beyond the scope of the Montez class action and the Remedial Plan into which the DOC entered to settle that action, and Mr. Fitzgerald's objection/appeal states no grounds for reviewing or overturning the Special Master's Order. Mr. Fitzgerald is free, as is any DOC inmate, to initiate an individual action consistent with law and the Rules and forms of this court seeking relief for an alleged constitutional violation, but he may not do so in the context

of the Montez Remedial Plan or the pending class claims for injunctive/systemic equitable relief in accordance with the Plan.

Mr. Fitzgerald's Response (Objection/Appeal) of the Special Master's November 3, 2010 Order (Doc. 4902) is OVERRULED, and the Order AFFIRMED.

Dated December 6, 2010.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Lawrence W. Fitzgerald, #66345, PO Box 6000, SCF