IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL RITTER, *et al.,*

Defendants.

---

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CORRECT COURTROOM MINUTES TO REFLECT THE TRANSCRIPT AND TO RENEW THEIR OFFER TO ADMIT EXHIBITS M-12 AND N-12 INTO EVIDENCE**

---

Attorneys for the Plaintiff Class, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, and Edward T. Ramey, Lara E. Marks, and Blain D. Myhre of ISAACSON ROSENBAUM, PC, hereby file this Plaintiffs' Response To Defendants' Motion To Correct Courtroom Minutes To Reflect The Transcript And To Renew Their Offer To Admit Exhibits M-12 And N-12 Into Evidence (hereafter "Defendants' Motion").

1. This response is in regards to the Defendants' Motion [Doc. No. 4919], filed on November 22, 2010. In their Motion, Defendants seek to have the admission of certain Defendants' Exhibits accurately reflected in Court room minutes. Defendants also seek to admit two exhibits that were discussed during the compliance hearing.

1

2. Plaintiffs do not object to Defendants' Motion with respect to the following exhibits, as the admission of these exhibits is documented in the hearing transcripts: Exhibits M-2, N-2, O-2, V-5, W-5, X-5, Y-5, and Z-10.

3. Plaintiffs do object, however, to Defendants' effort to admit compilation exhibits M-12 and N-12. These exhibits were created by the Defendants during the trial and never previously produced to Plaintiffs' counsel. They were offered by Defendants during the direct examination of Joanie Shoemaker. Although Plaintiffs' counsel did question Ms. Shoemaker about Exhibit M-12 during cross examination, prior to that examination, counsel did not have the benefit of reviewing the underlying documents. Plaintiffs objected to the offering of these compilation exhibits as the underlying information had never been produced to Plaintiffs' counsel. The Court reserved ruling on Plaintiffs' objection and ordered Defendants to produce the underlying documents. *See Attachment A,* Transcript 2807: 20-25, 2808:1.

4. In their Motion, Defendants admit their failure to renew their offer to have M-12 and N-12 admitted into evidence. Had Defendants renewed their offer during the hearing, Plaintiffs' counsel would have conducted *voir dire* on the exhibits with the individuals who prepared the exhibits to offer impeaching evidence. In reliance on the fact that Defendants did not renew their motion for admission of these exhibits, Plaintiffs did not conduct this examination. Accordingly, Plaintiffs' object to Exhibits M-12 and N-12 being admitted into evidence after the conclusion of the compliance hearing.

WHEREFORE, Plaintiffs do not oppose the admission of Defendants' Exhibits M-2, N-2, O-2, V-5, W-5, X-5, Y-5, and Z-10 and respectfully request the Court deny Defendants' motion to admit Exhibits M-12 and N-12.

Respectfully submitted this 8th day of December, 2010.

             KING & GREISEN, LLP

             */s / Paula Greisen*
             Paula Greisen
             Jennifer W. Riddle
             1670 York Street
             Denver, CO 80206
             (303) 298-9878
             (303) 298-9879 (fax)
             greisen@kinggreisen.com
             riddle@kinggreisen.com

             Edward T. Ramey
             Lara E. Marks
             Blain D. Myhre
             Isaacson Rosenbaum, PC
             1001 17th St., Suite 1800
             Denver, Co. 80202

             Attorneys for Plaintiff Class

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of December, 2010, I electronically filed the foregoing PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CORRECT COURTROOM MINUTES TO REFLECT THE TRANSCRIPT AND TO RENEW THEIR OFFER TO ADMIT EXHIBITS M-12 AND N-12 INTO EVIDENCE with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
James X. Quinn
Berina Ibrisagic
Attorney for Defendants
Colorado Attorney General's Office

1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
beth.mccann@state.co.us
james.quinn@state.co.us
berina.ibrisagic@state.co.us

                                          */s/ Laurie Mool*
                                          Paralegal
                                          King & Greisen, LLP