IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's response to the dismissal of his amended complaint. *Document #4924*. Since that dismissal was by order of Judge Kane, this pleading will be referred to Judge Kane.

    Claimant is reminded that this case is one brought under the Americans with Disabilities Act. It is not a medical malpractice case or an Eighth Amendment case concerning denial of medical care. Claimant may file his own lawsuit concerning the quality of medical care that he has received while in DOC custody. On April 11, 2005, the United States Court of Appeals for the Tenth Circuit ruled that the ADA and Rehabilitation Act are not available for claims of substandard medical treatment. *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134, 1143 (10th Cir. 2005). What Claimant requests cannot be done by the Court in this case.

    IT IS HEREBY ORDERED that Claimant's response will be treated as an objection to the dismissal of his amended complaint and will be referred to Judge Kane for action.

    SIGNED this 10th day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master