IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 03-007
Category III
Claimant: Timothy Wayne Moses, #107837
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

**FINAL ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's letter of November 29, 2010. This letter will be treated as a new claim under Article XXXII of the Remedial Plan.

    Claimant has filed a letter previously that was treated as a new claim. As Claimant was advised in a prior order, Judge Kane has precluded action on any *pro se* filings in this case, if the pleading was filed after April 30, 2010. Claimant's letter will be forwarded to class counsel. Claimant retains the right to file his own separate lawsuit.

    IT IS HEREBY ORDERED that the letter of Timothy Wayne Moses, being treated as a new claim, is dismissed; and

    IT IS FURTHER ORDERED that a copy of the file maintained by the Special Masters will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 14, 2011.**

    SIGNED this 10th day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master