IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

BILL RITTER, et al.

     Defendants.

_____

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on Claimant's motion for status review hearing and order of the Court. *Doc. #4934*. Claimant has made a request for monetary damages and soft soled footwear.

Claimant expresses frustration in his motion due to the lack of what he perceives to be appropriate medical care. Claimant correctly notes that the Special Master ruled in his favor after a hearing in October, 2009. That order was reversed by Judge Kane. Claimant requests a review of that order or a review of recent actions by DOC staff.

Judge Kane issued an order on March 23, 2010 prohibiting any further *pro se* motions or filings after April 16, 2010. That date was extended to April 30, 2010. Judge Kane directed that all *pro se* motions be forwarded to class counsel for such action as may be deemed appropriate. A copy of the March 23, 2010 order will be provided to Claimant.

Under the March 23, 2010 order, the only jurisdiction that exists is to dismiss the motion and refer it to class counsel. The entire claim process under Article XXXII of the remedial Plan is drawing to a close. Claimant retains the right to pursue his own separate lawsuit under the ADA and/or Eighth Amendment. Pursuant to the March 23, 2010 order, Claimant, as well as others similarly situated, may not file any additional claims or motions.

IT IS HEREBY ORDERED that the motion of Raymond Goodloe is denied;

SIGNED this 10th day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master