---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

Plaintiffs,

-vs.-

BILL OWENS, et al.

Defendants.

---

Claim Number 03-135
Category III
Claimant: Mark N. Johnson, #66287
Address of Claimant: Unknown

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

THIS MATTER came before the Special Master for hearing on December 13, 2010. The hearing was held at the office of Legal Resolution Center, 600 17th Street, #2800, Denver, Colorado. Ms. Deann Conroy, attorney at law, appeared for Defendants. Claimant did not appear nor did he contact the office of the Special Master.

Claimant previously filed a claim that was adjudicated on November 10, 2005. The Special Master ruled in favor of Claimant and directed DOC to provide Claimant with soft sided shoes. Claimant filed a motion seeking enforcement of the final order. Claimant was still incarcerated in a DOC facility. The motion was set for hearing and then continued and reset, once Claimant was released on parole. Claimant never provided an updated mailing address after he was released. The only address that the Special Master ever received was that of the parole officer of Claimant.

Claimant was discharged from parole and his sentence. He is no longer in DOC custody. He has provided no address at which he can be sent mail. The burden is upon Claimant to establish non-compliance with the final order. Claimant did not appear for his hearing and has established nothing. The motion will be dismissed with prejudice, and the claim will be closed.

IT IS HEREBY ORDERED that the motion for compliance of Mark N. Johnson is denied and dismissed; and

      IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 21, 2011.**

      SIGNED this 17th day of December, 2010.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master