

JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

September 27, 2010

Paula Greisen
King & Greisen
1670 York St.
Denver, Co. 80206

RE:    Exhibit N-12

Dear Paula:

At the conclusion of the hearing, Judge Kane ordered us to provide you with the backup material for Exhibit N-12 which is a listing of diabetic offenders currently and previously housed at AHCC. Enclosed is the backup material.

The Exhibit was prepared by Lisa Sanchez who is an administrative assistant to Joanie Shoemaker. She used a diabetic offender list from DCIS (diabetics identified by a medical code), a list provided by HAS Dolores Montoya from the Canon Minimum Centers, a list from the AIC office, and the AIC database. She also used a list of all the diagnostic levels for those offenders. She only used the pages from the DCIS list that included minimum level facilities.

Lisa started with the DCIS list of current AHCC diabetic offenders and cross checked it with the AIC's list of confirmed ADA offenders at AHCC. She checked the AIC list to determine the ones that were diabetic. Then she cross-checked the list with Dolores's list. She then pulled a list from the AIC database of all offenders who had AR's confirming them as diabetic and checked their movement histories to see if they had been at AHCC in the last several years and added them to her list if they had been. She only included the date the offender was most recently assigned to AHCC.

Attached are materials used by Lisa:

1) An email from Lisa to me containing an email from Ed Olivares from BT attaching the search criteria (codes) used to identify diabetic offenders on DCIS. By including the email, we are not waiving attorney-client privilege except as to that particular email.
2) Memo from Dolores Montoya HAS to Joanie Shoemaker dated June 14, 2010.
3) Email from Joanie to Lisa dated 6/14/10 with other emails noted
4) Five pages labeled: "Movement Query Current MV 6/14/2010"



Montez v. Ritter
92-CV-870-JLK
Exhibit C

Page 2

5) Five pages of Diabetic Inmate Report 6/14/2010 (this is the DCIS report – only for minimums)
6) One page of Clinical Report – Diagnostic Levels by Offender – 7//14/2010
7) Twenty – one pages of AIC database – the crossoffs were made by Lisa as she compared various lists
8) Four pages of Main ADA Offender List dated 6/28/2010.

          Sincerely,

          FOR THE ATTORNEY GENERAL


          ELIZABETH H. MCCANN
          Assistant Attorney General
          Civil Litigation and Employment Law Section
          (303) 866-3261
          (303) 866-5443 (FAX)
          Email:  beth.mccann@state.co.us

AG File:        DOCUMENT2