IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number X-264
Category: Untimely Filed Claim
Claimant: Reynaldo Villa, #132385
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## FINAL ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter and attached documents submitted by Claimant. In the letter, Claimant seeks assistance in obtaining medical care and accommodations for his claimed disabilities.

      Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims from inmates who were not in DOC custody on or before August 27, 2003. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any further *pro se* motions in this case.

      IT IS HEREBY ORDERED that the letter of Reynaldo Villa, being treated as a motion, is denied for lack of jurisdiction; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 28, 2011.**

      SIGNED this 23rd day of December, 2010.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master