IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

>Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

>Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendant's Motion to Correct Courtroom Minutes to Reflect the Transcript and to Renew Their Offer to Admit Exhibits M-12 and N-12 Into Evidence (doc. #4919), filed November 22, 2010 is **GRANTED** in all respects.

Dated:  January 5, 2011