```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX034236
Cashier ID: sg
Transaction Date: 01/06/2011
Payer Name: STATE OF COLORADO

PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $2.64

PAPER CHECK CONVERSION
 Check/Money Order Num: 209697
 Amt Tendered:  $2.64

Total Due:         $2.64
Total Tendered:    $2.64
Change Amt:        $0.00
```

MONTHLY PYMT ON APPEAL

A fee of $45.00 will be assessed on any returned check.

08-1399