IN THE UNITED STATES DISTRICT COURT FOR COLORADO

901-19th Street, Room A105
Denver Colorado 80294-3589

Civil Action No. 92-CV-870-JKL

JESSE MONTEZ, et al.,
    Petitioner

V.

BILL RITTER, et al.,
    Respondent:

Filed
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2011

GREGORY C. LANGHAM
CLERK

Attorney or Party Without Attorney (Name and Address)

Robert Meyers DOC No. 46985
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700

## WITNESS LIST FOR INTIAL HEARING
## SET ON February 16th 2011
## FOR ROBERT MEYERS CLAIMANT CLAIM No. 03-490

Comes Now the Claimant through his Motion Pro-se requesting the Court to issue an order to the Clerk of the Court to issue a Summons to Appear at his hearing on grounds as follows: to Doctor Louis Cabiling M.D. and Julia Regan Optometrist for CCA

1. Doctor Louis Cabiling is the Claimants Current Medical Doctor.
2. Doctor Julia Regan is the Claimants current Optometrist
3. Both Doctors can testify to the current Medical condition and needs of the Claimant because they currently treat him.

Respectfully Submitted this 5Th day of the JAN month 2011 C.E.

/s/ *signature*
Robert Meyers DOC No. 46985

IN THE UNITED STATES DISTRICT COURT FOR COLORADO

901-19th Street, Room A105
Denver, CO. 80294-3589

JESSE MONTEZ, et al.,
    Petitioner:

V.

BILL RITTER, et al.,
    Respondent:

Attorney or Party Without Attorney (Name and Address)

Robert Meyers DOC No. 46985              Case No. 92-CV-870-JKL
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700

        Claim No. 03-490 Claimant Robert Meyers, No. 46985
                      Motion To Summons Witness
                    Pursuant to Rule 4 Fed.R.Civ.P.

TO: <u>Doctor Louis Cabiling M.D.</u>
    Crowley County Correctional Facility
    6564 State Hwy. 96
    Olney Springs, CO. 81062

You are hereby Summoned as a witness to testify about Claimant Robert Meyers Medical Condition. The initial hearings is currently set for <u>February 16th, 2011</u>, at the Crowley County Correctional Facility Visiting Room at <u>9:15 AM</u>, 6564 State Hwy. 96 Olney Springs Colorado 81062.

Date: _____                Clerk of the Court

                                              By: _____
                                              Deputy Clerk

Robert Meyers - Petitoner
Crowley County Correctional Facility
6564 State Hwy. 96
Oleny Springs, Colorado 81062-8700

IN THE UNITED STATES DISTRICT COURT FOR COLORADO

901-19th Street, Room A105
Denver, CO. 80294-3589

JESSE MONTEZ, et al.,
    Petitioner:

V.

BILL RITTER, et al.,
    Respondent

Attorney or Party Without Attorney (Name and Address)

Robert Meyers DOC No. 46985                    Case No. 92-CV-870-JKL
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700

        Claim No. 03-490 Claimant Robert Meyers, No. 46985
                    Motion To Summons Witness
                Pursuant to Rule 4 Fed.R.Civ.P.

TO: <u>Julia Regan Optometrist For CCA</u>
    Crowley County Correctional Facility
    6564 State Hwy. 96
    Olney Springs, CO. 81062

You are hereby Summoned as a witness to testify about Claimant Robert Meyers Medical Condition. The initial hearing is currently set for <u>February 16th 2011</u>, at the Crowley County Correctional Facility Visiting Room at <u>9:15 AM</u>, 6564 State Hwy. 96 Olney Springs Colorado 81062

Date: _____                    Clerk of the Court

                                                 By: _____
                                                 Deputy Clerk

Robert Meyers - Petitioner
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700

CERTIFICATE OF FILING BY MAILING

I, Robert Meyers, hereby certify that a true and correct copy of the Petitioners WITNESS LIST FOR INTIAL HEARING and SUMMONS, was placed in the U.S. Mail Box, designated for legal mail, at Crowley County Correctional Facility, postage pre-paid, on the 5th day of the JAN month 2010, and correctly addressed to:

Clerk of the Court
IN THE UNITED STATES DISTRICT COURT FOR COLORADO
901-19th Street, Room A105
Denver, CO. 80294-3589

/s/ _____
Robert Meyers DOC No. 46985
Crowley County Correctional Facility
6564 State Hwy. 96
Olney Springs, Colorado 81062-8700