IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-504
Category III
Claimant: Richard Trujillo, Jr., #66461
Address of Claimant: Arapahoe Community Treatment Center, 3265 W. Girard Avenue,
    Englewood, CO 80110

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master for hearing on January 3, 2011 at 9:30 a.m. The hearing was held at the offices of Legal Resolution Center, 600 17th Street, #2800-South, Denver, Colorado 80202. Claimant Richard Trujillo, Jr. did not appear for the hearing on his claim. Appearing for Defendants was Ms. Deann Conroy, Special Assistant Attorney General.

Notice was given to Claimant of the hearing. Claimant was at the Sterling Correctional Facility when he filed his claim. He was released to a community corrections program. The mailing address provided by Claimant was that listed above on this order.

Claimant was granted the opportunity to have a hearing. He did not appear for the hearing and did not notify the Special Master that he could not appear for the hearing. Claimant has abandoned his claim. It will be dismissed with prejudice.

IT IS HEREBY ORDERED that the claim of Richard Trujillo, Jr. is dismissed; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 21, 2011.**

SIGNED this 7th day of January, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master