

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

Plaintiff, JESSE MONTEZ, et al.

v.

BILL RITTER, et al

Defendant.

Claim Number 01-076
Category: I
Claimant: Lawrence W. Fitzgerald #66345

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 2 2011

GREGORY C. LANGHAM
CLERK

## MOTION FOR EXTENSION OF TIME

Comes Now the Claimant Lawrence W. Fitzgerald, being pro se and in good faith requesting this Honorable Court to give the Plaintiff 60 day extension of time to properly prepare a written history of his case by using the law library which will have access to computers and on line access to case's to properly prepare this appeal in my defense which is a good one that has not been properly prepared because of my health issues caused by the issues which this Honorable Court Denied December 10, 2010.

Claimant made a mistake on how he addressed his issue of his case and would like permission by this Honorable Court to re-draft his claims in the interest of justice a poor indigent Claimant with a medical case that is brought as stated in good faith before this Honorable Court and now his medical condition being a diabetic him self is requesting from this Honorable Court to give Claimant Fitzgerald a chance to properly being forth the history of his claims properly in the Interest of Justice being he is process and doing best to get all the information set forth for this Honorable Court to realize a great injustice was made in this ruling because the Claimant did not properly prepare and counsel of record refused to help him as this Court realizes and the (60) days requested will be giving the Claimant time to properly prepare his case for the Courts review with total history of his claims.

Dated January 10, 2011

Respectfully Submitted