92-cv-870-JLK-OES

1/10/11
RV

Claim Number X-264
Category: Untimely Filed Claim
Claimt: Reynaldo Villa #132238
Address Claimant: SCF P.O. Box 6000
Sterling Co 80751

Final Order of Special Master

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2011

GREGORY C. LANGHAM
CLERK

Objection
to This Order
Pursuant to Federal Rule of
Civil Procedure 53(g)(2)

Sign this Date
10th of January 2011

Reynaldo J. Villa