IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re: Ind'l Claimant Reynaldo Villa, Claim #X-264)

    Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**BILL RITTER, et al,**

    Defendants.

---

ORDER ON OBJECTION (Doc. 4956) TO
FINAL ORDER OF SPECIAL MASTER (Doc. 4943)

---

Kane, J.

This matter is before me on Claimant Reynaldo Villa's Objection to Final Order of Special Master dated December 23, 2010. In his Final Order, the Special Master observed that Mr. Villa was not a member of the Montez Class of disabled inmates entitled to pursue an individual claim through the Special Master process, and determined Villa's letter and attached documents seeking assistance in obtaining medical care had to be "denied for lack of jurisdiction." The Special Master's determination is correct and Mr. Villa's Objection, comprised solely of the handwritten statement: "Objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2)," states no basis upon which any relief can be granted. Mr. Villa's remedy, if any, is through the DOC administrative process or, if appropriate, in an independent pro se action against the DOC. *See McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

Dated January 14, 2011                      **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE

Service via NEF and by mail to Reynaldo Villa