IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's motion for extension of time (#4954). Claimant will be given additional time to file a motion for reconsideration.

    IT IS HEREBY ORDERED that Claimant is granted up to and including **March 14, 2011** to file a motion for reconsideration.

    SIGNED this 14th day of January, 2011.

                                       BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____
                                       Richard M. Borchers
                                       Special Master