January 23rd 2011

```
                                          FILED
                                  UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO

                                         JAN 26 2011

                                      GREGORY C. LANGHAM
                                                CLERK
```

To: Judge Kane, US Dist Ct Judge
From: James Rudnick, prisoner #68432
       Colorado DOC @ Sterling - Box 6000 - Ste, CO., 80751
Subject = Enforcement issue going off-track
              Case #92-cv-870 JLK Montez

Dear Judge Kane,

I have been trying to get REPLACEMENT BOOTS for the ones (ordered by the Court - Claim # = 01-092 Category: I ) I recieved a while back but that are now worn-out.

- March 2010 the A.D.A. - C.D.O.C. office and facility Medical dept was notified of this
- August 2010 C.D.O.C. notified this facility to REPLACE the boots (by memo)
- Sometime (After August) I notified Judge Borchers (Resolution Centre) of need for Replacement Boots.
- Later, Borchers worried about "Jurisdiction" - I filed back that it was ENFORCEMENT of his existing Order.
- Now (dated 1-19-11) Borchers (special Master) issues an order setting a Motion on Jurisdiction Hearing (allowing (2) witnesses) "to obtain all the facts".

I find this INSANE and DELAYS further the Relief that should be provided by SIMPLE ENFORCEMENT of Existing Order - causing me harm!

Would you PLEASE kick some Butt (Rule 70) and do what you do to get my Relief back on-track?

Thank you,

James Rudnick