IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-494
Category III
Claimant: Danny P. Martinez, #109454
Address of Claimant: 120 S. Alcott Street, Denver, CO 80219

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

     THIS MATTER came before the Special Master for hearing on January 18, 2011 at 11:30 a.m. The hearing was held at the office of Legal Resolution Center, 600 17th Street, #2800-South, Denver, Colorado 80202. Claimant Danny P. Martinez did not appear for the hearing on his claim. Appearing for Defendants was Ms. Deann Conroy, Special Assistant Attorney General.

     Notice was given to Claimant of the hearing time and date. Claimant was at the Sterling Correctional Facility when he filed his claim. He was released upon discharge of his sentence. The mailing address provided by Claimant was that listed above on this order.

     Claimant was granted the opportunity to have a hearing. He did not appear for the hearing and did not notify the Special Master that he could not appear for the hearing. Claimant has abandoned his claim. It will be dismissed with prejudice.

     IT IS HEREBY ORDERED that the claim of Danny P. Martinez is dismissed; and

     IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 21, 2011.**

     SIGNED this 19th day of January, 2011.

2

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master