IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

BILL RITTER, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2011

GREGORY C. LANGHAM
CLERK

---

Claim Number 03-477
Category III
Claimant: Larry Dean Jones, #68661
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215

---

## MOTION FOR RECONSIDERATION

COMES NOW, Larry Dean Jones, the Claimant, Pro-Se, on his own behalf, with or without the advice of counsel, and now enters his Motion For Reconsideration, and respectfully moves this Honorable Special Master to Grant his motion, and for grounds, this Claimant states as follows:

1. This Honorable Special Master has jurisdiction over this matter.

2. This Claiamnt is in receipt of the Special Master's ORDER dated January 4th, 2011, by the Honorable Richard Borchers.

Page #1

3. This Claimant contends that the Colorado D.O.C. has not provided him with the required accommodations/provisions that have been directed by Ms. Paula Frantz, MD, and Ms. Julie Russell, of the A.I.C. dated circa May/June 2010.

4. This Claimant contends that the facility has NOT provided staff or assigned offender messenger(s) to ensure that PA announcements and reporting instructions are provided to this Claimant in a format that he can understand.

5. This Claimant contends that the "closed caption" feature on the day hall television is NOT being provided and/or repaired, and is therefore NOT turned on at all times.

6. This Claimant contends that he is entitled to this particular relief, and that no parties will be prejudiced by the granting of this motion.

WHEREAS, this Claiamnt prays, that in light of the aforementioned issues, that this Honorable Special Master will Grant his Motion For Reconsideration, and issue its ORDER to any and all appropriate parties, and direct the Colorado D.O.C. to comply with all accommodations/provisions/resolutions, and in the alternative, this Claimant requests an evidentiary hearing to discuss the merits of his claim, claim #03-477, and provide documentation in support thereof.

Respectfully submitted on this 10th day of January, 2011.

Respectfully Submitted,

Larry Dean Jones
Claimant
D.O.C. Reg. #68661
c/o C.T.C.F.
P.O. Box 1010
Canon City, Colorado   81215-1010
(719)-269-4002

## CERTIFICATE OF MAILING

I hereby certify that on this 10th day of January, 2011, a true and accurate copy(Original and one copy to the Special Master) of the foregoing <u>Motion For Reconsideration</u>, was placed in the United States Mail, first class postage pre-paid, and addressed as follows:

```
Special Master
Resolution Center
7907 Zenobia Street
Westminster, Colorado   80030


U.S. District Court of Colorado
901 - 19th Street, Room #A105
Denver, Colorado   80294-3589


Ms. Paula Greisen, Esquire
1670 York Street
Denver, Colorado   80206


Colorado Attorney General
1525 Sherman Street
Denver, Colorado   80203
```

_____
Claimant

## You DO HAVE A HEARING DISABILITY

Following a disability screening it has been determined that you do have a hearing disability and are therefore, entitled to the following accommodations:

1. Two hearing aids
2. Vibrating Watch
3. Assignment to a designated facility
4. Designated facilities shall have strobe and audio alarms in inmate areas where you have an independent means of egress. When you are housed at a designated facility where you do not have an independent means of egress, the strobes & alarms are not required. If you are housed at CTCF you shall be housed in a cell with a strobe alarm.
5. Facility staff or assigned offender messenger are responsible to ensure that PA Announcements and Reporting Instructions are provided to you in a format you can understand
6. Reasonable accommodations will be provided during searches. Refer to Section XXIII of the Remedial Plan
7. Requires staff assistance during an emergency or evacuation
8. Closed-caption feature on day hall television shall be turned on at all times
9. ASL Class

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

**You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or becomes inoperable for any reason.**

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list. Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

## You DO NOT HAVE A VISION DISABILITY

Following a disability screening it has been determined that you do not have a vision disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

## You DO NOT HAVE A LEARNING DISABILITY

Following a disability screening it has been determined that you do not have a learning disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

## Your MEDICAL CONDITION (acid reflux and memory loss) DOES NOT RISE TO THE LEVEL OF A DISABILITY

Following a disability screening it has been determined that your medical condition (acid reflux and memory loss) does not rise to the level of a disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

This is the best quality copy of the following document.

Clerks Office
United States District Court

# ACCOMMODATION RESOLUTION

OFFENDER NAME: Jones, Larry
DOC #: 68661

**You DO HAVE DIABETES** and are therefore considered a class member of the *Montez v. Owens* lawsuit

**ALL DIABETICS** are entitled to the below listed accommodations, as needed:
1. Access to finger sticks upon request;
2. Timing of meals with insulin;
3. Where hypoglycemia or occurrence of a hypoglycemic event is documented, access to housing in a cell with a call button if the lock on the cell the offender is currently housed in is controlled by DOC staff;
4. When possible, access to bathroom breaks during visitation & during programs and/or alternative methods to accommodate such need;
5. No co-payments related to treatment for diabetes or diabetes-related conditions excluding the annual $5.00 charge assessed to all DOC offenders;
6. Access to after-hour testing kits;
7. Access to all benefits, services and programs offered at DOC, regardless of diabetes, including progression to lower level security facilities;
8. Annual education on diabetes; and
9. Prescription medication(s), IF NECESSARY, as determined by clinical services.

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan.

**You DO HAVE A MOBILITY DISABILITY**
Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Canadian Crutches
2. Assignment to a designated facility
3. Assignment to an accessible cell
4. Access to accessible bathroom facilities to include a shower chair or bench
5. Lower Bunk
6. Lower Tier
7. Not required to use stairs and when housed at a facility that maintains an elevator for offender use, you are allowed to use the elevator
8. Additional time to arrive at destinations within the facility
9. Additional time to complete activities of daily living
10. Requires staff assistance when cuffed and/or shackled. Refer to Section XXII of the Remedial Plan
11. Requires staff assistance during transport when embarking and disembarking from the vehicle
12. Reasonable accommodations will be provided during searches. Refer to Section XXIII of the Remedial Plan
13. Requires staff assistance during an emergency or evacuation
14. Assistance with carrying and disposing of food tray contents by offenders assigned as dining room workers.