IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the letter filed by Claimant. (Doc. 4962) The letter will be treated as a motion for enforcement of the existing order from the Special Master.

Judge Kane has responded to the Report and Recommendation of the Special Master. His order of January 19, 2011 is enclosed. The Special Master has limited jurisdiction to determine if a final order on a claim is being complied with by DOC.

The Court cannot issue orders without according Defendants an opportunity to respond. The fairest way for both sides to present their cases is to hold a hearing. It is also the fairest way for the Court to ascertain what has or has not happened in response to the final order of the Special Master.

IT IS HEREBY ORDERED that the hearing set for April 25, 2011 will remain scheduled and all issues may be raised at that time; and

IT IS FURTHER ORDERED that a copy of Judge Kane's order of January 19, 2011 will be provided to Claimant.

SIGNED this 28th day of January, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master