IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the order of Judge Kane, dated January 19, 2011. (Doc. 4961). In that order, Judge Kane has sustained the objection of Claimant and has ruled that there is jurisdiction for the Special Master to consider Claimant's motion that DOC is not complying with the order issued in March 2009.

      A hearing will be set to allow both sides to present evidence concerning the pending motion for enforcement of the order of the Special Master. Each side may call a total of three witnesses. Each side is allocated one hour to present witnesses and exhibits.

      IT IS HEREBY ORDERED that Claimant's motion is set for hearing at FLCF on **May 9, 2011 at 9:00 a.m.**

      SIGNED this 28th day of January, 2011.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master