IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number X-540
Category: Untimely Filed Claim
Claimant: Alex Frank Rodriguez, #132121
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF DISMISSAL OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter from Alex Frank Rodriguez received on January 19, 2011. Mr. Rodriguez requests representation on a civil rights case against the Denver Sheriff Department.

Why the letter was sent to Legal Resolution Center is unclear. The undersigned is the Special Master on the *Montez* case. As such, he cannot act as an attorney for an individual who is incarcerated.

In addition, the Special Masters were appointed to adjudicate claims made pursuant to the Remedial Plan approved by Judge Nottingham. The Remedial Plan is the settlement document that established the claim process. Claimant previously has not filed a claim.

Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. A copy of that order will be provided to Claimant. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Judge Kane also ruled that all claims had to be filed on or before April 30, 2010. Claimant did not file a claim on or before that date. Claimant was not in DOC custody on or before August 27, 2003. The Special Master has no jurisdiction over any letter or claim of Claimant for these reasons.

Claimant will have to seek representation through a different office. Concerning any ADA concerns, Claimant may contact class counsel for help.

IT IS HEREBY ORDERED that the letter of Alex Frank Rodriguez, being treated as a new claim, is dismissed, as the claim was not filed on or before April 30, 2010 and Claimant was not in DOC custody on or before August 27, 2003; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 28, 2011.**

SIGNED this 28th day of January, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master