IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Jill Coit #86530, Claim # 03-129)

    Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**JOHN HICKENLOOPER, et al.,**

    Defendants.

___

## MINUTE ORDER
___

Hon. John L. Kane ORDERS

    Pro se claimant Jill Coit's filing, entitled "MOTION TO THE COURT TO LET ME KNOW THE NUMBERS OF THE FILINGS I SUBMITTED TO THE COURT DURING THE LAST MONTHS" (Doc. 4709), states no meaningful basis for relief under the Montez Remedial Plan or the Rules of Civil Procedure and is DENIED.

_____

February 3, 2011.


Service of this order shall be made via NEF and to Jill Coit, #86530, LVCF Unit 5