IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Shawn M. Winkler, #48319, Claim # 03-143)

Plaintiffs, as representatives of themselves and all others similarly situated,
v.

**JOHN HICKENLOOPER, et al.,**

Defendants.

## ORDER re Doc. 4624 - OBJECTION/APPEAL OF FINAL ORDER OF SPECIAL MASTER

Kane, J.

Former DOC inmate Shawn M. Winkler objects to the Final Order of the Special Master (Doc. 4421), dismissing his pro se claim under Section XXXII of the Montez Remedial Plan on grounds that Mr. Winkler was not disabled on or before August 27, 2003, and is therefore not a member of the Montez Class. Mr. Winkler disagrees, stating that "[t]he record clearly shows" his disability is traceable to an accident for which CDOC provided inadequate medical treatment in 1999. Because Mr. Winkler bears the burden of demonstrating an abuse of discretion on the part of the Special Master on appeal, his failure to provide or to cite to any part of the "record" in support of his assertion precludes any basis for setting the Final Order aside.

The Objection of Orders of Special Master (Doc. 4624) is OVERRULED, and the Final Order of the Special Master (Doc. 4421) AFFIRMED.

Dated February 3, 2011.

                                                **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE

Service of this order shall be made via NEF and to Shawn M. Winkler.