IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

Defendants.

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH THE COURT**

Plaintiffs, through counsel for the Class, Paula Greisen and Jennifer Riddle of King and Greisen, LLP, and Edward Ramey, Lara Marks, and Blain Myhre of Isaacson Rosenbaum, PC, and the Defendants, through counsel, Elizabeth McCann, James Quinn, and Berina Ibrišagić of the Colorado Office of the Attorney General, hereby request an extension of time to file their respective Findings of Fact and Conclusions of Law. As grounds therefore, counsel states as follows:

1. The compliance hearing in this matter was concluded on November 10, 2010. On that date, the Court ordered parties to file their Findings of Fact and Conclusions of Law on March 15, 2011, and their rebuttal on April 15, 2011.

2. The hearing lasted thirty-two (32) days. All the transcripts were to be completed by January 4, 2011. The deadline for the Findings of Fact and Conclusions of Law was established based upon the assumption that both parties would have all transcripts by January 4, 2011.

1

3. Unfortunately, the Court reporter, due to other work obligations, was unable to complete all the transcripts by that date. Accordingly, transcripts were not received by the parties until January 20, January 28, and February 3, 2011.

4. To accommodate the delay in receipt of the transcripts, the parties require additional time to draft their respective Findings of Fact and Conclusions of Law.

5. WHEREFORE, the parties respectfully request that the Court grant this Motion and extend the filing deadline for the Findings of Fact and Conclusions of Law to May 2, 2011 and to extend the filing deadline for Rebuttal to June 1, 2011.

Respectfully submitted this 7th day of February, 2011.

*Attorneys for Plaintiffs*

s/ Paula Greisen
_____
Paula Greisen
Jennifer Riddle
King & Greisen LLP
1670 York St.
Denver, CO 80206
303-298-9878

Edward T. Ramey
Blain D. Myhre
Lara E. Marks
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202
303-292-5656

*Attorneys for Defendants*

s/ Berina Ibrišagić
_____
Elizabeth H. McCann
James X. Quinn
Berina Ibrišagić
Colorado Attorney General's Office
1525 Sherman Street, 5th Floor
Denver, CO 80203
303-866-3262

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 7th day of February 2011, I electronically filed the foregoing PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH THE COURT with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| greisens@kinggreisen.com | Blain Myhre |
| riddle@kinggreisen.com | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |

s/ Darlene Hill
_____
Colorado Office of the Attorney General