*Original*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK

JESSE MONTEZ, et al.,
   (re: Claimant Shawn M. Winkler #48319 claim #03-143)
      Plaintiffs,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2011

GREGORY C. LANGHAM
CLERK

V.

JOHN HICKENLOOPER, et al.,
   Defendants.

---

## MOTION TO AMEND ORDER DATED FEBRUARY 3, 2011

Comes now Claimant Shawn M. Winkler, #48319, pro se, in regard to claim #03-143 and petitions the court to amend or alter its order dated February 3, 2011 to prevent the dishonor of the court and avoid manifest injustice in the above captioned matter giving the following facts and reasons for said action:

The claimant being untrained in the matters of the court may have unclearly before put forth the facts but for the ability of a person of common intelligence to understand fully his claim we give the court the following so as the error in this matter may be addressed and the order of the court amended to one in which the apparent ambiguous and capricious denials of the claimants factual allegations are replaced with other than obvious abuse of sound doctrine. Having only a rudimentary ability to address each issue the dates of the facts are the reference indicators which are irrefutable should the court allow sound discretion and not prejudice the claimant as is the present circumstance.

1) The court mistakenly alleges the claimant is an ex-inmate of the CDOC in the order of February 3, 2011 then mailed that order to his current facility.

2) Claiming no documentation to prove his claim the court fails to recognize approximately thirty pages (27) of evidence submitted September 2, 2005 supporting in full all unalterable facts and by genesis of these proceedings a complete public record.

3) Recording of the hearing made September 2, 2005 supports the allegations then and those herein when the defendant's witness Cathy Holtz confirmed she had instructed Dr. Singh not to call the claimants disabilities, disabilities to avoid liability.

4) Those documents which should be a matter of record but still independantly maintained by the CDOC and claimant confirm the injuries responsible for the disabilities refused to be called disabilities to avoid liability happened before and were in effect before the August 27, 2003 tolling for victims to submitt claims.

5) The CDOC believing the all clear is sounded by the plain error of this Honorable court in presuming the defendants are void of responsibility if they arbitrarily abuse their discretion in favor for the defendants issued an ADA designation to the claimant September 7, 2009 though no change unless for the worse has occured from then to now.

6) Special Master Richard Borchers was contacted October 29, 2009 and alerted to the problem which still faces this Honorable court and resulted in the order of which generates this response.

7) An event does not change simply by making void the material substance of discoverable facts and denying solution claiming no culpability in the reprisals left unchecked and only attributable to the decisions by this Honorable court to discount in an acquicent manner all evidence, fact, and complaint in so flagrant abuse of authority the average person of average intelligence has to question the validity of Absolute Immunity.

Wherefore soon to be free of the controlling influences of the defendants ability to confiscate, conspire to create conflict, and confound the issues into their favor or against those seeking solution through retaliations and with holding fair treatment we in good faith offer the court the chance to amend their order in the interest of judicial economy and find fully favorable for the claimant.

Executed and submitted this day 6 of February 2011

Shawn-Mandel: Winkler
Shawn-Mandel: Winkler, Petitioner

Certificate of Service

I Shawn M. Winkler do here by certify copies of the motion to emend order dated February 3, 2011 were placed into the U.S. Mail postage prepaid to the following

U.S. District Court
901 19th Street
attn: 92-CV-00870-JLK
Denver, Colorado 80294-3589

Attorney General's Office
1525 Sherman Street
attn: 92-CV-00870-JLK
Denver, Colorado 80203

King & Greisen
1670 York Street
attn: 92-CV-00870-JLK
Denver, Colorado 80206

This 6th day of February 2011.

Shawn M. Winkler
Shawn M. Winkler