In The United States District Court Of Colorado

Civil 92-N-870        C-002

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2011

GREGORY C. LANGHAM
CLERK

Jesse Montez

    Stephen Moore  Class Plaintiff
            US
Bill Ritter.

---

Systemic Discrimination, Obstruction, And Noncompliance With A.D.A Law, Montez Decisions, And Corrections Own Regulations. Gross Exclusionary Standards + Criteria, Gross Judiciary Prejudice, Discrimination To Prisoners As A Class. To Seperate From Equal Protection + Due Process Of The Law.

---

Moore Notes The Defendant Systemic Non-Compliance, Evasion And Obstruction Of A.D.A Law With Judiciary Adamant Refusal To Enforce A.D.A. Law. 42 USC 12102(1)B Effective Methods Of Vision Delived To Vision Impaired"

(1) Systemic Discrimination Non Compliance By ADAMANT REFUSAL TO FIND DISABILITY + Courts Sanction of Systemic Excuses, Ploys, Pretexts, Evasions, And Obstructions of Base A.D.A Law. Exclusionary Acts

(2) Disability. Found 20 $\frac{50}{100}$ (20/75 average) Reading on 12-9-10 Opthamologists (Specialists) Exam (Past 20/60 D.O.C standard)

ORIGINAL FEB 0 2 2011

(1)

(2) 20 $\frac{40}{70}$ 20/55 Average Distance

20 $\frac{-5.00}{-5.25}$ Correction. Diops. By Progressions of -25

Is Equivalent Disability 20-200 = 20 $\frac{2.00}{2.00}$

Legally Blind   20-60 Doc Disability Standard Refraction is

20 $\frac{60}{60}$ Excludes, Duration, Without correction, Regarded as Eye Injury, Cataracts, Glaucoma, Variance, Debilitating Pain, Interactive Process

" Cataract — — Are contributing or Causing Patients Complaints'   Myopia, Astigmatism, Presbyopia, Injury In Left'   A Fall and Since has had Problems With Vision'

Rocky Mountain Eye Clinic Dr. Shrestha. 12-9-10

Exibit A   Partial By Copy Cost. Summary Exibit B.

② Moore For over 15 Years Since Initial A.D.A. Request In 1998 Has Had Far Less Than 8 hours Daily Useable Vision, 'Duration' Limitation of Administrative Regulation, of Defendants 750-04. To Disability III (K) pg 27 of 'General Opthamology' Medical Text. 42 USC. 12102 (2)(A)(2)   Doebele V Sprint 342 F.3d. 1117.

Moore Has 1 to 4 hours Daily Vision With Glasses.

# DEFENDANTS ADAMANTLY REFUSE TO CONSIDER DURATION LIMITATIONS

See Exibit B #(7) 1 to 4 hours Daily Vision

③ Moores Uncorrected Vision is 20 $\frac{-5.00}{5.25}$ 20-500 Plus

# DEFENDANTS ADAMANTLY REFUSE TO

ORIGINAL   FEB 0 2 2011

2.

UNCORRECTED VISION' Their Regulation
A.R 750-04.(4) Per 'HEALTH CARE DEVICE IS NOT
ADEQUATE' AR 750-04 (H) (11(e) Exhibit B. #(3)
42 USC. 12102.(2)(A) 'EXCLUSIONARY CRITERIA + STANDARDS
42 USC. 12101 (4 TO 7) Excluding DISABILITY BECAUSE
OF CORRECTION WAS EXCLUSIONARY QUALIFICATIONS
STANDARD + CRITERIA (5) A.D.A BROAD COVERAGE''
(4) (1) (E)(ii) DISABILITY Shall Be made WITHOUT
REGARD TO MITIGATING MEASURES'' See Exhibit C

④ The DEFENDANTS ADAMENTLY INSIST MEDICAL' IS
EXCEPTED By A.D.A LAW. 'A.D.A HAS NOTHING TO DO
WITH MEDICAL CARE'' MEDICAL CARE EXEPTIONS TO MEDICAL CONDITIONS?
MEDICAL CARE + TREATMENT MAY NOT BE
RAISED UNDER The A.D.A. + A.R 750-04 IV (B)
(4) 'DO NOT INCLUDE MEDICAL CARE'' Violates Clearly
ESTABLISHED LAW. 42 USC. 12112 (D) 12181
(7) (F) SPECIFICALLY INCLUDES MEDICAL TREATMENT.
ADA EVALUATION INSUFFICENT By MERELY SUBMITTING
MEDICAL DIAGNOSIS' TOYOTA 122 S.CT. 681 NOTHING
REQUIRES MEDICAL REVIEW' CALDWELL 967 F. SUPP.
1419. 158 F 3d. 635. See EXIBITS D. EXCLUSIONARY DISCRIMINATION
MEDICAL DIAGNOSIS INSUFFICENT
BY VARYING DEGREES OF SYMTOMS'
BARNES 238. F. SUPP.2d. 1053 SPECIFIC TO MEDICAL
MAYBERRY 843 F. SUPP. 1160. See EXIBIT. D

③ ORIGINAL FEB 0 2 2011

U.S. V GEORGIA

"REFUSAL OF PRISON OFFICIALS TO ACCOMODATE DISABILITY RELATED NEEDS IN FUNDAMENTALLY -- **MEDICAL CARE** + PROGRAMS CONSTITUTED EXCLUSION FROM PROGRAMS. DENIAL OF BENEFITS" 42 USC 12132 YESKey 524 US. A 210. 118 Sct 1952 U.S. V GEORGIA. 546 US. 151 126 S.CT. 877 A 883 MEDICAL UNITS' TO PRISONS. MONTEZ II AFC 'COORDINATING TREATMENT DECISIONS'

(5) ADAMANT RELIANCE ON **MEDICAL DECISIONS** VOID OF A.D.A LAW COMPLIANCE, LEGAL CONSIDERATIONS Violates Law DISABILITY A QUESTION OF LAW' Doebele 342 F.3d 1117, MONTEZ XVI (A) 'PRESCRIPTION EYEGLASSES'

(6) OFFERING ACCOMODATIONS WITHOUT DISABILITY TO EVADE A.DA LAW. EXIBIT E. DENYING READING GLASSES "NOT ACCOMODATIONS 'TO EXCLUSIONARY STANDARD ARBITRARY SEPERATION OF MEDICAL FROM A.D.A IS A ADMINISTRATIVE MEANS OF DISCRIMINATION, EXEMPTS 'MEDICAL' Excludes BASEST MEDICAL CARE READING GLASSES FRO FOR MEDICAL CONDITIONS FUNDAMENTAL TO A.D.A LAW. AFC DOES NOT ORDER MEDICAL TREATMENT OR MEDICAL DEVICES' Excluding GLASSES Wheel Chairs, Hearing Aids, CRUTCHES, Leg + BACK BRACES. IS SIMPLY LUDICROUS. ASININE + SHOWS BASE REFUSAL TO COMPLY WITH A.D.A DENYS TOTAL INTERACTIVE PROCESS 'DENIAL OF REASONABLE ACCOMODATION IS DISCRIMINATION' 42 USC. 12112 MONTEZ AT II 'RESPONSIBLE FOR COORDINATING TREATMENT DECISIONS'

ORIGINAL FEB 0 2 2011

4.

