In The United State District Court of Colorado

Civil 92-N-870.   C-002

Jessic Menten    Plaintiffs
         Stephen moan Class
                    Defendant

    vs

Governm Hickenlooper

     Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 0 8 2011

GREGORY C. LANGHAM
                    CLERK

Systemic Judiciary Discimination. Animua to Prisoners
As A Class To Exlude From Equal Protection
And Due Process of The Law.

    meoue with 20$\frac{50}{100}$ Remains vision ( to 4 hours A
Day Vision with Glasses, No Reading Glasses, Eye Injury
Cataracts + 20$\frac{5-00}{5.25}$ vision Denyed Evey Single
motion, In This And Ree Past Federal Altions. To
Disabled with no legal Recouse To Corrupt, Incompeent
+ malenbolent Courts

① In 1979 Federal Court Stated <u>10,301</u> Prisoner
Cases  9,520  92.4% Disposed of Pretrial. 3.47%
To Trial  <u>ONLY 4 CASES DISPOSED OF</u>
<u>FAVORABLY TO PRISONER PLAINTIFFS'</u> Ramos 485
F Supp. A 131. Colo. FIGURES ARE LIKELY MUCH
WORSE NOW. By Multiple Denial of Inavioual claims For this Action
② Court Decisions Direct Class member To Class
    Counsee who Does Not Represent Any Personal Chms

ORIGINAL FEB 0 2 2011

1.

OR CAN File Suit. In Courts where Prisoner Has
NO CHance to WIN, with more Severely VISION
DISABLed, Facing PROHiBiTIVE Cost To Copy + mail
Filing Fees, No To Limited Access To Experts or legal
Expertice, Extreme ARBITRARY PROceedural Process To Dismiss

③ In Face OF Past U.S. Court Decisions CRonic Violation
OF Clearly Established Law.

A. FEDERAL DISTRict Court 91-N-0231   90-A-1637 To
Systemic Violation OF Constitutional Rights, Conviction By PERjured
Testimony, SuBornation oF PERJury By UNDisClosed Payment,
Systemic Denial OF Jury Trial

Ⓑ   FEDERAL Court 254 F.3d. 1235   95.-S 2454.
Systemic Violation oF Constitutional Rights, EmPTy Form of
TRial + Post Conviction Process. GROSS Denial oF Jury Trial
Excluding Jury Review From Eye Witness, PERjury + DRug Use
OF States main witness, SuBourned PERJury By UNDisclosed Payment
Systemic Cover up By All State + FEDERAL Courts.

Ⓒ   Denial FEDERal Court 96-N-224 Violation oF Clearly Established
Law By Claim 'PORNAGRAPhy' To Summary Dismissal DEspite
State + Federal law Mandate Due Process To Establish IF Porn
Colo. Specifys Judge + Jury CRS. 18-7-103 (7) Colo Const. Art II
Sec. 10   FEDERal FRee d man 85 S-CT.734   FW- US Dallas 110
S.CT. 590.

ORIGINAL FEB 0 2 2011

2.

D. FEDERAL DISTRICT + APPELLATE COURT. 97-D-1024 149 F. 3d. 1149. T3 21 MONTHS REFUSAL OF GLASSES TO 20-400 VISION WAS NOT CRUEL AND UNUSUAL AS NOT LEGALLY BLIND 20-200 THE 21 MONTHS 20-400. NO GLASSES. ALLOWED DEFENDANTS TO USE LEGALLY BLIND A DISABILITY STANDARD. PRISON DRS TO CLAIM GO WITHOUT READING GLASSES, GO WITHOUT DISTANCE GLASSES TO 20-400 VISION.^A 149 F 3d 1149

(E)  FEDERAL DISTRICT COURT 00-N-2320, 21 MONTHS NO GLASSES NOT CRUEL + UNUSUAL. ISOLATION + TORTURE BY BLINDING.

(F)  COURTS HAVE USED BLATANT PERJURY FALSE CLAIMS IN DISMISSAL OF 3 MAJOR CASES MOORE V MANN. 254 F 3d 1235 MOORE V NEAL 149 F. 3d 1199, GO WITHOUT GLASSES,' MOORE V MANN 96 N 224. ARBITRARY CLAIMS NUDITY PORNAGRAPHY

4. NOW 20 YEARS AFTER MONTEZ FILED: MOORE HASN'T HAD A NORMAL RANGE OF VISION SINCE 1996, LESS THAN 8 HOURS FOR OVER 15 YEARS, 1 TO 4 HOURS DAILY VISION. 21 MONTHS NO GLASSES, TO CRONICALLY ALLOW STATE DEFENDANT TO EVADE, USE PLOYS + PRETEXT, TO LIE, SYSTEMICALLY EXCLUDE DISABILITY LAW. **COURTS TO CORRUPT TO FOLLOW THE LAW.**

CERTIFICATE OF SERVICE

COPY TO COLO. ATT GENERAL

CLASS COUNSEL

TRUE + CORRECT, 1ST OF FEBRUARY 2011

By /Stephen Moore/

STEPHEN MOORE 57381
BOX 0777 B-5-26
CANON CITY COLO
81245

ORIGINAL FEB 0 2 2011

3,