IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**BILL RITTER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Parties' Joint Motion for Extension of Time to File Findings of Fact and Conclusions of Law with the Court (doc. #4972), filed February 7, 2011, is **GRANTED**. The deadline for filing Findings of Fact and Conclusions of Law is extended to May 2, 2011; rebuttals are due June 1, 2011.

Dated:  February 9, 2011