IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   92-cv-00870-JLK

JESSE MONTEZ. ET AL, (L.R. Moore, Interested Party)

                Plaintiffs,

v.

JOHN HICKENLOOPER, ET AL.,

                Defendants.

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

Kane, Senior  Judge

      L. R. Moore, Interested Party, has submitted a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court has examined the file and has determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Mr. Moore has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

      ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is denied.

      DATED at Denver, Colorado this  9th  day of February, 2011.

                              s/John L. Kane
                              SENIOR U.S. DISTRICT JUDGE