IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL RITTER, et al.,

    Defendants.

_____

Claim Number: 02-128
Category:  II
Claimant: Stephen Moore, #57381
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the two motions of Claimant. *#4974; #4975.* Pursuant to Judge Kane's order of March 23, 2010, the Special Master will refer these motions to class counsel in accordance with *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). No further action can be taken on these motions.

    IT IS HEREBY ORDERED that Claimant's motions will be accepted and then forwarded to class counsel.

    SIGNED this 11th day of February, 2011.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*
                                          _____
                                          Richard M. Borchers
                                          Special Master