IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-477
Category III
Claimant: Larry Dean Jones, #68661
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion for reconsideration. Since the Special Master issued his order of January 4, 2011, Judge Kane has issued his order of January 19, 2011. A copy of that order is being provided to Claimant. There is no jurisdiction for the Special Master to adjudicate any of Claimant's requests.

      IT IS HEREBY ORDERED that Claimant's motion for reconsideration is denied.

      SIGNED this 11th day of February, 2011.

                          BY THE COURT:

                          */s/ Richard M. Borchers*

                          _____
                          Richard M. Borchers
                          Special Master