ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-N-870(OES)(Consolidated for all purposes with Civil Action No:96-N-343

JESSE (JESUS) MONTEZ, et al.,
Plaintiffs,

V.

BILL OWENS, et al.,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2011

GREGORY C. LANGHAM
CLERK

---

Claim Number: 03-034
Category: III
Claimant: WILLIAM GILMORE, #63549
Address of Claimant: P.O.Box 1010, Canon City, CO. 81215 (C.T.C.F.)

---

MOTION FOR INJUNCTIVE RELIEF

---

Comes now the plaintiff William Gilmore respectfully asking this court for an order directing the Department of Corrections to return his property that was taken subsequent to the order of the special masters order that plaintiff be housed in a designated facility. Pursuant to the special masters order in the Remedial Plan, Under V.[placement] "Inmates who are currently in Doc and are moved to a designated facility because of a disability and pursuant to this agreement will have the same privileges and property rights as they possess in there current placement." The plaintiff's property(GE-Super Radio) was taken upon his transfer from Limon Facility to Territorial Facility, the plaintiff was moved to C.T.C.F. because it is a designated medical facility. The plaintiff asks this court to issue injunctive relief in the form of an order directing the Dept. of Corrections to return his property that was taken in direct breach of the settlement agreement set forth in the Remedial Plan.

Respectfully submitted /s/ William Gilmore
2-2-2011

CERTIFICATE OF MAILING

I William Gilmore certify that a copy of this motion for relief was placed in the U.S.Mail postage pre-Paid addressed to the office of the Attorney General 1525 Sherman Street 7th Floor, Denver CO.80203.

Dated 2-11-11

Respectfully William Gilmore