IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
ROOM A105
901 19TH ST., DENVER, CO (80294)
NUMBER 92-CV-870

MR. John H. James #49264
P.O. BOX 600 - Unit-3-C-201
Canon City, CO (81215)

FEBRUARY 23, 2011

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 25 2011

GREGORY C. LANGHAM
CLERK

TO THE HON. JOHN L. KANE:

AS A PARTY TO THE ABOVE CITED CLASS ACTION SUIT, MONTEZ V. ROMER, NO. 92-CV-870 (U.S. DIST. CT.)(COLO)   ). IT IS MY GRIEVANCE THAT THE DEPARTMENT OF CORRECTIONS (DEFENDANTS) ARE NOT IN COMPLIANCE WITH THE STIPULATIONS AGREEMENT RELATING TO THE AMERICANS WITH DISABILITIES ACT-- REQUIRING THE (DOC) NOT DISCRIMINATE AGAINST. I AM PERSONALLY DEALING WITH DIABETES.

ON OR ABOUT APRIL 2010, ALL DIABETIC CARE, TREATMENT, THERAPY AND OTHER DIABETIC ASSOCIATED ACCESS WAS/OR HAS BEEN DISCONTINUED. THIS ACT, ACTION BY THE MEDICAL DEPARTMENT AT (DOC), HAS BEEN A ON-GOING PROBLEM AND CONCERN OF MINE. THE DOCTOR, (WRIGHT) AT THE RESTRICTIVE FACILITY, AND I ARE IN DISAGREEMENT AS TO THE METHODS AND PROCEDURES PRESCRIBED IN ADMINISTERING AND TREATING MYSELF REGARDING MY DIABETIC NEEDS.

AS SUCH, AS STATED, THERE HAS BEEN THE TOTAL DENIAL OF CARE OR DIABETIC TREATMENT ALTOGETHER, AND I AM CONCERNED FOR MY LIFE EVEN MORE. MY PHYSICAL HEALTH IS RAPIDLY DETERIORATING, SLOWLY, BUT SURELY. I'M EVEN REFUSED THE BASIC NEEDS (ASPIRIN, PAIN RELIEVERS, ET. ETC.).

I BELIEVE, BECAUSE OF MY REPEATED COMPLAINTS ABOUT THE INCOMPETENT CARE, TREATMENT, AND UNSKILLED MEDICAL STAFF - PARTLY, NOT ALL OF THEM, COUPLED WITH A UNRELATED ON-GOING LEGAL LITIGATION INVOLVING (DOC) -- THEY'RE, (DOC) IS USING MY DIABETIC CONDITION AS A DEVICE TO RESOLVE/REMEDY THEIR PROBLEMS WITH ME, COLLECTIVELY. ALL I RECIEVE IS, FINGER-STICKS, MEALS.

ENCLOSED IS A CORRESPONDENCE/RESPONSE I RECIEVED FROM (DOC) HEALTH SERVICE ADMINISTRATOR - MICHEAL ZBREGOUDO, SUBSEQUENT A COMPLAINT I SUBMITTED TO HIS OFFICE DECEMBER 14, 2010. IN RELATION TO THE H-SA's RESPONSE, I OBTAINED THE DOCUMENTS HE ALLEGED I SIGNED REFUSING DIABETIC TREATMENT/CARE, WHICH IS AS WELL ENCLOSED. THOSE CLAIMS, AS YOU CAN SEE, ARE NOT TRUE, AND IT'S A METHOD FOR DR. WRIGHT IN THE EVENT OF MY DEATH OR OTHERWISE, TO COVER HIMSELF, FOR DISCONTINUING.

I'M ASKING FOR INTERVENTION FROM YOUR OFFICE TO WHATEVER DEGREE YOUR JUDICIAL AUTHORITY HAS JURISDICTION. THEY'RE LITERALLY MURDERING ME.

THANK YOU FOR YOUR TIME.

SINCERELY - CONCERN INMATE
JOHN H. JAMES #49264

# STATE OF COLORADO

## COLORADO DEPARTMENT OF CORRECTIONS

Centennial Correctional Facility
P.O. Box 600
Canon City, CO  81215-0600
Phone: (719) 269-5510
FAX: (719) 269-5545

Colorado State Penitentiary
 P.O. Box 777
Canon City, CO 81215-0777
Phone: (719) 269-5120
FAX: (719) 269-5125



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

John James  #49264
CCF   I-C-201

Dear Mr. James:

I have received your letter dated December 14, 2010 in which you complain that you are not receiving your diabetic medication and request a co-pay credit be issued for the $5.00 charge assessed to your account on 11/29/10 for a medical emergency.

