FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT OF COLORADO.
Civil 92-CV-870 JLK

FEB 28 2011

GREGORY C. LANGHAM
CLERK

JESSE MONTEZ PLAINTIFF     CLASS MEMBER STEPHEN Moore
VS
BILL RITTER DEFENDANT          Claim 02-128 C-002

SYSTEMIC 'EXCLUSIONARY QUALIFICATIONS, STANDARDS + CRITERIA"
CONSPIRACY TO DENY DISABILITY STATUS And 'BROAD SCOPE OF PROTECTION'
TO GREATER DEGREE OF LIMITATION THAN WAS INTENDED' 42
USC 12101 (5) EXCLUSIONARY STANDARDS' + BROAD COVERAGE' (7)
'GREATER THAN INTENDED LIMITATIONS' WITHOUT CORRECTION'
REGARDED AS DISABLED'
   VIOLATED By Claims of 'MEDICAL EXCEPTION' TO 42 USC 12111(9)(B)
'ACQUISITION OF MEDICAL DEVICES, MODIFICATIONS OF EXAMINATIONS''
TO MEDICAL MALPRACTICE, CONSPIRACY TO VIOLATE A.D.A
      DEFENDANTS SYSTEMICALLY USE EXCLUSIONARY QUALIFICATIONS TO
DENY 'BROAD COVERAGE' 12128(1) 12102(4)(1)(A) (4)(1)(E)(1) 'SHALL
BE MADE WITHOUT AMELIORATIVE EFFECTS OF MITIGATING 'MEASURES'
   MOORE 20 —5.25/—5.00, VISION, 20/200 legally Blind NO DISTANCE GLASSES
BY 'EXCLUSIONARY' ploys PRETEXT + EVASIONS OF 20/60, CORRECTED'
'MEDICAL EXCEPTIONS' AGREED UPON CRITERIA 'DEBILITATING PAIN' EXCLUSION
OF 'REGARDED AS DISABLED' WITHOUT CORRECTION', DURATION LT 6
hours DAILY VISION, INTERACTIVE PROCESS, INTEGRATED SETTING
   MEDICAL DEVICES ARE Included. LT06 hours DAILY VISION, EYE EXAMS Exams
CATARACTS US v GEORGIA REFUSAL OF PRISON OFFICIAL TO ACCOMODATE
DISABILITY IN FUNDAMENTAL MEDICAL CARE + PROGRAMS CONSTITUTED
EXCLUSION FROM PROGRAMS DENIAL OF BENEFITS. 126 SCT 877 546 US
A 157 See ExhiBiTs
         Sworn True + Correct 22 Day of FEBRUARY 2011
                    By Stephen Moore

CC. COPIES.
   Colo ATT General
   Class Counsel

                    STEPHEN MOORE 57381
                    Box 0777 C-S-22
                    CANON CITY Colo 81215

ORIGINAL

FEB 23 2011

1.