IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

_____

Claim Number: 02-128
Category: II
Claimant: Stephen Moore, #57381
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the motion of Claimant. *#4989.* Pursuant to Judge Kane's order of March 23, 2010, the Special Master will refer these motions to class counsel in accordance with *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). No further action can be taken on these motions.

    IT IS HEREBY ORDERED that Claimant's motion will be accepted and then forwarded to class counsel.

    SIGNED this 4th day of March, 2011.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         _____
                                         Richard M. Borchers
                                         Special Master