IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-034
Category: III
Claimant: William Gilmore, #64549
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the motion for injunctive relief filed by Claimant. *Doc. 4984.* Judge Kane has ruled that the time for filing of *pro se* motions is over. Claimant may not pursue his motion by himself. The motion will be referred to class counsel.

IT IS HEREBY ORDERED that Claimant's motion is denied for lack of jurisdiction.

SIGNED this 4th day of March, 2011.

        BY THE COURT:

        */s/ Richard M. Borchers*
        _____
        Richard M. Borchers
        Special Master