```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX035909
Cashier ID: sg
Transaction Date: 03/09/2011
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:        $2.76
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 210652
 Amt Tendered: $2.76
------------------------------------
Total Due:     $2.76
Total Tendered: $2.76
Change Amt:    $0.00

MONTHLY PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399