FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2011

GREGORY C. LANGHAM
CLERK

3-10-11

Your Honor Judge Kane,
92-cv-00870-JLK-CES

I am a little over $2000.00 in debt to the D.O.C. for medical and Courts!

On 2-2-11 I sent Warden Kevin Milyard a Cease and Desist order.

On 2-3-11 Warden Milyard violated said Order!!

On 2-4-11 Legal Assistance, Shawna Roche and the Law librarian Jennifer Anderson, too violated said Order!!

Now as I understand this, because I'm a Common Law Copyright and also have been acknowledged by the Colorado State Secretary officer; my number is #20102063838

Under the Common Law Copyright Notice I have the right to have said Order (Cease and Desist Order) placed upon Warden Kevin Milyard and all C.D.O.C. staff. is this not true??

Warden Milyard on 2-3-11 "ordered" me James R Duncan out of the incentive-pod in unit 3 and placed in a none incentive Pod in unit 4. in said Cease and Desist Order it states: in the NON-retaliation Clause #4 State: Removal from population; and/or removal from Incentive-Pod; therefore Warden Milyard violated said order!!


#2

On 2-4-11 Legal Assistance Shawna Roche and Law Librarian Jennifer Anderson, too violated said Cease and Desist Order by giving (me) James R. Duncan a Notice of Charge(s) dated 02/04/11 ... The charge is Fraud!! now I can see this Milyard mad about the Cease and Desist Order and orders Mis Roche to find something wrong with said document

Mis Roche go's to! the Notary Mis Anderson of the Law Library and ask her to help find something wrong with said document! Mis Anderson (in her Notary dose only one thing, thats witnesses the signature only) she has nothing else to do with said document!

I looked this up in the "Notary Handbook" Mis Anderson has nothing else to do with the Cease and Desist order at all!!

The Notice of Charge(s) say's that I had altered said document by placing a dated on said document and then I'd altered that by making a "9" in to an "0" so it read April 1, 2000 and not April 1, 2009!

OK yes I did that "but" about 4 days befor Mis Anderson Notarized it!! so it was alread done when she did the Notary on Sept. 1, 2009!!

Now Mis Roche and Mis Anderson both knew that all Mis Anderson Notary was

(3)

to witness the signature of my "Lit'th Notary had nothing to do with the date of April, 1, 2008 nothing at all!! it was not in the Notary's part of the document!!

Now here is the fun part!! Because these three (3) person's violated the Cease and Desist Order I sent them all a Notice of intent to take legal action. So Warden Milyard orders all D.O.C. staff to not allow (me) James R Duncan to get any legal help!! NO copys, NO typing, NO notary, and NO legal asistance at all

now as you can see I've got no copys to send as my proof of what I'm saying is true or not!! I did send you proof that the legal department was and still is deneing me copys "Lit'1" I sent that to you at the Westminstor address and you or your help must have sent it to the Lawyers at King?? and not to you! anyway I'm asking for your help in ordering the SCF and all CDOC staff to allow me assistance to copys, typewriters and notary's and any legal assistance I maye need

I thank you for your help

Duncan
4176