IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO.92-cv-870-JLK

JESSE MONTEZ,et al.,

PLAINTIFFS,

VS

BILL RITTER,etal,

DEFENDENTS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 4 2011

GREGORY C. LANGHAM
CLERK

_____

CLAIM NO.03-335
CATEGORY.III
CLAIMANT:KEITH A.SCHWINAMAN#105240
ADDRESS OF CLAIMANT CTCF PO BOX 1010,canon city,co 81215-1010
_____

PLAINTIFFS APPEAL OF THE FINAL ORDER
DATED 01/07/11

--
_____

#2

AT THE END OF THE FINAL ORDER FROM JUDGE BORCHERS HE STATED THAT I HAD NOT
ASKED FOR A MODIFICATION OF THE FINAL ORDER THIS IS INCORRECT SEE REMEDY AND
MY MOTION TOO AMEND DATED RECEIVED 11/26/10.
MY REMEDY IS AT THE END OF MY "INDEX OF EXIBITTS DATED RIECEIVED 11/23/10.
THE REMEDY STATES(SEE REMEDY COPY PLEASE).
I HAVE SENT MY COPIES OF THE REMEDY AND THE REQUEST  TO AMEND. BOTH THESE
DOCUMENTS ARE IN THE CASE FILE ALREADY.

IN ADDITION JUDGE BORCHERS RULED THAT "THE EVIDENCE DOES NOT REFLECT THAT
THE FINAL ORDER WAS WILFULLY DISOBEYED,BUT RATHER THAT STAFF DID NOT KNOW
WHAT NEEDED TO BE DONE" SEE SECTION III OF THE FINAL ORDER DATED 01/07/11.

THE H.S.A WAS CLEARLY AWARE OF THE ORDER INWICH I WAS TO BE GIVEN THE
GLUCOSE TABLETS SEE MY EXIBITT A. AND MY EXIBITT D. COPIES ENCLOSED.

MY DESIRE IS THAT DOC BE HELD IN CONTEMPT FOR DENIYING ME THE GLUCOSE
TABLETS OVER A YEAR AND 9 months.

I ALLSO REQUEST THAT THE REMEDY AND THE MOTION TOO AMEND BOTH BE GRANTED
IN THERE ENTIRERDY.


RESPECTFULLY SUBMITTED BY THE PLAINTIFF KEITH A.SCHWINAMAN #105240
CTCF P.OBOX 1010 CANON CITY,CO 81215.

X. _Keith Schwin #105240_

MARCH 6th,2011

TO THE HONORABLE

JUDGE BORCHERS

AT THE LEGAL RESOLUTION

CENTER

"SALUTATIONS"

FROM KEITH SCHWINAMAN
#105240 CTCF PO BoX 1010
CANON CITY, CO 81215

RE: MONTEZ CASE #03-335

MOTION too AMEND
REMEDY

RECEIVED
NOV 26 2010
By

RECEIVED
NOV 26 2010
By 11.18.10

# MOTION TO AMEND REMEDY

## JESUS MONTEZ CASE # 03-335

PLAINTIFF; KEITH SCHWINAMAN #105240 CTCF P.O BOX 1010 CANON CITY, CO 81215

VS.

Bill Ritter AND D.O.C

ENCLOSED IS A COPY OF MY ACCOUNT STATEMENT FROM 030108 it SHOWS BOTH THE COST OF copies I Needed FOR MY MONTEZ CASE AND ALL the times I WAS charged $10.00 $5.00 ect JUST too test MY BloodSugars, THE MAJORITY OF the EMERgENCY charges I Believe were Done too DISSCOURAGE US FROM ASKiNG too test our Blood SUGAR, THE MAJORITY OF these charges were Refunded a Few MonsTHS Later, (when I would

Page #2

ASK too test I WAS charged
AS AN EMERGENCY visit.
All oF these charges ~~are~~ Are
HighLighted So Are the Refunds.

I would like too Be ~~Reembursed~~
~~For the cost of copies~~ Neccecary
too PROVE MY CASE (THEY Are Highliter
AS zerox-Debit,

The total ~~For~~ copies ~~is~~ $37.50

I Allso SPent MANY HOURS
PReParing MY CASE iF THAT is
WORTH ANYthing Please Allso
ADD it too the Remedy EstaMAted
~~time too~~ ~~PreParee~~ MY CASE is
~~75~~ Hours.

ResPectfolly
SUBMitted BY

Plaintiff. Keith Schwinghen
#105240 CTCF Po Box 1010
CANON city, CO
                    81215
X Keith Schwin #105240
11,18,10



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:     (303) 335-2714

This is the best quality copy of the following documents

Clerks Office
United States District Court

Keith

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========= 11/18/2010 = Page  1

