To: Gregory C. Langham
-Clerk-

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 15 2011

GREGORY C. LANGHAM
CLERK

3-13-11

From: Rodney Harless #117862
CCF   P.O. box 600   Canon City, CO 81215

RE: Documents submitted for case 92-CV-00870-JLK

Dear Mr. Langham

I received your letter dated March 7, 2011 stating that a search of your records show that I'm not a party to case 92-CV-00870-JLK. Also a 1983 Prisoner Complaint Packet stating that I need to fill that out to initiate a new civil case.

I am writing today asking for your help with some answers to a couple questions. I am enclosing 3-pages I received from the US District Court of Colorado. It is a Order of Dismissal of Special Masters. Also the letter you sent.

In this order - 2nd page- the Court states I may file a objection to the farmentioned order, to the Clerk of the United States District Court on or before March 7, 2011.

page (1)

The documents that I submitted & were sent back was my Objection to the for mentioned Order of dismissal. The deadline was March 7, 2011, My question is - was the information I received from the Courts wrong? Or did I misunderstand the order & send it to the wrong place?

If you can please let me know what I did wrong & what Im supposed to do? The March 7th deadline is past, does this mean I missed the date & can't file my objection?

Thank you for your time, I hope you can please help me with info on what I need to do. I'll be waiting on your responce - Thank You

Respectfully submitted
March 13, 2011
Rodney A Harless
#117062
Rodney A Harless

page (2)



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

March 7, 2011

Rodney Harless
Prisoner No. 117862
Centennial Correctional Facility
PO Box 600
Canon City, CO 81215

RE: Documents submitted for case 92-cv-00870-JLK

Dear Mr. Harless,

    Enclosed are the original documents you submitted, as a search of our records does not show you are a party to case 92-cv-00870-JLK. If you want the court to take action, you must initiate a new civil case. Enclosed is a §1983 Prisoner Complaint Packet in which to initiate a new civil case.

GREGORY C. LANGHAM, CLERK

BY: _____
      Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

---

Claim Number X-455
Category: Untimely Filed Claim
Claimant: Rodney Harless, #117862
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on the claim of Rodney Harless (Claimant). Defendants have filed an objection to the claim. Claimant and class counsel were granted up to and including November 30, 2010 in which to file a response to the objection of Defendants. Class counsel requested additional time in which to respond. That request was granted. Class counsel has filed a general response requesting that the claim be processed. Claimant has filed nothing further in support of his claim.

      Claimant submitted a document entitled "complaint and affidavit." He alleged that he had become disabled in early 2002. When asked in the claim form for dates of discrimination in violation of the ADA, Claimant listed the earliest date as November 23, 2004. A show cause order was issued to Claimant requesting additional information. Claimant responded by alleging that he was discriminated against in June, 2003 by being denied diabetic snacks, glucose tablets, and finger sticks.

      Defendants filed an objection to the claim and requested that it be dismissed. Defendant raised a number of reasons for dismissal. Defendants submitted with their objection a copy of an offender profile which reflects Claimant came into DOC custody on June 6, 2003. Defendants further argue that Claimant did not request an evaluation until July, 2005. DOC staff found Claimant not to be diabetic and not to be disabled, as defined by the Remedial Plan. Claimant has not responded in any way to the documents submitted by Defendants.

Judge Kane issued an order on March 23, 2010. That order established some limitations on the claims process established by Article XXXII of the Remedial Plan. Judge Kane limited claims to the following individuals: (1) inmates who were in DOC custody on or before August 27, 2003; (2) inmates who were disabled, as defined by the Remedial Plan, on or before August 27, 2003; and (3) inmates who were the victims of discrimination on or before August 27, 2003. Unless each of these three requirements is established, a claimant cannot prevail on his claim.

Claimant has not responded in any way to the objections of Defendants. The Special Master must have sufficient information to allow this claim to proceed to a hearing. In this case, Claimant has not provided sufficient information to establish a *prima facie* showing of any disability that existed on or before August 27, 2003. Further, there are insufficient allegations of discrimination occurring on or before August 27, 2003. The Special Master does not have jurisdiction over his claim.

IT IS HEREBY ORDERED that the claim of Rodney Harless is dismissed, as Claimant has not established that he was the victim of discrimination on or before August 27, 2003 and has not established that he was disabled, as defined by the Remedial Plan, on or before that date; and

IT IS FURTHER ORDERED that a copy of Claimant's claim will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before March 7, 2011.**

SIGNED this 17th day of December, 2010.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 17th day of December, 2010 to the following:

Mr. Rodney A. Harless
#117862
CCF
P.O. Box 600
Canon City, CO 81215-0600

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

*Susan L. Carter*