

THE UNITED STATES DISTRICT COURT
THE THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

v.

    Defendants.

```
                                    FILED
                           UNITED STATES DISTRICT COURT
                               DENVER, COLORADO

                                 MAR 16 2011

                            GREGORY C. LANGHAM
                                              CLERK
```

Claim Number 01-076
Category: I
Claimant: Lawrence W. Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, Co 80751

---

### MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE

---

    COMES NOW, the Claimant Lawrence W. Fitzgerald, being prose and in good faith requesting another extension of time from this Honorable Court as this Court in claimant last request asking for extension of time which was granted up to March 14, 2011, he did explain the following:

    1). Claimant been denied access to his ADA medical records LT Scott ADA Coordinator for Stearing Correctional Facility of reports of medical information by P.A. JamJock and P.A. Davis who both did medical reports of my medical condition and I filed kite and other requests since November to get this information to support my case before this Honorable Court and these's medical reports are needed to support my claims of my health issues being given a deliberate indifference because they cause my health issu by placing me on the Vioxx product which caused my down fall of cataclysmic proportin that led me to be a handicap diabetic now before this Honorable Court request this Court to Grant an Order to help me get this information being refused by the medical department ADA Coordinator Lt Scott to help in this review.

    2). Claimant been held in lock downs and not been given proper access to in the law library since this Honorable Court's Order of January 14, 2011, I been only been in the library of law a 3 times and its been because its been closed or we are in lock down and those's periods were for less then 2 hours each visit and now the Claimant is asking for Order to be granted this information by Lt. Scott and another 30 days to properly prepare the history of this case.

Because of Claimant's limited access to the law library and not being able to get the needed information to support his claims as explained in this motion he asks for 30 days to adequately research and prepare his case.

Claimant has tried everything in his power to have this motion done in time and finds him self again asking for help from this Honorable Court to secure a just out come in the interest of justice in his case now again on review from this Honorable Court.

WHEREFORE, the foregoing reasons, Claimant respectfully request this Honorable Court to grant motion for enlargement of time and provide an additional 30 days with help of the Order to secure a just out come with the information needed to support his motion pending before this Court or what ever the Court deems proper.

Dated March 14, 2011

Respectfully Submitted
Lawrence Fitzgerald #66345
SCF Unit 2  Box 6000
Sterling Colorado 80751

CERTIFICATE OF MAILING

I. Lawrence W. Fitzgerald placed the foregoing motion above within the United States Mail postage prepaid on this 14 day of March 2011, and addressed to the following bellow:

Clerk of Court
Honorable Special Master Judge
RICHARD M. BROCHERS
Alfred A. Arraj U.S. Courthouse
Room A105
901 19th Street
Denver, Colorado 80294-3589