IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKLOOPER, et al.,

    Defendants.

_____

Claim Number: 03-116
Category III
Claimant: James R. Duncan, #41762
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter filed by Claimant. (*Doc. #5001*). The record reflects that Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on October 10, 2005.

    As Claimant has been previously advised, Judge Kane has ruled that the time for filing of *pro se* motions in this case is over. The only authority available to the Court is to forward these pleadings to class counsel. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

    IT IS HEREBY ORDERED that Claimant's documents are received and will be forwarded to class counsel.

    SIGNED this 18th day of March, 2011.

                                                    BY THE COURT:

                                                    */s/ Richard M. Borchers*

                                                    _____
                                                    Richard M. Borchers
                                                    Special Master