THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No.
CLAIM NO. X-537

JACK H ISAAFF
  CLAIMANT,
Plaintiff,

v.

JOHN W. HICKENLOOPER,
TOM CLEMENTS, EXECUTIVE
DIRECTOR. COLORADO DEPARTMEN
Defendant.(S)   OF CORRECTIONS.

## ORDER TO SPECIAL MASTER

THIS PRO SE CLAIMANT, PLAIMANT OFFENDER OF THE COLORADO STATE PENITENTIARY, AT CANON CITY, CO., IS DISABLED.

JUDGE RICHARD M. BORCHERS ORDERED THAT THE LETTER OF JACK IRAFF, BE TREATED AS A NEW CLAIM.

FURTHER, THAT CLAIMANT AND CLASS COUNSEL ARE ADVISED THAT THAY MAY FILE AN OBJECTION TO THE SPECIAL MASTER, JUDE RICHARD M. BORCHERS ORDER, PURSUANT

(1)

TO FEDERAL RULE OF CIVIL PROCEDURE 53 (9)(2) BUT SAID OBJECTION(S) MUST BE FILED WITH THE CLERK OF THE FEDERAL DISTRICT COURT, 901 19TH. STREET, DENVER, COLORADO 80294 ON OR BEFORE MARCH 21, 2011.

THAT ORDER WAS SIGNED THE 7TH DAY OF JANUARY, 2011. BY THE COURT, JUDGE RICHARD M. BORCHERS, SPECIAL MASTER.

1.] A COPY OF ARTICLE XXXII OF THE REMEDIAL PLAN WAS "NOT PROVIDED TO CLAIMANT PLAINIFF" SENSE JANUARY 7th, 2011.

2.] CLAIMANT-PLAINTIFF NEVER RECEIVED ANY COMMUNICATION FROM CLASS COUNSEL(S), KING & GREISEN, LLP, 1670 YORK STREET, DENVER, COLORADO 80206

3.] CLAIMANT- PLAINTIFF SENT

(2)

A LETTER TO CLASS COUNSEL(S)

5.) THE SAID LETTER WAS NOT MAILED OR "MARKED LEGAL" DUE TO PRIOR MAILING PROBLEMS AT C.T.C. FACILITY AND C.S.P., CAÑON CITY, CO.

6.) FOUR (4) PRIOR LEGAL LETTERS WERE MAILED TO A ATTORNEY AND PERSONAL FRIEND IN THE STATE OF WYOMING, COUNTY OF UNITA, EVENSTON, WY. 82930

7.) KNOW REPLY, SENSE FIRST LETTER SENT TO ATTORNEY MENTION IN NUMBER SIX (6).

   A.) CLAIMANT-PLAINIFF NEVER RECEIVED ARTICLE XXXII OF THE REMEDIAL PLAN.

   B.) CLAIMANT-PLAINIFF NEVER HAD ANY COMMUNICATION

(3)

FROM CLASS COUNSEL(S).

C.] CLAIMENT-PLAINIFF IS DISABLE. HE HAS NO SENSE OF SMELL, SENSE 1962.

D.] FOR OTHER DISABLE, DISABILITIES, SEE LETTER OF CLAIMANT-PLAINIFF JACK IKRAFT #146523, COLORADO STATE, COUNTY OF DENVER.

TO THE COURT, FEDERAL DISTRICT. OF COLORADO, DENVER:

CLAIMANT-PLAINIFF PRAY THAT THE ABOVE MENTION COURT ORDER THE WARDEN, A FEMALE W.S. JONES OF CCF/CSP TO PERVIDE THE ABOVE MENTION FEDERAL DISTRICT COURT THE FOLLOWING MEDICAL/MENTEL DOCUMENTS:

1.] COPIES, OF CLAIMAINT-PLAINIFF(S) MEDICAL, PSYCHOLOGICAL, PSYCHIATRIC RECORDS.

(4)

2.) A BRIEF DESCRIPTION OF CLAIMANT- PLAINIFF(S) CUSTODY CLASSIFICATION, STATUS.

3.) THE CLERK IS DIRECTED TO PERVIDE A COPY OF THIS DOCUMENT/ORDER AND THE INSTRUMENT. ENTER AS A LETTER, DATED AND FILED DECEMBER 29, 2010 WITH THE SPEIAL MASTER(S) JUDGE RICHARD M. BORCHERS.

RESPECTFULLY SUBMITTED THIS 17th DAY OF MARCH, 2011.

JACK H IRRAFL

(5)

## INITIAL INTAKE ADA SCREENING FORM

| OFFENDER NAME: | DOC #: | CURRENT FACILITY: | DATE OF BIRTH | DATE FORM INITIATED: |
|---|---|---|---|---|
| KRAFT, JACK H | 146523 | DRDC | 1/25/1944 | 06/23/2009 12:18 PM |

### Part A

### Disability Screening Performed on Every Offender at Intake

**I. Hearing Screening for Severe Limitations/Disability:**

X **NO LIMITATION NOTED**: There is no observed or reported problem with hearing related to this offender. He/she was able to carry on a normal conversation and was able to clearly hear his or her name called.

☐ **YES, LIMITATION NOTED**: The offender appears to have problems carrying on a normal conversation.

**II. Vision Screening Severe Limitations/Disability:**

X **NO LIMITATION NOTED**: There is no observed or reported problem with this offender's vision. He/she was able to personally fill out the Self Reported History Form without assistance.

☐ **YES, LIMITATION NOTED**: There were significant problems reported or observed during the intake process regarding vision.

