UNITED STATES DISTRICT
DISTRICT COURT 901 19th st. Denver Colo 80294

| | |
|---|---|
| DISTRICT COURT United States ~~COUNTY~~ STATE OF Colorado District of Court Address: Legal Resolution Center 7907 Zenobia Street Westminster, Colorado 80030-4444 | **FILED** UNITED STATES DISTRICT COURT DENVER, COLORADO MAR 21 2011 GREGORY C. LANGHAM CLERK |
| THE PEOPLE OF THE STATE OF Colorado, Richard Ray Trujillo Jr Plaintiff, vs. Bill Ritter, et al, ~~(Offender Name)~~ Defendant. | ▲ COURT USE ONLY ▲ |
| Party without Attorney: (Pro-se) Offender Name: Richard Ray Trujillo Jr Offender Identification #: 66461 Offender Facility: CCCF Offender Address: 6564 State Highway 96 Olney Springs, Co 81062-8700 King & Greisen, LLP 1607 York Street Denver, Colorado 80206 | Case No: 09CA6061 92-CV-870-JLK Claim No. 03-504 Division: _____ Courtroom: _____ |
| OBJECTION TO ORDER PURSUANT TO FEDERAL Rule of Civil Procedure 53(g)(2) | |

Claimant Richard Ray Trujillo Jr. comes before This Federal Court and ask for Objection to Dismissal of Claim. Claimant is entitled to Pursue and can show need for such. Claimant as been in the Custody of the Department

of Corrections Colorado, since being Regressed from ACTC Arapahoe Community Treatment Center, on December the 9th 2010. Was sent to Denver County Jail, were on the or around the 18th of or 19th Claimant Called Clerk of the Court, Legal Resolution Center, and asked for New Court Date, clerk Replyed I would have to send Legal Motion to clerk, which was hand written and sent, as well as to My Class Action Attorneys King + Greisen, LLP 1670 York street Denver, Colorado 80206, and to Legal Resolution Center, 7907 Zenobia street Westminster Co 80030.

I Have Medical ADA Diabetic on going Issues with C.D.O.C. and the Denver County Jail, The Arapahoe County Jail, and Crowely Prison, Main issue(s): Are (ACTC) Denied me with Deliberate Indifference, The medically Perscribed Insulin Lantis 42 units and other Dietbetic medications which are a Life need, as to support and sustain my Life, so I choose to regress and attempt to be placed into Safety, in which the Continued Abuse(s) have been on going at the Facilitys mentioned all will be supported with Medical Documents and Kite System, as well as their computer net-work, as well as Testimonies from Medical and Private Persons.

Your Honor with Due Respect, I have no clue as what happened to My Mailings and as to the name of the U.S. District (Montez) clerk I spoke with, Due to My Property being trashed and Disgarded from Traveling from Jail(s) to Prison(s), as soon as I Received This ORDER I Imediatelly Responded to your Honor and In which I Pray to Have this claim Continued and to Ask For Granting of Motion to Objection to Dismiss claim, and to granting of a New Date to be in Hearing to show Cause and Evidence.

Respectfully submitted
Richard Ray Trujillo Jr. 66461
Richard Ray Trujillo Jr. #66461

Certificate of service and Mailing

I certify That:
1. The original and copy of this Motion for OBJECTION as been sent threw the United States Mail, To: Clerk of the United States District Court, 901 19th street Denver, Co. 80294 on March 15th 2011.

claimant: Richard Ray Trujillo J.
Richard Ray Trujillo Jr. #66461