IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Deann Conroy respectfully moves to withdraw as counsel for Defendants in this case. In support of this motion, Ms. Conroy states as follows:

1. On March 24, 2011, Ms. Conroy will be leaving the Attorney General's Office to join the Department of Labor for the federal government.

2. Defendants will continue to be represented by Beth McCann, James Quinn and Berina Ibrigasic.

WHEREFORE, Deann Conroy respectfully requests that this Court grant her Motion to Withdraw as Counsel.

Respectfully submitted this 24th day of March, 2011.

JOHN W. SUTHERS
Attorney General

s/ Deann Conroy
DEANN CONROY, #20557*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants

              1525 Sherman Street, 7th Floor
              Denver, Colorado  80203
              Telephone:  303-866-5007
              FAX:  303-866-5443
              E-Mail:  deann.conroy@state.co.us
              *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on March 24, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will sent notification of such filing to the following e-mail addresses:

Paula Greisen
greisen@kinggreisen.com
King & Greisen, LLP
1670 York St.
Denver, CO 80206

              s/ Mariah Cruz-Nanio_____