IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number X-537
Category: Untimely Filed Claim
Claimant: Jack Kraft, #146523
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter of Jack Kraft. *Doc. #5013*. Claimant is requesting accommodations for his claimed disabilities.

      Claimant previously filed a letter that was treated as a new claim. That claim was dismissed for lack of jurisdiction. Claimant came into DOC custody after August 27, 2003 and did not file a claim until after April 30, 2010.

      IT IS HEREBY ORDERED that the letter of Jack Kraft, being treated as a motion for reconsideration, is denied; and

      IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate.

      SIGNED this 25th day of March, 2011.

                                      BY THE COURT:
                                      /s/ Richard M. Borchers

                                      _____
                                      Richard M. Borchers
                                      Special Master