IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

## CHANGE OF ADDRESS OF SPECIAL MASTER RICHARD M. BORCHERS
_____

    Special Master Richard M. Borchers does hereby notify the Court and the parties that his office address has changed to the following:

    Richard M. Borchers
    Legal Resolution Center
    7828 Vance Drive, #108
    Arvada, Colorado 80003

The telephone and fax numbers remain the same.

    SIGNED this 1st day of April, 2011.

                                       BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____
                                       Richard M. Borchers
                                       Special Master