```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX036591
Cashier ID: sq
Transaction Date: 04/04/2011
Payer Name: COLORADO DEPT OF CORRECTIONS
-----------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.46
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 211012
 Amt Tendered: $2.46
-----------------------------------
Total Due:       $2.46
Total Tendered: $2.46
Change Amt:      $0.00

92-CV-870A
APPEAL PYMT

A fee of $45.00 will be assessed on
any returned check.
```

08-1399