92-cv-00870-JLK-OES

04/01/2011
FRIDAY

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2011

GREGORY C. LANGHAM
CLERK

Jack H. Kraft
CSP
Box 777
Unit/B-4-11
Cañon City, CO
81215/0777

RE: STOLEN LEGAL DOCUMENT(S):

THE HONORABLE RICHARD M. BORCHERS:

KRAFT, CLAIMANT-PLAINTIFF IN CLAIM NUMBER X-537 HAD HIS CSP CELL INVENTORY BY ONE C.D.O.C EMPLOYEE WHO IS ASIGNED TO CSP IN FREMONT COUNTY, CITY OF CAÑON CITY, CO.

HIS CDOC/CSP TITLE IS, SARGENT A. WENDT, ASIGNED TO UNIT, BAKER FOUR AND HAS COMPLETE COUNTY AND COUNSEL OF JACK H. KRAFT/DOC 146523 UNIT B-4/11 CELL.

1.] WILE THE ABOVE MENTION SARGENT PERFORMED, OFFENDER(S) JACK H KRAFT #146523 PERSONAL INVENTORY OF OFFENDER(S) UNIT B-4/CELL 11, HE OR A ASISTENT CO/SGT/LT. "POSSIBLE" WAS PART OF THE THEFT OF OFFENDER KRAFT'S PERSONAL PROPERTY.

2.] FURTHER, SARGENT A. WENDT, WAS

(1)

Case No. 1:92-cv-00870-CMA-MEH   Document 5027   filed 04/05/11   USDC Colorado   pg 2 of 3

THE ONLY C.D.O.C./CSP EMPLOYEE(S) TO SIGN DOC EMPLOYEE.

3) FURTHER, THE ABOVE MENTION SARGENT A. WENDT, HAD FULL RESPONSIBILITY AND SECURITY OF OFFENDER KRAFT'S CELL B-4/11.

THEREFOR.:

THE PROPERTY MISSING, AT LEAST FOUR (4) UNITED STATES GOVERNMENT STAMPS VALUED AT LEAST ONE DOLLAR AND SEVENTY SIX CENTS ($1.76)

THE LEGAL PROPERTY OF CLAIMENT-PLAINTIFF/ CLAIM NUMBER X-537 MAILED TO JACK KRAFT #146523 CSP UNIT B-4-CELL 11 OR JUST CSP PRISON, FREEMONT COUNTY, CAÑON CITY, CO.

THE LEGAL PROPERTY ONE (1) LETTER AND COURT DOCUMENT INCERTED IN U.S. GOVERNMENT ENVELOPE, MAILED TO CLAIMENT/ PLAINTIFF/ CLAIM NUMBER-X-537 BY A UNITED STATES DISTRICT COURT JUDGE, ONE (1) RICHARD M. BORCHERS OF THE STATE OF COLORADO.

2

IT IS FURTHER REQUESTED, THAT ONE HONORABLE JUDGE RICHARD M. BORCHER UNITED STATES DIST COURT JUDGE OF THE STATE OF COLORADO AND OR A DISTRICT COURT CLERK OF THE COLORADO DISTRICT COURT SEND TO PLAINIFF/CLAIMENT JACK H. PRATT, CLAIM NUMBER X-537 A EXSPCT COPY IN ALL RESPECTS, AS THE ORIBINAL DOCUMENT.

Sincerely + Respectfully

Jack H. Pratt