**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | April 07, 2011 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589


Ms. Patricia Bellac
Patricia S Bellac Law Firm Llc
4845 Pearl East Circle
101
Boulder, CO 80301

Paula Dee Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mrs. Jennifer Susan Huss
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

Mr. Robert Charles Huss
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

Ms. Elizabeth H. McCann
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

L. R. Moore
CSP - Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777
#47702

Mr. James X. Quinn
Office of the Attorney General for the State of Colorado
1525 Sherman Street, 7th Floor
Denver, CO 80203

Mr. Edward T. Ramey
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202

Jennifer Wardner Riddle
King & Greisen, LLP
1670 York Street
Denver, CO 80206

**RE:**     10-1411, Montez v. Ritter, et al.,, et al
           Dist/Ag docket: 1:92-CV-00870-JLK-OES

Dear Counsel/Appellant:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

                                         Sincerely,

                                         Elisabeth A. Shumaker
                                         Clerk of the Court