IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number X-537
Category: Untimely Filed Claim
Claimant: Jack Kraft, #146523
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

### ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter of Jack Kraft. *Doc. #5027.* In the letter, Claimant alleges that his personal property was stolen by DOC staff.

      The Special Master has no jurisdiction to do anything on this letter. Claimant will be provided a copy of all documents related to his claim that remain in the possession of the Special Master.

      IT IS HEREBY ORDERED that Claimant Jack Kraft will be provided a copy of all documents related to his claim in the possession of the Special Master; and

      IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate.

      SIGNED this 8th day of April, 2011.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers - Special Master