**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2011

GREGORY C. LANGHAM
                    CLERK

RECEIVED
APR 18 2011
HOMESTEAD CORRECTIONAL INSTITUTION

UNITED STATES DISTRICT COURT
901-19th Street
Denver, Colorado 80294

Case No.: Montez v. Owens 92-CV-870 EWN-OES
Consolidated 96-CV-343

Jesse Montez, et al

vs

Owens, et al

Party without counsel

Jill Coit (Claim# 03-129)
Department of Corrections: Florida-163936   Colorado-98046
Homestead Correctional Institution
19000 S.W. 377th Street, Suite 200
Florida City, Florida 33034

## NOTICE OF CHANGE OF ADDRESS
## ~~VIOLATION OF MONTEZ REMEDIAL PLAN AND RESPONSE TO QUESTIONS~~

COMES NOW, Plaintiff, **JILL COIT**, pro se who is a member of the above entitled case who wishes to inform this Court that she has been transferred from the Colorado Department of Corrections (C.D.O.C) to the Florida Department of Corrections (F.D.O.C.-see address listed above).

Plaintiff also wishes to inform this Court that the Florida Department of Corrections refuses to obey the Montez Remedial Plan and A.D.A. accommodations. *Does Montez apply in Florida?*

*Respectfully,*
*Jill Coit 4-15-11*
*see above address for return response*