IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

Defendants.

**PARTIES' JOINT MOTION FOR EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW WITH THE COURT**

Plaintiffs, through counsel for the Class, Paula Greisen and Jennifer Riddle of King and Greisen, LLP, and Edward Ramey, Lara Marks, and Blain Myhre of Isaacson Rosenbaum, PC, and the Defendants, through counsel, Elizabeth McCann, James Quinn, and Berina Ibrišagić of the Colorado Office of the Attorney General, hereby request an extension of time to file their respective Findings of Fact and Conclusions of Law. As grounds therefore, counsel state as follows:

1. The compliance hearing in this matter concluded on November 10, 2010. On that date, the Court ordered parties to file their Findings of Fact and Conclusions of Law on March 15, 2011, and their rebuttal on April 15, 2011.

2. The parties filed a Joint Motion for Extension of Time on February 7, 2011, to extend the deadline for the Findings of Fact and Conclusions of Law to May 2, 2011, and their rebuttal on June 1, 2011. The Court granted the parties' Motion on February 9, 2011.

1

3. The parties have been diligently working on their Findings of Fact and Conclusions of Law. However, due to counsels' other case loads, as well as their schedules, it has been difficult for both sides to find time to meet with their respective teams and finalize the findings and conclusions.

4. Accordingly, all parties request an additional two weeks to finalize their Findings of Fact and Conclusions of Law.

WHEREFORE, the parties respectfully request that the Court grant this Motion and give both parties until May 16, 2011, to file their respective Findings of Fact and Conclusions of Law, and until June 16, 2011 to file their rebuttals.

Respectfully submitted this 22nd day of April, 2011.

| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| s/ Paula Greisen | s/ James X. Quinn |
| _____ | _____ |
| Paula Greisen | Elizabeth H. McCann |
| Jennifer Riddle | James X. Quinn |
| King & Greisen LLP | Berina Ibrišagić |
| 1670 York St. | Colorado Attorney General's Office |
| Denver, CO 80206 | 1525 Sherman Street, 5th Floor |
| 303-298-9878 | Denver, CO 80203 |
| | 303-866-3262 |
| Edward T. Ramey | |
| Blain D. Myhre | |
| Lara E. Marks | |
| Isaacson Rosenbaum P.C. | |
| 1001 17th Street, Suite 1800 | |
| Denver, CO 80202 | |
| 303-292-5656 | |