IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

>Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al,**

>Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Parties' Joint Motion for Extension of Time to File Findings of Fact and Conclusions of Law with the Court (doc. #5034), filed April 22, 2011, is **GRANTED**. The parties' respective findings are due May 16, 2011; rebuttals are due June 16, 2011.

Dated:  April 22, 2011