IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: HCI, 19000 S.W. 377th Street, #200, Florida City, FL 33034

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the notice of change of address filed by Claimant. *Doc. #5033.* On that document, Claimant has handwritten a question concerning the applicability of the Remedial Plan applying to a Florida correctional facility.

    The Special Master cannot provide advice to Claimant or other inmates. The Remedial Plan would have applicability only if Claimant remained a Colorado inmate but was housed in a Florida facility. Claimant should contact class counsel for further clarification.

    IT IS HEREBY ORDERED that Claimant's notice of change address is accepted for filing.

    SIGNED this 22nd day of April, 2011.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master