**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO: 92-CV-870-JLK

JESSE MONMTEZ, et. al.
Plaintiff,

-Vs-

JOHN W. HICKENLOPER, et. al.
Defendants,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2011

GREGORY C. LANGHAM
                    CLERK

---

Claim No: 03-215
Category: III
Claimant: Gordon Raymond Reuell, II, C.D.O.C. Reg. No: 80544
Address of Claimant: Ft. Lyon, P.O. Box 1000, Ft. Lyon, Co.   81038

---

CLAIMANT'S DAMAGES FOR VIOLATION OF MONTEZ
ACCOMMODATIONS DATED ~~19 AUGUST 2010~~ 14 February 2011

---

COMES NOW, GORDON Raymond Reuell, II, Claimant, Pro-Se and Indigent. Claimant assert that the Department of Corrections at D.R.D.C. Staff in cell house 4 violated my accommodations from 14 Febraury 2011 until returnning to Ft. Lyon on or about 08 March 2011. Some 22 days. Claimant petitioning this Honorable Court - for damages of $100.00 per day for the violations of his Montez Accommodations. Claimant states the following meritorious claims:

1. Claimant assert he was transfered to D.R.D.C. on 14 Febraury 2011 for a medical appointment on 16th Febraury 2011, Wednesday. Which could have been a day trip from Ft. Lyon Correctional Facility.

2. Claimant was housed in Unit 4, B pod, first tier, cell#?. Not a ADA cell; from 14 Febraury 2011 until 28 Febraury 2011[i.e. regulat doubled cell] until I was moved to a ADA Cell in another unit - unit 3 B pod, Cell 7 on 28 February 2011.

3. Claimant was without clean cloths and hygene from 14th February 2011 until 03 March 2011, about 17 days. Claimant continued to ask for clean cloths. They lost my cloths and hygene items on or about 03 March they found my cloths and hygene items. [i.e Greens uniform and white cloths].

1

4.  Claimant wqs out of some of his medication from 14th February until on or about 01 April 2011.  About 15 days without medications.

5.  Claimant asserts a total of 22 days no Montez Accommodations. From 14 February 20011 until returnning to Ft. Lyon Correctional Facility on about 08 March 2011.

6.  Claimant was without any Jacket during cold / freezing weather from 14th February 2011 until 08 March 2011.  Transport officer went to laundry to get me a jacket, the van had no heat in the back.

7.  Claimant asserts he should be paid $100.00 dollars per/day according to GOFF V. BURTON, 91 F.3d 1188 (8th Cir. 1996) of Compensatory damages.  Puntive damages because of the warton, reckless malicious and or oppressive character which the claimant complains. [i.e. the way the claimant was treated]. SMITH V. WADE, 461 U.S. 30, 103 S.Ct. 1625, 75 L.Ed.2d 632 (1983) and a additional $100.00 dollars for Puntive damages. Total of 200.00 dollars per day.

   WHEREFORE, Claimant prays this Honorable Court grants and issue its order for Compensatory and puntive damages. Total of $4,400.00 dollars for the wanton, reckless, malicious and oppressive character which the Claimant complains Grant unto Claimant such other and further relief as this court deem just and proper.

Dated 15 day of April, 2011.

Respectfully submitted,

*[signature]*

Gordon Raymond Reuell, II
Ft. Lyon Correctional Facility
P.O. Box 1000
Ft. Lyon , Co.   81038

## CERTIFICATE OF SERVICE BY MAILING

I certify that on ___ day of April, 2011, that a true and correct copy(s) of the above foregoing "CLAIMANT'S DAMAGES FOR VIOLATIONS OF MONTEZ ACCOMMODATIONS DATED 19 AUGUST 2010" was placed deposited in the United States Mail, Ft. Lyon Mail System, postage prepaid and address to the following parties:

1.  United States District Court
    Clerk of the Court, Gregory C. Langham
    Alfred A. A. Arraj United States Courthouse
    Honorable John L. Kane, Senior Judge
    901 19th Street, Room A-105
    Denver, Co.   80294-3589

2.  Office of the Colorado Attorney General
    1525 Sherman Street, 7th Floor
    Denver, Co.   80203

_____
CLAIMANT

Gordon Raymond Reuell, II
Ft. Lyon Correctional Facility
P.O. Box 1000
Ft. Lyon, Co.   81038