IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK-OES

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Jacquelynn N. Rich Fredericks, of the Office of the Colorado Attorney General,

do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants.

Respectfully submitted this 26th day of April 2011.

JOHN W. SUTHERS
Attorney General

JACQUELYNN N. RICH FREDERICKS, 39932*
Attorney
Corrections Unit
Litigation Section
Attorney for Defendants
*Counsel of Record

1525 Sherman Street
Denver, CO  80203
Telephone:  (303) 866-5639

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 26th day of April, 2011, I electronically

filed the foregoing Entry of Appearance with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to the following e-mail

addresses:


Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

s/ Darlene Hill

Darlene Hill