IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK-OES

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

All Claims

## ENTRY OF APPEARANCE

I, Jacquelynn N. Rich Fredericks, of the Office of the Colorado Attorney General, do hereby enter my appearance as co-counsel with James X. Quinn for the Defendants.

Respectfully submitted this 27th day of April 2011.

        JOHN W. SUTHERS
        Attorney General

        s/ Jacquelynn N. Rich Fredericks
        JACQUELYNN N. RICH FREDERICKS, 39932*
        Attorney
        Corrections Unit
        Litigation Section
        Attorney for Defendants
        *Counsel of Record

        1525 Sherman Street
        Denver, CO  80203
        Telephone:  (303) 866-5639

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of April, 2011, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
Jennifer Riddle
greisen@kinggreisen.com
riddle@kinggreisen.com
King and Greisen, LLP
1670 York St.
Denver, Co. 80206

                                                s/ Darlene Hill
                                                  Darlene Hill