FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2011

GREGORY C. LANGHAM
CLERK

92-CV-00870-JLK-OES

HoNoRAble Judge JOhN L. KANe

4-25-91

Well I Am WRiting YouRe HoNoRAble to See whas has happen to A motion I File iN 2010 I Am suRe of the date But the HoNoRAble Judge said that wasNt suRe who had JuRisdiction the HoNoRAble Judge oR SPecial Master the motion was to BRing a sepenate Law suit agaist D.O.C. But I haveNt Deven HeaRd ANY thing Else ON that motion also at that time I had a motion iN FRoNt Of special mastoR which theRe was a Ruling made ANd I File a 53(g)(2) oN that Ruling BefoR HoNoRAble Judge BefoR August 16-2010 ANd haveNt even go A AnSweR ON it the ReasoN I Need to KNow what is happeN with the two motion BefoR I File a Law suit agaiNst DOc foR descRimaNation. cause my EYE oR geT Really Bad.

thank You foR YouRe time

Charls Mosley 63611
Colo DePt of CoRRectioNs
UNit C.m.c. FmCC-A
P.O. Box 30
CaNoN City, Co 81215