IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

_____

Claim Number 03-215
Category III
Claimant: Gordon R. Reuell, II, #80544
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## FINAL ORDER OF SPECIAL MASTER
_____

       THIS MATTER comes before the Special Master on the pleading of Claimant Gordon Reuell. *Document #5039*. In that pleading, Claimant requests damages for alleged violation of his accommodation resolution.

       Claimant will be provided a copy of Judge Kane's order of January 19, 2011. In that order, Judge Kane ruled that individual claimants were precluded from filing additional claims and would be limited to motions to enforce previous orders issued by the Special Master or Court.

       Claimant had previously filed a claim that was adjudicated. Special Master Pringle dismissed the claim, finding that Claimant had failed to establish all elements of his claim. There is no continuing jurisdiction for the Court to adjudicate Claimant's motion or any other *pro se* motion. Claimant may seek the assistance of class counsel or may file his own separate lawsuit. What Claimant may not do is file an individual request for relief.

       IT IS HEREBY ORDERED that Claimant will be provided a copy of Judge Kane's order of January 19, 2011; and

       IT IS FURTHER ORDERED that the motion of Claimant is denied and referred to class counsel for such action as is deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 25, 2011.**

SIGNED this 29th day of April, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master