IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-485
Category III
Claimant: Keith A. Morris, #116947
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038

---

## ORDER OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on the motion of class counsel requesting additional time in which to file an objection. The motion will be granted.

      IT IS HEREBY ORDERED that Claimant and class counsel are granted up to and including **May 31, 2011** in which to file an objection to the final order.

      SIGNED this 29th day of April, 2011.

                                                              BY THE COURT:

                                                             */s/ Richard M. Borchers*

                                                              Richard M. Borchers
                                                              Special Master