IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-492
Category III
Claimant: Robert Riplie, Jr, #107521
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion of class counsel requesting additional time in which to file an objection. The motion will be granted.

IT IS HEREBY ORDERED that Claimant and class counsel are granted up to and including **May 31, 2011** in which to file an objection to the final order.

SIGNED this 29th day of April, 2011.

                    BY THE COURT:

                    /s/ Richard M. Borchers

                    _____
                    Richard M. Borchers
                    Special Master