IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number X-392
Category: Untimely Filed Claim
Claimant: John Justice, #122944
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter in which he seeks reinstatement of his accommodations. Claimant previously filed a claim that was dismissed on April 16, 2010. Claimant was not in DOC custody on or before August 27, 2003. There is no jurisdiction to do anything on the letter. Claimant's letter will be forwarded to class counsel.

      IT IS HEREBY ORDERED that the letter of John Justice, being treated as a new claim, is dismissed for lack of jurisdiction; and

      IT IS FURTHER ORDERED that a copy of the letter will be forwarded to class counsel for such action as is appropriate; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before July 25, 2011.**

      SIGNED this 29th day of April, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master