**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

CIVIL ACTION: 92-CV-870-J.L.K.
JESSE MONTEZ, et. al.
Plaintiffs,

-Vs-

JOHN W. HICKENLOOPER
DEFENANTS.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 03 2011

GREGORY C. LANGHAM
CLERK

---

CLAIM NO: 03-215
CATEEGORY III
CLAIMANT: GORDON RAYMOND REUELL, II
ADDRESS OF CLAIMANT: FT. LYON,M P.O. BOX 1000, FT.LYON, CO.   81038

---

CLAIMANT'S STATUS OF FINAL ORDER OF U.S. DISTRICT JUDGE
JOHN L. KANE FILED ABOUT 23 MARCH 2010;
CLAIMANT'S OBJECTION FILED ABOUT 18th AUGUST 2010
CLAIMANT'S CLAIM FOR DAMAGES

---

COMES NOW, GORDON RAYMOND REUELL, II, PRO-SE and indigent. Claimant request for status for the following filings of "Claimant's Objection of Final Order filed 18th August 2010; Status of final Order of Senior Judge John L. Kane filed 23 March 2010; Claimant's claim for Damages filed about 29 April 2010. Claimant states the following meritorious grounds:

Submit new discovered evidence for damages. Claimant request this Honorable court to issue its order for the damages request.

1.  Claimant asserts that their has been no action on the following filing:
    a). final order of Senior Judge John L. Kane filed about 23 March 2010;
    b). Claimant's objection filed about 18th Augst 2010;
    c). Claimant's claim for damages;
2.  Claimant asserts their has been no action of the filings.

1

3.     Claimant asserts new discovered evidence just came to his attention. Claimant recieved his Step III Grievance back from the Step III Officer Mr. Athony A. DeCesano on about 18th March 2011. Grievance #C-FL10/11-42. This is the final adminstrative response.

4.     Claimant asserts that Mr. Anthony A. DeCesaro stated in his response that Claimant can be paroled; "You may be required to seek treatment as a condition of parole. Its not mandatory that you recieve treatment prior to your release on parole." Mr. Anthony A. DeCesaro response in complete statement:

    "There is a priority of treatment of offenders and that prioritization is articulated in AR700-19. In this time of limited resources there are a limited number of treatment slots available. There is no method to determine the time line for treatment, it is an unknown, you may be required to seek treatment as a condition of parole. It is not mandatory that you recieve treatment prior to your release on parole. ... .

5.     Claimant asserts this Honorable court to grant and issue its order for relief of $100.00 dollars per day from June 2005 thru August 2010. **GOFF V. BURTON**, 91 F.3d 1188 (8th Cir. 1996). And further relief as this court may deem just and proper.

    **WHEREFORE**, Claimant prays this Honorable court to grant and issue its order Claimant to Community Corrections and grant relief of $100.00 dollars per day; and for damages of punitive damages of $100.00 per day; and issue its order for EARN TIME.

Dated 18th day of April, 2011.

Respectfully submitted,

[signature]

Claimant

Gordon Raymond Reuell, II
Ft. Lyon,   R.D.O.C. #80544
P.O. Box 1000
Ft. Lyon, Co.   81038

2

## CERTIFICATE OF SERVICE BY MAILING

I certify that on this 28th day of <u>April</u>, 20<u>11</u>, that a true and correct copy(s) of the above foregoing "CLAIMANT'S STATUS OF FINAL ORDER OF U.S. DISTRICT JUDGE JOHN L. KANE FILED 23 MARCH 2010; CLAIMANT'S OBJECTION FILED ABOUT 18th AUGUST 2010; CLAIMANT'S CLAIM FOR DAMAGES" was deposited in the United States Mail; Ft. Lyon Mail System, postage prepaid and addressed to the following parties:

1. U.S. District Court
   Clerk of the Court
   Alfred A. Arraji U.S. Courthouse
   901 19th Street, Room A105
   Denver, Co.  80294-3589

2. Office of the Colorado Attorney General
   1525 Sherman Street, 5th Floor
   Denver, Co.  80203

_/s/ [signature]_
Claimant

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:  719.226.4238
Fax:      719.226.4249

Step 3 Grievance Officer

John W. Hickenlooper
Governor

Tom Clements
Executive Director

March 10, 2011


RE: Grievance #C-FL10/11-042 (DRDC)

Dear Mr. Gordon Reuell #80544:


I have reviewed your Step 3 grievance that you filed with regard to SOTMP.

