IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 MAY -4

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Civil Action No. 92-cv-00870-JLK-OES

MONTEZ, et al,

    Plaintiff,

v.

RITTER, et al,

    Defendant.

---

**RECEIPT FOR FILE (Richard R. Trujillo, Jr., 03-504)**

---

Received by _____, the following file in the above entitled action:

Claimant: RICHARD R. TRUJILLO, JR. (Claim No. 03-504)

_____       _____
Deputy Clerk                                                Special Master

_May 4, 2011_
Date                                                 By: _____