# *LRC* *Legal Resolution Center* _____

7828 Vance Drive, Suite 108
Arvada, Colorado 80003
   303-426-7365
   303-426-7714 (FAX)
   1-888-881-7365 (Toll-Free)
   www.legalresolutioncenter.com

May 5, 2011

Ms. Wendi Copello
Deputy Clerk
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

      RE:    ***Montez, et al. v. Ritter, et al.***
                **Civil Action No. 92-N-870 (JLK) (Consolidated for all purposes with Civil Action No. 96-N-343)**
                **Claimant: Richard Trujillo, Jr., Claim #: 03-504**

Dear Wendi:

      On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced ***Montez*** claimant's file. According to my records, the file was delivered to the U.S. District Court on March 11, 2011. If possible, Special Master Borchers would like to pick up the file on Wednesday afternoon, May 4th, or Thursday morning, May 5th. Please call our office when you have located the file.

      A hearing in this case has been scheduled for July 25, 2011. We will return the file to the U.S. District Court as soon as possible after the hearing date. We appreciate your kind assistance in this matter. Please call me if you have any questions regarding this file. Thank you.

Sincerely,


Susan L. Carter
Assistant to the Special Masters