92-cv-00870-JLK-OES

Claim Number: 03-507

I, David Helton, wish to file an objection to my claim being dismissed by the Special Masters on 15 April 2011.

I was discharged from the Navy in 1985 with a 20% disability.

The V.A. upgraded this disability to 40% in 1990. Since then I have suffered further injuries and other ~~cod~~ conditions have continued to worsen.

I fail to see how I can be denied ADA Classification. Also that I have a medical condition, not a disability as defined by the ADA.

The V.A. is in the process of re-evaluating my disability and Compensation. I am enclossing the last correspondence from them.

Thank you for your time in this matter.

David Helton

I would also like you to look at the X-rays I failed to have them produce in the Hearing on March 21, 2011

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2011

GREGORY C. LANGHAM
CLERK

**Department of
Veterans Affairs**
PO BOX 25126
DENVER CO 80225

83     April 15, 2011

In Reply Refer To:

DAVID W HELTON
ARROWHEAD CORRECTION
CTR DOC# 68322
PO BOX 300
CANON CITY CO   81215

File Number:
30-313-794
PAYEE NO 00
D W HELTO

We are still processing your application for COMPENSATION. We apologize for the delay. You will be notified upon completion of processing. If you need to contact us, be sure to show the file number and full name of the veteran.

If your mailing address is different than that shown above, please advise us of your new mailing address. You should notify us immediately of any changes in your mailing address.

IF YOU RESIDE IN THE CONTINENTAL UNITED STATES, ALASKA, HAWAII OR PUERTO RICO, YOU MAY CONTACT VA WITH QUESTIONS AND RECEIVE FREE HELP BY CALLING OUR TOLL-FREE NUMBER 1-800-827-1000 (FOR HEARING IMPAIRED TDD 1-800-829-4833).

K. MALIN

VETERANS SERVICE CENTER MANAGER

VA FORM
JAN 1990
20-8992