IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-406
Category: III
Claimant: Charles Mosby, #63611
Address of Claimant: FMCC, P.O. Box 300, Canon City, CO 81215-0300

_____

## AMENDED ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter of Claimant. In his letter, Claimant requests information concerning a motion he filed. That motion was denied on April 16, 2010.

      Claimant will be provided a copy of Judge Kane's order of January 19, 2011. That order explains the jurisdiction that remains concerning claims filed pursuant to Article XXXII of the Remedial Plan. Claimant filed a claim that was dismissed on October 29, 2007. Claimant filed additional documents that were treated as a new claim. Judge Kane's most recent order, plus his previous orders, make clear that a claimant is entitled to file one claim. Additional claims are to be dismissed. That is what occurred on April 16, 2010.

      There is no jurisdiction for any additional *pro se* pleadings in this case. Claimant has the right to file his own lawsuit. He has the right to seek the assistance of class counsel. What he cannot do under Judge Kane's rulings is file a new claim or *pro se* motion.

      IT IS HEREBY ORDERED that Claimant's letter will be treated as a motion and denied; and

      IT IS FURTHER ORDERED that Claimant's letter will be forwarded to class counsel for such action as appropriate.

SIGNED this 6th day of May, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master