```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX037611
Cashier ID: sg
Transaction Date: 05/05/2011
Payer Name: STATE OF COLORADO
-------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-000870A-004
 Amount:        $1.81
-------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 211468
 Amt Tendered: $1.81
-------------------------------
Total Due:      $1.81
Total Tendered: $1.81
Change Amt:     $0.00

NO PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```

8- 1399