IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Assistant Attorney General Berina Ibrišagić respectfully moves to withdraw as counsel for Defendants in this case. In support of this motion, the undersigned counsel states as follows:

1. On May 13, 2011, Ms. Ibrišagić will be leaving the Attorney General's Office and moving to Germany the following week.

2. Defendants will continue to be represented by Beth McCann, James Quinn, and Jacquelynn Rich Fredericks.

WHEREFORE, Assistant Attorney General, Berina Ibrišagić, respectfully requests that this Court grant her Motion to Withdraw as Counsel.

Respectfully submitted this 10th day of May, 2011.

        JOHN SUTHERS
        Attorney General

        s/ Berina Ibrišagić
        BERINA IBRIŠAGIĆ*
        Assistant Attorney General
        Civil Litigation and Employment Law Section
        Attorneys for Defendants

        1525 Sherman Street, 7th Floor
        Denver, Colorado  80203
        Telephone:  (303) 866-3359
        Facsimile:   (303) 866-5443
        E-mail:       berina.ibrisagic@state.co.us

*Counsel of Record

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of May 2011, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Court using the MC/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| greisens@kinggreisen.com | Blain Myhre |
| riddle@kinggreisen.com | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |

s/ Darlene Hill
_____
Colorado Office of the Attorney General

2