IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion to Withdraw as Counsel (doc. #5057), filed May 10, 2011, is **GRANTED**. Berina Ibrisagic is permitted to withdraw as counsel of record for defendants.

Dated: May 10, 2011