**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**FILED**
United States Court of Appeals
Tenth Circuit

**May 10, 2011**

Elisabeth A. Shumaker
Clerk of Court

JESSE F. MONTEZ,

    Plaintiff,

v.

JOHN HICKENLOOPER; FRANK GUNTER, Former Executive Director of the Colorado Department of Corrections; BEN JOHNSON, Former Warden of Colorado Territorial Correctional Facility; CHERYL SMITH, Medical Administrator at CTCF; ARI ZAVARAS, Executive Director of Colorado Department of Corrections; BOB FURLONG, Warden of Limon Correctional Facility; COLORADO DEPARTMENT OF CORRECTIONS; BILL PRICE, Warden of the Arkansas Valley Correctional Center; R. MARK McDUFF, Warden of the Arrowhead Correctional Center, the Four Mile Correctional Facility, the Skyline Correctional Center, and the Pre-Release Correctional Center; GARY NEET, Warden of the Buena Vista Correctional Facility; WARREN DIESSLIN, Former Warden of the Buena Vista Correctional Facility; FRANK MILLER, Warden of the Centennial Correctional Facility; DONICE NEAL, Warden of the Colorado State Penitentiary; MARK WILLIAMS, Warden of the Colorado Women's Facility; MARK MCKINNA, Warden of the Colorado Territorial Correctional Facility; J. FRANK RICE, Dr. Warden of the Denver Reception and Diagnostic Center; LARRY EMBRY, Warden of the

No. 08-1399
(D.C. No. 1:92-CV-00870-JLK-OES)

Fremont Correctional Facility; TOM COOPER, Former Warden of the Fremont Correctional Facility; BILL BOGGS, Warden of the Rifle Correctional Facility; BILL BOKROS, Warden of the Pueblo Minimum Center; DAVID HOLT, Medical Administrator at the Arrowhead Correctional Facility, the Centennial correctional Facility, the Colorado State Penitentiary, the Fremont Correctional Facility, and the Skyline Correctional Facility; JEAN MOLTZ, Medical Administrator at the Buena Vista Correctional Facility and the Rifle Correctional Facility; RON JOHNSON, Medical Administrator at the Denver Reception and Diagnostic Center; DON LAWSON, Clinical Administration Director at the Limon Correctional Facility and the Arkansas Valley Correctional Facility; BOB MOORE, who supervises the medical department at the Pueblo Minimum Center, and JOHN DOE(S), Current and former Wardens of any Correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and JOHN ROE(S); RONALD G PIERCE; COLORADO TERRITORIAL CORRECTIONAL FACILITY; BRAD ROCKWILL; ANNETTE PORTER; DENVER RECEPTION & DIAGNOSTIC CENTER; SGT. R. MURPHY; GLENNTTE SMITH; BECKY RHOMONA; JIM WEBER; NARD CLAAR; BILL REED; FREMONT CORRECTIONAL FACILITY,

   Defendants - Appellees.

------------------------------

LARRY GORDON,

    Claimant - Appellant.

**JUDGMENT**

Before **KELLY**, **McKAY,** and **MATHESON**, Circuit Judges.

    This case originated in the District of Colorado and was argued by counsel.

    The judgment of that court is affirmed.

    Entered for the Court,

*Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk