IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-cv-00870-JLK

JESSE MONTEZ, ET AL.

    Plaintiffs, as representatives of themselves and all others Similarly situated.

v.

JOHN HICKENLOOPER, ET AL.

    Defendants.

---

## MOTION TO PROVIDE A SECOND LEGAL MATERIAL STORAGE BOX

The Plaintiff David Guy Bryan, respectfully moves this court for an order the Colorado Department of Corrections to provide him with a second storage box for his legal materials, and for grounds therefore, does state:

    1. The Colorado Department of Corrections currently only permits an inmate to possess one (1) storage box to hold his legal mmaterials. This box is restricted, however, to only 2.0 cubic feet pursuant to D.O.C. Regulation 850-6.

    2. The Defendant currently has the need for a second box due to the amount of paperwork that has been filed by counsel in these matters. With a second box, the Plaintiff will be able to assist counsel assigned to him and the class action, in a more efficient and timely manner.

    3. The Plaintiff has a legal right to assist in the Class action both for himself and others. He cannot adequately do this unless he is given a second box for storage of all legal papers.

    4. The Department of Corrections will permit the Plaintiff to have a storage box if ordered to do so by the Court. The Plaintiff is willing to purchase such a storage box from the Department through the inmate canteen.

WHEREFORE, the Plaintiff prays this court will grant this motion and issue its order accordingly to the Colorado Department of Corrections.

Dated this ___ day of May, 2011.

Respectfully Submitted,

David Guy Bryan 59182
CTCF
PO Box 1010
Canon City, CO 81215-1010