IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 92-cv-00870-JLK

JESSE MONTEZ, et al.

    Plaintiffs, as representatives of themselves and all others similarly situated.

v.

JOHN HICKENLOOPER, et al.

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 11 2011

GREGORY C. LANGHAM
                CLERK

---

## MOTION TO EXTEND TIME FOR APPEAL ORDER
## REGARDING ORDER OF SPECIAL MASTER (Document #4985)

---

    Comes now Plaintiff David Guy Bryan, acting Pro Se Asking for an Extention Of Time in filling a APPEAL to Judge Richard M. Borchers Order of 4th Day of March, 2011. This Objection to the Court Order is pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, on or before May 9, 2011.

    Plaintiff was unable to properly file the Appeal in a timely manner because he was moved from FLCF to CTCF and has not had sufficient time to access a law library; typewriter; nor be able to even process this MOTION TO EXTEND TIME, because this Plaintiff was being moved and has had to go through the process of indoctrination at a new Facility (CTCF)

    The Defendant respectfully asks this Court to allow for an Order to extend the time to file an APPEAL to this Court.

Signed this 6th Day of May, 2011.

                                David Guy Bryan

CERTIFICATE OF MAILING

Plaintiff did not have access to the Mail Log this MOTION TO EXTEND TIME FOR APPEAL ORDER REGARDING ORDER OF SPECIAL MASTER (dOCUMENT #4985) in a timely manner (deadline 9th May, 2011) because he was moved during the week preceding the deadline and was in the process of being indoctrinated into CTCF.

The Plaintiff asks this Court to accept this Motion.

   I hereby certify that I have mailed a copy of the foregoing MOTION TO EXTEND TIME FOR APPEAL, REGARDING ORDER OF SPECIAL MASTER on the ____ Day of May, 2011.

Signed _____
       David Guy Bryan

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

King & Greisen, LLP
1670 Youk Street
Denver, CO 80206