**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR ONE WEEK EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW**

Plaintiffs, through counsel for the Class, Paula Greisen and Jennifer W. Riddle of King and Greisen, LLP, and Edward Ramey, Lara Marks, and Blain Myhre of Isaacson Rosenbaum, PC, hereby file this Unopposed Motion for a One Week Extension of Time to File Findings of Fact and Conclusions of Law. As grounds therefore, counsel states as follows:

1. The compliance hearing in this matter concluded on November 10, 2010. On that date, the Court ordered parties to file their Findings of Fact and Conclusions of Law on March 15, 2011, and their rebuttal on April 15, 2011.

2. As a result in the delay in the receipt of transcripts, the parties filed a Joint Motion for Extension of Time on February 7, 2011, to extend the deadline for the Findings of Fact and Conclusions of Law to May 2, 2011, and their rebuttal on June 1, 2011. The Court granted the parties' Motion on February 9, 2011. [ECF No. 4976]

3. The parties filed another Joint Motion for Extension of Time on April 21, 2011, to extend the deadline for the Findings of Fact and Conclusions of Law to May 16, 2011, and the

deadline for rebuttals to June 16, 2011.  The Court granted the parties' Motion on April 22, 2011.  [ECF No. 5035]

4. Due to a severe case of bronchitis, the undersigned counsel has been unavailable to work on the Findings of Fact and Conclusions of Law for the last week.  Accordingly, Plaintiffs respectfully request a one week extension for this matter.

5. No prejudice will occur to either party as a result of this short delay.

6. Pursuant to D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, Elizabeth McCann, regarding the Defendants' position on this motion and was informed that there is no objection.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and extend the deadline for the parties to file their respective Findings of Fact and Conclusions of Law until May 23, 2011 and until June 21, 2011 to file rebuttals.

Respectfully submitted this 12th day of May, 2011.

*Attorneys for Plaintiffs*

*/s/ Paula Greisen*
Paula Greisen
Jennifer W. Riddle
KING & GREISEN, LLP
1670 York Street
Denver, CO  80206
(303) 298-9878
Fax: (303) 298-9879
greisen@kinggreisen.com
riddle@kinggreisen.com

Edward T. Ramey
Blain D. Myhre
Lara E. Marks
ISAACSON ROSENBAUM, P.C.

> 633 17th Street, Suite 2200
> Denver, CO 80202
> (303) 292-5656
> ERamey@ir-law.com
> BMyhre@ir-law.com
> LMarks@ir-law.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 12th day of May, I electronically filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR A ONE WEEK EXTENSION OF TIME TO FILE FINDINGS OF FACT AND CONCLUSIONS OF LAW** with the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Elizabeth H. McCann
James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
(303) 866-3261
Fax: (303) 866-5443
beth.mccann@state.co.us
james.quinn@state.co.us
jacquelynn.fredericks@state.co.us

*Attorneys for Defendants*

> */s/ Laurie A. Mool*
> Paralegal, King & Greisen, LLP