IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.,**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al.,**

      Defendants.

---

## PROPOSED MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Plaintiffs' Unopposed Motion for One Week Extension of Time to File Findings of Fact and Conclusions of Law with the court (doc. #____), filed May 12, 2011, is **GRANTED**. The parties' respective findings are due May 23, 2011; rebuttals are due June 21, 2011.

---

Dated: