IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-130
Category III
Claimant: David Bryan, #59182
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER

_____

THIS MATTER comes before the Special Master on two motions filed by Claimant. In the first motion, Claimant requests additional time in which to file an objection to the order of March 4, 2011 by the Special Master. *Document #5061.* This request is appropriate and will be granted.

The second motion requests an order that would allow Claimant to have a second legal material storage box. *Document #5060.* Defendants will be granted an opportunity to respond to this motion.

IT IS HEREBY ORDERED that Claimant is granted up to and including **July 11, 2011** in which to file an objection to the order of March 4, 2011;

IT IS FURTHER ORDERED that Defendants are granted up to and including **June 3, 2011** in which to file a response to Claimant's motion for a second legal material storage box.

SIGNED this 17th day of May, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master