# GLOSSARY

## A

| | |
|---|---|
| A1C Number | Test Showing Average Blood Glucose Levels for Diabetics |
| ACC | Arrowhead Correctional Center (part of CMC) |
| ADA | Americans with Disabilities Act |
| AFO Brace | Ankle-Foot Orthodic |
| AIC | ADA Inmate Coordinator |
| AICDME | Database on DOCNET; records who assigns DME |
| AR | Administrative Regulation |
| AR | Accommodation Request |
| AR(s) | Accommodation Resolution(s) |
| ARF | Accommodation Resolution Form |
| ASE Certification | Certified Automotive Service Technician |
| ASL | American Sign Language |
| AVCF | Arkansas Valley Correctional Facility |

## B

| | |
|---|---|
| BCCF | Bent County Correctional Facility |
| BT | Business Technology Department of DOC |
| BVCC | Buena Vista Complex |
| BVCF | Buena Vista Correctional Facility |
| BVMC | Buena Vista Minimum Center |

## C

| | |
|---|---|
| CCAP | Boot Camp – Buena Vista |
| CCC | Colorado Correctional Center (a/k/a Camp George West) |
| CCCF | Crowley Correctional Facility |
| CCF | Centennial Correctional Facility |
| CDC | Centers for Disease Control |
| CI | Correctional Industry |
| CDL | Commercial Driver's License |
| CMC | Canon Minimum Center |
| CM1 | Case Manager |
| CM2 | Case Manager |
| CMO | Chief Medical Officer |
| CMRC | Cheyenne Mountain Re-Entry Center |
| CODE 13 | Designation for a job report detailing denial of inmate job referral |
| COPD | Code of Penal Discipline |

Appendix 1

# GLOSSARY

| | |
|---|---|
| CQI | Continuous quality improvement |
| CSP | Colorado State Penitentiary |
| CSP2 | Colorado State Penitentiary II |
| CTCF | Colorado Territorial Correctional Facility (a/k/a Territorial) |
| CTU | Transport Unit at CTCF |
| CWCF | Canon Women's Correctional Facility |

**D**

| | |
|---|---|
| DCC | Delta Correctional Center |
| DCIS | Department of Corrections Information System (Database) |
| DDD | Degenerative Disc Disease |
| Denver Complex | Consists of DRDC, DWCF and CCC |
| DME | Durable Medical Equipment |
| DNQ | Does Not Qualify |
| DOC | Department of Corrections |
| DOCNET | Database at DOC |
| DRDC | Denver Reception & Diagnostic Center |
| DWCF | Denver Women's Correctional Facility |

**F**

| | |
|---|---|
| FCF | Fremont Correctional Facility |
| FLCF | Ft. Lyon Correctional Facility |

**G**

**H**

| | |
|---|---|
| bA1C | Test Showing Average Blood Glucose Levels for Diabetics |
| HCCF | Huerfano County Correctional Facility |
| HEDIS | Health Care Data & Information Set (performance measures for managed care) |
| HPCF | High Plans Correctional Facility |

**I**

| | |
|---|---|
| IA (I/A) | Implementation Adjustment |
| IWD | Inmate with Disability |

# GLOSSARY

**J**

**K**

| | |
|---|---|
| KCCF | Kit Carson Correction Facility |
| Kyphosis | Curvature of the Spine Resulting in Hunchback |

**L**

| | |
|---|---|
| LCF | Limon Correctional Facility |
| LVCF | LaVista Correctional Facility |

**M**

| | |
|---|---|
| MCode | Medical Code (medical condition descriptor as opposed to disability) |
| MPS | Master Program Schedule |
| Multilevel DDD | Degenerative Disc Disease |

**N**

**O**

| | |
|---|---|
| OCA | Offender Care Aid |
| OM | Operational Memo |
| OQM | Office of Quality Management |

**P**

| | |
|---|---|
| PIE | Prison Industry Enterprise |
| PHP | Physician Health Partners |

**Q**

| | |
|---|---|
| QTAD | DOC Database |
| QT Profile | Report from DCIS Database that provides inmate medical and ADA status |

# **GLOSSARY**

**R**

| | |
|---|---|
| RCC | Rifle Correctional Center |
| RFA | Request for Accommodation |
| RP | Remedial Plan |

**S**

| | |
|---|---|
| SCC | Skyline Correctional Center (part of CMC) |
| SCCF | San Carlos Correctional Facility |
| SCF | Sterling Correctional Facility |
| Scoliosis | Curvature of the Spine |
| SM | Special Master |
| SMFO | Special Master Final Order |
| SMNU | Special Medical Needs Unit |
| STU | Central Transportation Unit |

**T**

| | |
|---|---|
| TCF | Trinidad Correctional Facility |
| Territorial | Colorado Territorial Correctional Facility |

**U**

**V**

**W**

**X**

**Y**

| | |
|---|---|
| YOS | Youth Offender Services |

**Z**