## STIPULATIONS BY PLAINTIFFS

Plaintiffs stipulate that DOC complied with the following sections in the 2008 Stipulation [Doc. 3326]:

5. CDOC implemented American Sign Language classes as a program.

6. Sign Language Interpreters were provided for non-routine medical visits.

7. ADA grievance denied or denied as moot since July 1, 2006 were re-evaluated by the AIC.

10. Wheelchair clinics were conducted.

17. Inmates with hearing impairments at Colorado Territorial Correctional Facility are housed in cells with strobe alarms.

20. Copies of Accommodation Resolutions are provided at no cost to inmates.
22. CDOC bears the burden of costs for medical provider's or a specialists' recommendations for testing or assistive devices if PHP overrides the order.

23. CDOC implemented the recommendations made in the expert reports submitted by the experts.

27. CDOC remedied the problems and/or deficiencies noted in Peter Orleans' report and addendum on architectural compliance.

29. The office of clinical services maintains an accounting of every request for co-pay refunds and reports the requests to the AIC.

30. Inmates are provided two (2) copies of ADA grievances when filed.

31. CDOC ceased taking monies from Montez Damage Claim settlements or payments other than those required for repayment to victim assistance fund – reimbursements.

32. CDOC posted a mutually agreeable notice through the duration of the compliance period in all facilities noting that the compliance period for the Montez case has been further extended.

33. CDOC distributed a letter from Plaintiff's class counsel to the inmates in the AIC database outlining the 2008 Stipulation.

34. The defendants reimbursed Plaintiff's counsel for attorney's fees and costs incurred up to the date that these sanctions are entered.

Appendix 2

Plaintiffs stipulate that DOC complied with the following sections in the 2006 Stipulation [DOC. 2228]:

1. Additional funding was provided to CDOC to meet the requirements of the Remedial Plan.

3. Inmates were given one copy of the Plan free of charge.

4. CDOC posted notice through the duration of the compliance period in all facilities that the compliance period for the Montez case has been extended and that outlines the agreements and remedies contained herein.

5. CDOC distributed of letter from class counsel letter to the inmates in the AIC database    outlining the 2006 Stipulation.

6. CDOC eliminated any "ADA" or "handicapped" jobs that pay less than the regular inmate wage scale and handled the claim process.

8. CDOC refunded charges assessed to inmates for copies made for damage claim hearings.

9. The defendants reimbursed Plaintiffs' counsel for out-of-pocket costs incurred since August 2005 in preparation for the compliance hearing.

Appendix 2