**CDC--Diagnosed and Undiagnosed**

| GROUP | # DOC inmates (from ex. 706 DOC 2009 Statistical Report) | CDC % of diabetics (from ex. 725 CDC Nat'l Est. on Diabetes) | CDC projected # of diabetics in DOC (column B x column C) | DOC diabetics (ex. O-5 March 2009 Diabetic Audit) | DOC # as percentage of CDC projected number (column E/column D x 100) |
|---|---|---|---|---|---|
| Total 20 and over | 19,921 | 10.7% | 2,132 | 824 | 38.7% |
| males 20 and over | 18,232 | 11.2% | 2,042 | 753 | 36.9% |
| females 20 and over | 1,689 | 10.2% | 172 | 71 | 41.2% |
| Caucasian 20 and over | 8,635 | 9.8% | 846 | No Data from DOC | N/A |
| Afr.-Am. 20 and over | 3,923 | 14.7% | 577 | No Data from DOC | N/A |

**Note:** DOC's 2009 Statistical Report includes data on other custody situations, including Community Corrections, Intensive Supervision, Community-Return to Custody, etc. Those numbers were taken out of the calculations, since the diabetic audit did not include those in its numbers. In addition, the Southern Transport Unit and the Colorado Correctional Alt. Program were deleted from the DOC numbers. Although the Rifle facility and Colorado Correctional Center had no diabetics listed, they are included in the calculations because they are facilities to which class members could progress.

**Note(2):** The diabetic audit contains statistics for CWCF, which has since closed, and is not included in DOC's June 30, 2009 statistical report. But because there are two diabetics that were at the facility, the data from that facility has been left in, since those offenders would have been moved to another facility within DOC, barring release. They are therefore relevant numbers to the statistical analysis.

**Note(3):** The women's facilities are CWCF, DWCF, LVCF, and HPCF. Though 5 women are housed at DRDC per the DOC 2009 Statistical Report, it is assumed none are diabetic.

**CDC--Diagnosed Only**

| GROUP | # DOC inmates (from ex. 706 DOC 2009 Statistical Report) | CDC % of diabetics (from ex. 725 CDC Nat'l Est. on Diabetes) | CDC proj. # of diagnosed diabetes in DOC (column B x column C) | DOC diabetics (ex. O-5 March 2009 Diabetic Audit) | DOC # as percentage of CDC projected number (column E/column D x 100) |
|---|---|---|---|---|---|
| Total 20 and over | 19,921 | 10.7% | 1,617 | 824 | 51.0% |
| males 20 and over | 18,232 | 11.2% | 1,549 | 753 | 48.6% |
| females 20 and over | 1,689 | 10.2% | 131 | 71 | 54.3% |
| Caucasian 20 and over | 8,635 | 6.6% | 570 | No Data from DOC | N/A |
| Afr.-Am. 20 and over | 3,923 | 11.8% | 463 | No Data from DOC | N/A |
| Hispanic 20 and over | 6,602 | 10.4% | 687 | No Data from DOC | N/A |
| Nat. Am./Alaska Natives 20 and over | 532 | 14.2% | 76 | No Data from DOC | N/A |
| Asian 20 and over | 196 | 7.5% | 15 | No Data from DOC | N/A |
| All 60 and over | 603 | 23.1% | 106 | No Data from DOC | N/A |

**Note(4):  Exhibit 725 The CDC's National Estimates on Diabetes (2007) lists 23.6 million people in the United States with Diabetes.  Of those 23.6 million, 5.7 million are undiagnosed and 17.9 million are diagnosed.  Thus, 75.85% of diabetes cases are diagnosed.  Because the CDC data do not break down diagnosed versus undiagnosed**

**for the gender-specific or 60 and over categories, but instead simply list all cases, the 75.85% figure has been used to calculate the cases of diagnosed diabetes for those groups.  In other words, in the first 3 categories above, the number for the CDC projected number of diagnosed diabetics was obtained by multiplying columns (B x C) x 75.85%.  For groups broken down by ethnicity, the CDC data do contain percentages of diagnosed diabetics in the listed groups. DOC did not break down its diabetic data by ethnicity so no data are available to know the reported incidence of diagnosed diabetes among the ethnic groups in DOC.**

**Note(5):  The numbers of different ethnic groups and inmates 60 and over in DOC are calculated from the 2009 DOC Statistical Report. Those calculations are found at Sheet 2 of this file.**

**Note(6):  Because DOC's data rounds off percentages to the nearest whole number, the numbers for Asians and Native Americans are likely to be skewed significantly since the percentages for those groups are quite low at all facilites.  DOC certainly should have carried the statistics out to one decimal place, or better yet, supplied the actual numbers of inmates in each ethnic group rather than percentages. The calculations are included, however, so the court can see them.  The caveat is that the margins of error for the Asian and Native American ethnic groups are likely to be quite high.**

