**INACCURATE DISABILITY DESIGNATIONS ON FLCF CELL HOUSE ROSTERS**

| IWD | Disability | Designated as disabled by FLCF on cell assignment Exhibit 161 | Transcript Cite |
| --- | --- | --- | --- |
| Butler | Hearing, mobility, diabetes | No | 766:24-768:4 |
| Cunningham | Mobility, wheelchair | No | 768:5-22 |
| Corbin | Vision | No | 768:23-769:10 |
| Martin | Vision | No | 769:11-24 |
| Strobridge | Mobility | No | 769:25-770:11 |
| Jones | Diabetes | No | 770:12-771:4 |
| Derwin | Mobility | No | 771:8-20 |
| Vasicek | Mobility, diabetes | No | 771:21-772:6 |
| Primaveri | Mobility, diabetes | No | 772:7-23 |
| Spohr | Diabetes | No | 773:1-5 |
| Chenevert | Mobility, wheelchair | No | 774:16-775:1 |
| Gonzales | Diabetes | No | 775:23-776:10 |
| Schwasinger | Diabetes | No | 776:11-19 |
| Olemo | Mobility, wheelchair | No | 776:20-777: 4 |
| Havens | Mobility, wheelchair | No | 777:16-21 |
| Gates | Mobility, vision | No | 777:22-778:6 |
| Lujan | Mobility, hearing | No | 778:9-779:4 |
| Lujan | Hearing | No | 778:9-779:4 |

Appendix 5