## FAILURE TO PROVIDE COURT ORDERED ACCOMMODATIONS

DOC did not revise accommodation resolution forms to include accommodations ordered by the Special Masters.  As of the compliance date, it was undetermined as to whether 204 accommodation resolution forms were consistent with Orders of the Special Master.

The following are additional examples of non-compliance with Orders of the Special Master.

| Claimant | Special Master determination as Member of Class | Specific Accommodation ordered by Special Master | CMO Disability Determination and Accommodation Resolution Form ("AR") | Exhibit & Citation |
|---|---|---|---|---|
| Christianson | Yes/mobility<br><br>May 2007 | None | AR Form not prepared until 4/29/09, two years after Order | Exhibit 143<br><br>254:21-25<br>555:15-18 |
| Mount | Yes/diabetes and mobility<br><br>June 2005 | None | Never received an AR Form consistent with finding of mobility disability, four years after Order | Exhibit 330<br><br>257:22-25 |
| Alvarezbenavidez-Amando | Yes/mobility<br><br>May 2007 | None | Not disabled; not entitled to accommodation.<br>AR consistent with Order not prepared until two years after the Order.  Claimant had already paroled | Exhibit 353<br><br>259:9-25<br>260:1 |
| Fistell | Yes/mobility<br><br>September 2009 | None | 1 month after Order, AR form issued stating claimant not disabled | Exhibit 354<br><br>260:15-20<br>260-4-6 |
| Kelly | Yes/diabetes and mobility<br><br>July 2009 | Special shoes | AR form completed on 3/31/09, eight months after the Order, stating claimant not diabetic and does not have any accommodations | Exhibit 355<br><br>261:12-13, 23-24;<br>262:10-11<br>269:2-6 |

Appendix 6

| Claimant | Special Master determination as Member of Class | Specific Accommodation ordered by Special Master | CMO Disability Determination and Accommodation Resolution Form ("AR") | Exhibit & Citation |
|---|---|---|---|---|
| Ates | Yes/diabetes and mobility<br><br>October 2007 | Special shoes, orthotics, podiatry consults, vision impairment | disability determination not made until 9/16/08, eleven months after the Order.<br>As of 4/28/09 AR form does not provide special shoes ordered by the Special Master. | Exhibit 567<br><br>275:8-9, 24-25<br>277:6-8<br>277:16-22 |
| Collie | Yes/ mobility<br><br>December 2007 | Wheelchair, special shoes | CMO determines Shoes not medically necessary; thus not provided.<br> AR form not in compliance with Order, does not provide for special shoes. | Exhibit 572<br><br>285:16-15;<br>286:1-3;<br>286: 4-23 |
| Hawkins | Yes/diabetes<br><br>December 2006 | Special shoes | Discrimination based on claimant having to purchase own tennis shoes;<br>AR form did not include tennis shoes until 4/27/09, over two years after the Order. | Exhibit 574<br><br>287:14-18;<br>287:20-25-288:1-2;<br>189:20-24 |
| Moulton | Yes/diabetes<br><br>December 2006 | Special shoes | As of 5/1/2009, 3 ½ years after the Order, AR form does not include shoes as an accommodation. | Exhibit 526<br><br>290:7-10;<br>290:15-15;<br>291:34-35-292:1-3 |
| Stevens | Yes/vision<br><br>May 2008 | Overlays | As of 5/5/09, 1 year after Order, AR form revised to include overlays but claimant had not been provided the accommodation. | Exhibit 577<br><br>292:11-15;<br>292:16-15-293:1;<br>295:5-12 |
| Tivis | Yes/mobility<br><br>May 2007 | Special shoes | Order 5/16/07 for special shoes; as of 4/29/09 DOC still not provided shoes to claimant | Exhibit  578<br><br>295:17-19<br>296:3-7<br>297:22-25-298:1-8, 8-12 |

Appendix 6

| Claimant | Special Master determination as Member of Class | Specific Accommodation ordered by Special Master | CMO Disability Determination and Accommodation Resolution Form ("AR") | Exhibit & Citation |
|---|---|---|---|---|
| Cordova | Yes/mobility  June 2009 | Bottom bunk and bottom tier restrictions | On 1/15/09, DOC denied claimant's disability status and accommodations of bottom bunk and bottom tier restrictions | Exhibit 616  302:22-25; 303:11-14 |
| Smith | Yes/mobility  May 2006 | Damages awarded for fear of falling in the shower | In October 2008, handrails were removed from the showers at FLCF. In May 2009, Smith was finally granted a shower chair | Exhibit 516  482:1-12 484:7-24 486:1-10 |

Appendix 6