## DELAY IN PROVISION OF OR REPAIR/REPLACEMENT OF DME

Section XVI(D) of the Remedial Plan requires that Healthcare appliances are ordered by clinical services within (7) working days after it is determined that is it necessary.

Additionally, pursuant to the 2008 Stipulation, DOC is required to repair DME and auxiliary aids within sixty (60) days after it is reported that the DME is in need of repair.

There were consistent recurring problems with the repair and replacement of DME for inmates with disabilities during the compliance period.  736:21-25.

| IWD | DME needed | Delay in purchase, repair or replacement | Transcript Cite | Exhibit |
|---|---|---|---|---|
|  |  |  |  |  |
| Allyger | Hearing aid 1<br>Hearing aid 2 | 4 months<br>7 months | 712:14-18<br>714:23-715:1 | 649 |
| Marsh | Hearing aid | 6 months | 716:11-12, 719:21-720 | 651 |
| Simmons | Cane | 8 months | 722:21-25, 723:10-15 | 653 |
| Boldin | Hearing aid 2 | 5 months | 723:18-23, 725:3-16. | 656 |
| Chacon | Hearing aid | 5 months | 727:22-25, 729:10-17 | 147 |
| Fortino | Hearing aid | 6 months | 398:8-17, 398:22-399:6 | 520 |
| Gonzales | 2 Hearing aids | 6 months | 381:8-382:18, 384:9-13 | 203 |
| Moore | 2 Hearing aids | 1 year | 384:22-385:6, 385:7-23 | 277 |
| Corbin | Wheelchair | Over 2 months | 694:3-7 | 489 |
| Mounts | Knee brace | Over 90 days | 694:10-23 | 489 |
| Crawford | Hearing Aid | 5 months | 695:6-10 | 489 |
| Crawford | Hearing Aid | 7 months | 715:19-716:5 | 650 |
| Craven | Hearing Aid | 9 months | 696: 6-11 | 489 |
| Brinkert | Orthopedic shoes | 10 months | 696:12-14 | 489 |

Appendix 7

| Hernandez | Hearing Aid | 14 months | 696:15-17 | 489 |
|---|---|---|---|---|
| Derwin | Locker box stand (new) | 2 months | 696:18-22 | 489 |
| Bueno | Mattress and orthopedic boots | 17 months | 696:23-697:1 | 489 |
| Dixon | Contact lenses | 4 months | 697:6-10 | 489 |
| Bryan | Stockings | Over 60 days | 697:15-19 | 489 |
| Mounts | Hearing aid | 5 months | 697:22-25 | 489 |
| Sanchez | Leg brace | 6 months | 698:1-3 | 489 |
| Creeden | Wheelchair | Over 60 days | 698:9-14 | 489 |
| Montoya | Wheelchair | Over 5 months | 698:15-19 | 489 |
| Strobridge | Prosthetic leg | 9-13 months | 698:24-699:5 | 489 |
| Padilla | Hearing Aid | 13 months | 699:6-11 | 489 |
| Morris | Wheelchair | 1 year | 699:12-14 | 489 |
| Moses | Unidentified DME | Over 3 months | 699 15-17 | 489 |
| Ornealas-Hart | Prosthesis | Over 5 months | 699:18-21 | 489 |
| Rodriguez | Hearing Aid | 8 months | 700:7-17. | 489 |
| DeHerrera | Prosthetic leg | 1 year 7 months | 707:8-19, 709:12-11 | 622 |
| Huebschmann | Hearing aid | 86 days | 726:4-14 | 153 |
| Chacon | Hearing aid | 5 months | 727:22-25, 729:10-17 | 147 |
| Hardway | Hearing aid | At least 3 months | 736:11-14 | 232 |
| Hamilton | Prosthesis | Over 8 months | 474:8-11, 476:6-13, 478:11-19 | 281 |
| Fredrickson | Hearing Aids | Over 3 months | 2475:19-2477:5 | 673 |

Appendix 7