# FAILURE TO PROPERLY DOCUMENT DME AS INMATE PROPERTY

Section XVI(C) of the Remedial Plan requires that DOC document health care appliances as property of the inmate or DOC.

During the compliance period, the failure to properly record DME as inmate property was a problem identified by the AIC.  681:3-8.

| IWD | DME recorded as inmate property by CTCF | DME recorded on Accommodation Resolution Form | Transcript Cite | Exhibit |
|---|---|---|---|---|
| Allen | Cane | No | 661:17-23 | 275 |
| Brady | Cane | No | 661:24-662:3 | 275 |
| Greer | Orthotic | No | 662:4-7 | 275 |
| Kenealy | Hearing Aid | No | 662:12-18 | 275 |
| Kenner | Cane | No, walker | 663:1-8 | 275 |
| Kenner | Extra Hearing Aid | One Hearing Aid | 663:9-11 | 275 |
| Sanchez | Crutches on AR not in his possession during DME Sweep | Crutches | 663:12-15 | 275 |
| Sanchez | Prosthetic device | No | 663:16-20 | 275 |
| Harway | Hearing aid, Vibrating watch | No | 663:24-664:-3 | 275 |
| Mascitelli | Vibrating watch | No | 664:4-7. | 275 |
| Pursche | Hearing Aid | No | 664:8-12 | 275 |
| Morris | Medical shoes | No | 665:8-23 | 195 |
| Perez-soto | Hearing aid | No | 674: 22-675:22. | 216 |
| Baca | Medical boots | No | 676:1–13 | 276 |
| Moulton | Two Hearing Aids | No | 676:16-1 | 204 |
| Hysell | Prosthetic device | No | 677:12-678:11 | 205 |

Appendix 8