# FAILURE TO TRACK OCA ASSIGNMENTS

The following are examples of discrepancies between the reports maintained by FLCF and those maintained by DOC with respect to the assignment of OCAs, inmates in need of assistance from an OCA, when and OCA was assigned to an IWD and to whom the OCA was assigned.

| IWD | DOC "Historical" List<br><br>Exhibit 254<br>Beginning with Bates No. 002055 | FLCF "Cell House" List<br><br>Exhibit 253<br>Beginning with Bates No. 18711 |
|---|---|---|
| Lowry | Assisted by Orenlas 1/21/09-4/30/09.<br><br>512:5-8 | Assisted by Selhime 3/1/09-3/23/09.<br>512:4-5<br><br>Selhime not listed as an OCA<br>512:9-10 |
| Mosier | Assisted by Safford in March, 2009.<br>512:12-14 | Safford not listed as an OCA.<br><br>Moiser not listed as being assisted by an OCA at anytime.<br>512:15-20 |
| Padilla | No record of Padilla being assisted as of April 2009.<br>512:24-25; 513:1 | Assisted by Barbey in March 2009.<br>512:21-23. |
| Garcia | Assisted by Heald beginning on April 19, 2009.<br>513:8-9 | Assisted by Rummel in March 2009.<br>513:2-4<br><br>Garcia was not provided an OCA between April 1 and April 19, 2009.<br>513:120-25; 514:1-5 |
| Murray | No record of Murray being assisted as of April 2009.<br>514: 14-16 | Assisted by Hunt in March, 2009.<br>514:6-7 |
| Ortega-Felix | No record of Ortega-Felix being assisted as of April 2009.<br>514:14-16 | Assisted by Canchola in March, 2009.<br>514:11-13 |
|  |  |  |

Appendix 9

| IWD | DOC "Historical" List<br><br>**Exhibit 254**<br>**Beginning with Bates No. 002055** | FLCF "Cell House" List<br><br>**Exhibit 253**<br>**Beginning with Bates No. 18711** |
|---|---|---|
| Collie | No record of Collie being assisted as of April 2009.<br>514:22-25 | Assisted by Bland in March, 2009.<br>514:17-19 |
| Rodriguez | No record of Rodriguez being assisted as of April 2009.<br>515:4-6<br><br>Wilson not listed as an OCA<br>515:7-10 | Assisted by Wilson in March, 2009.<br>515:1-3 |
| Stuart, Belveal, and Spohr | Stuart and Belveal assisted by Landeros.<br>515:16-18 | Stuart and Spohr assisted by Landeros in March, 2009.<br>515:11-15<br><br>Belveal is not listed as having been assisted by an OCA.<br>515:19-22 |
| Deskins and Manka | No Record of Deskins being assisted as of April 2009.<br>516:2-6 | Martin assisted Manka and Deskins.<br>515:23-25<br>516:1 |
| Gonzales, Lemos, and Vasicek | No record of Gonzales, who is in a wheelchair, nor Lemos, who is a paraplegic, being assisted as of April 2009.<br>516:12-15 | Lemos and Gonzales assisted by Tann in March 2009; Vasicek assisted by Tann in April of 2009.<br>516:7-11 |
| Shepard | Bodnar not listed as an OCA.<br>517:4-5<br><br>Shepard assisted by Jackson during the same time it is reported on the Cell House List that he was assisted by Bodnar.<br>517:6-8 | Assisted by Bodnar in March of 2009.<br>516:224-25; 517:103 |

Appendix 9

The following are examples of discrepancies between the reports maintained by SCF and those maintained by DOC with respect to the assignment of OCAs, inmates in need of assistance from an OCA, when and OCA was assigned to an IWD and to whom the OCA was assigned.

| IWD | Historical List<br><br>Exhibit 254<br>Beginning with Bates No. 002320 | SCF Cell House List<br><br>Exhibit 257<br>Beginning with Bates No. 021936 |
|---|---|---|
| Rivera | Assisted by Diaz 2/09-3/09<br>581:10-15<br><br>Not assisted by an OCA 3/18/09-4/10/09<br><br>Assisted by an OCA 4/10/09-4/28/09<br>581:19-582:11 | Rivera not listed as having been assisted by an OCA.<br><br>Diaz not listed as an OCA.<br>581:13-18 |
| Reza | Assisted by Humphries 2/09<br><br>Assisted by Bibber 4/29/09-5/28/09<br><br>No assist shown by an OCA from 1/09 - 4/29/09 | Assisted by Humphries 2/24/09-2/29/09 |
| Croffer | Assisted by Grant 2/09- present<br><br>Hawk is not listed as OCA<br>584:22-585:11. | Assisted by Hawk 1/3/09-3/22/09<br>585:5-8 |
| Gilley | Hawk is not listed as OCA | Assisted by Hawk  12/22/08-1/3/09<br>585:12-13 |
| Alley | Assisted by Leach 2/09-3/09<br>592:15-18 | Not assisted in 2/09.<br>592:19-21 |
| Salazar | Flores not listed as an OCA<br><br>Kaptain not listed as an OCA<br>593:3-5, 595:5-7. | Assisted by Flores 12/1/08-12/18/08<br><br>Assisted by Kaptain 1/08/09-1/30/09<br>592:24-593:2 |
| Rhodes | Assisted by  Ramirez-Vargas 12/08-3/09<br>595:17-25 | Rhodes is not listed as needing assistance.<br><br>Ramirez-Vargas is not listed as an OCA.<br>595:25-596:3. |

Appendix 9