**FAILURE TO DOCUMENT IWDs IN NEED OF ASSISTANCE FROM AN OCA**

The following is a sample of 15 IWDS reported by FLCF as requiring assistance from an OCA (Exhibit 253) that do not appear on DOC's "Historical" list as an IWD needing OCA assistance (Exhibit 254).  523:13-18

| FLCF Cell House List – IWD in need of OCA assistance (Exhibit 253) | DOC Historical list (Exhibit 254) | Disability | Transcript Cite |
|---|---|---|---|
| Mosier | Does not appear | Wheelchair | 518:1-3, 518:4-5, 522:9-11 |
| Padilla | Does not appear | Blind | 518:6-8, 507: 20-22. |
| Murray | Does not appear | Wheelchair | 518:9-12, 522:12-14 |
| Oretga-Felix | Does not appear | Wheelchair | 518:13-15, 522:15-17 |
| Collie | Does not appear | Wheelchair | 518:16-18, 522:18-19 |
| Rodriguez | Does not appear | Wheelchair | 518:19-22, 522:20-24 |
| Spohr | Does not appear | Wheelchair | 518:23-25, 523:1-3 |
| Deskins | Does not appear | Wheelchair | 520:8-9, 523:4-8 |
| Lemos | Does not appear | Wheelchair | 520:11-13, 523:9-10 |
| Gonzales | Does not appear | Wheelchair | 520:14-15, 523:11-12 |
| Schott | Does not appear | Wheelchair | 528:9-12, 558:14-16 |
| Rodriguez | Does not appear | Wheelchair | 528:13-14, 540:11-14 |
| Duran | Does not appear | Wheelchair | 528:19-20, 528:9-20; 559:9-18. |
| Rummel | Does not appear to have been assisted prior to April 19, 2009, yet shown by facility as having assistance since June 2008. | "Substantially mobility disabled" | 528:23-25, 529:1-5, 508:24-510:2. |
| Djonne | Does not appear | Wheelchair | 529:10-11, 561:19-21 |

Appendix 10

The following are 5 examples of IWDs permanently in wheelchairs at CTCF, as shown by Exhibit 668, reported to have received assistance from an OCA in March of 2009 but not reported as having received OCA assistance in April of 2009.  579:10-15, Exhibit 255.

| IWD | Disability | CTCF Cell House List – March of 2009. OCA assigned (Bates No. 4384) | CTCF Cell House List – April of 2009 OCA assigned (Bates No. 4391) | Transcript Cite |
|---|---|---|---|---|
| Gimmey | Wheelchair | Yes | No | 572:14-17, 573:8-10 |
| Valdez | Wheelchair | Yes | No | 573:11-15, 573: 18-20 |
| Hardway | Wheelchair | Yes | No | 575:17-20, 577:2-3. |
| Nortonsen | Wheelchair | Yes | No | 577:5-11. |
| Reuell | Wheelchair | Yes | No | 577:25-578:2. 578:15-17 |

Appendix 10