# FAILURE TO DOCUMENT OCA DESIGNATIONS

According to the Cell House lists provided by FLCF, CTCF and SCF in response to the AIC audit, the following inmates were reported to be OCAs assisting IWDs at each facility. The same inmates, however, did not appear on DOC's Historical List of OCAs. Because the inmates were not on DOC's list of OCAs, no OCA training records for these individuals were provided. Similarly, some of the OCAs listed in DOC's list were not included in the facilities' list of OCAs.

| FLCF Cell House List of OCAs (Exhibit 253) | DOC Historical list (Exhibit 254) | Transcript cite |
|---|---|---|
| Selhime | Does not appear | 524:1-3 |
| Safford | Does not appear | 524:4-5 |
| Barbey | Does not appear | 524:6-7 |
| Garcia | Does not appear | 524:8-9 |
| Hunt | Does not appear | 524:10-11 |
| Canchola | Does not appear | 524:12-13 |
| Bland | Does not appear | 524:14-15 |
| Wilson | Does not appear | 524:16-17 |
| Bodnar | Does not appear | 524:18-19 |

| CTCF Cell House List of OCAs (Exhibit 255) | DOC Historical list (Exhibit 254) | Transcript cite |
|---|---|---|
| Ransom | Does not appear | 571:5-6 |
| Clay | Does not appear | 571:7-8 |
| Montoya | Does not appear | 571:9-10 |
| Delise | Does not appear | 571:11-12 |
| Cisneros | Does not appear | 571:13-15 |
| Brinson | Does not appear | 571:17-572:1 |

Appendix 11

| SCF Cell House List of OCAs (Exhibit 257) | DOC Historical list (Exhibit 254) | Transcript cite |
|---|---|---|
| Campos | Does not appear | 597:17-20 |
| Falkenberg | Does not appear | 597:21-22 |
| Gallegos | Does not appear | 597:23-24 |
| Hawk | Does not appear | 597:25-598:1 |
| Humphries | Does not appear | 598:2-3 |
| Captain | Does not appear | 598:4-5 |
| LeBuck | Does not appear | 598:6-7 |
| Flores | Does not appear | 593:3-5 |
| Does not appear | Diaz | 598:18-22 |
| Does not appear | Grant | 598:23-24 |
| Does not appear | Leach | 598:25-599:1 |
| Does not appear | Ramirez-Vargas | 599:2-6 |

Appendix 11