## FAILURE TO NOTIFY CLASS MEMBERS OF THEIR RIGHTS UNDER THE REMEDIAL PLAN

Pursuant to Section XVIII of the RP, orientation materials at DOC facilities are to contain relevant information regarding notification to IWDs of their rights under the RP including but not limited to information regarding accommodations that will be made available, the role of the AIC, and the ADA grievance procedure.

The orientation materials at the following facilities were deficient.

| Facility Orientation Materials as of compliance date | Information re Assistive devices and accommodations | Information re the Role of the AIC | Information re the ADA grievance procedure | Other | Transcript Cite | Exhibit |
|---|---|---|---|---|---|---|
| RCC | No | No | No | | 845:322 | 222 |
| CCCF | | | | Failed to produce any information | 845:23-846:9 | 290 |
| DCC | No | No | No | | 846:10-847:12-848:3 | 297 |
| BCCF | No | No | No | Inaccurate information re co-pays for medical visits | 848:24-950:24 849:21-950:24 | 298 |
| HPCF | No | No | No | | 852:7-18 | 299 |
| CMRC | | | No | | 853:4-12, 854:6-7 | 300 |
| KCCF | No | No | No | | 854:8-17 | 301 |
| HCCF | No | No | No | | 854:18-855:12 | 302 |
| SCF | No | No | No | Emergency Evacuation procedures not in accessible format | 855:13-856:25 857:1-5 857:14-23 | 312 |
| BVCF BVMC | No | No | No | | 858:12-25 861:8-12 | 490 |

Appendix 12

| Facility Orientation Materials as of compliance date | Information re Assistive devices and accommodations | Information re the Role of the AIC | Information re the ADA grievance procedure | Other | Transcript Cite | Exhibit |
|---|---|---|---|---|---|---|
| **CMC** | No | No | No | Emergency Evacuation procedures not in accessible format | 860:9-24 | 495 |
| **AVCF** | | | | Inaccurate information re co-pays for medical visits | 865:15-21 | |
| **DRDC/ DWCF** | | No | No | Inaccurate information re co-pays for medical visits; Inaccurate information re retaining personal glasses; Inaccurate information re work assignments; Emergency Evacuation procedures not in accessible format | 3346:14-3349:8 3371:17-3372:9 3371:17-3372:9 3376:14-24, 3434:4-11; 2484:16-2485:2; 2483:13-2487:19 3367:10-3369:5 | I<br><br>K |
| **CTCF** | | | | "Diabetic accommodations" do not include finger sticks, bathroom breaks or access to call buttons | 3714:14-3715:20 | U-6 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **CMRC** | | | | Stated that it is not required to provide information about Montez in its orientation manual. | 853:4-12 | |