```
 1                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 92-CV-00870-JLK
 3
      JESSE MONTEZ, ET AL.,
 4
           Plaintiffs,
 5
      vs.
 6
      BILL OWENS, ET AL.,
 7
           Defendants.
 8   _____

 9
                              REPORTER'S TRANSCRIPT
10                          Trial Preparation Conference

11   _____

12

13         Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 2:00 p.m., on the 16th day of

16   September, 2010, in Courtroom A802, United States Courthouse,

17   Denver, Colorado.

18

19

20

21

22
                         TRACY WEIR, Official Reporter
23                         901 19th Street, Room A258
                             Denver, Colorado, 80294
24                              (303) 298-1207

25          Proceedings Reported by Mechanical Stenography
                  Transcription Produced via Computer
```

1   finding of substantial compliance, that a monitoring period
2   begins, and, with it, the actual shifting of the burden of
3   proof with regard to compliance to the plaintiffs.  See plan
4   Section XXXI, which provides that once it has been determined
5   that the Department of Corrections is in compliance with this
6   remedial plan, then a two-year monitoring period commences
7   during which class counsel will monitor the designated
8   facilities to ensure compliance is maintained and must file a
9   timely objection alleging non compliance to toll or extend the
10  monitoring period until a final determination on the merits of
11  the objection can be made.  We are nowhere near that place in
12  this litigation.
13           Defendants' motion is an attempt to invoke a
14  presumption of compliance that does not exist in law.  The fact
15  plaintiffs have declined to present affirmative evidence of non
16  compliance on certain issues does not compel a finding of
17  compliance.  The plan is, in effect, an integrated document
18  that is synergistic, meaning that the sum of its parts, meaning
19  that it's more than the sum of its parts.  Substantial
20  compliance is the overarching essential of the remedial plan,
21  which is a contract that overarching determination and term
22  must wait until the close of the evidence.
23           Having said that, however, does not mean that
24  defendants' attempt to discern what plan areas exactly
25  plaintiffs are having problems with is a futile or meritless

1  have to do it, and neither side will like what I do.  I can
2  assure you of that.  We'll be in recess.
3        (Court stood in recess at 2:39.)
4                    **REPORTER'S CERTIFICATE**
5     I certify that the foregoing is a correct transcript from
6  the record of proceedings in the above-entitled matter.  Dated
7  at Denver, Colorado, this 20th day of September, 2010.
8
9                              *S/Tracy Weir*
                               Tracy Weir