IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL RITTER, *et al.*,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A PORTION OF THE FINDINGS OF FACT UNDER SEAL

Plaintiffs, by their undersigned counsel, submit this unopposed motion pursuant to D.C.COLO.LCivR 7.2 for leave to file under seal Proposed Findings of Fact and Conclusions of Law relating to an inmate whose identity and location must be kept from public disclosure for reasons of his personal safety and security.

### CERTIFICATION PURSUANT TO D.C.COLO.L.CivR. 7.1.A

Pursuant to D.C.COLO.LCivR 7.1.A, undersigned counsel certifies that he has conferred with Defendants' counsel, who stated that they do not oppose the relief sought in this motion.

### MOTION TO SEAL

1. By local rule, this Court requires that any motion to seal address the following four factors:

    a. the nature of the material or the proceeding at issue;

    b. the private interest that, when weighed against the qualified right of presumption of public access to court files and proceedings, warrants the

        relief sought;

   c.  the clearly defined and serious injury that would result if the relief sought is not granted; and

   d.  why a less restrictive alternative to the relief sought is not practicable or would not adequately protect the interest in question (e.g., redaction, summarization, limited sealing of exhibits or portions of exhibits).

D.C.COLO.LCivR 7.2C.  Here, application of these factors favors granting the unopposed motion to seal.

  2.  References to the inmate in question and his location must be kept from public disclosure because public disclosure would risk harming his personal safety and security.  At the compliance hearing in 2010, the Department of Corrections asked that any references to the inmate not be disclosed publicly and that his location not be revealed out of concern for the inmate's safety and security within DOC and the facility in which he is housed.  Counsel for the Plaintiff Class did not object to DOC's request, and the parties have mutually made efforts to protect the information from public disclosure.

  3.  The reasons for filing this matter under seal are to protect the personal and safety of the inmate.  Those concerns, as expressed by DOC at the compliance hearing, override the public interest in disclosure and the right to public access.  As explained by DOC, disclosing the information publicly could possibly jeopardize the inmate's life.

  4.  The sealed materials submitted with this motion are a tiny fraction of the overall proposed findings of facts and conclusions of law that Plaintiff's counsel are submitting.  The sealed materials are proposed findings relating to only this inmate.  The remainder of the proposed findings are being submitted publicly and will be available to the public.  Thus, the

sealed materials have been prepared to be the least restrictive means of protecting the inmate possible while still protecting the public's right to access.

5.      Under the circumstances, the Motion to Seal should be granted, and the sealed materials should be accepted for filing under seal.

## CONCLUSION

The court should grant the motion for leave to submit, under seal, the Proposed Findings of Fact and Conclusions of Law relating to the inmate whose identity must be kept from public disclosure due to safety and security concerns.  The documents are e-filed herewith pursuant to the Court's instructions for electronic filing of sealed documents.  A proposed Order is attached.

Respectfully submitted this 23rd day of May, 2011.

>   Paula Greisen
>   Jennifer Riddle
>   King & Greisen, LLP
>   1670 York Street
>   Denver, CO 80206
>   303.298.9878
>   303-298.9879 (fax)
>   Email:  greisen@kinggreisen.com;
>   riddle@kinggreisen.com
>
>   *s/ Blain D. Myhre*
>   Edward T. Ramey
>   Blain D. Myhre
>   Lara E. Marks
>   Isaacson Rosenbaum P.C.
>   1001 17th Street, Suite 1800
>   Denver, CO  80202
>   Phone:  303.292.5656
>   Fax:  303.292.3152
>   E-mail:  eramey@ir-law.com; lmarks@ir-law.com; bmyhre@ir-law.com;

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 23rd day of May, 2011, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

Paula Dee Greisen
greisen@kinggreisen.com
Jennifer Wardner Riddle
riddle@kinggreisen.com
King and Greisen, LLP
1670 York Street
Denver, CO 80206
*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)
Elizabeth H. McCann, Deputy Attorney General
James X. Quinn
James.Quinn@state.co.us
Jennifer Susan Huss
jennifer.huss@state.co.us
Robert Charles Huss
willow.arnold@state.co.us
rob.huss@state.co.us
Willow Ivana Arnold
Berina Ibrisagic
berina.ibrisagic@state.co.us
1525 Sherman Street, 5th Floor
Denver, CO 80203
*Attorneys for Defendants*

Brice A. Tondre
briceatondrepc@msn.com
Castelar M. Garcia
slvlaw@gojade.org
H. Earl Moyer
mbvlaw@mbv1.net
Patricia S. Bellac
psblawfirm@comcast.net
Gillian Dale
daleg@hallevans.com
Thomas J. Lyons
lyonst@hallevans.com

        *s/Blain D. Myhre*
        Blain D. Mhyre