IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for Leave to File a Portion of the Findings of Fact Under Seal (doc. #5070), filed May 24, 2011, is GRANTED.  Document #5071 shall remain SEALED.

Dated:  May 24, 2011