92-cv-00870-JLK-OES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 27 2011

GREGORY C. LANGHAM
CLERK

Date: 5.17.11
John Kane, Jr., Judge (via: J.R. Manspeaker, Clerk)
US District Court, 10th Cir. (Colo)
192 Stout St.
Denver, Co. 80294

Subj: Offender Objection To Closure of 'FLCF'

Dear Judge Kane, Jr. and To Whom It May Concern

Ref.: Pueblo Chieftain Article: 'Officials Still miffed at Fort Lyon Closure (5.10.11) by Anthony A. Mestas, Columnist

It reports that 'Commissioner Long and virtually all rural-Communities in the lower Arkansas Valley' are miffed and dissappointed following 'Govenor Hickenlooper's sign-off on the 'budget balancing package' which closed 'FLCF' (March 1, 2012), particularly in Light of opposition to it.

· · · · · · ·

It was 'Govenor Owens' who helped to acquire and bring on-line 'FLCF' in '2001' and re-purpose it as a Healthcare Provider to meet the medical needs of a variety of aging and disabled Offenders in '2003', in compliance with the 'Montez Plan' developed and implemented through litigation cited- Owens, et.al. v. Montez, et.al., Class Action No. 92 CV 870 EWN-OES, US Dist. Ct. (Colo.) with the Honorable John Kane, Jr. at Bench;

'Govenor Owens' could not foresee that his success 'Govenor Hickenlooper' in '2011', upon recommendation of the CDOC, would close and decommission it to help cut costs of operations and balance to '2011-2012 Fiscal Budget'.

On the other hand, 'Govenor Hickenlooper', did not foresee being 'blindsided, as he puts it,' by the stern opposition growing in the local Arkansas Valley and other rural-Communities in which 'FLCF' and other Prisons operate, particularly whereas they perceive it to be so abrupt a closing and catalyst for economic doom', and other unsettling circumstances.

While it's reported that 'Govenor Hickenlooper' has indicated that he's committed to helping these rural-communities to quickly re-purpose 'FLCF', his success or failure is characterized as a 'defining moment' of major effect, and strong indicator of his ability to carry-on administration of State Affairs.

· · · · · · ·

Initially 'Govenor Owens' pursuaded these rural-communities that 'FLCF' would help to off-set losses due to closure of the 'Fort Lyon V.A. Hospital', and promote their 'economic recovery', and the effect was a positive one, as it underscored the potential for growth of commerce, economic stability, jobs, security, and social well-being, not to mention utilization of a variety of support services to extend Healthcare and emergency responder capabilities.

Initially, 'Govenor Hickenlooper' attempted to pursuade the rural-Communities' to blindly accept the inevitable closure of 'FLCF' for reasons above, as a necessary, and understandably painful consequence under the circumstances';

But, they understand that it's actually more than unfortunate and sad, it's a devastatingly painful hardship which equates with their ruin socially and personally.

So, opposition is to be expected, appreciated, applauded, and assisted whenever possible.

· · · · · · ·

For the sake of brevity, the attached copy of the 'Letter (5.9.11) to Exec. Dir. Clements' discusses matters which relate to this my point. See also: Letter (4.26.11) to 'Montez Counsel'.

'Govenor Hickenlooper' not only is successor to 'Govenor Owens', he also is obligated as a matter law to assume the status of primary Defendant in place of 'Govenor Owens' to address all issues raised in the course of the cited litigation, as well as effect compliance with all ORDER(S) issued and enforced at Bench, including 'Montez Plan, Sect. VI-Designated facilities'.

To the best of my knowledge and belief, no action as suggests contempt, or undermines fundamental fairness serving as a contrivance to deliberately or inadvertently contravene the authority at Bench to effect compliance with all its ORDER(S), is likely to go without scrutiny.

Unfortunately, the Legislature has dropped the final gavel on this legislative Session (5.11.11), thus, the doors are closed for now with respect to all issues that they believe have been settled regarding the 'budget balancing package' around which closure of 'FLCF' was embraced. Thus, even if there was a precedence for nullifying the 'budget balance package' in light of a mere allegation of a appearance of a compromised process arising from lack of full disclosure of factors discussed in the Letter (5.9.11)(4.26.11) above, the legislature is in recess.

'Commissioner Long and other minority delegations' view that not only has closure and decommission

-1-

not been well thought out or discussed. The whole issue has been steamrolled through the Legislature. And, even though they've had some voice in expressing their concerns, including well-founded opposition to it, recent revelations, particularly responsible reporting by the 'Pueblo Chieftain' throughout the course of this tends to affirm that less than full disclosure or lack of it as to such matters, and seems as incredibly unfair as it is unsettling and and harmful to all effected parties.

