# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Elisabeth A. Shumaker | | Douglas E. Cressler |
|---|---|---|
| Clerk of Court | June 01, 2011 | Chief Deputy Clerk |

Mr. Gregory Langham
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:      08-1399, Montez v. Owens, et al**
         Dist/Ag docket: 1:92-CV-00870-JLK-OES

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

*Elisabeth A. Shumaker*

Elisabeth A. Shumaker
Clerk of the Court

cc: Chris Alber
Patricia Bellac
Paula Dee Greisen
Eric V. Hall
Berina Ibrisagic
Lara Elizabeth Marks
James X. Quinn
Edward Thain Ramey
Jennifer Wardner Riddle

EAS/kf