Louis Peoples Jr #43943
49030 State HWY 71
Limon, Co 80826.
Limon Correctional Facility

SCANNED

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2011

GREGORY C. LANGHAM
CLERK

Judge Brochers,
901 19th Street
United States District Court
Denver, Colorado 80294

RE: Civil Action 92-N-870, Claimant
Louis Peoples Sr 03-278

Dear Judge Brochers

Greetings, I'm writing within a
pro-se, matter for relief in an Emergency
matter. Back in October 2006, I filed

an emergency injunction within the District Court pursuant to Rule 65(b) FRCP. and the ADA of 1973 + 1992, In said request I asked the Court for an order for CDOC here at the Limon Facility to provide adequate space and recreational opportunties with exercise equipment Citing Montez v. Owens.

It is my understanding from Counsel for the record in Montez that this Court Ordered LCF. to apply with the Disability Act in this matter.

As of today the LCFacility has NOT Complied with any Court Order to due with weight equipment for the handicap. I have notice the Limon Facility has purchased Cardiovascular equipment for General population, but Not for handicap Inmates. Nor has LCF placed infect any policy or AR's restricting general population a time period for ADA use of Cardiovascular equipment deter during Gym periods. Nor has there been put in place designated areas for wheelchairs, Seperate Gym period for handicap, but Lt Audet has informed me

SCANNED

to sue them.

I also bring to your attention that once again the Facility is denying me a right to use the weight equipment now used by other inmates here at LCF.

As set forth in my prior Complaint. I ask this Court to have LCF remove the medical restrictions so ADA can utilize the weight lifting program. Now I'm being denied that right once more because new Official as Lt Audet wants to run the Gym his way and placed into affect a new photo ID policy that requires to be paid for at $2.00 a ID. Due to my access to the Court and filing fees in this Court and on my Criminal Case. I have been put into the Red for $253.00 in which I can't purchase a ID. I filed a grievance on the matter. I was told to have my family pay my account off so that I could purchase an ID. Sir, I don't have family who can send me the money.

I have been put into the Red and beinging charged for toothpaste, soap here at LCF paying a Dollar for it each time for something that should be given free to me. I argue this in my Civil suit that I'm paying for at 20%

(2)

SCANNED

at this time. That needs to be Corrected. Also ADA inmates can't take a shower once they return from the Gym on Orders of Lt Audet.

This facility has changed its rule in which they don't have to apply your Court ruling under and as agreed upon by 92-N-870 Montez v. Owens. There is no more handicap job for use. I have to stand in the meal line to get my meal just like other inmate. They have placed a new program were that program and general population. work at the same jobs but general population get 20 min out of the cell three time a day. but the program get all day out.

I want an I.D. Why can't Lt Audet put me in the red $2.00 just like administration does for the Soap they I shouldn't be paying for at all. That also needs to be Corrected here. I feel you needs to visit here. We, ADA inmate would love to talk with you about ongoing misconduct that is not known in the Public eye in which the Wardens show its the inmate. We don't even have a first Amendment right here at the facility. If I state my ~~open~~ opinion ~~I got~~ ~~without~~ a written report and placed in segregation for 20 days. I stated I was going to have my family contact head administration on this Count, and I was found guilty because of that by the hearing board. I filed an appeal, but they denied

(4)

my argument.

Also I was dropped from my job because the official I worked for discriminated against and I filed a grievance. Now they want me to drop my greivance to due with the discriminator, but I was retaliated against and found guilty of threats as I stated above, but they don't want to drop the threat report. They want me to not continue the discrimination matter on the teacher, but punish me by applying 8 points.

Well I ask you for release in this matter.

Thank you for your time

Lewis Peoples Jr
43943

May 30, 2011

over

On April 26, 2011, a meeting take place were Mr. Gruber and Mrs Wolf along with Lt Marlock convered to clear-up my step (4) greivence. I was present with the allegations concerning the administrative letter I had wrote and, they clique to agreeing there was an misunderstanding as to how I was classified (as a para-pro) when I first got hired. I opposed their agreement on the outcome of this meeting. I argued they just wanted to satisfy their needs to come me to some type of remedial to list to the AR-80-15 complaint against Mrs Gruber. As I asserted, based upon the filing of this complaint with CDOC administration was to correct the false DRDD conviction for threatening that costed me 8 points for something I didn't do. As stated I felt my cell was searched in retaliation to due with the filing of the grievance on March 22, 2011 against Mr. Gruber. I disagree with no remedy made by staff here at KCF, if the overall issues raised at this hearing cannot come to an end of exppungment. The ability to follow 1450-01 and 1450 must be application this matter. While so, me not taking any other para-pro portion as they wanted me to be placed into Mrs Washburn class. It's my understanding each teacher does there own hiring and Mrs Washburn was not present to hire me, nor were there any type of document signed by her to this agreement, and I myself didn't sign any agreement as allegated in KCF summary reports. As Stated this matter is to go forward not dropping. As Ms. Jones stated in her reply KCF believes in holding offenders accountable while supporting their change, now I believes in holding and applying AR 1450-01, 1450-12 to support my claim for dis-crimination and retaliation against me.

