IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant. That letter requests additional time in which to submit an objection to the previous order of the Special Master.

    IT IS HEREBY ORDERED that Claimant is granted one additional extension of time up to and including **July 8, 2011** in which to submit an objection to the last order of the Special Master.

    SIGNED this 3rd day of June, 2011.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____

                                      Richard M. Borchers
                                      Special Master