ORIGINAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT,
IN THE DISTRICT OF COLORADO

Civil Action No. 92 CV 870 - EWN - OES

BOBBIE EUGENE PRUITT, IN THE INTEREST OF:
JESSE (JESUS) MONTEZ, et. al.,
    Plaintiffs, as representative of themselves and all others similarly situated in this action

v.

BILL OWENS, et. al.,
    Defendants.

## SUPPLEMENT TO OBJECTION TO DEFENDANT CLOSURE OF MONTEZ PLAN, SECT. VI - DESIGNATED FACILITY - FORT LYON CORRECTIONAL FACILITY (FLCF)

Appears here Bobbie Eugene Pruitt in the interest of Plaintiffs, and submits this Supplement To Objection captioned - above filed May 23, 2011, further stating as follows:

1. On May 26, 2011, the 'Pueblo Chieftain' published an article entitled 'Turning to the Feds' by 'Patrick Malone, Columnist'. FRE 201 - Attachment A.

2. It disclosed that 'Governor Hickenlooper' continues to work with Bent County officials and agencies in Washington to help find a new purpose for FLCF to be closed by 'March 1, 2012';

3. This matter is material to the issue raised in OBJECTION, as it establishes a public admission by 'Governor Hickenlooper (Defendant)' of action on-going to go forward with closure of FLCF and working to find a viable option for it's use apart from that agreed upon by the 'Montez Class' and per ORDER at Bench, that being a 'Montez Plan, Sect. VI, Designated Facility'. It appears to be a rush for closure.

4. This suggests both the <u>urgency and importance</u> of redressing and resolving the matters associated with the issue raised in the original filing above as it relates to the out-of-court actions of 'Governor Hickenlooper (Defendant)' discussed therein.

5. If allowed to escape review, this may well lead to repetition of an out-of-court process carried on by 'Governor Hickenlooper (Defendant)' which manifests more harms to the 'Montez Class', including systematic closure of other, if not all, 'Montez Plan, Sect. VI - Designated Facilities'.

6. Additionally, 'Governor Hickenlooper (Defendant)' may as needed be called and interrogated by this Court to afford him a fair opportunity to be more transparent and forthcoming on how best to accommodate the 'Montez Class' in compilance with the 'Montez Plan', including 'Sect. VI - Designated Facility' as effected within the 'Federal Judicial Process' with 'fundamental fairness'. FRE 614.

7. This matter material to this issue has arisen subsequent to the original filing of OBJECTION, thus, could not have been added to the record at such time.

8. Ordinarily when an objection is made as to what has occurred or is about to occur, it may warrant a Judges immediate ruling on the point.

9. Here, it's requested that this Court supplement the record with the material relevant to the issue, and effect Motion For Injunction for cause said in OBJECTION, para. 23 - 25. Representations here merit ruling as this Court deems proper.

10. Once again, the Executive and Legislative Process effected by 'Governor Hickenlooper (Defendant)' which steamrolled the FLCF issue on closure for his approval, was not indicative of 'procedural due process' which guarantees 'fundamental fairness' demanded within the 'Federal Judicial Process' to prevent harm to the 'Montez Class';

11. It appears only to be that of a cost saving scheme with unsettling consequences for the 'Montez Class' discussed in OBJECTION above.

- 1 -

12. Done in good faith, under penalty of perjury. 28 USC § 1746. 18 USC § 1621.

WHEREFORE, again I pray that this Court, where also supplementing the record requested above, give fair weight to this objecting in the interest of the 'Montez Class' upon due consideration by all parties counsels.

Date: June 1, 2011

Respectfully submitted

Bellin Eugene Pruitt #43418
Objector
Box 1000; Unit: 4-1-142A (FLCF)
Ft. Lyon, Co. 81038

### Certificate of Mailing

I hereby declare (certify, verify, or state) that I duly placed a true and correct copy of the foregoing Supplement To Objecting To Defendant Closure of Montez Plan, Sect. VI - Designated Facility: Fort Lyon Correctional Facility (FLCF) in a sealed postage paid envelop, and deposited it in the United States Mail addressed to:

Paula Greisen, Esq.
King & Greisen, LLP
Attorneys at Law
1670 York Street
Denver, Co. 80206
(Counsel for the Plaintiff Class)

Elizabeth H. McCann, Esq.
Deputy Attorney General
Office of the Attorney General
1525 Sherman Street, 4th Fl.
Denver, Co. 80203
(Counsel for Defendants)

Date: June 1, 2011

(s) Bellin Eugene Pruitt #43418
Declarant

-2-

Cont': SUPPLEMENT TO DETECTION (Montez, et. al. v. Owens, et. al., 92cv0870)   Attachment A
(Ref.: Pg.1, Para.1)

# Turning to the feds

**State and Bent County officials seek new role for Fort Lyon prison buildings.**

**By PATRICK MALONE**
THE PUEBLO CHIEFTAIN

DENVER — Bent County Commissioner Bill Long and Gov. John Hickenlooper's Chief of Staff Roxane White met with federal officials in Washington, D.C., on Wednesday in their quest to find a use for Fort Lyon Correctional Facility, which fell victim to state budget cuts.


**Bill Long**

Long and White met with representatives of the U.S. Department of Veterans Affairs and the U.S. Department of Interior in addition to Colorado's congressional delegation to discuss options for Fort Lyon's future.

"The Bent County Development Foundation and Governor Hickenlooper's office have put together a strong advocacy team for the repurposing of Fort Lyon," Long said. "This will likely be a long process, but we are very hopeful we will be successful."

About one in eight people who work in Bent County are employed by the prison. The business community, school system and the housing market are bracing for an aftershock from the prison's closure. The 204 employees of the prison have been offered jobs within the Colorado Department of Corrections, but most would need to move out of town in order to accept them.

Hickenlooper urged shuttering the prison near Las Animas to save $6 million annually as part of his budget-balancing package. Its decade as a state prison will end March 1. Before that, Fort Lyon was a veterans' hospital. It will revert to federal ownership upon its closure as a state prison.

"We continue to work with Bent County officials and agencies in Washington to help find a new purpose for the Fort Lyon prison facility," Hickenlooper said. "It's a wonderful campus and could be put to great use by a host of different federal agencies and businesses."

A working group from the governor's office and Bent County has met almost a dozen times in recent weeks to strategize the next step for the site. The group will continue to meet until a viable option for Fort Lyon is found, according to Hickenlooper's press office.

*pmalone@chieftain.com*