```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX038390
Cashier ID: sg
Transaction Date: 06/03/2011
Payer Name: STATE OF COLORADO
-------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $10.00
-------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 211916
 Amt Tendered:  $10.00
-------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

NO PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

08-1399