IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-549
Category: Untimely Filed Claim
Claimant: Bobbie Eugene Pruitt, #43468
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the supplement to objection (*Doc. 5084*) filed by Claimant. This supplement relates to an objection that has been dismissed. Claimant objects to the announced closing of the Ft. Lyon Correctional Facility.

    Claimant is represented by class counsel. His concerns about the closure of FLCF must be relayed to class counsel. Claimant may not file *pro se* motions in this case. Class counsel are responsible for representing all members of the class on systemic issues. The announced closure of the Ft. Lyon Correctional Facility is a systemic issue.

    IT IS HEREBY ORDERED that the supplement to objection of Bobbie Eugene Pruitt is dismissed, as Claimant is represented by class counsel who must deal with the closure of FLCF.

    SIGNED this 8th day of June, 2011.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master