IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

BILL RITTER, *et al.*,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective June 13, 2011, the law firm, address, telephone number, fax number, and e-mail address for Edward T. Ramey, counsel for Plaintiffs will be as follows:

>   Edward T. Ramey
>   Heizer Paul Grueskin LLP
>   2401 15th Street, Suite 300
>   Denver, CO 80202
>   Main:  303-595-4747
>   Direct:  303-376-3712
>   Fax:  303-595-4750
>   Email:  eramey@hpgfirm.com

Dated this 13th day of June, 2011.

>   *s/ Edward T. Ramey*
>   Edward T. Ramey
>   Isaacson Rosenbaum P.C.
>   1001 17th Street, Suite 1800
>   Denver, Colorado 80202
>   Telephone:  (303) 256-3978
>   Fax:  (303) 292-3152
>   E-mail:  eramey@ir-law.com
>
>   ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

Paula Dee Greisen
greisen@kinggreisen.com
Jennifer Wardner Riddle
riddle@kinggreisen.com
*Attorneys for Plaintiffs*

(beth.mccann@state.co.us)
Elizabeth H. McCann, Deputy Attorney General
James X. Quinn
James.Quinn@state.co.us
Jennifer Susan Huss
jennifer.huss@state.co.us
Robert Charles Huss
willow.arnold@state.co.us
rob.huss@state.co.us
Willow Ivana Arnold
*Attorneys for Defendants*

Brice A. Tondre
briceatondrepc@msn.com

Castelar M. Garcia
slvlaw@gojade.org

H. Earl Moyer
mbvlaw@mbv1.net

Patricia S. Bellac
psblawfirm@comcast.net

Gillian Dale
daleg@hallevans.com

Thomas J. Lyons
lyonst@hallevans.com