**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-JLK

**JESSE (JESUS) MONTEZ**, *et al.*,

      Plaintiffs,

v.

**JOHN HICKENLOOPER**, *et al.*,

      Defendants.

---

**PLAINTIFFS' MOTION FOR SIXTY DAY EXTENSION OF TIME FOR PLAINTIFFS**
**AND DEFENDANTS TO FILE THEIR REBUTTALS TO PARTIES' PROPOSED**
**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

---

      Plaintiffs, through counsel for the Class, Paula Greisen and Jennifer Riddle of King &

Greisen, LLP, Edward Ramey of Heizer Paul Grueskin LLP, Blain Myhre of Blain Myhre LLC,

and Lara Marks of Isaacson Rosenbaum P.C., and pursuant to D.C.COLO.LCivR 6.1(C),

respectfully request a sixty day extension of time – until August 22, 2011 – for all parties to file

their rebuttals to one another's proposed Findings of Fact and Conclusions of Law.  In support of

this Motion, Plaintiffs state as follows:

      1.    <u>Certification Pursuant to D.C.COLO.LCivR 7.1(A)</u>:  Undersigned counsel

certifies that Plaintiffs' counsel has conferred with Deputy Attorney General Elizabeth H.

McCann, Esq,, counsel for the Defendants, regarding the relief sought in this Motion.  Ms.

McCann has authorized Plaintiffs' counsel to advise the Court that Defendants will consent to a

thirty day extension, but do not consent to the full sixty day extension requested in this Motion.

      2.    The compliance hearing in this matter concluded on November 10, 2010.  On that

date, the Court ordered the parties to file their proposed Findings of Fact and Conclusions of Law on March 15, 2011, and their rebuttals on April 15, 2011.

3.      As a result of an extended period of time for the production of the transcripts of the compliance hearing, the parties filed a Joint Motion for Extension of Time on February 7, 2011, requesting an extension to May 2, 2011, to file their proposed Findings of Fact and Conclusions of Law, and to June 1, 2011, to file their respective rebuttals.  The Court granted the Joint Motion on February 9, 2011 [Dkt. No. 4976].

4.      The parties filed a second Joint Motion for Extension of Time [Dkt. No. 5034] on April 21, 2011, requesting an extension to May 16, 2011, to file their Proposed Findings of Fact and Conclusions of Law, and to June 16, 2011, to file their rebuttals.  The Court granted this Joint Motion on April 22, 2011 [Dkt. No. 5035].  This was followed on May 12, 2100, by an Unopposed Motion by the Plaintiffs [Dkt. No. 5062] for an additional one week extension, due to an illness, for both the proposed findings/conclusions and the rebuttals.  The Court granted this Motion on May 13, 2011 [Dkt. No. 5063].

5.      The parties' proposed Findings of Fact and Conclusions of Law were filed on May 23, 2011 [Dkt. Nos. 5068, 5069].  The parties' rebuttals are now due on June 21, 2011.

6.      In the wake of the filing of the parties' proposed Findings of Fact and Conclusions of Law, the law practices of all of Plaintiffs' attorneys – with the exception of lead counsel Ms. Greisen – have suffered severe disruptions.  On a positive note, Ms. Riddle has departed (three weeks earlier than anticipated) on an extended maternity leave and will not be available to assist with the preparation of Plaintiffs' rebuttal.  On a less positive note, the law firm with which Mr. Ramey, Mr. Myhre, and Ms. Marks have been affiliated for many years – Isaacson Rosenbaum

P.C. – has literally and quite precipitously collapsed and will permanently close its doors on June 30, 2011.  In the context of the latter development, three of Plaintiffs' counsel are in the process of relocating to other firms or establishing their own law practices (and attempting to assist others in doing the same), largely without their critical support staff, in the midst of numerous pending court and client matters, and without immediate and ready access to the substantial evidentiary materials generated during the extensive compliance hearing.  At this stage, Ms. Greisen – herself laden with a busy law practice, family commitments, and the absence of Ms. Riddle – has been all but abandoned in her effort to produce a timely rebuttal.

      7.     Due to the importance, volume, and complexity of the matters at issue in this case, Plaintiffs reluctantly – but realistically – request a further sixty day extension for all parties to submit their rebuttals to one another's proposed Findings of Fact and Conclusions of Law.  It is highly probable that it will be weeks until the Plaintiffs will be able to reassemble all necessary people and materials and be able to coordinate the logistics for the production of an appropriate rebuttal from their newly disparate locations.

      8.     It is submitted that no material prejudice will be suffered by any party as a result of the granting of this Motion.  The Court's consideration is respectfully requested.

Respectfully submitted this __ day of June, 2011.

*Attorneys for Plaintiffs*


*/s/ Edward T. Ramey*
Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Phone:  303-595-4747
Fax:  303-595-4750
Email:  eramey@hpgfirm.com

Paula Greisen
Jennifer Riddle
King & Greisen, LLP
1670 York Street
Denver, CO 80206
Phone:  303-298-9878
Fax:  303-298-9879
Email:  greisen@kinggreisen.com
           riddle@kinggreisen.com

Blain D. Myhre
Blain Myre P.C.
P.O. Box 3600
Englewood, CO 80155
Phone:  303-250-3932
Email:  blainmyhre@gmail.com

Lara E. Marks
Isaacson Rosenbaum P.C.
1001 17th Street, Suite 1800
Denver, CO 80202
Phone:  303-292-5656
Fax:  303-292-3152
Email:  lmarks@ir-law.com

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this ___ day of June, 2011, a true and correct copy of the foregoing was served on the following e-mail addresses via CM/ECF:

Elizabeth H. McCann
James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Department of Law
beth.mccann@state.co.us
James.Quinn@state.co.us
jacquelynn.fredericks@state.co.us

*Attorneys for Defendants*

/s/ Edward T. Ramey
Edward T. Ramey