IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

**JESSE (JESUS) MONTEZ,** *et al.*,

      Plaintiffs,

v.

**JOHN HICKENLOOPER**, *et al.*,

      Defendants.

## PROPOSED MINUTE ORDER

Judge John L. Kane **ORDERS**:

      Upon consideration of Plaintiffs' Motion for Sixty Day Extension of Time for Plaintiffs and Defendants to File their Rebuttals to Parties' Proposed Findings of Fact and Conclusions of Law, and finding good cause shown, the Court GRANTS the Motion.  The parties' Rebuttals shall be due on August 22, 2011.

      Dated this __ day of _____, 2011.

                                                          _____
                                                          Judge John L. Kane