IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.     **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff's Motion for Sixty Day Extension of Time for Plaintiffs and Defendants to File Their Rebuttals (doc. #5088) is **GRANTED**. The court notes that defendants agree only to a thirty day extension, however, in light of the circumstances, the extension of time is granted for plaintiffs and defendants up to and including August 22, 2011.

Dated:  June 17, 2011