IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

_____

Claim Number C-011
Category C
Claimant: Neil F. Creeden, #127412
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

     THIS MATTER comes before the Special Master on letters of Claimant requesting assistance in obtaining a replacement battery for his vibrating watch. Claimant's letters will be treated as a single motion for affirmative relief.

     Claimant came into DOC custody after August 27, 2003. There is no jurisdiction over Claimant's motion. In addition, Judge Kane has ruled that no additional *pro se* motions are to be accepted. Claimant will need to contact class counsel for assistance, as the Court has no jurisdiction to consider this motion.

     IT IS HEREBY ORDERED that the motion of Neil F. Creeden is dismissed for lack of jurisdiction; and

     IT IS FURTHER ORDERED that a copy of the letters will be provided to class counsel for such action as may be deemed appropriate; and

     IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 19, 2011.**

SIGNED this 13th day of June, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master