IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-539
Category: Untimely Filed Claim
Claimant: John N. Mahirka, #52957
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter and documents of John N. Mahirka. The letter was received on June 9, 2011 and requests assistance in obtaining ADA accommodations. The letter will be treated as a motion.

Judge Kane has ruled that no additional *pro se* motions are to be accepted. There is no jurisdiction over this motion. Claimant's remedy is to contact class counsel for assistance or file a separate lawsuit under the ADA.

IT IS HEREBY ORDERED that the letter of John Mahirka, being treated as a new motion, is dismissed for lack of jurisdiction; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 19, 2011.**

SIGNED this 13th day of June, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master