Case No. 1:92-cv-00870-CMA-MEH  Document 5092  filed 06/20/11  USDC Colorado  pg 1 of 1

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2011

GREGORY C. LANGHAM
               CLERK

92-cv-00870-JLK

June 16 2011

To The Clerk of The United States District Court,

My name is Mr. John Nicholas Mahirka DOC #52857 and i would like to object the decision made by the Special Master on the decision he gave my case also the special master i feel has been totally biase'd in my case and has passed judgement before we even had a chance to be appointed legal consel in my case, that i slipped and fell in a A.D.A. bathroom which im A.D.A. hearing impaired and seizures.

He also never gave back my Grievences in this matter can i be treated fair in this a letter is not a motion in any case so i leave it in your hands on this matter i pray that you'll treat me fair in this matter!

I await your responce.

Respectfully Mr John N Mahirka