JUDGE JOHN L. KANE
UNITED STATES COURTHOUSE
901-19th Street, Room A-105
Denver, Colorado 80294-2589

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2011

GREGORY C. LANGHAM
CLERK

June 15, 2011.

TO: Judge Kane;
I am writing this letter to ask for some help from you in this matter.

As D.O.C. at Colorado Territorial Correctional Facility are not honoring your REMEDIAL PLAN that you provided in 2008 Case 1:92CV-0087-EWN-OES Document 3326, on page three no:9, in States as follows;

MONTEZ: REMEDIAL PLAN:

PAGE THREE LINE NINE:

All repairs needed to euxiliary aids shall be completed within sixty days of the day that the inmate reports the need for repair. This time period shall apply to all auxiliary aids, inluding but not limited to hearing aids and wheelchairs. Inmate who have experienced delays exceeding sixty days between Aug. 27,2005 and July 27, 2007, for the repair or replacement of wheelchairs, hearing aids, crutches, or canes of any kind (Including blind canes or those assisting with mobility issues). Are entitled to file a request for compensation for the delay to the Office of the AIC and shall be compensated $5.00 per thirty day period he/she was without his/her assistive device beyond the sixty days allotted for repair or replacement of wheelchairs, hearing aids, crutches, or canes of any kind, shall be entitled to compensation of $10.00 per each additional thirty day period was without his/her assistive device..

HERE IS ALL MY EVIDENCE THAT I HAVE AS FOLLOWS:

EXHIBIT A: Five sick call kites sent to medical department from Sept. 2, 2010, Oct. 8, 2010, April 1, 2011 May 16,2011, June 1, 2011.

EXHIBIT B: Two messages from medical that I received from infirmary nurse R. Button, RN. III one on Oct 13,2010 at are mail call at 4:00 P.M. the second one was Oct. 15, 2010 at are mail call again.

EXHIBIT C: GRIEVANCE ONE:

    Was sent on 11-22-10 and the response was received on 1-5-11 with its Grievance no. is D-ct 10/11-194.

EXHIBIT D:

    Received new hearing aid, after 96 days of request of hearing aid, replace, received on Dec. 8, 2010 at 1:00 pm. hearing aid no; plus 5 E109;281430...

EXHIBIT E: GRIEVANCE II:

    Was sent on 12-30-10 and the response was received on 2-11-11 with its Grievance no; is D-ct-10/11/194..

EXHIBIT F: GRIEVANCE III:

    Was sent on 2-14-11 and the response was received on 4-2-11 Grievance no; is D-ct 10/11/194..

    This is my evidence up to this date, and you can see right now D.O.C. and Colorado Territorial Correctional Facility has mistreated your REMEDIAL PLAN.

    As right now all I need is the plastic Tubing the the hearing aid that holds the ear pace in your ear, and with out it the hearing aid is no good. And right now it has been over sity days sence I have put my first sick call kite in just for this..

    Judge Kane; this is why I am asking you for your help in this matter as D.O.C. and Colorado Territorial Correctional Facility is still mistreating some inmates here in this prison. By not following your REMEDIAL PLAN by Montez, which is very very wrong...Which I am sure you will agree with me.

Respectfully Submitted this ___15th___, day of June 2011..


Respectfully Submitted,


/s/ _Dennis Dale Dunann_
    Mr. Dennis Dale Dunann; 44108, 7-L-1-12
    Colorado Territorial Correctional Facility
    Post Office Box 1010
    Canon City, Colorado  81215-1010

① 7:00 AM RECEIVED ON 10-13-10
4:00 P.M mail call

## REQUEST FOR SICK CALL

NAME: Mr Dunann D.D         NUMBER: 44108

DATE: 9-2-10         LIVING UNIT: 2L-1-12

WORK ASSIGNMENT: Tab Plant

**Offender needs to be seen by: (CHECK ONLY ONE)**

XXXX Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

         Prescription Number: _____

XXX Other: Hearing Aid and Tubeing

Explain your need for request: My self hearing aid is broken in pictures I also need two new pices of tubing as soon as you can Please. I hope you can do this as I need to use both hearing Aids, Thank You.

