FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 28 2011
GREGORY C. LANGHAM
CLERK

Date: 6.24.11                                                                 Cover Letter

James R. Manspeaker, Clerk
US District Court, 10th Cir. (Colo.)
901 19th St.
Denver, Co. 80294

Subj.: Request To File Legal Papers ; Notice of Change of Address

Ref.: Montez, et. al. v. Hickenlooper, et. al., Civil Action No. 92 CV 870

Dear Clerk

Attached is a legal paper - In The Matter of: FRCP 53(g)(2) Objection To Order of Dismissal of Special Master.

Special Master - Richard M. Borchers has ordered that matters related to filing of a FRCP 53(g)(2) Objection to his dismissal of Claim (Objection) of the Claimant below, be filed with this Court.

Please File Legal papers and present them to the Judge at Bench in this case asap for consideration and determination as this Court deems proper.

• • • • • •

Please take notice of change of address for claimant below.

Claimant was laterally transferred to the Montez Plan, Sect. VI - Designated Facility = Colorado Territorial Correctional Facility (CTCF) due to a need for Offender Care Aid (local) III's to help provide 'Everyday Living Assistance' for disabled offenders of 'Montez Class'. There is a serious shortage of professional Healthcare Staff, including Nurses at CTCF, and OCA III's are essential to help meet that 'facility need'.

All matters from this court and counsel(s) should be sent to the address below until further notice.

Thank you.

Respectfully submitted
Bobbie Eugene Whitt #43468
Claimant
Box 1010 ; Unit: 7.2.L.1 (CTCF)
Canon City, Co. 81215

cc: Paula Greisen, Esq. (Counsel for the Plaintiff Class)
    James Quinn, office of the Attorney General (Counsel for Defendants)