IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

        Plaintiffs,

   -vs.-

JOHN HICKENLOOPER, et al.,

        Defendants.

---

Claim Number: 03-496
Category III
Claimant: Lankford Wells, #43510
Address of Claimant: c/o P.O. Kathy Ford, 1001 Lincoln Street, Denver, CO 80203

---

## ORDER OF DISMISSAL OF SPECIAL MASTER

---

THIS MATTER came before the Special Master for hearing on the claim of Lankford Wells (Claimant) on June 27, 2011. Present were the following: Jacquelynn Rich Fredericks, attorney for Defendants, and Dr. Timothy Creany, M.D. Claimant did not appear.

Based upon the information provided by Defendants, it is apparent that Claimant has absconded from parole supervision. A warrant has been issued for his arrest. Claimant's whereabouts have been unknown since February 11, 2011.

Claimant was granted the right to have a hearing and establish his claim. He has chosen to abscond while on parole. Claimant has not offered any evidence in support of his claim, and it will be dismissed.

IT IS HEREBY ORDERED that the claim of Lankford Wells is dismissed with prejudice; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Final Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 29, 2011.**

SIGNED this 1st day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master