**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-cv-870-JLK

JESSE MONTEZ, et al.,
    Plaintiffs,
-vs-

BILL RITTER, et al.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 7 2011

GREGORY C. LANGHAM
CLERK

---

Claim No: 03-215
Category III
Claimant: Gordon Raymond Reuell, II
Address of Claimant: Ft. Lyon Correctional Facility, P.O.Box 1000, Ft. Lyon, Co. 81038-1000

---

Claimant's Request For Extension of Time

---

    COMES NOW, GORDON RAYMOND REUELL, II, Pro-se and indigent. Request this Honorable court to GRANT an 60 Day Extension of Time. Appellant states the following meritorious grounds for 60 Day Extension of Time:

1. Appellant has not been contacted by the law firm of King & Greisen, LLp 1670 York Street, Denver, Colorado 80206.

2. Appellant has a case in the Court of Appeals Case Number 10-CA-2099; His Opening Brief was due on or before 25 June 2011. The legal assistant returned the records before Appellant was finished with them due to a due date of 27 June 2011. in the Court of Appeals.

3. Appellant asserts that in that case a Appeal Counsel was granted but has not contacted the Appeallant as yet. Appellant is hoping that the Arapahoe Distict Court will respond to his Motions and Letter to the court the court as of 1 July 2011.

4. A WHEREFORE the Appellant prays this Honorable Court will grant his Motion for 60 Day Extension of Time.

Respectfully submitted on this 1st day of July, 2011.

Appellant

CERTIFICATE OF SERVICE BY MAILING

    I hereby certify that I have mailed a copy of the foregoing Motion "CLAIMANT'S REQUEST FOR EXTENSION OF TIME" THIS 1st day of JULY, 2011 was placed in the United States Mail through the Mail System at Fort Lyon Correctional Facility, Postage prepaid, mailed to the following parties:

1.    Mr. James Quinn
      c/o John Suthers
      Office of the Attorney General of Colorado
      Fifth Floor
      1525 Sherman Street
      Denver, Colorado   80203

_/s/ Gordon Raymond Reuell II_
Appellant
Gordon Raymond Reuell, II