```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX039301
Cashier ID: sg
Transaction Date: 07/06/2011
Payer Name: STATE OF COLORADO
-----------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $3.48
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 212386
 Amt Tendered: $3.48
-----------------------------------
Total Due:      $3.48
Total Tendered: $3.48
Change Amt:     $0.00

NO PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```

8-1399