IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

_____

Claim Number 03-215
Category III
Claimant: Gordon R. Reuell, II, #80544
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

       THIS MATTER comes before the Special Master on Claimant's motion for extension of time. *5101*. Claimant has requested an extension of time. Claimant is granted up to and including September 26, 2011 in which to file any objections he may have to the orders of the Special Master.

       IT IS HEREBY ORDERED that Claimant's motion is granted and he is allowed up to and including **September 26, 2011** in which to file an objection to the either of the outstanding orders of the Special Master.

       SIGNED this 8th day of July, 2011.

                                                  BY THE COURT:

                                                  */s/ Richard M. Borchers*

                                                  _____

                                                  Richard M. Borchers
                                                  Special Master