Shawn Mandel Winkler
12101 HIghway 61
unit 21 CDOC#48319
Sterling, Colorado 80751

```
                                           FILED
                                  UNITED STATES DISTRICT COURT
                                       DENVER, COLORADO
```

TO All Parties:Civil Action No. 92-CV-870-JLK
                Jesse Montez et al.,

                           JUL 12 2011

V.

                         GREGORY C. LANGHAM
                                              CLERK

John Hickenlooper et al..

## NOTICE

Not having reached a reasonable reconciliation in the claimant; Shawn M. Winkler #48319, Claim number 03-140 action, as a class member of the above mentioned civil action, all parties in their professional and or personal capacities, are hereby notified the aboved named, Shawn Mandel Winkler will seek criminal and civil relief from all parties involved for their lack of and or abuse of discretions denying valid relief requested.

Executed this 6 day of July 2011

Shawn M. Winkelr
12101 Highway 61, unit 21
Sterling, Colorado  80751