92-cv-00870-JLK-OES
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2011

GREGORY C. LANGHAM
CLERK

Judge Kane

First of all PLEASE Excuse my hand writing but about 2 months ago I had surgery on my right hand & it was not a success, so I am using only my left & I am supposed to get surgery on it (my left). Then surgery on cervical Area of spine again.

(1)

A while back I was scheduled for a medical appointment (post op.) Because I am Jewish I am alowed to wear a head covering & my Tzitzis at all time including transport.

Long story short, today 7-11-11 makes the second time I have been denied post op. Medical because of being Jewish. Staff here at Limon have stated Ap.s mean nothing to them & I will not transport wearing Jewish items. So I have been denied

(2)

access to medical twice because I am Jewish & this shows it is not a mess up or mistake.

It is policy by the administration at Limon.

I am requesting Emergency intervention by the COURT as my physical condition has & is ~~the~~ rapidly geting worse.

I am at the least requesting a HATE crime investigation because of Anti-Semetic attitudes being expressed

RSJ

Sir I am medically in Trouble & I am told it is my fault because I will not compromise on my Religious Precepts.

Please can I get some help?

Wellman Gibson

7-11-11