

**EMSA CORRECTIONAL CARE**

Sect II
Exhibit

## PROGRESS NOTES

| Date/Time | Inmate Name: Bruenillius, Way | ID 1702 | D.O.B.: 05/24/18 |
|---|---|---|---|

**11-3-97 1300** — M.D. visit, urination problems

96⁸   84   16   114/84

S = *(handwritten, illegible)* on ℞ *(illegible)* — has of medicine *(illegible)* on *(illegible)* and *(illegible)* — was seen in colorado — and felt not *(illegible)* and a finger *(illegible)* in color — and *(illegible)* did not help — *(illegible)*

O = *(illegible)*

**12/10/97** — MD visit (*(illegible)*) ℞

S — *(handwritten, illegible)* not a *(illegible)* *(illegible)* — *(illegible)* *(illegible)* not he *(illegible)* *(illegible)* colon — *(illegible)* colon *(illegible)* — would like to *(illegible)* colon *(illegible)* — *(illegible)* also get colon *(illegible)*.

O — *(illegible)*

*(illegible)* — will get colon *(illegible)*

**PROGRESS NOTES**

Side 2

| Date/Time | Inmate Name: Brusilius, Wayne | ID 1702 | D.O.B.: 05/24/41 |
|---|---|---|---|
| 12/18/91 | Note from HSA that I/M's in cell med privileges have been permanently revoked due to attempts to mail his meds out of the facility - S. Effling, RN | | |
| 12/21/91 1340 | MD Visit ? Wrong Meds. 130/74 - 100-80 | | |
| | S - I/m confused that he was given _____ in _____ form and it making him sick - I check up _____ received all _____ _____ from _____ - will | | |
| | O - _____ prog. _____ - _____ _____ form - | | |
| | O S is _____ _____ at this _____ | | |
| | | | |
| | | | |
| | | | |
| 3-24-98 | Diet Counseling, refused No milk/product diet. Signed refusal. P. Wixsech, RN/BSN | | |
| 3-26-98 1340 | M.D. visit re: ↓ hearing - _____ _____ at this time his _____ not _____ _____ in he _____ - also re hearing on ℗ ear is _____ 10). re ℗ is _____ and hearing - | | |
| | O - re ℗ _____ is red, _____ _____ _____ in flow _____ _____ the _____ will be _____ _____ _____ _____ | | |
| | _____ _____ _____ - _____ - ℗ | | |

 **EMSA ✚ CORRECTIONAL CARE**



## PROGRESS NOTES

| Date/Time | Inmate Name: *Brunsillus Wayne* | ID: 1702 | D.O.B.: 5124141 |
|---|---|---|---|

3/28/98 1301 – IM in ē bleeding from ear. (R) ear
√'d ō otoscop- bottom of ear canal red-
raw – open · sm amt of bleeding noted
(L) ear - red et raw Ø open areas. Attangon...

1440 T.O. Rec'd Dr Cruz Hold ear gtts, D/c
Bactrim DS. Start Keflex 500mg ᵀ QID x
10 d. C ⸻ Attangon LPN

3/30/98 1800 M.D. visit re: Re-√

S – R Can canal is regured any
cerumen gratt the (L)
small Tong, pulviews and they
urgen (R) – ⸺

4/14/99 0900 Dental impression for upper
Partial. Previously commenced
May require log in
B-6 should needs cleaning

RWB J DDS

Ġ

Sect. IV      Exhibit 4



Brunsilius, Wayne
#1702-C      Taken 6/14/98
5-24-41



Brunsilius, Wayne
#1702-C      Taken 6/14/98



Brunsilius, Wayne
#1702-C
5-24-41   Taken 6/14/98



Brunsilius, Wayne
#1702-C
Taken 6/14/98

The  arms turned black resulting from loss.                   of immune system from
 radiation damages and fungal and bacterial meningitis  . We took blood from
patient for shphilis which was negitive, but is a known cause of meningitis
This           condition persisted for 8 weeks due to depleted immune and very
poor health, as stated in file

Exhibit #11

# MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|---|
| 09/98 | | | YES | NO | |
| | LEVEL OF CARE | AS TOLERATED | | |

10/01/98    10/31/98    Allergies  P.O.N. Smoke  milk/milk Products.

S.A.M.

CHECKED BY

S.A.M.   Permanently Reversed   S.A.M.

CHOI

1702 PRAIRIE CORR
BRUNSILIUS, WAYNE

EC
2nd

| REVIEWED | NURSE'S SIGNATURE | DATE |
|---|---|---|
| REVIEWED | PHYSICIAN'S SIGNATURE PHYSICIAN MUST SIGN | DATE PHYSICIAN MUST DATE |

**MEDICATION CHART RECORD**

**S.A.M.**   **S.A.M.**

DATE PRINTED

07/98

LEVEL OF CARE

SOCIAL ACTIVITY MAY PARTICIPATE IN
AS TOLERATED   YES

08/01/98   08/31/98   Allergies   CHECKED BY _____

| | H H R R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**S.A.M.**

121624 NAPROXEN **500MG TAB
TAKE ONE TABLET TWICE A DAY STOP DATE
09/08   7.0-8-25   060898

Magnesium 250mg
BID   R.0.8-25
N-0-b-d 8-15   98

Doxycycline 100mg po Bid
x 10 days
8/23/98   7.0-8-24   (9/2/98)

Allergies:) PCN, Smoke
& milk / milk products

PERM. REVOKED → S.A.M.

CRUZ

EC
204

1702 PRAIRIE CORR
BRUNSILIUS, WAYNE

REVIEWED _____ NURSE'S SIGNATURE _____ DATE _____

REVIEWED _____ PHYSICIAN'S SIGNATURE _____ DATE _____

PHYSICIAN MUST SIGN   PHYSICIAN MUST DATE

## MEDICATION   CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SPECIAL ACTIVITY PARTICIPATE | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|
| 08/98 | | AS TO THERAPY    YES    NO | ☐ |
| | LEVEL OF CARE | | |

**S.A.M.**

| 09/01/98 | 09/30/98 | Allergies |
|---|---|---|

CHECKED BY _____

**S.A.M.**

**S.A.M.**

PERMANENTLY REVOKED

Sam

Allergies PCN, smoke + Milk/milk products

CRUZ

1702 PRAIRIE CORR
BRUNSILIUS, WAYNE

ED204

| REVIEWED _____ | NURSE'S SIGNATURE | DATE |
|---|---|---|
| REVIEWED _____ | PHYSICIAN'S SIGNATURE | DATE |
| | PHYSICIAN MUST SIGN | PHYSICIAN MUST DATE |

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|---|
| | LEVEL OF CARE | AS TOLERATED | YES   NO | |

7/1/98 - 7/31/98

CHECKED BY _____

IN CELL MEDS **REVOKED PERMANENTLY**

Magnesium 250mg 9/1/98 BID

6/8/98 Naproxen 500mg 9/8/98 BID x 3 mon.

Allergies: PCN, Smoke
Ø milk Ø milk products

Brunsilius, Wayne
#1702

EC204L

| REVIEWED | _____ | _____ |
|---|---|---|
| | NURSE'S SIGNATURE | DATE |
| REVIEWED | _____ | _____ |
| | PHYSICIAN'S SIGNATURE **PHYSICIAN MUST SIGN** | DATE **PHYSICIAN MUST DATE** |

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINIS-TERED UNLESS CHECKED |
|---|---|---|---|---|
| 05/98 | | AS TOLERATED | YES / NO | ☐ |
| | LEVEL OF CARE | | | |

06/01/98   06/30/98   Allergies

CHECKED BY _____

IN CELL MEDS REVOKED PERMANENT

Magnesium 250mg
BID

Naproxen 500mg
BID x 3 mon
6/8/98   9/8/98

nystatin 50mg
T+sp T10 x 10D
(of med arrival)
6/8/98

PCN Smoke
Ø milk Ø milk
product

1702 PRAIRIE CORR
BRUNSILIUS, WAYNE
EC204L

CRUZ

REVIEWED _____   NO IN CELL
NURSE'S SIGNATURE   DATE

REVIEWED _____
PHYSICIAN'S SIGNATURE   DATE
PHYSICIAN MUST SIGN   PHYSICIAN MUST DATE

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | ANOTHER BRAND OF DRUG PRODUCT THE SAME ESTABLISHED GENERIC MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|
| 3-98 | LEVEL CARE | AS TOLERATED | ☐ |

CHECKED BY _____

Magnesium 250mg 9
T BID
9/1/98

Naproxen 500mg
TID c̄ food

Cortisporin Otic Gtts
ii gtts tid
3/26/98

Keflex 500mg i
T QID X10d

IN CELL MEDS
REVOKED
PERMANTLY
OCN SMOKE
c̄ milk, Ø milk
products

EC
204

1702C

| REVIEWED _____ NURSE'S SIGNATURE | DATE _____ |
|---|---|
| REVIEWED _____ PHYSICIAN'S SIGNATURE | DATE _____ |
| PHYSICIAN MUST SIGN | PHYSICIAN MUST DATE |

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|
| 04/98 | LEVEL OF CARE | AS TOLERATED   YES   NO | ☐ |

| 05/01/98 | 05/31/98 | Allergies | CHECKED BY PCN, smoke, lactose intolerant |

IN CELL MEDS REVOKED, *attachment* DO NOT STOP

Magnesium 250 mg
BID

9/1/98

*VEES order for outdate*

PCN, Smoke,
⊘ milk ⊘ milk products

CRUZ
1702 PRAIRIE CORR
BRUNSILIUS, WAYNE

EC204

REVIEWED _____ NURSE'S SIGNATURE _____ DATE

REVIEWED _____ PHYSICIAN'S SIGNATURE _____ DATE
PHYSICIAN MUST SIGN                  PHYSICIAN MUST DATE

# MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|---|
| 01/98 | LEVEL OF CARE | AS TOLERATED | YES    NO | ☐ |

CHECKED BY _____

02/01/98 — 02/28/98

| | H H R R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

312829 MAGNESIUM    250MG    TAB    9/1/98
TAKE ONE TABLET TWICE A DAY
090397

360158 CALCIUM GLUCONATE 600MG    TAB    3/10/98
TAKE ONE TABLET THREE TIMES A DAY
121197

mag Ox 400mg    3/10/98
TAKE ℈ TID
*contains 250mg of elemental magnesium

Naproxen 500mg    3/21/98
℈ TID c̄ food

IN CELL MEDS
REVOKED
PERMANTLY
PCN smoke
∅ milk / milk products

ADMIT # 1702
CRUZ, DAVID          612-289-2052
PRAIRIE CORRECTIONAL FAC.
BRUNSILIUS, WAYNE          E.S. rn

| REVIEWED | _____ NURSE'S SIGNATURE | _____ DATE |
|---|---|---|
| REVIEWED | _____ PHYSICIAN'S SIGNATURE | _____ DATE |
| | PHYSICIAN MUST SIGN | PHYSICIAN MUST DATE |

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|
| 11/97 | LEVEL OF CARE | AS TOLERATED    YES    NO | ☐ |

