Judge Kane

Por Si Motion
United State to District Court
For
The District of Colorado

Civil Action No# 92-N-870 (OES) TLK
(Consolidated for all purpose with
Civil Action # No 96-N (343)
Jess Montez, al, et.
Plaintiff,
vs
John Hickenlooper et, al
Defendant

Claim Number X-26.4.
Category Untimely Filing Claim
Claimant Reynaldo Villa # 132385
Address of Claimant S.C.F. P.O. 6000
Sterling Colo. 80751

Motion to negociate sletlement of Claim
& Request for accommadation, relief monity relief.

The letter that was placed abovance should be use as a document to reach a settlement and negociation should start immediatly.

Restfully Mr Villa

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 19 2011
GREGORY C. LANGHAM
CLERK

Reynaldo Villa
#132385
P.O Box 6000
Sterling Co 80751