92-cv-00870-JLK

I

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 20 2011

GREGORY C. LANGHAM
CLERK

Sanction Tort
Pro Se
For Discovery Abuse

In Pretrial a picture of a black ink spot was shown to Acosta a employee of the D.A. office, she that it was the defenant Reginaldo Villa She was receiving coaching from D.D.A Lamb before she answered. New employee

Judge John Doe busness as like always Prelmary hearing My attorney 1st day on the job? Ask me what he should say. ineffective assistance of counsel abuse of discovery, he knew nothing of the evidence's DDA Lamb a little more experenced knew what was up and took full advantage of it. He knew of the medical evidence's, but said nothing knew about the hand swabbing that were negative and none of my DNA on my accuser Discovery abuse, big time.

More discovery abuse the investigating dectective also knew and said nothing!! More discovery abuse!!

II

Judge sworn to uphold the Constitution state & federal discovery abuse

DDA Jambo concealed the medical evidence

Attorney for the defence knew nothing ineffective assistance of counsel knew nothing of discovery. Plain discovery abuse

Detective Weiner concealed all medical evidence. Discovery abuse

The Preliminary Hearing was Shum [illegible]

Asking for a complete dismissal.

Wrongfully Convicted

Reynaldo Villa
#132388
P.O. Box 6000
Sterling Co 80751

The state courts are reluctant to obey the Law's

Cases involved are 2005CR5751 and 2005 CR 400