Original

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 CV 870 - JLK

BOBBIE EUGENE PRUITT, IN THE MATTER OF:
JESSE MONTEZ, et. al.,
   Plaintiff(s),

v.

JOHN HICKENLOOPER, et. al.,
   Defendant(s)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2011

GREGORY C. LANGHAM
                    CLERK

---

IN THE MATTER OF: **CLAIMANT REQUEST** FOR **CLARIFICATION ON STATUS OF OBJECTION** AS RELATES TO MONTEZ PLAN, SECT. XXXI and XXXVI

Appears hereby Claimant, Bobbie Eugene Pruitt, and requests court clarification on the status of Objection under the provisions cited in the matter captioned above, and for grounds as follows:

1. Claimant has in good faith and for good cause filed legal papers in this judicial forum described below:

   I. Objection To Defendant Closure of Montez Plan, Sect. VI - Designated Facility: Fort Lyon Correctional Facility (FLCF) (May 23, 2011);

   II. In The Matter of: FRCP 53(g)(2) Objection To Order of Dismissal of Special Master (6-24-11);

   III. Notice on Standing; Affidavit on Offender Care Aid (OCA) III Status Applicable To Montez Plan, Sect. XIV - Everyday Living Assistance; ... (7-6-11).

2. Claimant has not received any Order or Notice informing the Class on the disposition of the 'June 2010 Compliance Hearings'.

3. Therefore, Claimant does not know whether compliance periods are complete or extended, administrative closure is in effect, or litigation is dismissed, or might require litigation to be re-opened upon a showing of good cause.

4. While Claimant alleges non-compliance to 'Sect. VI' and need for injunctive relief within Objection (para. I above), he cannot determine what the status of it is with respect to 'Sect. XXXI and XXXVI' for reasons said above;

5. Claimant believes and asserts that he has in good faith and for good cause shown, alleged a meritorious Objection going to Defendant non-compliance to 'Sect. VI', which warrants determination and relief requested, or as the court deems appropriate. Further, that he is acting with due diligence to address these important matters.

6. Clarification is required to enable Claimant and Parties to know the status of Objection as it relates to 'Sect. XXXI and XXXVI', whether its filing warrants, that a monitoring period be extended until there has been a determination regarding the merits of the Objection, or as otherwise stipulated above.

7. Done in good faith, under penalty of perjury. 28 USC § 1746. 18 USC § 1621.

WHEREFORE, Claimant prays that this Court grant this request for cause said above.

Date: 7-20-11

Respectfully submitted

Bobbie Eugene Pruitt 43468
Claimant
Box 1010; Unit: 7-2-L-1 (CTCF)
Canon City, Co. 81215

-1-

## Certificate of Mailing

I hereby certify that I have duly placed a true and correct copy of the foregoing legal paper In The Matter of: Claimant Request For Clarification on Status of Objection As Relates To Montez Plan, Sect. XXXI and XXXVI in a sealed postage paid envelop, and deposited it in the US Mail addressed to:

Paula Greisen, Esq.
King & Greisen, LLP
Attorneys at Law
1670 York St.
Denver, Co. 80206

(Counsel for Plaintiff Class)

Date: 1•20•11

James Quinn
Office of the Attorney General
1525 Sherman St., 5th Fl.
Denver, Co. 80203

(Counsel for Defendants)

(S) Bobby Eugene Pruitt 43468
Claimant

- 2 -