IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

original

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 22 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 92 CV 870 - JLK

BOBBIE EUGENE PRUITT, IN THE MATTER OF:

JESSE MONTEZ, et. al.,
    Plaintiff,

v.

JOHN HICKENLOOPER, et. al.,
    Defendants.

## NOTICE ON HARM TO MONTEZ CLASS

Please take notice of the following both Court and Counsel(s):

1. Claimant in good faith and for good cause filed legal papers in this judicial forum described below:

    I. Notice on Standing: Affidavit on Offender Care Aid (OCA) III Status Applicable To Montez Plan, Sect. XIV - Everyday Living Assistance; ... (7.6.11);

2. It disclosed that Claimant has been trained as an OCA III by Mrs. Garcia, (Nurse) Instructor, and designated to help provide "Sect. XIV - Everyday Living Assistance" to disabled inmates, including Montez Class within "Sect. VI Facilities".

3. Claimant indicated that a harm to the Class arises from closure of FLCF, an apparent and serious shortage of Healthcare Professionals, including Nurses, and OCA III(s), which runs statewide, particularly within "Sect. VI Facilities".

4. It has come to light, that the on-going closure of FLCF has driven Nurse Garcia to decide to soon quit the DOC and taking-up employment with a private Nursing Home;

5. Nurse Garcia had received "Notice of Termination," and reassignment to 'CTCF'. But, this poses such a personal and financial hardship upon her and Family, that she is compelled to seek employment outside the DOC.

6. Hearsay has it that other Healthcare Professionals at FLCF faced with termination, and similar hardship, may also quit the DOC.

7. This has an immediate and potential adverse impact on "Everyday Living Assistance". It has a destabilizing and damaging effect;

8. It does not move toward establishing adequate and meaningful cross-over operations within "Sect. VI Facilities", rather suggests a high risk for deterioration of Healthcare Services due to insufficient Healthcare Professionals. "Sect. XV - Training" of additional Healthcare Professionals is needed to help remedy this.

9. This factor arising from closure of the Sect. VI Facility: FLCF, indicates a serious need to address and resolve this matter, to avert further deprivation of rights and benefits going to accommodation of remedial care requirements of disabled inmates, including the Montez Class.

Date: 7.20.11

Respectfully submitted
Bobbie Eugene Pruitt 43468
    Claimant
Box 1010; Unit: 7.2-61 (CTCF)
Canon City, Co. 81215

-1-

## Certificate of Mailing

I hereby certify that I have duly placed a true and correct copy of the foregoing Notice On Harm To Montez Class in a sealed postage paid envelop, and deposited it in the US Mail addressed to:

Paula Greisen, Esq.
King & Greisen, LLP
Attorneys at Law
1670 York St.
Denver, Co. 80206
(Counsel for Plaintiff Class)
Date: 7-20-11

James Quinn
Office of the Attorney General
1525 Sherman St., 5th Fl.
Denver, Co. 80203

(Counsel for Defendants)
(s) Bobbie Eugene Truitt 43468
Claimant