IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

Claim Number X-549
Category: Untimely Filed Claim
Claimant: Bobbie Eugene Pruitt, #43468
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the affidavit of Claimant. (*Doc. 5103*) This affidavit relates to Claimant's objection to the announced closing of the Ft. Lyon Correctional Facility.

Claimant is represented by class counsel. His concerns about the closure of FLCF must be relayed to class counsel. Claimant may not file *pro se* motions in this case. Class counsel are responsible for representing all members of the class on systemic issues. The announced closure of the Ft. Lyon Correctional Facility is a systemic issue.

IT IS HEREBY ORDERED that the affidavit of Bobbie Eugene Pruitt is stricken, as Claimant is represented by class counsel who must deal with the closure of FLCF.

SIGNED this 15th day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master