IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number X-264
Category: Untimely Filed Claim
Claimant: Reynaldo Villa, #132385
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter requesting a settlement on his claim. *Doc. #5111*. Claimant previously filed a claim that was dismissed on April 2, 2010 due to lack of jurisdiction. Claimant was not in DOC custody on or before August 27, 2003. There was and is no jurisdiction to grant the relief Claimant requests. There is no jurisdiction for any claim filed by Claimant.

      Claimant reserves the right to seek the assistance of class counsel or to file his own lawsuit. This Court has no jurisdiction over this claim and the request of Claimant.

      IT IS HEREBY ORDERED that the letter of Claimant, being treated as a motion, is denied for lack of jurisdiction

      SIGNED this 22nd day of July, 2011.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____

                                      Richard M. Borchers
                                      Special Master