IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOOPER, et al.

      Defendants.

_____

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion to amend report and recommendation, dated July 1, 2011. The Special Master has reviewed his notes from the hearing. Claimant testified that he would get his own shoes, if given the opportunity. Nothing was said concerning financial inability to purchase appropriate footwear. The Special Master's recommendation was premised on the understanding that Claimant would be able to secure outside funds for use in the purchase of footwear.

      On review of the evidence, there is no basis for recommending the imposition of any sanction against Defendants. The motion to amend will be denied.

      IT IS HEREBY ORDERED that Claimant's motion to amend report and recommendations is denied.

      SIGNED this 15th day of July, 2011.

                                  BY THE COURT:

                                  /s/ Richard M. Borchers

                                  _____
                                  Richard M. Borchers - Special Master