IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

_____

Claim Number: 03-173
Category:  III
Claimant:  Wellman E. Gibson #74384
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

**ORDER OF SPECIAL MASTER**

_____

        THIS MATTER comes before the Special Master on Claimant's letter which will be treated as a motion. *Doc. 5108*. Claimant alleges that he has been denied appropriate medical care because he is Jewish. He further alleges that he has been denied the right to wear appropriate head ware.

        Claimant's allegations are troublesome. The allegations are beyond the jurisdiction of this case. Claimant's remedy is to file his own separate lawsuit pursuant to 42 U.S.C. §1983 or other appropriate statute. There is no jurisdiction through the Remedial Plan to adjudicate this type of allegation.

        IT IS HEREBY ORDERED that the letter of Wellman Gibson, being treated as a motion, is denied for lack of jurisdiction; and

        IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 30, 2010.**

        SIGNED this 15th day of July, 2011.

BY THE COURT:

/s/ Richard M. Borchers

_____

Richard M. Borchers
Special Master