IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on Claimant's motion for declaration of noncompliance. Claimant previously filed a claim alleging that he was disabled. That claim was denied on October 4, 2005.

Judge Kane ruled on January 19, 2011 that the time for the filing of *pro se* motions is over in this case. Claimant will be provided a copy of that order. The Special Master will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Claimant does retain the right to file his own lawsuit with the Court. He may not pursue any claim for personal damages or relief in this case. The Special Master has no discretion under Judge Kane's order and must dismiss the motion.

IT IS HEREBY ORDERED that the motion of Shawn M. Winkler is denied and stricken; and

IT IS FURTHER ORDERED that a copy of the motion will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 30, 2011.**

SIGNED this 15th day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master