IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-130
Category III
Claimant: David Bryan, #59182
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's motion for second legal material storage box. Defendants have responded to the motion.

      Claimant has filed a *pro se* motion requesting issuance of a court order allowing him to have a second box for legal materials. Claimant is one of the original class members and has been active in the prosecution of this case. Claimant has alleged that he remains active in the systemic part of this case.

      Claimant filed an individual claim pursuant to Article XXXII of the Remedial Plan. That claim was resolved in favor of Claimant on February 7, 2007. Claimant was awarded money for the discrimination that he endured. That monetary award was paid by Defendants.

      Claimant wishes to have a second box for legal materials for this case. Class counsel represent Claimant on all systemic issues. Class counsel has not joined in the motion for a second legal material storage box.

      Judge Kane has ruled that the time for filing of *pro se* motions or claims is over. Class counsel will be provided a copy of the motion and response of Defendants. Class counsel represent Claimant and must make a determination concerning Claimant's motion. *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir.1991). Only if class counsel moves for relief may the merits of the motion be

reached. There is no jurisdiction for the Court to consider Claimant's *pro se* motion.

IT IS HEREBY ORDERED that Claimant's *pro se* motion for a second legal material storage box is denied for lack of jurisdiction; and

IT IS FURTHER ORDERED that a copy of Claimant's motion and Defendants' response shall be provided to class counsel; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 26, 2011.**

SIGNED this 22nd day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

---

Richard M. Borchers
Special Master