IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the Claimant's motion requesting placement as party in complaint with a higher category number due to his medical injuries. Claimant had requested previously additional time in which to file an objection to dismissal of his amended complaint.

    There is no jurisdiction under Article XXXII of the Remedial Plan for filing of an amended complaint. Claimant had his opportunity to file a claim under Article XXXII and did so in 2004. The claim was dismissed on August 2, 2004. Claimant's remedy is to file a separate lawsuit. There is no jurisdiction to do anything except dismiss the motion.

    IT IS HEREBY ORDERED that Claimant's motion is denied and dismissed; and

    IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 12, 2011.**

    SIGNED this 15th day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master