**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, ET AL.,
    Plaintiffs,

-V-

Bill Owens, et al.,
    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2011

GREGORY C. LANGHAM
                 CLERK

Claim Number 03-140
Catagory III
Claimant: Shawn M. Winkler, #48319
Address: SCF, P.O. Box 6000, Sterling, Colorado 80751

## OBJECTION

In the matter of claim number 03-140, claimant Shawn M. Winkler, the record is clearly established. The injuries which fully disabled the claimant were sustained at the Buena Vista Correctional Facility in 1999. The claimant has been in the custody of the state of Colorado since those injuries. The Defendants made the statement, on record, the facility doctors were instructed not to call the claimants disabilities, disabilities. There is no ambiguity as to what the meaning was.

During the hearing of this matter, the Special Master in collusion with the defendants, took such damning evidence along with all valid medical records and capriciously asserted there was no support of the claim. After receiving the courts assistence to avoid liability the defendants finally issued ADA accommodations to this claimant. In a pattern of undeniable abuse of these proceedings the defendants still balk or refuse to provide the accommodations granted. The only relief this claimant has received is simply the paper the resolutions are printed on.

The court having failed to forward to this claimant, interested party, or unresolved issue the orders as they were handed down in March 23, 2010; or January 19, 2011 is in error to expect the Claimant to be held to a standard which could not be

known or met. The Special Master may dismiss the claimant by lies, arbitrary decision, and refusal of fact, however, with such resounding record of obvious fraud to the taxpayers and no resolution or attached disclouser clause, this claimant is not going to be slienced so easily.

Therfore we **OBJECT** TO THE ORDER OF July 15, 2011

Executed this 25th day of July 2011

Shawn M. Winkler
12101 Highway 61,
unit 21 CDOC#48319
Sterling, Colorado 80751

known or met. The Special Master may dismiss the claimant by lies, arbitrary decision, and refusal of fact, however, with such resounding record of obvious fraud to the taxpayers and no resolution or attached disclouser clause, this claimant is not going to be slienced so easily.

Therfore we **OBJECT** TO THE ORDER OF July 15, 2011

Executed this 25th day of July 2011

Shawn M. Winkler
12101 Highway 61,
unit 21 CDOC#48319
Sterling, Colorado 80751

# CERTIFICATE OF SERVICE

I do hereby certify that copies of the objection were placed into the United States Mail, First Class, Postage Pre-Paid to the following:

>United States District Court
>901 19th Street
>Denver, Colorado 80294-3589
>
>James P. Quinn
>1525 Sherman Street
>Denver, Colorado 80203

Executed this 25TH day of July 2011

*/s/ Shawn M. Winkler*
Shawn M. Winkler
12101 Highway 61
unit 21, CDOC#48319
Sterling, Colorado  80751