IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-369
Category III
Claimant: Stanley Heisch, #68718
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon,, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's letter of July 17, 2011. In that letter, Claimant requests a hearing to establish that his accommodations are not being met. The letter will be treated as a motion.

    Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. A hearing was held on July 13, 2007. His claim was denied on February 8, 2008.

    Judge Kane has ruled that no additional claims or *pro se* motions may be filed in this case. There is no jurisdiction over this motion. Claimant's remedy is to file his own lawsuit concerning his present treatment.

    IT IS HEREBY ORDERED that the letter of Claimant, being treated as a motion, is denied for lack of jurisdiction; and

    IT IS FURTHER ORDERED that this letter will be forwarded to class counsel for such action as may be deemed appropriate.

    SIGNED this 29th day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master