IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

BILL RITTER, et al.,

Defendants.

_____

Claim Number: 03-173
Category:  III
Claimant:  Wellman E. Gibson #74384
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

**ORDER OF SPECIAL MASTER**
_____

THIS MATTER comes before the Special Master on Claimant's letter which will be treated as a motion. Claimant alleges that he has found newly discovered evidence that would allow for the reinstatement of the original order of then-Special Master Davidson.

Claimant received a fair hearing and adjudication of his claim. The allegations in his letter would not change the result of the adjudication of his claim. In addition, the time for filing additional documents related to claims under Article XXXII of the Remedial Plan is over.

IT IS HEREBY ORDERED that the letter of Wellman Gibson, being treated as a motion, is denied for lack of jurisdiction; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before September 26, 2011.**

SIGNED this 29th day of July, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master