Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX040062
Cashier ID: sg
Transaction Date: 08/02/2011
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $2.76
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 212038
 Amt Tendered:  $2.76
------------------------------------
Total Due:      $2.76
Total Tendered: $2.76
Change Amt:     $0.00

NO PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.

08-1399