IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's pleading entitled "Judicial Notice." This document was filed after the hearing had been held on June 20, 2011 and appears to take issued with the order of the Special Master. The document will be treated as an objection to the Special Master's order of July 8, 2011.

    IT IS HEREBY ORDERED that Claimant's objection will be forwarded to the Court for further action.

    SIGNED this 5th day of August, 2011.

                                        BY THE COURT:

                                        */s/ Richard M. Borchers*

                                        _____
                                        Richard M. Borchers
                                        Special Master