IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-539
Category: Untimely Filed Claim
Claimant: John N. Mahirka, #52957
Address of Claimant: FLCF, P.O. Box 1000, Ft. Lyon, CO 81038-1000

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of John N. Mahirka. In that letter, Claimant requests the appropriate forms for filing of a lawsuit pursuant to 42 U.S.C. §1983. The Clerk will forward the forms to Claimant.

    IT IS HEREBY ORDERED that the Clerk of the Court will forward to Claimant the appropriate forms for a §1983 lawsuit.

    SIGNED this 5th day of August, 2011.

                                       BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____
                                       Richard M. Borchers
                                       Special Master