IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

**JOINT REQUEST TO SEAL/REDACT PORTIONS OF THE REPORTER'S TRANSCRIPT OF THE COMPLIANCE HEARING**

The parties, by and through their respective counsel, hereby submit this Joint Motion to Seal/Redact Portions of the Reporter's Transcript, and in support, state as follows:

1. During the compliance hearing in this matter, there was testimony by, and regarding, an inmate that is being housed in protective custody. During the hearing, the parties jointly requested that this Court order certain portions of the transcript be sealed/redacted in order to protect the identity of this inmate, and the Court agreed. (Transcript 910:10-20)

2. None of the transcripts have yet been electronically posted. However, in order to prepare the proposed Findings of Fact and Conclusions of Law, which were submitted on May 23, 2011, the parties were able to review the transcripts.

3. The parties have reviewed the transcript and have agreed that the following portions of the transcript should be sealed/redacted:

                Transcript 902:23 – 909:9
                Transcript 910:6-9
                Transcript 1224:19 - 1248:19
                Transcript 1287: 5-8
                Transcript 1357:7-16
                Transcript 1646:19 – 1648:2
                Transcript 1711:16 – 1712:8
                Transcript 1715:4 – 1721:4
                Transcript 2606:20 – 2607:9
                Transcript 2633:9-19
                Transcript 4445:6 – 4450:1
                Transcript 4683:13 – 4688:12
                Transcript 4767:16-23

Respectfully submitted this 12th day of August, 2011.

| *Attorneys for Plaintiff Class* | *Attorneys for Defendants* |
|---|---|
| */s/ Paula Greisen* | */s/ Elizabeth H. McCann* |
| Paula Greisen | *Elizabeth H. McCann* |
| Jennifer W. Riddle | *James X. Quinn* |
| KING & GREISEN, LLP | *Jacquelynn N. Rich Fredericks* |
| 1670 York Street | *Colorado Attorney General's Office* |
| Denver, CO  80206 | *1525 Sherman Street* |
| (303) 298-9878 | *Denver, CO  80203* |
| Fax: (303) 298-9879 | *(303) 866-3261* |
| greisen@kinggreisen.com | *Fax: (303) 866-5443* |
| riddle@kinggreisen.com | *beth.mccann@state.co.us* |
|  | *james.quinn@state.co.us* |
| Edward T. Ramey | *jacquelynn.fredericks@state.co.us* |
| Heizer Paul Grueskin LLP |  |
| 2401 15th Street, Suite 300 |  |
| Denver, CO  80202 |  |
| (303) 376-3712 |  |
| eramey@hpgfirm.com |  |
|  |  |
| Blain D. Myhre |  |
| Blain Myhre LLC |  |
| P.O. Box 3600 |  |
| Englewood, CO  80155 |  |
| (303) 250-3932 |  |
| blainmyhre@gmail.com |  |

Lara E. Marks  
Foster Graham Milstein & Calisher LLP  
621 Seventeenth Street, 19th Floor  
Denver, CO  80293  
(303) 333-9810  
lmarks@fostergraham.com