IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

**ORDER**
_____

The Joint Request to Seal/Redact Portions of the Reporter's Transcript of the Compliance Hearing (doc. #5140), filed August 12, 2011, is **GRANTED**. The transcript shall be sealed and or redacted as specified in the motion prior to its being filed into CM/ECF.

Dated this 17th day of August, 2011.

                            BY THE COURT:

                            ***s/John L. Kane***_____
                            John L. Kane, Jr.
                            Senior United States District Judge