**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 19, 2011**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JESSE F. MONTEZ,

    Plaintiff,

v.

JOHN HICKENLOOPER, et al.,

    Defendants - Appellees.

-------------------------------

LARRY GORDON,

    Claimant - Appellant.

No. 08-1399
(D.C. No. 1:92-CV-00870-JLK-OES)

---

**ORDER**

---

Before **KELLY**, **McKAY**, and **MATHESON**, Circuit Judges.

---

This matter is before the court on attorney Eric V. Hall's motion to withdraw as attorney for the appellant in this appeal. The motion is **GRANTED**.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk