IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CIVIL ACTION NO. 92-CV-870-JLK
CLAIM NUMBER X-544

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 3 0 2011**

GREGORY C. LANGHAM
CLERK

MR. John H. James #49264
P.O. BOX 600 - Unit H-C-107
CAÑON CITY, CO 81215

To the special masters, The honorable Richard M. Borchers.
Claimant John H. James, Reg. No. 49264, submitted a letter, and
attached documents to this court in early 2011, which was recie-
-ved February 25, 2011. Claiming Colorado Department of Correc-
-tions/ CDOC medical department. Failing to comply with
the _Montez_ v. _Owens;_ agreement. The letter by Claimant filed
in this court, assigned the Claim Number X-544, was treated
as a new claim, which was not intended, but rather, as
an alleged violation by the CDOC/CDOC medical depart-
-ent of the original stipulated agreement in the above
said civil action number 92-CV-870-JLK. A claim that the
CDOC is denying claimant diabetic medical treatment/ thera-
-peutic care. Claim Number X-544 was dismissed on March
4, 2011 -- granting claimant, Defendants and class counsel right
to file an objection to the order (march 4, 2011), but that
such objection must be filed on or before May 23, 2011.
     Claimant has written class action counsel(s) regarding
this matter and note that this court will served upon
class action counsel(s), a copy of the order March 4, 2011.
Class action counsel(s) after several letters, continued not to
respond to Claimants correspondence's. Claimant, on May 22,
2011 submitted an objection to the courts order (March 4, 2011),
and has not heard from the court. (and request now,
what the status on the courts position is). Claimant is not
able, nor availible to represent himself, and CDOC continues
to deny diabetic medical treatment / while claimants condition
worsen(s). And thus petitions the court to order class act-
-ions counsel(s) to represent claimant, as theire familiar
with the civil Action No. 92-CV-870-JLK. RESPECTFULLY submitted
DATED: THIS 28TH DAY OF August       2011.       John H. James #49264,
                                                 CWCF H.C-805-P.O.BOX 600, CAÑON CITY