IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92 CV 870 - JLK

BOBBIE EUGENE PRUITT, IN THE MATTER OF:

JESSE MONTEZ, et. al.,
    Plaintiff(s),

v.

JOHN HICKENLOOPER, et. al.,
    Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 - 2011

GREGORY C. LANGHAM
CLERK

---

### INSTRUCTION TO CLERK OF COURT

To: James R. Manspeaker, Clerk
US District Court, 10th Cir. (Colo.)
901 19Th St.
Denver, Co. 80294

The Clerk of the Court is hereby instructed file the legal papers described below, and promptly process the same to Judge Kane for consideration and determination.

I. Third Notice On Harm To Montez Class

Objection To Order of Dismissal of Special Master Pursuant To FRCP 53(g)(2) (8.2.11) is pending disposition. This links to it.

Date: 8.30.11

Respectively submitted
Bobbie Eugene Pruitt 43468
Claimant
Box 1010, Unit: 7-2-L-1 (CTCF)
Canon City, Co. 81215