IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-549
Category: Untimely Filed Claim
Claimant: Bobbie Eugene Pruitt, #43468
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the following documents of Claimant: Instruction to Clerk of Court (*5150*); and Third Notice of Harm to Montez Class (*5149*). The time for filing of *pro se* pleadings is over, and these documents will be forwarded to class counsel.

    IT IS HEREBY ORDERED that the documents of Bobbie Eugene Pruitt will be forwarded to class counsel, but no further action will taken on them.

    SIGNED this 2nd day of September, 2011.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master