```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX041195
Cashier ID: sq
Transaction Date: 09/12/2011
Payer Name: STATE OF COLORADO
----------------------------------------
PLRA CIVIL FILING FEE
  For: LARRY GORDON, #53405
  Case/Party: D-COX-1-92-CV-00870A-004
  Amount:        $12.58
----------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 213378
  Amt Tendered: $12.58
----------------------------------------
Total Due:       $12.58
Total Tendered: $12.58
Change Amt:      $0.00

NO PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```

08-1399