92-cv-870-JLK

```
To:     Judge John L. Kane
        Federal District Court

From:   Allen Fistell, #63253

Date:   9-10-11

Re:     Montez Remedial Plan & closing of F.L.C.F. and transfer to S.C.F.
```

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2011

GREGORY C. LANGHAM
                    CLERK

I have written to you numerous times concerning the closing of FLCF with my concerns about what would happen when we were transferred. I knew that the CDOC would not comply with the Remedial Plan, as they never have.

Well on 9-9-11 I was transferred from FLCF to SCF. When I left FLCF all my Hobby/Art Supplies were taken from me, in violation of the Remedial Plan, page 4, para. 4.

When I arrived at SCF the intake staff took more of my personal property as well as some of my Durable Medical Equipment (D.M.E.). This included the transmitter for my Spinal Cord Stimulator (implant). they told me it was not on my Accommodation Resolution and they do not allow tens units at SCF. I told them it is not a tens unit and that this was already addressed during my Montez Claim Hearing before Special Master Borchers, and during the Compliance Hearing held last year in your court. I told them that the Assistant Attorney General Stated that the Spinal Cord Stimulator did not need to be on my (A.R.) Accommodation Resolution and that no CDOC Facility would ever take it. (This was during my Claim Hearing.) The nurse told me apparently they were wrong because we are taking it. I told the Nurse that I cannot walk without my S.C.S. running, and without the transmitter it will not run. He said, "I don't care you will walk or we will R.F.P. you and put you in segregation." I told him if they were going to take my S.C.S. Transmitter they would have to give me a wheel chair. He said "NO!, either I walk without my S.C.S. or go to segregation." I told him I can't walk without it and they would have to do what they have to. He then called somebody on the phone and finally agreed to give me a wheelchair. As you can see they tried to use threats and intimidation to get me to give up my rights and my SCS Transmitter.

So now I came to SCS walking with my cane and Spinal Cord Stimulator and now I am unable to walk and am stuck in a wheelchair. Note, at FLCF not only did I walk but I worked as the on call plumber.

These are just the types of things that I was concerned about when I wrote to you requesting an injunction stopping the CDOC/ State of Colorado from closing FLCF. I knew they were going to take some my property like my Hobby Supplies (about $300.00 worth of painting supplies) and that I would have to file grievances to get them back under the protections of the Remedial Plan. But I could never have imagined them taking the transmitter for my S.C.S., but they did. The CDOC paid for and had the surgery done to implant my S.C.S. in the year 2000.

I request that you issue an order directing the CDOC to comply with the Remedial Plan and return all my property, including but not limited to the Transmitter for my S.C.S., personal property and Hobby Supplies. If you look in your records you will see that this is the second time that the CDOC has done this to me, only this time it's worse and they have left me in severe pain and unable to

walk.

I thank you for your time and consideration of this very important matter and look forward your immediate assistance.

Enclosed you will find a copy of letter to the Office of the AIC, as well as copies of letters to the Attorney General's Office and Paula Griesen our Class Counsel.

XC:     Office of the Attorney General
        Paula Griesen, Montez Class Counsel.
        File