

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK
JESSE MONTEZ, et al.
    Plaintiff,

v.

JOHN HICKENLOOPER, et al.
    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 4 2011

GREGORY C. LANGHAM
    CLERK

## MOTION FOR ENLARGEMENT OF TIME TO FILE OBJECTION TO ORDER

    Lawrence W. Fitzgerald, representing him self pro se hereby respectfully request this Honorable Court to extend the time for filing Claimants Objection to Order of the Special Master Richard M. Brocher dated July 15, 2001. The Claimant is requesting (30) Thirty Days. In support thereof, Claimant states as follows since the Order of the Special Master the Claimant has been in Lock down after locked down and the law library have been closed for one reason or another and the Claimant has been in the law library 2 times since Order and had less total (3) three Hours limited access to the law library, he has not had sufficient time to adequately reseach and prepare his objection motion with exhibits to show he is entitled to relief as other prisoner within this litigation that has been settled by the Courts.

    2) This Request for enlargement will not prejudice the People in any way.

    **WHEREFORE**, for the foregoing reasons, Claimant respectfully request this Court to Grant Claimants motion for enlargement of time and provide an additional (30) Thirty Days to submit his Object Motion and exhibits.

Dated this 12 day of September 2011

Respectfully Submitted

CERTIFICATE OF MAILING

I, Lawrence W. Fitzgerald, hereby certify that I have transmitted a true and correct copy of the foregoing **"MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF"** on this 12 day of **September 2011,** via the United States Postage, first class postage pre-pain to the following:

Clerk of Court
United States District Court
901 19th Street
Denver, CO 80294