IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

---

### SPECIAL MASTER'S FORTY-SECOND APPLICATION FOR PAYMENT OF FEES AND COSTS

---

Richard M. Borchers, the Special Master in the above captioned matter, hereby submits the following Forty-Second Application for Payment of Fees and Costs. This application is for work done from May 16, 2011 to September 15, 2011, and for work on claims that have been dismissed or adjudicated during this period of time. This petition also includes work that has been done up to this point on cases handled by the Special Masters pursuant to the expansion of jurisdiction set forth in the order of Judge Kane on April 15, 2008. The Special Master states as follows:

1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson was appointed subsequently to be a Special Master. Both Bruce

Pringle and Richard Davidson have submitted their resignations as Special Masters, and those resignations have been accepted by the Court.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Master were to be paid by the State of Colorado. The Special Master agreed to an initial hourly rate of $175.00. The Special Master submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Master submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Master was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Master was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers works for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 68.00 hours for this time period on work directly related to the processing of claims and subsequent orders.

6. Richard M. Borchers expended 31.65 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B.

7. Richard M. Borchers additionally spent 79.90 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit C. Richard M. Borchers had 19.00 hours of travel time for this time period and lodging expenses of $347.27. This is reflected in Exhibit D.

8. Legal Resolution Center agreed to pay for most copy and mailing costs out of its

percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

9. The total fees being sought for the time period ending May 15, 2011 are as follows:

    a. Richard M. Borchers:   0.00 hrs.@ $175.00 per hr. =          $         0.00

                               111.55 hrs. @ 200.00 per hr. =          $ 22,310.00

    b. Richard M. Borchers (travel) 19.00 hrs. @ 100.00 per hr. =   $  1,900.00

    c. Susan Carter and other staff hrs.   68.00 hrs @ $ 35.00 hr. =   $  2,380.00

    d. Lodging and expenses                                            $     347.27

                  TOTAL FEES:                                  $ 26,937.27

11. The time devoted to this matter by Richard M. Borchers and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

12. Richard M. Borchers, Judy Olive and Susan Carter are all employees of Legal Resolution Center. Ms. Carter and Ms. Olive have been paid by Legal Resolution Center for the work that they have done to date on this case.

WHEREFORE, the Special Masters request that the Forty-Second Application for Payment of Fees be granted in the amount of $26,937.27 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7828 Vance Drive, #108, Arvada, CO 80003.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: _____

Richard M. Borchers
Special Master
7828 Vance Drive, #108
Arvada, CO 80003
Telephone: 303-426-7365

# EXHIBIT A

Susan Carter

    Total Hours for Period                                               68.00 hrs.

Judy Olive

    Total Hours for Period                                               0.00 hrs.

                                                                                _____

                                    TOTAL HOURS                     68.00 hrs.

# EXHIBIT B

Administrative Time of Richard M. Borchers for period ending September 15, 2011.

| Date | Description | Hours |
|---|---|---|
| 5/18/11 | Review electronic orders and mail; issue loose orders | .50 hrs. |
| 5/20/11 | Send electronic orders to court; review mail; talk to Sue Carter about remaining hearings | .75 hrs. |
| 5/23/11 | Review electronic filings; talk to Sue Carter about file | 1.00 hrs. |
| 5/24/11 | Review of proposed findings of fact | 1.00 hrs. |
| 5/25/11 | Read proposed findings of fact for both sides | 2.75 hrs. |
| 5/27/11 | Review mail and electronic filings; issue loose orders | 1.25 hrs. |
| 5/31/11 | Review electronic filings and prepare loose orders | .75 hrs. |
| 6/2/11 | Review mail and electronic filings; issue loose orders | .50 hrs. |
| 6/6/11 | Review electronic filings; prepare loose orders | .75 hrs. |
| 6/10/11 | Review mail and electronic filings; prepare loose orders; talk to Sue Carter | 1.15 hrs. |
| 6/15/11 | Review electronic filings; review files | .50 hrs. |
| 6/17/11 | Review electronic filings; send electronic orders to court | .50 hrs. |
| 6/15/11 | Send electronic orders to court; review files | .35 hrs. |
| 6/27/11 | Review electronic orders and take files to court | 1.25 hrs. |
| 7/1/11 | Review mail and send electronic orders to court | .50 hrs. |
| 7/5/11 | Check electronic orders and talk to Sue Carter | .50 hrs. |
| 7/8/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 7/11/11 | Review electronic filings and prepare loose orders | 1.00 hrs. |
| 7/15/11 | Review electronic filings and prepare loose orders | 1.35 hrs. |
| 7/18/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 7/19/11 | Review electronic filings and send orders to court | .50 hrs. |
| 7/20/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 7/22/11 | Review electronic filings | .50 hrs. |
| 7/23/11 | Review electronic filings and prepare loose orders | 2.00 hrs. |
| 7/25/11 | Review electronic filings and prepare loose orders | 1.25 hrs. |
| 7/27/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 7/30/11 | Send electronic orders to court | .35 hrs. |
| 8/1/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 8/4/11 | Review electronic filings | .30 hrs. |
| 8/8/11 | Review electronic filings; prepare loose orders; travel to Court with files | 1.50 hrs. |
| 8/9/11 | Review electronic orders | .35 hrs. |
| 8/10/11 | Review electronic filings and prepare loose orders | .50 hrs. |
| 8/13/11 | Review electronic filings | .50 hrs. |
| 8/19/11 | Check mail and electronic filings; review letter | .25 hrs. |
| 8/23/11 | Review and read rebuttal proposed findings of fact | 2.00 hrs. |
| 8/24/11 | Review mail | .30 hrs. |
| 9/2/11 | Review electronic filings; issue loose orders | .50 hrs. |
| 9/6/11 | Review pleadings and review all filed items, along | |

