# Legal Resolution Center

**7828 Vance Drive, Suite 108**
**Arvada, CO  80003**
  **1-888-881-7365 (Toll-Free)**
  **303-426-7714 (Fax)**

TO: State of Colorado
Risk Management
1313 Sherman Street, Suite 114
Denver, CO 80203

| Date | Invoice # |
|---|---|
| 9/15/2011 | 04-505-PP |

**CASE NAME:**

Montez v. Hickenlooper
42nd Application
Special Master: Borchers
Your claim #: L011857A

| Terms | Due Date | Initials: |
|---|---|---|
| Net 15 | 9/30/2011 | sc |

| DATE | | # OF HRS. | RATE | AMOUNT |
|---|---|---|---|---|
| 9/15/2011 | Forty-Second Application for Montez v. Hickenlooper. Work Status: May 16, 2011 to September 15, 2011. | | | |
| 9/15/2011 | Special Master Richard M. Borchers' Work Status | 111.55 | 200.00 | 22,310.00 |
| 9/15/2011 | Travel for Special Master Borchers @ $100.00 per hour | 19 | 100.00 | 1,900.00 |
| 9/15/2011 | Susan Carter and other staff hours | 68 | 35.00 | 2,380.00 |
| 9/15/2011 | Lodging and expenses | | 347.27 | 347.27 |

**Total Due**     **$26,937.27**

Please include your invoice number on check

Fed Tax ID: 84-1471941