IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

**ORDER GRANTING SPECIAL MASTER'S FORTY-SECOND APPLICATION
FOR PAYMENT OF FEES AND COSTS**

---

THIS MATTER comes before the Court on the Forty Second Application for Payment of Fees and Costs filed by Richard M. Borchers who has been appointed as Special Master in this case. The Court has reviewed the application and finds that fees and costs in the amount of $26,937.27 are appropriate.

IT IS HEREBY ORDERED that the Special Master's Forty-Second Application for Payment of Fees and Costs is approved in the amount of $26,937.27; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard M. Borchers.

SIGNED this 15th day of September, 2011.

BY THE COURT:

_____
John L. Kane, Jr.
Senior United States District Judge