IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the Claimant's motion for enlargement of time. *Document #5158*. The motion is appropriate and will be granted.

    IT IS HEREBY ORDERED that Claimant's motion for enlargement of time is granted and Claimant is allowed up to and including **November 1, 2011** in which to file an objection to the Special Master's order of July 15, 2011.

    SIGNED this 15th day of September, 2011.

                                        BY THE COURT:

                                        */s/ Richard M. Borchers*

                                        _____
                                        Richard M. Borchers
                                        Special Master