IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

_____

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000
_____

### ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's Motion for Injunction/Order. Claimant requests that an order be issued granting him certain accommodations and relief.

The Special Master issued a report and recommendation on August 5, 2011. Judge Kane was requested to provide guidance as what jurisdiction, if any, exists for the Special Master to deal with retaliation and other allegations. Judge Kane has not issued a ruling on the report and recommendation. The motion will be held in abeyance pending Judge Kane's ruling.

IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance pending Judge Kane's ruling.

SIGNED this 15th day of September, 2011.

                BY THE COURT:

                /s/ Richard M. Borchers
                _____
                Richard M. Borchers - Special Master