IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-465
Category III
Claimant: Allen Fistell, #63253
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's letter to Judge Kane. The letter will be treated as a motion for individual relief. *Document 5155*. Claimant has been advised previously that Judge Kane's order of March 23, 2010 precludes the filing of any additional *pro se* pleadings. This letter will be forwarded to class counsel. There is no jurisdiction for any further action on the letter.

IT IS HEREBY ORDERED that the copy of Claimant's letter is forwarded to class counsel for such action as may be appropriate.

SIGNED this 15th day of September, 2011.

            BY THE COURT:

            */s/ Richard M. Borchers*

            _____
            Richard M. Borchers
            Special Master