IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

---

Claim Number: 03-485
Category III
Claimant: Keith A. Morris, #116947
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion of class counsel requesting additional time in which to file an objection. The motion will be granted.

IT IS HEREBY ORDERED that Claimant and class counsel are granted up to and including **October 17, 2011** in which to file an objection to the final order.

SIGNED this 15th day of September, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master