# ATTACHMENT 1

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Riple, Robert | 107521 | FLCF CH4 |

**SUBJECTIVE:** Pt put in a kite stating he is diabetic + has a wound on foot. Pt was called x2 to medical for assessment. Pt reports having

**DATE:** 03/13/04  **TIME:** 1000

**OBJECTIVE:** Temp. 97.1  Pulse 89  Resp. ___  B/P 124/04
Wound x 8 days – reports got it from walking, has been soak/treating c̄ soap + H₂O, painful, yellow discharge. Area is directly @ base of toes on fat pad of (R) foot, has a large blister c̄ clear fluid, some blood under skin @ edges of blister, blister is open c̄ dry skin between & toe + 1st toe. Area cleaned c̄ NS, silvadene applied + cover c̄ gauze. Inst pt to remove dsg & wash foot c̄ soap + H₂O just prior to dsg ∆ time, put on clean sock + come to medical for dsg ∆.

**ASSESSMENT:** Inst pt to come BID to dsg ∆ & see provider Mon or Tues, elevate ft while sitting + report ∆.

**PLAN / ORDERS:**
1) Silvadene dsg ∆ – Clean area on foot c̄ NS, apply Silvadene + cover c̄ gauze + secure c̄ tape BID x 5 days
2) See provider Mon or Tues

SIGNATURE NURSE: [signature] 03/13/04
P.E.: [signature]
PHYSICIAN:
Rx NO.

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Riple, Robert | 107521 | FLCF |

**SUBJECTIVE:** Intake screen

**DATE:** 02-26-04  **TIME:** 12:30

**OBJECTIVE:** Temp. ___ Pulse ___ Resp. ___ B/P ___
Physical – 12-13-00
PPD – 12-10-00 neg
PR – 12-11-03
HU – 12-13-00
KG – N.F.
fgb – 12-11-03
smp 12-11-03  U.Garrison CNA

**ASSESSMENT:**
1) DM  2) ↑ Lipids

**PLAN / ORDERS:**
1) Glucovance 2.5/500mg ī po bid x 360d
2) Actos 45mg ī po qd x 360d
3) Lescol 40mg īī po qpm x 180d
4) Lopid 600mg ī po bid x 180d
5) Zantac 150mg ī po bid x 180d

SIGNATURE NURSE: [signature] 02-27-04
P.E.: [signature]
PHYSICIAN:
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Montez 00001

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

## COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Riplie, Robert | 107521 | C/HRACE |

**SUBJECTIVE:** Med Review

**DATE:** 3-24-04  **TIME:** 0820

PROBLEM 1 2
PLAN / ORDERS

**OBJECTIVE:** Temp. 98  Pulse ___  Resp. ___  B/P ___

WT 264

- opin 600mg ⊕ ĩ PO BID
- escap 40mg #ĩ QHS
- intrec 150g ĩ PO BID
- lucorance 2.5/500 ĩPObid
- tos 45mg QD

Denies c/o. Takes Meds Per Ord.

Diana Gilbert 2

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Riphie, Robt. | 107521 | Fcct |

**SUBJECTIVE:** F/u on ⓛ foot

**DATE:** 3-16-04  **TIME:** 1325

PROBLEM 1 2

**OBJECTIVE:** Temp. 98.1  Pulse 85  Resp. 20  B/P 140/100

WT 264

ⓛ foot - plantar surface fissuring and blister

PLAN/ORDERS
① Soak foot in H₂O { betadine 30ml/gallon bid × 3d,
0293 ② Silvadene & gauze drsg bid × 5d, Con/until healed
noted 3-16-04
Signature Nurse: B Jogurt RN

**ASSESSMENT:** ⓛ Blister/ulcer foot

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

Montez 00002

# COLORADO DEPARTMENT OF CORRECTIONS
## DIABETIC FOOT ASSESSMENT FORM

---

### Assessment 1

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes ☐Yes ☒No

**Appearance**
- ☒ Callus *bilat both ft*
- ☐ Ulcer
- ☐ Red/Swollen
- ☐ Deformity
- ☐ Athlete's Foot
- ☐ Onychomycosis *Bunion both*

