# ATTACHMENT 2



# COLORADO DEPARTMENT OF CORRECTIONS
## CLINICAL SERVICES

### CLINICAL STANDARDS AND PROCEDURES



| | |
|---|---|
| **Standard Title:** | Medical Code (M-Code) Classifications |
| **Origination Date:** | January 2000 |
| **Revision Date:** | February 2009 |
| **Signatures:** | _____ <br> Deputy Director of Prisons, Clinical Services <br><br> _____ <br> Chief Medical Officer |
| **Related Standards:** <br> **Related DOC AR's:** | ACA 4-4300; 4-4365 <br> 700-01; 700-02; 600-01 |



I. **PURPOSE**

   The purpose of this standard is to establish guidelines for providers assigning Medical Classification Codes (M-Codes) to Patients.

II. **STANDARD**

   A.   Each patient will have an M-Code classification assigned at Denver Reception and Diagnostic Center (DRDC), Denver Women's Correctional Facility (DWCF) or at Colorado State Penitentiary (CSP) while undergoing their initial intake health screening and examination.

   B.   M-Code classifications will be reviewed and updated at each clinic visit, when appropriate during a chart review, and upon arrival at a facility as the result of an intra-system transfer.

   C.   M-Code classifications will be changed as necessary to reflect a patient's current medical status.





Montez v. Ritter
92-CV-870-JLK
**Exhibit D-2**



    D.    M-Code classifications are utilized by Offender Services when making facility housing assignments in addition to being utilized by Clinical Services as part of acuity management.

## III. DEFINITIONS

(See Clinical Services Glossary of Terms)

## IV. PROCEDURE

    A.    An initial M-Code will be assigned as part of the intake health examination and classification process. (See Clinical Standard and Procedure for Health Care Providers titled Preliminary and Periodic Health Examinations).

    B.    The M-Code classification will be reviewed and updated to ensure it accurately reflects the patient's medical condition. Such a review will occur with, but not be limited to:



        1.    A medical record review resulting from an intra-system transfer. (See Clinical Standards and Procedures titled Transfers of Offenders Intra-system).

        2.    Chronic care clinic (CCC) appointments.

        3.    A routine sick call appointment.

        4.    A specialty clinic appointment.

        5.    A patient's return to the facility following an emergency transport to a local hospital.

        6.    An infirmary admission or discharge.

    C.    M-Code classification criteria **(Attachment A)** are not designed to be all inclusive. They are designed to give generalized guidelines with the flexibility to allow for individual provider judgment.

    D.    Situations may arise where two (2) or more providers assign different M-Codes to the same patient. This could result in frequent re-classification or, in extreme cases, frequent intra-system transfers. Such differences need to be resolved by (listed in order of preference):





        1.     A collaborative effort between the involved providers.

        2.     Contacting the Chief Medical Officer for a final decision.

E.    A change in an M-Code classification will be entered into the electronic encounter. Offender Services does not receive automatic notification that the M Code has changed. If the designation of an M-Code requires urgent transfer, Offender Services must be notified.

F.    Changes in housing restrictions and work assignment restrictions **(Attachment B)** will be entered into PDCIS during the encounter.

        1.     Medical housing/assignment restrictions are **NOT** automatically forwarded to Offender Services and Case Management by DCIS. If the change requires a move from the facility, clinical services personnel will notify Offender Services.



        2.     Changes that affect an offender's housing/work assignment within a given facility must be brought to the attention of the offender's case manager by the offender. Case managers can check DCIS for affirmation.

**V.   HISTORY**

January 2000
February 2002
February 2005
March 2006
March 2007
February 2009

**VI.  ATTACHMENTS**

A.    Medical Code Classification Criteria
B.    Work and Housing Restrictions





Medical Code Classification (02-09)                                    Attachment A

# MEDICAL CODE (M-CODE) CLASSIFICATION CRITERIA

## M-5

### CHRONIC DEBILITATING DISEASES - END STAGE:

CHF
COPD
AIDS
Liver Disease
Renal Disease (dialysis)
Oncology

### HIGH MEDICAL NEEDS



Pregnancy, High Risk
Quadriplegia
Huntington's
Advanced Parkinson's
Muscular Dystrophy with significant functional needs
Advanced Multiple Sclerosis
Oncologic diagnosis undergoing active chemotherapy and/or radiation therapy

### TERMINAL ILLNESS:

Six (6) months or less prognosis (housed at CTCF, DRDC or FLCF)

### INFECTIOUS DISEASE

Active Tuberculosis with positive Acid Fast Bacilli in sputum, requiring negative flow room





