# ATTACHMENT 3

STATE OF COLORADO
DEPARTMENT OF CORRECTIONS
INMATE RECLASSIFICATION CUSTODY RATING
FACILITY: FREMONT

DC Form 600-1C (Rev.3/94)

| | |
|---|---|
| Inmate Name: RIPLIE, ROBERT L. | Doc #: 107521 |
| Case Manager: HOFFMAN, H | Last Custody Level: MINIMUM RESTRICTIVE |
| PMP/PED: 06/10/2013 | Scoring Date: 03/11/2003 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (Review individuals entire background to incarcertion for seven (7) years prior to reclassification date.)
   [0] None
   [3] Assault and Battery not involving weapon; no serious injury(exclude fighting)
   [10] Assault and Battery involving use of weapon or serious injury
   [10] Assault against staff or visitors                                                            0

2. DID ABOVE ASSAULT OCCUR WITHIN LAST TWELVE MONTHS?    [3] Yes    [0] No     0

3. SEVERITY OF CURRENT CONVICTION (Score most serious conviction.)
   [1] Low  [2] Low Moderate  [3] Moderate
   [5] High  [7] Highest                              SAC  Position of Trust       7

   If multiple convictions for high or highest, add 2 points                       0
   If offense resulted in death, add 2 points                                      0

4. SEVERITY OF PRIOR CONVICTIONS (Score most serious felony history.)
   [0] None, Low, or Low Moderate     [1] Moderate
   [3] High                           [4] Highest                                  0

   SCORE PART A: (Add items 1 through 4)
   Custody Scale - Close: 14 or above                          PART A SCORE:  7
   13 or less: Continue with scoring of remaining factors

5. PRIOR FELONY CONVICTIONS (Do not include current conviction.)
   [0] None  [2] One  [4] Two or more                                              0
   One or more at high or Highest: Add 2 points                                    0
   Any prior resulting in death; Add 2 points                                      0

6. DETAINER/PENDING CHARGES
   [0] None or misdemeanor  [10] Felony                                            0

7. ESCAPE HISTORY (Last three years from this rating date.)
   [3] An escape/attempted escape/abscond resulting in administrative action
   [4] An escape/attempted escape from Level II facility or below (no violence)
   [6] An escape/attempted escape from Level III facility or above (no violence)
   [8] An escape/attempted escape from any facility with violence                  0

8. DISCIPLINARY CONVICTIONS RECEIVED (Cumulative)
   LAST 24 MONTHS: Number of Class I       0  X 13 =                               0
   LAST 12 MONTHS: Number of Class IIa     0  X  8 =     Abuse Medication 2/6/01.  0
                   Number of Class IIb     1  X  5 =     II-25 5/2002              5

9. HISTORY OF DISCIPLINARY CONVICTIONS (Do not include Class III's unless three or more this review period.)
   [-7] None in last 25+ months
   [-5] None in last 19-24 months
   [-3] None in last 13-18 months
   [-2] None in last 7-12 months
   [-1] None in last 6 months                                                     -1

10. PAROLE ELIGIBILITY DATE: Multiply times 1, subject's calendar years to serve before parole eligible    4

    SCORE PART B: (Add items 1 through 10)
    Close..........................36+        Minimum Restrictive..................8-16        TOTAL SCORE:  15
    Medium.......................17-35        Minimum..............................7 or less

## CUSTODY DESIGNATION

**CASE MANAGER**

Instrument scored custody level: MINIMUM RESTRICTIVE           Next scheduled review date: 09/07/2003
Override requests:    Yes    X  No  [Code # ____ ]   Recommend custody level: MINIMUM RESTRICTIVE
Justification/Comments: Routine review; Remain at FCF for treatment needs. M4, D2, S5, P2. Unassigned

Inmate: RIPLIE, ROBERT L.        Case Manager: HOFFMAN, H        Date: 03/11/2003

**COMMITTEE**

Approval: _____    Facility retention override: _____    Referred to Offender Services: _____
Justification:

Custody Designation:        Class. Chairman:        Date:

**OFFENDER SERVICES**

Action Taken: _____    Reason: _____    Custody Designation: _____

Offender Services Authorized By:        Date:

