# ATTACHMENT 4



Colorado Department of Corrections          Monday, September 19, 2011, 4:52 pm

# OFFENDER SEARCH

| New Search | Death Row | Search Tips | Disclaimer |

[ SUBMIT ]

Please enter your search criteria into one or more of the following fields:

DOCNO: 107521
LAST NAME:
FIRST NAME:
DOB: _____ (mm/dd/yyyy)
Search +/- 6 Months

GENDER:       ALL        MALE        FEMALE

## OFFENDER SEARCH RESULTS

Showing records 0 thru 1 of 1.

| Name | DOC# | Ethnicity | Gender | FACILITY | |
|------|------|-----------|--------|----------|---|
| RIPLIE, ROBERT | 107521 | WHITE | MALE | DENVER RECEPTION AND DIAGNOSTIC CENTER | 1 |