# ATTACHMENT 5

Attn Special Master   civil action 92-n-870        4/27/2010

Re dismissal of claim

RECEIVED APR 29 2010 By_____

Please consider this my formal request as an objection to any previously dismissed claim.  i am a member at this time  and have been a diabetic since 2000 treated improperly while in CDOC, i have suffered severe foot problems as most diabetics do.. If my claim has been denied please consider this as my revised cl -aim  i am also enclosing a new claim form

I further request that the court appoint some counsel to further explore legal actions on my behalf as i am disabled and easily misunderstood.

Robert Ryplie JR   #107521
Po BOX 1000
fort lyon colorado 81038