# ATTACHMENT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

APR 2 9 2010

CLAIM NO. _____

CATEGORY NO. _____

## REVISED CLAIM FORM FOR DAMAGES

Name of Claimant: **Robert Lewis Riphe Jr.** DOC No. **107521**

Mailing Address of Claimant: **Ft. Lyons P.O. Box 1000 Ft Lyons CO. 81038 #107521**

During what time periods have you been incarcerated in DOC? **Yes from Dec 2000 to present**

When is your expected release date? **indeterminate**

Please check the area/s in which you have a disability:

☐ Mobility impaired    ☐ Hearing impaired    ☐ Vision impaired    ☒ Diabetic

On what date do you believe that you became disabled? **Dec 2000**

Describe each disability and how it affects your life. If you have more than one disability, describe each disability separately (You may use additional pages, if necessary): **My diabetes effects my life. My disability gave me an M4 Rating which has limited my placement to Ft. Lyons. Until recently my disability has limited my employment to low paying, M-4 jobs.**

*DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT*

_____
_____
_____
_____

On what date/s were you the victim of discrimination prohibited by the ADA and Rehabilitation Act? __Dec 2000 – Present / 2010__

Please describe how you believe that you were discriminated against by the Colorado Department of Corrections (You may use additional pages, if necessary): _____

I've been discriminated against when my state shoes (Boots) caused my feet blisters and they would not issue me state shoes that did not give me blisters.

Please describe the harm caused to you because of discrimination by the Colorado Department of Corrections (You may use additional pages, if necessary): _____

The harm caused me was severe pain and this continued until I bought Tennis shoes from their canteen.

Why have you waited to file your claim? I've tried to fill out some paper work receiving a response that "I was not diabetic." The medication "Trazadone" which I take and have taken for some time, makes it hard to concentrate.

I hereby swear or affirm that all of the statements made in this claim form are true and accurate to the best of my knowledge.

Signed this _27_ day of _April_, _2010_, 2009.

_Robert L Ryslie_
Claimant

This revised claim form must be mailed to the Special Master at the following address:

Hon. Richard M. Borchers, Legal Resolution Center,
7907 Zenobia Street, Westminster, CO 80030-4444

This claim form must be filed as soon as possible, but in no event later than a date set by the Special Master.

*DO NOT SEND THIS CLAIM FORM TO THE CLERK OF THE U.S. DISTRICT COURT*