IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 92-CV-870-JLK

JESSE MONTEZ, et al.
                Plaintiffs,

vs.

JOHN HICKENLOOPER, et al.
                Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2011

GREGORY C. LANGHAM
            CLERK

Claim Number: 03-445
Category: III
Claimant: Raymond D. Goodloe, #51437
Address of Claimant: CTCF, P.O. Box 1010, Canon City, Co. 81215

### NOTICE OF ADDRESS CHANGE AND MOTION FOR STATUS REVIEW

COMES NOW, the Claimant, Raymond D. Goodloe, #51437, giving Notice to the Court as to his change of address, and to Motion the Court for a Status Review based on the Report and Recommendation of the Special Master Judge Richard M. Borchers for the [Non-Compliance] hearing held on June 13, 2011 at the Fort Lyon Correctional Facility.

The Claimant hereby gives notice that, as of September 1, 2001, the Claimant was transferred from Fort Lyon to the Colorado Territorial Correctional Facility, located in Canon City Colorado, P.O. Box 1010, Canon City, Co. 81215.

The Claimant also Moves the Court to issue an Order in response to the Report and Recommendation submitted by the Special Master in the above claim, as well as the Objection to the Report and Recommendation submitted by the Claimant to this Honorable Court on July 12, 2011. The deadline for filing any Objections to the Report and Recommendation was set by the Special Master as being August 29, 2011. Since that date has past, the Claimant would respectfully request that the Honorable Judge Kane make a Ruling in this matter as soon as is possible as the Claimant is, and has been suffering extreme pain, swelling and difficulty in ambulating since the Special Master issued his Final Court Order on March 6, 2009.

It should be noted by the Court that the Claimant has proven in two (2) seperate Non-Compliance hearings dated October 16, 2009, and June 13, 2011, that the Colorado Department of Corrections has [**Failed**] to comply with the Final Order of the Special Master and continued refusal to comply with that Order should not be tollerated by this Honorable Court.

The Claimant would also point out to the Court that, on Several occassions, the Claimant has submitted pleadings requesting that the Defendants be [**Sanctioned**] monetarily, and that those funds be placed onto the Claimants inmate account and that the Court Order the Defendants to allow the Claimant to purchase the [**Appropriate**] Orthopeadic soft soled shoes and ankle brace that the Special Master intended the Claimant to be provided by the Defendants. These assistive devices would be purchased from a CDOC approved Orthopeadic vendor, and [**Screened**] by the Defendants to assure that there is no breech in security.

This issue has been addressed twice, over a two (2) year period with absolutely no solution, even though in both non-compliance hearings, the Claimant has shown that CDOC has not complied with the Special Master's Final Order. In the mean time, the Claimant is forced to endure needless pain, swelling and ever increasing problems in walking that could have been avoided long ago if the [**Appropriate**] assistive devices were issued to the Claimant back when the Final Order was issued on March 9, 2009.

So, it is at this time that the Claimant Moves this Honorable Court to [**Grant**] his request for [**Sanctions**] against the Colorado Department of Corrections in the form of $2,000.00, to be placed onto the Claimants inmate account, and an Order to be issued by the Court directing the Defendants to allow the Claimant to purchase the soft soled shoes and brace that the Special Master intended him to have from an approved Orthopeadic vendor.

The Claimant would advise the Court that, the only way that the Claimant would be able to afford the needed assistive devices would be for the Court to Grant the request for the sanctions and

award the Claimant $2,000.00, as the Claimant only receives a minimal amount of financial assistance from outside and that amount is nowhere near what he needs to purchase the shoes and brace he needs to manage his chronic medical issues.

The Claimant respectfully submits that he has been asking for this type of [Remedy] for over two (2) years now, yet the only action that has been taken has been the setting of another hearing that, up to this point, has not rectified anything and has only served to prolong the issue, to the benefit of the Defendants.

Because of the conduct of the Defendants, the Final Order of the Special Master has been, and continues to be, [Ignored]. The only one adversly effected by this is the Claimant as he goes through days, months and years of pain due to the Non-Compliance of the Defendants. The Only remedy that is feasably sound is for the Court to sanction the Defendants in the amount that the Claimant has requested so that the Claimant can afford to purchase the appropriate soft soled shoes and brace he needs, since CDOC refuses to comply with the Final Order of the Court issued on March 6, 2009.

This Claim could be adjudicated by CDOC being sanctioned by the Court monetarily, and that money being placed onto the Claimants inmate account would provide the Claimant the [Means] by which to purchase his own shoes and brace. The Claimant Prays the Court Grant his Motion and issue its Order.

Dated this 16th day of September, 2011.

Respectfully Submitted,

*Raymond D. Goodloe*
Raymond D. Goodloe, #51437
C.T.C.F.  Unit #1
P.O. Box 1010
Canon City, Co.   81215