WAR DEPT

| DISTRICT COURT COUNTY OF Jefferson STATE OF COLORADO | JUDGMENT OF CONVICTION: SENTENCE: AND ORDER TO SHERIFF (MITTIMUS) | Case Number 89 CR 1470 Div/Ct Rm 6 |

PEOPLE OF THE STATE OF COLORADO    vs  KEVIN MARK BRETZ,
                                                                    Defendant

PEOPLE OF THE STATE OF COLORADO to the Sheriff of __Jefferson__ County, and the Executive Director of the Colorado Department of Corrections. On __July 13, 1990__, the Defendant named above was present in Court, and was represented by __D. Manter & L. Garner__. The People were represented by __A. Singer and C. Tingle__. The Defendant was arraigned in this Court upon an XXXXXXX Information, XXXXXXXXXXX, previously filed, to which the Defendant entered a plea of *Guilty, XXXXXXXXXXXXXXXXXXXXnd XXXXXXXXXX which plea of Guilty was accepted, XXXXXXXXXXXXXXXX *by the Court, of the offense(s) of:**

Count #1 - First Degree Sexual Assault - CRS 18-3-402 (F-2) 40 years;
Counts #4 and #5 - Aggravated Robbery - CRS 18-4-302 (F-3) and Violent Crime
            CRS 16-11-309, 32 years;
Count #6 - First Degree Aggravated Motor Vehicle Theft - CRS 18-4-409 (F-4)
            8 years;
Counts #3 and #11 - Violent Crime, CRS 16-11-309 and Second Degree Kidnapping
            CRS 18-3-302(1) (F-3) 20 years.

THE COURT has given the Defendant an opportunity to make a statement, and to present any information in mitigation of punishment. The People have been given an opportunity to be heard on any matter material to the imposition of sentence. It is now the Judgment and Sentence of the Court that the Defendant be sentenced *to the custody of the Executive Director of the Department of Corrections *XXXXXXXXXXXXXXXXXXXXX at __Canon City__, Colorado for a term of __forty (40) years on Cnt. #1; thirty-two (32) years on Cnts. 4 and 5, to be served consecutively to Def.'s other sentences on Cnts. 1, 3, and 6; eight (8) years on Cnt. #6, to be served consecutively to Def.'s other sentences on Cnts. 1, 3, 4, and 5; twenty (20) years on Cnts. #3 and #11, to be served concurrently with Def.'s other sentences on Cnts. #1, 4, 5, and 6, for a total of 80 years to be served__--the Court# XXXXXXXXXXXXXXXXXXXXXXXXXXXX __/$100.00 victims__ compensation fund. and a fine of $ __-0-__, and costs of $ __30.00/__ JUDGMENT OF CONVICTION IS NOW ENTERED. THE COURT finds that the Defendant has spent __253__ days in confinement prior to this date for the offense(s) for which the defendant is being sentenced.
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

#Finds extraordinary aggravating circumstances exist as to all Counts.

IT IS FURTHER RECOMMENDED: That D.O.C. evaluate and treat Defendant for any mental illness problems.

(a copy of the pre-sentence report is attached).

THEREFORE, IT IS ORDERED that the Sheriff of __Jefferson__ County shall safely con to the *Colorado State Department of Corrections Diagnostic Unit at Canon City XXXXXXXXXXXXXXX at __Canon City__, received and kept as provided by law.

JUL 1 9 1990

INMATE No. __46584__
RECEIVED

July 13, 1990
Date    Judge [signature]

EXHIBIT
A-2
03-138

*Strike as to form.

```
= OFFENDER TRACK ========== OFFENDER PROFILE ============ 08/31/2011 =  MSG
Doc No: 46584           BRETZ, KEVIN M              SCF/UNIT03 PRES FACIL
==============================================================================
                      M I T T I M U S  /  C R I M E
    CRIME DESC: SEXUAL ASSAULT 1ST DEGREE
   FELONY CLASS: 2
      INCHOATE:                       ENHANCEMENT:
    SPECIAL ID:
  DOCKET NUMBER: 89CR1470                COUNTY: JEFFERSON
          PLEA: GUILTY                    JUDGE: ZIMMERMAN
------------------------------------------------------------------------------
INC SNT SENTENCE OFFENSE  SENTENCE JAIL  MINIMUM       MAXIMUM            TERM
No  No  EFF DATE DATE     DATE     TIME  YR  MO  DA    YR  MO  DA  Ty Dis TYPE
--- --- -------- -------- -------- ----  --- --- ---   --- --- --- -- --- -----
 2   3  07/13/90 07/01/90 07/13/90   0    40   0   0    40   0   0  IN  A   -


TERM TYP: - = NotDisch D=Discharged Y=Yos Rev A=Appeal Bond C=Court Ord Disch
```

