Offender: _____ DOC #: _____ Date: _____

AR Form 300-26E (05/01/07)

## RE: MORE STRINGENT READING MATERIAL RESTRICTIONS FOR ABOVE NAMED SEX OFFENDER

Administrative regulation 300-26, *Offender Reading Material*, states that for rehabilitation purposes Mental Health or Sex Offender Treatment Program (SOTMP) DOC employees/contract workers may set more stringent individual standards for a specific offender, in writing, regardless of the offender's participation in the SOTMP or other mental health programs. It is the policy of the SOTMP to restrict specific types of materials from offenders who are identified as sex offenders, e.g., offenders with a current sexual violence code of S-3 through S-5.

The Colorado Sex Offender Management Board's "Standards and Guidelines for the Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders" states in section 3.500, Treatment of Sex Offenders in Prison:

> 3.511: *In addition to general conditions imposed on all offenders, the following special conditions should be imposed on sex offenders who are incarcerated.*
> E. *Sex offenders should not possess any pornographic, sexually oriented or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, and computer programs or services that are relevant to the offender's deviant behavior/pattern. Sex offenders shall not utilize "900" or adult telephone numbers or any other sex related telephone numbers.*

For rehabilitative purposes and in order to bring the Colorado Department of Corrections (DOC) into compliance with standard "E" above and AR 300-26 IV.B.2.a-f, DOC Mental Health Services and the SOTMP are hereby directing you not to subscribe to or have in your possession any sexually oriented magazines or periodicals, or other reading or viewing material deemed to be pornographic or contrary to your individualized rehabilitative interests and goals.

Material that is generally deemed contrary to rehabilitative interests and goals for sex offenders is as follows:
1. Sexually explicit material as defined by AR 300-26.
2. Pornographic material: Materials that show unclothed genitals, buttocks or female breasts.
3. Material that has significant risk of escalating the sex offender's deviant sexual arousal or their cycle of abuse-- for example pictures of scantily clothed individuals who are depicted being humiliated, subject to an act of violence, being restrained, objectified, being otherwise degraded, or pictures of the offender's victim.
4. Material that depicts or by way of description promotes criminal sexual behavior.
5. Pictures related directly to a potential victim pool of the individual offender, such as collections of pictures of children by pedophiles.

Research has shown that although pornography does not cause people to become sex offenders, it can exacerbate existing problems for sex offenders and can increase their potential for acting out, either sexually or violently; therefore, pornography is contrary to rehabilitative goals.

The above named offender is not allowed to have in his/her possession the following specific types of materials as they have been determined to be contrary to rehabilitation interests and goals: Example: Offender convicted of a sexual offense against a minor. He admits to sexually assaulting a 4 yr old male. Admits having a problem with objectifying deviant arousal to both male pre-school age children & adult women. Should not be allowed to view the above listed materials 1-5 as it may hinder his rehabilitative goals. Viewing such materials, specifically those depicting adult women & male children may exacerbate his deviant sexual arousal & behavior. Should not view materials which show partially nude (without entire breasts, buttocks & genitalia clothed) adult women or male children as these materials promote his sexual assault cycle and encourage his objectification of adult women & male children.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Procedure: This document shall be properly completed and state above with specificity what types of materials are contrary to the rehabilitative goals of this offender. It shall be the responsibility of SOTMP to place the original in the above named offender's mental health file with a copy to the working file, facility and Central Reading Committee chairperson and mailroom. All information is to be kept CONFIDENTIAL and all copies shall be maintained in a notebook in a secure location under lock and key when not in use by mailroom or reading committee DOC employees.

Offender Signature _____ DOC # _____ Date _____
Mental Health or SOTMP Signature _____ ID# _____ Date _____
cc:  **Working file, Mental Health file, Mailroom, Reading Committee Chairperson, Central Reading Committee Chairperson**

Attachment "E"
Page 1 of 1

EXHIBIT
A-6
03-138
PENGAD 800-631-6989