## STATE OF COLORADO
### COLORADO DEPARTMENT OF CORRECTIONS

AR Form 300-26E (02/01/06)

**Offender:** Bretz, Kevin           **DOC #:** 46584           **Date:** 7/12/10

**RE: MORE STRINGENT READING MATERIAL RESTRICTIONS FOR ABOVE NAMED SEX OFFENDER**

Administrative regulation 300-26, "Offender Reading Material", states that, for rehabilitation purposes, Mental Health or Sex Offender Treatment Program (SOTMP) staff may set more stringent individual standards for a specific offender, in writing, regardless of the offender's participation in the SOTMP or other mental health programs. It is the policy of the SOTMP to restrict specific types of materials from offenders who are identified as sex offenders, e.g., offenders with a current sexual violence code of S-3 through S-5.

The Colorado Sex Offender Management Board's "Standards and Guidelines for the Assessment, Evaluation, Treatment and Behavioral Monitoring of Adult Sex Offenders" states in section 3.500, Treatment of Sex Offenders in Prison:

> **3.511:** *In addition to general conditions imposed on all offenders, the following special conditions should be imposed on sex offenders who are incarcerated.*
> **E.** *Sex offenders should not possess any pornographic, sexually oriented or sexually stimulating materials, including visual, auditory, telephonic, or electronic media, and computer programs or services that are relevant to the offender's deviant behavior/pattern. Sex offenders shall not utilize "900" or adult telephone numbers or any other sex related telephone numbers.*

For rehabilitative purposes and in order to bring the Colorado Department of Corrections (DOC) into compliance with standard "E" above and AR 300-26 IV.B.2.a-f, DOC Mental Health Services and the SOTMP are hereby directing you not to subscribe to or have in your possession any sexually oriented magazines or periodicals, or other reading or viewing material deemed to be pornographic or contrary to your individualized rehabilitative interests and goals.

Material that is generally deemed contrary to rehabilitative interests and goals for sex offenders is as follows:
1. Sexually explicit material as defined by AR 300-26.
2. Pornographic material: Materials that show unclothed genitals, buttocks or female breasts.
3. Material that has significant risk of escalating the sex offender's deviant sexual arousal or their cycle of abuse— for example pictures of scantily clothed individuals who are depicted being humiliated, subject to an act of violence, being restrained, being otherwise degraded, or pictures of the offender's victim.
4. Material that depicts or by way of description promotes criminal sexual behavior.
5. Pictures related directly to a potential victim pool of the individual offender, such as collections of pictures of children by pedophiles.

Research has shown that although pornography does not cause people to become sex offenders, it can exacerbate existing problems for sex offenders and can increase their potential for acting out, either sexually or violently; therefore, pornography is contrary to rehabilitative goals.

The above named offender is not allowed to have in his/her possession the following specific types of materials as they have been determined to be contrary to their rehabilitation interests and goals:
1. **Pornographic material - pictures, depictions or narrative descriptions of unclothed genitals, buttocks, or female breasts as these pose a significant risk of escalating deviant sexual arousal.**
2. **Pictures or depictions of scantily clad females and children, or provocatively posed persons.**
3. **Pictures, depictions or narrative descriptions of acts of violence or restraint against any person.**
4. **Objectification of another person through pictures, depictions or written descriptions.**

Restrictions are based on: **SEXUAL ASSAULT 1ST DEGREE - 89CR1470**

> **Offender attacked his adult female victim from behind, grabbing her neck. He then forced her, at gunpoint, to perform oral sex on him. He ejaculated on her breasts and stomach area and left her bound/tied in her home.**

**Procedure:** SOTMP staff shall review each individual sex offender case file. This document shall be properly completed and state above with specificity what types of materials are contrary to the rehabilitative goals of this offender. It shall be the responsibility of SOTMP staff to place the original in the above named offender's mental health file with a copy to the working file, facility and central reading committee chairperson and mailroom. All information is to be kept CONFIDENTIAL and all copies shall be maintained in a notebook in a secure location under lock and key when not in use by mailroom or reading committee staff.

Mailroom staff shall forward all censorable reading material to the Facility Reading Committee for review pursuant to AR 300-26. It is required that Facility Reading Committee staff review this document prior to disallowing material for the above named sex offender.

All censorable reading material found in an offenders cell, possession, or property will be forwarded to the facility reading committee for a review when it is being challenged for content. All reading material found in an offenders cell, possession, or property that is considered contraband based upon reasons other than content may be disposed of in accordance with AR 300-06, *Searches & Contraband Control*. Examples are reading materials that do not belong to the offender, are being used in a bartering situation or altered materials that do not contain the required DOC label or stamp, etc.

EXHIBIT
A 8
03-138
PENGAD 800-631-6989

Offender Signature: Refused to Sign  DOC # 46584  Date 3/30/11
Mental Health or SOTMP Staff Signature: [signature]  Staff ID# 12020  Date 7/12/10

cc: Working file, Mental Health file, Mailroom, Reading Committee Chairperson, Central Reading Committee Chairperson

Attachment "E"    Page 1 of 1