```
= MENTAL HEALTH ======= ENTER MH INDIV CONTACTS ========== 03/30/2011 = Page  1
Doc No: 46584   Name: BRETZ, KEVIN M
=====================================================  SCF/UNIT03 PRES FACIL
Facility: SF  STERLING                        ==================================
                                              Contact date: 03/30/2011
Clinician(s): 564    SOUCIE
                                                 Program Code:
Type of contact: 1A  BRIEF CONT
                                              Length of session: 02    1/2 hour
Participation level: P 2    PRESENT/POOR

Goal attainment scale: 99  NOT APPLIC        Status Code:   NOPROG
--------------------------------------------------------------------------------
                              CLINICAL NOTE
--------------------------------------------------------------------------------
Presented updated reading restriction, offender refused to sign.
```

SIGNATURE _____

Please print, sign & file in the fourth section of the MH record!

EXHIBIT A-9  03-130