

EXHIBIT
A-10
03-138



Lexxi Tyler

**86  Lounging Around**
Zaffira & Cindy

**102  Down on the Farm**
Sophia Lynn

**120  Spring Fling**
Isobel & Taylor

**FULL FRONTAL**

**9  Revealing**
Entertainment

**10  Flicks**
The *Star Trek* reboot.

**12  DVDs**
The original *Trek*.

**14  Sounds**
Hip-hop icon Lil' Wayne goes rock on *Rebirth*.

**16  Joystick**
Will Arnett and Neil Patrick Harris voice *Eat Lead*.

**18  Reads**
A look at In-N-Out Burger.

**LIFE ON TOP**

**21  Burn, Baby, Burn!**
Fire up the grill, and go beyond the standard burgers and dogs.

**26  Driving Force**
Mitsubishi's Lancer Evolution.

**28  Pet Peeves**
Tori Black.

**29  Live and Learn**
Can grooming the boys lead to better blow jobs?

**30  Scoundrel**
Meat-free zone.

**32  The Pour House**
The mint julep.





33A CAREN (7/20/86) 5'2, 110 lbs. Phils. Sales. (34-25-34) Has email, respectful, thoughtful. Seeks similar. Seeks similar.

33D HARMAWATI (9/1 OC... Indonesia. Has email. Li... thentic, patient, gentle

33D FLORA (12/10/70) 5'1, 100 lbs. Phils. Salon Mgr. (34-man 40 up. Divorced ok. a good attitude man 40 up. Divorced ok.

... Likes music eal, cook. Seeks



4C LOUELA (12/22/82) 5'2, 120 lbs. Hong Kong OCW. (34-24-33)"Dancing queen", funny, loving. Seeks adventurous, kind, funny 30+. D/k/v ok.

4F LUISA (6/21/60) 5'2, 112 lbs. Phils. Self-employed. (36-28-38) Has email. Likes walks. Seeks thoughtful, honest, funny, any race 50+.

4J JENNIFER (9/26/73) 5'4,120 lbs. Phils. Working student. (36-26-36) Sincere, thoughtful, loyal. Seeks similar, stable, responsible, any race 33+.



4A WENDY (1/19/66) 5'6, 112 lbs. Malaysia. Chinese. Buddhist. Divorced. (34-26-35) Hairstylist. Seeks a sincere, secure guy.



4B HELENE (28) 4'11, 120 lbs. Phils. College grad. Friendly, loyal, honest. Likes TV, music, dance. Seeks loving, honest man 30-80.



4E VERGIE (11/18/58) 5'1, 100 lbs. HongKong OCW. Widow. Sincere, loving, caring. Likes to ballroom dance. Seeks similar, 50+. D/k/v ok.



4H JOVELYN (4/12/77) 5'1, 110 lbs. Phils. (34-27-33) Friendly, humble, loving. Likes movies. Seeks similar, smart, honest 35-70. D/k/v ok.



4D ANALYN (10/20/77) 5'3, 120 lbs. Phils. Has email. (32-24-35) Thoughtful, responsible. Likes cook, travel, movies. Seek similar. Div.ok



4G WENDA (12/27/66) 5', 130 lbs. Phils. Employed. (34-27-36) Has email. Loving, caring, moral. Seeks funny, loyal, loving. Div/kids ok.

THIS 8 PAGE SAMPLE BROCHURE IS TAKEN DIRE











Chicago Joe, an institution in the AHDRA, had about as bad a weekend in Phoenix '07 as a racer could have. Here he blew up his Pro Fuel bike, then things got real scary when his Top Fuel bike pitched him into the ER with a broken wrist, busted collarbone, and some serious road rash.