IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

### AFFIDAVIT OF JACQUELYNN N. RICH FREDERICKS

I, Jacquelynn N. Rich Fredericks, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. This affidavit is based upon my personal knowledge.

2. I am a current employee of the Colorado Department of Law, Office of the Attorney General.

3. I am employed as a Special Assistant Attorney General with the Corrections Unit of the Civil Litigation and Employment Law Section.

4. As part of my job, I represent the Colorado Department of Corrections (CDOC) in individual damages hearings which stem from the *Montez* class action suit.

5. On Monday, June 20, 2011, I attended hearings at the Sterling Correctional Facility (SCF) in Sterling, Colorado.

EXHIBIT A-11
03-138

6. One of the hearings held at the facility on that date was a compliance hearing for Offender Kevin Mark Bretz (Bretz).

7. Also in attendance were Special Master Borchers, Dr. Gagandeep Singh, and Lt. Bernadette Scott, SCF's Americans with Disabilities (ADA) Coordinator.

8. When Bretz was seated across the table from me he withdrew a yellow folder and placed it onto the tabletop.

9. The folder contained images of scantily clad and suggestively posed women.

10. I was aware that Bretz is a convicted sexual offender and thus, most likely was not to have possession of such images.

11. On or about June 24, 2011, I mentioned to my supervisor, First Assistant Attorney General, James X. Quinn (Quinn) what I had observed.

12. Quinn suggested I contact someone affiliated with the Sex Offender Treatment and Monitoring Program (SOTMP) to discuss if such images were or were not appropriate and allowed to be possessed by inmates such as Bretz.

13. I contacted Mr. Burl (Burl) with SOTMP on or about June 24, 2011.

14. I was informed that images such as those I described were in fact contraband if possessed by a sex offender with a restricted reading list.

FURTHER AFFIANT SAITH NAUGHT.

JACQUELYNN N. RICH FREDERICKS

Subscribed and sworn before me in the County of _Denver_, State of Colorado, this _8th_ day of September, 2011.

My commission expires: _4/1/2014_ .

_Darlene Skilly_
Notary Public