# Incident # 477664

## STERLING CORRECTIONAL FACILITY

Linked #  Created by

Created: Jul 27, 2011  04:58 pm          By: TYREE, NATHANIEL D
Closed:                                   By:

Incident Date: **07/27/2011**

Approx Time: **04:15 PM**                 Status: Open

Incident Type: **Unauthorized Possession**

Incident Location: **Living Unit 3 - C Pod**

Misc. Location Info: **LU3 C-1-3**

Summary: **Offender Bretz 46584 was in possession of pictures that violate his reading restriction.**

---

Report:  **1**  by **TYREE, NATHANIEL D ( ndtyree )**      for Incident **477664**
Officers Facility: **STERLING CORRECTIONAL FACILITY**
Approximate Time of Incident  **04:15 PM**              Shift: **Swings**
Work Unit: **Living Unit 3 / 4**                         Days Off: **Sun/Mon**

Suspected Gang Related: ☐          Evidence: ☑

| Docno: | Name: | Living Unit: | Pod | Tier | Cell | Bunk |
|---|---|---|---|---|---|---|
| 46584 | BRETZ, KEVIN M | SCF/UNIT03 | C | 1 | 3 | B |

Report Rejected: ☐
Report Approved: ☑
Report Voided: ☐

**Report**  Needs Approval ☑
Submitted: 07/27/11 05:12 PM

**Parole/Community/**
**Shift Commander:** WHITNEY, BRIAN K. ( sfbkw )
**Date Approved:** 07/27/11 05:28 PM

**Duty Officer's Initiation of Investigation**
Charge: ☑   Duty Officer: HIGGINS, RAYMOND ( sfrxh )
Informational ☐    Reviewed: 07/28/11 07:35 AM

## Detailed Report on following Page

EXHIBIT
A-12
03-138

# Incident# 477664

## Report 1 detail by TYREE, NATHANIEL (ndtyree) for Incident 477664

---
--

On Wednesday, July 27th at approximately 4:15 PM Officer Hutt and I, Officer Tyree conducted a shakedown of LU3 C-1-3 at the behest of Mrs. Soucie. The subject of the shakedown was Offender Bretz #46584 and he was allegedly in possession of pictures that were in violation of his reading restriction. Officer Hutt and I found and confiscticated 2 books, numerous drawings, artwork, and pages torn from magazines that depicted images that are not in compliance with this Offender's reading restriction. The confisticated materials will be forwarded to the reading committee.