C-1-3

**SHAKEDOWN LIST**  DC 300-8A

DATE 7-27-11

OFFICER Tyree/Hutt

Offender Name and Number Bretz - 46584

Altered magazine pictures.
2 altered folders.
Nuisance.
Nothing else found/taken/broken.
2 Books.

20002 (5/7/02)

PENGAD 800-631-6989

EXHIBIT
A-14
03-130

LIVING UNIT __3__  SHAKEDOWN LIST - QUARTER __1st__  Month __July__ YEAR __2011__

SCF FORM 300-6 H (08/01)

| CELL | DATE | STAFF NAME | DATE | STAFF NAME | DATE | STAFF NAME | DATE | STAFF NAME | DATE | STAFF NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| B2-7 | 7/5/11 | Barber/Torres | | | | | | | | |
| B2-8 | 7/31/11 | Moreno/DeGraelle | | | | | | | | |
| B2-9 | 7/29/11 | Curran/Tyree | 8/14 | Copley/Currier | | | | | | |
| B2-10 | 7/30/11 | Tupper/Maccone | | | | | | | | |
| B2-11 | 7-10-11 | Hutt/Higgins | 8/8/11 | Grant/Currier 8-8 Currier/Hutt | | | | | | |
| B2-12 | 7/6/11 | Borrego/Tyree | 7/9/11 | Tupper/VanDuran 7/30 | | Vanduren/Maccone | | | | |
| B2-13 | 7/12/11 | Ashenfelter/Tyree | 8/5/11 | Tyree/Maccone | | | | | | |
| B2-14 | 8-1-11 | Aucoin/Ashenfelter | | | | | | | | |
| B2-15 | 12 July | Volanos | | | | | | | | |
| B2-16 | 21 July | DeGaelle/Tyree | 7/28 | Maccone/Tyree | | | | | | |
| B2-17 | 7/5/11 | Struckmeyer/Higgins | 8/8/11 | Grant/Currier 8-8 Cox | | | | | | |
| B2-18 | 7/4/11 | Volanos/Grant | | | | | | | | |
| B3-1 | 7/2/11 | Struckmeyer/Torres | | | | | | | | |
| B3-2 | 7-8-11 | Tyree/Ashenfelter | | | | | | | | |
| B3-3 | 7-18-11 | Aucoin/Hutt | 8/5/11 | Moreno/Tyree | | | | | | |
| B3-4 | 7/2/11 | Struckmeyer/Torres | | | | | | | | |
| B3-5 | 7/2/11 | Curandar | 8/5/11 | Moreno/Tyree | | | | | | |
| B3-6 | 7/30/11 | Nishusa/Tyree | 8/2/11 | Hutt/Struckmeyer | | | | | | |
| B3-7 | 7/1/11 | Struckmeyer/Williams | 7/30/11 | Hellman | 8/1/11 | Ashenfelter | | | | |
| B3-8 | 7/28/11 | Crepeau/Volanos | | | | | | | | |
| B3-9 | 7/2/11 | Tupper/Currier | | | | | | | | |
| B3-10 | 7/14 | Barber/Torres | | | | | | | | |
| B3-11 | 7/27 | Globa/Volanos | | | | | | | | |
| B3-12 | 7-14 | Tupper/Ashcroft | 8/6 | Moreno/Tyree | | | | | | |
| B3-13 | 7-16 | Tupper/Ring | 7-11 | Slanos/Hutt | | | | | | |
| B3-14 | 7/21 | DeGaelle/Tyree | | | | | | | | |
| B3-15 | 8/3 | Borrego/Moreno | | | | | | | | |
| B3-16 | 7-24 | Aucoin/Ashcroft | | | | | | | | |
| B3-17 | 7-10-11 | Leinander/Currier | 8/6 | Moreno/Tyree | | | | | | |
| B3-18 | 7/27/11 | Maccone/Tyree | 7/28/11 | Pribislag/Shoolberger | | | | | | |
| C1-1 | | | | | | | | | | |
| C1-2 | | | | | | | | | | |
| C1-3 | 7-27-11 | Tyree/Hutt | | | | | | | | |
| C1-4 | | | | | | | | | | |
| C1-5 | 7/21/11 | DeGaelle/VanDuren | | | | | | | | |
| C1-6 | 7/1/11 | Tupper/Tyree | | | | | | | | |

SCF FORM 300-6F (0...

## STERLING CORRECTIONAL FACILITY
## HOUSING SHAKEDOWN LOG

MONTH __July__   YEAR __2011__   TOTAL SHAKEDOWNS __1__   LIVING UNIT # __3__

| Date | DOC # | OFFENDER NAME LAST, FIRST | POD/CELL TIER | DESCRIPTION OF CONTRABAND | WHERE FOUND (ON PERSON) (IN CELL, ETC.) | WHERE EVIDENCE PLACED | DISCIPLINARY REPORT YES/NO | DISPOSITION (CONFISCATED) DESTROYED, LAUNDRY PROPERTY, SENSITIVE REFUSE, ETC | ADDITIONAL COMMENTS | STAFF'S LAST NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/27 | 103104 | Simonton | A3-8 | Card. Nuisance | Cell | Trash | No | Trash | | Tyree/Huff |
| 7/27 | 151040 | Abdi | C-1-3 | Nuisance | Cell | Trash | No | Trash | | Tyree/Huff |
| 7/27 | 46584 | Bretz | C-1-3 | Altered Pictures/Altered Pictures Nuisance | Cell | SA + Pictures Off of Board in Cell | Yes | Evidence | | Tyree/Huff |
| 7/26 | 144251 | Littlejohn | B3-11 | Nuisance | Cell | Trash | No | Trash | | Gallegos/Valenos |
| 7/26 | 117467 | Adams | C-3-5 | Nuisance | Cell | Trash | No | Trash | | Gallegos/Valenos |
| 7/26 | 47869 | Rutter | B-5-15 | Nuisance magazine/nuisance | cell | trash | no | trash | / | Tyree/macrae |
| 7/26 | 103450 | Pope | 16-3-14 | Nuisance | cell | trash | no | trash | / | Tyree/macrae |
| 7/26 | 10082 | Canizales | B2-16 | Nuisance | cell | Trash | No | Trash | | Tyree/macrae |
| 7/26 | 157497 | Gutierrosvilla | B9/16 | Nuisance | cell | Trash | na | Trash | | Tyree/macrae |
| 7/29 | 138120 | Collins | A1-2 | library bks property | property | dest | No | dropbox | | Reno-OSR |
| 7/29 | 89253 | Gonzales | 3306 | Nuisance | cell | trash | no | destroy | / | Wolf |
| 7/29 | 141529 | Easton | 3201 | Nuisance | cell | trash | No | destroy | | Wilkinson |
| 7/29 | 112859 | Demetro | 3307 | Nuisance | cell | trash | No | destroy | | Wilkinson |
| 7/29 | 4884 | Hernandez | 3307 | Nuisance | cell | trash | No | destroy | / | Wolf |
| 7/29 | 65991 | Torres | A3-16 | 4 mp5 Stripped ribbons nuisance | cell | trash | no | trash | / | Tyree/Leher/Ashufelter |
| 7/29 | 130352 | Wallace | A3-16 | altered ear-buds nuisance | cell | trash | No | trash | / | Tyree/Leher/Ashufelter |
| 7/29 | 134703 | Warren | B2-3 | 3 red pens nuisance | cell | trash | No | trash | / | Torres/Ashufelter |
| 7/29 | 152144 | McCoy | B2-3 | Nuisance | cell | trash | No | trash | / | Torres/Ashufelter |