IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION DATED AUGUST 5, 2011 (#5132)

Defendants, by and through the Colorado Attorney General, respectfully request a ten (10) day enlargement of time, up to and including September 22, 2011, in which to respond to the Special Master's Report and Recommendation, dated August 5, 2011 (#5132) and state as follows:

1. Plaintiff Kevin Mark Bretz is a pro se damages claim litigant presently incarcerated at Sterling Correctional Facility (SCF).

2.      Defendants are contemporaneously filing their Response to "Motion for Order"[1] and Objection to the Report and Recommendation of the Special Master (#5132).

3.      On September 12, 2011, undersigned counsel filed both of the above referenced documents by faxing the same to Special Master Borchers at the Offices of Legal Resolution and confirmed with his assistant that they had been received.

4.      Undersigned counsel believed this to be the appropriate place to file the above referenced documents.

5.      Undersigned counsel corresponded with the Special Master's assistant this morning and was informed that the documents would also need to be filed with this Court and has now done so.

6.      Undersigned counsel asserts that allowing a ten (10) day enlargement of time will not prejudice the Plaintiff, nor cause undue delay in this litigation or otherwise adversely effect case management as the documents were previously filed with Special Master Borchers, copies sent to Plaintiff, and have now been filed with this Court.

---

[1] It does not appear that Bretz filed his Motion for Order with this Court, but it was filed with Special Master Borchers, and referenced in his Report and Recommendation, although never served upon the Office of the Attorney General.

2

WHEREFORE, Defendants respectfully request a ten-day enlargement of time up to and including September 22, 2011, in which to respond to Plaintiff's "Motion for Order" and to object to the Report and Recommendation of the Special Master, dated August 5, 2011.

Respectfully submitted this 22nd day of September 2011.

> JOHN W. SUTHERS
> Attorney General
>
> /s/ Jacquelynn N. Rich Fredericks
> JACQUELYNN N. RICH FREDERICKS*
> Special Assistant Attorney General
> Corrections Unit
> Attorneys for Defendants
> 1525 Sherman Street, 7th Floor
> Denver, Colorado  80203
> Telephone:  303-866-5639

# CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **MOTION FOR ENLARGEMENT OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 22nd day of September, 2011, addressed as follows:

Kevin Mark Bretz, #46584           Cc: Keith Nordell, CDOC
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO 80751-6000


                                    /s/ Mariah Cruz-Nanio