## MEMORY TRANSMISSION REPORT

```
TIME       : SEP-12-2011  17:11
TEL NUMBER : 3038665443
NAME       : COLORADO DEPT OF LAW
```

| FILE NUMBER | : | 402 |
|---|---|---|
| DATE | : | SEP-12 16:37 |
| TO | : | 913034267714 |
| DOCUMENT PAGES | : | 077 |
| START TIME | : | SEP-12 16:37 |
| END TIME | : | SEP-12 17:05 |
| SENT PAGES | : | 077 |
| STATUS | : | OK |
| FILE NUMBER | : | 402 |

*** SUCCESSFUL TX NOTICE ***



JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**
OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

# FAX TRANSMISSION

The information contained in this facsimile transmission is confidential, and it may be legally privileged or otherwise protected from disclosure by law. This transmission is sent only to the recipients listed below. If you are not a recipient, please do not read any more of this transmission, and do not distribute or copy it for anyone other than a recipient. If you receive this transmission in error, please notify us by calling the telephone number set out below, and destroy the transmission you received. Thank you.

DATE: September 12, 2011

TRANSMIT TO FAX NUMBER: (303) 426-7714

IMMEDIATE DELIVERY TO: Judy Olive

FROM: Elle Di Muro for Jacque McCall

NUMBER OF PAGES (INCLUDING COVER):

SPECIAL INSTRUCTIONS: RE: Attached are documents for the *Montez v. Hickenlooper* Kevin Mark Bretz.

IF THERE IS ANY PROBLEM RECEIVING TRANSMISSION,
CALL: Elle: 303-866-4168

MEMORY TRANSMISSION REPORT

```
                                TIME       : SEP-12-2011  17:11
                                TEL NUMBER : 3038665443
                                NAME       : COLORADO DEPT OF LAW


FILE NUMBER      :  403

DATE             :  SEP-12 16:56

TO               :  913034267714

DOCUMENT PAGES   :  026

START TIME       :  SEP-12 16:38

END TIME         :  SEP-12 17:11

SENT PAGES       :  026

STATUS           :  OK

FILE NUMBER   : 403          *** SUCCESSFUL TX NOTICE ***
```

JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**
OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

# FAX TRANSMISSION

The information contained in this facsimile transmission is confidential, and it may be legally privileged or otherwise protected from disclosure by law. This transmission is sent only to the recipients listed below. If you are not a recipient, please do not read any more of this transmission, and do not distribute or copy it for anyone other than a recipient. If you receive this transmission in error, please notify us by calling the telephone number set out below, and destroy the transmission you received. Thank you.

DATE:   September 12, 2011

TRANSMIT TO FAX NUMBER:   (303) 426-7714

IMMEDIATE DELIVERY TO:   Judy Olive

FROM:   Elle Di Muro for Jacque McCall

NUMBER OF PAGES (INCLUDING COVER):

SPECIAL INSTRUCTIONS: RE: Attached are documents for the *Montez v. Hickenlooper* Kevin Mark Bretz.

IF THERE IS ANY PROBLEM RECEIVING TRANSMISSION,
CALL: Elle: 303-866-4168