IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated,

v.

**JOHN HICKENLOOPER, et al.,**

      Defendants.

---

## MINUTE ORDER
---

Judge John L. Kane ORDERS.

      Defendants' Motion (Doc. 5170) for Enlargement of time to Respond to Claiman Bretz's "Motion for Order" and the Special Master's related Report and Recommendation dated August 5, 2011 (Doc. 5132) is GRANTED. The contemporaneously filed Responses (Docs. 5168 & 69) are ACCEPTED as filed.

_____
Dated September 23, 2011.