IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

_____

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000
_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's Motion for Restraining Order and Hearing. Claimant alleges that he has been the victim of retaliation due to his participation in this case.

The Special Master issued a report and recommendation on August 5, 2011. Judge Kane was requested to provide guidance as what jurisdiction, if any, exists for the Special Master to deal with retaliation and other allegations. Judge Kane has not issued a ruling on the report and recommendation. The motion will be held in abeyance pending Judge Kane's ruling.

IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance pending Judge Kane's ruling; and

IT IS FURTHER ORDERED that counsel for Defendants will be provided a copy of the motion.

SIGNED this 23rd day of September, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master