IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

___

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

___

## ORDER OF SPECIAL MASTER
___

THIS MATTER comes before the Special Master on Defendants' motion for enlargement of time. *Document #5170*. The request is appropriate and will be granted.

IT IS HEREBY ORDERED that Defendants' motion for enlargement of time is granted until October 3, 2011.

SIGNED this 23rd day of September, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

___
Richard M. Borchers
Special Master