IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: ACC, P.O. Box 300, Canon City, CO 81215-300

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the motion of class counsel for additional time to file an objection. The request will be granted.

      IT IS HEREBY ORDERED that the time for filing an objection to the order of July 15, 2011 is extended up to and including **December 12, 2011.**

      SIGNED this 30th day of September, 2011.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master