IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number X-552
Category: Untimely Filed Claim
Claimant: Richard Chavez, #67480
Address of Claimant: DRDC, P.O. Box 392004, Denver, CO 80239

_____

**ORDER OF SPECIAL MASTER**

_____

      THIS MATTER comes before the Special Master on the motion of class counsel for additional time to file an objection. The request will be granted.

      IT IS HEREBY ORDERED that the time for filing an objection to the order of dismissal is extended up to and including **December 12, 2011.**

      SIGNED this 30th day of September, 2011.

                      BY THE COURT:

                      */s/ Richard M. Borchers*
                      _____

                      Richard M. Borchers
                      Special Master