IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number X-554
Category: Untimely Filed Claim
Claimant: Larry N. Grant, #150782
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the motion of class counsel for additional time to file an objection. The request will be granted.

      IT IS HEREBY ORDERED that the time for filing an objection to the order of dismissal is extended up to and including **December 12, 2011.**

      SIGNED this 30th day of September, 2011.

                                BY THE COURT:

                                */s/ Richard M. Borchers*

                                _____
                                Richard M. Borchers
                                Special Master