IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

MONTEX, et al,

    Plaintiff,

v.

RITTER, et al,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 3 2011

GREGORY C. LANGHAM
CLERK

---

RECEIPT FOR FILE (Keith A. Morris, Claim No. 03-485)

---

Received by _____, the following file in the above entitled action:

Claimant: KEITH A. MORRIS (Claim No. 03-485)

_____  
Deputy Clerk

_____  
Special Master

Oct 3, 2011  
Date

By: _____