

**LRC** *Legal Resolution Center*

7828 Vance Drive, Suite 108
Arvada, Colorado 80003
   303-426-7365
   303-426-7714 (FAX)
   1-888-881-7365 (Toll-Free)
   www.legalresolutioncenter.com

September 30, 2011

<u>Sent via e-mail</u>

Ms. Wendi Copello
Deputy Clerk
United States District Court for the District of Colorado
United States Courthouse
901 19th Street
Denver, CO 80294

   RE: <u>*Montez, et al. v. Hickenlooper, et al.*</u>
      Civil Action No. 92-N-870 (JLK) (Consolidated for all purposes with Civil Action No. 96-N-343)
      Claimant: Keith A. Morris, Claim #: 03-485
      DOC #: 16947

Dear Wendi:

  On behalf of Special Master Borchers, I would like to request the temporary return of the above-referenced *Montez* claimant's file. According to my records, the file was delivered to the U.S. District Court on June 27, 2011. If possible, Special Master Borchers would like to pick up the file on Monday afternoon, October 3rd.

  We will return the file to the U.S. District Court as soon as possible. As always, we appreciate your kind assistance in this matter. Please call me if you have any questions regarding this file. Thank you.

Sincerely,

Susan L. Carter
Assistant to the Special Masters