IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 03-492
Category III
Claimant: Robert Riplie, #107521
Address of Claimant: DRDC, P.O. Box 392004, Denver, CO 80239

---

**MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS COUNSEL'S OBJECTION THE FINAL ORDER OF THE SPECIAL MASTER REGARDING ROBERT RIPLIE, #107521**

---

Defendants, by and through the Colorado Attorney General, respectfully request a one (1) day enlargement of time, up to and including October 4, 2011, in which to respond to Class Counsel's Objection to the Final Order of the Special Master Regarding Robert Riplie, #107521 and state as follows:

1. Plaintiff Robert Riplie is a pro se damages claim litigant presently incarcerated at Denver Reception and Diagnostic Center (DRDC).

2. Defendants are awaiting information and documentation to file in support of their Response which they anticipate will arrive Tuesday, October 4, 2011.

3. Undersigned counsel asserts that allowing a one (1) day extension of time will not prejudice the Plaintiff, nor cause undue delay in this litigation or otherwise adversely effect case management.

WHEREFORE, Defendants respectfully request a one-day extension of time up to and including October 4, 2011, in which to respond to Class Counsel's Objection to the Final Order of the Special Master Regarding Robert Riplie, #107521.

Respectfully submitted this 3rd day of October 2011.

JOHN W. SUTHERS
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS*
Special Assistant Attorney General
Corrections Unit
Attorneys for Defendants
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303-866-5639

## **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within **MOTION FOR EXTENSION OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 3rd day of October, 2011, addressed as follows:

Robert Riplie, #107521                    Cc: Keith Nordell, CDOC
DRDC
P.O. Box 392004
Denver, CO 80239

/s/ Mariah Cruz-Nanio