IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-492
Category III
Claimant: Robert Riplie, Jr, #107521
Address of Claimant: DRDC, P.O. Box 392004, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

       THIS MATTER comes before the Special Master on Defendants' motion for extension of time. *Doc. 5179*. The motion is appropriate and will be granted.

       IT IS HEREBY ORDERED that Defendants are granted up to and including **October 4, 2011** in which to file a response to class counsel's objection to the final order of the Special Master.

       SIGNED this 4th day of October, 2011.

                                            BY THE COURT:

                                            */s/ Richard M. Borchers*

                                            _____
                                            Richard M. Borchers
                                            Special Master