## COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY

Print Date: 09/26/2011

DATE OF PAS: 07/06/2011
STATUS: FINAL

Doc No: 107521   RIPLIE, ROBERT L.
Current Custody:

Facility: FT LYON
Case Manager: DELEON, K
Next PAS Date: 01/04/2012

---

**WORK LEVEL**      INITIAL: 2      CURRENT: 3

SKILLS: Reports self employed, owner- Video Game Store, 7 years.

Update: Offender Riple has been rehired as CH5 Clinical Assistant II. 12/07/06 and currently receiving good/acceptable evaluations.

---

**ACADEMIC / VOCATIONAL**      INITIAL: 1/3      CURRENT: 1/2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Riplie reports reports BS Degree in Accounting and Business. Not verified. High Schoool Transcript Verified at DRDC on 07/06/2001. 62 Credits from Sacramento City College verified at DRDC on 01/03/2003. Vocational Training is recommended.
Subject completed Offender Care Aid Training I & II on 01/05/09.
Subject completed Offender Care Aid III Training on 02/28/11.

---

**MEDICAL / DENTAL**      INITIAL: 2/2      CURRENT: 2/2

Medical Level: Qualify   T  TEMPORARY         Date Assigned: 12/23/2010
Dental Level: Qualify                          Date Assigned: 12/13/2000
Allergy: NKO    Medical Hold: N

| Medical Housing Restrictions | | | Medical Assignment Restrictions | | |
|---|---|---|---|---|---|
| Date Assigned | Restrictions | Qualifier | Date Assigned | Restrictions | Qualifier |

Riplie reports that he is a diabetic and also has a metal rod in his leg due to a motorcycle accident. He is aware of contacting medical/dental for needed treatments. He does have Diabetic ADA Accommodations.

---

**SUBSTANCE ABUSE**      INITIAL: 3      CURRENT: 3

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Offender Riple is listed at a treatement Level -3, with moderate treatment needs. He has been referred to DCCA D/A Class. He has not participated in recommended treatment since his arrival to DOC due to lengh of his sentence..

---

**SEXUAL VIOLENCE**      INITIAL: 5      CURRENT: 5

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Riplie is a convicted sex offender. He has been referred to SOTMP. He completed CORE (11/28/01)as a pre-requisite to SOTMP Phase I. He started SOTP on 11-4-2002. He was terminated and is not eligible due to his PED changing to 2014. Earn Time will not be withheld at this time.
Subject since his termination from SOTMP has had his earned time adjusted accordingly.  He has been considered non-compliant since that time to present.

Progress Assessment Summary

EXHIBIT A-1

COLORADO DEPARTMENT OF CORRECTIONS  
PROGRESS ASSESSMENT SUMMARY  
DATE OF PAS: 07/06/2011  
STATUS: FINAL

Print Date: 09/26/2011

Doc No: 107521   RIPLIE, ROBERT L.  
Current Custody:

Facility: FT LYON  
Case Manager: DELEON, K  
Next PAS Date: 01/04/2012

---

| MENTAL HEALTH | | | INITIAL: 2 | CURRENT: 3 | |
|---|---|---|---|---|---|
| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N   Partial Notes |

Offender Riple is rated P 3 C. The offender has participated in recommended programs; completed Core Curriculum 11/28/01. He has continual contact with Mental Health.

---

| ANGER | | | INITIAL: 1 | CURRENT: 1 | |
|---|---|---|---|---|---|
| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N   Partial Notes |

No needs noted in this area.

---

| MRDD | | | INITIAL: 1 | CURRENT: 1 | |
|---|---|---|---|---|---|
| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N   Partial Notes |

No needs noted in this area.

---

**CONDUCT**   INITIAL: 3   CURRENT: 2

History of COPD Convictions: CLASS I: 0   CLASS II: 4   CLASS III: 0

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob. Dt | Cnv |
|---|---|---|---|---|---|---|---|---|---|

Offender Riple received hi last COPD conviction 11/15/2006, FLCF, He has been Report free since that time.

---

**PRERELEASE**   INITIAL: 3   CURRENT: 5

PED: 06/10/2013    SDD: 04/21/8888    Next Parole Hearing: 03/01/2013    Detainer?: No

Parole Plan: *Most Recent*   Last Action by Parole Board:  
Referred to Community:

Date:  
Sponsor:                     Relation:  
Address:                     City:  
County:                      State:  
Zip:                         Phone:   ( )   -

Offender Riple is serving a Life Sentence, with a PED of 06/22/2013, SDD is 05/09/8888. He will see the parole board on 5/2013.   No plans to date.

**COLORADO DEPARTMENT OF CORRECTIONS**  
**PROGRESS ASSESSMENT SUMMARY**  
**DATE OF PAS: 07/06/2011**  
**STATUS: FINAL**

Print Date: 09/26/2011

Doc No: 107521   RIPLIE, ROBERT L.  
Current Custody:

Facility: FT LYON  
Case Manager: DELEON, K  
Next PAS Date: 01/04/2012

### CASE MANAGER COMMENTS/RECOMMENDATIONS

**EMERGENCY NOTIFICATION:**  
Name:       RIPLIE, BARBARA  
Address:    521 SMILAX AVE  

City:       SACRAMENTO  
State:      CA  
Comments:

Relation:      MOTHER  
Home Phone: 916-371-0926  
Zip:           95605  
Work Phone:

Riplie is encouraged to work and complete the
recommended MH & SOTMP programs and remain report free.
Emergency Notification: Barbara Riplie (mother) 521 Smilax Ave
Sacramento, Ca 95605 916-371-0926
Subject does not meet Criteria for PET or ERT earned time
because of his conviction.
He is rated: Medical-3, Psych-3C, Sex-5D, Substance-3
NCIC/CCIC & Denver Courts check reveals no warrants or
detainers at this time.