**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: FT LYON**

DC Form 600-1C (Rev.3/94)

| | |
|---|---|
| Inmate Name: RIPLIE, ROBERT L. | Doc #: 107521 |
| Case Manager: DELEON, K | Last Custody Level: MINIMUM |

PMP/PED: 06/10/2013
Scoring Date: 03/14/2011

1. HISTORY OF INSTITUTIONAL VIOLENCE (Review individuals entire background to incarcertion for seven (7) years prior to reclassification date.)
   [0] None
   [3] Assault and Battery not involving weapon; no serious injury(exclude fighting)
   [10] Assault and Battery involving use of weapon or serious injury
   [10] Assault against staff or visitors — 0

2. DID ABOVE ASSAULT OCCUR WITHIN LAST TWELVE MONTHS?   [3] Yes   [0] No — 0

3. SEVERITY OF CURRENT CONVICTION (Score most serious conviction.)
   [1] Low  [2] Low Moderate  [3] Moderate
   [5] High  [7] Highest      00CR741 SA/C Position of Trust — 7
   If multiple convictions for high or highest, add 2 points — 0
   If offense resulted in death, add 2 points — 0

4. SEVERITY OF PRIOR CONVICTIONS (Score most serious felony history.)
   [0] None, Low, or Low Moderate   [1] Moderate
   [3] High                         [4] Highest — 0

SCORE PART A: (Add items 1 through 4)
Custody Scale - Close: 14 or above
13 or less: Continue with scoring of remaining factors
PART A SCORE: 7

5. PRIOR FELONY CONVICTIONS (Do not include current conviction.)
   [0] None  [2] One  [4] Two or more — 0
   One or more at high or Highest: Add 2 points — 0
   Any prior resulting in death; Add 2 points — 0

6. DETAINER/PENDING CHARGES
   [0] None or misdemeanor  [10] Felony — 0

7. ESCAPE HISTORY (Last three years from this rating date.)
   [3] An escape/attempted escape/abscond resulting in administrative action
   [4] An escape/attempted escape from Level II facility or below (no violence)
   [6] An escape/attempted escape from Level III facility or above (no violence)
   [8] An escape/attempted escape from any facility with violence — 0

8. DISCIPLINARY CONVICTIONS RECEIVED (Cumulative)
   LAST 24 MONTHS: Number of Class I  0 X 13 = 0
   LAST 12 MONTHS: Number of Class IIa 0 X 8 = 0
   Number of Class IIb 0 X 5 = 0

9. HISTORY OF DISCIPLINARY CONVICTIONS (Do not include Class III's unless three or more this review period.)
   [-7] None in last 25+ months   LAST COPD CONVICTION 11/15/06
   [-5] None in last 19-24 months
   [-3] None in last 13-18 months
   [-2] None in last 7-12 months
   [-1] None in last 6 months — -7

10. PAROLE ELIGIBILITY DATE: Multiply times 1, subject's calendar years to serve before parole eligible — 2

SCORE PART B: (Add items 1 through 10)
Close....36+   Minimum Restrictive....8-16
Medium....17-35   Minimum....7 or less
TOTAL SCORE: 2

**CUSTODY DESIGNATION**

**CASE MANAGER**
Instrument scored custody level: MINIMUM   Next scheduled review date: 09/10/2011
Override requests: ___ Yes  X No  [Code # _____]  Recommend custody level: MINIMUM
Justification/Comments: Discretionary Reclass, Scores Minimum, Lateral transfer to CTCF to be a OCA III.   M-3, P-3C, S-5D¶
Inmate: RIPLIE, ROBERT L.   Case Manager: DELEON, K   Date: 03/14/2011

**COMMITTEE**
Approval: Yes   Facility retention override: No   Referred to Offender Services: Yes
Justification: Please review for lateral move to CTCF for assignment as an OCA III at the Infirmary/Hospice.
Custody Designation: MINIMUM   Class. Chairman: CORDOVA, JOHN   Date: 03/14/2011

**OFFENDER SERVICES**
Action Taken: Denied   Reason: MENTAL HEALTH NEEDS   Custody Designation: MINIMUM
Comments/Stipulations: DENIED DUE TO REFUSING MENTAL HEALTH NEEDS/S-5D.
Offender Services Authorized By: KOHL, REX   Date: 03/14/2011

Distribution: White - Department; Canary - Working; Pink - In

20015

EXHIBIT
A-2

PENGAD 800-631-6989