```
= INMATE SCHED ======== QUERY OFFENDER PROGRAMS ========== 09/26/2011 = Page  1
Doc No: 107521   Name: RIPLIE JR, ROBERT L                  DRDC/UNIT5 PRES FACIL

Current Custody Level: MINIMUM

Status     Facility    Program                              Start Date  End Date
--------   ---------   ---------------------------------    ----------  ----------
MPS/ASGN   DRDC        INFIRMARY OFFENDER CARE AID          08/03/2011
MPS/RFRD   DEPT-WIDE   LEVEL 4b INTENSIVE OUTPATIENT        06/06/2010
MPS/NOAC   FT LYON     GENERAL SERVICES                     03/14/2011
MPS/NOAC   FT LYON     NURSES AIDE                          02/01/2011
MPS/NOAC   FT LYON     DRUG & ALCOHOL                       08/03/2005
MH/WAITL   DRDC        OSMI TX PLAN UPDATE                  09/22/2011
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  06/10/2011
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  05/16/2011
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  12/17/2010
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  11/19/2010
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  10/15/2010
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  06/02/2010
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  02/25/2010
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  10/27/2009
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  05/26/2009
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  01/21/2009
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  07/15/2008
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/14/2008
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/14/2008
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  11/29/2007
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  07/09/2007
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/22/2006
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/08/2006
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  10/13/2005
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/08/2005
MH/WAITL   FT LYON     OSMI TX PLAN UPDATE                  03/16/2004
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  01/22/2004
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  11/21/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  09/25/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  09/04/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  07/24/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  06/09/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  04/29/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  02/11/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  01/06/2003
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  10/07/2002
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  09/05/2002
MH/WAITL   FREMONT     OSMI INITIAL TREATMENT PLAN          08/02/2002
MH/WAITL   FREMONT     OSMI TX PLAN UPDATE                  12/19/2001
MH/WAITL   FREMONT     OSMI INITIAL TREATMENT PLAN          07/19/2001
```

EXHIBIT A-3