IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.    **92-cv-870-JLK**

**JESSE MONTEZ, et al.**

      Plaintiffs, as representatives of themselves and all others similarly situated in the class action,

v.

**JOHN HICKENLOOPER, et al,**

      Defendants.

## ORDER

Kane, J.

THIS MATTER is before the Court on the Forty Second Application for Payment of Fees and Costs (doc. #5159) filed September 15, 2011, by Richard M. Borchers who has been appointed as Special Master in this case. The court has reviewed the application and finds that fees and costs in the amount of $26,937.27 are appropriate. It is

ORDERED that the Special Master's Forty Second Application for Payment of Fees and Costs us approved in the amount of $26, 937.27. It is

FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard M. Borchers.

Dated this 4th day of October, 2011.    BY THE COURT:

                                                          *s/John L. Kane*
                                                          JOHN L. KANE, SENIOR JUDGE
                                                          UNITED STATES DISTRICT COURT