```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX041978
Cashier ID: sg
Transaction Date: 10/06/2011
Payer Name: STATE OF COLORADO
-------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $2.76
-------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 213793
 Amt Tendered:  $2.76
-------------------------------
Total Due:       $2.76
Total Tendered:  $2.76
Change Amt:      $0.00

NO PYMT ON APPEAL


A fee of $45.00 will be assessed on
any returned check.
```