In The United States District Court of Colorado

Civil # 92-CV-870 JLK

Claim C-002

Jessie Montez Class Member
Stephen Moore

vs

Bill Ritter, Colo. Corrections

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 11 2011

GREGORY C. LANGHAM
CLERK

Motion Court Endorse and Support ~~Individual~~ **Class**
Claims, + Arbitration By          US Dept. of Justice
To Blanket Denial of ~~Disability~~   Civil Rights Division
To Prisoners As A Class-           950 Pennsylvania Ave. N.W.
Debilitating ~~Vision~~ Care          Washington D.C. 20530

Statement In Support of Court Support For
U.S. Dept of Justice Intervention on Behalf of
~~Individuals~~ **Class** Denied Disability Accommodation, And Subjected
To Systemic Discrimination By Colo. Corrections

① The Court And Special Masters Have Systemically
+ Adamantly Refused To Redress Individual Complaints
Of Class Defendants To Systemic Pattern of Practice

② Class Counsel Has Adamantly Refused To File
+ Act on Behalf of Individual Class Defendants

③ Defendant Corrections Has Unlimited Ability To
Discriminate And Violate Individual Class Defendants A.D.A.
Rights, By Falsification of Medical Records, Systemic
Denial of Disability To Evade A.D.A Responsibilities.

(1)

(4) Defendant have used endless exclusionary practices, legal evasions pretext, stonewalling to deny ADA protections for over 19 years.

(5) The court + special master has endorsed this exclusionary practice, to point of allowing the defendants to distort + lie at will. I.D. disability starts at 20-200 vision (legal blindness) total exclusion of any 'interactive' process when disabled prisoners can enter physical basis for disability, to deliberate falsification of medical exams, systemic denial of all A.D.A grievances, medical grievances to A.D.A issues, latest lie 'all that can be done has been done' used in 21 months no glasses to 20-400 vision Moore, reading glasses inaccurate from issue, no distance glasses to 20-500 vision. Glasses frame broke adamant refusal to fix total denial of medical care to 20-500 vision eye injury + cataracts, to Point of Physical Torture.

Moore request court endorsement + support for individual claims class by systematic denial of disability to Justice Dept. See Exhibit.

cc                True + Correct By /s/ Stephen Moore

To Colo Att General          40 Day of ~~June~~ October 2011   Stephen Moore 52287
1525 Sherman St                                                 Box 600 K-6-308
Denver Colo                                                     Canon City Colo
Class Counsel                                                   81215

2

U.S. Dept. of Justice
Civil Rights Division
950 Pennsylvania Ave N.W.
Special Litigation. Wsh D.C. 20530

From
Stephen Moore 57351
Box 600 K-G-300
Canon City Colo 81215

Request Conditions of Confinement in Colo. Dept. of Corrections, to Systemic Discrimination to Disabled, By Practice + Custom of Denial of Disability Accomodation, Falsification of Medical Records Systemic Denial of Adequate Medical Care to Disabled, DISABLING MEDICAL CARE Systemic Exclusionary Practices, Administrative Methods of Discrimination, Systemic Denial of all A.D.A Grievances (violative of 42 USC ~~7100~~ 1997) Failure to Remedy ADA violations on <u>Bread Based Systemic Scale</u>

Background. Moore is Class Defendant in

① Montez US. Colo. District Court 92-CV-820 Claim C-002, 02-128. Moore from 1998 First Request for Disability, to present Has Been Denied Disability Status. Per 19 years of Litigation By Systemic Evasion of ADA Laws.

② This is Conditions That are Egregious or Flagrant, A Pattern of Practice of Resistance And Grievous Harm to Moore + 100's of Others Similarly Situated.

