IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-489
Category III
Claimant: Donnie E. Russell, #63377
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

      THIS MATTER comes before the Court on the motion of Claimant Donnie E. Russell. Claimant alleged that he had not received the monetary award that was ordered by the Special Master.

      Defendants have responded and provided documentation reflecting that Claimant has received his money. Claimant was granted up to and including October 3, 2011 in which to file a reply to the response of Defendants. Claimant has filed nothing further. The evidence reflects that Claimant has received the money awarded as damages.

      IT IS HEREBY ORDERED that Claimant's motion is denied, as Claimant has received the money ordered to be paid to him.

      SIGNED this 5th day of October, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master

2

2