IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

_____

Claim Number: 02-128
Category: II
Claimant: Stephen Moore, #57381
Address of Claimant: CCF, P.O. Box 600, Canon City, CO 81215-0600

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the motion of Claimant. *#5186*. Pursuant to Judge Kane's order of March 23, 2010, the Special Master will refer this motion to class counsel in accordance with *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Judge Kane has ruled further that the time for filing of *pro se* motions is over. No further action can be taken on this motion.

    IT IS HEREBY ORDERED that Claimant's motion will be accepted and then forwarded to class counsel.

    SIGNED this 13th day of October, 2011.

                                                  BY THE COURT:

                                                  */s/ Richard M. Borchers*

                                                  _____
                                                  Richard M. Borchers
                                                  Special Master