IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

---

Claim Number X-552
Category: Untimely Filed Claim
Claimant: Richard Chavez, #67480
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Motion for Objection to Dismissal Order filed by Claimant. This is an objection to the order of dismissal entered by the Special Master. Pursuant to Federal Rule of Civil Procedure 53(g)(2), this objection will be referred to Judge Kane.

IT IS HEREBY ORDERED that the objection of Claimant is accepted for filing and will be forwarded to Judge Kane.

SIGNED this 19th day of October, 2011.

BY THE COURT:

Richard M. Borchers
Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 19th day of October, 2011 to the following:

Mr. Richard Chavez
#67480
SCF
P.O. Box 6000
Sterling, CO 80751

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Ms. Beth McCann
Mr. James Quinn
Ms. Jacquelynn Rich Fredericks
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

Susan L. Carter