IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.92-CV-870-JLK

JESSE MONTEZ,et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER,et al.,
    Defendants.



MOTION FOR OBJECTION TO DISMISSAL ORDER

Claim Number:X-552
Category:Untimely Filed Claim and Mobility III
Claimant:Richard Chavez,*67480
Address of Claimant:SCF,P.O.Box 6000,Sterling,Co.80751

    COMES NOW,Pro Se,Plaintiff in the above named case action to show cause and justify his proceedings in this action,PRAYS this HONORABLE COURT issues an ORDER to APPROVE his Action and Motion as a CLASS MEMBER and allow him to continue his CLAIMS under the Artical XXXII of the Remedial Plan of said action above.

    Claimant was advised he was part of the Class by Ms.Paula - Geisen and had two meetings at Sterling Correctional Facility with her and her other team member councils.

    Claimant had a full hip replacement in 1993 during his CDOC placement,serving his LIFE SENTENCE.This hip replacement was to correct a broken hip bone and his Mobility Issues to walk.

    Claimant has not nor will he ever be released for CDOC and in as much needs long term treatment and medical care to address his Mobility issues and his Hip Replacement needs today that have arised from Hip Failure done in 1993 by CDOC.

Claimant has been in CDOC since 1993 and before, his records will show and support this fact.

Claimant has been disabled for this injury and HIP REPLACEMENT was the only correction for his MOBILITY ISSUE at the time. Now in as much as the years have gone by, the issue of a new Hip Replacement under the MONTEZ CASE ACTION and my Medical needs arise, SCF is not willing to correct this again or further my Care. They tell me because of my age and the Hip Replacement previous done, they are not obligated to further my mobility needs.

Claimant has been mislead by CDOC, SCF Medical and Facility, in as they SCF anf Falility have posted NOTICE of ACTION that gives us their address to file complaints (ONLY). Your Address dose not appear on any forms or NOTICE POSTED by SCF/CDOC for MONTEZ CASE ACTION. In as much we are lead to believe we file with CDOC/AIC Office only.

Claimant was advised that SCF/CDOC was intentionally doing this to mislead all prisoners and in such making us loose are claims. This is Malicious and Deliberate on their part. If the Honorable Court had walked into the Living Pods and reviewed the Notice, they will see my reason for claiming MISLEAD NOTICE under the MONTEZ.

Claimant in GOOD FAITH has attempted to file claim under MONTEZ CASE ACTION, but the CDOC/SCF and SCF MEDICAL has not been Professional nor within the realms of the Actical XXXII of the Remedial Plan that was perscribed by this HONORABLE COURT. Discrimination/Malicious conduct and Deliberate Intention is clear. CDOC has mislead me and denied my Medical Care and Hip Replace needs now.

Wherefore the Claimant, Pro Se, today prays this Court issue an Order to Correct this problem and allow the Claimant to proceed in a Fashion that will continue under the MONTEZ CASE ACTION and get the Medical needs he so seriouslly needs to correct his MOBILITY NOW.

Dated this __13__ day of __October__, 2011.

RESPECTFULLY SUBMITTED

*Richard Chz*

RICHARD CHAVEZ, *67480

## CERTIFICATE OF MAILING

I,Richard Chavez do hereby state a true copy of this action was mailed in the U.S.Postal Service at SCF for the following Persons of said Action.This date __13__ day of __October__ ,2011.Thru the SCF Unit Office and Staff to whit Mailroom processing.

*Richard Chz*

Judge Richard M.Borchers
Legal Resolution Center
7828 Vance Drive,Suite 108
Arvada,Colorado
80003

Mr.James Quinn
Office of the Attroney General
Fifth Floor
1525 Sherman Street
Denver,Colorado
80203