TO: Clerk of the U.S. District Court
901 19th Street, Room A-105
Denver, Co. 80294-3589

From: Raymond D. Goodloe, #57437
C.T.C.F.   Unit #1-3L-16
P.O. Box 1010
Canon City, Co. 81215-1010

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2011

GREGORY C. LANGHAM
CLERK

Date: October 17, 2011

Re: Claim No: 03-445, Jesse Montez vs. Bill Owens - 92-cv-870-JLK
Claimants Objections to Special Masters July 1, 2011 Report/Recommendation

Dear Sir,
I am writing in regards to the above referenced Claim under the Montez Class Action. To give you a better idea of what I am requesting, here is a brief summary of the events in this matter that has taken place thus far.

In March of 2009, Judge Richard Borchers issued a Final Order directing CDOC to provide Appropriate soft soled shoes and an ankle brace to me that would assist in the management of the Chronic effects of an injury to my right ankle, suffered in 1993.

On October 16, 2009, a Non-Compliance hearing was held at the Fort Lyon Correctional Facility, after which, Judge Borchers Ordered that C.D.O.C. have my ankle Re-Evaluated by a Podiatrist or Orthopeadic Specialist, and have that Specialist determine if the shoes and brace I was issued were truely [Appropriate].

C.D.O.C. objected to that Order, Judge Kane sustained the objection citing the C.D.O.C. assertion that Judge Borchers had no jurisdiction to Order me to be seen by an outside Professional.

After filing My Objection to Judge Kanes ruling and waiting three (3) Months with No Response, I filed a Motion for Status Review. Judge Kane sustained my objection in part, and determined that Judge Borchers Did have "Limited Jurisdiction" to enforce Rulings made prior to the March 23, 2010 Order of Judge Kane.

On June 13, 2011, a second Non-Compliance hearing was held at Fort Lyon Correctional Facility, after which, Judge Borchers determined Again that C.D.O.C. WAS NOT IN Compliance with the March 6, 2009 Final Order of the Court.

On July 1, 2011, Judge Borchers submitted his Report and Recommendation to Judge Kane, in which he failed to rule on my Repeated Requests for the Court to [Sanction] CDOC for Continued Non-Compliance in the amount of $3,000.00, have that money placed on my inmate account and Order C.D.O.C. to allow me to purchase the Appropriate Soft Soled Shoes and Brace from an approved Vendor, at my own expense.

However, the only way I would be able to make that purchase would be if the Court Sanctioned C.D.O.C. in the specified amount as I have very limited funds and only make .60¢ per day as inmate pay.

Having C.D.O.C. Sanctioned Monetarily and those funds being placed on my inmate account is the Only way I have to purchase the shoes and Brace, "at my own expense."

(2)

On July 12, 2011, I mailed my Objection to the Report and Recommendation of the Special Master, as per his Order, directing both parties to file any objections with the Clerk of the U.S. District Court on or before August 29, 2011. I have not received any response to that filing as of this date.

On September 1, 2011, I was transferred from Fort Lyon Correctional Facility to the Colorado Territorial Correctional Facility in Canon City. On September 16, 2011, I mailed a Notice of Address Change and Motion for Status Review, in which I again request C.D.O.C. to be Sanctioned Monetarily, as I am experiencing increased pain and problems walking with the shoes I have been issued.

To date, I have Not received Any response either from your office or the Court. So it is at this time that I request that I be advised as to the Status of my Objection to the Recommendation of the Special Master, dated July 1, 2011, as well as the Status of my subsequent Motion.

I hope to hear from you as soon as possible.

Dated this 17th of October, 2011.

Sincerely,
Raymond D. Cedar #51437
C.T.C.F.   Unit #1-3L-16
P.O. Box 1010
Canon City, Co 81215-1010