# EXHIBIT 1

Morris, Keith  116947
1

# ACCOMMODATION WORKSHEET

| NAME | MORRIS, Keith | DOC # | 116947 |
|---|---|---|---|
| FACILITY | FLCF | DATE OPENED | 7/14/05 |
| DISABILITY | MOBILITY (Wheelchair) | PROVIDER | DURCK |

| ACTIVITY | Ro | Request and release received from offender  7/14/05 |
|---|---|---|
| Wants to maintain wheelchair | | |
| ACTIVITY | Ro | Request for screening to facility medical provider, memo to offender re screening with FAQ 7/27/05 |
|  | | |
| ACTIVITY | Ro | Verification and screening from facility medical provider 8-4-05 |
| Needs wheelchair.  Sent for CMO Shames review 8/19/05. | | |
| ACTIVITY | Ro | CMO Shames comments 9-23-05 |
| Received 9/27/05  He agrees; offender has mobility disability. | | |
| ACTIVITY | Ro | Memo to offender 9-29-05 |
| He has never returned FAQ.  Need responses prior to doing resolution. (Mailed 10/05/05 – Do) | | |
| ACTIVITY | Ro | FAQ responses received from offender  10/17/05 |
|  | | |
| ACTIVITY | Ro | Talked to Kerrie Harbison-FLCF 11/1/05 |
| She now supervises the nursing home floor.  This offender is so heavy he has broken two hospital beds.  He is unable to be weighed because the scale only goes to 450.  He is a massive person with huge shoulders; they have him in the biggest wheelchair there is, short of having one specially made.  Another guy on the unit had to have a special one for height but this is not the same thing.  They will give him a trapeze but it bolts to the bed and they are not sure it will hold his weight.  He rolls himself to yard, chow, and around dayhall.  If he is unable to roll himself for some reason they have medical staff or inmate porters to do it.  He does all his own bed making, shower transfers, etc., and does not need a pusher or help with his activities of daily living (ADLs).  There is a legitimate issue with shelf/desk; they are trying to figure out something.  Meantime he has been provided with raised locker box and per facility directive all personal items are to be stored in it and the lid kept closed except when in use.   The rooms are large, hospital-type rooms with hospital beds.  There are no beds above the hospital beds like in a regular cell. | | |
| ACTIVITY | Ro | Prepared Accommodation Resolution 11/1/05 |
| Sent to CMO Shames for signature 11/2/05. | | |
| ACTIVITY | Ro | Signed Accommodation Resolution received 11/2/05 |
| All copies distributed 11/4/05 | | |

Morris #116947
1

# ACCOMMODATION WORKSHEET
(revised & effective February 2006)

| NAME | MORRIS, KEITH | DOC # | 116947 |
|---|---|---|---|
| **FACILITY** | **FLCF** | **DATE OPENED** | **7/14/05** |
| **DISABILITY** | **MOBILITY (Wheelchair)** | **PROVIDER** | **DURCK** |

