IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

Claim Number: X-552
Category: Untimely Filed Claim
Claimant: Richard Chavez, #67480
Address of Claimant:  DRDC, P.O. Box 392004, Denver, CO 80239

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE OBJECTION OF CLAIMANT CHAVEZ AND ANTICIPATED OBJECTION OF CLASS COUNSEL**

Defendants, by and through the Colorado Attorney General, respectfully request an extension of time, up to and including twenty (20) days after Class Counsel have filed their Objection to the Final Order of the Special Master regarding Mr. Richard Chavez.  In support thereof Defendants state:

1.   Plaintiff Richard Chavez is an incarcerated *pro se* damages claim litigant presently incarcerated at Denver Reception

and Diagnostic Center (DRDC) of the Colorado Department of Corrections (CDOC).

2. In September of 2011, Class Counsel requested an extension of time to file an Objection to the Final Order of the Special Master regarding Chavez.

3. On September 30, 2011, Special Master Borchers granted that request and ordered that the time for filing an Objection to the Order of Dismissal was extended to December 12, 2011.

4. Class Counsel have not yet filed an Objection but undersigned Counsel anticipates that Class Counsel may do so on or before December 12, 2011.

5. However, Chavez did file an Objection to the Order of Dismissal on or about October 15, 2011.

6. Undersigned Counsel asserts that the ends of expediency and justice would be best served by the filing of one joint Response to the Objections of Chavez and Class Counsel so as to save all parties and the Court the time of reviewing multiple related pleadings.

7. As such, undersigned Counsel respectfully requests that Defendants be granted an extension of time to file their Response to Chavez's Objection until twenty (20) days after Class Counsel files

their Objection to the same order of dismissal. This will allow Counsel the opportunity to prepare and present a single Response on this claim.

8.    Undersigned Counsel asserts that allowing an extension of time will not prejudice the Plaintiff, nor cause undue delay in this litigation or otherwise adversely effect case management as the documents will be filed after Class Counsel files their Objection and will streamline the claim process for all parties and the Court.

WHEREFORE, Defendants respectfully request an extension of time up to and including Monday, January 2, 2012, in which to respond to Plaintiff's Objection and to the inchoate Objection of Class Counsel, after it is filed on or before December 12, 2011.

Respectfully submitted this 28th day of October 2011.

JOHN W. SUTHERS  
Attorney General

/s/ Jacquelynn N. Rich Fredericks  
JACQUELYNN N. RICH  
  FREDERICKS*  
Special Assistant Attorney General  
Corrections Unit  
Attorneys for Defendants  
1525 Sherman Street, 7th Floor  
Denver, Colorado  80203  
Telephone:  303-866-5639

# **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within **MOTION FOR EXTENSION OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 28th day of October, 2011, addressed as follows:

| | |
|---|---|
| Mr. Richard Chavez, #67480<br>DRDC<br>P.O. Box 392004<br>Denver, CO 80239 | Cc: Keith Nordell, CDOC<br><br>*Copy via facsimile*:<br>Special Master Borchers |
| King & Greisen, LLP<br>1670 York Street<br>Denver, CO 80206 | |

                                                /s/ Mariah Cruz-Nanio