IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 03-485
Category III
Claimant: Keith A. Morris, #116947
Address of Claimant:  CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE OBJECTION OF CLASS COUNSEL TO THE FINAL ORDER OF THE SPECIAL MASTER REGARDING KEITH A. MORRIS (5194)**

---

Defendants, by and through the Colorado Attorney General, respectfully request a ten (10) day extension of time, up to and including November 10, 2011, in which to respond to the Objection of Class Counsel to the Final Order of the Special Master Regarding Keith A. Morris (5194) and state as follows:

1.　Plaintiff Keith A. Morris is a *pro se* damages claim litigant presently incarcerated at Colorado Territorial Correctional Facility (CTCF).

2. Undersigned counsel spoke with Jennifer W. Riddle of King & Greisen, LLP regarding this request today and Class Counsel has no objection.

3. Undersigned counsel was not the attorney present at the damages claim hearing and thus, must review the file in full, the audio recording of the hearing, and Class Counsel's Objection prior to submitting an informed Response.

4. Undersigned counsel asserts that allowing a ten (10) day extension of time will not prejudice the Plaintiff, nor cause undue delay in this litigation or otherwise adversely effect case management.

WHEREFORE, Defendants respectfully request a ten-day enlargement of time up to and including November 10, 2011, in which to respond to Class Counsel's Objection to the Final Order of the Special Master Regarding Keith A. Morris.

Respectfully submitted this 31st day of October 2011.

> JOHN W. SUTHERS
> Attorney General
>
> /s/ Jacquelynn N. Rich Fredericks
> JACQUELYNN N. RICH FREDERICKS*
> Special Assistant Attorney General
> Corrections Unit
> Attorneys for Defendants

1525 Sherman Street, 7th Floor  
Denver, Colorado 80203  
Telephone: 303-866-5639

# **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the within **MOTION FOR EXTENSION OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 31st day of October, 2011, addressed as follows:

| | |
|---|---|
| Keith A. Morris, #116947<br>CTCF<br>P.O. Box 1010<br>Canon City, CO 81215-1010<br><br>*Courtesy Copy via facsimile to:*<br>Richard M. Borchers, Special Master | Cc: Keith Nordell, CDOC |

/s/ Mariah Cruz-Nanio