

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

STATE OF COLORADO
DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

**STATE SERVICES BUILDING**
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

November 1, 2011

The Honorable John L. Kane
United States District Court for the District of Colorado
Denver, Colorado

RE:   Montez et. al. v. Bill Ritter, et. al., Case No. 92-cv-870- JLK - OES
      letter from Allen Fistell

Dear Judge Kane:

Offender Allen Fistell sent you a letter dated Sept. 10, 2011 which was filed Sept. 13, 2011, Document 5155, in the above-referenced case. In the letter he complained that the battery pack transmitter for a Spinal Cord Stimulator was taken from him when he was moved from Fort Lyon Correctional Facility to Sterling Correctional Facility.

I just wanted to inform the Court that the unit was returned to him on Sept. 20 2011 and he is using it at Sterling and is able to walk.

Sincerely,

FOR THE ATTORNEY GENERAL

ELIZABETH H. MCCANN
Assistant Attorney General
Civil Litigation and Employment Law Section
(303) 866-3261
(303) 866-5443 (FAX)
Email:  beth.mccann@state.co.us

AG File:        DOCUMENT2