IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-552
Category: Untimely Filed Claim
Claimant: Richard Chavez, #67480
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion for extension of time. *Doc. #5195*. The motion will be granted.

    IT IS HEREBY ORDERED that Defendants are granted up to and including twenty days after class counsel files any objection to the final order of the Special Master.

    SIGNED this 31st day of October, 2011.

                                                    BY THE COURT:

                                                    */s/ Richard M. Borchers*

                                                    _____
                                                    Richard M. Borchers
                                                    Special Master