IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-554
Category: Untimely Filed Claim
Claimant: Larry N. Grant, #150782
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant which is dated October 11, 2011. In this letter, Claimant alleges that he is not receiving proper medical treatment. He has requested intervention by the Special Master and the Court.

    Claimant previously filed a letter that was treated as a new claim. That claim was dismissed for lack of jurisdiction on September 2, 2011. The reasons for dismissal of the previous claim apply equally to the new letter. Judge Kane has ruled that the claim process is not available to individuals who were not in DOC custody on or before August 27, 2003. Claimant came into DOC custody in 2010. In addition, the United States Court of Appeals for the Tenth Circuit has ruled that the ADA and Rehabilitation Act are not available for claims of substandard medical treatment. *Fitzgerald v. Corrections Corporation of America*, 403 F.3d 1134, 1143 (10th Cir. 2005).

    Claimant's remedy is to file a new and separate lawsuit. There is no jurisdiction to act on Claimant's letter except to dismiss it.

    IT IS HEREBY ORDERED that the Claimant's letter, being treated as a motion for relief, is denied for lack of jurisdiction.

    SIGNED this 21st day of October, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master