IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Richard Chavez, #67480, Claim # X-552)

      Plaintiffs,

v.

**JOHN HICKENLOOPER, et al.,**

      Defendants.

## MINUTE ORDER

Judge John L. Kane ORDERS

      Defendants' Motion for Extension of Time (Doc. 5195), seeking leave to consolidate its responses to Mr. Chavez's October 15 Objection and the anticipated Objection to be filed by Class Counsel on or before December 12, 2011, is GRANTED. Defendants may file a consolidated Response to all pending Objections related to Mr. Chavez on or before January 3, 2012.

_____
November 1, 2011.


Service of this order shall be made via NEF and to Richard Chavez, #67480, DRDC, P.O. Box 392004, Denver, CO 80239.