10/22/11

Hello, I AM writing regarding the Appeal I sent to your office 8 months ago.

My case # is Civil Action No: 92-cv-870-EWN-OES Montez vs Bill Owens

My Class Action No is 03-335

Could you give me a ballpark idea of how long it may be until I here about my appeal?

thank you
Keith Schusingham
#105240
CTCF
Po Box 1010
Canon City, CO
81215

X. Keith Sch—

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 01 2011

GREGORY C. LANGHAM
CLERK