```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX042761
Cashier ID: sq
Transaction Date: 11/03/2011
Payer Name: STATE OF COLORADO

PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $2.52

PAPER CHECK CONVERSION
 Check/Money Order Num: 214234
 Amt Tendered:   $2.52

Total Due:         $2.52
Total Tendered:    $2.52
Change Amt:        $0.00

NO PYMT ON APPEAL

A fee of $45.00 will be assessed on
any returned check.
```

08-1399