# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Division of Clinical Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: 719.226.4569
Fax: 719.226.4565



John W. Hickenlooper
Governor

Tom Clements
Executive Director

## MEMORANDUM

To: Jacquelynn Rich-Fredricks
Office of the Attorney General

From: Paula Frantz, Chief Medical Officer
Colorado Department of Corrections, Division of Clinical Services

Re: Offender Keith Morris #116947 - Prosthetics

---

I have reviewed the medical record for offender Keith Morris #116947. Our policy is to replace prosthetics only when a patient has continuously used prosthetics in the past. Mr. Morris has not used prosthetics since 2003. Additionally, Mr. Morris would be a poor candidate for use of prosthetics due to his significant obesity and de-conditioning. If he is unable to propel himself in a wheelchair, he is highly unlikely to be able to ambulate with prosthetics.

CC: Julie Russell, Office of the AIC

/lms



EXHIBIT A
03-465