**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

ADA EVALUATION
Page 1 of 1

Printed By: PHILLIPS, SHARON K
Printed at: 11/08/2010 15:31:13
Encounter#: 2408481 @ FL

| 116947 | MORRIS, KEITH A | Facility: | FL | LU: | FLCF/BLDG5 | C | 3 | 340 | 1S |

Temperature: 98.7   Pulse: 88   Weight: 444
Respiratory: 18   BP: 173 / 90
Vitals Taken: PULSE OXSYM=95.00;

### SUBJECTIVE
Active Medication(s): ALBUTEROL HFA INH - 90MCG - USE TWO PUFF(S) AS NEEDED FOR INCREASED WHEEZING UP TO FOUR TIMES PER DAY; ASA ENTERIC - 81 MG - TAKE ONE TABLET DAILY; DOCUSATE - 100 MG - TAKE ONE CAPSULE TWICE A DAY; RANITIDINE - 150 MG - ONE TABLET(S) BY MOUTH TWICE DAILY; SYMBICORT - 160-4.5 - TWO INHALATIONS BY MOUTH TWICE DAILY.
***NON-FORM EXP: 6/23/2011***

### PLANS / ORDERS
Allergies: No Known Allergies

NEW - Rx#: 2683761  Drug Name: TRIAMCINOLONE OINT - 0.1%
Alternate Name: KENALOG OINT-80 GM  Rx Date: 11/08/2010  Disc Date: 11/10/2010  Rx Instructions: SMALL AMOUNT ON HANDS AND FINGERS DAILY X 2 MONTHS

Medical Level: Changed from: 5 Qualifier: PERMANENT to 5 Qualifier: PERMANENT

### OBJECTIVE
Offender present for part 2 of the ADA mobility evaluation, also breathing
Offender peak flows have improved from 376 2 weeks ago to 466 today. still expected peak is 625. On oxygen via nasal cannula.
Offender is somewhat contradictory. states he is weak and fatigued, does not have the strength to push himself in wheelchair or do his daily ADL's. Is requesting an OPC aid II to assist with showering and a pusher. Then he states he wants to be able to use his prosthetic legs, has not used them since 2003. is asking for tennis shoes to fit the prosthetic feet. states he wants to be able to stand and walk for himself. When questioned how he can have the energy and strength to work on walking but can no longer push self in wheelchair. offender states, being able to walk would be incentive, and "just needs help every now and then when I have a bad day"

completed ADA screening.
notice a dry scally rash on palms and inter digit spaces of finiger. has had this in past, dry skin, treated with Kenalog, will reorder.

### ASSESSMENT
V82.89 - SPECIAL SCREENING OTHER SPEC CONDS
99456 - DISABILITY EXAMINATION

**EXHIBIT** B   03-485

Datetime: 11/08/2010 15:21   Providers: PHILLIPS, SHARON

PA/NP/RD _Shelly P_   PHYSICIAN _____   NURSE _____
Datetime: 11/08/2010 15:21   Provider: PHILLIPS, SHARON   DateTime: 11-8-10 1536



PRICARE CODE NO.  
NAME: Morris Keith  
OFFENDER NO.: 110947  
LIVING UNIT: FCF 4  
DATE: 6.5.03  
TIME: 1412  

SUBJECTIVE: States "allergic" to PPD, but had TB done "March 03" & of all run, IH on hold

OBJECTIVE: Temp ___ Pulse ___ Resp ___ B/P ___

HIV ⊖  RPR (NR)  PPD ___  
LAB ___  M/Code 4

RESTRICTIONS: wc, prosthesis, removed red shunt, VBB, unassigned

PAST MEDICAL HISTORY: H. Pylori - wpelow ē Rx? pos+/ ? need for PA/ if H.P.+L couns & only days/ PA+

ASSESSMENT:  
Ⓐ BLH  
ⓑ morbid obesity  
HA - tension  
? need for niacin prophylactic  
∅ NSAIDS ∅ prophylactic

PROBLEM 1 2  
PHYSICIANS ORDERS:

① Stool for H. Pylori - refer to CH 4  
② PPD (keep in clinic 30" 5 queen)  
③

SIGNATURE/NURSE: N. Weinenen 6/5/03 2110 couns & only days/PA  
PHYSICIAN Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.  
31201

## ACCESS CORRECTIONAL CARE AUTHORIZATION

DATE: July 21, 2003                                                                                   CONFIDENTIAL

PROVIDER: Abilities Unlimited Inc
ATTENTION:
ADDRESS: 245 Parkside Dr
Colorado Spgs, CO 80910-3131

7-21-03
TO LaHe

OFFENDER NAME: Mr. Keith A Morris
OFFENDER ID: 116947
AUTHORIZATION #: 01-072103-902-51
VALID: 07/21/03               THROUGH 01/17/04

We have reviewed this request and determined the services meet the plan's medical necessity guidelines and are a covered benefit.

