```
= PROPERTY MENU ======== QUERY INMATE PROPERTY ============ 11/01/2011 =
Doc No: 116947  Name: MORRIS, KEITH A              CTCF/CH7    PRES FACIL
========================================================================
To:From Dates            :         :       Status:
------------------------------------------------------------------------
  > From Date   To Date    Property Item                    Qty  PT Loc
    ----------  ---------- -------------------------------- ---  -- ---
    03/25/2003                 1 BELT/BUCKLE                  1  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 3 ID CARD                      1  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 4 JACKET                       1  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 5 KNIT CAP                     1  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 7 SHIRTS                       3  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (3 items)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 8 SHOES/BOOTS                  1  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                 9 SOCKS                        5  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (5 items)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                10 T-SHIRTS                     5  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (5 items)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003 05/16/2006     11 TOWELS                       2  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: INACTIVE (2 items)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                12 TROUSERS/SLACKS              3  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (3 items)
                   Item Description: N/A
                   Item Serial No.: N/A
    03/25/2003                13 UNDERWEAR                    5  S   0
                    Property Type: S STATE ISSUE ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (5 items)
                   Item Description: N/A
                   Item Serial No.: N/A

= PROPERTY MENU ======== QUERY INMATE PROPERTY ============ 11/01/2011 =
Doc No: 116947  Name: MORRIS, KEITH A              CTCF/CH7    PRES FACIL
========================================================================
```



EXHIBIT C
CB-485

```
To:From Dates            '       :           :        Status:
------------------------------------------------------------------------------
  > From Date   To Date    Property Item                        Qty   PT  Loc
    ----------  ----------  -----------------------------------  ---   --  ---
    08/08/2011              14 BOOKS (INCLUDING FAITH AND LEGAL)  1    P   0
                  Property Type: P PERSONAL ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: N/A
                  Item Serial No.: N/A
    06/28/2004              16 LEGAL BOX (2 CUBIC FEET)           1    P   0
                  Property Type: P PERSONAL ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: N/A
                  Item Serial No.: N/A
    12/22/2009              18 CALCULATOR                         1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: CASIO FX300MS
                  Item Serial No.:
    06/28/2004              19 COFFEE MAKER                       1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: PROCTOR SILEX
                  Item Serial No.: TAG#141595
    06/28/2004              20 ELECTRIC RAZOR                     1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: BRAUN BLACK
                  Item Serial No.: TAG#141598
    06/28/2004              22 SHAVER/SHAPER                      1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: ANDIS CLEAR
                  Item Serial No.: TAG#141591
    02/20/2004              23 TELEVISION                         1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: RCA SEC/VIEW 13" COLOR
                  Item Serial No.: D264DC17L/TAG#141590
    06/28/2004              24 TYPEWRITER                         1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: BROTHER ML100 TAG#141600
                  Item Serial No.: L3E726437
    08/04/2004  08/08/2011  25 WATCH                              1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: INACTIVE (1 item)
                  Item Description: N/A
                  Item Serial No.: N/A
    06/28/2004              27 BASEBALL CAP                       1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: N/A
                  Item Serial No.: N/A
    02/20/2004              34 FAN                                1    C   0
                  Property Type: C CANTEEN ITEMS
                  Property Location: OFFENDER CURRENT LOCATION (1 item)
                  Item Description: KOOL OPERATOR
                  Item Serial No.: TAG#141593



= PROPERTY MENU ======== QUERY INMATE PROPERTY =========== 11/01/2011 =
Doc No: 116947  Name: MORRIS, KEITH A                 CTCF/CH7   PRES FACIL
=========================================================================
To:From Dates                 :           :        Status:
------------------------------------------------------------------------------
  > From Date   To Date    Property Item                        Qty   PT  Loc
    ----------  ----------  -----------------------------------  ---   --  ---
```

```
   06/28/2004                    38 HOT POT                            1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: CLEAR
                    Item Serial No.: TAG#141597
   02/20/2004                    39 LAMP                                1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: DESK WHITE
                    Item Serial No.: TAG#141592
