

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **92-cv-00870-JLK**

**JESSE MONTEZ, et al.** (re Claimant Keith A. Morris, #116947, Claim # 03-485)

   Plaintiffs,
v.

**JOHN HICKENLOOPER, et al.,**

   Defendants.

---

### MINUTE ORDER

Judge John L. Kane ORDERS

  Defendants' Motion for Extension of Time (Doc. 5196) is GRANTED. Defendants shall respond to the Objection of Class Counsel to the Final Order (Doc. 5194) of the Special Master Regarding Montez Remedial Plan § XXXII pro se Claimant Keith A. Morris on or before November 10, 2011.

---

November 1, 2011.


Service of this order shall be made via NEF and to Keith A. Morris, #116947, CTCF, P.O. Box 1010, Cañon City, CO 81215-1010