92-cv-00870-JLK-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2011

GREGORY C. LANGHAM
CLERK

MR. MICHAEL KEITH TIVIS #52378
SCF-2-B-102
PO 6000
Sterling CO 80751

JUDGE JOHN L. KANE
UNITED STATES DISTRICT COURT
901 19th St. Rm A105
Denver CO 80294

Dear Judge Kane,
    I am a prisoner in the custody of the Colorado Department of Corrections (CDOC) at the Sterling Correctional Facility(SCF) in Sterling Co. I am a member of Montez due to my mobility/impairment. on or about 6-29-09 I underwent hip replacement surgery during which recalled parts were used. For over two years after the surgery I continuously complained about the severe pain I was experiencing around the replaced joint. I filed numerous grievances and wrote letters to Mr. Tony Carochi (Deputy Director Of Prisons), Ms Joan Shoemaker (Director/Clinial Services Colorado Department Of Corrections), Ms Beverly Dowis (Medical Administrator)at (SCF) and Mr. Kevin Milyard (Warden) at (SCF) attempting to gain relief. All my attempts were denied or ignored.
    After years of continuous complaining, finally the med staff took x-rays 9-20-11 on or about and they revealed I was suffering from a bone/joint infection. For over two years the medical staff here at (SCF) endangered my life by denying and delaying reasonable medical care which could cause irreversible damage to my left hip and possible death from the infection. And still to date I have received no antibiotics for the infection, and have been refused "immediate hospitalization". This is a very serious problem. These individuals should be placed in federal prison for conspiring to sadistically abuse and even kill the very prisoners they are suppose to safeguard. A bone/joint infection is life threatening, yet they sat by idly while my serious medical needs were ignored.
    This denial and delay of medical care clearly supports deliberate indifference, unnecessary and wanton infliction of pain and places me in imminent danger of serious physical injury. Every attempt for relief has been denied. Ms. Meghan Reed (ADA) denied my grievance for relief on or about9/6/11. I need to be hospitalized so I can receive the treatment needed. Judge Kane, I am in severe pain and truly need help with this issue. Would you please find out why my civil rights are being violated.

Sincerely,

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLORADO
```

CERTIFICATE OF MAILING

I MICHAEL KEITH TIVIS, hereby certify that I have mailed a copy of this letter to the following: on Nov 2, 2011.

JUDGE JOHN L. KANE
UNITED STATES DISTRICT COURT
901 19th St. Rm A105
Denver Co 80294

OFFICE OF THE ATTORNEY GENERAL
1525 Sherman St. 5th Fl
Denver Co 80203