To: Clerk of the U.S. District Court
901 19ᵗᴴ Street, Room - A-105
Denver, Co. 80239-3589

3ʳᵈ Request For help!!!

From: Raymond D. Coodloe, #51437
C.T.C.F. Unit #1-3L-16
P.O. Box 1010
Canon City, Co. 81215-1010

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 16 2011

GREGORY C. LANGHAM
CLERK

Date: November 13, 2011

Re: Motion For Status Review, Dated September 16, 2011
Notice of Address Change and Motion For Status Review Dated
October 18, 2011, Addressed to Clerk of the U.S. District Court.

Dear Sir,

I am writing you yet again concerning Claim #03-445 filed under the Jesse Montez Vs. Ritter/Hickenlooper Class Action, Case #92-CV-870-JLK.

Without going into too much detail, the last action taken by Special Master Richard M. Borchers came after a "Non-Compliance" hearing took place at the Fort Lyon Correctional Facility on June 13, 2011. Judge Borchers submitted his Report and Recommendation to Judge Kane on July 1, 2011 in which a deadline giving both parties upto and including August 29, 2011 to file any objections to his Report and Recommendation they may have With the Clerk of The Court. On July 12, 2011, I mailed my objections to the Report and Recommendation of Judge Borchers. To date, I have *not* received a Ruling in this matter

from Judge Kane.

On September 20, 2011, I mailed a Notice of Address Change/Motion for Status Review to the Court advising the Court that I had been transferred to the Colorado Territorial Correctional Facility, and moving the Court to issue its ruling concerning the objections I submitted to Judge Borchers' Report and Recommendation, dated July 1, 2011. TO Date, I Still have received NO REPLY from the Court, or the Clerks!!

Sometime in early, October, my sister Ms. Gina Gibbons contacted the U.S. District Court Clerks office, "on my behalf," requesting information as to the "Status" of this matter, as it is going on 2½ Months since the August 29, 2011 Deadline for filing any objections, and is now going on 4½ months since Judge Borchers filed his July 1, 2011 Report and Recommendation.

Whomever my sister spoke with advised her that any information concerning my Claim #03-445 under the Montez V. Hickenlooper Class Action would not be released to anyone over the phone and if I needed information as to the Status of my most recent filing I would have to "Write the Clerk's office, give the case/claim numbers, and then would get back to me."

So, again, on October 19, 2011, I wrote YOUR OFFICE requesting information as to the status of my claim, the objections I filed etc., and Still, I have received NO Response from the Court, or the Clerks in this matter and have to ask myself Why?

(2)

So, once again, I am Requesting information concerning Claim #03-445, filed under Jesse Montey et.al. Vs. John Helzenberger et.al., 92-CV-870-JLK, and ask that you, or the Court, Please acknowledge that you have received this letter along with all of my past correspondence dating back to July 2011.

In this way, I will, "at the very least," know that my legal mailings are reaching the Court.

Again, thank you for your time, and I expect to hear from you as soon as is possible concerning this matter.

Happy Holidays to one and all.

Dated November 13, 2011.

Frustrated, But Hopeful
Respectfully Submitted
Raymond P. Goodloe #51437
C.T.C.F.   Unit #1-3L-16
P.O. Box 1010
Canon City, Co. 81215-1010

(3)