# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Eric V. Hall of Rothgerber Johnson & Lyons LLP moves this Court for an Order to withdraw as counsel of record for Larry Gordon in this matter. As grounds for this motion, counsel states:

1. In an Order dated November 8, 2010, the Tenth Circuit Court appointed Mr. Hall as *pro bono* counsel to brief and argue jurisdictional issues related to appeals from district court decisions about damage claims. This task has been completed. The Tenth Circuit issued its Opinion on May 10, 2011.

2. Mr. Hall plays no other role in this litigation. Class counsel and others remain actively involved, and Mr. Hall's withdrawal will not have an adverse effect on Mr. Gordon or any other party in this case.

3. On August 18, 2011, the Tenth Circuit granted Mr. Hall's Motion to Withdraw as counsel of record for Larry Gordon.

4. A proposed Order is attached for the Court's consideration.

WHEREFORE, for good cause shown, the undersigned respectfully requests leave of the Court to allow Eric V. Hall to withdraw as counsel of record for Larry Gordon.

DATED this 23rd day of November, 2011.

> Rothgerber Johnson & Lyons LLP
>
> */s/ Eric V. Hall*
> Eric V. Hall
> 90 South Cascade Avenue, Suite 1100
> Colorado Springs, CO 80903
> Telephone:  719-386-3070
> Facsimile:  719-386-3070
> Email: ehall@rothgerber.com
> Attorneys for Larry Gordon

## CERTIFICATE OF EMAILING AND SERVICE

I hereby certify that on this 23rd day of November, 2011, a true and correct copy of this **MOTION TO WITHDRAW AS COUNSEL** was served via CM/ECF electronic filing on the following.

John W. Suthers
Attorney General
Chris W. Alber
Bernina Ibrisagic
Office of the Attorney General
1525 Sherman Street
Denver, CO 80203-1760

Paula Greisen, Esq.
David A. Lane, Esq.
Miller, Lane, Killmer & Greisen, LLP
730 Seventeenth Street, Suite 600
Denver, CO  80202

and U.S. Mail to:
Mr. Larry Gordon
LCF – Limon Correctional Facility
49030 State Highway 71
Limon, CO 80826

> */s/ Eric V. Hall*
> Eric V. Hall

{A0203424 / 2}                               2