# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

---

THIS MATTER, having come before the Court upon Larry Gordon's Motion to Withdraw as Counsel, and having been fully advised in the premises, it is hereby

ORDERED that said Motion is Granted and Eric V. Hall is withdrawn as counsel of record for Larry Gordon.

DONE this _____ day of November, 2011.

BY THE COURT:

U. S. District Court Judge

{A0203423 / 1}