IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-445
Category III
Claimant: Raymond Goodloe, #51437
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's letter that is dated November 13, 2011. *Doc. #5211*. Claimant has inquired as to the status of various documents that are related to his present situation and his requests for accommodations. Claimant would like a favorable resolution of those documents. Claimant is concerned about the delay in resolving his objection.

    It is understandable that Claimant would like a resolution of his objection and claim. Judge Kane has those documents and will rule on them in due course. Judge Kane is still working on the issue of whether DOC has complied with the Remedial Plan. The hearing on compliance issues lasted almost nine weeks. The transcript is over four thousand pages in length. Over one thousand exhibits were offered into evidence by class counsel and counsel for Defendants. Resolution of the compliance issues has involved a monumental task for Judge Kane. That task has priority over individual claims, as the Remedial Plan affects all DOC inmates, not just those who have a disability.

    Judge Kane has other objections pending that involve individual claims. All claims, including Claimant's, will be resolved in due course. The Special Master can appreciate the frustration, but his claim will be resolved when Judge Kane believes it is appropriate and, presumably, after the compliance issues have been resolved.

    IT IS HEREBY ORDERED that Claimant's letter is accepted for filing.

SIGNED this 21st day of November, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master