# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**This document relates to Plaintiff/Claimant Larry Gordon**

___

## MINUTE ORDER
___

Judge John L. Kane ORDERS

     THIS MATTER, having come before the Court on the Motion of pro bono counsel Eric V. Hall's Motion (Doc. 5213) on behalf of Montez individual claimant Larry Gordon to Withdraw as Counsel. Mr. Hall was appointed pro bono counsel to brief and argue jurisdictional issues related to appeals from district court decisions on individual inmate damages claims under Section XXXII of the Montez Remedial Plan, and those issues have been fully litigated and resolved. Accordingly, the Motion is GRANTED and Eric V. Hall is withdrawn as counsel of record for Larry Gordon.

Dated Nov. 28, 2011.

{A0203423 / 1}