IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,
   Plaintiffs,

-vs.-

John Hickenlooper, et al.,
   Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 12 2011

GREGORY C. LANGHAM
                CLERK

---

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

    Comes now the claimant, Shawn M. Winkler, on the court's order for additional time to file an objection signed September 30, 2011.

1. Failure of Plaintiff's class counsel to respond to any of the claimant's communications forces his untrained pleadings to the court.

2. The court's joinder of what could be Eighth Amendment independent action to the fact the claimant has been disabled since August 13, 1999, and the Defendants have discriminated against him in all matters particular to his disabilities until September 22, 2009, enables the Defendants to avoid all responsibility in the instant issue.

1 of 2

3. The claimant filed complaint before the August 27, 2003, date which does make him a class member entitled to redress of pertinent issues.

4. The intermittent application of resolutions by the Defendants brings the discriminations experienced by the Claimant to new levels of malicious and sadistic tortures by prison officials.

5. The remedial plan to date allows for compensation for neglected, broken medical appliances.

6. The court should determine fair compensation for the neglected, broken disabled person of the claimant inadvertently allowed to continue by the Defendants using the court's denials.

7. The court should demand the Defendants follow ALL resolutions as decided in this instant issue as mandated by the Montez remedial plan.

Respectfully submitted
this 6th day of December 2011.

/s/ Shawn M. Winkler

Shawn M. Winkler, Petitioner-Pro Se
12101 Highway 61, P.O. Box 6000   CDOC #48319
Sterling, Colorado  80751

Certificat of Service

I, Shawn M. Winkler, do hereby certify that copies of the claiments objection were placed into the United States Mail, First Class, Postage Pre-Paid to the following:

United States District Court
901 19th Street,   92-CV-870-JLK
Denver Colorado  80294-3589

James P. Quinn
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203

King & Greisen
1670 York Street
Denver, Colorado 80206

Executed this 8th day of December 2011.

_____
Shawn M. Winkler
12101 Highway 61   CDOC #48319
Sterling, Colorado 80751