IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

MONTEZ, et al,

    Plaintiff,

v.

RITTER, et al,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 14 2011

GREGORY C. LANGHAM
CLERK

---

RECEIPT FOR FILE (Shawn M. Winkler, Claim No. 03-140)

Received by __RICHARD BORCHERS__, the following file in the above entitled action:

Claimant: SHAWN M. WINKLER (Claim No. 03-140)

_____          _____
Deputy Clerk                                    Special Master   12/14/11

12/14/11
_____          By: _____
Date