IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

BILL OWENS, et al.,

    Defendants.

_____

Claim Number: 02-742
Category II
Claimant: Michael Milligan, #42327
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the formal complaint of Claimant. *Doc. #5217*. Claimant alleges that he has been and is being retaliated against by DOC. The document will be treated as a new claim or motion under Article XXXII of the Remedial Plan.

Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on May 18, 2007, as Claimant failed to establish that he was the victim of discrimination prohibited by the ADA. Claimant has pursued his claim rights under Article XXXII of the Remedial Plan.

Judge Kane ruled on March 23, 2010 that the Remedial Plan does not provide any basis for accepting claims or motions from inmates who were not disabled on or before August 27, 2003 *and* the victim of discrimination under the ADA on or before that date. Claimant has been provided copy of that order. The Special Masters will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991).

Claimant has filed his own lawsuit with the Court. That is the remedy he must pursue at this time. There is no jurisdiction to adjudicate either a new claim or a *pro se* motion in this case.

IT IS HEREBY ORDERED that the letter of Michael Milligan, being treated as a new claim or *pro se* motion, is dismissed; and

IT IS FURTHER ORDERED that a copy of the formal complaint will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 24, 2012.**

SIGNED this 12th day of December, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master