IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

---

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the motion of class counsel for additional time to file an objection. The request will be granted.

IT IS HEREBY ORDERED that the time for filing an objection to the order of July 15, 2011 is extended up to and including **January 17, 2012.**

SIGNED this 12th day of December, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master