IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's document filed on December 12, 2011. *Doc. 5220*. The document will be treated as an objection to the final order of the Special Master and referred to Judge Kane.

    IT IS HEREBY ORDERED that the objection of Claimant is accepted and referred to Judge Kane.

    SIGNED this 14th day of December, 2011.

                                         BY THE COURT:

                                         */s/ Richard M. Borchers*

                                         _____
                                         Richard M. Borchers
                                         Special Master