IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number X-552
Category: Untimely Filed Claim
Claimant: Richard Chavez, #67480
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on his own motion. On October 15, 2011, Claimant filed an objection to the order of dismissal of his claim. Class counsel requested additional time in which file an objection. An extension was granted up to and including December 12, 2011. No objection was filed by class counsel. Defendants are granted up to and including January 9, 2012 in which to respond to the objection of Claimant.

      IT IS HEREBY ORDERED that Defendants are granted up to and including **January 9, 2012** in which to file a response to the objection of Claimant.

      SIGNED this 14th day of December, 2011.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                  _____
                                  Richard M. Borchers
                                  Special Master