```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX043833
Cashier ID: sg
Transaction Date: 12/13/2011
Payer Name: STATE OF COLORADO
----------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:        $6.64
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 214879
 Amt Tendered: $6.64
----------------------------------------
Total Due:       $6.64
Total Tendered:  $6.64
Change Amt:      $0.00

NO PYMT ON APPEAL

A fee of $53.00 will be assessed on
any returned check.
```

08-1399