92-CV-870 JLK

UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2011

GREGORY C. LANGHAM
CLERK

To: Judge John L. Kane

I am sending you a copy of my last written LETTER that I sent to my case manager about problems that inmates are having at Sterling Correctional Facility, that are under Montez. Because there have some type of handicap problems. Right now all D.O.C. is doing is keep transfering inmates around prison to prison for no reason at all...

As of this date Sterling Correctional Facility, dose not have any type of strobe lights for deaf or hearing impaired inmates, which by Montez they are required to have... This is just some of the problems that we are having.... That is why I am asking for some type of investigation on D.O.C. Why they or just moving a lot of handicap inmates from Colorado Territorial Facility that had good jobs in there industries and then just up and transfer them for no reason ... Something is very wrong about this and that is way I am asking for your help in this matter Judge Kane ...

Thank you for your time in this matter and I will await your reply.

Mr. Dennis D. Duncan   44108
12-13-11

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 15 2011

GREGORY C. LANGHAM
CLERK

TO: CASE MANAGER; FOR LU-1 UNIT ONE

I DENNIS D. DUNANN 44108; would like to know why I am being punished because I am under MONTEZ... I am hearing impaired and also mobility disability inmate...

As I had been at Colorado Territorial Correctional Facility from June 2001 to the end of Nov. 2011... Had been working at the Tab Plant from Sept. 2002 to now and that is 9 years and 2 ½ months and I had work my way from a envelope stuffer to a checker of the envelopes to the lead checker... As the money I made at the Tab Plant was all I had coming in... Also at this date S.C.F. at LU-1 Unit, dose not have any type of alam or strobe lights or any flashing lighting system to help any hearing impaired, blind or handicap inmate in a wheelchair, which is very wrong, because by MONTEZ. As those inmates have the right to have strobe lights or some means to have some type of alam system that all types of handicap inmates are: deaf, hearing impaired, blind to mobility disability, Also by MONTEZ the above inmates have the right to have a O.C.A. #2 when it is in there accommodation resolution remedial plan for helping any inmate for the following reasons: medical appointments, work, school, pick up or dropping off laundry or retrieving canteen or helping in daily activities... I am sending this complaint to the following people... Asking for help!!

1. JUDGE: JOHN L. KANE
2. ATTORNEY: PAULA GREISEN
3. DEPUTY ATTORNEY GENERAL

(1)

Respectfully Submitted

Mr. Dennis D. Dunann:          MR. DENNIS D. DUNANN

LU-1-6   #44108
Sterling Correctional Facility
Post Office Box 6000
Sterling, Colorado   80751


Copys made and sent on this date   12-13-11 DDD


1. Case Manager: S.C.F.
   P.O. Box 6000
   Sterling, Colorado   80751

2. Judge: John L. Kane
   United States District Judge
   901-19th Street, Room A-105
   Denver, Colorado   80294-3589

3. Paula Greisen
   King & Greisen, LLP
   1670 York Street
   Denver, Colorado   80206

4. Deputy Attorney General
   1525 Sherman Street, 4th Fl
   Denver, Colorado   80203

(2)