PROVIDED TO LOWELL CORRECTIONAL INSTITUTION ON 12/09/2011 FOR MAILING.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 15 2011
GREGORY C. LANGHAM
CLERK

U S District Court
901 - 19th Street
Denver Co 80294

Claim No 03-129
Jill Coit #16530 (crossed out)
Fla #163536
Lowell Corr Inst
11120 Gainsville Rd
Ocala Fl 34482

Jesse Montez et al
v
Bill Owens, et al

Case No 92 N 870 Consol. 96 N 343

Has CDOC - (Montez Remedial Plan) met compliance? Florida DOC is Not in Compliance with the Montez R. Plan

① Comes Now plaintiff, Jill Coit Colorado inmate housed in Florida DOC who needs to know if the C.D.O.C. has met all the requirements under the class action Montez so stated above.

② If CDOC is not in compliance please let me know. According to the Montez Remedial Plan signed in 2003 there was a 2 year monitor period after compliance. Is CDOC under that ruling?

Respectfully, New address:
Jill Coit # 163936 S-Dorm 4109
Annex - Lowell Corr. Inst
11120 Gainsville Road
Ocala, Florida 34482
12-8-11

③ Claimant is legally Blind and Mobility impaired - hands and feet/knees. She request help in filing claim for Non Compliance. → over.

(4) Do Claimant request permission from this Court to tell it why FDOC (How) is not in Compliance with Montez Class action

Respectfully
Jill Cout # 163936
12-8-11