IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number: 03-140
Category: III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, PO Box 6000, Sterling, CO, 80751

---

**MOTION FOR EXTENSION OF TIME TO RESPOND TO THE OBJECTION OF CLAIMANT WINKLER AND ANTICIPATED OBJECTION OF CLASS COUNSEL**

---

Defendants, by and through the Colorado Attorney General, respectfully request an extension of time, up to and including twenty-one (21) days after Class Counsel have filed their Objection to the Final Order of the Special Master regarding Mr. Shawn M. Winkler. In support thereof Defendants state:

1. Plaintiff Shawn M. Winkler is an incarcerated *pro se* damages claim litigant presently incarcerated at Sterling Correctional Facility (SCF) of the Colorado Department of Corrections (CDOC).

2. In December of 2011, Class Counsel requested an additional extension of time to file an Objection to the Final Order of the Special Master regarding Winkler.

3. On December 12, 2011, Special Master Borchers granted that request and ordered that the time for filing an Objection was extended to December 12, 2011.

4. Class Counsel have not yet filed an Objection but undersigned Counsel anticipates that Class Counsel may do so on or before January 17, 2012.

5. However, Winkler did file an Objection on or about December 12, 2011.

6. Undersigned Counsel asserts that the ends of expediency and justice would be best served by the filing of one joint Response to the Objections of Winkler and Class Counsel so as to save all parties and the Court the time of reviewing multiple related pleadings.

7. As such, undersigned Counsel respectfully requests that Defendants be granted an extension of time to file their Response to

Winkler's Objection until twenty-one (21) days after Class Counsel files their Objection to the same order.  This will allow Undersigned Counsel the opportunity to prepare and present a single Response on this claim.

8. Undersigned Counsel asserts that allowing an extension of time will not prejudice the Plaintiff, nor cause undue delay in this litigation or otherwise adversely effect case management as the documents will be filed after Class Counsel files their Objection and will streamline the claim process for all parties and the Court.

WHEREFORE, Defendants respectfully request an extension of time up to and including Tuesday, February 7, 2012, in which to respond to Plaintiff's Objection and to the inchoate Objection of Class Counsel, after it is filed on or before January 17, 2012.

Respectfully submitted this 22nd day of December 2011.

JOHN W. SUTHERS
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH
  FREDERICKS*
Special Assistant Attorney General
Corrections Unit
Attorneys for Defendants
1525 Sherman Street, 7th Floor
Denver, Colorado  80203
Telephone:  303-866-5639

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **MOTION FOR EXTENSION OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 22nd day of December, 2011, addressed as follows:

Shawn M. Winkler, #48319
SCF
PO Box 6000
Sterling, CO, 80751

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Cc: Keith Nordell, CDOC

*Copy via facsimile*:
Special Master Borchers

/s/ Mariah Cruz-Nanio