IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL RITTER, et al.

      Defendants.

_____

Claim Number 03-129
Category III
Claimant: Jill Coit, #86530
Address of Claimant: FDOC, Lowell Correctional Institution, 11120 NW Gainesville Road,
      Ocala, Florida 34482

_____

### ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the motion of Claimant that was received on December 15, 2011. *Doc. 5228*. Claimant alleges the Defendants are not in compliance with the Remedial Plan.

      Claimant is advised that Judge Kane has under advisement the issue of whether there has been substantial compliance by Defendants. Judge Kane has ordered that *pro se* motions concerning systemic issues arising from the Remedial Plan will not considered and will be forwarded to class counsel. Claimant has alleged further that Florida is not in compliance with the Remedial Plan, but there is no jurisdiction over the Florida Department of Corrections.

      IT IS HEREBY ORDERED that a copy of this letter will be provided to class counsel; and

      IT IS FURTHER ORDERED that Claimant's letter will be accepted for filing, with no further action being taken on it.

      SIGNED this 19th day of December, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master