IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-550
Category: Untimely Filed Claim
Claimant: Dennis D. Dunann, #44108
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on the letter of Claimant (*Doc. 5227*). Plaintiff seeks commencement of an investigation based upon alleged problems facing disabled inmates at SCF.

Judge Kane has ruled that the time for filing of *pro se* motions is over. Claimant is represented by class counsel. His concerns about institutional issues at SCF must be relayed to class counsel. Claimant may contact class counsel for help. Claimant has the right to pursue his own law suit under the ADA in this Court. Claimant may not pursue any individual help through Article XXXII or any other section of the Remedial Plan.

IT IS HEREBY ORDERED that the letter of Dennis D. Duann, being treated as a *pro se* motion, is denied, as the time for filing of *pro se* motions is over; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 13, 2012.**

SIGNED this 19th day of December, 2011.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master