

**ORIGINAL**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.92-CV-870-JLK
JESSE MONTEZ, ET AL,

      Plaintiff,

v.

JOHN HICKENLOOPER, et al.
      Defendant.
Claim Number 01-076
Category: I
Claimant

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 2 3 2011**

**GREGORY C. LANGHAM**
          **CLERK**

---

**MOTION TO SUPPORT CLAIMANTS OBJECT TO CLASS COUNSEL DELIBERATE DENIAL TO HELP CLAIMANT PROPERLY LITIGATE HIS CLAIMS AS INJURED DIABETIC WITHIN CLASS ACTION FOR A HIGHER CATEGORY NUMBER DUE TO HIS MEDICAL INJURIES OVER LOOKED BY FRAUD**

---

COMES NOW, Lawrence W. Fitzgerald being pro se, respectfully requests this Honorable Court pursuant to Rule 15(a) and 19(a), Fed.R.Civ.P., request leave to support his case on all he has filed within this Honorable Court over the years and Claimant Fitzgerald states as follows:

Claimant Fitzgerald has been trying to get medical attention over his injuries for the last 10 years with the Department of Corrections Medical Department as this Honorable Court is fully aware of and he has complained about his heart issues being over looked by DOC for placing his life in danger for placing him on this product which cost him his heart troubles to this day.

Claimant has also mentioned he was informed he been a diabetic for over ten years and also was informed the deformed bump on his neck and back called buffalo hump and its caused by the affects of diabetic not being properly reveived by the medical department in a deliberate indifference to my medical care over the years as this hump grew on my neck they told me not a word until i read it in a medical journal and I asked again and the P.A. told me this is true about my condition and to make things worse I was told I would be needing my Hip to be replaced after looking at an exray of it and to even make it even worse I was told my knee all on the right side need to be replaced and to make things even worse they told me my left shoulder needs to be repaired also.

I have been suffering since July of 2007 since the gym accident and been lied to my medical staff for all these's years and now they finally give me exrays on my knee and hip and shoulder all issues I been screaming about for all these's years and they say a mistake was done and they will be looking at my others medical troubles more closer in the future.

Wherefore Claimant asks this Honorable Court to Order this information to support my case seeking relief from this Honorable Court by Claimants Objection pursuant to Federal rules 53(g)(2) in compliance with this Honorable Courts Order of July 15, 2011 to be allowed to be active party in this settlement in the interest of justice.

Dated December 22, 2011

Respectfully Submitted
Lawrence W. Fitzgerald #66345