IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL OWENS, et al.

    Defendants.

_____

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion for extension of time. *Doc. 5229*. Defendants will be granted additional time to respond to the objections that may be filed.

    IT IS HEREBY ORDERED that Defendants are granted up to and including **February 7, 2012** in which to respond to the objection of Claimant and anticipated objection of class counsel.

    SIGNED this 28th day of December, 2011.

                                                  BY THE COURT:

                                                  */s/ Richard M. Borchers*

                                                  _____
                                                  Richard M. Borchers
                                                  Special Master