IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-018
Category III
Claimant: Richard B. Gonzalez, #46594
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on the letter of Claimant. In his letter of December 25, 2011, Claimant requests assistance from the Court. Specifically, Claimant requests return of several items that were prescribed due to his disabilities but were later taken from him.

    Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. A hearing was held at the Limon Correctional Facility on April 25, 2006. Then-Special Master Davidson ruled that Claimant had the following disabilities: mobility impairment; hearing loss; vision impairment; and diabetes. Special Master Davidson did not find that Claimant had been discriminated against in violation of the ADA on or before August 27, 2003. In the final order dated January 31, 2007, Special Master Davidson dismissed the claim.

    Claimant filed a letter seeking relief in June, 2009. In that letter, Claimant requested assistance with various items to accommodate his disabilities. That letter, being treated as a motion for relief, was denied for lack of jurisdiction.

    If what Claimant alleges is true, then he has been denied several accommodations that were previously granted to him. He also has alleged threats that if he did cease demanding certain accommodations, he would lose additional accommodations.

    The claim of Claimant was dismissed on January 31, 2007. Special Master Davidson found

Claimant to be disabled from all four categories, but the claim was dismissed due to the lack of proof of any discrimination prior to August 27, 2003. The jurisdiction of the Special Master ended on January 31, 2007. There is no jurisdictional basis upon which the Special Master can take any action, as there is no jurisdiction.

Claimant has raised serious issues in his letter. This letter will be referred to class counsel for such action as is deemed appropriate.

IT IS HEREBY ORDERED that the letter of Claimant will be forwarded to class counsel for such action as is deemed appropriate.

SIGNED this 4th day of January, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master