IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-457
Category III
Claimant: Rodney Zimmerman, #135354
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81215-0777

_____

### ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the letter of Claimant. In his letter of December 26, 2011, Claimant requests assistance from the Court. Specifically, Claimant wishes a response to the letters that he has sent to the office of class counsel.

      The focus of attention of class counsel is on the pending issue of compliance that is before Judge Kane. Almost nine weeks of testimony was taken in 2010-11 concerning Defendant's adherence to the Remedial Plan. Over four thousand pages of transcript were prepared, and class counsel's proposed findings of fact exceeded two hundred and fifty pages. Individual issues have had to take a back seat to systemic issues that affect several thousand inmates.

      The Special Master can only request that class counsel contact Claimant. The Special Master has no jurisdiction over any claim of Claimant. Class counsel must focus on the compliance issues, but hopefully will be able to assist Claimant as he pursues his own separate lawsuit.

      IT IS HEREBY ORDERED that the letter of Claimant will be forwarded to class counsel for such as is deemed appropriate.

      SIGNED this 4th day of January, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master