```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX044553
Cashier ID: sg
Transaction Date: 01/10/2012
Payer Name: STATE OF COLORADO

PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $2.76

PAPER CHECK CONVERSION
 Check/Money Order Num: 215283
 Amt Tendered: $2.76

Total Due:       $2.76
Total Tendered: $2.76
Change Amt:      $0.00

NO PYMT ON APPEAL

A fee of $53.00 will be assessed on
any returned check.
```

08-1399