IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the Claimant's motion for a copy of original settlement agreement. Claimant will be provided a copy of the Remedial Plan, which is the settlement document.

    IT IS HEREBY ORDERED that Claimant's motion will be granted and he will be provided a copy of the Remedial Plan.

    SIGNED this 18th day of January, 2012.

                                        BY THE COURT:

                                        */s/ Richard M. Borchers*

                                      _____
                                      Richard M. Borchers
                                      Special Master