IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-504
Category III
Claimant: Richard Trujillo, Jr., #66461
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

## ORDER OF SPECIAL MASTER

      THIS MATTER came before the Special Master on Claimant's motion for extension of time. Claimant wishes to object to the Final Order of October 13, 2011. The motion for extension of time will be granted.

      IT IS HEREBY ORDERED that Claimant is granted up to and including **March 5, 2012** in which to file an objection to the Final Order of October 13, 2012.

      SIGNED this 16th day of January, 2012.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*

                                      _____

                                      Richard M. Borchers
                                      Special Master