IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-103
Category: I
Claimant: Robert Griego, #117534
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on a copy of Claimant's letter to Ms. Cathie Holst at Correctional Legal Services. Claimant is advised that Ms. Holst has retired.

    Claimant has expressed concerns about the medical care has received at SCF. In particular, he has raised a concern about his CPAP machine. The Special Master would note that Claimant did file a claim pursuant to Article XXXII of the Remedial Plan. That claim was denied on November 26, 2007. The Special Master lost further jurisdiction on dismissal of the claim. The Special Master has no power to help Claimant in any way due to lack of jurisdiction.

    IT IS HEREBY ORDERED that no further action can be taken by the Special Master on Claimant's letter.

    SIGNED this 7th day of February, 2012.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      _____
                      Richard M. Borchers
                      Special Master