```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX045434
Cashier ID: sg
Transaction Date: 02/08/2012
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:      $2.52
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 215718
 Amt Tendered:  $2.52
------------------------------------
Total Due:       $2.52
Total Tendered: $2.52
Change Amt:      $0.00

NO PYMT ON APPEAL

A fee of $53.00 will be assessed on
any returned check.
```

08-1399