IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-504
Category III
Claimant: Richard Trujillo, Jr., #66461
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062-8700

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's "File of Additional Exhibits in Support of Case." Claimant wishes to object to the Final Order of October 13, 2011. The documents provided by Claimant shall be referred to the Clerk of the Court.

IT IS HEREBY ORDERED that Claimant's "File of Additional Documents in Support of Case" will be forwarded to the Clerk of the Court and treated as an objection to the final order of the Special Master.

SIGNED this 13th day of February, 2012.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master