IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the Claimant's motion to amend relation back amendments. Claimant has alleged continuing medical problems and has alleged malfeasance on the part of class counsel.

      There is no jurisdiction under Article XXXII of the Remedial Plan for filing of a motion asking for relation back to the initial claim. Claimant had his opportunity to file a claim under Article XXXII and did so in 2004. The claim was dismissed on August 2, 2004. Claimant's sole remedy now is to file a separate lawsuit. There is no jurisdiction to do anything except dismiss this motion.

      IT IS HEREBY ORDERED that Claimant's motion is denied and dismissed; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 14, 2012.**

      SIGNED this 5th day of March, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master