IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

   -vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's motion for extension of time and motion for orders. Claimant is requesting additional time to submit exhibits and closing argument.

The hearing held on January 30, 2012 established a couple of things. First, Claimant cannot read or write. Despite some dispute as what the cause of his illiteracy may be, Claimant cannot read. Second, Claimant has had to seek help to complete his pleadings concerning his claim. Claimant has requested educational records and additional medical records. It is questionable that Claimant will be able to review those records.

Additional time will be granted to both sides in which to submit exhibits for consideration. Defendants and their counsel will be given an opportunity to respond to Claimant's motion. The Special Master would request Defendants' suggestions on who might be able to provide assistance to Claimant. Defendants have opposed appointment of an inmate to assist Claimant, and the reasons given have been legitimate. That does not help Claimant, and an exception may be necessary in order to complete the adjudication of this claim.

IT IS HEREBY ORDERED that the case shall remain open until *April 30, 2012* and both sides may submit additional documents for consideration; and

IT IS FURTHER ORDERED that Defendants are granted up to and including **March 19,**

**2012** in which to respond to Claimant's motion.

SIGNED this 5th day of March, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master