```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX046189
Cashier ID: sq
Transaction Date: 03/07/2012
Payer Name: STATE OF COLORADO
------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.70
------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 216135
 Amt Tendered: $2.70
------------------------------
Total Due:      $2.70
Total Tendered: $2.70
Change Amt:     $0.00

NO PYMT ON APPEAL


A fee of $53.00 will be assessed on
any returned check.
```

08-1399