IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

---

Claim Number 03-105
Category III
Claimant: Barbara Freeman, #105776
Address of Claimant: DWCF, P.O. Box 392005, Denver, CO 80239

---

## ORDER OF SPECIAL MASTER

    THIS MATTER comes before the Special Master on the motion of Claimant. In her motion, Claimant requests assistance from the Court. She is requesting medical care and equipment.

    Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. A hearing was held at the DWCF on November 18, 2005. Then-Special Master Pringle ruled that Claimant was mobility impaired, but that she did not have a vision impairment. Special Master Pringle did not find that Claimant had been discriminated against in violation of the ADA on or before August 27, 2003. In the final order dated December 15, 2005, Special Master Pringle dismissed the claim.

    Judge Kane has ruled that claimants may not file *pro se* motions dealing with systemic issues. He has ruled also that claimants may not file *pro se* motions seeking personal relief, except to the extent that a final order of a special master was not being complied with by Defendants. In this case, the claim of Claimant was dismissed and there is no jurisdiction over the motion.

    IT IS HEREBY ORDERED that the motion of Claimant is dismissed for lack of jurisdiction; and

    IT IS FURTHER ORDERED that a copy of Claimant's motion will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before May 29, 2012.**

SIGNED this 12th day of March, 2012.

BY THE COURT:

/s/ Richard M. Borchers

_____

Richard M. Borchers
Special Master