**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK
JESSE (JESUS) MONTEZ, et al.,
Plaintiff, (S).

v.

JOHN HICKENLOOPER, et al.,
Defendant.(S).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 20 2012

GREGORY C. LANGHAM
CLERK

## CONTEMPT OF COURT

COMES NOW; KEVIN MARK BRETZ, IN A PRO SE FORM, FILES THE ABOVE ACTION ON RULE 70 OF CONTEMPT OF COURT AND DOES SEEK DAMAGES FOR PERSONAL PROPERT TAKEN BY SAID STAFF OF CDOC ie; Lt. ERIC HOFFMAN THE ACTING UNIT SUPERVISIOR AND C/O ROVARD WHO IN FACT DISTROYED (14) PHOTOS/PICTURES.

1. BOTH THESE STAFF WERE ADVISED OF SAID ORDER FROM JUDGE RICHARD M. BORCHERS AND IN AS MUCH LAUGHED AND STATED WE GO BY THE AR's NOT SOME COURT ORDER. THEY ASKED TO BE ORDERED TO COURT AND TAUTED THE ISSUE AS NO AUTHORITY. COURT ORDERS MEAN ZERO AT STERLING, A STATEMENT FROM Lt. ERIC HOFFMAN.

(1)

CONT: ON 02-25-12 JUST AFTER MY RETURN TO STERLING CORR. FACILITY AFTER A HEART ATTACK. C/O ROVARD AND C/O NAVAREZ WENT TO MY CELL AND CONDUCTED A SEARCH.

2. UPON LEAVING MY CELL A SHAMBLE, C/O ROVAR HAD TAKEN MULTI PERSONAL PROPERTY. THIS PROPERTY WAS (14) PHOTOS/PICTURES. TO ENCLUDE PHOTOS OF MY COUSIN ROGER KNEELING NEXT TO 5 CUSTOM MOTORCYCLES HE BUILT. THE OTHERS WERE A JAPANESE LADY FRIEND OF MINE IN BIKINI'S AND LACE/SILK WEAR.

3. C/O ROVARD SAID HIS AR's RULE HIS CONDUCT, SO HE TORE THEM UP AND TOSSED ALL 14 IN THE TRASH. TELLING ME <u>SCREW YOUR COURT ORDER, YOUR JUDGE IS NOT HERE NOW TO PROTECT YOUR PROPERTY IS HE</u>. THEN I WAS ORDERED TO LEAVE THE OFFICE AND TAKE HIM TO COURT.

4. AT THAT POINT Lt. HOFFMAN STATED, YA BRETZ TAKE ME TO COURT ALSO, SO I CAN HOW TOUGH YOUR JUDGE IS. HE MUST NOT BE TOO TOUGH WE TORE YOUR PICTURES UP AND HIS COURT ORDER NEVER HELP YOU TO STOP US MUCH, DID IT?

(2)

CONT; PLAINTIFF FILED FOR AN ORDER TO SECURE ANY AND ALL PERSONAL PROPERTY PENDING REVIEW FOR <u>RETELIATION</u> BY CDOC STAFF. PLAINTIFF HAD HIS CELL TORN APART (5) TIMES IN (3) WEEKS BY THE SAME STAFF.

5. THE PLAINTIFF WAS IN THE HONOR POD (i-Pod) UNIT 3-C-103 CELL. THE NIGHT BE-FOR MY REMOVAL, THE ORDER WAS GRANTED AND SERVED. AT 06:30 hrs. I WAS REMOVED BY C/O (VOLANOS or VALONAS) AND CAPT. VORWALD.

6. THE PLAINTIFF VIOLATED, NOR WAS EVER WRITTEN A REPORT TO LEGALLY REMOVE HIM FROM THIS HONOR POD.

7. THE PLAINTIFF IS SEEKING DAMAGES NOW AND AN ORDER TO GRANT PLAINTIFF ACCESS TO DVD PLAYERS AND PLAY STATION GAMES HE AND OTHERS DONATED TO FUND PURCHASE OF SAID GAMES, BUT NOW REMOVED FROM POD.

8. THE PLAINTIFF WILL SEE DAMAGES FOR 14 PICTURES THAT WERE MALICIOUSLY AND DELIBERATELY TORN UP BY C/O ROVARD. I WILL ALSO SEEK PUNITIVE DAMAGES FOR RETELIATION BY SAID STAFF.

