92-cv-00870-JLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 27 2012

GREGORY C. LANGHAM
CLERK

Judge, John Kane
U.S. District Court
U.S. Courthouse, Rm A105
901 19th Street
Denver, Co 80294

Dear Judge,

    I am writing to you, because I have never received an answer from class counsel, or anyone from their office.

    And because the Remedial Plan, page 31, under miscellaneous provisions. Clearly tells the parties who have unresolved issued to contact you. My issue is that ever since I been a part of Montez et. al., class counsel has never responded to my letters regarding disability claims.

    Since my first joining Montez et al., I have always had hearing problems. Well last year I was finally seen by a medical professional, who took test. And determined I had both hearing problems in both ears, but I was only given one hearing aid., or fitted for one. When I was called to medical to pick up the hearing aid, I was told i had to sign a contract. Making me responsible for any and all cost, regarding accidental breaking or damages to the hearing aid or repair. After reading the Americans Disability Act of 1990 and all its section. I can find no where I must be responsible as a prisoner, or as an incarcerated person must i pay for my own medical care or treatment as an indigent person. I wrote to class counsel Paula Greisen Office, but never have received any kind of answer. So I decided to write to you, and hope you can resolve whether I must sign any contract before I can received my hearing aid.

    Also, I have sent papers applying fore Disability verification, and still have not received any kind of response from Colorado DOC main office. And I filed a grievance regarding this issue, (M-SF11/12-00013729) in which was such a bias response regarding my hearing. And that I did not have any relief for my disability claims. According to the Remedial Plan, I should be moved to a cell with Strobe light or alarm, if I can't hear the alarm, that does me no good. But I could see the strobe light, and respond accordingly. If I can get copies of the grievance, I will send a copy so you could see the response from Julia Russell and how bias it is., towards diabled prisoners.

    I would like to mention also, that I have received write-ups, because I couldn't hear when programs were called. And constant threat's because I didn't hear a certain announcement over the innercom or speaker in the unit. For these reason I believe I am being discriminated against, cause I can't hear. That is why I am writing to you and to make you aware of my problems. And hope you can direct or help in this matter.

March 28, 2012
(Claim No. 03-377)

Respectfully

Ronald Cordova

Ronald Cordova, 57350
SCF    Unit 3-B-1-9
P.O.Box 6000
Sterling, Co 80751

Exhibit T 13729

Grievance No. M-SF11/12-00013729

DC Form 850-04A (07/15/11) 14/20

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Ronald McDonald    Doc #: 573890

Grievance number (complete for Steps 2 and 3, only): 12-00013729-1

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** Discrimination in violation of the American Disability Act of 1990 (42 USC § 12101 et-seq.)

Step I responder Vicki Benson or Amy Cosner, did not read the grievance, otherwise you cannot say, I did not support the grievance with evidence. Its clear that I stated, that I could not hear anything and that was the reason, plus staff C/O Mareno failed to tell me the truth, after I talked with her three times asking if Programs had been called, My celly is a witnesses to this. Alos, The response to Step I, has been defaulted, because AR 850-4 procedure were not followed, Case-manager Deisen must sign the time and date when I turned the grievance in. 850-4 E. Procedure Requirements (3) Clearly states: "#3. The case-manager/CPO is required to record the date that he/she received the grievance from the offender on the grievance formwhere indicated. The 10th Circuit has already made it clear failure to follow Grievance procedure, makes the grievance process unavailable.

Because of my hearing lost, and the failure of CDOC staff to prevent discrimination. I made it clear to my teacher Ms. Kay, that I did not go to GED because it was not called according to Ms.Mareno, and I talked with LT. Higgins also that night. Nun would verify or correct the problem. I received a write-up for being with a hearing disability. And I was mislead as to working or having the write-up squashed from record. I agreed to work extra duty. And the incident still went on my record. Lt Wright lied to me and threaten me to hole time without a due process hearing, he called me a idiot over an over, because I could not hear. And for the responder of Step I grievance to say there is "NO" documentation as to my hearing disability She has failed to follow procedure of grievance process by not investigating the facts. It is documented I have hearing problems in both ears. And that I was suppose to get only one hearing aid. I have wrote to Judge Kane regaring the Problem and failure of CDOC to follow the law under ADA of 1990. RELIEF: the same, Moved to a cell or facility where cells have strobe alarms and that Lt Wright be made aware of his conduct, of discriminating against hearing disabilities. And or a proper investigation as to Step I and II be conducted and procedures followed under AR 850-4.

Date: 2-3-2012    Offender Signature: R. Cordova

**Case Manager/CPO Must Complete**    Facility/Unit/Pod/Parole Office/Community Corrections Center:    Step (Circle one) 1  (2)  3

Signature: C. Deiser
Print Name and DOC Employee Id #: C. Deiser #9336    Date received: 2-5-12

Page 1 of 1    Attachment "A"    RECEIVED 2/7/12

---

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

**RECEIPT:** I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date | 02/07/2012 | Grievance Coordinator & ID # | KEISEL, DONNA (9160) |

**RESPONSE**

You stated in your grievance that you missed GED class because you did not hear the announcement to report to class. You requested to be moved to a cell with a strobe alarm, grievance procedures to be followed by staff, and for DOC staff to be counseled regarding discriminatory behavior. After investigating your grievance I found that your hearing was recently evaluated and you were issued a hearing aid at the end of February. However, you have not requested hearing class member status for the ADA Litigation Remedial Plan. Because you are not a class member for hearing disability, you may not claim remedies under the portions of the Remedial Plan that apply to hearing disabled class members. Also, your hearing loss is not severe enough to require assignment to a strobe cell for life-safety purposes.

I found that on 12/19/11 you were locked down for failure to report to GED class and the incident was documented. You stated that you did not hear the announcement in the chow hall for programs and asked CO Mareno whether programs had been called. You stated you received a COPD charge for this incident. I did not find record of a COPD charge or conviction from this incident. Because there was no charge, there is no conviction to be removed from your record.

You stated you were denied access to the grievance process because the case manager did not sign the time and date when your step 1 grievance was turned in. Your step 1 grievance was signed and dated by your case manager and even if it was not, the flaw would not be fatal to the process. You were not denied access to the grievance process. Proper grievance process has been followed.

You stated that Lt. Wright called you names, lied to you, and threatened you with administrative segregation because you are hearing impaired. On 1/24/12 you and three other offenders were stopped coming out of the chow hall before your unit had been called. You told Lt. Wright you did not understand that you needed to follow staff instruction and cursed at Lt. Wright. Consequences you may have faced due to that incident are a result of your behavior, not discrimination by staff.

Your Grievance is denied.

## TO BE COMPLETED BY RESPONDER

| Date | 02/13/2012 | Responder Name & ID # | RUSSELL, JULIE (5821) | Response Date | 03/16/2012 |

Disposition    **Denied**

## TO BE COMPLETED BY OFFENDER