IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-558
Category: Untimely Filed Claim
Claimant: Darrell K. Scott, #154001
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter of Claimant Arnold Clay that is dated March 24, 2012. The letter refers to Darrell K. Scott, and it appears that it was filed with Mr. Scott's concurrence. Claimant Clay requests issuance of a preliminary injunction.

    As detailed in the previous order of March 19, 2012, the Special Master has no jurisdiction over any letter or claim of either Claimant. They may not file *pro se* motions in this case.

    Claimant may contact class counsel for help. Claimant has the right to pursue his own lawsuit under the ADA in this Court. Claimant may not pursue any individual help through Article XXXII or any other section of the Remedial Plan.

    IT IS HEREBY ORDERED that the letter of Arnold Cary which includes Darrell K. Scott, being treated as a *pro se* motion, is dismissed for lack of jurisdiction; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street,

Denver, CO 80294 **on or before June 11, 2012.**

SIGNED this 2nd day of April, 2012.

                                                            BY THE COURT:

                                                            */s/ Richard M. Borchers*
                                                            _____
                                                           Richard M. Borchers
                                                           Special Master