IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

BILL RITTER, et al.

    Defendants.

_____

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

# FINAL ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Special Master on Claimant's letter of March 28, 2012. Claimant is requesting court intervention on his behalf.

Claimant previously filed a claim pursuant to Article XXXII of the Remedial Plan. After a hearing, the claim was denied because Claimant had not established that he was the victim of discrimination prohibited by the ADA and Rehabilitation Act. Since that point in time, Claimant has filed many letters and pleadings. He was advised in an order dated December 3, 2010 that his remedy is to file a new lawsuit dealing with his issues. Judge Kane has ordered that no additional *pro se* motions be filed in this case. A copy of his letter will be sent to class counsel.

IT IS HEREBY ORDERED that the letter of Ronald Cordova, being treated as a new motion, is denied; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 11, 2012.**

SIGNED this 2nd day of April, 2012.

BY THE COURT:

*Richard M. Borchers*

_____
Richard M. Borchers
Special Master