THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Special Master R. Borchers

Civil Action No. 092-cv-0870-JLK

~~JESSE~~ MONTEZ, et. al.,
   Plaintiff,(s),

v.

JOHN HICKENLOOPER, et. al.,
   Defendant.(s),

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 4 2012

GREGORY C. LANGHAM
CLERK

---

## CLAIMANT'S REQUEST FOR TIME ENLARGEMENT TO FILE HEARING ORDER OBJECTION

CLAIMANT: James Rudnick (Without Representation)
CLAIM #: 092-01   category: I
Address: C.D.O.C. prisoner # 106432
         SCF 4-A Box 6000 Sterling, CO 80751

Claimant Rudnick presents his REQUEST FOR TIME ENLARGEMENT TO FILE [COMPLIANCE] HEARING ORDER OBJECTION and states the following reasons for a (1) week TIME ENLARGEMENT.

The Special Master Judge Borchers held a <u>Compliancy Hearing</u> regarding Claimant's Accommodations Order on Feb. 6th 2012. The Court gave the <u>Order of the Special Master</u> on Feb. 13th 2012. Parties had until Apr. 2nd 2012 to file their Objections.

Claimant raised significant issues at the Hearing, and <u>NEW issues have developed</u> that are resultant from both the Hearing and the Special Master's Order, that <u>NOW have CHANGED</u> Claimants accommodation status causing additional harm.

Due to Prison Conditions Claimant's Objection cannot be COPIED until Apr 3rd 2012 at his scheduled Law Library Appointment. Claimants Objection, Motions and attachments are crucial to show the Court HOW the court's order is being turned around and all the new developments (including THREATS and RETALIATION against the Claimant from Defendants).

1.

Claimant believes his Claims and Objections are meritorious and will serve the interests of Justice AND prevent further harm

OF NOTE:
- The SCF facility has had numerous changes going-on where Claimant has been MOVED (5) times in 3 wks
- Changes also involved several facility LOCK-DOWNS and delayed operations where law library access and general facility operations have hindered preparation
- Defendants held an Administration Meeting with Claimant on Mar. 20th 2012 that served to threaten over these Accommodations and the Order
- Prisoner Claimant is carrying a large (Negative) balance and has NO funds to do all the preparation and research without going significantly further into debt.
- *COPIES  The Prison Rules Limit the Number of pages on Motions and Filings to the Court (Restricting Claimants Filing)
- Claimants Chair Accommodation was confiscated by the Defendants forcing Claimant to work in other common areas with interruption and causing pain and suffering using the low chairs and tables.

All of this above has slowed the TIMELINESS of the Filing and caused extreme stress over this ADA matter for Claimant

A TIME ENLARGEMENT is warranted and will be beneficial to all parties — that all facts are necessary to be portrayed in CLEAREST LIGHT and only possible by providing Claimant this opportunity to do so — which will be accomplished as soon as possible.

Claimant faces backlash as he was threatened not to contact the Courts (by the Defendants) at the 3-20-12 Admin Mtg)

Wherefore Claimant Requests this TIME ENLARGEMENT of (1) week to get COPIES and MAIL this Objection.

RESPECTFULLY SUBMITTED this date: 4-2-12

James Redmond

Copy to
Attorney General
Judge John Kane
~~Special Master Borchers~~

2.