# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

      Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

      Defendants.

---

## NOTICE OF CHANGE OF ADDRESS

---

Please take note that the address for Lara Marks, co-counsel for Plaintiffs, will be as follows.

        Foster Graham Milstein & Calisher LLP
        360 S. Garfield Street, 6th Floor
        Denver, CO 80209

The telephone number, fax number and e-mail address of counsel will remain the same.

Dated this 5th day of April, 2012.

      By:    /s/ Lara Marks

          Lara Marks
          Foster Graham Milstein & Calisher LLP
          360 S. Garfield Street, 6th Floor
          Denver, CO 80209
          Telephone: (303) 333-9810
          Facsimile: (303) 333-9786
          Email: lmarks@fostergraham.com

          *Co-counsel for Plaintiffs Jesse Montez, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system which will send notification of such filing to the following e-mail addresses to the following:

Elizabeth H. McCann (beth.mccann@state.co.us)

Thomas J. Lyons (lyonst@hallevans.com, emecf@hallevans.com, mandisc@hallevans.com, wilsonm@hallevans.com, witts@hallevans.com)

Edward T. Ramey (eramey@hpgfirm.com)

Brice A. Tondre (briceatondrepc@msn.com)

Castelar M. Garcia (slvlaw@gojade.org)

H. Earl Moyer (mbvlaw@mbv1.net)

Paula Dee Greisen (greisen@kinggreisen.com, mool@kinggreisen.com)

Jennifer Wardner Riddle (riddle@kinggreisen.com, vonbehren@kinggreisen.com)

James Xavier Quinn (james.quinn@state.co.us)

Patricia S. Bellac (psblawfirm@comcast.net)

Blain David Myhre (blainmyhre@gmail.com)

Gillian Dale (daleg@hallevans, gutierrezd@hallevans.com)

Willow Ivana Arnold (willow.arnold@state.co.us, darlene.hill@state.co.us)

Berina Ibrisagic (berina.ibrisagic@state.co.us)

Jennifer Susan Huss (jennifer.huss@state.co.us, kristin.ruiz@state.co.us

Robert Charles Huss (rob.huss@state.co.us, darlene.hill@state.co.us)

Richard M. Borchers (dborchers@legalres.com, scarter@legalres.com)

/s/ Dianna Matsuda
Dianna Matsuda