ORIGINAL

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SPECIAL MASTER JUDGE BORCHERS

Civil Action No. 092-CV-0870 - JLK

JESSE MONTEZ, et. al.,
Plaintiff(s),

v.

JOHN HICKENLOOPER, et. al.,
Defendant(s).

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2012

GREGORY C. LANGHAM
CLERK

---

CLAIMANT'S REQUEST FOR HEARING TRANSCRIPTS

---

CLAIMANT: JAMES RUDNICK
CLAIM #: 092-01    CATAGORY: I
ADDRESS: CDOC PRISONER # 68A32
SCF A-A BOX 6000
STERLING CO, 80751

CLAIMANT RUDNICK presents to this Court his request for LOAN of CD of "Hearing Transcripts" from the COMPLIANCY HEARING held at Sterling Correctional Facility on 2-6-12 and states the following:

Claimant is a prisoner and without aid of Counsel seeking relief pertaining to Compliancy on this Courts 2005 ADA-MONTEZ class Accommodation Order for Rudnick.

The Defendants are represented by Counsel of the State Attorney General's Office and have made claims at this Compliancy Hearing that are now in dispute.

Claimant will require this LOAN of CD of Transcript to process his Objection [attached] as there are now provable discrepancies and misinformation that can be found in this Hearing Transcript.

1.

- This misinformation may have prejudiced Claimant if the Court was swayed in any fashion and the Courts Order affected.

Defendants are now using Claims and this misinformation against Claimant to bully and threaten him with COPD Fraud Charges in a follow-up SCF Administrative Medical Staff Meeting with Claimant

Claimant has a Right to Due Process and will require this LOAN of CD of Transcript to protect that Right and to provide evidence against his accusers

This Hearing and the resultant Order has become now a form of leverage against Claimant where Defendants no longer feel obligated to "timely" Accommodate because the Court is now believing their excuses given at this Hearing — And — have now recently Asked this Court for Award of Attorney Fees against Claimant [wasting the Courts time] for Seeking Compliance.

"Defendants Response to Chair Status" filed 3-26-12

Claimant will demonstrate from this CD of Hearing Transcr. all possible discrepancies, misstatements and material that is wrongly indicated for the interests of justice.

For these reasons — Claimant request an ORDER for LOAN of HEARING TRANSCRIPT (which can be viewed in the Prison Law Library and kept in their possession) for 30 days to prepare his Supplemental Objection (on this Courts Compliancy Hearing Order) due to all the consequences now occurring against him.

2

In addition, pursuant to Haines v Kerner 404 US 519 427 F2d 71 rvrsd + rmd (1971) The Court held that inmate allegations were sufficient to require that he be provided opportunity to offer supporting evidence on his claims.

Respectfully Submitted this date: 4-2-12

James Ruderick

CERTIFICATE OF SERVICE

I certify that I placed a true + correct copy of this Claimant's Request for Hearing Transcripts into the Facility "Prisoner Legal Mail" Notebook per CDOC Prisoner Legal Mail Process, to go into the U.S. Mail, Postage Prepaid and addressed to the following Parties on this date: 4-3-12

James Ruderick

Federal District Court Clerk Rm A-105
901 19th St
Denver CO 80294

Attorney General Office 7th flr
1525 Sherman
Denver CO 80203

Legal Resolution Center
Special Master Borchers Ste 106
7828 Vance Dr
Arvada CO 80003

3