**ORIGINAL**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SPECIAL MASTER R. BORCHERS

Civil Action No. 092-CY-0870- JLK

JESSE MONTEZ, et. al.,

Plaintiff(s),

v.

Defendant(s). JOHN HICKENLOOPER, et. al.,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2012

GREGORY C. LANGHAM
CLERK

---

CLAIMANT'S REQUEST FOR TIME ENLARGEMENT
TO FILE OBJECTION SUPPLEMENT

CLAIMANT: JAMES RUDNICK
CLAIM #: M2-01   CATAGORY: I
ADDRESS: C.D.O.C. @ S.C.F.
PRISONER # 68432
BOX 6000   STERLING, CO. 80751

The Special Master Judge Borchers held a Compliancy Hearing regarding Claimants Accommodations on Feb. 16th 2012.

The Court provided ORDER OF THE SPECIAL MASTER on Feb. 13th 2012 [which Claimant received on Feb. 22, 2012.]

The Order gave Claimant and Defendants until Apr. 2nd 2012 to file an Objection to this Order. Claimant has significant issues to present in an OBJECTION that are meritorious, but he has had several major situation changes interrupting and adding to matters involved in the subject covered, and OBJECTIONS now being raised.

1.

The "interruptions" and "added issues" involved:
(5) In-house prison-cell Transfers
   Numerous Facility Lock-Downs during this period
   Limited Access to Facility Law Library Services
   Extreme Lack of Funds - perpetual 0 $ balance
   Prison Job changes
   Threats and Attacks by Medical Admin. Staff
   Confiscation of Chair/Stool (In-cell) Accommodation

Claimant believes a TIME ENLARGEMENT is warranted and will serve the interests of Justice and be beneficial to all parties. That all the facts are necessary to be portrayed in CLEAREST LIGHT and only possible by providing Claimant Opportunity to do so.

A Request has been made for Court Ordered provision of a COPY of the CD-transcript made during the HEARING (on 2-6-12) and will take TIME to be ORDERED, MAILED, and REVIEWED before a complete Objection may be presented.

Defendants have begun NEW series of problems for Claimant based on the Court's Latest Order and matter is still undergoing backlash in other Accommodations.

Wherefore, Claimant Requests a TIME ENLARGEMENT of 30 days AFTER receipt of the CD-of-transcript to File his Amended Objection

RESPECTFULLY SUBMITTED this date = 3-31-12

James Rudnick
James Rudnick
CDOC prisoner #65A32
SCF 4-A Box 6000
Sterling, CO 80751

Copies to:
1. Judge Kane
2. Special Master R. Borchers
3. Attorney General Office