**COPY**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SPECIAL MASTER R. BORCHERS

Civil Action No. 092-CV-0870 JLK

JESSE MONTEZ, et. al.,
    Plaintiff(s),

v.

JOHN HICKENLOOPER, et. al.,
    Defendant(s),

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 05 2012

GREGORY C. LANGHAM
    CLERK

---

CLAIMANT'S OBJECTION TO COMPLIANCY HEARING ORDER

---

CLAIMANT: JAMES RUDNICK
CLAIM #: 092-01     CATAGORY: I
ADDRESS: C.D.O.C. @ S.C.F.
    PRISONER # 102432
    BOX 6000     STERLING, CO 80751

1. This Special Master, Judge Richard M. Borchers issued an Order following a Compliancy Hearing held on Feb. 16th 2012, on which Claimant now states his Objection in part...
[supplement to follow pending review of Hearing transcripts]

2. This Matter dealt solely with FOOTWEAR Accommodation not being provided this Claimant and the problems associated with Defendant's Limited ability to provide.

3. The Judge specifically stated the Hearing would not cover other subissues or "systemic issues"

4. Claimant was NOT represented by Counsel, and, Defendant's were represented by Assistant Attorney General Jacquelynn Fredricks

1.

REQUEST FOR HEARING TRANSCRIPTS- ATTACHED

5. Claimant REQUESTS a <u>Copy of the CD-TRANSCRIPT</u> to fully process his Objection as there are Numerous discrepancies and misinformation Used in the Order of Special Master that served to <u>prejudice</u> against This Claimant <sup>That are</sup> - Now relevent — as this ORDER has opened-the-door for the Defendants <u>to use to</u> mishandle and bully Claimant, and NOW THREATEN with Fraud <sup>charges</sup> Under the C.D.O.C. Code of Penal Discipline (COPD)

6. Further, Defendants have used the Order to Threaten Claimant against <u>further contact with the Court</u> on any ADA Compliancy Issues.    SEE EXHIBIT <u>Claimants Declaration</u>

7. Two Defendant's made several FALSE claims during the compliancy hearing that Claimant believes, was sufficient to bias the Courts decision and cause a false belief that, because... well... they're trying... (however inept) they are still within the "letter and spirit" of the final order from 2005.

8. This is the MAIN REASON for Claimants "direct informing" of the COURT (who made the order) = that Defendants are, in essence, "FAKE-TRYING" and <u>NOT comprehending</u> the most simple concept → providing BOOTS THAT FIT <u>and</u>, the NEED to HELP Claimant <u>PROTECT</u> his accommodation with <del>Reasonable and Obvious Need</del> Accommodations, Once Proper Fit Boots are provided him. (It is Not serving any purpose to allow this <del>SYSTEMIC</del> ineptitude to Continue)

2

9. The Court's 2-13-12 Order makes (9) statements of fact to show that the "evidence presented at the hearing set forth a picture that was different than that set forth in written pleadings" [Line 1+2 pg 7]

10. Claimant Objects to some FACTS stated by the Order =
   ⊛ The FIRST fact -- "Foot size" -- is a KEY ISSUE because a basic foot-machine "MEASUREMENT" does NOT give an Accurate complete foot Area or Size Needed in the "TOE area".
   1) The Wider the Shoe Width – the Sloppier the FIT which does NOT necessarily create a wider TOE AREA
   2) The Boots "offered" by Defendants are LIMITED by their LIMITED SOURCE, and, all models offered were NARROW & tight fitting – In the Toe AREA or basically --- "POINTY TOED" (unless 5 E width)
   3) Claimant has Obviously REJECTED such offerings that DON'T FIT and has gone to Extra effort to EXPLAIN and DEMONSTRATE the SIZING ISSUES.
   4) Physical Boot "SIZE" does not always correspond to a standard uniform Manufacturer's size listed on Label.

11. Claimant should NOT be punished or ridiculed by Defendants over Manufacturer OR Generic foot measuring Equipment that FAILS to account for Claimant's Foot shape

what does
width
As MEASURED  - vs -  ACTUAL boot shape
Narrow heel

NARROW
WIDE

Boots offered all seem to be POINTED - at the TOE area Narrowing Right After the Widest Point

[ CLAIMANT does Not have POINTY TOED FEET ]

12. Claimant's FOOT Shape and Boot Sizing Issue has NOT changed from the picture(s) presented at the HEARING or PLEADINGS. And he has Sworn that his Pleadings and facts presented are TRUE.

3.

13. This Order's Third and Fourth facts contradict and alter what is appropriate description of the Boots presented or offered. [pg 7 Lines 4-7]

- ⊙ "specially Made" - and "custom-made" are both FALSE descriptions of product that is simply an off-the-shelf item provided HANGER Prosthetic Co.

1) It is only Special in that it is NOT a D.O.C. state-issue boot and given an inflated price.

2) A size E or wider size does not make a boot "specially made or custom"

3) None of these offerings were "Specially" or "Custom Made" to fit "Claimants" feet. (by some boot manufacturer)

14. The Fifth fact in this Order wrongly states that "Claimant had comfortable and appropriate footwear from 2005-2010" ..."boots... secured "off the shelf" at the Laundry at LCF "

- ⊙ Documents on Record with the Court will indicate that in this Case Claimant was given few options and "settled" for Laundry boots which quickly wore out.

1) After 3rd pair of "Laundry boots", the LCF Medical Dept. recognized that the state Issue Boots were NOT suitable and later Ordered WIDE boots through MOBILITY UNLIMITED size 13 (3E or 5E) SEAL-TEK

2) These Seal Tek Boots served until 2009 when they broke down internally due to the Wet Environment and hard use in Claimants Kitchen and Other Jobs.

3) Claimant NOTIFIED Defendants in 2009 of Need for REPLACEMENT but this did NOT occur until 2011 After all the efforts [pointed out to the Special Master in 2010-2012]

4

15. The Court in its Sixth fact states "Claimant is ... demanding ... boots that are comfortable" [pg 7 LN 7-8] Claimant Objects:

- THE REAL ISSUE is "Boots that FIT" —
  1) "Comfort" comes from lack of pain of "ill-fitting Accommodation
  2) "FIT" means proper support of Entire foot and Ankle, and includes providing SUFFICIENT room for toe Area.

16. Claimant Objects to Seventh fact stated by the Court which merely, concludes that "efforts have been made by DOC staff to secure footwear that fits Claimant" see pg 11

- This statement has been taken by the Defendants to now "feel vindicated" and empowered to attack the Evidence and statements presented by Claimant as LIES and FRAUD — and — to continue to bully and berate Claimants actual Medical Need for Accommodation. see Claimants Declaration

  1) An Administrative Staff Meeting was held 3-20-12 where staff AIC, Lt. B. Scott not only made false accusations of Claimant lying and Fraud but that "Fraud Charges" were pending and Threats made against any further contact with the Court.

  2) The Accusations continued, blaming Claimant for his own problems and that it is because he REFUSES everything they offer (shoes that DON'T FIT)

  3) Claimant was BLAMED for REFUSING the Boots offered on 2-23-12 (by Hanger) and again a Month later with some new boots .... That REFUSING FOUR TIMES is unreasonable and perpetrating a FRAUD

  4) Lt. B. Scott further dictated how she was going to write-up the CDPD FRAUD Charges and Force Claimant to LIVE-WITH the Now worn-out SEAL TEK Boots because "He damaged them himself - by not asking for Rubber Boots and being hard-on boots"

5

5) Lt. B. Scott then HELD UP some NEW boots Accusing Claimant of REFUSING these too — Admitting that she had HELD-ON-TO-THEM for a month...to see IF they would be "Accepted".

a) Claimant was NEVER TOLD that they had COME IN.

b) These were boots sent back when HANGER presented them (on 2-23-12) to: (1) STRETCH the TOE-AREA and (2) to put-in NEW orthotic pads. These boots were supposed to have been MAILED to SCF when completed (for FITTING)

c) Claimant did NOT reject these boots

d) Lt. B. Scott threatened Claimant IF he didn't "Accept them" Right now, this would be added on to the FRAUD charges.

e) Claimant did TRY them on and Accepted — on a "trial-period" (based on Lt. B. Scott "conditions") sub, that he was to NOTIFY Medical Dept. IF any problems of FIT occur — that he would have to go-back to wearing the worn-out SEAL-TEK boots — and that NO MORE boots will be ordered.

f) Lt. Scott Again used threat of "Direct Order from the Assistant Warden" not to go through the Court on this matter. — that he wanted Claimant to know this. They read the courts Order Interpreting: Lines 1+2 (pg 8)"... Should be resolved @ SCF ..." as: "... he cannot go to the Courts on this matter;"

g) One staff (Med. officer) presented that it was their belief that Claimant was "SEEKING PERFECTION" and that "You should 'just accept that it's not gonna happen". A Complete misinterpretation of the Medical Condition and facts on record. [A perfect example of wrong people making critical medical decisions]

6.

h) The same Lt. B. Scott accused Claimant of Lying to the Court at the Compliancy Hearing and that this too would be wrote-up in the COPD-FRAUD charge. — Claimant only stated the TRUTH —

17. ☐ [ DUE TO THIS ONGOING HOSTILITY and AGENDA TO DISCREDIT and PUNISH CLAIMANT over this (and other) ADA-MONTEZ Accommodation Matters, Claimant will require a Copy of the CD-transcript of the COMPLIANCY HEARING of Feb. 6th 2012 and an Ammended Objection will be filed to this Court, based on the findings and evidence therein.

