FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 09 2012
GREGORY C. LANGHAM
CLERK

Clerk of the U.S. Dist. Ct.
901 19th St. Rm# 105
Denver CO 80294

April 4th 2012

Rudnick
CDOC # 66822
SCF # Box 6000
Sterling, CO 80751

Re: Class Action # 92-cv-0870-JLK MONTEZ
Re: Claimant: James Rudnick   Claim #: 092-01
Re: Claimants Objection to Special Master Order of 2-13-12

I filed a Multipage Objection with* EXHIBITS to this Court that pertains to a HEARING that occurred on 2-6-12 before Special Master Borchers.

* It included a Request for CD of Transcript and a Request for Time Enlargement. (All Mailed out April 3rd 2012)

I also filed an Emergency "Request for Time Enlargement" (on April 2nd 2012) due to prison issue difficulties getting copies made.

Attached is also the CDOC law library "Page Limit" policy forms that LIMITS any USDC MOTION to only 20 pgs.
                                              or CREATE
So I had to "Make Motions" to -INCLUDE- all of the material for this Objection, now Filed Apr. 3rd ... a day late..

The Facility "Prison Lockdowns", Law Access Program Scheduling, and "Page Limitations" severely and unreasonably LIMITS our 'Legal Access'... HINDERING and delaying Prison Filings.
It causes us EXTRA unnecessary 'Motion creations' and Cost in "time" and "Photo Copy expense". All of this acts to frustrate and even harm prisoner filings because of the extra effort required to make simple filings... They won't just make the copies you need... Raised the price (from 5¢/pg to 25¢/pg) and Limit WHEN & WHAT & HOW MANY...
I wanted you to Know what was involved trying to get this out to court and from all that, forgot to include this NOTE.

Sincerely,
James Rudnick

PS: There is also an issue raised of staff threats against my contacting the court on this

# LEGAL ACCESS PROGRAM REQUIRED PHOTOCOPY & PAGE LIMIT POLICY

Revised: 6/07/10

## Miscellaneous Legal Documents

| DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION | DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| Letters to: (Judges; Court Clerks; Attornies; * Court Reporter) | 10 | 1 | Original to Addressee 1-Offender | Notice of Intent (Govt. Employee; Not Required on 42 U.S.C. 1983 action) | 3 | 1 | Orig to opposing Attorney; (State employee = AG.; Police = City Atty; Sheriff = County Atty); 1-Offender |

