IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

---

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER
---

    THIS MATTER comes before the Special Master on Claimant's motion for enlargement of time and Claimant's request for hearing transcripts. Claimant and Defendants will be granted up to and including May 29, 2012 in which to respond to the Report and Recommendation of the Special Master, dated February 6, 2012.

    Claimant has requested a loan of the audio compact disks made during the hearing of February 6, 2012. The Special Master has been advised over the years by DOC staff that compact disks are not allowed in the possession of inmates. Claimant will need to check with staff at SCF to determine if a copy of each disk can be part of Claimant's property. Claimant may want to check with his case manager to see if that person would maintain the disks and allow Claimant to listen to them.

    IT IS HEREBY ORDERED that Claimant and Defendants are granted up to and including **May 29, 2012** in which to file objections to the Report and Recommendation of the Special Master, dated February 6, 2012; and

    IT IS FURTHER ORDERED that Claimant's request for hearing transcripts will be held in abeyance.

    SIGNED this 9th day of April, 2012.

BY THE COURT:

*Richard M. Borchers*

_____
Richard M. Borchers
Special Master