```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX046832
Cashier ID: sq
Transaction Date: 04/09/2012
Payer Name: STATE OF COLORADO
-----------------------------------
PLRA CIVIL FILING FEE
 For: LARRY GORDON, #53405
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:         $2.70
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 216675
 Amt Tendered: $2.70
-----------------------------------
Total Due:        $2.70
Total Tendered:   $2.70
Change Amt:       $0.00

NO PYMT ON APPEAL

A fee of $53.00 will be assessed on
any returned check.
```

08-1399