AUG-26-2011 19:17 From:               To:913038665443      Page:2/6

WAR DEPT

| DISTRICT COURT COUNTY OF Jefferson STATE OF COLORADO | JUDGMENT OF CONVICTION: SENTENCE: AND ORDER TO SHERIFF (MITTIMUS) | Case Number 89 CR 1470 Div/Ct Rm 6 |

PEOPLE OF THE STATE OF COLORADO vs KEVIN MARK BRETZ,

Defendant

PEOPLE OF THE STATE OF COLORADO to the Sheriff of __Jefferson__ County, and the Executive Director of the Colorado Department of Corrections. On __July 13, 1990__, the Defendant named above was present in Court, and was represented by __D. Manter & L. Garner__. The People were represented by __A. Singer and C. Tingle__. The Defendant was arraigned in this Court upon an ~~Indictment~~ Information, ~~Complaint~~, previously filed, to which the Defendant entered a plea of *Guilty, ~~Not Guilty by Reason of Insanity~~ and ~~Not Guilty~~ which plea of Guilty was accepted, ~~by a Jury~~ *by the Court, of the offense(s) of:**

Count #1 – First Degree Sexual Assault – CRS 18-3-402 (F-2) 40 years;
Counts #4 and #5 – Aggravated Robbery – CRS 18-4-302 (F-3) and Violent Crime
             CRS 16-11-309, 32 years;
Count #6 – First Degree Aggravated Motor Vehicle Theft – CRS 18-4-409 (F-4)
             8 years;
Counts #3 and #11 – Violent Crime, CRS 16-11-309 and Second Degree Kidnapping
             CRS 18-3-302(1) (F-3) 20 years.

THE COURT has given the Defendant an opportunity to make a statement, and to present any information in mitigation of punishment. The People have been given an opportunity to be heard on any matter material to the imposition of sentence. It is now the Judgment and Sentence of the Court that the Defendant be sentenced to the custody of the Executive Director of the Department of Corrections ~~at the Reception and Diagnostic Center~~ at __Canon City__, Colorado for a term of __forty (40) years on Cnt. #1; thirty-two (32) years on Cnts. 4 and 5, to be served consecutively to Def.'s other sentences on Cnts. 1, 3, and 6; eight (8) years on Cnt. #6, to be served consecutively to Def.'s other sentences on Cnts. 1, 3, 4, and 5; twenty (20) years on Cnts. #3 and #11, to be served concurrently with Def.'s other sentence on Cnts. #1, 4, 5, and 6; for a total of 80 years to be served__—the Court*
~~to pay restitution in the amount of $_____~~ /$100.00 victims compensation fund.
and a fine of $ __-0-__, and costs of $ __30.00/__ JUDGMENT OF CONVICTION IS NOW ENTERED.
THE COURT finds that the Defendant has spent __283__ days in confinement prior to this date for the offense(s) for which the defendant is being sentenced.

*Finds extraordinary aggravating circumstances exist as to all Counts.

IT IS FURTHER RECOMMENDED: That D.O.C. evaluate and treat Defendant for any mental illness problems.

(a copy of the pre-sentence report is attached).

THEREFORE, IT IS ORDERED that the Sheriff of __Jefferson__ County shall safely convey to the *Colorado State Department of Corrections Diagnostic Unit at Canon City ~~Reception and Diagnostic Center~~ at __Canon City__, received and kept as provided by law.

JUL 1 3 1990

INMATE No. __46584__
RECEIVED

July 13, 1990
Date

Judge

EXHIBIT A-1

*Strike as to form.

```
= OFFENDER TRACK ========== OFFENDER PROFILE ============ 08/31/2011 =  MSG
Doc No: 46584         BRETZ, KEVIN M              SCF/UNIT03 PRES FACIL
================================================================================
                         M I T T I M U S  /  C R I M E

     CRIME DESC: SEXUAL ASSAULT 1ST DEGREE
   FELONY CLASS: 2
       INCHOATE:                        ENHANCEMENT:
     SPECIAL ID:
  DOCKET NUMBER: 89CR1470                    COUNTY: JEFFERSON
           PLEA: GUILTY                       JUDGE: ZIMMERMAN
--------------------------------------------------------------------------------
INC SNT SENTENCE OFFENSE  SENTENCE JAIL   MINIMUM      MAXIMUM           TERM
No  No  EFF DATE DATE     DATE     TIME YR MO DA    YR MO DA   Ty Dis  TYPE
---  --- -------- -------- -------- ---- -- -- ---  -- -- ---  -- ---  -----
 2   3  07/13/90 07/01/90 07/13/90   0  40  0   0   40  0  0   IN  A    -


TERM TYP: - = NotDisch D=Discharged Y=Yos Rev A=Appeal Bond C=Court Ord Disch
```

Admission Data Summary

File Reco

Mittin

Doc No

90CR127
89CR147
89CR147
89CR147
89CR147

Case Details - w_ads_mittimus_case

Doc No: 46584 Name: BRETZ, KEVIN M Incarcer: 2

| Caseno | Sentence Eff Date | Sentence Date | Time Type | Jail Time (days) |
|---|---|---|---|---|
| 89CR1470 | 7/13/1990 | 7/13/1990 | Both | 489 |

| County | State | Plea | Bootcamp Recommend | Jail Credit |
|---|---|---|---|---|
| JEFFERSON | COLORADO | Guilty | N | 489 |

| Defense Attorney | District Attorney | Inter State |
|---|---|---|
| MANTER, D. | SINGER, A. | N |

| | |
|---|---|
| Judge | ZIMMERMAN |
| Co Defendant | NONE |

| Code | Restitution | Status |
|---|---|---|
| CC | $30.00 | P |
| VC | $100.00 | P |
| Total | $130.00 | |

Exit Save Print Help

Row 5 of 5

Start 3 N... 2 W... 3 P... Grou... cdoc... Ad...

