

# STATE OF COLORADO
## DEPARTMENT OF CORRECTIONS

### ADMISSION DATA SUMMARY

**Confidential**

Page 1

**IDENTIFICATION DATA**

Date of Report: 8/31/2011
Date of Interview: 7/20/2004



Name: BRETZ, KEVIN M.
DOC No.: 46584    FBI No.: ▓▓▓▓▓    SID No.: ▓▓▓▓▓    SSN: (+) ▓▓▓▓▓
AKA: SALERNO, YANO
     WEMYSS, KEVIN B
     BRETZ, MONTANE
(+) BRETZ, FARMER

Height: 6'02"   Weight: 330   Eyes: BLUE   Hair: BROWN   Sex: M
DOB: ▓▓▓▓▓   Age: 54   Birthplace: OMAHA, NE
Complexion: RUDDY   Ethnicity: WHITE   Citizenship: U.S.A.
Security Threat Group: ASSOCIATE-DISRUPTIVE GRP. MEMBER-OUTLAW MOTORCYC
Marks and Scars: RUOA-SKULL LIGHTNING BOLTS CARP POWER; R/UA-UNICORN; RUA-SNAKE PARROTT SUN TREES; RUA-SWP REAPER; R/LEG-DOG CLOUD KEVIN DEMON VIKING; CHEST-DRAGON FLYING SKULL BUTTERFLY; BACK-HELLS ANGELS NEBRASKA MC FLYING SKULL; LUOA-SKULL BOLTS DRAGON"RAM"FISH PARRO

**SENTENCE DATA**

Receipt: NEW CT COM   Admission Date: 7/16/1990   Parole Elig Date: 9/23/2052   Sentence Discharge Date: 6/29/2082
Sentencing County: JEFFERSON   Sentence Date: 1/15/1991   Sentence Eff. Date: 1/15/1991   Pre-Sentence Confinement: 0 days
Judge: DEMOULIN   District Attorney: OLDHAM, FRANK   Defense Attorney: MONTAGNO, DUANE
Co-Defendant(s): NONE   Pre-Sentence Confinement: 0 days
Co-Defendant(s): NONE   Pre-Sentence Confinement: 489 days

| Offense | Class | Docket Number | Offense Date | Sentence (Yr-Mo-Da) |
|---|---|---|---|---|
| ATTEMPTED ESCAPE | 4 | 90CR1278 | 1/1/1991 | 16 - 0 - 0 |
| 2ND DEGREE KIDNAPPING | 3 | 89CR1470 | 7/1/1990 | 20 - 0 - 0 |
| AGG MOTOR VEH THEFT <$15K | 4 | 89CR1470 | 7/1/1990 | 8 - 0 - 0 |
| AGGRAVATED ROBBERY | 3 | 89CR1470 | 7/1/1990 | 32 - 0 - 0 |
| 1ST DEGREE SEXUAL ASSAULT | 2 | 89CR1470 | 7/1/1990 | 40 - 0 - 0 |

**ALERT DATA**   Comments: VIOLENCE POTENTIAL, RECIDIVISM
Academic/Vocational: 2/4   Medical/Dental: 4I/1T   Work: 4   Substance Abuse: 1   Sexual Violence: 5I   Assault: 1
Psychological: 2   Leisure Time: 4   Pre-Release: 2   Conduct: 3   MR/DD: 1
Detainer Juris/Warrant:
Pending Charges: NONE NOTED

**HISTORICAL CRIMINAL DATA**   Prior Colorado DOC Number:

Felony Arrests: 8   Misdemeanor Arrests: 3   Prior Probations: 2   Probation Revocations: 1
Prior Paroles: 1   Parole Absconds: 0   Parole Revoc.: 0   Community Placements: 0
Prior Escapes: 0   Through Security: 0   Walk Away: 0   Community Revocations: 0
Last Escape Date:   Last Escape Location:

| Type | Year | Offense | Disposition |
|---|---|---|---|
| FELONY | | 1ST DEGREE SEXUAL ASSAULT | 8 - 0 - 0   DISCH |
| FELONY | | 1ST DEGREE SEXUAL ASSAULT | 8 - 0 - 0   DISCH |
| MISDEMEANOR | 1985 | WEAPONS-MISDEMEANOR CONCEALED | 1YCJ |
| FELONY | 1984 | ASSAULT | 5Y DOC |
| MISDEMEANOR | 1981 | CONTEMPT OF COURT | 4M FEDERAL PRB |
| MISDEMEANOR | 1979 | THEFT-MISDEMEANOR | 60DCJ SUSP-REV 40DCJ |
| FELONY | 1978 | THEFT | IA 5Y PRB |
| FELONY | 1976 | CONTROLLED SUBSTANCE ABUSE | NE, 3Y PRB, FINE |

**PERSONAL DATA**

Emergency Notification: MOTHER   BRETZ, BARBARA   Phone: 402-733-8898
Address: 1454 PHELPS, OMAHA, NE 68107
Last Place of Residence: 3815 OTIS ST, WHEAT RIDGE, CO   Marital Status: MARRIED   Dependents: 1
Military (Branch): NONE   Dates: -   Discharge: NOT APPLIC   Viet Vet?: N   Religion: ISLAM/MUSL
Intelligence Level:   Claimed Education Level: GRADE 12   Apticom Math:   Language:
Occupation: LABORER, RAILROAD WORKER

NOTE: THIS SENTENCE DATA DOES NOT INCLUDE ANY CHANGES MADE AFTER DATE OF REPORT. CONTACT LOCAL RECORDS OFFICER FOR CURRENT INFORMATION.



EXHIBIT A-2