AUG-26-2011 19:18 From: To:913038665443 Page:3/6

## COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY

Print Date: 08/26/2011

DATE OF PAS: 04/21/2011
STATUS: FINAL

Doc No: 46584   BRETZ, KEVIN M.
Current Custody: CLOSE

Facility: STERLING
Case Manager: HUMPHREY, C
Next PAS Date: 10/20/2011

---

### WORK LEVEL   INITIAL: 3   CURRENT: 3

SKILLS: LABORER, RAILROAD WORKER

Mr. Bretz was assigned to a Para Pro position in the GED program from 9/17/09 until 3/24/10. He has been assigned to Food Service 3/30/10.
Bretz reported that prior to incarceration he worked for a marble and granite company in CA. Since incarceration he has varied assignments, for the last few years he has not been assigned to any particular assignment for any length of time except for being assigned to the hobby shop for a year.
He was just picked up again as a GED Para pro, he receives good and above standard evaluations although he states he does not get along with Teacher II Nichols. He would like to be referred to another assignment, referrals made to the library, hobby shop, and food service.

---

### ACADEMIC / VOCATIONAL   INITIAL: 2/3   CURRENT: 2/4

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Vocational janitorial | | | 09/06/2000 | Yes | Yes | |

Mr. Bretz has been assigned to Food Service since 3/30/10. He worked as a Para Pro in the GED Program from 9/17/09 until 3/24/09.
Mr. Bretz has a verified GED from CSP in 1994. He also completed the Prison Life Skills Program on 11/3/06, and the Personal Awareness (Gangs) Program on 3/9/07. He has numerous vocational skills which include carpentry, janitorial, and Para Pro academic assignments. He does have some Secondary Education. He completed the Vocational Janitorial Certificate while he was at CSP 09/06/00. He has not had any other program participation in this area noted in his file.

---

### MEDICAL / DENTAL   INITIAL: 4/1   CURRENT: 4/1

Medical Level: Qualify   I   IMPROVEABLE   Date Assigned: 08/26/2011
Dental Level: Qualify   T   TEMPORARY   Date Assigned: 06/02/2010
Allergy:   YES   Medical Hold:   N

| Medical Housing Restrictions | | | Medical Assignment Restrictions | | |
|---|---|---|---|---|---|
| Date Assigned | Restrictions | Qualifier | Date Assigned | Restrictions | Qualifier |

Mr. Bretz is currently scored at level 4-I, moderately severe needs. He has the following ADA Accommodations: Ankle Brace, Custom 10" boots with orthopedic inserts, Cane, Assignment to a designated facility, requires staff assistance when cuffed and/or shackled, requires staff assistance during an emergency or evacuation, reasonable accommodations will be provided during searches, requires staff assistance during transport when embarking and disembarking from vehicle. Mr. Bretz reported some back issues during this review period.
He has the following medical assignment restrictions: no squatting, no bending, no intensive labor. He is aware of how to contact Medical if required. He does have an ADA alert.

EXHIBIT
A-3

# COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY
### DATE OF PAS: 04/21/2011
### STATUS: FINAL

Print Date: 08/26/2011

Doc No: 46584  BRETZ, KEVIN M.  
Current Custody: CLOSE

Facility: STERLING  
Case Manager: HUMPHREY, C  
Next PAS Date: 10/20/2011

---

**SUBSTANCE ABUSE**  INITIAL: 1  CURRENT: 1

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Behavioral Health Care | | | 05/01/1998 | Yes | Yes | |

Mr. Bretz does not have any needs in this area.  
Bretz is currently scored at level 1, no apparent needs.

---

**SEXUAL VIOLENCE**  INITIAL: 5  CURRENT: 5

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Mr. Bretz is currently scored at level S-5I, severe needs. SOTP is a recommended program, however due to his PED 12/3/2051, he is not eligible for the program at this time.

---

**MENTAL HEALTH**  INITIAL: 3  CURRENT: 2

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Prison Life Skills | | | 11/03/2006 | Yes | Yes | |
| Basic Mental Health | | | 10/07/1992 | Yes | Yes | |
| Personal Awareness | | | 03/09/2007 | Yes | Yes | |

Mr. Bretz is currently scored at level 2, mild needs, he completed the BMH program on 10/7/1992. He has also completed the Behavioral Health Care program at CSP on 5/21/98, which has a segment of basic mental health. He has completed Prison Life Skills and Personal Awareness. He is aware of how to contact Mental Health if needed.

