C1-3b

**SHAKEDOWN LIST** DC 300-6A

DATE 6-6-11

OFFICER Galindo / Thompson

Offender Name and Number ~~Breate~~ Bretz #46584

One yellow ~~rag~~ - Nuisance Trash
~~Nothing~~ Broken
Nothing else
Taken

20002 (R 7/02)

EXHIBIT A-5
PENGAD 800-631-6989

C-1-3
**SHAKEDOWN LIST** — DC 300-6A
DATE: 09/05/11
OFFICER: Pant/Volanos
Offender Name and Number: Bretz #46584

1- Overdue book
Nuisance

Nothing else
found, taken
or broken.

20002 (R 7/02)

---

C-13
**SHAKEDOWN LIST** — DC 300-6A
DATE: 9-15-11
OFFICER: Nicholson/Volanos
Offender Name and Number: Bretz 46584

35 unauthor. pictures
per Reading Com.
Nuisance Trash
Nothing Broken

20002 (R 7/02)

---

C-1-3
**SHAKEDOWN LIST** — DC 300-6A
DATE: 7-27-11
OFFICER: Tyree/Hutt
Offender Name and Number: Bretz-46584

Altered magazine pictures,
2 altered folders.
Nuisance.
Nothing else found/taken/broken.
2 Books.

20002 (R 7/02)

---

C-1-3
**SHAKEDOWN LIST** — DC 300-6A
DATE: 08-31-2011
OFFICER: Hollis/Christians
Offender Name and Number: Bretz 46584

* Nuisance trash
* broken plastic Craft needles

black handle of Hobby
box was damaged already

Nothing
else

20002 (R 7/02)

# Incident # 489822

**STERLING CORRECTIONAL FACILITY**

Linked #     Created by

Created: **Sep 15, 2011  02:05 pm**    By: **VOLANOS, JOHN R**
Closed:                                 By:

Incident Date: **09/15/2011**

Approx Time: **01:04 PM**          Status: **Open**

Incident Type: **Unauthorized Possession**

Incident Location: **Living Unit 3 - C Pod**

Misc. Location Info: **Tier-1, cell 03**

Summary: **Unauthorized Photos found in Bretz,K.# 46584 possesion photos turned into reading committee for review.**

---

Report:  **1**   by **VOLANOS, JOHN R ( sfjrv )**      for Incident **489822**
Officers Facility: **STERLING CORRECTIONAL FACILITY**
Approximate Time of Incident: **01:04 PM**         Shift: **Days**
Work Unit: **Living Unit 3 / 4**                    Days Off: **Sat., Sun.**

Suspected Gang Related: ☐           Evidence: ☐

| Docno: | Name:          | Living Unit: | Pod | Tier | Cell | Bunk |
|--------|----------------|--------------|-----|------|------|------|
| 46584  | BRETZ, KEVIN M | SCF/UNIT03   | C   | 1    | 3    | B    |

Report Rejected: ☐                  **Report**  Needs Approval ☑
Report Approved: ☑                           Submitted: 09/15/11 02:10 PM
Report Voided: ☐                    **Duty Officer's Initiation of Investigation**

**Parole/Community/**
**Shift Commander:** WHITNEY, BRIAN K. ( sfbkw )    Charge: ☑  **Duty Officer:** WILDENSTEIN, KENNETH ( sfkm
**Date Approved:** 09/15/11 02:19 PM            Informational: ☐  **Reviewed:** 09/15/11 05:09 PM

## Detailed Report on following Page

# Incident# 489822

Report 1 detail by VOLANOS, JOHN (sfjrv) for Incident 489822

-----------------------------------------------------------------------------------------------------------------

On September 15, 2011 at approximately 1:04PM I, officer J. Volanos conducted a shakedown in LU-3, C-pod, tier-1, cell 03 which inmate Bretz, Kevin DOC # 46584 is assigned to. During the shakedown I discovered 35 pictures of scantily clad females posed in provocative positions and unclothed genitals, buttocks and female breasts. Some of the pictures had other inmate names and numbers and or have been altered in the back of the photos to no longer identify who the pictures had belonged to. I then confiscated the said photos as they are unauthorized to the only offender living in the cell per AR Form 300-26E Offenders Individual Reading Material Restrictions dated July 12, 2010. I then explained to offender Bretz of what was taken during the shakedown and the unauthorized pictures found. He then threatened me with legal action if I was to confiscate the photos. The photos were turned into the Reading Committee for review. End of Report.

Page 1 of 1

# Incident # 504918

## STERLING CORRECTIONAL FACILITY

Linked #    Created by

Created: **Nov 16, 2011 07:38 pm**     By: **TYREE, NATHANIEL D**
Closed:                                 By:

Incident Date: **11/16/2011**

Approx Time: **04:45 PM**     Status: **Open**

Incident Type: **Unauthorized Possession**

Incident Location: **Living Unit 3 - B Pod**

Misc. Location Info: **LU3 B-1-12**

Summary: **I/M Bretz 46584 was in possession of pictures in violation of his reading restriction.**

---

Report: **1** by **TYREE, NATHANIEL D ( ndtyree )**     for Incident **504918**
Officers Facility: **STERLING CORRECTIONAL FACILITY**
Approximate Time of Incident: **04:45 PM**     Shift: **Swings**
Work Unit: **Living Unit 3 / 4**     Days Off: **Sun/Mon**

Suspected Gang Related: ☐     Evidence: ☑

| Docno | Name | Living Unit | Pod | Tier | Cell | Bunk |
|---|---|---|---|---|---|---|
| 46584 | BRETZ, KEVIN M | SCF/UNIT03 | B | 1 | 12 | B |

Report Rejected: ☐
Report Approved: ☑
Report Voided: ☐

**Parole/Community/Shift Commander:** WHITNEY, BRIAN K. ( sfbkw )
**Date Approved:** 11/16/11 07:59 PM

**Report**     Needs Approval ☑
Submitted: 11/16/11 07:55 PM

**Duty Officer's Initiation of Investigation**
Charge: ☑     Duty Officer: WILDENSTEIN, KENNETH ( sfkm
Informational: ☐     Reviewed: 11/17/11 07:23 AM

## Detailed Report on following Page

# Incident# 504918

Report 1 detail by TYREE, NATHANIEL (ndtyree) for Incident 504918

----------------------------------------------------------------------------------------------------------
--

On Wednesday, November 16 at approximately 4:45 PM Officer Aucion and I, Officer Tyree conducted a cell search of cell B-1-12, Offender Bretz 46584. During the course of the shakedown Officer Aucion found two pictures in violation of Offender Bretz' reading restriction on his bunk. The pictures were taken and will be submitted as evidence to the Shift Commander.

Page 1 of 1