IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## AFFIDAVIT OF LT. BERNADETTE SCOTT

---

I, Bernadette Scott, upon being duly sworn under oath, of lawful age, and having personal

knowledge of the matters set forth herein, depose and state as follows:

1.　　This affidavit is based upon my personal knowledge.

2.　　My full, legal name is Bernadette Diane Scott.

3.　　I am employed by the Colorado Department of Corrections (CDOC) as

Correctional Officer III – Specialist.

4.　　I have been employed by the CDOC since 1991.

5.　　As part of my job, I am the SCF ADA Coordinator.

6.　　I have been the SCF ADA Coordinator since February 2010. In that

capacity my job duties include: assisting offenders with durable medical equipment,

acting as a liaison between medical and offenders, entering information into the new

1



EXHIBIT

A-6

accommodation tracking system and approve or deny what I am authorized to, and coordinating with offers with existing accommodation when something needs replaced.

     7.     I am familiar with Kevin Bretz and his claims in this case.

     8.     I am aware that during regular and routine facility shakedowns contraband pornography was removed from Mr. Bretz's cell.

     9.     That material was preserve din congruence with the Special Master's orders through March 12, 2012.

FURTHER AFFIANT SAITH NAUGHT.

Lt. Bernadette Scott


Subscribed and sworn before me in the County of $\underline{Logan}$ , State of Colorado, this $\underline{13^{th}}$ day of April, 2012.

My commission expires: $\underline{3|12|2016}$ .


Notary Public