THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK
JESSE MONTEZ, et. al.,
    Plaintiff,

v.
JOHN HICKENLOOPER, et. al.,
    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 17 2012

GREGORY C. LANGHAM
               CLERK

---

## MOTION FOR OBJECTION AND SET HEARING    53(g)(2)

COMES NOW, CLAIMANT, KEVIN MARK BRETZ, PRO SE, DOES HEREBY FILE AN OBJECTION MOTION, AND PRAYS THIS HONORABLE COURT SET HEARING TO REVIEW FACT, THAT SURROUND THE COURTS ORDER TO RETAIN CONFISCATED PROPERTY, AND SUCH ORDER WAS VIOLATED BY PARTIES WHOM WERE NAMED UNDER DEFENDANTS, BEFORE SUCH ORDER EXPIRED.

    THE COURTS ORDERED SUCH TIME FRAME TO ASSURE PLAINTIFF TIME TO FILE NEW COMPLAINT AND HAVE AN ORDER ISSUED TO RETAIN UNDER NEW COMPLAINT.

    THIS COURTS IS AWARE PLAINTIFF HAD A HEART ATTACK ON JANUARY 23RD 2012. IN AS MUCH THE PLAINTIFF WAS GONE FOR (5) WEEKS BEFORE HE RECEIVED HIS PROPERTY.

    THIS COURT ALSO KNOWS UPON HIS RETURN, THE PLAINTIFF WAS LOCKED UP IN SEG. UNIT FOR 16 DAYS AND THEN KEPT IN LOCK DOWN UNIT (1)C FOR (3) WEEKS. THEN MARCH 30th, 2012 PLAINTIFF WAS MOVED TO LIMON CORRECTIONAL FACILITY, AND NOW OVER (2) WEEKS, HAS NOT OBTAINED ALL HIS—

CONT. PERSONAL AND LEGAL PROPERTY FROM RECEIVING. PLAINTIFF WAS MOVED WITHOUT NOTICE AND NOW SUPPORTS MY RETALIATION ISSUES STRONGER, AND FOR (2) YEARS THIS STARTED SINCE Lt. B. SCOTT WAS NAMED AND NOW HER, HER ASSISTANT AND CELL HOUSE STAFF HAVE EVEN ADMITTED THEY HAD RECEIVED ORDERS FROM Lt. B. SCOTT'S STAFF TO TAKE MY PROPERTY.

ON 03/13/12 Lt. B. SCOTT CAME TO SEE ME IN SEG. SHE MADE COMMENTS TO THE FACT SHE IS NOT OBLIGATED TO FOLLOW THE ORDER, BUT IF I DROP CHARGES OF UNIT STAFF C/O ROVARD AND Lt. E. HOFFMAN FOR DESTROYING MY PHOTOS & PICTURES, ART AND LEGAL PAPERS, SHE WOULD CONSIDER THE RETURN OF MY WIFES PHOTOS, MY BROTHERS PHOTOS, MY LEGAL PAPERS, HELL ANGELS HISTORY, DAYTONA BIKE WEEK, PACIFIC ISLAND LADIES BOOKS, BUT NOT IF IM GOING TO PURSUE LEGAL CONTEMPT CHARGES, AND I WILL HAVE TO MAIL OUT THE 35 NAKED PHOTOS.

I REFUSED AND I WAS THEN INFORMED MY PROPERTY WOULD BE DESTROYED AS THE ORDER EXPIRES AND I CAN EXPECT SOME ADMINISTRATION PROBLEMS. NOW IM MOVED TO LIMON (2) WEEKS LATER AND MY PROPERTY LOST AND HELD UP IN THE SHUFFLE.

CONTEMPT OF COURT BY C/O ROVARD AND Lt. E. HOFFMAN IS CLEAR. THE CONTEMPT BY Lt. B. SCOTT IS NOT AS CLEAR, BUT THE LAW—

—2—

CONT: IS CLEAR, THE COURTS ORDER WAS VIOLATED BEFORE ITS EXPIRE DATE. THEREFORE A NEW HEARING SHOULD BE SET TO HOLD ALL PARTIES ACCOUNTABLE AND AWARD DAMAGES FOR PERSONAL PROPERTY AND OBSTRUCTION TO KEEP ME FROM FILING IN THE COURTS.

