IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-326
Category: Untimely Filed Claim
Claimant: John Garcia, #134454
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter filed by Claimant. In that letter, Claimant relates that his vibrating watch was stolen through no fault of his own and a new watch has not been provided to him by DOC.

    Claimant previously filed a letter with the Special Master in early 2010 that was treated as a claim under Article XXXII of the Remedial Plan. Claimant did not come into DOC custody until December, 2006. His claim was dismissed for lack of jurisdiction. Nothing has changed since Claimant's claim was dismissed on May 28, 2010.

    Judge Kane has ruled that *pro se* motions may not be filed as this stage of the proceedings. The Special Master and Judge have no jurisdiction over the motion of Claimant.

    IT IS HEREBY ORDERED that the letter of John Garcia, being treated as new claim or *pro se* motion, is dismissed, as the Claimant came into DOC custody after August 27, 2003; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but

said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 11, 2012.**

SIGNED this 23rd day of April, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master