IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

_____

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's "motion for objection and set hearing." *Doc. 5271*. Claimant has cited F.R.C.P. 53(g)(2). The Special Master would note that paragraph relates to compensation for the special master. Presumably, Claimant is referring to paragraph (f)(2).

      No basis exists to set this matter for a hearing. Claimant has been advised concerning the lack of jurisdiction that exists over the issue of seizure of personal property. Claimant has the right to pursue a separate lawsuit. He cannot pursue the issue in this case. Absent an order from Judge Kane, no further action will be taken by the Special Master on this issue.

      IT IS HEREBY ORDERED that Claimant's motion for objection and set hearing is denied and no further action will be taken on it; and

      IT IS FURTHER ORDERED that Claimant and Defendants are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before June 4, 2012.**

      SIGNED this 23rd day of April, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*
_____
Richard M. Borchers
Special Master