IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

Claim Number 01-092
Category I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751-6000

---

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE OBJECTIONS OF CLAIMANT RUDNICK

Defendants, by and through the Colorado Attorney General, respectfully request an extension of time, up to and including Tuesday, June 5, 2012 in which to respond to the Objection of Rudnick and his other recent filings. In support thereof Defendants state:

1

1. Plaintiff James Rudnick is an incarcerated *pro se* damages claim litigant presently incarcerated at Sterling Correctional Facility (SCF) of the Colorado Department of Corrections (CDOC).

2. In February 2012, Plaintiff had another compliance hearing pertaining to the finite issue of his shoe accommodation.

3. Plaintiff filed an Objection to the Special Master's Order of February 13, 2012, after an Extension of Time to do so was granted. Doc. 5245, Doc. 5265.

4. Plaintiff also filed a Motion to Provide Copy of Special Master's Compliance Hearing Order. Doc. 5266.

6. Undersigned Counsel asserts that the ends of expediency and justice would be best served by the filing of one joint Response to these filings.

7. As such, undersigned Counsel respectfully requests that Defendants be granted an extension of time to file their Response to Rudnick's Objection and other filings with this Court up to June 5, 2012. This will allow Undersigned Counsel the opportunity to prepare and present a single Response on this claim.

8. Undersigned Counsel asserts that allowing an extension of time will not prejudice the Plaintiff, nor cause undue delay in this

litigation or otherwise adversely affect case management as the documents will streamline the claim process for all parties and the Court.

9. Further, undersigned counsel seeks this extension of time due to the press of business. Counsel is presently preparing for an eight day trial in scheduled to begin April 30, 2012, in Civil Action No. 10-cv-01005-RBJ-KMT, *Troy Anderson v. CDOC, et al*. Counsel defended a deposition in this same case on April 16, 2012. Additionally, in the past two weeks counsel has prepared and filed: a Motion to Dismiss in Civil Action No. 12-cv-00337-CMA-MJW, *Brosh et al., v. Duke*; a Motion to Dismiss in 12CV117, *Kingsolver v. Executive Dir. of CDOC and Warden of SCF*; a Response in 07CR5528, *People of the State of Colorado v. Granado*; a Motion to Dismiss in 11-cv-03108-WJM-MEH, *Hutchinson v. Houle*; a Motion to Dismiss in 11CV4759, *Brandon v. Parole Board, et al.*; and a Response in 12CA479, *Williams v. Warden of SCF and Executive Dir. of CDOC*.

WHEREFORE, Defendants respectfully request an extension of time up to and including Tuesday, June 5, 2012, in which to respond to Rudnick's Objections and additional recent filings.

3

Respectfully submitted this 28th day of April 2012.

> JOHN W. SUTHERS
> Attorney General
>
> /s/ Jacquelynn N. Rich Fredericks
> JACQUELYNN N. RICH
>   FREDERICKS*
> Assistant Attorney General
> Corrections Unit
> Attorneys for Defendants
> 1525 Sherman Street, 7th Floor
> Denver, Colorado  80203
> Telephone:  303-866-5639

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **MOTION FOR EXTENSION OF TIME** upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 28th day of April, 2011, addressed as follows:

| | |
|---|---|
| James Rudnick, #68432<br>Sterling Correctional Facility<br>P.O. Box 6000<br>Sterling, CO 80751-6000 | *Courtesy Copies To:*<br>Keith Nordell, CDOC<br>Shawna Roche, SCF |

> /s/ Mariah Cruz-Nanio
> Mariah Cruz-Nanio