IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter of April 22, 2012. Claimant has requested the opportunity to listen to the recording of the February 6, 2012 hearing. Claimant wishes to prepare an objection to the report and recommendation of the Special Master.

      As detailed in an earlier order, the Special Master has been advised over the years that inmates are not allowed possession of compact disks. For that reason, the Special Master did not send a copy to Claimant. The previous order of the Special Master was based upon the assumption that Claimant could secure some assistance from staff at SCF. It appears that all parties may have expected the disks to be sent.

      The hearing of February 6, 2012 encompasses two disks. Two sets of disks have been prepared. One set is for counsel for Defendants. The other set will also be provided to counsel for Defendants but with the expectation that set will be forwarded to the right official at SCF. The official at SCF is to allow Claimant to listen to the disks on or before May 29, 2012.

      IT IS HEREBY ORDERED that Claimant's letter will be treated as a motion and will be granted, in part, as set forth in this order; and

      IT IS FURTHER ORDERED that Claimant and Defendants may filed on objection to the Report and Recommendation on or before **June 18, 2012.**

SIGNED this 30th day of April, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master