IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Defendants' motion for extension of time to respond to the objections of Claimant Rudnick. *Doc. 5274*. The request is appropriate and will be granted.

    IT IS HEREBY ORDERED that Defendants are granted up to and including **June 5, 2012** in which respond to the objection of Claimant Rudnick.

    SIGNED this 30th day of April, 2012.

    BY THE COURT:

    */s/ Richard M. Borchers*

    _____
    Richard M. Borchers
    Special Master