IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on Claimant's Motion for Extension of Time. Claimant is asking for another extension of time, having asked for several over the last three years.

      As noted in a separately issued order, Claimant has not established that he was the victim of discrimination prohibited by the ADA on or before June 30, 2001, the day his sentence was discharged. Absent proof of such discrimination during Claimant's first incarceration, the Remedial Plan prohibits discussion of any acts against Claimant after August 27, 2003. What Claimant has established is that he was diagnosed with SSS in the late 1990's and accommodations were provided to him. Claimant's remedy is to commence a new lawsuit dealing with what has occurred since 2008 when he returned to DOC custody.

      IT IS HEREBY ORDERED that Claimant's Motion for Extension of Time is denied.

      SIGNED this 7th day of May, 2012.

                            BY THE COURT:

                            */s/ Richard M. Borchers*

                            Richard M. Borchers - Special Master