```
DUPLICATE

Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX047541
Cashier ID: sq
Transaction Date: 05/10/2012
Payer Name: STATE OF COLORADO
------------------------------------
PLRA CIVIL FILING FEE
 For: LARRY BORDON, 053485
 Case/Party: D-COX-1-92-CV-00870A-004
 Amount:       $2.64
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 217127
 Amt Tendered: $2.64
------------------------------------
Total Due:       $2.64
Total Tendered:  $2.64
Change Amt:      $0.00

NO PYNT ON APPEAL

A fee of $53.00 will be assessed on
any returned check.
```