

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 24 2012

GREGORY C. LANGHAM
CLERK

Civil Action No.:92-CV-00870-JLK

**JESSE MONTES, et al.,**
  Plaintiffs, as representatives of themselves and others similarly situated,

V.

**JOHN W. HICKENLOOPER et al.,**
  Defendants

Claim Number : 03-140
Claimant:   Shawn Mandel Winker
            12101 Highway 61, CDOC#48319
            Sterling, Colorado  80751

## RESPONSE OF FAILURE TO REPLY

Comes now the claimant on the court's order dated December 28, 2011 and request the court take judicial notice and for the record states:

1. The court will review the criteria and legal analysis used to decide whether an offender has a disability at CDOC and during the damage claim process.

2. ...the Special Master will review orders and issue new rulings in those cases where appropriate.

1

3. This claimant was disabled during the entire process.

4. This claimant is still disabled.

5. The court continues to allow CDOC to discriminate against this claimant, now by withholding resolution accommodations finally provided, for exercising his right to access the courts.

6. The court never sent reply, or at least the claimant never received reply, of the decision to grant defendants until February 7, 2012 to make response in this matter.

7. More than 90 days have passed without ruling.

This issue is not resolved

Respectfully submitted

this _22_ day of May 2012

*Shawn M. Winkler* (signature)
Shawn M. Winkler
12101 Highway 61, CDOC#48319
Sterling, Colorado  80751

Certificate of Service

I hereby certify copies of the Response of failure to reply were placed into the prison mail system to:

U.S. District Court
92-CV-0870-JLK
901 19th Street
Denver, Colorado 80294

James Quinn
Office of the Attorney General
1525 Sherman Street, 7th floor
Denver, CO 80203

Paula Griesen
1670 York Street
Denver, CO 80206

Executed this 22nd day of May 2012

Shawn M. Winkler
12101 Highway 61, CDOC #48319
Sterling, Colorado 80751