IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-140
Category III
Claimant: Shawn M. Winkler, #48319
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's Response of Failure to Reply. *Doc. #5282*. Though Claimant's pleading is disjointed, he appears to be arguing that his previously filed objection should be acted upon and the DOC continues to discriminate against him in violation of the ADA.

      Claimant's objection has not been acted upon by Judge Kane. Defendants requested and received additional time in which to respond to the objection, but they did not file any response to the objection. Judge Kane will need to resolve the objection as he deems appropriate.

      Judge Kane has ruled that individual *pro se* motions may not be filed. Claimant may seek the assistance of class counsel or file a new case. Claimant may not pursue any further individual relief through this claim.

      IT IS HEREBY ORDERED that the objection of Claimant is referred to Judge Kane for such action as he deems appropriate.

      SIGNED this 4th day of June, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master