IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

**ORDER OF SPECIAL MASTER**
_____

    THIS MATTER comes before the Special Master on Claimant's motion for appointment of counsel. The motion was received on June 2, 2012.

    The Remedial Plan is the settlement document that was submitted by the parties to then-Judge Nottingham. The Remedial Plan in Article XXXII does not include any provision for the appointment of counsel for a claimant. Likewise, federal law does not provide any basis for appointment of counsel in a civil case. Article XXXII does provide that a claimant may secure an attorney on his own at his own expense. There simply is no basis upon which Claimant's motion could be granted.

    IT IS HEREBY ORDERED that Claimant's motion for appointment of counsel is denied.

    SIGNED this 4th day of June, 2012.

                                      BY THE COURT:

                                      */s/ Richard M. Borchers*
                                      _____
                                      Richard M. Borchers
                                      Special Master