IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Court on Claimant's letter which is dated June 15, 2012. Attached to that letter is a copy of a letter to the AIC, dated May 30 2012.

      Claimant previously filed motions requesting additional accommodations. Those motions were dismissed, as Judge Kane has ruled that no additional *pro se* motions would be accepted. The sole exception was for claimants who had received an order from the Court providing continuing items such as medical shoes. Claimant received a favorable ruling on his claim and was awarded money, which has been paid to him. Thus, there is no continuing jurisdiction over the claim.

      IT IS HEREBY ORDERED that Claimant's letter, being treated as a motion for relief, is denied for lack of jurisdiction; and

      IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

      IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before August 6, 2012.**

SIGNED this 20th day of June, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master