IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the Claimant's motion for enlargement of time. The motion is appropriate and will be granted.

    IT IS HEREBY ORDERED that Claimant's motion for enlargement of time is granted and Claimant is allowed up to and including **August 20, 2012** in which to file an objection to the Special Master's order of March 5, 2012.

    SIGNED this 20th day of June, 2012.

                                                       BY THE COURT:

                                                       */s/ Richard M. Borchers*

                                                       _____
                                                       Richard M. Borchers
                                                       Special Master