IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

      THIS MATTER comes before the Special Master on Claimant's Motion for Extension of Time. Claimant is asking for additional time in which to file an objection to the Special Master's final order which was issued on May 7, 2012.

      The Special Master is aware that Claimant has filed a separate lawsuit. He has been given time to file an amended complaint in that separate case. **Claimant is advised that this order pertains only to his claim in the Montez matter. Any request for an extension of time in the separate lawsuit must be presented to Magistrate Judge Boland.**

      IT IS HEREBY ORDERED that Claimant's Motion for Extension of Time in which to file an objection to the Special Master's order is granted up to and including **September 17, 2012.**

      SIGNED this 2nd day of July, 2012.

                                          BY THE COURT:

                                          */s/ Richard M. Borchers*

                                          _____
                                          Richard M. Borchers
                                          Special Master