# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK
(Consolidated for all purposes with Civil Action No. 96-cv-00343)

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

BILL OWENS, *et al.,*

Defendants.

___

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO THE SPECIAL MASTER'S ORDER REGARDING MICHAEL K. TIVIS #52378**
___

Plaintiffs, by and through their counsel, Paula Greisen and Jennifer W. Riddle of KING & GREISEN, LLP, hereby file this unopposed motion to extend the time for their objection to the Order of the Special Master dated June 20, 2012 regarding Michael K. Tivis, #52378.

As grounds for their motion, Plaintiffs state the following:

1. On June 20, 2012, the Special Master issued an Order with regard to Michael K. Tivis [Doc. No. 5287], which established August 6, 2012 as the deadline for objections to the Order.

2. Counsel for the Class requests an extension of time until and including September 5, 2012, in which to submit a response to the Order of the Special Master regarding Michael K.. Tivis.

3. No prejudice will occur to either party as a result of this short delay.

4. Pursuant to D.COLO.L.R. 7.1, undersigned counsel has conferred with counsel for Defendants, Jacqueline Rich Fredericks, regarding the defendants' position on this motion, and was informed that there is no objection.

WHEREFORE, Plaintiffs respectfully request the Special Master to grant an extension of time, until and including September 5, 2012, in which to submit a response to the Order of the Special Master regarding Michael K. Tivis.

Respectfully submitted this 19th day of July, 2012.

        KING & GREISEN, LLP

        *s/ Jennifer W. Riddle*
        Jennifer W. Riddle
        Paula Greisen
        1670 York Street
        Denver, CO 80206
        (303) 298-9878
        (303) 298-9879 (fax)
        riddle@kinggreisen.com
        greisen@kinggreisen.com

        Attorneys for Plaintiff Class

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that on the 19th day of July, 2012, I filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO THE SPECIAL MASTER'S ORDER REGARDING MICHAEL K. TIVIS #52378** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James Quinn
Jacquelynn Rich Fredericks
Attorney for Defendants
Colorado Attorney General's Office
1525 Sherman St.
Denver, Co. 80203
303-866-3261
Fax: 303-866-5443
james.quinn@state.co.us
jacquelynn.richfredericks@state.co.us

A copy was emailed to the Special Master, Judge Richard Borchers, dborchers@legalres.com

A courtesy copy was placed in the U.S. mail, to the following address:

Michael K. Tivis, #52378
Sterling Correctional Facility
P.O. Box 6000
Sterling, CO  80751

                                                            *s/ Laurie Mool*