IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the motion for extension of time filed by class counsel. The motion is appropriate and will be granted.

      IT IS HEREBY ORDERED that class counsel will be granted an extension up to and including **September 5, 2012** in which to file an objection to the order of the Special Master.

      SIGNED this 21st day of July, 2012.

                      BY THE COURT:

                      */s/ Richard M. Borchers*

                      _____
                      Richard M. Borchers
                      Special Master