Shawn Mandel Winkler
12101 Highway 61, CDOC #48319
Sterling, Colorado 80751

July 25, 2012

United States District Court
901 19th St, Room A105
Denver, CO 80294

RE: Receipt of document for Michael K. Tivis #52378

Greetings:
  The enclosed document was mistakenly mailed to me.

*Shawn M. Winkler*

copy file

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion for extension of time filed by class counsel. The motion is appropriate and will be granted.

IT IS HEREBY ORDERED that class counsel will be granted an extension up to and including **September 5, 2012** in which to file an objection to the order of the Special Master.

SIGNED this 21st day of July, 2012.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              Richard M. Borchers
                              Special Master