IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's Objection to the Final Order of the Special Master. The Special Master cannot tell if the original was sent to the Clerk's Office. The Special Master will forward the objection to the clerk's office.

IT IS HEREBY ORDERED that Claimant's Objection to the Final Order of the Special Master will be forwarded to the clerk's office.

SIGNED this 30th day of July, 2012.

                        BY THE COURT:

                        */s/ Richard M. Borchers*

                        _____
                        Richard M. Borchers
                        Special Master