IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the Claimant's letter dated July 13, 2012. It is unclear exactly what Claimant is requesting. He asks for a registry of actions but no such document exists for claims filed with the Special Master. If Claimant is requesting copies of orders issued in response to his claim and subsequent motions, then those can be provided. Claimant will need to advise the Special Master exactly what he is seeking.

      IT IS HEREBY ORDERED that Claimant shall advise the Special Master exactly what he is requesting.

      SIGNED this 30th day of July, 2012.

                                    BY THE COURT:

                                    */s/ Richard M. Borchers*

                                    _____
                                    Richard M. Borchers
                                    Special Master