FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 02 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-970-JLK

JESSE MONTEZ, et, al.

      Plaintiffs,

-Vs.-

JOHN HICKENLOOPER, et, al.

      Defendants.

---

Claim Number 03-491
Category III
Claimant: WAYNE BRUNSILIUS, # 65458
Address of Claimant: P.O. Box 150923, Lakewood, Colorado 80215-0923

---

PETITION FOR JUDGMENT PURSUANT TO OBJECTION OF APRIL 22, 2011
SUBJECT TO DEFAULT AND MOTION FOR EXTENSION OF TIME

---

      THIS MATTER comes before this court subject to default by this federal court to timely rule on Objection to Final Order of April 22, 2011 by special Master Richard M. Borchers at the Legal Resolution Center.

      The objection to Final Order of April 22, 2011 was timely filed on July 14, 2011 and copies sent to Mr. James Quinn of the Colorado Attorney General. The Objection presented material evidence surrendered to Special Master Richard M. Borchers as determined by Order in Hearing of January 18, 2010. This material evidence include 130 pages of records, copied one side, confirming violations of Federal court Orders, Fraudulent medical record keeping, concealment of material evidence, and failure and refusal by the State of Colorado to surrender all records as established by Article XXXIII of the remedial plan.

      1). Pursuant to federal Rules the federal court had seven days to rule on objection filed before this court. In violation of these rules this court defaulted, and silence by this court was admission that the State of Colorado was guilty of fraudulent practices, violations of Federal court Orders and refusal to surrender all records placed on the table before witness and all claims in Objection filed on July 2011; created due process violation for plaintiff to prosecute this case.

      2). This Plaintiff's responsibility to counter file in violation and default of federal rules by this court can not disqualify this plaintiff when the court violated its own contract to uphold the U.S. constitution.

1

3).The violation of this court by default violated due process of law to provide a fair and impartial hearing and judgment and the expectation of such. This default is equal in violation to the State of Colorado not recognizing or upholding the U.S. constitutional right or Human rights through-out all its twenty-two judicial districts and this federal court upholding the State of Colorado refusal to recognize those rights as has happened in this case.

4). This plaintiff contends that the State of Colorado's concealment of records was purposeful to hide criminal and civil rights violations conducted against this plaintiff while this plaintiff was illegally and unlawfully incarcerated by kidnapping and being held hostage for a ransom.

5). This plaintiff request an expansion of time for this court to set hearing for judgment and damages assessment and all records withheld by the State of Colorado and inclusive of all claims in objection. This plaintiff also request of this court conduct its own review of all records held by the Colorado attorney general's office for allegation of fraud, by blacking out records, due process violations and to and provide this plaintiff a copy of all records. In review of records by this court which should have been presented to plaintiff and this court for review. That this plaintiff contends such violation trigger heinous organized crime act.

Signed this 1st day of August 2012

*[signature]*
Wayne Brunsilius, Reg. 65458
P.O. Box 150923
Lakewood, Colorado 80215

CERTIFICATION OF MAILING

      I hereby certify that I have mailed copies of the foregoing PETITION FOR JUDGMENT PURSUANT TO OBJECTION OF APRIL 22, 2011 SUBJECT TO DEFAULT AND MOTION FOR EXTENSION OF TIME this _1st_ day of August 2012 to the following:

Mr. James Quinn
Office of the Attorney General
Fifth Floor
1525 Sherman
Denver, Colorado 80203

Wayne Brunsilius
P.O. Box 150923
Lakewood, Colorado 80215

3