IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## AMENDED ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's Objection to the Final Order of the Special Master. The Special Master cannot tell if the original was sent to the Clerk's Office. The Special Master will forward the objection to the clerk's office.

IT IS HEREBY ORDERED that Claimant's Objection to the Final Order of the Special Master will be forwarded to the clerk's office.

SIGNED this 6th day of August, 2012.

                BY THE COURT:

                Richard M. Borchers
                Special Master

## CERTIFICATE OF MAILING

I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 6th day of August, 2012 to the following:

Mr. Eldridge Griffin
#85791
SCF
P.O. Box 6000
Sterling, CO 80751

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Ms. Beth McCann
Mr. James Quinn
Ms. Jacquelynn Rich Fredericks
Office of the Attorney General
Fifth Floor
1525 Sherman Street
Denver, CO 80203

Susan L. Carter