August 15th 2012

Clerk of the Court
US District Court
District of Colorado

RE: Case # 92-CV-0870 JLK     Claimant TRUDNICK
                               Claim # 01-092

Dear Clerk of the Court

- Attached is a copy of my STEP III GRIEVANCE regarding my case claim: compliancy hearing [Mobility: chair-issue] - I just got it in.

- Please FILE this STEP III Grievance & Response with my multi-page: "Claimants Objection to Special Masters' Order (dated 7-2-12)" that was mailed to you (8-12-12) from SCF containing multiple pages of "Attachments".

- The MONTEZ settlement - resolution at-one-time said that these "ADA Grievances" were supposed to be AUTOMATICALLY COPIED to the court & A.G. Office, but I don't know (IF) Judge KANE would get a copy.

Thank you for your assistance in this case

Sincerely,

James Trudnick
CDOC prisoner 108432
SCF  4-A  Box 6000
Sterling  CO  80751

DC Form 850-04A (07/15/11)

JUL -3 2012

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Rudnick, James    Doc #: 68432

Grievance number (complete for Steps 2 and 3, only): 12-00019180-2

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** ADA CHAIR ACCOMMODATION
Step II Respondent has Diverted the issue — I am the ADA Class Member-Claimant and I know my Accommodation Requirements — A (boot) Hearing was held 6-25-12 whereupon the "lower (Altered height) CHAIR" was accepted on condition that the "UP & DOWN" Adjustment Piston would be used until a (2") Live Axe Piston could be located and installed. SAFETY HAZARD claim is Bogus as my last Chair was both TALLER & NARROWER ALSO = this same EXACT CHAIR is being used in Areas in SCF with the TALLER HEIGHT PISTON posing no SAFETY issue. Contempt & Perjury issues on this matter are now before Judge Borchers & Judge Kane. Remedy remains in Limbo — Contact me for more information. In addition I will be seeking full Reimbursement for my Time & costs on this matter.

Thank you

Date: 6-30-12   Offender Signature: [signed]

Case Manager/CPO Must Complete

Facility/Unit/Pod/Parole Office/Community Corrections Center: SCF/A/A/LIFE

Step (Circle one)  1  2  ③

Signature: [signed]
Print Name and DOC Employee Id #: Phipps 7500

Date received: 7-3-12

Attachment "A"
Page 1 of 1

M 19180-3

---

### TO BE COMPLETED BY GRIEVANCE COORDINATOR
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date 07/03/2012 | Grievance Coordinator & ID # | BENSON, VICKI (11918) |

**RESPONSE**
See attached response.

### TO BE COMPLETED BY RESPONDER

| Date 08/09/2012 | Responder Name & ID # | DECESARO, ANTHONY (10983) | Response Date 08/09/2012 |

**Disposition**  Denied

### TO BE COMPLETED BY OFFENDER
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name  RUDNICK, JAMES    DOCNO  68432    Grievance # M-SF11/12-00019180-3
Date: 8-13-12    Offender Signature: [signed]

Original: Department file/AIC    Copies: Administrative Head, Offender

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238

Step 3 Grievance Officer

John W. Hickenlooper
Governor

August 09, 2012

Tom Clements
Executive Director

RE: Grievance #M-SF11/12-00019180-3

Dear Mr. James Rudnick #68432:

I have reviewed your Step 3 grievance that you filed with regard to chair ordered by special master.

In review of this matter it is my finding that the original chair which was given to you to satisfy the order of the special master became irreparably damaged. You were offered another chair as a replacement which you refused because the dimensions were not identical. In the original special master's order there were no references as to what the dimensions of the chair should be. It was determined by the Office of the AIC that the replacement chair would meet your needs, however you refused that chair. My finding is that you should have accepted the replacement chair. Based upon the foregoing I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file