U.S. DISTRICT COURT
901 19TH STREET
DENVER, COLORADO 80294

CIVIL ACTION NO. 92-CV-870-JLK

JESSE MONTEZ, et al, Plaintiffs

v.

JOHN HICKENLOOPER, et al, Defendants

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2012

GREGORY C. LANGHAM
CLERK

---

Claim number 03-276
Category III
Claimant: Jill Coit
Address of Claimant: Lowell Correctional Institution-Main Complex, I-Dorm
11120 N.W. Gainesville Road
Ocala, FL 34482

---

### NOTICE OF RECEIVING ANOTHER PLAINTIFF'S ORDER OF SPECIAL MASTER AND NOTICE OF CHANGE OF ADDRESS

(1)    **COMES NOW**, Claimant, Coit, pro se and does inform this court that she received inmate Michael K. Tevis # 52378's notice of Order of Special Master.

(2)    Claimant Coit ask that she be sent her notice of Order of Special Master and that her mailing address be changed to the following:

**Jill Coit #163936**

**Lowell Correctional Institution- Main Complex- I Dorm**

**11120 N.W. Gainesville Road**

**Ocala, FL 34482**

1

(3)     Claimant Coit ask if the defendants-the Colorado Department of Corrections is in compliance with the Remedial Plan or its changes.

**WHEREFORE,** Claimant Coit requests that the above be done.

Respectfully submitted,

8-17-12

_____
Jill Coit DC#163936

### CERTIFICATE OF MAILING

I swear under the penalty of perjury the I placed the above ~~pleadings~~ in the hands of Institutional Legal Mail Staff for mailing by U.S. Postal Service first class postage prepaid to the below address:

U.S. District Court, 901 -19th Street, Denver, Colorado 80294-3589

On this __17__ day of August 2012.

Respectfully submitted

_____
Jill Coit DC#163936
Lowell Correctional Institution/Main Unit-I Dorm
11120 NW Gainesville Rd.
Ocala, Florida 34485

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion for extension of time filed by class counsel. The motion is appropriate and will be granted.

IT IS HEREBY ORDERED that class counsel will be granted an extension up to and including **September 5, 2012** in which to file an objection to the order of the Special Master.

SIGNED this 21st day of July, 2012.

                BY THE COURT:

                */s/ Richard M. Borchers*

                Richard M. Borchers
                Special Master