IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the Claimant's motion for court to order "office" of the "ATC" to provide copies of document, etc. The motion is dated August 13, 2012. The Special Master and Court are without jurisdiction over this motion, as Judge Kane has ruled that no further *pro se* motions are to be filed.

      In addition, Claimant's motion deals with systemic issues that must be handled by class counsel. Finally, Claimant's motion is not timely, as he was granted to May 14, 2012 in which to file an objection to the last order of the Special Master.

      IT IS HEREBY ORDERED that Claimant's motion is denied.

      SIGNED this 15th day of August, 2012.

      BY THE COURT:

      */s/ Richard M. Borchers*

      _____
      Richard M. Borchers
      Special Master