IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's Affidavit and Incident Report of Continual Deliberate Discrimination and Harassment Submitted as Evidence. The Special Master cannot tell if the original was sent to the Clerk's Office. The Special Master will forward the document to the clerk's office, as the caption on the document is for case #12-CV-1379.

IT IS HEREBY ORDERED that Claimant's Affidavit and Incident Report will be forwarded to the clerk's office.

SIGNED this 15th day of August, 2012.

BY THE COURT:

/s/ Richard M. Borchers
_____
Richard M. Borchers
Special Master