IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

---

Claim Number: 03-479
Category III
Claimant: Eldridge Griffin, #85791
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's Motion for Accommodations for ADA when in the Hole. Judge Kane has ruled that the time for filing of *pro se* motions is over. Claimant's motion will be forwarded to class counsel.

IT IS HEREBY ORDERED that Claimant's motion will be forwarded to class counsel for such action as is deemed appropriate.

SIGNED this 15th day of August, 2012.

                          BY THE COURT:

                          */s/ Richard M. Borchers*

                          _____
                          Richard M. Borchers
                          Special Master