8/20/12

92-cv-870-JLK

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. Claim # X 264

Plaintiff, Reynaldo Villa

v.

Defendant. Bill Owens

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2012

GREGORY C. LANGHAM
CLERK

---

Per Se Motion Requesting a Jury Trial

Secondary Motion Requesting Subpoena Power.

---

This case has been going for 4 years, I think its time to put a closure on it.

*Villa*

*Reynaldo Villa*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

       Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

       Defendants.

---

Claim Number 03-276
Category III
Claimant: Michael K. Tivis, #52378
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

---

### ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on the motion for extension of time filed by class counsel. The motion is appropriate and will be granted.

IT IS HEREBY ORDERED that class counsel will be granted an extension up to and including **September 5, 2012** in which to file an objection to the order of the Special Master.

SIGNED this 21st day of July, 2012.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              Richard M. Borchers
                              Special Master

8/13/12

Special Master

Mr Borchers.. On this date i come to you with grievance is that this Facility of Sterling (SCF) Does not care if a man dies or live's. I know you are a caring person and performing duties to the best of youre knowledge!

Ever since i injured my knees ther place (SCF) has played the game of deliberd indiffence with my medical need's. The contract between DOC & The People of the state that DOC. will meet the prisoner needs. DOC. is in violation of my constututional rights. They are depriving of my needs. Cant i ask for sanctions or a injunction till they come into complience.

①

Mr Borcherr:

I have asked the new attorneys who took over for Grosse and associates to set my case for a jury trial 4 months ago they still have not replyed. I know the longer they sit on a case, the more they make. I am not looking for a delay. I want to get this over with closure you might raisd. If the attorneys do not Respond, there is no communication that does me no good, to be in a state of limbo. I will submitten a motion for a jury trial your Honor, The only accommadation i have gotten are on paper

(2)

over

One more thing Your Honor the law Library Descremate s against people with vision problems. I told you before Max-plus a abundence of light is need the library has not computer for my disabilities and no lamp with a com —

ADA Inmates have no Accommadation in the Law Library

Spenical

Matean

Snyder R

Brochers

I legal blind bear with me