IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.Colo.LCivR 83.3(D), Assistant Attorney General Jennifer S. Huss respectfully moves to withdraw as counsel for Defendants. In support of this motion, Ms. Huss states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(A), undersigned counsel conferred with Plaintiffs' counsel, Jennifer Riddle, who indicated she does not oppose this motion.

2. Ms. Huss will be leaving the Colorado Attorney General's Office. Her last day of employment will be August 31, 2012.

3. First Assistant Attorney General James X. Quinn has been actively involved in this case for some time, and will continue to represent the Defendants. In addition, Defendants also continue to be represented by Assistant Attorneys General Elizabeth H. McCann and Jacquelynn N. Rich Fredericks.

WHEREFORE, Jennifer S. Huss respectfully requests that this Court grant her Motion to Withdraw as Counsel.

Respectfully submitted this 30th day of August, 2012.

JOHN W. SUTHERS
Attorney General

s/ Jennifer S. Huss
JENNIFER S. HUSS, 36176*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants

1525 Sherman Street, 7th Floor
Denver, Colorado 80203
Telephone: 303-866-4472
Facsimile: 303-866-5443
Email:  jennifer.huss@state.co.us
*Counsel of Record

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 30th day of August 2012, I electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Paula Greisen | Ed Ramey |
| Jennifer Riddle | Lara Marks |
| | Blain Myhre |
| greisen@kinggreisen.com | Patricia Bellac |
| riddle@kinggreisen.com | |
| | earamey@ir-law.com |
| | lmarks@ir-law.com |
| | bmyhre@ir-law.com |
| | psblawfirm@comcast.net |

s/ Darlene Hill

Colorado Office of the Attorney General