IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

### ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on the Claimant's letter which is dated August 23, 2012. Claimant has alleged that he is disabled and needs help.

      The *Montez* case is drawing to a close. Judge Kane has under advisement the compliance issues which affect all DOC inmates. Judge Kane has ruled that the time for filing individual motions is at an end. Claimant has been so advised. His remedy is to file a new lawsuit. Claimant will be granted additional time to file an objection to the March 5, 2012 order. Beyond that, there is no jurisdiction to do anything else.

      IT IS HEREBY ORDERED that Claimant is granted up to and including **September 10, 2012** in which to file an objection to the order of March 5, 2012.

      SIGNED this 29th day of August, 2012.

            BY THE COURT:

            */s/ Richard M. Borchers*
            _____
            Richard M. Borchers
            Special Master