## ACCOMMODATION RESOLUTION

OFFENDER NAME: TIVIS, Michael
DOC #: 52378

### MOBILITY DISABILITY

Pursuant to the Final Order of the Special Master and the ADA Litigation Remedial Plan and subsequent Stipulation Orders you will be provided:

The following accommodations and assistive devices are approved:
- Staff shall provide assistance during transport when embarking and disembarking from the vehicle as needed
- Staff assistance when cuffed and/or shackled
- Staff shall provide reasonable modification of search procedures as needed
- Staff shall provide assistance during an emergency or evacuation as needed

**You are required to notify the AIC immediately if your assistive device is broken, lost, stolen or becomes inoperable for any reason.**

The following health care appliances and restrictions are approved:
- Cane
- Medically Necessary Shoes (soft-soled)
- Motrin is to be provided free of charge as determined necessary by Clinical Services
- Assignment to a designated facility

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Assistive and/ or health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list.

Any misuse of assistive and/or health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation to the Office of the AIC pursuant to AR 750-04.

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This accommodation resolution supersedes any other version, on any date, prior to the date on this document.**

_____       9-12-11
AIC                                                                          Date



EXHIBIT
A-1