**Colorado Department of Corrections Offender Grievance Form**

DC Form 850-04A (07/15/11)

Medical 4-27-12 SM

**Offender Must Complete**

Name: Tivis, Michael  Doc #: 52378

Grievance number (complete for Steps 2 and 3, only):

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

For more than a year Mr. Tivis has submitted med. kites requesting a new pair of soft sole shoes as ordered in his ADA accommodation. The last pair was issued 5/29/09. The med department responded to none of Mr. Tivis' kites.

Remedy: for med. department to provide soft sole shoes, as stated in his ADA accommodation.

Date: 4/27/12  Offender Signature: Michael Tivis

Case Manager/CPO Must Complete  Facility/Unit/Pod/Parole Office/Community Corrections Center: SCF  Step (Circle one) 1 2 3

Signature: S. Huee
Print Name and DOC Employee Id #: S. Huee #2112

Date received: 4-28-12

RECEIVED APR 30 2012

Page 1 of 1  Attachment "A"

---

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 05/02/2012 | Grievance Coordinator & ID # BENSON, VICKI (11918)

**RESPONSE**
In your grievance you stated you have been requesting replacement soft-soled shoes for more than a year. You requested for clinical services to replace your shoes.

After investigating your grievance, I found you are an ADA Litigation class member. One of the benefits of the remedial plan that applies to you is the provision of soft-soled shoes. I found that you kited medical for replacement of your shoes on 12/15/11 and were seen on 2/7/12. The provider did not feel it necessary to order you new shoes at that time. You kited again on 4/4/12 regarding your shoes and an appointment was scheduled for 5/2/12. You did not attend the appointment. You were seen on 5/7/12 and 5/14/12 but you did not request new shoes at either of those appointments.

I have contacted clinical services to have your shoes evaluated for wear. Clinical services will make the determination whether new shoes are necessary at this time. Your requested remedy cannot be granted at this time, therefore, your grievance is DENIED.

**TO BE COMPLETED BY RESPONDER**
Date 05/02/2012 | Responder Name & ID # MUSSELWHITE, AMANDA (18288) | Response Date 05/24/2012
Disposition: Denied

**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name: TIVIS, MICHAEL | DOCNO 52378 | Grievance # M-SF11/12-00020578-1
Date: 5/31/12  Offender Signature Michael Tivis
Original: Department file/AIC  Copies: Administrative Head, Offender





EXHIBIT A-2

DC Form 850-04A (07/15/11)

**Colorado Department of Corrections Offender Grievance Form**

**Offender Must Complete**

Name: Tivis Michael          Doc #: 52378

Grievance number (complete for Steps 2 and 3, only): # M-SF11/12-00020578

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

As stated in step 1 "For more than a year Mr. Tivis has submitted med kites requesting a new pair of soft sole shoes as ordered for his ADA accommodation. The last pair was issued over 3 yrs ago 6/29/09.

Remedy: For med-department to provide soft sole shoes as stated in his ADA accommodation.

Step (1) was Denied

It is your policy that we're only allowed to discuss the issue on the kite at the time.

Date: 6/1/12         Offender Signature: Michael Tivis

Case Manager/CPO Must Complete
Facility/Unit/Pod/Parole Office/Community Corrections Center:

Step (Circle one): 1  **2**  3

Signature: B Hull
Print Name and DOC Employee Id #: S Hull 32112   Date received: 6-2-12

Page 1 of 1       Attachment "A"

RECEIVED

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**
RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.
Date 06/04/2012       Grievance Coordinator & ID #  KEISEL, DONNA (9160)
**RESPONSE**
Upon further review of your step 2 ADA grievance appeal, I have confirmed the response as indicated in the step 1 answer accurately reflects the Clinical Services kite log and medical encounters.

