# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: MUSSELWHITE, AMANDA C
Printed at: 09/25/2012 06:50:30
Encounter#: 2802051 @ SF

**ADMINISTRATIVE**
Page 1 of 1

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 17 | 1B |

### SUBJECTIVE
Active Medication(s): AMITRIPTYLINE HCL - 25MG - TAKE 2 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PAIN.;
ATENOLOL - 25MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR BLOOD PRESSURE.;
DOCUSATE - 100MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING FOR CONSTIPATION.;
HYDROCO/APAP - 5-500MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY FOR PAIN.
**NON-FORM EXP. 3/25/2012**;
IBUPROFEN - 600MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AFTER MEALS FOR PAIN.;
PSYLLIUM FIBER - 0.52 GM- TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR CONSTIPATION.

IM concerned about results of hip aspiration.

### OBJECTIVE
records reviewed: few PMN's and rare coag neg staph.
Ortho uncertain if this represents sepsis or not.
Xray showed loosening of hardware.

### ASSESSMENT
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

**Temperature:** | **Pulse:** | **Weight:**
**Respiratory:** | **BP:** /

### PLANS / ORDERS
Allergies: No Known Allergies

Outside Consultation#: 152302 - Priority: 1 MONTH - Clinic: ORTHOPEDIC - Location: DH CCMF

CLOSED: Kite#: 1862518 For MEDICAL - CHART REVIEW - CHART REVIEW - DR. FAUVEL THE US DISTRICT COURT...LONG KITE ABOUT PAIN MANAGEMENT.

CLOSED: Kite#: 1873481 For MEDICAL - CHART REVIEW - CHART REVIEW - NEED (ADA) SOFT SOLE SHOES. THANK YOU. 2nd kite today=2 wks ago i put in a kite about the t-3s expiring and to date no renewal, not has there been a change as we discuss. have you decided to discontinue all meds for pain??

CLOSED: Kite#: 1883104 For MEDICAL - MEDICATIONS - CHART REVIEW - CHANGE T3 ORDERS......

CLOSED: Kite#: 1893712 For MEDICAL - CHART REVIEW - CHART REVIEW - DR. FAUVEL  JUDGING FROM THE LEVEL OF PAIN I'M STILL EXPERIENCING EVEN AFTER YOU CHANGED MY PAIN MEDS TO SOMETHING STRONGER LEDS ME TO BELIEVE MY CONDITION IS MORE SERIOUS THAN  YOU WOULD LIKE FOR ME TO KNOW. I'M SUFFERING A GREAT DEAL OF PAIN YOU MAY N

CLOSED: Kite#: 1908269 For MEDICAL - MEDICATIONS - CHART REVIEW - DR. FAUVEL WOULD YOU PLEASE RENEW THE ORDER FOR VINCODIN.  THANK YOU

CLOSED: Kite#: 1909806 For MEDICAL - MEDICATIONS - APPOINTMENT - CAN WE CONSIDER SOMETHING ELSE FOR A SLEEP AID

CLOSED: Kite#: 1923301 For MEDICAL - CHART REVIEW - CHART REVIEW - DR. FAUVEL I'M INTERESTED IN THE RESULTS OF THE FLUID REMOVED FROM MY HIP. I WAS ALSO TOLD THERE WAS POSSIBLE BLEEDING. THIS MADE ME WONDER IF THE BLEEDING ISCAUSED BY THE LARGE AMOUNTS OF MOTRIN I TAKE FOR PAIN RELIEF. I UNDERSTAND THE REASON FOR THE CR

CLOSED: Kite#: 1925076 For MEDICAL - CHART REVIEW - CHART REVIEW - DR. FAUVEL I'M INTERESTED IN THE RESULTS OF THE FLUID REMOVED FROM MY (L) HIP. I WAS ALSO TOLD THERE WAS POSSIBLE BLEEDING. THIS MADE ME WONDER IF THE BLEEDING IS

**Datetime:** 02/07/2012 16:08     **Providers:** FAUVEL, MAURICE

---

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 02/07/2012 16:08    Provider: FAUVEL, MAURICE    DateTime _____

EXHIBIT A-3

| NO-SHOW | DEPARTMENT OF CORRECTIONS | Printed By: MUSSELWHITE, AMANDA C |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 09/25/2012 08:51:09 |
| | | Encounter#: 2879644 @ SF |

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 17 | 1B |

**SUBJECTIVE**

Active Medication(s): AMITRIPTYLINE HCL - 25MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PAIN.;
ASPIRIN EC (LOW DOSE) - 81MG EC - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
ATENOLOL - 25MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR BLOOD PRESSURE.;
DOCUSATE - 100MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING FOR CONSTIPATION.;
HYDROCO/APAP - 5-500MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY.
**NON-FORM EXP. 7/17/2012**;
IBUPROFEN - 600MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AFTER MEALS FOR PAIN.;
PSYLLIUM FIBER - 0.52 GM - TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR CONSTIPATION.

