Health Care Appliance                                    See 4HCA Contract

## COLORADO DEPARTMENT OF CORRECTIONS
### Health Care Appliances (HCA) Contract

Tivis, Michael     52378          DRDC
_____    _____    _____
Name               DOC #              Facility

I am being issued: Answer #3          10.5 wide
                   _____    _____    _____
                   Equipment / Appliance   Product / Model    Size

c 4 pairs of inserts          _____   on this date: 8/24/12
_____    _____    _____    _____
Serial / ID #      Model #            Color

I understand that I share in the responsibility to keep the health care appliance (HCA) listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this HCA. If I allow others to use this appliance, my use of the HCA may be limited, restricted or removed.

I understand that I must report any issues concerning the repair of this HCA to Clinical Services staff through the kite system. DOC is responsible to repair or replace the appliance within 60 days of receipt of my kite indicating there is a specific problem with the appliance.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this appliance, I will be responsible for the replacement cost and labor of the appliance. In this event, I may request replacement of the same appliance at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this HCA, I will face COPD charges for abuse of clinical services, and destruction of state property.

I understand that if I use this health care appliance inappropriately and my inappropriate use of such appliance results in a COPD violation, my use of the assigned health care appliance may be limited, restricted or removed.

Michael Tivis                          Myanne Cittle 8/24/12
_____                        _____
Offender signature                     Staff signature & date

Original in Medical File

cc: Facility Property Officer
    HQ CLS ADA Scheduler Fax# 719.226.4565
    CLS Medical Case Manager Fax # 719.226.4516 or 719.226.4565

June 2011

**EXHIBIT**

A-4

PENGAD 800-631-6989