```
= OFFENDER TRACK ========= OFFENDER PROFILE ============ 09/25/2012 =
Doc No: 52378            TIVIS, MICHAEL K              DRDC/INFR  D/T DENVER
===========================================================================
     FBI No.: ████████       SID No: 54052       Inmate Class: MEDIUM
   Birthdate: 06/28/1961 51    S.S.N.: ████████     Admit Type: NEW CT COM
         Sex: MALE          Ethnicity: BLACK          Admit Date: 08/24/1998
      Height: 509          Complexion: BROWN        Est Par Elig: 05/08/2024
      Weight: 165         Pre CO Incr: 1         Est  Mand Rel: 04/28/2034
        Eyes: BROWN        Detain/Warr: NO            Act Par Date:
        Hair: BLACK        Nxt Par Hrg: 2024-02          Par Disch:
  Birthplace: KANSAS CITY    MO       Case Mgr/Par Off: HULL, SUSAN
  Alerts: ADA-M, RR
   V A Crime     # Dis Min-Max Ty Cnty   Docket    Fac/Lvg    Location Date
  ---------------------------------------------------------------------------
                                                   DRDC/INTAK PRES FAC 07/12/12
                                                   SCF/INTAKE PRES FAC 07/12/12
                                                   SCF/UNIT02 PRES FAC 06/25/12 +
                                                   SCF/INTAKE PRES FAC 06/25/12
                                                   SCF/UNIT02 PRES FAC 05/21/12 +
                                                   SCF/INTAKE PRES FAC 05/21/12
  Previous Numbers:                                Press F1 for HELP/F7 for DETAIL
  Dis: A=Active R=Active Comp Max D=Discharged P=Paroled S=Suspended T=Splintered
  NOTES:** ADA Flag is set to Y when AIC confirms any of the five disabilities**
```

EXHIBIT A-5