FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 5 2012

JEFFREY P. COLWELL
CLERK

Honorable Judge Kane:

10-2

I'm an member of the Montez v Owens class action lawsuit, diagnosed as a diabetic and signed off by Chief Medical Officer Paula J. Frank M.D. on 3-25-10. Copy of Accommodation Resolution enclosed. I was also diagnosed with diabetes thru the VA Hospital in Reno Nevada, as well as the Douglas County jail medical Dr.

I was incarcerated at Fremont Correctional facility for 5 years, I was then sent to Kit Carson, KCCC Correctional facility where the Dr. here (Dr. Tiona) states that I'm not a diabetic, therefor I'm not entitled to any of the accommodations listed for diabetics in the accommodation resolution.

Your Honor! I'm indigent and therefore cannot afford tennis shoes which I desperately need

As a friend gave me a pair of tennis shoes that he had (Size 13½) I wear an 11½, I had to insert a pair of shower shoes to accommodate for the excess room, as a result I had to have part of my toe nail cut off as it had ingrown, then it got infected and the nurse that did the surgery acted as thou it was no big deal, one of the other nurses was astonished at nurse Mitchell response to my infection.

I was issued a pair of Rino's shoes at Fremont for diabetics when I moved to this unit they were stolen, therefore I have tennis shoes that dont fit and no shoes, as I'm unable to wear the state issue boots because of the width, as I'm a C width.

All of this has been documented and to no avail. I can't even get my evening snack that I received at Fremont. Because this is a private facility when I ask for help in this matter they pass the buck off on DOC.

Your Honor. The attorney for the Montez lawsuit told us if we ever needed help to send you a letter and explain in detail the issues. You are my last resort please make these people accountable for there actions - or non action.

+ Im also being denied my diabetic medicine

Case # 1:92-CV-00870            Sincerly

EWN-OE5

Montez v Owens           Ronald K. Tixier
                         #131889
Honorable                KCCC/DC210
John L. Kane             P.O.B 2000
U.S District Court       Burlington, Co.
                              80807

# ACCOMMODATION RESOLUTION

Offender Name: TIXIER, Ronald
DOC#: 131889

**You DO HAVE DIABETES** and are therefore considered a class member of the *Montez v. Owens* lawsuit

**ALL DIABETICS** are entitled to the below listed accommodations, as needed:
1. Access to finger sticks upon request;
2. Timing of meals with insulin;
3. Where hypoglycemia or occurrence of a hypoglycemic event is documented, access to housing in a cell with a call button if the lock on the cell the offender is currently housed in is controlled by DOC staff;
4. When possible, access to bathroom breaks during visitation & during programs and/or alternative methods to accommodate such need;
5. No co-payments related to treatment for diabetes or diabetes-related conditions excluding the annual $5.00 charge assessed to all DOC offenders;
6. Access to after-hour testing kits;
7. Access to all benefits, services and programs offered at DOC, regardless of diabetes, including progression to lower level security facilities;
8. Annual education on diabetes; and
9. Prescription medication(s), IF NECESSARY, as determined by clinical services.

**Your MEDICAL CONDITIONS (Cardiac/Pulmonary Disease) DO NOT RISE TO THE LEVEL OF BREATHING DISABILITIES**
Following a disability screening it has been determined that you do not have a breathing disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

**You DO NOT HAVE A VISION DISABILITY**
Following a disability screening it has been determined that you do not have a vision disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

**You DO NOT HAVE A MOBILITY DISABILITY**
Following a disability screening it has been determined that you do not have a mobility disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

If your condition worsens and you feel that you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.
This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_[signature]_ 3/25/10    _[signature]_ 3-23-10
Chief Medical Officer / Date    AIC / Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following-Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) & Print 2 full size copies on yellow paper & serve on offender