IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

BILL RITTER, et al.,

      Defendants.

---

Claim Number: 03-334
Category:  III
Claimant: Marty Bueno, #50565
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter of October 4, 2012. In that letter, Claimant inquires as to the status of his case.

A hearing was held on September 7, 2010 on Claimant's claim. An order was issued on October 22, 2010. That order modified the previous order of the Special Masters. A copy of both orders will be provided to Claimant. No monetary damages were awarded in the order of October 22, 2012. No monetary damages have ever been awarded to Claimant under the claim process established by Article XXXII of the Remedial Plan.

IT IS HEREBY ORDERED that Claimant will be provided copies of previous orders.

SIGNED this 15th day of October, 2012.

BY THE COURT:

/s/ Richard M. Borchers

_____

Richard M. Borchers
Special Master