10/17/12

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
3:35 pm, Oct 22, 2012
JEFFREY P. COLWELL, CLERK

TO: HONORABLE Judge KANE, Hello I AM writing you IN ORDER to Find out the statis OF MY APPeaL that I sent to you on 03,01,10. It WAS IN Regard to CASE MONTEZ VS. Bill OWENS et AL MY CASE # is # 03-335. IT HAS been some time NOW And I have written to your cleRk A few times wanting to know the statis of the case and gotten NO RePly At All. Please Let Me know the statis of MY CASE. ThankYou, Respectively

CTCF
Schwingaman
#105240
P.o Box 1010
CANON City, CO
81215

Colorado Department Of Corrections

Name: Schwinaman
Register Number: 105240
Unit: 7
Box Number: 1010
City, State, Zip: Canon City, CO 81215

TO:
Honorable Judge KANE
U.S.D.C
901-19th St, Room A105
Denver, CO
80294-3589

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 22 2012
JEFFREY P. COLWELL
CLERK

FACILITY: CCCF
DATE REC'D: 10/18/12
DOC EMPLOYEE LAST NAME: Soto
INT: TDJ
OFFENDER LAST NAME: Schwinaman
DOC#: 105240