IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the COD access record sheet and the return of two compact disks. These disks will be retained in the file for future use by either side.

    IT IS HEREBY ORDERED that the compact disks will be retained in the file.

    SIGNED this 22nd day of October, 2012.

                                                   BY THE COURT:

                                                 */s/ Richard M. Borchers*

                                                 _____

                                                 Richard M. Borchers
                                                 Special Master