IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

Claim Number 03-457
Category III
Claimant: Rodney Zimmerman, #135354
Address of Claimant: CSP, P.O. Box 777, Canon City, CO 81210-0777

---

### ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on Claimant's letter of October 11, 2012. In that letter, Claimant requests assistance in obtaining accommodations and retaining his wheelchair.

Claimant filed a claim pursuant to Article XXXII of the Remedial Plan. The claim was denied because Claimant had come into DOC custody after August 27, 2003.

Judge Kane has ruled that no additional claims or *pro se* motions may be filed in this case. There is no jurisdiction over this motion. Claimant's remedy is to file his own lawsuit concerning his present treatment.

IT IS HEREBY ORDERED that the letter of Claimant, being treated as a motion, is denied for lack of jurisdiction; and

IT IS FURTHER ORDERED that this letter will be forwarded to class counsel for such action as may be deemed appropriate.

SIGNED this 22nd day of October, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master