IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

_____

Claim Number: 03-335
Category:  III
Claimant: Keith Schwinaman, #105240
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Court on the letter from Claimant, dated October 17, 2012. The letter is addressed to Judge Kane. Claimant requests information on the status of his objection to the Special Master's order.

Judge Kane recently issued an order dealing with the compliance component in the Remedial Plan. A copy will be provided to Claimant. Judge Kane also removed himself from the case. The case has been referred back to Judge Arguello. Claimant's letter will be referred to her.

IT IS HEREBY ORDERED that Claimant's letter will be referred to Judge Arguello.

SIGNED this 24th day of October, 2012:

BY THE COURT:

*/s/ Richard M. Borchers*

_____

Richard M. Borchers
Special Master