Copy

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 31 2012

JEFFREY P. COLWELL
CLERK

Judge Richard M. Borchers
Special Masters
United States District Court
District of Colorado
Legal Resolution Center
7907 Zenobia Street
Westminster, Colorado 80030

Sir,

Due to the fact that I have been in the hospital at the CTCF infirmary for the past year due to an assualt on April 25, 2011 by an inmate and two prison guards. It cost Colorado an estimated $700,000.00 and cost me five major surgerys to save my leg.

So I have lost track of the Civil Action No. 92-cv-00870-JLK-OES, Jesse (Jesus) Montez law suit. I have a letter from "Foster, Graham, Milstein and Calisher, LLP" at 360 S. Garfield Street 6th Floor, Denver, Colorado 80209" a "Lara Marks, Esq." #36621.

I have logged two legal letters to them with no response. I have also logged out one legal letter to attorneys "King and Greisien" at 1670 York Street, Denver, Colorado 80206, with no response. My problem is on April 25 2011, two correctional officers packed my property out and lost my typewriter and 27 active legal files, plus 22 other items.

My hands are so broke up that I can not hold a pen to write. P.A. Roy Haven examined my hands and wrote orders for a typewriter to be acquired for me. CTCF refused! As I am in court on post conviction relief and cannot write. I need some help from someone or some place. To verify this please contact Debbie Petrouske, DME Coordinator at CTCF mediacal department, P. O. Box 1010 Canon City, CO 81215-1010. Any assistance you can give in this matter will be greatly appreciated.

October 25, 2012

Respectfully,

Roy Jack Pollard
DOC #94894
CTCF #7 P. O. Box 1010
Canon City, CO 81215