ROY JACK (R.J.) POLLARD
D.O.C.# 94984
C.T.C.F.# 7 P.O.BOX.# 1010
CANON CITY, COLORADO, 81215-1010

```
            FILED
   UNITED STATES DISTRICT COURT
        DENVER, COLORADO

          OCT 3 1 2012

      JEFFREY P. COLWELL
              CLERK
```

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901, 19th STREET
DENVER, COLORADO, 80294

CIVIL ACTION NO. 92-cv-00870-JLK-OES

JESSE (JESUS) MONTEZ, et al

VS.

JOHN HICKENLOOPER et al,

Sir/Madame;

What is the status of this case? I have been involved since 1998. But having been assualted by an inmate and two correctional officers, five major surgerys and a year in the hospital and C.T.C.F. infirmary, I have lost track of this case. How ever when they packed my property out on April 25, 2011 they took my typewriter, 27 active legal files,

5 law books plus 22 other items, leaving no shakedown slip. They have refused to return any of this property. My hands have been broke up over the years and with the arthritis, I can not hold a pen to write so I can not continue with post conviction relief. Which make it an obstruction of justice. P.A. "Roy Havan," has done an examination of my hands and ordered a typewriter be given to replace the one taken. C.T.C.F. refused to verify the above, please contact "Ms. Debbie Petrouske," D.M.E. coordinator, C.t.c.f. medical department, P.O. Box # 1010 Canon City, Colorado, 81215-1010.

Inclosed is a letter to Judge Richard M.Borchers," that was returned.

Any help you wish to give in this matter, will be greatly appeciated.

October 18, 2012

Respectfully

ROY JACK POLLARD
D.O.C. # 94894

**FOSTER, GRAHAM, MILSTEIN AND CALISHER, LLP**
ATTORNEYS AT LAW
360 SOUTH GARFIELD STREET, 6th FLOOR
DENVER, COLORADO, 80209
**attention;** LARA MARKS, ESQ. #36621