DEAR HONORABLE SIR

EXCUSE MY HAND WRITING AND SPELLING, IM NOT ALL THAT CLEAR THIS DAYS OR STABBLE. SINCE MY 2 HEART ATTACKS AND MILD STROKE MY TRAIN OF THOUGHTS ARE MIXED AND I SUFFER WITH SHAKEY TRIMBLES OF THE HAND AND HEAD NOW.

IVE DONE MY BEST TO ADDRESS YOUR COURT RESPECTFULLY AND EDUCATIONAL IN LAYMANS TERMS. I DONT KNOW WHY CDOC WANTS TO KEEP FIGHTING, BUT IM SURE BECAUSE MY LIFE IS NOW COMING TO AN END SOON.

THEY'VE MANAGED TO KILL ME TOO BUT I KEEP ASKIN FOR MY DIGNTIES, HUMANE TREATMENT AND MEDICAL NEEDS. YES WERE IN PRISON, BUT AT WHAT POINT DOES THE COURT STEP IN AND SAY ENOUGH IS ENOUGH, AFTER IM DEAD AS WELL.

I SUFFER SO MUCH PAIN DAILY SIR, THAT I SOIL MY SHORTS MY PAIN IS THAT SEVER, I URINATE AND SOIL MY PANTS. HOW IT THAT HUMANE? I TRUST WE CAN RESOLVE THIS CASE, IM TIRED AND WOULD LIKE TO LIVE OUT WHAT LITTLE TIME OUR LORD HAS GIVEN TO ME WITH SOME DIGNTIES AND HUMANE FOUNDATION.

THANK YOU SIR

Kevin Mark Bretz

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2012

JEFFREY P. COLWELL
CLERK

I STARTED LIFE WEARING DIAPERS, ILL BE GOSH DARNED IF I GO OUT OF MY LIFE WEARING DIAPERS, ITS NOT RIGHT. THE PAIN IS THE CAUSE, THE PAIN MEDICATION PER ORDERED CAN ONLY BE GIVEN AT C.T.C.F. NOW.

THE COTAL BLOCKS P.A. MELLOW TOLD YOU WOULD BE DONE NEVER DONE. SURPRIZE, ONCE AGAIN YOU HAVE BEEN TOLD ONE THING IN COURT TO MISLEAD YOU & ITS NOT DONE.

IM SUFFERING & DEATH SOUNDS ALOT BETTER NOW. WHY?

NO POSTING OF MONTEZ REMEDIAL SETTLEMENT IS POSTED ON WALLS/PODS A-B-C IN UNIT 1. IT IS AFIXED TO CONTROL CENTER WALL NEAR ENTRANCE/EXIT DOORS WHERE PRISONERS CANT STAND OR LIOTER. IT IS IN A PLACE WHERE WE HAVE ALMOST NO ACCESS TO HERE.

I FILED AN ADA STEP 1, NO AIC OFFICER HERE TO REVIEW/PROCESS. AREN'T THESE TO BE POSTED IN OUR LIVING UNIT PODS?

Rec'd.
10/22/12
8:20 P.M. MAIL /m.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 02 2012

JEFFREY P. COLWELL
CLERK

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM
DC Form 750(IVA)(11/15/07)

## REQUEST FOR LEGAL ASSISTANCE

INCOMPLETE FORMS WILL BE DENIED.

TODAY'S DATE: 10/09/12

LAST NAME: BRETZ          FIRST INITIAL: K       DOC #: 46584

FACILITY and HOUSING UNIT/TIER/CELL: LIMON  1 B 1-1    WORK/PROGRAM ASSIGNMENT INCLUDING TIME: _____

SESSION TIME REQUESTED* N/A AM SESSION    N/A PM SESSION
*Preferences will be taken into consideration for scheduling purposes; however, there is absolutely no guarantee that an offender will be scheduled as requested.

THE DATE OF ANY COURT IMPOSED DEADLINE: PAST
**ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED.**

NATURE OF MATTER: _____ Habeas Corpus   X  Conditions of Confinement   _____ Post Conviction Relief
Other: CLASS ACTION  MONTEZ CASE

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY:    YES _____ NO X

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?   YES X  NO _____
   IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT _____

STATE THE TYPE OF ASSISTANCE YOU REQUIRE:          (PLEASE WRITE LEGIBLY)
1. NEED THE MONTEZ CASE NO. # 92-N-870 consolidated with 96-N-343
? 2. NEED THE ADDRESS OF THE SPECIAL MASTERS IN ARVADA, COLO.
3. NEED THE ADDRESS OF THE U.S. DISTRICT COURT OF COLO.
4. NEED THE NAME OF THE A.I.C. OFFICER AT LIMON CORR. FAC.
                                                — THANK YOU!
#2 Be more specific
#3 Alfred A Arraj US Courthouse
    901 19th St
    Denver, CO 80294
★→ #4 Limon does not have an AIC officer, ADA coordinator
Cindy Giersdorf helps with this —  Kevin Bretz #46584
                                    OFFENDER SIGNATURE
DATE RECEIVED: OCT 15 2012     DATE ACCESS PROVIDED: OCT 15 2012

Your request has been DENIED for the following reasons:     DATE DENIED: _____
_____ Your request form was not properly completed (missing required signature, full cell location, facility, unit, tier, cell, assignment, DOC #, date, etc.)
_____ You have failed to submit the proper form. Please resubmit: TOOK 6 DAYS TO COMPLETE MY REQUEST & ANOTHER 7 DAYS TO DELIVER MY MATERIAL...
_____ The Legal Access Program does not provide the forms you have requested.
_____ The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.
_____ You may bring your request into compliance and **resubmit a new form**. A photocopy of this denied form will not be accepted.
_____ The legal access program cannot assist you with your request. It falls outside our program parameters.
_____ Other _____

METER END: 1094   MINUS (-) METER BEGIN: 1093   EQUALS (=) TOTAL ADMIN COPIES: 1