THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (cons.) 96-N-34

Jesse (Jesus) Montez, et al.,
   Plaintiff,

v.

John Hickenlooper, et al.,
   Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 02 2012
JEFFREY P. COLWELL
CLERK

---

## Motion for Contempt of Court Hearing/Order

COMES NOW, KEVIN MARK BRETZ, PRO SE, UNDER THE ABOVE TITLE ACTION, CLAIMANT NO. 03-138, DOES HEREBY FILE MOTION FOR CONTEMPT OF COURT HEARING/ORDER OF SEPTEMBER 27TH 2010, HELD AT STERLING CORRECTIONAL FACILITY IN THE ABOVE ACTION, FOR THE FOLLOWING:

PLAINTIFF FILES SAID ACTION NOW TO HOLD STAFF IN CONTEMPT AND ASKES THAT A NEW ORDER (OF ENFORCEMENT) BE ISSUED TO COMPLY WITH MEDICAL NEEDS. TO STOP HIS SUFFERING AND EXTREME PAIN DAILY BECAUSE OF DEFENDANTS NEGLECT/ABUSE AND DELIBERATE ACTION TO IGNORE ANY AND ALL PREVIOUS ORDERS, REMEDIAL SETTLEMENT (S) IN A VERY MALICIOUS FASHION INTENTIONAL TO CAUSE PLAINTIFF PAIN DAILY THAT CAUSE A THREAT TO HIS HUMANITARIAN LIBERTY AS AN AMERICAN CITIZEN, PROTECTED BY THE U.S. CONSTITUTION.

CONTINUED;

## Summary of Facts

1. On July 23rd, 2007 an order was issued, in said order and language, said order spelled out that (CDOC) Colorado Department of Corrections, have plaintiff seen by (ie, outside specialists and follow there orders) promptly.

2. In November 2007, plaintiff was taken to a (non-outside specialist) in fact a contract doctor of orthopedic medicine. Said doctor ordered pain medications, a brace, boots, cane, follow ups.

3. Plaintiff received boots September 25th 2010, 35 months after the order. Violating Rule #9 of the Remedial Settlement. On top of this, the boots received had tiny boot laces that kept plaintiff from wearing these safely to meet his stability needs.

4. At our hearing on September 27th 2010, these issues were addressed. The defendants own doctor had assisted and attempted to lace boots, but failed. He said the boots needed longer laces and they would order some promptly.

This doctor went on to state, yes my brace I received was incorrect, that I needed a specific one, he named such for the courts AND stated one would be ordered.

5. During said hearing the judge asked a Lt. B. Scott to order me tennis shoe replacements. Lt. Scott stated she would contact medical head and order shoes.

= 2 =

CONTINUED;

———— THIS WAS NEVER FOLLOWED, SHOES WERE NEVER ORDERED AND PLAINTIFF SPENT (2) TWO MORE YEARS WALKING IN SHOES THAT HAD HOLES IN SOLES YOUR FINGERS COULD POKE THREW, THE HEEL WAS GONE ON ONE SHOE AND THE SHOES WERE TOO LARGE FOR MY FEET.

6. ON OR ABOUT SEPTEMBER 2011 PLAINTIFF RECEIVED PROPER BOOT LACES (1 YEAR LATER). THESE LACES ALLOWED PLAINTIFF THE USE OF HIS BOOTS.

7. PLAINTIFF FILED FOR DAMAGES UNDER THE MONTEZ REMEDIAL PLAN SETTLEMENT. HE FILED FOR A 2007 (JULY)(NOVEMBER) TO SEPTEMBER 2011 FOR BOOTS/LACES.

LACES FOR (1) ONE YEAR, SHOES FOR (2) YEARS, AN OVERALL BRACE FACTOR OF (NOVEMBER 2007) TO DATE OF SEPTEMBER 27TH 2010. AIC/STERLING MEDICAL DENIED ALL APPLICATIONS FOR DAMAGES, CLAIMING THEY ONLY OWE FOR TIME WHEN <u>THEY ORDER</u>, NOT THE JUDGE OR THE DOCTOR. SO GRIEVANCES DENIED. I REFILED NEXT STEP AND WAS TRANSFERED TO LIMON CORRECTIONAL FACILITY 03/31/12. NO PREVIOUS GRIEVANCES ANSWERED, NOR A RESPOSE TO ISSUES.

8. ON APRIL 17TH 2012 PLAINTIFF SUFFERED ANOTHER HEART ATTACK. HIS FIRST HEART ATTACK JANUARY 23RD 2012 AT STERLING CORRECTIONS AND STROKE. THEN HIS TRANSFER TO LIMON CORRECTIONS WITH <u>NO</u> MEDICATIONS AND STRESS FROM WORK PLACEMENT, PLAINTIFF SUFFERED A- -NOTHER HEART ATTACK AND WAS PLACED ON FLIGHT FOR LIFE, FLEWN TO DENVER AND TREATED.

=3=

CONTINUED;

9. CARDIOLOGIST WAS SHOCKED TO LEARN CDOC HAD MOVED ME AND FORCED ME TO WORK SO SOON. MY HEART ATTACK AND MILD STROKE SHOULD'VE PLACED ME ON MEDICAL LEAVE FOR ATLEAST A YEAR UNTIL I STABBLIZED.

