THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (CONS.) 96-N-34

Jesse (Jesus) Montez,
Kevin Bretz, et. al.,
  Plaintiff,

v.

Warden (Ms.) Falk, Lt. (Mr.) Walters
Exec. Dir. Thomas Clement,
Governor John Hickenlooper, et al.,
  Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 02 2012
JEFFREY P. COLWELL
CLERK

## MOTION FOR INJUCTION/ENFORCEMENT

COMES NOW, KEVIN MARK BRETZ, PRO SE, PLAINTIFF IN ABOVE TITLE ACTION, PRAYS THIS HONORABLE COURT GRANT SAID MOTION AND ISSUE AN ORDER FOR "INJUCTION AND ENFORCEMENT." PLAINTIFF STATES AS FOLLOWS FACTS TO SUPPORT SAID MOTION AND REQUEST FOR THE FOLLOWING:

### SUMMARY OF FACTS

1. PLAINTIFF WAS SENT TO C.S.P. SUPER MAX ADMIN. SEG. FROM LIMON CORRECTIONAL FACILITY IN MARCH OF 1993, BY CAPT. LARRY RIED, SGT. WALTERS AND SGT. JACKSON.

IN OCTOBER 2007 I WAS REMOVED FROM C.S.P. AND SENT TO STERLING CORRECTIONAL FACILITY, DUE TO MEDICAL NEEDS AND ADA.

CONTINUED:

2. On March 31st 2012 Sterling Correctional Facility returned Plaintiff to Limon Corrections, and back amongst his enemies.

3. On August 17th 2012 Plaintiff and another I/M a Muslim were locked up for ordering canteen, by phone during food tray issue. We had obtain the Unit Sgt.'s verbal permission to use the phone. 137 I/M used the phone, but only 2 Muslims placed in the Seg. Unit for using phones.

4. After 12 days we both were released, but I received a report. On 9-4-12 I was convicted of said report and the investigator now Lt. Jackson stated to me welcome back Bretz, dont get comfortable, you wont be here long this time.

The other I/M was found not guilty, so I appealed. The appeal process is a 30 day (calendar day) due process of law mandated under Ramos vs. Lamm.

Plaintiff filed his appeal 9-14-12 and then 4 days late 10-17-12 receive a reversal. I asked why the delay and told because of the murder of staff at A.V.C.F. and the stabbing of the other. My appeal was set aside so they could consintrate on their loss. Thats not justified under law...

5. On 10/04/12 another inmate (I/M) no longer in CDOC asked me to mail a letter for him. I said yes and mailed it to my sister to mail for him. The mail room found the letter called shift commander, wrote a incident report and I was placed in Seg. Unit 10/05/12 at 07:48 hrs., to date I have not received a disciplinary report and their 10 days

— (2) —

CONTINUED:

———— TO CHARGE ME IS PAST.

So SGT. JACKSON, NOW Lt. JACKSON, SGT. WALTERS, NOW Lt. WALTERS (MR.) RON WALTERS, MS. FALK (WARDEN) WIFE TO WARDEN FALK OF STERLING CORRECTIONAL FACILITY, HAVE PLACED ME IN THE SEG. UNIT WITHOUT MY PERSONAL PROPERTY, LEGAL WORK/PROPERTY OR RELIGIOUS PROPERTY AND HAVE LEFT ME IN HERE WITH NO CHARGES, NO HEARING, NO ADMIN. SEG. REVIEW NO NOTHING FOR OVER 25 DAYS NOW. A DIRECT VIOLATION TO DUE PROCESS OF LAW UNDER STATE AND FEDERAL PROTECTION.

