IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.,

       Plaintiffs,

-vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-272
Category III
Claimant: Roy Jack Pollard, #94894
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

       THIS MATTER comes before the Special Master on the two letters Claimant. *Doc. #5327 and #5328*. Both letters raise concerns about Claimant's health and accommodations that have been taken away or not provided.

       On September 11, 2012, Judge Kane ruled that Defendants were in substantial compliance with the Remedial Plan. As a result, the monitoring period commenced on October 1, 2012. Barring some dramatic development over the next few months, this case will close on September 30, 2014. In addition, Judge Kane has removed himself from the case. The case has been returned to Judge Arguello. Claimant will be provided a copy of Judge Kane's order.

       There is no jurisdiction for any additional claims to be filed pursuant to Article XXXII of the Remedial Plan. Judge Kane made clear in an order in 2010 that the time for filing *pro se* motions in this case is over. Claimant received a cash award and has been paid. There is no further jurisdiction under this case to do anything further for Claimant. His remedy is to commence a separate ADA lawsuit concerning his present condition and confinement.

       IT IS HEREBY ORDERED that the letters of Roy Jack Pollard will be accepted for filing, and copies will be provided to class counsel.

       SIGNED this 5th day of November, 2012.

2

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master