IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.
    Plaintiffs,

v.

JOHN HICKENLOOPER, et. al.,
    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 3 2012

JEFFREY P. COLWELL
               CLERK

---

Claim Number:  ? (previous: X-228)
Category:  ?
Claimant:  Julius Caesar Herrera, Jr., #119727
Address of Claimant:  CCCF, 6564 State Hwy 96, Olney Springs, CO 81062

---

## MOTION FOR THE COURT'S LATEST ORDERS & DEADLINES

---

       Comes Now, that I, Julius Caesar Herrera, Jr., the Claimant proceeding pro se, Respectfully Moves this Honorable Court to send to this Claimant the Court's most recent Orders and deadlines for any upcoming actions.

       The Claimant also respectfully request that the Court provide any Order that relates to Claimants who are not involved with seeking damages, but do involve a Claimant's mobility disability.

       The Claimant is currently a military disabled veteran who is receiving VA benefits for his mobility disability. However, the DOC is not honoring his disability nor providing him with any ADA accommodations when needed and wishes to look into what this Court has Ordered for Claimant's who fall under this particular category.

       Respectfully Submitted this 7th day of November, 2012.

                                *Julius Caesar Herrera Jr.*
                                Julius Caesar Herrera, Jr., #119727
                                Crowley County Correctional Facility
                                6564 State Hwy 96
                                Olney Springs, CO 81062