IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-228
Category: Untimely Filed Claim
Claimant: Julius Caesar Herrera, Jr., #119727
Address of Claimant: CCCF, 6564 State Highway 96, Olney Springs, CO 81062

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's motion for the Court's latest orders and deadlines. Claimant will be provided a copy of Judge Kane's order of September 11, 2012.

    This case is now in the monitoring period. Barring some dramatic event, this case will close on September 30, 2014. There are no deadlines to be met.

    Judge Kane also ruled that the time for filing *pro se* motions is over. Claimant may contact class counsel or commence his own separate lawsuit under the ADA.

    IT IS HEREBY ORDERED that the *pro se* motion of Julius Caesar Herrera, Jr. is denied, as the time for filing of *pro se* motions is over; and

    IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

    IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before January 7, 2014.**

SIGNED this 14th day of November, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

———————————————————
Richard M. Borchers
Special Master