# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

___

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
___

Jennifer W. Riddle, as co-counsel for Plaintiffs, pursuant to D.C.COLO.LCivR 83.3D, hereby moves this Court for an Order allowing her to withdraw as counsel of record. As grounds, counsel states as follows:

Pursuant to D.C. COLO.LCivR 7.1(A), undersigned counsel conferred with Defendants' counsel Elizabeth McCann and James Quinn.

1.  Jennifer W. Riddle will be leaving the law firm of King & Greisen, LLP. Her last day of employment is November 29, 2012.

2.  Plaintiffs will continue to be represented by Paula Greisen of the law firm of King & Greisen, LLP, Edward T. Ramey of the firm of Heizer Paul Grueskin, LLP, Laura Marks of the law firm of Foster Graham Milstein & Calisher, LLP, and Blaine D. Myhre.

WHEREFORE, Jennifer W. Riddle respectfully requests that this Court grant her Motion to Withdraw as Counsel.

RESPECTFULLY SUBMITTED this 29th day of November, 2012.

*s/ Jennifer W. Riddle*
Jennifer W. Riddle
Paula Greisen
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
riddle@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 29, 2012, the foregoing **MOTION TO WITHDRAWAL AS COUNSEL OF RECORD** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Elizabeth H. McCann
James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
(303) 866-3261
Fax: (303) 866-5443
beth.mccann@state.co.us
james.quinn@state.co.us
jacquelynn.fredericks@state.co.us
*Attorneys for Defendants*

                                                *s/ Laurie A. Mool*