IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

_____

Claim Number: 03-038
Category III
Claimant: Ben Padilla, #82114
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on the letter written on behalf of Claimant Ben Padilla. Claimant is blind. The allegations in the letter indicate that the previous order of the Special Master may not being followed at LCF. Defendants will be given a chance to respond.

    IT IS HEREBY ORDERED that Defendants are granted up to and including **January 22, 2013** in which to respond to the letter.

    SIGNED this 10th day of December, 2012.

                                BY THE COURT:

                                */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master