IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number X-343
Category: Untimely Filed Claim
Claimant: Jose Perez Soto, #129465
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's letter and motion for writ of habeas corpus. Claimant is seeking the assistance of the Special Master and Court with medical treatment issues.

    Claimant never filed a claim pursuant to Article XXXII of the Remedial Plan. Claimant was provided a claim form and information sheet. Judge Kane ruled that all claims had to be filed on or before April 30, 2010. Since no claim was ever filed by Claimant, there is no jurisdiction for the Special Master to do anything except dismiss the motion.

    In addition, Judge Kane has found that Defendants are in compliance with the Remedial Plan. Claimant will be provided a copy of Judge Kane's order of September 11, 2012. This case is now in the monitoring period. Barring some dramatic event, this case will close on September 30, 2014.

    There is no jurisdiction which can be used to adjudicate Claimant's motion. Claimant's remedy is to file a separate lawsuit.

    Judge Kane also ruled that the time for filing *pro se* motions is over. Claimant may contact class counsel or commence his own separate lawsuit under the ADA.

    IT IS HEREBY ORDERED that the *pro se* motion of Jose Perez Soto for writ of habeas

corpus is denied, as the time for filing of *pro se* motions is over; and

IT IS FURTHER ORDERED that a copy of Claimant's letter will be provided to class counsel for such action as may be deemed appropriate; and

IT IS FURTHER ORDERED that Claimant, Defendants and class counsel are advised that they may file an objection to this Order pursuant to Federal Rule of Civil Procedure 53(g)(2), but said objection must be filed with the Clerk of the United States District Court, 901 19th Street, Denver, CO 80294 **on or before February 11, 2013.**

SIGNED this 10th day of December, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master