IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: c/o Senior Services, 846 E. 18th, Denver, CO 80218

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's motion for extension of time. Claimant discharged his sentence on October 3, 2012.

IT IS HEREBY ORDERED that Claimant is granted up to and including **January 28, 2013** in which to file an objection to the order of March 5, 2012; and

IT IS FURTHER ORDERED that no additional extensions will be granted.

SIGNED this 12th day of December, 2012.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master