IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - CMA

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

       Defendants.

_____

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: LCF, 49030 State Highway 71, Limon, CO 80826

_____

## ORDER OF SPECIAL MASTER
_____

     THIS MATTER comes before the Special Master on Defendants' motion for extension of time. The request will be granted.

     IT IS HEREBY ORDERED that Defendants are granted up to and including **January 29, 2013** in which to file a response to Claimant's motion.

     SIGNED this 17th day of December, 2012.

                                           BY THE COURT:

                                           */s/ Richard M. Borchers*

                                           _____
                                           Richard M. Borchers
                                           Special Master