IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

BILL OWENS, et al.

      Defendants.

_____

Claim Number 03-211
Category III
Claimant: Matthew Mounts, #66276
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter of January 7, 2013. Claimant has advised the Special Master that DOC staff at SCF have taken down materials related to this case. Further, Claimant advises that DOC staff claim that the "Montez case is no longer valid."

      The Special Master has no jurisdiction over systemic issues. The case is in the monitoring period. The Special Master will refer this matter to class counsel pursuant to *McNeil v. Guthrie*, 945 F.2d 1163 (10th Cir. 1991). Class counsel can take appropriate action.

      IT IS HEREBY ORDERED that the letter of Claimant is referred to class counsel for such action as is deemed appropriate.

      SIGNED this 9th day of January, 2013.

                                           BY THE COURT:

                                           */s/ Richard M. Borchers*

                                           _____
                                           Richard M. Borchers
                                           Special Master