IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

---

## SPECIAL MASTER'S FORTY-SIXTH APPLICATION
## FOR PAYMENT OF FEES AND COSTS

---

      Richard M. Borchers, the Special Master in the above captioned matter, hereby submits the following Forty-Sixth Application for Payment of Fees and Costs. This application is for work done from September 16, 2012 to January 15, 2013, and for work on individual claims. This petition also includes work that has been done up to this point on cases handled by the Special Master pursuant to the expansion of jurisdiction set forth in the order of Judge Kane on April 15, 2008. The Special Master states as follows:

      1. On September 11, 2003, the parties submitted their Joint Motion to Administratively Close Civil Action. This document was intended to be the settlement of all outstanding issues related to the class.

      2. The parties agreed to a process for determining the extent, if any, of damages incurred by individual class members. This is reflected in Paragraph XXXII of the Joint Motion. Richard M. Borchers and Bruce Pringle were appointed initially as Special Masters to adjudicate all individual damage claims. Richard C. Davidson was appointed subsequently to be a Special Master. Both Bruce

Pringle and Richard Davidson have submitted their resignations as Special Masters, and those resignations have been accepted by the Court.

3. Counsel for the parties advised the undersigned that all fees and costs related to work by the Special Master were to be paid by the State of Colorado. The Special Master agreed to an initial hourly rate of $175.00. The Special Master submitted secretarial/paralegal costs at the rate of $25.00 per hour. In addition, the Special Master submitted staff attorney time at the rate of $75.00 per hour. By agreement with the State of Colorado, the hourly rate for the Special Master was increased to $200.00 per hour for all work done after September 15, 2006. In addition, secretarial/paralegal costs were increased to $35.00 per hour. The staff attorney rate remained at $75.00 per hour. Travel time for the Special Master was increased to $100.00 per hour for all travel after September 15, 2006.

4. Richard M. Borchers works for Legal Resolution Center and payment should be made to that company.

5. Ms. Susan Carter has been hired to be the primary administrative person assigned to handle all claims and orders issues. Ms. Carter spent 11.00 hours for this time period on work directly related to the processing of claims and subsequent orders.

6. Richard M. Borchers expended 19.85 hours of time during this period for administrative matters related to the claims process. This time is reflected in Exhibit B.

7. Richard M. Borchers additionally spent 1.10 hours of time on individual claims that now have been dismissed or adjudicated. This is reflected in Exhibit C. Richard M. Borchers had 00.00 hours of travel time for this period and lodging expenses of $0.00. This is reflected in Exhibit D.

8. Legal Resolution Center agreed to pay for most copy and mailing costs out of its percentage from work billed. At this date, postage and copy costs involve several thousand dollars.

9. The total fees being sought for the time period ending January 15, 2013 are as follows:

| | | |
|---|---|---|
| a. Richard M. Borchers:  0.00 hrs.@ $175.00 per hr. = | $ | 0.00 |
| 20.95 hrs. @ $200.00 per hr. = | $ | 4,190.00 |
| b. Richard M. Borchers (travel) .00 hrs. @ 100.00 per hr. = | $ | 0.00 |
| c. Susan Carter and other staff 11.00 hrs @ $ 35.00 hr. = | $ | 385.00 |
| d. Lodging and expenses | $ | 0.00 |
| TOTAL FEES: | $ | 4,575.00 |

11. The time devoted to this matter by Richard M. Borchers and the staff of Legal Resolution Center is accurate and was necessary for the proper processing of claims. The amount requested is fair and reasonable.

12. Richard M. Borchers and Susan Carter are employees of Legal Resolution Center. Ms. Carter has been paid by Legal Resolution Center for the work that she has done to date on this case.

WHEREFORE, the Special Masters request that the Forty-Sixth Application for Payment of Fees be granted in the amount of $4,575.00 and that the State of Colorado be directed to pay that amount to Legal Resolution Center, 7828 Vance Drive, #108, Arvada, CO 80003.

Respectfully submitted,

LEGAL RESOLUTION CENTER

By: *[signature]*
Richard M. Borchers
Special Master
7828 Vance Drive, #108
Arvada, CO 80003
Telephone: 303-426-7365

3

## EXHIBIT A

Susan Carter

    Total Hours for Period                                                11.00 hrs.

                                           TOTAL HOURS            11.00 hrs.

