IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

     Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

     Defendants.

---

**ORDER GRANTING SPECIAL MASTER'S FORTY-SIXTH
APPLICATION FOR PAYMENT OF FEES AND COSTS**

---

This matter is before the Court on the Forty-Sixth Application for Payment of Fees and Costs (Doc. # 5342), filed January 16, 2013, by Richard M. Borchers, who has been appointed as Special Master in this case.  The Court has reviewed the application and finds that fees and costs in the amount of $4,575.00 are appropriate.  It is

ORDERED that the Special Master's Forty-Sixth Application for Payment of Fees and Costs is APPROVED in the amount of $4,575.00.  It is

FURTHER ORDERED that the State of Colorado shall pay the amount ordered to Legal Resolution Center, Richard M. Borchers' employer.

DATED:  January __23__, 2013

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge