James Rudnick #68432 - CDOCLL

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO


ORIGINAL

Civil Action Number: 92-CV-00870-JLK

JESSE MONTEZ, et al.,
    Plaintiffs,
v.

JOHN HICKENLOOPER, et al.,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 4 2013

JEFFREY P. COLWELL
CLERK

## MOTION FOR STATUS

Claim #: 01-092     Catagory: I
Claimant: JAMES RUDNICK
Colorado D.O.C. ID #: 68432
Address of Claimant: S.C.F. 4-A Box 6000, Sterling, CO. 80751

Claimant Rudnick, a class member of the above Action, submits his **Motion For Status** on the filings (presented to this Court), objecting to the Special Master's Order's pertaining to "Compliancy Hearings" held on 6/20/11 & 2/6/12.

These "A.D.A. medical accommodation" compliancy matters *addressed in these filings*, (listed below) have not been resolved, and, as a result, the Defendant's faulty handling of these matters does continue to cause pain and suffering to this Claimant. see "Statement of Facts"

### STATEMENT OF FACTS

On 9/27/05, Special Master Judge Borchers issued an Order for the Defendant's to provide this Claimant 'boots that fit his feet' and 'special orthotics' among other accommodations.

On 12/16/05, this District Court (J. Kane) issued an Order confirming Special Master Borcher's Order on these medical accommodations.

Also, on 8/01/06, this Court issued an Order for Defendants to Respond (re: failure to provide state issue glasses)

As of this date, these matters remain unfulfilled (see below)

[additionally]
    The Montez class "Resolution/Settlement" [yellow posters] have all been **removed** from this Sterling Facility Housing Unit without explaination.

This Claimant has sent multiple 'update' or 'appeal-type' filings *to this Court* (and to Judge Borchers) because these above "Orders" are not being complied with in the 'spirit or intent' of the original Orders.

James Rudnick #68432 - CDOCLL

1)   BOOTS:

Defendant's boot & orthotics "offerings" have been defective and have put this Claimant into a "Hobson's Choice" situation where he is forced to accept the boots & orthotics (given on 3/22/12) that are too narrow, (they do not properly fit his feet), and, they are now causing pain, foot instability, and, damage to his toes, or, he was told he will have to go back with the (old) previous boots which are worn-out. (detailed in his Court filings and 'appeals')

There were two separate Hearings on this matter held before Special master Borchers on (6/20/11 & 2/6/12). Borchers issued his 'findings and Orders' on (7/8/11 & 2/13/12)

The defendants had not yet supplied (the latest improper-fit) boots until 3/22/12.

This Claimant filed Appeals after each of the Special Masters Orders because the end-result still did not solve the problem in Defendant's handling of this accommodation, the inexcusable delays to deal with - and provide for - the accommodation issues, their limited understanding (or wilfull indifference) to the actual problem of foot size/fit issues, the lack of expert examination, the ill-fitting boot 'offerings', and, the 'type' boot their provider selected, despite its lack-of-proper-fit. [the orthotics are off-set, the boot is 1/2 inch too narrow, and the 'insides' are coming apart]

2)   GLASSES:

The defendants have made unsuccessful attempts to supply glasses but have only come-up with faulty manufactured state issue lenses that simply do not work and make this Claimant's vision obscured/blurred with double vision in-each-eye.

The Defendant's confiscated Claimant's personal glasses (that provided old-but reasonable vision) to force Claimant to accept the (faulty vision) state issue glasses. This was accomplished by medical staff explaining that "you need to just try them for awhile", and, "you should get-used-to-it".

This is another unreasonable 'Hobson's Choice' and improper medical treatment practice, because the only alternative is to go 'blind' without any vision correction alternative.

Although Claimant **does qualify** for obtaining 'replacement glasses' (and contact lenses) under C.D.O.C. Admin.Reg. 700-05, this should also be a matter of common sense for these medical professionals.

This Claimant has requested *new eye exam and glasses / contacts* (and filed another formal C.D.O.C. internal grievance on this matter, over the 'delays in responses', and, their 'failure to follow their own Admin. Reg. 700-05').
      [despite numerous notifications explaining that the lenses are incorrect or defective].
The S.C.F. staff have only responded with "you will not get any more state-issue glasses" and now claim, "you do not qualify for another exam until May 2013".

There is an expressed air of contempt coming from the S.C.F. medical staff concernng this eyeglasses issue that somehow it is policy to 'blame the eye-patient', or, 'blame his eyes', for their inability to come-up with, or manufacture proper vision correction, and Claimant is now forced to endure all of his day-to-day activities with blurred-double vision which results in eyestrain-type headaches.

Special Master Borchers stated at the Compliancy Hearing of 2/6/12, that "these matters [which continue to fail Claimant's specific accommodation needs] were to be addressed by this District

James Rudnick #68432 - CDOCLL

Court in its review of the Defendant's ongoing 'systemic problems'"...that, "this Court might take awhile...", and, that, "it could take until Christmas 2012 to reach a final ruling".

As it now sits, these Defendant's appear clearly unwilling or unlikely to provide the necessary medical accommodations *until this Court responds* on all of the matters raised by this Claimant in the above listed Hearings and in his filings listed below:

| Date | Filing |
|---|---|
| 5/26/11 | Claimant's Judicial Notice #2   re: boots and glasses |
| 7/08/11 | Claimant's Reply |
| 7/19/11 | Claimaint' Judicial Notice |
| 10/06/11 | Letter to J. Kane |
| 11/23/11 | Claimant's Reply |
| 2/02/12 | Claimant's Affidavit med-1 |
| 4/03/12 | Claimant Objection  re: 2/13/12 Order |
| 4/10/12 | Claimant's Status Report(s): #1, #2 & #3 (pkts #1, #2 & #3) |
| 7/25/12 | Claimant's Objection  Supplement & Attachments  re: 2/13/12 Order |

These above filings are not all inclusive but are representative of the compliancy problems associated with the Defendant's mishandling of this Claimant's case despite the Courts Order specifically to provide "boots that 'fit his feet'", 'orthotics', and the matter of glasses.....

It is apparent, based on the lack of results here at this C.D.O.C. facility, and, the displayed contumacious behavior described in Claimant's 'filings', that these Defendants have no regard for following the Federal Court's Orders, or, for complying with their sworn duty to provide reasonable medical care and treatment, whereby this Claimant's obvious medical accommodation needs are not being provided in the 'spirit or intent' of the MONTEZ Class Action related Orders given them, and, this Claimant is suffering harm as a result.

What is this Claimant's remedy?

Claimant now presents this MOTION FOR STATUS humbly requesting that this Court (or Court Clerk) provide a 'status' on its review of all of the (above listed) filings and Orders on this claim.

RESPECTFULLY SUBMITTED this date: January 22nd, 2013.

James Rudnick
Claimant/C.D.O.C.# 68432

### CERTIFICATE OF MAILING

I certify, that a true and correct copy of the above and attached MOTION FOR STATUS, was 'inspected' and 'logged-in' to the "prisoner legal mail log-book" in the Sterling Correctional Facility Housing office (Logan County) for deposit into the United States Mail, with the postage pre-paid (may be applied by SCF) and sent as addressed, to the parties listed below, on this date: __1-22-13__ .

~~Legal Resolution Center~~
~~Special Master Judge Borchers~~
~~7828 Vance Drive, Suite 108~~
~~Arvada, CO. 80003~~

Colorado Department of Law
Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th floor
Denver, CO. 80203

Federal District Court – Clerk
Judge: John Kane
901 19th Street  Rm: A-105
Denver, CO. 80294

James Rudnick
C.D.O.C. Prisoner #68432
S.C.F. 4-A Box 6000
Sterling, CO. 80751