IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-N-870 (OES)(Consolidated with Civil Action No. 96-N-343)

JESSE MONTEZ, et al.
Plaintiff

v.

BILL OWENS, et al.
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 23 2013**

JEFFREY P. COLWELL
CLERK

Claim No. 03-377
Category III
Claimant: Ronald L. Cordova, 57350
Address: SCF Unit 4-C-1-9, P.O.Box 6000, Sterling, Co 80751

### JUDICIAL NOTICE

Comes Now, the Plaintiff, Ronald Cordova, request this Court to take Judicial Notice of the ongoing matter, and as for grounds states as follows:

1. Upon entering the Department of Corrections in 1987 the Plaintiff had knee braces for his disability. And according to remedial Plan of August 27, 2003, under XVI Health Care Appliances § C. Possession of Health Care Appliances, in pertinent part: "...Health care appliances shallbe documented as proeprty of the inmate..." No inmate shall be deprived of a health care appliance that was in the inmate's possession upon entry into DOC..."

2. Plaintiff's knee braces were taken about four years ago during a shakedown at AVCF, and Plaintiff was found guilty of COPD charges of having unauthorized property. Its been over four years, and finnally one knee braces has been given to Plaintiff on December 19, 2012.

3. The plaintiff has been given test for hearing disability, well over a year ago and was fitted for the hearing aid. Plaintiff sent three request to AIC office for accommodation of the hearing aids. and never received any response. I have also, notified class counsel Jennifer W. Riddle, regarding the problems of AIC office not responding. As a matter of fact this matter has gone no where, just ignored. All parties involve have just made a mockery of all prisoners with disabilities and the ADA.

4. Plaintiff, request, this court to issue a final judgment, so he can pursue a Federal Tenth Circuit Appeal and final remedy under Americans Disability Act.

Date: January 20, 2013

*Ronald Cordova* (signature)
Ronald L. Cordova, 57350
SCF Unit 4-C-1-9 P.O.Box 6000
Sterling, Co 80751