01/21/13

To the clerk for judge ARGUELLO, Hello i am writing in regards to an appeal i wrote almost two years ago for case MONTEZ VS OWENS CASE NO.92-N-870 (OES)(consolidated for all purposes with CIVIL ACTION NO.96-N-343) CLASS ACTION, MY CLAIM NUMBER IS #03-335. To date i have received no repley as to the statis of said case, nor any response at all to it. so please let me know the statis of the case as it sits.
I DO NOT KNOW IF IT IS NORMAL FOR AN APPEAL TO TAKE SO LONG TO BE ANSWERED BY THE COURT OR NOT??

PLEASE WRITE ME AND LET ME KNOW?

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2013

JEFFREY P. COLWELL
CLERK

THANK YOU RESPECTFULLY YOURS.
KEITH A. SCHWINAMAN
D.O.C #105240
CTCF
P.O BOX 1010
CANON CITY, CO 81215

X. _[signature]_

KEITH A. SCHWINAMAN.