IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 01-092
Category: I
Claimant: James Rudnick, #68432
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's document entitled "Motion for Status." *Doc.5345*. In the document, Claimant expresses concerns about not receiving in a timely fashion the various items noted in the Special Master's order of September 27, 2005.

    Claimant is advised that Judge Kane issued an order on September 11, 2012 concerning the systemic issues involved in this case. A copy of that order will be provided to Claimant. Judge Kane ruled that Defendants had substantially complied with the Remedial Plan as a whole. Therefore, the case was placed into the monitoring period that will last until September 30, 2014, absent some major problem arising. To be blunt, this case will be dismissed on October 1, 2014.

    Judge Kane removed himself from the case in his order of September 11th. Judge Arguello has been assigned to the case, and she will rule on pending issues in due course.

    An issue has arisen concerning those claimants who were awarded health appliance items, such as special boots. The question that is so far unresolved is the status of those orders of the Special Masters when this case is dismissed. Judge Arguello ultimately will have to determine if those orders remain viable after dismissal of the case.

    Claimant does have the right to file a new and separate lawsuit concerning issues arising from his present situation. The Special Master would note that he did not find Claimant to be vision

impaired in 1995. As a result, Claimant would not be able to utilize the Remedial Plan to rectify concerns over eye glasses. Claimant would be able to pursue a new law suit on the issues raised.

The Special Master has limited jurisdiction over the case at this time. If Claimant is claiming that Defendants are not complying with the Special Master's order *at the present time*, then he has a right to file an appropriate motion. If Claimant's concerns are with what happened in the past, then Judge Arguello will have to resolve the pending objections.

IT IS HEREBY ORDERED that Claimant's motion is accepted for filing and will be forwarded to Judge Arguello; and

IT IS FURTHER ORDERED that Claimant will be provided a copy of Judge Kane's order of September 11, 2012 .

SIGNED this 28th day of January, 2013.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master