IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

    Defendants.

_____

Claim Number: 03-335
Category:  III
Claimant: Keith Schwinaman, #105240
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Court on the letter from Claimant, dated January 21, 2013. *Doc. 5347*. The letter is addressed to the clerk for Judge Arguello. Claimant requests information on the status of his objection to the Special Master's order.

    Claimant has been provided a copy of Judge Kane's September 11, 2012 order. The case has been reassigned to Judge Arguello. She will review all pending objections as soon as possible.

    IT IS HEREBY ORDERED that Claimant's letter will be referred to Judge Arguello.

    SIGNED this 28th day of January, 2013.

                                  BY THE COURT:

                                  */s/ Richard M. Borchers*

                                  _____

                                  Richard M. Borchers
                                  Special Master