IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

Claim Number 03-377
Category III
Claimant: Ronald Cordova, #57350
Address of Claimant: SCF, P.O. Box 6000, Sterling, CO 80751

_____

## ORDER OF SPECIAL MASTER
_____

    THIS MATTER comes before the Special Master on Claimant's document entitled "Judicial Notice." *Doc. #5346*. In that document, Claimant relates his concerns about not receiving knee braces and hearing aids.

    Since Claimant filed his last document with the Court in April 2012, a lot has occurred. Judge Kane ruled on September 11, 2012 that Defendants had substantially complied with the Remedial Plan. A copy of that order will be provided to Claimant. This case is in the monitoring phase which will last until September 30, 2014. On that date, the case will be dismissed, unless Defendants fail to follow the general requirements of the Remedial Plan. To be blunt, it would take a major systemic failure by Defendants to keep this case from being dismissed next year.

    As Claimant will note when reading the September 11, 2012 order, Judge Kane has removed himself from the case. This case is now assigned to Judge Arguello. The Special Master would also note for Claimant that Jennifer Riddle has left the law firm of King & Greisen and is no longer involved in this case.

    Claimant may have a legitimate claim under the Americans with Disabilities Act. That claim will need to be pursued as a separate and new lawsuit. Claimant has a right to bring his own action under the ADA. In order to rectify the problems he details in his document, he may have to file a new law suit. Claimant is advised that no action can be taken on his document, as there is no jurisdiction

to do so under the Remedial Plan.

      IT IS HEREBY ORDERED that the document of Claimant of Ronald Cordova entitled "Judicial Notice" is accepted for filing and no further action will be taken on it for the reasons noted; and

      IT IS FURTHER ORDERED that Claimant will be provided a copy of Judge Kane's order of September 11, 2012.

      SIGNED this 28th day of January, 2013.

                              BY THE COURT:

                              */s/ Richard M. Borchers*

                              _____
                              Richard M. Borchers
                              Special Master