IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

## ORDER ON CLAIMANT CRAWFORD'S OBJECTION
## TO THE FINAL ORDER OF THE SPECIAL MASTER

This matter is before the Court on Claimant Douglas L. Crawford's August 2, 2010 Objection (Doc. # 4774), stating his desire to appeal the Special Master's Final Order regarding his claim (Doc. # 4648).

Abuse of discretion is the standard of review in this instance. (Montez Remedial Plan at 28.)[1]  A Special Master "abuses [his] discretion when [he] renders a judgment that is arbitrary, capricious, whimsical, or manifestly unreasonable." *United States v. Regan*, 627 F.3d 1348 (10th Cir. 2010).  In many cases "there will be a range of possible outcomes the facts and law at issue can fairly support; rather than pick and choose among them," the Court will defer to the Special Master's judgment "so long

---

[1] Special Masters are subject to the Code of Conduct for United States judges. Fed. R. Civ. P. 53(a)(2)(3).  Accordingly, the case law governing the Court's review in this instance is that which governs appellate review of a district judge's decision.

as it falls within the realm of these rationally available choices." *United States v. McComb*, 519 F.3d 1049, 1053 (10th Cir. 2007).

In his Final Order, Special Master Borchers denied Claimant's claims because he had not alleged or proven that he was the victim of discrimination prohibited by the ADA on or before August 27, 2003. (Doc. # 4648 at 1.) In so doing, Special Master did not abuse his discretion, because he was complying with the provisions of the Montez Remedial Plan, which does not allow the Special Master to accept claims or motions from inmates who were not in DOC custody on or before August 27, 2003. (*See* Doc. # 4381 at 3.)

Accordingly, Claimant's objection is OVERRULED. The Final Order of the Special Master (Doc. # 4648) is AFFIRMED.

DATED:  January  29 , 2013

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge