IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

### NOTICE OF CHANGE OF ADDRESS ND TELEPHONE NUMBERS

The undersigned counsel hereby notifies the Court and all other parties to this action that counsel's address and phone numbers have changed. Effective January 22, 2013, undersigned counsel's new address and contact information are as follows:

James X. Quinn
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6610
Facsimile: (720) 508-6032

Jacquelynn Rich Fredericks
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6603
Facsimile: (720) 508-6032

Respectfully submitted this 4th day of February, 2013.

JOHN W. SUTHERS  
Attorney General


s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS*  
Assistant Attorney General  
Civil Litigation & Employment Law Section  
Corrections Unit  
Attorneys for Defendant

Colorado Department of Law  
Office of the Attorney General  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 10th Floor  
Denver, CO 80203  
Telephone: (720)508-6602  
Facsimile: (720)508-6032  
*Counsel of Record

s/ James X. Quinn
JAMES X. QUINN*  
First Assistant Attorney General  
Civil Litigation & Employment Law Section  
Corrections Unit  
Attorneys for Defendant

Colorado Department of Law  
Office of the Attorney General  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 10th Floor  
Denver, CO 80203  
Telephone: (720)508-6610  
Facsimile: (720)508-6032  
*Counsel of Record

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 4th day of February, 2013, I electronically filed the foregoing Notice of Change of Address and Telephone Numbers with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Paula Greisen
greisen@kinggreisen.com

King and Greisen, LLP
1670 York St.
Denver, Co. 80206

                                              s/ Darlene Hill
                                                 Darlene Hill