IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

## ORDER ON CLAIMANT KEILEY'S OBJECTION
## TO THE FINAL ORDER OF THE SPECIAL MASTER

This matter is before the Court on Claimant Randy Kailey's August 12, 2010 Objection (Doc. # 4793), stating his desire to appeal the Special Master's Final Order regarding his claim (Doc. # 4447).

Abuse of discretion is the standard of review in this instance. (Montez Remedial Plan at 28.)[1]  A Special Master "abuses [his] discretion when [he] renders a judgment that is arbitrary, capricious, whimsical, or manifestly unreasonable." *United States v. Regan*, 627 F.3d 1348, 1352 (10th Cir. 2010).  In many cases "there will be a range of possible outcomes the facts and law at issue can fairly support; rather than pick and choose among them," the Court will defer to the Special Master's judgment "so long

---

[1] Special Masters are subject to the Code of Conduct for United States judges.  Fed. R. Civ. P. 53(a)(2)(3).  Accordingly, the case law governing the Court's review in this instance is that which governs appellate review of a district judge's decision.

as it falls within the realm of these rationally available choices." *United States v. McComb*, 519 F.3d 1049, 1053 (10th Cir. 2007).

Special Master Borchers denied Claimant's claims because Claimant was not disabled due to a permanent mobility impairment as that term is defined in the Remedial Plan, on or before August 27, 2003. (Doc. # 3227 at 5; Doc. # 4447 at 1.) In so doing, the Special Master did not abuse his discretion, because he was complying with the provisions of the Remedial Plan, which do not allow the Special Master to accept claims or motions from inmates who do not have a "permanent physical disability/impairment" (including mobility, hearing, and vision impairments or diabetes) "which substantially limits [their] abilit[ies] to perform a major life activity." ("Remedial Plan", Colo. Dept. Corr., at 1-2 (2003).)

Accordingly, it is ORDERED that Claimant's objection (Doc. # 4793) is OVERRULED. It is FURTHER ORDERED that the Final Order of the Special Master (Doc. # 4447) is AFFIRMED.

DATED: February __04__, 2013

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge