IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

## ORDER ON CLAIMANT DEAN'S OBJECTION
## TO THE FINAL ORDER OF THE SPECIAL MASTER

This matter is before the Court on Claimant Charles Dean's October 6, 2010 Objection (Doc. # 4870), stating his desire to appeal the Special Master's Final Order regarding his claim (Doc. # 4847).

Abuse of discretion is the standard of review in this instance. (Montez Remedial Plan at 28.)[1]  A Special Master "abuses [his] discretion when [he] renders a judgment that is arbitrary, capricious, whimsical, or manifestly unreasonable." *United States v. Regan*, 627 F.3d 1348 (10th Cir. 2010). In many cases "there will be a range of possible outcomes the facts and law at issue can fairly support; rather than pick and choose among them," the Court will defer to the Special Master's judgment "so long as

---

[1] Special Masters are subject to the Code of Conduct for United States judges. Fed. R. Civ. P. 53(a)(2)(3). Accordingly, the case law governing the Court's review in this instance is that which governs appellate review of a district judge's decision.

it falls within the realm of these rationally available choices." *United States v. McComb*, 519 F.3d 1049, 1053 (10th Cir. 2007).

In his Final Order, Special Master Borchers denied Claimant's claims because Claimant failed to file on or before April 30, 2010. (Doc. # 4847 at 1.) In so ruling, the Special Master did not abuse his discretion, because he was complying with this Court's April 6, 2010 order authorizing the acceptance **only** of pro se class member claims filed by April 30, 2010. (Doc. # 4412.)

The Court reminds Claimant that, although he may not file a claim under the Montez Remedial Plan, he is free to file an independent claim with the Court under the ADA.

Accordingly, it is ORDERED that Claimant's objection (Doc. # 4870) is OVERRULED. It is FURTHER ORDERED that the Final Order of the Special Master (Doc. # 4847) is AFFIRMED.

DATED: February  04 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge