IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

---

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: c/o Senior Services, 846 E.18th, Denver, CO 80218

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's motion entitled "Objection of March 5th 2012." Claimant has alleged continuing medical problems and has alleged malfeasance on the part of class counsel.

The Special Master ruled in an order dated March 5, 2012 that there was no jurisdiction under Article XXXII of the Remedial Plan for filing of a motion asking for relation back to the initial claim. Claimant had his opportunity to file a claim under Article XXXII and did so in 2004. The claim was dismissed on August 2, 2004. Claimant's pleading appears to be an appeal from the order of March 12, 2012. This document will be forwarded to Judge Arguello who is now assigned to this case.

IT IS HEREBY ORDERED that Claimant's objection will be referred to Judge Arguello.

SIGNED this 4th day of February, 2013.

                          BY THE COURT:

                          Richard M. Borchers
                          Special Master

## CERTIFICATE OF MAILING

     I hereby certify that I have mailed a copy of the foregoing Order of Special Master this 4th day of February, 2013 to the following:

Mr. Lawrence William Fitzgerald
c/o Senior Services
846 E.18th
Denver, CO 80218

King & Greisen, LLP
1670 York Street
Denver, CO 80206

Ms. Beth McCann
Mr. James Quinn
Ms. Jacquelynn Rich Fredericks
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

*Susan L. Carter*