IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

**ORDER ON CLAIMANT MAHIRKA'S OBJECTION
TO THE ORDER OF THE SPECIAL MASTER**

This matter is before the Court on John N. Mahirka's June 20, 2011 letter (Doc. # 5092) to the Court, stating his objection to the Special Master's June 13, 2011 Order regarding his claim (Doc. # 5091).

Abuse of discretion is the standard of review in this instance. (Montez Remedial Plan at 28.)[1] A Special Master "abuses [his] discretion when [he] renders a judgment that is arbitrary, capricious, whimsical, or manifestly unreasonable." *United States v. Regan*, 627 F.3d 1348, 1352 (10th Cir. 2010). In many cases "there will be a range of possible outcomes the facts and law at issue can fairly support; rather than pick and choose among them," the Court will defer to the Special Master's judgment "so long as

---

[1] Special Masters are subject to the Code of Conduct for United States judges. Fed. R. Civ. P. 53(a)(2)(3). Accordingly, the case law governing the Court's review in this instance is that which governs appellate review of a district judge's decision.

it falls within the realm of these rationally available choices." *United States v. McComb*, 519 F.3d 1049, 1053 (10th Cir. 2007).

In his Order, Special Master Borchers dismissed Claimant's claims, filed June 9, 2011, because "no additional *pro se* motions are to be accepted." (Doc. # 5091 at 1.) In so ruling, the Special Master did not abuse his discretion, because he was complying with this Court's April 6, 2010 order authorizing the acceptance of **only** *pro se* class member claims filed by April 30, 2010. (Doc. # 4412.)

Accordingly, Claimant's objection (Doc. # 5092) is OVERRULED. The Order of the Special Master (Doc. # 5091) is AFFIRMED.

DATED: February __28__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge