March 7th 2013

TO: Judge Arguello U.S. Dist. Ct.
901 19th Street
Denver CO 80294

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 11 2013
JEFFREY P. COLWELL
CLERK

FROM: James Rudnick - CDOC Reg. No: 68432
SCF 4A Box 6000 Sterling CO 80751

RE: Montez Class Action - Claimant: 01-092  Category: I
(And) Attached Motion For Order To Compel

Dear Judge Arguello,

According to Judge Borchers' (1-28-13) order → to my Motion For Status (Re: Compliancy Hearings-Objections) He states: "Claimants are to present issues arising from Medical Appliance Items [to this Court], and, to have this Court determine viability of Orders [for Long-Term Prisoners] After Dismissal of This Case..."

There is an assumption that the NEED for these Medical Accommodations will obviously continue to be necessary, as long as this Claimant remains in Custody

This case should not be dismissed due to ongoing "Systemic Problems" and Defendants' "Failure to Properly Accommodate"

The CDOC Defendants Are Not In Compliance With The Court Orders In This Claimant's Case -- Detailed In The Attached Motion For Order To Compel

1

I NOW HAVE BOOTS THAT DO NOT FIT MY FEET; ORTHOTICS THAT ARE NOT SHAPED CORRECTLY; AND, EYEGLASSES THAT ARE WRONG AND UNUSABLE WITHOUT CAUSING SUFFERING — DESPITE DEFENDANTS KNOWING — HAVING BEEN INFORMED OF THE PROBLEMS WITH THE ACCOMMODATIONS
  (DETAILED FURTHER IN THE ATTACHED MOTION)

THE DEFENDANTS' CONDUCT IS WILLFUL & WANTON IN VIOLATION OF THE 8TH AMEND. U.S. CONSTITUTION - CRUEL & UNUSUAL PUNISHMENT - EQUATING TO TORTURE - BECAUSE OF THE FAILURE TO COMPLY TO THIS COURT'S ORDERS: FOR MEDICAL NECESSARY "PROPER ACCOMMODATIONS" [OR MEDICAL APPLIANCES] - AND - THE FACT THAT THE EXISTING ORDERS ARE NOT BEING ENFORCED.

UNTIL THE DEFENDANTS ARE FORCED TO COMPLY WITH THE ORDERS — THIS TORTURE WILL CONTINUE EACH DAY — AND THERE IS NOW NO CONSEQUENCE OR ACCOUNTABILITY FOR THE DEFENDANTS' FAILINGS (OR DELAYS) IN COMPLIANCE.

THERE ARE NUMEROUS COMPLAINTS FROM OTHER _MONTEZ_ - CLASS MEMBERS AND NON-MEMBERS, WHO ARE HARMED BECAUSE OF THE 'SYSTEMICALLY FLAWED' PRACTICES OCCURRING HERE.

AND WITHOUT THIS COURT TAKING APPROPRIATE ACTION TO ENFORCE COMPLIANCE OF ITS ORDERS, THE DEFENDANTS WILL CONTINUE TO DO-AS-THEY-PLEASE.

2

Currently, the SCF Medical Department is **not** answering "kites" for treatment nor scheduling appointments for this claimant — and a formal administrative grievance on the matter has been filed.

It appears that since Judge Kane's withdrawal from this case... the defendants have no reason to deal with our accommodation matters — as Kane's order leaves numerous accommodation issues <u>unresolved</u> and he some how "feels" the defendants are "substantially in compliance" — [this must be ... "in general"?] — so — there is no consequence to defendants leaving matters <u>unanswered</u> and <u>court orders unfulfilled</u> — as in this claim.

Class-Counsel Paula Greisen, is of no help:
1) Not reachable by phone — and no response to letters (to date)
2) According to Borchers' response (in compliancy hearings) "Class Counsel does not represent individual claimants".
3) I have represented myself (sui juris or pro se) throughout this claim (since 2000) and at the last (3) compliancy hearings before Judge Borchers — each time exposing 'systemic issues' and 'accommodation failings' (by all defendants) causing harm — and where neither the 'order', nor, the spirit & intent of the order has been 'complied with' —— proper accommodations are not being provided.

What is the purpose of this class counsel

3

This is why I filed the attached <u>Motion for Order to Compel</u> (and all of the previous "Claimant Filings" with Spcl. Mstr Borchers, and) with this Court (Kane) — and now, you, Judge Arguello.

It is my hope that you will see & understand what is going on here, and will lift-a-finger to bring a proper resolution on these medically necessary items — to make the existing orders hold (with force) for the duration of custody, and to provide alternative relief — and consequences when these orders are not followed (such as penalties: monthly $10⁰⁰ payments* to claimant, and, including 'release' from custody, should defendants be unable, unwilling, or, decide "proper accommodation" is too costly.)

    See: 3 Judge Court: 18 USCS § 3626(3)(a)
                      28 USCS § 2284

* <u>Montez-Resolution Stipulation</u>: "$10⁰⁰ ea. month accommodation is not provided" — [This must include duration of non-compliance due to provisions that are wrong or improper-fit]
   ie: July 2010 to present equals $290⁰⁰

I thank you for your time & expert review on this important matter, and look forward to your determination on Defendant's duty to comply, as well as, <u>how these compliancy issues will be handled down the road</u>.

Sincerely,                                    cc: A.G. Office
[signature]

4