CLERK OF THE COURT                                                3-7-13

Attached is my letter to Judge Arguello and MOTION FOR ORDER TO COMPEL

I was able to make a copy of the "MOTION" for the A.G. Office —

NOTE: A handwritten copy of the Judge letter was sent to the A.G. Office

Please process with all due speed

Thank you

[signature]

Martinez-class Claimant 01-092      Case 92-CV-0870

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 11 2013

JEFFREY P. COLWELL
CLERK