**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER*, et al.,*

Defendants.

**NOTICE OF ENTRY OF APPEARANCE**
_____

  Jennifer Weiser Bezoza, of the law firm of KING & GREISEN, LLP, does hereby enter her appearance as co-counsel on behalf of the Plaintiff Class in this case.

  RESPECTFULLY SUBMITTED this 13th day of March, 2013.

              KING & GREISEN, LLP

              *s/ Jennifer Weiser Bezoza*
              Paula Greisen
              Jennifer Weiser Bezoza
              1670 York Street
              Denver, CO  80206
              (303) 298-9878 telephone
              (303) 298-9879 facsimile
              greisen@kinggreisen.com
              bezoza@kinggreisen.com

              Edward T. Ramey
              Heizer Paul Grueskin, LLP
              2401 15th Street, Suite 300
              Denver, CO 80202
              (303) 595-4747 telephone
              (303) 595-4750 facsimile
              eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on March 13, 2013, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Elizabeth H. McCann
James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Department of Law
Ralph I. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6610
Fax: (720) 508-6032
beth.mccann@state.co.us
james.quinn@state.co.us
jacquelynn.fredericks@state.co.us
*Attorneys for Defendants*

                                                *s/ Laurie A. Mool*