IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-272
Category III
Claimant: Roy Jack Pollard, #94894
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Claimant's pleading. Plaintiff notes that he was awarded $700 on December 26, 2007 by Special Master Davidson. He alleges that he never received his money from DOC. Defendants will be given an opportunity respond to this allegation.

IT IS HEREBY ORDERED that Defendants will be granted up to and including **April 15, 2013** in which to respond to Claimant's allegation that he never received from DOC the damages awarded by Special Master Davidson.

SIGNED this 18th day of March, 2013.

                BY THE COURT:

                /s/ Richard M. Borchers

                _____
                Richard M. Borchers
                Special Master