FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV870-CMA

JESSE MONTEZ

Plaintiff,

VS

JOHN HICKENLOOPER, ET AL.

Defendants

Claim Number 01-076

Category

Claimant: Lawrence W. Fitzgerald

Address of Claimant C/O Senior Services 846 E. 18th Denver, CO 80218

## MOTION TO ALLOW MEDICAL FINDING WITHIN RECORD

Comes Now the Claimant Lawrence W. Fitzgerald, pro se in good faith before the Honorable Court requesting this Honorable Court to allow  this except of the State of Colorado Department of Human Services Case manager for the Claimant explaining his long term medical care has been approved with a letter from State of Colorado Department of health Care Policy And Financing also stating I am disabled because of the deliberate indifference of the medical department of the Department of Corrections of the State of Colorado who willing knowingly gave the claimant inadequate medical care while he was incarcerated in their care which caused the Claimant pain and suffering mentally and physical causing long term damage which is life threatening to the Claimant health all

caused by the lack of medical care and Counsel of record turning a illegal blind eye to Claimants request for help in this litigation which went on for years while the Claimant was incarcerated by the department of corrections for 21 years for crime he never did now on appeal by the appellant division of the Public Defenders Office.

      Special Master Richard M. borchers made a written order on February 4, 2013 stating my continuing medical problems and the malfeasance on the part of class counsel during the course of my claims over the years of this litigation and I feel this letter should be placed within the record showing my continuing medical troubles caused by the lack of medical treatment while I was incarcerated within the care of the Colorado Department of Corrections with all the other records this case hold of me trying my best as a pro se human being to get proper medical care as I suffered within a cell under their control which almost killed me many times and has cost me a few hospital stays since being released from prison because of their failure to help me from the beginning of my medical troubles from the vioxx product they placed me on causing me my heart troubles and my accident in the their prison gym that are now life threatening on a daily level were I have to ware heart alert medical defiance to help me with my heart and to help me if I fall because of my neck, back, hip, knee troubles which all makes me not able to walk more then fifty feet before I have to sit down and use my inhaler and I been told all of my medical troubles could have been treated at the beginning of my troubles, but they were not and I am now facing a lose of life and a handicap life stile looking out my window from a chair instead of injoying life with my loved ones and all my medical records of MRI and doctor reports since being out will support all ive said before this Honorable Court is true and I pray this will be allowed into the record in support of my claims now before this Honorable Court for review.

Respectfully

Dated March 24ᵗʰ, 2013

Certificate of Mailing

      I, Lawrence W. Fitzgerald placed this request to place this letter within the record on this 14ᵗʰ day of March 2013 with exhibit and it was postage prepaid and mailed to the following:

U.S. District Court for Denver

901 19ᵗʰ St

Denver, Colorado 80294

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

     Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

     Defendants.

---

Claim Number 01-076
Category: I
Claimant: Lawrence Fitzgerald, #66345
Address of Claimant: c/o Senior Services, 846 E.18th, Denver, CO 80218

---

## ORDER OF SPECIAL MASTER

---

THIS MATTER comes before the Special Master on the Claimant's motion entitled "Objection of March 5th 2012." Claimant has alleged continuing medical problems and has alleged malfeasance on the part of class counsel.

The Special Master ruled in an order dated March 5, 2012 that there was no jurisdiction under Article XXXII of the Remedial Plan for filing of a motion asking for relation back to the initial claim. Claimant had his opportunity to file a claim under Article XXXII and did so in 2004. The claim was dismissed on August 2, 2004. Claimant's pleading appears to be an appeal from the order of March 12, 2012. This document will be forwarded to Judge Arguello who is now assigned to this case.

IT IS HEREBY ORDERED that Claimant's objection will be referred to Judge Arguello.

SIGNED this 4th day of February, 2013.

BY THE COURT:

_Richard M. Borchers_
Richard M. Borchers
Special Master



# STATE OF COLORADO

1B003X0
LAWRENCE W FITZGERALD
846 E 18TH AVE
DENVER CO 80218-1025

Sondra Tribble
Denver/FAD/Division
1200 FEDERAL BLVD, BLDG
DENVER CO 80204-3221

(720) 944-3666
Date and time of eligibility determination : 02/01/2013 02:30 PM

At the date and time shown above, your eligibility for one or more programs was determined. The details of that eligibility determination are as follows:

Your Long-Term Care application dated 10/10/2012 has been denied because you do not meet the level of care requirement.

Your medical application dated 10/10/2012 for Long-Term Care Medicaid has been approved starting 01/07/2013.

The relevant Medicaid rule can be found at 10 CCR 2505-10, Volume 8 at Section 8.1007.B.1.c and 8.401.

The relevant Medicaid rule can be found at 10 CCR 2505-10, Volume 8 at Section 8.100.7.

You can now check the status of your benefits online by visiting the new Colorado PEAK website at: www.colorado.gov/benefits. You will need to have your case number available. Your case number is 1B003X0. Please contact Sondra Tribble at (720) 944-3666 with any questions or concerns about this notice. If there is an error in the information in this notice, please contact your worker right away. Below is an explanation of your appeal rights if you disagree with this decision.
Please read the following information carefully.

Colorado Medicaid has a number of programs. To be sure that you are in the right programs, Colorado Medicaid will look at your Medicaid application. If you fit in other programs, we will let you know. There is nothing you need to do at this time.

Notice to Medicaid Clients About the Medical Assistance Estate Recovery Program: Under Federal law (Social Security Act, Title 19, Section 1917 [42 U.S.C. 1396p] and State law (C.R.S. 25.5-4-302), the Medical Assistance Estate Recovery Program can make financial recovery from the estates of deceased Medicaid clients who were permanently institutionalized or were over the age of 55 when benefits were provided. The Federal and State laws provide for certain exemptions to the Medical Assistance Estate Recovery Program. For questions, contact your worker and ask for The Medical Assistance Estate Recovery Program brochure.

Long Term Care Castro
1B003X0/0216904892

NOA 1020
Notice of Action

Your Right to Appeal

If you think this action is wrong, you can ask  for (1) a County or Medical Assistance (MA) site conference or (2) a State Hearing.  You may speak for yourself at the Conference or Hearing. You may also bring a person, such as a friend, relative or lawyer, to speak for you. Tell your worker if you need help with your appeal.

Continuation of Benefits - If this notice says that your benefits will stop and you want your benefits to continue, you must ask for a county conference or a state hearing before the effective date of the action shown on the first page of this notice, OR with ten (10) days of the date the county conference decision is made, your benefits will automatically continue until you receive a final decision.  If you lose your appeal, you may have to pay back any continued benefits you have received.  You may request in writing that your benefits stop.  If you choose to stop getting your benefits, and you win your hearing, your lost benefits will be given back to you.

State Hearing regarding Medical Benefits:
You can skip the conference and ask for a state hearing. The request for a hearing shall be filed with the Office of Administrative Courts within 30 calendar days of the date of the notice of action.

At a fair hearing you have the right to represent yourself or to be represented by an attorney or any other person you choose.  If you want free legal help you can call Colorado Legal Services at 303-837-1313 or your local Rural Legal Services office.

To ask for a state level hearing, you may sign this notice or write a letter and send it by mail or fax to:

County Conference:
This is an informal meeting with county staff other than the worker taking the action to go over your case with you.  If you want to have this meeting, you must contact your worker as shown on page 1 of this notice. You must do this before the day your benefits are due to be cut, terminated, or denied.  If you think the conference decision is wrong, you may ask for a state level hearing within ten (10) days from the date of the conference decision.  But, you may skip this meeting altogether and ask for a state level hearing.

Office of Administrative Courts
633 Seventeenth St., Suite 1300
Denver, Colorado 80202
Phone # 303-866-2000
Fax # 303-866-5909

You may contact your local legal services office about getting free legal help. If your benefits end, you may reapply at any time.

**STATE OF COLORADO, DEPARTMENT OF HEALTH CARE POLICY AND FINANCING**

**Arbor E&T, LLC**

**dba Action Review Group**

**P.O. Box 340**

**Olyphant, PA 18447**

**(877) 265-1864, FAX:  (877) 672-2077, email: actionreviewgroupmrt@arboret.com**

February 1, 2013

**MEDICAID BENEFITS**

Determination Notice – Disabled

ARG File #:   7924

Mr. Lawrence Fitzgerald
C/O Mr. Ken Hayter
3085 Mill Vista Rd., Apt. #2107
Littleton, CO 80129

We are writing about your Colorado Medicaid disability application. We have determined that you are disabled because you meet Colorado's definition of blindness, disability or incapacity (10 C.C.R. 2505-10  §8.100.3.G.1.e  and §8.100.3.G.1.f)   To be eligible for Colorado Medicaid you must also meet the state's other eligibility criteria.

If you also applied for Social Security disability benefits for the same issues presented in the Medicaid disability application and Social Security has made a decision, Colorado Medicaid must follow that decision (42 C.F.R., Section 435.541 (a) (2) ).

If you applied for Social Security and your Social Security claim is allowed, this "disabled" decision on your Medicaid disability application will become final. However, if you received a final denial decision on your Social Security disability application, the decision on your Colorado Medicaid disability application will be changed to a finding of "not disabled."

Sincerely,

Denise Stage

DISABILITY CASE DEVELOPER

Cc:    Neicha Thomas – Denver County Dept. of Human Services