IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 - CMA

JESSE MONTEZ, et al.,

      Plaintiffs,

  -vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

---

Claim Number: 03-138
Category III
Claimant: Kevin Mark Bretz, #46584
Address of Claimant: CSP. P.O. Box 777, Canon City, CO 81215-0777

---

## ORDER OF SPECIAL MASTER

---

      THIS MATTER comes before the Special Master on Claimant's letter received on April 15, 2013. Claimant advises in that letter that his oxygen concentrator has been taken from him. He has requested assistance in seeking the return of his oxygen.

      As Claimant has been made aware on multiple occasions, a question has arisen concerning what, if any, jurisdiction may be exercised by the Special Master. Defendants have argued in their most recent pleading that the Special Master has no jurisdiction to do anything. Claimant has been sent a copy of that pleading. Claimant should be contacting class counsel or securing his own attorney to bring a civil rights action under the Eighth Amendment.

      IT IS HEREBY ORDERED that Claimant's letter is accepted for filing, but no further action will be taken on it until the jurisdictional issue is resolved.

      SIGNED this 15th day of April, 2013.

                                       BY THE COURT:

                                       */s/ Richard M. Borchers*

                                       _____

                                       Richard M. Borchers
                                       Special Master