IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.,

       Plaintiffs,

  -vs.-

BILL RITTER, et al.,

       Defendants.

---

Claim Number: 03-272
Category III
Claimant: Roy Jack Pollard, #94894
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

---

## ORDER OF SPECIAL MASTER

THIS MATTER comes before the Special Master on Defendant's response to the order of March 18, 2013. Claimant has received the money ordered as damages by Special Master Davidson. This claim will be closed.

IT IS HEREBY ORDERED that the claim is closed.

SIGNED this 17th day of April, 2013.

                BY THE COURT:

                */s/ Richard M. Borchers*

                _____
                Richard M. Borchers
                Special Master