IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK___

ROBERT BLANCHARD

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 7 2013

JEFFREY P. COLWELL
CLERK

## MOTION FOR ORDER TO COMPLY

    Comes now, Robert Blanchard #105600, pro se claimant, and requests this court order the Colorado Department of Corrections to comply with the Remedial Agreement of the above stated case (See letter to counsel).

    Claimant hereby states that he is a Diabetic with Mobility issues as well that are due to a medical condition that causes extreme Vertigo. However, the CDOC has refused to order accommodations for my job assignment, The claimants present job assignment places a risk on the Health and Safety of claimant.

    Claimant has made multiple attempts to obtain the accommodations that claimant feels are needed to eliminate the risk. The specific risk is that claimant present job assignment requires him to carry heavy equipment up and down stairs. With the frequent incidents of Vertigo attacks, claimant is being forced to risk falling down the stairs and being injured or worse.

    Furthermore, a certain medical staff member has refuse to issue the order to accommodate claimant and to eliminate the risk as well. Claimant has also requested a change in medical provider as the present medical providers (Trudy, Sicotte and head nurse Nichole Blatinick) **refusal to act, leaves claimant with doubts of their ability to perform their job at a**

**professional standard.**

 Whereby, claimant requests this court to order CDOC and the Limon Correction Facility (LCF) Medical Department to comply with claimant needs.

Respectfully Submitted,

Robert Blanchard
#105600

# CERTIFICATE OF MAILING

I, Robert Blanchard #105600, do hereby certify that I mailed the original and any required copies to the below listed parties.

Signed this \_\_12th\_\_ day of, \_\_May\_\_, 2013.

Signature _Robert Blanchard_
Robert Blanchard
#105600

cc

United States District Court
901 Nineteenth Street Room A 105
Denver, Colorado 80294

King And Griesen
1670 York Street
Denver, Colorado 80206

Attorney General
1525 Sherman Seventh Floor
Denver, Colorado 80203

Colorado Department Of Corrections (C.D.O.C.)
2862 South Circle Drive
Colorado Springs, Colorado 80906

Limon Correctional Facility (L.C.F.)
49030 State Highway Seventy-one
Limon, Colorado 80826

Letter to Colorado Department of Health and Environment copy is in claimants' file.

Colorado Department Of Health and Environment
Att. Vital records
4300 Cherry Creek Drive SVRD-SV-A1
Denver, Colorado 80246-1530

EXHIBITS A-L

# Exhibit L

May 04, 2013
~~April 19, 2013~~

Re: Request For Assistance

To Whom It may Concern,

    I am writing to inform your office that I believe I am a claimant and I need assistance. If your records reflect that I am not a listed claimant, then could you assist me in becoming one.

    Furthermore, I am a diabetic with a mobility issue caused by a condition of Extreme Vertigo. My issues stem from this issue specifically (See exhibits D,E,F).

    I have a medical provider name (Trudy, Sicotte) who refuses to act in her obligatory capacity and assist me in obtaining a job assignment accommodation for my Vertigo issue. My present job forces me to carry heavy cleaning equipment and machinery up and down stairs placing my Health and Safety at great risk.

    My medical provider refuses to assist me in the job accommodation. Further, C.D.O.C. and my medical providers (Trudy, Sicotte and head nurse Blatinick, Nichole) refuses to order the necessary testing to determine the specific cause of this Vertigo problem. Even though I have made attempt after attempt at requesting the testing.

    I have researched my medical file at Limon Correction Facility (LCF) Medical Department. It states in 2005 (see exhibit G, under subject second line).

    In 2009 in February (See exhibit I, under Assessment/Plan) number (1) States "Dizziness" and number (2) states "newly diagnosed diabetes", by a clinic called "Salud" by a physician Sarah Hiam. When I came back into C.D.O.C. In 2009 a nurse practitioner in Adams County took me off a diabetic medication called "Metformin".

    I told C.D.O.C. When I came back into the system and they refused to hear what I have to say. I sent my medical records from Salud to C.D.O.C. Headquarters in Colorado Springs.

The end of 2012 the beginning of 2013 I was placed back on "Metformin" in LCF.

(See exhibit J, under objective the first three sentences) "I/M (Inmate) should speak with boss about work. I see no reason why he should have a limit on wt. Medically. If he can work he should; if not he may refuse to go to work." That was by Nurse Practitioner (NP) Trudy, Sicotte.

`I have filed a motion to comply with the U.S. District Court per the Montez case. I am now asking for your assistance in getting C.D.O.C. To comply with the Montez Remedial Agreement as well. I wait your response.

Respectfully,

Robert Blanchard

105600

# Exhibit K

May 09, 2013

To: Colorado Department Of Public Health and Environment

Attn: Vital Records

4300 Cherry Creek Drive #SURD-VS-A1

Denver, Colorado 80246-1530


From: Robert Blanchard #105600

Limon Correctional Facility

49030 State Highway Seventy-one

Limon, Colorado 80826-0001


Re: Record Request


To whom it may concern,

    I am in **search of any and all** (from the time of being born to present) record pertaining to medical issues that may be stored in your office. Those records include, but might not be limited to, records from family doctors, neurologists, other specialists, and hospital records.

    If these records are not kept in your custody, can you please advise me where my request should be directed? Thank you.

(PG 1)

## Certificate Of Authenticity

## Including Notarization

I, Robert Blanchard #105600, do hereby certify that this request is made by me, by showing of my notarized signature. This notarized letter may also act as a release of record.

Signed this __9__ day of __May__, 2013

Notary _____ Signed _____

Date __5/09/13__

Robert Blanchard

#105600

Limon Correctional Facility

49030 State Highway 71

Limon, Colorado 80825

Michael B. McCallum
Notary Public
State Of Colorado
My Commission Expires: 5/19/2013

**Personal information :*Legal name change***

Robert Duane Blanchard

D.O.B. December 15, 1976

**A.K.A.**   Robert Duane Becker

Robbie Duane Becker

D.O.B. December 15, 1976

- **Please research both please as, Blanchard is a legal name change. Thank you**


Exhibit A

## ACCOMMODATION RESOLUTION

OFFENDER NAME: BLANCHARD, Robert
DOC #: 105600

### DIABETES IS NOT CONFIRMED
Following a medical screening it has been determined you are not diabetic.

### NO MOBILITY DISABILITY
Following a medical screening it has been determined you are not a disabled class member pursuant to the Remedial Plan/ADA Litigation criteria.

### NO HEARING DISABILITY
Following a medical screening it has been determined you are not a disabled class member pursuant to the Remedial Plan/ADA Litigation criteria.

### NO VISION DISABILITY
Following a medical screening it has been determined you are not a disabled class member pursuant to the Remedial Plan/ADA Litigation criteria.

If you feel that you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation to the Office of the AIC pursuant to AR 750-04.

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_____    3-24-11
AIC                         Date

Exhibit 1B

Durable Medical Equipment                                    Sec 4DME CONTRACT



# COLORADO DEPARTMENT OF CORRECTIONS

## Durable Medical Equipment (DME) Contract

**Name:** Blanchard, Robert    **DOC #:** 105600    **Facility:** LCF

**I am being issued:** TRUE result Glucometer
Equipment type    Product / Model    Size

**SN#:** M00709103

Model #    on this date 4/2/11

I understand that I share in the responsibility to keep the durable medical equipment listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this durable medical equipment. If I allow others to use this equipment, my use of the durable medical equipment may be limited, restricted or removed.

I understand that I must report any issues concerning the repair of this durable medical equipment to Clinical Services staff through the kite system. DOC is responsible to repair or replace the equipment within 60 days of receipt of my kite indicating there is a problem with the equipment.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this equipment, I will be responsible for the replacement cost of the equipment. In this event, I may request replacement of the same equipment at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this durable medical equipment, I will face COPD charges for abuse of clinical services, and destruction of state property.

I understand that if I use this durable medical equipment inappropriately and my inappropriate use of such equipment results in a COPD violation, my use of the assigned durable medical equipment may be limited, restricted or removed.

_____    April 03, 2011 10:31 AM    _____
Offender signature                                          Staff signature & date

**Original in Medical File**
cc:   Facility Property Officer
      HQ CLS ADA Scheduler      Fax# 719-226-4565
      CLS Medical Case Manager  Fax # 719-269-4075 or 719-269-4072

May 2009

Exhibit (C)

## REQUEST APPROVED/DENIED REPORT

Date : 01/15/2013

Offender : BLANCHARD, ROBERT D

DOC # : 105600

RFA # : 2182

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Assistance with reading | DENY | Unreasonable | |

While you may have a learning disability, DOC records do not support this request as reasonable. You have effectively communicated with AIC via reading/writing and have had good "aptitude" as a DOC program participant.

| | | | |
|---|---|---|---|
| Assistance with writing | DENY | Unreasonable | |

While you may have a learning disability, DOC records do not support this request as reasonable. You have effectively communicated with AIC through self-prepared request forms, grievances and have had good "aptitude" as a DOC program participant.

| | | | |
|---|---|---|---|
| Re-assignment of specific job duties | DENY | Unreasonable | |

See "Not accommodation."

| | | | |
|---|---|---|---|
| Tutor | DENY | Unreasonable | |

Records do not indicate you are assigned to a course. If you are in the future, you may submit a new request.

| | | | |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Report "lifting" is a problem. You do not have a lifting restriction from Clinical Services. Contact that dept. If they approve, re-assignment of lifting duties on the job will be considered, as will assistance with moving.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

Date given to Offender

_[signature]_, PsyD

Amy Raborn, PsyD

3/7/13

Exhibit (D)

# Mile-Hi Neurology Services, P.C.
## Khoi D. Pham MD, Neurologist
### (Of Aurora Neurologic Institute, L.L.C.)
730 Potomac St. Suite 318
Aurora, CO 80011-6752
Phone: 303-360-7063
Fax: 360-8806



~~August 30, 2000~~

RECEIVED SEP 14 2000

To: Limon Correctional Facility
    Attn: Medical Dept.
Re: Robert Blanchard, DOC# 105600

Dear Sir or Madam:

Thank you for referring Robert to me for evaluation of dizziness. The patient is a 23 year-old right-handed Caucasian male with vertiginous spells since he was in 5th grade. Those spells could come on anytime and could last up to week. Since he was here, he has had 4 spells. There was associated lightheadedness, nausea with occasional vomiting and unsteadiness. He also complained of tinnitus AD. There was no associated diplopia, slurred speech, focal weakness or numbness.
Prior to being here, he has had normal neurological evaluation, including normal MRI of the head and normal EEG. He had trial of Depakote but apparently could not tolerate it. He was placed on Diamox and did fine until he got here. He was felt not to have a psychiatric illness.
PMHx: Unremarkable otherwise. There was no history of head injury. NKDA.
FHx: Mother apparently had Meniere's disease. No epilepsy.
SHx: not pertinent.
On exam, he was well-nourished, well-developed male in no acute distress. BP: 110/80, P: 72. General exam was unremarkable.
On Neuro. exam, he had normal mini mental status exam with fluent speech. PERRL, EOMI with lateral gaze nystagmus noted, right worse than left with some fatigue. Visual fields were full. Face was symmetric, throat was benign. TMs were clear and there was lateralization to right on Weber testing. Neck was supple with full ROM. He had no focal weakness and no drift. Sensory exam was intact to all primary modalities. Reflexes were 2+ and symmetric and toes were down going. No cerebellar or gait ataxia. Rhomberg testing was negative and he could do the tandem without any problem.
**Impression/Plan:** Frequent vertiginous spells, ? Meniere's disease, vs. atypical migraine or focal seizure. Exam was certainly benign except for some nystagmus and possible neurosensory hearing loss AS. Work-up had been negative thus far. I would suggest stopping the Diamox as it had stopped working for the patient. I would try to re-introduce the Depakote slowly, i.e. 250mg po bid for 1 week then 500mg po bid. Would make sure the level was therapeutic and see how he does in 1 month. If that did not help, would try Verapamil SR then. Would also suggest a hearing test. Will see how he does.
Sincerely,

Exhibit (E)

# CDOC CONSULTATION REPORT FORM

## OFFENDER INFORMATION

NAME: Blanchard Richard   DOC#/FACILITY: 106600/FCF   DATE: 4-5-01

PLEASE SEND ALL DICTATED REPORTS TO:

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | AVCF | Clinical Services | P. O. Box 1000 | Crowley, CO | 81034 | Phone: 719-267-5074   Fax: 719-267-5079 |
| ☐ | BVCF | Clinical Services | P. O. Box 2017 | Buena Vista, CO | 81211 | Phone: 719-395-2404   Fax: 719-395-7235 |
| ☒ | CTCF | Clinical Services | P. O. Box 1010 | Cañon City, CO | 81212-1010 | Phone: 719-269-4089   Fax: 719-269-4092 |
| ☐ | DRDC | Clinical Services | P. O. Box 392004 | Denver, CO | 80239-8004 | Phone: 303-307-2307   Fax: 303-307-2308 |
| ☐ | LCF | Clinical Services | P. O. Box 10000 | Limon, CO | 80826 | Phone: 719-775-7657   Fax: 719-775-7651 |
| ☐ | SCCF | Clinical Services | P. O. Box 3 | Pueblo, CO | 81002 | Phone: 719-583-5556   Fax: 719-583-5560 |

DOB: 12-13-76   SS#:   GENDER: M  F   PED:

INSURANCE: Colorado Access for Colorado Department of Corrections

AUTHORIZATION #: A0228597   NUMBER VISITS AUTHORIZED:

Appointment is to be scheduled with Tele-medicine (Circle One):   YES   NO

## PROVIDER'S CONSULT TO SPECIALIST

HOSPITAL:   CLINIC: Audiogram   SPECIALIST: Howe

HOSPITAL #:   PRIORITY:   1   2   3   (4)   5

DIAGNOSIS AND REQUESTED EVALUATION OR CARE:

frequent vertigo spells. Weber test c lateralization to (R). R/O neurosensory hearing loss

PROVIDER SIGNATURE: [signature]   FACILITY PHYSICIAN: [signature], MD

## SPECIALIST'S SUBJECTIVE OBJECTIVE ASSESSMENT PLAN

Please copy clinic notes & attach to this consult.   USE REVERSE SIDE FOR ADDITIONAL NOTES.
   **DO NOT DISCUSS DATES OF FOLLOW-UP APPOINTMENTS WITH THE OFFENDER*
   *RETURN THIS COMPLETED FORM TO THE SECURITY OFFICER ESCORTING THE OFFENDER*

Specialist Signature:   Date:

Print Name:

31218 (11/99)   DISTRIBUTION:   Original - Medical Record   Canary - Scheduler

Exhibit (F)

DC Form 78 (2/93) / Old. No. 2635
WHITE – Medical Record
CANARY – Pharmacy
PINK – Data Collection

**COLORADO DEPARTMENT OF CORRECTIONS / AMBULATORY HEALTH RECORD**

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
|  | Blanchard, Robert | 105600 | FCF-CH 8 |

SUBJECTIVE: im c cont c/o dizzy spells. document 5 episodes in Feb 01 & 5 episodes in March 01. compliant c antivert for the most part (TID).

OBJECTIVE: Temp. 98  Pulse 72  Resp. 16  B/P 100/70
Will initiate hearing exam. Past work up included EEG, head MRI, TSH, 4°g H — all WNL.

24 YO WM. AAOx3. NAD. fluent speech. PERRLA, EOMI, TM cl. throat supple NT. Ø masses. Ø focal weakness. Ø asymmetry note. ⊖ Romberg. gait steady.

DATE: 4-5-01   TIME: 11:20 am
PROBLEM 1 2
PLAN / ORDERS:
① serum insulin
② CO Access # 40228578 neurology / Ryals
③ CO Access # 40228597 audiogram

SIGNATURE NURSE: SCL 4-5-01 1412
4-5-01 [signature] RN 2148
P.E.: [signature]
PHYSICIAN:
Rx NO.

ASSESSMENT: dizziness

---

| PRICARE CODE NO. | NAME | OFFENDER NO. | LIVING UNIT |
|---|---|---|---|
| 12-15-76 | Blanchard, Robert | 105600 | FCF # 8 |

SUBJECTIVE: im c c/o vertigo & dizziness on depakote 500mg BID. 5 spells in month of Feb & once in March.

OBJECTIVE: Temp. 97⁹  Pulse 78  Resp. 16  B/P 120/72
Wt. 158

states incidents happen when he used depakote. would like to stop depakote at this time & use only antivert. will document call spells & discuss.

ASSESSMENT: will initiate hearing test & Neuro consult c Ryals c/ued

DATE: 3-6-01  TIME: 1305
PROBLEM 1 2
PLAN / ORDERS:
① D/C depakote
② cont c antivert
③ appt c MH
④ appt 1 month f/u
⑤ kite

SIGNATURE NURSE: [signature] RN 3-6-01 3:10
P.E.: [signature]
PHYSICIAN: [signature] M
Rx NO.

ALWAYS BEGIN AT BOTTOM WORKING TO THE TOP OF THE SHEET.
31201 POINT

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

**CHRONIC CARE CLINIC**
Page 1 of 1

Printed By: CREANY, TIMOTHY
Printed at: 08/11/2005 16:44:23
Encounter#: 1044404

| 105600 | BLANCHARD, ROBERT D | Facility: | FF | LU: | FCF/L.U.3 | A | 13 | B |

**Temperature:** 97.8  **Pulse:** 65  **Weight:** 146
**Respiratory:** 20  **BP:** 112 / 75

## SUBJECTIVE
Pt scheduled for CCC for Diabetes.
SUBJECTIVE: Pt has type 2 diabetes diagnosed 2005
Complications: none
Last retinal check: pnd
Last UA: pnd
Side effects include: n/a
Finger stick range: 93-109
Average: 103
HgA1C: not done
Weekly Exercise: pushups 7x for 3 sets of 10
Diet: 2400 ada, still drinking some soda

Active Medication(s): DIAMOX - 250 MG; K-DUR - 10 MEQ

## OBJECTIVE
General: alert, no apparent distress
Head: normocephalic, atraumatic
Eyes: PERRLA, EOMI conjunctiva normal
Cardiac: RRR, no murmurs, nl precordium
Lungs: CTA, no increased respiratory effort
Skin: warm, dry, no visible lesions, no palpable nodules
Ext: no c/c/e x 4, nl monofilament testing in both feet, no tinea or open wounds seen.

Labs reviewed with and education given to pt

## ASSESSMENT
DIABETES, TYPE II, CONTROLLED- pt can control w lsm. no meds for now and pt educated. will get baseline hga1c and then recheck to eval progress. already referrede to opto and will check ua
EST PT VISIT MOD COMPLEX

### PLANS / ORDERS
Allergies: No Known Allergies

ccc in 4 mos

check hga1c, 24 urine for prot, creat clear in 3 mos

pt needs pass to check bg's once a week for a year
Pass given & 1x sheet made

check hga1c now

Medical Level: Changed from: 2 Qualifier: PERMANENT to 2 Qualifier: PERMANENT

Datetime: 08/11/2005 00:00
Providers: CREANY, TIMOTHY P

PA/NP _____  PHYSICIAN _____  NURSE _____
Datetime: 08/11/2005 00:00  Provider: 4883  DateTime 8/11/05 19:30

Exhibit (H)

**DEPARTMENT MANDATED**
Page 1 of 1

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: GROSS, DAVID R
Printed at: 06/12/2006 12:35:51
Encounter#: 1215602 @ BF

| 105600 | BLANCHARD, ROBERT D | Facility: BF | LU: BENT/UNIT5 | 5F | 107 | T |

**SUBJECTIVE**

Active Medication(s): DIAMOX - 250 MG; MOTRIN - 600 MG

IM presents today for intake PE. No new health problems stated. PE completed without incident.
PMH: vertigo, ?AODM, lactose intolerance
PSH: none stated.
Social: negative for drugs, alcohol and TOB.
FMH: DM, CAD
MEDS: Diamox 250 mg., Motrin 600 mg.
ALL: NKDA, no seasonal allergies, lactose intolerance.

Temperature: 97.9  Pulse: 76  Weight: 146
Respiratory: 18  BP: 116 / 80
Vitals Taken: HEIGHT=64.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

acetazolamide 250 mg. i po BID x 30 days with 2 refills. KOP

Motrin 200 mg., iii po BID prn x 30 days with 2 refills.

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

**OBJECTIVE**
HEENT - EOMI, PERRLA, NC, Tymp nl.
Chest - CTA-B, +BS
Heart - RRR, no m/g/r
Abd. - soft, NT, ND, +BSx4, no masses or organomegaly
Vasc. - good color, cap refill < 2 sec., pulses 2+/4 B and symm.
Neuro - CN 2-12 intact, peripheral grossly intact
Ext. - reflexes 2+/4 B, strength 5/5
Gen/ Rec. - deferred by IM (self exam taught)
Vision - OD - 20/40, OS - 20/40

**ASSESSMENT**

386.2 - VERTIGO OF CENTRAL ORIGIN
250.00 - DIAB W/O COMP TYPE II/UNS NOT STATED UNCNTRL
V62.3 - EDUCATIONAL CIRCUMSTANCE
719.40 - PAIN IN JOINT, SITE UNSPECIFIED
99213 - OFFICE OUTPT EST 15 MIN

Datetime: 06/12/2006 12:19
Providers: GROSS, DAVID R

PA/NP/RD _____ PHYSICIAN
Datetime: 06/12/2006 12:19
Provider: GROSS, DAVID R
NURSE _____
DateTime _____

Exhibit I

Roberto Blanchard   DOB: 12/15/76   Chart#: T08041-1   DOS: 02/02/09

**SUBJECTIVE:**
This is a 32-year-old male who went to the emergency room this morning after an episode of weakness. This is very similar to what he had in the past. Then, I have evaluated him for no other new symptoms such as headaches, vision changes, or loss of consciousness. No past history of seizures. He had been on acetazolamide in the past, but I discontinued this due to his elevated liver enzymes and I have had him on meclizine instead. He does not feel this is entirely treating his dizziness. He will be seeing a neurologist on 02/10/09.

He was recently diagnosed with diabetes based on an abnormal two-hour glucose tolerance test. His blood sugar was 125 when checked by paramedics. He is not currently on medications yet and we have to discuss this at a future visit.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: His vitals are stable with a blood pressure of 142/86.
GENERAL: The patient is alert and oriented x3, in no acute distress, pleasant affect, and nontoxic appearing.
CARDIOVASCULAR: Regular rate and rhythm without murmurs.
LUNGS: Clear bilaterally without wheezes.
NEUROLOGIC: Cranial nerves are grossly intact.

**ASSESSMENT/PLAN:**
1. Dizziness. I encouraged the patient to keep his neurologist appointment. I do not know from here what work up we should pursue. CTs have been negative in the past. A tilt table test might be beneficial as could Holter monitor to evaluate for cardiac abnormalities. I wonder if his blood sugars also could be contributing. His blood sugar was 251 when checked here in the clinic. I went ahead and started him on metformin 500 mg daily and we will see if this helps control that aspect of his condition. He knows that if he develops any acute change in his symptoms that he should immediately come back here or go to the emergency room again.
2. Newly diagnosed diabetes. I started the patient on lisinopril 10 mg daily to lower his blood pressure and also we will check hemoglobin A1c today as above. I will also start him on metformin and refer him to one of our patient health advocates for diet counseling as well as advice on checking his blood sugars. I got him in to my next diabetic group visit as I feel this would also greatly benefit him given his new diagnosis. We will continue to discuss this in the future along with his dizzy spells.

Sarah Hiam, M.D.
DD: 02-03-09 DT: 02-04-09

My typed signature signifies that I authorized this document.

Date: 2/19/09
NO SHOW
☐ No Follow Up Needed
☐ Reschedule for appointment
  With _____ (Provider)
  Within _____ (time period)
  For _____ (reason)
  ☐ Notified by phone
  ☐ Notified by mail

Exhibit - J

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

APPOINTMENT
Page 1 of 1

Printed By: SICOTTE, TRUDY A
Printed at: 01/15/2013 12:28:38
Encounter#: 3100941 @ LF

| 105600 | BLANCHARD, ROBERT D | Facility: LF | LU: LCF/UNIT2 | A | 3 | 9 |

**SUBJECTIVE**

Active Medication(s): ACETAZOLAMIDE - 250 MG - ** NON-FORMULARY EXPIRES 04/12/2013 ** TAKE 1 TABLET(S) BY MOUTH TWICE DAILY.;
CETIRIZINE - 10 MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING AS NEEDED FOR ALLERGY (SYMPTOMS).;
FENOFIBRATE - 54 MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING.;
LISINOPRIL - 5MG - TAKE 2 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
METFORMIN - 500 MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING AFTER BREAKFAST FOR DIABETES.;
VENTOLIN HFA - 90 MCG - TAKE 2 PUFF(S) BY MOUTH FOUR TIMES DAILY AS NEEDED FOR ASTHMA.

I/M would like to talk about work. He states he should have a limit on wt. I/M also has med cards and wants to refuse his medications because he states they will only give him one card at a time.

**OBJECTIVE**

I/M should speak w/his boss about work. I see no reason why he should have a limit on wt. medically. If he can work he should; if not he may refuse to go to work.
The med cards have been given under new policy and I/M may only obtain one card at a time. I/M angry and states he will refuse his medications.

**ASSESSMENT**

762.1 - ADVERSE EFFECTS OF WORK ENVIRONMENT
9212 - OFFICE/OUTPATIENT VISIT EST

Temperature: 97.7  Pulse: 61  Weight: 167
Respiratory: 12  BP: 114 / 73
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: ATORVASTATIN/ATORVASTATIN CALCIUM TAB; PERSONAL HISTORY ALLERGY TO SEAFOOD; PERSONAL HX ALLERG MILK PRODUCTS

Kite prn.

Medical Level: Changed from: 3 Qualifier: IMPROVEABLE to 3 Qualifier: IMPROVEABLE

Datetime: 01/15/2013 12:20
Providers: SICOTTE, TRUDY

A/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 01/15/2013 12:20   Provider: SICOTTE, TRUDY   DateTime: 1/15/13