| | |
|---|---|
| United States District<br>901 Nineteenth Street A 105<br>Denver, Colorado 80294 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>JUN 10 2013<br><br>JEFFREY P. COLWELL<br>CLERK |
| ROBERT O. BLANCHARD<br>　　　Plantiffs,<br><br>-vs-<br><br>Colorado Department of Corrections<br>　　　　Defendants, | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name & Address):<br>Robert O. BLANCHARD  pro-se<br>L.C.F.  C.D.O.C. # 105600<br>49030 State Highway 71<br>Limon, Colorado 80826-0001 | Case No:<br>92-CV-870-JLK |
| MOTION REQUESTING ENLARGEMENT OF TIME TO FILE AN OBJECTION | |

COMES NOW, ROBERT BLANCHARD, pro-se Plaintiff, hereby requestes a 15-day enlargement of time on the following grounds:

　1. Pro-se Plaintiff is incarcerated at L.C.F. and is limited to the legal access program for access to the courts.

　2. L.C.F. is currently providing prisoners with less than 2 hours of access to the courts, per week, per policy. Additionally, L.C.F. has implemented several subtle changes in policy which

①

adversely affects prisoners access to schedule appointments. As such, the 15-day frame from the date of service provided by Colo. R. Civ. P. only allows one single legal access program appointment for less than 2 hours access to the Courts to research and prepare a timely Reply.

3. A 15-day enlargement of time, up to and including July 09, 2013 is necessary for pro-se plaintiff, to fairly access the Courts and timely file an adequate reply.

4. L.C.F. has been on and off lockdowns. Plaintiffs unit has been on for appointments Tuesdays and Thursdays. On Thursday May 30, 2013, Tueday June 04, 2013, and Thursday June 06, 2013 the facility went on lockdowns.

5. No prior requests for enlargement of time have been filed by plaintiff and this request will not unfairly prejudice any party or unduly delay any pending litigation.

WHEREFORE, pro-se plaintiff requests this Honorable Court grant this Motion in its entirely.

Respectfully submitted this 6th day of June, 2013

Robert D. Blanchard

Robert D. BLANCHARD
pro-se C.D.O.C. #105600

(2)

CERTIFICATE OF SERVICE

I, Robert D. BLANCHARD, does hereby swear by of penalty of perjury that I placed a true and accurate copy of the foregoing Motion in the United States Mail, with first class prepaid postage attached, to the following address on June 06, 2013:

District Court, United States
901 19th St. Room A-105
Denver, Colorado 80294

*Robert D. Blanchard* (signature)

Robert D. BLANCHARD