HELLO, THIS LETTER IS MY REQUEST FOR JUDGEMENT REGARDING

CASE #22   CIVIL ACTION NO. 92-CV_870-JLK MONTEZ VS JOHN

HICKENLOOPER.

MY INDIVIDUAL CASES NO. IS  CLAIM NO 03-335.

MY NAME IS KEITH A. SCHWINAMAN #105240

CTCF P.O BOX 1010 CANON CITY, CO 81215

I FILED AN XXX APPEAL OVER TWO YEARS AGO AND HAVE HEARD

NOTHING BACK FROM THE COURT REGARDING THIS APPEAL.

I HAVE SENT IN STATIS REQUESTS TO NO AVAIL.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 27 2013
JEFFREY P. COLWELL
CLERK

IN ADDITTION I AM REQUESTING THAT A HEARING BE SET BECAUSE

DOC XXX IS AND HAS NOT FOLLOWED THE RULING MADE BY JUDGE

BORCHERS, REGARDING MY ACCESS TO GLUCOSE TABLETS. IN ADDITion

I HAD A SEIZURE DUE TO BEING GIVEN MY INSULIN DOSAGE

AND GIVEN NO FOOD UNTILL THE NEXT MORNING !! I WAS TOLD

THAT THERE WAS NONE AVAILABLE BY THE NURSE. THEN I WAS

LOCKED IN A CELL ALONE. I WAS GIVEN 4 glucose tabs and

that was it. i made several requests for food and more

glucose tabs to no AVAIL. THERE WAS A CALL BUTTON IN

THE CELL BUT THE STAFF MEMBER WHOM WAS RESPONSABLE TO

MONITOR THE INTER COM WAS MONITORING 120 individual call

buttons so many attempts to call for help were not answered

by anyone... IN ADDITION I MADE SEVERAL ATTEMPTES TO GET

GLUCOSE TABS FROM A FEW DIFFERENT NURSES AND EVEN THOUGH

I SHOWED THE NURSES THE PASS I HAVE FOR THEM THEY WERE

DENIED TO ME BY NURSES SHIRLY AND NURSE TYLER ON SEVERAL

OCCATIONS WHILE IN A LOCKED CELL..

THANK YOU FOR YOUR TIME IN THIS MATTER AND I LOOK FORWARD TO YOUR RESPONSE TO THIS ~~URGENT~MATTER~~ URGENT MATTER.

RESPECTFULLY SUBMITTED BY. KEITH A. SCHWINAMAN,.

R CTCF P. O BOX NO.1010 CANON CITY, CO 81215

x. _____

062313   06/23/13

KEITH A. SCHWINAMAN  DENVER CO 802
#105240
#7
1010
81215

26 JUN 2013 PM 3 L

Court of Appeals
U.S District Court
ATTN: JUDGE ARGUELLO
901 19th street
DENVER, CO 80294