IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-JLK

JESSE MONTEZ, et al.

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

      Defendants.

_____

Claim Number 03-146
Category III
Claimant: Gerald Sensabaugh, #100656
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

      THIS MATTER comes before the Special Master on Claimant's letter of June 24, 2013. The letter will be treated as a motion to compel.

      In the final order of Special Master Davidson on May 16, 2006, Claimant was awarded monetary compensation, a medical mattress, and properly fitting shoes. Claimant alleges that he has not been provided a proper mattress or shoes.

      Claimant has been provided copies of the pleadings from Defendants questioning whether any additional jurisdiction exists concerning claims. Until that issue is resolved by Judge Arguello, no further hearings will be scheduled.

      IT IS HEREBY ORDERED that Claimant's letter, being treated as a motion, is held in abeyance until the jurisdictional issue is resolved.

      SIGNED this 1st day of July, 2013.

BY THE COURT:

*/s/ Richard M. Borchers*

_____
Richard M. Borchers
Special Master