IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

      Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.,

      Defendants.

_____

Claim Number: 03-335
Category:  III
Claimant: Keith Schwinaman, #105240
Address of Claimant: CTCF, P.O. Box 1010, Canon City, CO 81215-1010

_____

## ORDER OF SPECIAL MASTER
_____

THIS MATTER comes before the Court on the letter from Claimant, received by the Court on June 27, 2013. *Doc. 5383*. Claimant requests entry of judgment on his objection. Claimant states that his objection was filed over two years ago.

Claimant has been made aware of Defendants' position on continued jurisdiction of the claim process. Defendants' believe that the claim process is finished, and that objections are no longer viable. Claimant's motion will be held in abeyance pending resolution of the jurisdictional issue.

IT IS HEREBY ORDERED that Claimant's motion will be held in abeyance pending resolution of the jurisdictional issue.

SIGNED this 1st day of July, 2013.

                                  BY THE COURT:

                                  /s/ Richard M. Borchers

                                  _____

                                  Richard M. Borchers
                                  Special Master