IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

---

**ORDER ADOPTING JULY 1, 2011, REPORT AND RECOMMENDATION
OF THE SPECIAL MASTER**

---

    This matter is before the Court on the July 1, 2011 Report and Recommendation of the Special Master regarding Claimant Raymond Goodloe (Doc. # 5100), which the Special Master issued after considering evidence and testimony presented in a June 13, 2011 hearing (*id.* at 1). In the Report and Recommendation, the Special Master recommends that the Court allow Claimant to purchase soft-soled shoes and an ankle brace at his own expense. (*Id.* at 5.) On July 15, 2011, Claimant filed an Objection to the Report and Recommendation (Doc. # 5109), which the Special Master treated as a motion to amend the Report and Recommendation, and which he denied in an Order also filed on July 15, 2011. (Doc. # 5120.) A few months later, Claimant filed another letter objecting to the Special Master's Report and Recommendation. (Doc. # 5193.) In the letter, Claimant contends that the Special Master erred in recommending that Claimant purchase the equipment at his own expense. (Doc. # 5193 at 2.) Claimant

further states he cannot afford the equipment and that, during the June 2011 hearing, he specifically requested the Special Master to order the Department of Corrections ("DOC") to compensate him for the cost.  (Doc. ## 5109 at 2 (stating that he had requested that DOC be ordered to pay him $2,000); 5193 at 2 (stating that he had requested that DOC be ordered to pay him $3,000).)  However, in the July 15, 2011, Order, the Special Master clarified that his "recommendation was premised on the understanding that Claimant would be able to secure outside funds for use in the purchase of footwear."  (Doc. # 5120.)  Having now considered all filings related to this matter, the Court adopts and affirms the Report and Recommendation.  (Doc. # 5100.)

Accordingly, it is ORDERED that the Report and Recommendation of the Special Master (Doc. # 5100) is AFFIRMED and ADOPTED as an Order of this Court.

DATED:  July   03  , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge