Case No. 1:92-cv-00870-CMA-MEH   Document 5393-1   filed 07/08/13   USDC Colorado   pg 1 of 2
Case 1:92-cv-00870-CMA-OES   Document 4131   Filed 09/22/09   USDC Colorado   Page 21 of 105

21

```
 1  specifically states on line 6 of paragraph 22, under "damages,"
 2  quote, Inmates who have ongoing claims for damages may submit
 3  claims for future damages.
 4           On page 29, the next-to-last paragraph, under the
 5  damage section, the second sentence says, If a claim arises
 6  during the compliance period, then an inmate may amend his or
 7  her claim to request compensation for additional damages.
 8           It then goes on to say, No additional claims for
 9  damages will be allowed during the monitoring period.  Which we
10  have not yet reached.  But any individual who has a claim for
11  damages which arises after the compliance period may bring
12  their claim in any court of competent jurisdiction regardless
13  of the ongoing jurisdiction exercised by the federal court in
14  this case.
15           Clearly the remedial plan indicates that damage claims
16  would continue during the compliance period and that after the
17  compliance period was over and the monitoring period began,
18  anybody at that point in time would then have a right to file a
19  pro se pleading, their own 1983 or 88 pleading in federal
20  court, regardless of the ongoing case, and pursue that claim
21  separately.
22           THE COURT:  Well, okay.
23           Now, let's go over that, okay?  When the monitoring
24  period is over, that's the end of these claims, the end of the
25  special master.
```

```
 1            MS. GREISEN:  Actually, I think once the compliance
 2   period is over, once substantial compliance has been achieved,
 3   then any damage claims arising after substantial compliance has
 4   been found, they have to file their own case at that time.  So
 5   I think it's even sooner than what the Court is saying.
 6            THE COURT:  All right.
 7            MS. GREISEN:  It's at the close, once this Court finds
 8   substantial compliance, I believe that's when the remedial plan
 9   cuts off any damages that arise after that date have to be
10   pursued separately, in a separate action.
11            I think in addition to what this -- I'm sorry, Judge,
12   give me just a second.
13            I think the -- one of the problems created is that the
14   remedial plan, since it does not give this August 2003 date, is
15   we have people who are class members who the plan clearly
16   defines as class members, who have relied on this plan, who may
17   not have filed PLRA proceedings, exhausted PLRA requirements,
18   in reliance on this plan and reliance on the damage-claim
19   process in this plan.  And to say now -- I'm not sure where --
20   there's never been a formal adjudication by this Court of this
21   August 2003 magic date.  I know that we have argued it back and
22   forth a lot, but it's never been -- my understanding is that
23   there's never been any formal agreement on that.  It's just
24   something that we keep hearing being said because that was the
25   date the remedial plan was entered into.
```