IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. <u>92-CV-870-JLK.</u>

**ROBERT BLANCHARD**

        Plaintiff,

v.

**COLORADO DEPARTMENT OF CORRECTIONS,et al**

        Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 5 2013

JEFFREY P. COLWELL
CLERK

**OBJECTION MOTION
FOR THE MONTEZ**

      Comes now Robert Blanchard #105600, pro se claimant and requests this court to understand what I am saying, I have had Vertigo since I was in 5th grade all the way to now and who knows how long I will have it for?

      When I came into D.O.C. The year 2000, though January 2008 D.O.C. Was awhere of my Vertigoes.

      I have only research my Medical records as far as 2005 for my diabetic. I am still reseaching my medical files here in D.O.C., and on the outside as well.

      No body told me about the Montez and how it worked. When I came back from the streets in 2010 and got to Limon Correctional Facility an offender had told me.

      To file for the "ADA" I am still having problems with. I have filled out quite a few "ADA" forms-all got denied, so then I did not know where else to go with it. On the forms

1

they meantion they researched my files saying it's not documented in my files.

Part of my Vertigo besides getting dizzy is also a balance problem. Please your honor, tell me who or what I should do or write too or how I can proceed through this?

Respectfully Submitted,

*[signature]*

Robert Blanchard #105600