July 17th 2013

Judge Arguello
Federal District Court - Clerk
901 19th St. Room A-105
Denver CO 80294

~~FILED~~
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 29 2013**

JEFFREY P. COLWELL
CLERK

James Rudnick
C.D.O.C. Reg #: 68432
S.C.F. 4 A Box 6000
Sterling, CO 80751

Re: Claimant RUDNICK of MONTEZ (Class action) 92-CV-00870
    Notice of Unauthorized Access and Interference

Dear Judge Arguello,

The Sterling D.O.C. facility Law Library supervisor (Mrs. Anderson) made unauthorized copies of my Motion to this Court — and DENIED copies of my EXHIBITS: [see: D.O.C. Photocopy Request Form attached]

When confronted about the (PINK paper) copies she was keeping, Anderson said: "they go in the box to show them that she made extra copies"

She refused to SHRED them or BLACK-OUT the contents.

This ACT provides unauthorized ACCESS to my legal work and falls under = Theft - Unauthorized Possession with Intent to give Unauthorized Access, and, Interferes with my Legal Access by (both). providing others the opportunity to preview what is going to court, and. by DENIAL of copies [of EXHIBITS] which delays/denies my opportunity to send this Court a complete Motion. as I have no other way to make, or pay for, copies at this facility due to policy and restrictions, (and negative account balance).

I request a CEASE AND DESIST ORDER or INJUNCTION, be issued against this facility Law Library for this Unauthorized Access and Possession practice, and, I request an ORDER for FREE COPIES for their ongoing "claim issues" that I am having to file because these Defendants are NOT in compliance[1] with Claimant's 2005 Original Court Order, or, the MONTEZ Resolution Agreement, and I am suffering harm as a result.    [ (1) see: Claimant's Judicial Notice 7-16-13 ]

Harm: 1st from the actual physical damage to my feet and related mobility issues. 2nd from the delay and denial of accommodation 3rd from the COST and TIME put into these filings creating additional debt on my prison account 4th from the inability to get COPIES based on requirement = "Positive balance" on inmate account. 5th from facility limitations where there are no reasonable alternatives. 6th from anguish and frustration created by the cumulative effect of all that has occurred... and that mentioned here   - cont. -

/1

(cont'd)   7th by the unknown consequences of the Unauthorized Access to my Court filings*

(*) The Sterling facility A.I.C. (Lt. B. Scott) involved in the misconduct surrounding this accommodation issue. ALSO runs the prison MAIL Room. She has a strong interest in this matter because of her involvement and holds great influence over staff because of her position and because of her husbands RANK of CAPTAIN, also working at this facility [RECEIVING AREA]

It is unknown if she influenced Mrs. Anderson to make copies for her, or, to enable her to know what is going to be MAILED-OUT, and, IF my legal mail may get interrupted, or, IF I may face other forms of retaliation from sending-out these court filings... [my CELL was shook-down after a "staffing" with her ]

The sanctity of the legal/Access "filer-to-court" relationship must not be poisoned by infiltrators or mishandling, and, I believe sanctions are proper to preserve this Right of uninhibited Legal Access.

It is my hope that you can go-over all of the filings that I have submitted in regards to what is going-on in this place... the systemic problems not being resolved... and, the consequences occurring from the cumulative acts, practices, errors, and policies causing negative effect on Medical Care, Legal Access, and Penological Purpose.

There is a constant Lingering Doubt (every-time we put something in the MAIL) whether or not the Mail actually goes out — and — whether it gets delayed or opened AFTER staff have inspected, logged, and sealed it at the Housing Office, because of WHO runs the Mail Room.

That Lt. Scott has no legal or Medical training and yet holds many TITLES or Job positions at this facility, and, she has been the source of numerous retaliatory actions, or inept handling of Medical, Mail, and Legal matters as you may already be aware.

In any case, I have heard that you are "pro-D.O.C." and so I believe that you want this C.D.O.C. to keep on the right path

2.

THEREFORE, I believe that an Injunction, or "Cease and Desist"-type Order is proper, an Order for Defendants to provide me Free Legal Copies is reasonable due to my circumstances, and, an Order for sanctions is due for the ongoing mishandling of my Medical and Legal Access issues [described here and in previous filings].

Please contact me with any questions you may have.

Sincerely,

James Rudnick

CDOC Reg. # 68432
SCF 4 A Box 6000
Sterling, CO 80751