FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8/1/13
JEFFREY P. COLWELL, CLERK

**DECLARATION**

— non-negotiable —

STATE OF COLORADO )
) ss: DECLARATION OF:
COUNTY OF LOGAN ) James Rudnick
13th Judicial District

Current address:
Colorado Department of Corrections
Sterling Correctional Facility
Registration No: 68432
Building 4A   Box 6000
Sterling, Colorado 80751

TO: Special Master Judge Richard Borchers
RE: MONTEZ – Claimant Accommodation Information
Civil Action: 92-CV-0870   Claim 01-092

I, James Matthew Rudnick, hereinafter Declarant, am a living breathing man over the age of 21 years, and am competent to make this Declaration having personal knowledge of the matter(s) stated herein, and hereby Declares under Federal Title 28 U.S.C. §1746 =

1. I am currently held in the custody of the Colorado Department of Corrections at the Sterling Correctional Facility, in Logan County. Address: SCF Building 4A Box 6000, Sterling, CO. 80751.

2. I am serving a LIFE sentence, [Case No. 91CR2236] out of Denver County, since 1992.

3. I am a Class Member of the MONTEZ class Action, Claimant Number 01-092, Category I, and I received a 2005 Judgement for Accommodation Items including: "Boots that fit the feet" and "custom Orthotics", that are necessary for my Chronic Medical Condition.

4. My; "Claimant's Judicial Notice and Request for Status on Claimant's Motion For Order to Compel", and; "Motion Requesting Order to Provide Claim Legal Copies Options", contain statements and facts that are accurate to the best of my ability, and I now state the following in support

5. That I am still in need of Boots that fit my feet and new-replacement Orthotics.

1

6. That my feet are being damaged by the existing Accommodation [Boots and worn Orthotics] that I wear daily.

7. That the boots Accommodation provided me on March 2012 were never fit my feet properly

8. That the boots are too narrow in the cross-section of the toe area causing pain lasting through the night

9. That Defendants provider, Hanger Prosthetics efforts to "stretch" the boots was ineffective in 2012

10. That the Boot accommodation is now worn-out =
 - the tread is worn smooth and angled
 - the internal padding has peeled and broken apart

11. That this Declarant has notified the CDOC Medical Department at SCF numerous times about this Boot - "Fit-problem", [and this Court, Counsel, & the AIC].

12. That the damage to my feet is now causing knee and stability problems walking, and raw skin where the toes are being deformed.

13. That subsequent visits with SCF Medical has not resulted in obtaining needed relief.

14. That promises made by the Defendants through the SCF AIC Lt. B. Scott and their supplier [Hanger] have not been followed through: Promises of the following -
 - Boot Repairs have not been made
 - Boot Stretching (a 2nd time) has not been done
 - Modification to Boot internal padding - not done
 - Modification to Orthotics - not done
 - Scheduling for Hanger Representative Appointment - has not occurred

15. That this Declarant's need for proper fit boots is a perpetual accommodation issue for a chronic medical condition that has been recognized by CDOC Medical staff, Specialists, and by this Court.

16. That I am unable to provide this Accommodation for my Medical Condition on my own, and must rely on the State.

2

16 (cont'd) — or these Defendants to provide these accommodations for me.

17. That I, This Declarant was Mocked at the SCF Staffing held on May 10th 2013 for being in the position of need for these Medical Accommodations and for being in debt where I was told: "If you don't like what we offer you, you can go get your own Doctor and have him get them for you"; "but you have to pay for it out of your own pocket", That, "It's not our fault you don't have the money".

18. That I, was then Mocked by the AIC Lt. B. Scott refusal to acknowledge (or even look at), the Boot-sizing-fit, and wear pattern demonstration showing how it is damaging my feet and the resultant boot and orthotic damages, at this 5-10-13 Meeting. Claiming she does not see the problem.

19. That the AIC Lt. B. Scott explained her own position of FIT & WEAR issue based on observation of her children's shoes wearing holes on the outside, and because she did not see holes on the outside of my boots, then, it is NOT a FIT-SIZE problem, it is [Declarant] being difficult
    - Scott took photos of the outside of the boots.
    - Scott concluded that [Declarant] just doesn't like what she offers and is never satisfied.

20. That Lt. Scott further claimed that "this Declarant Cost not only their Insurance Provider more than any other inmate, but cost this Department out-of-our-own-budget a lot of money"

21. That those who attended this 5-10-13 Staffing were NOT DOCTORS
    - Lt. Bernadette Scott   (SCF-AIC)
    - Ms. VanMeter            (Nurse aid)
    - Ms Wilson               (File clerk)
    - Ms Phipps               (Case Manager)

22. That the explanation for the Staffing was to tell me;
    - You're not getting new boots, orthotics, contacts, and so o
    - That as far as they are concerned, you got more than anyone else. You should be happy with what you got.

3

23. I explained that when "they" provide Boots that don't fit, then, refuse to acknowledge the fact that they don't fit, and have no alternatives for me, but to make an agreement to "ACCEPT" their offer on a temporary basis until the boots can be MODIFIED, or a proper sized product can be found, and, NEITHER is Accomplished, THEN by this Hobson's Choice situation, I have to go up the chain of command until I can get this Accommodation satisfied.

24. That this Accommodation is Ordered by the Court and that people who are NOT Doctors specialized in this Area of boot-fit-sizing, should not be making Medical Accommodation decisions, corrections, limits, or "temporary agreements" that they can't keep.

25. That I live in this SCF prison and observe several other inmates getting Boots (And Tennis Shoes) as often as every 6 months, in a speedy & timely fashion.

26. That I must question why I am delayed and denied my Accommodations (over a year now) that are under this Federal Courts Order.

27. That the response from this Staffing was that they consulted with the Attorney General's Office and were told that they don't have to supply any Accommodation, that my Court Order was a ONE-TIME-ONLY order fulfilled back in 2005.

28. That AIC Lt Scott refused to photograph the worn boot soles, insides, or the wear patterns on the orthotics, and this Declarant's feet placed on top of the insoles showed the toes sitting past the insole/orthotic outer edge over one half-inch, when she had the camera and the opportunity given her, is indicative of her character and unwillingness to properly handle this matter as a professional in this AIC position

4

29. That I asked this AIC " if your child is hurting, and in great pain, at what point do you stop seeking help for him?" then told her " you won't stop until you see that he gets the care he needs."

30. The AIC response: "You're not my child"

31. That I further questioned this AIC: "If I've seen your Boot care specialist [HANGER] 6-7 times and am still having problems getting a boot & orthotics to fit [or replacements], Do you think maybe you should get a different expert and Boot supplier?"

32. The AIC response: "Do you think it is reasonable to send you to an outside Boot store?"

33. That this Declarant has seen other inmates with boots obtained from SCF Medical that were provided from an Outside Boot/shoe Supplier — This inmate, [Bretz] told me that he was taken in a DOC van to a local boot store to get his Boots — All paid for by CDOC Medical Department

34. That this AIC and Ms. Wilson then claimed that "D.O.C. A.R. 700-21 Allows prisoners to pay for their own items under their own private Doctor's recommendations — but that this facility does not have to let these items come-in — that it is only a recommendation — that they don't have to go by."

35. That I as Declarant remain in need of my Boot and Orthotic Accommodations [replacements] and I have no Doctor or other means to obtain these items while incarcerated.

Declarant further says not

Declared this date: July 22nd 2013

James Rudnick