**ORIGINAL**

| | |
|---|---|
| ☐County Court ☒District Court ☐Denver Juvenile Court ☐Denver Probate Court<br>_____LOGAN_____ County, Colorado<br>Court Address: FEDERAL DISTRICT COURT<br>901 19TH ST. RM A-105<br>DENVER CO 80294<br><br>Plaintiff/Petitioner: JESSE MONTEZ, et al.,<br>v.<br>Defendant/Co-Petitioner/Respondent: JOHN HICKENLOOPER, et al.,<br><br>Attorney or Party Without Attorney (Name and Address):<br>James Rudnick CDOC Reg. #68432  4A SCF<br>Box 6000  Sterling, CO 80751<br>Phone Number: X   Email: X<br>FAX Number: X   Atty. Reg. #: X | FILED<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>8/1/13<br>JEFFREY P. COLWELL, CLERK<br><br>▲ COURT USE ONLY ▲<br><br>Case Number:<br>92-CV-00870<br><br>Division _____ Courtroom _____ |

**INMATE MOTION REQUESTING TO:**
☒FILE WITHOUT PREPAYMENT OF FILING/SERVICE FEES PURSUANT TO §13-17.5-103, C.R.S
☐APPOINT AND PAY INTERPRETER COSTS PURSUANT TO CJD 06-03

### Information to Applicant

Any inmate who is allowed to proceed in a civil action as a poor person shall be required to pay the full amount of the filing fee and service of process fees previously paid by the Court as follows:
♦ The Court will require an initial partial payment if the inmate has ten dollars or more in his/her account.
♦ The Court will require continuous monthly payments equal to 20% of the preceding month's deposit in the inmate account until the filing fee and service of process fees are paid in full.

I, __James Rudnick__ respectfully move the Court for an order to proceed without a prepayment of the following filing fees: ☐complaint ☐petition ☐answer ☐response ☒motion to modify ☐service fees ☐other: __Judicial Notice__ and/or to appoint and pay for an interpreter for the following language _____ as grounds that I do not have adequate funds available in my inmate account and have a meritorious claim.

---

### All items must be fully completed. Print or type neatly.

1. **Information about the Applicant:**
   Name: __JAMES RUDNICK__   Inmate/DOC #: __68432__
   Name of Facility: __STERLING FACILITY OF COLO. DEPT. OF CORRECTIONS__
   Address: __4-A BOX 6000__
   City: __STERLING__  State: __CO__  Zip Code: __80751__

2. **Amount of funds currently held in Inmate Account:**
   Balance is $ (-)1891.13 as of __7-15-2013__ (date).
   ☒Attached is a copy of my inmate account for six-months preceding the filing of this Motion. **This copy must be certified by an appropriate official at the detention facility.**

I swear under penalty of perjury that all information provided is true and complete.

Date: __7-19-13__    _____
                     Signature of Applicant

JDF 201  12/09  INMATE MOTION REQUESTING TO FILE WITHOUT PREPAYMENT OF FILING/SERVICE FEES

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado
**Statement of Account Activity**
Period: 07/15/2011 - 07/15/2013
Printed: 07/15/2013

Name: RUDNICK, JAMES
Number: 68432
Location: STERLING - SCF/UNIT04

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/11 00:00 | Beginning Balance | | 64.22 | 64.22 | | | 23.15 | 41.07 | |
| 07/19/11 07:02 | Canteen Order #8342660 | -20.51 | 43.71 | 43.71 | | | 2.64 | 41.07 | SF |
| 07/22/11 07:52 | Canteen #8372197 Hold | | | 43.71 | CANTEEN | 12.30 | 14.94 | 28.77 | |
| 07/25/11 11:10 | XEROX-DEBIT | -0.50 | 43.21 | 43.21 | | | 14.94 | 28.27 | SF |
| 07/25/11 14:36 | Canteen Order #8372197 | -12.30 | 30.91 | 30.91 | | | 2.64 | 28.27 | SF |
| 07/29/11 00:35 | FILING FEES-11S16 | -2.64 | 28.27 | 28.27 | | | 0.00 | 28.27 | SF |
| 08/01/11 17:02 | POSTAGE-DEBIT | -2.08 | 26.19 | 26.19 | | | 0.00 | 26.19 | SF |
| 08/02/11 16:41 | 1 CUSTODIAN | 12.60 | 38.79 | 38.79 | MANDATORY | 2.52 | 2.52 | 36.27 | SF |
| 08/04/11 16:24 | XEROX-DEBIT | -1.50 | 37.29 | 37.29 | | | 2.52 | 34.77 | SF |
| 08/05/11 09:32 | Canteen #8399233 Hold | | | 37.29 | CANTEEN | 18.03 | 20.55 | 16.74 | |
| 08/10/11 06:32 | XEROX-DEBIT | -0.75 | 36.54 | 36.54 | | | 20.55 | 15.99 | SF |
| 08/10/11 06:32 | XEROX-DEBIT | -1.25 | 35.29 | 35.29 | | | 20.55 | 14.74 | SF |
| 08/10/11 06:51 | Canteen Order #8399233 | -18.03 | 17.26 | 17.26 | | | 2.52 | 14.74 | SF |
| 08/12/11 12:01 | Canteen #8417608 Hold | | | 17.26 | CANTEEN | 9.68 | 12.20 | 5.06 | |
| 08/15/11 11:14 | POSTAGE-DEBIT | -1.68 | 15.58 | 15.58 | | | 12.20 | 3.38 | SF |
| 08/16/11 06:57 | Canteen Order #8417608 | -9.68 | 5.90 | 5.90 | | | 2.52 | 3.38 | SF |
| 08/26/11 14:10 | XEROX-DEBIT | -1.00 | 4.90 | 4.90 | | | 2.52 | 2.38 | SF |
| 08/30/11 10:37 | CASE # 11S16 | -1,725.00 | -1,720.10 | 0.00 | | | 2.52 | 0.00 | SF |
| 08/31/11 00:32 | FILING FEES-11S16 | -2.52 | -1,722.62 | 0.00 | | | 0.00 | 0.00 | SF |
| 09/06/11 10:31 | POSTAGE-DEBIT | -0.88 | -1,723.50 | 0.00 | | | 0.00 | 0.00 | SF |
| 09/06/11 15:41 | 1 CUSTODIAN | 13.80 | -1,709.70 | 6.90 | MANDATORY | 2.76 | 2.76 | 4.14 | SF |
| 09/28/11 08:56 | XEROX-DEBIT | -1.25 | -1,710.95 | 5.65 | | | 2.76 | 2.89 | SF |
| 09/28/11 09:02 | XEROX-DEBIT | -1.08 | -1,712.03 | 4.57 | | | 2.76 | 1.81 | SF |
| 09/29/11 08:30 | POSTAGE-DEBIT | -0.64 | -1,712.67 | 3.93 | | | 2.76 | 1.17 | SF |
| 09/30/11 00:33 | FILING FEES-11S16 | -2.76 | -1,715.43 | 1.17 | | | 0.00 | 1.17 | SF |
| 09/30/11 10:15 | Canteen #8519018 Hold | | | 1.17 | CANTEEN | 0.98 | 0.98 | 0.19 | |
| 10/03/11 14:19 | Canteen Order #8519018 | -0.98 | -1,716.41 | 0.19 | | | 0.00 | 0.19 | SF |
| 10/04/11 10:59 | POSTAGE-DEBIT | -1.08 | -1,717.49 | 0.00 | | | 0.00 | 0.00 | SF |
| 10/04/11 15:31 | 1 CUSTODIAN | 13.20 | -1,704.29 | 6.60 | MANDATORY | 2.64 | 2.64 | 3.96 | SF |
| 10/14/11 07:39 | Canteen #8551485 Hold | | | 6.60 | CANTEEN | 3.50 | 6.14 | 0.46 | |
| 10/17/11 09:54 | POSTAGE-DEBIT | -1.28 | -1,705.57 | 5.32 | | | 6.14 | 0.00 | SF |
| 10/17/11 13:29 | XEROX-DEBIT | -0.50 | -1,706.07 | 4.82 | | | 6.14 | 0.00 | SF |
| 10/19/11 06:45 | Canteen Order #8551485 | -3.50 | -1,709.57 | 1.32 | | | 2.64 | 0.00 | SF |
| 10/28/11 00:42 | FILING FEES-11S16 | -2.64 | -1,712.21 | 0.00 | | | 0.00 | 0.00 | SF |
| 11/04/11 15:51 | 1 CUSTODIAN | 12.60 | -1,699.61 | 6.30 | MANDATORY | 2.52 | 2.52 | 3.78 | SF |
| 11/08/11 12:34 | PAYROLL-CREDIT | 0.60 | -1,699.01 | 6.60 | MANDATORY | 0.12 | 2.64 | 3.96 | SF |
| 11/10/11 09:11 | POSTAGE-DEBIT | -0.44 | -1,699.45 | 6.16 | | | 2.64 | 3.52 | SF |
| 11/10/11 11:47 | Canteen #8616037 Hold | | | 6.16 | CANTEEN | 1.32 | 3.96 | 2.20 | |
| 11/16/11 06:58 | Canteen Order #8616037 | -1.32 | -1,700.77 | 4.84 | | | 2.64 | 2.20 | SF |
| 11/18/11 10:32 | Canteen #8632813 Hold | | | 4.84 | CANTEEN | 1.76 | 4.40 | 0.44 | |
| 11/21/11 06:46 | Canteen Order #8632813 | -1.76 | -1,702.53 | 3.08 | | | 2.64 | 0.44 | SF |
| 11/22/11 23:22 | MEDICAL APPOINT | -3.00 | -1,705.53 | 0.08 | | | 2.64 | 0.00 | SF |
| 11/25/11 10:02 | XEROX-DEBIT | -8.00 | -1,713.53 | 0.00 | | | 2.64 | 0.00 | SF |
| 11/28/11 13:05 | POSTAGE-DEBIT | -2.76 | -1,716.29 | 0.00 | | | 2.64 | 0.00 | SF |
| 11/30/11 00:30 | FILING FEES-11S16 | -2.64 | -1,718.93 | 0.00 | | | 0.00 | 0.00 | SF |
| 12/01/11 11:51 | POSTAGE-DEBIT | -1.52 | -1,720.45 | 0.00 | | | 0.00 | 0.00 | SF |
| 12/06/11 16:13 | 1 CUSTODIAN | 13.20 | -1,707.25 | 6.60 | MANDATORY | 2.64 | 2.64 | 3.96 | SF |
| 12/12/11 11:51 | POSTAGE-DEBIT | -0.44 | -1,707.69 | 6.16 | | | 2.64 | 3.52 | SF |

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**

COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**
Period: 07/15/2011 - 07/15/2013
Printed: 07/15/2013

Name: RUDNICK, JAMES
Number: 68432
Location: STERLING - SCF/UNIT04

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/11 11:54 | XEROX-DEBIT | -0.50 | -1,708.19 | 5.66 | | | 2.64 | 3.02 | SF |
| 12/13/11 23:23 | DENTAL APPOINT | -3.00 | -1,711.19 | 2.66 | | | 2.64 | 0.02 | SF |
| 12/19/11 14:35 | XEROX-DEBIT | -4.00 | -1,715.19 | 0.00 | | | 2.64 | 0.00 | SF |
| 12/20/11 13:55 | POSTAGE-DEBIT | -1.54 | -1,716.73 | 0.00 | | | 2.64 | 0.00 | SF |
| 12/27/11 10:31 | XEROX-DEBIT | -1.50 | -1,718.23 | 0.00 | | | 2.64 | 0.00 | SF |
| 12/28/11 12:18 | POSTAGE-DEBIT | -0.88 | -1,719.11 | 0.00 | | | 2.64 | 0.00 | SF |
| 12/30/11 00:32 | FILING FEES-11S16 | -2.64 | -1,721.75 | 0.00 | | | 0.00 | 0.00 | SF |
| 01/03/12 15:18 | POSTAGE-DEBIT | -0.44 | -1,722.19 | 0.00 | | | 0.00 | 0.00 | SF |
| 01/05/12 15:15 | 1 CUSTODIAN | 13.20 | -1,708.99 | 6.60 | MANDATORY | 5.28 | 5.28 | 1.32 | SF |
| 01/09/12 16:24 | POSTAGE-DEBIT | -0.88 | -1,709.87 | 5.72 | | | 5.28 | 0.44 | SF |
| 01/17/12 09:54 | POSTAGE-DEBIT | -1.28 | -1,711.15 | 4.44 | | | 5.28 | 0.00 | SF |
| 01/18/12 13:40 | XEROX-DEBIT | -7.00 | -1,718.15 | 0.00 | | | 5.28 | 0.00 | SF |
| 01/20/12 13:34 | POSTAGE-DEBIT | -1.28 | -1,719.43 | 0.00 | | | 5.28 | 0.00 | SF |
| 01/31/12 00:29 | FILING FEES-11CV116 | -2.64 | -1,722.07 | 0.00 | | | 0.00 | 0.00 | SF |
| 01/31/12 00:29 | FILING FEES-11S16 | -2.64 | -1,724.71 | 0.00 | | | 0.00 | 0.00 | SF |
| 02/02/12 16:21 | 1 CUSTODIAN | 12.83 | -1,711.88 | 6.42 | MANDATORY | 5.14 | 5.14 | 1.28 | SF |
| 02/06/12 10:30 | XEROX-DEBIT | -10.00 | -1,721.88 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/07/12 11:55 | XEROX-DEBIT | -5.00 | -1,726.88 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/21/12 16:23 | XEROX-DEBIT | -9.50 | -1,736.38 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/21/12 16:24 | XEROX-DEBIT | -9.25 | -1,745.63 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/27/12 11:39 | POSTAGE-DEBIT | -5.40 | -1,751.03 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/27/12 14:23 | XEROX-DEBIT | -3.50 | -1,754.53 | 0.00 | | | 5.14 | 0.00 | SF |
| 02/29/12 00:24 | FILING FEES-11CV116 | -2.57 | -1,757.10 | 0.00 | | | 0.00 | 0.00 | SF |
| 02/29/12 00:24 | FILING FEES-11S16 | -2.57 | -1,759.67 | 0.00 | | | 0.00 | 0.00 | SF |
| 03/02/12 16:05 | 1 CUSTODIAN | 12.60 | -1,747.07 | 6.30 | MANDATORY | 5.04 | 5.04 | 1.26 | SF |
| 03/06/12 16:01 | XEROX-DEBIT | -5.50 | -1,752.57 | 0.80 | | | 5.04 | 0.00 | SF |
| 03/08/12 12:05 | POSTAGE-DEBIT | -1.55 | -1,754.12 | 0.00 | | | 5.04 | 0.00 | SF |
| 03/26/12 16:37 | HYGIENE ITEMS DEBIT | -0.44 | -1,754.56 | 0.00 | | | 5.04 | 0.00 | SF |
| 03/30/12 00:24 | FILING FEES-11S16 | -2.52 | -1,757.08 | 0.00 | | | 0.00 | 0.00 | SF |
| 03/30/12 00:24 | FILING FEES-11CV116 | -2.52 | -1,759.60 | 0.00 | | | 0.00 | 0.00 | SF |
| 04/02/12 14:10 | POSTAGE-DEBIT | -1.95 | -1,761.55 | 0.00 | | | 0.00 | 0.00 | SF |
| 04/02/12 14:15 | XEROX-DEBIT | -6.50 | -1,768.05 | 0.00 | | | 0.00 | 0.00 | SF |
| 04/03/12 16:01 | 1 CUSTODIAN | 12.00 | -1,756.05 | 6.00 | MANDATORY | 4.80 | 4.80 | 1.20 | SF |
| 04/03/12 16:52 | 1 UNASSIGNED | 0.46 | -1,755.59 | 6.23 | MANDATORY | 0.18 | 4.98 | 1.25 | SF |
| 04/09/12 12:07 | XEROX-DEBIT | -2.50 | -1,758.09 | 3.73 | | | 4.98 | 0.00 | SF |
| 04/09/12 12:07 | XEROX-DEBIT | -28.75 | -1,786.84 | 0.00 | | | 4.98 | 0.00 | SF |
| 04/10/12 14:22 | POSTAGE-DEBIT | -6.39 | -1,793.23 | 0.00 | | | 4.98 | 0.00 | SF |
| 04/12/12 15:48 | PAYROLL-CREDIT | 0.60 | -1,792.63 | 0.30 | MANDATORY | 0.24 | 5.22 | 0.00 | SF |
| 04/12/12 16:06 | PAYROLL-CREDIT | 0.60 | -1,792.03 | 0.60 | MANDATORY | 0.24 | 5.46 | 0.00 | SF |
| 04/13/12 09:20 | XEROX-DEBIT | -2.00 | -1,794.03 | 0.00 | | | 5.46 | 0.00 | SF |
| 04/17/12 12:26 | XEROX-DEBIT | -6.50 | -1,800.53 | 0.00 | | | 5.46 | 0.00 | SF |
| 04/20/12 11:44 | POSTAGE-DEBIT | -1.70 | -1,802.23 | 0.00 | | | 5.46 | 0.00 | SF |
| 04/20/12 11:51 | POSTAGE-DEBIT | -1.35 | -1,803.58 | 0.00 | | | 5.46 | 0.00 | SF |
| 04/27/12 00:29 | FILING FEES-11S16 | -2.73 | -1,806.31 | 0.00 | | | 0.00 | 0.00 | SF |
| 04/27/12 00:29 | FILING FEES-11CV116 | -2.73 | -1,809.04 | 0.00 | | | 0.00 | 0.00 | SF |
| 05/04/12 15:44 | 1 CUSTODIAN | 12.60 | -1,796.44 | 6.30 | MANDATORY | 5.04 | 5.04 | 1.26 | SF |
| 05/04/12 23:22 | MEDICAL APPOINT | -3.00 | -1,799.44 | 3.30 | | | 5.04 | 0.00 | SF |
| 05/21/12 11:42 | POSTAGE-DEBIT | -2.00 | -1,801.44 | 1.30 | | | 5.04 | 0.00 | SF |

NOTICE: This statement may not include most recent Withdrawals or Deposits.

## COLORADO DEPARTMENT OF CORRECTIONS
### Colorado Springs, Colorado
**Statement of Account Activity**
Period: 07/15/2011 - 07/15/2013
Printed: 07/15/2013

**Name:** RUDNICK, JAMES
**Number:** 68432
**Location:** STERLING - SCF/UNIT04

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Encumbrances Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/12 12:34 | XEROX-DEBIT | -4.50 | -1,805.94 | 0.00 | | | 5.04 | 0.00 | SF |
| 05/22/12 09:34 | HYGIENE ITEMS DEBIT | -0.44 | -1,806.38 | 0.00 | | | 5.04 | 0.00 | SF |
| 05/29/12 16:54 | XEROX-DEBIT | -2.25 | -1,808.63 | 0.00 | | | 5.04 | 0.00 | SF |
| 05/31/12 00:24 | FILING FEES-11S16 | -2.52 | -1,811.15 | 0.00 | | | 0.00 | 0.00 | SF |
| 05/31/12 00:24 | FILING FEES-11CV116 | -2.52 | -1,813.67 | 0.00 | | | 0.00 | 0.00 | SF |
| 06/05/12 13:33 | XEROX-DEBIT | -6.25 | -1,819.92 | 0.00 | | | 0.00 | 0.00 | SF |
| 06/05/12 15:50 | 1 CUSTODIAN | 13.80 | -1,806.12 | 6.90 | MANDATORY | 5.52 | 5.52 | 1.38 | SF |
| 06/08/12 12:42 | POSTAGE-DEBIT | -0.90 | -1,807.02 | 6.00 | | | 5.52 | 0.48 | SF |
| 06/08/12 12:48 | POSTAGE-DEBIT | -0.60 | -1,807.62 | 5.40 | | | 5.52 | 0.00 | SF |
| 06/12/12 13:13 | XEROX-DEBIT | -5.75 | -1,813.37 | 0.00 | | | 5.52 | 0.00 | SF |
| 06/15/12 12:05 | POSTAGE-DEBIT | -1.55 | -1,814.92 | 0.00 | | | 5.52 | 0.00 | SF |
| 06/21/12 10:02 | XEROX-DEBIT | -17.50 | -1,832.42 | 0.00 | | | 5.52 | 0.00 | SF |
| 06/25/12 09:13 | POSTAGE-DEBIT | -5.10 | -1,837.52 | 0.00 | | | 5.52 | 0.00 | SF |
| 06/25/12 09:23 | POSTAGE-DEBIT | -0.65 | -1,838.17 | 0.00 | | | 5.52 | 0.00 | SF |
| 06/29/12 00:25 | FILING FEES-11CV116 | -2.76 | -1,840.93 | 0.00 | | | 0.00 | 0.00 | SF |
| 06/29/12 00:25 | FILING FEES-11S16 | -2.76 | -1,843.69 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/05/12 10:02 | POSTAGE-DEBIT | -0.65 | -1,844.34 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/06/12 15:43 | 1 CUSTODIAN | 12.60 | -1,831.74 | 6.30 | MANDATORY | 5.04 | 5.04 | 1.26 | SF |
| 07/09/12 12:59 | XEROX-DEBIT | -5.75 | -1,837.49 | 0.55 | | | 5.04 | 0.00 | SF |
| 07/16/12 13:08 | XEROX-DEBIT | -7.50 | -1,844.99 | 0.00 | | | 5.04 | 0.00 | SF |
| 07/20/12 14:48 | XEROX-DEBIT | -1.00 | -1,845.99 | 0.00 | | | 5.04 | 0.00 | SF |
| 07/26/12 23:22 | MEDICAL NO-SHOW | -3.00 | -1,848.99 | 0.00 | | | 5.04 | 0.00 | SF |
| 07/31/12 00:24 | FILING FEES-11CV116 | -2.52 | -1,851.51 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/31/12 00:24 | FILING FEES-11S16 | -2.52 | -1,854.03 | 0.00 | | | 0.00 | 0.00 | SF |
| 08/07/12 10:18 | XEROX-DEBIT | -27.75 | -1,881.78 | 0.00 | | | 0.00 | 0.00 | SF |
| 08/08/12 15:20 | 1 CUSTODIAN | 13.20 | -1,868.58 | 6.60 | MANDATORY | 5.28 | 5.28 | 1.32 | SF |
| 08/13/12 10:24 | POSTAGE-DEBIT | -4.60 | -1,873.18 | 2.00 | | | 5.28 | 0.00 | SF |
| 08/13/12 11:07 | XEROX-DEBIT | -2.25 | -1,875.43 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/17/12 11:08 | XEROX-DEBIT | -6.00 | -1,881.43 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/21/12 08:38 | HYGIENE ITEMS DEBIT | -0.44 | -1,881.87 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/23/12 11:17 | XEROX-DEBIT | -0.75 | -1,882.62 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/27/12 14:59 | POSTAGE-DEBIT | -4.60 | -1,887.22 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/27/12 15:21 | XEROX-DEBIT | -21.00 | -1,908.22 | 0.00 | | | 5.28 | 0.00 | SF |
| 08/31/12 00:25 | FILING FEES-11S16 | -2.64 | -1,910.86 | 0.00 | | | 0.00 | 0.00 | SF |
| 08/31/12 00:25 | FILING FEES-11CV116 | -2.64 | -1,913.50 | 0.00 | | | 0.00 | 0.00 | SF |
| 09/05/12 12:54 | 1 CUSTODIAN | 13.80 | -1,899.70 | 6.90 | MANDATORY | 5.52 | 5.52 | 1.38 | SF |
| 09/15/12 23:23 | MEDICAL APPOINT | -3.00 | -1,902.70 | 3.90 | | | 5.52 | 0.00 | SF |
| 09/21/12 23:22 | MEDICAL NO-SHOW | -3.00 | -1,905.70 | 0.90 | | | 5.52 | 0.00 | SF |
| 09/25/12 09:08 | HYGIENE ITEMS DEBIT | -0.44 | -1,906.14 | 0.46 | | | 5.52 | 0.00 | SF |
| 09/28/12 00:24 | FILING FEES-11S16 | -2.76 | -1,908.90 | 0.00 | | | 0.00 | 0.00 | SF |
| 09/28/12 00:24 | FILING FEES-11CV116 | -2.76 | -1,911.66 | 0.00 | | | 0.00 | 0.00 | SF |
| 10/04/12 23:23 | MEDICAL APPOINT | -3.00 | -1,914.66 | 0.00 | | | 0.00 | 0.00 | SF |
| 10/12/12 07:44 | 1 CUSTODIAN | 12.00 | -1,902.66 | 6.00 | MANDATORY | 4.80 | 5.04 | 0.96 | SF |
| 10/12/12 07:44 | 1 CUSTODIAN | 0.60 | -1,902.06 | 6.30 | MANDATORY | 0.24 | 5.04 | 1.26 | SF |
| 10/19/12 11:24 | XEROX-DEBIT | -1.00 | -1,903.06 | 5.30 | | | 5.04 | 0.26 | SF |
| 10/31/12 00:24 | FILING FEES-11CV116 | -2.52 | -1,905.58 | 2.78 | | | 0.00 | 2.78 | SF |
| 10/31/12 00:24 | FILING FEES-11S16 | -2.52 | -1,908.10 | 0.26 | | | 0.00 | 0.26 | SF |
| 11/02/12 14:13 | 1 CUSTODIAN | 9.30 | -1,898.80 | 4.91 | MANDATORY | 3.72 | 3.72 | 1.19 | SF |

NOTICE: This statement may not include most recent Withdrawals or Deposits.

# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 07/15/2011 - 07/15/2013
Printed: 07/15/2013

**Name:** RUDNICK, JAMES
**Number:** 68432
**Location:** STERLING - SCF/UNIT04

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Encumbrances Amount | Encumbrances Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 11/06/12 10:32 | HYGIENE ITEMS DEBIT | -0.44 | -1,899.24 | 4.47 | | | 3.72 | 0.75 | SF |
| 11/30/12 00:26 | FILING FEES-11S16 | -1.86 | -1,901.10 | 2.61 | | | 0.00 | 2.61 | SF |
| 11/30/12 00:26 | FILING FEES-11CV116 | -1.86 | -1,902.96 | 0.75 | | | 0.00 | 0.75 | SF |
| 12/04/12 16:32 | 1 CUSTODIAN | 9.00 | -1,893.96 | 5.25 | MANDATORY | 3.60 | 3.60 | 1.65 | SF |
| 12/13/12 15:29 | DONATIONS-DEBIT | -1.00 | -1,894.96 | 4.25 | | | 3.60 | 0.65 | SF |
| 12/31/12 00:26 | FILING FEES-11S16 | -1.80 | -1,896.76 | 2.45 | | | 0.00 | 2.45 | SF |
| 12/31/12 00:26 | FILING FEES-11CV116 | -1.80 | -1,898.56 | 0.65 | | | 0.00 | 0.65 | SF |
| 01/03/13 16:27 | 1 CUSTODIAN | 9.30 | -1,889.26 | 5.30 | MANDATORY | 3.72 | 3.72 | 1.58 | SF |
| 01/14/13 10:42 | XEROX-DEBIT | -3.50 | -1,892.76 | 1.80 | | | 3.72 | 0.00 | SF |
| 01/28/13 11:04 | XEROX-DEBIT | -2.25 | -1,895.01 | 0.00 | | | 3.72 | 0.00 | SF |
| 01/31/13 00:25 | FILING FEES-11S16 | -1.86 | -1,896.87 | 0.00 | | | 0.00 | 0.00 | SF |
| 01/31/13 00:25 | FILING FEES-11CV116 | -1.86 | -1,898.73 | 0.00 | | | 0.00 | 0.00 | SF |
| 02/07/13 16:33 | 1 CUSTODIAN | 9.30 | -1,889.43 | 4.65 | MANDATORY | 3.72 | 3.72 | 0.93 | SF |
| 02/11/13 15:09 | XEROX-DEBIT | -1.00 | -1,890.43 | 3.65 | | | 3.72 | 0.00 | SF |
| 02/26/13 09:40 | XEROX-DEBIT | -5.75 | -1,896.18 | 0.00 | | | 3.72 | 0.00 | SF |
| 02/28/13 00:25 | FILING FEES-11S16 | -1.86 | -1,898.04 | 0.00 | | | 0.00 | 0.00 | SF |
| 02/28/13 00:25 | FILING FEES-11CV116 | -1.86 | -1,899.90 | 0.00 | | | 0.00 | 0.00 | SF |
| 03/01/13 16:41 | 1 CUSTODIAN | 8.40 | -1,891.50 | 4.20 | MANDATORY | 3.36 | 3.36 | 0.84 | SF |
| 03/04/13 09:46 | POSTAGE-DEBIT | -1.32 | -1,892.82 | 2.88 | | | 3.36 | 0.00 | SF |
| 03/13/13 09:37 | POSTAGE-DEBIT | -1.98 | -1,894.80 | 0.90 | | | 3.36 | 0.00 | SF |
| 03/13/13 10:07 | XEROX-DEBIT | -6.00 | -1,900.80 | 0.00 | | | 3.36 | 0.00 | SF |
| 03/29/13 00:24 | FILING FEES-11S16 | -1.68 | -1,902.48 | 0.00 | | | 0.00 | 0.00 | SF |
| 03/29/13 00:24 | FILING FEES-11CV116 | -1.68 | -1,904.16 | 0.00 | | | 0.00 | 0.00 | SF |
| 04/03/13 16:08 | 1 CUSTODIAN | 9.30 | -1,894.86 | 4.65 | MANDATORY | 3.72 | 3.72 | 0.93 | SF |
| 04/30/13 00:25 | FILING FEES-11CV116 | -1.86 | -1,896.72 | 2.79 | | | 0.00 | 2.79 | SF |
| 04/30/13 00:25 | FILING FEES-11S16 | -1.86 | -1,898.58 | 0.93 | | | 0.00 | 0.93 | SF |
| 05/02/13 16:29 | 1 CUSTODIAN | 9.00 | -1,889.58 | 5.43 | MANDATORY | 3.60 | 3.60 | 1.83 | SF |
| 05/21/13 23:24 | OPTOMETRY APPOINT | -3.00 | -1,892.58 | 2.43 | | | 3.60 | 0.00 | SF |
| 05/31/13 00:26 | FILING FEES-11S16 | -1.80 | -1,894.38 | 0.63 | | | 0.00 | 0.63 | SF |
| 05/31/13 00:26 | FILING FEES-11CV116 | -1.80 | -1,896.18 | 0.00 | | | 0.00 | 0.00 | SF |
| 06/03/13 14:25 | PAYROLL-CREDIT | 0.60 | -1,895.58 | 0.30 | | | 0.00 | 0.30 | SF |
| 06/03/13 15:46 | 1 CUSTODIAN | 9.30 | -1,886.28 | 4.95 | MANDATORY | 3.72 | 3.72 | 1.23 | SF |
| 06/05/13 16:46 | HYGIENE ITEMS DEBIT | -0.44 | -1,886.72 | 4.51 | | | 3.72 | 0.79 | SF |
| 06/27/13 10:01 | XEROX-DEBIT | -3.75 | -1,890.47 | 0.76 | | | 3.72 | 0.00 | SF |
| 06/28/13 00:25 | FILING FEES-11CV116 | -1.86 | -1,892.33 | 0.00 | | | 0.00 | 0.00 | SF |
| 06/28/13 00:25 | FILING FEES-11S16 | -1.86 | -1,894.19 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/01/13 23:24 | DENTAL APPOINT | -3.00 | -1,897.19 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/02/13 11:52 | XEROX-DEBIT | -2.50 | -1,899.69 | 0.00 | | | 0.00 | 0.00 | SF |
| 07/08/13 16:31 | 1 CUSTODIAN | 9.00 | -1,890.69 | 4.50 | MANDATORY | 3.60 | 3.60 | 0.90 | SF |
| 07/10/13 16:17 | HYGIENE ITEMS DEBIT | -0.44 | -1,891.13 | 4.06 | | | 3.60 | 0.46 | SF |

**NOTICE:** This statement may not include most recent Withdrawals or Deposits.

COLORADO DEPARTMENT OF CORRECTIONS  
Colorado Springs, Colorado  
**Statement of Account Activity**  
Period: 07/15/2011 - 07/15/2013  
Printed: 07/15/2013

**Name:** RUDNICK, JAMES  
**Number:** 68432  
**Location:** STERLING - SCF/UNIT04

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 07/15/13 23:58 | Ending Balance | | -1,891.13 | 4.06 | | | 3.60 | 0.46 | |
| | Total Deposits: | 279.39 | | | | | | | |
| | Total Withdrawals: | 2,234.74 | | | | | | | |

### Account Information as of 07/15/2013 2:55PM

| Status: ACTIVE | Current Balance: | -1,891.13 | Total Money In Hold: | $0.00 |
|---|---|---|---|---|
| | Total Reserved/Encumbered: | $3.60 | Available Balance | $0.46 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

NOTICE: This statement may not include most recent Withdrawals or Deposits.

Page 5 of 5