FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8/1/13
JEFFREY P. COLWELL, CLERK

RECEIVED

JUL 29 2013

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Special Master Judge Borchers

Civil Action No. 92-CV-0870 JLK(CMA)

Plaintiff,(s)
JESSE MONTEZ, et. al.,
v.

Defendant,(s)
JOHN HICKENLOOPER, et. al.,

---

MOTION REQUESTING ORDER TO PROVIDE CLAIMANT LEGAL COPIES OPTIONS

---

Claimant: James Rudnick (pro se)
Claim No: 01-092   Catagory: I
Claimant Address: C.D.O.C., Reg. No. 68432
S.C.F. 4A Box 6000
Sterling, CO 80751

Comes Now, Claimant Rudnick, pro se, presents for this Court his MOTION REQUESTING ORDER TO PROVIDE CLAIMANT LEGAL COPIES OPTIONS and as grounds therefor, states:

1. Claimant is indigent and without counsel representation to do his legal claim filings that are necessary, meritorious, and, under TIME constraints, pertaining to this above Civil Action.

2. Claimant is without funds to pay for copies and postage which has; resulted in furthering his debt on his prison account; resulted in denials of legal document copies; and, may also result in denial of postage, based on C.D.O.C. Admin. Regulations Limiting Legal Postage due to "debt amount".

3. Claimant has no other means available to him to obtain Legal Copies for, this Court at this C.D.O.C. Facility.

1.

4. Claimant does need (at minimum) one copy of all future filings made to this Court for his own record, because this legal action pursued is not likely to be resolved very soon, and the copies will be necessary for review and reference. [ and this involves chronic care Medical Accommodations – for Claimant while he is serving a LIFE sentence ].

5. The issue of copies is relevant because the Defendants are currently NOT in compliance with the Accommodation items this Claimant needs (as Ordered by this Court 2005) and which now are in need of "Replacement" – A matter now being Challenged and delayed by the Defendants.

6. Claimant is now, and will suffer harm if he is not able to provide this Court copies and the postage to send out his legal filings (especially if any of his documents get lost or delayed past time bar.)

7. The Cost of Legal Copies for Prisoners is 25¢ per page -or- a "days wage", which significantly limits one's ability to file timely with the Courts, and to avoid going into major debt.

8. The Cost of Copies is negligible for the Defendants (or the Class Counsel) but is a prejudicially unfair burden for those with little or no means and negative Account balances.

9. Claimant was NOT awarded any reimbursement costs, or, "Court Ordered" dollar amounts (in the original 2005 Order for this Claimant) - And Defendants have not PAID any dollar amount for the many months of Non-Compliance (per the YELLOW POSTER Stipulation-Resolution).

10. Claimant does not want to lose his Medical Accommodations because he is without funds to make COPIES and MAIL

2.


Therefore, this Claimant has listed the following LEGAL COPIES (and POSTAGE) OPTIONS for this Court's consideration and OFFICIAL RULING:

OPTION (1) Order FREE COPIES be provided this Claimant to be paid for by:
    (a) the Defendants, or
    (b) the Class Counsel, or
    (c) the Court — until later determination

OPTION (2) Order allowing SINGLE-COPY FILING with
    (a) Single Copy FREE for Claimant (PAID by CDOC), or
    (b) Court Clerk to make and Return Copy to Claimant

OPTION (3) Order providing FULL REIMBURSEMENT for Copies be PAID to Claimant by (1)(a), (b), or (c).

OPTION (4) Order allowing E-MAIL or "DIRECT to COURT" ELECTRONIC FILING
    (a) Accomplished by Facility Law Library (in Claimant's presence)
    (b) by Facility Housing Office (see below (5))

OPTION (5) Order for Defendants to provide Claimant In-Cell Computer Access and memory stick —
    — for Defendants to make Lap top computer Available for Claimants use in-cell
    [to prepare and record for # (4) Above]

Note: the CDOC has Lap top computers that were made available for inmate use and allowed some inmates Access for in-cell use.

OPTION (6) Order for Defendants to provide additional Law Library Computer Access Time* and (1), (2), or (4) above.

(ALSO) (7) Order for FREE Legal Mail postage to be Paid by:
    (a) Defendants, or,
    (b) Class Counsel, or,
    (c) Claimant (with NO Debt restrictions applied)

In support and as grounds for the above, Claimant has the following Legal Actions currently being prepared which are TIME restricted: (page 4)

[(*) Currently Only (1) session has been scheduled per week @ SCF law library]

3.

- Claimant's Objection to Defendants Montez Jurisdiction Response (or sur reply) and Affidavit (or Declaration)
- Claimant's Judicial Notice and Affidavit (re: status)
- Claimant's presentation for 3-Judge Court
- And, Additional Federal and State Legal Filings
    - Federal Habeas Criminal
    - Federal Habeas Civil
    - 2nd Medical Claim
    - Inadequate Care Claims
    - Sentencing Court Modification Issue, and,
    - Vision, Mobility, and Environment Claims
    - (and more)

Claimant should not be Restricted Access to the Courts because of lack of funds — or — because of a State Prison System that has a ~~fear of technology~~ (like computers) in this 21st Century — Especially when it is these Defendants that call themselves a "Corrections Department" which has Operations, Policies, and Mission Statements about them Providing "Quality care" and "rehabilitation" for the eventual reintegration into society. — And, it is this Claimant merely seeking proper and fair Medical Relief Accommodations that are obvious, as well as part of this Court's Order (2005)

Therefore, Claimant Requests of this Court an Order for Relief on costs for copies and Postage in One of the Above Described Options and any other Relief as this Court deems proper.

Respectfully Submitted this date: 7-19-13

James Rudnick

4.

## CERTIFICATE OF INABILITY TO PROVIDE SERVICE

I CERTIFY THAT I COULD NOT PROVIDE A COPY TO ANY OF THE FOLLOWING PARTIES (LISTED BELOW) AND THAT I AM UNABLE TO PROVIDE SERVICE BY ANOTHER MEANS. (BECAUSE OF MY INDIGENCY): Mailed US Mail Prepaid on THIS DATE: ~~7-22-13~~

A COPY SHOULD BE PROVIDED TO EACH LISTED PARTY (AND MYSELF) FOR THE FAIRNESS OF DUE PROCESS.

Mailed 7-25-13

*James Rudnick* (signature)

FEDERAL DISTRICT COURT - CLERK
Judge Arguello
901 19th St. Rm A-105
Denver CO 80294

COLORADO ATTORNEY GENERAL OFFICE
Ralph L Carr Colorado Judicial Center
1300 Broadway, 10th floor
Denver CO 80203

SPECIAL MASTER JUDGE BORCHERS
Legal Resolution Center
7828 Vance Dr. Suite 108
Arvada CO 80003

CLAIMANT JAMES RUDNICK
CDOC Reg. No 68432
4 A S.C.F. Box 6000
Sterling, CO 80751

*James Rudnick* (signature)