**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 14 2013

JEFFREY P. COLWELL
CLERK

US DISTRICT COURT
Judge Arguello
901 19th Street Rm A-105
Denver CO 80294

August 10th 2013

James Rudnick
CDOC Reg # 68432
SCF 4A Box 6000
Sterling CO 80751

RE: **MONTEZ-CLASS** CASE: 92-CV-00870 CMA
CLAIMANT: RUDNICK  01-092  MOBILITY-ADA

To: Judge Arguello,

I am writing you to update you on the latest developments regarding my **MOBILITY** CLAIM (FOR: BOOTS AND ORTHOTICS) THAT HAVE **NOT** BEEN REPLACED.

THE **CURRENT** ACCOMMODATIONS ARE WORN-OUT AND THE "BOOTS" NEVER DID PROPERLY-FIT MY FEET (I.E: WRONG SIZE-SHAPE)

THIS HAS BEEN AN ONGOING ISSUE WITH THE DEFENDANTS' NON-COMPLIANCE AND SUBVERSIVE TACTICS.

I NOW RAISE THE LATEST — "LYING" ABOUT TREATMENT AND PROVISIONS.

THE STERLING A.I.C. (LT. SCOTT) HAS CLAIMED "THEY HAVE BEEN ACTIVELY WORKING ON MY ACCOMMODATIONS"  [THEY HAVE NOT]
    SEE: PREVIOUSLY FILED **JUDICIAL NOTICE** AND **DECLARATION**

**AFTER** A MEETING WITH CLASS-COUNSEL (LAST WEEK) LT. SCOTT ASKED ME IF I HAD GOTTEN MY ACCOMMODATION, NEW BOOTS. (SEEING THAT I HAD NOT) THEN ACCUSED ME OF "REFUSING TO GET THEM FROM MEDICAL"   [I DID NOT KNOW OF ANY NEW BOOTS]

Ms. SCOTT THEN ACCUSED ME OF LYING — BECAUSE "THEY HAD CALLED ME, AND, I REFUSED TO GO"   [THIS IS FALSE]

    NEITHER 'LIVING UNIT STAFF' NOR 'OTHER PRISONERS' HEARD A CALL FOR ME TO "REPORT TO MEDICAL"

LT. SCOTT THEN TOLD ME THAT THE BOOTS WERE "SENT BACK AFTER REPAIRS OR MODIFICATION AND THAT I NEED TO 'KITE' MEDICAL IF I WANT THEM"

I FILED A KITE THAT DAY FOR MEDICAL TO GET AN APPOINTMENT TO 'TEST FIT' THESE (UNKNOWN) NEW BOOTS — THAT WERE "REPAIRED OR MODIFIED".

THE NEXT DAY, I WAS NOTIFIED BY A LAUNDRY WORKER THAT MY BOOTS HAVE BEEN "TAGGED" ALREADY.

- MEDICAL ACCOMMODATIONS ARE "TAGGED" BY THE FACILITY FOR IDENTIFICATION PURPOSES
- THIS TAGGING IS ONLY TO BE DONE AFTER THE ACCOMMODATION HAS BEEN "TRIED", "FITTED", AND, "FOUND ACCEPTABLE".
- AN "ACCEPTANCE AND AGREEMENT" FORM IS THEN SUPPOSED TO BE PROVIDED FOR PRISONER ACCEPTANCE.
- ONLY THEN ARE THE "ACCEPTABLE" ACCOMMODATIONS SENT OVER FOR "TAGGING"   (NORMALLY)
- S.C.F. CLINICAL SERVICES (MEDICAL DEPT.) THEN CALLS FOR US TO GO "PICK-UP OUR ACCOMMODATIONS"

I DO NOT KNOW WHAT THESE BOOTS ARE.
I HAVE NOT 'TEST-FIT' OR SEEN THEM, TO MY KNOWLEDGE.
I HAVE NOT SIGNED ANY "ACCEPTANCE/AGREEMENT" FORM.
I WAS NEVER "CALLED" TO MEDICAL - LAST WEEK ON THIS.

NOTE: (IF) THESE "BOOTS" ARE THE ONES OFFERED 4-5 MONTHS AGO THAT WERE THE WRONG SIZE AND SHAPE., I DO NOT KNOW.

[THIS MATTER WAS DISCUSSED AT THE SCF STAFFING* (THEN)]

* I WAS TOLD "YOU'RE NOT GETTING NEW BOOTS" - SEE: PREVIOUS FILINGS

I AM NOTIFYING YOU, AND CLASS COUNSEL, OF THIS UNACCEPTABLE TREATMENT OVER THIS COURT'S "ORDERED ACCOMMODATIONS".

I FEEL THAT WITHOUT THIS COURT'S COMPLIANCE INTERVENTION THE UNPROFESSIONAL BEHAVIOR (HERE) WILL SIMPLY CONTINUE.

SINCERELY,
[signature]

COPY: CLASS COUNSEL:
       PAULA GREISEN
FILE