**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
6/19/13
**JEFFREY P. COLWELL, CLERK**

Received 6/24/13

24 June 2013

Judge R. Borchers
Special Master

Gerald Sensabaugh
DOC #100656
Claim No. 03-146

Judge Borchers:

On May 16 2006 you issued your order in my case (a medical mattress, tennis shoes, $250.00) at the time I was in C.S.P.. While at CSP when either the shoes or mattress became worn out, I sent a kite to medical and they (DME) were replaced with brand new items in 2 or 3 days in compliance with paragraph 28 of the 2008 stipulation.

When I was moved to S.C.F. (Sterling) in Oct. 2011 I notified the nurse on intake that I needed new shoes. (In April 2012 I was given new shoes that were not proper fitting. I was told by LT Scott "I could wear them or go to Seg".)

In May 2012 (5th) I sent a kite to medical to replace the worn out mattress. The person in charge (paragraph 28) at SCF was/is LT. Scott; she refused to replace the the worn out medical mattress, at which time I

(i)

Filed a grievance (they refused to give me copies of the grievance) Amanda Musslewhite #18288 answered the grievance & denied it! (Grievance No. #M-SF 12/13-00026707-1).

I was placed in Seg for a couple of months and (no write up.) In Oct 2012 moved to CTCF, took old worn out mattress with me; notified medical here they refused to replace the mattress. Point of fact: in Jan. 2013 I was taken to DRDC (Denver) on unrelated medical trip for a month upon my return Cellhouse 1 staff had "lost" the medical mattress again I asked medical to comply with your order they refused.

In the interim on Oct 2 2012 before being shipped to CTCF I filed a §1983 lawsuit (1:12-CV-02619BNB) alleging 8th amendment violation; as I feel the order you issued does not expire, because sure as hell my condition has NOT expired!

Furthermore as CDOC entered into a contract with the members of the Montez class to provide certain conditions and health care appliances

(2)

AND Their (CDOC) Refusal to meet those obligations is a violation of Contractual Law <u>Shoshone-Bannock Tribes of Ft Hall Vs Shalala, 58 FSupp 1191 (1999)</u>, AND CDOC's Refusal's on a number of times lead to the 2006 and the 2008 stipulations from Judge Kane.

The Likeihood of future violations is inferred from the totality of circumstances, including the commission of past illegal conduct. <u>U.S. Vs. Oregon State Medical Society</u> 72 S.Ct. 690 695 (1952). In light of CDOC's past and present violations of the ADA. Law it is reasonable to infer that future misconduct will occur (emphisis added) by the Defendants (CDOC).

Judge Borchers I would ask that you order CDOC to give me a new medical mattress as stated in the 2006 order and that some type of Replacement time be put on it (a year?), and that the order be until such a time as the completeion of my time in CDOC. Also; this denial supports a finding of deliberate indifference, <u>Johnson V Hardin County Ky 908 F2d 1280 1284 (1990)</u>.

(3)

Furthermore C.D.O.C. and the Courts "good intentions" do NOT excuse a serious systemic deficiency. Wellman v. Faulkner 715 F2d 269 273 (1983) which is an ongoing thing in CDOC.

Also Judge I would ask for Injunctive Relief of $25,000⁰⁰ to deter future wrongful acts by CDOC; United States Vs W.T. Grant Co. 73 S.Ct. 894 897 (1953)

I have a question: when you ordered CDOC to give me $250⁰⁰, they kept $50⁰⁰ were they allowed to do that?

25 June 2013
Gerald Sensabaugh
G. Sensabaugh #100656
CTCF
P.O. Box 1010
Canon City CO 81215

Certificate of Service

I mailed postage prepaid the enclosed motion letter to

Judge Richard Borchers
Special Master
7828 Vance Dr #108
Arvada CO 80003

CC: J. Bezoza Esq
1670 York St.
Denver CO 80206

(4)

**Colorado Department Of Corrections**

Name: Sensaugh

Register Number: 100656    Claim No. A03-146

Unit: CICF

Box Number: 1010

City, State, Zip: Canon City CO 81215

---

DENVER CO 810

29 JUN 2013 PM 5 L

Judge Richard Borchers
Special Master for The U.S. District Court
L.R.C.
7828 Vance Dr. Suite 108
Arvada, CO. 80003

