Exhibit 1

---

| | |
|---|---|
| **From:** | Paula Greisen |
| **Sent:** | Tuesday, January 22, 2013 11:16 AM |
| **To:** | James Quinn; 'Beth McCann'; 'Representative McCann' |
| **Cc:** | Ed Ramey; 'Blain Myhre'; 'Lara E. Baker'; Dana Menzel; Laurie Mool |
| **Subject:** | Montez - round 257 |

Hi Jim and Beth, We are getting ready to make another round of visits to the facilities and think that there are a few items that we should talk about.

First, I got a call from Darlene about the letters that we prepared for our clients. I explained to her that we wanted them addressed to each client because, if we got a letter returned, we would easily know who did not get their letter. Darlene indicated that DOC wanted to take the names off the envelopes and just distribute them with a sign-up sheet at each facility showing who got them. I explained that the problem with that arrangement is that it would be very time-consuming for us to then take a sign-up sheet and cross-reference it with the AIC database to try to figure out who did not get our letter. Darlene and I talked about talking directly to Julie about how to deal with this, and left it that we would discuss it further. I have never heard back. However, Laurie Mool did get a call from Darlene asking for 200 more letters. So, long story short – I am not sure what is happening and how the letters are being distributed. It would seem that this would be a pretty easy issue for us to resolve by talking it through, but for whatever reason, that does not appear to be happening. Please let me know how this is being handled.

Next, we need to get an updated list regarding where all of our clients who were housed at Ft. Lyon were sent as a result of the prison closing. We got such a list the fall/winter before the closing, but have not received an update.

Also, it is probably a good idea if we schedule a meeting with you two and Julie and the plaintiffs' team in the near future to talk about the upcoming facility visits and information gathering during the monitoring period. I guess the first item up for discussion is whether we are all going to agree to Judge Arguello taking over Judge Kane's role for appeal of the special master's decisions. I assumed that she would fill this role and just need to know whether you have any objection to that. As you know, Borchers wants to have a conference call about this but if we can agree on it, we can probably just call and tell him without further formality.

We are also working on a list of information that we need and can discuss that at our meeting. Let me know if this sounds good to you and if you can fill us in on the other items listed above. Thanks,

Paula Greisen
King & Greisen, LLP
1670 York Street
Denver, CO  80206
P 303-298-9878
F 303-298-9879

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.