Exhibit 5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

---

**PLAINTIFFS' FIRST SET OF "MONITORING PERIOD" INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

---

    Plaintiffs, through their counsel, submit the following Interrogatories and Requests for Production of Documents to the Defendants pursuant to Section XXXI of the Remedial Plan (dated August 27, 2003) [Doc. 441], the Court's Findings and Conclusions re Phase I of Class Action Settlement (dated September 11, 2012) [Doc. 5314] directing that the two-year "Monitoring Period" under Section XXXI of the Remedial Plan shall commence on October 1, 2012, and Fed.R.Civ.P. 33 and 34:

## INSTRUCTIONS AND DEFINITIONS

    1.    Defendants are requested to respond separately, fully, and in writing to each of the Interrogatories and the Requests for Production of Documents ("Requests")

set forth below, and to produce the documents and things identified for inspection and copying, within thirty (30) days after being served herewith.

2. As used herein, the terms "you" or "your" refers to the Defendants and any person acting on their behalf.

3. As used herein, the term "document" is used in its broadest extent and shall mean and include all items described in Fed.R.Civ.P. 34(a)(1).

4. As used herein, the term "person" means any individual, entity, or governmental agency or office.

5. In responding to these Interrogatories and Requests, you are requested to furnish all such information as is available or known to you and all of your employees, representatives, and agents, including your attorneys, unless such information is claimed to be privileged or otherwise excepted from discovery. Should you claim a privilege or exception, please identify the general nature of the information regarding which you are making such claim, together with the grounds for such claim.

6. In the event you withhold any document as privileged or otherwise excepted from discovery, please provide a list of the documents withheld and state the following information with regard to each such document;

    a. The date appearing on the document and, if it has no date, the date or approximate date on which it was prepared;

    b. The title, label, code number, or file number of the document;

    c. The identity of the person or persons who prepared or transmitted the document;

    d.  The identity of all persons to whom the document was addressed, directed, or delivered;

    e.  A general description of the subject matter of the document; and

    f.  The grounds upon which the document is being withheld.

  7.  If you know that any document(s) within the scope of these Requests has been destroyed or lost, or is unavailable for any reason, please provide a written list of any such document(s), identifying each document as follows: the Request(s) the document pertains to; date; author's name, title, and address; addressee's name, title, and address; the name and address of every other person to whom the document was shown or sent; the subject matter of the document; the general character of the document; as clearly as possible, the exact content of the document; and reason for its destruction or unavailability.

  8.  Your responses and all documents produced pursuant to these Interrogatories and Requests should be provided and produced to the offices of King & Greisen LLP, 1670 York Street, Denver, Colorado 80206, to the attention of Paula Greisen.

  9.  These Interrogatories and Requests are to be deemed continuing and subject to a duty to supplement any responses as required by Fed.R.Civ.P. 26(e)(1).

  10.  Please set forth the text of each Interrogatory or Request immediately prior to the applicable response.

## INTERROGATORIES

1. Please state the name, business address, and business telephone number of each person who prepared or assisted in the preparation of your responses to these Interrogatories and Requests.

2. Please identify and provide a general description of the categories and types of records and/or databases currently maintained by the office of the Department of Corrections ADA Inmate Coordinator regarding inmates with disabilities, including, but not limited to, the following information:

    a. Whether such records or databases are in paper or electronic form, and, if in electronic form, the specific electronic format (e.g., Excel spreadsheet, searchable PDF, Microsoft Word, etc.);

    b. The fields or categories of information contained within all such databases;

    c. Whether, in what manner, with what frequency, and with regard to what information these records or databases are updated, supplemented, or purged; and

    d. Whether, by whom, and in what manner these records or databases are accessible by persons other than persons assigned to the office of the ADA Inmate Coordinator.

3. Please identify and provide a general description of the categories and types of records and/or databases currently maintained by the Defendants regarding

inmates with disabilities, *other than those identified in your Response to Interrogatory No. 2, above*, to include the following information:

    a.    Whether such records or databases are in paper or electronic form, and, if in electronic form, the specific electronic format (e.g., Excel spreadsheet, searchable PDF, Microsoft Word, etc.);

    b.    The fields or categories of information contained within all such databases;

    c.    Whether, in what manner, with what frequency, and with regard to what information these records or databases are updated, supplemented, or purged;

    d.    Who – by title or job position – is responsible for the maintenance of these records or databases; and

    e.    To whom these records or databases are accessible.

4.    Please identify and provide a general description of the types and contents of records and/or databases currently maintained by the Defendants regarding the following:

    a.    Inmates who have contacted the office of the ADA Inmate Coordinator for any reason, whether or not determined to have a disability;

    b.    Inmates who have requested or been referred for a disability classification or accommodation but have been determined by the Defendants not to qualify as having a disability or not to qualify for a disability accommodation; and

5

    c.  Inmates who have requested or been referred for a determination of disability status or qualification regarding whom a determination has not been made or is pending.

### REQUESTS FOR PRODUCTION OF DOCUMENTS

  1.  Please provide a current listing of the names and Department of Corrections numbers of all inmates who have been classified or determined by the Defendants to have a disability, together with the category or classification of the disability and the identity of the facility where the inmate is currently housed.

  2.  Please provide a listing of the names and Department of Corrections numbers of all inmates who have been screened or tested for a disability, or who have requested or been referred for such screening or testing, since December 1, 2008, who have been determined *not* to have a disability, together with the category or classification of the disability regarding which the determination was made and the identity of the facility where the inmate is currently housed.

DATED this 8th day of May, 2013.

Paula Greisen
Dana L. Menzel
Jennifer Weiser Bezoza
King & Greisen, LLP
1670 York Street
Denver, CO  80206
Phone:  303-298-9878
Fax:  303-298-9879
E-mail:  greisen@kinggreisen.com;
menzel@kinggreisen.com
Bezoza@kinggreisen.com

Blain D. Myhre
Blain Myhre LLC
P.O. Box 3600
Englewood, CO 80155
Phone: 303-250-3932
Email: blainmyhre@gmail.com

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Phone: 303-376-3712
Fax: 303-595-4750
Email: eramey@hpgfirm.com

Lara Marks Baker
Foster Graham Milstein &
Calisher, LLP
360 S. Garfield Street, Suite 600
Denver, CO 80209
Phone: 303-333-9810
Fax: 303-333-9786
Email: lbaker@fostergraham.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2013, the foregoing **PLAINTIFFS' FIRST SET OF "MONITORING PERIOD" INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** was served via e-mail and United States mail, postage pre-paid, to the following addressee:

(james.quinn@state.co.us)
James X. Quinn, Esq.
First Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
*Attorneys for Defendants*

Edward T. Ramey