Exhibit 10

---

| | |
|---|---|
| **From:** | Ed Ramey [eramey@hpgfirm.com] |
| **Sent:** | Friday, August 30, 2013 10:35 AM |
| **To:** | jacquelynn.richfredericks@state.co.us |
| **Cc:** | Paula Greisen; Blain Myhre (blainmyhre@gmail.com); lbaker@fostergraham.com; Jennifer Bezoza; Dana Menzel; Kim Jones; 'lhutchinson@fostergraham.com' (lhutchinson@fostergraham.com); Laurie Mool |
| **Subject:** | Montez monitoring period information requests |

Jacquie – I wanted to give you a courtesy "heads-up" regarding a motion to compel that Plaintiffs' class counsel will be filing later this morning regarding our apparent debacle over the discovery requests we sent you a few months back. I'm not sure what has gone wrong here, as I thought from your and my conversations – beginning with your letter to Ms. Greisen of June 11, our phone conversation of June 14, and my email back to you of June 14 – that we were moving in the direction of obtaining at least some of the information needed by class counsel to carry out our responsibilities during the monitoring period. Ultimately, however – and despite repeated assurances (which I'm sure were made in good faith by you) that various productions of information and data were about to be provided to us – nothing has been forthcoming. And no explanation has been forthcoming over the last couple weeks as to what has gone wrong. Unfortunately, the monitoring period is ticking away quite rapidly, and we, as class counsel, are finding ourselves significantly hampered in our ability to carry out the tasks required of us under the Remedial Plan and which, I'm sure, the Court expects of us. Thus the need for this motion.

Please understand that our hope is that we'll be able to work with you cooperatively to resolve whatever the issues may be that are causing the problems. Please give me a call – or feel free to contact any of the class counsel attorneys – so that we can discuss this further.

Thanks for your courtesies to date, and – please – let's see if we can get this train back on the tracks again.

Ed

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main:  303-595-4747
Direct:  303-376-3712
Fax:  303-595-4750
Email:  eramey@hpgfirm.com

This is a confidential and potentially privileged communication.  Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability.  If you are not the named recipient or have received this message in error, please delete it.  Do not forward or otherwise disseminate it in any way.

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.