September 4, 2013

U.S. District Court
Special Master Judge Christine Arguello
7907 Zenobia Street
Westminster, Co. 80030

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2013

JEFFREY P. COLWELL
CLERK

RE; Montez 92cv870 JLK OES  Barbara Freeman # 105776  RFA 3123
Everyday Assistant Living XIV

Your Honor;
I have been with Montez since 2003. Due to mobility. I have an OCA here at DWCF. The OCA assigned to me are suppose to be 2 or 3s. Yet I am assigned 1s which can do nothing but push wheelchairs; which I am not in at the present time. I need one who can walk with me and that I can hold on to. The OCAs assigned to me have problems doing their assigned duties, even when I get 2 or 3s. They get paid as 3s but refuse to do the job. There is a list of duties but they refuse to do the job. When asked to do the job, they disrespect me, treat me like dirt, refuse to do the job or just do not show up. I need an OCA to live in room with me or one close by that I can get to when I need them. I have neither. My medical problems require everyday assistance but I am refused this by the officers who do the schedules. Schedules are done on a weekly basis by each day.
Some OCA,s cannot be trusted in room as things get taken, their crimes are ones that state they should not be OCA,s. At all, they break the rules and regulations which are the AR,s, IA,s etc. their treatment of me is terrible and some have put me in jeopardy while walking. I have reported them but still am given them to help me. ? violate 1/2 way house/ parole they come back, look at the crimes
I received a hearing aid on 3/13/13 here at DWCF but to date have not been able to wear it. I do not have the use of either of my thumbs, hand problems as well, so need help with inserting it, taking it out and with adjustments depending on circumstances of where I am or who is talking or whatever. I do not hear announcements such as fire drills, lockdowns, medlines, meals or any other of the announcements unless some one is in the room with me.
There are only 2 OCA.s out of 30 + who have the knowledge and training to do my hearing aid. (Boyd and Schauerhammer) The officers who do the schedules refuse to let me have either or both of them daily. The schedules show these 2 can assist me but they are assigned to other ADA clients daily and are gone all the time. I am unable to get to them when I need them or could use them. I am 78 yrs. Old and have many medical problems, need help with things that require the use of my hands. When I requested one or either of them, I am refused. I do not have an OCA daily who will come let me know about announcements or help with the OCA duties. The 2 OCAs I mentioned above are always willing to help me when they are around and they do live in same unit on the first floor so I can get to them.
There are none of the OCAs trained for hearing aids + other duties for their positions 1,2 or 3s. There are many things they really need to know but their training was watch a video and the test was where the trainer gave them the answers. This type of training is not going to help them with any of the ADA clients.
I have gone up the chain of command all the way to the top of this facility. The officers who do the schedules are C/O Chamberlain & Sgt. Elliott. Lt. Bland told them what I need and I should have these 2 OCA,s but they still refuse. I have gone to Mr. Shoaga who is the ADA-AIC co-coordinator, Capt. Traxler, Major Mcfee, Associate Warden David Johnson and the warden Dona Zavislan. Still no help. All talk but nothing happens. I have on several occasions contacted Ed Ramey the Montez attorney about the problems as well. He promises to come see me, take care of the situation but never has come and nothing has been done since 5/20/13 when first notified Under the 8th amendment, ADA, Montez

and medical here at DWCF. I should be able to get the help I need. Even the AR,s which are the prison rules and regulations state that I should be given what is needed.

I am now coming to you, asking you for help through the court. I cannot get help any where else it seems.

Thanking you in advance for any and all help you will give me.


Respectfully;

*Barbara Freeman* (signature)

Barbara Freeman  # 105776
DWCF Unit 1  Room A 136
P>O Box 392005
Denver, Colorado  80239-8005