IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-870 - CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.
_____

Claim Number 03-146
Category:  III
Claimant:  Gerald Sensabaugh, #100656
Address of Claimant:  CTCF, P.O. Box 1010, Canon City, CO, 81215-1010
_____

**RESPONSE TO SEPTEMBER 4, 2013 ORDER (DOC. 5408)**
_____

Defendants, through the Colorado Attorney General, respectfully submit the following Response to the September 4, 2013, Order (Doc. 5408) re payment of damages award to claimant Gerald Sensabaugh.

1.      This Court issued an Order, dated September 4, 2013, requiring the Defendants to respond to claimant's letter regarding why claimant has allegedly not received $50.00 of his $250.00 individual damages award payment.  *See* Doc. 5408 and 5405.

2.      On May 23, 2066, Special Master Davidson issued his Final Order. Doc. 1987.  As part of that Order, Defendants were ordered to compensate Sensabaugh in the amount of $250.00.  *Id.* at p. 6.

1

3.      On June 27, 2006, correspondence was sent to Sensabaugh which confirmed a check in the amount of $250.00 was submitted to offender banking for deposit into his account.  *See* **Exhibit A-1**, Letter, dated June 27, 2006.

4.      On June 29, 2006, $250.00 was deposited into Sensabaugh's offender account.  *See* **Exhibit A-2**, Inmate Banking Statement, line item June 29, 2006 labeled "MONTEZ SETTLEMENT".

5.      Accordingly, Defendants previously paid Sensabaugh the full $250.00 damage award.

6.      As with *all* deposits into Sensabaugh's offender account, this deposit was subject to the withholding of a percentage (20%) which was subsequently remitted as part of his criminal sentencing court imposed restitution in 98CR1359.  *Id.*, line item(s) labeled "RESTITUTION".

6.      CDOC is obliged to collect and remit these sums on Mr. Sensabaugh's behalf pursuant to C.R.S. 16-18.5-106, where it states in relevant part: "[a]t a minimum, the executive director shall order that twenty percent of all deposits into an inmate's bank account… shall be deducted and paid toward any outstanding order from a criminal case…"  C.R.S. 16-18.5-16(2); *and see* **Exhibit A-3**, Administrative Regulation 200-15.

Respectfully submitted this 18th day of September, 2013.

JOHN W. SUTHERS
Attorney General

/s/ Jacquelynn N. Rich Fredericks

JACQUELYNN N. RICH FREDERICKS*
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorney of Record for Defendants
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone: (720) 508-6603
FAX: (720) 508-6032

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within RESPONSE upon all parties herein by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 18th day of September, 2013, addressed as follows:

Gerald Sensabaugh, #100656
CTCF
P.O. Box 1010
Canon City, CO, 81215-1010

*Courtesy Copy To:*

Keith Nordell, CDOC

/s/ Mariah Cruz-Nanio