

JOHN W. SUTHERS
Attorney General

CYNTHIA H. COFFMAN
Chief Deputy Attorney General

DANIEL D. DOMENICO
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

STATE SERVICES BUILDING
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

June 27, 2006

Gerald Sensabaugh, #100656
CSP
P.O. Box 777
Canon City, CO 81215-0777

RE: *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343)
Claim #03-146

Dear Mr. Sensabaugh:

After consideration of your claim, the Special Master awarded you a cash amount. Enclosed you will find a copy of the check from the State of Colorado in the amount of $250.00 that was forwarded to inmate banking as full and complete compensation for your claim in the above-referenced case.

Sincerely,
FOR THE ATTORNEY GENERAL

JESS DANCE
Attorney

cc: Cathie Holst
    File

| Warrant No. 00045960558 | | STATE OF COLORADO | | | |
|---|---|---|---|---|---|
| VOUCHER | DESCRIPTION | | INVOICE NO. | INV. DATE | NET |
| AQF 06000000600 | L011857A 03-146 | | L011857A | 06 12 06 | 2500 |

0962838

NET 2500

**NON NEGOTIABLE**

---

**STATE OF COLORADO**
OFFICE OF THE STATE CONTROLLER
**WARRANT**
ON THE TREASURER OF THE STATE OF COLORADO

Warrant No. 00045960558
56-1544/441
MONTH DAY YEAR
06 13 06

VOID AFTER 6 MONTHS FROM ISSUE DATE

| DOLLARS | CENTS |
|---|---|
| $********250 | 00 |

Charge to:
AK   DPA DIV OF RISK MANAGEMENT   (303) 866-4291

**PAY EXACTLY** TWO HUNDRED FIFTY & 00/100 ************************************************

Dollars

**PAY TO THE ORDER OF**
SENSABAUGH, GERALD
P O BOX 777
CANON CITY              CO 81215

STATE CONTROLLER — Leslie M. Shenefelt
STATE TREASURER — Mike Coffman

OUT OF MONIES NOT OTHERWISE APPROPRIATED   PAYABLE THROUGH ANY FINANCIAL INSTITUTION
SECURITY FEATURES INCLUDED, DETAILS ON BACK

⑈00045960558⑈ ⑆044115443⑈       637236803⑈