# COLORADO DEPARTMENT OF CORRECTIONS
Colorado Springs, Colorado

**Statement of Account Activity**

Period: 06/01/2006 - 09/01/2006
Printed: 09/05/2013

**Name:** SENSABAUGH, GERALD K
**Number:** 100656
**Location:** CTCF - CTCF/CH1

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/06 00:00 | Beginning Balance | | 300.40 | 300.40 | | | 1.98 | 298.42 | |
| 06/02/06 15:36 | 1 E POD - UNASSIGNED | 5.06 | 305.46 | 305.46 | MANDATORY | 1.01 | 2.99 | 302.47 | CS |
| 06/07/06 14:55 | Canteen Order #4451354 | -8.79 | 296.67 | 296.67 | | | 2.99 | 293.68 | CS |
| 06/13/06 15:23 | Canteen Credit #4468539 | 8.79 | 305.46 | 305.46 | | | 2.99 | 302.47 | CS |
| 06/21/06 14:51 | Canteen Order #4480979 | -9.20 | 296.26 | 296.26 | | | 2.99 | 293.27 | CS |
| 06/21/06 23:41 | JPAY CREDIT | 225.00 | 521.26 | 521.26 | MANDATORY | 45.00 | 47.99 | 473.27 | CS |
| 06/29/06 07:08 | Canteen Order #4493537 | -13.12 | 508.14 | 508.14 | | | 47.99 | 460.15 | CS |
| 06/29/06 14:05 | MONTEZ SETTLEMENT | 250.00 | 758.14 | 758.14 | MANDATORY | 50.00 | 97.99 | 660.15 | CS |
| 06/30/06 03:55 | RESTITUTION-98CR1359 | -96.01 | 662.13 | 662.13 | | | 97.99 | 564.14 | CS |
| 07/07/06 09:27 | Canteen Order #4503185 | -9.76 | 652.37 | 652.37 | | | 96.93 | 555.44 | CS |
| 07/07/06 12:49 | 1 B POD - UNASSIGNED | 3.45 | 655.82 | 655.82 | MANDATORY | 0.69 | 97.62 | 558.20 | CS |
| 07/07/06 13:28 | 1 E POD - UNASSIGNED | 1.61 | 657.43 | 657.43 | MANDATORY | 0.32 | 97.94 | 559.49 | CS |
| 07/12/06 12:54 | Canteen Order #4518040 | -9.01 | 648.42 | 648.42 | | | 97.94 | 550.48 | CS |
| 07/18/06 13:43 | MONEY ORDER-DEBIT | -23.70 | 624.72 | 624.72 | | | 97.94 | 526.78 | CS |
| 07/19/06 12:31 | Canteen Order #4534834 | -4.77 | 619.95 | 619.95 | | | 97.94 | 522.01 | CS |
| 07/27/06 08:19 | Canteen Order #4546835 | -9.87 | 610.08 | 610.08 | | | 97.94 | 512.14 | CS |
| 07/31/06 03:49 | RESTITUTION-98CR1359 | -1.01 | 609.07 | 609.07 | | | 97.94 | 511.13 | CS |
| 08/03/06 07:36 | Canteen Order #4557939 | -2.20 | 606.87 | 606.87 | | | 97.02 | 509.85 | CS |
| 08/03/06 12:11 | 1 B POD - UNASSIGNED | 4.60 | 611.47 | 611.47 | MANDATORY | 0.92 | 97.94 | 513.53 | CS |
| 08/09/06 15:05 | Canteen Order #4571715 | -7.82 | 603.65 | 603.65 | | | 97.94 | 505.71 | CS |
| 08/17/06 15:54 | Canteen Order #4588764 | -7.12 | 596.53 | 596.53 | | | 97.94 | 498.59 | CS |
| 08/21/06 15:26 | Canteen Order #4573040 | -4.85 | 591.68 | 591.68 | | | 97.94 | 493.74 | CS |
| 08/23/06 14:50 | Canteen Order #4600029 | -8.72 | 582.96 | 582.96 | | | 97.94 | 485.02 | CS |
| 08/30/06 14:09 | Canteen Order #4612451 | -9.64 | 573.32 | 573.32 | | | 97.94 | 475.38 | CS |
| 08/31/06 04:25 | RESTITUTION-98CR1359 | -0.92 | 572.40 | 572.40 | | | 97.94 | 474.46 | CS |
| 09/01/06 23:58 | Ending Balance | | 572.40 | 572.40 | | | 96.93 | 475.47 | |

**Total Deposits:** 498.51
**Total Withdrawals:** 226.51

### Account Information as of 09/05/2013 11:03AM

| | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 5.59 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $0.00 | **Available Balance** | $5.59 |

### Statement Information

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**