September 16th 2013

To: Federal District Court
District of Colorado
Judge Arguello

RE: Montez - Class case # 92-CV-0870
Claimant: Rudnick CDOC Reg. # 68432
Claim #: 01-092    Mobility - Boots/Orthotics

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 19 2013
JEFFREY P. COLWELL
CLERK

Dear Judge Arguello,

I'm writing you because I am a Member of this Class under Montez and I have a Court Order for Boots & Orthotics that fit my foot.

The original accommodations (provided in 2005) wore out and the Defendants have REPLACED them with Boots and Orthotics that did not fit correctly and quickly wore-out over time. (Twice)

I am now still without boots & orthotics that FIT my foot and the current provision is again worn-out [provided 3-22-12]

The Defendants have failed to make the necessary efforts to find "correct-shaped" boots to REPLACE these wrong shaped Boots which are causing pain and deformation of my feet and an unstable walk.

The Orthotics are also incorrectly shaped, adding to the problem.
[forces outward pressure onto the toe area (already compressed due to the boot shape), and incorrect ANGLE of the orthotic]

Defendants have made no effort to have their EXPERT look at the SIZE/SHAPE/FIT issues or to provide alternative boots that FIT and give proper support since being told of the faulty FIT boots (and orthotics) given me on 3-22-12. → (18 Months Ago)

In fact, the ADA-facility coordinator has mocked and made up derisive comments about this whole situation THEN made false claims against me, in denial of the problems, and to mask why their Non-fitting "offers" were rejected --- as if to PRETEND like they are making an effort... then blaming me for being difficult.

This blame-subversion tactic is gross misconduct and fails to provide correct-FIT boot accommodation in compliance with the Court Order and Montez 'stipulations'.

I need these boot and orthotic accommodations so that I can participate in every day activities without pain or suffering.

1,

I have notified this Court, and Judge Kane, and Special Master Borchers of the difficulties going on, and that I am <u>not</u> getting Boots that fit my foot in several filings.

I even filed a sworn Declaration and Motion for a Contempt Order to be issued against the Defendants for their corrupted practices in this matter.*

I believe that <u>without this Court taking Injunctive Action to enforce Compliance</u> (by sanctions or other penalties), the Defendants will continue to operate in this described manner of indifference, and I will continue to suffer harm as a result.

I now ask you Judge Arguello to review my recent filings that I've provided to this Court and to take the appropriate action to make the Defendants provide me the necessary footwear — as I have no other remedy.

Thank you for your time concerning this Claim.

Sincerely,

James Rudnick                                September 16th 2013

JAMES RUDNICK
C.D.O.C. Reg # 68432
4 A S.C.F. Box 6000
STERLING, CO 80751

(*) Defendant's claims to "be working on it", the faulty offerings, the delays, the mistreatment by the Facility ADA Coordinator, and the LACK of experts or follow-up on this matter (for over 18 months) does not show a good faith effort for Compliance, or, for even an effort adequate for general medical care — and becomes a perpetual <u>non</u>-compliance by malicious misconduct.

Defendants should be held to 30 day Limit to provide these proper accommodations to prevent further and future delays.

2

**Colorado Department Of Corrections**

Name James Rodwick

Register Number 686132

Unit 4A SCF

Box Number 6000

City, State, Zip STERLING CO 80751

Judge: Arguello
92-CV-0870

---

FEDERAL DISTRICT COURT-CLERK
901 19TH STREET RM A-105
DENVER, CO 80294

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751 $ 000.46⁰
02 1W
0001365920 SEP 17, 2013

8029425C099