## ACCOMMODATION RESOLUTION

OFFENDER NAME: SCHWINAMAN
DOC #: 105240

**You DO HAVE DIABETES** and are therefore considered a class member of the *Montez v. Owens* lawsuit

**ALL DIABETICS are entitled to the below listed accommodations, as needed:**
1. Access to finger sticks upon request;
2. Timing of meals with insulin;
3. Where hypoglycemia or occurrence of a hypoglycemic event is documented, access to housing in a cell with a call button if the lock on the cell the offender is currently housed in is controlled by DOC staff;
4. When possible, access to bathroom breaks during visitation & during programs and/or alternative methods to accommodate such need;
5. No co-payments related to treatment for diabetes or diabetes-related conditions excluding the annual $5.00 charge assessed to all DOC offenders;
6. Access to after-hour testing kits;
7. Access to all benefits, services and programs offered at DOC, regardless of diabetes, including progression to lower level security facilities;
8. Annual education on diabetes; and
9. Prescription medication(s), IF NECESSARY, as determined by clinical services.

**YOU are entitled to the below listed specific accommodations at all times:**
10) Clinical Services will provide you glucose tabs or hard candy to have on your person at all times.

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan.

**You DO HAVE A HEARING DISABILITY**
Following a disability screening it has been determined that you do have a hearing disability and are therefore, entitled to the following accommodations:

1. Two hearing aids
2. Vibrating Watch
3. Assignment to a designated facility
4. Designated facilities shall have strobe and audio alarms in inmate areas where you have an independent means of egress. When you are housed at a designated facility where you do not have an independent means of egress, the strobes & alarms are not required. If you are housed at CTCF you shall be housed in a cell with a strobe alarm.
5. Facility staff or assigned offender messenger are responsible to ensure that PA Announcements and Reporting Instructions are provided to you in a format you can understand
6. Reasonable accommodations will be provided during searches. Refer to Section XXIII of the Remedial Plan
7. Requires staff assistance during an emergency or evacuation
8. Assistance from staff during transport to ensure directions and communications are in a format the offender understands
9. Use of a TTY Phone/Kiosk Closed-caption feature on day hall television shall be turned on at all times
10. You may use the special resources available to you in the general library at the facility in which you are housed

A-1

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

**You are required to notify clinical services and the AIC immediately if your health care device(s) is broken, lost, stolen or becomes inoperable for any reason.**

The health care device(s) listed above shall fall under the provisions of Administrative Regulation (AR) 850-6, "Offender Property" and shall be placed on your property list.   Any misuse of the health care device(s) may result in disciplinary action and may be subject to the provisions of AR 300-06, "Searches & Contraband Control."

If your condition worsens and you feel that you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this Resolution. Please refer to A.R. 850-04 for details regarding the grievance process. This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

| | | | |
|---|---|---|---|
| *Randall Frantz MD* | 8/4/10 | *AIC signature* | 8-12-10 |
| **Chief Medical Officer** | **Date** | **AIC** | **Date** |

**E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following**-Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) & Print two full size copies on yellow paper & serve on offender

## ACCOMMODATION RESOLUTION

OFFENDER NAME: SCHWINAMAN, Keith
DOC #: 105240

**Your DIABETES is confirmed**

**You are entitled to the following, as needed:**

1. Access to finger sticks upon request;
2. Timing of meals with insulin;
3. Where hypoglycemia or occurrence of a hypoglycemic event is documented, access to housing in a cell with a call button if the lock on the cell the offender is currently housed in is controlled by DOC staff;
4. When possible, access to bathroom breaks during visitation & during programs and/or alternative methods to accommodate such need;
5. No co-payments related to treatment for diabetes or diabetes-related conditions;
6. Access to after-hour testing kits;
7. Access to all benefits, services and programs offered at DOC, regardless of diabetes, including progression to lower level security facilities and;
8. Annual education on diabetes.

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you feel that you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation to the Office of the AIC pursuant to AR 750-04.

## HEARING DISABILITY

Following a medical screening it has been determined that you do have a hearing disability and therefore;

The following accommodations and assistive devices are approved:

- Vibrating Watch
- Non-routine PA Announcements and Reporting Instructions that are applicable to you shall be provided in a format you understand by Facility Staff or an Offender Messenger.
- Staff shall provide assistance during transport to ensure directions and communications are in a format the offender understands.
- Use of TTY Kiosk
- Use of any special resources or equipment available in the general library
- Staff shall provide reasonable modification of search procedures as needed
- Staff shall provide assistance during an emergency or evacuation as needed

**You are required to notify the AIC immediately if your assistive device is broken, lost, stolen or becomes inoperable for any reason.**

The following health care appliances and restrictions are approved:

A-2

- Two hearing aids
- Assignment to a designated facility
- Strobe and audio alarms in areas where you have an independent means of egress.  If there is not an independent means of egress, strobes & alarms are not required.

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Assistive and/or health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list.

Any misuse of assistive and/or health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

**NO MOBILITY or VISION DISABILITY**
Following a medical screening it has been determined you are not a mobility or vision disabled class member pursuant to the Remedial Plan/ADA Litigation criteria.

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This accommodation resolution supersedes any other version, on any date, prior to the date on this document.**

AIC _____        Date  3-23-11

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 2

Printed By: SPURLOCK, HAVILAH R
Printed at: 01/27/2013 15:18:31
Encounter#: 3112185 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: CT | LU: CTCF/CH7 | 3L | | 3 | L |

**SUBJECTIVE**
Offender called to clinic in regard to kite he had placed asking for a new pass for glucose tabs to carry on his person.

Temperature: | Pulse: | Weight:
Respiratory: | BP: /

**PLANS / ORDERS**
Allergies: PENICILLIN G/PENICILLIN G

Informational

Datetime: 01/27/2013 13:30

Providers: SPURLOCK, HAVILAH

PA/NP/RD _____
Datetime: 01/27/2013 13:30

PHYSICIAN _____
Provider: SPURLOCK, HAVILAH

NURSE _____
DateTime 1.27.13

A-3

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: SPURLOCK, HAVILAH R
Printed at: 01/27/2013 15:18:31
Encounter#: 3112185 @ CT

| 105240 | SCHWINAMAN, KEITH A | | Facility: | CT | LU: CTCF/CH7 | 3L | | 3 | L |
|--------|---------------------|--|-----------|----|--------------| ---|--|---|---|

OBJECTIVE

Discussed with offender his use of glucose tabs, he reports that he takes glucose tabs when he feels that his bg is low. Offender reports that he does not request to test his bg, as he states that this "takes too long, and there is no reason to test it if I have already taken something to correct it." Offender reports that he does not usually use the glucose tabs unless he is on a transport, as he usually prefers to mix up some Tang and have it ready for whenever he feels his bg may be low. Offender asks for pass to indicate that he can keep tang in his large, wide-mouth sport bottle - no pass given for this; if it is ok to have drink mix in this bottle per security then there is no need for medical pass, if it is not ok per security, the offender has the glucose tabs to rely on.

Pass given to offender for glucose tabs #4 to carry on person x1 year, dated for this date.

Offender ambulates out of clinic under own power with pass and glucose tabs x4 in hand.

ASSESSMENT

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

PA/NP/RD _____   PHYSICIAN _____   NURSE _____

Datetime: 01/27/2013 13:30   Provider: SPURLOCK, HAVILAH   DateTime 01/27/13 15:18

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 2

Printed By: FERRIN, CAROLYN
Printed at: 05/12/2013 14:58:26
Encounter#: 3212615 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | 7 | L |

**SUBJECTIVE**

Temperature: ___   Pulse: ___   Weight: ___
Respiratory: ___   BP: ___ / ___

### PLANS / ORDERS

Allergies: PENICILLIN G/PENCILLIN G

Pass sent to offender

Datetime: 05/12/2013 14:55

Providers: FERRIN, CAROLYN

**OBJECTIVE**

Offender placed kite stating that he needed a new pass for glucose tabs. Chart review revealed that he has ADA accomodations and legal documents stating that he can carry

PA/NP/RD _____   PHYSICIAN _____

Datetime: 05/12/2013 14:55   Provider: FERRIN, CAROLYN

NURSE _____
DateTime 5/12/13

A-4

ADMINISTRATIVE
Page 1 of 2

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: FERRIN, CAROLYN
Printed at: 05/12/2013 14:58:26
Encounter#: 3212615 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |
|--------|---------------------|-----------|-----|-----|----------|-----|---|---|---|

glucose tabs at all times. So a new pass was sent to the
offender with no expiration date.-

ASSESSMENT

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 05/12/2013 14:55          Provider: FERRIN, CAROLYN          DateTime _____

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: TINKER, GABRIEL C
Printed at: 06/16/2013 15:18:38
Encounter#: 3246779 @ CF

| 105240 | SCHWINAMAN, KEITH A | Facility: | CF | LU: | CCF/UNIT H | H | A | 202 | 3 |

**SUBJECTIVE**

Temperature: ___   Pulse: ___   Weight: ___
Respiratory: ___   BP: ___ / ___

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENICILLIN G

Datetime: 06/16/2013 15:04   Providers: TINKER, GABRIEL

**OBJECTIVE**

Offender permitted to have 4 glucose tabs in posession.
Requesting tabs at morning med line.  4 glucose tabs given

PA/NP/RD _____   PHYSICIAN _____   NURSE _____

Datetime: 06/16/2013 15:04   Provider: TINKER, GABRIEL   DateTime: _____

A-5

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: TINKER, GABRIEL C
Printed at: 06/16/2013 15:18:38
Encounter#: 3246779 @ CF

| 105240 | SCHWINAMAN, KEITH A | Facility: | CF | LU: | CCF/UNIT H | H | A | 202 | 3 |

per RN.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 06/16/2013 15:04   Provider: TINKER, GABRIEL   DateTime _____ 6-16-13 15:

```
= OFFENDER TRACK ========= OFFENDER PROFILE ============= 09/18/2013 = Page  1
Doc No: 105240  Name: SCHWINAMAN, KEITH A              SCF/UNIT32 PRES FACIL
=====================================================================
  FBI No.: :            SID No:              Inmate Class: MIN-R
Birthdate: 11/27/       S.S.N.:                Admit Type: NC/PAR RET
      Sex: MALE      Ethnicity: WHITE          Admit Date: 01/02/2002
   Height: 600     Complexion: RUDDY        Est Par Elig: 03/08/2016
   Weight: 200     Pre Co Incr: 0       Est Inst Disch: 03/08/2032
     Eyes: BLUE    Detain/Warr: NO          Act Par Date:
     Hair: BROWN   Nxt Par Hrg: 2015-12        Par Disch:
Birthplace: SEATTLE       WA      Case Mgr/Par Off: HOLMAN, BRIAN
Alerts: ADA-M, ADA, RR
   Crime       # D  Min-Max  ST County  Docket    Fac/Lvg      Location Date
-----------------------------------------------------------------------
Y                             IN BOULDER 02CR1779  SCF/UNIT32 PRES FAC 07/24/13 +
N ████████████████████        IN BOULDER 02CR1779  SCF/EASTIN PRES FAC 07/24/13 +
N                             PO BOULDER 00CR625   SCF/INTAKE PRES FAC 07/24/13 +
Y ████████████████████        PO BOULDER DISCH     CTCF/CH7   PRES FAC 06/18/13 +
                                                   CCF/UNIT H PRES FAC 06/12/13
                                                   CCF/INTAK  PRES FAC 06/12/13
                                                   CTCF/CH7   PRES FAC 02/04/11 +
                                                   CTCF/SEG   PRES FAC 02/03/11
                                                   CTCF/CH7   PRES FAC 07/13/04 +
                                                   CTCF/A&O   PRES FAC 07/12/04
                                                   CTCF/INTAK PRES FAC 07/12/04
                                                   DRDC/INTAK PRES FAC 07/12/04
                                                   CTCF/CH7   BOULDER/ 07/02/04
                                                   DRDC/INTAK PRES FAC 07/02/04
                                                   CTCF/CH7   PRES FAC 06/30/03 +
                                                   CTCF/TRANS PRES FAC 06/11/03
                                                   DRDC/INTAK PRES FAC 06/11/03
                                                   CTCF/CH7   BOULDER/ 04/25/03
                                                   DRDC/INTAK PRES FAC 04/25/03
                                                   CTCF/CH7   PRES FAC 04/11/03 +
                                                   CTCF/CH3   PRES FAC 04/11/03
                                                   CTCF/TRANS PRES FAC 04/08/03
                                                   DRDC/INTAK PRES FAC 04/08/03
                                                   CTCF/CH7   BOULDER/ 03/28/03
                                                   DRDC/INTAK PRES FAC 03/28/03
                                                   CTCF/CH7   PRES FAC 01/10/03 +
                                                   CTCF/TRANS PRES FAC 12/24/02
                                                   DRDC/INTAK PRES FAC 12/24/02
                                                   CTCF/CH7   BOULDER/ 12/16/02
                                                   DRDC/INTAK PRES FAC 12/16/02
                                                   CTCF/CH7   PRES FAC 11/25/02 +
                                                   DRDC/INTAK PRES FAC 11/12/02
                                                   CTCF/CH7   PRES FAC 10/29/02 +
                                                   CTCF/CH3   PRES FAC 10/21/02 +
                                                   DRDC/INTAK PRES FAC 10/21/02
                                                   CTCF/CH7   BOULDER/ 10/15/02
                                                   DRDC/INTAK PRES FAC 10/15/02
                                                   CTCF/CH7   PRES FAC 06/14/02 +
                                                   CTCF/CH3   PRES FAC 06/12/02
                                                   DRDC/HOLD  PRES FAC 06/12/02


                                                   CTCF/CH7   BOULDER/ 06/06/02
                                                   DRDC/INTAK PRES FAC 06/06/02
                                                   CTCF/CH7   PRES FAC 05/24/02 +
                                                   CTCF/CH3   PRES FAC 05/23/02
                                                   CTCF/SEG   PRES FAC 05/10/02 +
```

A-7

ADMINISTRATIVE
Page 1 of 2

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: LAUER, SHIRLEY A
Printed at: 06/16/2013 17:39:05
Encounter#: 3246798 @ CF

| 105240 | SCHWINAMAN, KEITH A | Facility: | CF | LU: | CCF/UNIT H | H | A | 202 | 3 |

**SUBJECTIVE**

Temperature:    Pulse:    Weight:

Respiratory:    BP:   / 

### PLANS / ORDERS

Allergies: PENICILLIN G/PENICILLIN G

Informational

Datetime:    Providers: LAUER, SHIRLEY

06/16/2013 17:06

PA/NP/RD _____ PHYSICIAN _____ NURSE _____

Datetime: 06/16/2013 17:06    Provider: LAUER, SHIRLEY    DateTime 6/16/13

A-8

| ADMINISTRATIVE | **DEPARTMENT OF CORRECTIONS** | Printed By: LAUER, SHIRLEY A |
|---|---|---|
| Page 1 of 2 | **AMBULATORY HEALTH RECORD** | Printed at: 06/16/2013 17:39:05 |
| | | Encounter#: 3246798 @ CF |

| 105240 | SCHWINAMAN, KEITH A | Facility: | CF | LU: | CCF/UNIT H | H | A | 202 | 3 |
|---|---|---|---|---|---|---|---|---|---|

**OBJECTIVE**

Late entry. On 6/11/13 the day of the fire evacuation at CTCF I was helping triage wheelchair offenders to be transported via state van to CCF. Offender Schwinaman hollered for me to come to the holding cell were he was and asked if he could get his insulin before he ate his road snack. I told him we were evacuating and not giving insulin now. Offender states "I will not eat my food until I get may insulin. I let him know we could not stop to give insulin and he state again "I will not eat my food until I get my insulin" I then instructed him again to eat his food. Offender stated "I will not eat until I get my insulin" Nothing more was said and I cont. with the evacuation of offenders.

On 06/12/13 at CCF I was at offenders door to give insulin when offender state "It's your fault I almost died last night." I said what do you mean, He stated "I fell out last night and it took the nurses a long time to get my sugar up and I'm going to sue DOC and you, I will sue you because you did not give me my insulin last night. I then said I told you to eat your food but you choice not too. Offender again stated "I'm going to sue you and DOC. I then told offender to stop threatening me, he then put a pass up to the window and said I have a pass to keep glucose tabs on me. I let offender know I would get some glucose tabs for him and put them in an envelope with his name and DOC # on it at AM Medline. He then stated "so now your refusing me glucose tabs too." I then walked away. His BS was 302.

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

PA/NP/RD _____   PHYSICIAN _____   NURSE _____

Datetime: 06/16/2013 17:06          Provider: LAUER, SHIRLEY          DateTime _____

| | | |
|---|---|---|
| ADMINISTRATIVE | DEPARTMENT OF CORRECTIONS | Printed By: CHAMJOCK, GATBEL N |
| Page 1 of 2 | AMBULATORY HEALTH RECORD | Printed at: 08/15/2013 10:34:29 |
| | | Encounter#: 3305982 @ SF |

| 105240 | SCHWINAMAN, KEITH A | Facility: SF | LU: SCF/UNIT32 | B | | 8 | B |

**SUBJECTIVE**

Temperature: _____ Pulse: _____ Weight: _____

Respiratory: _____ BP: ___ / ___

### PLANS / ORDERS

Allergies: PENICILLIN G/PENICILLIN G

Kite prn

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

Inmate is new to the facility

will evaluate in CC visit next week

**OBJECTIVE**
Chart review
**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

Datetime: 08/15/2013 10:30   Providers: CHAMJOCK, GATBEL N

PA/NP/RD _____ PHYSICIAN _____

Datetime: 08/15/2013 10:30   Provider: CHAMJOCK, GATBEL N

NURSE _____
DateTime 8/15/13

A-9

ADMINISTRATIVE
Page 1 of 2

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: MAY, RYDER
Printed at: 08/29/2013 02:37:17
Encounter#: 3319990 @ SF

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |

**SUBJECTIVE**

| Temperature: | | Pulse: | | Weight: | |
| Respiratory: | | BP: | / | | |

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENICILLIN G

**OBJECTIVE**

Received an orange card from Medical on 8/29/13. I will notify medical if I lose, need a replacement, or if I no longer require the use of the Orange Card.

Signed: _____

| Datetime: | Providers: | MAY, RYDER |
| 08/29/2013 02:36 | | |

**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

PA/NP/RD _____  PHYSICIAN _____  NURSE _____

Datetime: 08/29/2013 02:36    Provider: MAY, RYDER    DateTime    8/29/13

A-10

| ADMINISTRATIVE | DEP. TMENT OF CORRECTIONS | Printed By: CHAMJOCK, GATBEL N |
|---|---|---|
| Page 1 of 2 | AMBULATORY HEALTH RECORD | Printed at: 09/11/2013 09:12:53 |
| | | Encounter#: 3331988 @ SF |

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |

**SUBJECTIVE**

| Temperature: | 97.8 | Pulse: | 95 | Weight: | 235 |
|---|---|---|---|---|---|
| Respiratory: | 18 | BP: | 124 / 84 | | |

Vitals Taken: PULSE OXSYM=95.00; HEIGHT (inches)=71.00;

### PLANS / ORDERS

Allergies: PENICILLIN G/PENCILLIN G

NEW: Kite#: 2536769 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - DM, CC - Return to Clinic: 09/13/2013 - Generated by Staff. - Return to Clinic Date: 09/13/2013

CLOSED: Kite#: 2330420 For MEDICAL - OTHER - APPOINTMENT - MS SCHULER REQUESTED  DUE TO LABS

CLOSED: Kite#: 2382168 For MEDICAL - ADA ACCOMODATIONS - CHART REVIEW - DEB, I NEED TO GET MY SHOES REPLACED BECAUSE THE INSERTS THAT HANGER PUT IN MY SHOES ARE WAY BEYOND WORN OUT SO PLEASE SCHEDULE ME WITH THEM

CLOSED: Kite#: 2449208 For MEDICAL - CHRONIC CARE CLINIC - APPOINTMENT - IN SEPT, CCC RE DM, THYROID, LEG AND NEUROPATHIC PAIN.

Visit was cut short due to Facility lock down

**OBJECTIVE**

Will reschedule

**ASSESSMENT**

CLOSED: Kite#: 2489026 For MEDICAL - DIABETIC CHECK - APPOINTMENT - NEED TO BE SEEN FOR CCC DIABETIC CARE

357.2 - POLYNEUROPATHY IN DIABETES
250.63 - DB W/NEURO TYPE I [JUV] UNCNTRL
244.9 - UNSPECIFIED HYPOTHYROIDISM
99212 - OFFICE/OUTPATIENT VISIT EST

| Datetime: | Providers: | CHAMJOCK, GATBEL N |
|---|---|---|
| 09/11/2013 09:05 | | |

PA/NP/RD _____ PAC PHYSICIAN _____ NURSE _____

Datetime: 09/11/2013 09:05   Provider: CHAMJOCK, GATBEL N   DateTime 9-11-13 @ 1033

A-11

| ADMINISTRATIVE | DEPARTMENT OF CORRECTIONS | Printed By: CHAMJOCK, GATBEL N |
|---|---|---|
| Page 2 of 2 | AMBULATORY HEALTH RECORD | Printed at: 09/11/2013 09:12:53 |
| | | Encounter#: 3331988 @ SF |

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |
|---|---|---|---|---|---|---|---|---|---|

**SUBJECTIVE**

Temperature:     Pulse:     Weight:

Respiratory:     BP:   /

**PLANS / ORDERS**

CLOSED: Kite#: 2490492 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - DM, CC - Return to Clinic: 08/28/2013 - Generated by Staff.

**OBJECTIVE**

CLOSED: Kite#: 2504278 For MEDICAL - MEDICATIONS - CHART REVIEW - MY ALLERGIES ARE REALLY BAD SINCE I MOVED TO SCF NEED TO GO BACK ON TWO ZYRTECS A DAY ASAP

**ASSESSMENT**

| Datetime: | Providers: | CHAMJOCK, GATBEL N |
|---|---|---|
| 09/11/2013 09:05 | | |
| | | |
| | | |

PA/NP/RD _____ C PHYSICIAN _____ NURSE _____

Datetime: 09/11/2013 09:05     Provider: CHAMJOCK, GATBEL N     DateTime _____

**From:**     Fuller - DOC, Julie

███████████████████████████████████████

**Date:**     Thursday, September 12, 2013 12:45:33 PM

I called this inmate over and gave him a pass and a bottle of glucose tabs.  I educated the inmate that he would need to  exchange this on a one for one basis as needed.  I also explained to the inmate that if he has any concern that he needs to put in a kite to let us know what is going on so that we can help him. Inmate did verbalize understanding and agreed with this plan of care.

Please let me know if you need any more info or anything else done.

Julie

A-12

ADMINISTRATIVE
Page 1 of 1

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: CHAMJOCK, GATBEL N
Printed at: 09/12/2013 13:19:45
Encounter#: 3333826 @ SF

| 105240 | SCHWINAMAN, KEITH A | Facility: SF | LU: SCF/UNIT32 | B | | 8 | B |

**SUBJECTIVE**

Temperature:    Pulse:    Weight:

Respiratory:    BP:   /  

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENICILLIN G

Kite prn

NEW - Rx#: 3143069 Drug Name: GLUCOSE CHEW TAB - ORANGE
Alternate Name: GLUCOSE TABLETS Rx Date: 09/12/2013 Disc Date:
09/07/2014 Rx Instructions: TAKE 1 TABLET(S) BY MOUTH THREE
TIMES DAILY AS NEEDED.

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier:
PERMANENT

Need Glucose Tablet per court order
**OBJECTIVE**
Chart review
**ASSESSMENT**

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

Datetime:    Providers: CHAMJOCK, GATBEL N
09/12/2013 13:17

PA/NP/RD _____ PA    PHYSICIAN _____

Datetime: 09/12/2013 13:17    Provider: CHAMJOCK, GATBEL N

NURSE _____

DateTime _____ 9-12-13

A-B

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/13/2013

**Offender :** SCHWINAMAN, KEITH A

**DOC # :** 105240

**RFA # :** 3536

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Modification or exception to specified policy | APPROVE | | |

Per Court Order, permitted to possess glucose tabs or hard candy on his person at all times. Number/amount issued at Clinical discretion. Offender required to report ingestion to staff ASAP. Contact Clinical Services in case of medical distress.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

A-14

Sep. 17. 2013  4:35PM

CHRONIC CARE CLINIC
Page 1 of 2

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

No. 3966   P. 9
Printed by: BRESEE, WENDY L
Printed at: 09/17/2013 13:20:15
Encounter#: 3337662 @ SF

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |

**SUBJECTIVE**

Temperature:    Pulse:    Weight:

Respiratory:    BP:   /

Vitals Taken: FSB-GLUCOSE=61.00 - 09/17/2013 06:32:45;

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENICILLIN G

RTC 30 days

GLUCOSE CHEW TAB - ORANGE - TAKE 1 TABLET(S) BY
MOUTH THREE TIMES DAILY AS NEEDED. INMATE
ALLOW TO HAVE ONE ROLL AT ALL TIMES.

Datetime:    Providers: BRESEE, WENDY L
09/17/2013 11:28

PA/NP/RD    PHYSICIAN _____ NURSE _____
Datetime: 09/17/2013 11:28    Provider: BRESEE, WENDY L.    DateTime _____

A-15

Sep. 17. 2013  4:35PM

# DEPARTMENT OF CORRECTIONS
# AMBULATORY HEALTH RECORD

No. 3960   P. 9
BRESEE, WENDY L
Printed at: 09/17/2013 13:20:15
Encounter#: 3337662 @ SF

CHRONIC CARE CLINIC
Page 1 of 2

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |
|--------|---------------------|-----------|-----|-----|------------|---|---|---|---|

OBJECTIVE

ASSESSMENT

V70.2 - OTH&UNSPEC GENERAL PSYC EXAMINATION

PA/NP/RD

Datetime: 09/17/2013 11:28

PHYSICIAN

Provider: BRESEE. WENDY L

NURSE

DateTime

CHRONIC CARE CLINIC
Page 1 of 2

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: FREER, KIPTON G
Printed at: 05/14/2013 12:11:36
Encounter#: 3214675 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |

SUBJECTIVE

| Temperature: | | Pulse: | | Weight: |
| Respiratory: | | BP: | / | |

### PLANS / ORDERS

Allergies: PENICILLIN G/PENCILLIN G

NEW: Kite#: 2412385 For PSYCHIATRY - RETURN TO CLINIC -
ASSIGNED TO PSYCHIATRY - Return to Clinic: 08/12/2013 - Generated by
Staff. - Return to Clinic Date: 08/12/2013

Datetime: 05/14/2013 11:51

Providers: FREER, KIPTON G

PA/NP/RD _____
Datetime: 05/14/2013 11:51

PHYSICIAN
Provider: FREER, KIPTON G

NURSE
DateTime 5/14/13 1415

A-16

DEPARTMENT OF CORRECTIONS
AMBULATORY HEALTH RECORD

CHRONIC CARE CLINIC
Page 1 of 2

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |

**OBJECTIVE**

**ASSESSMENT**

Pt considered ████████████████████ and high
risk for medication diversion/misuse, ████████

PA/NP/RD _____
Datetime: 05/14/2013 11:51

PHYSICIAN _____
Provider: FREER, KIPTON G

NURSE _____
DateTime 5/14/13 1415

DEPARTMENT OF CORRECTIONS
AMBULATORY HEALTH RECORD

ADMINISTRATIVE
Page 1 of 2

Printed By: DANG, PAMELA L
Printed at: 04/14/2013 13:56:17
Encounter#: 3185148 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |

**SUBJECTIVE**

| Temperature: | | Pulse: | | Weight: | |
| Respiratory: | | BP: | / | | |

Vitals Taken: FSB-GLUCOSE=174.00 - 04/14/2013 07:20:27;

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENCILLIN G

Kite for further medical needs

Message sent to offender

Datetime: 04/14/2013 13:10     Providers: DANG, PAMELA L

**OBJECTIVE**

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 04/14/2013 13:10   4/16/13   Provider: DANG, PAMELA L   DateTime 4/14/13  1400

A-17

Printed By: DANG, PAMELA L
Printed at: 04/14/2013 13:56:17

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

ADMINISTRATIVE
Page 1 of 2

Encounter#: 3185148 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |
|--------|---------------------|-----------|-----|-----|----------|-----|---|---|---|

Offender filled out kite requesting am and hs snacks due to hypoglycemic episodes.

Chart review done on 4/14/13.

Upon review of chart, offender has only 3 reported incidences of hypoglycemic episodes in the last 3 months.  Offender already has a daily hs snack ordered, and per encounter #3112185 carries his own glucose tabs.  Review of canteen offender has numourous purchases of concentrated sugars from canteen and can use those if additional snacks are needed.

| ASSESSMENT |
|------------|

V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

PA/NP/RD _____
Datetime: 04/14/2013 13:10   4/16/13

PHYSICIAN _____
Provider: | DANG, PAMELA L |

NURSE _____
DateTime _____

DEPARTMENT OF CORRECTIONS
AMBULATORY HEALTH RECORD

APPOINTMENT
Page 1 of 3

Printed By: BLAINKRAKOFSKY, BIANCA B
Printed at: 06/03/2013 10:19:35
Encounter# 3234191 @ CT

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |

SUBJECTIVE

Temperature: ____   Pulse: ____   Weight: ____
Respiratory: ____   BP: ____ / ____
Vitals Taken: FSB-GLUCOSE=67.00 - 06/03/2013 07:15:12;

PLANS / ORDERS
Allergies: PENICILLIN G/PENCILLIN G

Will review consult and schedule for appt with Hangar if a new consult is not needed.

V/O: Roy Havens PA-C/ Bianca Blain -Krakofsky
Bentyl 20mg 1 tab po BID X 30 days

OBJECTIVE

Datetime:
06/03/2013 09:45

Providers: BLAINKRAKOFSKY, BIANCA ▼
HAVENS, ROY ▼
____ ▼

PA/NP/RD ____
Datetime: 06/03/2013 09:45

PHYSICIAN ____
Provider: BLAINKRAKOFSKY, BIANCA

NURSE Blainkrakofsky
DateTime 6/3/13 1955

A-16