| APPOINTMENT | DEPARTMENT OF CORRECTIONS | Printed By: BLAINKRAKOFSKY, BIANCA B |
|---|---|---|
| Page 1 of 3 | AMBULATORY HEALTH RECORD | Printed at: 06/03/2013 10:19:35 |
| | | Encounter#: 3234191 @ CT |

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: CTCF/CH7 | 2L | | 7 | L |



Offender also is requesting a new diabetic snack from the kitchen at this time. He reports that he is only getting 2 slices of bread a day and it is not enough food for him. Review of canteen purchases show that offender has purchased multiple concentrated sugar foods in the last 90 days to include but not limited to: #10 seasonal cakes, #19 grape fruit snacks, 26 Iced honey buns. and other foods that can cause a serious negative impact on offenders diabetes and co morbidities. Offender also chooses to not follow his insulin guidelines and often will refuse regular insulin ordered or SS insulin while only taking the NPH BID.

Offender is not interested in any education verbal or written at this time and insists that he must have a different snack. Unable to provide a different snack at this time. Offender can speak with provider during CCC and discuss further nurtritional options.

Offender also discussed many other medical complaints that he had at this time. It is felt by writer that offender uses ADA Montes to try in intimidate nurse to get what he wants by saying phrases such as" I am part of the ADA Montez lawsuit



PA/NP/RD _____   PHYSICIAN _____   NURSE BBlainkrakofsky
Datetime: 06/03/2013 09:45   Provider: BLAINKRAKOFSKY, BIANCA   DateTime 6/3/13 10:19

| APPOINTMENT | DEPARTMENT OF CORRECTIONS | Printed By: BLAINKRAKOFSKY, BIANCA B |
|---|---|---|
| Page 1 of 3 | AMBULATORY HEALTH RECORD | Printed at: 06/03/2013 10:19:35 |
| | | Encounter#: 3234191 @ CT |

| 105240 | SCHWINAMAN, KEITH A | Facility: | CT | LU: | CTCF/CH7 | 2L | | 7 | L |

**ASSESSMENT**

99212 - OFFICE/OUTPATIENT VISIT EST



PA/NP/RD _____  PHYSICIAN _____  NURSE BBlainkrakofsky
Datetime: 06/03/2013 09:45   Provider: BLAINKRAKOFSKY, BIANCA   DateTime 1019 6/3/13

| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTIONS | Printed By: WIENPAHL, MARK |
| --- | --- | --- |
| Page 1 of 6 | AMBULATORY HEALTH RECORD | Printed at: 06/19/2013 12:03:19 |
| | | Encounter#: 3249933 @ CT |

| 105240 | SCHWINAMAN, KEITH A | Facility: CT | LU: CTCF/CH7 | 2L | 7 | L |

...And he is refusing most of his Reg insulin doses. He is coming to medline bid and taking the ...e all the meds that he can 'feel'.

PA/NP/RD _____  PHYSICIAN _____  NURSE _____

Datetime: 06/19/2013 09:47    Provider: WIENPAHL, MARK    DateTime _____

A-19

| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTIONS | Printed By: CHAMJOCK, GATBEL N |
|---|---|---|
| Page 1 of 2 | AMBULATORY HEALTH RECORD | Printed at: 09/13/2013 15:33:01 |
|  |  | Encounter#: 3334968 @ SF |

| 105240 | SCHWINAMAN, KEITH A | Facility: SF | LU: SCF/UNIT32 | B | 8 | B |

**SUBJECTIVE**

Temperature: 97.5　Pulse: 77　Weight: 237
Respiratory: 16　BP: 113 / 74

Vitals Taken: PULSE OXSYM=93.00; FSB-GLUCOSE=127.00 - 09/13/2013 06:13:58;

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENCILLIN G

Schedule staffing ASAP, HSA, Casemanager, East Major, LT, Captain, Facility Physician, ADA coordinator.

GLUCOSE CHEW TAB - ORANGE - TAKE 1 TABLET(S) BY MOUTH THREE TIMES DAILY AS NEEDED. INMATE ALLOW TO HAVE ONE ROLL AT ALL TIMES.;

NEW: Kite#: 2539840 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - DM. CC - Return to Clinic: 12/12/2013 - Generated by Staff. - Return to Clinic Date: 12/12/2013

CLOSED: Kite#: 2536769 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - DM. CC - Return to Clinic: 09/13/2013 - Generated by Staff.

48 yo male with hx of diabetes with neuropathy, low back pain, sciatica allergies, hypothyroidism here for chronic care: Inmate has multiple complaint. 1. Glucose tablets, already ordered.

Datetime: 09/13/2013 14:53　Providers: CHAMJOCK, GATBEL N

PA/NP/RD _____ / PA　PHYSICIAN _____　NURSE _____
Datetime: 09/13/2013 14:53　Provider: CHAMJOCK, GATBEL N　DateTime 9-13-13 1553

A-20

| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTIONS | Printed By: CHAMJOCK, GATBEL N |
| --- | --- | --- |
| Page 1 of 2 | AMBULATORY HEALTH RECORD | Printed at: 09/13/2013 15:33:01 |
| | | Encounter#: 3334968 @ SF |

| 105240 | SCHWINAMAN, KEITH A | Facility: | SF | LU: | SCF/UNIT32 | B | | 8 | B |
|---|---|---|---|---|---|---|---|---|---|

**ASSESSMENT**

724.3 - SCIATICA
401.1 - ESSENTIAL HYPERTENSION, BENIGN
99212 - OFFICE/OUTPATIENT VISIT EST

PA/NP/RD _[signature] PA_    PHYSICIAN _____    NURSE _[signature]_
Datetime: 09/13/2013 14:53    Provider: CHAMJOCK, GATBEL N    DateTime  BS2 9-13-13