IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO CLASS COUNSELS' MOTION TO COMPEL DISCOVERY (DOC. 5407)

Defendants, through the Colorado Attorney General, respectfully submit this Unopposed Motion for Extension of Time to File Response to Class Counsels' Motion to Compel Discovery (Doc. 5407).

1.　On August 30, 2013, Class Counsel filed their Motion to Compel Discovery.  Doc. 5407.

2.　However, prior to the filing of that motion, and subsequent to, the parties have endeavored to come to a mutual agreement regarding the exchange of information during the Monitoring Period.

3.　Although the parties maintain divergent viewpoints with respect to precisely what, if any, formal discovery is available during this time frame - predicated upon the language of the Remedial Plan - they continue to work to reach an amicable resolution.

1

4. Thus, on August 30, 2013, undersigned counsel emailed Class Counsel to indicate that a large number of voluntarily disclosed documents had been successfully placed onto a disk and a database had been placed onto a second disk. Furthermore, both disks were made available to Class Counsel to pick up from undersigned's office as of the afternoon of August 30, 2013.

5. During the first week of September of 2013, counsel for Plaintiffs' Ed Ramey picked up the voluntarily disclosed disks with the understanding he was free to make copies for his co-counsel.

6. Undersigned counsel exchanged both verbal and written communications with Mr. Ramey over the intervening weeks and is able to share with the Court that Class Counsel has received the disks of documents and the database and continues to review the same.

7. Thus, although the parties have not reached an ultimate resolution at this time, they are endeavoring to work cooperatively in an abundance of good faith, in order to obviate the need for further briefing on this issue and this Court's intervention.

8. Therefore, Defendants respectfully request an additional two weeks in which to continue to work with Class Counsel regarding the issues raises in their Motion to Compel Discovery in the hopes that it will completely eliminate or significantly streamline the need for further briefing and this Court's attention. This time should permit Class Counsel additional time to complete their review of the provided documentation and afford both parties time to continue to work towards an amicable resolution.

9.     Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel spoke with Mr. Ramey on September 19, 2013, and Plaintiffs do not oppose the relief sought herein.

**WHEREFORE**, for all of the reasons listed above, Defendants respectfully request a brief two week extension of time to file their Response to Class Counsels' Motion to Compel, up to and including October 4, 2013.

Respectfully submitted this 20th day of September 2013.

>JOHN W. SUTHERS
>Attorney General
>
>/s/ Jacquelynn N. Rich Fredericks
>JACQUELYNN N. RICH FREDERICKS, #39932
>Assistant Attorney General
>Civil Litigation & Employment Law Section
>Attorneys for Defendant
>1300 Broadway, 10th Floor
>Denver, CO 80203
>Telephone:  (720) 508-6603

## CERTIFICATE OF SERVICE

  I certify that on September 20, 2013, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

        s/ Jacquelynn N. Rich Fredericks