IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

---

**ORDER DENYING CLAIMANT RUDNICK'S AUGUST 1, 2013 APPLICATION FOR WAIVER OF COURT FILING FEES**

---

This matter is before the Court on Claimant James Rudnick's application for waiver of his court filing fees, filed on August 1, 2013. (Doc. # 5399.) The entirety of the instant application consists of a Colorado state form, which serves as an application for waiver of filing fees in Colorado state courts. (*Id.*) That form pertains **only** to Colorado state court filing fees and has no force in this Court.

Accordingly, it is ORDERED that Claimant's application (Doc. # 5399) is DENIED.

DATED: September  20 , 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge