IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

---

**ORDER DENYING CLAIMANT RUDNICK'S AUGUST 1, 2013 MOTION
REQUESTING ORDER TO PROVIDE CLAIMANT LEGAL COPIES OPTIONS**

---

This matter is before the Court on Claimant James Rudnick's August 1, 2013 "Motion Requesting Order to Provide Claimant Legal Copies Options." (Doc. # 5400.) In this motion, Claimant contends that his ability to "file freely" with the Court is "significantly limit[ed]" due to the cost of making copies at the prison. (*Id.,* ¶ 7.) He therefore proposes a number of schemes whereby the Court might ensure that he is relieved from paying these costs. (*Id.* at 3.)

Pursuant to the Court's September 19, 2013 Order, jurisdiction over a claimant's damages claims ends once the claimant has received everything he was awarded in the Special Master's Final Order adjudicating his claims. (Doc. # 5414 at 2.) Claimant has testified that he received everything awarded him in the Final Order. (Doc. # 5289 at 2.) Therefore, no jurisdiction exists in this action with regard to Claimant's claims, and any subsequent filings submitted by Claimant in this action will be summarily denied.

Because Claimant is not expected to submit future filings, the Court discerns that he has no further need to make copies in connection with this action.

As such, it is ORDERED that Claimant's motion (Doc. # 5400) is DENIED AS MOOT.

DATED: September __20__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge