THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870 CMA

Jesse (Jesus) MONTEZ et al
    Plaintiff,

v.

John Hickenlooper et al
    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 5 2013

JEFFREY P. COLWELL
CLERK

---

OBJECTION TO A.G.'s Response to Sept 4 2013 order (Doc 5408)

---

Comes now plaintiff GERALD SENSABAUGH pro-se to submit an objection to the Attorney General's Response of Sept. 18, 2013.

1. Plaintiff concedes that he did sign a check for $250.00, however that amount was not available to me as CDOC kept $50.00.

2. According to C.R.S. 16-18.5-106(2): "At a minumum the executive Director shall order that 20% of all deposits into a Inmates Bank Account including deposits for Inmate Pay shall be deducted and paid toward any <u>outstanding</u> order."

3. According to the Attorney General, CDOC is collecting 20% Restitution for Criminal Case #98CR1359.

(i)

4. If that's the case, the Executive Branch of the Colorado Government and CDOC have yet again overridden a Court Order.

5. Pursuant to the Sentencing Hearing Before Judge J.F. Macrum Jr. District Court, County of Arapahoe, State of Colorado: April 16, 1999 (Reporters Transcript #98CR1359 Page 37 Paragraph 5) "The Court will order as a condition of Release (emphisis added) Restitution as Requested in the Probation Report."

6. As this is the Order of the Court, it is not outstanding until after Mr. Sensabaugh's Release from Custody. Since Mr. Sensabaugh has never been released the Order of the Court is not in force, and not outstanding until such a Release is effected; Therefore the Restitution is Being Collected ex Post Facto (illegaly)

7. This clearly violates United States Constitution Art. 1 §9 Cl. 3, and §10 Cl. 1.

8. An Order of the Court is Sacrosanct, the only one who can change, modify, or cancel it is the Court itself; Anyone else violates the Seperation of Powers Act of the U.S. Constitution

(2)

## Conclusion

The pro-se plaintiff would request of the Court to sustain this objection, and to order the executive branch to return monies that were collected for restitution in case #98CR1359 pursuant to the above information.

Grant such other relief as it may appear that plaintiff is entitled.

September 22, 2013

*Gerald Sensabaugh*

Gerald Sensabaugh #100656
P.O. Box 1010
Cañon City CO. 81215

## Certificate of Service

I certify that I placed in the U.S. mail, postage prepaid the enclosed Objection to AG's Response. As follows: 22 Sept 2013

Office of the Clerk
U.S. District Court
901 19th St. Rm A105
Denver CO 80294

Copy to:
Office of the Attorney General
1300 Broadway 10th Fl
Denver CO 80203