IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 27 2013
JEFFREY P. COLWELL
CLERK

Civil Action Number # 92-cv-870-CMA

**JESSE (JESUS) MONTEZ, et al,**

Plaintiffs,

**Vs.**

**JOHN HICKENLOOPER, et al,**

Defendant.

**SPECIAL MASTERS**

---

Claim Number # 03-272
Category: 111
Claimant: Roy Jack Pollard, # 94894
Address of claimant: CTCF #7, P.O. Box # 1010, Canon City, CO 81215

---

**FAILURE TO COMPLETE THREE PROJECTS**

---

The attorneys for the class, had informed the inmates that the mid line would be inclosed, It has not. Inmates wait in line in the open for up to two hours to receive their medication. In the winder in below freezing weather in the inadequate clothes that are provided by the Colorado Department of Corrections. In the summer inmates wait in line in 90-102 weather for their medication. This comes under the Elementary principles of the Cruel and unusual Punishment of the EIGHTH AMENDMENT.

---

Attorneys for the class also informed the inmates that the situation would be corrected, it has not. Cell house # 3, has very large cells but it is Divided by a rail making it into two cells. The one side is very large and has the wash basin, while on the very small side There is about 30 inchs from the bed and the rail, and in that small space there is the tollet. It is about 9 inchs from the bed, when the inmate from the large side has to go in the night, if his aim is not good the splash will be on the sleeping inmates head on his face. If he dose not want to watch his VT and sleeps with his head on the other end of the bed then the splash is on his blankets and CTCF only washes blankets once a month. This situation also comes under the Elementary principles of the Cruel and unusual punishment claus of the EIGHTH AMENDMENT.

---

In cell house # 7, Pod # R-1-2, the shower for the handicapped is 34 inchs wide and 48 inchs long, the water box sticks out 4 inchs. by the time you put the shower bench in to set on (many can not stand) you have about 16 inchs to move in, making it almost imposable to get a complete shower. the divider between the two showers is 34 inchs leaving 16 inchs of open space between the showers. Therefore, the shower can not be used, as it would put two inmates in the shower together. The divider needs removed and make a fair handicapped shower.

---

Respectfully submitted ~~this~~ 13th, day of september 2013:

Roy Jack Pollard
D.O.C. No. # 94894
CTCF # 7, P.O. Box # 1010
Canon City, Colorado 81215-1010