IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE
TO CLASS COUNSELS' MOTION TO COMPEL DISCOVERY (DOC. 5407)**

---

Defendants, through the Colorado Attorney General, respectfully submit this Joint

Motion for Extension of Time to File Response to Class Counsels' Motion to Compel

Discovery (Doc. 5407).

1.      On August 30, 2013, Class Counsel filed their Motion to Compel

Discovery.  Doc. 5407.

2.      On September 20, 2013, Defendants filed their Unopposed Motion for

Extension of Time to file their Response to Class Counsels' Motion to Compel

Discovery.  Doc. 5417.

3.      On September 23, 2013, this Court granted that extension.  Doc. 5422.

4.      Accordingly, Defendants' Response is due October 4, 2013.

5.      However, since that time the parties have continued to communicate and

are diligently working to resolve their differences amicably.

1

6.      Furthermore, the parties anticipate meeting in-person to discuss, and hopefully largely work through, their remaining concerns in the next two weeks' time.

7.      Thus, the parties now hereby file this JOINT Motion for Extension of Time in order to facilitate their continuing cooperation.

8.      Although the parties have not reached an ultimate resolution at this time, they are endeavoring to work cooperatively in an abundance of good faith, in order to obviate the need for further briefing on this issue and this Court's intervention.

9.      Therefore, BOTH parties respectfully request an additional two weeks in which to continue to work together towards an amicable resolution.

10.     Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel exchanged written communications with Mr. Ramey and Ms. Greisen and Plaintiffs JOIN the relief sought herein.

**WHEREFORE**, for all of the reasons enumerated above, the parties jointly request an additional two week extension of time up to and including October 18, 2013.

Respectfully submitted this 4th day of October 2013.

JOHN W. SUTHERS
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS,
#39932
Assistant Attorney General
Civil Litigation & Employment Law
Section
Attorneys for Defendant
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone:  (720) 508-6603

2

**CERTIFICATE OF SERVICE**

I certify that on October 4, 2013, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

s/ Jacquelynn N. Rich Fredericks

3