IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/17/13
JEFFREY P. COLWELL, CLERK

Civil Action No. 92-cv-870-JLK

JESSE MONDTEX, et, al.,

        Plantiff,

-vs.-

JOHN HICKENLOOPER, et al.,

        Defendants,

---

## NOTICE OF APPEAL OF SEPTEMBER 26, 2913 RULING

---

This matter was before the court by Claimant Wayne Brunsilius's July 14, 2011 objection to April 22, 2011, by final Order of Special Master Richard M. Borcher at the Legal Resolution Center.

This Notice of Appeal is filed for violation of due process, Refusal to consider the entire medical record and violation of a fair and impartial hearing; the failure and refusal of the court to provide finding of facts and conclusions of law pursuant to their finding as stated in record on August 6, 2012; Refusal to make public and to claimant the complete records held by the Colorado Department of Corrections, violation of federal court order by the State of Colorado, abuse of discretion in light of credence and creditability of issues in Objection to Order of April, 22, 2011 by claimant subject and pursuant to the 9 weeks of court investigation of the Colorado Department of Correction as recorded and stipulated by Special Master Richard M. Borchers. The review of the complete record would have illustrated numerous counts of prejudice by the Colorado Department of Corrections.

1

This claimant received only 1 of 16 pages mailed electronically to the listing including Brice A Tondre, an attorney contracted by claimant, but not party to this case. Notification of parties stated and noted did not inform claimant, aid or assist claimant legally or in court, hearing, or with research. But parties stated notified this court of claimants request for legal assistance and denied claimant legal assistance. This prejudiced this case by the collusion to conceal legal assistance and counsel in claimants search for justice. This court never considered claimant's kidnapping and being held hostage for the ransom of $750.000.00 dollars which was the intent of the state of Colorado to kill and destroy claimant, and deny all legal Constitutional and human rights. This prejudice triggered claimants rights to request a change of venue.

This Order of the Court was dated September 26, 2013 but not delivered or received by first class mail until October 10, 2013. This untimely delivery of mail prejudiced this claimant's right to Appeal this decision. During this period of time the government was shut down and may justify the late mailing and notice given claimant. See copy of envelope enclosed, no postal stamp.

The records concealed by this court had prejudice this claimants right of claim are confirmed by testing completed on July 28, 1993, Lab Number 478542, and by testing completed on January 8, 1998 by the Colorado University Hospital.

Dated: October 12, 2013

*[signature]*
Wayne C. Brunsilius, Regulation # 65458
P.O. Box 150923
Lakewood, Colorado 80215-0923

2

Office of the clerk                                                                                              October 12, 2013
United States District Court
901 19th St., Room A 105
Denver, Colorado 80294-3589

Clerk of the Court,

    Please provide me with the appropriate forms an filing to complete the Appeal of the attached Notice of Appeal to the United States Court of Appeals be sent to the stated address below. I thank you for your assistances in this action.

*[signature]*
Wayne Brunsilius
P.O. Box 150923
Lakewood, Colorado 80215-0923

3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Wayne Brunsilius
#65458
P.O. Box 150923
Lakewood, CO 80215