

DENVER CO 802
15 OCT 2013 PM 2 L

37 USA

W. BRANSON
P.O. Box 150423
Lakewood, Co, 80226-2003

Office Glork Clerk
United States District Court
901 19th St, Room A 105
Denver, Colorado 80214-3589