

|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF COLORADO**<br>**OFFICE OF THE CLERK** | Alfred A. Arraj<br>United States Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br>www.cod.uscourts.gov |
| Jeffrey P. Colwell<br>*Clerk* | Phone: (303) 844-3433 |

October 17, 2013

TRANSMITTAL OF NOTICE OF APPEAL/NOTICE OF CROSS APPEAL FILED BY A PRO SE APPELLANT

SEE NOTICE OF ELECTRONIC FILING

**RE:** Montez, et al v. Romer, et al

District Court Case No.: 92-cv-00870-CMA-OES
Filed by: Wayne Brunsilius on 10/17/13
Fee Status: Fee not paid, 1915 motion not filed
Other Pending Appeals: None

Attached are the following documents for the parties in connection with the Notice of Appeal of September 26, 2013 Ruling which is being processed as a notice of appeal and a copy of the docket sheet. Attached for the appellant only is a letter from the U.S. Court of Appeals.

                              JEFFREY P. COLWELL, CLERK

                              by   s/ D. Brown
                                  Deputy Clerk

cc:   Clerk, U.S. Court of Appeals for the Tenth Circuit with the preliminary record