IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**SECOND JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE
TO CLASS COUNSELS' MOTION TO COMPEL DISCOVERY (DOC. 5407)**

Defendants, through the Colorado Attorney General, respectfully submit this Second Joint Motion for Extension of Time to File Response to Class Counsels' Motion to Compel Discovery (Doc. 5407).

1. On August 30, 2013, Class Counsel filed their Motion to Compel Discovery. Doc. 5407.

2. On September 20, 2013, Defendants filed their Unopposed Motion for Extension of Time to file their Response to Class Counsels' Motion to Compel Discovery. Doc. 5417.

3. On September 23, 2013, this Court granted that extension. Doc. 5422.

4. On October 4, 2013, Defendants filed their Joint Motion for Extension of Time to file their Response to Class Counsels' Motion to Compel Discovery. Doc. 5435.

5. Defendants Response is now due October 18, 2013.

1

6. However, the parties are still working together to resolve their differences amicably.

7. The parties have scheduled an in-person meeting for October 25, 2013 to discuss and work through their remaining concerns.

8. Thus, the parties now hereby file this Second JOINT Motion for Extension of Time in order to facilitate their continuing cooperation.

9. Although the parties have not reached an ultimate resolution at this time, they are continue to work cooperatively in an abundance of good faith, in order to obviate the need for further briefing on this issue and this Court's intervention.

10. In order to obviate the need for the filing of yet another motion such as this in short order, the parties respectfully request an additional three weeks in which to continue to work together towards an amicable resolution.

11. Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel exchanged written communications with Mr. Ramey on October 17, 2013 and Plaintiffs do not oppose and join the relief sought herein.

**WHEREFORE**, for all of the reasons enumerated above, the parties jointly request an additional three week extension of time up to and including November 8, 2013.

Respectfully submitted this 18th day of October 2013.

        JOHN W. SUTHERS
        Attorney General

        /s/ Jacquelynn N. Rich Fredericks
        JACQUELYNN N. RICH FREDERICKS, #39932
        Assistant Attorney General
        Civil Litigation & Employment Law Section
        Attorneys for Defendant
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: (720) 508-6603

## CERTIFICATE OF SERVICE

I certify that on October 18, 2013, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

        s/ Jacquelynn N. Rich Fredericks