

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433

October 21, 2013

TRANSMITTAL OF AN AMENDED PRELIMINARY RECORD

Clerk
U.S. Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

**RE:** Montez, et al v. Romer, et al

District Court Case No.: 92-cv-00870-CMA-OES
Court of Appeals Case No.: 13-1430

Dear Clerk:

Attached for the U.S. Court of Appeals for the Tenth Circuit are a current copy of the docket sheet and the Amended preliminary record.

JEFFREY P. COLWELL, CLERK

by  s/ D. Brown
    Deputy Clerk

cc:   See the Notice of Electronic Filing