**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                 Douglas E. Cressler
Clerk of Court                        October 18, 2013                                Chief Deputy Clerk

Wayne Brunsilius
P.O. Box 150923
Lakewood, CO 80215
#65458

**RE:   13-1430, Brunsilius, et al v. Hickenlooper, et al**
         Dist/Ag docket: 1:92-CV-00870-CMA-OES

Dear Appellant:

The court has received and docketed your appeal. Please note your case number above.

Pro se parties must complete and file the entry of appearance form within 30 days from the date of this letter. *See* 10th Cir. R. 46.1. Appellant's failure to enter an appearance may cause the appeal to be dismissed. An appellee who fails to enter an appearance may not receive notice or service of orders. If an appellee does not wish to participate in the appeal, a notice of non-participation should be filed via the court's Electronic Case Filing (ECF) system as soon as possible. The notice should also indicate whether counsel wishes to continue receiving notice or service of orders issued in the case.

Please note that a separate fee is due for initiating an appeal to the circuit court. You are required to pay the $455.00 fee ($5.00 filing fee and $450.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees with the district court within 30 days of the date of this letter, or this appeal may be dismissed without further notice. *See* Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

                                              Sincerely,

                                              Elisabeth A. Shumaker
                                              Clerk of the Court

cc:      Willow I. Arnold
          Lara Elizabeth Baker
          Patricia Bellac
          Jennifer Weiser Bezoza
          Paula Dee Greisen
          Robert Charles Huss
          Elizabeth H McCann
          Blain David Myhre
          James X. Quinn
          Edward Thain Ramey
          Jacquelynn Nichole Rich Fredericks

EAS/kf