October 21st 2013

Federal District Court - Clerk
901 - 19th St   Rm A-105
Denver CO   80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2013

JEFFREY P. COLWELL
CLERK

RE: Review Request By Chief Judge -

District Court - Clerk,

I am seeking a "Chief Judge Review" over the Handling of my claim by Judge Christine Arguello.

I am a class member of the Montez suit 92-cv-0870 regarding Accommodations for Disabilities.

In Brief I have a court order for "Boots that fit my feet" issued in 2005 by Special Master Borchers and affirmed by Judge John Kane.

The Order was for a "Permanent-Chronic disability issue" requiring Accommodation that the Defendants "C.DOC." would not / will not supply on their own.

Currently - Judge Arguello issued a ridicules Order that claims the original Order is no longer valid for continuous compliance — Because it (in her opinion) was a one-time-issue order (filled in 2005)

That because my boots have worn out and do not fit — I am instructed to "have to file a new law suit", by Arguello, in order to get a new "proper-fit" Accommodation.

The thing is, the Defendants Lied to Borchers at a Compliancy Hearing claiming they would provide boots that fit — And instead make excuses for boots that do not fit and which I am forced to use this last year. (an ongoing issue)

Please let me know what I need to file for a Chief Judge Review — I will be filing a formal complaint.

Thank you for your Assistance.

James Rudnick
CDOC Reg. # LOB432
SCF 4A Box 6000
Sterling CO 80751

US POSTAGE PITNEY BOWES

$ 000.46⁰

ZIP 80751
02 1W
0001169820 OCT 22 2013

**Colorado Department Of Corrections**

Name JAMES RADDANCE

Register Number 68432

Unit 4A SCF

Box Number 6000

City, State, Zip STERLING, CO 80751

LEGAL MAIL
CHIEF DISTRICT COURT
JUDGE

FEDERAL DISTRICT COURT - CLERK
901 19TH STREET  RM A105
DENVER  CO  80294

80294250099