RE: PROPERTY ASS'ST. A.G. & Lt. B. SCOTT HAD CONFISCATED FROM MY CELL 9/10.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10/28/13
JEFFREY P. COLWELL, CLERK

Dear Honorable Sir

I was contacted by SCF 10/08/13 by Lt. Scott, tellin me to sign the disposition form to destroy my property or send as exhibits to your court.

I received a letter/order telling me to file a new complaint or resolve, but you would not entertain as part of Montez. Even two retaliation is clear.

I asked the case manager to notify them I want to send it to my brother in Washington. He came back today 10/10/13 telling me Lt. Scott refuses to do such. I'm told the mail room here would allow me to mail it out to my brother, but now Lt. Scott won't forward to CSP.

So I was forced to send to your office, this Lt. Scott (two faced as she is) loves games. I know she has played guest to you & bought you lunch & acted professional but she's far from professional. She's violated her own AR she's mandated to follow. Plus my 34 pictures are now 21. Thirteen are missing, my 68 pages of federal documents on my Omaha case (U.S. v. Coffman) 1980 are gone.

So I sent them to you, you can reject them & send to CSP P/O 777 Canon City, Co. 81215 & the mail room will allow me to send out to my brother. Or the courts can reject & send to Chris Bretz 2411 Simpson Ave. Aberdeen, WA. 98520.

Then this issue is resolved & done. We tried to resolve this several times. Lt. Scott has made this personal now, so when I get out next year I'll handle it personally with a civil suit in court since my time starts now.

#2

I APOLIGIZE FOR THE DRAMA Lt. SCOTT & THE ASIST. A.G. HAS PROMOTED. YOUR LANGUAGE WAS CLEAR & YOUR ORDER WAS CLEAR. Lt. SCOTT HAS REFUSED TO COMPLY, I'VE DOCUMENTED 3 ATTEMPTS TO RESOLVE, SHE DECLINED.

SO NOW YOU KNOW WHY THE STUFF (PROPERTY SHE) CONFISCATED & DICTATED AGAINST A.R. POLICY.

IM STILL AT CSP, MY BOOTS YOU GOT ME IN 9/10 THEY TOOK, IM BACK TO BAREFOOT, NO SHOES/BOOTS. IM IN A CELL NOW & BEEN DENIED A BROOM & MOP FOR 10+ MONTHS NOW.

- IM TOLD MY ORDERS ARE NOT MOOT AS YOU HAD ORDERED. MY CASE/ORDERS ARE DISMISSED BY THE NEW JUDGE & NOW IM FILING AN APPEAL & A NEW 42 USC 1983 FOR CRIMES AGAINST HUMANITY.

I GET NO YARD, NO DAY HALL, NO EXERCISE, IM STUCK IN A SINGLE CELL W/NO SHOES, BOOTS & MY ORDER TO REMOVE ME IS IGNORED. IM NOT GIVING UP ON MY CONST. PROTECTIVE RIGHTS NO MATTER WHO GETS PAID OFF OR GETS THEIR FRIENDS TO CLOSE OUR CASES.

THE U.S. SUPREME COURT RULED 2/26/12 ON COLO. COURTS ABUSE. THAT OPENS THE DOOR NOW ON ME, & IM NOT LEAVING COLO. UNTIL CDOC IS EXPOSED & SHUT DOWN! ENOUGH IS ENOUGH...

WITH RESPECT

Kevin Britz

<u>Mail Room Here</u>

COLORADO DEPARTMENT OF CORRECTIONS
KEVIN MARK BRETZ REG.#46584
P/O BOX 777 UNIT E7-11 C.S.P.
CANON CITY, COLORADO
81215

BROTHER: CHRISTOPHER G. BRETZ
2411 SIMPSON AVE
ABERDEEN, WASHINGTON
98520

SCF PROPERTY/MAIL ROOM/Lt. SCOTT REFUSED TO MAIL TO BROTHER. Lt. SCOTT IS THE SUPERVISOR OVER THE MAIL ROOM. SO SHE DICTATES MAIL ROOM...

CSP
CM Watkins, Larry

Rec'd. 10/08/13 from SCF
Lt. B. Scott

SCF Form 850-6C (01/09)

# STERLING CORRECTIONAL FACILITY
## PROPERTY LIABILITY WAIVER/PROPERTY DISPOSITION FORM

DATE: 10-4-13   OFFENDER NAME: Bretz   DOC #: 46584

You have received the following item(s): _____

THROUGH:    CANTEEN ☐        CHAPLAIN'S OFFICE ☐        MAIL ☐

SENT BY: _____

☐ SCF Property records indicate must be exchanged for one currently in your possession. Please ensure the old item is sent to the Canteen Office with this Disposition of Property form. The Living Unit staff will not distribute the new item until this has been done.

**THE STATE OF COLORADO, DEPARTMENT OF CORRECTIONS**, any and all of the staff of the Department of Corrections, and any and all Facilities and Departments connected with the above will not be responsible for damage to, loss and/or theft of any personal article belonging to the noted offender whose signature appears below, after delivery of said item to the offender.

*My signature below releases Sterling Correctional Facility (SCF) from any and all liability that may result from the notching of my shoes/boots/tennis shoes.*

OFFENDER SIGNATURE: _____   DATE RECEIVED: _____

STAFF SIGNATURE: _____   DATE: _____

## READING MATERIAL DISPOSITION FORM

The SCF Reading Material Committee has reviewed the following item and determined the need for partial censorship. Do you wish to have the item altered or disposition in its entirety?

ALTER ☐          DISPOSITION (as indicated below) ☐

OFFENDER SIGNATURE: _____   Date: _____

## UNAUTHORIZED PROPERTY DISPOSITION FORM

OFFENDER NAME: Bretz   DOC#: 46584

*The items of personal property listed below are not authorized at SCF. Disposition and/or mailing instructions must be provided within ten (10) days of the time the property was removed from my possession. If instructions are not received within the time frame provided the property will be disposed of in accordance with DOC AR 300-6, Searches and Contraband Control, and AR 850-6 Offender Property.*

Legal locker failure
4 not 2 →

| DESCRIPTION OF ITEM | DISPOSITION | | | |
|---|---|---|---|---|
| | MAIL | DONATE | DESTROY | RETURN | (1 FOR 1) |
| 68 copy pages of Federal case | OMAHA | | | | |
| (2) yellow folders w/ magazine clipp. | [ ] | [ ] | [ ] | [ ] | [ ] |
| (1) crochet Bikini top | HOBBY PERMIT AUTHORIZED | [ ] | [ ] | [ ] | [ ] |
| (2) Pacific Island Ladies Brochure | No Nude Photos | [ ] | [ ] | [ ] | [ ] |
| (21) pictures of scantily clad females | Nude Photos | [ ] | [ ] | [ ] | [ ] |
| Book Hells Angels Motorcycle Club | No Nude Photos | [ ] | [ ] | [ ] | [ ] |
| Book Bike Week at Daytona Beach | No Nude Photos | [ ] | [ ] | [ ] | [ ] |
| | [ ] | [ ] | [ ] | [ ] | [ ] |

3 now 2 ↗
History books
Library has the same books ↗

*I agree to the disposition of the property listed above. My signature below releases Sterling Correctional Facility (SCF) from any liability that may be incurred.*

OFFENDER SIGNATURE _____   DATE _____

STAFF SIGNATURE  L Wall   DATE 10-8-13

71894