IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
901 19th St. Room A 105
Denver, Colorado 80294-3589

RE: Civil Action No: 13-1430, Brunsilius, et al v. Hickenlooper, et al
Dist/Ag docket: 1:92-CV-00870-CMA-PES

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 4 2013

JEFFREY P. COLWELL
CLERK

**Application for leave to proceed on appeal without payment of fees as such stated.** I, Wayne Charles Brunsilius© Allodial Secured Party Creditor in Commercial chambers, the undersigned, hereby submits this application to the United Stated District Court to explain the enclosed transaction which will not limit your process in any way.

I am submitting the enclosed documents based on current information that this court holds subject matter jurisdiction and as the proper agent of both Colorado and the Federal government; to offer my UCC -1 Exemption without levy in exchange for release of charges i.e., (Billing Instrument/ Information and Discharge of Debt Instrument i.e., Mittimus for reclusion); Recession of the fraudulent Power of Attorney (is), having them released to me, the secured party creditor, as surrounding the Default Judgment/Conviction in the Civil/Criminal/Commercial side of 90CR1281 which I have Unconditionally Accepted for Value. The enclosed documents thereto attached should help this court process this matter economically, which is in the interest of all parties concerned and to this, the State of Colorado should have no obligations as it is the right of every person to pay/discharge a Debt/judgment pursuant to law.

Further, government never arraigned lawful Right of Title or Trustee by either Order or consent of Secured Party Creditor or by a lawfully assembled judicial body. Refusal to accept Payment/Discharge of Debt requires immediate Settlement of damages, Discharge and release of surety to Secured Party Creditor. UCC 3-603.

This request is submitted after cite/sight on this __31__ day of __October__ 2013.

Without Prejudice

_Wayne C. Brunsilius_
Wayne C. Brunsilius © Allodial Secured Party Creditor, Illegally branded DOC # 65458
P.O. Box 150923
Lakewood, Colorado 80215

## CERTIFICATION OF SERVICE

I hereby certify that I have mailed a copy of the foregoing Application for leave to proceed on this __31__ day of October 31, 2013, by first mail to the Clerk of the United States District court, 901 19th Street, Room A 105, Denver, Colorado 80294-3589

_____
Wayne Brunsilius, © Allodial Secured Party Creditor, Illegally branded DOC # 65458
P.O. Box 150923
Lakewood, Colorado 80215-0923



envelope with return address and addressed to United States District Court, Office of the Clerk, 901 19th Street, Room A 105, Denver, Colorado