| FACILITY | DATE OF VISIT |
|---|---|
| CTCF | 7/31/13 |
| CMRC | 7/17/13 |
| AVCF | 9/16/13 |
| BVCC/BVMC | 8/26/13 |
| BCCF | 9/17/13 |
| DCC | 9/10/13 |
| FCF | 9/9/13 |
| KCCF | 8/27/13 |
| LCF | |
| Pueblo Visit (SCCF, LVCF) | 9/20/13 |



EXHIBIT A-2