# DENVER WOMENS CORRECTIONAL FACILITY
## ALL Offenders listed have the Alert Code = D (ADA-M Montez)
Run Date: 07/10/13

| Living Unit Code | Living Unit Description | Pod | DOC Number | Offender Last Name | Offender First Name | ADA | VISION | HEARING | MOBILITY | DIABETES |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | DW/UNIT1 | 1 | 52535 | SCHAUERHAMER | CLAUDIA | Y | N | N | N | N |
| | | | 100837 | HOSTETTER | MICHELE | Y | N | N | N | Y |
| | | | 157325 | BRYANT | LINDA | Y | N | N | Y | N |
| | | | 105776 | FREEMAN | BARBARA | Y | N | N | N | Y |
| | | | 154449 | VALDEZ | TAMMY | Y | N | N | Y | N |
| | | | 152498 | ROWE | LEE | Y | N | N | N | N |
| | | | 116910 | WILLIAMS | CLENTEEN | Y | N | N | Y | N |
| | | | 143509 | JOHNSON | KORTNEY | Y | N | N | Y | N |
| | | 2 | 134749 | VIGIL | JACQUELINE | Y | N | N | Y | N |
| | | | 104071 | ARROYA | ERIKA | Y | N | N | Y | N |
| | | | 131779 | SPEARS | DARLENE | Y | N | N | N | N |
| | | | 156488 | HARRISFRAZIER | ANDREA | Y | N | N | N | Y |
| | | | 82676 | JUVERASAIZ | ELLEN | Y | N | N | Y | N |
| | | | 93217 | DEKKER | CELESTE | Y | Y | N | N | N |
| | | | 99062 | DAVIS | BRANDY | Y | N | Y | Y | N |
| 02 | DW/UNIT2 | 1 | 152088 | HILTON | JANET | Y | N | N | N | N |
| | | | 87544 | THOMAS | TINA | N | N | N | N | Y |
| | | | 96521 | MARTINEZ | REINA | Y | N | N | N | N |
| | | | 161151 | PITTMAN | DIANETH | Y | N | N | N | N |
| | | | 134286 | MONT | TINA | Y | N | N | Y | N |
| | | | 156872 | BROWN | TERRI | Y | Y | Y | N | N |
| | | | 67291 | JACKSON | GLENDA | Y | N | N | Y | N |
| | | | 134185 | BARAJAS | TANGERINE | Y | N | N | N | N |
| | | | 156415 | ISAAC | FIRTUNA | Y | N | N | N | N |
| | | | 141898 | HERRERA | SHARI | Y | N | N | N | Y |
| | | | 157045 | MARKS | NANCY | Y | N | N | Y | N |



| Unit | Sec | ID | Last | First | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 148081 | CHRISTNER | TARA | Y | N | N | N |
| | | 142191 | ROLAND | NICOLE | Y | N | N | N |
| | 2 | 113759 | WATERS | DEBRA | Y | N | N | N |
| | | 123308 | SUTTON | ANISSA | Y | N | Y | N |
| | | 121276 | MORGAN | DERRI | Y | N | N | N |
| | | 126504 | LOYA | SHELLI | Y | N | N | N |
| | 3 | 159353 | CORDOVA | ALICIA | Y | N | N | Y |
| | | 133032 | NAVARRETTE | REBECCA | Y | N | N | Y |
| DW//UNIT3 | A | 106978 | MASON | CHENIECE | Y | N | N | Y |
| | | 160913 | LAFOLLETTE | PATRICIA | N | N | N | Y |
| | | 160020 | EISENBARTH | LISA | Y | N | N | N |
| | | 149925 | PEMBROOK | TAMARAH | Y | N | N | Y |
| | | 161237 | PIERSON | VIRGINIA | Y | N | N | N |
| | | 157214 | SLOWHEART | JESUSA | Y | N | N | Y |
| | B | 104224 | MARTIN | MAUREEN | Y | N | Y | N |
| | | 88411 | NEFF | MARY | Y | N | N | N |
| | | 151914 | CASAUS | JEANNETTE | Y | N | N | Y |
| | | 134934 | KOBAL | SANDRA | Y | Y | N | N |
| | | 126859 | VIGIL | JEANETTE | Y | N | N | Y |
| | | 153081 | ASBERRY | VICTORIA | Y | N | N | N |
| | D | 161601 | VASSEUR | KARREN | Y | N | N | Y |
| | | 55140 | LUBBEN | DEVANIE | Y | N | N | Y |
| | | 105144 | TURNER | DAYATRA | Y | N | N | N |
| | | 160944 | THURMAN | BRITTANY | Y | N | Y | Y |
| | | 133452 | FRANKLIN | SHARLENE | Y | N | N | Y |
| | | 95843 | ARMENTA | MANDY | Y | N | N | N |
| | | 142208 | MADEWELL | PATSY | Y | N | N | Y |
| DW/UNIT5 | A | 148104 | STILLMAN | KAREN | Y | N | N | N |
| | | 122792 | ELLINGTON | VALERIE | Y | N | N | Y |
| | | 146718 | SMITH | DENISE | N | N | N | N |
| | | 127139 | HAINES | LACEY | Y | N | N | Y |
| | | 123265 | SMITH | GLORIA | Y | Y | N | N |
| | | 101821 | LEHNERT | CHARITY | Y | N | N | Y |
| DW/UNIT6 | B | 155692 | KILLION | CHERYL | Y | N | N | N |
| | B | 159800 | JENTZ | KELLY | Y | N | N | N |
| DW/UNIT3C | C | 142427 | BAUER | VICKI | N | N | Y | N |
| | | 49527 | RENODURAN | JANICE | Y | N | N | Y |

Header codes at top: 03, 05, 06, 3C

| 4P | SU | DW/4PROC | DW/SEG | BS | DN | CN | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 146702 | 162041 | 135110 | MESSER | MARONE | MYERSSHAPPARELLI | CELINDA | MARIE | PAMALA |
| | | | | | | | Y | N | Y | N | N | N |
| | | | | | | | Y | N | N | N | N | N |
| | | | | | | | N | N | Y | Y | N | N |

ARKANSAS VALLEY CORRECTIONAL FACILITY
ALL Offenders listed have the Alert Code = D (ADA-M Montez)
Run Date: 11/06/13

| Living Unit Code | Living Unit Description | Pod | DOC Number | Offender Last Name | Offender First Name | ADA | VISION | HEARING | MOBILITY | DIABETES |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | AVCF/UNIT1 | A | 159671 | COYLE | WILLIAM | Y | N | N | Y | N |
| | | | 116938 | KILGORE | ROY | Y | N | Y | N | N |
| | | | 141585 | RAMIREZLEDEZMA | JOSE | Y | N | N | N | N |
| | | | 108326 | LONG | ROBERT | Y | N | N | N | Y |
| | | B | 81107 | TURNER | ROBERT | Y | N | N | N | N |
| | | | 142258 | HOSTETLER | TIMOTHY | Y | N | Y | N | N |
| | | | 119067 | ALLEY | DAVID | Y | N | N | N | Y |
| | | | 43396 | CHRISTMAN | HOWARD | Y | N | Y | N | N |
| | | | 100551 | HOSTETTER | CHRIS | Y | N | N | N | N |
| | | | 116470 | MILLER | EDGAR | Y | N | Y | N | N |
| | | | 116826 | RICKER | WADE | Y | N | N | N | Y |
| | | C | 147970 | SNYDER | DOUGLAS | Y | N | Y | N | N |
| | | | 110159 | WEIR | JOHN | Y | N | Y | N | Y |
| | | | 143399 | OULTON | JERRY | N | N | N | N | Y |
| | | | 49436 | BASS | MILTON | Y | N | Y | N | N |
| | | | 160139 | MONTOYA | MICHAEL | Y | N | Y | N | N |
| | | | 90958 | CARRION | CARLOS | Y | N | Y | N | Y |
| 02 | AVCF/UNIT2 | A | 141141 | MARTINEZ | BENEDICTO | N | N | N | N | Y |
| | | | 154161 | PACHECO | CHRIS | Y | N | N | N | Y |
| | | | 106561 | BALLEW | JUSTIN | Y | N | N | N | Y |
| | | | 67796 | ANDERSON | JAMES | Y | N | N | N | N |
| | | | 114996 | FREITAG | JAMES | Y | N | Y | N | Y |
| | | B | 124092 | PETRIK | SCOTT | Y | N | N | N | Y |
| | | | 141618 | ROBERTSON | THOMAS | Y | N | N | N | Y |
| | | | | | RICHARD | Y | N | Y | N | Y |

| Unit | Sec | ID | Last Name | First Name | | | | |
|---|---|---|---|---|---|---|---|---|
| AVCF/UNIT3 | C | 152491 | BOYD | MATTHEW | Y | N | N | N |
| | | 97002 | COOK | JOHN | Y | N | Y | Y |
| | | 55587 | PEREZ | JOSEPH | Y | N | N | N |
| | | 49057 | SURVINE | RICKEY | Y | N | Y | Y |
| | | 160875 | NIETOMORENO | JORGE | Y | N | Y | Y |
| | | 54510 | CUMMINGS | PETE | Y | N | N | Y |
| | | 90601 | ELIZONDO | JOSE | Y | N | Y | Y |
| | A | 1082 | LOREDO | EDWARD | Y | N | Y | N |
| | | 50970 | STRONER | ROBERT | Y | N | Y | N |
| | | 60500 | SIGALA | RICHARD | Y | N | N | Y |
| | | 86570 | STROCK | RICHARD | Y | N | Y | Y |
| | | 154787 | DURAN | DOMINGO | Y | N | Y | Y |
| | | 99760 | GORDON | DAVID | Y | N | Y | Y |
| | B | 98151 | PETTIT | ELLSWORTH | Y | N | Y | N |
| | | 154433 | BELLINGTON | JOHNNIE | Y | N | N | Y |
| | | 114520 | MORRELL | JAMES | Y | N | Y | N |
| | | 135587 | SEAGROVES | DARYL | Y | N | Y | N |
| | | 87200 | WHITE | RORY | Y | N | Y | Y |
| | | 82973 | STEVENS | DAVID | Y | N | Y | Y |
| | | 66589 | LUNDIN | MARTIN | Y | N | Y | Y |
| | | 99913 | DOREMUS | DAVID | Y | N | Y | Y |
| | C | 152075 | EDDY | RODNEY | Y | N | Y | N |
| | | 139583 | KASPER | MATTHEW | Y | N | N | Y |
| | | 152055 | WRIGHT | JAMES | Y | N | Y | N |
| | | 47869 | THOMPSON | BRUCE | Y | N | Y | Y |
| | | 51990 | HALL | GERALD | Y | N | N | N |
| | | 143940 | MAYES | EARL | Y | N | Y | Y |
| | | 145981 | HARVEY | FRANKLIN | Y | N | Y | Y |
| AVCF/UNIT4 | A | 85286 | SMITH | HARDRICK | Y | N | Y | N |
| | | 81760 | BREACKENRIDGE | NATHAN | Y | N | N | N |
| | | 130195 | MCINTYRE | JEFFREY | Y | N | Y | Y |
| | | 41908 | WILSON | TERRY | Y | N | Y | Y |
| | | 154398 | BRANING | MELVIN | Y | N | Y | Y |
| | | 68296 | MANZANARES | ANTONIO | Y | N | Y | Y |
| | | 97441 | KEENER | DARYL | Y | N | N | N |
| | B | 120993 | STEPHENSON | DONALD | Y | N | Y | Y |
| | | 125059 | MARTINEZ | TIMOTHY | Y | N | N | N |

| Unit | Sub | ID | Last Name | First Name | C1 | C2 | C3 | C4 |
|---|---|---|---|---|---|---|---|---|
| 05 AVCF/UNIT5 | A | 160026 | TRUJILLO | RICHARD | Y | N | Y | N |
| | | 43666 | LESLIE | GEORGE | Y | N | N | Y |
| | | 62219 | STRAND | BRADLEY | Y | N | N | Y |
| | | 117319 | ANDERSON | MICHAEL | Y | N | Y | Y |
| | | 159949 | RODREICK | JACK | Y | N | N | N |
| | | 88322 | GARNES | JAMES | Y | N | N | Y |
| | | 58531 | LUCERO | RONALD | Y | N | N | Y |
| | | 147504 | BELL | JASON | Y | N | Y | Y |
| | | 120492 | STAGNER | RODNEY | Y | N | N | Y |
| | | 86156 | YERTON | JESSIE | Y | N | Y | N |
| | | 85727 | LANDON | ROBERT | Y | N | N | N |
| | | 113108 | GARRISON | CHARLES | Y | N | Y | Y |
| | | 82913 | CABALLERO | DEON | N | N | N | N |
| | | 964 | BENTLEY | WILLIAM | Y | N | Y | Y |
| | B | 99424 | MILLER | JOHN | Y | N | N | Y |
| | | 113858 | MCGONIGLE | STEVEN | Y | N | Y | N |
| | | 68790 | WILLIAMS | BRUCE | Y | N | N | Y |
| | | 149027 | STELZER | PAUL | Y | N | N | N |
| | | 161467 | FERNANDOCERVANTES | LUIS | Y | N | Y | Y |
| | | 109295 | LANFORD | RICHARD | Y | N | N | N |
| | | 112456 | MADRID | RAMON | Y | N | Y | Y |
| | | 131489 | RUPP | JEFFRY | Y | N | Y | Y |
| | C | 76150 | SANDOVAL | RICHARD | Y | N | N | N |
| | | 104111 | LEE | CHARLES | Y | N | N | Y |
| | | 156453 | HARRISON | FREDDIE | Y | N | Y | Y |
| | | 53898 | SIMS | JAMES | Y | N | N | Y |
| 06 AVCF/UNIT6 | A | 52712 | STREET | STEVEN | Y | N | Y | Y |
| | | 83508 | DUDLEY | JOSE | Y | N | N | Y |
| | | 83042 | HERNANDEZ | ANTHONY | Y | N | Y | Y |
| | | 139838 | STEELE | JOHN | Y | N | Y | Y |
| | | 145804 | BENZING | MARC | N | N | N | N |
| | | 131298 | BYERS | KENNETH | Y | N | N | Y |
| | B | 162768 | SNYDER | JOSEPH | Y | N | Y | N |
| | | 136213 | APODACA | MELVIN | N | N | Y | Y |
| | | 157657 | GARRETT | RAYMOND | Y | N | N | N |
| | | 119130 | HUNN | JAMES | Y | N | N | Y |
| | | 111148 | GABLER | VICTOR | N | Y | N | N |

| SU | AVCF/SEG | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | D | 120656 | PUNK | PHILLIP | Y | N | Y | N | N |
| | | | 128294 | AVILA | RAYMOND | Y | N | N | N | Y |
| | | | 53509 | PINO | DANIEL | Y | N | N | N | Y |
| | | | 112516 | HERNANDEZ | ARTHUR | Y | N | N | N | Y |
| | | | 66809 | GIRON | RUDY | Y | N | N | N | Y |
| | | | 106365 | SCHEIBER | BRUCE | Y | N | N | N | Y |
| | | C | 62180 | PATTON | FREDERICK | Y | N | N | N | Y |
| | | | 122593 | GARCIA | NORMAN | N | N | N | N | N |
| | | | 124461 | NURSE | DELL | Y | N | Y | N | N |