## Jacquelynn Rich Fredericks

| | |
|---|---|
| **From:** | Jacquelynn Rich Fredericks |
| **Sent:** | Friday, October 25, 2013 4:35 PM |
| **To:** | Ed Ramey (eramey@hpgfirm.com); greisen@kinggreisen.com; mool@kinggreisen.com; Jennifer Bezoza (Bezoza@kinggreisen.com) (Bezoza@kinggreisen.com); Blain Myhre (blainmyhre@gmail.com) (blainmyhre@gmail.com) |
| **Subject:** | AIC Montez Database - Access |

Good Evening to All,

It was a pleasure to meet some new faces to day and speak with each of you.  I wanted to touch base re something I was preparing to show you when we first sat down and that I never got back around to, i.e., how to pull the new/recent information in the database you currently have.

Log in.
Click on one of the fields  (for example: screening information)
Just below "file" click on "**view**"  (this is right above where Ms. Mool was using the "tables" function)
Select "**data sheet view**"
Approximately 15,178 entries should load up... it will take a second or two due to volume.
Scroll down... the most recent entry date is June 13, 2013 for an individual with the surname "Vigil"

Please let me know, if after giving this a shot, you are still unable to view up through June of 2013 re for class members.

Thanks and please enjoy a wonderful weekend!

Regards,

Jacquelynn N. Rich Fredericks
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Direct dial: 720-508-6603
Fax: 720-508-6032
Main office: 720-508-6000
Email: jacquelynn.richfredericks@state.co.us

### Notice of Address Change

**Please note that as of *January 22, 2013*,** the Colorado Department of Law has moved to the Ralph L. Carr Colorado Judicial Center (address and main phone number listed above). My former direct dial (303-866-5639) is no longer active, and my new direct dial is listed above. My email address remains the same.

Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000 Main



EXHIBIT
A-6