**Jacquelynn Rich Fredericks**

| | |
|---|---|
| **From:** | Jacquelynn Rich Fredericks |
| **Sent:** | Friday, October 04, 2013 4:21 PM |
| **To:** | 'Ed Ramey' |
| **Cc:** | Paula Greisen (greisen@kinggreisen.com); James Quinn |
| **Subject:** | RE: Montez v. Hickenlooper - discovery/information requests |

Dear Ed and Paula,

I hope you're keeping warm on this windy Friday! I'll file the Joint MET re Defendants' Response to the pending Motion to Compel. We are, as always, perfectly willing to work with you all. I'd be glad to help you figure out navigation of the database. I'd also be glad to work with you regarding what information you feel you require a more full portrait of. I think it will be easier if you just communicate what it is you want/need rather than trouble with formal written discovery.

My weeks are quite busy (as I'm sure yours are as well). We're presently three line attorneys down in our unit, thus, my schedule is rather tight. I'm also preparing for trial (provided the federal courts keep their doors open). However, if you'll give me some dates which work with your schedules, I'll endeavor to accommodate to the best of my ability. Getting together will also afford us the opportunity to return those leftover and extra mailings which Mr. Quinn has in his office. I'm more consistently in the office as my illness is gradually subsiding and you are always welcome to phone or email me here.

Regarding the viewing of "hard" AIC files, I believe things are all or mostly electronic now (hence all the stuff on the disks). Thus, there realistically are not files available to mull through as you may have been previously accustomed to. Indeed, I think most everyone is going paperless these days, my own post-it note filing system being the exception. We can discuss this further if perhaps I'm misunderstanding what you're seeking.

Please have a good weekend and I'll look forward to hearing from you this next week.

Regards,

Jacquie Rich Fredericks

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 02, 2013 2:41 PM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Montez v. Hickenlooper - discovery/information requests

Jacquie – We very much appreciate the information you provided to us a few weeks back. In an effort to see if we can narrow the remaining issues surrounding our discovery/information requests pertinent to the Montez monitoring period and following up on our earlier discussions, we (Plaintiffs' class counsel) would like to arrange a meeting with you – and an appropriate DOC representative who is able to assist us in our review of the database and documents that were recently produced.
More specifically –

1) Despite our initial efforts, we haven't been able to fully determine how to adequately search the database and we have additional questions about some of the information that was produced and how it has been put together. My guess is that someone from the DOC could explain that to us fairly easily.

EXHIBIT A-7

1

2) Some of the information we requested doesn't seem to have been addressed in your response, and we'd like to explore that.
3) Having now been out to quite a number of the facilities and met with a significant number of our class members, we have some additional, quite focused, discovery requests that we will be sending to you.

We are pulling together a list of the specific items we'd like to discuss under points 2 and 3, above, and should have that to you very shortly. In the meantime, we would like to schedule the meeting with you and the appropriate DOC representative(s) sometime within the next couple weeks.

In the interim, provided that you are agreeable to arranging the requested meeting within the next couple weeks and working with us to sort through these various issues, we would be willing to agree to a further, two week extension of your time to respond to our motion to compel, and we would be happy to represent to the court that the parties are meeting and actively attempting to work out the issues. We would also be happy to participate in a joint motion to this effect. However, in light of the time that has already been consumed in these discussions and the disagreement regarding our entitlement to discovery during the monitoring phase of these proceedings, we do not want to completely withdraw our motion and risk having to start from scratch. We do anticipate, however, that to the extent we are able to work together to sort through some of the issues we will at least be able to modify our motion to focus solely on any remaining issues.

Would that approach be acceptable to you? Please let us know by the close of business on October 4, 2013 whether you are amenable to this proposal.

Finally, on a separate note, we'd like to arrange to review the AIC files at DOC headquarters (as was done in past years). Please let us know what potential dates or time frames will work for the DOC so we can get that scheduled.

Thank you – and please thank Jim – for your courtesy and cooperation with this.
Ed

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main: 303-595-4747
Direct: 303-376-3712
Fax: 303-595-4750
Email: eramey@hpgfirm.com

This is a confidential and potentially privileged communication. Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability. If you are not the named recipient or have received this message in error, please delete it. Do not forward or otherwise disseminate it in any way.

**TAX ADVICE DISCLAIMER**: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.

## Jacquelynn Rich Fredericks

**From:** Jacquelynn Rich Fredericks
**Sent:** Wednesday, October 16, 2013 3:02 PM
**To:** 'Ed Ramey'
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

I hope your week is going well! I was up north quashing a pair of subpoenas myself earlier today. Let's tentatively set next Friday the 25th. You all can come here. Please let me know in advance who will be coming, as I'll need to obtain guest clearance for each person. Shall we plan for an hour? In advance, will you please let me know what further *specifics* you're in the market for? I want to make sure we're responsive and the intended meeting productive.

Thanks,

Jacquie

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 09, 2013 9:26 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Meeting re Montez case information requests and databases

Jacquie – thanks for your email of last Friday regarding the Montez case issues.
Would it be possible to set up a meeting with you – and whoever else from your office and/or the CDOC you believe it would be helpful to include – on any of the following dates?
    Monday, Oct. 14 (I can't recall if Columbus Day is a real holiday);
    Tuesday, Oct. 15;
    Thursday, Oct. 17 (morning);
    Friday, Oct. 18 (morning);
    Friday, Oct. 25.
These are dates that I know Paula Greisen and I can be there, and at least some of the other members of the class counsel group...if they don't work for you we can obviously find some alternatives. We'd be happy to come over to your office (or we could host at one of ours if you'd prefer). [And it might be helpful to have access to a computer monitor or laptop so we could actually open up and look at the CD database.]
From the CDOC side, I think it would be very useful if someone from the AIC office could join us – I'm thinking they would readily be able to tell us what sorts of databases and records are being maintained and how they are being maintained (as you could tell from my last email, we're way out of date on this – thinking of hard-copy AIC files, etc.). Thanks again for your assistance with this...and please let us know if this type of meeting would work on your end, and, if so, when you all might be available to do it (I know everyone's schedules are absolutely crazy!).
Ed


Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main: 303-595-4747

1

Direct: 303-376-3712
Fax: 303-595-4750
Email: eramey@hpgfirm.com

This is a confidential and potentially privileged communication. Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability. If you are not the named recipient or have received this message in error, please delete it. Do not forward or otherwise disseminate it in any way.

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.

**Jacquelynn Rich Fredericks**

| | |
|---|---|
| **From:** | Jacquelynn Rich Fredericks |
| **Sent:** | Tuesday, October 22, 2013 6:17 PM |
| **To:** | 'Ed Ramey' |
| **Cc:** | Paula Greisen (greisen@kinggreisen.com) |
| **Subject:** | RE: Meeting re Montez case information requests and databases |

Dear Ed,

Just touching base re intended conversational topics for 10/25/13.  Please let me know!

Thanks,

Jacquie RF

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Thursday, October 17, 2013 6:51 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** RE: Meeting re Montez case information requests and databases

Hi Jacquie – thanks for getting back to us.
How about we set the meeting for <u>Friday, Oct. 25, at 10:00 at your office</u>? I would think an hour to an hour-and-a-half should be plenty.
We'll probably have a group of us from the plaintiff class counsel team – that way we won't miss any issue or have to rehash everything when we get back. And we'll get you a set of "bullets" of our principal questions/concerns ahead of time so that you can assemble or make available the appropriate people to attend on your end. I agree that we should try to make this meeting as productive as possible.
Thanks again for your assistance with this. And, if you want to file a request for a further extension of time to respond to our motion to compel, you can certainly represent that we consent.
Ed

---

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Wednesday, October 16, 2013 3:02 PM
**To:** Ed Ramey
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

I hope your week is going well!  I was up north quashing a pair of subpoenas myself earlier today.  Let's tentatively set next Friday the 25th.  You all can come here.  Please let me know in advance who will be coming, as I'll need to obtain guest clearance for each person.  Shall we plan for an hour?  In advance, will you please let me know what further *specifics* you're in the market for?  I want to make sure we're responsive and the intended meeting productive.

Thanks,

Jacquie

1

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 09, 2013 9:26 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Meeting re Montez case information requests and databases

Jacquie – thanks for your email of last Friday regarding the Montez case issues.
Would it be possible to set up a meeting with you – and whoever else from your office and/or the CDOC you believe it would be helpful to include – on any of the following dates?
       Monday, Oct. 14 (I can't recall if Columbus Day is a real holiday);
       Tuesday, Oct. 15;
       Thursday, Oct. 17 (morning);
       Friday, Oct. 18 (morning);
       Friday, Oct. 25.
These are dates that I know Paula Greisen and I can be there, and at least some of the other members of the class counsel group...if they don't work for you we can obviously find some alternatives. We'd be happy to come over to your office (or we could host at one of ours if you'd prefer). [And it might be helpful to have access to a computer monitor or laptop so we could actually open up and look at the CD database.]
From the CDOC side, I think it would be very useful if someone from the AIC office could join us – I'm thinking they would readily be able to tell us what sorts of databases and records are being maintained and how they are being maintained (as you could tell from my last email, we're way out of date on this – thinking of hard-copy AIC files, etc.). Thanks again for your assistance with this...and please let us know if this type of meeting would work on your end, and, if so, when you all might be available to do it (I know everyone's schedules are absolutely crazy!).
Ed


Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main:  303-595-4747
Direct:  303-376-3712
Fax:  303-595-4750
Email:  eramey@hpgfirm.com

This is a confidential and potentially privileged communication. Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability. If you are not the named recipient or have received this message in error, please delete it. Do not forward or otherwise disseminate it in any way.

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.

## Jacquelynn Rich Fredericks

**From:** Jacquelynn Rich Fredericks
**Sent:** Wednesday, October 23, 2013 10:49 AM
**To:** 'Ed Ramey'
**Subject:** RE: Meeting re Montez case information requests and databases

Sorry – not trying to be a pest, just want to make sure everyone gets what they're hoping for out of our meeting. ☺

Also, I really do need a list of who intends to come. They're quite vigorous about that downstairs. We'll be meeting on the 10th floor so everyone has to be accounted for in advance. When you all come in, you go to that round desk where you and I met and sign in. You'll have a photo taken and each of you will then have a little paper photo ID. I or a member of our staff will fetch you and bring you up to 10. After Mr. Clements' murder, security here has been rather vigorous. Just want to make things run as smooth as possible on Friday.

Jacquie RF

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Tuesday, October 22, 2013 6:19 PM
**To:** Jacquelynn Rich Fredericks
**Subject:** RE: Meeting re Montez case information requests and databases

Thanks for the nudge, Jacquie....I'm nudging my group as well!...

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Tuesday, October 22, 2013 6:17 PM
**To:** Ed Ramey
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

Just touching base re intended conversational topics for 10/25/13. Please let me know!

Thanks,

Jacquie RF

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Thursday, October 17, 2013 6:51 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** RE: Meeting re Montez case information requests and databases

Hi Jacquie – thanks for getting back to us.
How about we set the meeting for Friday, Oct. 25, at 10:00 at your office? I would think an hour to an hour-and-a-half should be plenty.
We'll probably have a group of us from the plaintiff class counsel team – that way we won't miss any issue or have to rehash everything when we get back. And we'll get you a set of "bullets" of our principal questions/concerns ahead of time so that you can assemble or make available the appropriate people to attend on your end. I agree that we should try to make this meeting as productive as possible.

1

Thanks again for your assistance with this. And, if you want to file a request for a further extension of time to respond to our motion to compel, you can certainly represent that we consent.
Ed

---

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Wednesday, October 16, 2013 3:02 PM
**To:** Ed Ramey
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

I hope your week is going well! I was up north quashing a pair of subpoenas myself earlier today. Let's tentatively set next Friday the 25th. You all can come here. Please let me know in advance who will be coming, as I'll need to obtain guest clearance for each person. Shall we plan for an hour? In advance, will you please let me know what further *specifics* you're in the market for? I want to make sure we're responsive and the intended meeting productive.

Thanks,

Jacquie

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 09, 2013 9:26 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Meeting re Montez case information requests and databases

Jacquie – thanks for your email of last Friday regarding the Montez case issues.
Would it be possible to set up a meeting with you – and whoever else from your office and/or the CDOC you believe it would be helpful to include – on any of the following dates?
> Monday, Oct. 14 (I can't recall if Columbus Day is a real holiday);
> Tuesday, Oct. 15;
> Thursday, Oct. 17 (morning);
> Friday, Oct. 18 (morning);
> Friday, Oct. 25.

These are dates that I know Paula Greisen and I can be there, and at least some of the other members of the class counsel group…if they don't work for you we can obviously find some alternatives. We'd be happy to come over to your office (or we could host at one of ours if you'd prefer). [And it might be helpful to have access to a computer monitor or laptop so we could actually open up and look at the CD database.]
From the CDOC side, I think it would be very useful if someone from the AIC office could join us – I'm thinking they would readily be able to tell us what sorts of databases and records are being maintained and how they are being maintained (as you could tell from my last email, we're way out of date on this – thinking of hard-copy AIC files, etc.). Thanks again for your assistance with this…and please let us know if this type of meeting would work on your end, and, if so, when you all might be available to do it (I know everyone's schedules are absolutely crazy!).
Ed


Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main: 303-595-4747

2

Direct: 303-376-3712
Fax: 303-595-4750
Email: eramey@hpgfirm.com

This is a confidential and potentially privileged communication. Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability. If you are not the named recipient or have received this message in error, please delete it. Do not forward or otherwise disseminate it in any way.

**TAX ADVICE DISCLAIMER**: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.