# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | November 19, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Wayne Brunsilius
P.O. Box 150923
Lakewood, CO 80215
#65458

**RE:**   **13-1430, Brunsilius, et al v. Hickenlooper, et al**
Dist/Ag docket: 1:92-CV-00870-CMA-OES

Dear Appellant:

Please note the following requirements for prosecuting this matter.

A record on appeal, which consists of copies of all relevant documents filed in the district court except those excluded by 10th Cir. R. 10.3(E), will be filed in your case. As a result, you do not need to submit any record materials.

A separate fee is due for initiating an appeal to the circuit court. You are required to pay the $455.00 fee ($5.00 filing fee and $450.00 docket fee) to the district clerk or file an application for leave to proceed on appeal without prepayment of fees. Since the fee for this appeal has not been paid and district court has not granted you leave to proceed on appeal without prepayment of fees, you must pay the $455.00 fee to the district clerk or apply to this court for leave to proceed on appeal without prepayment of fees as provided in Fed. R. App. P. 3(e). You may complete the Motion For Leave To Proceed On Appeal Without Prepayment Of Costs Or Fees form (which will be provided to you) and return it to this court within 40 days of the date of this letter. Unless the fee is paid to the district court or the form is returned to this court within 40 days, the appeal may be dismissed without further notice. *See* 10th Cir. R. 3.3(B).

You must file an opening brief within 40 days from the date of this letter. You may use the Pro Se Brief form (which will be provided to you) or you may file a separate brief. If you do not use the form, your brief must comply with the Federal Rules of Appellate Procedure and Tenth Circuit Rules with respect to briefs. Failure to file a brief is grounds for dismissal without further notice. Copies must be served on all opposing counsel and all unrepresented parties. The clerk may refuse to file any brief which does not comply with the rules and the court's instructions. Motions for extensions of time are not favored and, absent extraordinary circumstances, will not be granted.

The appellee may file an answer brief within 30 days after filing and service of your opening brief. Copies must be served on all opposing counsel and all unrepresented parties.

If the appellee files an answer brief, you may file a reply brief. Your reply brief must be filed within 14 days after filing and service of appellee's answer brief. Copies must be served on all opposing counsel and all unrepresented parties.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     Willow I. Arnold
        Lara Elizabeth Baker
        Patricia Bellac
        Jennifer Weiser Bezoza
        Paula Dee Greisen
        Robert Charles Huss
        Blain David Myhre
        James X. Quinn
        Edward Thain Ramey
        Jacquelynn Nichole Rich Fredericks


EAS/sds