# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

---

## ORDER DENYING LEAVE TO PROCEED ON APPEAL
## PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

    Claimant Wayne C. Brunsilius, submitted *pro se* on November 4, 2013, a document titled "Application for leave to proceed on appeal without payment of fees as such stated" (Doc. # 5447). The Court has examined the file and has determined that the application must be denied as deficient because it is not on the Court-approved form for filing a Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. Accordingly, it is

    ORDERED that the document titled "Application for leave to proceed on appeal without payment of fees as such stated" (Doc. # 5447) that Claimant Wayne C. Brunsilius filed *pro se* on November 4, 2013, is DENIED, with leave to refile in the United States Court of Appeals for the Tenth Circuit.

    DATED at Denver, Colorado, this __19th__ day of November, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge