IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES
IN REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTION TO COMPEL DISCOVERY RESPONSES**

Plaintiffs respectfully request leave to submit a brief containing twenty-eight pages in reply to Defendants' Response to Plaintiffs' Motion to Compel Discovery Responses [Doc. 5448].

1. On August 30, 2013, Plaintiffs filed a Motion to Compel Defendants' Responses to Plaintiffs' First Set of Discovery Requests During the Monitoring Period ("Motion to Compel").

2. Plaintiffs' Motion to Compel concerns a complex and important discovery issue -- namely, whether Plaintiffs are entitled to formal discovery during the two-year Monitoring Period, during which Plaintiffs are charged with monitoring Defendants' continued substantial compliance with the extensive Remedial Plan in this case.

3. Plaintiffs attempted for almost ten months to resolve this issue without the Court's assistance. Unfortunately, the Parties were unable to reach agreement.

4. After Plaintiffs filed their motion, Defendants produced a number of documents that they claim are responsive to Plaintiffs' First Discovery Requests.

5. In their Response to Plaintiffs' Motion to Compel, Defendants listed over twenty-four categories of documents that they produced. From the titles, it may appear that some of those documents are responsive to Plaintiffs' Discovery Requests and would be helpful to Plaintiffs' monitoring efforts. It is therefore necessary for Plaintiffs to explain to the Court what many of these documents are and why they are, for the most part, useless to Plaintiffs' monitoring efforts.

6. Plaintiffs also believe it is important for the Court to understand what types of information are necessary for Plaintiffs to monitor Defendants' compliance with the Remedial Plan and exactly what Plaintiffs seek through discovery.

7. For the foregoing reasons, Plaintiffs respectfully request leave to file a reply brief of twenty-eight pages.

## Certificate of Compliance with D. Colo. L.R. 7.1A

The undersigned certifies that, on November 22, 2013 at 4:25 PM, she left a voicemail message for Ms. Rich Fredericks, Counsel for Defendants, and sent her an email, requesting Defendants' views on the present motion. The undersigned did not hear back from Ms. Fredericks before the close of business and the filing of this motion given the late time of the call. The undersigned apologizes for the very late contact with Defendants regarding this motion and recognizes that it is not in the spirit of Rule 7.1. We unfortunately did not discover the Court's page limit for reply briefs until late on the

day of filing.  Had we realized the need for this motion earlier, we surely would have reached out to Defendants' Counsel in a more timely manner.

Respectfully submitted this 22nd day of November 2013.

>KING & GREISEN, LLP
>
>*s/ Paula Greisen*
>Paula Greisen
>Jennifer Weiser Bezoza
>1670 York Street
>Denver, CO  80206
>(303) 298-9878 telephone
>(303) 298-9879 facsimile
>greisen@kinggreisen.com
>bezoza@kinggreisen.com
>
>Edward T. Ramey
>Heizer Paul Grueskin, LLP
>2401 15th Street, Suite 300
>Denver, CO 80202
>(303) 595-4747 telephone
>(303) 595-4750 facsimile
>eramey@hpgfirm.com
>
>Lara E. Marks
>Foster Graham Milstein & Calisher, LLP
>360 S. Garfield Street, 6th Floor
>Denver, CO  80209
>(303) 333-9810 telephone
>(303) 333-9786 facsimile
>lmarks@fostergraham.com
>
>Blain D. Myhre
>P.O. Box 3600
>Englewood, CO  80155
>(303) 250-3932 telephone
>blainmyhre@gmail.com
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2013, the foregoing **MOTION FOR LEAVE TO FILE EXCESS PAGES IN REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY RESPONSES** was electronically filed, and emailed to the following:

James X. Quinn, Esq.
Jacquelynn Rich Fredericks, Esq.
First Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO  80203
james.quinn@state.co.us
jacquelynn.richfredericks@state.co.us
*Attorneys for Defendants*

                                        *s/ Laurie A. Mool*