Exhibit 2

**Request for Accommodation (ADA-A) & Request for Class Member Screening (ADA-M):**

**Quarterly Report for April – June 2013**




| | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|
| RFA-A | 78 | 55 | 58 |
| Total ATS Processed | 175 | 149 | 141 |
| RFA-M | 61 | 44 | 39 |

**OFFENDER CORRESPONDENCE:**

**Quarterly Report for April – June 2013**




| | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|
| **Correspondence** | 17 | 16 | 24 |

**ADA-M GRIEVANCES:**

**Quarterly Report for April – June 2013**




| | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|
| ADA-M Step I | 9 | 8 | 1 |
| ADA-M Step II | 1 | 4 | 2 |

| Name | DOCNO | RFA # | SUBMIT DATE | FACILITY | COORD |
|---|---|---|---|---|---|
| FEW, ROY K | 157090 | 2878 | 5/21/2013 | FF - FREMONT | RUSSELL, JULIE |
| POWERS, SAMUEL J | 105003 | 2926 | 5/15/2013 | AC - ARROWHEAD | RUSSELL, JULIE |
| BALLARDOLOPEZ, CARLOS | 158897 | 2943 | 5/30/2013 | DU - DRDC | RUSSELL, JULIE |
| MAESTAS, FLOYD S | 84847 | 2862 | 5/13/2013 | PS - PAROLE-SE | RUSSELL, JULIE |
| STOAKES, SETH R | 108026 | 2922 | 5/22/2013 | CT - CTCF | RUSSELL, JULIE |
| GREY, CHRISTOPHER J | 109069 | 2857 | 5/13/2013 | BF - BENT CNTY | RUSSELL, JULIE |
| LANDON, ROBERT J | 85727 | 2856 | 5/14/2013 | AV - ARK VALLEY | RUSSELL, JULIE |
| SALAZAR, BEN F | 87966 | 2921 | 5/20/2013 | CT - CTCF | RUSSELL, JULIE |
| QUINN, MAURICE E | 156532 | 2852 | 5/9/2013 | CT - CTCF | RUSSELL, JULIE |
| LEBSOCK, MELISSA M | 161281 | 2837 | 4/30/2013 | LV - LA VISTA | RUSSELL, JULIE |
| SARDAKOWSKI, JAMES R | 133162 | 2920 | 5/22/2013 | CF - CENTENNIAL | RUSSELL, JULIE |
| ROBERTS, MICHAEL B | 114262 | 2963 | 5/22/2013 | FF - FREMONT | RUSSELL, JULIE |
| JACKSON, GLENDA M | 67291 | 2810 | 4/18/2013 | DW - DEN-WOMENS | RUSSELL, JULIE |
| PENNINGTON, SHAWN R | 138187 | 2809 | 4/10/2013 | CF - CENTENNIAL | RUSSELL, JULIE |
| IBARRASANCHEZ, ROSALIO | 141771 | 2977 | 6/6/2013 | SF - STERLING | RUSSELL, JULIE |
| SWEARENGIN, WILLIAM E | 127237 | 2885 | 5/13/2013 | FF - FREMONT | RUSSELL, JULIE |
| MOORE, JASON H | 121388 | 2805 | 4/24/2013 | FF - FREMONT | RUSSELL, JULIE |
| IBARRASANCHEZ, ROSALIO | 141771 | 2978 | 6/6/2013 | SF - STERLING | RUSSELL, JULIE |
| QUINN, MAURICE E | 156532 | 2883 | 5/12/2013 | CT - CTCF | RUSSELL, JULIE |
| QUINN, MAURICE E | 156532 | 2881 | 5/12/2013 | CT - CTCF | RUSSELL, JULIE |
| HUDY, CHRISTOPHER C | 110241 | 2782 | 4/23/2013 | SF - STERLING | RUSSELL, JULIE |
| NURSE, DELL G | 124461 | 2981 | 6/6/2013 | AV - ARK VALLEY | RUSSELL, JULIE |
| QUINN, MAURICE E | 156532 | 3005 | 6/10/2013 | CT - CTCF | RUSSELL, JULIE |
| LYON, CHRISTOPHER J | 121592 | 2879 | 5/13/2013 | CT - CTCF | RUSSELL, JULIE |
| HUNTER, MICHAEL W | 103582 | 2942 | 5/30/2013 | CT - CTCF | RUSSELL, JULIE |
| ORONA, FRANK M | 51503 | 2695 | 4/8/2013 | CT - CTCF | RUSSELL, JULIE |
| NORTONSEN, LESTER W | 83398 | 2672 | 4/4/2013 | CT - CTCF | RUSSELL, JULIE |
| TREVITHICK, MARC C | 138024 | 2900 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2899 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2898 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2897 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2896 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2895 | 5/24/2013 | CT - CTCF | SMITH, JANET |

| | | | | | |
|---|---|---|---|---|---|
| MCDANIEL, HAROLD A | 143490 | 2894 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2876 | 5/21/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2875 | 5/21/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2874 | 5/21/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2873 | 5/21/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2872 | 5/21/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2848 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2847 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2846 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2845 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2844 | 5/9/2013 | PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2843 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2842 | 5/9/2013 | PN - PAROLE-NE | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2841 | 5/9/2013 | PN - PAROLE-NE | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2840 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2839 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2838 | 5/9/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2824 | 5/1/2013 | PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2823 | 5/1/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2822 | 5/1/2013 | PN - PAROLE-NE | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2821 | 5/1/2013 | CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2820 | 5/1/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2819 | 5/1/2013 | CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2818 | 5/1/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2799 | 4/25/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2798 | 4/25/2013 | PN - PAROLE-NE | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2797 | 4/25/2013 | PN - PAROLE-NE | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2796 | 4/25/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2795 | 4/25/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2794 | 4/25/2013 | CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2793 | 4/25/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2786 | 4/23/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2785 | 4/23/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2784 | 4/23/2013 | CT - CTCF | SMITH, JANET |

| | | | | |
|---|---|---|---|---|
| GALLEGOS, KERRY E | 124604 | 2783 | 4/23/2013 CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2776 | 4/19/2013 CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2775 | 4/19/2013 PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2774 | 4/19/2013 CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2773 | 4/19/2013 PN - PAROLE-NE | SMITH, JANET |
| SMITH, HARDRICK | 85286 | 2772 | 4/19/2013 AV - ARK VALLEY | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2771 | 4/19/2013 CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2770 | 4/19/2013 CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2769 | 4/19/2013 CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2768 | 4/19/2013 CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2767 | 4/19/2013 CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2766 | 4/19/2013 CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2765 | 4/19/2013 CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2742 | 4/15/2013 PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2741 | 4/15/2013 CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2740 | 4/15/2013 PN - PAROLE-NE | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2739 | 4/15/2013 CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2738 | 4/15/2013 CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2737 | 4/15/2013 CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2736 | 4/15/2013 CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2735 | 4/15/2013 CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2734 | 4/15/2013 CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2733 | 4/15/2013 CT - CTCF | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2732 | 4/15/2013 CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2731 | 4/15/2013 CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2730 | 4/15/2013 CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2729 | 4/15/2013 CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2728 | 4/15/2013 CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2727 | 4/15/2013 CT - CTCF | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2726 | 4/15/2013 HS - HISTORY | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2725 | 4/15/2013 HS - HISTORY | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2724 | 4/15/2013 HS - HISTORY | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2723 | 4/15/2013 HS - HISTORY | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2722 | 4/15/2013 HS - HISTORY | SMITH, JANET |

| | | | | | |
|---|---|---|---|---|---|
| COULTER, MICHAEL L | 155285 | 2687 | 4/5/2013 | HS - HISTORY | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2686 | 4/5/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2685 | 4/5/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2684 | 4/5/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2683 | 4/5/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2682 | 4/5/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2657 | 4/1/2013 | PN - PAROLE-NE | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2656 | 4/1/2013 | PN - PAROLE-NE | SMITH, JANET |
| COULTER, MICHAEL L | 155285 | 2655 | 4/1/2013 | HS - HISTORY | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 2654 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2653 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2652 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2651 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| SCOTT, MAJOR J | 158887 | 2650 | 4/1/2013 | P2 - PAROLE-DW | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2649 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 2648 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2646 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 2645 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| CAULLEY, THOMAS L | 49458 | 2642 | 4/1/2013 | AC - ARROWHEAD | REED, MEGHAN |
| ATKINS, ANDREW N | 139845 | 3092 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 3093 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| HEFFNER, MARK | 49293 | 3094 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| JACKSON, GLENDA M | 67291 | 3301 | 6/19/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| NURSE, DELL G | 124461 | 3249 | 6/22/2013 | AV - ARK VALLEY | REED, MEGHAN |
| KONCHER, SHELLEY C | 149120 | 2946 | 5/23/2013 | SF - STERLING | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2644 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| SWEATFIELD, EVERT L | 159368 | 3210 | 6/24/2013 | SF - STERLING | REED, MEGHAN |
| GALLEGOS, KERRY E | 124604 | 2643 | 4/1/2013 | CT - CTCF | SMITH, JANET |
| RIVERA, JAMES J | 76367 | 3209 | 6/17/2013 | SF - STERLING | REED, MEGHAN |
| POTTER, LAURIE L | 155556 | 3006 | 6/12/2013 | LV - LA VISTA | RUSSELL, JULIE |
| MOORE, LEWIS R | 47702 | 3206 | 5/19/2013 | SF - STERLING | REED, MEGHAN |
| MOORE, LEWIS R | 47702 | 3205 | 6/1/2013 | SF - STERLING | REED, MEGHAN |
| SMITH, NELSON E | 101285 | 3204 | 5/29/2013 | SF - STERLING | REED, MEGHAN |
| IRWIN, RICHARD W | 97899 | 3203 | 6/20/2013 | SF - STERLING | REED, MEGHAN |

| | | | | | |
|---|---|---|---|---|---|
| IRWIN, RICHARD W | 97899 | 3202 | 6/20/2013 | SF - STERLING | REED, MEGHAN |
| MCDANIEL, HAROLD A | 143490 | 3086 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MARTINEZ, DANIEL J | 120983 | 3085 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 3084 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 3083 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 3082 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 3081 | 6/28/2013 | PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 3080 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| ISAAC, FIRTUNA | 156415 | 3043 | 6/25/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| SWEATFIELD, EVERT L | 159368 | 3042 | 6/22/2013 | SF - STERLING | REED, MEGHAN |
| GALLEGOS, KERRY E | 124604 | 3079 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 3078 | 6/21/2013 | PN - PAROLE-NE | SMITH, JANET |
| AYOTTE, THOMAS G | 126891 | 3077 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| TENSLEY, JOHN J | 85555 | 3036 | 6/22/2013 | SF - STERLING | REED, MEGHAN |
| MARTINEZ, DANIEL J | 120983 | 3076 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MANZANARES, DUANE E | 66183 | 3018 | 6/10/2013 | CT - CTCF | REED, MEGHAN |
| MARTINEZ, REINA M | 96521 | 3016 | 5/20/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| LEE, CHARLES H | 104111 | 3015 | 6/12/2013 | AV - ARK VALLEY | REED, MEGHAN |
| ZIMMERMAN, RODNEY R | 135354 | 3014 | 6/17/2013 | SF - STERLING | REED, MEGHAN |
| NIETO, EPIFANIO | 116453 | 3013 | 6/17/2013 | DU - DRDC | REED, MEGHAN |
| ACKERSON, DAVID J | 151186 | 3011 | 6/1/2013 | DU - DRDC | REED, MEGHAN |
| NURSE, DELL G | 124461 | 3010 | 6/5/2013 | AV - ARK VALLEY | REED, MEGHAN |
| JENTZ, KELLY A | 159800 | 3009 | 6/10/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| STRAND, BRADLEY E | 62219 | 3008 | 6/5/2013 | AV - ARK VALLEY | REED, MEGHAN |
| WAKE, WILLIAM | 158611 | 3007 | 6/12/2013 | BV - BUENAVISTA | REED, MEGHAN |
| TREVITHICK, MARC C | 138024 | 3075 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 3074 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 3073 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 3072 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| SERNA, VINCENT E | 137907 | 2998 | 6/12/2013 | HS - HISTORY | REED, MEGHAN |
| OBLANDER, JASON S | 154940 | 3071 | 6/28/2013 | PN - PAROLE-NE | SMITH, JANET |
| CHAPMAN, JOHN L | 122511 | 3070 | 6/28/2013 | P1 - PAROLE-DC | SMITH, JANET |
| DAVIS, BRANDY F | 99062 | 2990 | 5/20/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| CORBETT, MICHAEL | 43501 | 2989 | 6/4/2013 | DU - DRDC | REED, MEGHAN |

| | | | | | |
|---|---|---|---|---|---|
| OBLANDER, JASON S | 154940 | 3069 | 6/28/2013 | PN - PAROLE-NE | SMITH, JANET |
| DIXON, RICHARD K | 95937 | 2987 | 6/4/2013 | LF - LIMON CF | REED, MEGHAN |
| PIERSON, VIRGINIA S | 161237 | 2986 | 6/1/2013 | LV - LA VISTA | REED, MEGHAN |
| AYOTTE, THOMAS G | 126891 | 3068 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| ANDERSON, ROBERT J | 144586 | 2984 | 6/7/2013 | DU - DRDC | REED, MEGHAN |
| ANDERSON, ROBERT J | 144586 | 2983 | 5/29/2013 | DU - DRDC | REED, MEGHAN |
| MEDINA, JOHN | 86921 | 2980 | 5/23/2013 | DU - DRDC | REED, MEGHAN |
| MEDINA, JOHN | 86921 | 2979 | 5/23/2013 | DU - DRDC | REED, MEGHAN |
| BYRNE, JOHN C | 160496 | 2976 | 6/6/2013 | FC - FOUR MILE | REED, MEGHAN |
| MARTINEZ, DANIEL J | 120983 | 3067 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 3066 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| CARROLL, WAYNE A | 122472 | 2972 | 5/17/2013 | SF - STERLING | REED, MEGHAN |
| BARAJAS, TANGERINE R | 134185 | 2970 | 5/18/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| MCDANIEL, HAROLD A | 143490 | 3065 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| SWEATFIELD, EVERT L | 159368 | 2967 | 4/28/2013 | SF - STERLING | REED, MEGHAN |
| MCDANIEL, HAROLD A | 143490 | 3064 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| VASSEUR, KARREN | 161601 | 2965 | 6/3/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| BATES, LEON | 106353 | 2964 | 5/28/2013 | LF - LIMON CF | REED, MEGHAN |
| JACKSON, GLENDA M | 67291 | 2961 | 6/3/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| SMITH, HARDRICK | 85286 | 2957 | 5/6/2013 | AV - ARK VALLEY | REED, MEGHAN |
| MOORE, LEWIS R | 47702 | 2951 | 5/10/2013 | SF - STERLING | REED, MEGHAN |
| MOORE, LEWIS R | 47702 | 2950 | 5/10/2013 | SF - STERLING | REED, MEGHAN |
| MOORE, LEWIS R | 47702 | 2949 | 5/10/2013 | SF - STERLING | REED, MEGHAN |
| FINNEY, SAMMY K | 200 | 2948 | 5/10/2013 | FC - FOUR MILE | REED, MEGHAN |
| ALLEY, ROSS | 84044 | 2947 | 5/31/2013 | LM - LVCF MALE | REED, MEGHAN |
| ATKINS, ANDREW N | 139845 | 3063 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| BROWN, CHARLES | 101355 | 2944 | 5/30/2013 | CT - CTCF | REED, MEGHAN |
| BROWN, JAMES E | 156546 | 2940 | 5/30/2013 | KF - KIT CARSON | REED, MEGHAN |
| SMITH, RODNEY A | 151825 | 2924 | 5/28/2013 | BV - BUENAVISTA | REED, MEGHAN |
| WAKE, WILLIAM | 158611 | 2923 | 5/29/2013 | BV - BUENAVISTA | REED, MEGHAN |
| SARDAKOWSKI, JAMES R | 133162 | 2939 | 5/30/2013 | CF - CENTENNIAL | REED, MEGHAN |
| MEEK, ASA M | 92031 | 2918 | 5/29/2013 | SF - STERLING | REED, MEGHAN |
| BOYD, MATTHEW L | 152491 | 2916 | 5/29/2013 | AV - ARK VALLEY | REED, MEGHAN |
| GALLEGOS, KERRY E | 124604 | 3062 | 6/28/2013 | CT - CTCF | SMITH, JANET |

| | | | | | |
|---|---|---|---|---|---|
| GALLEGOS, KERRY E | 124604 | 3061 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| ROLAND, NICOLE M | 142191 | 2910 | 5/24/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| AYOTTE, THOMAS G | 126891 | 3060 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| HAVENS, DARRELL L | 143367 | 2893 | 5/24/2013 | DU - DRDC | REED, MEGHAN |
| HAVENS, DARRELL L | 143367 | 2892 | 5/24/2013 | DU - DRDC | REED, MEGHAN |
| PENNINGTON, SHAWN R | 138187 | 2891 | 5/23/2013 | CF - CENTENNIAL | REED, MEGHAN |
| SUTTON, PAUL M | 58026 | 2890 | 5/9/2013 | SF - STERLING | REED, MEGHAN |
| MARTINEZ, DANIEL J | 120983 | 3059 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| GREY, CHRISTOPHER J | 109069 | 2888 | 5/9/2013 | BF - BENT CNTY | REED, MEGHAN |
| PITTMAN, DIANETH | 161151 | 2887 | 4/23/2013 | DW - DEN-WOMENS | REED, MEGHAN |
| TREVITHICK, MARC C | 138024 | 3058 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MILLER, JOHN R | 99424 | 2882 | 5/22/2013 | AV - ARK VALLEY | REED, MEGHAN |
| TREVITHICK, MARC C | 138024 | 3057 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| TENSLEY, JOHN J | 85555 | 2871 | 5/21/2013 | SF - STERLING | REED, MEGHAN |
| MCDANIEL, HAROLD A | 143490 | 3056 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 3055 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| STRAND, BRADLEY E | 62219 | 2867 | 5/20/2013 | AV - ARK VALLEY | REED, MEGHAN |
| ATKINS, ANDREW N | 139845 | 3054 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| CARVER, CHARLES G | 146355 | 2865 | 5/5/2013 | LF - LIMON CF | REED, MEGHAN |
| CARRILLO, DAVID A | 3050 | 2864 | 5/8/2013 | SF - STERLING | REED, MEGHAN |
| HARLIN, JUSTIN L | 133911 | 2861 | 5/15/2013 | CL - CROWLEY | REED, MEGHAN |
| ACKERSON, DAVID J | 151186 | 2860 | 4/29/2013 | DU - DRDC | REED, MEGHAN |
| SMITH, HARDRICK | 85286 | 2858 | 5/14/2013 | AV - ARK VALLEY | REED, MEGHAN |
| ATKINS, ANDREW N | 139845 | 3053 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| FINNEY, SAMMY K | 200 | 2854 | 5/8/2013 | FC - FOUR MILE | REED, MEGHAN |
| GOOKINS, FREDRICK A | 109120 | 2835 | 5/7/2013 | DU - DRDC | REED, MEGHAN |
| CAMPBELL, SCOTT R | 108115 | 2834 | 5/2/2013 | FF - FREMONT | REED, MEGHAN |
| BECK, DWAYNE D | 121832 | 2833 | 4/29/2013 | SF - STERLING | REED, MEGHAN |
| GALLEGOS, KERRY E | 124604 | 3052 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 3051 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| ANDERSON, ROBERT J | 159953 | 2826 | 4/25/2013 | SF - STERLING | REED, MEGHAN |
| GALLEGOS, KERRY E | 124604 | 3050 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| TREVITHICK, MARC C | 138024 | 3087 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| STOAKES, SETH R | 108026 | 3047 | 6/27/2013 | CT - CTCF | SMITH, JANET |

| | | | | | |
|---|---|---|---|---|---|
| ROBERTSON, RICHARD L | 141618 | 3044 | 6/25/2013 | AV - ARK VALLEY | SMITH, JANET |
| BRYANT, TONY R | 146870 | 2792 | 4/25/2013 | AV - ARK VALLEY | REED, MEGHAN |
| CAMPOS, ERIC D | 160190 | 2789 | 4/24/2013 | CM - COMMUNITY | REED, MEGHAN |
| CAMPOS, ERIC D | 160190 | 2788 | 4/24/2013 | CM - COMMUNITY | REED, MEGHAN |
| BECK, DWAYNE D | 121832 | 2781 | 4/11/2013 | SF - STERLING | REED, MEGHAN |
| MARTINEZ, DANIEL J | 120983 | 3088 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| CARROLL, REBECCA J | 139846 | 2777 | 4/19/2013 | HS - HISTORY | REED, MEGHAN |
| DEHERRERA, RUBEN A | 151616 | 2762 | 4/18/2013 | CT - CTCF | REED, MEGHAN |
| ZACHARY, JESSE | 146867 | 3037 | 6/24/2013 | FF - FREMONT | SMITH, JANET |
| SMITH, SCOTT R | 158443 | 3034 | 6/19/2013 | SF - STERLING | SMITH, JANET |
| THURMAN, BRITTANY K | 160944 | 3033 | 6/19/2013 | DW - DEN-WOMENS | SMITH, JANET |
| ANDERSON, ROBERT J | 159953 | 2752 | 4/8/2013 | SF - STERLING | REED, MEGHAN |
| ZACHARY, JESSE | 146867 | 3032 | 6/19/2013 | FF - FREMONT | SMITH, JANET |
| GODDARD, MICHAEL W | 146502 | 2748 | 4/9/2013 | FF - FREMONT | REED, MEGHAN |
| EATON, DANIEL J | 154234 | 2747 | 4/2/2013 | FF - FREMONT | REED, MEGHAN |
| ANDERSON, ROBERT J | 159953 | 3031 | 6/19/2013 | SF - STERLING | SMITH, JANET |
| EATON, DANIEL J | 154234 | 3029 | 6/19/2013 | FF - FREMONT | SMITH, JANET |
| SMITH, EUGENE M | 87175 | 3028 | 6/18/2013 | BF - BENT CNTY | SMITH, JANET |
| MILLER, CHARLES M | 57398 | 3027 | 6/18/2013 | CH - CMRC | SMITH, JANET |
| SWEARENGIN, WILLIAM E | 127237 | 3026 | 6/18/2013 | FF - FREMONT | SMITH, JANET |
| GALLEGOS, GAYLORD E | 121400 | 2711 | 4/8/2013 | CL - CROWLEY | REED, MEGHAN |
| DELAROSA, BILLY | 83993 | 2710 | 4/11/2013 | FF - FREMONT | REED, MEGHAN |
| DELAROSA, BILLY | 83993 | 2709 | 4/10/2013 | FF - FREMONT | REED, MEGHAN |
| PIERSON, VIRGINIA S | 161237 | 3025 | 6/18/2013 | LV - LA VISTA | SMITH, JANET |
| GALLEGOS, GAYLORD E | 121400 | 2700 | 4/4/2013 | CL - CROWLEY | REED, MEGHAN |
| DOLE, LUIS J | 109864 | 2699 | 4/4/2013 | FF - FREMONT | REED, MEGHAN |
| SOWDER, FRANKLIN L | 161010 | 3024 | 6/18/2013 | FF - FREMONT | SMITH, JANET |
| KERSHAW, KEM F | 44358 | 3023 | 6/18/2013 | PS - PAROLE-SE | SMITH, JANET |
| PACHECO, ROBERT L | 102379 | 3012 | 6/17/2013 | AV - ARK VALLEY | SMITH, JANET |
| EDWARDS, DAVID G | 116062 | 2690 | 4/8/2013 | PS - PAROLE-SE | REED, MEGHAN |
| CORDER, MARVIN L | 84218 | 2689 | 4/4/2013 | CT - CTCF | REED, MEGHAN |
| CISNEROS, ARTHUR | 95641 | 2688 | 4/4/2013 | BV - BUENAVISTA | REED, MEGHAN |
| COYLE, WILLIAM A | 159671 | 2681 | 4/4/2013 | AV - ARK VALLEY | REED, MEGHAN |
| HERRERA, RAYNALDO | 158502 | 2680 | 4/4/2013 | BF - BENT CNTY | REED, MEGHAN |

| | | | | | |
|---|---|---|---|---|---|
| FRANTZ, RICHARD L | 153359 | 2678 | 4/4/2013 | BF - BENT CNTY | REED, MEGHAN |
| COOPER, MICHAEL J | 139477 | 2677 | 4/4/2013 | BF - BENT CNTY | REED, MEGHAN |
| BINGAMAN, JAY E | 147867 | 2676 | 4/4/2013 | FF - FREMONT | REED, MEGHAN |
| AMONETTE, PHILLIP M | 159161 | 2675 | 4/4/2013 | BF - BENT CNTY | REED, MEGHAN |
| HANSON, CYNTHIA L | 159598 | 2671 | 4/3/2013 | CM - COMMUNITY | REED, MEGHAN |
| GREER JR, ALPHONZO | 67494 | 2668 | 4/2/2013 | SF - STERLING | REED, MEGHAN |
| TREVITHICK, MARC C | 138024 | 3089 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| MERINO, GEORGE M | 138526 | 2993 | 6/11/2013 | CT - CTCF | SMITH, JANET |
| PACHECO, ROBERT L | 102379 | 2992 | 6/11/2013 | AV - ARK VALLEY | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 3090 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 3091 | 6/28/2013 | CT - CTCF | SMITH, JANET |
| HEFFNER, MARK | 49293 | 2959 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2958 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| PIERSON, VIRGINIA S | 161237 | 2825 | 5/1/2013 | LV - LA VISTA | COSNER, AMY |
| MARTINEZ, DANIEL J | 120983 | 2956 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| SMITH, SCOTT R | 158443 | 2816 | 4/17/2013 | SF - STERLING | COSNER, AMY |
| TREVITHICK, MARC C | 138024 | 2955 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2954 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| LEHMAN, JAMES R | 54940 | 2953 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| SMITH, SCOTT R | 158443 | 2812 | 4/11/2013 | SF - STERLING | COSNER, AMY |
| TRUJILLO, PHILLIP R | 157157 | 2764 | 4/19/2013 | AC - ARROWHEAD | COSNER, AMY |
| REMINGTON, BRAD | 144061 | 2751 | 4/16/2013 | SF - STERLING | COSNER, AMY |
| RUTHERFORD, RONALD W | 87916 | 2749 | 4/16/2013 | SF - STERLING | COSNER, AMY |
| MCDANIEL, HAROLD A | 143490 | 2952 | 5/31/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2938 | 5/30/2013 | PN - PAROLE-NE | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2937 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| VANBUSKIRK, ROBERT C | 62736 | 2717 | 4/4/2013 | BF - BENT CNTY | COSNER, AMY |
| RICKERT, JASON L | 151456 | 2712 | 4/12/2013 | DU - DRDC | COSNER, AMY |
| ULIBARRI, DION J | 69181 | 2708 | 4/11/2013 | SF - STERLING | COSNER, AMY |
| GALLEGOS, KERRY E | 124604 | 2936 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2935 | 5/30/2013 | PN - PAROLE-NE | SMITH, JANET |
| MARKS, NANCY D | 157045 | 2665 | 4/2/2013 | DW - DEN-WOMENS | RUSSELL, JULIE |
| SMITH, HARDRICK | 85286 | 2934 | 5/30/2013 | AV - ARK VALLEY | SMITH, JANET |
| CAREY, MICHAEL S | 76989 | 3198 | 6/25/2013 | CT - CTCF | RUSSELL, JULIE |

| | | | | | |
|---|---|---|---|---|---|
| TREVITHICK, MARC C | 138024 | 2933 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| LUJAN, JOSEPH D | 137340 | 3194 | 6/24/2013 | CT - CTCF | RUSSELL, JULIE |
| MCDANIEL, HAROLD A | 143490 | 2932 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2931 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| CORBIN, EDWARD M | 114258 | 3167 | 6/28/2013 | CT - CTCF | RUSSELL, JULIE |
| MARTINEZ, DANIEL J | 120983 | 2930 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| MCNEIL, KENNETH D | 156537 | 3163 | 6/7/2013 | FF - FREMONT | RUSSELL, JULIE |
| AYOTTE, THOMAS G | 126891 | 2929 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| LUCERO, DONALD R | 81022 | 3161 | 6/27/2013 | FF - FREMONT | RUSSELL, JULIE |
| GALLEGOS, KERRY E | 124604 | 2928 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| MCDANIEL, HAROLD A | 143490 | 2927 | 5/30/2013 | CT - CTCF | SMITH, JANET |
| CORDOVA, DEAN J | 95767 | 3157 | 6/25/2013 | BF - BENT CNTY | RUSSELL, JULIE |
| TREVITHICK, MARC C | 138024 | 2907 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| MORGAN, ROBERT D | 96796 | 3152 | 6/22/2013 | CH - CMRC | RUSSELL, JULIE |
| MCDANIEL, HAROLD A | 143490 | 2906 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| LEE, CHARLES H | 104111 | 3108 | 6/12/2013 | AV - ARK VALLEY | RUSSELL, JULIE |
| GALLEGOS, KERRY E | 124604 | 2905 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| ATKINS, ANDREW N | 139845 | 2904 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| OBLANDER, JASON S | 154940 | 2903 | 5/24/2013 | PN - PAROLE-NE | SMITH, JANET |
| RIVERA, JOSEPH B | 60703 | 3021 | 6/12/2013 | FF - FREMONT | RUSSELL, JULIE |
| MCDANIEL, HAROLD A | 143490 | 2902 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| GALLEGOS, KERRY E | 124604 | 2901 | 5/24/2013 | CT - CTCF | SMITH, JANET |
| FINNEY, SAMMY K | 200 | 3017 | 6/18/2013 | FC - FOUR MILE | RUSSELL, JULIE |