|  |  |  |
|---|---|---|
| **From:** | Ed Ramey [eramey@hpgfirm.com] | **Exhibit 4** |
| **Sent:** | Wednesday, October 02, 2013 2:41 PM | |
| **To:** | jacquelynn.richfredericks@state.co.us | |
| **Cc:** | Paula Greisen | |
| **Subject:** | Montez v. Hickenlooper - discovery/information requests | |

Jacquie – We very much appreciate the information you provided to us a few weeks back.  In an effort to see if we can narrow the remaining issues surrounding our discovery/information requests pertinent to the Montez monitoring period and following up on our earlier discussions, we (Plaintiffs' class counsel) would like to arrange a meeting with you – and an appropriate DOC representative who is able to assist us in our review of the database and documents that were recently produced.
More specifically –

1)  Despite our initial efforts, we haven't been able to fully determine how to adequately search the database and we have additional questions about some of the information that was produced and how it has been put together. My guess is that someone from the DOC could explain that to us fairly easily.
2)  Some of the information we requested doesn't seem to have been addressed in your response, and we'd like to explore that.
3)  Having now been out to quite a number of the facilities and met with a significant number of our class members, we have some additional, quite focused, discovery requests that we will be sending to you.

We are pulling together a list of the specific items we'd like to discuss under points 2 and 3, above, and should have that to you very shortly. In the meantime, we would like to schedule the meeting with you and the appropriate DOC representative(s) sometime within the next couple weeks.

In the interim, provided that you are agreeable to arranging the requested meeting within the next couple weeks and working with us to sort through these various issues, we would be willing to agree to a further, two week extension of your time to respond to our motion to compel, and we would be happy to represent to the court that the parties are meeting and actively attempting to work out the issues. We would also be happy to participate in a joint motion to this effect. However, in light of the time that has already been consumed in these discussions and the disagreement regarding our entitlement to discovery during the monitoring phase of these proceedings, we do not want to completely withdraw our motion and risk having to start from scratch.  We do anticipate, however, that to the extent we are able to work together to sort through some of the issues we will at least be able to modify our motion to focus solely on any remaining issues.

Would that approach be acceptable to you?  Please let us know by the close of business on October 4, 2013 whether you are amenable to this proposal.

Finally, on a separate note, we'd like to arrange to review the AIC files at DOC headquarters (as was done in past years). Please let us know what potential dates or time frames will work for the DOC so we can get that scheduled.

Thank you – and please thank Jim – for your courtesy and cooperation with this.
Ed

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main:  303-595-4747
Direct:  303-376-3712

Fax:  303-595-4750

Email:  eramey@hpgfirm.com

This is a confidential and potentially privileged communication.  Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability.  If you are not the named recipient or have received this message in error, please delete it.  Do not forward or otherwise disseminate it in any way.

**TAX ADVICE DISCLAIMER**: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.