Exhibit 6

**From:** Ed Ramey
**Sent:** Thursday, October 17, 2013 6:51 AM
**To:** 'Jacquelynn Rich Fredericks'
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** RE: Meeting re Montez case information requests and databases

Hi Jacquie – thanks for getting back to us.
How about we set the meeting for Friday, Oct. 25, at 10:00 at your office? I would think an hour to an hour-and-a-half should be plenty.
We'll probably have a group of us from the plaintiff class counsel team – that way we won't miss any issue or have to rehash everything when we get back. And we'll get you a set of "bullets" of our principal questions/concerns ahead of time so that you can assemble or make available the appropriate people to attend on your end. I agree that we should try to make this meeting as productive as possible.
Thanks again for your assistance with this. And, if you want to file a request for a further extension of time to respond to our motion to compel, you can certainly represent that we consent.
Ed

---

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Wednesday, October 16, 2013 3:02 PM
**To:** Ed Ramey
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

I hope your week is going well!  I was up north quashing a pair of subpoenas myself earlier today.  Let's tentatively set next Friday the 25th.  You all can come here.  Please let me know in advance who will be coming, as I'll need to obtain guest clearance for each person.  Shall we plan for an hour?  In advance, will you please let me know what further *specifics* you're in the market for?  I want to make sure we're responsive and the intended meeting productive.

Thanks,

Jacquie

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 09, 2013 9:26 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Meeting re Montez case information requests and databases

Jacquie – thanks for your email of last Friday regarding the Montez case issues.

1

Would it be possible to set up a meeting with you – and whoever else from your office and/or the CDOC you believe it would be helpful to include – on any of the following dates?
    Monday, Oct. 14 (I can't recall if Columbus Day is a real holiday);
    Tuesday, Oct. 15;
    Thursday, Oct. 17 (morning);
    Friday, Oct. 18 (morning);
    Friday, Oct. 25.

These are dates that I know Paula Greisen and I can be there, and at least some of the other members of the class counsel group…if they don't work for you we can obviously find some alternatives. We'd be happy to come over to your office (or we could host at one of ours if you'd prefer). [And it might be helpful to have access to a computer monitor or laptop so we could actually open up and look at the CD database.]

From the CDOC side, I think it would be very useful if someone from the AIC office could join us – I'm thinking they would readily be able to tell us what sorts of databases and records are being maintained and how they are being maintained (as you could tell from my last email, we're way out of date on this – thinking of hard-copy AIC files, etc.).

Thanks again for your assistance with this…and please let us know if this type of meeting would work on your end, and, if so, when you all might be available to do it (I know everyone's schedules are absolutely crazy!).

Ed

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main:  303-595-4747
Direct:  303-376-3712
Fax:  303-595-4750
Email:  eramey@hpgfirm.com

This is a confidential and potentially privileged communication.  Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability.  If you are not the named recipient or have received this message in error, please delete it.  Do not forward or otherwise disseminate it in any way.

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.