Exhibit 7

**From:** Paula Greisen
**Sent:** Wednesday, October 23, 2013 12:43 PM
**To:** Jacquelynn Rich Fredericks
**Cc:** 'Ed Ramey'; Blain Myhre (blainmyhre@gmail.com); Jennifer Bezoza; Dana Menzel; Laurie Mool
**Subject:** RE: Meeting re Montez case information requests and databases

Hi Jacque, I'm not as confident as Ed is that we can get this done in an hour and a half - so would appreciate some flexibility with more time on Friday  if need be since it has taken us so long to get this scheduled.  To give you a sense of what kind of questions we have, I am trying to go over everything today as much as possible to prepare our questions.

In general, what we need is someone who can explain the various databases and information that you have provided us.  I don't know what some of the information is - eg., what is the "ATS Quarterly Report".  On others, I don't know where the information comes from or what some of the fields in the database mean, or how often the information is up dated.  We also need to know what other databases are maintained other than what we have been given.

For example, we were given an AIC Montez Database file that has several databases in it, one of which is called the "Montez Screening Tracking."  Then, under IX.  there is another database that is called Tracking April - June 2013 - but it appears to have information from 2008 in it - so is this the same database that is in the AIC file?  Then there is another database in that same file called "Montez Screening Tracking" - is this the same database that is in the AIC Montez Database file?

Also, we need to know where some of the information in the databases is coming from.  For instance, Under I.  there is a graph in the AIC 2nd Qtr AIC report that is entitled "Request for Accommodation (ADA-A) & Request for Class Member Screening (ADA-M), Quarterly Report for April - June 2013.  However, the Accommodation Tracking database in the AIC Montez Database file does not contain any 2013 information  - so we don't know what information was used for the Quarterly report.

Similarly, we were given a graph entitled ADA-M Grievances, Quarterly Report for April - June 2013 but the Grievance Tracking database that we were provided only contains records for 2008 and 2009 - so we don't know where the information is for the graph.

Also, we have general questions on where the background information for the databases are stored -- ie, where are the hardcopies of the information - so for example, if a grievance is denied, where can we look to see what the inmate said he needed and why?  And, where is the correspondence kept that the inmates send the AIC  and the AIC response- that sort of thing.  My understanding is that there are no longer AIC hard files - but where does the information go and how do we review it?

Another issue is our ability to ask for certain reports -- we assume that the databases that we were provided can be sorted by any field in the database - is that correct?

I am continuing to work through the material and this is just an example of the type of questions that we have.  I think Julie Russell is probably the best person to have at the meeting because she has such in-depth knowledge about all this stuff.  Please let me know if you have any questions prior to the meeting.  Thanks,


Paula Greisen



1670 York St. | Denver | Colorado | 80206 | 303.298.9878 p | 303.298.9879 f
www.kinggreisen.com

CONFIDENTIALITY NOTICE - This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read or play this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner.  Thank you.

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Tuesday, October 22, 2013 6:17 PM
**To:** 'Ed Ramey'
**Cc:** Paula Greisen
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

Just touching base re intended conversational topics for 10/25/13.  Please let me know!

Thanks,

Jacquie RF

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Thursday, October 17, 2013 6:51 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** RE: Meeting re Montez case information requests and databases

Hi Jacquie – thanks for getting back to us.
How about we set the meeting for Friday, Oct. 25, at 10:00 at your office? I would think an hour to an hour-and-a-half should be plenty.
We'll probably have a group of us from the plaintiff class counsel team – that way we won't miss any issue or have to rehash everything when we get back. And we'll get you a set of "bullets" of our principal questions/concerns ahead of time so that you can assemble or make available the appropriate people to attend on your end. I agree that we should try to make this meeting as productive as possible.
Thanks again for your assistance with this. And, if you want to file a request for a further extension of time to respond to our motion to compel, you can certainly represent that we consent.
Ed

**From:** Jacquelynn Rich Fredericks [mailto:Jacquelynn.RichFredericks@state.co.us]
**Sent:** Wednesday, October 16, 2013 3:02 PM
**To:** Ed Ramey
**Subject:** RE: Meeting re Montez case information requests and databases

Dear Ed,

I hope your week is going well!  I was up north quashing a pair of subpoenas myself earlier today.  Let's tentatively set next Friday the 25th.  You all can come here.  Please let me know in advance who will be coming, as I'll need to obtain

guest clearance for each person.  Shall we plan for an hour?  In advance, will you please let me know what further *specifics* you're in the market for?  I want to make sure we're responsive and the intended meeting productive.

Thanks,

Jacquie

---

**From:** Ed Ramey [mailto:eramey@hpgfirm.com]
**Sent:** Wednesday, October 09, 2013 9:26 AM
**To:** Jacquelynn Rich Fredericks
**Cc:** Paula Greisen (greisen@kinggreisen.com)
**Subject:** Meeting re Montez case information requests and databases

Jacquie – thanks for your email of last Friday regarding the Montez case issues.

Would it be possible to set up a meeting with you – and whoever else from your office and/or the CDOC you believe it would be helpful to include – on any of the following dates?

> Monday, Oct. 14 (I can't recall if Columbus Day is a real holiday);
>
> Tuesday, Oct. 15;
>
> Thursday, Oct. 17 (morning);
>
> Friday, Oct. 18 (morning);
>
> Friday, Oct. 25.

These are dates that I know Paula Greisen and I can be there, and at least some of the other members of the class counsel group…if they don't work for you we can obviously find some alternatives. We'd be happy to come over to your office (or we could host at one of ours if you'd prefer). [And it might be helpful to have access to a computer monitor or laptop so we could actually open up and look at the CD database.]

From the CDOC side, I think it would be very useful if someone from the AIC office could join us – I'm thinking they would readily be able to tell us what sorts of databases and records are being maintained and how they are being maintained (as you could tell from my last email, we're way out of date on this – thinking of hard-copy AIC files, etc.).

Thanks again for your assistance with this…and please let us know if this type of meeting would work on your end, and, if so, when you all might be available to do it (I know everyone's schedules are absolutely crazy!).

Ed

Edward T. Ramey
Heizer Paul Grueskin LLP
2401 15th Street, Suite 300
Denver, CO 80202
Main:  303-595-4747
Direct:  303-376-3712
Fax:  303-595-4750
Email:  eramey@hpgfirm.com

This is a confidential and potentially privileged communication.  Unauthorized use, dissemination or review of this information is prohibited and may subject an unauthorized recipient to civil and/or criminal liability.  If you are not the named recipient or have received this message in error, please delete it.  Do not forward or otherwise disseminate it in any way.

TAX ADVICE DISCLAIMER: Under applicable U.S. Treasury Regulations, we are required to inform you that any U.S. tax advice contained in this email or any attachment hereto is not intended or written to be used, and cannot be used, either (i) for purposes of avoiding penalties imposed under the U.S. Internal Revenue Code, or (ii) for promoting, marketing, or recommending to another party any tax-related matter addressed herein.