Exhibit 8

| | |
|---|---|
| **From:** | Jacquelynn Rich Fredericks [Jacquelynn.RichFredericks@state.co.us] |
| **Sent:** | Thursday, October 24, 2013 5:04 PM |
| **To:** | Laurie Mool; Paula Greisen; Ed Ramey (eramey@hpgfirm.com); Blain Myhre (blainmyhre@gmail.com) (blainmyhre@gmail.com) |
| **Cc:** | Mariah Cruz-Nanio |
| **Subject:** | Montez Meeting 10/25/13 |
| **Attachments:** | PublicParkingOptions.docx |

Good Evening to All,

I'm replying to several correspondences in one email in an effort to consolidate.  Hopefully, I catch everyone's queries!

- Parking is mostly street parking.  The garage beneath this building is for the Court of Appeals, Colorado Supreme Court, and bigwigs of the state agencies housed here (i.e., not you or me) ☺  I park in a state garage attached to the art museum but we don't have any guest access to that space. Also, it's not open to the public.  However, there are meters all around the building which do accepts credit cards.  I've attached a list of potentially decent parking spots, which I hope is somewhat helpful.
- I've got that each of you, plus the rest of Ms. Greisen's crew (sans one) will all be attending.  You should all be "registered" at this point.  Thus, you come in through security and go to the big circle visitor's desk on the first floor of the office tower.  They'll trade you a license for an in-building photo ID.  A member of our staff will bring all of you up to the 10th floor, where we're meeting.  You must be escorted, so please wait on someone to fetch you (either Elle, Darlene, or Mariah) otherwise you may end up stuck in an elevator or elevator lobby.
- I've requested a laptop be set up in our conference room with projection capability so that all may sit comfortably and view.
- Ms. Russell is out and otherwise unavailable tomorrow.  Thus, you get me (I'm a delight, I promise). I went over the email Ms. Greisen sent me yesterday with a group of my clients.  As such, I'm hoping to respond fully to any questions you all may have.  If other questions come up (and they might), then, I am able to phone another AIC resource in order to procure an answer.  But, I believe I'll be able to answer most questions.  I will also show you all how to navigate the database which was provided and use a spreadsheet feature for more intuitive viewing.
- We're set to begin at 10:30 a.m.  We've got some grace time in there if we go past 1 1/2 hours.  Fair warning: I am pregnant and I *must* eat very regularly in order to combat what has been brutal nausea which has required medical intervention (and also, the grouchiness that comes with being pregnant and hungry!).  Thus, if we get to about 12:30 pm we'll need to evaluate where we are in our discussions.

I look forward to hosting you all tomorrow!  If I somehow missed someone's question(s), please kick me another email.


Have a good evening!

Regards,

Jacquelynn N. Rich Fredericks
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
Direct dial: 720-508-6603
Fax: 720-508-6032
Main office: 720-508-6000

Email: jacquelynn.richfredericks@state.co.us

**Notice of Address Change**

**Please note that as of *January 22, 2013***, the Colorado Department of Law has moved to the Ralph L. Carr Colorado Judicial Center (address and main phone number listed above). My former direct dial (303-866-5639) is no longer active, and my new direct dial is listed above. My email address remains the same.

Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6000 Main