# AIC MONTEZ DATABASE ENTRIES



*It is imperative that info/codes are entered completely and uniformly as listed below otherwise searching and accurate reporting is not possible. If you are unsure about an entry, please ask for help.*

**CONTACT TYPES:**
**DRDC**-Required for all disabled DRDC Intakes ("TA" should follow in the appropriate disability box.)
**RFA**-EVERYTIME Request Form B is received by AIC
**Rescreen**-Anytime a rescreening is requested in ADA/Montez Program
**Revision**-Everytime revised AR is drafted/issued
**Referral**-Opening new file due to referral by staff or family member the initial contact, i.e. call or email
**Grievance**-Opening new file/sending forms and grievance is the initial contact
**Letter**-Opening new file/sending forms and letter is the initial contact
**Claimant**-Inactive Code. File opened/initial contact was Damage Claim document.

**DISABILITY CODES:**
**TA**-Temporary Accommodation. Only used in connection with "DRDC" intakes.
**P**-Screening is pending (used upon requesting a screening)
**DNQ**-Did not qualify as a disabled class member
**NP**-Not processed: no screening requested, i.e. already confirmed disabled, does not qualify for rescreen, or addressed through ATS.
**D**-Disabled
**DW**-Disabled wheelchair
**CD**-Confirmed Diabetic
**IP**-Screening Incomplete due to Parole
**IH**-Screening Incomplete due to Discharge
**IX**-Screening Incomplete due to Death
**IR**-Offender Refused Screening

Exhibit 10

**INS**-Screening requested, but never resulted in Resolution for whatever reason (Generally Inactive Code)
**IRD**-Offender Refused Screening but has obvious disability
**IRDW**-Offender Refused Screening but is confined to wheelchair
**G**-Disability-related grievance was initial contact
**CLAIM**-Damage claim was the initial contact (Inactive Code)
**IMP**-Impaired (Inactive Code)



- **Enter Montez Screening Information**: Upon completion of ADA/Montez litigation screening, the disability determination is listed in this database and dates must be filled in based on evaluation documentation.
- **Enter ADA Accommodation Request:** This tab is no longer used as of 1/1/2012 when ATS went live into production
- **Enter Copay/DME Refund Information:** Information regarding any findings for claims requesting copay refund and/or $ compensation due to the 2008 RP stipulation #9 or 24.
- **Enter Grievance Review information:** Information regarding any findings for review of historical grievances in accordance with the 2008 RP stipulation #7.