# Standards Review Sheet-Audit Tool v.3 11-12

Exhibit 12

| ACA Standard (ADA-M & ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4016 | Administration & Mgmt: General Administration | Channels of Communication | Written policy, procedure, and practice provide for a system of two-way communication between all levels of staff and inmates. | HQ1 AR 0100-019 COMMUNICATION WITH OFFENDERS S1 WRITTEN COMMUNICATION BETWEEN STAFF AND OFFENDERS [INMATE LETTER/KITE/ADA RESOLUTION ON AN ADA/HEARING IMPAIRED ISSUE WITH RESPONSE FROM STAFF] S2 "TITLER MESSAGE [USE ADA OR DIABETIC MESSAGE] S3 "PHOTOGRAPH - TITLER INFORMATION CHANNEL S4 SIGN LANGUAGE INTERPRETER STATEMENT [LOOK UNDER SHARED DRIVE ADA] | |
| 4-4053 | Administration & Mgmt: Personnel | Equal Employment Opportunity | Written policy specifies that equal employment opportunities exist for all positions. When deficiencies exist regarding the employment of minority groups and women, the institution can document the implementation of an affirmative action program that is approved by the appropriate government agency and can document annual reviews and the changes needed to keep the program current. Individuals with disabilities | CENTRAL OFFICE REVIEW - NO FURTHER REVIEW AT THE INSTITUTION P2 AR/IA 1450-038 DIVERSITY/EQUAL EMPLOYMENT OPPORTUNITIES P1 PERSONNEL RULES - CHAPTER 9, FAIR EMPLOYMENT PRACTICES, R-9-3 P3 DIVERSITY PLAN - HIGHLIGHT I., LAST PARAGRAPH, V. DIVERSITY GOALS AND COMPLETION DATES S1 UTILIZATION ANALYSIS REPORT (SENT TO ACCREDITATION MANAGERS BIANNUALLY) | No file at facilities |
| 4-4054 | Administration & Mgmt: Personnel | Equal Employment Opportunity | Written policy, procedure, and practice provide a mechanism to process requests for reasonable accommodation to the known physical and/or mental impairments of a qualified individual with a disability, either an applicant or an employee. The accommodation need not be granted if it would impose an undue hardship or direct threat. | HQ1 AR/IA 1450-035 DOC EMPLOYEES/APPLICANTS WITH DISABILITY HQ2 AR/IA 1450-042 TRANSITIONAL/MODIFIED DUTY PROGRAM S1 REQUEST FOR INTERIM TRANSITIONAL/MODIFIED DUTY [ACCOMMODATION AND RESPONSE TO REQUEST] S2 DOC ANNOUNCEMENTS TO APPLICANTS - DISABLED APPLICANTS STATEMENT S3 PHOTO EEO POSTER | |
| 4-4123 | Physical Plant: Building & Safety Codes | Building Codes | The institution conforms with applicable federal, state, and/or local building codes. (Renovation, New Construction Only after 1 Jan 1990) | HQ1 AR/IA 0100-010 PROJECT DIRECTIVES HQ2 AR/IA 1550-001 SAFETY PROGRAM S1 PROJECT DIRECTIVE [SHOW MOST RECENT OR MEMO THIS IS THE MOST RECENT WITH ADA ADDITIONS, RAMPS, WATER FOUNTAINS, MODIFICATION TO CELLS OR SHOWERS, ETC.] | |
| 4-4124 | Physical Plant: Building & Safety Codes | Fire Codes | The institution conforms with applicable federal, state, and/or local fire safety codes. Compliance is documented by the authority having jurisdiction. A fire alarm and automatic detection system are required, as approved by the authority having jurisdiction, or there is a plan for addressing these or other deficiencies within a reasonable time period. The authority approves any variances, exceptions, or equivalencies that do not constitute a serious life safety threat to the occupants of the facility. | HQ1 AR/IA 0300-015 FIRE SAFETY HQ2 AR/IA 0100-010 PROJECT DIRECTIVES S1 ANNUAL FIRE INSPECTION W/POA S2 PHOTOGRAPHS OF DETECTION/SUPRESSION SYSTEMS [INCLUDE STROBE ALARMS AND INDICATE THEIR LOCATION ON THE PHOTO] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4133 | Physical Plant: Inmate Housing | Inmate Sleeping Areas (single cells) | Written policy, procedure, and practice provide that **single-occupancy cells/rooms** shall be available, when indicated, for the following: **severe medical disabilities suffering from serious mental illness** sexual predators likely to be exploited or vic by others have other special needs for housing | LOCAL REVIEW FILE P1 AR/IA0600-006 PLACEMENT AND RELEASE FROM DOC MENTAL HEALTH UNITS P2 AR/IA0600-001 OFFENDER CLASSIFICATION S1 REMOVAL FROM POPULATION, CUSTODY ISSUES S1*** FOR SCCF/DENVER/SNU ONLY ** SINGLE CELL ASSIGNMENT DIAGRAM SHOWING SQUARE FOOTAGE S2 QT MOVE, OFFENDERS MOVE OUT OF FACILITY S2**FOR SCCF/DWCF/SNU** SHOW SINGLE CELL ASSIGNMENT FOR SPECIAL NEEDS | |
| 4-4134 | Physical Plant: Inmate Housing | Cell Furnishings | Each inmate confined to a cell/room for ten or more hours daily is provided a sleeping area with the following: a sleeping surface and mattress at least 12 inches off of the floor; a writing surface and proximate area to sit; storage for personal items; and adequate storage space for clothes and personal belongings. Each inmate confined to a cell/room for less than ten hours daily is provided a sleeping area with the following: a sleeping surface and mattress at least 12 inches off of the floor; storage for personal items; and adequate storage space for clothes | LOCAL FILE REVIEW S1 PHOTO OF CELLS [DEPICTING ALL ELEMENTS OF THE STANDARD] **S2 PHOTO - HANDICAPPED CELL [SHOW ACCESSIBLE SHELVES/HOOKS, WRITING SURFACE, SEAT, AND LOCKER BOX STAND, ETC.]** | |
| 4-4135 | Physical Plant: Inmate Housing | Dayrooms | Dayrooms with space for varied inmate activities are situation immediately adjacent to the inmate sleeping areas. Dayrooms provide a minimum of 35 square feet of space per inmate (exclusive of lavatories, showers, and toilets) for the maximum number of inmates who use the dayroom at one time, and no dayroom encompasses less than 100 square feet of space... | LOCAL REVIEW FILE S1 LIVING UNIT DIAGRAM S2 DAYROOM SIZES AND CAPACITY [FOR THAT DAYROOM] **S3 PHOTOGRAPHS - DAYROOMS [SHOW ACCESSIBLE SEATING, TC HEIGHT, REMOTE CONTROL, CLOSED CAPTIONING ON TV, ETC.** | |
| 4-4137 | Physical Plant: Inmate Housing | Toilets | Inmates have access to toilets and hand-washing facilities 24 hours per day and are able to use toilet facilities without staff assistance when they are confined in their cells/sleeping areas. Toilets are provided at a minimum ratio of 1 for every 12 inmates in male facilities and 1 for every 8 inmates in female facilities. Urinals may be substituted for up to one-half of the toilets in male facilities. All housing units with 3 or more inmates have a minimum of 2 toilets. These ratios apply unless national or state building or health codes specify a different ratio. | LOCAL REVIEW FILE S1 LIVING UNIT DIAGRAM - TOILETS/HANDWASHING FACILITIES [SHOW LOCATION OF TOILETS AND SINKS] **S2 RATIO OF TOILETS TO OFFENDERS [IF, DRY CELL, SHOW RATIO OF WHEELCHAIR CELLS TO TOILETS AND SINKS]** | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4139 | Physical Plant: Inmate Housing | Showers | Inmates have access to operable showers with temperature-controlled hot and cold running water, at a minimum ratio of one shower for every eight inmates, unless national or state building or health codes specify a different ratio. Water for showers is thermostatically controlled to temperatures ranging from 100 degrees Fahrenheit to 120 degrees Fahrenheit to ensure the safety of inmates and to promote hygienic practices. | LOCAL REVIEW FILE P1 SANITARY GUIDELINES FOR PENAL INSTITUTIONS [IF RATIOS ARE NOT TO THIS STANDARD, INCLUDE THE SANITARY GUIDELINES THAT WAS IN EFFECT AT THE TIME YOUR FACILITY WAS DESIGNED/BUILT] S1 LIVING UNIT DIAGRAM WITH RATIO OF SHOWERS TO OFFENDERS S2 SHOWER TEMPERATURES | |
| 4-4140 | Physical Plant: Inmate Housing | Special Management Housing | Seg housing units provide living conditions that approximate those of the general inmate pop; all exceptions are clearly documented. Seg cells/rooms permit the inmates assigned to them to converse with and be observed by staff members. | LOCAL FILE REVIEW P1 FACILITY SEGREGATION UNIT OM S1 SEGREGATION UNIT AND GENERAL POPULATION DIAGRAMS S2 PHOTOGRAPH – SEGREGATION CELL INTERCOM S3 QT MOVE TO SEGREGATION S4 SPECIAL NEEDS ACCOMMODATION [USE A PROPERTY SHEET, SEG ALLOWABLES, MEDICAL CORRESPONDENCE, OR ADA RESOLUTION WITH APPROVED TALKING BOOK, VIBRATING WATCH, CALL PENDANT, ETC.] | |
| 4-4142 | Physical Plant: Inmate Housing | Housing for the Disabled | Inmates with disabilities are housed in a manner that provides for their safety and security. Housing used by inmates with disabilities is designed for their use and provides for integration with other inmates. Programs and services are accessible to inmates with disabilities who reside in the facility. | HQ1 AR 0750-004 AMERICANS WITH DISABILITIES/REHAB ACT OFFENDERS WITH DISABILITIES AND REQUEST FOR ACCOMMODATIONS S1 PHOTOGRAPHS - ADA COMPLIANT AREAS [CELL AND SHOWER, RAMPS TO PROGRAM/VISITING AREAS, FOOD SERVICE, STROBE CELLS, ALTERATIONS FOR VISTION IMPAIRED ETC. INCLUDE SEG] S2 HOUSING ASSIGNMENT FOR ADA [COULD BE A QT MOVE WITH A CHRON OR MEDICAL NOTE NEEDING CELLS FOR ADA ACCOMMODATIONS] | |
| 4-4143 | Physical Plant: Inmate Housing | Housing for the Disabled (OCAs) | Written policy, procedure, and practice provide for the assignment of appropriately trained individuals to assist disabled offenders who cannot otherwise perform basic life functions. | HQ1 AR/IA 0700-002 MEDICAL SCOPE OF SERVICE S1* JOB DESCRIPTION – OFFENDER CARE AIDE (OCA) [OR - MEMO STATING THIS FACILITY HAS NOT HOUSED ANY OFFENDER WHO CANNOT PERFORM BASIC LIFE FUNCTIONS] S2* TRAINING FOR OCA (CERTIFICATE OR PROFILE SHOWING TRAINED) S3* ACCOMMODATION RESOLUTION, ASSIGNING AN OCA [ USE ADA LITIGATION RESOLUTION] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4144 | Physical Plant: Inmate Housing | Housing for the Disabled (Privacy) | Written policy, procedure, and practice provide education, equipment and facilities, and the support necessary for **inmates with disabilities to perform self-care and personal hygiene in a reasonable private environment.** COMMENT: A reasonably private environment will vary, depending on individual and institutional circumstances, but is one which will maintain the dignity of the disabled individual in light of that person's disability. | HQ1 AR/IA 0700-002 MEDICAL SCOPE OF SERVICE HQ2 AR/IA 0750-004 AMERICANS WITH DISABILITIES/REHAB ACT OFFENDERS WITH DISABILITIES AND REQUEST FOR ACCOMMODATIONS S1*OFFENDER HEALTH EDUCATION PAMPHLETS [HYGIENE, SELF-CARE, DIABETES, HANDICAP ISSUES] S2*PHOTOS - ADA ACCESSIBLE EQUIPMENT [TOILETS, SINKS, SHOWERS, CALL BUTTONS, SHOWER CURTAINS, LOWERED MIRRORS, PRIVACY DIVIDERS ETC.] S3*DIAGRAM OF HANDICAPPED CELL TOILETS, SINKS, SHOWERS, CALL BUTTONS, SHOWER CURTAINS, LOWERED MIRRORS, PRIVACY DIVIDERS ETC.] S4*ISSUANCE OF SELF CARE ITEMS [IF APPLICABLE, VELCRO CLOSURE BOOTS/CLOTHING, SPECIAL UTENSILS, CUPS, BACKPACKS, ETC. PROPERTY LIST OR ATS REPORT CAN BE USED] | |
| 4-4169 | Physical Plant: Administrative & Staff Areas | Accessibility for the disabled (Staff & Visitor) | Reasonable accommodation is made to ensure that all parts of the facility that are accessible to the public are accessible and usable by staff | P1 AR 1450-035 DOC EMPLOYEES/APPLICANTS WITH DISABILITY P2 AR 0100-042 AMERICANS WITH DISABILITIES ACT - PUBLIC ACCESS S1* PHOTOGRAPHS - HANDICAPPED ACCESSIBLE AREAS [INCLUDE ENTRANCE INTO FACILITY, VISITING, AND NON-CONTACT VISITING AND PHONES FOR HANDICAPPED] S2* VISITOR REQUEST FOR ACCOMMODATIONS S3* STAFF REQUEST FOR ACCOMMODATIONS | |
| 4-4221 | Institutional Operations: Safety & Emergency Procedures | Evacuation Procedures | There is a written evacuation plan to be used in the event of fire or major emergency. The plan is certified by an independent, outside inspector trained in the application of national fire safety codes and is reviewed annually, updated if necessary, and reissued to the local fire jurisdiction. The plan includes the following: 1. location of building/room floor plans 2. use of exit signs and directional arrows for traffic flow 3. location of publicly posted plan 4. at least quarterly drills in all institution locations, including administrative areas 5. staff drills when evacuation of extremely dangerous inmates may not be included | HQ1 AR/IA 0300-015 FIRE SAFETY S1* FIRE/EVACUATION PLAN CERTIFICATION [INCLUDE THE ADA EVACUATION SECTION] S2* EVACUATION MAP - ARROWS/SYMBOLS (2) [SHOW AREAS OF REFUGE] S3 FIRE/EVACUATION PLAN DISTRIBUTION LIST (1,3) [ANNUAL CERTIFICATION SHOWS REVIEW, PUT FIRE DEPT ON DISTRIBUTION] S4 QUARTERLY REPORT WITH FIRE DRILLS (4,5) S5* ADA EVACUATION ASSISTANCE WITH DRILLS [SHOW MEMO WITH POSITIONS ASSIGNED TO ASSIST ADA OFFENDERS AND EVACUATION DRILL WITH ADA OFFENDERS LISTED] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4228 | Institutional Operations: Rules & Discipline | Rules of Conduct (translation/assistance) | A rulebook that contains all chargeable offenses, ranges of penalties, and disciplinary procedures is given to each inmate and staff member and is translated into those languages spoken by significant numbers of inmates. Signed acknowledgement of receipt of the rulebook is maintained in the inmate's file. When a literacy or language problem prevents an inmate from understanding the rulebook, a staff member or translator assists the inmate in understanding the rules. | HQ1 AR/IA 0150-001 CODE OF PENAL DISCIPLINE HQ2 AR/IA 0850-007 OFFENDER RECEPTION AND ORIENTATION HQ3 AR/IA 0100-019 COMMUNICATION WITH OFFENDERS S1 GLOBELINK FOREIGN LANGUAGE CENTER [COLORADO SPRINGS] **S2 DRDC ORIENTATION/OFFENDER RECEIPT FOR COPD (See if there is one with accommodations)** S3* WARDEN APPROVED TRANSLATORS MEMO S4 STAFF RECEIPT OF COPD [facility specific document indicating receipt. You can also use the memo from the CTA on the Q/R drive] | |
| 4-4265 | Institutional Operations: Special Management | General Conditions of Confinement (Seg Allowables) | Written policy, procedure, and practice provide that whenever an inmate in segregation is deprived of any usually authorized item or activity a report of the action is filed in the inmate's case record and forwarded to the chief security officer. Comment: The report should identify the inmate, item or activity deprived of, and the reasons for the action... | * LOCAL REVIEW FILE (AR 300-56 is optional) P1 AR/IA0650-003 ADMINISTRATIVE SEGREGATION P2 AR/IA0300-066 SPECIAL CONTROLS P3 FACILITY SPECIFIC OM ON CONDITIONS OF CONFINEMENT/MANAGEMENT CONTROL UNIT (MCU) S1 RESTRICTION OF ITEM - INCIDENT REPORT [Incident Report of a Seg offender or Special Controls form] S2 CHRON/DOCUMENT IN WORKING FILE AND TO CUSTODY CONTROL MANAGER [REPORT FROM S1 GOES IN THE OFFENDERS WORKING FILE AND TO THE SECURITY CONTROL OR CUSTODY CONTROL MANAGER] **S3*RESTRICTION OF ASSISTIVE/HEALTH CARE DEVICE [Show consult with clinical and/or AIC, alternative accommodation if possible.]** | |
| 4-4277 | Institutional Operations: Inmate Rights | Access to programs & services (nondiscrimination) | Written policy, procedure, and practice prohibit discrimination based on inmate's race, religion, national origin, sex, disability, or political views in making administrative decisions and in providing access to programs. Comment: equal opportunities to participate in programs. | HQ1 AR  0850-015 OFFENDER NON-DISCRIMINATION S1 MASTER PROGRAM SCHEDULE ROSTER - WORK/PROGRAM ASSIGNMENT AND ETHNICITY **(HIGHLIGHT ETHNICITY AND ADA OFFENDER ASSIGNMENT)** S2 VARIOUS PROGRAM SCHEDULES [I.E. RECREATION, LIBRARY, VOLUNTEERS- RELIGIOUS, BARBERING, ETC.] | |
| 4-4288 | Institutional Services: Reception & Orientation | New intakes | Written policy, procedure, and practice provide that new inmates receive written orientation materials and/or translations in their own language. When a literacy problem exists, a staff member assists the inmate in understanding the material. Completion of orientation is documented by a statement signed and dated by the inmate. | HQ1AR 0850-007 OFFENDER RECEPTION AND ORIENTATION HQ2AR 0100-019 COMMUNICATION WITH OFFENDERS **S1*ORIENTATION HANDBOOK COVER AND INDEX (EXHIBIT) [highlight ADA references; AIC availability, TDY phone, kiosks, ADA library info, etc.]** S2*LIST OF STAFF INTERPRETERS/SERVICES **S3*ORIENTATION VERIFICATION FORM - TRANSLATOR [staff translator or sign language]** **S4*ORIENTATION VERIFICATION FORM - ACCESSIBLE FORMAT [one with material is an accessible format -ADA]** | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4293 | Institutional Services: Reception & Orientation | Personal Property | Written policy, procedure, and practice specify the personal property inmates can retain in their possession. | HQ1 AR 0850-006 OFFENDER PROPERTY **S1\* OFFENDER PERSONAL QUANTITY AND LIABILITY FORM [THIS CAN ALSO BE A DCIS PROPERTY INVENTORY - SHOW ONE WITH HEALTH CARE APPLIANCE/DME, ASSITIVE DEVICE]** S2 FACILITY ALLOWABLE CANTEEN LIST | |
| 4-4345 | Institutional Services: Health Care | Access to Care (Copays) | When medical copayment fees are imposed, the program ensures that, at a minimum, the following are observed: 1. All offenders are advised, in writing, at the time of admission to the facility of the guidelines of the copayment program. 2. Needed offender health care is not denied due to lack of available funds. 3. Copayment fees shall be waived when appointments or services including follow-up appointments, are initiated by medical staff.   Comment: Offenders should receive appropriate health care based on need, without regard to financial status. Fees imposed should not be so excessive as to discourage offenders when appropriate | HQ1 AR0700-030 OFFENDER HEALTH CARE CO-PAYMENT PROGRAM S1 CLINICAL SERVICES PATIENT HANDBOOK WITH SIGNED RECEIPT S2 OFFENDER BANK STATEMENT WITH CO-PAY [\*\* SHOW BANK STATEMENT WITH A NEGATIVE BALANCE TO SHOW MEDICAL SERVICES WERE NOT DENIED] S3 MEDICAL APPOINTMENT [CORRESPONDING TO S2] S4 OFFENDER BANK STATEMENT WITHOUT CO-PAY [ INCLUDE DATE RANGE FOR APPOINTMENT IN S5] **S5\*MEDICAL APPOINTMENT [CORRESPONDING TO S4 - SHOW ADA OR DIABETIC OFFENDER OR HEALTH CARE APPLIANCE REPAIR]** | |
| 4-4351 | Institutional Services: Health Care | Emergency Plan | There is a written plan for access to 24 hour emergency medical, dental, and mental health services availability. The plan includes the following: 1. on-site emergency first aid and crisis intervention 2. emergency evacuation of the offender from the facility 3. use of an emergency medical vehicle 4. use of one or more designated hospital emergency rooms or other appropriate health facilities 5. emergency on-call or available 24 hours per day, physician, dentist, and mental health professional services when the emergency health facility is not located in a nearby community 6. security procedures providing for the immediate transfer of offenders when appropriate | HQ1 AR0700-002 MEDICAL SCOPE OF SERVICE HQ2 AR0700-022 OFFENDER CLINICAL SUPERVISION S1 CLINICAL SERVICES EMERGENCY PLAN (1-6) S2\* DIABETIC TEST KIT PROTOCOL AND LOCATIONS (1) [CAN ALSO INCLUDE ROLL CALL TRAINING] S3 INCIDENT REPORT - ON-SITE 1ST AID/CRISIS INTERVENTION (1) OR NURSING PROTOCOL S4\*TRANSPORT AUTHORIZATION (2,3,4,6) [WITH MEDICAL INFORMATION COMPLETED] S5 CHP PROVIDER LIST (4) [LOCAL HOSPITAL BEING USED] S6 ON-CALL MEDICAL, DENTAL AND MENTAL HEALTH SCHEDULES (5) **S7 LIST OF STATE VEHICLES AVAILABLE FOR TRANSPORT (3) [INDICATE WHICH ARE WHEEL CHAIR ACCESSIBLE VEHICLES)** | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4359 | Institutional Services: Health Care | Chronic Care (Diabetics) | There is a plan for the treatment of offenders with chronic conditions such as hypertension, **diabetes**, and other diseases that require periodic care and treatment. The plan must address the 1. monitoring of medications, 2. laboratory testing, 3. the use of chronic care clinics, 4. health record forms, and 5. the frequency of specialist consultation and review. Comment: Professionally recognized chronic care guidelines are available from disease-specific organizations and various medical and physician associations. | ALL SECONDARY DOCUMENTATION ON SAME OFFENDER - **USE A DIABETIC CLASS MEMBER**<br>HO1AR0700-002MEDICAL SCOPE OF SERVICE<br>HO2CSP, CHRONIC CARE CLINIC - DIABETES MELLITUS<br>HO3CSP, PRELIMINARY SCREENING AND PERIODIC HEALTH EXAM<br>HO4MILLIMAN INDEX<br>S1MEDICATION SHEET (1)<br>S2LAB REPORT (2)<br>S3"CHRONIC CARE CLINICS (3) [CLASS ATTENDANCE RECORDS OR SCHEDULE OR INDIVIDUAL EDUCATION PROVIDED (2 OR 3 YEARS USE DIABETIC OFFENDER EDUCATION)]<br>S4AMBULATORY HEALTH RECORD (4) [SHOWING EXAMPLE OF CHRONIC CARE]<br>S5CONSULT REFERRAL/REVIEW (5) | |
| 4-4365 | Institutional Services: Health Care | Health Appraisal (Intake) | A comprehensive health appraisal for each offender, **excluding intrasystem transfers**, is completed as defined below, after arrival at the facility...Within 14 days after arrival at the facility:...6. medical examination, including review of mental and dental status (for those inmates with significant health problems discovered on earlier screening such as cardiac problems, diabetes...)...9. development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation...13. development and implementation of a treatment plan, including recommendations concerning housing, job assignment, and program participation. | "STANDARD IS **ONLY APPLICABLE AT DRDC AND YOS.**(TRY TO USE ADA OFFENDER)<br>HO1AR0700-007OFFENDER HEALTH EXAMINATIONS<br>S1AMBULATORY [STATING CHART REVIEW UPON ARRIVAL ] (1,2,4,6)<br>S2INTAKE LABORATORY TESTS WITH RPR, HIV, AND TB TESTING AND IMMUNIZATION FORM (2,3)<br>S3X-RAYS, EKG, LIVER TEST, OR OTHER TESTS AS AVAILABLE (5)<br>**S4INITIAL AND FOLLOW-UP - TEMPORARY ACCOMMODATIONS (7)**<br>S5PHYSICAL EXAM FORM WITH AMBULATORY HEALTH RECORD (2,4,6,8,10,120<br>S6PROBLEM LIST (7,11)<br>S7DCIS MEDICAL INFORMATION QUERY (9,13)<br>S8AMBULATORY - TREATMENT PLAN | |
| 4-4374 | Institutional Services: Health Care | Mental Illness & Developmental Disability (Placement) | Offenders with severe mental illness or who are severely developmentally disabled receive a mental health evaluation and, where appropriate, are referred for placement in non-correctional facilities or in units specifically designated for handling this type of individual. Comment: Offenders with severe mental illness or developmental disabilities are vulnerable to abuse by other offenders and require specialized care. These individuals may be a danger to self or others or be incapable of attending to their basic physiological | HO1AR 0600-003 INVOLUNTARY TRANSFER OF AN OFFENDER FROM A CORRECTIONAL FACILITY TO A MENTAL HEALTH INSTITUTION<br>HO2 AR 0600-006 PLACEMENT AND RELEASE FROM DOC MENTAL HEALTH UNITS<br>S1REFERRAL AND CONSULTATION TO SCCF/DWCF [DWCF SNU WITH MOVE SHEET]<br>**S1"OR - MEMO STATING NO INMATE WITH SEVERE MENTAL ILLNESS OR SEVERELY DEVELOPMENTALLY DISABLED HAVE BEEN REFERRED FROM THIS FACILITY.**<br>S2REFERRAL AND CONSULTATION TO CMHIP [WITH MOVE SHEET, IF APPLICABLE - NOT THE SAME OFFENDER AS S1] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4375 | Institutional Services: Health Care | Postheses & Orthodontic Devices | Medical or dental adaptive devices (eyeglasses, hearing aids, dentures, wheelchairs, or other prosthetic devices) are provided when medically necessary as determined by the responsible health care practitioner. | HQ1AR 0700-034 HEALTH CARE APPLIANCES<br>HQ2AR 0700-004 DENTAL SCOPE OF SERVICE<br>HQ3AR 0700-005 OPTOMETRY SCOPE OF SERVICE<br>**S1*APPROVAL OF PROSTHESES [AMBULATORY HEALTH RECORD SHOWING ISSUE OF ITEMS AS LISTED IN STANDARD - use class action offender]**<br>S2*DURABLE MEDICAL EQUIPMENT CONTRACT<br>**S3*REMOVAL OR ALTERNATIVE ADAPTIVE DEVICE [If appropriate, use accommodation resolution or medical encounter ]** | |
| 4-4393 | Institutional Services: Health Care | Health Care: Offender Assistants (Familial duties) | Unless prohibited by state law, offenders (under staff supervision) may perform familial duties commensurate with their level of training. These duties may include the following... | HQ1AR 0700-002 MEDICAL SCOPE OF SERVICE<br>HQ2AR 0850-001 OFFENDER AUTHORITY OVER OTHER OFFENDERS<br>**S1*OFFENDER CARE AID JOB DESCRIPTION (1-4) [OR MEMO STATING NO OFFENDER IS ASSIGNED TO DUTIES]**<br>**S2*LIST OF OFFENDER CARE AIDS [highlight offender in S3 for previous years can use a quota report on the number of positions]**<br>**S3*OFFENDER CARE AID TRAINING/CERTIFICATE [CM gets copy - also on MPS]** | |
| 4-4399 | Institutional Services: Health Care | Special Needs | There is consultation between the facility and program administrator (or a designee) and the responsible health care practitioner (or designee) prior to taking action regarding chronically ill, physically disabled, geriatric, seriously mentally ill, or developmentally disabled offenders in the following areas: 1. housing assignments 2. program assignments 3. disciplinary measures 4. transfers to other facilities When immediate action is required, consultation to review the appropriateness of the action occurs as soon as possible, but no later than 72 hours. Comment:Maximum cooperation between custody personnel and health care providers is essential so that both groups are aware of decisions and movements regarding mentally ill and developmentally disabled offenders. | HQ1AR 0700-002 MEDICAL SCOPE OF SERVICE<br>HQ2AR 0600-006 PLACEMENT AND RELEASE FROM DOC MENTAL HEALTH UNITS<br>**S1*OFFENDER STAFFING WITH CLINICAL SERVICES AND CUSTODY STAFF (1-3) [Chron or medical encounter or some document reviewing offender, address bullets (1-3) as they apply- show ADA offender if possible]**<br>S2*OFFENDER STAFFING/REVIEW WITH A REFERRAL OUT<br>S3 REFERRAL TO SCCF/CMHIP #4 [If applicable] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4414 | Institutional Services: Health Care | Transfers | Nonemergency offender transfers require the following: 1. Health record confidentiality is to be maintained. 2. Summaries, originals, or copies of health record accompany the offender to the receiving facility. Health conditions, treatments, and allergies should be included in the record. 3. Determination of suitability for travel based on medical evaluation is made, with particular attention given to communicable disease clearance. 4. Written instructions regarding medication or health interventions required en route should be provided to transporting officers separate from the | **TRY TO DOCUMENT THIS FILE WITH A MEDICAL APPOINTMENT FOR ADA, NOT A FACILITY TRANSFER**  HQ1AR 0700-017 CLINICAL SERVICES' OFFENDER HEALTH RECORD MOVEMENT HQ2AR 0700-022 OFFENDER CLINICAL SUPERVISION HQ3AR 0300-037 VEHICLE TRANSPORTATION OF OFFENDERS HQ4CSP, TRANSFER OUT OF STATE AND INTRASYSTEM TRANSFERS S1 INCOMING/OUTGOING MEDICAL RECORDS LOG (#2) S2 TRANSPORTATION AUTHORIZATION (3,4,5) [medical section completed and any precautions] S3 MEDICAL CONSULT/REFERRAL **[Use for a hearing aide or related disability]** S4 CIMST RECEIVED #2 (Corresponding to inmate in S1) S5 CIMST MEMO [Clinical Services will provide memo] | |
| 4-4417 | Institutional Services: Health Care | Offender Hygiene: Bathing (accessible) | There are sufficient bathing facilities in medical housing unit and infirmary area to allow offenders housed there to bathe daily. Comment: At least one bathing facility should be configured and equipped to accommodate offenders who have physical impairment or who need assistance to bathe. | * LOCAL REVIEW FILE ** THIS STANDARD IS APPLICABLE AT DRDC, CTCF, AND SCCF ONLY P1 AR/AO700-002 MEDICAL SCOPE OF SERVICE P2 SANITARY STANDARDS FOR PENAL INSTITUTIONS [ONLY IF UNABLE TO MEET ACA RATIOS] S1 INFIRMARY/FACILITY FLOOR PLAN AND/OR PHOTO OF BATHING AREA [include grab bars, rails, shower chair, etc.] S2 OFFENDER TO SHOWER RATIO | |
| 4-4429 | Institutional Services: Social Services | Scope of Services (ADA Title II) | Written policy, procedure, and practice **prohibit discrimination** on the basis of disability in the provision of services, programs and activities administered for program beneficiaries and participants. | HQ1AR 0750-004 AMERICANS WITH DISABILITIES ACT- OFFENDER REQUEST FOR ACCOMMODATION S1*Photos - Access to Program Areas [include visiting] S2*ADA Request and Approval for Accommodations [Specific one made for an offender in programs - if possible accommodation resolution relevant to visiting or other program. Can use ATS Report.] S3 Earned Time Credit [For offender in S2] S4*ADA Physical Plant Changes [made during the ACA cycle] | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4429-1 | Institutional Services: Social Services | Scope of Services (ADA Title II-ADA Coordinator) | Written policy, procedure, and practice provide for **staff and offender access to an appropriately trained and qualified individual** who is educated in the problems and challenges faced by offenders with physical and/or mental impairments, **programs designed to educate and assist disabled offenders, and all legal requirements for the protection of offenders with disabilities.** COMMENT: Reference to the ADA coordinator position required by law. | **HQ1AR 0850-004 GRIEVANCE PROCEDURE** **HQ2AR 0750-004 AMERICANS WITH DISABILITIES/REHAB ACT OFFENDERS WITH DISABILITIES AND REQUEST FOR ACCOMMODATIONS** **HQ3AR 1450-035 DOC EMPLOYEES/APPLICANTS WITH DISABILITY** **HQ4LESSON PLAN - ADA TRAINING** **S1*DOC ADA COORDINATOR AND TRAINING [Will be provided and posted on shared drive]** **S2*FACILITY ADA COORDINATOR TRAINING [Can use org chart or PDQ also and their training record with training]** **S3*OFFENDER NOTICE WITH LOCATION [Form 750-4 and note where it is located]** **S4*REQUEST AND APPROVAL FOR ACCOMMODATION [wheel chair and program needs]** **S5*ADA GRIEVANCE [Show with facility and HQ ADA Coordinator signing or can pull from GTS.]** **S6*EDUCATION/TRAINING PROVIDED (Show roster for program or training for special needs,DD, voc rehab, MH programs, diabetic training, etc.** | |
| 4-4448 | Inmate Programs: Work & CI | Inmate work plan | The institution maintains a written plan for full-time work and/or program assignments for all inmates in the general population. The plan also provides for employment for inmates with disabilities. | **\* NEEDS TO SHOW WORK ASSIGNMENT PROCESS FROM START TO FINISH FOR ADA OFFENDER** **HQ1AR 0850-003 OFFENDER ASSIGNMENT AND PAY** S01OFFENDER ASSIGNMENT PROCESS FLOW CHART [From AR 850-3] S02PROGRESS ASSESSMENT SUMMARY [May not be necessary - your choice] S03OFFENDER JOB REFERRAL [850-3 forms B and C.] S04ADA REQUEST APPROVED/DENIED [Attachment F, also job description with accommodation section completed.] S05JOB ASSIGNMENT ROSTER [Highlight offender. You can use one or more pages of the assignment roster to show the variety of work assignments.] S1 MPS REPORT - QUOTAS AND NUMBER ASSIGNED [ALSO SHOWS PERCENTAGE OVERALL] S2 INMATE JOB ASSIGNMENT ROSTER (MPS) [show page with offender in S3] S3 ASSIGNMENT ACCOMMODATION [Match S2 to S1] | |
| 4-4451 | Inmate Programs: Work & CI | Work opportunities | The institution **provides a variety of** work assignments that afford inmates an opportunity to learn job skill and develop good work habits and attitudes that they can apply to jobs after release. | HQ1AR 0300-023 OFFENDER WORK PROGRAM HQ2AR 1050-001 TRAINING OPPORTUNITIES IN CAREER AND TECHNICAL EDUCATION S1 JOB ASSIGNMENT ROSTER **[Highlight ADA class offenders to include offender in S2]** S2 JOB DESCRIPTIONS [Signed with the accommodation section completed.] **S3 REQUEST FOR ACCOMMODATIONS [or you can use photos of ADA offender working, wheel chair, etc.]** S4 VOCATIONAL CERTIFICATE | |

# Standards Review Sheet-Audit Tool v.3 11-12

| ACA Standard (ADA-M & ADA, ADA-M) | Section/Part | Subject Matter | Standard | Standardization | Comments |
|---|---|---|---|---|---|
| 4-4452 | Inmate Programs: Work & CI | Work opportunities (CI) | The facility provides opportunities for inmate employment in either **correctional industries, facility maintenance, operations, public works, or community projects** | HQ1AR 0850-003 OFFENDER ASSIGNMENT AND PAY<br>S1*JOB ASSIGNMENT ROSTER [**Highlight ADA class offender, diabetic also applies**]<br>S2*JOB DESCRIPTION (with the accommodations section completed, if possible for CI, maintenance, community projects)<br>S3*COMMUNITY PROJECTS [LETTERS OF AGREEMENT, COMMUNITY PROJECT WORK REQUESTS, NEWSPAPER ARTICLES AND THANK YOU LETTERS] | |
| 4-4475 | Inmate Programs: Academic & Vocational Edu | Inmate Assessment & Placement | Provision is made to meet the educational and vocational needs of inmates who require special placement bc of **physical, mental, emotional, or learning disabilities.** | HQ1AR/A0500-001 OFFENDER EDUCATION SYSTEM<br>S1*SPECIAL EDUCATION TEACHER'S LICENSE<br>S2*EDUCATION AND PROGRAMS MATRIX<br>S3*INITIAL NEEDS ASSESSMENT [showing physical disability and where placed in academic or voc ed, same offender for S4]<br>**S4*ACCOMMODATIONS [Same offender in S3, list what accommodations they have. Can be chron, medical encounter, memo, email, etc.]** | |
| 4-4497 | Inmate Programs: Mail, Telephone, & Visiting | Telephone (TTY) | Written policy, procedure, and practice provide for inmate access to public telephones. Inmates with **hearing and/or speech disabilities, and inmates who wish to communicate with parties who have such disabilities, are afforded access to a Telecommunications Device for the Deaf (TDD),** or comparable equipment. Public telephones with volume control are also made available to inmates with hearing impairment. | HQ1 AR 0850-012 TELEPHONE REGULATIONS FOR OFFENDERS<br>S1* CIPS KIOSK TTY INSTRUCTIONS [IN THE SHARED DRIVE TITLED THE SAME]<br>S2 OFFENDER PHONE LIST<br>S3* HEARING IMPAIRED OFFENDER PHONE LIST [IF THERE ARE NONE, PUT A MEMO IN - IF ONE SHOW APPROVAL FOR TTY OR ATS REQUEST AND APPROVAL FOR TTY]<br>**S4* PHOTOGRAPHS – OFFENDER PHONES [OFFENDER TELEPHONE OR KIOSK IN LIVING UNIT AND IDICATE HOW MANY AND LOCATION, ALSO CIPS PHONE W/ AMPLIFICATION BUTTON]** | |
| 4-4505 | Inmate Programs: Library | Comprehensive Library Services | The institution maintains and/or provides access to comprehensive library services that include, but are not limited to, a reference collection containing general and specialized materials, and planned and continuous acquisition of materials to meet the needs of the institutional staff and inmates. | HQ1 AR 0500-002 LIBRARY SERVICES<br>S1 LIBRARY MATERIALS ACQUISITION PLAN<br>S2 MONTHLY STATISTICAL REPORT<br>S3 ANNUAL SUMMARY OF EXPENDITURES<br>**S4* LIBRARY MATERIALS, SERVICES, AND EQUIPMENT FOR HANDICAPPED OFFENDERS [LARGE PRINT, AUDIO, BRAILLE, BOOK ON TAPE, AUDIO EQUIPMENT, TAPE RECORDER, COMPUTER-TEXT-TO-VOICE, CLOSED CAPTION DVD, SIGN LANGUAGE SELF STUDY MATERIAL ETC.]** | |
| 4-4510 | Inmate Programs: Library | Availability of Services | Library Services are available daily, including evenings and weekends. | HQ1 AR 0500-002 LIBRARY SERVICES<br>S1 POSTED LIBRARY HOURS/SCHEDULE - [EFFECTIVE DATE AND SIGNATURE OF EITHER LIBRARY STAFF/PROGRAM MANAGER, ETC]<br>S1* IF LIBRARY IS NOT OPEN 7-DAYS A WEEK FOR ANY REASON, SHOW OTHER MEANS USED TO SUPPLY DAILY ACCESS TO LIBRARY SERVICES.<br>**S2* PHOTOS LIBRARY [SHOW ACCESS TO LIBRARY AND ALSO PICTURES INSIDE LIBRARY FOR ACCESS FOR ADA]** | |