## PROVIDER ADA SCREENING FORM
### (DOCUMENT THIS EXAM ON ENCOUNTER)

| INMATE NAME | DOC# | CURRENT FACILITY | DATE FORM COMPLETED |
|---|---|---|---|
| ███████████ | ████ | BF | 05/30/2013 08:12 |

### PART I: PRE-SCREENING INFORMATION

| | |
|---|---|
| 1. Were staff observation forms received and reviewed prior to screening? | No |
| 2. Do these observation reports indicate that the inmate may have medical problems? | No |

### PART II: SCREENING OBSERVATIONS

1. Chief Complaint.  **(Identify the problem/disability that the inmate is complaining of)**

   T2DM

2. What major life activity does the offender claim is substantially limited by the chief complaint  **(Check all that apply)**

   - [x] None
   - [ ] Walking
   - [ ] Eating
   - [ ] Seeing
   - [ ] Hearing
   - [ ] Speaking
   - [ ] Breathing
   - [ ] Learning
   - [ ] Working
   - [ ] Caring for oneself (bathing, dressing, using the restroom)
   - [ ] Performing manual tasks

### DIABETES

| | | |
|---|---|---|
| 1. Does the inmate have diabetes? | Yes | Check here if Inmate refused screening [ ] |
| 2. Inmate require snacks and/or other dietary modifications to manage his/her diabetic condition? | No | **Check all that apply:** |
| 3. Has the inmate received appropriate diabetic education? | Yes | Is insulin dependent [ ] |
| 4. Is the inmate compliant with their medical treatment plan for diabetes? If No, explain below | Yes | Diabetes controlled [x] |

5. Inmate have evidence of:  Retinopathy  No     Neuropathy  No     Nephropathy  No

### VISION

| | | |
|---|---|---|
| 1. Does the offender need to be screened for vision? | No | Check here if Inmate refused screening [ ] |
| 2. Did you observe any difficulty with inmate navigating surroundings? | NA | |
| 3. Is the inmate's vision condition expected to improve within 6 months? | NA | Inmate use Glasses [ ] |
| 4. Does the inmate has Prostehetic Eye? | NA | Inmate have Glasses [ ] |
| 5. Does the inmate have a medical need for contact lenses rather than glasses? | NA | Dx: NA |

| 6. Details of Vision exam | Left | Right | | Left | Right | Vision exam notes (if any) |
|---|---|---|---|---|---|---|
| Pupils Equal | NA | NA | Normal Lids | NA | NA | |
| Pupils Round | NA | NA | Normal Sclera | NA | NA | |
| Pupils Reactive to Light | NA | NA | Normal Conjunctive | NA | NA | |
| Conjugate Gaze | NA | NA | Normal Cornea | NA | NA | |
| Extra Occular Muscles Intact | NA | NA | Normal Fundi | NA | NA | |
| **Visual Acuity** Corrected 20/ | NA | NA | Uncorrected 20/ | NA | NA | **Visual field**  Left NA  Right NA |

7. Inmate complains of difficulty seeing:  **(Check all that apply)**

   - [ ] TV
   - [ ] Reading Signs
   - [ ] Officer Gestures
   - [ ] Seeing Landmarks
   - [ ] At Job/Work
   - [ ] Programs/Educ
   - [ ] Reading Papers/Documents

### HEARING

| | | |
|---|---|---|
| 1. Does the offender need to be screened for hearing? | No | Check here if Inmate refused screening [ ] |
| 2. Does the inmate use Hearing Aids? | NA | |
| 2a. If Yes, which side the inmate use Hearing Aid? | NA | |
| 3. With back turned at desk, ask inmate a question in a regular tone and then talk softly. Can the inmate hear and respond to your questions? | NA | |
| 4. When calling inmate for appointment or activity, was inmate able to hear name called? | NA | |
| 5. Was inmate unable to hear provider's request until repeated in progressively loud manner? | NA | |
| 6. Did inmate ask "what" frequently? | NA | |
| 7. Did the inmate wait until he/she could read provider's lips to respond? | NA | |
| 8. Was Inmate tapped on shoulder or alerted by another inmate that he/she was being called? | NA | |
| 9. Was background noise present? | NA | |
| 9a. If Yes, [dropdown] Describe _____ | | |
| 10. Can inmate carry on a normal conversation with you? If No, answer below. | NA | |
| 11. Does severity of problem require him/her to use alternative methods of communication? | NA | |
| 12. Otoacoustic Emission? | NA | |
| 13. Were other types of communication used?  **(Check all that apply)** | | |

Exhibit 13

## PROVIDER ADA SCREENING FORM
### (DOCUMENT THIS EXAM ON ENCOUNTER)

| INMATE NAME | DOC# | CURRENT FACILITY | DATE FORM COMPLETED |
|---|---|---|---|
| ███████████ | ████ | BF | 05/30/2013 08:12 |

☐ Lip reading  ☐ ASL  ☐ Hand gestures  ☐ Raised voice  ☐ Written communication  ☐ Have others speak more slowly

### MOBILITY

Does the offender need to be screened for mobility ? **No**   Check here if Inmate refused screening ☐

| PHYSICAL EXAM | Screening I | Screening II |
|---|---|---|
| 1. Is the offender able to bear weight ? | NA | NA |
| 2. Is the offender able to ambulate atleast 12 feet ? | NA | NA |
| 3. Are the stride lengths approximately equal ? | NA | NA |
| 4. Is the equal weight bearing on both feet ? | NA | NA |
| 5. Is the foot drop present ? | NA | NA |
| 6. Has there been amputation of lower extermity ? | NA | NA |
|     a. Above the Knee | NA | NA |
|     b. Below the Knee | NA | NA |
|     c. Foot at Metatarsal head | NA | NA |
|     d. Foot at Mid-foot | NA | NA |
|     e. Foot at heel | NA | NA |

### ADL OBSERVATIONS

| | Screening I | Screening II |
|---|---|---|
| 7. Are adaptive devices currently used by offender? | NA | NA |
|     a. Knee Brace | NA | NA |
|     b. AFO | NA | NA |
|     c. KAFO | NA | NA |
|     d. Prosthesis | | |
|         AKA | NA | NA |
|         BKA | NA | NA |
|         Foot | NA | NA |
|     e. Cane | NA | NA |
|     f. Walker | NA | NA |
|     g. Wheel Chair | NA | NA |
|     h. Special shoes | NA | NA |
| 8. Gait coming into the clinic ? | NA | NA |
| 9. Gait leaving the clinic ? | NA | NA |
| 10. Does the offender partipate in physical activities ? | | |
|     a. By inmate report | NA | NA |
|     b. By staff observation | NA | NA |
|     c. By personal observation | NA | NA |
| 11. Which activities ? (soccer, bsk ball, wt lifting etc) | | |

### FUNCTIONAL TESTING

**Note1:** Check NA if unable to perform test/not attempted/inmate refused
**Note2:** NRM - Normal, GM - Good Mobility, PRG - Problems, requires a gait

| | | | NA* | Pts | | NA* | Pts |
|---|---|---|---|---|---|---|---|
| 12. TIMED UP AND GO TEST | a. Time to complete (in secs) | .00 | ☐ | | .00 | ☐ | |
| 13. BALANCE TESTS | a. Side-by-side Stand (in secs) | .00 | ☐ | 0 | .00 | ☐ | 0 |
| | b. Semi-Tandem Stand (in secs) | .00 | ☐ | 0 | .00 | ☐ | 0 |
| | c. Tandem Stand (in secs) | .00 | ☐ | 0 | .00 | ☐ | 0 |
| | TOTAL BALANCE TEST SCORES | | | **0** | | | **0** |
| 14. GAIT SPEED TESTS | a. 1st Gait Speed Test (in secs) | .00 | ☐ | 0 | .00 | ☐ | 0 |
| | b. 2nd Gait Speed Test (in secs) | .00 | ☐ | 0 | .00 | ☐ | 0 |
| | c. Aids for Gait Speed Test | NA | | | NA | | |
| | BEST GAIT SPEED TESTS SCORES | | | **0** | | | **0** |

## PROVIDER ADA SCREENING FORM
### (DOCUMENT THIS EXAM ON ENCOUNTER)

| INMATE NAME | DOC# | CURRENT FACILITY | DATE FORM COMPLETED |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ | BF | 05/30/2013 08:12 |

**15. CHAIR STAND TESTS**  a. Time to complete 5 stands (in secs)   .00  ☐  **0**    .00  ☐  **0**

TOTAL TEST SCORES   **0**   **0**

### SUMMATION

| | | |
|---|---|---|
| Does the physical exam support the findings of the functional testing ? | NA ▼ | NA ▼ |
| Does the physical exam support the findings of the ADL observations ? | NA ▼ | NA ▼ |
| Does the ADL observations support the findings of the functional testing ? | NA ▼ | NA ▼ |
| Does the physical exam support a claim of disability ? | NA ▼ | NA ▼ |
| Does the ADL observations support a claim of disability ? | NA ▼ | NA ▼ |
| Does the functional testing support a claim of disability ? | NA ▼ | NA ▼ |
| Was evaluation completed without the use of assistive devices ? | NA ▼ | NA ▼ |

### PART III: CLINICAL IMPRESSION

1. This inmate has:  Not screened for mobility disability ▼
2. This inmate has:  Not screened for vision disability ▼      **Best corrected VA:**  ☐ Worse than 20/60    ☐ Visual Field < 20
3. This inmate has:  Not screened for hearing disability ▼
4. This inmate has:  Diabetes ▼

### PART IV: RECOMMENDATIONS

1. What assistive devices are medically necessary:  **(Check all that apply)**
- ☑ None      ☐ Hearing aid      ☐ Eyeglasses      ☐ An eye spacer      ☐ Ankle foot orthotic      ☐ Brace
- ☐ Cane      ☐ Crutches      ☐ Walker      ☐ Wheelchair      ☐ Prothesis
- ☐ Special footwear      Has special footwear been provided to the inmate? ▼   Date Provided _____

2. Does the inmate require :  **(Check all that apply)**
- ☐ None      ☑ Optometry visit      ☐ Additional time to move throughout the facility
- ☐ An audiogram      ☐ Lower bunk      ☐ Additional time to complete activities of daily living
- ☐ Shower chair      ☐ Lower tier      ☐ Seating at an accessible table at meal times
- ☐ Exemption from standing for count (wheelchair bound inmates must be seated during standing counts)

☐ Inmate aide to assist with:  **(Check all that apply)**
- ☐ Cleaning cell      ☐ Picking up canteen      ☐ Dropping off/receiving laundry      ☐ Showering
- ☐ Dressing      ☐ Obtaining/disposing of meal tray      ☐ Taking notes in classes or programs

3. Is a wheelchair medically necessary ?   No ▼
4. Can the inmate transfer safely to bed and toilet ?   NA ▼
5. Is the inmate capable of propelling the wheelchair ?   NA ▼
6. Can the inmate remain in the wheelchair all day ?   NA ▼

### PART V: FACILITY PLACEMENT QUESTIONS

1. Is this inmate enrolled in a program, paid program and/or employment ?   No ▼
2. Does this inmate experience difficulty in attending his/her program, paid program or employment as a result of the problem indicated as their chief complaint ? If Yes, explain below.   No ▼

_____

3. Can the inmate attend programs/employment/classes for full day ?   Yes ▼
4. The Montez Remedial Plan provides specific guidelines for placement of inmates with qualifying disabilities in designated facilities.  Please select the appropriate response to each of the following:

**Inmate is permanently blind.**   No ▼

**Inmate's vision impairment is not correctable to a central acuity of 20/200 or better even with corrective lenses.**   No ▼

**Inmate is permanently deaf.**   No ▼

**Inmate has a permanent impairment so severe that they must rely on written communication, lip reading, or signing because their residual hearing even with aides does not enable them either to communicate effectively or hear an emergency warning.**   No ▼

**Inmate uses a wheelchair full or part time.**   No ▼

Inmate does not require a wheelchair but has permanent lower extremity mobility   NA ▼

| PROVIDER ADA SCREENING FORM |
|---|
| (DOCUMENT THIS EXAM ON ENCOUNTER) |

| INMATE NAME | DOC# | CURRENT FACILITY | DATE FORM COMPLETED |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮ | BF | 05/30/2013 08:12 |

Inmate does not require a wheelchair but has permanent lower extremity mobility impairment that substantially limits walking. Substantial Limitation = cannot walk 100 yrds on level surface or climb a flight of stairs without a pause even with a healthcare appliance i.e., cane, prosthetic, walker etc.   **No**

5. What additional accommodations (if any) might this inmate need, as a result of their medical condition, in order to have complete access to programs, paid programs, employment or services?

6. Describe obvious disability if the inmate refused screening on any of the disability ?

n/a

**Provider's Signature:** HEATHER SKAGGS            **Date:** 05/30/2013 08:12