7. MEDICAL + A.I.C. SYSTEMATICALLY DENY DISABILITY AND REASONABLE ACCOMODATION OF READING GLASSES, SEE EXIBIT F. MEDICAL PRESENTED WITH OVER Whelming EVIDENCE OF DISABILITY 12-9-10 SPECIALIST RE,

READING VISION 20 $\frac{-50}{100}$ (20/75) 20/60 THERE DISABILITY

DISTANCE 20 $\frac{40}{60}$ 20/55 PLUS INJURY + CATARACTS

UNCORRECTED 20 $\frac{500}{5-25}$ 20-200 Legally Blind EXIBIT A +
                                                        F

LEFT EYE INJURY, CATARACTS ADD TO DISABILITY

'DURATION' 1 TO 4 hours DAILY VISION

**SEVERE VARIANCE** IN RESTED VISION AND VISION AFTER 1 hour LEGAL, 1 movie, 1 SPORTS EVENT ON T.V. OR MOST BASIC ORDINARY DAILY TASK. TAX'S VISION TO POINT LAYS IN BED 12 WAKING Hours A DAY DOESN'T SHOWER, CLEANS IN SINK AS 20 TO 30 MINUTE SHOWER COMMON 2 hour TOTAL DAILY LIMIT TO DENIAL INTERACTIVE PROCESS. EXCLUSION DISABLED KNOWLEDGE OF PROBLEM.

**MEDICAL ADAMANTLY DENY DISABILITY + ACCOMODATION,** READING Glasses, When Accomodation OFFERED BY AIC See EX. F. DENIED READING GLASSES EXIBIT E. OFFERED ACCOMODATION, REFUSED AS MEDICAL " READING GLASSES ARE NOT A COVERED D.O.C MEDICAL BENEFIT' TO ADMINISTRATIVE AND DENIAL OF INTERACTIVE EXCLUSIONARY STANDARD TO DENIAL OF DISABILITY + REASONABLE ACCOMODATION, MONTEZ II 'AIC RESPONSIBLE TO COORDINATE TREATMENT DECISIONS MONTEZ XVI (AC TO PRESCRIPTION EYE GLASSES'

ORIGINAL   FEB 0 2 2011

5.

(8) MEDICAL EXAMS, TO ADA USE Single CRITERIA.
20/60. TO EXCLUSION OF WIDE RANGE OF A.D.A
MANDATED CONSIDERATIONS. TO POINT OF FALSIFYING
A.D.A SCREENS. TO EXCLUDE DISABILITY. EXCLUDING ANY
CONSIDERATION TO 'DURATION' 'WITHOUT CORRECTION'
REGARDED AS' (VISION IMPAIRED 2-08) All CONCURRENT
MEDICAL PROBLEMS TO VISION LEFT EYE INJURY, VARIANCE,
CATARACTS  20 50/100 20/75. READING (DOESN'T EVEN TEST READING)
All GLAUCOMA MACULAR DEGENERATION, SUN SENSITIVITY
AND ALL OTHER OF HUGE RANGE OF VISION PROBLEMS
TO 'EXCLUSIONARY STANDARDS' 42-12105(5)
42 USC 12102 'INAPPROPRIATE HIGH LEVEL OF LIMITATION'
12103 (4)(1)(E)(1) 'WITHOUT AMELIORATIVE MEASURES
EXIBIT 6. B, D, E F.

(9) TOTALLY FALSIFIED 2 A.D.A SCREENS. By A.DASCREENS REBUTTED 12-9-10
                                                    SPECIALIST
ADA SCREEN 4-21-09   VISION CORRECTED 20/50  MOORE COULD NOT SEE 20/60
           UNCORRECTED 20-200   20 5.00/5.25 BY SPECIALIST
WHEN COULDN'T SEE CHART CLAIMED 'DID NOT MAKE MUCH EFFORT'
A.D.A SCREEN 8-03-10. VISION 20 50/40.   COULD NOT SEE 20/60
           UNCORRECTED  20/400   AT LEAST 20 5.00/5.25
EXIBIT
BOTH TEST CLAIM 3-30-09 OPTOMETRY & 6-29-10 OPTOMETRY
AS 20 25/30  20/30/40.   REBUTTED 20 40/60(20/55) DISTANCE
20 50/100 READING, 20/75. INJURY + CATARACTS INCREASE DISABILITY
       SPECIALIST EXIBIT A

ORIGINAL FEB 0 2 2011

6

(10) DEFENDANTS SYSTEMATICALLY OBSTRUCT, DENY, USE EVERY PLOY PRETEXT, EVASION, OBSTACLE TO A.D.A COMPLIANCE, 'EXCLUSIONARY STANDARDS' SYSTEMIC DENIAL OF INTERACTIVE OR INTEGRATED SITTING.

~~TOTALLY EXCLUDES MEDICAL~~, DUTY TO PROVIDE MEDICAL CARE THAT CURED OR MITIGATED HIS DISABILITY   McDANIEL 896 F.SUPP.1482 USE 'CORRECTED' TO TOTAL EXCLUSION OF ACTUAL DISABILITY OR MEANINGFUL REVIEW. AR 750-04 IV(B)(4) "DO NOT INCLUDE MEDICAL" MEDICAL EXAMS ~~SHALL BE INCLUDED~~ 424 9 2112 D  1 2181 (8)(7)(F) MEDICAL TREATMENT MAYBERRY 843 F.SUPP. 1160 MONTEZ II   A.I.C   COORDINATE TREATMENT DECISIONS:

TOTALLY EXCLUDES 'SELF REPORTING' GREENO, 914 F3d, 645   EXTENT OF LIMITATION BY PERSONAL EXPERIENCE GILLASCA 233 F.SUPP.2d 258. ~~MEDICAL DEGS~~ DIAGNOSIS INSUFFICIENT BY VARYING DEGREES OF SYMPTOMS BARNES 238 F.SUPP.2d 1053 MUST GIVE PRIMARY CONSIDERATION TO REQUESTS OF INDIVIDUAL ROBERTSON, 500 F.3d 1185

DISABILITY BY EXTENT OF LIMITATION. 5EUCH. 381 F.SUPP.2d 795 GREENO   DOGGED PERSISTENCE IN INEFFECTIVE TREATMENT. 914 F3d  645  SELF REPORTING    KELLY 899F2d.616-17 REFUSE TO CONSIDER 'CORRECTIVE DEVICE DOES NOT RELIEVE DISABILITY  SUTTON 119 SCT. A 2149 AR 750-04(1)(C) DISABILITY BY BROAD COVERAGE OF ADA 42 USC 12102(4)(1)(A) TO EXCLUSIONARY QUALIFICATIONS + STANDARDS 42 USC 12101(8)

ORIGINAL   FEB 0 2 2011

(7)

SYSTEMATICALLY OBSTUCTS GRIEVANCE TO AIDA

By ROTE DENIAL

By DENIAL OF ISSUE OF GRIEVANCE Repentedly In Past

Month TO Document These Problems

REFUSAL OF 'MEDICAL' To MEDICAL DISABILITIES

SYSTEMTIC OBSTRUCTION, RETURNED To work 4 Times

CONSPIRACY To OBSTRUCT ADA. EXHIBIT G. REpentedly

RETURNED Filed 11-17-10. No Response. Any Response Will

Be ROTE. To CONSPIRACY TO DENY

CRONIC DENIR By SIMPLISTIC 'mutually Agreed

upon DISABILITY STandards' To No Response By VAuge

No Regulation STandard, Exclusive of Wide Range

OF VISION Problems. USES 'CORRECTION' To Exclude The

MOST BASES, WIDE RANSing + PERVASIVE DISABILITIES

MEDICAL MALPRACTICE FALSIFICATION OF ADA Exam

REFUSAL To CONSIDER BROAD RANGE of VISION Problems

EXHIBIT H

Moore STATES MEDICAL + A.D.A DENIAL IS TORTURE

EXHIBIT H AND MALPRACTICE EXHIBIT I, By Violation OF SETTLED LAW

DEFENDANT + COURTS WERE REpentedly, WARned + Appraised To

VIOLATION OF Applicable LAW. OF ADA By Grievances

Court motions, Letters OF Redress EXHIBIT J.

+ ALL EXHIBITS. Relief FolloW LAW Enforce A.DA Federally,

Certificate of Service True + Correct List Diology of February 2011

To Colo Att. Genene STEPHEN MOORE 57387

CLASS Counsel, Box 0777 B-5-26

CANON CITY COLO 81215

**Orientation:**
Oriented x 3
**General Medical Observations:**
appears healthy

**Technical Exam**

**Visual Acuity**

| | | | | | |
|---|---|---|---|---|---|
| OD | Dva | 20/40cc | 20/50 ph | Nva | 20/50 cc |
| OS | Dva | 20/70 cc | 20/50 ph | Nva | 20/100 cc |
| OU | | | | | |

**Lensometry**

| | SPH | | CYL | Axis | ADD | PRISM | B | Prism | B |
|---|---|---|---|---|---|---|---|---|---|
| OD | -5.00 | | -1.50 | 175 | +2.75 | | | | |
| OS | -5.00 | -1.75 | 012 | +2.50 | | | | | |

Glasses Type: Bifocals

**Manifest Refraction**

| | SPH | CYL | Axis | ADD | Prism | B | Prism | B | Dva | Nva |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | -5.00 | -1.50 | 180 | +2.50 | | | | | 20/20 | |
| | 20/20 | | | | | | | | | |
| OS | -5.25 | -2.25 | 025 | +2.50 | | | | | 20/25 | |
| | 20/20 | | | | | | | | | |

**Intraocular Pressure**

IOP Summary:

| Date | Time | OD | OS | Method | Measured by | Dilated | Comment |
|---|---|---|---|---|---|---|---|
| 12/09/2010 | 9:57 AM | 17 | 17 | Applanation | Tina Southern | | |

**Other Tests:**
**New Glasses:**

| | SPH | CYL | AXIS | ADD | PRISM | B | PRISM | B | PD | VD | NPD | BCVA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OD | -5.00 | -1.50 | 180 | +2.50 | | | | | | | | 20/20 |
| OS | -5.25 | -2.25 | 25 | +2.50 | | | | | | | | 20/25 |

**External Examination**

**Pupils**
OD: pupils equal, round, reactive, no APD
OS: pupils equal, round, reactive, no APD
**Confrontation Fields**
OD: confrontation fields full to finger counting
OS: confrontation fields full to finger counting
**Motility**
OD: EOM's are full
OS: EOM's are full
Cover Test Distance: Ortho

ORIGINAL

FEB 0 2 2011

Exhibit
A

Stephen Moo
Stephen Moo
DOB: 01/19/19
Date: 12/09/20
Page#

VISION SUMMARY MOORE 57381          B-2-26

1. UNCORRECTED   -5.00  -1.50  180  UNCORRECTED 20 40/70 (20/50)
                 -5.25  -2.25  25   12-9-10              DISTANCE
                                    SPECIALIST,

2. READING  20 50/100 (20/70) WITH CATARACTS MYOPIA,
ASTIGMATISM, PRESBYOPIA "BLURRED VISION LEFT + RIGHT, AFFECTS
NEAR VISION. INJURY IN LEFT EYE (CATARACTS) CAUSING COMPLAINTS
20-400 UNCORRECTED 'DISABLED' BY COURT LAW CIVIL RIGHTS COMM,

3. 772 P.2d.70 Colo. 1889. VISION "UNCORRECTED" AR 750-04(4) PER
HEALTH CARE DEVICE IS NOT ADEQUATE' A.R 750.04(H)(1)(a)

4. A.D.A SCREEN 8-31-10  20 50/40  20/40 15% VISION LOSS
           4-21-009  20/50  25% VISION LOSS AMA TABLE I Pg
398 GENERAL OPTHAMOLOGY TEXT,
CONTROVERSELY 20 50/70 3-24-98 EXAM. 20/60 35% VISION LOSS

5. LEFT EYE INJURY (731-10  -10% DISABILITY Pg 67 P.D.R OPTHAMOL
       Pg 393 GENERAL OPTHAMOLOGY  5% DISABLED HARDING 807 F.Supp
386

6. "REGARDED AS DISABLED" A.R 750-04(13)(3) VERIZON
519 F.Supp2d 304 & 42 U.S.C 12118(8) 12102(2)(C).
FOUND 'VISION IMPAIRED' 2-12-08 A.D.A SCREEN
FOUND 'VISION DISABLED' GRIEVANCE CS 08/09 0520.

7. MOORE HAS 1 TO 6 HOURS TOTAL DAILY VISION TO
'DURATION' LIMITATION A.R 750-04. III(K) Pg 27 GENERAL OPTH.
     ADEBELE V SPRINT 1117.  42 USC 12102(2)(A)(2)
1 TO 6 HOURS DISTANCE VISION OF 16 WAKING HOUR DAY  60% DISABLE
1 TO 2 HOUR READING VISION OF 16 HOUR WAKING DAY  84% DISABLED
BY 20 50 12-9-10, (20/70 READING) 20 50/70 3-24-98, 20/50 4-09 ADA 20/50
20 50/40 8-10 A.D.A SCREEN, 20/50 2-08 ADA SCREEN. VISION LESS THAN 20/40

8. COLORADO LOWER LIMIT DRIVEN LICENSE BLACK LAW DICTIONARY 'DISABILITY
INCAPACITY FOR THE FULL ENJOYMENT OF LEGAL RIGHT' PAIN
KILLERS 1897 TILL 2007 PAIN + INJURY BASIS FOR DISABILITY BLACKS
LAW PER S.S.A

FEB 02 2011
10 ORIGINAL B

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert?  Yes ☐ No ☒
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☐
Date received by Case Manager: 11/4/11   Case Manager: H.S. Campbell, JR. # 2383   Trash #4650

Grievance Number **D-CS 10/11-1009**   STEP (Circle One) ① 2 3

| NAME: Stephen Moore | DOC NO. 57381 | FACILITY/UNIT/POD: CSP - POD B Cell # 526 |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: RESCREEN A.D.A. DISABILITY ON CURRENT LAW, AND 12-9-10 SPECIALIST OPTHAMOLOGIST EXAM FULL CRITERIA TO DISABILITY ① ON 12-9-10 OPTHAMOLOGIST FOUND MEETS VISION READING 20/50 700 AVERAGE 20/70 40 0/0 VISION LOSS. BY P.D.R. OPTHAMOLOGY AND GENERIC OPTHAMOLOGY TEXT LEFT EYE INJURY ADDS 10% Pg 398. PLUS BILATERAL CATARACTS BY MEDICAL PROVIDED INFO. ⑥ SUGGEST LOW VISION, + SPECIALIST TRAINING FOR VISUAL IMPAIRMENT. DISTANCE 20-40 20/50 60 25% VISION LOSS Pg 398. TABLE F A.M.A. CHART GENERIC OPTHAMOLOGY ④ YOUR LAST EXAM TOTALLY IGNORED READING, MAIN COMPLAINT IN WRITING PRIOR SPECIALIST ① BASE DISABILITY ON CURRENT A.D.A. LAW. THAT A.D.A. COURT LAW, EXCLUDING DISABILITY BECAUSE OF CORRECTION WAS EXCLUSIONARY QUALIFICATIONS STANDARD + CRITERIA ⑤ A.D.A BASED ON "BROAD COVERAGE" 42 USC 12101 9 TO 7. 12102 (4)(i)(A) DISABILITY CONSTRUED IN FAVOR OF BROAD COVERAGE" + (4)(i)(E)(i)(i) DISABILITY SHALL BE MADE WITHOUT REGARD TO MITIGATING MEASURES" ID 20 5.00 VISION 12-9-10 EXAM. 20-20 LEGALLY BLIND 5.26 AS WITH GLASSES 1706 HOURS DAILY VISION ③ FULL REGARD TO VISION, UNCORRECTED 750.04 (I) REGARDED AS DISABLED 750-04 II (B)(3) DURATION" 750-04 II (L) 1706 HOURS VISION A DAY. THE LAST EXAM EXCLUDED 20/50 READING VISION, INJURY, CATARACTS, DURATION, WITHOUT CORRECTION, REGARDED AS AND NEW ADA LAW TO LIMIT STONEWALLERS LIKE YOU PEOPLE REMEDY. FIND DISABILITY ON FACTS. OR SCREEN ON FULL CRITERIA + CURRENT LAW!

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 12-28-10 | OFFENDER SIGNATURE Stephen Moore |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: ADA | | DISABILITY |
|---|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: | | |
| DATE: JAN 0 4 2011 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Ediger Charmaine Ediger 8098 | |
| Date ADA grievance sent to AIC | 1/5/11 | |

RESPONSE

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)   1/29/11 AIC
2cc of ndr   Attachment "A"
1/5/11 ce   Page 1 of 1   ORIGINAL   FEB 0 2 2011   ©

11

Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☒
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐   *AIC*
Date received by case manager: _11/9/10_   Case Manager: _D. Jimenez 8781_   *A, DA*

Grievance Number _N-CS 10/11-0748_     STEP (Circle One)  ①  2  3

| NAME Stephen Meele | DOC NO. 57381 | *CSP* FACILITY/UNIT/POD *C-S-14* |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: FIND A.D.A. GUIDELINES "ADA HAS NOTHING TO DO WITH MEDICAL CARE" VIOLATES LAW + DUE PROCESS, IS ARBITRARY, MOOT ON RECENT AND PAST A.D.A SCREENS + GRIEVANCE HAS BEEN SUMMARY DISMISSED BY "MEDICAL CARE + TREATMENT MAY NOT BE RAISED UNDER THE ADA +AR 750-04 IV (B)(C) DO NOT INCLUDE MEDICAL CARE" THIS DIRECTLY VIOLATES CLEARLY ESTABLISHED LAW BY A.D.A. LAW 42 USC 12112(1) 12181(1)(F) SPECIFICALLY INCLUDES MEDICAL TREATMENT. A.D.A. EVALUATION INSUFFICIENT BY MERELY SUBMITTING MEDICAL DIAGNOSIS TOYOTA 122 S.CT. 681 "NOTHING REQUIRES MEDICAL" CALDWELL 967 F.SUPP. 1418, 158 F.3d. 635 MEDICAL DIAGNOSIS INSUFFICIENT BY VARYING DEGREES OF SYMPTOMS BARNES 239 F.SUPP.2d 1053. APA SPECIFIC TO MEDICAL MAYBERRY 843 F.SUPP. 1166 DUTY TO MEDICAL CARE UNDER A.D.A MCDANIEL 896 F.SUPP. 1492. REMEDY STOP USING MEDICAL AS PRETEXT TO EVADE. FIND AR 750-04 IV (B)(C) VIOLATES A.D.A. LAW.

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 11-5-10 | OFFENDER SIGNATURE [signature] |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: |
|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: DISABILITY/ADA |
| DATE: NOV 1 2 2010 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # Charmaine Ediger Charmaine Ediger 8098 |
| Date ADA grievance sent to AIC: NOV 1 2 2010 |

RESPONSE

## SEE ATTACHED RESPONSE

RECEIVED

NOV 1 7 2010

Office of Correctional Legal Services

Julie Russell #5821
Office of Legal Services
AIC-ADA Inmate Coordinator   12-9-10   STEP II 12-15-10

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: 11/17/10 | RESPONDER DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # [signature] 14299 | RESPONSE DATE: 12/8/10 |

| TO BE COMPLETED BY OFFENDER | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: 12-15-10 | OFFENDER SIGNATURE/PRINT NAME & DOC # Stephen Meele |

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)   H/13 HQ-AIC 12

2 cc of ndr
11/12/10 CE   WN jdm

ORIGINAL FEB 0 2 2011 

12

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4245
Fax: 719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Response to Step 1 ADA Grievance
From:   Adrienne Jacobson, Legal Assistant, Designee
            Office of the AIC (ADA Inmate Coordinator)
Received Grievances: November 17, 2010
Sent Response:  December _9_, 2010
Offender Name:  MOORE, STEPHEN
DOC No: 57381
Facility: CSP
Grievance No: D-CS1011-0748 and D-CS1011-0749

Aristedes W. Zavaras
Executive Director

**DISABILITY STATUS: Per Accommodation Resolution dated August 12, 2010, you were determined NOT TO HAVE a qualifying vision disability.**

**In the grievance referenced above, you allege the following:**
1. That you disagree with the result of your disability screening.

**Requested Relief/Remedy:**
1a. To be re-examined by a qualified medical provider.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**

1.  The criteria used to determine your vision disability status was agreed upon between the parties to the Montez litigation and serves to evaluate your functional ability in a correctional environment. The purpose of this screening is to determine whether you meet the Montez definition of permanent vision disability for purpose of facility placement and receipt of medical appliances related to a vision disability.

2.  You are not precluded from requesting accommodations under the Americans with Disabilities Act by virtue of having been found not vision disabled pursuant to Montez guidelines. Accommodation requests must *reasonable and specific.*

3.  If you feel you require accommodation, you may request them through this office using the attached form.

4.  An accommodation is a change or adjustment to an assignment/housing or program environment that permits you to participate in the assignment or program or otherwise gain equal access to the services provided by DOC.

5.  When requesting an accommodation, please specify the accommodation and/or modification you require in order to participate in a DOC assignment, program, or service or to assist you in the performance of daily living activities. The AIC must be able to identify a connection between the requested accommodation and/or modification and the claimed disability. The AIC DOES NOT order medical treatment or medical devices.

*13.*  ORIGINAL FEB 0 2 2011



# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

R12/21

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert?   Yes ☐   No ☒
Is the subject related to the offender's disability/diabetic condition or other ADA matter?   Yes ☒   No ☐
Date received by Case Manager: _12/16/2011_   Case Manager: _H. S. Campbell, JR. . # 2383_

| Grievance Number _D-CS 10/11—0748_ | STEP (Circle One)   1  ②  3 | |
|---|---|---|
| NAME: _Stephen Meek_ | DOC NO. _573.31_ | FACILITY/UNIT/POD: CSP POD B2 Cell # 26 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

See Step I disregard response as rote to ACC grievance to no consideram resp. no consideration.

Subject of Grievance and Requested Meaningful Remedy: _FIND MEDICAL CARE IS CLEARLY COVERED BY PLAIN + CLEAR STATUTORY LAW. 42 USC 12112(1) 12181 (7)(F) SPECIFICALLY. The ROTE DENIAL OF NUMEROUS CLEARLY SEPERATE ISSUES BY 1 ROTE FORM MARKS THAT THERE IS NO REASONED RESPONSE, BUT "CRONIC EVASION. CLEARLY STATED LAW IS A.D.A. INSUFFICIENT BY MERELY SUBMITTING MEDICAL DIAGNOSIS MUST BE EVIDENCE OF EXTENT OR LIMITATION NATURE + SEVERITY DURATION + PERMANANT IMPACT + THAT A.D.A DISABILITY IS BY LAW A LEGAL QUESTION. YOU USE MEANER TO SYSTEMICALLY EVADE + DENY BOTH DISABILITY AND MEANINGFUL REVIEW._

| TO BE COMPLETED BY OFFENDER: | | |
|---|---|---|
| DATE: _12-15-10_ | OFFENDER SIGNATURE _Stephen Meek_ | |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _Disability – ADA_ | | |
| DATE: _Rec'd DEC 17 2010_ | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # _Charmaine Ediger   Charmaine Ediger 8098_ | |
| Date ADA grievance sent to AIC: _12/21/10_ | | |

**RESPONSE**

ORIGINAL   FEB 0 2 2011

| TO BE COMPLETED BY RESPONDER | | | |
|---|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | | |

| Original: Department File/AIC | Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)   1/11   Weingardt |
|---|---|
| 2 copy for dr<br>12/21/WCC | Attachment "A"<br>Page 1 of 1 |

14.

D

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4236

Office of ADA Inmate Coordinator (AIC)



John Hickenlooper
Governor
Aristedes W. Zavaras
Executive Director

## MEMORANDUM

**TO:**      Offender MOORE, STEPHEN #57381
            CSP

**FROM:**    Adrienne Jacobson, AIC Designee
            Office of the AIC-Legal Services

**RE:**      Request for accommodation received 12/22/10

**DATE:**    January 14, 2011

Offender Moore:

I have received your request for accommodation under the ADA on 12/22/10. You requested reading glasses for extensive reading and distance glasses. These items are not accommodations. They are medical devices. The AIC DOES NOT order medical treatment or medical devices.

The remaining items on your request are: Large print typewriter or computer for your personal use due to problems with writing and to be limited to light duty assignments because you cannot do extensive reading or writing. These requests are unreasonable and are denied. The DOC does not have to provide individual use computers for offenders. Materials can be printed in large print and there are large print books available for check out from your library. Exclusion from any particular type of employment in its entirety due to a medical issue is a decision which must be made by clinical services.

You may request accommodations under the Americans with Disabilities Act at any time by completing the request for accommodation form attached to AR 750-04 and stating with specificity the change or adjustment to an assignment/housing or program environment that permits you to participate in the assignment or program or otherwise gain equal access to the services provided by DOC.

Thank you

ORIGINAL FEB 0 2 2011

E

15

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)

RECEIVED

DEC 2 2 2010

Office of Correctional
Legal Services

Bill Ritter, Jr.
Governor
Aristedes W. Zavaras
Executive Director

## MEMORANDUM

TO:        Offender MOORE, STEPHEN # 57381
            CSP

RE:        Request for Accommodation

DATE:      December 8, 2010

In the space provided below, please describe in detail the accommodation and/or modification you require in order to participate in a DOC assignment, program, or service or to assist you in the performance of daily living activities.  The AIC must be able to identify a connection between the requested accommodation and/or modification and the claimed disability.  The AIC DOES NOT order medical treatment.  If you do not comply with this request, the AIC will not investigate any further and any request(s) will be denied. **If you need assistance answering this request, please contact your case manager. This form must be returned to the AIC within 21 days.** Find DISABILITY!

(1) REQUEST READING GLASSES FOR EXTENSIVE READING + WRITING AND REQUEST DISTANCE GLASSES, TO ACCESS DAY HALL, BY LAW CORRECTIVE DEVICE. SUTTON 119 SCT. A 2149  750-04(1)(C) BIFOCUS NOT ENOUGH. THIS REPEATEDLY PRESCRIBED BY SPECIALIST 2-08, 9-30-99, 12-2000, 2005, BY 42 USC 1212 (1) 121(1)(F). LIMITED ABILITY TO READ, SEE, PAIN, LIMITS ACCESS.

(2) REQUEST LARGE PRINT TYPE WRITER OR COMPUTER TO EXTENSIVE PROBLEM OF WRITING. READING WRITING NOW DIFFICULT OTHER PAIN

(3) LIMITED, LIGHT DUTY TO EXTENSIVE READING + WRITING. SO LONG NO READING GLASSES. MAY BE INSUFFICIENT. SEE. C.R.S. 26-2-121 RESTORE SIGHT.

Offender's Signature: Stephen Moore
Date: 12-15-10

Name & Title of person completing this form (if not named offender):

ORIGINAL

FEB 0 2 2011

cc: AIC File  REFUSAL OF MEDICAL DEVICES READING AND DISTANCE GLASSES TO MEDICAL CONDITIONS PRIMARY TO A.DA. VISION, MOBILITY, HEARING A FUNDAMENTAL VIOLATION OF A.DA. "DENIAL OF REASONABLE ACCOMODATION IS DISCRIMINATION" 42 USC 12112 (B)(5.)(A)  12112 (1) (1).

16.

E

## PROVIDER ADA SCREENING FORM
### (DOCUMENT THIS EXAM ON ENCOUNTER)

| INMATE NAME | DOC# | CURRENT FACILITY | DATE FORM COMPLETED |
|---|---|---|---|
| MOORE, STEPHEN | 57381 | CS | 04/21/2009 09:11 |

### PART I: PRE-SCREENING INFORMATION

| | |
|---|---|
| 1.Were staff observation forms received and reviewed prior to screening ? | No |
| 2.Do these observation reports indicate that the inmate may have medical problems ? | No |

### PART II: SCREENING OBSERVATIONS

1.Chief Complaint.  **(Identify the problem/disability that the inmate is complaining of)**

vision

2.What major life activity does the offender claim is substantially limited by the chief complaint   **(Check all that apply)**

☐ None   ☐ Walking   ☐ Eating   ☑ Seeing   ☐ Hearing   ☐ Speaking   ☐ Breathing   ☐ Learning
☐ Working   ☐ Caring for oneself (bathing, dressing, using the restroom)   ☐ Performing manual tasks

### DIABETES

| | | |
|---|---|---|
| 1.Does the inmate have diabetes ? | No | Check here if inmate refused screening ☐ |
| 2.Inmate require snacks and/or other dietary modifications to manage his/her diabetic condition? | NA | |
| 3.Has the inmate received appropriate diabetic education ? | NA | **Check all that apply:** |
| 4.Is the inmate compliant with their medical treatment plan for diabetes ? If No, explain below | NA | Is insulin dependent ☐ |
| | | Diabetes controlled ☐ |

5.Inmate have evidence of: Retinopathy NA    Neuropathy NA    Nephropathy NA

### VISION

| | | |
|---|---|---|
| 1.Does the offender need to be screened for vision ? | Yes | Check here if inmate refused screening ☐ |
| 2.Did you observe any difficulty with inmate navigating surroundings ? | No | |
| 3.Is the inmate's vision condition expected to improve within 6 months ? | No | Inmate use Glasses ☑ |
| 4.Does the inmate has Prosthetic Eye ? | NA | Inmate have Glasses ☑ |
| 5.Does the inmate have a medical need for contact lenses rather than glasses ? | No | Dx: NA |

6.Details of Vision exam

| | Left | Right | | Left | Right | Vision exam notes (if any) |
|---|---|---|---|---|---|---|
| Pupils Equal | Yes | Yes | Normal Lids | Yes | Yes | IM had optometry exam 3/30/09. Tested 20/25 |
| Pupils Round | Yes | Yes | Normal Sclera | Yes | Yes | OD, 20/30 OS. |
| Pupils Reactive to Light | Yes | Yes | Normal Conjunctive | Yes | Yes | IM did not make much effort to read Snellen |
| Conjugate Gaze | Yes | Yes | Normal Cornea | Yes | Yes | chart during this exam. |
| Extra Occular Muscles Intact | Yes | Yes | Normal Fundi | Yes | Yes | |
| Visual Acuity Corrected 20/ | 50 | 50 | Uncorrected 20/ | 200 | 200 | Visual field   Left 120   Right 120 |

7.Inmate complains of difficulty seeing:  **(Check all that apply)**

☐ TV   ☐ Reading Signs   ☐ Officer Gestures   ☐ Seeing Landmarks   ☐ At Job/Work   ☐ Programs/Educ   ☑ Reading Papers/Documents

### HEARING

| | | |
|---|---|---|
| 1.Does the offender need to be screened for hearing ? | No | Check here if inmate refused screening ☐ |
| 2.Does the inmate use Hearing Aids ? | NA | |
| 2a. If Yes, which side the inmate use Hearing Aid ? | NA | |
| 3.With back turned at desk, ask inmate a question in a regular tone and then talk softly. Can the inmate hear and respond to your questions ? | NA | |
| 4.When calling inmate for appointment or activity, was inmate able to hear name called ? | NA | |
| 5.Was inmate unable to hear provider's request until repeated in progressively loud manner ? | NA | |
| 6.Did inmate ask "what" frequently ? | NA | |
| 7.Did the inmate wait until he/she could read provider's lips to respond ? | NA | |
| 8.Was Inmate tapped on shoulder or alerted by another inmate that he/she was being called ? | NA | |
| 9.Was background noise present ? | NA | |
| 9a.If Yes, Describe | | |
| 10.Can inmate carry on a normal conversation with you ?  If No, answer below. | NA | |
| 11.Does severity of problem require him/her to use alternative methods of communication? | NA | |
| 12.Otoacoustic Emission ? | NA | |
| 13.Were other types of communication used?  **(Check all that apply)** | | |

COPY
FEB 0 2 2011

E

17

## PROVIDER ADA SCREENING FORM
### (DOCUMENT THIS EXAM ON ENCOUNTER)

| INMATE NAME<br>MOORE, STEPHEN | DOC#<br>57381 | CURRENT FACILITY<br>CS | DATE FORM COMPLETED<br>08/03/2010 12:58 |
|---|---|---|---|

### PART I: PRE-SCREENING INFORMATION

1. Were staff observation forms received and reviewed prior to screening ?  **Yes**
2. Do these observation reports indicate that the inmate may have medical problems ?  **No**

### PART II: SCREENING OBSERVATIONS

1. Chief Complaint.  **(Identify the problem/disability that the inmate is complaining of)**

can't see

2. What major life activity does the offender claim is substantially limited by the chief complaint   **(Check all that apply)**

☐ None  ☐ Walking  ☐ Eating  ☑ Seeing  ☐ Hearing  ☐ Speaking  ☐ Breathing  ☐ Learning
☐ Working  ☐ Caring for oneself (bathing, dressing, using the restroom)  ☐ Performing manual tasks

### DIABETES

1. Does the inmate have diabetes ?  **No**   Check here if Inmate refused screening ☐
2. Inmate require snacks and/or other dietary modifications to manage his/her diabetic condition?  **NA**
3. Has the inmate received appropriate diabetic education ?  **NA**   Check all that apply:
4. Is the inmate compliant with their medical treatment plan for diabetes ? If No, explain below  **NA**   Is insulin dependent ☐

Diabetes controlled ☐

5. Inmate have evidence of: Retinopathy **NA**   Neuropathy **NA**   Nephropathy **NA**

### VISION

1. Does the offender need to be screened for vision ?  **Yes**   Check here if Inmate refused screening ☐
2. Did you observe any difficulty with inmate navigating surroundings ?  **No**
3. Is the inmate's vision condition expected to improve within 6 months ?  **No**   Inmate use Glasses ☑
4. Does the inmate has Prosthetic Eye ?  **No**   Inmate have Glasses ☑
5. Does the inmate have a medical need for contact lenses rather than glasses ?  **No**   Dx: **NA**

6. Details of Vision exam

| | Left | Right | | Left | Right |
|---|---|---|---|---|---|
| Pupils Equal | Yes | Yes | Normal Lids | Yes | Yes |
| Pupils Round | Yes | Yes | Normal Sclera | Yes | Yes |
| Pupils Reactive to Light | Yes | Yes | Normal Conjunctive | Yes | Yes |
| Conjugate Gaze | Yes | Yes | Normal Cornea | Yes | Yes |
| Extra Occular Muscles Intact | Yes | Yes | Normal Fundi | NA | NA |
| Visual Acuity Corrected 20/ | 50 | 40 | Uncorrected 20/ | 400 | 400 |

Vision exam notes (if any)

Without glasses: IM claims not to be able to see eye chart at all. Optometry exam on 6/29/10 shows corrected vision of 20/30 OD and 20/40 OS.

Visual field  Left 120  Right 120

7. Inmate complains of difficulty seeing:  **(Check all that apply)**

☐ TV  ☐ Reading Signs  ☐ Officer Gestures  ☐ Seeing Landmarks  ☐ At Job/Work  ☐ Programs/Educ  ☑ Reading Papers/Documents

### HEARING

1. Does the offender need to be screened for hearing ?  **No**   Check here if Inmate refused screening ☐
2. Does the inmate use Hearing Aids ?  **NA**
2a. If Yes, which side the inmate use Hearing Aid ?  **NA**
3. With back turned at desk, ask inmate a question in a regular tone and then talk softly. Can the inmate hear and respond to your questions ?  **NA**
4. When calling inmate for appointment or activity, was inmate able to hear name called ?  **NA**
5. Was inmate unable to hear provider's request until repeated in progressively loud manner ?  **NA**
6. Did inmate ask "what" frequently ?  **NA**
7. Did the inmate wait until he/she could read provider's lips to respond ?  **NA**
8. Was Inmate tapped on shoulder or alerted by another inmate that he/she was being called ?  **NA**
9. Was background noise present ?  **NA**
9a. If Yes, _____ Describe
10. Can inmate carry on a normal conversation with you ?  If No, answer below.  **NA**
11. Does severity of problem require him/her to use alternative methods of communication ?  **NA**
12. Otoacoustic Emission ?  **NA**
13. Were other types of communication  used?  **(Check all that apply)**

COPY
FEB 0 2 2011

E

18

**COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM**

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☒

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☒   *MEDICAL CS.O*
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☐   *ADA RELATED*
Date received by Case Manager: _12/7/2010_ Case Manager: _H. S. Campbell, JR. - # 2383_

Grievance Number _CCS 10/11-152_   STEP (Circle One) ①  2  3

| NAME: Stephen Moore | DOC NO. 57381 | FACILITY/UNIT/POD: CSP - POD B 2 Cell # 26 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: REQUEST READING + DISTANCE GLASSES, FINDING OF 'DISABILITY' PER A.D.A. By 12-9-10 SPECIALIST FINDINGS SCHAT 20 -500 -1.50 180 'CATARACTS' TO BLURRY VISION LEFT 5.25 -2.25 25 + RIGHT. AFFECTS NEAR VISION INJURY IN LEFT EYE. 20-400 UNCORRECTED DISABLED BY LAW. CIVIL RIGHTS COMMISSION 772 P.2d. 70. Colo. 1989. PRACTICE FALSIFICATION OF MED FILES TO EVADE A.DA LAW. By CORRECTED 20 40/70 20-50 DISTANCE 20 50/100 = 20/70 READING. By LAW + YOUR REGULATION. A.R ALLOWS VISION TO BE REVIEWED WITHOUT CORRECTION 750-04(4) 'DURATION' 1 TO 6 HOURS DAILY VISION A.R 750-04 III K. TO 'HEALTH DEVICE IS NOT ADEQUATE' 750-04(H)(1)(C) "REGARDED AS DISABLED" 750-04(B)(3) VISION IMPAIRED 2-OS ADA SCREEN. VISION DISABLED GRIEVANCE CS 08/09 0520. YOU HAVE TORTURED ME TO POINT OF MEDICAL MALPRACTICE, GROSS IGNORANCE OF OWN REGULATIONS + LAW. FIND DISABILITY + ALLOW READING + DISTANCE GLASSES

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-17-10   OFFENDER SIGNATURE _Stephen Moore_   *Medical*

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:
DATE: 12-27-10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # _C Danforth   Danforth 16237_

Date ADA grievance sent to AIC:

RESPONSE: ~~Duseberg~~

Separate reading + distance glasses are not a covered CDOC medical benefit. If you need both, then bifocals are the treatment + glasses used. Grievance is denied.

**ORIGINAL**

**FEB 0 2 2011**

| **TO BE COMPLETED BY RESPONDER** | | |
| DATE GRIEVANCE REC'D BY RESPONDER: 1/2/11 | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # _Nussberg AIC 988_ | RESPONSE DATE: 1/9/11 |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 1-21-11   OFFENDER SIGNATURE/PRINT NAME & DOC # _Stephen Moore_

**RECEIVED DEC 2 7 2010**

19.

F

Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☐ No ☑
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☑ No ☐
Date received by case manager: _12/23/2010_  Case Manager: _Campbell #2383_



_D-CS 10-14 1126_    STEP (Circle One) ①  2  3

NAME _STEPHEN Moore_    DOC NO. _57301_    FACILITY/UNIT/POD _CS° C5-14_

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Conspiracy to Deny Disability to Obstruct A.D.A by Coverup
A.I.C. A.D.C legal Frantz, Wright. There is substantive evidence of conspiracy + coverup.
Recent 2 ADA screens, Falsified vision worse than 20/60 20-50 (4-09) 8-10 20/60
Staffs used Medical codified in policy + Practice to Evade + justify, when to
clearly established law A.D.A apply to medical.
Staff Adamantly Refused to apply 'Duration' without correction, Regarded
as. Despite clearly established law. Evade all pain worse than 20/40 Drivers License
Staff Adamantly used single standard criteria 20/60 (+ falsifying to evade compliance)
to Evasion of 'substantially limited' means vision 20 50   8-10  20/50  4-09. Is
25% vision less, Table I, A.D.A Pg.398. Generic ophthamology, useless test. Even when
twice found vision Impaired '2-08 ADA screen, ' vision disabled' STP III GRV.
#08/08 0520. Refuses disability or regard to 2 hour Reading daily exams
Totally disregard Reading, No test. Despite main complaint, less than 8 hours
Daily vision for years to total disregard of Interactive Process. The Grievance
Court motions, Letters of Redress 7-6-10 to A.I.C. 4-26-08 to 10-155. Clearly Remedy
outline Problems to Deliberate Indifference, Cover up, Gross Corruption + Incompetence. Follow
Law

TO BE COMPLETED BY OFFENDER:
DATE: _11-7-10_   OFFENDER SIGNATURE _Stephen Moore_

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT; I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _Medical - ADA Disability_
DATE _Rec'd_   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

Date ADA grievance sent to AIC:
RESPONSE

## ORIGINAL
### FEB 0 2 2011

TO BE COMPLETED BY RESPONDER
DATE GRIEVANCE REC'D BY RESPONDER:   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #   RESPONSE DATE:

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE:   OFFENDER SIGNATURE/PRINT NAME & DOC #

G

20

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

*R722  S?6 HC*

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter?  Yes ☐  No ☒

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert?  Yes ☒  No ☒
Is the subject related to the offender's disability/diabetic condition or other ADA matter?  Yes ☒  No ☒
Date received by case manager: _11/17/10_   Case Manager: _Jimerz 876_

Grievance Number _CS10/11/0819_   STEP (Circle One)  ①  2  3

| NAME *Stephen McGee* | DOC NO. *57381* | FACILITY/UNIT/POD *CSP C-571* |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

*Doc Recent CRU medical malpractice, Request Specialist AWA Grievance*

**Subject of Grievance and Requested Meaningful Remedy:** *Torture by Programs, on 10-30-10 made Again placed in Anger Management, Neon in 2008 Found VISION Impaired, Resisted when Neon Requested Reading Glasses on Monday, optometrist told Neon he was scheduled for a Eye Specialist. Neon Requested Reading Glasses last 2 optometry visits, meals last 3 A.D.A Request states Accurately, 2 to 6 hours painful vision, 1 toy news also correct. 1 hour of Reading causes debilitating pain. Pain killers, cold wash cloth on Eyes. Neon is Frequently laid up! By vision pain. 2 pays of list is Dia no to least possible vision. Neon 20-475 vision without glasses, per 750-04 I when corrective Device not enough per 2 hour vision Reading Duration Limitation 750-04 II K list 2 A.D.A grievos. Corrected 20/50 20/50 is 25% vision loss by MEDCIE association vision By 3rd General Opthmology Text 20-50 to 20-70 'Low vision' per P.D.R For Opthmology Pg 87, vision Reduced or Inadequate for task per List - 2 A.D.A screen 20/50 20/50, Neon Cant pass colo Driver's license 20/40 yet has to do 335 pages of quick Remedy step Programs as torture + cruel + Unusual*

**TO BE COMPLETED BY OFFENDER:**

DATE: *10-30-10*   OFFENDER SIGNATURE *Stephen McGee*

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**

RECEIPT; I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: *Programs*
DATE: NOV 1 8 2010   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #
*Charmaine Edger* Charmaine Edger 8096

Date ADA grievance sent to AIC:

**RESPONSE**

Your placement in programs at CSP is to assist in your progression from Administrative Segregation, not as torture. As of 8/6/2010, the AIC stated that you do not have a vision impairment. Grievance denied.

James A Olson #7547

*Step # 12-15-10*

| TO BE COMPLETED BY RESPONDER | | |
| --- | --- | --- |
| DATE GRIEVANCE REC'D BY RESPONDER *11/19/10* | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # *James A Olson #7547* | RESPONSE DATE: *12/6/10* |

**TO BE COMPLETED BY OFFENDER**
RECEIPT; I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

DATE: *12-15-10*   OFFENDER SIGNATURE/PRINT NAME & DOC # *Stephen McGee 376 CRU*

Original: Department File/AIC     Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)   *12/13 Olson*

Attachment "A"
Page 1 of 1

ORIGINAL  FEB 0 2 2011

*21*

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☐ No ☒
*Medical to Denial ADA*

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert?   Yes ☒ No ☐   *C.C. Medical*
Is the subject related to the offender's disability/diabetic condition or other ADA matter?   Yes ☐ No ☐   *+ A.DA.*
Date received by Case Manager: *12/21/2010*   Case Manager: *H. S. Campbell, JR. . # 2383*

Grievance Number *CCS10/11- 151*   STEP (Circle One) ①  2  3

| NAME: *Stephen Moore* | DOC NO. *57331* | FACILITY/UNIT/POD: CSP - POD *B 2* Cell # *26* |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: *Medical Malpractice, Falsification of Med. Record cover up By Dr. Joseph Wright. After 12-9-10 specialist Exam By Rocky Mt. Eye Clinic Canov. Dr Wrights Past claims Are Exposed As Incompetent to Point of Medical Falsification + Malpractice. 12-9-10 found Distance 20/60 Reading 20 50/100 "Cataracts" And Left Eye Injury. Thus 25% vison loss In Distance 40% vison loss to Reading, 10% Impairment For Cosmetic Deformities of the Eye or orbits' Pg 398 General Opthamology Text, Table I A.M.A. to Vison Disability In Past A.D.A. Exams, Despite Written Main Complaint to Reading Problems, Dr Wright. Never Did A Single Test to Reading Vison. found 20 50/100. Dr Wright on 8-10 ADA screen found Vison 20 50/40. Now 20 40/60. When In fact Moore could not see 20/60 line. Then Grievance Response Stated AR. 750-04 Did not cover Regarded as Disabled Duration' And With or Without correction' Moore Duration of Vison. 1 hour to 4 hours Daily Vison. Duration' Ignored By Dr. Wright. As Constant Pain. Painkillers 1997 to 2005. Now With 20 100/100 + Cataracts. It Is Questionable whether Wright or Reliable Information will Act to Find Disability. Once Medical Appears, Redaction, Alteration of 12-9-10 Exam, Remedy Find Wright Incompetent malpractice*

| **TO BE COMPLETED BY OFFENDER:** | |
| DATE: *12-20-10* | OFFENDER SIGNATURE *Stephen Moore* |
| **TO BE COMPLETED BY GRIEVANCE COORDINATOR:** | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: *Medical* | |
| DATE: *12-27-10* | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID # *C Danforth Danforth 16237* |

Date ADA grievance sent to AIC:
RESPONSE *Wright*

Answer to step 1 grievance:  "You were seen on 12/9/10 at Rocky Mountain Eye Center with a diagnosis of bilateral cataracts. The specialist recommended no therapy. Grievance is denied."

*Step II
1-7-11*

| **TO BE COMPLETED BY RESPONDER** | | |
| DATE GRIEVANCE REC'D BY RESPONDER: *1/3/11* | RESPONDER DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # *J. Myers Jm Wright* | RESPONSE DATE: *1/3/11* |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: *1 EH-1-07-4* | OFFENDER SIGNATURE/PRINT NAME & DOC # *Stephen Moore* | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

ORIGINAL   FEB 0 2 2011
22

RECEIVED   DEC 2 7 2010   I

ADA   NON SUBSTANTIVE ADA Compliance Obstruction.

Moore has 2 to 6 hours total vision a day with glasses.

Bifocals provided 1-29-08 optometry exam severely aggravates

left eye injury, causing debilitating pain.

Moore has repeatedly told medical bifocals dont work,

While forced use of bifocals 1996 till present, vision

went from 20-2.75 to 20-4-25 more important

normal range of vision went to 2 to 6 hours daily of now

This is "Duration" substantive limitation" significantly restricted

Duration" Sutton 119 Sct. 2146-. It is  SUBSTANTIALLY LIMITED

NOT UTTER INABILITY" Werking Burg, 119 Sct. A 2169.

Bifocal is  corrective device that does not relieve

disability" Sutton A 2149

The  ADA Requires Equal Opportunity, Full participation

42 USC. 12102 (8)   2 hours reading by ineffective bifocals

Is Discrimination. Impaired legal access. By debilitating care.

You all denying READING glasses, which to any person

With slight to severe vision problem is  STANDARD OF CARE.

Your regulations and restrictions, keep DRs from even

Prescribing Reading + Distance glasses are administrative

methods of discrimination, ADA Applys to medical to

42 USC. 12112 D.

Despite Repeatedly Prescribed Reading + Distance glasses,

ORIGINAL

FEB 0 2 2011

①

23

SEVERE PROBLEMS WITH BIFOCALS. YOU INSIST ON DEBILITATING MEDICAL CARE. TO MEDICAL MALPRACTICE, AND ADA NON COMPLIANCE

VISION AFFECT MENTAL DISABILITY BY DEBILITATION. THE FAILURE OF `INTERACTIVE PROCESS` IS NO GOOD FAITH EFFORT TO ASSIST` Rickens Bung 143 F3d A 1232

DISCRIMINATION IS NOT MAKING REASONABLE ACCOMODATION. 42 USC 1212 (5)(A)   12102 (E)(2)(ii)

BIFOCALS AGGRAVATE INJURY + DEBILITATE. DENIAL READING IS DENIAL OF INTERACTIVE PROCESS, 42 USC 12113 B 5 A PATIENT KNOWS WHAT WORKS TAYLOR 184 F3d 296, AND INTEGRATED SETTING ` APPROPRIATE TO NEEDS` Helen 46 F3d 325. 42 USC 12182 (B)

YOU DENY 2-6 HOURS VISION A DAY IS DISABILITY THUS DENYING ACCOMODATION. YOU STATE `VISION IMPAIRED` BUT DENY RX CARE. THUS VIOLATES ADA. VARIOUS OTHER PLOYS PRETEXTS, OBSTRUCTIONS.
`VISION DISABILITY STARTS AT Legally Blind`
MENTAL EXCUSES ADA. 42 USC 12112(D) APPLYS TO MEDICAL.

4-26-0D.
TO HOLST.
FRANZ

Stephen Meara 57351
Alex 600 B-2-9
Canon City colo.
81215

ORIGINAL
24
2.
FEB 0 2 2011