Your record shows that medical staff came to your cell on 11/29/10 at your request because you stated you were experiencing shortness of breath and chest pain.  When they arrived at your cell, you would not allow the medical staff to assess you, take your blood pressure or check your blood sugar level.  It was noted in your record that you did not appear to be short of breath and there was no audible wheezing.  No signs or symptoms of pain were observed and respirations appeared regular and non-labored.  The co-pay assessed to your account is appropriate and will not be refunded.

In addition, your record shows that on 12/14/10 you signed a refusal for diabetic medications.  The medical care you have received and will continue to receive is both timely and appropriate.

Sincerely,

Michael Bergondo, Health Services Administrator

MB/cd

submitted:
February 23, 2011



wrote letter January 30th 2011 In response to this memo from Michael Bergondo...

RECEIVED T.B. SYRUM LOG NO. 102427 FR: JOSE EDWARDS/ESCORT and C/O A. MUNN OR C/O JONES ON JANUARY 21 OR SO, NO SURE, 2011... NEVER CAME BACK TO CHECK DOT/SDT... INCOMPETENT...

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

This is the best quality copy of the following document.

Clerks Office
United States District Court

(5) of (5)

## REQUEST FOR SICK CALL

NAME: John M. James        NUMBER: 49264

DATE: January 30, 2011   LIVING UNIT: I-C-201

WORK ASSIGNMENT: _____ N/A

**Offender needs to be seen by: (CHECK ONLY ONE)**

___ Physician Assistant/Nurse Practitioner

___ Dentist

___ Nurse

___ Mental Health

___ Self Medication: Refill Name: _____

Prescription Number: _____

Other: _____

Explain your need for request: _____

_____

_____

_____

_____

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: Mr. James
the refused; dated 12-10-10.

20053  Distribution:  White Copy-Dispensary    Canary Copy-Medical    Pink Copy-Offender

---

**DEPARTMENT OF CORRECTIONS**                          DC 200-2C

### MISC. WITHDRAWAL TICKET

DATE: January 30, 2011                      AMOUNT _____

OFFENDER NO. 49264   FAC. CCF-SCHH   UNIT I-C-201

OFFENDER NAME James, J

REASON FOR TRANSACTION  Photocopy of medical release form
of December 14, 2010. One (1) copy, only.

I hereby authorize this amount to be deducted from my account.

Authorized by _____

Offender Signature  John James # 49264  January 30, 2011

20003(R.5/01)

Submitted
February 23, 2011

IC 201

## COLORADO DEPARTMENT OF CORRECTIONS

Sec.4.Refusal

STATEMENT OF PATIENT
LEAVING AGAINST ADVICE
REFUSAL OF TREATMENT

TO WHOM IT MAY CONCERN

This is to certify that I, _____James, John      49264_____, refuse observation and/or

(Full Name and Register Number and Facility)

treatment from the Colorado Department of Corrections Medical Services Department.

I specifically refuse observation and/or treatment for the following:

_Chronic care clinic, exams to monitor & treat diabetes
& hypertension. Feet exam, eye exam, medication
review & personalized treatment & teaching. Increase
risk for diabetic related problems like organ damage shock
coma, heart attack, stroke & death._

I refuse this at my own insistence and against the advice of the medical services staff.

I have been informed of the dangers of my refusal regarding this treatment and/or observation.

I release the Colorado Department of Corrections Medical Unit, its employees and officers, and my attending

physician from all liability for any adverse results caused by this refusal of treatment and/or observation.

X _refused to sign_

Patient's Signature

Date & Time _12-10-10     1600_

Witness _____

Witness _____ M. Robb

Distribution:          White:  Medical File          Canary:  Inmate
31213

submitted
February 23, 2011

THIS IS THE ALLEGEDLY PERSONAL FORM USA LETHAL BIOLOGIC CLAIMS I STATED...

I HAVE NOT REFUSED ANYTHING; THIS IS FOR PURPOSE'S AND RETALIATORY ACTS, ACTIONS AND BEHAVIOR ON BEHA- LF OF MEDICAL PERSONNEL WRIGHT, DUE TO NEGATIVE INTERACTION WITH HIM BY ME, REFERRING TO HIM AS A MOTHER-FUCKING RACIST PARKER-WOOD... WHEREFORE, HE ORDERED ALL MY ELECTRICAL POWERS TURNED OFF -- AND I WAS IN TOTAL DARKNESS.   WITNESSED BY SGT. THOMAS; -- ROVER

SGT. CLEARANCE = WHOM FOUND IT AMUSING...

THIS WAS THE LAST, IF NOT NEXT TO LAST VISIT I HAD WITH MEDICAL PERSONNEL WRIGHT... APRIL , 2010 FROM