Account: 105240 SCHWINAMAN, KEITH A                CTCF      CTCF/CH7
    To:From Dates  03/01/2008: 11/18/2010
==============================================================================
```

| Trans Date | Description | Deposits | Withdrawls | Balance | Loc |
|---|---|---|---|---|---|
| 03/01/2008 | BALANCE AS OF 03/01/2008 | | | 16.98 | |
| 03/04/2008 | 13 HAND PACKAGER | 30.21 | | 47.19 | CT |
| 03/06/2008 | Canteen Order #5727782 | | 17.38 | 29.81 | CT |
| 03/06/2008 | XEROX-DEBIT | | 2.75 | 27.06 | CT |
| 03/07/2008 | MEDICAL APPOINT | | 5.00 | 22.06 | CT |
| 03/11/2008 | JPAY CREDIT | 100.00 | | 122.06 | CT |
| 03/13/2008 | Canteen Order #5745264 | | 23.01 | 99.05 | CT |
| 03/17/2008 | ICE CREAM DEBIT | | 2.00 | 97.05 | CT |
| 03/20/2008 | Canteen Order #5761772 | | 2.78 | 94.27 | CT |
| 03/26/2008 | Canteen Order #5757048 | | 5.50 | 88.77 | CT |
| 03/28/2008 | Canteen Order #5774421 | | 20.22 | 68.55 | CT |
| 03/28/2008 | XEROX-DEBIT | | 0.75 | 67.80 | CT |
| 03/31/2008 | CHILD SUPPORT-07138733006 | | 13.02 | 54.78 | CT |
| 03/31/2008 | RESTITUTION-95CR871 | | 13.02 | 41.76 | CT |
| 04/03/2008 | Canteen Order #5785322 | | 41.51 | 0.25 | CT |
| 04/03/2008 | 13 HAND PACKAGER | 95.97 | | 96.22 | CT |
| 04/04/2008 | XEROX-DEBIT | | 0.75 | 95.47 | CT |
| 04/08/2008 | MEDICAL CHRONIC | | 5.00 | 90.47 | CT |
| 04/09/2008 | XEROX-DEBIT | | 5.00 | 85.47 | CT |
| 04/09/2008 | XEROX-DEBIT | | 0.75 | 84.72 | CT |
| 04/10/2008 | Canteen Order #5801112 | | 36.02 | 48.70 | CT |
| 04/11/2008 | JPAY CREDIT | 80.00 | | 128.70 | CT |
| 04/17/2008 | Canteen Order #5819482 | | 18.95 | 109.75 | CT |
| 04/24/2008 | Canteen Order #5835155 | | 24.51 | 85.24 | CT |
| 04/25/2008 | Canteen Order #5830686 | | 5.50 | 79.74 | CT |
| 04/28/2008 | SPECIAL ACTIVITIES DEBIT | | 7.00 | 72.74 | CT |
| 04/30/2008 | CHILD SUPPORT-07138733006 | | 17.60 | 55.14 | CT |
| 04/30/2008 | RESTITUTION-95CR871 | | 17.60 | 37.54 | CT |
| 05/01/2008 | Canteen Order #5844412 | | 21.72 | 15.82 | CT |
| 05/05/2008 | POSTAGE-DEBIT | | 4.60 | 11.22 | CT |
| 05/06/2008 | 13 HAND PACKAGER | 102.52 | | 113.74 | CT |
| 05/07/2008 | SNACK BAR SALE | | 13.00 | 100.74 | CT |
| 05/08/2008 | Canteen Order #5858639 | | 30.12 | 70.62 | CT |
| 05/13/2008 | HOBBY-DEBIT | | 5.01 | 65.61 | CT |
| 05/15/2008 | Canteen Order #5878622 | | 27.89 | 37.72 | CT |
| 05/19/2008 | JPAY CREDIT | 100.00 | | 137.72 | CT |
| 05/20/2008 | HOBBY-DEBIT | | 3.21 | 134.51 | CT |
| 05/21/2008 | HOBBY-DEBIT | | 1.60 | 132.91 | CT |
| 05/21/2008 | HOBBY-DEBIT | | 3.96 | 128.95 | CT |
| 05/22/2008 | Canteen Order #5894899 | | 9.96 | 118.99 | CT |
| 05/22/2008 | JPAY CREDIT | 100.00 | | 218.99 | CT |
| 05/28/2008 | Canteen Order #5891430 | | 5.50 | 213.49 | CT |
| 05/29/2008 | Canteen Order #5906204 | | 40.36 | 173.13 | CT |
| 05/30/2008 | CHILD SUPPORT-07138733006 | | 30.25 | 142.88 | CT |
| 05/30/2008 | RESTITUTION-95CR871 | | 30.25 | 112.63 | CT |
| 06/02/2008 | HOBBY-DEBIT | | 2.50 | 110.13 | CT |
| 06/02/2008 | HOBBY-DEBIT | | 1.60 | 108.53 | CT |
| 06/03/2008 | 13 HAND PACKAGER | 27.30 | | 135.83 | CT |
| 06/05/2008 | Canteen Order #5919449 | | 24.65 | 111.18 | CT |
| 06/05/2008 | HOBBY-DEBIT | | 1.51 | 109.67 | CT |
| 06/05/2008 | POSTAGE-DEBIT | | 9.77 | 99.90 | CT |
| 06/09/2008 | ICE CREAM DEBIT | | 6.00 | 93.90 | CT |
| 06/13/2008 | Canteen Order #5938024 | | 10.32 | 83.58 | CT |
| 06/16/2008 | JPAY CREDIT | 75.00 | | 158.58 | CT |
| 06/19/2008 | Canteen Order #5953743 | | 26.93 | 131.65 | CT |
| 06/20/2008 | MEDICAL SELFDEMER | | 10.00 | 121.65 | CT |
| 06/25/2008 | Canteen Order #5952877 | | 5.50 | 116.15 | CT |

| Date | Description | Credit | Balance | |
|---|---|---|---|---|
| 06/26/2008 | Canteen Order #5970583 | | 18.82 | 97.33 CT |
| 06/30/2008 | CHILD SUPPORT-07138733006 | | 10.23 | 87.10 CT |
| 06/30/2008 | RESTITUTION-95CR871 | | 10.23 | 76.87 CT |
| 07/01/2008 | HOBBY-DEBIT | | 0.50 | 76.37 CT |
| 07/03/2008 | 13 HAND PACKAGER | 56.28 | | 132.65 CT |
| 07/07/2008 | MONEY ORDER-DEBIT | | 77.81 | 54.84 CT |
| 07/07/2008 | HOBBY-DEBIT | | 1.00 | 53.84 CT |
| 07/07/2008 | HOBBY-DEBIT | | 4.31 | 49.53 CT |
| 07/11/2008 | Canteen Order #5994103 | | 13.55 | 35.98 CT |
| 07/15/2008 | JPAY CREDIT | 70.00 | | 105.98 CT |
| 07/17/2008 | Canteen Order #6014171 | | 18.82 | 87.16 CT |
| 07/21/2008 | SPECIAL ACTIVITIES DEBIT | | 3.50 | 83.66 CT |
| 07/22/2008 | MONEY ORDER - CREDIT | 2.96 | | 86.62 CT |
| 07/24/2008 | Canteen Order #6026557 | | 16.49 | 70.13 CT |
| 07/30/2008 | Canteen Order #6025790 | | 2.75 | 67.38 CT |
| 07/31/2008 | CHILD SUPPORT-07138733006 | | 12.93 | 54.45 CT |
| 07/31/2008 | RESTITUTION-95CR871 | | 12.93 | 41.52 CT |
| 07/31/2008 | Canteen Order #6040376 | | 26.32 | 15.20 CT |
| 08/05/2008 | 13 HAND PACKAGER | 161.04 | | 176.24 CT |
| 08/07/2008 | Canteen Order #6055529 | | 39.94 | 136.30 CT |
| 08/11/2008 | HOBBY-DEBIT | | 11.90 | 124.40 CT |
| 08/12/2008 | MEDICAL APPOINT | | 5.00 | 119.40 CT |
| 08/14/2008 | Canteen Order #6073841 | | 25.72 | 93.68 CT |
| 08/15/2008 | JPAY CREDIT | 100.00 | | 193.68 CT |
| 08/18/2008 | MONTEZ COPAY REFUND | 15.00 | | 208.68 CT |
| 08/21/2008 | Canteen Order #6086712 | | 20.58 | 188.10 CT |
| 08/28/2008 | Canteen Order #6102359 | | 20.00 | 168.10 CT |
| 08/28/2008 | Canteen Order #6084502 | | 2.75 | 165.35 CT |
| 08/29/2008 | CHILD SUPPORT-07138733006 | | 26.10 | 139.25 CT |
| 08/29/2008 | RESTITUTION-95CR871 | | 26.10 | 113.15 CT |
| 09/02/2008 | ICE CREAM DEBIT | | 4.00 | 109.15 CT |
| 09/02/2008 | 13 HAND PACKAGER | 92.53 | | 201.68 CT |
| 09/05/2008 | Canteen Order #6111370 | | 8.84 | 192.84 CT |
| 09/11/2008 | Canteen Order #6130627 | | 16.34 | 176.50 CT |
| 09/18/2008 | Canteen Order #6146107 | | 32.82 | 143.68 CT |
| 09/19/2008 | JPAY CREDIT | 120.00 | | 263.68 CT |
| 09/25/2008 | Canteen Order #6161044 | | 43.23 | 220.45 CT |
| 09/30/2008 | CHILD SUPPORT-07138733006 | | 21.25 | 199.20 CT |
| 09/30/2008 | RESTITUTION-95CR871 | | 21.25 | 177.95 CT |
| 10/02/2008 | Canteen Order #6173295 | | 17.78 | 160.17 CT |
| 10/06/2008 | 13 HAND PACKAGER | 151.14 | | 311.31 CT |
| 10/08/2008 | XEROX-DEBIT | | 3.75 | 307.56 CT |
| 10/10/2008 | Canteen Order #6190901 | | 43.42 | 264.14 CT |
| 10/16/2008 | Canteen Order #6206616 | | 36.92 | 227.22 CT |
| 10/20/2008 | SPECIAL ACTIVITIES DEBIT | | 7.00 | 220.22 CT |
| 10/21/2008 | JPAY CREDIT | 70.00 | | 290.22 CT |
| 10/22/2008 | HOBBY-DEBIT | | 3.00 | 287.22 CT |
| 10/23/2008 | Canteen Order #6220762 | | 6.41 | 280.81 CT |
| 10/28/2008 | Canteen Order #6217744 | | 2.75 | 278.06 CT |
| 10/30/2008 | Canteen Order #6233483 | | 26.62 | 251.44 CT |
| 10/31/2008 | CHILD SUPPORT-07138733006 | | 22.11 | 229.33 CT |
| 10/31/2008 | RESTITUTION-95CR871 | | 22.11 | 207.22 CT |
| 11/04/2008 | XEROX-DEBIT | | 3.25 | 203.97 CT |
| 11/05/2008 | 13 HAND PACKAGER | 48.40 | | 252.37 CT |
| 11/05/2008 | MONTEZ CO-PAY REFUND | 5.00 | | 257.37 CT |
| 11/06/2008 | Canteen Order #6246505 | | 13.27 | 244.10 CT |
| 11/13/2008 | Canteen Order #6263577 | | 32.28 | 211.82 CT |
| 11/14/2008 | XEROX-DEBIT | | 1.25 | 210.57 CT |
| 11/15/2008 | JPAY CREDIT | 100.00 | | 310.57 CT |
| 11/17/2008 | SPECIAL ACTIVITIES DEBIT | | 3.50 | 307.07 CT |
| 11/20/2008 | Canteen Order #6281196 | | 31.46 | 275.61 CT |
| 11/20/2008 | MONEY ORDER-DEBIT | | 82.84 | 192.77 CT |
| 11/24/2008 | HOBBY-DEBIT | | 1.00 | 191.77 CT |
| 11/25/2008 | Canteen Order #6264505 | | 51.51 | 140.26 CT |
| 11/26/2008 | Canteen Order #6278132 | | 7.25 | 133.01 CT |

| Date | Description | Debit | Balance |
|---|---|---|---|
| 11/28/2008 | CHILD SUPPORT-07138733006 | | 14.84 | 118.17 CT |
| 11/28/2008 | RESTITUTION-95CR871 | | 14.84 | 103.33 CT |
| 12/01/2008 | POSTAGE-DEBIT | | 1.85 | 101.48 CT |
| 12/01/2008 | 13 HAND PACKAGER | 6.60 | | 108.08 CT |
| 12/01/2008 | 42 PACK/LABEL II | 137.95 | | 246.03 CT |
| 12/02/2008 | SNACK BAR SALE | | 11.25 | 234.78 CT |
| 12/03/2008 | HOBBY-DEBIT | | 8.39 | 226.39 CT |
| 12/04/2008 | Canteen Order #6307395 | | 68.51 | 157.88 CT |
| 12/10/2008 | XEROX-DEBIT | | 2.25 | 155.63 CT |
| 12/10/2008 | HOBBY-DEBIT | | 2.50 | 153.13 CT |
| 12/12/2008 | Canteen Order #6326000 | | 48.70 | 104.43 CT |
| 12/12/2008 | HOBBY-DEBIT | | 7.07 | 97.36 CT |
| 12/12/2008 | JPAY CREDIT | 100.00 | | 197.36 CT |
| 12/18/2008 | Canteen Order #6343304 | | 49.68 | 147.68 CT |
| 12/24/2008 | Canteen Order #6360368 | | 3.28 | 144.40 CT |
| 12/30/2008 | Canteen Order #6358502 | | 4.50 | 139.90 CT |
| 12/31/2008 | CHILD SUPPORT-07138733006 | | 24.46 | 115.44 CT |
| 12/31/2008 | RESTITUTION-95CR871 | | 24.46 | 90.98 CT |
| 12/31/2008 | Canteen Order #6373238 | | 8.39 | 82.59 CT |
| 01/02/2009 | XEROX-DEBIT | | 0.75 | 81.84 CT |
| 01/02/2009 | 42 PACK AND LABEL II | 82.60 | | 164.44 CT |
| 01/08/2009 | Canteen Order #6384832 | | 13.62 | 150.82 CT |
| 01/20/2009 | SPECIAL ACTIVITIES DEBIT | | 8.00 | 142.82 CT |
| 01/20/2009 | MEDICAL EMERGENCY | | 5.00 | 137.82 CT |
| 01/22/2009 | Canteen Order #6417472 | | 59.65 | 78.17 CT |
| 01/26/2009 | JPAY CREDIT | 80.00 | | 158.17 CT |
| 01/26/2009 | DENTAL APPOINT | | 3.00 | 155.17 CT |
| 01/28/2009 | POSTAGE-DEBIT | | 0.42 | 154.75 CT |
| 01/29/2009 | Canteen Order #6431587 | | 67.64 | 87.11 CT |
| 01/30/2009 | CHILD SUPPORT-07138733006 | | 16.26 | 70.85 CT |
| 01/30/2009 | RESTITUTION-95CR871 | | 16.26 | 54.59 CT |
| 02/03/2009 | 42 PACK AND LABEL II | 13.50 | | 68.09 CT |
| 02/03/2009 | 1 CLT UNASSIGNED | 0.92 | | 69.01 CT |
| 02/03/2009 | 1 MEDICAL UNASSIGNED | 0.23 | | 69.24 CT |
| 02/05/2009 | Canteen Order #6445956 | | 19.61 | 49.63 CT |
| 02/13/2009 | Canteen Order #6466434 | | 12.60 | 37.03 CT |
| 02/17/2009 | JPAY CREDIT | 80.00 | | 117.03 CT |
| 02/18/2009 | XEROX-DEBIT | | 2.50 | 114.53 CT |
| 02/19/2009 | Canteen Order #6481159 | | 7.00 | 107.53 CT |
| 02/26/2009 | Canteen Order #6495230 | | 21.31 | 86.22 CT |
| 02/27/2009 | CHILD SUPPORT-07138733006 | | 9.46 | 76.76 CT |
| 02/27/2009 | RESTITUTION-95CR871 | | 9.46 | 67.30 CT |
| 03/05/2009 | 1 CLT UNASSIGNED | 1.61 | | 68.91 CT |
| 03/05/2009 | Canteen Order #6509489 | | 24.99 | 43.92 CT |
| 03/06/2009 | MEDICAL EMERGENCY | | 5.00 | 38.92 CT |
| 03/06/2009 | MEDICAL EMERGENCY | | 5.00 | 33.92 CT |
| 03/12/2009 | Canteen Order #6527258 | | 9.23 | 24.69 CT |
| 03/16/2009 | JPAY CREDIT | 80.00 | | 104.69 CT |
| 03/19/2009 | Canteen Order #6545196 | | 14.88 | 89.81 CT |
| 03/23/2009 | Canteen Credit #6552005 | 3.68 | | 93.49 CT |
| 03/26/2009 | Canteen Order #6562492 | | 20.37 | 73.12 CT |
| 03/31/2009 | CHILD SUPPORT-07138733006 | | 8.16 | 64.96 CT |
| 03/31/2009 | RESTITUTION-95CR871 | | 8.16 | 56.80 CT |
| 04/01/2009 | 1 COOK | 0.60 | | 57.40 CT |
| 04/01/2009 | 12 CONDIMENT-FLATWARE | 13.20 | | 70.60 CT |
| 04/02/2009 | Canteen Order #6571107 | | 46.21 | 24.39 CT |
| 04/02/2009 | MONTEZ CO-PAY REFUND | 10.00 | | 34.39 CT |
| 04/03/2009 | 27 INSPECTOR I | 144.83 | | 179.22 CT |
| 04/09/2009 | Canteen Order #6586717 | | 24.20 | 155.02 CT |
| 04/13/2009 | JPAY CREDIT | 100.00 | | 255.02 CT |
| 04/16/2009 | Canteen Order #6605582 | | 22.78 | 232.24 CT |
| 04/20/2009 | SPECIAL ACTIVITIES DEBIT | | 20.00 | 212.24 CT |
| 04/22/2009 | Canteen Order #6589166 | | 4.93 | 207.31 CT |
| 04/23/2009 | MEDICAL EMERGENCY | | 5.00 | 202.31 CT |
| 04/24/2009 | Canteen Order #6616353 | | 6.25 | 196.06 CT |

```
04/29/2009  MEDICAL NO-SHOW                          3.00        193.06 CT
04/30/2009  CHILD SUPPORT-07138733006               25.86        167.20 CT
04/30/2009  RESTITUTION-95CR871                     25.86        141.34 CT
05/01/2009  Canteen Order #6631749                  42.60         98.74 CT
05/04/2009  27 INSPECTOR I            38.64                      137.38 CT
05/07/2009  Canteen Order #6647048                  20.69        116.69 CT
05/14/2009  Canteen Order #6666569                  32.51         84.18 CT
05/18/2009  MED CRED 4/29/09          3.00                        87.18 CT
05/20/2009  JPAY CREDIT             100.00                       187.18 CT
05/21/2009  Canteen Order #6679476                   5.50        181.68 CT
05/22/2009  Canteen Order #6682482                  18.93        162.75 CT
05/22/2009  Canteen Order #6649177                   3.66        159.09 CT
05/28/2009  HOBBY-DEBIT                              5.04        154.05 CT
05/28/2009  Canteen Order #6693606                  44.87        109.18 CT
05/28/2009  MEDICAL APIOINT                          3.00        106.18 CT
05/29/2009  CHILD SUPPORT-07138733006               13.86         92.32 CT
05/29/2009  RESTITUTION-95CR871                     13.86         78.46 CT
06/03/2009  27 INSPECTOR I           99.84                      178.30 CT
06/05/2009  Canteen Order #6707955                  16.18        162.12 CT
06/08/2009  ICE CREAM DEBIT                          2.00        160.12 CT
06/11/2009  Canteen Order #6726815                  49.50        110.62 CT
06/16/2009  HOBBY-DEBIT                              5.55        105.07 CT
06/20/2009  JPAY CREDIT             100.00                       205.07 CT
06/23/2009  Canteen Order #6739037                   5.50        199.57 CT
06/26/2009  Canteen Order #6757117                  44.13        155.44 CT
06/30/2009  CHILD SUPPORT-07138733006               19.98        135.46 CT
06/30/2009  RESTITUTION-95CR871                     19.98        115.48 CT
07/01/2009  HOBBY-DEBIT                              2.60        112.88 CT
07/01/2009  XEROX-DEBIT                              2.00        110.88 CT
07/06/2009  27 INSPECTOR I           63.08                      173.96 CT
07/09/2009  Canteen Order #6783189                  24.51        149.45 CT
07/09/2009  SPECIAL ACTIVITIES DEBIT                18.25        131.20 CT
07/09/2009  POSTAGE-DEBIT                            9.61        121.59 CT
07/10/2009  HOBBY-DEBIT                              4.80        116.79 CT
07/13/2009  HOBBY-DEBIT                              1.10        115.69 CT
07/16/2009  Canteen Order #6801791                  59.91         55.78 CT
07/16/2009  JPAY CREDIT             100.00                       155.78 CT
07/22/2009  XEROX-DEBIT                              3.00        152.78 CT
07/23/2009  Canteen Order #6815843                  49.54        103.24 CT
07/27/2009  Canteen Order #6813601                   6.25         96.99 CT
07/30/2009  Canteen Order #6827070                  17.78         79.21 CT
07/31/2009  CHILD SUPPORT-07138733006               16.31         62.90 CT
07/31/2009  RESTITUTION-95CR871                     16.31         46.59 CT
08/04/2009  27 INSPECTOR I          122.74                      169.33 CT
08/06/2009  Canteen Order #6841137                  27.87        141.46 CT
08/07/2009  POSTAGE-DEBIT                            6.17        135.29 CT


08/10/2009  MONEY ORDER-DEBIT                        6.75        128.54 CT
08/13/2009  Canteen Order #6859192                  28.10        100.44 CT
08/17/2009  HOBBY-DEBIT                              4.00         96.44 CT
08/18/2009  JPAY CREDIT             100.00                       196.44 CT
08/20/2009  Canteen Order #6851157                   2.15        194.29 CT
08/21/2009  Canteen Order #6876379                  59.30        134.99 CT
08/24/2009  Canteen Order #6874298                   5.50        129.49 CT
08/27/2009  Canteen Order #6888718                  47.42         82.07 CT
08/31/2009  CHILD SUPPORT-07138733006               22.27         59.80 CT
08/31/2009  RESTITUTION-95CR871                     22.27         37.53 CT
09/01/2009  27 INSPECTOR I           82.20                      119.73 CT
09/02/2009  Canteen Order #6902823                  37.53         82.20 CT
09/02/2009  MEDICAL APIOINT                          3.00         79.20 CT
09/09/2009  HOBBY-DEBIT                              2.69         76.51 CT
09/10/2009  Canteen Order #6914040                  28.19         48.32 CT
09/17/2009  Canteen Order #6933966                  24.71         23.61 CT
09/21/2009  SPECIAL ACTIVITIES DEBIT                 4.00         19.61 CT
09/23/2009  Canteen Order #6943961                   2.75         16.86 CT
09/30/2009  CHILD SUPPORT-07138733006                8.22          8.64 CT
```

| Date | Description | | | |
|------|-------------|--------|--------|--------|
| 09/30/2009 | RESTITUTION-95CR871 | | 8.22 | 0.42 CT |
| 10/01/2009 | 27 INSPECTOR I | 138.75 | | 139.17 CT |
| 10/08/2009 | Canteen Order #6976513 | | 21.93 | 117.24 CT |
| 10/14/2009 | HOBBY-DEBIT | | 6.41 | 110.83 CT |
| 10/15/2009 | Canteen Order #6991590 | | 44.02 | 66.81 CT |
| 10/16/2009 | JPAY CREDIT | 100.00 | | 166.81 CT |
| 10/23/2009 | Canteen Order #7005387 | | 28.75 | 138.06 CT |
| 10/29/2009 | Canteen Order #7017703 | | 52.77 | 85.29 CT |
| 10/30/2009 | CHILD SUPPORT-07138733006 | | 23.88 | 61.41 CT |
| 10/30/2009 | RESTITUTION-95CR871 | | 23.88 | 37.53 CT |
| 11/04/2009 | 27 INSPECTOR I | 30.60 | | 68.13 CT |
| 11/05/2009 | Canteen Order #7030399 | | 6.55 | 61.58 CT |
| 11/07/2009 | JPAY CREDIT | 230.00 | | 291.58 CT |
| 11/13/2009 | JPAY CREDIT | 100.00 | | 391.58 CT |
| 11/18/2009 | MONEY ORDER - CREDIT | 200.00 | | 591.58 CT |
| 11/20/2009 | Canteen Order #7065507 | | 312.76 | 278.82 CT |
| 11/25/2009 | Canteen Order #7061626 | | 5.50 | 273.32 CT |
| 11/25/2009 | Canteen Order #7077163 | | 24.67 | 248.65 CT |
| 12/01/2009 | CHILD SUPPORT-07138733006 | | 56.06 | 192.59 CT |
| 12/01/2009 | RESTITUTION-95CR871 | | 36.69 | 155.90 CT |
| 12/01/2009 | RESTITUTION-00CR625 | | 19.37 | 136.53 CT |
| 12/02/2009 | Canteen Credit #7087373 | 294.00 | | 430.53 CT |
| 12/02/2009 | 27 INSPECTOR I | 41.60 | | 472.13 CT |
| 12/03/2009 | Canteen Order #7089654 | | 78.38 | 393.75 CT |
| 12/06/2009 | MEDICAL EMERGENCY | | 5.00 | 388.75 CT |
| 12/10/2009 | POSTAGE-DEBIT | | 0.61 | 388.14 CT |
| 12/10/2009 | Canteen Order #7106805 | | 22.87 | 365.27 CT |
| 12/14/2009 | MONEY ORDER-DEBIT | | 8.75 | 356.52 CT |
| 12/15/2009 | SPECIAL ACTIVITIES DEBIT | | 5.50 | 351.02 CT |
| 12/21/2009 | Canteen Order #7124260 | | 13.83 | 337.19 CT |
| 12/21/2009 | WESTERN UNION CREDIT | 150.00 | | 487.19 CT |
| 12/23/2009 | Canteen Order #7136168 | | 23.60 | 463.59 CT |
| 12/31/2009 | CHILD SUPPORT-07138733006 | | 19.16 | 444.43 CT |
| 12/31/2009 | RESTITUTION-00CR625 | | 19.16 | 425.27 CT |
| 12/31/2009 | Canteen Order #7150881 | | 331.65 | 93.62 CT |
| 01/04/2010 | MONEY ORDER-DEBIT | | 5.75 | 87.87 CT |
| 01/06/2010 | 27 INSPECTOR I | 87.40 | | 175.27 CT |
| 01/08/2010 | JPAY CREDIT | 40.00 | | 215.27 CT |
| 01/13/2010 | XEROX-DEBIT | | 2.50 | 212.77 CT |
| 01/14/2010 | Canteen Order #7176911 | | 9.12 | 203.65 CT |
| 01/20/2010 | Canteen Order #7162917 | | 21.81 | 181.84 CT |
| 01/21/2010 | JPAY DEBIT | 94.00 | | 275.84 CT |
| 01/28/2010 | Canteen Order #7208142 | | 12.19 | 263.65 CT |
| 01/29/2010 | CHILD SUPPORT-07138733006 | | 22.14 | 241.51 CT |
| 01/29/2010 | RESTITUTION-00CR625 | | 22.14 | 219.37 CT |
| 02/01/2010 | 27 INSPECTOR I | 23.01 | | 242.38 CT |
| 02/04/2010 | Canteen Order #7223373 | | 10.07 | 232.31 CT |
| 02/08/2010 | PSYCHIATRY NO-SHOW | | 3.00 | 229.31 CT |
| 02/19/2010 | Canteen Order #7255973 | | 30.03 | 199.28 CT |
| 02/19/2010 | JPAY CREDIT | 60.00 | | 259.28 CT |
| 02/26/2010 | CHILD SUPPORT-07138733006 | | 8.30 | 250.98 CT |
| 02/26/2010 | RESTITUTION-00CR625 | | 8.30 | 242.68 CT |
| 03/01/2010 | JPAY CREDIT | 60.00 | | 302.68 CT |
| 03/02/2010 | Canteen Order #7269049 | | 17.58 | 285.10 CT |
| 03/04/2010 | Canteen Order #7281547 | | 12.85 | 272.25 CT |
| 03/10/2010 | LAW UNMATCHED | 2.07 | | 274.32 CT |
| 03/15/2010 | SPECIAL ACTIVITIES DEBIT | | 12.00 | 262.32 CT |
| 03/18/2010 | Canteen Order #7292113 | | 8.02 | 254.30 CT |
| 03/19/2010 | Canteen Order #7317013 | | 37.20 | 217.10 CT |
| 03/25/2010 | Canteen Order #7330692 | | 29.29 | 187.81 CT |
| 03/26/2010 | JPAY CREDIT | 94.00 | | 281.81 CT |
| 03/31/2010 | CHILD SUPPORT-07138733006 | | 15.61 | 266.20 CT |
| 03/31/2010 | RESTITUTION-00CR625 | | 15.61 | 250.59 CT |
| 03/31/2010 | Canteen Order #7343314 | | 8.47 | 242.12 CT |
| 03/31/2010 | MEDICAL NO-SHOW | | 3.00 | 239.12 CT |

| Date | Description | Amount | Balance |
|---|---|---|---|
| 04/06/2010 | 1 CONDIMENT-FLATWARE | 1.50 | 240.62 CT |
| 04/06/2010 | 3 DINING | 3.60 | 244.22 CT |
| 04/07/2010 | 1 ML UNASSIGNED | 2.99 | 247.21 CT |
| 04/08/2010 | MEDICAL EMERGENCY | 5.00 | 242.21 CT |
| 04/09/2010 | Canteen Order #7356026 | 26.79 | 215.42 CT |
| 04/15/2010 | MONEY ORDER-DEBIT | 10.75 | 204.67 CT |
| 04/15/2010 | Canteen Order #7374441 | 6.86 | 197.81 CT |
| 04/26/2010 | Canteen Order #7389537 | 5.50 | 192.31 CT |
| 04/30/2010 | CHILD SUPPORT-07138733006 | 0.81 | 191.50 CT |
| 04/30/2010 | RESTITUTION-00CR625 | 0.81 | 190.69 CT |
| 05/03/2010 | XEROX-DEBIT | 2.00 | 188.69 CT |
| 05/03/2010 | Canteen Order #7401568 | 15.40 | 173.29 CT |
| 05/04/2010 | 1 CONDIMENT-FLATWARE | 4.50 | 177.79 CT |
| 05/06/2010 | Canteen Order #7414307 | 22.97 | 154.82 CT |
| 05/14/2010 | Canteen Order #7433207 | 33.92 | 120.90 CT |
| 05/14/2010 | POSTAGE-DEBIT | 11.77 | 109.13 CT |
| 05/17/2010 | JPAY CREDIT | 200.00 | 309.13 CT |
| 05/18/2010 | XEROX-DEBIT | 1.25 | 307.88 CT |
| 05/20/2010 | Canteen Order #7451297 | 60.26 | 247.62 CT |
| 05/25/2010 | Canteen Order #7453761 | 5.50 | 242.12 CT |
| 05/27/2010 | CHILD SUPPORT-07138733006 | 20.45 | 221.67 CT |
| 05/27/2010 | RESTITUTION-00CR625 | 20.45 | 201.22 CT |
| 05/27/2010 | Canteen Order #7427117 | 44.58 | 156.64 CT |
| 05/27/2010 | Canteen Order #7464173 | 31.31 | 125.33 CT |
| 06/02/2010 | 1 CONDIMENT-FLATWARE | 5.70 | 131.03 CT |
| 06/04/2010 | Canteen Order #7475897 | 61.18 | 69.85 CT |
| 06/07/2010 | JPAY CREDIT | 94.00 | 163.85 CT |
| 06/10/2010 | Canteen Order #7494166 | 15.48 | 148.37 CT |
| 06/14/2010 | SPECIAL ACTIVITIES DEBIT | 8.00 | 140.37 CT |
| 06/14/2010 | Canteen Order #7474995 | 10.45 | 129.92 CT |
| 06/14/2010 | 1 MEDICAL COPAY | 3.00 | 126.92 CT |
| 06/25/2010 | Canteen Order #7523169 | 43.41 | 83.51 CT |
| 06/25/2010 | Canteen Order #7522599 | 5.50 | 78.01 CT |
| 06/30/2010 | CHILD SUPPORT-07138733006 | 9.97 | 68.04 CT |
| 06/30/2010 | RESTITUTION-00CR625 | 9.97 | 58.07 CT |
| 07/01/2010 | MONEY ORDER-DEBIT | 10.75 | 47.32 CT |
| 07/06/2010 | 1 MEDICAL COPAY | 3.00 | 44.32 CT |
| 07/07/2010 | 1 CONDIMENT-FLATWARE | 4.80 | 49.12 CT |
| 07/09/2010 | Canteen Order #7548387 | 1.60 | 47.52 CT |
| 07/12/2010 | RETURN 1 M.O. - CREDIT | 10.00 | 57.52 CT |
| 07/16/2010 | Canteen Order #7567985 | 24.32 | 33.20 CT |
| 07/20/2010 | JPAY CREDIT | 100.00 | 133.20 CT |
| 07/22/2010 | Canteen Order #7552437 | 2.27 | 130.93 CT |
| 07/27/2010 | Canteen Order #7581876 | 14.03 | 116.90 CT |
| 07/29/2010 | Canteen Order #7593669 | 18.72 | 98.18 CT |
| 07/30/2010 | CHILD SUPPORT-07138733006 | 10.48 | 87.70 CT |
| 07/30/2010 | RESTITUTION-00CR625 | 10.48 | 77.22 CT |
| 08/02/2010 | 1 ML DINING | 2.40 | 79.62 CT |
| 08/09/2010 | JPAY CREDIT | 60.00 | 139.62 CT |
| 08/10/2010 | SPECIAL ACTIVITIES DEBIT | 4.00 | 135.62 CT |
| 08/13/2010 | JPAY CREDIT | 93.00 | 228.62 CT |
| 08/16/2010 | JPAY CREDIT | 50.00 | 278.62 CT |
| 08/19/2010 | Canteen Order #7643525 | 58.50 | 220.12 CT |
| 08/23/2010 | MEDICAL COPAY DEBIT | 2.00 | 218.12 CT |
| 08/25/2010 | Canteen Order #7619320 | 78.33 | 139.79 CT |
| 08/25/2010 | XEROX-DEBIT | 5.75 | 134.04 CT |
| 08/26/2010 | Canteen Order #7638950 | 5.50 | 128.54 CT |
| 08/31/2010 | CHILD SUPPORT-07138733006 | 20.54 | 108.00 CT |
| 08/31/2010 | RESTITUTION-00CR625 | 20.54 | 87.46 CT |
| 09/02/2010 | Canteen Order #7668559 | 13.96 | 73.50 CT |
| 09/03/2010 | 1 ML DINING | 13.20 | 86.70 CT |
| 09/10/2010 | Canteen Order #7681885 | 8.09 | 78.61 CT |
| 09/17/2010 | JPAY CREDIT | 94.00 | 172.61 CT |
| 09/22/2010 | Canteen Order #7682905 | 10.22 | 162.39 CT |
| 09/28/2010 | Canteen Order #7711277 | 2.75 | 159.64 CT |

```
09/30/2010  CHILD SUPPORT-07138733006              10.72      148.92 CT
09/30/2010  RESTITUTION-00CR625                     10.72      138.20 CT
10/04/2010  1 CUSTODIAN                    13.20               151.40 CT
10/07/2010  Canteen Order #7744981                  21.59      129.81 CT
10/15/2010  Canteen Order #7760614                   1.59      128.22 CT
10/18/2010  XEROX-DEBIT                              3.00      125.22 CT
10/18/2010  JPAY CREDIT                   50.00               175.22 CT
10/22/2010  MEDICAL APPOINT                          3.00      172.22 CT
10/25/2010  Canteen Order #7774691                  33.99      138.23 CT
10/25/2010  MEDICAL UTILITIES DEBIT                 12.00      126.23 CT
10/27/2010  POSTAGE-DEBIT                            1.56      124.67 CT
10/29/2010  CHILD SUPPORT-07138733006                6.32      118.35 CT
10/29/2010  RESTITUTION-00CR625                       6.32      112.03 CT
11/08/2010  JPAY CREDIT                   12.60               124.63 CT
11/08/2010  JPAY CALL                    204.00               328.63 CT
11/10/2010  MEDICAL-SHOW                             3.00      325.63 CT
11/11/2010  JPAY CREDIT                  100.00               425.63 CT
11/12/2010  Canteen Order #7816904                   7.97      417.66 CT
11/15/2010  MEDICAL UTILITIES DEBIT                  8.50      409.16 CT
11/18/2010  BALANCE AS OF 11/18/2010                           409.16
=========== ========== ========================================================
                        Total money order in hold:              0.00
                        Current balance as of 11/18/2010:      409.16
                        **Reserved/Encumbered Monies:           68.82
                        Available money as of 11/18/2010:      340.34
```

REMEDY

FOR DENYING ME NUMEROUS TIMES OVER A PERIOD OF THE LAST 27 months

SINCE MAY OF 2008 .

I HAVE BEEN REFUSED THE GLUCOSE TABS TO MANY TIMES TO COUNT SINCE

A COUPLE OF MONTHS AFTER THEY WERE ORDERED FOR ME ALOT OF STAFF

HAVE TURNED OVER AND ~~THEY~~ HAVE TOLD ME THAT PER THE HSA I CANT HAVE

~~THEM,~~ AND BECAUSE NO REAL EFFERT HAS ~~BEEN~~ MADE TO ENSURE THAT I AM

~~PERMITTED TO GET THE UNTILL THE LAST COUPLE OF MONTHS~~

HAS BEEN MADE.

I AM ASKING THAT I BE AWARDED ~~$1000.00~~ FOR ~~THE~~ EMOTIONAL TRAUMA

~~AND~~ $1000.00 for ALL OF THE VERBAL ABUSE ASSOCIATED WITH TRYING TO

~~GET THEM.~~

~~I~~ WOULD ALLSO LIKE TO BE REEMBURCED FOR ALL OF THE TANG I HAVE PURCHASED

~~SINCE~~ JULY/2008 to THE PRESENT $1.55 a bag X 8 bags a month = $124.00 est.

I WOULD ALLSO ASK THAT ~~INSTEAD OF GLUCOSE TABLETS BEING ORDERED~~

~~THAT~~ I BE GIVEN ONCE A WEEK TWO BAGS OF 12OUNCE INSTANT TANG

~~AND~~ THAT IT BE ORDERED THAT I AM ALLOWED TO KEEP IN MY ROOM

~~AND~~ ON MY PERSON UP TOO TWO BOTTLES OF TANG 20 OUNCES.

( TANG IS CARRIED BY CANTEEN SERVICES PRESENTLY)

~~TXNXXXXXXXXXXXXX~~

~~I WOULD ALLSO LIKE TO BE SEEN BY AN ENDOCRONOLOGIST ONCE A YEAR~~
~~AND THAT HIS RECOMENDATIONS FOR ME REGARDING MY DIABETEAS~~
~~BE DONE AND PROVIDED FOR BY DOC MEDICAL STAFF.~~

THAT DOC STAFF BE ON NOTICE TO NOT HARRASS ME IN ANY WAY UNLESS
I BRAKE ANY DOC RULE PER THE DOC HANDBOOK.

THAT I BE ALLOWED TO INJECT MYSELF MY INSULIN IN THE PRESENCE
OF MEDICAL STAFF AND SECURITY STAFF IN ORDER TO BE ABLE TO
ENSURE THAT THE INJECTION SITE IS ROTATED AND TO PREVENT
BRUISING.

Respectfully
Submitted by
Keith Johns
#105240

11/07/10

```
03/31/2010  Canteen Order #7343314                      8.47        242.12 CT
03/31/2010  DENTAL NO-SHOW                               3.00        239.12 CT
04/06/2010  1 CONDIMENT-FLATWARE              1.50                   240.62 CT
04/06/2010  3 DINING                         3.60                   244.22 CT
04/07/2010  1 ML UNASSIGNED                  2.99                   247.21 CT
04/08/2010  MEDICAL EMERGENCY                            5.00        242.21 CT
04/09/2010  Canteen Order #7356026                      26.79        215.42 CT
04/15/2010  MONEY ORDER-DEBIT                           10.75        204.67 CT
04/15/2010  Canteen Order #7374441                       6.86        197.81 CT
04/26/2010  Canteen Order #7389537                       5.50        192.31 CT
04/30/2010  CHILD SUPPORT-07138733006                    0.81        191.50 CT
04/30/2010  RESTITUTION-00CR625                          0.81        190.69 CT
05/03/2010  XEROX-DEBIT                                  2.00        188.69 CT
05/03/2010  Canteen Order #7401568                      15.40        173.29 CT
05/04/2010  1 CONDIMENT-FLATWARE             4.50                   177.79 CT
05/06/2010  Canteen Order #7414307                      22.97        154.82 CT
05/14/2010  Canteen Order #7433207                      33.92        120.90 CT
05/14/2010  POSTAGE-DEBIT                               11.77        109.13 CT
05/17/2010  JPAY CREDIT                    200.00                   309.13 CT
05/18/2010  XEROX-DEBIT                                  1.25        307.88 CT
05/20/2010  Canteen Order #7451297                      60.26        247.62 CT
05/25/2010  Canteen Order #7453761                       5.50        242.12 CT
05/27/2010  CHILD SUPPORT-07138733006                   20.45        221.67 CT
05/27/2010  RESTITUTION-00CR625                         20.45        201.22 CT
05/27/2010  Canteen Order #7427117                      44.58        156.64 CT
05/27/2010  Canteen Order #7464173                      31.31        125.33 CT
06/02/2010  1 CONDIMENT-FLATWARE             5.70                   131.03 CT
06/04/2010  Canteen Order #7475897                      61.18        69.85 CT
06/07/2010  JPAY CREDIT                     94.00                   163.85 CT
06/10/2010  Canteen Order #7494166                      15.48        148.37 CT
06/14/2010  SPECIAL ACTIVITIES DEBIT                     8.00        140.37 CT
06/14/2010  Canteen Order #7474995                      10.45        129.92 CT
06/14/2010  DENTAL APPOINT                               3.00        126.92 CT
06/15/2010  BALANCE AS OF 06/15/2010                                126.92
==============================================================================
                    Total money order in hold:                      0.00
                    Current balance as of 06/15/2010:             126.92
                    **Reserved/Encumbered Monies:                  19.94
                    Available money as of 06/15/2010:             106.98
```

eXAMPLe of

TiMeS I WAS

Charged too teSt

MY BloodSugaR

Keith f.

Keith Schwinaman
#105240

| Date | Description | Credit | Debit | Balance |
|---|---|---|---|---|
| 09/23/2009 | Canteen Order #6943961 | | 2.75 | 16.86 CT |
| 09/30/2009 | CHILD SUPPORT-07138733006 | | 8.22 | 8.64 CT |
| 09/30/2009 | RESTITUTION-95CR871 | | 8.22 | 0.42 CT |
| 10/01/2009 | 27 INSPECTOR I | 138.75 | | 139.17 CT |
| 10/08/2009 | Canteen Order #6976513 | | 21.93 | 117.24 CT |
| 10/14/2009 | HOBBY-DEBIT | | 6.41 | 110.83 CT |
| 10/15/2009 | Canteen Order #6991590 | | 44.02 | 66.81 CT |
| 10/16/2009 | JPAY CREDIT | 100.00 | | 166.81 CT |
| 10/23/2009 | Canteen Order #7005387 | | 28.75 | 138.06 CT |
| 10/29/2009 | Canteen Order #7017703 | | 52.77 | 85.29 CT |
| 10/30/2009 | CHILD SUPPORT-07138733006 | | 23.88 | 61.41 CT |
| 10/30/2009 | RESTITUTION-95CR871 | | 23.88 | 37.53 CT |
| 11/04/2009 | 27 INSPECTOR I | 30.60 | | 68.13 CT |
| 11/05/2009 | Canteen Order #7030399 | | 6.55 | 61.58 CT |
| 11/07/2009 | JPAY CREDIT | 230.00 | | 291.58 CT |
| 11/13/2009 | JPAY CREDIT | 100.00 | | 391.58 CT |
| 11/18/2009 | MONEY ORDER - CREDIT | 200.00 | | 591.58 CT |
| 11/20/2009 | Canteen Order #7065507 | | 312.76 | 278.82 CT |
| 11/25/2009 | Canteen Order #7061626 | | 5.50 | 273.32 CT |
| 11/25/2009 | Canteen Order #7077163 | | 24.67 | 248.65 CT |
| 12/01/2009 | CHILD SUPPORT-07138733006 | | 56.06 | 192.59 CT |
| 12/01/2009 | RESTITUTION-95CR871 | | 36.69 | 155.90 CT |
| 12/01/2009 | RESTITUTION-00CR625 | | 19.37 | 136.53 CT |
| 12/02/2009 | Canteen Credit #7087373 | 294.00 | | 430.53 CT |
| 12/02/2009 | 27 INSPECTOR I | 41.60 | | 472.13 CT |
| 12/03/2009 | Canteen Order #7089654 | | 78.38 | 393.75 CT |
| 12/06/2009 | MEDICAL EMERGENCY | | 5.00 | 388.75 CT |
| 12/10/2009 | POSTAGE-DEBIT | | 0.61 | 388.14 CT |
| 12/10/2009 | Canteen Order #7106805 | | 22.87 | 365.27 CT |
| 12/14/2009 | MONEY ORDER-DEBIT | | 8.75 | 356.52 CT |
| 12/15/2009 | SPECIAL ACTIVITIES DEBIT | | 5.50 | 351.02 CT |
| 12/21/2009 | Canteen Order #7124260 | | 13.83 | 337.19 CT |
| 12/21/2009 | WESTERN UNION CREDIT | 150.00 | | 487.19 CT |
| 12/23/2009 | Canteen Order #7136168 | | 23.60 | 463.59 CT |
| 12/31/2009 | CHILD SUPPORT-07138733006 | | 19.16 | 444.43 CT |
| 12/31/2009 | RESTITUTION-00CR625 | | 19.16 | 425.27 CT |
| 12/31/2009 | Canteen Order #7150881 | | 331.65 | 93.62 CT |
| 01/04/2010 | MONEY ORDER-DEBIT | | 5.75 | 87.87 CT |
| 01/06/2010 | 27 INSPECTOR I | 87.40 | | 175.27 CT |
| 01/08/2010 | JPAY CREDIT | 40.00 | | 215.27 CT |
| 01/13/2010 | XEROX-DEBIT | | 2.50 | 212.77 CT |
| 01/14/2010 | Canteen Order #7176911 | | 9.12 | 203.65 CT |
| 01/20/2010 | Canteen Order #7162917 | | 21.81 | 181.84 CT |
| 01/21/2010 | JPAY CREDIT | 94.00 | | 275.84 CT |
| 01/28/2010 | Canteen Order #7208142 | | 12.19 | 263.65 CT |
| 01/29/2010 | CHILD SUPPORT-07138733006 | | 22.14 | 241.51 CT |
| 01/29/2010 | RESTITUTION-00CR625 | | 22.14 | 219.37 CT |
| 02/01/2010 | 27 INSPECTOR I | 23.01 | | 242.38 CT |
| 02/04/2010 | Canteen Order #7223373 | | 10.07 | 232.31 CT |
| 02/08/2010 | PSYCHIATRY NO-SHOW | | 3.00 | 229.31 CT |
| 02/19/2010 | Canteen Order #7255973 | | 30.03 | 199.28 CT |
| 02/19/2010 | JPAY CREDIT | 60.00 | | 259.28 CT |
| 02/26/2010 | CHILD SUPPORT-07138733006 | | 8.30 | 250.98 CT |
| 02/26/2010 | RESTITUTION-00CR625 | | 8.30 | 242.68 CT |
| 03/01/2010 | JPAY CREDIT | 60.00 | | 302.68 CT |
| 03/02/2010 | Canteen Order #7269049 | | 17.58 | 285.10 CT |
| 03/04/2010 | Canteen Order #7281547 | | 12.85 | 272.25 CT |
| 03/10/2010 | 1 ML UNASSIGNED | 2.07 | | 274.32 CT |
| 03/15/2010 | SPECIAL ACTIVITIES DEBIT | | 12.00 | 262.32 CT |
| 03/18/2010 | Canteen Order #7292113 | | 8.02 | 254.30 CT |
| 03/19/2010 | Canteen Order #7317013 | | 37.20 | 217.10 CT |
| 03/25/2010 | Canteen Order #7330692 | | 29.29 | 187.81 CT |
| 03/26/2010 | JPAY CREDIT | 94.00 | | 281.81 CT |
| 03/31/2010 | CHILD SUPPORT-07138733006 | | 15.61 | 266.20 CT |
| 03/31/2010 | RESTITUTION-00CR625 | | 15.61 | 250.59 CT |

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========= 06/15/2010 = Page  1

Account: 105240 SCHWINAMAN, KEITH A              CTCF      CTCF/CH7
    To:From Dates  05/15/2009: 06/15/2010
===================================================================================
Trans Date       Description        Deposits   Withdrawls     Balance      Loc
----------   ------------------------  ---------  ----------  ----------------  ---
05/15/2009 BALANCE AS OF 05/15/2009                               84.18
05/18/2009 MED CRED 4/29/09              3.00                      87.18 CT
05/20/2009 JPAY CREDIT                 100.00                     187.18 CT
05/21/2009 Canteen Order #6679476                    5.50        181.68 CT
05/22/2009 Canteen Order #6682482                   18.93        162.75 CT
05/22/2009 Canteen Order #6649177                    3.66        159.09 CT
05/28/2009 HOBBY-DEBIT                                5.04        154.05 CT
05/28/2009 Canteen Order #6693606                   44.87        109.18 CT
05/28/2009 MEDICAL APPOINT                           3.00        106.18 CT
05/29/2009 CHILD SUPPORT-07138733006               13.86         92.32 CT
05/29/2009 RESTITUTION-95CR871                      13.86         78.46 CT
06/03/2009 27 INSPECTOR I               99.84                    178.30 CT
06/05/2009 Canteen Order #6707955                   16.18        162.12 CT
06/08/2009 ICE CREAM DEBIT                           2.00        160.12 CT
06/11/2009 Canteen Order #6726815                   49.50        110.62 CT
06/16/2009 HOBBY-DEBIT                                5.55        105.07 CT
06/20/2009 JPAY CREDIT                 100.00                    205.07 CT
06/23/2009 Canteen Order #6739037                    5.50        199.57 CT
06/26/2009 Canteen Order #6757117                   44.13        155.44 CT
06/30/2009 CHILD SUPPORT-07138733006               19.98        135.46 CT
06/30/2009 RESTITUTION-95CR871                      19.98        115.48 CT
07/01/2009 HOBBY-DEBIT                                2.60        112.88 CT
07/01/2009 XEROX-DEBIT                               2.00        110.88 CT
07/06/2009 27 INSPECTOR I               63.08                    173.96 CT
07/09/2009 Canteen Order #6783189                   24.51        149.45 CT
07/09/2009 SPECIAL ACTIVITIES DEBIT                 18.25        131.20 CT
07/09/2009 POSTAGE-DEBIT                             9.61        121.59 CT
07/10/2009 HOBBY-DEBIT                               4.80        116.79 CT
07/13/2009 HOBBY-DEBIT                               1.10        115.69 CT
07/16/2009 Canteen Order #6801791                   59.91         55.78 CT
07/16/2009 JPAY CREDIT                 100.00                    155.78 CT
07/22/2009 XEROX-DEBIT                               3.00        152.78 CT
07/23/2009 Canteen Order #6815843                   49.54        103.24 CT
07/27/2009 Canteen Order #6813601                    6.25         96.99 CT
07/30/2009 Canteen Order #6827070                   17.78         79.21 CT
07/31/2009 CHILD SUPPORT-07138733006               16.31         62.90 CT
07/31/2009 RESTITUTION-95CR871                      16.31         46.59 CT
08/04/2009 27 INSPECTOR I              122.74                    169.33 CT
08/06/2009 Canteen Order #6841137                   27.87        141.46 CT
08/07/2009 POSTAGE-DEBIT                             6.17        135.29 CT
08/10/2009 MONEY ORDER-DEBIT                         6.75        128.54 CT
08/13/2009 Canteen Order #6859192                   28.10        100.44 CT
08/17/2009 HOBBY-DEBIT                               4.00         96.44 CT
08/18/2009 JPAY CREDIT                 100.00                    196.44 CT
08/20/2009 Canteen Order #6851157                    2.15        194.29 CT
08/21/2009 Canteen Order #6876379                   59.30        134.99 CT
08/24/2009 Canteen Order #6874298                    5.50        129.49 CT
08/27/2009 Canteen Order #6888718                   47.42         82.07 CT
08/31/2009 CHILD SUPPORT-07138733006               22.27         59.80 CT
08/31/2009 RESTITUTION-95CR871                      22.27         37.53 CT
09/01/2009 27 INSPECTOR I               82.20                    119.73 CT
09/02/2009 Canteen Order #6902823                   37.53         82.20 CT
09/02/2009 MEDICAL APPOINT                           3.00         79.20 CT



09/09/2009 HOBBY-DEBIT                                2.69         76.51 CT
09/10/2009 Canteen Order #6914040                   28.19         48.32 CT
09/17/2009 Canteen Order #6933966                   24.71         23.61 CT
09/21/2009 SPECIAL ACTIVITIES DEBIT                  4.00         19.61 CT
```

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========= 07/02/2008 = Page  1

Account: 105240 SCHWINAMAN, KEITH                    CTCF        CTCF/CH7
      To:From Dates  06/02/2008: 07/02/2008
==================================================================================
 Trans Date      Description          Deposits   Withdrawls      Balance      Loc
 ----------  ------------------------ ----------  ----------  ---------------  ---
 06/02/2008  BALANCE AS OF 06/02/2008                            112.63
 06/02/2008  HOBBY-DEBIT                              2.50       110.13  CT
 06/02/2008  HOBBY-DEBIT                              1.60       108.53  CT
 06/03/2008  13 HAND PACKAGER           27.30                    135.83  CT
 06/05/2008  Canteen Order #5919449                  24.65       111.18  CT
 06/05/2008  HOBBY-DEBIT                              1.51       109.67  CT
 06/05/2008  POSTAGE-DEBIT                            9.77        99.90  CT
 06/09/2008  ICE CREAM DEBIT                          6.00        93.90  CT
 06/13/2008  Canteen Order #5938024                  10.32        83.58  CT
 06/16/2008  JPAY CREDIT                75.00                    158.58  CT
 06/19/2008  Canteen Order #5953743                  26.93       131.65  CT
 06/20/2008  MEDICAL SELFDEMER                       10.00       121.65  CT
 06/25/2008  Canteen Order #5952877                   5.50       116.15  CT
 06/26/2008  Canteen Order #5970583                  18.82        97.33  CT
 06/30/2008  CHILD SUPPORT-07138733006               10.23        87.10  CT
 06/30/2008  RESTITUTION-95CR871                     10.23        76.87  CT
 07/01/2008  HOBBY-DEBIT                              0.50        76.37  CT
 07/02/2008  BALANCE AS OF 07/02/2008                             76.37
==================================================================================
                     Total money order in hold:           0.00
                Current balance as of 07/02/2008:         76.37
                     **Reserved/Encumbered Monies:         0.00
                Available money as of 07/02/2008:         76.37
```

| Date | Description | | | |
|---|---|---|---|---|
| 03/07/2008 | MEDICAL APPOINT | | 5.00 | 22.06 CT |
| 03/11/2008 | JPAY CREDIT | 100.00 | | 122.06 CT |
| 03/13/2008 | Canteen Order #5745264 | | 23.01 | 99.05 CT |
| 03/17/2008 | ICE CREAM DEBIT | | 2.00 | 97.05 CT |
| 03/20/2008 | Canteen Order #5761772 | | 2.78 | 94.27 CT |
| 03/26/2008 | Canteen Order #5757048 | | 5.50 | 88.77 CT |
| 03/28/2008 | Canteen Order #5774421 | | 20.22 | 68.55 CT |
| 03/28/2008 | XEROX-DEBIT | | 0.75 | 67.80 CT |
| 03/31/2008 | CHILD SUPPORT-07138733006 | | 13.02 | 54.78 CT |
| 03/31/2008 | RESTITUTION-95CR871 | | 13.02 | 41.76 CT |
| 04/03/2008 | Canteen Order #5785322 | | 41.51 | 0.25 CT |
| 04/03/2008 | 13 HAND PACKAGER | 95.97 | | 96.22 CT |
| 04/04/2008 | XEROX-DEBIT | | 0.75 | 95.47 CT |
| 04/08/2008 | MEDICAL CHRONIC | | 5.00 | 90.47 CT |
| 04/09/2008 | XEROX-DEBIT | | 5.00 | 85.47 CT |
| 04/09/2008 | XEROX-DEBIT | | 0.75 | 84.72 CT |
| 04/10/2008 | Canteen Order #5801112 | | 36.02 | 48.70 CT |
| 04/11/2008 | JPAY CREDIT | 80.00 | | 128.70 CT |
| 04/17/2008 | Canteen Order #5819482 | | 18.95 | 109.75 CT |
| 04/24/2008 | Canteen Order #5835155 | | 24.51 | 85.24 CT |
| 04/25/2008 | Canteen Order #5830686 | | 5.50 | 79.74 CT |
| 04/28/2008 | SPECIAL ACTIVITIES DEBIT | | 7.00 | 72.74 CT |
| 04/30/2008 | CHILD SUPPORT-07138733006 | | 17.60 | 55.14 CT |
| 04/30/2008 | RESTITUTION-95CR871 | | 17.60 | 37.54 CT |
| 05/01/2008 | Canteen Order #5844412 | | 21.72 | 15.82 CT |
| 05/05/2008 | POSTAGE-DEBIT | | 4.60 | 11.22 CT |
| 05/06/2008 | 13 HAND PACKAGER | 102.52 | | 113.74 CT |
| 05/07/2008 | SNACK BAR SALE | | 13.00 | 100.74 CT |
| 05/08/2008 | Canteen Order #5858639 | | 30.12 | 70.62 CT |
| 05/13/2008 | HOBBY-DEBIT | | 5.01 | 65.61 CT |
| 05/15/2008 | Canteen Order #5878622 | | 27.89 | 37.72 CT |
| 05/19/2008 | JPAY CREDIT | 100.00 | | 137.72 CT |
| 05/20/2008 | HOBBY-DEBIT | | 3.21 | 134.51 CT |
| 05/21/2008 | HOBBY-DEBIT | | 1.60 | 132.91 CT |
| 05/21/2008 | HOBBY-DEBIT | | 3.96 | 128.95 CT |
| 05/22/2008 | Canteen Order #5894899 | | 9.96 | 118.99 CT |
| 05/22/2008 | JPAY CREDIT | 100.00 | | 218.99 CT |
| 05/28/2008 | Canteen Order #5891430 | | 5.50 | 213.49 CT |
| 05/29/2008 | Canteen Order #5906214 | | 40.36 | 173.13 CT |
| 05/30/2008 | CHILD SUPPORT-07138733006 | | 30.25 | 142.88 CT |
| 05/30/2008 | RESTITUTION-95CR871 | | 30.25 | 112.63 CT |
| 06/02/2008 | HOBBY-DEBIT | | 2.50 | 110.13 CT |
| 06/02/2008 | HOBBY-DEBIT | | 1.60 | 108.53 CT |
| 06/03/2008 | 13 HAND PACKAGER | 27.30 | | 135.83 CT |
| 06/05/2008 | Canteen Order #5919449 | | 24.65 | 111.18 CT |
| 06/05/2008 | HOBBY-DEBIT | | 1.51 | 109.67 CT |
| 06/05/2008 | POSTAGE-DEBIT | | 9.77 | 99.90 CT |
| 06/09/2008 | ICE CREAM DEBIT | | 6.00 | 93.90 CT |
| 06/13/2008 | Canteen Order #5938024 | | 10.32 | 83.58 CT |
| 06/16/2008 | BALANCE AS OF 06/16/2008 | | | 83.58 |

==============================================================================

```
              Total money order in hold:           0.00
         Current balance as of 06/16/2008:        83.58
              **Reserved/Encumbered Monies:        5.46
          Available money as of 06/16/2008:       78.12
```

PAGE
# 1

EXIBITT A
PAGE # 1

THIS E-MAIL WAS SENT TO THE THEN H.S.A SANDRA HARRIS HOW EVER
IT WAS NOT FOLLOWED THRUE BY EITHER CATHIE HOIST (AIC) OR SANDRA
HARRIS (HSA OF TERRATORIAL (CTCF).
THIS ENSURED THAT I WOULD HAVE TROUBLE ATTEMPTING TO GET YOUR
ORDERERED GLUCOSE TABLETS.

03-335

**From:**  "Meghan Reed" <Meghan.Reed@doc.state.co.us>
**To:**  "Carol Trujillo" <Carol.Trujillo@doc.state.co.us>, "Sandra Harris" <Sand...
**CC:**  "Cathie Holst" <Cathie.Holst@doc.state.co.us>, "Kathleen Baxter" <Kathle...
**Date:**  5/13/2008 1:44 PM
**Subject:**  Fwd: Keith Schwinaman #105240 Order
**Attachments:**  Keith Schwinaman #105240 Order

Per the order, Clinical Services shall give the offender glucose tabs or candy to have with him at all times. Please have him sign for the tabs or candy and forward documentation to this office, and every time he receives them thereafter. His accommodation resolution will be revised this week to add this language. In the meantime, please make sure staff are aware of this accommodation so that the tabs/candy is not confiscated.


Meghan A. Reed
Office of the AIC (ADA Inmate Coordinator)
Colorado Department of Corrections
2862 South Circle Drive
Colorado Springs, CO 80906-4195
(719) 226-4235
(719) 226-4249 fax
Meghan.Reed@doc.state.co.us



P-EXIBITT # D

THIS IS A GREIVANCE THAT I FILED REGARDING DATED 05/06/09

NOTTHAT DOC STAFF HONOR ALL VALID MEDICAL PASSES AND THAT THEY ENSURE

THAT ALL STAFF HONOR ALL OF MY ACCOMADATIONS AND THAT ON SEVERAL

INSTANCES NOVA WALKER HAS DENIED ME MY ACCOMADATIONS .


THIS GREIVANCE IS SIGHNED BY PRISCILLA DICKERSON HOWEVER IT WAS NEVER

EVEN  RESPONDED BY ANYONE.


GREIVANCES ARE BASICALLY THE ONLY WAY WE AS INMATES HAVE TO GET A

RESPONSE OR CORRECTTED ACTION.

CM:  TRUJILLO          Print Date:          4/10/2009

0,

DC Form 850-04A (12/01/08)

# COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒  No ☐
Date received by case manager: __5-6-09__          Case Manager: __TRUJILLO__

**Grievance Number** __D-CT08/09-803__          **STEP (Circle One)** ☒  2  3

| NAME | SCHWINAMAN, KEITH A | DOC NO. | 105240 | FACILITY/UNIT/POD | CTCF |
|------|---------------------|---------|--------|-------------------|------|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: RE: GIEVANCE #D-CT08/09-632 THIS GRIEVANCE WAS GRANTED IN HOWEVER THERE WAS NO MENTION REGARDING MY REQUESTED REMEDY EXCEPT FOR THE REFUND OF $10.00. I HAD ALLSO REQUESTED THAT ALL NURSES WHOM INJECT MY INSULIN PERMIT ME TO SEE THE AMOUNT OF INSULIN AS IT IS DRAWN UP PRIOR TO THEM INJECTING IT INTO ME SO AS TO ENSURE IT IS THE CORRECT DOSAGE. ALLSO THAT THE NURSE WAIT UNTILL THE ALCOHOL THAT IS APLIED PRIOR TO THE INJECTION HAS DRIED SO AS TO ENSURE THAT NO ALCOHOL IS INJECTED VIA THE TIP OF THE SYRINGE CAUSING A LOCAL REACTION TO THE INJECTION SITE AND THAT THE INJECTION BE AT EITHER A 45% OR A 90% ANGLE AND NOT SPECIFFICALLY AT 0% ANGLE AND PUSHED INTO THE BODY AS IT IS INJECTED SO AS TO NOT CAUSE BOTH BRUISING AND PAIN ALLSO MIX THE INSULIN CORRECTILY BY ROLLING IT IN THE NURSES HANDS AND SPECIFFICALLY NOT EITHER SHAKING IT OR JUST SIMPLY PICKING IT UP AND TURNING IT UP SIDE DOWN SO AS TO ENSURE THE CORRECT MIXTURE PRIOR TO DRAWING IT UP. ALLSO THAT NURSES SPECIFFICALLY NOVA WALKER PROVIDE EITHER GLUCOSE TABLETS FOR WHEN MY BLOODSUGAR IS LOWER THAN 70 mg XX PE PER THE UNIVERSAL DIABETIC XXXXXX PROTOCOL AND THAT ALL MEDICAL STAFF HONOR ALL MEDICAL PASSES THAT ARE VALID ALLSO THAT ALL STAFF XXXXXXXXXXXX PROVIDE ME JUDGE ORDERED ACCOMMODATIONS SPECIFFICALLY #10 that STATES CLINICAL SERVICES WILL PROVIDE ME EITHER GLUCOSE TABLETS OR HARD CANDY FOR ME TO KEEP ON MY PERSON AT ALL TIMES SINCE NOVA WALKER HAS REFUSED TO HONOR MY ACCOMMODATIONS ON SEVERAL INSTINCES.

REMEDY: IS EVERYTHING LISTED ABOVE .ALLSO PLEASE NOTE I FEEL THAT THE AIC CAN NOT BE UNBIASED REGARDING ANY CLAIMS I MAKE REFERING TO THE CONCLUETION THEY CAME TO ON CLAIM # D-CT08/09-632. INWICH THEY STATED I WAS ON NOTICE FOR NOT FOLLOWING FACILITY RULES AND REFUSING MEDICAL TREATMENT.THEY STATED I WAS ON NOTICE FOR NOT FOLLOWING FACILITY RULES! .IT IS MY XXXX RIGHT TO REFUSE TREATMENT.AND I DO FOLLOW FACILITY RULES!

| TO BE COMPLETED BY OFFENDER | | |
|---|---|---|
| DATE: 050109 | OFFENDER SIGNATURE  Keith Schwin  #105240 | |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability | |
| DATE: 5-6-09 | SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  Priscilla Dickson  Priscilln O'Dickson |
| Date ADA grievance sent to AIC: 5-7-09 | |

RESPONSE

P-EXHIBIT #D

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # |

Original: Department File/AIC          Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

2xc Inmate