**III. Mobility (Upper and/or Lower Extremity) Severe Limitations/Disability:**

X **NO LIMITATION NOTED**: There is no observed or reported problems with this offender's mobility. He/she was able to ambulate satisfactorily. He/she is not in a wheelchair, is not an amputee, does not use a cane, walker, brace or other assistive health care devices. He/she reports being able to perform all required functions of the intake process without noticeable problems or assistance.

☐ **YES, LIMITATION NOTED**: There were significant problems reported or observed upon the offender's arrival to DOC regarding mobility.

**IV. Diabetes:**

X **NO HISTORY OF DIABETES REPORTED**.

☐ **YES, HISTORY OF DIABETES REPORTED**.

**V. Other Disabilities:**

X **NO LIMITATION NOTED**: There are no other reported or observed difficulties that indicate this offender is unable to perform any major life activity and may have a disability. He/she has both arms, hands and all fingers and was able to use upper extremities satisfactorily

☐ **YES, LIMITATION NOTED**: There were significant difficulties reported or observed upon the offender's arrival to DOC other than those identified above.

Regardless of whether yes or no is marked above, print a copy of this form on yellow paper and place it in the offender's medical record in the ADA section.

If yes checked on any of the above categories, proceed to Part B of this form.

| Nurse: [signature] | Provider: [signature] | Date: 6/23/2009 |

CSP CANON CITY, CO

## REQUEST FOR SICK CALL

NAME: JACK H KRAFT    NUMBER: 146523

DATE: 03/16/2011   LIVING UNIT: B-4

WORK ASSIGNMENT: N/A • 23 X 21 DAYS
LESS 20% COURT ORDER

**Offender needs to be seen by: (CHECK ONLY ONE)**

____ Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

Prescription Number: _____

X  Other: CSP MEDICAL FEMALE COPY CLERK:
Explain your need for request: IF YOU ARE PERMITTED? PLEASE SEND OFFENDER KRAFT (J) AUTHORIZATION TO REVIEW/REQUEST MEDICAL

**Offender's request was received at Dispensary:**

Date X _____   By X _____

Action Taken X _____
INFO.! KRAFT REQUESTED CLERKS,
NO RESPONSE. THANKS

20053 Distribution:  White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

**REQUEST FOR SICK CALL**

NAME: KRAFT, Jack   NUMBER: 146523

DATE: 02/26/2011   LIVING UNIT: A/7-15
SATERDAY
WORK ASSIGNMENT: N/A *.30 X 20, A MONTH LESS 20%.

**Offender needs to be seen by: (CHECK ONLY ONE)**

☒ WOULD "MEDICAL" SEND,
___ Physician Assistant/Nurse Practitioner TO THE FOLLING FACILITY(S)
___ Dentist THE DOCUMENT(S) THAt RELEASE THE "MENTL" HOSP
___ Nurse AND STATE PRISON IN WYOMING, LEGAL/CIVIL
___ Mental Health RESPONSABILITY, TO FORWORD, MENTFL HENLTH
___ _____: DOCUMENT(S) THAT STATE, OFFNDER TRANS-
___ Prescription: _____

☒ Other: CLERK(S)/

Explain your need for request: IS MENTEL/E
ILL, WITH BYPOLOR (MANIC -
DEPRESEN) BRAIN MALFUCTION.
SEND DOCUMENTS) TO CSP OR —

Offender's request was received at Dispensary:

Date: ✗   By: ✗

Action Take: ✗
C.D.O. C/HQ, IN THE SPRINGS,
20053 Distribution: White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender
THANKS, JHS

Don't open small door for meds or lunch

**COLORADO STATE DEPARTMENT OF CORRECTIONS**  
**AUTHORIZATION TO RELEASE/REQUEST MEDICAL INFORMATION**

Sec. 5 HR/Req

I, J_____ DOB _____ DOC # 1/___ FACILITY _____  
(Please Print)

SS# _____

Authorize the Department of Corrections to ___✓___ release _____ request

(medical/mental health records (to/from) _____ -Copies made _____

_____ NAME OF PERSON OR ORGANIZATION.

Extent or nature of information, please include dates of service requested.

___✓___ Copy of History and Physical, Dis. Summary and Procedure Note.  
___✓___ Copy of Ambulatory Health Record.  
___✓___ Copy of Medical/Mental Health Records--Records released for continuity.  
___✓___ OTHER _____ of care when DOC receives info.

When Dept. of Corrections requests information mail to:

I understand that the information to be released may include HIV infections and Drug and Alcohol documentation.

I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization at any time, except to the extent that action has already been taken to comply with it. This release will remain in effect for 90 days, unless specified in writing for a shorter time frame.

I make this consent upon the premise that all disclosure made pursuant to the authority granted by this consent shall be accomplished by a written notice which states as follows:

> "This information has been disclosed to you from records whose confidentiality is protected by Federal Law. Fed. Regulation (42 CFR, part 2) prohibits you from making any further disclosure of it without specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose."

I hereby release the health care provider from any liability which may result from furnishing the information requested as authorized in this release.

I have read the above and foregoing **PATIENT'S CONSENT FOR DISCLOSURE OF CONFIDENTIAL INFORMATION** and I do hereby acknowledge that I am familiar with and fully understand the terms and conditions of this consent.

Date 03/13/2011 OFFENDER'S NAME _Jack H. Rentfr____

WITNESS _____

31215(R1/00)   Dist:   White-Med. Rec.   Canary-Offender Copy