In review of this matter it is my finding that you are on the wait-list for SOTMP and you will be placed in group as soon as possible. There is a priority of treatment of offenders and that prioritization is articulated in AR 700-19. In this time of limited resources there are a limited number of treatment slots available. There is no method to determine the time line for treatment, it is an unknown; you may be required to seek treatment as a condition of parole. It is not mandatory that you receive treatment prior to your release on parole. Based upon the foregoing I cannot recommend any relief in this matter.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance which you have filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
     grievance file
     Tom Kolle, Offender records

*Exhibit A*

*Jane,*
*11/26/11*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 12/01/2010   Case Manager: J. Carlova

Grievance Number: C-FL 10/11-042   STEP (Circle One) 1 2 ③   FLCF

| NAME Newell D. | DOC NO. 80544 | FACILITY/UNIT/POD 5-3-345 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: Step II answer claimed that my handwriting was not legible. I have c/Tunhands-wrist. I have COPD – can't lay on back – to use pillow. been waiting for R program – for 10 yrs. apprx. Put me in Halfway House – enroll start w/ the Darrow Assoc. – planning to firs ARB.

TO BE COMPLETED BY OFFENDER:
DATE: 11-28-10   OFFENDER SIGNATURE: G. Newell 80544

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Medical
DATE: 12/1/10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Pearcey  Dorothy Pearcey 11028

Date ADA grievance sent to AIC:
**RESPONSE**

RECEIVED
DEC 2 2 2010
Office of Correctional Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
| **TO BE COMPLETED BY OFFENDER** | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: | OFFENDER SIGNATURE/PRINT NAME & DOC # | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☒
Date received by case manager: 10/24/10  Case Manager: J. Cordova

Grievance Number: C-FL10/11-042  STEP (Circle One) 1 ②  3

| NAME | DOC NO. | FACILITY/UNIT/POD |
|---|---|---|
| Ruell | 80544 | FLCF 5S-318 |

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: *[handwritten, largely illegible]* Reference to this grievance is the fact that I have been on a waiting list for CMHP not 10 plus not 5 yrs. on 2005 Charles Seng took me off the waiting list without my knowledge until August 2008 when I was put back on... allowing me to take programs at Denver Assess in Denver, Parole, etc.

TO BE COMPLETED BY OFFENDER:
DATE: 10/24/10   OFFENDER SIGNATURE: Bruell #80544

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Mental Health
DATE: 11/2/10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Pearcey  Dorothy Pearcey 11028

Date ADA grievance sent to AIC:

**RESPONSE**

Mr. Ruell,
Per AR 850-04/ D1b "The grievance shall be legible…" This grievance is denied as it is illegible.

TO BE COMPLETED BY RESPONDER
DATE GRIEVANCE REC'D BY RESPONDER: 11/16/10
RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: K. Howell 10688
RESPONSE DATE: 11/16/10

TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 10-26-10   OFFENDER SIGNATURE/PRINT NAME & DOC #: BRuell 80544

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

*Exhibit C*

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☑ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☑ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☐ No ☑
Date received by case manager: 10/15/10   Case Manager: J. Cordova

Grievance Number C-FL10/11-042   STEP (Circle One) 1 2 3

NAME: Revell G.   DOC NO. 80544   FACILITY/UNIT/POD: FLCF 5-2-348

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** Referenced to this grievance is the SOTMP program. I have been on a waiting list since 2000 until Charles Jens elicited/removed me from list - January 2005. Did not know this until August 2008. I was accepted in the SOTMP program and put on waiting list. I have been told each August I would start the SOTMP program each August which did not happen. I have been the parole board 5 times with one year set back each time. My relief is to enroll and start the SOTMP program now.

**TO BE COMPLETED BY OFFENDER:**
DATE: 10-14-10   OFFENDER SIGNATURE: G Revell #80544

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Mental Health
DATE: 10/15/10   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Dorothy Peacey Dorothy Peacey 11028

Date ADA grievance sent to AIC:

**RESPONSE:** You have been on a waitlist for 2 yrs. You are compliant with program recommendations and are coded as an S-5R. You will be placed in a group accordingly upon an available opening & according to name placement on waitlist. Grievance Denied.

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 10/19/10   RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID #: Paula K. Archuleta Paula K. Archuleta 5609   RESPONSE DATE: 10/19/10

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 10/21/10   OFFENDER SIGNATURE/PRINT NAME & DOC #: G Revell #80544

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

Exhibit D