**Note(7):  Because DOC's data rounds off percentages to the nearest whole number, the numbers for inmates 60 years old and older are likely to be skewed significantly since the percentages for those groups are quite low at all facilites.  DOC certainly should have carried the statistics out to one decimal place, or better yet, supplied the actual numbers of inmates by age group rather than percentages. The calculations are included, however, so the court can see them.  The caveat is that the margins of error for inmates over 60 are likely to be quite high.**

| | | Caucasian % | Afr.-Am. % | Hispanic % | Native Am. % | Asian % | Age 60+ % | Caucasian # | Afr.-Am. # | Hispanic # | Native Am. # | Asian # | Age 60+ # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AVCF | 1012 | 44 | 22 | 30 | 2 | 1 | 5 | 445 | 223 | 304 | 20 | 10 | 51 |
| ACC | 492 | 50 | 16 | 30 | 2 | 1 | 3 | 246 | 79 | 148 | 10 | 5 | 15 |
| BVCF | 910 | 39 | 22 | 36 | 3 | 0 | 1 | 355 | 200 | 328 | 27 | 0 | 9 |
| BVMC | 290 | 47 | 14 | 34 | 3 | 1 | 0 | 136 | 41 | 99 | 9 | 3 | 0 |
| CCF | 311 | 35 | 18 | 41 | 4 | 1 | 1 | 109 | 56 | 128 | 12 | 3 | 3 |
| CCC | 149 | 44 | 17 | 37 | 1 | 1 | 3 | 66 | 25 | 55 | 1 | 1 | 4 |
| CSP | 756 | 32 | 15 | 51 | 2 | 1 | 1 | 242 | 113 | 386 | 15 | 8 | 8 |
| CTCF | 924 | 48 | 22 | 27 | 2 | 1 | 7 | 444 | 203 | 249 | 18 | 9 | 65 |
| DCC | 481 | 45 | 20 | 31 | 2 | 2 | 1 | 216 | 96 | 149 | 10 | 10 | 5 |
| DRDC | 494 | 41 | 16 | 38 | 4 | 1 | 3 | 203 | 79 | 188 | 20 | 5 | 15 |
| DWCF | 903 | 44 | 20 | 29 | 5 | 1 | 2 | 397 | 181 | 262 | 45 | 9 | 18 |
| FLCF | 487 | 48 | 19 | 29 | 3 | 1 | 12 | 234 | 93 | 141 | 15 | 5 | 58 |
| FMCC | 497 | 46 | 15 | 33 | 3 | 2 | 2 | 229 | 75 | 164 | 15 | 10 | 10 |
| FCF | 1659 | 54 | 14 | 28 | 3 | 1 | 5 | 896 | 232 | 465 | 50 | 17 | 83 |
| LVCF | 497 | 55 | 13 | 28 | 4 | 0 | 0 | 273 | 65 | 139 | 20 | 0 | 0 |
| LCF | 946 | 34 | 28 | 34 | 3 | 1 | 5 | 322 | 265 | 322 | 28 | 9 | 47 |
| RCC | 194 | 52 | 16 | 28 | 1 | 3 | 1 | 101 | 31 | 54 | 2 | 6 | 2 |
| SCCF | 249 | 51 | 20 | 25 | 4 | 0 | 2 | 127 | 50 | 62 | 10 | 0 | 5 |
| SCC | 247 | 46 | 20 | 28 | 4 | 1 | 3 | 114 | 49 | 69 | 10 | 2 | 7 |
| SCF | 2555 | 41 | 20 | 36 | 2 | 1 | 3 | 1048 | 511 | 920 | 51 | 26 | 77 |
| TCF | 485 | 36 | 22 | 39 | 2 | 1 | 1 | 175 | 107 | 189 | 10 | 5 | 5 |
| BCCF | 1400 | 43 | 21 | 33 | 2 | 1 | 3 | 602 | 294 | 462 | 28 | 14 | 42 |
| CMRC | 751 | 46 | 22 | 28 | 3 | 1 | 0 | 345 | 165 | 210 | 23 | 8 | 0 |
| CCCF | 1654 | 39 | 22 | 36 | 2 | 1 | 2 | 645 | 364 | 595 | 33 | 17 | 33 |
| HPCF | 284 | 48 | 15 | 31 | 4 | 1 | 1 | 136 | 43 | 88 | 11 | 3 | 3 |
| KCCC | 1294 | 41 | 22 | 33 | 3 | 1 | 3 | 531 | 285 | 427 | 39 | 13 | 39 |
| | | | | totals | | | | 8635 | 3923 | 6602 | 532 | 196 | 603 |

**Note: Because DOC's data rounds off percentages to the nearest whole number, the numbers for Asians and Native Americans are likely to be skewed significantly since the percentages for those groups are quite low at all facilities. DOC certainly should have carried the statistics out to one decimal place, or better yet, supplied the actual numbers of inmates in each ethnic group rather than percentages. The calculations are included, however, so that the court can see them. The caveat is that the margins of error for the Asian and Native American ethnic groups are likely to be quite high.**