I'm not certain as to what my status is under 'Montez'. And, I don't know whether this letter is an appropriate form of communication about this. I don't have a disability status at this time.

But, I cannot stand by and turn a blind eye to what appears to me to be a travesty and out-of-court action on the part of 'Governor Hickenlooper (Defendant)', characterized as the 'death penalty' for all matters related to its opposition.

Whether or not 'Motion For Injunction' is pursued by one member of the 'Montez Class', 'Montez Counsel', or this Court effects it's own motion for cause, I'm of the opinion, that the ORDER(S) issued at Bench with fundamental fairness in mind. And, that compliance is best represented with transparency and confluence among the parties.

I do not suggest that this court treat this as anything more than a simple expression of my personal objection to the way these incredibly unfair and unsettling circumstances are unfolding, not to mention the apparent and potential harm from it.

. . . . . . . .

Further, I here re-emphasize this. Healthcare for the 'Montez Class' is of paramount importance. Every reasonable step should be taken to safeguard against allowing crossover operations which systematically duplicate closure and decommission of remaining 'Montez' Facilities as a cost cutting practice or scheme to balance the Fiscal Budget by a process which does not equate with fundamental fairness, as it would to undermine the ORDER(S) issued at Bench, or circumvent Judicial Process.

Thank you for your time.

Respectively submitted

Bollie Eugene Truitt #43468
Box 1000; Unit: 4-1-142A (FLCF)
Ft. Lyons, Co. 81038

cc: Paula Greisen, Esq. (Montez Counsel)
    Elizabeth H. McCann, Esq., Dpty. Attny. Gen. (Counsel of Defendants)
    Sal Pace, House Minority Leader - Colorado Legislature.

Addendum:

Perhaps Counsel(s) Brief(s) and Hearing as to such a 'Motion For Injunction' might serve to address and settle any question as to the appropriateness of a stay of closure of 'FLCF'.

— — — — — — — — — — — — — — — — — —

A copy of this letter was logged at 'FLCF' and sent US Mail to both Counsel(s) named above on this date.

- 2 -

Date: 5.9.11                                                                                          Copy

Tom Clements, Exec. Dir.,
Colorado Department of Corrections
2862 S. Circle Dr.
Colorado Springs, Co. 80906-4195

Subj.: 'Renewable Energy'

Dear Dir. Clements and To Whom It May Concern

Ref.: Pueblo Chieftain, Article: 'Prisons tap solar power' (4.29.11) by Tracy Harman, Columnist

It reveals that 'Nine Prisons' in the 'Canon Prison Network' as of 'April 22, 2011' now operate 'Solar' installations on their premises, as a result of the Governor's efforts since taking office.

I applaud the fact that Prisons are now utilizing 'renewable energy'.

However, as I understand it 'FLCF' is considered part of the 'Canon Prison Network'. It seems to me, that it would have been as innovative a project 'leveraging Colorado's energy and bright minds to save money and energy', to have included 'FLCF' in the mix.

I think it would have helped House Minority Leader Sal Pace, other Bureaucrats, and minority delegations, to know that this project calculated to save money and energy in this way, could have had broader application, including 'FLCF', which could have been factored into the 'budget balancing package' that might have swayed the votes needed to overrule closure and decommission of 'FLCF'.

But, the Governor didn't reveal that the 'renewable energy' project above was near completion, and that he would flip the switch to begin saving money and energy within the 'Canon Prison Network', in the foreseeable future, excluding 'FLCF'.

. . . . . . .

I've said it once or twice, and here again. The closure/decommission of 'FLCF' has not been well thought out, not the projected costs of equivalent cross-over operations from 'FLCF' to remaining 'Montez' Facilities commissioned as Healthcare Providers, perceived ramifications to Healthcare, unsettling effect on Offenders - 'Montez Class' particularly, disruption to the careers and lives of 'FLCF' employees - including Healthcare Practitioners/Nurses, not to mention support services Statewide, and Network of Communities in this 'Region' of the State.

. . . . . . .

Whereas the Governor was not transparent or forthcoming regarding the matters during Hearings associated with the 'budget balancing package', none of this was debated or factored into considerations. Only factors before lawmakers influenced considerations.

Merely weeks after lawmakers cast a series of votes of the smallest of margins to close 'FLCF', the Governor reveals the existence of his cost saving energy project in operation at 'Nine Prisons' within the 'Canon Prison Network';
You can just imagine how incredibly unfair this all now seems to be for the others above, and myself, to learn of this, and experience its unsettling circumstances.

. . . . . . .

Ref.: Pueblo Chieftain, Article: 'New budget seals closure of Fort Lyons' (5.7.11) by Patrick Malone, Columnist

Among other things, it reports that the Governor has signed-off on the 'budget balancing package', approving closure and decommission of 'FLCF' (March 1, 2012), otherwise characterized as the 'death penalty' for all matters related to its opposition.

. . . . . . .

This being anticipated, and informed on matters above, 'Montez Counsel' likely now has ample legal standing to pursue 'Motion For Injunction' in the US Dist. Ct. before the Honorable Judge - John Kane, Jr. to stay closure and decommission of 'FLCF', as well as effect operations that ensure compliance to the 'Montez Plan' with confluence.

. . . . . . .

I can't speak for the 'Montez Counsel', but in my opinion, circumstances above

-1-

should be addressed in light of such a 'Motion...' to allow for <u>transparency</u> and above all <u>fundamental fairness</u>.

I would hope that savings from the project above would trickle to or be allocated to the remaining 'Montez' Facilities to effect equivalent crossover operations should such a 'Motion...' fall short of addressing it;

Obviously, what must be guarded against, is effecting cross-over operations which duplicates closure and decommission of remaining 'Montez' Facilities as a cost cutting practice calculated to balance the Fiscal Budget, patterned after the Governor's process above. On the other hand, should the 'Motion...' keep 'FLCF' open, I would hope the project could be re-negotiated with 'Utilities' to have broader application, including 'FLCF' to enable it to likewise benefit from savings and energy, although I think that a combo of 'Solar and Wind Power' Systems could work even more effectively to achieve the valued objectives planned for in the 'Canon Prison Network', as production of 'renewable energy' in this way would be greater at its peak, yet sustainable at all times, not to mention be even more cost effective and efficient. This 'Region' of the State is an <u>ideal zone</u> for this due to an abundance of sunny and windy days;

Enabling 'FLCF' to also be 'electricity self-sufficient', would just as well cut <u>bottom-line</u> costs of operations, which in turn helps to balance the Fiscal Budget, much like the 'Nine Prisons' (some 'Montez' Facilities) are expected to accomplish;

This would, in conjunction with 'Utilities', help meet the 'National and State' initiatives toward effecting '<u>Energy Independence</u>' through '<u>renewable energy</u>' by '2020'.

What with an increased need for a well-trained workforce to meet the demands of the 'renewable energy' market (growing 20-30% annually), Offenders at 'FLCF' would just as well benefit from the very 'renewable energy' Programs and Services offered at all such Prisons above, equally, the '<u>Montez Class</u>' particularly.

The 'Region' might stand to realize hope for their future - a way to '<u>economic recovery</u>', an objective of the Governor's '<u>Statewide Blueprint</u>', led by the example practiced by the State's Prisons in this way.[1]

. . . . . .

Just saying, you might want to consider this as an outline of a plan for re-purposing 'FLCF' in this equally innovative way, in the event that such a 'Motion...' leads to need to develop and implement a means to operate it, and more cost effectively and efficiently, like the other 'Nine Prison above.

This, along with what lawmakers now have determined is higher than expected tax revenue receipts, according to a change in accounting practices, seems feasible.

I thought you'd be interested in knowing what the Governor has not closed the story on 'FLCF', and that his word may not be the last on these matters.

Thank you for your time, and consideration.

Respectively submitted
Bobbie Eugene Pruitt #43468
Box 1000; Unit: 4.1.142A (FLCF)
Ft. Lyons, Co. 81038

cc: Paula Greisen (Montez Counsel)

---

Footnote #1: Ref.: 'Green Jobs (A Guide to Eco-friendly Employment)' by A. Branwyn Llewllyn, M.A. and associates (ISBN 10: 1-59869-872-9 / ISBN 13: 978-1-59869-872-5; Publ.: Adams Media ≥ www.adamsmedia.com; 2008)

-2-

**FORT LYON** / from page 5A

that the state does need to close some facilities, but it has to find ways to operate more efficiently in all areas in state government."

Lawrence Sena, Las Animas mayor and a former county commissioner, maintains the closure is going to hurt the economy.

He said the prison pays more than $800,000 a year in utilities. The figure represents one-fourth of the city's annual budget.

"We stand to lose revenue and we are losing jobs as well," Sena said.

The prison pays roughly $11 million in annual payroll, which represents 25 percent of all wages in Bent County.

"It's disappointing and we are not happy about it closing. We have expressed this from the very beginning," Sena said.

The facility is the second largest employer in Bent County. A private prison, the Bent County Correctional Facility, is operated by Corrections Corp. of America. The prison, which opened in 1993, is the county's largest employer with more than 230 jobs.

"We knew this was going to happen and the governor, the Joint Budget Committee and legislators did not move a bit from their stance. This just makes the economy worse," Sena said.

Long said the operation of the facility was poor over the years.

"Another part that was really frustrating is that we had nine different wardens in 10 years. There is not a business anywhere that can operate successfully when you change top management that frequently," Long said.

Long said he doesn't believe that either Hickenlooper or his staff did all they could do to keep the facility open.

"This was the proposal they proposed about three weeks after Hickenlooper was inaugurated. There was no plan to keep the facility open," Long said.

"Of all the prisons they could have cut, this is the only one they can potentially lose."

Long said that according to an agreement between the state with the federal Veterans Administration, if the state does not operate the facility as a prison, the property returns to federal ownership.

Long said he is still trying to determine if that is what the VA intends to do.

Long and Sena said they are hopeful that Fort Lyon will be used in some other capacity.

"We are working with the governor's office to repurpose the facility. That is the only plus side to this issue," Sena said.

"We are visiting with the VA right now and working with a couple different companies that may be interested in using the facility. We are just at the beginning stages of that process," Long said.

"There are people in the governor's staff that are working hard to find an alternate use or another occupant, but it's just frustrating how the whole thing came down, but we do appreciate the state's help on the refurbishing."

Sena said the area's development foundation has employed two lobbying firms to help pursue new entities.

Long said he was disappointed that the state took only a few months for a decision when the federal government took nearly three years to determine the future of Fort Lyon and the future of the Lower Arkansas Valley and how best to depart.

"The state initially only gave us six months. The three years the federal government gave us to determine the future of the facility before they moved on was a much more thoughtful process," Long said.

*anthonym@chieftain.com*

## Officials still miffed at Fort Lyon closure

### Prison will close at cost of 204 jobs.

**By ANTHONY A. MESTAS**
THE PUEBLO CHIEFTAIN

LAS ANIMAS — A Bent County commissioner and the city's mayor said Monday that they remain frustrated and disappointed about Gov. John Hickenlooper's 2011-12 budget, which officially approves the closure of Fort Lyon Correctional Facility.

The governor signed the $7 billion budget on Friday.

It will include the March 1, 2012, closure of Fort Lyon, where 204 employees will be displaced. They represent one in seven workers in Bent County.


Bill Long

"There is a lot of disappointment in Southeastern Colorado right now. This adds to the continuing drought and other problems challenging the area," said County Commissioner Bill Long.

Long said closure of the facility did not take him by surprise, but it still stings.

"I am still frustrated and disappointed that when the state first acquired the facility, they had a plan for it and they never made much of an attempt to follow through with their initial intentions for the facility," Long said.

"Had they built it out to 1,000 beds it would have been a viable facility. I understand

SEE FORT LYON, 7A

Date: 4.26.11                                                                                             Copy

Paula Greisen, Esq.
King & Greisen, LLP
Attorneys at Law
1670 York St.
Denver, Co. 80206
Subj.: Closure/Decommission of FLCF - Injunction
Dear Attny. Greisen and To Whom It May Concern

Closure/Decommission of 'FLCF' seems now to rest in the 'Govenors' hands', that is unless Judge Kane, Jr. follows through to issue an 'Injunction' against it. I recently wrote a Letter to FLCF Warden Zupan with a copy to the 'Govenor' in which I expressed my opposition to it. I raised these points:

- Healthcare has been an important and essential part of Programs and Services within the CDOC/FLCF for several decades now;
- Aging and disabled persons are entering the CDOC in increasing numbers;
- FLCF is a Healthcare Provider best equipped to accommodate person which are up in age (50+) and who have a diversity of temporary and permanent disabilities;
- If 'FLCF' is closed/decommissioned, such responsibility for accomplishing this ends there. Then other Means must be in place to accomplish that Mission, including projecting and allocating an adequate and meaningful Fiscal Budget to facilitate equivalent crossover operations for that;
- Bridging the void or gaps left by closure/decommission of 'FLCF' won't be easy;
- Once ties are broken, there must be a willingness and means to do so. or crossover operations could fall short or fail to meet the 'Mission';
- Already, CDOC Executive Director Clements plans to suspend or eleminate numerous Programs and Services, and Healthcare is not exempt;
- This very practice prior to 'Montez', left disabled persons with little to no Healthcare, resulting in medical conditions getting worse, leading to creation and enforcement of the 'Montez Plan' for nearly 10 years now, problematic, yet pragmatic.
- The 'Montez Class' is becoming increasingly concerned and worried about where this will leave them with respect to Healthcare, whereas they Know by experience what there no equivalent crossover operations in place to meet or accommodate their remedial care needs;
- Should 'Montez' be settled in the course of these unsettling circumstances, they are already inclined to pursue a New Class Action lawsuit to secure right to adequate and meaningful Healthcare, should their conditions worsen because of it.

. . . . . . .

I pointed out that I had a conversation with an Offender which I thought was serious and would help to illustrate the potential consequences of these unsettling circumstances;

The Offender is high-risk for death due to his medical disorder, and heart condition. On the streets, he suffered from 'Sarcoidosis', an auto-immune disorder. He was not treated for it before or after he entered the CDOC. This destroyed heart tissue, and the ability of the heart to function normally. Ultimately, the CDOC determined that his damaged heart required a 'pace-maker' inplant with a built-in 'defibrillator' to shock his heart if it fails him. It was implanted about a year ago, but his condition is guarded. He's having problems with this. If his 'pace-maker' fails, he dies.

He's suffering from 'High-Blood Pressure' with episodes of dizziness and fainting. If he suffers a stroke, he dies.

He's struggling along with 'FLCF Clinical Services' to obtain his Medical Records from the streets and another CDOC Facility which seems to have mis-placed medical records pertinent to his condition, to develop an adequate and meaningful care plan, including essential medication regimen, to clinically manage his high-risk condition. Without it, he dies.

If 'Sarcoidosis' spreads to his Brain, he dies.

-1-

He's seriously concerned and worried about where closure/decommission of 'FLCF' will leave him if crossover operations are not in place to trace, access, and clinically manage his condition, particularly whether he'll fall through the cracks, out-of-sight~out-of-mind, and die.

That would be far from merely unfortunate and sad. It would be outrageous, unconscionable, and inhumane.

This is not a typical case for providing Healthcare. It's one among many at 'FLCF' which ought to have a chance at improving in health, and living.

. . . . . . .

Obviously, balancing the Fiscal Budget is a State-wide concern and a necessity, but so is ensuring that the 'Montez Class' do not fall through the cracks out-of-sight~out-of-mind, and in the worse case scenario, die.

. . . . . . .

In my opinion, the closure/decommission of 'FLCF' has not been well thought out, not the projected cost for crossover operations, ramifications to Healthcare, the unsettling effect on Offenders, and disruption to the careers of professional employees, including clinical staff and competent practices, not to mention Community Services Statewide having supported 'FLCF' commissioned with respect to the 'Montez Plan' per agreement between the 'Montez Class' and CDOC.

The disparity between closure/decommission of 'FLCF' and failing or refusing to facilitate equivalent crossover operations to ensure adequate and meaningful Healthcare for the 'Montez Class', has all the earmarks of a breach of agreement, warranting at a minimum, an immediate 'Injunction' to prevent it, and protect the Healthcare Rights of the 'Montez Class' long enforced by the Honorable Judge above. He has lawful authority to do just that.

Balancing the Fiscal Budget by the closure/decommission of 'FLCF' is one thing, but opposing circumstances warrant that 'FLCF' remains open whereas such disparity is in effect appearing to be immediately and potentially harmful to the extent evident above. I haven't heard from the Warden or Governor on this yet.

. . . . . . .

Ref.: Pueblo Chieftain Article: 'Nursing provision passes first step' (4-21-11) by Patrick Malone, Columnist

Among other things, it indicates that there's a Nursing shortage across the State, and Southeastern Colorado is facing a shortage of Healthcare Professionals.

I've been recently trained as an 'Offender Care Aid II' to assist Healthcare Professionals, Nurses, because of this very problem.

For this reason also, closure/decommission of 'FLCF' has not been well thought out, particularly whereas it is likely to lead to resignation of Healthcare Professionals so desparately needed statewide.

I think, it's less costly to keep in place what's worked, than generate more lost jobs, and degeneration of Healthcare, not to mention other devastation.

I thought you might be interested. Thank you for your time and resolve here.

Respectively submitted
Billie Eugene Pruitt #43468
Box 1000, Unit: 4-1-142A (FLCF)
Ft. Lyons, Co. 81038

cc:

-2-