filed
5-9-11

Ramos v. Lamm
639 F2d 559 (10th Cir 1980)

I now lock down for 22½ hours with 30 minutes of Pod time among 54 inmates which is not enough time for me to shower, clean my cell, receive legal help from fellow inmates or communicate with outside sources over the telephone. This facility is deliberately affecting my mental health by forcing me to argue and fight over the above rights and creating a hazardous and dangerous living environment for handicap inmates here at Limon. I now request that an investigation be made for the violation of Ramos v. Lamm by the FBI/ and the U.S. Dept of Justice, due to the present administration here at Limon facility. They are bypassing any right ruling by this court in the pass by changing this facility to a level #4 and denying ADA their rights.

On April 26, 2011, a meeting take place were, Mr. Gruber and Mrs Wolf along with Lt Marlock convened to clear-up my step (1) greivence. I was present with the allegations concerning the administrative letter I had wrote and, they clique to agreeing there was an misunderstanding as to how I was classified (as a para-pro) when I first got hired. I opposed their agreement on the outcome of this meeting. I argued they just wanted to satisfy their needs in coming to some type of remedial to hault the AR-850-15 complaint against Mrs Gruber. As I asserted, based upon the filing of the complaint with CDOC administration was to correct the false COPD conviction for threatening that costed me 8 points for something I didn't do. As stated I felt my cell was searched in retaliation to due with the filing of the grievance on March 22, 2011 against Mr. Gruber. I disagree with any remedy made by staff here at LCF, if the overall issues raised at this hearing cannot come to an end of expungment. I ask that the 1453-01 and 1450-12 be applied in this matter. As to me not taking any other para-pro portion was they wanted me to be placed into Mrs Mashburn class. It's my understanding each teacher does their own hiring and Mrs Mashburn was not present to hire me, nor were there any type of document signed by her to this agreement, and I myself didn't sign any agreement as alleged in LCF summary reports. As Stated this matter is to go forward not dropping. As Ms. Jones stated in her reply LCF believes in holding offenders accountable while supporting their charge, now I believes in holding and applying AR 1450-01, 1450-12 to support my claim for dis crimination and retaliation against me.

filed
5-9-11



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Gregory C. Langham
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

This is the best quality copy of the following document.

Clerks Office
United States District Court

# STATE OF COLORADO
# DEPARTMENT OF CORRECTIONS
# OFFENDER APPEAL FORM

DC FORM 150-1D (REVISED [illegible]02)

CASE NO. 110898

1. Offender Name: Louis Peoples Jr. 2. DOC No. 43943

3. Current Facility: LCF 4. Facility Initiating Hearing: LCF

5. Type of Appeal: ____ Disciplinary ✓ Classification 6. Date Hearing Held: 4-11-11

7. Basis of Appeal (check the boxes which apply) Please Print. **Be brief-no additional attachments allowed.**

☐ PROCEDURES NOT FOLLOWED: (State specifically what procedures were not followed)
☐ LACK OF SUBSTANTIAL EVIDENCE: (State specifically what evidence was not present in this hearing)
☒ NEW EVIDENCE: (State specifically what new evidence exists to affect the decision)

[illegible]

Do NOT attach additional page. Additional attachments may not be considered.

8. Offender Signature: [illegible] Date: 4-27-11

## RECEIPT BY FACILITY

Appeal Received by: [illegible] Name [illegible] Title 5/2/11 Date

## HEARING DECISION (Please type)

10. Conviction is: ☐ Upheld ☐ Reversed ☐ Modified ☐ Remanded Explanation (Must Respond)

By: ______ Administrative Head ______ Date

## RECEIPT BY OFFENDER

11. Appeal Decision received by: ______ Offender Name ______ DOC# ______ Date

______ Staff Witness ______ Date