**Offender's request was received at Dispensary:**

Date: _____   By: _____

Action Taken: _____

Exhibit A-1

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

---

NO: 2 That was filed. IT HAS BEEN OVER 30 days from NO. 1

## REQUEST FOR SICK CALL

NAME: Mr Dunann D.D         NUMBER: 44108

DATE: 10-8-10         LIVING UNIT: 2L-1-12

WORK ASSIGNMENT: Tab Plant

**Offender needs to be seen by: (CHECK ONLY ONE)**
                                    DOCTOR

XXX Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

____ Self Medication: Refill Name: _____

         Prescription Number: _____

XXXX Other: HEARING AID, AND HEARING AID TUBEING

Explain your need for request: SECOND REQUEST FILED, NEW OR FIXED MY HEARING AID AS IT IS BROKEN, NEED NEW TUBEING FOR BOTH HEARING AIDS ALSO. THANK YOU.

**Offender's request was received at Dispensary:**

Date: _____   By: _____

Action Taken: Consult for repair placed 10/12

Exhibit A-2

RECEIVED ON 10-13-10 mail call AT 4:00 P.M

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

## Form 1 (left)

NO: 1  4-1-11  7:00 A.M.

**REQUEST FOR SICK CALL**

NAME: MR. DUNAVIN, D.D   NUMBER: 44103

DATE: 4-1-11   LIVING UNIT: 7L 1-12

WORK ASSIGNMENT: Tag Plant

Offender needs to be seen by: (CHECK ONLY ONE)

- XXX Physician Assistant/Nurse Practitioner  DR. FishdePene
- ___ Dentist
- ___ Nurse
- ___ Mental Health
- ___ Self Medication: Refill Name: _____
       Prescription Number: _____
- XXX Other: Hearing Aid Tubeing

Explain your need for request: NEEd hearing aid Tubeing Now, As They are falling a Part. First Request...

Offender's request was received at Dispensary:

Date: _____   By: _____

Action Taken: _____

Exhibit A-3

20053  Distribution:  White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

## Form 2 (right)

NO: 2  5-16-11  A.M  7:45  IT is over 30 days now

**REQUEST FOR SICK CALL**

NAME: MR. DUNAVIN, D.D.   NUMBER: 44108

DATE: 5-16-11   LIVING UNIT: 7L 1-12

WORK ASSIGNMENT: Tag Plant

Offender needs to be seen by: (CHECK ONLY ONE)

- XXX Physician Assistant/Nurse Practitioner  DR. FishdePene
- ___ Dentist    Please do Another consult
- ___ Nurse      Watch sick call
- ___ Mental Health    for appts
                 NO ANSWER FROM
- ___ Self Medication: Refill Name: 4-1-11 7:00 A.M
       Prescription Number: _____
- XXX Other: Hearing Aid Tubeing

Explain your need for request: NEEd hear Aid Tubeing Now, As They are falling A Part. This is SECOND Request...

Offender's request was received at Dispensary:

Date: 5-18-11   By: _____

Action Taken: _____

Exhibit A-4

20053  Distribution:  White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

*Third Kite*
*Filed 6-1-11*
*7:00 AM*

# REQUEST FOR SICK CALL

NAME: MR. DUNAHON, D.D.   NUMBER: 44108

DATE: 6-1-11   LIVING UNIT: 7-L-1-12

WORK ASSIGNMENT: Tab Plant

**Offender needs to be seen by: (CHECK ONLY ONE)**

XXX Physician Assistant/Nurse Practitioner

____ Dentist

____ Nurse

____ Mental Health

This is the Third sick call kite that I have put in on my hearing Aids. New Eartonk on right hearing Aid on 5-14-11 new tubing on a 11 by doctor. Remedial Clan- my Left hearing Aid Tubing is broken + cannot be used + my right one, in ear

____ Self Medication: Refill Name: _____ Because of this problem, now, each inmate

Prescription Number: should have two

____ Other: Sets of hearing Aid Tubing for Each

Explain your need for request: Inmate so this problem couldn't happen again. A Grievance is being filed now and a copy is being Sent to Judge Kane too.

**Offender's request was received at Dispensary:**

Date: _____   By: _____

*Exhibit 4*

Action Taken: _____

20053 Distribution:   White Copy-Dispensary   Canary Copy-Medical   Pink Copy-Offender

One copy distribution one to Judge, one for me

RECEIVED ON 10-13-10 4:00 PM mail call

# MESSAGES FROM MEDICAL

**NAME: Dunann, Dennis**

**DOC #: 44108**

**UNIT: CH-7**

**DATE: October 6, 2010**



Medical DME made note that your hearing aid and tubing is broken in two. An order has been placed with the provider for a consult to resolve this issue.

Thank you for being patient on this matter.

Thank You,

R. Button, RN III
Infirmary Supervisor / DME

Exhibit B-1

# MESSAGES FROM MEDICAL

NAME: Dunann, Dennis

DOC #: 44108

UNIT: CH-7

DATE: October 13, 2010



A consult has been placed for repair of your hearing aid. Once approved, the repair will be scheduled.

Thank you for being patient on this matter.

Thank You,

R. Button, RN III
Infirmary Supervisor / DME

Exhibit B-2

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 11-22-10    Case Manager: Fisher

Grievance Number: 0-CT 10/11-A4    STEP (Circle One) **1** 2 3

NAME: Dunann, Dennis    DOC NO.: 44108    FACILITY/UNIT/POD: C.T.C.F 7-2-1-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

**Subject of Grievance and Requested Meaningful Remedy:** BY: MONTEZ YOU HAVE ONLY 60 days TO COMPLETE MY REQUEST FOR MY HEARING AID REPAIR OR REPLACEMENT. THAT MEANS FROM THE DAY THAT MY REQUEST WENT IN TO BE FIX, YOU HAVE 60 days TO COMPLETE THE CIRCLE. NOT SIXTY (60) days AFTER THE REQUEST WAS PUT IN. IT MEANS BETWEEN DAY 1 (ONE) TO DAY "60" "SIXTY". MY FIRST REQUEST WAS SEPT. 2, 2010 MY SECOND REQUEST WAS OCT. 4, 2010 I HAVE TWO NURSES THAT WILL STATE THAT I HAD PUT MY REQUEST IN ON THE SECOND DAY OF SEPT. 2010 THAT IS WAY OVER YOUR 60 (SIXTY) day PERIOD OF TIME... MY REMEDY IS TO BE PAID FOR TIME THAT MONTEZ STATES BY JUDGE KANE. AS A COPY HAS BEEN SENT TO MONTEZ ATTORNEYS AND ONE TO THE JUDGE ALSO...

**TO BE COMPLETED BY OFFENDER:**
DATE: 11-22-10    OFFENDER SIGNATURE: M. Dennis Dunann #44108

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 11/24/10    SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Mary Ann Majezak #11335
Date ADA grievance sent to AIC: 11/24/10

**RESPONSE:** SEE ATTACHED RESPONSE

• RECEIVED
NOV 3 0 2010
Office of Correctional Legal Services

Julie Russell #5821
Office of Legal Services
AIC-ADA Inmate Coordinator

**TO BE COMPLETED BY RESPONDER**
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |
|---|---|---|
| 11-30-10 | Valerie Ellis 15453 | |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 1-5-11    OFFENDER SIGNATURE/PRINT NAME & DOC #: M. Dennis Dunann 44108

Original: Department File/AIC    Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)
Attachment "A"
Page 1 of 1

Exhibit C-1

11/24/10 2xc offender
AIC = O.R.
JAN 6 2011

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245

Office of ADA Inmate Coordinator (AIC)



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:        Valerie Fillis, AIC Designee VF
             Office of the AIC
Received Grievance: November 30, 2010
Sent Response:     December/6, 2010
Offender Name:  Dunann, Dennis
DOC No:  44108
Facility:  CTCF
Grievance No: D-CT 10/11-194

**DISABILITY STATUS:** Per Accommodation Resolution dated August 17, 2009 you were determined TO HAVE a qualifying hearing disability and a mobility disability.

**In the grievance referenced above, you allege the following:**
1. You claim that on September 2, 2010 you made a request to repair or replace your hearing aid. .
2. You claim that on October 4, 2010, you made your second request to repair or replace your hearing aid.
3. You claim that the 60 day time period has expired.

**Requested Relief/Remedy:**
1. You would like to paid pursuant to the Montez stipulated agreement for the time that exceeded the 60 day compliance period.

**Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:**
1. CTCF Clinical Services was contacted and they stated that your right hearing aid was repaired on November 3, 2010. The left hearing aid was sent to factory for repair and Clinical Services is waiting for it to be returned from the factory.
2. Therefore, Clinical Services is in substantial compliance with the Montez stipulated agreement. This agreement provides that "Once the need for repair or replacement is verified, the inmate shall be issued an appropriate appliance or accommodation as soon as possible. This procedure applies to replacement of batteries for hearing aids and other appliances."
3. The Montez stipulated agreement provides that DOC has 60 days to process a request for accommodations. That time frame runs between the dates that DOC staff was made aware of the situation until the situation has been resolved. DOC also was granted a 30 day grace period that provides them the opportunity to correct the situation. Therefore, money damages would not even begin to accrue until 90days from the date that DOC staff members are made

Exhibit C-2

aware of a repair or replacement of Health care appliances and the time that the situation was resolved.

**CONCLUSION:** Your left hearing aid was repaired and your right hearing aid is being repaired at the factory and will be returned to you once it is in working order. Your request for payment is denied.

**GRIEVANCE DENIED IN FULL**

cc: AIC File.

Exhibit C-3

Durable Medical Equipment

Dunann - 44108
CH - 7                    12/8/10

Sec 4DME CONTRACT

COPY

# COLORADO DEPARTMENT OF CORRECTIONS

## Durable Medical Equipment (DME) Contract

_Dunann      44108 - CTCF_
Name, DOC # & Facility

I am being issued  _Left Ear Hearing Aid    Plus5   E109281430_
                        Equipment type              Serial/ID #     Model #        Size

on this date  _12/8/10_ .

I understand that I share in the responsibility to keep the durable medical equipment listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this durable medical equipment. If I allow others to use this equipment, my use of the durable medical equipment may be limited, restricted or removed.

I understand that I must report any issues concerning the repair of this durable medical equipment to Clinical Services staff through the kite system. DOC is responsible to repair or replace the equipment within 60 days of receipt of my kite indicating there is a problem with the equipment.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this equipment, I will be responsible for the replacement cost of the equipment. In this event, I may request replacement of the same equipment at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this durable medical equipment, I will face COPD charges for abuse of clinical services, and destruction of state property.

I understand that if I use this durable medical equipment inappropriately and my inappropriate use of such equipment results in a COPD violation, my use of the assigned durable medical equipment may be limited, restricted or removed.

_____
Offender signature
44108

_Lauren Palmer  12/8/10_
Staff signature & date

12/8/10

cc: Facility Property Officer
    HQ CLS ADA Scheduler    Fax# 719-226-4565
    CLS Medical Case Manager  Fax # 719-269-4075 or 719-269-4072
June 2008

EXHIBIT D

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒  No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 01-03-10   Case Manager: Ryan Fisher

*Not able to submit due to lockdown. -RF*

Grievance Number: D-CT 10/11-194   STEP (Circle One) 1 ②  3

NAME: MR. DENNIS D. DUNCANN   DOC NO. 44108   FACILITY/UNIT/POD: C.T.C.F. 7-2-1-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: This is a step two grievance; I filed a step one grievance on 11-22-10. By Montez you only have sixty "60" days to complete on my request to fix or replace my hearing aid. First request was filed on 9-2-10. Second request was 10-7-10. I was sent to the hearing aid clinic on this date 11-3-10. I was told by the hearing aid clinic that it would take two and a half weeks from this date, I would receive my new hearing aid... Did not receive my new hearing aid until Dec. 8, 2010 at 1:15 P.M This Date.. received by L. Palmer, Hearing aid serial/ID# Plus 5 = E-109281430: By D.O.C. By Montez you only hav sixty days to complete this and this is from day one to day sixty and not ninety six days. Remedy of this grievance is $300.00 with no 0% taken off this because it took 96 days or more to complete on this grievance two and no on step one grievance... Because of a lockdown at C.T.C.F. case manager Fisher was not available for this inmate to hand in this step 2 grievance on time 12-30-10 Mr. Dennis Duncann

**TO BE COMPLETED BY OFFENDER:**
DATE: 12-30-10   OFFENDER SIGNATURE: [signed] 44108 MR. DENNIS D. DUNCANN

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 1/4/11   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Mary Ann Majszak #11335

Date ADA grievance sent to AIC: 1/4/11

RESPONSE RECEIVED   SEE ATTACHED RESPONSE dated February 1, 2011.

JAN 07 2011

Office of Correctional Legal Services

**TO BE COMPLETED BY RESPONDER**
DATE GRIEVANCE REC'D BY RESPONDER: 1/7/2011   RESPONDER: Joan M Shoemaker #2695   RESPONSE DATE: 2-3-11

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 2-11-11   OFFENDER SIGNATURE/PRINT NAME & DOC #: [signed] Duncann 44108

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

1/4/11 2xc offender

Exhibit DF-1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 579-9580
Fax: (719) 226-4755
Web: www.doc.state.co.us



John W. Hickenlooper
Governor

Tom Clements
Executive Director

## MEMORANDUM

To: Offender Dunann, #44108

From: Joan M. Shoemaker
Deputy Director of Prisons/Clinical Services

Date: February 1, 2011

RE: Step 2 grievance D-CT10/11-194

On November 22, 2010, you filed a Step 1 grievance in which you requested your hearing aids be repaired or receive compensation for time past the 60-day limit. On November 22, 2010, the AIC denied your compensation request. You filed a Step 2 grievance on December 30, 2010, in which you request compensation for hearing aid repairs that exceeded the 60-day time limit

Your Step 2 grievance is denied for the following reason:

I have reviewed your medical records and found that the clinic acted appropriately in responding to your request for hearing aid repairs. You submitted a kite on Friday, October 9, 2010 that was reviewed and entered into the system on October 10, 2010, requesting the repair of both the right and left hearing aids. The provider submitted consult on October 12, 2010 that was approved. A referral was sent to the vendor for an appointment, which you attended on November 3, 2010. Your right hearing aid was repaired and returned to you. The left hearing aid needed additional repairs.

The vendor made the necessary repairs and sent the left hearing aid back to the facility and the hearing aid was issued to you on December 8, 2010, exactly 60 days after the clinic was made aware of your request. The repair of both of your hearing aids is well within the time limits of the Remedial plan. Your Step 2 request compensation is denied.

Exhibit E-2

DC Form 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

**OFFENDER MUST COMPLETE:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**CASE MANAGER MUST COMPLETE:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 2-14-11   Case Manager: Fisher

Grievance Number D-CT10/11-194   STEP (Circle One) 1  2  ③

NAME: MR. DENNIS D. DUNANN   DOC NO. 44108   FACILITY/UNIT/POD: C.T.C.F 7-L-1-12

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: This STEP 3 GRIEVANCE is being filed on this date 2-14-11 because my first request was put in on 9-2-10 and not 10-9-10 this other date is my second request for help on my hearing aids problems. Because I through medical did not receive my medical kite. But I received my first kite back on 10-13-10 at the 4:00 P.M mail call and that was stapled inside a message form from nurse R. Button ☒ infirmary supervisor/D.M.E sent me. So from 9-2-10 to 11-2-10 is 61 days. It is not my fault if your medical department waited until Nov. 3 2010 to have me seen by your vendor, as I have a copy of Montez stipulates agreement and it does not have anything on it stating that D.O.C. has a 30 day extension period. It only states 60 days and that is from the first day that a member of your medical staff member was aware of the problem to the 60th day and that means that I should have had both hearing aids in working order by Nov. 2, 2010 and not Nov. 3, 2010 or had to wait 36 extra days for one of the hearing aid to come back to me: That means it took 96 days for me to receive it. Something is very wrong about this. Remedy is to paid $40.00 per month 9-2-10 until this grievance is resolved. If I must I will take this to court. Have the yellow copy of sick call kite and the message from medical as evidence as proof that this is true... will show but will keep for my records only...

**TO BE COMPLETED BY OFFENDER:**
DATE: 2-14-11   OFFENDER SIGNATURE: Mr. Dennis D. Dunann 44108 MR. DENNIS D. DUNANN

**TO BE COMPLETED BY GRIEVANCE COORDINATOR:**
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: Disability
DATE: 2/14/11   SIGNATURE/PRINT NAME & DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #: Mary Ann Majszak #11335
Date ADA grievance sent to AIC: 2/14/11

RECEIVED

FEB 1 6 2011

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: 4-2-11   OFFENDER SIGNATURE/PRINT NAME & DOC #: Mr. Dennis D. Dunann 44108

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"
Page 1 of 1

2/14/11 2xc offender

Exhibit F-1

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:   719.226.4238
Fax:      719.226.4249

Step 3 Grievance Officer

John W. Hickenlooper
Governor

Tom Clements
Executive Director

March 31, 2011

RE: Grievance #D-CT10/11-194

Dear Mr. Dennis Dunann #44108:

I have reviewed your Step 3 grievance that you filed with regard to hearing aid repair.

In review of this matter it is my finding that your hearing aid repair was conducted within the applicable time frames. CDOC has sixty days in which to make repairs to hearing aid following your request, if the repairs take longer than sixty days on the 31st day beyond that date, you would be entitled to $10.00 for the first thirty days beyond the time frame and then $10.00 for each subsequent thirty days that elapse. Using the dates which you provide, you first requested repair on 9/2/10, the repairs were made to your hearing aid on 11/3/2010 and therefore you are not entitled to compensation for the delay in repairs. Based upon the foregoing I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance which you have filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file

*Exhibit F-2*