12/01/97          12/31/97     CHECKED BY _____

311683  MAGNESIUM    250MG   TAB
TAKE ONE TABLET TWICE A DAY
9/1/98
090297

Calcium gluconate  TAB
1 TAB (o) TID
Start 12/10/97      Expires 3-10-98

Magnesium Gluconate 250mg.
1 TAB (o) TID c̄ food
Start 12/10/97      Expires 3/10/98

Naproxen 500mg po tid
c̄ food
12/21/97

PCN, SMOKE
No milk or milk Product

IN CELL MEDS REVOKED INDE

REVIEWED _____
NURSE'S SIGNATURE          DATE

REVIEWED _____
PHYSICIAN'S SIGNATURE          DATE
PHYSICIAN MUST SIGN          PHYSICIAN MUST DATE

FORM 1-BC

ADMIT #1702
CRUZ, DAVID          612-289-2052
PRAIRIE CORRECTIONAL FAC.
BRUNSILLIUS, WAYNE    EC 204

# MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|---|
| 12/97 | LEVEL OF CARE _____ | AS TOLERATED | YES / NO | ☐ |

CHECKED BY _____

| | H H R R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/98        01/31/98 | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 312829  MAGNESIUM  250MG  TAB TAKE ONE TABLET TWICE A DAY   9/1/98              090397 | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 360150  CALCIUM GLUCONATE500MG  TAB TAKE ONE TABLET THREE TIMES A DAY   3/10/98  121197 | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 360160  MAG OX  ±±400MG  TAB TAKE ONE TABLET THREE TIMES A DAY *CONTAINS 250MG OF ELEMENTAL MAGNESIUM*   3/10/98  121197 | 800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 1800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naproxen 500mg po TID c food. 12/21/97 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IN CELL MEDS REVOKED- PERMANENTLY PCN SMOKE  Ø MILK/m | H H R R | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

| REVIEWED _____ | NURSE'S SIGNATURE | DATE _____ |
|---|---|---|
| REVIEWED _____ | PHYSICIAN'S SIGNATURE  PHYSICIAN MUST SIGN | DATE _____  PHYSICIAN MUST DATE |

FORM 1-BC

ADMIT # 1702
CRUZ, DAVID          612-289-2052
PRAIRIE CORRECTIONAL FAC.
BRUNSILIUS, WAYNE  EC2nd

## MEDICATION CHART RECORD

| DATE PRINTED | CERTIFICATION/RECERTIFICATION THIS RESIDENT REQUIRES | SOCIAL ACTIVITY MAY PARTICIPATE IN ALL | | ANOTHER BRAND OF DRUG PRODUCT WITH THE SAME ESTABLISHED GENERIC NAME MAY BE DISPENSED AND ADMINISTERED UNLESS CHECKED |
|---|---|---|---|---|
| 08/97 | LEVEL OF CARE | AS TOLERATED | YES   NO | |

09/01/97   09/30/97   CHECKED BY _____

10/13/97   11/13/97   Nystatin 500mg
BID

10/13 Lotrisone Cream 10/30/97

Magnesium 250mg

Allergies: PCN, smoke

FORM 1-BC

ADMIT # 1702
CRUZ, DAVID BA07        612-289-2032
PRAIRIE CORRECTIONAL FAC.
BRUNSILLIUM, WAYNE

REVIEWED _____   NURSE'S SIGNATURE        DATE
REVIEWED _____   PHYSICIAN'S SIGNATURE     DATE
PHYSICIAN MUST SIGN       PHYSICIAN MUST DATE

Sex. III    Exhibit 1

Kit Carson Correctional Center
HEALTH CARE SERVICES

**CLINIC NOTES**

Inmate Name: _Brunsilius Wayne_

Inmate Number: _C5458_

| DATE | TIME | PROB # | NOTES |
|------|------|--------|-------|
| 12/31/98 | 1600 | | c/o isophageal candidiasis 2° to radiation + pesticide poisoning throat pain |
| | | | o. Tms clear, pharynx red p̄ exudate. eyes perla ambulatros c̄ limp. Vitals norm. T 98² p 84 res 20 |
| | | | A ① Candidias |
| | | | ⑤ Osteoporosis 2° to mercury poisoning - |
| | | | P- Diflucan 200 ī q d x 4 wks |
| | | | Ynnprofen 800 mg Q10 PRN |
| | | | Calcium 1500 c̄ Vit D 400 u. Mayo PA-C |

SECTION 14

Exhibit #2

Kit Carson Correctional Center
HEALTH CARE SERVICES
MEDCIAL ALERTS

Inmate Name: Brunsillus
Inmate Number: 65452

# MEDICAL ALERTS
## PLACE IN FRONT OF CHART

# CAUTION

### This Patient Is Known To Have The Following Medical Conditions

1. Osteoporosis 2° to mercury poisoning
2. Chronic Candidal infection
3.
4.
5.
6.
7.
8.
9.
10.

# WARNING

### This Patient Is Known To Have The Following Sensitivities

1. ALLERGIC TO: Smoke.
2.
3.
4.
5.
6.
7.
8.
9.
10.

MEDALERT.XLS

CCA - Kit Carson Correctional Center   Sect. VII
Exhibit 3

## Duty Status

Name: Brunsillius, Wayne   DOC # 65458   Dorm AB 114B   Start Date 12/31/9_

Stop Date _____

|                    Regular                    |           Light Duty           |      Restricted Duty      |

Restrictions and/or limitations   I'm should have bottom bunk for severe ostroporosi 2° to mercury poisoning.

Sports:        Yes        No

Light Duty **DOES NOT** Automatically
Mean Indoor Duties.

Meza PA-C
Authorization Signature

**WHITE - MEDICAL       YELLOW - CLASSIFICATION FILE       PINK - INMATE**          *KC-DUTYS*

# EMERGENCY ROOM

## BURLINGTON, COLORADO 80807

| LAST NAME | FIRST NAME | MIDDLE INITIAL | HOME PHONE | ADM DATE | TIME | A.M. P.M. | HOSPITAL NUMBER |
|---|---|---|---|---|---|---|---|
| Brandilius, | Wayne | Doc # 65455 | | | | | |

**ADDRESS** KCCC   **CITY** Burlington   **STATE** Co   **ZIP** 58   **AGE** 58   **DATE OF BIRTH** 5 124 41   **SEX** M   **CIVIL STATUS** M S W D SEP   **SOCIAL SECURITY NO.** 522-44-30

**EMPLOYER** | **IF A MINOR—PARENTS EMPLOYER** | **ADDRESS** | **WORKERS COM** YES ☐ NO ☐

**RELATIVE OR FRIEND** | **RELATIONSHIP** | **ADDRESS** | **PHONE**

**GUARANTOR** | **GUARANTOR ADDRESS** | **GUARANTOR EMPLOYER**

**INSURANCE** | **SUBSCRIBER NAME** | **SUBSCRIBER NUMBER** | **GROUP NUMBER**

**DOCTOR** McKinley | **DOCTOR NOTIFICATION TIME** | **DOCTOR ARRIVAL TIME** | **HOW PT. ARRIVED** | **RELIGION**

**RN NURSING ASSESSMENT**

**RN SIGNATURE**

| CURRENT MEDICATION | ALLERGIES | TIME | | | TEMP |
|---|---|---|---|---|---|
| | LAST TET. TOX | BP ___ | P ___ | R ___ | |
| | LNMP | BP ___ | P ___ | R ___ | |
| | SIGNATURE & TITLE E R PERSONNEL | BP ___ | P. ___ | R ___ | |

**M.D. PHYSICAL EXAMINATION**

**LABORATORY AND X-RAY** Wound Culture

**DIAGNOSIS** Wound Infection Lt hand

**TREATMENT**

| CONDITION ON DISCHARGE | | | | | INSTRUCTION | | VIA |
|---|---|---|---|---|---|---|---|
| GOOD ☐ | SATISFACTORY ☐ | SERIOUS ☐ | CRITICAL ☐ | EXPIRED ☐ | SHEET GIVEN ☐ | TRANSFERRED TO | |

**TIME OF DISCHARGE** TREATED & DISCHARGED ☐   ADMITTED ☐   ROOM/BED

**INSTRUCTIONS TO PATIENT**

Wayne Brundius   1/7/99   M   _____ (signature)

**PATIENT OR AUTHORIZED SIGNATURE**   **DATE**   **TIME**   **ATTENDING PHYSICIAN**

## EMERGENCY ROOM CHARGES (DOES NOT INCLUDE FEE OF ATTENDING PHYSICIAN)

| ITEM | CHARGE | ITEM | CHARGE | ITEM | CHARGE | OTHER SERVICES RENDERED | |
|---|---|---|---|---|---|---|---|
| EMERGENCY ROOM | | DRUGS | | RADIOLOGY | | | LABORATORY |
| SUPPLIES | | OXYGEN | | | | | RESP. THERAPY |
| | | I.V.S. | | | | | PATHOLOGY |
| | | | | | | | TOTAL CHARGES |

BUSINESS OFFICE COPY

Sect III   Exhibits

# FACSIMILE COVER SHEET

## KIT CARSON COUNTY MEMORIAL HOSPITAL

286 16th Street
Burlington, CO 80807
Telephone: (719) 346-5311
Medical Records Fax: (719) 346-5550    Administration Fax: (719) 346-5252

| SEND TO Company Name | CCA | From | LABORATORY |
|---|---|---|---|
| Attention | DR McKINLEY | Date | |
| Fax Number | 346-9458 | Phone Number | 719-346-5311   Ext 141 |

☐ Urgent    ☐ Reply ASAP    ☐ Please Comment    ☒ Please Review    ☐ For your information

Total pages, including cover sheet: _____

**COMMENTS**

Sensitivity report

The information contained in this facsimile transmission is confidential information, intended only for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the United States Postal Service. THANK YOU!

```
                    RAT COMMUNITIES HOSPITAL       M I C R O B I O L O G Y   R E P O R T        BURLINGTON, COLORADO 80807
                          236 15TH STREET                                                              (719) 345-5553
                                        -------- Antimicrobial Susceptibility and Organism Identification Report ---------  ** PRELIMINARY **
Name : BUNSILIUS, WAYNE                                  Specimen  : 90107140                Comments :
ID   : DOB462441                                         Source    : WOUND
Ward : Colo. Correction                                  Physician : MCKINLEY
Room :                                                   Collected : 01/07/99  15:38
                                    Heavy growth Staph aureus
```

---

```
Iso/Result: 01        Staphylococcus aureus
                      heavy growth

Antimicrobic/Dose                      MIC      Systemic   Urine       CC
                                                 *   **    *   **
--------------------------------------------------------------------------------
AMPICILLIN
   PO 250-500 mg Q6h            (Am)    >8         BLac                 $1
   IV 1.0-2.0 gm Q4h            (Am)
PENICILLIN
   PO 250-500 mg Q6h            (P)     >8         BLac                 $1
   IM 0.9-1.2 MIL U Q6-12h      (P)
   IV 1.0-3.0 MIL U Q4h         (P)
OXACILLIN
   IV 0.5-2.0 gm Q4h            (Ox)   <=0.5       S                    $1
AMP/SULBACTAM(c)
   IV 1/.5-2/1 gm Q6h           (A/S)  <=8/4       S                    $3
IMIPENEM
   IV 0.5-1.0 gm Q6-8h          (Imp)  <=1         S                    $8
CEFAZOLIN
   IM 0.5-1.0 gm Q8h            (Cfz)  <=2         S                    $1
   IV 1.0-2.0 gm Q8h            (Cfz)
CEFOTAXIME
   IV 1.0-2.0 gm Q8-12h         (CFT)  <=4         S                    $3
CEFTRIAXONE
   IM/IV 1.0-2.0 gm Q24h        (Cax)  <=4         S                    $4
GENTAMICIN
   IM/IV 1.0-1.7 mg/Kg Q8h      (Gm)   <=1         S                    $1
ERYTHROMYCIN
   PO 250-500 mg Q6h            (E)     1          I                    $1
CLINDAMYCIN
   PO 150-300 mg Q6h            (Cd)    0.5        S                    $3
   IV 600-900 mg Q8h            (Cd)
TETRACYCLINE
   PO 250-500 mg Q6h            (Te)   <=2         S                    $3
NITROFURANTOIN
   PO 50-100 mg Q6h             (Fd)   <=32                             $1
NORFLOXACIN
   PO 400 mg Q12h               (Nxn)  <=4                              $3
CIPROFLOXACIN
   PO 250-750 mg Q12h           (Cp)   <=1         S                    $5
   IV 200-400 mg Q12h           (Cp)
TRIMETH/SULFA
   PO 1-2 tablets Q12h          (T/S)  <=0.5/9.5   S                    $1
   IV 3.3-6.6 mg/Kg Tmp Q8h     (T/S)
VANCOMYCIN
   IV 1.0 gm Q12h               (Va)   <=2         S                    $8
```

---

```
+, ++, +++, or S = Susceptible       N/R = Not Reported      BLac = Beta-Lactamase Positive
        I = Intermediate             CC  = Cost Code         TFS  = Thymidine-dependent Strain
        R = Resistant                MIC = mcg/ml (mg/L)     Blank = Data not available, or drug not advisable or tested
        R* = Resistant, ESBL         EBL? = Suspected ESBL   ESBL = Extended Spectrum Beta-Lactamase
For Blood and CSF isolates, a Beta-Lactamase test is recommended for Enterococcus species.
IB appears in place of S, +, ++, or +++ with species known to possess inducible B-lactamases; potentially they may become
resistant to all B-lactam drugs. Monitoring of patients during/after therapy is recommended. Avoid other/combined B-lactam drugs.
R* Klebsiella spp. and E. coli with increased (>=2) MICs to Cpd, Caz or Azt should be suspected of harboring an ESBL. Cft or Cax
may also detect ESBLs but are less sensitive. Strains with ESBLs may be clinically resistant to all cephems and Azt. These MICs
should determine in the presence of clavulanic acid when an ESBL is present.
(a) Use maximum doses of drug with an aminoglycoside for P. aeruginosa in patients with granulocytopenia or serious infections.
(b) Breakpoints based on parenteral dose. For cefuroxime Axetil (PO) use (8=S, 8-16=I, )16=R.
(c) For streptococci (including enterococci), Micrococcus species, and Listeria species, refer to the Ampicillin interpretation. If
    Ampicillin results are unavailable, refer to Penicillin. If Pen result is resistant, test Ampicillin using an alternate method.

 *  Interpretations based on approx. adult attainable systemic/urine levels, except drugs with (3 dilutions, which print
    NCCLS.  Doses are guidelines, consider weight and renal/hepatic function.  Urine interpretation for lower UTI only.
 ** Interpretations based on NCCLS M100-S7 Jan 97.  Pip/azo for enterococci based on manufacturer's breakpoints.
```

---

```
Tech :                    [signature]                  Source  : WOUND           Name : BUNSILIUS, WAYNE          ** PRELIMINARY **
Report Date : 01/08/99  11:22                          Collected : 01/07/99  15:38   ID # : DOB832441             (Continued on next page.)
```

KIT CARSON COUNTY MEMORIAL HOSPITAL
286 16TH STREET
BURLINGTON, CO 80807
(719) 346-5311

MEDICARE #: 06-0037
MEDICAID #: 05037007
CLIA  ID #: 06D0516921
FAX: (719) 346-5550

## PROFESSIONAL SERVICE/ PERSONAL CARE
## CULTURE REPORT

PATIENT NAME : BRUNSILIUS WAYNE
PATIENT ID  : 0217282
DOCTOR'S NAME: MCKINLEY, J.
             FAXED TO CCA
SOURCE OF SPECIMEN: WOUND HAND
SPECIMEN COMMENT:  #65458

COLLECTION DATE/TIME: 01/07/99 @ 15:30
LOCATION: OP     SEX: M
SPECIMEN ID: 140MM     DOB: 05/24/41

ADMISSION NO. 200667

================================================================

                              RESULT

**MICROBIOLOGY PRELIMINARY REPORT**

        PRELIMINARY REPORT      010899

        ORGANISM ID             SET UP

================================================================

NOTES ON REPORTS: HEAVY GROWTH STAPH AUREUS            Page 1 of 1
                  SENSITIVITIES TO FOLLOW


SUSCEPTIBILITY PANEL INTERPRETATION:
     S=SENSITIVE, I=INTERMEDIATE, R=RESISTANT

REPORT DATE/TIME: 01/08/99 @ 14:54              REVIEWED BY:

KIT CARSON COUNTY MEMORIAL HOSPITAL
286 16TH STREET
BURLINGTON, CO 80807
(719) 346-5311

MEDICARE #: 06-0037
MEDICAID #: 05037007
CLIA  ID #: 06D0516921
FAX: (719) 346-5550

## PROFESSIONAL SERVICE/ PERSONAL CARE
## CULTURE REPORT

PATIENT NAME : BRUNSILIUS WAYNE
PATIENT ID   : 0217282
DOCTOR'S NAME: MCKINLEY, J.
             FAXED TO CCA
SOURCE OF SPECIMEN: 65458
SPECIMEN COMMENT:   LEFT HAND

COLLECTION DATE/TIME: 01/07/99 @ 15:30
LOCATION: OP      SEX: M
SPECIMEN ID: 140M        DOB: 05/24/41

ADMISSION NO. 200667

=====================================================================

|                   | RESULT |
|-------------------|--------|
| CULTURE           | NOTES  |
| ANAEROBIC CULTURE | NOTES  |
| FINAL REPORT      | 011099 |

=====================================================================

NOTES ON REPORTS:                              Page 1 of 1

          FINAL REPORT: HEAVY GROWTH STAPH
          AUREUS, SENSITIVITY REPORTED ON
          SEPARATE REPORT. NO ANAEROBES
          ISOLATED.

SUSCEPTIBILITY PANEL INTERPRETATION:
    S=SENSITIVE, I=INTERMEDIATE, R=RESISTANT

REPORT DATE/TIME: 01/10/99 @ 09:27            REVIEWED BY:

Scot W . Exhibit

Sec.1.Trans.2. (Rev. 11/94)

## COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT

NAME: _Brunsilius, Wayne_   DATE OF BIRTH: _5-24-41_ DATE: _____

D.O.C.#: _65458_   AKA: _____

TRANSFERRED FROM: _KCCC_   TO: _Sterling_

DATE OF LAST EXAMINATIONS:   (1) NURSING _____
(2) PHYSICIAN _9-1-99_
(3) DENTAL _12-30-98_

HOSPITALIZATIONS:   YES____ NO ____ IF YES, DATE OF LAST: _____

ALLERGIES:   YES _✓_ NO ____ IF YES, EXPLAIN: _Smoke - PCH error ↑B - Milk_

SPECIAL DIET:   YES____ NO _✓_ IF YES, EXPLAIN: _____

CURRENT MEDICAL/PSYCIATRIC PROBLEMS:   YES____ NO ____ IF YES, EXPLAIN: _____

CHRONIC MEDICAL/PSYCHIATRIC PROBLEMS:   YES____ NO ____ IF YES, EXPLAIN: _____
_Candidiasis · osteoporosis_
_Hx heavy metal exposure with s/p chelation therapy - scoliosis_

CURRENT MEDICATION:   YES____ NO ____ IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
| | | |
| | | |
| | | |

GROSS TESTING (COMPLETE THE FOLLOWING):

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | 6-7-98 | Syphilis · NR |
| T.B. | 4-20-98 | Neg. |
| TETANUS | | |
| OTHER | | |

COOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING:   POOR ____ GOOD _✓_ IF POOR, EXPLAIN:

_____

THIS FORM COMPLETED BY:

Signature _N. Skidmore Lpn_

Facility _KCCC_

☐ SUICIDE RISK

31210

*Sed. IV exhibit 2*

DC Form 78 (2/93) / Old. No. 2
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME Brunsibius Wayne | INMATE NO. 65458 | LIVING UNIT SCF-LU-4 |
|---|---|---|---|

**SUBJECTIVE:**

TSH *reported* 11-39 high
PTH. 92 high –

DATE 10/6/99

PROBLEM 1 2 _____
PLAN / ORDERS

**OBJECTIVE:** Temp. _____ Pulse _____ Resp. _____ B/P ___/___

Cal 9.4 –

1. *Thyroid Panel*
2. *Calcium + Phosphorus*
3. *Lipid Panel*

Hypo Thyroid c endine Hyperparathyroid
Osteopenia –

**ASSESSMENT:**

SIGNATURE
NURSE: *Paula Cornehoon RN*
10-6-99 @
0200
P.E.:
PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|

**SUBJECTIVE:**

DATE _____  TIME _____

PROBLEM 1 2 _____
PLAN / ORDERS

**OBJECTIVE:** Temp. _____ Pulse _____ Resp. _____ B/P ___/___

**ASSESSMENT**

SIGNATURE:
NURSE: _____
P.E.: _____
PHYSICIAN: _____
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201



# LabCorp®

| Specimen # | Control/Req Number | | PG # 1 |
|---|---|---|---|
| 5136207-0 | M17360B | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Y | | N | F |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 01-OCT-99 | 7:10 AM | 02-OCT-99 | 05-OCT-99 |

Clinical Information
303/ 2-2600

| Patient ID Number | Patient Phone Number | Patient SSN |
|---|---|---|
| 65458 | NOT GIVEN | |

| Patient Name | Sex | Date of Birth |
|---|---|---|
| BRUNSILIUS, WAYNE | M | 24-MAY-1941 |

Patient Address

Account

STERLING CORRECTIONAL FACILITY
P.O. BOX 6000
12101 HWY 61
STERLING, CO 80751
BUGLEURCZ, DR

Sect IV
exhibit 3

Comments

DR'S NAME UNCLEAR
ROUTE: 00251-

Tests Requested

CBC, BASIC METABOLIC PANEL, TSH, RETICULOCYTE COUNT,
PTH N-TERM (INTACT)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LA |
|---|---|---|---|---|---|
| **CBC:** | | | | | |
| WBC | 7.3 | | THOU/CU-MM | 4.0-10.5 | |
| RBC | 5.19 | | MILL/CU-MM | 4.30-6.00 | |
| HGB | 17.1 | | g/dL | 13.0-18.0 | |
| HCT | 50.3 | | % | 37.0-55.0 | |
| MCV | 92 | | fL | 80-98 | |
| MCH | 33.3 | | pg | 27.0-34.0 | |
| MCHC | 34.0 | | g/dL | 32.0-36.0 | |
| PLATELETS | 245 | | THOU/CU-MM | 140-415 | |
| NEUT | 63 | | % | 40-74 | |
| LYMPH | 25 | | % | 14-46 | |
| MONO | 7 | | % | 4-13 | |
| EOS | 3 | | % | 0-7 | |
| BASO | 2 | | % | 0-3 | |
| RDW | 12.3 | | % | 11.7-15.0 | |
| **TSH:** | | | | | |
| TSH | 11.39 | HIGH | uIU/ml | 0.35-5.50 | |
| **RETICULOCYTE COUNT:** | | | | | |
| RETIC COUNT | 0.3 | LOW | % | 0.4-2.5 | |
| **PTH N-TERM (INTACT):** | | | | | |
| Calcium | 9.4 | | mg/dL | 8.5-10.6 | |
| PTH Intact | 92 | HIGH | pg/mL | 12-72 | |

INTACT PTH

| Intact PTH (pg/mL) | Calcium (mg/dL) | Interpretation |
|---|---|---|
| 12 - 72 | 8.5 - 10.6 | Normal |
| >72 | >10.6 | Primary Hyperparathyroidism |
| >72 | <10.6 | Secondary Hyperparathyroidism |

PAGE 1 FINAL REPORT FOR BRUNSILIUS,WAYNE CONTINUED

REPORT

©1999 Laboratory Corporation of America® Ho
All Rights Res



**LabCorp®**

| Specimen # | Control/Report Number | PG # 2 | Report Status |
|---|---|---|---|
| 5136207-0 | M173608 | | |

| Fasting | Micro Source | Total Urine Volume | Report Status |
|---|---|---|---|
| Y | | N | F |

| Date Collected | Time Collected | Date Entered | Date Reported |
|---|---|---|---|
| 01-OCT-99 | 7:10 AM | 02-OCT-99 | 05-OCT-99 |

303- 2-2600

| Patient ID Number | Patient Phone Number | Patient SSN # |
|---|---|---|
| 65458 | NOT GIVEN | |

**Account**

STERLING CORRECTIONAL FACILITY
P.O. BOX 6000
112101 HWY 61
STERLING, CO 80751
BUGLEURCZ, DR

**Patient Name**
BRUNSILIUS, WAYNE    M  24-MAY-19

**Comments**

DR'S NAME UNCLEAR
ROUTE: 00251-

**Tests Requested**

CBC, BASIC METABOLIC PANEL, TSH, RETICULOCYTE COUNT,
PTH N-TERM (INTACT)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LA |
|---|---|---|---|---|---|

PTH N-TERM (INTACT). (Continued)
.: (Continued):
>10.6      Non-Parathyroid Hypocalcemia
(73      < 8.5    Hypoparathyroidism
12 - 73    < 8.5    Non-Parathyroid Hypocalcemia

BASIC METABOLIC PANEL:
| | | | | |
|---|---|---|---|---|
| GLUCOSE, SERUM | 103 | | MG/DL | 65-109 |
| BUN, SERUM | 18 | | MG/DL | 5-26 |
| CREATININE, SERUM | 1.0 | | MG/DL | 0.6-1.5 |
| SODIUM | 144 | | MEQ/L | 135-147 |
| POTASSIUM | 4.5 | | MEQ/L | 3.5-5.3 |
| CHLORIDE | 102 | | MEQ/L | 98-109 |
| CARBON DIOXIDE | 26 | | mmol/L | 20-32 |
| BUN/CREATININE RATIO | 18 | | | 8.0-26.0 |

PERFORMING LABS LEGEND:

BN
1447 YORK COURT
BURLINGTON, NC 272152230

PAGE 2 FINAL REPORT FOR   BRUNSILIUS, WAYNE    13671   05-OCT-99

**REPORT**

©1999 Laboratory Corporation of America® Ho
All Rights Res

Sect IV exhibit 4

**COLORADO DEPARTMENT OF CORRECTIONS**
**REQUEST FOR CONSULTATION**

TO: _Endocrinology_
Clinic Name

FROM: _SCF    Dr J.V Budlewicz_
Facility & Examiner Name

Date: _10/14/99_    New _✓_    Follow up _____

PROBLEM: _Hypothyroidism ↑TSH  ∅ None T₃ T₄ - None Ca ↑PTH_
_Hx of Radiation dyspnea - Osteopenia, Scoliosis -_
_↑ lipids. 1996 TSH 6.02_                    _Dev Healsh._

PROVISIONAL DIAGNOSIS: _Hypothyroidism?, Osteopenia. A013330043_

Date Seen: _____    (Findings, Conclusions, Recommendations)

Consult only _____
Consult & Management _____✓_____
Consult & Treatment _____
Sec. 4. Consult
Old 26-168Distr:  White-Med. Rec.,  Yellow-Consult Phys.,  Pink-Trans. Sched.

Inmate Name _Bronsilius  Wayne_
Doc # _65458_
DOB _5/14/41_

Sect IV, Exhibit 5

# DENVER HEALTH
## OUTPATIENT ENCOUNTER RECORD

CLHEND

2 11 29 61
BRUNSILLIUS ,WAYNE          M
40488074                    05/24/1941
A/D: 12/08/99
PCP:
ARR.MODE:
PT.PHONE: (   )   -
CHRT.LOC:

CLINIC SITE: DG Endo

DATE: _____ FIN #: _____

CHART LOCATION / PCP: _____

CHART AVAILABLE: ☐ YES   ☐ NO   Adm. # _____

HT. _____ WT. _____ HC _____ AGE 58 LMP _____

TEMP. _____ B.P. 148/90 mttc / P. 104 RR 20

PREVENTIVE CARE/IMMUN. UP TO DATE: ☐ YES   ☐ NO   CURRENT PHONE #: DOC

TOBACCO EXPOSURE: ☐ YES   ☒ NO

MED ALLERGIES: NKDA

MEDICATIONS: Ca 1-3,000mg 1/day   Vit D 400 IU   vitamins   Mg

SUBJECTIVE / OBJECTIVE    First Visit

58 YO WM ♂ M/o reported hypocalcemia since heavy metal poisoning Rocky Flats early '80
here end ↑ PTH and ↑ TSH. Exposed heavy metals Tx'd c̄ Dr Mclntyre
metabolic bone dz clinic c̄ F/U Bone Mineral Density '97 c̄ reported osteoporosis
of bone fx + chronic LBP. polymyalgias. + cramps off Ca⁺²
M/o ↑ TSH of neck swelling of difficulty
of Heat/cold intolerance + fatigue    Wt Δ's  + Hair loss  or diarrhea/constipation

### ASSESSMENT / PLAN

PMH:        SH: Smkg CO
Radiation exposure   Yrs     ∅ tobacco
Spinal surgeries '97       ∅ EtOH
Candidiasis             ∅ illicit Drug use
Scoliosis         FH:  ∅ Thy—d
                       ∅ DM

Exam: VS above

Gen: WDWN W♂ NAD

HEENT: loss lateral eyebrows ∅ ptosis ∅ lid lag

Neck: 20gm pretty thyroid ∅ focal nodules

Chest: CTA B   CV: RRR

Abd: soft NT  Ext: ∅ edema  Neuro: delayed relaxation
10/14/99                                  DTRs

Labs: TSH 11.39   T3RU 27 T49.3
      PTH 92  Ca 9.4  Po₄ 3.0
      (12-72)  Cr 1.0

             307

Call me c̄ questions 266-6423

#1 subclinical hypothyroidism → pt c̄
Some symptoms of hypothyroidism would
Tx synthroid 75mcg PO QD and
rev̌ TSH 6-8 wks

#2 ↑ PTH — elevated PTH c̄ Nl Ca⁺² and
low Ca⁺² past c/w 2° hyperparathyroid
Would eval etiology including ↓ Mg,
Vit D diff. Malabsorption (sprue)
(renal and hepatic func appear Nl)
 - ✓ 24hr urine Ca⁺²/Cr
 - ✓ serum 25-Vit D level
 - ✓ Antiendomesial and Antigliadin Abs
 - Cont Ca⁺²/Vit D supplements
   (Ca CO₃ 500m QID + Vit D 800iu)
 - Bone Mineral Density scan (pt chronic dz
                             radiation exposure

RETURN VISIT:
 - Fld Endocrine Clinic 6-9mos follow
for physician notes
CAREGIVER: for physician exposure # 090142

DC Form 78 (2/93) / Old. No

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunaline, W. | 65458 | SCF-L4 |

SUBJECTIVE:
Pt still has Not received his Diprosone Colcin, or Micolin — Skull has Pain in back & legs —

DATE 10-14-99   TIME 0910

OBJECTIVE: Temp. 97  Pulse 74  Resp. 18  B/P 140/90

PROBLEM 1 2
PLAN / ORDERS

1. Referral to Endocrin Clinic  AO13330093

#129 Lesion on rt leg Not changed
Diprosone Not here yet — still
has been slugged yesterday —

Pt Skullhaving ↑ problem
TSH ↑ — not to T4 Normal say
Ca Ok PO H ↑ — Hx of Radiation
ASSESSMENT:
exposure - Rocky Flats.

SIGNATURE:
NURSE: Judith Kam, RN 10/04/99 1255

P.E.:

PHYSICIAN
Rx NO.

---

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunaline, W | 65458 | |

SUBJECTIVE:
Rash Rt Leg not better
on 1% Hydrocortisone
wt.100 Has not received other meds

DATE 10-8-99   TIME 9:00 am

OBJECTIVE: Temp. 96.7  Pulse 72  Resp. 30  B/P 128/100

PROBLEM 1 2
PLAN / ORDERS

Please re: order
Diprosone Cream .05%
apply bid for
3 mos.

Ibuprofen 800mg 1 PO tid
3 mos

Rt. Lower Leg erythematous
rash 3-4" macular —

SIGNATURE:
NURSE:

P.E.:

ASSESSMENT:
Dermatitis (RT) Lower Leg.

PHYSICIAN
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

DC Form 78 (2/93)  / Old. No. 2635

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius, Wayne (Cont. From Below) | 65458 | SCF U4 |

**SUBJECTIVE:**

to him that he has some degree of HTN which may be worsened by ↑ Synthroid. Will follow BP's. However he does need to have his TSH suppressed → will continue @ 0.075mg → Synthroid QD. Repeat TSH to check already done.

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___

② Hypoparathyroidism — Appears to be 2° to hypocalcemia. Absorption is somewhat masked by pt. being on Ca⁺² / Vit D supplements. Etiol. unclear. From Endo. note several this were possib. It does not appear that any testing has been ordered → I will order (some has been ordered). Pt. refused Bone mineral density (worried about radiation exposure), refused thyroid scan for same reason → may need to discuss this w/ him again.

**ASSESSMENT** ③ Pt. seems to need to be very paranoid, similar to when I saw him in 1997. Might consider MH or psych. Evaluation.

**PROBLEM 1  2**

**DATE** 12/14/99  **TIME**

**PLAN / ORDERS**

① F/U – Dr. Time / Endocrinology in 6-9 months. Need to call for Auth. #, do consult form, arrange transport.

⑧ F/U – Dr. J. Bloor – 3 to 4 mo.

**SIGNATURE:**
**NURSE:** Paula Coroglian RN  12/22   2-330
**P.E.:** [signature]
**PHYSICIAN:**
**Rx NO.** [signature] John A Bloor

---

| PRICARE CODE NO. IM Consult | NAME Brunsilius, Wayne | INMATE NO. 65458 | LIVING UNIT SCF U4 |
|---|---|---|---|

**SUBJECTIVE:** I was asked to see this pt. regarding multiple c/o, incl. chronic heavy metal poisoning (from exposure @ Rocky Flats, CO in ~1980-82) and "chronic yeast infection" which he relates as a sequela to Bacterial

**OBJECTIVE:** Temp. 98  Pulse 80  Resp. 20  B/P 170/102  191#  meningitis (no record of this in chart). Simple objective problems appear to be ① hypothyroidism and ② hypocalcemia c secondary hyperparathyroidism.

① Hypothyroidism — not new. Seen per on 4/11/97 @ FcF as 1° care provider. At that time he had stopped his Synthroid (0.075mg QD) because he said it made his heart race and caused chest pain. Pt. was seen last wk (12/8) by Endocrinol. @ Dr. Time and they ↑'d his Synthroid to

**ASSESSMENT:** 0.075mg QD. Now he says it has made his BP↑ However BP was 128/100 (10/8/99), 140/90 (10/14/99), 148/70 (12/8/99 @ Dr. Time), 134/80 (12/13/99, P stat i ↑'d Synthroid dose) and 170/102 today. I'm inclined to

**PROBLEM 1  2**

**DATE** 12/14/99  **TIME**

**PLAN / ORDERS**

① CaCO₃ 500mg PO QID x 6 mo.

② Vit D 800 IU PO QD x 6 mo.

③ Antiendomysial antibody level please.

④ 24 hour urine for Creatine and Ca⁺²

⑤ Serum mg⁺² level

⑥ BP checks 3x/wk x i mo.

**SIGNATURE:**
**NURSE:**
**P.E.:** [signature]
**PHYSICIAN:**
**Rx NO.** [signature]

**ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.**

DC Form 78 (2/93) / Old. No

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius, Wayne | 65458 | SCF-2 |

SUBJECTIVE:
58 yr old WM c̄ scoliosis —
c̄ hypoparathyroidism c̄ subclinical
& hypocalcemia

WT 192

DATE 5-19-00   TIME 10:45am

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. 98  Pulse 68  Resp. 20  B/P 140/100

came for F/u of ear infection.
ō/c·P/ SOB/ N/v/ Diarrhea.
ō bleeding from ears. Has improvement
in hearing since last visit.
P/E  EA canal clean now
ō Tympanic membrane redness.

ASSESSMENT: ō discharge

External auditory canal infection
→ Improved.

PLAN / ORDERS:
→ Tennis shoes for feet
  wear even at work x6(?)
→ Return to clinic Prn
  Buy vitamins + supple
  from canteen.
  Pt to use his own
  tennis shoes c̄ pt to
  buy canteen.

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | INMATE NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius Wayne | 65458 | 2 SCF |

SUBJECTIVE: 58 yr old W M c̄ scoliosis c̄ hypoparathyroidism
c̄ hypocalcemia c̄ subclinical hypocalcemia

DATE 5/12/00   TIME 0915

WT 192 c̄ Radiation induced damage.

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. 98  Pulse 76  Resp. 18  B/P 104/78

came in c̄ of Lt ear infection.
ō fever / discharge. says had been cleaning
c̄ towels + had some bleeding.
ō/c·P/SOB/v/Diarrhea.
P/E – Rt + Lt ears → Pt self traumatized
+ has clots. Ear drum visualized. Signs
of trauma.

ASSESSMENT:

External auditory canal superadded
bacterial infection. Likely secondary
infection.

PLAN / ORDERS:
→ Pt consult for scoliosis
  + inserts.
→ Serum Ca / Serum Po₄
  Chem 7 panel  blood draw
  Keflex 500mg BID x 7days
→ RTC in 1 week + review
  Gentamycin ear drops ②
  bath jars x 3

SIGNATURE:
NURSE:
P.E.:
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

DC Form 78 (2/93) / Old. No

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius, Wayne | 65458 | 36 |

SUBJECTIVE:

DATE 12/17/02   TIME

Physical

PROBLEM 1 2
PLAN / ORDERS

OBJECTIVE: Temp. _____ Pulse _____ Resp. _____ B/P ___/___

① hemacult for occult Blood

② Fasting Bhchem panel CMP TSH UA CBC

SIGNATURE NURSE: _____ 12/17/02

ASSESSMENT:

P.E.:

PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Brunselius, Wayne | 65458 | SCF-36 |

SUBJECTIVE:

DATE 1-18-01   TIME 2:25

W1 189
OBJECTIVE: Temp. 98  Pulse 80  Resp. 18  B/P 130/86

59 y/o Cauc. male - wants M3 changed to M2

PROBLEM 1 2
PLAN / ORDERS

① Kenalog cream - apply to ® shin BID X 30 days

② Change M status to M2 as of today's

SIGNATURE NURSE: _____ 1/18/01

ASSESSMENT: ① Hypo calcemia

P.E.: J. Stock PA-c

PHYSICIAN:
Rx NO.   JUN 0 5 2002

G.E. Philbin MD
Colo #13772    Clinics

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

exhb A 10
Sect TV

① Copy of __ IX ready
MR. Brensi Tins B' __
② STATED needs Appt Ecb already
③ HAS Hed __ me B.

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PROGRESS NOTES**

❋ 10117

| Date/Time | Inmate's Name: BRUNSILIUS WAYNE C | D.O.B.: 5 24 14 |
|---|---|---|

6/18/2003  ② Ho Radiation Poisoning from Heavy Metal Poisoning
Hypocalcium / Peritonitis — Subnormal Rep —
Ho of Neuropts / Hypocalcium —

② Need Serum Calcium    Ho of Kidney failure —
B/P 153/82  Pls T96  wt 179#
Cold NDC ② Extra Blankets from Having —
Hypocalcemia  Legs Feet Orange hot
No Evidence of Goiter . Ho of ATX due Heavy Metal
Poisoning     TSH

④ Hypocalcemia                Pd Serum Calcium / Mag ph
Heavy metal (Poison)         BUN/Creat
Scoliosis / Kyphosis         Thyroid Cell Org

CDE04145794

Calcium Carbonate 500mg Tt BID
— Lower the Lower Bowel —

Calcium Citrate
Mycelex Troches — Clotrimazole Troches Anti-Fung
Needs  Diflucan — Fluconazole — Water Soluble
Itraconazole — Sporanox
Ketoconazole — Nizoral , oral triazoles and terbinafine

Exhibit 55

exhibit 11
Sect IV
Sec.1.Trans.2. (Rev. 1

## COLORADO INTER-CORRECTIONAL MEDICAL SUMMARY TRANSFER REPORT

NAME: _BRUNSILIUS, WAYNE_ DATE OF BIRTH: 5/24/41 DATE: 9/30/03

D.O.C.#: _____ AKA: _____

TRANSFERRED FROM: _JCSD_ TO: _DOC_

DATE OF LAST EXAMINATIONS: (1) NURSING _9/23/03_
(2) PHYSICIAN _____
(3) DENTAL _____

HOSPITALIZATIONS: YES____ NO ✓ IF YES, DATE OF LAST: _____

ALLERGIES: YES____ NO ✓ IF YES, EXPLAIN: _____

SPECIAL DIET: YES____ NO ✓ IF YES, EXPLAIN: _____

CURRENT MEDICAL/PSYCIATRIC PROBLEMS: YES____NO ____ IF YES, EXPLAIN: _____

CHRONIC MEDICAL/PSYCHIATRIC PROBLEMS: YES ✓ NO ____ IF YES, EXPLAIN: _Low Back Pa_
_candidiasis  Hypothyroidism  Heavy metal Anti infective causing_
_Scoliosis  Dermatitis_

CURRENT MEDICATION: YES ✓ NO ____ IF YES, COMPLETE THE FOLLOWING

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
| Imodium | 2mg 1 | Bid  9/12/03 - 10/12/03 |
| Motrin | 800 mg | Po Tid  9/16/03  12/15/03 |

CROSS TESTING (COMPLETE THE FOLLOWING):

| TEST | DATE | RESULTS |
|---|---|---|
| V.D.R.L. | | |
| T.B. | | |
| TETANUS | | |
| OTHER | | |

COOPERATION WITH MEDICAL/PSYCHIATRIC CARE RATING: POOR ____ GOOD ✓ IF POOR, EXPLAIN: _____

_____
_____
_____

THIS FORM COMPLETED BY: _____
Signature

MRD 2-3yrs.          Sect IV

WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

Exhib A 12

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius, W | 65458 | SCF 34 |

SUBJECTIVE:
SB 90 lb
H 5'7"
W +180

Requests refill of
Imodium for diarrhea

DATE: 9/12/03    TIME: 1410

PROBLEM 1 2

PLAN / ORDERS: Amot now finished

OBJECTIVE: Temp. 99.7  Pulse 81  Resp. 16  B/P 130/80

① Imodium 2 mg bid
begin c "/" P.O. now.
X 30 d. PRN

recently treated for
meningitis → recurrent
non-bloody
diarrhea
abd ↑BS- otherwise
benign

N AD
good
Skin
Turgor

ASSESSMENT:
Iatrogenic enteritis

SIGNATURE:
NURSE:
P.E.: B. Webster PA-C

PHYSICIAN:
Rx NO.                    4/12/03
                         1230

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| | Brunsilius W | 65458 | SCF 34 |

SUBJECTIVE:
O₂ 93%
182#

Pt here to get renewals
renewals

DATE: 093003    TIME: 1035

PROBLEM 1 2

PLAN / ORDERS:

OBJECTIVE: Temp. 98'  Pulse 72  Resp. 12  B/P 108/78

① Lowers bunk / tier
X 1 yr.

② Pt needs to wear Tennis
shoes at all times except
off grounds and to visits
X 1 year

ASSESSMENT:
severe Kypho-Scoliosis

SIGNATURE:
NURSE: ③                    7-50-13
P.E.: J Stolte PA-c

PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Sed. IV   Exhibit 13

# TELEPHONE TRIAGE QUESTIONS:

## UPPER RESPIRATORY INFECTION

NAME: _Arubles Wall_ DOC #: _65458_ FACILITY: _JCF_

DATE & TIME: _7-9-3_ WORK ASSIGNMENT: _School_

1. Describe your symptoms: ☐ sneezing ☐ runny nose ☐ stopped-up nose ☐ headache
   ☐ fever ☒ cough ☐ earache ☒ sore throat ☐ fever ☐ chills

2. How long have you been sick?  Date illness began: _7-3-03_ Duration: _2 wks_

3. Do you have other health problems, such as COPD, asthma history, or compromised
   immune system? (N)/Y   List: _____

4. Are you having difficulty swallowing?   N/(Y)

5. Do you have a stiff neck?   N/(Y)

6. When you cough, do you spit anything up and what color is it?
   ☒ productive cough          color of sputum: _YELLOW/GREEN_

7. What have you done to help your cold? ☒ increase fluids ☒ OTC meds ☐ gargle ☐ rest

8. Telephone instructions given to patient if _not_ evaluated as an emergency: _____
   _TO SEE SO MEDICAL_

   Signature: _____

   (Can offer (URI) Patient Information Sheet if patient does not need evaluation.)

Patient _must_ be evaluated using protocol provided if:

- Fever is above 101°.
- They complain of difficulty swallowing or have a stiff neck.
- Nasal drainage or sputum is any color other than white or clear.
- They complain of ear or facial pain.
- They have debilitating chronic health problems, such as asthma, emphysema, liver
  disease, or immune disorders.

31202–aa–2

ENTURA REHABILITATION
CDOC Prior Authorization

(719)560-5417
(719)543-8605
(719)275-3301

Date: 5/4/200   Ordering Provider: GAGAN SINGH MD   Phone #: 970 522 7243

Offender Name: WAYNE BRUNSILIUS   Offender Facility: SCF

DOC 65458   D.O.B. 5/24/41   DX: Osteoporosis / Scoliosis 2° hyperchois

RX: EVAL   Procedure Code: 41700 S   DX Code: 754.2

Pr Name: MARK MCDONALD PT, OCS

s, Procedure Referral Requested: REDUCING 1 VISIT TO PT Z BRACE
REDUCING SOFT 3 POINT TLSO SCOLIOSIS BRACE FROM
ABILITIES UNLIMITED OR FROM MARK MCDONALD, PT, 09
~~I.E./FU~~

Hx of radiation & heavy metal poisoning resulting in osteoporosis.   T7
WORKS IN THE KITCHEN. C/o pn z boots                               ⌠
PMHx: Hypocalcemia   SPL not bad                                  L3

Parovt - "S" curve scoliosis apex T7 : L3
ROM L spe 50% all Directn

: Signs Structural Scoliosis & ↑ risk
of progression

Plan/Orders: PJ Fit z Scoliosis
3 point S Spot
② Atlas Tennis shoes for back pain
③ INSTR. IN BRACE USE :
GIVING BY
④ Try Care for ortholth.

Therapist's Signature: Mark McDonald PT, OCS

Nurse: _____ 5/20/00   1005

M.D./P.A.: _____ 1/12/00   5PM

## FOR USE BY CO. ACCESS

ved: _____ Yes: _____ No: _____   Auth #: _____ PAC Initials: _____

ts: _____

**FAX To:  Deb I. (303)333-9677**

Exhibit 15
Set IV

## STATE OF COLORADO – DEPARTMENT OF CORRECTIONS
## PROBLEM LIST

DI - 3 (Rev 1-)

| INMATE NO. | NAME | | BIRTHDATE | FACILITY |
|---|---|---|---|---|
| 65458 | Brussilius, Wayne | | 5/24/41 | SCF |

| Prob. No. 1 | Health Maintenance |
|---|---|
| Prob. No. 2 | Acute Episodes |
| Prob. No. 3, 4, 5 ect. continue below | |

**Known Allergies:** Smoke, milk.

**Past Surgeries:** lactose intol

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Kypho SIGNIF. SCOLIOSIS | | |
| PLAN | Congenital per ortho consult on 8-08-90. Paul J Krantz MD | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Heavy metal pois. → ataxia | | |
| PLAN | 10/18/04 No supporting documentation on chart. Paul J Krantz MD | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Radiation pois. | | |
| PLAN | 10/18/04 No supporting documentation on chart. Paul J Krantz MD | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Hypothyroidism | | |
| PLAN | | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Hypo Calcemia | | |
| PLAN | 10/18/04 Resolved. Normal Ca++ levels on lab. Paul J Krantz MD | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| | | Osteoporosis | | |
| PLAN | | | | |
| SIGNATURE | | PROVIDER NO. | | |

| DATE | CODE NO. | PROBLEM – ACTIVE (CHRONIC) | INACTIVE DATE | INACTIVE PROBLEM / DATE |
|---|---|---|---|---|
| 10-18-04 | | Staffing. | | |
| PLAN | See noted dated 10-18-04 | | | |
| SIGNATURE | Paul J Krantz MD | PROVIDER NO. | | |

31211

DC Form 78 (2/93) / Old. N
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

PRICARE CODE NO.   NAME   OFFENDER NO.   LIVING UNIT

SUBJECTIVE:

DATE   TIME

PROBLEM 1 2 _____
PLAN / ORDERS

OBJECTIVE:   Temp. ___   Pulse ___   Resp. ___   B/P ___/___

SIGNATURE:
NURSE:

P.E.:

ASSESSMENT:

PHYSICIAN:
Rx NO.

---

PRICARE CODE NO.   NAME _Brunsilus W_   OFFENDER NO. _65458_   LIVING UNIT _LL134_

SUBJECTIVE:
wt 180#
Ht 5'8"
_C/o can't swallow._

DATE _7/20/04_   TIME _1430_

PROBLEM 1 2
PLAN / ORDERS

SaO2 93% @3

OBJECTIVE:   Temp. _98_   Pulse _76_   Resp. _20_   B/P _122/75_

① "I can't swallow"
② Stated "I can't eat"
③ inflammation wrists/knees varied pt,
Hot cereal for breakfast. — Trouble
swallowing dry foods." ♂ white
Hx radiation poisoning. patches
Eat 1 meal Hx meningitis noted
P side Back Throat swollen. Throat

① ↑ fluids
② To be seen: kite by provider
③ Kite to be seen
④

ASSESSMENT:
Request Low kirk/Low
Walking talking 5 dy.   kite to be
seen.

SIGNATURE:
NURSE: _7/20/04_

P.E.:

PHYSICIAN: _09/20/04_
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
01

Exhibit 1
Sect. V

# Kit Carson Correction Center

## 49777 Co. Rd. V

## Burlington, Colorado

## 80807

**To:** Mr. Brunsilius

**Medical Response:** # 65458   AB109

After reviewing your files, we did not receive a Colorado Inter-correctional medical summary transfer report from Sterling to KCC. Also to let you know there is a $1.00 charge for copies and if you would still like a copy of the summary transfer from KCCC to Sterling please send me another Kyte and I will make copy that day and have you sign a withdrawal ticket.

If you have any further questions please send a Kyte

Thank you

Ms Jones 3-26-07

**LabOne**

Exhibit 2
Sect. 5

PATIENT: BRUNSILIUS, WAYNE
CLIENT PATIENT ID: 65458
REQ NUMBER:26514300-16
ID OR ROOM NO: 65458

ACCOUNT: Y6Y0
REF DR: WILEY

PAGE DOB/AGE: May 24 1941/65 YEARS
1 SEX: M   FASTING: YES        HRS: 12
DATE/TIME COLL: Feb 04 2007 06:55 AM
DATE RECEIVED:  Feb 06 2007 07:47 AM
DATE REPORTED:  Feb 07 2007
DATE RE-SENT:   Feb 07 2007
REPORT STATUS:  FINAL REPORT

KIT CARSON CORRECTIONAL CTRPCS
.
49777 COUNTY ROAD V
PO BOX 309
BURLINGTON, CO 80807

| RESULT NAME | IN RANGE | OUT OF RANGE | REFERENCE | UNITS |
|---|---|---|---|---|
| **BLOOD CHEMISTRY** | | | | |
| NO HEMOLYSIS DETECTED | | | | |
| NO LIPEMIA DETECTED | | | | |
| NO ICTERUS DETECTED | | | | |
| SODIUM | 140 | | 136 - 146 | MEQ/L |
| POTASSIUM | 4.4 | | 3.6 - 5.2 | MEQ/L |
| CHLORIDE | 105 | | 98 - 109 | MEQ/L |
| GLUCOSE | 85 | | 60 - 99 | MG/DL |
| CALCIUM | 8.7 | | 8.5 - 10.5 | MG/DL |
| BUN | 13 | | < 23 | MG/DL |
| CREATININE | 0.9 | | < 1.5 | MG/DL |
| eGFR (NON-AFRO AMERICAN) | >60 | | >= 60 | ML/MIN/1.73M2 |
| IF PATIENT IS AFRICAN-AMERICAN, MULTIPLY RESULT BY 1.21. | | | | |
| BUN/CREAT RATIO | 14.4 | | 10 - 22 | |
| TOTAL BILIRUBIN | 0.6 | | 0.2 - 1.3 | MG/DL |
| AST (SGOT) | 23 | | < 45 | U/L |
| ALT (SGPT) | 20 | | < 45 | U/L |
| ALKALINE PHOSPHATASE | 48 | | 40 - 125 | U/L |
| TOTAL PROTEIN | 6.6 | | 6.2 - 8.3 | G/DL |
| ALBUMIN | 4.0 | | 3.7 - 5.2 | G/DL |
| GLOBULIN | 2.6 | | 1.8 - 3.5 | G/DL |
| A/G RATIO | 1.5 | | 1 - 2.5 | |
| TRIGLYCERIDES | 137 | | < 150 | MG/DL |
| CHOLESTEROL | 186 | | < 200 | MG/DL |
| HDL CHOLESTEROL | 50 | | > 39 | MG/DL |
| CHOL/HDL RATIO | 3.7 | | < 5.0 | |
| LDL CHOLESTEROL, CALC | 108 | | < 130 | MG/DL |
| VLDL, CALCULATED | 27 | | < 30 | MG/DL |
| LDL/HDL RATIO | 2.17 | | < 3.25 | |
| BICARBONATE | 27 | | 21 - 30 | MEQ/L |
| **THYROID STUDIES** | | | | |
| TSH (3RD GENERATION) | | | 0.35 - 5.50 | MCIU/ML |
| PROSTATE SPECIFIC Ag | 1.42 | | <4.01 | NG/ML |

PSA IS NOT ABSOLUTE EVIDENCE OF MALIGNANCY.
PSA PERFORMED ON BAYER DIAGNOSTICS CENTAUR
EQUIMOLAR. VALUES OBTAINED WITH
DIFFERENT METHODS MAY NOT BE INTERCHANGEABLE.

| | | | | |
|---|---|---|---|---|
| **HEMATOLOGY** | | | | |
| HGB | 17.0 | | 13.0 - 17.0 | G/DL |
| HCT | | | 40.0 - 51.0 | % |
| RBC | 5.50 | | 4.30 - 5.70 | MILLION/MCL |
| MCV | 95 | | 81 - 103 | FL |
| MCH | 31.1 | | 26.0 - 35.0 | PG |

- REPORT CONTINUED ON NEXT PAGE -

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 800.669.7525

SPECIMEN INFORMATION
SPECIMEN: KS420725B
REQUISITION: 3047478
LAB REF NO:

COLLECTED: 02/23/2009   10:20
RECEIVED:  02/24/2009   15:58
REPORTED:  02/25/2009   02:43

PATIENT INFORMATION
**BRUNSILIAS,WAYNE**

DOB: 05/24/1941  Age: 67
GENDER: M    Fasting: U

REPORT STATUS  **Final**

ORDERING PHYSICIAN
**DR TIONA**
CLIENT INFORMATION
97505924
CCA/Y6Y0/KIT CARSON CORR
JODI GRAY
49777 COUNTY ROAD V
BURLINGTON, CO 80807-9361

COMMENTS:   REGISTRATION #65458

| Test Name | In Range | Out of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL W/EGFR | | | | KS |
| GLUCOSE | 91 | | 65-99 mg/dL | |
| | | FASTING REFERENCE INTERVAL | | |
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| CREATININE | 0.93 | | 0.50-1.30 mg/dL | |
| eGFR NON-AFR. AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| eGFR AFRICAN AMERICAN | >60 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| | BUN/CREATININE RATIO IS NOT REPORTED WHEN THE BUN AND CREATININE VALUES ARE WITHIN NORMAL LIMITS. | | | |
| SODIUM | 145 | | 135-146 mmol/L | |
| POTASSIUM | 5.2 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 109 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 25 | | 21-33 mmol/L | |
| CALCIUM | 9.2 | | 8.6-10.2 mg/dL | |
| PROTEIN, TOTAL | 7.4 | | 6.2-8.3 g/dL | |
| ALBUMIN | 4.5 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 2.1-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | 1.0-2.1 (calc) | |
| BILIRUBIN, TOTAL | 0.8 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 57 | | 40-115 U/L | |
| AST | 30 | | 10-35 U/L | |
| ALT | 23 | | 9-60 U/L | |
| CBC (INCLUDES DIFF/PLT) | | | | KS |
| WHITE BLOOD CELL COUNT | | 11.6 H | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 5.27 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 16.8 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 49.1 | | 38.5-50.0 % | |
| MCV | 93.1 | | 80.0-100.0 fL | |
| MCH | 31.9 | | 27.0-33.0 pg | |
| MCHC | 34.3 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 169 | | 140-400 Thousand/uL | |
| ABSOLUTE NEUTROPHILS | | 10602 H | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 858 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | | 128 U | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | | 12 L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 0 | | 0-200 cells/uL | |
| NEUTROPHILS | 91.4 | | % | |
| LYMPHOCYTES | 7.4 | | % | |
| MONOCYTES | 1.1 | | % | |

BRUNSILIAS,WAYNE - KS420725B

Page 1 - Continued on Page 2

# LabOne

PATIENT: BRUNSILIUS, WAYNE
CLIENT PATIENT ID: 65458
REQ NUMBER:26514300-16
ID OR ROOM NO: 65458
PAGE DOB/AGE: May 24 1941/65 YEARS
2 SEX: M      FASTING: YES        HRS: 12
DATE/TIME COLL: Feb 04 2007 06:55 AM
DATE RECEIVED:  Feb 06 2007 07:47 AM
DATE REPORTED:  Feb 07 2007
DATE RE-SENT:   Feb 07 2007
REPORT STATUS:   FINAL REPORT

ACCOUNT: Y6Y0
REF DR: WILEY

KIT CARSON CORRECTIONAL CTRPCS
.
49777 COUNTY ROAD V
PO BOX 309
BURLINGTON, CO 80807

| RESULT NAME | IN RANGE | | REFERENCE | UNITS |
|---|---|---|---|---|
| MCHC | 32.7 | | 30.0 - 37.0 | G/DL |
| RDW | 12.8 | | 11.5 - 14.5 | % |
| WBC | 7.2 | | 4.0 - 11.0 | K/MCL |
| NEUTROPHILS | 65 | | 42 - 77 | % |
| LYMPHOCYTES | 24 | | 16 - 43 | % |
| MONOCYTES | 9 | | 4 - 12 | % |
| EOSINOPHILS | 2 | | 0 - 8 | % |
| BASOPHILS | 0 | | 0 - 3 | % |
| PLATELET COUNT | 209 | | 130 - 400 | K/MCL |

| URINALYSIS | | | | |
|---|---|---|---|---|
| COLOR | YELLOW | | STRAW-YELLOW | |
| CLARITY | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.019 | | 1.003 - 1.029 | |
| pH | 6.5 | | 5.0 - 9.0 | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEG <30 | MG/DL |
| GLUCOSE | NEGATIVE | | NEGATIVE | MG/DL |
| KETONES | NEGATIVE | | NEGATIVE | MG/DL |
| UROBILINOGEN | | | 0.2 - 1.0 | EU/DL |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| HEMOGLOBIN | NEGATIVE | | NEGATIVE | |

HIV-1 AB, EIA                 NON-REACTIVE

No HIV-1 Antibodies Detected.
A Nonreactive EIA test result does no[t]                    [e]xclude the possibility
of HIV-1 infection, since the time t[o]                     [co]nversion is variable.  If
clinically indicated, repeat testing                        [thi]s is suggested.

RAPID PLASMA REAGIN           NON-REACTIVE                   NON-REACTIVE

END OF REPORT FOR            [BRUNSILIUS, W]AYNE

Exhibit 3
Sect 5

### Kit Carson Correctional Center
### 49777 Co Rd V
### Burlington, CO 80807

### Medical Communication

To: _Brunsilius, Wayne_ DOC# _65488_ Housing _OB 112_

Mr. Brunsilius -

Your X-Ray shows that your fracture is not healing very quickly. I have written an order for vitamins and Tums (for calcium). You may put in a pink slip any time to pick them up at KOP medline.

Dr. Ciona
3-5-09

FII 26 Dec 2008 07:08:43 PM MST    Page 1 of 1



Schryver Medical Inc. Colorado
12075 E. 45th Avenue, Suite 600
Denver, CO 80239
Phone: 800-638-3240
Fax: 303-785-9326

# FINAL X-RAY REPORT

PATIENT:   **BRUNSILIUS, WAYNE**            DOB:   05/24/1941
PHYSICIAN: TIONA                            DOS:   12/26/2008
LOCATION:  KIT CARSON CORRECTIONAL
STATION:   N/A

EXAM REASON: FOLLOWUP FRACTURE V67.4

EXAM TYPE:    PORTABLE 2V TIB FIB 73590 RT

FINDINGS:    There is no prior to compare.   There is an oblique proximal fibula shaft
             fracture in near anatomic alignment without significant bridging callus.

IMPRESSION:  PROXIMAL FIBULA FRACTURE WITHOUT SIGNIFICANT CALLUS AS
             NOTED.

*R. Paul Cory md*

R. PAUL CORY MD

D: 12/26/2008 18:26:04 MST

T: 12/26/2008 18:48:55 MST      CR

*sure*
*PM scheduled*
*to me.*
*12-28-08*

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

*Exhibit 4*
*Sect 5*



Schryver Medical Inc. Colorado
12075 E. 45th Avenue, Suite 600
Denver, CO 80239
Phone: 800-638-3240
Fax: 303-785-9326

# FINAL X-RAY REPORT

**PATIENT:** **BRUNSILIUS, WAYNE**          DOB:  05/24/1961
PHYSICIAN: TIONI                            DOS:  03/03/2009
LOCATION: KIT CARSON CORRECTIONAL
STATION:   N/A

EXAM REASON: LIMB PAIN ARM/LEG 729.5 F/U FX

EXAM TYPE:     PORTABLE 2V TIB FIB 73590 RIGHT

FINDINGS:      Frontal and lateral views of the right tibia and fibula are submitted and
compared with similar views performed December 26, 2008 and December 2,
2008.

Over the series of films there is an unchanged, near anatomic alignment and
opposition, oblique fracture of the proximal fibular diaphysis.   Over the
series of films there has been no significant change or development of
bridging calcified callous or periosteal new bone formation.   There is no
expanding underlying osteolucent lesion of the bone.   There is no
surrounding soft tissue mass.   No other remarkable study findings are
noted.

IMPRESSION:    1.   FRACTURE OF THE PROXIMAL FIBULAR DIAPHYSIS.   OVER
THE ABOVE SERIES OF RADIOGRAPHS, NO SIGNIFICANT CHANGES
ARE NOTED IN THE BONY ALIGNMENT AND OPPOSITION OR
DEGREE OF RADIOGRAPHIC FRACTURE HEALING.

_David B. Koch MD_

DAVID KOCH MD

D: 03/04/2009 11:13:45 MST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.



Schryver Medical Inc. Colorado
12075 E. 45th Avenue, Suite 600
Denver, CO 80239
Phone: 800-638-3240
Fax: 303-785-9326

# FINAL X-RAY REPORT

**PATIENT:**  **BRUNSILIUS, WAYNE**        **DOB:**  05/24/1961
PHYSICIAN: TIONA                           **DOS:**  04/29/2009
LOCATION:  KIT CARSON CORRECTIONAL
STATION:   N/A

EXAM REASON: LIMB PAIN ARM/LEG 729.5 ONLY SYMPTOM

EXAM TYPE:    PORTABLE 2V TIB FIB 73590 RIGHT

FINDINGS:     There is fracture of fibular diaphysis - with mild displacement.  The tibia
              is intact.  No change since 03/04/2009 exam.

IMPRESSION:   RT TIB/FIB: NO HEALING YET OF PROXIMAL FIBULAR
              FRACTURE.

_D Dang_

-----------------------

DAVID DANG MD

D: 04/29/2009 20:08:01 MDT

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

om: 3037859326          To: 17193469458          Wed 03 Dec 2008 09:39:25 AM MST          Page 1 of 1

*exhibit 4*
*4 pages*
*5 of 5*



Schryver Medical Inc. Colorado
12075 E. 45th Avenue, Suite 600
Denver, CO 80239
Phone: 800-638-3240
Fax: 303-785-9326

# FINAL X-RAY REPORT

**PATIENT:**   **BRUNSILIUS, WAYNE**          **DOB:**   05/24/1941
PHYSICIAN: TIONA                           **DOS:**   12/02/2008
LOCATION: KIT CARSON CORRECTIONAL
STATION:   N/A

EXAM REASON: ANKLE PAIN  719.47

EXAM TYPE:     PORTABLE 3V ANKLE 73610 RIGHT

FINDINGS:      The views of the ankle show normal and intact articulating surfaces. The
               ankle mortise is stable. There is no fracture or bone chip. The tarsals are
               unremarkable.

IMPRESSION:    NEGATIVE ANKLE.

*R M*

_____

ROGER MCCLELLAN MD

D: 12/03/2008 09:29:03 MST

*12-3-08 rw*

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 65458  - Name: BRUNSILIUS, WAYNE C

| ICD Code | Problem & Description | Status | Onset | Provider |
|---|---|---|---|---|
| V82.89 | SPECIAL SCREENING OTHER SPEC CONDS | Active | 03/10/2010 | WILEY, KATHY M |
| Comments: | | | | |
| V82.89 | SPECIAL SCREENING OTHER SPEC CONDS | Active | 03/01/2010 | WILEY, KATHY M |
| Comments: | | | | |
| 788.1 | DYSURIA | Active | 12/16/2009 | TIONA, SUSAN M |
| Comments: | | | | |
| 787.3 | FLATULENCE ERUCTATION AND GAS PAIN | Active | 09/28/2009 | TIONA, SUSAN M |
| Comments: | | | | |
| 787.91 | DIARRHEA | Active | 07/10/2009 | TIONA, SUSAN M |
| Comments: | | | | |
| 780.4 | DIZZINESS AND GIDDINESS | Active | 07/10/2009 | TIONA, SUSAN M |
| Comments: | | | | |
| 388.70 | UNSPECIFIED OTALGIA | Active | 02/16/2009 | TIONA, SUSAN M |
| Comments: | | | | |
| 823.81 | CLOSED FRACTURE UNSPEC PART FIBULA | Active | 01/06/2009 | TIONA, SUSAN M |
| Comments: PROXIMAL | | | | |
| 521.00 | UNSPECIFIED DENTAL CARIES | Active | 04/12/2007 | HARVIE, PATTY |
| Comments: | | | | |
| 792.1 | NONSPECIFIC ABNORMAL FINDING IN STOOL CONTENTS | Active | 02/21/2007 | TIONA, SUSAN M |
| Comments: | | | | |
| 724.2 | LOW BACK PAIN | Chronic | 09/12/2003 | WEBSTER, BRIAN R |
| Comments: | | | | |
| 737.30 | SCOLIOSIS (& KYPHOSCOLIOSIS), IDIOPATHIC | Chronic | 09/23/1999 | HABLUTZEL, BONNIE |
| Comments: | | | | |

Printed By: TIONA, SUSAN M     Printed at: 05/12/2010 14:53:14

*Exhibit L*
*Sed 5*

```
= MED REPORTS ================ CIMST REPORT =============== 05/25/2010 = Page  1
Doc No: 65458   Name: BRUNSILIUS, WAYNE C              KIT/UNIT D PRES FACIL
===============================================================================
```

Date of Birth: 05/24/1941          Alias(es): NONE

Allergies: NKA              Special Diet: REG REGULAR MENU

Last hospitalized:
Housing Restrictions: CANE
                      CANE
                      LOWER BUNK
                      LOWER TIER
                      NO STAIRS
                      REQUIRES STAFF ASSIST WHEN CUFFED AND/OR SHACKLED
Medical Restrictions: NO MEDICAL RESTRICTIONS

Pending Appointments:              NO APPOINTMENTS


Medical Level: 2P MILD NEEDS/CARE

Last Encounter: 05/12/2010 SCOLIOSIS , IDIOPATHIC

Current Med Cond(s):
03/10/2010   V82.89    SPECIAL SCREENING OTHER SPEC CONDS
03/01/2010   V82.89    SPECIAL SCREENING OTHER SPEC CONDS
12/16/2009   788.1     DYSURIA
09/28/2009   787.3     FLATULENCE ERUCTATION AND GAS PAIN
07/10/2009   787.91    DIARRHEA
07/10/2009   780.4     DIZZINESS AND GIDDINESS
02/16/2009   388.70    UNSPECIFIED OTALGIA
01/06/2009   823.81    CLOSED FRACTURE UNSPEC PART FIBULA
04/12/2007   521.00    UNSPECIFIED DENTAL CARIES
02/21/2007   792.1     NONSPECIFIC ABNORMAL FINDING IN STOOL CONTENTS
09/12/2003   724.2     LOW BACK PAIN
12/13/1999   E980.9    POISONG BY OTH & NOS SOLID & LIQUID SUBS
10/26/1999   244.9     HYPOTHYROIDISM
10/26/1999   731       OSTEITIS DEFORMANS & OSTEOPATHIES ASSOC
09/23/1999   737.30    SCOLIOSIS (& KYPHOSCOLIOSIS), IDIOPATHIC
06/10/1991   86701     ELISA TEST

Active Medications:        NONE


MHDx   Psych Level: 2  LOW MENTAL HEALTH NEEDS
Axis I:
Axis II:

R.P.R.    Date  6|11|96      Results  Nl

T.B.      Date: 05/01/2010   Results: 0 X 0 mm

TETANUS   Date  Unknown

OTHER     HIV 2/4/07   NR
```
--------------------------------------------------------------------------------
                            MEDICAL NOTE:
--------------------------------------------------------------------------------

SIGNATURE ___N Goodwin, Ru_____

**Please print form, sign & send with offender! CIMST Form completed at KIT CARSON.**

# HAIR ELEMENTS



**DOCTOR'S DATA INC.**

LAB#: H110110-2438-1
PATIENT: Wayne Brunsilius
ID:    BRUDSILIUS-W-00001
SEX: Male
AGE: 69

CLIENT#: 19706
DOCTOR: Rebecca A. Painter, MD

Po Box 189
Gillette, WY 82717 USA

Exhibit 2
Sect. VI

## POTENTIALLY TOXIC ELEMENTS

| TOXIC ELEMENTS | RESULT µg/g | REFERENCE RANGE | PERCENTILE 68th | 95th |
|---|---|---|---|---|
| Aluminum | 12 | < 7.0 | | |
| Antimony | 0.057 | < 0.066 | | |
| Arsenic | 0.039 | < 0.080 | | |
| Barium | 2.0 | < 1.0 | | |
| Beryllium | < 0.01 | < 0.020 | | |
| Bismuth | 0.042 | < 2.0 | | |
| Cadmium | 0.058 | < 0.065 | | |
| Lead | 0.39 | < 0.80 | | |
| Mercury | 0.04 | < 0.80 | | |
| Platinum | < 0.003 | < 0.005 | | |
| Thallium | < 0.001 | < 0.002 | | |
| Thorium | 0.001 | < 0.002 | | |
| Uranium | 0.049 | < 0.060 | | |
| Nickel | 0.29 | < 0.20 | | |
| Silver | 0.06 | < 0.08 | | |
| Tin | 0.15 | < 0.30 | | |
| Titanium | 0.42 | < 0.60 | | |
| Total Toxic Representation | | | | |

## ESSENTIAL AND OTHER ELEMENTS

| ELEMENTS | RESULT µg/g | REFERENCE RANGE | PERCENTILE 2.5th | 16th | 50th | 84th | 97.5th |
|---|---|---|---|---|---|---|---|
| Calcium | 359 | 200– 750 | | | | | |
| Magnesium | 29 | 25– 75 | | | | | |
| Sodium | 48 | 20– 180 | | | | | |
| Potassium | 10 | 9– 80 | | | | | |
| Copper | 69 | 11– 30 | | | | | |
| Zinc | 180 | 130– 200 | | | | | |
| Manganese | 0.11 | 0.08– 0.50 | | | | | |
| Chromium | 0.49 | 0.40– 0.70 | | | | | |
| Vanadium | 0.019 | 0.018– 0.065 | | | | | |
| Molybdenum | 0.058 | 0.025– 0.060 | | | | | |
| Boron | 0.79 | 0.40– 3.0 | | | | | |
| Iodine | 0.37 | 0.25– 1.8 | | | | | |
| Lithium | 0.009 | 0.007– 0.020 | | | | | |
| Phosphorus | 180 | 150– 220 | | | | | |
| Selenium | 0.96 | 0.70– 1.2 | | | | | |
| Strontium | 2.0 | 0.30– 3.5 | | | | | |
| Sulfur | 47900 | 44000– 50000 | | | | | |
| Cobalt | 0.008 | 0.004– 0.020 | | | | | |
| Iron | 11 | 7.0– 16 | | | | | |
| Germanium | 0.033 | 0.030– 0.040 | | | | | |
| Rubidium | 0.012 | 0.011– 0.12 | | | | | |
| Zirconium | 0.23 | 0.020– 0.44 | | | | | |

## SPECIMEN DATA

**COMMENTS:**

Date Collected:  1/6/2011
Date Received:   1/10/2011
Date Completed:  1/12/2011
Client Reference:
Methodology:     ICP-MS

Sample Size:    0.196 g
Sample Type:    Head
Hair Color:
Treatment:
Shampoo:

V010.08

## RATIOS

| ELEMENTS | RATIOS | EXPECTED RANGE |
|---|---|---|
| Ca/Mg | 12.4 | 4– 30 |
| Ca/P | 1.99 | 0.8– 8 |
| Na/K | 4.8 | 0.5– 10 |
| Zn/Cu | 2.61 | 4– 20 |
| Zn/Cd | > 999 | > 800 |

©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 • CLIA ID NO: 14D0646470 • MEDICARE PROVIDER NO: 148453

Def. 41  Exhibit 1

# 24 HOUR URINE TOXIC METALS


DOCTOR'S DATA INC.

LAB #: U110112-2375-1
PATIENT: Wayne Brunsilius
ID: BRUDSILIUS-W-00001
SEX: Male
AGE: 69

CLIENT #: 19706
DOCTOR: Rebecca A. Painter, MD

Po Box 189
Gillette, WY 82717 USA

## POTENTIALLY TOXIC METALS

| METALS | RESULT µg/g creat | REFERENCE RANGE | RESULT µg/24 HOUR | REFERENCE RANGE | WITHIN REF. RANGE | ELEVATED | VERY ELEVATED |
|---|---|---|---|---|---|---|---|
| Aluminum | 13 | < 25 | 22 | < 30 | | | |
| Antimony | < dl | < 0.3 | < dl | < 0.3 | | | |
| Arsenic | < dl | < 108 | < dl | < 180 | | | |
| Barium | 4.6 | < 7 | 7.6 | < 8 | | | |
| Beryllium | < dl | < 0.5 | < di | < 0.6 | | | |
| Bismuth | 0.4 | < 10 | 0.6 | < 15 | | | |
| Cadmium | 1.9 | < 0.8 | 3.1 | < 0.9 | | | |
| Cesium | 2.7 | < 9 | 4.4 | < 10 | | | |
| Gadolinium | 0.4 | < 0.3 | 0.6 | < 0.4 | | | |
| Lead | 29 | < 2 | 47 | < 2.5 | | | |
| Mercury | < dl | < 3 | < dl | < 5 | | | |
| Nickel | 6.5 | < 10 | 11 | < 15 | | | |
| Palladium | < dl | < 0.3 | < dl | < 0.3 | | | |
| Platinum | < dl | < 1 | < dl | < 1 | | | |
| Tellurium | < dl | < 0.3 | < dl | < 0.3 | | | |
| Thallium | 0.2 | < 0.5 | 0.3 | < 0.6 | | | |
| Thorium | < dl | < 0.03 | < dl | < 0.03 | | | |
| Tin | 5.1 | < 9 | 8.5 | < 13 | | | |
| Titanium | N/A | < 15 | N/A | < 15 | | | |
| Tungsten | 0.2 | < 0.4 | 0.4 | < 0.5 | | | |
| Uranium | 0.1 | < 0.03 | 0.2 | < 0.04 | | | |

## URINE CREATININE

| | RESULT mg/24 hr | REFERENCE RANGE | 2SD LOW | 1SD LOW | MEAN | 1SD HIGH | 2SD HIGH |
|---|---|---|---|---|---|---|---|
| Creatinine | 1660 | 800- 2800 | | | | | |

## SPECIMEN DATA

Comments:
Date Collected:   1/7/2011
Date Received:   1/12/2011
Date Completed:   1/20/2011
Method:   ICP-MS

pH Upon Receipt: Acceptable
<dl:   less than detection limit
Provoking Agent: DMSA CAEDTA

Collection Period: 24 Hr/Coll
Volume:   2000 ml
Provocation:

Toxic metals are reported as µg/g creatinine and µg/24 hour to account for urine dilution variations. **Reference ranges are representative of a healthy population under non-challenge or non-provoked conditions.** No safe reference levels for toxic metals have been established.

V12

©DOCTOR'S DATA, INC. • ADDRESS: 3755 Illinois Avenue, St. Charles, IL 60174-2420 • CLIA ID NO: 14D0646470 • MEDICARE PROVIDER NO: 148453

0001394