| | |
|---|---|
| with all orders | 2.00 hrs. |
| **TOTAL TIME:** | **31.65 hrs.** |

# EXHIBIT C

## Work Done by Richard M. Borchers

Claims closed and work done through the period ending September 15, 2011. Work done prior to September 15, 2004 has already been billed. This also includes work done under the order of expansion of Judge Kane, which is dated April 15, 2008.

**01-092    James Rudnick**

| | | |
|---|---|---|
| 11/26/10 | Review letter and file; draft order | .50 hrs. |
| 12/23/10 | Review pleading | .30 hrs. |
| 1/16/11 | Review motion and response; issue order | .75 hrs. |
| 1/26/11 | Review letter and issue order | .50 hrs. |
| 3/12/11 | Review mail and prepare order | .35 hrs. |
| 4/1/11 | Review letter and documents; issue order | .35 hrs. |
| 4/4/11 | Review file and objection; issue order | .30 hrs. |
| 5/29/11 | Review documents and issue order | .50 hrs. |
| 6/12/11 | Review file | .50 hrs. |
| 6/16/11 | Review file | .35 hrs. |
| 6/19/11 | Review file for hearing | .50 hrs. |
| 6/20/11 | Hearing | 1.75 hrs. |
| 6/21/11 | Finalize disks and review notes | .50 hrs. |
| 6/26/11 | Work on order | 1.00 hrs. |
| 6/27/11 | Finish order | .50 hrs. |
| 6/29/11 | Proof order | .50 hrs. |
| 7/21/11 | Finalize order | .50 hrs. |
| 8/1/11 | Review motion and issue order | .75 hrs. |
| | TOTAL: | 10.40 hrs. |

**03-130    David G. Bryan**

| | | |
|---|---|---|
| 3/3/11 | Review letter and attachments | .50 hrs. |
| 3/4/11 | Prepare order | .50 hrs. |
| 5/16/11 | Review file and motion; draft order | .50 hrs. |
| 6/3/11 | Review Defendants' response | .35 hrs. |
| 7/18/11 | Review motion; do research; prepare order | .75 hrs. |
| | TOTAL: | 2.60 hrs. |

1

**03-445        Raymond Goodloe**

| | | |
|---|---|---|
| 1/26/11 | Review order and file; issue order | .35 hrs. |
| 2/18/11 | Review file and issue order | .35 hrs. |
| 3/1/11 | Review motion and issue order | .35 hrs. |
| 4/28/11 | Review motion and issue order | .30 hrs. |
| 6/5/11 | Review file | .35 hrs. |
| 6/7/11 | Review file; check DOC status | .45 hrs. |
| 6/12/11 | Review file for hearing | .50 hrs. |
| 6/13/11 | Hearing | 1.25 hrs. |
| 6/15/11 | Review exhibits and file | 1.50 hrs. |
| 6/22/11 | Work on order | 1.25 hrs. |
| 6/23/11 | Work on order | 1.50 hrs. |
| 6/25/11 | Finish order; review file | 1.25 hrs. |
| 6/29/11 | Finalize order | .40 hrs. |
| 7/11/11 | Review motion to amend and issue order | .50 hrs. |
| 7/19/11 | Review file | .35 hrs. |
| | TOTAL: | 10.65 hrs. |

**03-448        Robert Bacca**

| | | |
|---|---|---|
| 6/1/11 | Review file and letter; prepare order | .45 hrs. |
| 7/8/11 | Review response and issue order | .50 hrs. |
| 7/26/11 | Review file and issue final order | .50 hrs. |
| | TOTAL: | 1.45 hrs. |

**03-493        Vu Tran**

| | | |
|---|---|---|
| 4/25/10 | Review file and letter; issue order | .35 hrs. |
| 5/9/10 | Review claim and file; issue order | .35 hrs. |
| 7/1/10 | Review file | .25 hrs, |
| 8/12/10 | Review file | .25 hrs. |
| 9/14/10 | Review objection and issue order | .30 hrs. |
| 10/1/10 | Review file | .30 hrs. |
| 10/2/10 | Issue order | .25 hrs. |
| 10/15/10 | Telephone call from sister-in-law | .20 hrs. |
| 11/10/10 | Review file and issue order | .30 hrs. |
| 1/3/11 | Review motion and issue order | .25 hrs. |
| 1/7/11 | Review file and issue order | .25 hrs. |

2

| | | |
|---|---|---|
| 6/8/11 | Review file | .50 hrs. |
| 6/12/11 | Review file | .50 hrs. |
| 6/19/11 | Review file for hearing | .50 hrs. |
| 6/20/11 | Hearing | 2.25 hrs. |
| 6/21/11 | Finalize exhibits | .50 hrs. |
| 7/3/11 | Work on final order | 1.75 hrs. |
| 7/5/11 | Finalize order | .35 hrs. |
| | TOTAL: | 9.40 hrs. |

**03-496      Lankford Wells**

| | | |
|---|---|---|
| 5/5/10 | Review file and letter; issue order | .35 hrs. |
| 5/21/10 | Review file and claim; issue order | .40 hrs. |
| 7/1/10 | Review file | .25 hrs. |
| 8/12/10 | Review file | .20 hrs. |
| 9/14/10 | Review objection and issue order | .30 hrs. |
| 10/1/10 | Review file | .25 hrs. |
| 10/2/10 | Issue order | .25 hrs. |
| 10/19/10 | Review file and motion; issue order | .30 hrs. |
| 1/5/10 | Review file | .30 hrs. |
| 1/15/11 | Review file and issue order | .45 hrs. |
| 4/2/11 | Review file and issue order | .35 hrs. |
| 6/21/11 | Review file for hearing | .40 hrs. |
| 6/27/11 | Hearing | 1.00 hrs. |
| 6/27/11 | Prepare final order | .50 hrs. |
| | TOTAL: | 5.30 hrs. |

**03-502      Joseph Perez**

| | | |
|---|---|---|
| 4/25/10 | Review letter and prepare order | .35 hrs. |
| 5/2/10 | Review letter and issue order | .30 hrs. |
| 5/4/10 | Review file | .30 hrs. |
| 5/28/10 | Review file and documents; issue order | .40 hrs. |
| 7/1/10 | Review file | .25 hrs. |
| 8/12/10 | Review filed | .15 hrs. |
| 9/22/10 | Review objection and issue order | .30 hrs. |
| 10/4/10 | Review file and draft order | .30 hrs. |
| 11/9/10 | Review file and issue order for hearing | .35 hrs, |
| 1/9/11 | Review file | .50 hrs. |

3

| | | |
|---|---|---|
| 1/23/11 | Review file for hearing | .35 hrs. |
| 1/24/11 | Hearing | .50 hrs. |
| 1/26/11 | Review file and issue order | .30 hrs. |
| 6/5/11 | Review file | .35 hrs. |
| 6/12/11 | Review file for hearing | .75 hrs. |
| 6/13/11 | Hearing | 3.25 hrs. |
| 6/27/11 | Review exhibits and file | 1.00 hrs. |
| 7/5/11 | Draft final order | 2.00 hrs. |
| 7/8/11 | Finalize order | .50 hrs. |
| | TOTAL: | 12.20 hrs. |

**03-505    Joseph J. Dreismeier**

| | | |
|---|---|---|
| 4/30/10 | Review letter and file; issue order | .30 hrs. |
| 5/26/10 | Review file and claim; issue order | .35 hrs. |
| 6/21/10 | Review file and issue OSC | .45 hrs. |
| 7/13/10 | Review file and issue order | .35 hrs. |
| 9/29/10 | Review objection and issue order | .30 hrs. |
| 11/4/10 | Review file and draft order | .35 hrs. |
| 11/10/10 | Review file and issue order | .30 hrs. |
| 12/30/10 | Review file and issue order | .30 hrs. |
| 3/14/11 | Review file for hearing | .30 hrs. |
| 3/21/11 | Hearing | 2.50 hrs. |
| 5/7/11 | Review file and motion; issue order | .50 hrs. |
| 5/20/11 | Review file and issue order | .45 hrs. |
| 6/3/11 | Review pleading of claimant | .75 hrs. |
| 7/6/11 | Review exhibits and file; begin drafting final order | 1.75 hrs. |
| 7/29/11 | Review file and prepare final order | 3.00 hrs. |
| | TOTAL: | 11.95 hrs. |

**03-509    Lloyd Laxson**

| | | |
|---|---|---|
| 4/30/10 | Review file and letter; issue order | .30 hrs. |
| 6/5/10 | Review documents and letter; issue order | .40 hrs. |
| 6/12/10 | Review documents and issue order | .30 hrs. |
| 6/19/10 | Review letter and issue order | .35 hrs. |
| 7/1/10 | Review file | .25 hrs. |
| 7/2/10 | Review letters and documents; issue order | .35 hrs. |
| 8/11/10 | Review documents and issue order | .25 hrs. |

4

| | | |
|---|---|---|
| 8/19/10 | Review file and letter; issue order | .35 hrs. |
| 9/20/10 | Review objection and issue order | .35 hrs. |
| 11/4/10 | Review file | .25 hrs. |
| 11/10/10 | Review file and issue order | .30 hrs. |
| 12/27/10 | Review file and list of witnesses; issue order | .45 hrs. |
| 1/15/11 | Review pleadings and issue order | .45 hrs. |
| 5/20/11 | Review file and draft order | .50 hrs. |
| 6/1/11 | Review file | 1.00 hrs. |
| 6/3/11 | Review file for hearing | .75 hrs. |
| 6/6/11 | Hearing | 2.75 hrs. |
| 6/7/11 | Review exhibits and begin drafting final order | 1.25 hrs. |
| 6/11/11 | Finalize order | .35 hrs. |
| | TOTAL: | 10.95 hrs. |

**X-545**      **James C. Cregmile**

| | | |
|---|---|---|
| 4/27/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | TOTAL: | .50 hrs. |

**X-546**      **Ronnie Rucker**

| | | |
|---|---|---|
| 5/9/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | TOTAL: | .50 hrs. |

**X-547**      **Patrick Jackson**

| | | |
|---|---|---|
| 5/16/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | TOTAL: | .50 hrs. |

**X-548**      **Christopher Grey**

| | | |
|---|---|---|
| 5/18/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | TOTAL: | .50 hrs. |

5

| | | | |
|---|---|---|---|
| **X-549** | **Bobbie Eugene Pruitt** | | |
| | 5/28/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |
| **X-550** | **Dennis Dunann** | | |
| | 6/22/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |
| **X-551** | **Michael Corbett** | | |
| | 8/1/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |
| **X-552** | **Richard D. Chavez** | | |
| | 8/8/11 | Review letter and prepare order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |
| **X-553** | **Mark Ferguson** | | |
| | 8/12/11 | Review letter and issue order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |
| **X-554** | **Larry N. Grant** | | |
| | 8/26/11 | Review letter; prepare order of dismissal | .50 hrs. |
| | | TOTAL: | .50 hrs. |

6

TOTAL HOURS at $175.00 per hour:      0.00 hours = $     0.00

TOTAL HOURS at $200.00 per hour:     79.90 hours = $15,980.00

TOTAL: $15,980.00

## EXHIBIT D

Travel Time for Richard M. Borchers.

| | | |
|---|---|---|
| June 5-6, 2011 | Denver to Colorado Springs and return | 2.00 hrs. |
| June 12-13, 2011 | Denver to Ft. Lyon and return | 7.00 hrs. |
| June 19-20, 2011 | Denver to Sterling and return | 4.00 hrs. |
| August 28-29, 2011 | Denver to Olney Springs and return | 6.00 hrs. |
| | TOTAL TRAVEL TIME | 19.00 hrs. |

Lodging Expenses:

| | | |
|---|---|---|
| June 12-13, 2011 | La Junta, CO | $110.29 |
| June 19-20, 2011 | Sterling, CO | $108.89 |
| August 28-29, 2011 | La Junta, CO | $128.09 |
| | TOTAL: | $347.27 |

## CERTIFICATE OF MAILING

I hereby certify that I have e-mailed a copy of the foregoing Forty Second Application for Payment of Fees and Costs this 15th day of September, 2011 to the following:


Ms. Suzanne E. Kubec, MA
Assistant Claims Manager
Department of Personnel & Administration
State Risk Management Office
1313 Sherman Street, Suite 114
Denver, CO 80203
Suzanne.Kubec@state.co.us


Ms. Paula Greisen
Counsel for the Class
King & Greisen, LLP
1670 York Street
Denver, CO 80206
greisen@kinggreisen.com


Mr. James X. Quinn
Office of the Attorney General
Litigation Section
1525 Sherman Street, 5th Floor
Denver, CO 80203
james.quinn@state.co.us


Susan L. Carter