**Foot Assessment — Sensory (10 gram monofilament)**
In circled areas indicate sensation to monofilament
(1=sensate; X=non-sensate)
Draw in: ▲ for Callus; ● for Ulcer

**Pulses +/-**
| | DP | LT | R |
|---|---|---|---|
| | | | |

**Current Footwear**
- ☐ State Issue Boots
- ☐ Soft Medical Shoes
- ☐ Custom Medical Shoes
- *narrow new*

**Risk Category & Follow-up**
- ☐ Low Risk
- ☐ High Risk
  - ☐ Loss of sensation
  - ☐ Deformity
  - ☐ Hx of ulcer or Amputation
  - ☐ PVD
- ☒ Preventive Ed.
- ☐ Next risk assessment Date: 4mo

**Recommendations**
- ☒ Callus/pumice stone
- ☒ Intensive foot education
- ☒ Nail Trimming
- ☐ Ulcer Rx follow-up date:
- ☐ Referral to provider

Provider/Nurse (evaluator): *Montalvo* Date: *5/12/09*

---

### Assessment 2

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes ☐Yes ☒No

**Appearance**
- ☐ Callus
- ☐ Ulcer
- ☐ Red/Swollen
- ☐ Deformity
- ☐ Athlete's Foot
- ☐ Onychomycosis

**Foot Assessment — Sensory (10 gram monofilament)**
In circled areas indicate sensation to monofilament
(1=sensate; X=non-sensate)
Draw in: ▲ for Callus; ● for Ulcer

**Pulses +/-**
| | DP | LT | R |
|---|---|---|---|
| | | | |

**Current Footwear**
- ☐ State Issue Boots
- ☐ Soft Medical Shoes
- ☐ Custom Medical Shoes

**Risk Category & Follow-up**
- ☐ Low Risk
- ☐ High Risk
  - ☐ Loss of sensation
  - ☐ Deformity
  - ☐ Hx of ulcer or Amputation
  - ☐ PVD
- ☐ Preventive Ed.
- ☐ Next risk assessment Date:

**Recommendations**
- ☐ Callus/pumice stone
- ☐ Intensive foot education
- ☐ Nail Trimming
- ☐ Ulcer Rx follow-up date:
- ☐ Referral to provider

Provider/Nurse (evaluator): Date:

NAME: *Lipsio, Robert*

---

### Assessment 3

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes ☐Yes ☒No

**Appearance**
- ☒ Callus
- ☐ Ulcer
- ☐ Red/Swollen
- ☐ Deformity
- ☐ Athlete's Foot
- ☐ Onychomycosis

**Foot Assessment — Sensory (10 gram monofilament)**
In circled areas indicate sensation to monofilament
(1=sensate; X=non-sensate)
Draw in: ▲ for Callus; ● for Ulcer

**Pulses +/-**
| | DP | LT | R |
|---|---|---|---|
| | | + | + |

**Current Footwear**
- ☐ State Issue Boots
- ☐ Soft Medical Shoes
- ☐ Custom Medical Shoes
- *Athletic shoes*

**Risk Category & Follow-up**
- ☐ Low Risk
- ☐ High Risk
  - ☐ Loss of sensation
  - ☐ Deformity
  - ☐ Hx of ulcer or Amputation
  - ☐ PVD
- ☒ Preventive Ed.
- ☒ Next risk assessment Date: 2 mo.

**Recommendations**
- ☒ Callus/pumice stone
- ☐ Intensive foot education
- ☒ Nail Trimming
- ☐ Ulcer Rx follow-up date:
- ☐ Referral to provider

Provider/Nurse (evaluator): Date: 07-13-09

---

### Assessment 4

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes ☐Yes ☒No

**Appearance**
- ☒ Callus *open*
- ☐ Ulcer
- ☐ Red/Swollen
- ☐ Deformity
- ☐ Athlete's Foot
- ☐ Onychomycosis

**Foot Assessment — Sensory (10 gram monofilament)**
In circled areas indicate sensation to monofilament
(1=sensate; X=non-sensate)
Draw in: ▲ for Callus; ● for Ulcer

**Pulses +/-**
| | DP | LT | R |
|---|---|---|---|
| | | + | + |

**Current Footwear**
- ☐ State Issue Boots
- ☐ Soft Medical Shoes
- ☐ Custom Medical Shoes
- *Athletic shoe*

**Risk Category & Follow-up**
- ☒ Low Risk
- ☐ High Risk
  - ☐ Loss of sensation
  - ☐ Deformity
  - ☐ Hx of ulcer or Amputation
  - ☐ PVD
- ☐ Preventive Ed.
- ☒ Next risk assessment Date: 2mo

**Recommendations**
- ☒ Callus/pumice stone
- ☐ Intensive foot education
- ☐ Nail Trimming
- ☐ Ulcer Rx follow-up date:
- ☐ Referral to provider

Provider/Nurse (evaluator): Date: 11/23/09

DOC#: 107521

---

Sec.1.diabfoot
32183-A
Effective Date: 4/01/08

Montez 00003

| ADMINISTRATIVE | | | | | | | |
|---|---|---|---|---|---|---|---|
| Page 1 of 1 | | AMBULATORY HEALTH RECORD | | | Printed at: 05/12/2009 18:53:07 | | |
| | | | | | Encounter#: 1951772 @ FL | | |
| 107521 | RIPLIE, ROBERT L | Facility: FL | LU: FLCF/BLDG5 | C | 3 | 349 | 1B |

**SUBJECTIVE**

Active Medication(s): ABILIFY - 10 MG - ONE TABLET EVERY MORNING BY MOUTH   **NON-FORM EXP: 2/3/10***; DESYREL - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH; IBUPROFEN - 600 MG - ONE TABLET THREE TIMES DAILY; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 10 MG - ONE TABLET EVERY EVENING

**OBJECTIVE**

No sensation to either foot per filament test, calluses noted to the balls of both feet and great toes of both feet. Left pinky toe has no toenail present, and the right pinky toe is very red and swollen, but per offender it has been that way for as long as he can remember.. Pumice stone used on calluses and his toenails were trimmed.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

**PLANS / ORDERS**
Allergies: No Known Allergies

Foot care clinic

Datetime: 05/12/2009 18:43    Providers: O'NEAL, LAURIE

PA/NP/RD  C. Chom FNP-C     PHYSICIAN _____     NURSE _____
Datetime: 05/12/2009 18:43  cJM     Provider: O'NEAL, LAURIE     DateTime 5/12/09 @ 1900

Montez 00004

**ADMINISTRATIVE**
Page 1 of 1

## AMBULATORY HEALTH RECORD

Encounter#: 2086112 @ FL

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 353 | 1T |

### SUBJECTIVE

Active Medication(s): ABILIFY - 10 MG - ONE TABLET EVERY MORNING BY MOUTH   **NON-FORM EXP: 1/3/10***; DESYREL - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE CAPSULE AT BEDTIME

Temperature: ___   Pulse: ___   Weight: ___
Respiratory: ___   BP: ___ / ___

**PLANS / ORDERS**

Allergies: No Known Allergies

Foot care clinic today.

### OBJECTIVE

Diabetic foot care clinic today. Offender stated thast he had a hard time trimming his toenails. Toenails trimmed today. On the bottom of the right foot was the presence of an old blister approx.  3cm x 3 cm, the blister had broken already and the skin in and around the blister area was dark red. Caluses noted to the outer pertion of the left pinky toe, the outer portion of the great right toe and the tip of the second toe of the right foot. Pumice stone used on calluses and dead skin trimmed away from the blistered area. Will return to clinic in 1 month for toenail trimming.

### ASSESSMENT

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Datetime: 10/19/2009 18:21   Providers: O'NEAL, LAURIE

PA/NP/RD ___K Hoff___   PHYSICIAN _NWH 10-20-09_   NURSE ___
Datetime: 10/19/2009 18:21   Provider: O'NEAL, LAURIE   DateTime ___

Montez 00005

**AMBULATORY HEALTH RECORD**

Page 1 of 1 | Encounter#: 2119239 @ FL

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 353 | 1T |

**SUBJECTIVE**

Active Medication(s): ABILIFY - 10 MG - ONE TABLET EVERY MORNING BY MOUTH   **NON-FORM EXP: 2/3/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE CAPSULE AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Offender walks between 15 and 18 miles daily for health, both mental and physical. Has blister related to this.

**OBJECTIVE**

Left heel with 2 cm blister that has opened. Offender is diabetic. Also has a small sore on inner ankle area.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

**PLANS / ORDERS**

Allergies: No Known Allergies

10 small bandaids given to offender to apply as needed.

Datetime: 12/01/2009 08:20 | Providers: DOUGLAS, TIMOTHY

PA/NP/RD _Shirley, FP_   PHYSICIAN
Datetime: 12/01/2009 08:20   Provider: DOUGLAS, TIMOTHY
NURSE _[signature]_   DateTime 12-1-09  0825

Montez 00006

| Page 1 of 1 | AMBULATORY HEALTH RECORD | Encounter#: 2133299 @ FL |
|---|---|---|
| 107521 | RIPLIE, ROBERT L | Facility: FL  LU: FLCF/BLDG5  C  3  353  1T |

**Vitals:** Temperature: 98.4 | Pulse: 85 | Weight: 212 | Respiratory: 18 | BP: 119/80

### SUBJECTIVE

Active Medication(s): ABILIFY - 10 MG - ONE TABLET EVERY MORNING BY MOUTH **NON-FORM EXP: 2/3/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE CAPSULE AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Offender sometimes walks between 15 and 18 miles per day for physical and mental health. States that he only walked 6 miles today due to the pain in the heel of his left foot. He is concerned about getting an infection there in the heel area. Offender states that he has had the same boots for 9 years, this isn't verified with laundry at this time.

### OBJECTIVE

Offender self declared for a sore on his foot. On the heel is an ulcer 1.4 cm in circumference with extending redness of 3 cm circumference from repeated use of walking with state boots. He has a pair of tennis shoes but doesn't use them for walking as they have a hole in the sole, he has ordered another pair that offender states will be in in two weeks time.

### ASSESSMENT

99212 - OFFICE/OUTPATIENT VISIT, EST

### PLANS / ORDERS

- Allergies: No Known Allergies
- ✓ V.O. Cleanse with betadine and NS. Apply sterile dressing. TD
- ✓ Return to clinic daily for examination, cleansing and reapplication of dressing until offender can self treat.
- ✓ Offender ed: give foot rest from walking until tomorrow at 10 am when dressing is removed, area cleansed, and sterile dressing reapplied.

Datetime: 12/16/2009 13:46
Providers: DOUGLAS, TIMOTHY

PA/NP/RD _Shull, FNP_ Datetime: 12/16/2009 13:46
PHYSICIAN Provider: DOUGLAS, TIMOTHY
NURSE _Douglas_ DateTime: 12-16-09 1418

Montez 00007

| Page 1 of 1 | AMBULATORY HEALTH RECORD | | | | Encounter#: 2176643 @ FL | | | |
|---|---|---|---|---|---|---|---|---|
| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 341 | 1B |

**SUBJECTIVE**

Active Medication(s): ARIPIPRAZOLE - 10 MG - ONE TABLET EVERY MORNING BY MOUTH ***NON-FORM EXP: 12/30/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

**OBJECTIVE**

Offender to foot clinic today. Toenails were trimmed. Blisters noted to both heels of both feet.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Temperature: [ ]   Pulse: [ ]   Weight: [ ]
Respiratory: [ ]   BP: [ / ]

**PLANS / ORDERS**

Allergies: No Known Allergies

Schedule with provider for evaluation of blisters on both heels please.

Datetime: 02/08/2010 22:06
Providers: O'NEAL, LAURIE

PA/NP/RD _____  Datetime: 02/08/2010 22:06
PHYSICIAN  Provider: O'NEAL, LAURIE
NURSE  L O'Neal RN  DateTime 2/9/10 @ 2210

Montez 00008

| ADMINISTRATIVE | AMBULATORY HEALTH RECORD | Printed at: 02/03/2010 13:30:21 |
|---|---|---|
| Page 1 of 2 | | Encounter#: 2172621 @ FL |

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 341 | 1B |

**SUBJECTIVE**

Active Medication(s): ARIPIPRAZOLE - 10 MG - ONE TABLET EVERY MORNING BY MOUTH ***NON-FORM EXP: 12/30/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Nurse sick call per kite request: State shoes gave me blister on right foot. I'm diabetic.

Lacerations/Wounds Protocol Utilized.

Offender informs he has developed sores on both heels and also sores on both lower legs over the achilles tendon from the stated boots. he informs he walks ten miles a day around the yard and normally wears his tennis shoes. He is wearing white Riddell tennis shoes today and shows me the bottoms noting that there are holes in the soles and you can see through the holes. He informs needs to walk to keep his diabetes in check. He informs that he has been ordering a new pair of tennis shoes since November on 2009, but they have been out of stock. He informs he would like a pair of medical tennis shoes.

*Spoke with Eric Marquez of Intake. He informs that it is common that common size tennis shoes are out of stock and the offender has to wait until they become available.

**OBJECTIVE**

See Lacerations/Wounds Protocol.

Left heel - approx. 1" x 3/4" area is missing several layers of the dermus. There are still several layers present. No bleeding now. The wound is clean and free of s/s's of infection. The surrounding skin is normal skin color for him. Left achilles tendon - 3 small healing areas with scabs in place noted. Areas are approx. 1cm round. No bleeding. The healing wounds are clean and free of s/s's of infection.

Right heel - Large callus noted. It protudes significantly. No skin break noted.
Right achilles tendon - One area approx. 1.5 cm round noted. Scab in place. Wound is clean and free of s/s's of infection.

Will refer to provider sick call as offender informs he can't purchase tennis shoes as they are out of stock since November 2009. He is asking for medical tennis shoes.

Several regular and large bandaids given to cover sites to provider padding. Bacitracin ointm. given to use if areas should open up.

**ASSESSMENT**

See Lacerations/Wounds Protocol.

Temperature: 98.1   Pulse: 78   Weight: 228
Respiratory: 16   BP: 119 / 71
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

See Lacerations/Wounds Protocol.

Refer to provider sick call to evaluate sores on both heels from state boots as offender walks ten miles a day and is unable to purchase tennis shoes at this time.

Datetime: 02/03/2010 13:10   Providers: RODRIQUEZ, DOUGLAS A

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 02/03/2010 13:10   Provider: RODRIQUEZ, DOUGLAS A   DateTime 2-3-10 1330

Montez 00009

Page 1 of 1 — AMBULATORY HEALTH RECORD — Encounter#: 2198867 @ FL

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 341 | 1B |

**SUBJECTIVE**

Active Medication(s): ARIPIPRAZOLE - 10 MG - ONE TABLET EVERY MORNING BY MOUTH ***NON-FORM EXP: 12/30/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Offender here per suggestion of nurse Rodriquez from visit on 2/3/10 where he was seen for blisters on back of both heels he related to state boots. He states today that normally he has no problems with tennis shoes. That day, he had blisters from walking as he had to wear state boots as his tennis shoes had been ordered but back ordered and current t. shoes were falling apart. Now he got his tennis shoes and states blisters healed, but wears 11.5 wide tennis shoe and boots are size 9.

**OBJECTIVE**

He is polite and cooperative, but has definite flat affect and some slowing of mentation. Is on psychotropic meds. After removing shoes, shows callus formation on back of both heels where blisters were, no secondary infection. He does not want bandaides for heel areas, thinks this is improving. In meantime, has new shoes but will have laundry address state boots for when he is to wear them. He is an OCA so is allowed to wear his tennis shoes most of the time. I also advised he should go through ADA process to get accomodations if appropriate.

**ASSESSMENT**

250.00 - DB W/O COMP TYPE II/UNS NOT UNCNTRL
99213 - OFFICE/OUTPATIENT VISIT, EST

---

Temperature: 98.2  Pulse: 84  Weight: 230
Respiratory: 18  BP: 130 / 77
Vitals Taken: PULSE OXSYM=98.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

I have sent email to Sgt Stroh at laundry, today, asking to re-measure his state boots.

Datetime: 03/08/2010 09:39   Providers: HOLT, KATHY

---

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 03/08/2010 09:39   Provider: HOLT, KATHY   DateTime 3-8-10

1207

Montez 00010

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 341 | 1B |

**SUBJECTIVE**

Active Medication(s): ARIPIPRAZOLE - 10 MG - ONE TABLET EVERY MORNING BY MOUTH  ***NON-FORM EXP: 12/30/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Offender seen today for ADA screening #1 for claim of mobility disability and diabetes.

He states he never said he had problems with walking. Admits he walks about 9 miles a day without stopping. (verified by staff observation form-only listed as 15 miles a day). He has two jobs, as an OCA-II and emptying garbage in the smnu. Does not think he could sit in classes all day related to "antsy legs" that jump. Does not admit to any outside activities other than walking. He states he never asked for this exam, just told the case manager that he thinks he wants "medical boots" as the doc boots cause blisters. When I noted that he was wearing tennis shoes, he admits he bought them, but " I don't always have money to do that". He remembered that he did have a rod placed in left leg after mva in 1985. States as far as mobility, he gets "dizzy bending over". (Was seen yesterday for dizzy spell--ekg done and normal. Cautioned not to get up too fast or go slow when bending over related to bp meds).
States dm dx in 2000 when entering drdc as "my sugar was 500", his a1c's have been normal but feels from watching diet and exercising as well as low dose metformin. When asked why he does not do fsbs's as there has always been an order for it, states "because I am on the same dose of med, so I shouldn't have to". Explained today that it is important that he do these to help guide his care. He verbalized understanding and agreed.

**OBJECTIVE**

On exam, this offender is morbidly obese which may acct for slow gait.
Exam done and recorded in electronic record. He seems a bit slow with mentation. Had to consider for some time before answering.

Updated m code. Left as a three related to med conditons and obesity.

**ASSESSMENT**

V82.89 - SPECIAL SCREENING OTHER SPEC CONDS
278.00 - OBESITY, UNSPECIFIED
250.00 - DB W/O COMP TYPE II/UNS NOT UNCNTRL
V9456 - DISABILITY EXAMINATION

| Temperature: | 99.1 | Pulse: | 87 | Weight: | 232 |
| Respiratory: | 16 | BP: | 114 / 76 | | |

Vitals Taken: PULSE OXSYM=96.00; HEIGHT (inches)=.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

Noted

Datetime: 05/04/2010 14:46   Providers: HOLT, KATHY

PA/NP/RD _____   PHYSICIAN _____   NURSE Shankle LPN
Datetime: 05/04/2010 14:46   Provider: HOLT, KATHY   DateTime 5-4-10 @ 1910

Montez 00011

AMBULATORY HEALTH RECORD

Encounter#: 2262076 @ FL

| 107521 | RIPLIE, ROBERT L | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 341 | 1B |

**SUBJECTIVE**

Active Medication(s): ARIPIPRAZOLE - 10 MG - ONE TABLET EVERY MORNING BY MOUTH ***NON-FORM EXP: 12/30/10***; LISINOPRIL - 5 MG - ONE TABLET(S) BY MOUTH EVERY DAY; METFORMIN - 500 MG - TWO TABLET(S) BY MOUTH TWICE DAILY; PAROXETINE - 20 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); PAROXETINE - 30 MG - ONE TABLET EVERY MORNING BY MOUTH (50 MG DAILY DOSE); SIMVASTATIN - 20 MG - ONE TABLET AT BEDTIME; TRAZODONE - 100 MG - TWO TABLETS EVERY EVENING BY MOUTH

Offender here today for second portion of ADA screening for mobility and diabetes.

Temperature: 98.0   Pulse: 87   Weight: 230
Respiratory: 14   BP: 130 / 81
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

**OBJECTIVE**

Exam completed for mobility. Part of what he considered mobility issue was dizziness when bending over. He also notes having a metal rod in his left femur from MVA in 1985 that acts up on occasion. He admits to walking about 9 miles a day, and states the only reason he came for mobility disability is he told his case manager he gets occ. blisters on his feet from state boots and wanted medical boots so he was told to go through mobility disability screening by case manager.

Noted

**ASSESSMENT**

V82.89 - SPECIAL SCREENING OTHER SPEC CONDS
250.00 - DB W/O COMP TYPE II/UNS NOT UNCNTRL
99456 - DISABILITY EXAMINATION

Datetime: 05/18/2010 13:15   Providers: HOLT, KATHY

PA/NP/RD _____   PHYSICIAN _____   NURSE P Shankle, LPN
Datetime: 05/18/2010 13:15   Provider: HOLT, KATHY   DateTime 5-18-10 @ 1850

Montez 00012