## M-4

### ANTICOAGULATION THERAPY:

    Warfarin therapy started within the past 3 months
    INR consistently not in therapeutic range
    Requiring Lovenox or other comparable injectable anticoagulant

### CARDIOVASCULAR:

    CHF requiring three (3) or more medications for control
    Documented symptomatic dysrrhythmia
    Hypertension poorly controlled with a blood pressure of 160/95 or above
    Poorly controlled angina
    Status post CABG within six (6) months
    Status post MI within past six (6) months
    Symptomatic valvular disease
    PTCA stent within past 3 months



### ENDOCRINE:

    Diabetes with complications
    Diabetic with HgbA1C equal to or greater than nine (9)
    New onset diabetic, insulin dependent, until controlled for a minimum of three (3) months
    Thyroid diseases, uncompensated/uncontrolled

### ENT:

    Meniere's disease difficult to control
    Temporary or permanent tracheostomy

### GASTROENTEROLOGY:

    Chronic GI bleed
    Inflammatory bowel disease, with acute exacerbation within past six (6) months
    Ostomy (any) placement within past three (3) months
    Acute GI bleed from any source within the past three (3) months.

### HEMATOLOGY:



    Hgb less than eight (8) or Hct less than thirty (30)
    Platelets greater than 20,000, but less than 50,000
    Sickle cell disease (**not** trait)

5


### HEPATITIS:

Interferon therapy. (This is a **temporary classification** designed to prohibit placement at honor camps while receiving injections. This classification must be removed concurrent with the termination of injections. Patients with this classification may be granted waivers for placement at ACC, BVMC, FMCC, DCC and PMC.)
Chronic hepatitis with decompensating cirrhosis.
Hepatitis B on treatment

### HIV:

Pending consultation with CDOC HIV specialist for staging and treatment plan development. HIV positive with viral load > 50 copies or with comorbid HCV infection on antiretroviral medications.

### MEDICATIONS:

Any patient requiring long term injection therapy. Does not include insulin or IV/IM antibiotics for less than 7 days



### MUSCULOSKELETAL:

Laminectomy within past six (6) months with documented deficits
Musculoskeletal dysfunction requiring assistance with activities of daily living and/or mobility
Paraplegia requiring assistance with Activities of Daily Living (ADLs) or if not ambulatory
Wheelchair/walker restricted patients

### NEUROLOGY:

Any neurological disease that inhibits the ability of the patient to perform ADLs (Examples: status post CVA with residual deficits, Organic Brain Syndrome, Myasthenia Gravis, Parkinson's disease, Huntington's chorea, Muscular Dystrophy.)

Patient non-compliance with medications resulting in seizure activity
Seizure activity within past six (6) months

### ONCOLOGY:

Stable on oral chemotherapy agents

### OPHTHALMOLOGY:



6



Detached retina within past six (6) months
Visual acuity less than 20/200 corrected (best eye)
Central visual field less than 20 degrees

**PREGNANCY:**

Covers entire gestational period

**RESPIRATORY:**

COPD/Asthma – unstable – uncontrolled (Continual daytime symptoms, frequent exacerbations and nocturnal symptoms requiring rescue treatments)
Continuous oxygen
Medical necessity requiring emergency room visit within past three (3) months
Resting pulse oximetry below 89% on room air

**RHEUMATOLOGY:**



Patients requiring second line immunosuppressant agents, including Methotrexate, Plaquenil and gold therapy (Solganal) (**Not** allowed placement at Skyline, Delta, Rifle or Colorado Correctional camps)
Symptomatic collagen vascular diseases

**TB:**

Active pulmonary TB under treatment, with negative smears, and maintained on oral medication.

**UROLOGY:**

Neurogenic bladder (with incontinence) requiring assistance with hygiene needs.



7



**M-3**

### ANTICOAGULATION THERAPY:

On warfarin therapy for longer than 3 months with INR usually in target range
No current or recent (within last 3 months) bleeding complications

### CARDIOVASCULAR:

History of MI with or without EKG changes
History of valvular disease requiring annual echocardiogram
Hypertension in fair control with blood pressure less than 160/90
Patients with a pacemaker
Prosthetic valve replacement requiring medications (Example: Coumadin)
Stable angina
Status post CABG (greater than six (6) months and the patient is stable)
Status post documented MI greater than six (6) months



### ENDOCRINE:

Any diabetic on insulin or oral medications with HgbA1C below 9, controlled, and patient compliant with treatment

### ENT:

Chronic infections requiring frequent antibiotics or significant environmental component

### GASTROENTEROLOGY:

Any ostomy, established for greater than 3 months with complications or requiring assistance
Documented ulcer disease with a GI bleed in the last 6 months.
Inflammatory bowel disease, controlled with routine medications

### HEMATOLOGY:

Anemic with Hgb greater than eight (8) or Hct greater than thirty (30)
Thrombocytopenic with Platelets greater than 50,000
Thalassemia major



### HEPATITIS:

Chronic Hepatitis with compensated cirrhosis.

8



### HIV:

HIV positive, stable, with viral load less than 50 copies on antiretroviral medication and without HCV co-infection

### MEDICATIONS:

Any patient requiring med line only medications (no waiver for camps for this indication)
If the only med-line medication required is INH for treatment of LTBI, the offender can be cleared for boot camp at BVCF.

### MUSCULOSKELETAL:

Chronic musculoskeletal dysfunction with positive clinical findings, using cane or   crutches with difficulty

### NEUROLOGY:

Any diagnosed neurological disorder that does not interfere with ADLs
Isolated seizure activity that does not warrant a change to an M4 status
Seizure activity controlled and patient is compliant with medications



### OPHTHALMOLOGY:

Best corrected visual acuity in one or both eyes is worse than 20/60 and/or central visual     field is greater than 20 degrees

### PROSTHETICS:

Patient has difficulty performing ADLs

### RESPIRATORY:

COPD/Asthma FEV1 60-80%, daily or nocturnal symptoms $\geq$ 1 night/week requiring rescue treatments
Resting pulse oximetry equal to or above 89% on room air
Nocturnal oxygen

### RHEUMATOLOGY:

Collagen vascular diseases, symptomatic, requiring first line medications including NSAIDS and low dose prednisone (under 20 mg)



### TB:

PPD test converter **taking** prophylactic medications (temporary classification

9



only) (If this is the only med-line only medication a patient requires, this offender can be granted a waiver to attend boot camp at BVCF)

**UROLOGY:**

Chronic infections
Incontinence, however the patient is able to perform ADLs







**M-2** (anyone requiring prescribed chronic self meds)

### CARDIOVASCULAR:

Hypertension, controlled, less than or equal to 140/90

### ENDOCRINE:

Diet controlled diabetes well controlled (less than 7.0 HgbA1C)
Thyroid disease, stable

### GASTROENTEROLOGY:

Irritable bowel or GERD requiring PRN medications
Ostomy, well established, and does not require assistance

### HEMATOLOGY:



Sickle cell trait (not disease)
Thalassemia minor
Iron deficiency anemia requiring iron supplement

### HEPATITIS:

Chronic Hepatitis B and/or C, stable, without evidence of cirrhosis and not on treatment

### HIV:

HIV positive but with a normal CD-4count, stable, and not taking medications, without HCV coinfection

### MUSCULOSKELETAL:

Patients requiring crutches for acute conditions and without interference in ADLS
Patients requiring crutches or cane to ambulate on a chronic basis

### NEUROLOGY:

Seizure free for one (1) year, without medications.



### OPHTHALMOLOGY:

Controlled glaucoma

11



**PROSTHETICS:**

Patient does **not** require assistance with ADLs

**RESPIRATORY:**

Chronic or exercise induced asthma stable on medications
Symptoms > 2 times/week but less than daily, nocturnal symptoms < 2 times/month
CPAP

**UROLOGY:**

History of a urological diagnosis controlled on medications or not otherwise specified (Example: BPH).





 **M-1**

### ACUTE CONDITIONS:

Easily treated on an out-patient basis

### HEALTHY:

No limitations

### MEDICATIONS:

No chronic medications







# DO NOT TRANSFER OFFENDERS TO CONTRACT OR OUT-OF-STATE FACILITIES WITH THE FOLLOWING DISEASE PROCESSES:

All/Any "M-5" Classification(s)

Angina - Unstable

P1, P2 and P3C stable (No P4 or P5)

Congestive Heart Failure – Unstable

Hepatitis C undergoing treatment

HIV positive

MI within past six (6) months



Oncology – Currently in treatment requiring chemotherapy, radiation therapy or follow up care every six (6) months or less

Pregnancy

Renal Disease – end stage (dialysis)

Scheduled/Pending Surgeries

TB – Active disease

VDRL positive with positive FTA **without** treatment (otherwise may send)



14



**Medical Code Classification (3/06)**                                                      **Attachment B**

## WORK AND HOUSING RESTRICTIONS

**Button-Down Shirts:** (do not use this classification)

**First Tier Housing:**

Uncontrolled seizure disorder determined as seizures that persist and cannot be brought under control by the PCP within 3 months.

**No Stairs:**

Chronically ill, or elderly, having difficulty with ADLs

Wheelchair/Walker bound patient

**Lower Bunk:**

Chronically ill, or elderly, having difficulty with ADLs

Morbidly Obese (100 pounds over ideal weight and/or BMI $\geq$ 45 with significant mobility impairment)

Patients status post back surgery within past six (6) months

Patients status post shoulder surgery within past three (3) months

Patients with documented seizure activity within the last six (6) months

Patients with <u>bilateral</u> knee/ankle instability verified by exam

Patients with special equipment needs (i.e., oxygen concentrator)

Wheelchair/Walker bound patient

Diabetes with history of frequent hypoglycemic episodes

Above or below the knee amputation

Upper extremity amputation

**Medical Hold:**

Any patient undergoing a diagnostic work up and who must remain at their current




facility until such work up is completed

Any patient with a known pending/scheduled procedure and for whom the delay caused by missing this procedure due to reassignment may cause an adverse outcome

(**NOTE:** Any **provider** placing a patient on medical hold **must track** patient progress and remove the medical hold as soon as conditions allow.)

**Medical Housing:**

Dialysis (DRDC)
Hospice (CTCF)
Pregnant females (DWCF)
End of life care ( CTCF, FLCF, DRDC)

**No Assignment Out of Canon:**

This assignment is not to be used.

**No Assignment Over 8000 Feet:**



(This is only intended for an offender who is inappropriate for assignment to BVCF.)

Any uncontrolled illness (i.e. CHF and COPD) that chronically affects the cardiovascular or respiratory systems. This does not necessarily include asthma.

Sickle cell disease

**No Assignment where there is a High Risk for Injury with Unconsciousness:**

Frequent episodes of vasovagal syncope
Narcolepsy
Seizure disorder
Uncontrolled DM with frequent episodes of hypoglycemia or DKA

**No Heavy Lifting (must** specify pounds; includes both work and recreational activities):
History of osteoporotic vertebral compression fractures
LBP with difficulty performing ADLs
Moderate inguinal, ventral, or umbilical hernias
Status post abdominal surgery within past six (6) weeks
Status post back surgery within past six (6) months
Symptomatic ankylosing spondylitis, spinal stenosis, etc



16



**No Intensive Labor:**

    COPD, CHF, unstable angina, status post (six [6] months or less) MI or back surgery
    Low back pain with extensive neurological findings and difficulty in performing ADLs
      (i.e. ankylosing spondylitis, spinal stenosis with symptoms, etc.).
    Over seventy (70) years of age, unless conditioned
    Oxygen dependent

**No Out of State Placement:**

    Any patient on Hep C treatment
    Any patient currently on medical hold status
    Any patient who may require frequent/multiple out-of-facility trips for any reason
    Any patient who meets "No out of state placement criteria"

**\*No Prolonged Standing:** (range available is thirty (30) minutes to two (2) hours)



    Stasis ulcers
    Increased lower extremity edema
    Status post back surgery within past six (6) months

**\*No Repeated Bending:**

    Low back pain with neurological findings on exam and difficulty performing ADLs
    Status post back surgery within past six (6) months
    Symptomatic ankylosing spondylitis, spinal stenosis, etc

**No Sitting over Two (2) Hours:**

    DVT or any kind of lower extremity thrombosis within past three (3) months
    Pregnancy
    Significant lower extremity edema
    Spinal stenosis with symptoms

**No Squatting:**

    Cardiac disease that would worsen with frequent or significant valsalva maneuver
    Extensive bilateral knee/ankle/hip pathology or LBP with decreased ability to perform ADLs



    \*(includes both work and recreational activities)

17



**No Work with Heavy Machinery:**

    Any seizure disorder
    Any visual impairment that is not appropriate for safe operation of machinery
    Deaf (complete deafness - **may** be granted waiver on case-by-case basis)
    Frequent episodes of vasovagal syncope
    Incapacitating LBP, cardiac, or respiratory disease
    Narcolepsy
    Uncontrolled DM with frequent episodes of hypoglycemia or DKA

**Other Health Equipment:**

    Contact lens and supplies
    Ostomy supplies
    Oxygen concentrator, C-PAP machine
    Self-catheter supplies
    Wheelchair, crutches, walker, orthoses, braces, prostheses

**Special Placement:** (do not use this classification)



**Single Cell:**

    Neutropenic patient at high risk for infection, i.e. HIV or chemotherapy
    Status post ostomy placement within past three (3) months
    Contagious infectious disease (temporary classification during contagious period)

**Tennis Shoes or Soft, Low-cut Leather Shoes:**

    See <u>Durable Medical Equipment</u>.

**Wedge Pillow:**

    No longer a covered benefit