STATE OF COLORADO  
DEPARTMENT OF CORRECTIONS  
INMATE RECLASSIFICATION CUSTODY RATING  
FACILITY: FREMONT

DC Form 600-1C (Rev.3/94)

| Inmate Name: RIPLIE, ROBERT L. | Doc #: 107521 | PMP/PED: 06/10/2013 |
|---|---|---|
| Case Manager: HOFFMAN, H | Last Custody Level: MINIMUM RESTRICTIVE | Scoring Date: 09/05/2003 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (Review individuals entire background to incarceration for seven (7) years prior to reclassification date.)
   - [0] None
   - [3] Assault and Battery not involving weapon; no serious injury(exclude fighting)
   - [10] Assault and Battery involving use of weapon or serious injury
   - [10] Assault against staff or visitors
   
   **0**

2. DID ABOVE ASSAULT OCCUR WITHIN LAST TWELVE MONTHS?   [3] Yes   [0] No   **0**

3. SEVERITY OF CURRENT CONVICTION (Score most serious conviction.)
   - [1] Low   [2] Low Moderate   [3] Moderate
   - [5] High  [7] Highest
   
   SAC Position of Trust   **7**
   
   If multiple convictions for high or highest, add 2 points   **0**
   If offense resulted in death, add 2 points   **0**

4. SEVERITY OF PRIOR CONVICTIONS (Score most serious felony history.)
   - [0] None, Low, or Low Moderate    [1] Moderate
   - [3] High                           [4] Highest
   
   **0**

   SCORE PART A: (Add items 1 through 4)
   Custody Scale - Close: 14 or above
   13 or less: Continue with scoring of remaining factors
   
   PART A SCORE: **7**

5. PRIOR FELONY CONVICTIONS (Do not include current conviction.)
   - [0] None   [2] One   [4] Two or more   **0**
   One or more at high or Highest: Add 2 points   **0**
   Any prior resulting in death; Add 2 points   **0**

6. DETAINER/PENDING CHARGES
   - [0] None or misdemeanor   [10] Felony   **0**

7. ESCAPE HISTORY (Last three years from this rating date.)
   - [3] An escape/attempted escape/abscond resulting in administrative action
   - [4] An escape/attempted escape from Level II facility or below (no violence)
   - [6] An escape/attempted escape from Level III facility or above (no violence)
   - [8] An escape/attempted escape from any facility with violence
   
   **0**

8. DISCIPLINARY CONVICTIONS RECEIVED (Cumulative)
   - LAST 24 MONTHS: Number of Class I      0 X 13 =   **0**
   - LAST 12 MONTHS: Number of Class IIa    0 X 8 =   Abuse Medication 2/6/01.   **0**
   -                 Number of Class IIb    0 X 5 =   **0**

9. HISTORY OF DISCIPLINARY CONVICTIONS (Do not include Class III's unless three or more this review period.)
   - [-7] None in last 25+ months
   - [-5] None in last 19-24 months
   - [-3] None in last 13-18 months
   - [-2] None in last 7-12 months
   - [-1] None in last 6 months
   
   **-2**

10. PAROLE ELIGIBILITY DATE: Multiply times 1, subject's calendar years to serve before parole eligible   **11**

    SCORE PART B: (Add items 1 through 10)
    Close.....................36+       Minimum Restrictive.........8-16
    Medium..................17-35       Minimum.......................7 or less
    
    TOTAL SCORE: **16**

**CUSTODY DESIGNATION**

CASE MANAGER

Instrument scored custody level: MINIMUM RESTRICTIVE     Next scheduled review date: 03/03/2004
Override requests: ___ Yes  X  No  [Code # ____ ]  Recommend custody level: MINIMUM RESTRICTIVE
Justification/Comments: Routine review; Remain at FCF for treatment needs. M4, D2, S5, P2. Kitchen

Inmate: RIPLIE, ROBERT L.    Case Manager: HOFFMAN, H    Date: 09/05/2003

COMMITTEE

Approval: _____    Facility retention override: _____    Referred to Offender Services: _____
Justification:

Custody Designation:              Class. Chairman:              Date:

OFFENDER SERVICES

Action Taken: _____   Reason: _____   Custody Designation: _____

Offender Services Authorized By:                Date:

20015

Distribution: White - Department; Canary - Working; Pink - Inmate