① Exhibit A

③ Federal Court has adamantly refused to redress individual complaints

Class Counsel has adamantly refused to redress individual complaints

Thus Defendants. Corrections has unlimited ability to deny A.D.A protection individually to systemic class deprivation of A.D.A protections

④ Moore was found 'Vision Impaired' 2-08 ADA screen. And 'Vision Impaired' by Nurse Practitioner Boyd, Grievance CCS 10/11 #173, STP F, and Physician Assistant STP #. Also 'Vision Disabled' STEP III Grievance CS 08109 0520 Exibit A + B. Vision Impairment Rescinded as Vision Worsens

Moore on 12-9-10 Opthamologist. Exam found 20/500, 5-25 Vision, Eye Injury (controls vision) and Cataracts. All ADA screens adamantly deny Eye Injury + Cataracts.

Moore has 1 to 6 hours daily vision by Chronic Pain, Blurred vision, Fatigue by Bad Refractions or simple cumulative eye/vision deterioration since 1988.

Corrections adamantly denys vision disability

⑤ Numerous Grievances, Letters of Complaint, are systemically denied to point of Gross Cronic Falsification of all A.D.A Response. See Exibit C Partial List of Recent Grievance ALL DENIED to no Meaningful Grievance System

2.                                   A

⑥ Exibit D. is Response to Rote Denial at Step I, II + III Levels. To Point of Deliberate Falsification of Medical, Incompetent Medical to Point of Torture. Claims by Joan Shoemaker + Associate Warden vision 20 30/40 Rebutted Across the Board by own records. 20 50/100 Reading 20 40/70 Distance 12-9-10 Specialist. 20 50/70 3-24-90 Optometry, 20 L50 3-09 ADA screen, 20 50/90 8-10 ADA screen. 20/50 2-00 ADA screen + optometry.

False Claims Include "Correction" Moore has no distance glasses" can't do Day Hall Shower is literally Torture. And Current Reading Prescription is so Bad as to seem Deliberate to Punish, Retaliate, + Impair Complaints. To Point of 2 Complaints to State Medical Examiners to Dr's Wright + Frantz Falsification of ADA screens

⑦ Discrimination to Moore + 100's of other similarly situated
  Discrimination By Denial of Disability
  By Denial of Accomodation.
  By Systemic Exclusionary Standards, Evasions Pretext Falsifications, Administrative Methods, Stone walling
  See Exibit E.

3.

A

Discrimination By use of 'Corrected' to Denire Disability

Discrimination By Denire of 'Duration' Limits To Disability Review

Discrimination By 'Medical' as Total Exempts A.D.A Law.

Discrimination By Rote Denial of All ADA + Medical Grievances

Discrimination By DEBILITATING MEDICAL CARE PROVISION.

$20\frac{5-20}{5-25}$ Vision NO DISTANCE GLASSES, BIFOCALS All of 2010

$20\frac{50}{100}$ Near $20\frac{40}{70}$ Distance 12-9-20 Specialist, Current Reading Glasses Severely Blurred From 2-2011 Issue in Left Eye. No correction 6 months later. No Treatment Left Eye Injury

Discrimination By Cronic Falsification + Ommission of Medical Records To Exclude Disability Findings. False Claim $20\frac{30}{60}$ 6-2010 $20\frac{20}{25}$ correction 6-28-11. Rebutted Throughout Records

Discrimination By Single Standard Vision Disability Standard of 20/60 To Exclusion of Huge Range of Vision Disability Causations

Discrimination By Best Cases, Best Day, Claims 20/40 20-30 To Exclusion of Disability. As The Bad Days, After Reading 30 minute showers Eg Standard used Person who can walk to medical with Back or leg Injury, Isnt Disabled, I as In Fact Routine usecase, may cause Disabling Pain, moores case 1 hour Reading 2 hours Tu. Vision Blurred, Bad Pain

Discrimination By Various Exclusion to Physical Disability

Discrimination By Easily Falsified 20/60 to Vision. Record Repeatedly Has moores vision worse than 20/60

Discrimination By Denial of Disability Review By legal services (Administrative) To False Claim Vision Hasnt Changed In Last year Despite Vision Specialist Exam. No Distance glasses. Severe worsening of vision By Bifocal use

Discrimination By Routine Base Medical Care Is Accommodation + Correction To Exclusion of Disability + Actual Accommodation

Discrimination By Systemic Denial of Interactive Process To Narrow Range of Exclusionary Standards + Obstacles

+ Many more     Request Full Justice Dept Review   5-73-st
4 Pg of 2011 Outreach Stephen Moore
/Stephen Moore/  Box 0600 K-G-30d
                 Canon City Co 81215
4           A

Director Clements
D.O.C 2862 S. Circle Dr.
Colo Springs Colo 80906-4116

## PHYSICAL TORTURE By DENIAL OF DISABILITY and DISABLING MEDICAL VISION CARE 6-28-11 OPTOMETRY

DELIBERATE FALSIFICATION OF MEDICAL INFORMATION (OMMISSIONS) TO DENY DISABILITY, EVASION OF DISABILITY LAW.

AFTER LAST YEAR SEVERE VISION TROUBLES, DETERIATING VISION The 6-28-11 OPTOMETRY EXAM:

DENIED DISTANCE GLASSES TO VISION 20 $\frac{5.00}{5.25}$ Eye Injury +20-200 CATARACTS. LEGALLY BLIND

Physically cant use Day Hall Showers once a week, cronic pain Denial outside cell Exercise Cruel + Unusual Punishment. Perkins v D.O.C 165 F.3d 803 10th 1998. Baily v Schillinger 828 F.2d 657 10th 987

Insisted on Bifocals or Reading Glasses Last Bifocals so Inaccurate as to Severely debilitate. 20 $\frac{50}{100}$ Reading 20 $\frac{40}{70}$ Distance 12-10 Specialist

By Law Refusal to Provide Medical Care Constituted Exclusion From Programs U.S v Georgia 126 U.S 877 Medical Subject A.D.A Law. Medical cronic denial, False Claims, (1) Denial of Disability.

(2) 'All That Can Be Done Has Been Done' (3) Vision 'Corrected'
(4) Vision 20/25, 20/32 $\frac{32}{40}$ A.W. To Deny, Evade A.D.A. Rebutted 20 $\frac{50}{100}$ $\frac{49}{70}$ 12-10 20 $\frac{5.00}{5.50}$ 3-1998 20/50 2-28 + ADA Screen

Moore has no Distance Glasses, to 20-5.00 Vision. Last Glasses 20 $\frac{50}{100}$ Reading 20 $\frac{40}{70}$ Distance. Current Reading Glasses Severely Blurred Left Lens From Issue. Last Rx 20 $\frac{5.00}{5.50}$ 12-10 Specialist Rx 20 $\frac{4.75}{5.00}$ Inaccurate REQUEST INVESTIGATE 19 Year Violation of Disability Laws, Physical Torture By Medical False Claims to Medical Malpractice. Denial, Cover up, Disabling Medical Care Denial Disability Glasses to 20 5.00 Vision

6-29-11   Stephen Moore 57381 Box 0600 K-G-300 Canon City Colo 81215 B

DOC# 57381

RECEIVED
JUL 19 2011
Office of Correctional Legal Services

Director Clements
Dept. of Corrections
2862 S. Circle Dr.
Colorado Springs Colo
80906-4116

Stop Physical Torture By Denial of Vision Disability, Reasonable Accomodation And Adequate Vision Care.

INVESTIGATE A.I.C. Disability Coordinators, Medical, Legal Services In Obstruction of A.D.A. Disability Law, Physical Torture + Cover Up. Grievance D-CS-10-11 1126 And Supported By 19 years as Defendants In Montez Case.

Enclosed In Various Documents Supporting A.D.A. Violations, To Point of Physical Torture I Have Reading Glasses, Prescription Wrong No Distance Glasses. Cant Do Day Hall Outside cell Exercise A Established Physical Need

Baily v Schillinger 823 F 2d. 657. 10th 1987
Perkins v D.O.C  165 F.3d. 803 10th 95th,

I Have 2 to 6 hours Daily Vision.
Cronic Pain. Shower Once A week By Vision Problems. D.O.C. Adamantly
c.

Insist I Dont Have A Disability This Is Corrupt Practice

I Am physically unable to Leave MAX AD-SEG. By Denial of Disability, Medical Lay In, Reasonable Accomodation + C.C. ADA. Protections

This should Be Investigated As Torture + Actual Cover up By Corrupt Officials

Sincerely Stephen Noce
Stephen Moore 5738
Box 600 K-6-30D
Canon City Colo
81215

Rote Form Denial Grv.  D-CS 10/11 0925
     Torture By Programs      CS. 10/11 0819
& Med. Malpractice      CCS 10/11-38    157
MED Malpractice + Falsification      med CCS 10/11 - 157
MED. Request Reading + Distance + Disability    med CCS 10/11. 152
     Req Readings      CCS 10/11   137
Disability D-CS 10/11 -0957    Duration     D-CS 10/11- 0957
      'Without'      D-CS 10/11 0959
     'Regarded As'      D-CS 10/11 0960
Find Disability, Use 12-9-10 Specialist     D-CS 10/11 0956
ADA on Sole Clinical Services. Judgement    D.CS 10/11 0958
D-CS 0909 0519. Find Vision Disability
Supplement 12.9-10 Specialist to 12.15-10 Accom.    D-CS 10/11 0956
          Request.

Rescreen ADA on Current Law. + 12-9-10 Exam    D-CS 10/11 1009
Accomodation w/o Disability Is Discrimination.    D-CS 10/11 1025
Obstruction of ADA Process By Dash    D CS 10/11 1032

ADA Has Nothing to Do with Med Care.    D-CS 10/11 0748
Rote Form Denial No Meaningfull Consideration    D-CS 10/11 925
1-14-11 'Request For Accomodation'

    Conspiracy to Deny + Obstruct    D-CS 10/11-1126
     Disability + ADA.

Rote Form Denial of A.D.A Grievances    D-CS 10/11 0825

Medical Med Malpractice + Falsification    CCS 10/11 173
    of Screens

'Accomodation Without Disability'    D-CS 10/11 1025

ADA Disability Dx/UA Violates A.D.A.    D CS 10/11 0749

Incompetence, Medical Malpractice on Optometrist    D-CS 10/11 1308
                                                  289

D

VISION DISABILITY SUMMARY MOORE 57381 CSP ~~B-2-26~~ C-6-22

MOORE VISION 20 $\frac{4.75}{5.00}$ $\frac{5.00}{.25}$ 2 RECENT OPTOMETRY EXAMS. 20-200 4-21-09

A.D.A SCREEN 20-400 (8-31-10) SCREEN) UNCORRECTED 'DISABLED' By

CIVIL RIGHT COMMISSION 772 P.2d 70 Colo 1989

VISION UNCORRECTED "WITHOUT" GLASSES A.R 750-04(4) PER.

"HEALTH CARE DEVICE IS NOT ADEQUATE" AR. 750-04(H)(1)(C) 40 DISTANCE

'CATARACTS' + ★ CORRECTED 12-9-10 20 $\frac{50}{70}$ 20/70 READING 20 $\frac{70}{70}$ (SPECIALIST)

By 4-21-09 A.D.A SCREEN 20/50 25% VISION LOSS TABLE AMA

8-31-09 A.D.A SCREEN 20/$\frac{50}{40}$ 20/40 15% VISION LOSS

(CATARACTS CAUSES BLURRED VISION. EYE INJURY CONTROLS VISION)

MOORE VISION CORRECTED 20 $\frac{50}{70}$ 3-24-98 EXAM 20/60 35% VISION LOSS

LEFT EYE INJURY 7-31-10 — 10% DISABILITY Pg 67 P.D.R OPTHAMOLOGY

Pg 398 GENERAL OPTHMOLOGY.. (5% DISABLED HARDING & WINN DIXIE 907 F.Supp 386)

Found 'VISION IMPAIRED' 2-12-08 A.D.A SCREEN 'VISION DISABLED'

PER GRV. CS 08/09 0520 + A.D.A ALERT. TO REGARDED AS DISABLED

42 USC 12111(8) 12102(2)(C) AR 750-04(B)(3) VERIZON 519 F.Supp2d 304

12-09-10 SPECIALIST. DISTANCE 20 $\frac{40}{70}$ (20/50) READING 20 $\frac{50}{100}$ (20/70) + 'CATARACTS'

MOORE HAS 1 TO 6 HOURS TOTAL DAILY VISION. 7D DURATION

LIMITATION A.R 750-04 III (K) Pg 27 GENERAL OPTHAMOLOGY. DOC. BELL

V SPRINT 342 F.3d 1117 10TH 2004, 42 USC 12102(2)(A)(2))

1 TO 2 HOURS READING DAILY OF 16 WAKING HOURS 84% DISABLED

20 $\frac{50}{100}$ 20/20 12-9-10 SPECIALIST + CATARACTS 6 HOURS DISTANCE OF 16 WAKING HOURS  60% DISABLED

By 20/50 4-09, 8-10 20 $\frac{50}{40}$, A.D.A SCREEN, OPTOMETRIC 3-98 20 $\frac{50}{70}$ (20/60 AVERAGE

20-50 2-08 A.D.A. SCREEN

MOORE IS LESS THAN 20-40 Colo. DRIVERS LICENSE STANDARD.

By BLACK LAW DICTIONARY 'DISABILITY INCAPACITY ~~TO~~ FOR THE

CANT DRIVE

FULL ENJOYMENT OF LEGAL RIGHT" SEE APPENDIX I VISUAL

STANDARDS. TABLE I AMA. PERCENTAGE LOSS OF VISION Pg 398

DOC. EXPECTS MOORE TO FUNCTION NORMALLY.

GENERAL OPTHAMOLOGY. D.O.C. REFUSED TO CONSIDER 'DURATION'

'WITHOUT' 20/50 20/60 WITH OR 'REGARDED AS' PAIN KILLERS

1997 TILL 2007 PAIN AND INJURY BASIS FOR DISABILITY. PER S.S.A

BLACK LAW DICTIONARY 'DISABILITY'

2-16-11 Response By Joan Shoemaker Is False to point of Incompetence, Corrupt Conspiracy to Deny A.D.A. By Denial of Disability, To Systemic Discrimination Clearly Rebutted By own Records

## REBUTTAL

Claim 'Several Optometry Visits' + 'Specialist' Used Repeatedly while Held Without Glasses 21 months

'Correction' Claimed, **MOORE HAS NO DISTANCE GLASSES** can't do Day Hall, minimal Showers.

'Correction' By 12-9-10 Specialist $20\frac{50}{100}$ NVO $20\frac{40}{70}$ DVO Past your 20/60 Disabled. 20/50 3-09 A.D.A, $20\frac{50}{70}$ 8-10 ADA 20/50 2-08 ADA + Optometry. 'Vision Impaired' 'Cataracts' Deterioration Vision plus LEFT Eye Injury, 12-9-10 Specialist Cataracts Cause of **BLURRED** Trauma Causes Cataracts

20/60 Clearly Past 20/60 Disability Standard 12-9-10 Specialist $20\frac{50}{100}$ Near $20\frac{40}{70}$ Distance Plus LEFT Eye Injury Totally Controls Vision. Totally omitted By Shoemaker, + $20\frac{50}{70}$ 3-24-98 Optometry PAST 20/60 FOR YEARS

"$20\frac{30}{40}$" Clearly Repeatedly Rebutted By 12-9-10 $20\frac{50}{100}$ NVO $20\frac{40}{70}$ D.V.O. $20\frac{15}{70}$ 3-24-98 Optometry 20/50 2000 Optometry + A.D.A Screen 20/50 3-09 ADA Screen. $20\frac{50}{70}$ 8-10 ADA Screen, DELIBERATE FALSIFICATION

MOORE Could Not See 20/60 on 3-09 8-10 A.D.A. Screens, First Grievance to Falsification of A.D.A Screens to Cover Up + Deny Disability

"Issued Eye Glasses That Correct your Vision Problems"
"Allow you To Participate In Prison Programing"
"You Have Eye Glasses That Meet your Specific Vision problem"
**NO DISTANCE GLASSES** to 20/500 Vision. Past 20/60 Can't Do Day Hall, 30 Minute Shower is Torture. Causing Residual Pain for 24 Hours, Exacerbating Other Vision Problem Reading Glasses, Chronic Pain To 4 hours Daily Vision Past Correction 20/50, $20\frac{50}{100}$ $20\frac{40}{70}$. Not Corrected

Response Omits Blurred Vision By Cataracts, $20\frac{50}{100}$ NVO. $20\frac{40}{70}$, LEFT Eye Injury, Repeated Findings Vision Worse than $20\frac{30}{40}$, No Distance Glasses And All Other Disability Issues Other than Falsified.

Stephen Moore 3-18-11 57381

E.



# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone: 719.226.4236

Office of ADA Inmate Coordinator (AIC)

John W. Hickenlooper
Governor

Tom Clements
Executive Director

## MEMORANDUM

TO: Offender MOORE #57381
CCF

FROM: Valerie Fillis, Legal Assistant *VF* (initialed)
Office of the AIC (ADA Inmate Coordinator)

RE: RFA received 7/5/11

DATE: July 12, 2011

---

This office received your RFA on 7/5/11. You are requesting the following: *TO POINT OF TORTURE*
- A new screened for a vision disability because you are in pain.

*20 5.00 VISION - NO DISTANCE GLASSES, IGNORED Excluded 20 50/70 NUO 20 40/70 D.VO*
*5.25*

Your AIC file was reviewed. The following information is offered: *EXCLUDED EYE INJURY*

- Per Accommodation Resolution dated 8/12/10 you were determined not to have a vision disability. *VISION IMPAIRED 2-08 ADA SCREEN, Nurse PRACT PHYSICIAN ASS, GRIVANCE STEP I + II 10/11 #173*
- The claims stated in the RFA received on July 5, 2011 are the same claims as those addressed in your last screening. In addition, you were seen by Rocky Mountain Eye Center in December 2010 and diagnosis of bilateral cataracts. The specialist recommended no therapy at that time. *1 Hour READING, 4 hour Total Daily VISION NO DISTANCE GLASSES*
- During the middle of January 2011, clinical reports state the refraction of your right eye is unchanged and the reflection in the left eyes has a very small difference and not enough to bring acuities from 20/70 to 20/20. Another pair of reading glasses was ordered for you at that time. *Rx READING 9-30-09, 12-2000 SPECIALIST 2-08, 3-1982, 2005 OPTOMETRY*
- Pursuant to policy, a new screening will not routinely be performed absent a significant, documented change in condition. The information you provided does not define a significant documented change in condition. Your clinical records do not match your claim. Please review AR 750-04 for detailed information regarding the disability screening process. *Change 20 50/70 NEAR 20 40/70 DISTANCE, CRONIC PAIN, DURATION LIMITATION*
- You are requesting medical treatment and care. This issues falls outside the parameters of the AIC office. The AIC assists offenders determined to have a disability that are having difficulty receiving accommodations related to the same or are being discriminated against based on their disability. The AIC is not a medical provider and therefore can not advise Medical staff in regards to your medical care and treatment. Clinical Reports reveal many contacts between you and medical staff and that they are working with you to resolve issues with your vision. *READING BADLY Blurred From ISSUE ALL OF 2011.*
- Please continue to contact Clinical Services as they have the responsibility for your medical care and needs. *12-9-10 Specialist. Denied. Distance Issue. Bifocals 20 50/70 40/70*

*ALL OF LAST YEAR 1-17-11 OPTOMETRY NO EXAM. 6-28-11 OPTOMETRY, NO DISTANCE ISSUE,*
*3-29-10 OPTOMETRY PROBLEMS SO SEVERE 6-29-10 EXAM, PROBLEMS SEVERE TO 12-9-10 SPECIALIST.*

The RFA received by this office on July 5, 2011 will not be processed at this time for the above stated reasons. *EXCLUSIONARY PROCESS, EXAMS, MEANS NO DISABILITY,*

AIC File   *'MEDICAL' Excludes ALL DISABILITY, A.D.A LAW.*
*MEDICAL TREATMENT Excludes A.D.A. See 42 USC*   *(initials)*