| Date | Initials | Contact/Activity |
|---|---|---|
| 3/21/06 | TR | FILE AUDIT, offender has Montez disability accommodation resolution, needs to be revised to include ADA review standards. |
| 4/25/06 | KB | E-mail from Jess Dance of the Attorney General's office. He needs a copy of this offender's Accommodation Worksheet for the Montez Compliance Hearings. |
| 4/26/06 | KB | E-mail to Jess Dance at the Attorney General's office sent him a copy of this offender's original and new Accommodation Worksheet along with a copy of the Accommodation Resolution. |
| 7/11/06 | TR | Received Step 1 grievance D-FL06/07-001 for response, offender wants new wheelchair & different shower chair. |
| 7/17/06 | FM | Sent Grievance response #D-FL06/07-001 to the FLCF Grievance Liaison. |
| 7/19/06 | AG | Received Request for Accommodation and Medical Release 07-14-06. Offender claims to have a mobility disability. Screening request sent to Kellie Wasko, HSA at FLCF. Calendared for 30 days. Memo to offender regarding screening. Memo sent with a copy of his Request for Accommodation and Medical Release for his records. Memo to offender with Functional Ability Questionnaire. |
| 8/4/06 | KB | Received completed Functional Ability Questionnaire from offender together with a new Request for Accommodation. Both documents placed in file. No action taken on new Request as his screening is still pending. |
| 8/11/06 | KB | Received acknowledgement of S1 Grievance #D-FL06/07-001 response by offender on 7/26/06. |
| 8/15/06 | DC | Completed Verification and Screening forms received from Dr. Cabiling 8/11/06. Verification indicated that the offender has a mobility disability. Memo to Dr. Shames with a copy of Verification and Screening forms for review and comment. Calendared for 10 days. |
| 9/18/06 | CD | Received CMO Verification of Disability & Recommended Accommodations. Dr. Shames stated that Offender has a mobility disability and he recommended the following accommodations: wheelchair, handicap cell, and shower chair. |
| 9/21/06 | CD | I called Offender's case manager, Beverly Graham, who told me after speaking with Offender that Offender has a wheelchair and wheelchair gloves and Offender can move the wheelchair by himself or with the help of a wheelchair pusher. Ms. Graham said that Offender currently does not have access to a shower chair so I told her that Dr. Shames has stated that Offender must have access to a shower chair so Offender should get access to a shower chair now. Ms. Graham said that she would make sure that Offender has access to a shower chair. Offender reported that although his wheelchair is functional, the seat needs repair. Ms. Graham said that Offender has access to a handicap table in the chow hall and that Offender is not presently employed or enrolled in any educational programs. Sent Accommodation Resolution & Memo to Dr. Shames. |
| 9/21/06 | AB | Letter from King & Greisen sent to offender. |
| 9/26/06 | CD | Received signed Accommodation Resolution from Dr. Shames. |
| 9/27/06 | CD | Revised & edited Accommodation Resolution & sent it & memo to Dr. Shames for |

Morris #1169472

| | | |
|---|---|---|
| | | his signature. |
| 10/2/06 | CD | Received Accommodation Resolution signed by Dr. Shames, sent to Cathie Holst for her signature. |
| 11/9/06 | CD | Sent Accommodation Resolution to FLCF Warden Lou Archuleta, Offender, Dr. Shames, Tom Kolle, et al. Sent memos to Offender and Warden Archuleta. |
| 3/21/07 | ALJ | FILE AUDITED 3-21-07 BY ADRIENNE JACOBSON |
| 5/15/07 | ALJ | **FILE AUDITED BY ADRIENNE JACOBSON** |
| 10/15/07 | lam | Case Manager contacted via E-mail for supervisor name.  Response to be sent to Adrienne Jacobson by October 26, 2007. |
| 10/18/07 | lam | E-mail from case manager containing supervisor name received and entered in employment database by Legal Assistant Adrienne Jacobson.  E-mail printed, and placed in AIC file. |
| *12/5/07* | *mar* | *File audited by Meghan Reed.* |
| 12/18/07 | lam | Adrienne Jacobson conducted ADA employment interview.  Offender works as a Recreation Porter under supervision of Sgt. Singleton.  Offender does not have any difficulty performing tasks assigned.  Offender is in compliance with programmatic needs.  Offender has not been denied employment or programming in the last 3 years. |
| 12/31/07 | ALJ | Email from Jennifer Riddle to Cathie Holst forwarded to me by Cathie Holst for investigation. Offender is in a wheelchair that is too small for him and that has caused him to get sores that have become infected causing illness. Need to check on the offender's overall health condition and when he is going to receive an appropriately sized wheelchair. |
| 1/7/08 | ALJ | Email sent to Paul Lastrella, Annamarie Campbell and Wendy Grover regarding wheelchair size issue. Saved to file, printed for records. |
| 1/8/08 | ALJ | Response to above from Wendy Grover. She wanted to know if the offender had filed an ADA grievance on the matter. I told her no, not for this issue. Saved to file, printed for records. |
| 1/10/08 | ALJ | Spoke to Paul Lastrella and Doug (the person handling wheelchair issues at FLCF) regarding this matter. Offender was given a new, properly-sized chair at the end of November and is currently in fine health. The consensus is that the offender wants a certain TYPE of chair but this chair is the correct size for his build etc… email sent to Cathie Holst with resolution. Saved to file, printed for records. |
| 05/07/08 | lam | New Step 1 ADA grievance #D-FL07/08-104 received 05/07/08.  Logged and routed grievance to Legal Assistant Adrienne Jacobson on the same date for review and response. |
| 5/7/08 | ALJ | Received Step 1 ADA grievance D-FL0708-104 for investigation and response. Offender is grieving size of wheelchair. First wheelchair clinic is supposed to be at FLCF on May 20 & 21, 2008. |
| 5/12/08 | ALJ | Draft response to Step 1 ADA grievance D-FL0708-104 given to Cathie Holst for signature. |
| 05/15/08 | lam | Copy of Step 1 ADA grievance #D-FL07/08-104 received.  Grievance was signed by C. Holst 05/15/08 and returned to Legal Assistant Adrienne Jacobson the same date.   **Original grievance and response** sent to facility on 05/15/08.  Copy filed in AIC file. |
| 5/19/08 | tr | Letter to offender from Montez Plaintiff Attorney, Paula Greisen regarding 2008 Joint Stipulation forwarded to FLCF facility litigation coordinator for immediate delivery to offender. |

Morris #1169473

| | | |
|---|---|---|
| 5/27/08 | JR | Results of wheelchair inspection clinic on 5/21/08 determined offender's wheelchair is in fair condition, is a "fair" fit and was adjusted. A certificate was issued. Notes listed the pt wights 500lbs, (no legs). Clinic says Roho cushion has been ordered, not confirmed. Needs 24x18 cushion. 17" back x 20. Requests anything but vinyl push rims due to static. Heavy duty chair recommended. |
| 6/13/08 | JMS | Original Step 1 ADA grievance #D-FL07/08-104 received from FLCF. Grievance was **signed by offender** 5/28/08 and returned. Received by AIC 6/13/08 and original routed to AIC file. |
| 12/01/08 | lam | **New Step 1 ADA grievance** D-FL08/09-077 received 12/01/08. Logged and routed grievance to Legal Assistant Adrienne Jacobson the same date for review and response. |
| 12/17/08 | ALJ | Drafted response to D-FL08/09-077 and gave to Cathie HOlst for signature. |
| 1/5/08 | ALJ | Received signed grievance response, Email to inmate banking for $10 refund. |
| 1/23/09 | ALJ | Received request for accommodation, medical release and functional ability questionnaire. It appears that this offender has not been screened since 2006 and now requires a pusher for the wheelchair. Requested mobility screening. |
| 1/26/09 | JMS | New Step 2 ADA grievance #D-FL08/09-077 received 1/26/09. Logged and routed grievance to Grievance Officer Anna Cooper 1/26/09 for review and response. |
| 1/27/09 | Amc | Received Step 2 ADA Grievance #D-FL08/09-077 for response. Due 2/21/2009 |
| 1/19/09 | Amc | Response to Step 2 ADA Grievance #D-FL08/09-077: Denied – Offender Morris was provided with an appropriately sized wheelchair at the end of November 2007. The first recorded date of the request submitted to Clinical Services for a replacement wheelchair was September 1, 2007. The 60 days expired on November 1, 2007, requiring the offender be compensated $10. for the delay in getting the wheelchair. The $10. compensation was deposited in the Offender's Inmate Banking Account on 1/5/2009. No additional compensation is warranted. Saved to AIC file, AIC file on Q:drive Legal Share, and e-file. |
| 2/19/09 | JMS | Copy of Step 2 ADA grievance #D-FL08/09-077 received. Grievance was signed by A. Cooper 2/19/09. **Original grievance and response** sent to facility on 2/19/09. Copy filed in AIC file. |
| 03/03/09 | lam | Original Step 1 ADA grievance received from FLCF: D-FL08/09-077. Grievance was **signed by offender** 01/14/09 and returned. Received by AIC 03/03/09 and original routed to AIC file. |
| 3/5/09 | ALJ | Offender submitted for new ADA screen using newly established criteria. Rescreen will be conducted in any applicable area, vision, mobility and/or hearing. Updated ADA Alert and location code in AIC database. Added Rescreen line to AIC database, entered re-screen in ADA/Montez and linked documents accordingly. |
| 03/16/09 | lam | Original Step 2 ADA grievance received from FLCF: D-FL08/09-077. Grievance was signed by offender 03/02/09. Received in AIC 03/16/09 and original routed to AIC file. |
| 3/31/09 | ALJ | Email from Lisa Sanchez, offender's mobility rescreen and staff observation forms have been scanned to the shared drive and are ready to be loaded to ADA/Montez. Moved files to ADA/Montez staging, QC'd and linked to screening. |
| 04/13/09 | lam | Received physical copy of screening paperwork 03/31/09. As Clinical Admin Lisa Sanchez already scanned these documents and Legal Assistant Adrienne Jacobson was informed that the forms are available electronically plus were moved to ADA/Montez, Qc'd and linked, routed physical copies to the AIC file. |
| | | |