SERVICES REQUESTED: CONSULT FOR PROSTHESIS REPAIRS

Note: This authorization will be voided if the offender is released from the custody of the Colorado Department of Corrections or Division of Youth Corrections.

Please call Clinical Support Services at 1-888-380-3726 or 720-744-5120 if you have any questions or need to request an extension.

Thank you for participating in our prior authorization program.

Sincerely,

Access Correctional Care, Clinical Support Services


c: FCF
   CENTRAL SCHEDULING

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

PRICARE CODE NO.: 
NAME: Morris, Keith
OFFENDER NO.: 116947
LIVING UNIT: FCF 4
DATE: 8-4-03
TIME: 09:30

SUBJECTIVE: My Prosthesis that I have Bruising on the End of my legs. I can only wear legs 10-20 min.

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___
Evaluated fit of Bilateral Prosthesis, Found that Both Sockets were tight. The ® was tight without Prosthetic Sole. The ® was tight with a fitting Sole found Bruising on the Distal Tibia Bilaterally. Feel that the Sockets do not fit properly. The Patient weighs 312 lbs. The Components will only go to 235 lbs. Feel Heavy duty Components to 350 lbs need to be used.

ASSESSMENT:

PROBLEM 1 2
PLAN/ORDERS: The Cost for the New Prosthesis will be submitted to Colorado Access. Once approved will return for fitting.

SIGNATURE:
NURSE: [signature]
P.E.: [signature]
PHYSICIAN:
Rx NO.:

Case No. 1:92-cv-00870-CMA-MEH Document 5206-2 filed 11/09/11 USDC Colorado pg 5 of 7



PRICARE CODE NO.

NAME: Morris, Ro...

OFFENDER NO.: 116947

LIVING UNIT: PF

SUBJECTIVE:

OBJECTIVE: Temp. ___ Pulse ___ Resp. ___ B/P ___

DATE: 8/18/03  TIME: 1030

PROBLEM 1 2

PLAN / ORDERS:

@ Abilities Unlimited —
Talked c̄ Bill Beiswenger,
He requested re: Prosthesis.
He requested that Bryan Carsten
in Grand Junction forward them
to him. Notified Bryan Carsten
of request.

EYE only

ASSESSMENT:
Bryan Carsten's telephone #
1-970-243-6000

SIGNATURE:
NURSE: A. Beck RN

P.E.:

PHYSICIAN: [signature]

Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.

31201

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME: Morris, Keith | OFFENDER NO. 116947 | DATE 10-9-03 | TIME 10:00 | LIVING UNIT FCF #1 |

**SUBJECTIVE:** Limbs swollen today. Also signs of sores on leg.

**OBJECTIVE:** Temp ___ Pulse ___ Resp ___ B/P ___

Will return next week to fit patients with B/Lat Transtibial Prosthesis fabricated by Brian Kastner from Grand Junction.

**ASSESSMENT:**

Note: Mr. Beisworthy states no shaking of stump - Saw Calmly asked visit — CoJBSA

**PROBLEM 1 2**
**PLAN / ORDERS**
Schedule visit

**SIGNATURE:**
NURSE: Prosthetist visit 13 —
P.E.: CoJBSA
PHYSICIAN:
Rx NO.

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

| PRICARE CODE NO. | NAME | OFFENDER NO. | DATE | TIME | LIVING UNIT |
|---|---|---|---|---|---|
| | Morris Keith | 116747 | 10-16-03 | 0830 | FCF #1 |

**SUBJECTIVE:** Prosthesis Comfortable

**OBJECTIVE:** Temp ___ Pulse ___ Resp ___ B/P ___

Received RT & LT Trans tibial Prosthesis. 2 silicone liners R?
prosthetic socks
[signature]

**ASSESSMENT:**
Fit & Alignment Bilateral
Prosthesis

**PROBLEM 1  2**
**PLAN / ORDERS**
Will follow F/U
[signature] Vasclip

**SIGNATURE:**
**NURSE:** Prosthetist: Will Berry CPO
**P.E.:**
**PHYSICIAN:**
**Rx NO.**

31201
ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.