   06/28/2004                    40 MOUSTACHE SCISSORS                  1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: N/A
                    Item Serial No.: N/A
   02/20/2004                    41 MULTI-OUTLET                        1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: N/A
                    Item Serial No.: N/A
   03/12/2004                    46 STEREO HEADPHONES                   1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: KOSS CL-20
                    Item Serial No.: TAG#141594
   06/28/2004                    47 SUNGLASSES                          1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: CLIP-ON
                    Item Serial No.:
   06/28/2004                    48 SWEATPANTS                          1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: N/A
                    Item Serial No.: N/A
   08/04/2004                    49 SWEATSHIRTS                         1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: N/A
                    Item Serial No.: N/A
   06/28/2004                    54 TOWELS                              2   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (2 items)
                    Item Description: N/A
                    Item Serial No.: N/A
   02/24/2009                    57 PRESCRIPTION EYE GLASSES            1   M   0
                      Property Type: M MEDICAL APPLIANCES
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: DOC ISSUE
                    Item Serial No.:
   08/08/2011                    60 GLOVES                              1   C   0
                      Property Type: C CANTEEN ITEMS
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: N/A
                    Item Serial No.: N/A


= PROPERTY MENU ======== QUERY INMATE PROPERTY =========== 11/01/2011 =
Doc No: 116947  Name: MORRIS, KEITH A                  CTCF/CH7   PRES FACIL
=============================================================================
To:From Dates          :           :       Status:
-----------------------------------------------------------------------------
 > From Date   To Date    Property Item                         Qty  PT Loc
   ----------  ---------- -------------------------------------  ---  -- ---
   09/21/2011                    78 MEDICAL MATTRESS              1   M   0
                      Property Type: M MEDICAL APPLIANCES
                   Property Location: OFFENDER CURRENT LOCATION (1 item)
                    Item Description: BLUE EGG CRATE
```

```
             Item Serial No.:
02/24/2009              79 WEDGE PILLOW                    1  M   0
           Property Type: M MEDICAL APPLIANCES
       Property Location: OFFENDER CURRENT LOCATION (1 item)
        Item Description: 2 WEDGE PILLOWS
             Item Serial No.:
06/28/2004             126 WASHCLOTHS (CANTEEN)            2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (2 items)
        Item Description: N/A
             Item Serial No.: N/A
02/20/2004 03/12/2004  269 COAXIAL CABLE - ANY LENGTH      1  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: INACTIVE (1 item)
        Item Description: N/A
             Item Serial No.: N/A
08/08/2011             269 COAXIAL CABLE - ANY LENGTH      3  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (3 items)
        Item Description: N/A
             Item Serial No.: N/A
02/22/2004 03/12/2004 1112 MICROWAVE BOWLS WITH LIDS       1  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: INACTIVE (1 item)
        Item Description: N/A
             Item Serial No.: N/A
08/08/2011            1112 MICROWAVE BOWLS WITH LIDS       2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (2 items)
        Item Description: N/A
             Item Serial No.: N/A
06/02/2003 03/12/2004 1113 TUMBLERS WITH LID               1  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: INACTIVE (1 item)
        Item Description: N/A
             Item Serial No.: N/A
08/08/2011            1113 TUMBLERS WITH LID               2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (2 items)
        Item Description: N/A
             Item Serial No.: N/A
12/10/2003 03/12/2004 1117 NAIL CLIPPERS FINGER OR TOE     2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: INACTIVE (2 items)
        Item Description: N/A
             Item Serial No.: N/A
08/08/2011            1117 NAIL CLIPPERS FINGER OR TOE     2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (2 items)
        Item Description: N/A
             Item Serial No.: N/A


= PROPERTY MENU ======== QUERY INMATE PROPERTY ============ 11/01/2011 =
Doc No: 116947  Name: MORRIS, KEITH A              CTCF/CH7   PRES FACIL
========================================================================
To:From Dates         :         :      Status:
------------------------------------------------------------------------
 > From Date   To Date    Property Item                    Qty PT Loc
 ----------  ----------   ---------------                  --- -- ---
   08/08/2011            1118 DECK OF CARDS                 2  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (2 items)
        Item Description: N/A
             Item Serial No.: N/A
   08/08/2011            1119 COFFEE CUPS                   1  C   0
           Property Type: C CANTEEN ITEMS
       Property Location: OFFENDER CURRENT LOCATION (1 item)
```

```
                        Item Description: N/A
                        Item Serial No.: N/A
      12/10/2003 03/12/2004    1126 BRUSH   (PALM)                    1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      02/20/2004 03/12/2004    1128 CABLE SPLITTER                    1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      08/08/2011               1128 CABLE SPLITTER                    1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: OFFENDER CURRENT LOCATION (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      02/22/2004 03/12/2004    1131 TWEEZERS                          1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      02/22/2004 03/12/2004    1133 MIRROR (CANTEEN)                  1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      06/20/2006 08/08/2011    1256 EARBUDS W/6FT CORD                1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      02/20/2004               1372 ALARM CLOCK RADIO COMBINATION     1  C   0
                        Property Type: C CANTEEN ITEMS
                    Property Location: OFFENDER CURRENT LOCATION (1 item)
                        Item Description: JWIN    TAG#141596
                        Item Serial No.: #030102720
      02/24/2009               1993 BACKPACK - ADA                    1  A   0
                        Property Type: A ADA ASSISTIVE DEVICES
                    Property Location: OFFENDER CURRENT LOCATION (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
      05/20/2009               2000 GLOVES FOR WHEELCHAIR USE ONLY    1  M   0
                        Property Type: M MEDICAL APPLIANCES
                    Property Location: OFFENDER CURRENT LOCATION (1 item)
                        Item Description: HATCH BLACK
                        Item Serial No.: SIZE 3X



  = PROPERTY MENU ======== QUERY INMATE PROPERTY ============ 11/01/2011 =
  Doc No: 116947  Name: MORRIS, KEITH A              CTCF/CH7    PRES FACIL
  ========================================================================
  To:From Dates          :         :      Status:
  ------------------------------------------------------------------------
  > From Date   To Date    Property Item                          Qty PT Loc
    ----------  ----------                                        --- -- ---
    02/24/2009               2007 LOCKER BOX STAND - ADA            1  A   0
                        Property Type: A ADA ASSISTIVE DEVICES
                    Property Location: OFFENDER CURRENT LOCATION (1 item)
                        Item Description: FL37
                        Item Serial No.:
    06/02/2003 05/16/2006    2014 WHEELCHAIR                        1  M   0
                        Property Type: M MEDICAL APPLIANCES
                    Property Location: INACTIVE (1 item)
                        Item Description: N/A
                        Item Serial No.: N/A
    02/24/2009               2014 WHEELCHAIR                        1  M   0
                        Property Type: M MEDICAL APPLIANCES
```

```
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: DRIVE 9000 TOPAZ 8T0-9TPZ
                          Item Serial No.: 08JM 033 097 (24X20)
            03/01/2010              2192 DUFFLE BAG                         1   S   0
                            Property Type: S STATE ISSUE ITEMS
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: N/A
                          Item Serial No.: N/A
            09/26/2011              2243 CUSHION / SEAT INSERT - WHEELCHAIR 1M  0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: COMFORT CO ADJUSTOR CUSHION
                          Item Serial No.: AJ-5-2420 (24X20)
            02/24/2009              2244 DENTURES                           1   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: N/A
                          Item Serial No.: N/A
 10/07/2003 05/16/2006              2252 MISCELLANEOUS MEDICAL              1   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: INACTIVE (1 item)
                         Item Description: 2 JAY CUSHIONS
                          Item Serial No.:
            06/03/2011              2254 O2 BI-PAP MACHINE                  1   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: N/A
                          Item Serial No.: N/A
            05/16/2006              2255 O2 CONCENTRATOR                    1   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: N/A
                          Item Serial No.: N/A
 03/25/2003 11/28/2010              2265 PROSTHETIC / ORTHOTICS             2   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: INACTIVE (2 items)
                         Item Description: R LEG/F PROS K92872R3
                          Item Serial No.: L LEG/FPROS K94572R3
            03/25/2003              2267 PROSTETHIC LEG                     1   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (1 item)
                         Item Description: R LEG/F PROS K92872R3
                          Item Serial No.: L LEG/FPROS K94572R3


= PROPERTY MENU ======== QUERY INMATE PROPERTY =========== 11/01/2011 =
Doc No: 116947   Name: MORRIS, KEITH A                  CTCF/CH7   PRES FACIL
==============================================================================
To:From Dates         :          :         Status:
------------------------------------------------------------------------------
 > From Date   To Date    Property Item                         Qty  PT Loc
   ----------  ---------- ------------------------------------- ---  -- ---
   02/24/2009              2271 SOCKS - STUMP -MEDICAL           4   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (4 items)
                         Item Description: 5 STUMP SCOKS
                          Item Serial No.: 2 STUMP SHRINKERS
   02/24/2009              2311 BRACE - KNEE                     2   M   0
                            Property Type: M MEDICAL APPLIANCES
                        Property Location: OFFENDER CURRENT LOCATION (2 items)
                         Item Description: N/A
                          Item Serial No.: N/A
                                                                   ===
      69 rows                                          Total:       99
```

xc: working file and offender