(3)

CONT;

9. RULE 70 OF CONTEMPT IS VERY CLEAR, THE RULES OF THE LAW APPLY TO THE ABUSIVE CONDUCT AND ACTIONS OF THESE STAFF MEMBERS SINCE JULY 27TH 2011 TO DATE.

10. PLAINTIFF WAS (RFP) ARRESSED ON 02/29/12 BY UNIT STAFF AND (Lt.) AND PUT IN SEG WITHOUT ANY LEGAL MATERIAL TO FURTHER HIS CASE ACTION.

11. R.F.P. MEANS REMOVED FROM POPULATION, ANYONE CAN BE PLACED ON RFP FOR (10) DAYS THEN IF NO REPORT IS WRITTEN OR HEARING HELD HE/SHE MUST BE RELEASED.

12. PLAINTIFF IS WRITING THIS MOTION ON 03/19/12 FROM SEG UNIT 5 A POD 1-5 CELL. HE TO THIS TIME AND DAY HAS RECEIVED NO FORMAL WRITE UP OR CHARGES, NOR HEARING HELD.

13. THE CONTEMPT LEVEL AND ABUSE OF RETALIATION IS SO EXTREMELY HIGH HERE, A HEARING TO RESOLVE SAID ABUSE MUST BE HEARD TO STOP THE ACTION OF STAFF AND SET A LEVEL OF COURT AUTHORITY HERE TO SHOW THEM THIS WILL NOT BE TOLLARATED.

CONT; 14. PLAINTIFF RESPECTFULLY REQUESTS A FORMAL HEARING TO RESOLVE AND AWARD DAMAGES FOR PERSONAL PROPERTY & HOLD SAID STAFF IN CONTEMPT/OBSTRUCTION LAWS THEY SEEM TO MEAN NOTHING TO THEM.

15. PLAINTIFF WILL SEEK ACTUAL DAMAGES OF $300.00 FOR 9 PHOTO'S AND 5 CUSTOM PICTURES DESIGNED AND CUSTOM MADE AT A PRINT SHOP FOR SHOW QUALITY DISPLAY.

16. PLAINTIFF WILL SEEK THE RETURN OF HIS 3 BOOKS, PHOTO'S OF WIFE (DECEASED) & TOTAL. AS WELL AS MISC. PROPERTY. PLAINTIFF WILL YEILD THE 35 ADULT PHOTOS AND WILL SEND THEM OUT OF FACILITY.

17. PLAINTIFF WILL SEEK PUNITIVE DAMAGES OF $10,000.00 FROM ABUSIVE CONDUCT AND CLEAR VIOLATIONS OF MY PROTECTED CONSTITUTIONAL RIGHTS.

18. PLAINTIFF WILL ALSO SEEK AN ORDER TO GRANT ME ACCESS TO D.V.D. MOVIES, PLAYERS PLAY STATION GAMES IN WHICH HE HELPPED TO BUY FOR SAID (i-Pod) THAT C/O VALONOS AND CAPT. VOR- -WALD REMOVED HIM FROM THE MORNING AFTER YOUR ORDER WAS SERVED.

(5)

CONT; 19. WHEREFORE IN CLOSING, PLAINTIFF PRAYS THIS COURT TAKE ACTION TO PREVENT ANY FURTHER RETALIATION AGAINST MONTEZ CLAIMANTS AND COURT ORDER VIOLATIONS. CDOC SEEM TO BE--LIEVE THEIR ABOVE THE LAW AND DO NOT HAVE TO FOLLOW COURT ORDERS. PLAINTIFF CONTINUES TO SUFFER LIBERTY INTERESTS AND MEDICAL ABUSES FROM DIRECT MEMBERS OF COLORADO DEPARTMENT OF CORRECTIONS AT STERLING.

DATED 03-14-12.

RESPECTFULLY

Kevin Mark Bretz

CERTIFICATION OF MAILING

I KEVIN MARK BRETZ, DO HEREBY SEAR UNDER OATH, THAT I PLACED THIS MOTION AND ONE COPY TO THE ATTORNEY GENERALS OFFICE FOR THEIR VIEWING. THIS ORIGINAL SENT TO COURTS AND COPY TO ATTORNEY GENERAL IN THE U.S.P.S. ON 03/  /12.

JUDGE JOHN KANE JR.
901 19TH ST.,
DENVER, CO. 80294

COLORADO ATTORNEY GENERAL
CDOC DIVISION
1525 SHERMAN ST., 5th Fl.
DENVER, CO. 80203