18. The Above also covers the Eighth fact given in the Court Order — that new boots "should be provided" by end of February — but Claimant objects to:
　　1) Fact that Defendants concealed boots for over a month — then blamed Claimant for not Accepting them.
　　　　— that they were NOT 'offered' until 3-20-12
　　　　— that Claimant was then bullied to ACCEPT, or face COPD charges and no more boots offered.
　　2) Fact that Defendants Failed to provide as promised at the Hearing and as the Order suggests
　　3) Fact that boots were NOT "being MADE" or sized until AFTER Feb. 23rd 'FITTING' — This fact was Falsely presented — will Locate on CD-of transcript —

19. The Ninth fact presented is objected only in part in that Claimant has had several jobs in past 3 years — but it was the Kitchen and janitor jobs that involved "wet environment" Harming the boots
　　◉ Defendants... INSTEAD of providing Rubber Boots... Claim there is a STANDING ORDER for Claimant Not to work in a Wet Environment.

7.

1) Being that Claimant is still a Janitor and works in / with water environment,

2) that Naturally, feet perspire, and that there are RAIN STORMS that he or others cannot control,

3) that Claimant is still Forced-volunteered to work in the Kitchen during FACILITY LOCK-DOWNS

20. All of this is Wrongly being treated as CRIMES of intent to destroy these boots because there is this "Standing Order". Defendants have now suggested..." You can buy tennis shoes at the Prison canteen systems" [He cannot]

21. Do the Court has Reasonably stated - Providing Rubber boots for use in these short-term operations is Justifiable ( --- the Defendants "Standing Order" is Not), This "Order" may now prevent Job opportunities and serves to Prejudice Claimant and possibly expose him to COPD charges, as well as, to ridicule from staff and others.

22. The facts presented here demonstrate that this Claimant has been prejudiced and that the Defendants have NOT complied with the "letter and spirit" of the final Order, And they have taken this New Order as Reason to Bully and Threaten Claimant ... that this Order has somehow become a GREEN LIGHT to "FAKE-TRY" with "partial" Accommodations- then blame the Claimant ... so that it's his fault he cannot be Accommodated. And this Conclusion gets based on the Attitudes and bias of "Non-experts" pushing an agenda and conspiring to NOT "comply or provide" what should be (for them) obvious and reasonable Medical Care and Accommodations.

23. The Order, somehow, revealed that the Defendants' "Busuocracy" is the treatment, and, the seemingly obvious, is beyond the comprehension of those in charge of making the actual Medical Decisions (or providing such Accommodations) that would truly be a Meaningful Remedy.

24. That "follow-up" and standard care procedure in Medical matters is Not their job. And at all times, blame the problem on the prisoner first,

That if their conduct is ever called to question – LIE because you can't ever believe prisoners anyway Right?

25. Claimant's Accommodations was Never about special High Dollar Boots and he has only been Seeking just what the Court Originally Ordered : Boots that Fit.

26. If the Defendants want to get it wrong over and over and it COSTS $20,000⁰⁰, that's for their Administration to cut-out the bad Apples. — Not to blame or Attack the prisoner for their incompetence.

27. The Court's Order on Compliance still Leaves Open the matter of Defendants' perjury which appears related to an Ongoing Conspiracy to TAKE AWAY or to Dismantle the Court's Original Order from 2005, Because they "feel" Claimant doesn't Need or deserve these Special Accommodations, And, that their Non-specialist and Uneducated personal beliefs should carry some Weight over a prisoner's health needs, despite the obvious facts that support his claims (that he it appears)

9.

28. The latest RESPONSE from this Defendant's certainly demonstrates that they have been scaling up their efforts to WORK AGAINST what Claimant needs, or what this Court Ordered (from 2005). [Motion on this to follow]
   [Defendants Response to Chair Status filed 3-26-12]

29. Claimant feels he is OUT of options with these Defendants. The Courts statement (pg 8 Lines 1-2) that the "footwear issue should be resolved between Claimant and staff at SCF..." and..."It is not an issue that should require Court supervision"—— says a lot.

30. It would be NICE if this was possible — and there is plenty of material to demonstrate (or, that has already been presented) that Claimant has tried to resolve through the SCF and other D.O.C. staff at multiple-levels and channels.

31. Attached are the following Exhibits of Claimant efforts:
   1  Sept. 28th 2011  Correspondence to A.D.A Coordinator
   2  12-2-11 Property Disposition Form
   3  Grievance # D-SF 10/11-143   Step I-III w/ Attachments
   4  Affidavit (dated 2-14-12) of James Rudnick

32. Claimant has also tried to be TRANSFER out of this "designated facility" and its staff and changing Restrictions
   5) Offender Request to Opt-Out ....

33. Further, Claimant has tried to get Defendants to STOP with their Opinionated and irrelevant COMMENTARY on the Accommodation Resolution:
   6) Offender Refusal of Accommodation  (7-19-11)

10,

34. Claimant has also presented proof of their own Approvals for Tennis Shoes:

   7) Accommodation (Yellow) Sheet    (9-19-11)

   * 8) Medical Records (dated 1-31-96, 2-9-96, 5-20-96, and 6-20-96) for podiatry foot problems

   * [previously sent to Special Master]

35. There is a long-standing precedence established by the C.D.O.C. Medical people for providing Shoes for Claimant (and many other similarly situated prisoners), And, that it is the Defendants who are put in positions of power and presuming to 'know better' what the needs are of this Claimant [without looking at the problems of the products offered] or the Actual medical issues of Claimant.

36. Defendants have NOT X-rayed Defendants feet or made plastic foot models to design CUSTOM shoes or contracted to make Special-sized Shoes. (IF needed)

37. Defendants continue to stand on a belief and bias that their products and people can't be wrong. That it is the Claimant who must FIT his feet into the limitations of their offerings. - or - go without ... because "he's being difficult and unreasonable" [claimed in Admin. Hrg. @ SCF 3-20-12]

38. The providing of Shoes that FIT is a necessity and duty of Defendants To accomplish whether by the C.D.O.C., Medical Dept. or Court Order.

11.

39, Because of this Order (of 2-13-12) the Defendants have no obligation to EVEN SEEK OUT what the real problem is, with getting BOOTS that FIT.

40, Defendants have NOT taken Claimant to a Podiatrist to extensively Measure his feet, the HEEL and TOE Areas the width, thickness and Ankle fit physically needed.

41, Defendants have not "made boots" to size on this Level Nor made an Effort to FIND Boots or alternative suppliers that might have the right FIT? Defendants have taken prisoners to "Boot Stores" in the past, but now claim they never did this.

42, Claimant confidently believes the Defendants have fallen way short of this Courts 2005 Order and that it has taken on a new dimension.

43, Claimant Objects to the New Order (2-13-12) in that it has allowed the Defendants to dupe the Courts "spirit of the Order", delay and deny Accommodations, blame the Claimant for 'his problems' & threaten, and berate Claimant and his Medical Needs -- Since, the New Order serves to pat-them-on-the-back because 'they made some efforts' and claims that 'it will (someday) be provided'... meanwhile Claimant still awaits Meaningful remedy for FIT, and Protection of, and Alternates to, this "Boots that FIT HIS FEET" 2005 Order.

44. Because Claimant does not have the <u>Hearing CD</u> of Transcript of this 2-6-12 Compliancy Hearing, this "Objection" is only given in part and a supplemental objection shall follow a review of this CD.

45. Wherefore, Claimant makes his Objection (in part) to the portions of this Courts 2-13-12 Order as listed above and as supported by the facts and evidence given (that is currently available to him) And that shall be further supported by the material found on this CD transcript.

46. Claimant Objects to finding Defendants in Compliance and seeks all due relief as the Court deems proper.

  — Some objections were merely to correct this mis-information that may have prejudiced claimant or input bias on this Order
  — Some objections are to the consequences... now being acted-out against Claimant

47. Claimant also seeks a Cease and Desist – Restraining Order and Separation Order against the Defendant Parties who have demonstrated threats and fraud with intent to coerce or harm Claimant.
  — Names to follow review of new material and CD transcript.

48. — Claimant objects to Defendants Lack of Follow-up on their "provisions offered" as these products repeatedly have FIT problems not being addressed or recognized,

13.

... After the New Accommodation has been provided.

49. Claimant Objects to the current "system" that once an Accommodation is offered, the Defendants feel NO Rush to examine WHY the accommodation is NOT working, instead ignore Claimants Kites and months go by forcing Claimant to use ill-fitting Equipment. There is no effort to FIX or Adjust what is provided in TIMELY MANNER (if at all) which is why Claimant Addresses this Court directly

50. In Conclusion, Claimant Requests this Court Review this Objection (and supplement to follow) and FIND the Defendants are NOT in Compliance with the 2005 Order, Neither in Spirit nor intent, + merely making a Veiled showing — that served to dupe the Hearing Court into a belief that this could be resolved through SCF medical. — Defendants are in contempt with

51. the '05 Order in that they have taken it upon themselves to issue ill-fitting items and forcing or coercing this Claimant to 'Accept (as is) or go without' because "the Court says they made efforts in the spirit and intent of the Order" Yet the Order remains unfulfilled and now the Claimant is being bullied to 'put up with wrong-fit (or go-without) and — face Punitive COPD charges as well as, (new) face Restitution and Attorney Fees.

52. The Special Master has an obligation to Ensure that his Accommodation Orders are Accomplished.

14

53. Claimant requests that this Court provide a means to get the Defendants to faithfully and fully comply with the 2005 Court Order to provide Boots that fit his feet and, to provide custom 'proper Medical fit' Orthotics (to work together with the boots)

54. Claimant requests that a Podiatrist is provided to to Xray and Size his feet (toe and heal area), to help find boots that fit, to ensure that the Orthotics are providing the proper fit and support, to work as a sort of liason between Claimant and SCF staff to explain what is needed and to provide 'input to ensure that the accommodation is protected, or other viable alternate shoe wear, to provide TIMELY follow-up care to ensure that the Accommodations are 'serving the medical need' and to prescribe additional "FIXES" if/or when Needed.

55. Claimant requests that this Court issue sanctions against the Defendants for the mishandling, delays, deception, and abuse acted-out against him, and the Courts spirit and intent of the Courts Order; To Ensure that Claimant may seek meaningful remedy without retaliation; That "costs", due to the Defendants mishandling of this ___, are not charged or threatened in punitive retaliation against Claimant; Nor, are Restitution or Attorney Fees Awarded against Claimant seeking Compliance; And that Non-doctors such as H.B Scott or A. Jacobson, or any of the Defendants, or their Representatives, be Silenced in any of their "opinions" used as Medical Accommodation Advice against this Claimant.

15.

56. And, since the 2005 Court Order is Final, the Defendants must stop pushing their 'own designed' ADA-Accommodation MOBILITY TEST as a means to attempt to disprove the permanent Mobility issues under this Court Order Claimant should not have to keep defending why he has the Court Order, and the Accommodations Listed.

57. The Defendants use of Claimant's Medical needs are not to be the "subject" of ridicule and conspiracy to separate these accommodations from him as has been openly demonstrated in the Email records provided this court. Such behavior is intolerable and contemptuous of the Court.

58. Defendants have discriminated AGAINST Claimant due to his "Mobility disability", his Accommodations, and, caused the following damages (beyond that described herein):
   a) Transfered-OUT of "Medium" Facility [BVCC] resulting in LOSS of programs, opportunities, and property & expenses.
   b) Transfer-hold at this "SCF-designated facility" despite signing the CDOC "Opt-out" papers
   c) Refusal to hire Claimant (with mobility ADA issues) in the SCF Industry Furniture shop despite his qualifications and proven abilities
   d) Ongoing attack on Claimant's reputation, treating his pursuit of meaningful remedy and relief as 'bad character' and one to be trusted with contempt ... ie: Complainer, faker, Liar---
   [Evident in these proceedings, and most of the Grievance Responses]

Claimant believes these 58 statements Above are sufficient grounds for support in this Objection and requests the appropriate relief and Actions this Court can provide.

RESPECTFULLY SUBMITTED this date:   4-1-12

James Rudnick

OVER

16.

Due to Copy Limitations — the Order of the Special Master was Not included but may be seen in the Court Record under Case # 092-CV-0870 Document Reedmek Claim # 092-01 (filed Feb. 13th 2012)

## CERTIFICATE OF SERVICE

I certify that I placed a true and correct copy of this Objection and attached exhibits into the facility Prisoner Legal Mail Notebook ( per CDOC Prisoner Legal Mail procedure) to go into the U.S. Mail, Postage Prepaid and addressed to the following Parties this date: A-3-12

James

Federal District Court-Clerk
    901 19th St.   Rm A-105
        DENVER CO    8029A

Attorney General Office
    1525 Sherman   7th flr
    DENVER CO   80203

MOBILITY – SHOES/BOOTS   ISSUE   ONLY

STATE OF COLORADO )
                  ) SS : AFFIDAVIT OF _James Rudrick_
COUNTY OF LOGAN   )            C.D.O.C. # 68032
___13ᵗʰ___ JUDICIAL DISTRICT   address: S.C.F.  Living Unit 3C
                               Box 6000
                               Sterling. CO . 80751

---

## AFFIDAVIT

---

I , Mr. ___James Rudrick___ , being competent to make this affidavit, and having personal knowledge of the matter(s) stated herein, hereby state the following pursuant to 28 U.S.C. §1746 :

1. I am currently imprisoned in the Colorado Department of Corrections at the Sterling Facility in Logan County, @ Unit 3C, Box 6000, Sterling, CO. 80751

2. I am a CLASS MEMBER of the Montez civil action # 92-CV-0870-JLK [claim # 01-092 ] and have a legitimate MOBILITY disability that requires `special footwear` accommodations.

3. My disability was recognized by the Special Master for the U.S. District Court, District of Colorado, from proof already provided in the MONTEZ class action.

4. My specific Medical accommodation need(s) for special footwear consists of: ___Boots that fit my feet___

5. This "designated facility" (S.C.F.) has provided : Size 13 (5E) SEALTEX M 3188 (through "Hanger Prosthetics" Company)

[KEY] _✓_ (a) this accommodation provision is now worn-out and in need of replacement
      _✓_ (b) said provision is incomplete
      ___ (c) this provision is unusable (or wrong) for the following reason(s):
          _✓_ wrong size _✓_ shape ___ type ___ other
          _✓_ hinders my ability to do any job and/or day-to-day activities
          _✓_ footwear fails purpose __to `fit my feet`
          _✓_ causes pain and _instability and rubbing sores_

6. This facility has not provided the following accommodations that I need: ___Boots that properly FIT my feet, Water protection for "Water and Alternate footwear (ie: tennis shoes)___

7. The above is necessary and prescribed and/or recommended by : the SCF facility (water protection) ; the LCF facility (tennis shoes)

1.

8. I have attempted to obtain relief through proper channels and have been unsuccessful because of policies, the C.D.O.C. medical providers, and/or the S.C.F. facility operations practices.   I have NOTIFIED :

✓ SCF staff   ✓ SCF/ADA coordinator   ✓ CDOC Headquarters
✓ SCF Medical Dept.   ___ CDOC Inspector General   ✓ Processed by prison "Grievances"   ___ Attorney General   ✓ others MONTEZ 'Special Master'

9. The above efforts have provided Defendants ample opportunity to resolve these MOBILITY accommodations but instead, responses indicate a "reluctant attitude" to help, or to resolve, and appear to subvert my complaint with blame shifting or bizarre justifications for their mistakes, delays, or denials.

10. It is my assertion that the Defendants have shown a deliberate indifference to my current MOBILITY accommodation need based on the issues raised above.

11. I believe my claims and concerns are relevant, reasonable, and supportable with merit sufficient for judicial review.

Pursuant to 28 USC 817A16, I swear and affirm under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____   2-14-12
name                                    date

ADDITIONAL CONSIDERATION

1. I believe the Defendants must be held accountable for their indifference which serves to punish me simply because I have these accommodation needs

2. That they should recognize these needs and their responsibility to provide these 'reasonable accommodations' for prisoners held in their custody.

3. That the Defendants should be investigated thoroughly to locate and remove any "road blocks" that hinder access to proper and TIMELY accommodations

4. That 'claimants' should be offered available alternatives while WAITING for the proper accommodations and/or 'to supplement given accommodations'.

5. That regular accommodation 'check-ups' appointments should be scheduled.

6. That policies, practices, and coverages should IN-LINE with MONTEZ class member accommodation needs, to eliminate further delays in provisions, and to STOP "untrained/NON-specialists" staff involvement, currently adding unnecessary and unacceptable opinion, or interpretation, that obscures URGENT NEED for the items.

_____   2-14-12
name                                    date

Subscribed and Sworn to   Acknowledged   before me this date: 2-14-12

_____
Jennifer A. Gudleski
NOTARY PUBLIC

Location: SCF - CDOC Correctional Facility
Box 6000.  Sterling, CO, 80751
C: LOGAN COUNTY   13th   Judicial District

My Commission Expires: 6/06/12

My Commission Expires 6/06/2012

*hand* *copy*                                          EXHIBIT

## STERLING CORRECTIONAL FACILITY
SCF Form 850-6C (01/09)

### PROPERTY LIABILITY WAIVER/PROPERTY DISPOSITION FORM

DATE: 12-2-11     OFFENDER NAME: James Rudnick     DOC # 108432

**HAD**

You have received the following item(s): Medical (Black) Shoes

Returned for Donation or disposal

| THROUGH: | CANTEEN ☐ | CHAPLAIN'S OFFICE ☐ | MAIL ☐ |

SENT BY: Medical Accommodation

☐ SCF Property records indicate must be exchanged for one currently in your possession. Please ensure the old item is sent to the Canteen Office with this Disposition of Property form. The Living Unit staff will not distribute the new item until this has been done.

**THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS,** any and all of the staff of the Department of Corrections, and any and all Facilities and Departments connected with the above will not be responsible for damage to, loss and/or theft of any personal article belonging to the noted offender whose signature appears below, after delivery of said item to the offender.

*My signature below releases Sterling Correctional Facility (SCF) from any and all liability that may result from the notching of my shoes/boots/tennis shoes.*

OFFENDER SIGNATURE: _____   DATE RECEIVED: _____

STAFF SIGNATURE: _____   DATE: _____

### READING MATERIAL DISPOSITION FORM

The SCF Reading Material Committee has reviewed the following item and determined the need for partial censorship. Do you wish to have the item altered or disposition in its entirety?

ALTER ☐          DISPOSITION (as indicated below) ☐

OFFENDER SIGNATURE: _____   Date: 12-2-11

### UNAUTHORIZED PROPERTY DISPOSITION FORM

OFFENDER NAME  J. Rudnick          DOC# 108432

*The items of personal property listed below are not authorized at SCF. Disposition and/or mailing instructions must be provided within ten (10) days of the time the property was removed from my possession. If instructions are not received with in the time frame provided the property will be disposed of in accordance with DOC AR 300-6, searches and Contraband Control, and AR 850-6 Offender Property.*

| DESCRIPTION OF ITEM | DISPOSITION | | | | |
| --- | --- | --- | --- | --- | --- |
| | MAIL [ ] | DONATE [ ] | DESTROY [ ] | RETURN [ ] | (1 FOR 1) [ ] |
| Medical (Black) Shoes | [ ] | ☒ | [ ] | [ ] | [ ] |
| Medical Accommodation | [ ] | [ ] | [ ] | [ ] | [ ] |
| Wrong Size – | [ ] | [ ] | [ ] | [ ] | [ ] |
| Medical Don't want them back | [ ] | [ ] | [ ] | [ ] | [ ] |
| | [ ] | [ ] | [ ] | [ ] | [ ] |
| | [ ] | [ ] | [ ] | [ ] | [.] |

*I agree to the disposition of the property listed above. My signature below releases Sterling Correctional Facility (SCF) from any liability that may be incurred.*

OFFENDER SIGNATURE _____   DATE 12-2-11

STAFF SIGNATURE  Currier          DATE 12-2-11



- MEDICAL -                                    EXHIBIT

Sept 28th 2011

James Rednick
SCF 3-C (3-05)
C.DOC # 68432
BOX 6000    S.C.F.
Sterling, CO. 80751

C.A.D.O.C. Headquarters ATC.
RE: A.D.A. Accommodation
    (or) "medically Necessary shoes"

Dear Coordinator,

Acording to our Accommodation Resolution, we are to
NOTIFY CLINICAL SERVICES immediately if our health care
appliance is .... inoperable for any reason.

I received "medically Necessary shoes" (what I signed for)
that are INOPERABLE as they are simply TOO SMALL
and if I continue to wear them, the sides will BUST-OUT.

Yes, I 'just got them (9-8-11) and Yes, I did NOTIFY
CLINICAL SERVICES after TRYING THEM OUT FOR A DAY

Yes, I tried them on @ Medical + (contact SCF LT. B. Scott)

            But- As described and detailed in a NOTICE to both
            Clinical services — ADA Coordinator LT. B. SCOTT,
            and, Federal Magistrate Judge Borchers,
            there were mittigating circumstances for Accepting
            them (so;)—

        I asked about RETURN for exchange policy and
        HAVING Clinical Services contact me for RETURN
        of the shoes UNTIL "HANGER ORTHOTICS" representative
        can bring properly SIZED shoes to REPLACE them.

I have heard nothing from Clinical Services and NOW
am NOTIFYING YOU pursuant to the 'Resolution'.

I do not want to keep NON-USEABLE shoes in my cell (or) be
charged for something that DON'T WORK...

If a "Billing" is Necessary for EXCHANGE, Lets do it.

Right now I need medical shoes that FIT!

Please Let me know what you can do.

Sincerely,

James Rednick

COPY

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-0870 - JLK

JESSE MONTEZ, et. al.,
   Plaintiff, (s)

v.

JOHN HICKENLOOPER, et. al,
   Defendant. (s)

_____

MOTION TO PROVIDE EXHIBITS
_____

Claimant: James Rudnick
Claim #: 092-01    Category: I
Address: CDOC Prisoner # 68432
         SCF 4 A Box 6000 Sterling CO 80751

This matter before the Special Master and District Court
Judge J. KANE relies on the Attached EXHIBITS to process
Claimants Objection before this Court

   Claimant now presents and provides his EXHIBITS
CDOC Grievance D-SF 10/11 - 143        7pgs
CDOC Disability Status                 4pgs
Declaration of Truth                   8pgs

Please process with the Contained Objection in same
mailing.

Respectfully Submitted this date: 4-3-12

                              James Rudnick

*EXHIBIT*

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone:   719.226.4238
Fax:     719.226.4249

Step 3 Grievance Officer

John W. Hickenlooper
Governor

Tom Clements
Executive Director

May 26, 2011

RE: Grievance #D-SF10/11-143

Dear Mr. James Rudnick #68432:

I have reviewed your Step 3 grievance that you filed with regard to footwear.

In review of this matter it is my finding that you have been provided boots by CDOC per your Step 3 grievance. I further find that CDOC is not required to provide you with tennis per your Accommodation Resolution.  You can purchase tennis shoes from canteen.  Based upon the foregoing I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden.  There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied.  This is the final administrative response in this matter and you have exhausted your administrative remedies.

Enclosed please find the following copies of all the materials you provided to me in support of the grievance which you have filed: Step 1 Grievance, Step 2 Grievance, and Step 3 Grievance.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
     grievance file

STEP III

DC FORM 850-04A (12/01/08)

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

2227

**Offender must complete:** Is this grievance related to your disability/diabetes or other ADA matter? Yes ☒ No ☐

**Case manager must complete:** Does the offender have an ADA alert? Yes ☒ No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter? Yes ☒ No ☐
Date received by case manager: 4-12-11   Case Manager: CZH

APR 14 2011

Grievance Number **DSF 10/11-143-3**   STEP (Circle One) 1   2   ③

| NAME JAMES RUDNICK | DOC NO. 68432 | FACILITY/UNIT/POD SCF 3-C |
|---|---|---|

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;   A.D.A. MEDICAL BOOTS   ID 5/29
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;   ;ORDER ENFORCEMENT
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS.

Subject of Grievance and Requested Meaningful Remedy: STEP II response is subverting the matter with fabrication and false information. (#1) "Hanger Orthotics" is NOT SHOE MFR, and NONE are "being made" for me. Off-the-shelf replacements have FINALLY been presented @ SCF and they will be SAME SIZE + TYPE as before. (#2) Size is 5E not 3E (your 'investigation' should have shown this) (#3) I cannot purchase tennis shoes with NO MONEY. (#4) Court Order provision of shoes must include "COMMON SENSE" as explained in Step I + II that when SOAKED I still need something to wear or else the new boots will (Again) get RUINED (soaking and comes from general usage from perspiration) (#5) other ppl are supplied BOTH Boots + Tennis shoes for this REASON (#6) Boots were NOT "serviceable" as investigation should have revealed C.D.O.C. memo Order for REPLACEMENT back in AUGUST '10 (from notification in March '10) (#7) Medical was notified (5*) REMEDY: Due to ADA slow response and subversion here I am suffering harm - SAME RELIEF REQUESTED (AND NEW ISSUE for FED. CT. HEARING)

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| DATE: 4/8/11 | OFFENDER SIGNATURE: _____ |

| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: ADA | |
| DATE: 4/14/11 | SIGNATURE/PRINT NAME & DOC EMPLOYEE/CONTRACT WORKER, OR VOLUNTEER ID # |
| Date ADA grievance sent to AIC: | 4/14/11 |

**RESPONSE**

RECEIVED

APR 14 2011

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME & ID # | RESPONSE DATE: |

| TO BE COMPLETED BY OFFENDER: | |
|---|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | |
| DATE: 6-13-11 | OFFENDER SIGNATURE/PRINT NAME & DOC # _____ 68432 |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

April 8th 2011

To: Step III Respondant

I had a Meeting with Lt. Bernadette Scott (AIC) here @ Sterling facility (on April 7th) and the following issues were discussed with the resolutions pending (see below):

1) ADA Court Ordered Medical Accommodation Boots
   - SCF Medical has received Same Size/Type Replacement boots and they will be issued to me after processing
     * There is an issue with loose fit heel but I will accept them with use of heel cup or such type implant.

2) Rubber Boot - Boot Cover (for wet use)
   - Calls to be made about "Department" to find something"

3) Tennis Shoes -
   - Calls will be made to seek·out Canteen Shoe #9435 [13 (AE)]
     "Alternate use" provision was deemed Reasonable

4) In-Cell Adjustable Chair - Springs wearing out
   - Chair is an old (recycled) Dentist stool that had been modified @ L.C.F. in 2005 for this Accommodation
   - Call to be made to determine if S.C.F. Industries can Repair (or) Replacement located

5) Glasses - Contact Lenses
   - Opthomologist visit (last week) should result in useable State Issue Eyeglasses. (No Contact Lens Rx provided.)
     * Contact Lens issue to be presented @ Federal Court Hrg

6) ADA - (Yellow) - Resolution Sheet
   - Commentary and provisions (not asked for nor appropriate) shall be corrected/changed upon "simply writing a letter" to Opt. Out of them. (according to AIC)
     * Why wasn't this Accomplished by the ADA Grievance?

7) Mail Policy - Conflict with A.R. for Copy·service
   - Mail Room refusal to accept any mail that was once sent·out from the facility will not be allowed back·in. (Even when sent·out for Legal Copying Services) (where only the "original" is sent·back·in)
   - Calls to be made to find·out exact policy information and AR exceptions for Legal Mail re: Due Process/Access Viol.

Submitted with Grievance this date:   4-8-11

                              James Rudnick   c0882

STEP II

DC FORM 850-04A (12/01/08)

APR - 5 2011
APR

## COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Offender must complete: Is this grievance related to your disability/diabetes or other ADA matter?  Yes ☒  No ☐

Case manager must complete:  Does the offender have an ADA alert?  Yes ☑  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter?  Yes ☑  No ☐
Date received by case manager: _3/10/11_   Case Manager: _____

MAR 16 2011

Grievance Number _D-SF 10/11 - 143 - 2_       STEP (Circle One)   1  (2)  3

| NAME  JAMES RUDNICK | DOC NO.  LOBA37 | FACILITY/UNIT/POD  SCF 3-C |
|---|---|---|
| Instructions: | 1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACES PROVIDED; | ACF10 |
| | 2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;  A.D.A. MEDICAL BOOTS | |
| | 3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;  REPLACEMENT ENFORCEMENT | |
| | 4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSES IN GRIEVANCE PROCESS. | |

Subject of Grievance and Requested Meaningful Remedy: STEP I RESPONSE Fails to address issue of ACCOMMODATION for when the BOOTS are not useable - as described : when soaked-thru . Fails to note that the CDOC Medical Dept "used to supply me my Tennis Shoes" . The Court Order didn't change this nor does it conflict with current situation as I need proper fitting footwear for use at all times -- That includes some Alternative footwear to use when conditions exist as explained

• I cannot "purchase" footwear as I am without the funds.

• The Hanger Orthotics "Boots" are NOT something "being manufactured" as stated and in fact, were items they claimed to have readily available replacements ready to send-out to this facility. (Back in December) . 3 months Ago !

• The CDOC facility DOES have an obligation under Ct Order to provide proper accommodation - EVEN IF Tennis shoes off canteen would serve this order .

• These long delays are unnecessary and causing me undue pain + suffering, an 8th Violation and Fed. Ct. Order Enforcement Violation.

REMEDY = Provide Boots + Shoes As stated in Step I Plus the $10 /mo (since last March '09 )

| | TO BE COMPLETED BY OFFENDER SIGNATURE:  Thank You | |
| DATE: 3-9-11 | OFFENDER SIGNATURE:  James | |
| TO BE COMPLETED BY GRIEVANCE COORDINATOR: | | |
| RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject:  ADA | | |
| DATE: 3/16/11 | SIGNATURE/PRINT NAME & DOC#/EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #  3/16/11 | |
| Date ADA grievance sent to AIC: | 3/16/11 | |
| RESPONSE | | |

## SEE ATTACHED RESPONSE

RECEIVED

MAR 16 2011

Office of Correctional
Legal Services

| TO BE COMPLETED BY RESPONDER: | | |
|---|---|---|
| DATE GRIEVANCE REC'D BY RESPONDER: | RESPONDER-DOC EMPLOYEE, CONTRACT WORKER OR VOLUNTEER SIGNATURE/PRINT NAME & ID #  lawful | RESPONSE DATE:  3-3-4 |
| TO BE COMPLETED BY OFFENDER: | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| DATE: 4/7/11 | OFFENDER SIGNATURE/PRINT NAME & DOC #  LOBA37 | |

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

# STATE OF COLORADO

**DEPARTMENT OF CORRECTIONS**
Director of Prisons
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:     (719)226-4774
Fax:       (719)226-4775
Web:       www.doc.state.co.us



John Hickenlooper
Governor

Tom Clements
Executive Director

## MEMORANDUM

TO:        Offender James Rudnick # 68432

FROM:      Tony Carochi
           Director of Prisons

DATE:      March, 31, 2011

RE:        Step II Grievance – D-SF 10/11-143

I have reviewed your Step I Grievance and the response to that grievance by the office of the AIC dated March 3, 2011 and your Step II Grievance received in my office March 16, 2011.

In researching your grievance, I contacted Warden, Kevin Milyard, and have found the following:

You claim that medical is supposed to supply you with tennis shoes when your boots become unserviceable. You claim that your boots get wet during your job assignment, and you need additional shoes. You claim that your Accommodation Resolution did not change, and medical used to supply you with tennis shoes, and you would like that to continue.

You were sent to Hanger Prosthetics to be measured for shoes in December, 2010. They are currently in the process of making those shoes for you, and as soon as they arrive, they will be issued to you. Your Special Master order does not indicate that you need both boots and tennis shoes, it only shows boots that fit your feet. As you are aware, you currently wear 13EEE, which are not a routine size.

If medical was unable to issue your boots for an extended amount of time, then you would be issued tennis shoes until the boots came in. As this is not the case, nothing can be ordered for you. You may however, purchase your own tennis shoes from Canteen.

As DOC is currently complying with your Special Masters order, which is having your boots made to your specific feet measurements, your request for tennis shoes is denied.

Also, when you arrived at SCF in July 2010, your boots were serviceable, and the condition was documented. If there was a problem at that time, you should have notified the nurse in Intake, so it could have been taken care of within a reasonable amount of time.

Your Step II Grievance is Denied.

TC/rg

Page 1 of 1

RUDNICK   CDOC # 082432                    STEP I

Step I Grievance  D-SF 10/11 - 1A3-1   [FILED 2-4-11]
ADA  MEDICAL BOOTS    REPLACEMENT REQUIREMENT

States as follows:

I have a court order for Medical Boots that NEED "REPLACEMENT"
because they are worn-out, and no longer providing proper FIT
causing foot pain and improper Angled-step. I have been to
SCF Clinical Services 4 times and was taken to Denver last
month for a "boot-sizing" but no replacements have been
provided (Despite C.D.O.C. Memo). Also, since the work I do
(TIER PORTER SHOWER CLEANING) causes my worn boots to get
soaked-through, further damaging the "FIT" and because
this facility readily gives-out TENNISSHOES (of the wide size I need)
for other ADA MONTEZ class members — It is appropriate for SCF
/C.D.O.C. to provide tennis shoes to use to supplement the Medical
Issue boot I need, so that the replacement boots do not wear-out
prematurely.

REMEDY:= Provide replacement Medical boots (and) TENNIS SHOES
         which serve compliance to the existing Federal Court
         Order plus $10 /month in accordance to MONTEZ
         Resolution for the last year  — Thank you

MAR - 4 2011

DC FORM 850-04A (12/01/08)

## 1657 COLORADO DEPARTMENT OF CORRECTIONS OFFENDER GRIEVANCE FORM

Offender must complete: Is this grievance related to your disability/diabetes or other ADA matter?  Yes ☒  No ☐

Case manager must complete:  Does the offender have an ADA alert?  Yes ☒  No ☐
Is the subject related to the offender's disability/diabetic condition or other ADA matter?  Yes ☒  No ☐

FEB - 8 2011

Date received by case manager: _2-7-11_   Case Manager: _C.J. Hughey_

Grievance Number _0-SF 10/11 - 143 1_    STEP (Circle One) ①  2  3

SCF 3C
FACILITY/UNIT/POD

NAME _JAMES RIDNICK_   DOC NO. _68632_

Instructions:
1. FILL OUT IDENTIFYING DATA LEGIBLY IN SPACE PROVIDED;
2. CLEARLY STATE BASIS FOR GRIEVANCE OR GRIEVANCE APPEAL;
3. STATE SPECIFICALLY WHAT REMEDY YOU ARE REQUESTING;
4. ATTACH A COPY OF PRIOR STEP(S) AND RESPONSE IN GRIEVANCE PROCESS.

ADA MEDICAL TEXAS
REPLACEMENT REQUIREMENT

CDOC Respondents Supplied Unreadable "Reduced-Size" Copy

Subject of Grievance and Requested Meaningful Remedy: I have a court order for medical texts that
need "replacement" because they are worn out/and no longer providing
proper fit reducing foot pain and improper "angled gait". I have been to
SCF clinical services 4 times and was taken to Denver last month for a
foot "sizing" but no replacements had been provided (despite C.D.O.C. aware.)
Also - since the work I do (tier porter) show cleaning causes my worn
texts to get soaked-through, further damaging the "fit" + and because
this facility readily gives out tennis shoes for the weak such a need for other
ADA - Montez class members - it is appropriate for SCF /CDOC to provide
tennis shoes to use to supplement the medical issue texts I need,
so that the replacement texts do not wear out prematurely.
Remedy: Provide replacement medical texts [and] tennis shoes paid
[for] compliance to the existing federal court order plus $10 /month in
accordance to Montez Resolution for the grievance.

TO BE COMPLETED BY OFFENDER:
DATE: _2-7-11_   OFFENDER SIGNATURE: _____

TO BE COMPLETED BY GRIEVANCE COORDINATOR:
RECEIPT: I acknowledge receipt this date of a complaint from the above offender in regard to the following subject: _ADA_
DATE: _2/8/11_   SIGNATURE/PRINT NAME OF DOC EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER ID #

Dept ADA grievance sent to AIC: ☐   _2/8/11_
RESPONSE:

## SEE ATTACHED RESPONSE

FEB 0 9 2011

Julie Russell #5823
Office of Legal Services
AIC-ADA Inmate Coordinator   2-11

TO BE COMPLETED BY RESPONDER:
DATE COMPLETED/APPROVED BY: _2/8/11_   RESPONDER SIGNATURE/EMPLOYEE, CONTRACT WORKER, OR VOLUNTEER SIGNATURE/PRINT NAME _14299_   PERSONNEL DATE: _2/18/11_

TO BE COMPLETED BY OFFENDER:
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
DATE: _3/8/11_   OFFENDER SIGNATURE/PRINT NAME & DOC #   _68632 RIDNICK_

Original: Department File/AIC   Copies: Working File, Administrative Head, Offender, Clinical Chart (clinical and ADA only)

Attachment "A"

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4245
Fax:    719.226.4249

Office of ADA Inmate Coordinator (AIC)

Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Response to Step 1 ADA Grievance
From:  Adrienne Jacobson, Legal Assistant, Designee
       Office of the AIC (ADA Inmate Coordinator)
Received Grievance: February 8, 2011
Sent Response: February 23, 2011
Offender Name: RUDNICK, JAMES
DOC No: 68432
Facility: SCF
Grievance No: D-SF1011-143-1

**DISABILITY STATUS:** Per Accommodation Resolution dated July 29, 2010 you were determined by the Special Master TO HAVE a qualifying lower extremity mobility disability and you have been determined NOT TO HAVE a qualifying vision disability.

In the grievance referenced above, you allege the following:
1. That you need replacement boots because your current boots are worn out from wearing them to work where they have gotten wet.
2. That DOC needs to buy tennis shoes for you to wear so that your special boots do not get worn out as quickly.

**Requested Relief/Remedy:**
1a. To received replacement medical boots and tennis shoes from DOC.

Following a thorough investigation into your allegations, I offer the following evidence that was considered in reaching a decision:
1. Your court order did not include the provision of tennis shoes. Tennis shoes are available for offender's to purchase through Canteen and you may purchase tennis shoes if you want them.

2. You were seen by Hanger Orthotics in December and replacement boots are being made. Custom-made boots often take some time to complete but your boots will be sent to your facility as soon as they are ready.

**CONCLUSION:**
This grievance is DENIED in part and GRANTED in part based on the information above. Replacement boots have been ordered and will be delivered to you as soon as they have been manufactured. Tennis shoes were not part of the Special Master's Order and DOC has no obligation to provided them to you; you may however purchase them through Canteen.

**GRIEVANCE DENIED in part and GRANTED in part.**

_To: Facility AIC representative Lt Bernadette Scott_

EXHIBIT

AR Form 750-04© (12/15/10)

# COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER REQUEST TO OPT IN/OUT OF
## PLACEMENT AT A DESIGNATED FACILITY

✓ I understand that I may opt out of placement at a designated facility.                    ✓

✓ I understand that, as a result of opting out of placement, if I am placed at a non-designated
facility, I may not be able to receive accommodations available to me at a designated facility.
_However, All Court Ordered, and Medically Necessary accommodations will be provided_

✓ I understand that I shall be permitted to opt back in at a time of my choosing; however, this
permission shall be granted ~~only once~~. _when needed ._

✓ I understand that even if I opt out of placement, DOC retains control of my facility placement
consistent with health, safety, and security needs, _and geared toward improvement of_
_my conditions of Confinement ._

✓ By my signature I certify that my request has been made voluntarily and without coercion or
duress and that I fully understand the terms and conditions contained in this request.

I, _James Rudnick_ , DOC # _68A32_ ,
   **Offender Printed Name**

Hereby choose to:

☒ Opt out of placement at a designated facility

☐ Opt back into being placed at a designated facility

_[signature]_                                    ( _7-19-11_ )
**Offender Signature**                             Date

Distribution:
AIC File
Working File

Attachment "C"
Page 1 of 1



EXHIBIT
COPY

To: Facility AIC Representative Lt. Bernadette Scott

AR Form 750-04D (12/15/10)

## COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER REFUSAL OF ACCOMMODATION

I, _James Rudnick_, DOC # _68A32_,
  Offender Printed Name

am refusing the following accommodation(s): (*1) "designated facility" (*3) staff assist.

For EVAC. or EMERGENCY: AND ALL COMMENTARY on "screening Refusal"

[ Accommodation Resolution Sheet is NOT for ANYTHING but "ACCOMMODATION Info".
REMOVE All "OPINION / COMMENTARY" as it is NOT part of the Federal Court Order ]

By signing this refusal, I am refusing the specific accommodation listed above, which has been granted, authorized, or issued by the AIC, ordered by a court of law, or is a benefit of the ADA Litigation Remedial Plan. I refuse the accommodation(s) knowingly and voluntarily. I was not advised, persuaded, or coerced by any DOC employee, contract worker, or volunteer, to refuse this accommodation. ~~I understand that refusing this accommodation may be against my best interests.~~

I am not refusing any accommodations other than those listed above and remain entitled to the accommodations listed on my accommodation resolution, ordered by a court of law, or as pursuant to the ADA Litigation Remedial Plan.

Should I decide that I require the accommodation(s) listed above at a later date, I understand that I must submit a new "Request for Accommodation" form and fully cooperate in any re-evaluation, investigation, and medical screening as deemed necessary by the AIC.

By my signature, I certify that I fully understand and agree to the terms and conditions contained in this refusal.

_____        _7-19-11_
Offender Signature                Date

Witness Printed Name & Title: _Jennifer A. Anderson, Legal Assistant II_

Witness Signature: _Jennifer A. Anderson._

Facility: _USCF_

Date & Time: _9:00 Am 7/19/11_

Attachment "D"
Page 1 of 1

*EXHIBIT*

## ACCOMMODATION RESOLUTION

**OFFENDER NAME: RUDNICK, James**
**DOC #: 68432**

### MOBILITY DISABILITY

*IRRELEVENT OPINION COMMENTARY!*

Because you have refused to cooperate with the screening process, we are unable to determine what, if any, accommodations you may require other than those to which you are entitled pursuant to the ADA Litigation Remedial Plan and subsequent Stipulation Orders or specific accommodations contained in the Final Order of the Special Master. The ADA Litigation Remedial Plan mandates your cooperation with the screening process and the ability of the AIC to assist you is severely restricted due to your lack of cooperation.

The following accommodations and assistive devices are approved:

- A chair and adjustable stool to accommodate your height and weight and provide support to your back and lower extremities
- Staff shall provide assistance during transport when embarking and disembarking from the vehicle as needed
- Staff assistance when cuffed and/or shackled
- Staff shall provide reasonable modification of search procedures as needed
- Staff shall provide assistance during an emergency or evacuation as needed

**You are required to notify the AIC immediately if your assistive device is broken, lost, stolen or becomes inoperable for any reason.**

The following health care appliances and restrictions are approved:

- Special Mattress (medical)
- A Heating Pad
- Boots that fit your feet
- Medically Necessary Shoes (custom made orthotics)    *TENNIS SHOES AND ORTHOTICS*

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Assistive and/ or health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list. Any misuse of assistive and/or health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

### NO VISION DISABILITY

Following a medical screening it has been determined you are not a vision disabled class member pursuant to the ADA Litigation Remedial Plan criteria.

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation to the Office of the AIC pursuant to AR 750-04.

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This accommodation resolution supersedes any other version, on any date, prior to the date on this document.**

_____        9-19-11
**AIC**                                **Date**

STATE OF COLORADO )
                    ) SS : DECLARATION OF JAMES RUDNICK
COUNTY OF LOGAN     )
                    C.D.O.C. Prisoner # 68A32
13th JUDICIAL DISTRICT    address: S.C.F. Living Unit 4-A
                          Box 6000
                          Sterling, CO 80751

## DECLARATION OF TRUTH

I, Mr. James Rudnick, being competent to make this declaration, and having personal knowledge of the matter(s) stated herein, hereby state the following pursuant to 28 U.S.C. §1746 :

1. I am currently imprisoned in the Colorado Department of Corrections at the Sterling Facility in Logan County, in Unit 4-A Box 6000 Sterling Colorado 80751

2. I am a class member of the MONTEZ civil action #92-cv-0870-JLK Claim #: 092-01 and I have a legitimate MOBILITY disability that requires 'special sized' footwear, and, chair/stool accommodations that are currently NOT being accommodated by the OFFERINGS made by the Defendants

3. Claimant was called to attend a SCF Medical Administrative Meeting that was run by Lt. Bernadette Scott - A.D.A. Montez Class Inmate Coordinator. (on March 20th, 2012) There were about 7 people there.

4. At this Meeting I was falsely accused of Lying to the Court at the (2-6-12) Compliancy Hearing : Lying about jobs held, Lying about my medical need for both boots and alternate shoes. Lying about why the boots and shoes and other accommodation offerings don't fit, or provide the support needed; Lying about what the Court Order is to provide; Lying about their failure to provide accommodations; Lying about my inability to buy my own shoes off the prison canteen; and Lying about RETURNING the SIZE 11-B tennis shoes (turned into scf property) — all false accusations stated by Ms. B Scott.

5. I was then threatened with C.O.P.D. (Code of Penal Discipline) Charges for "fraud and whatever else they could think of". — based on the above, and, falsely accused of "ORDERING" the Hanger Prosthetic Representative to provide Tennis shoes that were not part of this Court Order.

6. I plainly stated that all did was tell the truth at the Hearing; that I have "NO powers" to ORDER or DEMAND shoes from Hanger; and that I cannot accept Medical accommodation offerings that don't work, or don't serve my medical need.

1.

7. I was then told that she (Lt B. Scott) had a pair of boots that she had been holding about a month and falsely accused that I had rejected these too...

8. Mrs B. Scott added, that Because this was the 4th pair of boots REJECTED or REFUSED, that "she Knew" I was just being difficult and unreasonable; that "she knew" they had to FIT because your feet were measured by the Hanger guy and they know what they're doing; and that she can't provide more expensive boots just because I don't like them.

9. The boots held (1) month, was a pair that Hanger was "trying" to see if they would work with NEW ORTHOTICS. (the NEW ORTHOTICS do not help in the TOE AREA)
   ── & THEY STILL NEED ADJUSTMENT ──

10. I explained the TIGHT FIT around the TOES" and the Hanger guy made new foot impressions for the Orthotics

11. The Hanger guy said that he could Add pads in the ankle / heel area (to fill in this space) and try to STRETCH the Toe area in the boots. (to see if this would work) He stated he would ship them right back in the MAIL, to try, and that he would see me NEXT time to make adjustments.

12. Then are the boots that Ms. Lt B Scott had been holding about a month without informing me that they had COME IN.

13. I was threatened with an ultimatum that IF I don't accept these boots, that I would have to remain USING the worn SEAL-TEK boots and that they have no further obligation to accommodate ... that they would hold the NEW boots in PROPERTY

14. I did not Reject these boots. I had Not seen them since 2-23-12 when Hanger 1st brought them for experimenting. The issue is ongoing.

15. I was told (Lt Scott) that if I tried them for awhile that "this rest of this"... (meaning filed COPD charges and threat of going without) ...would be moot. She gave the conditions that IF I didn't like them for FIT or whatever. I would go back to my old SEAL-TEK boots that she would hold them in property

2

16. Under fear of NO Accommodation and threat of DOPA charges I accepted these NEW boots for her stated 'Trial Period', but I stated that there are problems with these boots that may or may not be worked-out because they were so tight in the TOE AREA.

17. One of the Staff commented that you're not going to get it perfect and elaborated on his own shoe-fitting ordeals where he had to settle for what he could get prompting me to 'just accept the boots as is.'

18. Lt. B. Scott informed me that I am NOT to take this matter up anymore with the Court; that the Assistant Warden wanted "to make sure I understood this", and, that "it says so" in the Order from the Special Master; That I must take up any further Accommodation issues directly with MEDICAL and not bother the Court; And implied directly that I have cost them (the C.D.O.C.), and the Court, a lot of wasted time and money; and that I should be held somehow to pay for it

19. Mrs B. Scott stated that the Tennis shoes I rejected cost $250 and that I should have to pay for them.

20. These sentiments and threats were repeated throughout the Administrative Meeting, and, that "they are still looking at Fraud Charges". Mrs B. Scott and Mrs B. Dowis worked-out (on some paperwork) how they wanted to present their note for the Fraud Charges and signed-off together.

21. I explained that I must go to the Court if they are not going to supply an Accommodation that works, and, that I felt what they are doing is Fraud because all I am doing is seeking Compliance with the Order.

22. This became a Circular Argument as the Defendants feel that they Are in compliance and vindicated by the Special Master's Compliancy Hearing Order even if offering things that I don't accept or can't use-- they feel they are within the spirit and letter of the Order.

3.

23. I have Not been seen by a podiatrist to x-ray my feet and to SIZE my feet (heel and toe area) to find a boot that FITS my FEET.

24. I have not had a follow-up visit by any Medical staff, or, by a Hanger Representative, since the latest NEW experimental ORTHOTICS have been provided, despite filling "Medical Request Kites" for Follow-up care and ORTHOTIC adjustment. for proper support.

25. I have not had a follow-up visit by Hanger or Staff to determine what can be done on these NEW boots whether it is an ORTHOTIC fix or a boot enlargement issue, to ensure proper FIT.

27. I have NOT rejected / refused (4) four pairs of boots.

28. I have NEVER rejected / refused any Medical Accommodation "because I 'didn't like it'".

29. The information 'I provided' in the Hearing, this Declaration, and in all related pleadings in this matter are all true to the best of my knowledge and based on the information at that time, filed.

30. Currently the NEW boots and Orthotics are NOT doing the job of accommodating my Medical Condition and are causing suffering or some pain (each step) which Aggravates my Condition and will not "go-away" without follow-up Adjustments.

31. Based on the limitations of the Accommodations offered, and Lack of follow-up care, the clear statement of Defendants having no more 'obligation' to make further efforts to accommodate, and the fact that the current (NEW) accommodations are Not Really Accommodating My Medical need, I have no other option but to CONTACT this Court and Special Master for seeking help; to enforce its ORDER; and, ENSURE its compliance; And, for "protection" from these Defendants: Abuse, threats and harm they have cost me.

4.

— CHAIR —

32. I was told (by Lt Scott) that because I refused the "Office Chair they bought for me"; that they are no longer held by the Court Order to make another accommodation to suit my stated dimensions, because it is "their opinion" (that of the Attorney General Representative Hendricks, and her own) that their offering is "good enough" and fulfills the Court Order.

33. I was told that my current chair accommodation (that no longer functioned up + down) would be taken from my Cell as CONTRABAND; that I could no longer use it; that they determined — it could not be repaired; and, that I would no longer have a "chair accommodation"; unless I accepted "their chair offered".

34. The Chair "offered" does not serve my medical need for weight and back support relevant to my medical condition.

35. The Original Chair/Stool Combo Accommodation (provided in 2005) DID SERVE my medical needs condition until the RISER post lost function and could come apart.

36. This 2005 Chair / Stool Combination was "accepted" at other C.D.O.C. facilities ( LCF, BVCC, CTCF) "as it was" in the style, shape, weight, range of adjustment, and construction, and, was 'accepted' at this SCF facility upon arrival and USED in cell until TAKEN under Lt. B. Scott's Orders on March 23rd 2012.

37. I was told by Housing Staff (with my chair) to sign a DOC, DISPOSITION OF PROPERTY form and I complied MARKING the (1 FOR 1) box, and, wrote in bold letters —" FOR REPLACEMENT CHAIR."

38. A replacement chair has NOT been provided that has the necessary weight and construction type that I need and I am now without this" Chair and Adjustable Stool" provision of my 2005 COURT ORDER

39. Ms. Lt. B. Scott stated that the "Office Chair" was ordered by Ms B. Davis who has never seen my original Montez Filing, never consulted with me, and who is not a Specialist to make such a critical medical accommodation decision.

5

40. Ms. B. Davis Ordered an "Office Chair" that is completely different, changing <u>this Accommodation</u> ORDERED by the Court; and now claims (through Ms B. Scott) that "they know" this chair does comply with the Order.   HOW?

41. The Court Order states: "Chair and Adjustable Stool" to provide for his <u>height</u> and weight and support his back...

42. This Accommodation was accomplished at SCF with the stool-like upright adjustable chair Pictured in the Court Records. (provided in 2005)

43. Ms. Lt. B. Scott <u>Knew</u> what this Upright chair Looked-Like when she took me over to the SCF furniture shop to get repairs — (Need Wheels — but Replacement Riser unavailable)

44. I have recently found-out that this SCF Furniture shop has, and manufactures, these upright Adjustable Chairs.

45. Ms. Lt. B. Scott knows how tall I am and should be familiar with my Accommodation NEED.

46. Ms. Lt. B. Scott and Ms. B. Davis work together at SCF on several prisoners ADA Accommodation cases (including this one)

47. Ms. Lt. B. Scott stated that they specifically purchased <u>this Chair</u> to comply with the Court Order; and; that it was Expensive; that they are not going to return it just because I don't like it; that I was MAKING-UP different specifics than what the Court Ordered; that "they know" it will work for my height and weight; and that they <u>don't</u> have to go by any claims I have made, because they're already made their decision.

48. I refused to accept this Low office chair, And I refused to accept or <u>to sign</u> the CDOC Refusal of Accommodation form as it FAILS to accommodate my Medical Need, and I still need the <u>proper</u> Accommodation Replacement.

49. Neither Ms. Lt. B. Scott Nor Ms. B. Davis gave a reason for their <u>CHANGING my Chair Accommodation</u> on their own.

61.

50. I am now without either a "chair" or "adjustable stool" of the Court Ordered accommodations

51. I have no other option but to address this matter directly with the Court.

— EYEGLASSES —

52. Lt. B. Scott Relayed the directives she was given against my seeking NEW EYE EXAM and GLASSES; that I had at least Eleven Exams and glasses made in 8 years; and, the currently issued glasses were specially made in Sterling; that I'm not entitled to a follow-up VISIT or another EYE EXAM or glasses until 2013.

53. She stated that I was not going to get different or outside private purchase glasses just because I don't like the State Issue glasses.

54. I informed her that proper Medical Care involves the follow-up on Medical provisions "to ensure" that the product THEY MANUFACTURED WORKS, and serves the Medical need... which in these last (11) times the Eyeglasses were manufactured with defects or not providing USEABLE VISION. (proven by their own Doctor)

55. These current Sterling made glasses produce a double vision and I cannot clearly focus. (Fishbowl effect)

56. I had none of these State Issue induced effects from my 1986 personal glasses that I used until SCF required they be Exchanged for the Sterling (In-town-made) glasses —

57. I have never refused glasses because "I do not like them"

58. I have fully cooperated to the best of my ability; to openly communicate, to provide suggestions, to seek useable cost effective alternatives, and to TRY each "offering" before refusing accommodations that are unuseable.

59. The Court through Mrs. Montez-class Action is well aware of my efforts and situations as I have informed the Court throughout these proceedings.

7.

60. The result of these faulty Accommodations has caused me pain and suffering, Loss of property, time, and expense, and threats of punitive actions for seeking my Court Order Accommodations or Accommodations that effectively serve my Medical Need

61. I feel I have been prejudiced with staff ridicule, abuse, mistreatment, conspiracy to take away items I need of the Ordered Accommodations, Facility transfered, ignored, and harmed by their agenda efforts.

62. I have consistantly shown respectful and professional attitude and efforts to seek meaningful relief due but have not received same from these Defendants

63. I am now seeking this same meaningful relief that is due under Court Order — and under professional Code of conduct in Medical practice in the State of Colorado and for FAIR treatment of my medical needs as a prisoner who is Qualified with Disability impairments and Vision issues (causing separate Impairment Issues)

64. I believe my statements above, and claims in this case, are relevant, reasonable, and supportable with merit sufficient for judicial review.

Pursuant to 28 USC 1746. I swear and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

I Further say naught

3-31-12

8.