## FEDERAL COURT DOCUMENTS / STATE COURT DOCUMENTS

| DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION | DOCUMENT TYPE | PAGES | COPIES | DISTRIBUTION |
|---|---|---|---|---|---|---|---|
| §1983 Complaint | Fed. Form + 20 (A) | 2+ | Original to USDC; 1-Each Named Def.; 1-Offender | ** Rule 106 (a)(4) All Other Complaints | 20 | 3+ | Orig + 1 to TC; 1-A.G.; 1-Off. 1-Each named Defendant |
|  |  |  |  | C.R.C.P. 106, C.R.C.P. 5 & 106 .5 | 20 | 4 max. | Orig + 1 to TC; 1-A.G.; 1-Off. Warden or DOC Director |
| Summons included in the Complaint packet from the Federal District Court |  |  |  | Summons | 3 | 1+ | 1st- Orig.-1-TC, 1-Offender 2nd- Orig -Server, 1 Δ, 1-A.G, 1-Offender 3rd-Orig-TC, (return) 1-Offender |
| §1915 In Forma Pauperis | Fed. Form + Account Stmt. (B) | 2 | Original to USDC; 1-A.G.; 1-Offender | In Forma Pauperis | Form or 2 pgs+ Account Stmt. (A) | 3 | Original + 1 to TC; 1-DA; 1-Offender |
| §2254 Habeas Corpus | Fed. Form + 20 (C) | 3 | Original to USDC; 1-Warden; 1-A.G.; 1-Offender | State Habeas Corpus | 15 + Sentenc. Documents (B) | 4 | Original + 1 to TC; 1-DA; 1-Warden; 1-Offender |
| Fed Rule 12, Rule 56 Motions / Responses | 35 | 4 | Original + 2 USDC; 1-A.G.; 1-Offender | Crim Rule 35 Motions All Other Dist. Ct. Mot. | 15 | 3 | Original + 1 to TC; 1-DA: 1-Offender |
| 28 U.S.C. 2253[C] Permission to Appeal a Habeas Corpus | 20 + Attach. per Court Rule (D) | 5+ | Original + 3 to USDC: 1-AG, 1-Offender, Court may request more copies | Speedy Disposition Req (UMDDA) | 5 | 5 | Original + 1 to TC; 1-DA; 1-Warden; 1-Case Manager; 1-Offender |
| All Other USDC Motions | 20 (E) | 4 | Original + 2 USDC; 1-A.G.; 1-Offender | Discovery Requests Discovery Responses | 15 [C] As needed | 1 | Original-Opposing Party 1-Offender |
| Certificate of Mailing | 1 | # of Parties | All Parties Receive | Certificate of Mailing | 1 | # of Parties | All Parties Receive |
| Discovery Requests Discovery Responses | 20 (F) | 1 | Original-A.G.; 1-Offender | Notice of Appeal | 2 + Attach. (D) | 9 | Original+ 5 Ct of Appeals 1-A.G.; 1-D.A.; 1-T.C. 1-Offender |
| Notice of Appeal | Fed. Form + Attachments (G) | 3 | Original-USDC 1-10th Circuit Ct.; 1-A.G.;1-Offender | Designation of Record | 15 | 5 | Original + 1 to TC; 1-Appeals Ct.; 1-A.G.; 1-D.A.; 1-Offender |
| Docketing Statement | Fed. Form + Attachments (H) | 6 | Original + 4-10th Cir.; 1-A.G.; 1-Offender | Appellate Brief Reply Brief All otherApp. Motions Petition for Rehearing | *** 30 + 10 Att. 18 + 10 Att. (E) 15 6 (F) | 7 | Original+ 5-Ct. of App. or Original + 10 Supreme Ct.; 1-A.G; 1-Offender |
| Entry of Appearance 10th Cir | Fed. Form App.A Form 3 | 5 | Original 3-10th Cir.; 1-A.G.;1-Offender | Motion for Enlargement of Time | 15 (G) | 2 | Original-Ct of Appeals 1-A.G / D.A.; 1-Offender |
| Designation of Record | Fed. Form (I) | 3 | Original-10th Circuit; 1-USDC; 1-A.G.; 1-Offender | Petition for Writ of Cert. | 12 + Attachs. (H) | 13+ | Original+ 10 Sup.Ct.; 1-C.A. (Cert. only) 1-T.C. (Rule 21 only) |
| Request for Transcripts | Fed. Form (J) | 4 | Original-10th Circuit; 1-USDC; 1-A.G.; 1-Ct Rptr; 1-Offender | Rule 21 Petition | 40 |  | 1-A.G.; 1-Offender |
| Principal App. Brief Appellate Reply Brief Motion to Dismiss | 30 + 20 Attach. 15 + 10 Attach. 20 (K) | 6 with IFP in place | Original + 4-10th Cir. 1-A.G.; 1-Offender | Deficiency Orders: Order must be produced to Legal Assistant to receive additional copies; and document must meet Access Program guidelines |  |  |  |
|  |  |  |  | Co-Plaintiffs and Co Defendants: Pursuant to Federal and State Rules of Civil Procedure, it is the, plaintiff's and defendant's responsibility to provide copies of all pleadings to co-plaintiffs and co-defendants. All plaintiffs or defendants must be listed in the caption of pleading to receive additional copies. |  |  |  |
| Petition for Rehearing | 15 (L) | 5 | Original + 3-10th Cir. 1-A.G.; 1-Offender | All page limits are sufficiently generous to include all necessary attachments |  |  |  |
| All other App. Motions | 20 (E) | 5 | Original + 3-10th Cir. 1-A.G.; 1-Offender | Additional Attorneys: Occasionally defendants may be represented by more than one attorney. If you require additional copies for this purpose, the additional attorneys must be listed in your certificate of mailing. |  |  |  |
| Petition for Writ of Cert. | 40+Attach. (M) | 1+ | Original-U.S. Sup. Ct. 1-Required Parties 1-Offender | Copy requests must comply with these posted policies. In addition, your request for copies must be signed and accompany a signed withdrawal voucher. If these conditions are not met, the copy request will be denied. |  |  |  |
| Rule 21 Petition | 30 + 10 | 4+ | Ori.+3 App/Sup Ct;1 Off. |  |  |  |  |
| In Forma Pauperis | 2 + Account Statement | 1+ | Original-U.S. Sup. Ct. 1-Offender 1-Required Parties | * Letters to Ct.Reporter: see CRCP Rule 121(1)(21) for Ct. Transcripts. ** 106(a)(4) = 3 copies plus respondents. 106(b), C.R.C.P. 5, & 106.5 =4 copies max. *** AppellateCourt Rule specify specific number of pages/words for briefs, reply briefs and certiorary and in addition, we will copy 10 pages/or necessary attachments. |  |  |  |



INMATE COPY

| LEGEND: | LEGEND: |
|---|---|
| (A): FRCP 8(a)(1),(2) ; 28 U.S.C. 1983 court packet instructions | (A): Court forms available:JDF 201, 205T, and 206T |
| (B): FRCP 8(a); 28 U.S.C. 1910 court packet instructions | (B):13-45-101 |
| (C): FRCP 8(a) ; Habeas Corpus Rule 3(a)(2), [c]; FRAP Civ Rule 22 | (C): C.R.Civ.P 34 |
| (D): FRAP Civ: 5[c]; Habeas Corpus Rule 12; FRAP Civ:32[a](7)(A) | (D): C.A.R. 3(g), (i) |
| (E): FRAP Civ: 27(d)(2)(3); FRAP Crim: 27(E)(2),(3) | (E) C.A.R. 28(g) 30 p.or 9,500 words Bief/ 18 p. or 5,700 words, C.A.R. 27  C.A.R. 27(d) |
| (F): FRAP Civ : 27 (a)(1); See: (E) above | (F): C.A.R. 27(d), 28(g), 31(c), 32(a) |
| (G): FRAP Crim: 5[c]; FRAP Civ: 5[c]; FRAP Form 1 | (G): C.A.R. 21, 32(a)(3) |
| (H): FRAP 10th Cir. App.A Form 1 | (H): C.A.R. 21, C.A.R. 53(a) 12 p. or 3800 words Cert.; Reply 10 p. or 3150 words, 31(b) 32(a)(3) |
| (I): 10th Cir. Rule 10.2[c] |  |
| (J): FRAP Civ: 10; Cir. Rule 10.1(b)(A),(B); FRAP Civ: Form 10(b) | See C.A.R. 12(d) for a possible page reduction with an I.F.P. in place |
| (K): FRAP Crim: 32 (a)(7)(A),(B); FRAP Civ: 32 (a)(7)(A),(B) |  |
| (L): FRAP Crim: 35(b)(2); FRAP Civ 40(b); FRAP Crim 40(b) |  |
| (M): FRAP/Under Supreme Court Rules: Rule 12(2) |  |
| Mail box rule: FRCP Civ 3(d); FRAP Crim 4[c](1) | Mail box rule: C.A.R. 4(e) |

# Auxiliary Copy Sheet

Revised 7/28/11

| | | |
|---|---|---|
| All copies on this sheet REQUIRES A POSITIVE BALANCE in the offender's CDOC bank account | | |
| Civil Court Pleadings | 20 Pages | 1-Court, 1-each Defendant<br>1-Offender Copy |
| Domestic Court Motions<br>    Dissolution of Marriage<br>    Child Support Issues<br>    Child Care/Custody Issues | 20 Pages or Court Forms | 1-Respondent copy, 1-Offender Copy |
| Wills and Living Wills | 10 Pages | 1-Offender Copy |
| Attorney Regulation Counsel | 10 Pages | 1-Offender Copy |
| Judicial Discipline Commission | 10 Pages | 1-Offender Copy |
| Correspondence to Administrative Agencies:<br>    Social Services<br>    Custodial Agencies<br>    Social Security/Retirement Issues<br>    Child Support Issues<br>    Governor<br>    County Sherriffs<br>    Chairman of the Parole Board<br>    DOC Executive Director<br>    DOC AIC: ADA Inmate Coordinator<br>    DOC Time Computation<br>    DOC Step III Grievance Officer | 10 Pages | 1-Offender Copy |

The Legal Access Program WILL **NOT** COPY:

   **Personal Letters**
   **Open Records Requests**
   **Justice Records**
   **UCC Documents**
   **State or Federal Tax documents**
   **Executive Directives**
   **ARs, IAs, or Oms**
   **Power of Attorney Documents**
All other issues not listed in the box above this one.