---

**ANGER**  INITIAL: 1  CURRENT: 1

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|
| Anger Management | | | 09/30/1998 | Yes | Yes | |
| Anger Management | | | 03/01/2006 | Yes | Yes | |

Mr. Bretz is currently scored at level 1, no apparent needs, he completed the Anger Management Program in September 1998 and in March 2006. He continues to be monitored for behavior issues.

---

**MRDD**  INITIAL: 1  CURRENT: 1

| Recommended / Participation | Date Referred | Start Date | End Date | Completed Y/N | Earned Time Y/N | Partial Notes |
|---|---|---|---|---|---|---|

Mr. Bretz does not have any needs in this area.  
Bretz is currently scored at level 1, no apparent needs.

AUG-26-2011 19:19 From: To:913038665443 Page:5/6

# COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY
DATE OF PAS: 04/21/2011
STATUS: FINAL

Print Date: 08/26/2011

Doc No: 46584   BRETZ, KEVIN M.
Current Custody: CLOSE

Facility: STERLING
Case Manager: HUMPHREY, C
Next PAS Date: 10/20/2011

---

| CONDUCT | INITIAL: 3 | CURRENT: 3 |

History of COPD Convictions: CLASS I: 0    CLASS II: 15    CLASS III: 0

| Case # | Offense Dt | Hearing Dt | Facility | Crime | Sanction | Action | Days | Prob. Dt | Cnv |
|--------|------------|------------|----------|-------|----------|--------|------|----------|-----|

Mr. Bretz did not receive any COPD convictions during this review period. He is not considered a management problem. He is in the SCF I-Pod.
4/7/10 Mr. Bretz did not receive any COPD convictions during this review period. He is not considered a management problem at this time. He is in the SCF I-Pod.
Bretz has received 15 COPD convictions during incarceration all class II. He did not receive any COPD convictions during this review period.

---

| PRERELEASE | INITIAL: 2 | CURRENT: 2 |

PED: 10/23/2051    SDD: 06/28/2081    Next Parole Hearing: 07/01/2051    Detainer?: No

Parole Plan: *Most Recent*    Last Action by Parole Board:
                              Referred to Community:

Date:
Sponsor:                              Relation:
Address:                              City:
County:                               State:
Zip:                                  Phone:   (   )   -

Mr. Bretz is scheduled to meet the parole board in 9/2051 and has a current SDD of 8/08/2081. He has not made any plans in this area due to the amount of time until his PED. He has a daughter that he talks to regularly and states he would like to parole to a sister in Amsterdam. He has a brother and a sister, but they do not speak to him much. His Mother passed away in 2006. He has been advised he need to secure his personal documents for release and if needed Case Management could assist him.

---

| CASE MANAGER COMMENTS/RECOMMENDATIONS |

EMERGENCY NOTIFICATION:
Name:       BRETZ, CHRISTCPHE
Address:    711 W. TEHON AVE               Relation:    BROTHER
                                           Home Phone: 360-533-2494
City:       GRAY HARBOR                    Zip:         98522
State:      WA                             Work Phone:
Comments:   603-593-2222

AUG-26-2011 19:19 From:                  To:913038665443        Page:6/6

## COLORADO DEPARTMENT OF CORRECTIONS
## PROGRESS ASSESSMENT SUMMARY
### DATE OF PAS: 04/21/2011
### STATUS: FINAL

Print Date: 08/26/2011

Doc No: 46584  BRETZ, KEVIN M.
Current Custody: CLOSE

Facility: STERLING
Case Manager: HUMPHREY, C
Next PAS Date: 10/20/2011

Mr. Bretz should remain report free and attend any recommended programs. He has completed Carpentry, Vocational Janitorial, Prison Life Skills, Personal Awareness (Gangs), Basic Mental Health, Behavioral Health Care, and Anger Management. He has worked as a Para Pro in the GED Program. He is currently assigned to Food Service. He is in the SCF I-Pod.

Mr. Bretz is encouraged to avoid the behaviors that result in disciplinary reports, maintain his assignment and complete recommended programs when they become available to him. He should also keep his case manger informed of any changes to his emergency contact information. He is currently assigned to Food Service and in the SCF I-Pod.