OBSTRUCTION ie., RETALIATION IS PRODOMINATELY CLEAR NOW. WITH REMOVAL FROM HONOR POD, AFTER I DONATED AND BOUGHT DVD PLAYERS, MOVIES AND GAMES, IM REMOVED FROM HONOR POD. THEN MEDICAL CHANGED MY MEDICATIONS AND I HAD A HEART ATTACK THEN RETURNED TO STERLING, LOCKED UP IN SEG. AND THEN FOUND NOT GUILTY - DISMISSED BECAUSE OF A.D.A. STATUS, THEN LOCKED DOWN IN UNIT ①, AND NOW MOVED TO LIMON CORR. FACILITY AND YET NO PROPERTY, NO MEDICATIONS (PARTIAL) AND LEGAL MATERIAL.

FACTS ARE CLEAR, THE ORDER BY JUDGE RICHARD M. BORCHERS TO RETAIN PERSONAL PROPERTY WAS VIOLATED AND DEMANDS A HEARING UNDER THE LAW OF RULE 60 AND OTHERS PLAINTIFF IS UNABLE TO NAME BECAUSE HE IS PLACED INTO A HINDERANCE PLACEMENT WITHOUT LEGAL BOX.

PLAINTIFF PRAYS THIS COURT GRANT HIS MOTION AND SET HEARING TO ADDRESS CONTEMPT OF COURT AND DAMAGES. C.D.O.C. SHOULD BE HELD ACCOUNTABLE FOR ONCE IN THIS CASE. TO DATE THEY HAVE NEVER BEEN ACCOUNTABLE ON CLAIMANTS CASE ACTION.

(3)

CONT: Wherefore plaintiff asks this court to set hearing and address all issues. He also prays this honorable court grant new orders to extent (4) months to file a new complaint and any or all property be retained if still held.

Plaintiffs last (4) months has been a roller coaster due to heart attack and the obstruction enforced by S.C.F. to keep me in disray and unable to meet all my court needs on this case. The law library here has not set appointment for review and copies.

Dated this ___ TH of April, 2012

Respectfully Submitted

*Kevin Mark Bretz*

Kevin Mark Bretz
Reg. # 46584
49030 State Hwy 71
Limon, Co.
80826

Plaintiff has no access to law library to make copies and serve Colo. Atty. Gen. their copy at this time. Time frame cannot wait any longer. Plaintiff has requested 4 times now.

(4)

RE: COURT ORDER ISSUE FOR A.D.A. NEEDS.

HONORABLE BROCHER SIR

Upon my arrival here I was placed into 1B unit, held for 3 days on lock down. Then I was moved to 1C unit, held for 4 days. Then I was moved to 3C unit and held in lock down for 3 days, then I was given 20 min. gym, and 20 min's day hall and a shower. Then I was moved to 2B, then moved to 2A unit.

You should know none of these cells are handicapped cells, none of these pods but (B)'s have handicap showers. The regular showers in A & C pods are 36" x 36" x 10' with no railings no seats or stools as in (B) pods.

I've formally requested a handicap cell so I have railings to lift myself off the stool. That has been denied to date. I also requested a (B) pod placement, so I have rails to stablize myself on the wet floor and help me take a safe shower and kept from falling. (I've slipped & fallen twice now) The placement in (B) pod has been denied.

Sir, the cell stools are 14" off the floor & I have to tie my sheet onto the wall table to use for pulling myself off the stool. This stool is super low, and causes pain & back injury slamming down on the stool to use it, because my leg gives out before I reach the stool surface.

The cell house Sgt. tells me short of an order from the federal court, I'll not be placed

#2

IN A (B) POD OR HANDICAP CELL.

HE SAID MEDICAL CLAIMS I HAVE = NO = A.D.A. RESTRICTIONS OTHER THAN CANE USE & ASSISTANCE IN TRANSPORT/EVACUATIONS ONLY. MEDICAL CLAIMS A.D.A. Lt. B. SCOTT HAD REMOVED MY RESTRICTIONS WHEN I WAS MOVED. THE STATUS OF "QUERY MEDICAL APPTS DATED 7-22-05 THAT WAS ASSISSED AT CSP THAT READ; NO SQUATTING, NO LONG STANDING (20 MIN.) NO BENDING, INTENSIVE WORK ASSIGNMENTS, OR LONG SITTING, AUTH. BY. U.M.C. BRIAN WEBSTER AND DR. PATTERSON & DR. LILLY HAS NOW BEEN REMOVED.

SO I GUESS I NEED A NEW COURT ORDER TO BE FILED AGAINST WARDEN ANGEL MEDINA AND LIMON MEDICAL DEPT. TO READ: A.D.A. STATUS & ORDER FOR HANDICAPPED CELL, HANDICAPPED SHOWERS, NO SQUATTING, LONG STANDING (20 MIN. MAX), NO BENDING, NO INTENSIVE WORK, NO LONG TERM SITTING (1 HOUR).

THIS NEW ORDER IS A CLEAR HUMANITARIAN ISSUE TO STOP FURTHER INJURY AND GIVE THIS PRISONER BACK SOME DIGNITY AND STOP THE CDOC MADNESS.

Sincerely,

[signature]

```
= APPOINTMENTS ========== QUERY MEDICAL APPTS ============ 07/22/2005 = Page  1
Doc No: 46584    Name: BRETZ, KEVIN M                CSP/UNIT F PRES FACIL
================================================================================

DOB: 08/27/1957  47  PED: 01/03/2053  SDD: 10/09/2082  PROFILE:     Tele-Med: N

Init: 12/03/2004    Rcv'd:              Provider: 5578 WEBSTER BRIAN


Auth No: 0103010590204    Visits Auth:      1     Auth End Date: 04/02/2005

Clinic: 52 THYROID SCAN         Location: 18 STERLING REG ME   Specialist:

Priority: 4 TWO MONTHS            CTU Involved: N           Move Date:

Appt Date: 03/14/2005 09:00  Outcome:                  Dict Date:

SYMPTOMS/
DIAGNOSIS:   HYPERTHYROID, NEEDS SCAN.  ONE MONTH PLEASE.

CTU NOTES:   SQUATTING, STANDING, NO BENDING, INTENSIVE, SITTING

APPT NOTES:  AUTH BY UMC 2/15/05                          APPT 3/14/05 @ 9:00
             THEN @ 1300              APPT @ 3/15/05 @ 9:00
             NPO AFTER MIDNIGHT
```



# DEPARTMENT OF CORRECTIONS
## DISPOSITION OF CHARGES
### FACILITY SCF

DC FORM 150-1B (Revised 06/15/07)

Informal Conference ☐    Formal Hearing ☒

**OFFENDER NAME** BRETZ, KEVIN M    **DOC NUMBER** 46584    **CASE NO:** 12-1447
**CURRENT HOUSING UNIT** LU 04    **CURRENT SECURITY DESIGNATION** Close
**Continuation of hearing:** No ☒   If yes, describe date/time continued from:
**Disciplinary Officer Name and position:** Lt. Gynetta Rynek

**FINDINGS OF FACT:** (List SPECIFIC evidence relied upon to support finding(s) including the general substance of confidential information and/or evidence.)

| Charge(s): | Plea: | Finding: |
|---|---|---|
| Class II, Rule 25a, Disobeying a Lawful Order | Not Guilty | Dismissed |
| Charge(s): | Plea: | Finding: |
| Charge(s): | Plea: | Finding: |

Offender Representative Requested: Yes ☐ No ☒    Offender Representative Allowed: Yes ☐ No ☒    InmateRep: Waived
Was Confidential Information Used: Yes ☐ No ☒    If yes, was information determined reliable by Hearing Officer: Yes ☐ No ☐ N/A ☒

**Describe accused offender testimony:**
Offender Bretz testified that he packed his items in his locker box. It took him several hours to pack his room up. When the Lieutenant told him he had five minutes he asked for an OCA to help because he had a medical procedure.

**Describe Staff testimony and evidence presented:**
On February 29, 2012, during a facility move of offenders from Living Unit 3 old I pod and third servicing officers from Living Unit 3, Offender Bretz #46584 refused to move. Offender Bretz said he was tired of moving and he was not going to pack his belongings from his black box into his green duffle bag.

**Identify all offender witnesses requested:** None
**Briefly describe all called witness testimony, or justification for not allowing requested witnesses:**
None

**Briefly describe specific evidence and testimony relied upon to reach finding:**
The Notice of Charge, the offender's testimony, the presentation by the Disciplinary Officer
**Briefly describe how offender behavior violated COPD:** Preponderance of evidence has not been satisfied because the order was not reasonable in nature.

**Other comments** (describe any offender rights waived, justification for non-allowance of representation, explanation of extended recess and any other pertinent information):
Offender Bretz waived his right to representation.

**SUMMARY OF PENALTIES:**
Describe any aggravating or mitigating factors considered: None

Describe any stayed or probated sanctions: None

Description of Penalties Imposed: None

Date of sanction start and end; Explanation of Pre-Hearing segregatin time credit:
None

Explanation of monetary restitution imposed/Information relied upon to determine amount imposed:
None

S/ _____    1/1/2
Chairperson Allen Harms    Date

DATE OF HEARING 3/15/2012    TIME OF HEARING 8:35 am    LOCATION OF HEARING LU 05 Hearings Office
COMMITTEE MEMBERS PRESENT    seg.

WARDEN/DIRECTOR REVIEW: (Not required for informal) ☐ AFFIRM   ☐ MODIFY   ☐ REVERSE

S/ _____
Administrative Head or Designee    Date

Offender Acknowledgement: I acknowledge receipt of a copy of this Disposition of Charge.
Name: KEVIN MARK BRETZ    Signature: _____    03/22/12 Date

Distribution:    White - Department File    Canary - Working File    PINK - Warden/Director    Gold - Offender

COLORADO DEPARTMENT OF CORRECTIONS   AR FORM 300-26A (05/01/07)

## OFFENDER READING MATERIAL EVALUATION & APPEAL FORM - PART 1

| SCF | Bretz, Kevin | 3 | 46584 |
|---|---|---|---|
| Facility | Offender Name | Unit | Doc Number |

**Title or Description of Material:** Photos

Include name, issue number, and title and page of offending material

**Objectionable Features of Material:**

1. Reading materials that describe or depict the designee or manufacture of firearms, explosives, or other weapons or destructi devices, or controlled substances or intoxicants, or which provide detailed instructions regarding the legal use of such items.
2. Reading material that by depiction or description advocate violence, hatred or vengeance against any individual or group based upon their race, religion, nationality, sex, or ethnicity or that appears more likely than not to provoke or to precipitate a violent confrontation between the recipient and any other person.
3. X Reading material that by depiction or description support the illegal activities of a security threat group contrary to the security interests of the facility or the individual rehabilitative goals of the recipient. Mere language or style of dress worn, in the absence of other material that supports, incites, promotes, encourages, or advocates any type of illegal gang activity, will not be the cause of rejection.
4. Sexually explicit material: (See definition in Section III, "Definitions.")
5. Reading materials which pose a potential threat to the safety and security of the offender population or DOC employees, contract workers, and volunteers by advocating facility disruption or noncompliance with prison rules or regulations.

**Censored Portions of Material:** Facility reading committee shall list specific page numbers and a detailed explanation as to why material is bei denied. If entire submission is being disallowed, reading committee must list the first five pages of objectionable material. Attach a copy of th Reading Material Restriction form if material is being disallowed due to rehabilitative goals.

**PAGE NO.** Detailed Explanation as to why each page is to be censored. (Attach additional pages as necessary.)

Pages - 2 Photos (Scantily clad or provocatively posed persons)

Deny - 2 photos as they violate the individual reading restrictions.

Lieutenant Bernadette Scott
Review Committee Chair: Printed Name & Signature          Date

**DISPOSITION FOLLOWING EVALUATION OF MATERIAL(S):** *Note: Entire item will be prohibited if 5 or more pages are objectionable.*

[ ] Please check this box if you wish to have the item altered and sent in.
[ ] Permitted with above pages removed           [ ] Permitted in entirety

Warden James Falk
Administrative Head: Printed Name/Signature          Date

Date Served to Offender          Served by: DOC Employee(s) Printed Name/Initials

Date          Offender's Signature

Pursuant to AR 300-26, the offender may appeal this decision within 10 days of the date of service of this form. This appeal is the only available administrative remedy to the offender. Facility Reading Committee decisions may not be grieved under the provisions of DOC AR 850-04, *Grievance Procedure*.

cc: (Original) White-Department File, Canary-Working File, Pink-SCF Reading Committee, Goldenrod - Offender

Attachment "A"
Page 1 of 2

REMEMBER, SHE FILED A STATEMENT (STEP 1) SHE HAD NOTHING TO DO WITH MY PICTURES OF MY WIFE CONFISCATED!!