The AIC does not contest you have an order for special medical shoes (soft soled shoes) as part of your ADA Litigation class member benefits. However, as stated in the initial response, clinical documentation shows medical staff received your initial request for replacement shoes on 12/15/11. Upon review by the provider on 2/7/12 they determined the condition of your shoes at that time was satisfactory and no replacement was necessary. Receipt of a second kite on 4/4/12 resulted in a scheduled appointment for which you were properly notified of in advance, however you failed to attend. As such, clinical staff were unable to reassess the condition of your shoes at that time. Upon submission of a third kite you were again scheduled on 5/18/12 at which time the provider determined replacement shoes were then necessary. New shoes were ordered and provided to you on 6/16/12.

All of the evidence substantiates the fact that clinical services responded by taking necessary and appropriate action to review, schedule and determine if replacement shoes were necessary for each kite they received from you. As new shoes have now been provided your request is moot. Additionally, since you were provided replacement shoes in less than 60 days, no further remedy or relief is required. Grievance granted in part, as you have been provided new shoes and denied in part as there is no evidence to substantiate claim replacement shoes were delayed.

**TO BE COMPLETED BY RESPONDER**
Date 06/11/2012       Responder Name & ID # RUSSELL, JULIE (5821)         Response Date 06/26/2012
**Disposition:**                  Granted in part
**TO BE COMPLETED BY OFFENDER**
RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.
Offender Name  TIVIS, MICHAEL                                DOCNO 52378        Grievance # M-SF11/12-00020578-2
Date: 7/9/12       Offender Signature: Michael Tivis
Original Department file/AIC                                              Copies: Administrative Head, Offender

DC Form 850-04A (07/15/11)

**Colorado Department of Corrections Offender Grievance Form**

**Offender Must Complete**

Name: Tivis, Michael    Doc #: 52378

Grievance number (complete for Steps 2 and 3, only): M-SF11/12-00020578

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:**

I have not receive new medical shoes as stated in the Step II grievance. My claim for delaying to provide the replacement is clearly substantiated. And the remedy for such delay should be granted as stated in the ADA accommodation.

Remedy: for med-department to provide soft sole shoes. And whatever the plan states for exceeding 90 days.

Date: 7/9/12   Offender Signature: Michael Tivis

Case Manager/CPO Must Complete   Facility/Unit/Pod/Parole Office/Community Corrections Center:   Step (Circle one) 1  2  (3)

Signature: S Hull
Print Name and DOC Employee Id #: Sull, id #216   Date received: 7-11-12

Page 1 of 1   Attachment "A"   RECEIVED JUL 27 2012

---

| TO BE COMPLETED BY GRIEVANCE COORDINATOR | | |
|---|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject. | | |
| Date 07/27/2012 | Grievance Coordinator & ID # MAESTAS, TIFFANY (11051) | |
| **RESPONSE** | | |
| See attached response. | | |
| TO BE COMPLETED BY RESPONDER | | |
| Date 08/14/2012 | Responder Name & ID # DECESARO, ANTHONY (10983) | Response Date 08/16/2012 |
| Disposition | Resolved | |
| TO BE COMPLETED BY OFFENDER | | |
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. | | |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. | | |
| Offender Name TIVIS, MICHAEL | DOCNO 52378 | Grievance # M-SF11/12-00020578-3 |
| Date: 8/22/12 | Offender Signature: Michael Tivis | |

Department file/AIC   Copies: Administrative Head, Offender

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238

Step 3 Grievance Officer

August 16, 2012

John W. Hickenlooper
Governor

Tom Clements
Executive Director

RE: Grievance #M-SF11/12-00020578-3 (DRDC)

Dear Mr. Michael Tivis #52378:

I have reviewed your Step 3 grievance that you filed with regard to medical shoes.

In review of this matter it is my finding that you were a no-show for an appointment with Hangar in April 2012 regarding your shoes. In June 2012 you missed another appointment through no fault of yours regarding your shoes because you were housed at DRDC. I contacted the acting HSA at DRDC regarding your shoes and she indicated that they are going to order them for you. You will receive them when they arrive at the facility. This action should resolve this matter.

This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file