**OBJECTIVE**

NO SHOW closed all kites.

**ASSESSMENT**

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

**PLANS / ORDERS**

Allergies: No Known Allergies

kite pm

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

CLOSED: Kite#: 1983270 For MEDICAL - LOWER EXTREMITY - APPOINTMENT - DR. FAUVEL I HAVE DIARRHEA 2 TO 3 TIMES A DAY. ALSO NAUSEA, ALON WITH PAIN IN (L) HIP AND LOWER BACK.

CLOSED: Kite#: 1991335 For MEDICAL - ADA ACCOMODATIONS - APPOINTMENT - ADA   NEED SOFT SOLE SHOES. LAST PAIR ISSUED 5/25/09  SIZE 10 REGULAR. - Offender was a NO SHOW

CLOSED: Kite#: 1992162 For MEDICAL - CHART REVIEW - CHART REVIEW - DR. FAUVEL THE MEDS (VICODIN) FOR PAIN EXPIRES SOON WILL WE CONTINUE OR TRY SOMETHING ELSE.

CLOSED: Kite#: 2000857 For MEDICAL - MEDICATIONS - CHART REVIEW - NNO FOR VICODIN WHICH EXPIRES 4/13/12. PAIN AND TENDERNESS STILL EXIST. I AM WILLING TO TRY SOMETHING ELSE IF YOU FEEL ITS NECESSARY, THE VICODIN DOES HELP.

CLOSED: Kite#: 2012428 For MEDICAL - LOWER EXTREMITY - APPOINTMENT - CONSTANT BURNING, AND SHARP PAIN IN (L) HIP JOINT AND GROIN AREA.

Datetime: 05/02/2012 11:24 | Providers: SICOTTE, TRUDY

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 05/02/2012 11:24       Provider: SICOTTE, TRUDY           DateTime _____

| APPOINTMENT | DEPARTMENT OF CORRECTIONS | Printed By: MUSSELWHITE, AMANDA C |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 09/25/2012 08:29:36 |
| | | Encounter#: 2883485 @ SF |

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 17 | 1B |

**SUBJECTIVE**

Active Medication(s): AMITRIPTYLINE HCL - 25MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PAIN.;
ASPIRIN EC (LOW DOSE) - 81MG EC - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
ATENOLOL - 25MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR BLOOD PRESSURE.;
DOCUSATE - 100MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING FOR CONSTIPATION.;
HYDROCO/APAP - 5-500MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY.
**NON-FORM EXP. 7/17/2012**;
IBUPROFEN - 600MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AFTER MEALS FOR PAIN.;
PSYLLIUM FIBER - 0.52 GM - TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR CONSTIPATION.

**Temperature:** | **Pulse:** | **Weight:**
**Respiratory:** | **BP:** /

**PLANS / ORDERS**
Allergies: No Known Allergies

**OBJECTIVE**

**ASSESSMENT**

99212 - OFFICE/OUTPATIENT VISIT, EST

**Datetime:** 05/07/2012 07:47   **Providers:** FAUVEL, MAURICE

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 05/07/2012 07:47   Provider: FAUVEL, MAURICE   DateTime _____

| FOLLOW-UP | DEPARTMENT OF CORRECTIONS | Printed By: MUSSELWHITE, AMANDA C |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 09/25/2012 08:30:11 |
| | | Encounter#: 2889297 @ SF |

| 52378 | TIVIS, MICHAEL K | Facility: DU | LU: DRDC/INFR | A | 2 | 17 | 1B |

**SUBJECTIVE**

Active Medication(s): AMITRIPTYLINE HCL - 25MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PAIN.;
ASPIRIN EC (LOW DOSE) - 81MG EC - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
ATENOLOL - 25MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR BLOOD PRESSURE.;
DOCUSATE - 100MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING FOR CONSTIPATION.;
HYDROCO/APAP - 5-500MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY.
**NON-FORM EXP. 7/17/2012**;
IBUPROFEN - 600MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AFTER MEALS FOR PAIN.;
PSYLLIUM FIBER - 0.52 GM - TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR CONSTIPATION.

50 male with known faulty R THR with loosening of hardware. Still with much R hip pain but doing better with walker. States that motrin is burning stomach. Occaisional BRBPR (minor). BW stable.

**OBJECTIVE**

NAD: using walker; gait with limp favoring R hip. No fever.
CV; RRR; BP wnl
Lungs clear
Past Xray shows loosening of hip hardware.

**ASSESSMENT**

719.45 - PAIN IN JOINT PELVIC REGION&THIGH
530.81 - ESOPHAGEAL REFLUX
99213 - OFFICE/OUTPATIENT VISIT, EST

**PLANS / ORDERS**

Allergies: No Known Allergies

Vicodin 5/500 one tab tid for pain. #90  30 days
Has nonformulary approved until mid July.

IM has approved ortho consult as yet unscheduled. Will direct to Nicole Wilson since this consult has been long in waiting.

NEW - Rx#: 2931718  Drug Name: RANITIDINE - 150MG  Alternate Name: RANITIDINE HCL TAB 150 MG  Rx Date: 05/14/2012  Disc Date: 06/27/2012  Rx Instructions: TAKE 1 TABLET(S) BY MOUTH TWICE DAILY WITH FOOD.

NEW - Rx#: 2931720  Drug Name: HYDROCORTISONE ACET SU - 25MG  Alternate Name: ANUSOL-HC SUPP.  Rx Date: 05/14/2012  Disc Date: 05/24/2012  Rx Instructions: INSERT 1 SUPPOSITORY RECTALLY TWICE DAILY FOR HEMORRHOIDS.

Datetime: 05/14/2012 13:33   Providers: FAUVEL, MAURICE

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 05/14/2012 13:33        Provider: FAUVEL, MAURICE          DateTime _____

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

FOLLOW-UP
Page 1 of 3

Printed By: MUSSELWHITE, AMANDA C
Printed at: 09/14/2012 13:34:22
Encounter#: 2928896 @ SF

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 20 | 2B |

**SUBJECTIVE**

Active Medication(s): ASPIRIN EC (LOW DOSE) - 81MG EC - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
ATENOLOL - 25MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR BLOOD PRESSURE.;
DOCUSATE - 100MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING FOR CONSTIPATION.;
HYDROCO/APAP - 5-500MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY FOR PAIN **NON-FORM EXP. 7/17/2012**;
IBUPROFEN - 600MG - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AFTER MEALS FOR PAIN.;
PSYLLIUM FIBER - 0.52 GM -TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR CONSTIPATION.;
RANITIDINE - 150MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY WITH FOOD.

IM here for clearance for left hip surgery and new shoes. He was seen by orthopedic surgeon on 6/25/12 and needs to have a physical for surgery. His left hip replacement is infected and he needs to have an antibiotic spacer put into place. He also has a court order for shoes and his shoes have not been replaced since 5/29/2009 and they are worn out with worn sides, worn soles, and holes in them. He states he thinks the shoes could help with his hip. Ambulates with a walker. Severe left hip pain that radiates down the leg, difficulty sleeping at night, and pain with ambulation. He states he has some fatigue and nausea, but taking his pain medication as his hip hurts. He denies F/CP/SOB/V/C/D. He also believes he has some blood in his stool. No other concerns.

**OBJECTIVE**

50 yo male ambulates into clinic with a walker, on and off table without difficulty.
Gen: A&Ox3, NAD, WDWN
Eyes: PERRLA, EOMs intact. No ptosis, nystagmus, periorbital, or lid edema. Corneal light and red reflex present bilaterally.
Ears: Auricles-No lesions, masses, or tenderness. Canals- no erythema or discharge bilaterally. TMs-intact, light reflex and bony landmarks present bilaterally.
Nose/Sinuses: Nostrils patent, Mucosa pink, no discharge or polyps. No frontal or maxillary sinus tenderness.
Mouth/Throat: Buccal mucosa pink and moist without lesions. Tongue midline, no lesions. Pharynx non-erythematous, no exudate, no tonsillar hypertrophy.
Neck: Symmetrical. Trachea midline. No lymphadenopathy. Thyroid smooth, soft, without enlargement, tenderness, masses, or nodules.
Heart: RRR w/o murmurs, lifts, heaves or thrills
Lungs: CTA bilaterally
Abd: Bowel sounds x4, soft, no masses or organomegally, tender in LLQ next to left iliac crest and pelvic area.
Musculoskeletal: No edema bilaterally LE. ambulates with walker gait with limp favoring the left leg. strength 5/5 bilaterally LE. Tender to palpation of left lateral, anterior, and proximal hip. Feet symmetric without any deformities.

| Temperature: | 97.8 | Pulse: | 73 | Weight: | 176 |
| Respiratory: | 16 | BP: | 122 / 86 | | |

Vitals Taken: PULSE OXSYM=98.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

kite pm

D/C - Rx#: 2931718 Drug Name: RANITIDINE - 150MG Alternate Name: RANITIDINE HCL TAB 150 MG Rx Date: 05/14/2012 Disc Date: 06/27/2012 Rx Instructions: TAKE 1 TABLET(S) BY MOUTH TWICE DAILY WITH FOOD.

NEW - Rx#: 2951184 Drug Name: RANITIDINE - 150MG Alternate Name: RANITIDINE HCL TAB 150 MG Rx Date: 06/27/2012 Disc Date: 09/01/2012 Rx Instructions: TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR INDIGESTION (GERD OR REFLUX).

Outside Consultation#: 158056 - Priority: 1 MONTH - Clinic: HANGER PROSTHETIC - Location: STERLING

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

NEW: Kite#: 2081965 For NURSING - LABS - APPOINTMENT - LABS: CMP AND CBC DONE TODAY IN CLINIC. Needs hemoccult x3. thank you.

NEW: Kite#: 2082025 For NURSING - RETURN TO CLINIC - APPOINTMENT - EKG-NEEDS DONE THIS WEEK. THANK YOU.

CLOSED: Kite#: 2041012 For MEDICAL - ADA ACCOMODATIONS - APPOINTMENT - OFFENDER NEEDS TO HAVE NEW SHOES ORDERED FOR HIM. /// Rescheduled from 5/29/12 /// Locked down 6/1/12, reschedule /// rescheduled from 6/25/12

CLOSED: Kite#: 2055281 For MEDICAL - APPT REQUEST - APPOINTMENT - IVE HAD THIS SICK NAUSEA FEELING FOR OVER A MONTH, SHARP BURNING PAIN IN (L) HIP. ITS TORTURE. ITS LIKE IM NOT RECEIVING ANYTHING FOR MY ISSUE.

| Datetime: 06/27/2012 14:11 | Providers: MCKAY/FAUVEL, KERI A |

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 06/27/2012 14:11   Provider: MCKAY/FAUVEL, KERI A   DateTime _____

| FOLLOW-UP | DEPARTMENT OF CORRECTIONS | Printed By: MUSSELWHITE, AMANDA C |
|---|---|---|
| Page 1 of 3 | AMBULATORY HEALTH RECORD | Printed at: 09/14/2012 13:34:22 |
| | | Encounter#: 2928896 @ SF |

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 20 | 2B |

Has dry cracked skin between toes and on feet.

Orthopedic recommendation for L hip Ostectomy w/ antibiotic spacer placement as soon as possible.

### ASSESSMENT

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
719.45 - PAIN IN JOINT PELVIC REGION&THIGH-Cleared for surgery
719.49 - PAIN IN JOINT, MULTIPLE SITES-Consult hanger for ADA medically necessary shoes.
99214 - OFFICE/OUTPATIENT VISIT, EST

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 06/27/2012 14:11    Provider: MCKAY/FAUVEL, KERI A    DateTime _____

| FOLLOW-UP | DEPARTMENT OF CORRECTIONS | Printed By: MUSSELWHITE, AMANDA C |
|---|---|---|
| Page 2 of 3 | AMBULATORY HEALTH RECORD | Printed at: 09/14/2012 13:34:22 |
| | | Encounter#: 2928896 @ SF |

| 52378 | TIVIS, MICHAEL K | Facility: | DU | LU: | DRDC/INFR | A | 2 | 20 | 2B |

**SUBJECTIVE**

Temperature:   Pulse:   Weight:
Respiratory:   BP:   /

**PLANS / ORDERS**

CLOSED: Kite#: 2070260 For MEDICAL - MEDICATIONS - APPOINTMENT - MY KITES ARE IGNORED MY MEDS FOR PAIN EXPIRED AND I HAVE NO FOLLOWED UP FOR THE INFECTION IN LEFT HIP WHAT ARE WE GOING TO DO?

CLOSED: Kite#: 2070620 For NURSING - DME - CHART REVIEW - ADA MED SHOES

**OBJECTIVE**

**ASSESSMENT**

Datetime: 06/27/2012 14:11    Providers: MCKAY/FAUVEL, KERI A

PA/NP/RD _____    PHYSICIAN _____    NURSE _____
Datetime: 06/27/2012 14:11    Provider: MCKAY/FAUVEL, KERI A    DateTime _____