10. UPON MY RETURN, I WAS TOLD I HAD TO WORK OR I WOULD BE LOCKED DOWN AND RESTRICTED FROM DAY-HALL, YARD, INCENTIVE PROGRAM. SO IVE BEEN WORKING HERE DIRECTLY AGAINST DOCTORS ORDERS AND COMMON SENSE. FOR FEAR OF RETALIATION AND REPRISELS.

11. ON OR ABOUT SEPTEMBER OF 2012 LIMON CORRECTIONAL MEDICAL OBTAINED REPLACEMENT TENNIS SHOES. ONCE THE DOCTOR (NOT P.A.) SEEN THE ORDER, SHE ORDERED TENNIS SHOES AND APPOLIGIZED FOR THE GROSS DELAY.

12. WHEN I ONCE AGAIN FILED FOR MONATARY $ DAMAGES UNDER REMEDIAL PLAN, IT WAS DENIED. THE AIC STATE NO MERIT, TIME TO FILE, IMPROPER ORDERS, IT GOES ON AND ON, THEN THE NEXT STEP IS LOST AND NEVER ANSWERED.

13. PLAINTIFF HAS REQUESTED IN WRITING HIS BRACE. HE HAS SITED ORDER/LANGUAGE OF THEIR OWN DOCTOR SINGH, DENIED.

PLAINTIFF SUFFERS EXTREME PAIN IN FOOT TO HIP FROM LACK OF BRACE. THIS PAIN IS 24/7 AND NOT GOING AWAY. THEY HAVE IGNORED PAIN MEDICATIONS SINCE NOVEMBER OF 2007, AND ONLY RECENTLY ATTEMPTED TO SOMETHING WITHOUT A PSYCHOTROPICAL MEDICATION FOR PAIN. THEY HAVE NOW FOUND ONE, BUT ITS EXPIRED AS OF TODAY 10/30/12 WITHOUT NOTICE TO RENEW NOW.

CONTINUED:

14. PLAINTIFF HAS ONLY ASKED TO BE TREATED AS A HUMAN BEING AND RECEIVE PROPER MEDICAL CARE, ie. SPECIALISTS OUT SIDE OF CDOC HANDS, PROPER BRACES FOR R. ANKLE, R. KNEE, BACK, BOOTS, TENNIS SHOES, CANE, ADA COMPLIENCE AND MONATARY DAMAGES FOR REMEDIAL VIOLATIONS AND NOW PUNITIVE DAMAGES.

15. ITS CLEAR CDOC DOES NOT WISH TO FOLLOW YOUR ORDERS OR THE COURTS ORDER OF REMEDIAL SETTLEMENT. UNDER SAID PLAN, IM OWED THE BELOW:

BOOTS: NOV. 2007 TO SEPT. 2010 & 2011 w/ LACES.
$5.00 1ST MONTH THEN $10.00 THERE AFTER: TOTAL $575.00, WITH LACES ITS $5.00 1ST MONTH THEN $10.00 THERE AFTER: TOTAL $115.00

BRACE: NOV. 2007 TO DATE NOV. 2012
$5.00 1ST MONTH THEN $10.00 THERE AFTER: TOTAL $595.00

SHOES: SEPT. 2010 TO SEPT. 2012
$5.00 1ST MONTH THEN $10.00 THERE AFTER: TOTAL $235.00

MEDICATION: NOV. 2007 TO NOV. 2012
$5.00 1ST MONTH THEN $10.00 THERE AFTER: TOTAL $595.00

TOTAL $2115.00

PLAINTIFF FEELS A FAIR AMOUNT FOR A PUNITIVE DAMAGE AMOUNT IS: $2500.00 AND AN ORDER FOR ENFORCEMENT TO NEW RECCOMENDATIONS SET AFTER SEPT. 2010 HEARING.

16. THAT AN ORDER FOR HEARING BE SET TO BE HELD AT LIMON CORRECTIONAL FACILITY AND ALL PARTIES NAMED BE PRESENT FOR SAID HEARING SHOULD THE HONORABLE JUDGE FEELS NECCESSARY.

—(5)=

CONTINUED:

17. WHEREFORE PLAINTIFF HOPES THIS WILL DRAW THIS CASE TO A FINAL CLOSE AND SOME RELIEF TO HIS MEDICAL NIGHTMARES AT THE MULTI HANDS OF CDOC MEDICAL STAFF AND PRISON STAFF.

PLAINTIFF PRAYERS THAT HIS MOTION FOR THE ABOVE INTITLED "CONTEMPT OF COURT HEARING/ORDER" IS SAID ORDERED. TO ADDRESS ISSUES CONTINUED TO BE IGNORED AND PLACING PLAINTIFF IN EXTREME PAIN AND A VIOLATION TO HIS QUALITY OF LIFE LIBERTIES.

DATED THIS 31st DAY OF OCTOBER, 2012.

RESPECTFULLY SUBMITTED

*Kevin Mark Dietz*
#46584 / UNIT 1 SEG. B-101
LIMON, CO. 80826

CERTIFICATION OF MAILING

PLAINTIFF HAS MAILED THIS TRUE COPY OF MOTION ALONE TO SAID COURT. SAID MOTION IS NOT COPIED, AS FACILITY HAS DENIED PLAINTIFF ACCESS TO COPY SAID DOCUMENTS. NO COPY SENT TO COLO. ATTORNEY GENERAL, AS AGAIN, NO ACCESS TO COPIES, LAW LIBRARY OR CASE MANAGER. KITES IGNORED IN SEG. STATUS. TRUE COPY MAILED TO COURTS 10/31/12.

*Kevin Mark Dietz*

(6)