I SENT AN APPEAL TO MY PLACEMENT TO WARDEN (MS) FALK ON 10/09/12. NO RESPONSE, ON 10/29/12 SHE AND HER CAPT. COME TO SEG. UNIT 1 B POD 1-01 MY CELL. SHE TELLS ME MY ORDER OF 7/23/07 HAS <u>NO AUTHORITY</u> AT HER HOUSE, I WILL ANSWER TO HER, IM BEING ADMIN. SEGREGATED AND RETURNED TO C.S.P. OR HER HUSBANDS FACILITY STERLING CORR. FAC. ADMIN. SEG. STATUS. SHE WALKED OFF.

6. PLAINTIFF HAS <u>NO</u> KNOWLEDGE OF LETTER CONTEXT, NOR CARES. I DID A FAVOR, I TOLD THEM THAT, THEY WANTED ME TO TELL THEM WHO, I REFUSED TO RAT ON THE PERSON.

7. PLAINTIFF HAS BEEN PLACED IN SEG. UNIT PAST ALL DUE PROCESS TIME NOW. HE HAS BEEN WITHOUT HIS BOOTS, SHOES, BRACE, PAIN MEDICATIONS, OXYGEN TANK. HE HAS BEEN DE-NIED A PROPER EXERCISE AREA WITH RAILINGS OR HIS PROPERTY TO GIVE HIM ACCESS TO FAMILY, THE COURTS.

8. PLAINTIFFS DIETS ARE NEVER CORRECT, NOR DOES THE STAFF SEEK TO HAVE KITCHEN CORRECT. PLAINTIFF IS NOW PLACED IN A (CAGE) 8'FOOT X 8'FOOT X 8'FOOT, SIMILAR TO A DOG-

—=(3)=—

CONTINUED:

———— KENNEL CAGE AND TOLD THATS MY EXERCISE YARD WHILE IN SEG. UNIT 1. THERE ARE NO RAILS, NO SEAT AND NO WALKING AREA.

PLAINTIFF ADVISED THEM OF THE U.S. CONGRESSIONAL ORDERS FOR ADA PRISON CELLS AND EXERCISE YARDS AND SEG. YARD 12' x 25' x 10' TALL MINIMUM WITH FULL SIDE RAILS AND BENCH. SGT. FRANKS LAUGH'S AND HE WALKS AWAY.

## RELIEF REQUESTED

1. THAT I BE RELEASED FROM SEG. UNIT 1 AND RETURNED TO MY ADA CELL IN UNIT 5-B-1-01, I REMAIN THERE UNTIL MY HEARINGS BEFORE THE COURTS FOR CONTEMPT OF COURT AND NOW RETALIATION.

2. THAT I BE GIVEN ALL PERSONAL/LEGAL PROPERTY, WITH ACCESS TO CANTEEN.

3. ACCESS TO YARD/GYM TO CONTINUE ALL OF MY PHYSICAL THERAPY FOR MY ADA/MONTEZ MOBILITY NEEDS.

4. THAT THE WARDEN BE CAUTIONED TO FURTHER RETALIATION BY HER AND HER STAFF.

5. THAT A REASONABLE HEARING DATE AFTER THE NEW YEARS BE CONSIDERED TO HEAR THIS CASE BEFORE THE COURTS NOW.

WHEREFORE PLAINTIFF PRAYS THIS COURT ISSUE AN ORDER OF "INJUCTION/ENFORCEMENT" AGAINST MS. WARDEN FALK AND HER STAFF, UNTIL A HEARING CAN ADDRESS THIS MATTER TO RESOLVE AND OUTLINE SCOPE OF LAW AND PREVIOUS ORDERS.

= (4) =

CONTINUED:

The Plaintiff further states he has no means to obtain copies. Lt. (Mr.) Walters has had me and my file placed on his case load, therefore restricting me from copies or access to documents.

Therefore a true copy and no photo copies can be sent to Warden, Exec. Dir. Clements or Colorado Attorney General Now. I state this under penalties of purjury.

Dated this 31st day of October, 2012.

Respectfully Submitted

Kevin Mark Bretz
#46584 Unit 1 Seg.
P/o Box 10,000
Limon, Co. 80826