# EXHIBIT B

Administrative Time of Richard M. Borchers for period ending January 15, 2013.

| Date | Description | Time |
|---|---|---|
| 9/19/12 | Review electronic filings | .30 hrs. |
| 9/26/12 | Review electronic filings | .50 hrs. |
| 10/14/12 | Review mail and electronic filings | .30 hrs. |
| 10/15/12 | Review letter and draft loose order | .40 hrs. |
| 10/18/12 | Review mail and electronic filings; prepare loose order | .50 hrs. |
| 10/19/12 | Review mail and prepare loose order | .50 hrs. |
| 10/23/12 | Check electronic mail | .25 hrs. |
| 10/24/12 | Prepare order; file order | .65 hrs. |
| 10/28/12 | Review electronic mail | .25 hrs. |
| 10/31/12 | Review electronic mail | .50 hrs. |
| 11/1/12 | Prepare loose order | .50 hrs. |
| 11/7/12 | File electronic orders | .25 hrs. |
| 11/4/12 | Review electronic mail; prepare loose order | .50 hrs. |
| 11/18/12 | Send electronic orders too court | .25 hrs. |
| 11/16/12 | Review mail | .25 hrs. |
| 11/21/12 | Review mail | .25 hrs. |
| 11/23/12 | Review files and objections | .50 hrs. |
| 11/29/12 | Work on final report; review electronic mail | .85 hrs. |
| 11/30/12 | Review letter | .35 hrs. |
| 12/7/12 | Review mail | .50 hrs. |
| 12/10/12 | Review mail and issue order | 1.00 hrs. |
| 12/12/12 | Prepare loose order | .40 hrs. |
| 12/13/12 | Review mail; prepare loose order | .60 hrs. |
| 12/21/12 | Review mail | .25 hrs. |
| 12/21/12 | Review of files and claims; work on final report | 1.00 hrs. |
| 12/24/12 | Review electronic mail; research | 1.00 hrs. |
| 12/26/12 | Work on letter to counsel; research | 1.50 hrs. |
| 12/27/12 | Finalize letter to counsel | .50 hrs. |
| 12/28/12 | Review mail | .25 hrs. |
| 12/30/12 | Review outstanding orders | 1.00 hrs. |
| 12/31/12 | Research on viability of Special Masters' orders | .75 hrs. |
| 1/3/13 | Update list of claimants who received non-monetary items | 2.00 hrs. |
| 1/7/13 | Review mail | .25 hrs. |
| 1/9/13 | Review mail and issue loose order | .50 hrs. |
| 1/1/13 | Review mail; send electronic orders to court | .50 hrs. |

TOTAL TIME:     19.85 hrs.

## EXHIBIT C

### Work Done by Richard M. Borchers

Claims closed and work done through the period ending January 15, 2013. Work done prior to September 15, 2004 has already been billed. This also includes work done under the order of expansion of Judge Kane, which is dated April 15, 2008.

**X-561**     **Brian Seymore**

    10/15/12     Review letter; issue order and file with court          .60 hrs.

                                                     TOTAL:          .60 hrs.

**X-562**     **Ronald Tixier**

    Review letter; draft order and file order with court          .50 hrs.


TOTAL HOURS at $175.00 per hour:     0.00 hours = $    0.00

TOTAL HOURS at $200.00 per hour:     1.10 hours = $  220.00

                    TOTAL: $ 220.00

## EXHIBIT D

Travel Time for Richard M. Borchers.

|  |  |
|---|---|
|  | 0.00 |
| TOTAL TRAVEL TIME | 0.00 hrs. |

Lodging Expenses:

|  |  |
|---|---|
|  | 0.00 hrs. |
| TOTAL: | $ 0.00 hrs. |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

## ORDER GRANTING SPECIAL MASTER'S FORTY-SIXTH APPLICATION FOR PAYMENT OF FEES AND COSTS

THIS MATTER comes before the Court on the Forty-Sixth Application for Payment of Fees and Costs filed by Richard M. Borchers who has been appointed as Special Master in this case. The Court has reviewed the application and finds that fees and costs in the amount of $4,575.00 are appropriate.

IT IS HEREBY ORDERED that the Special Master's Forty-Sixth Application for Payment of Fees and Costs is approved in the amount of $4,575.00; and

IT IS FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, employer of Richard M. Borchers.

SIGNED this _____ day of January, 2013.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge