# FOLLOW UP INTAKE ADA SCREENING FORM

| OFFENDER NAME:<br>Redacted | DOC #:<br>Redacted | CURRENT FACILITY:<br>**DRDC** | DATE OF BIRTH<br>Redacted | DATE FORM INITIATED:<br>**04/23/2013 12:21 PM** |
|---|---|---|---|---|

**Part A**

## Disability Screening Performed on <u>Every Offender</u> at Intake

**I. Hearing Screening for Severe Limitations/Disability:**

  **X** <u>NO LIMITATION NOTED</u>: There is no observed or reported problem with hearing related to this offender. He/she was able to carry on a normal conversation and was able to clearly hear his or her name called.

  ☐ <u>YES, LIMITATION NOTED</u>: The offender appears to have problems carrying on a normal conversation.

**II. Vision Screening Severe Limitations/Disability:**

  **X** <u>NO LIMITATION NOTED</u>: There is no observed or reported problem with this offender's vision. He/she was able to personally fill out the Self Reported History Form without assistance.

  ☐ <u>YES, LIMITATION NOTED</u>: There were significant problems reported or observed during the intake process regarding vision.

**III. Mobility (Upper and/or Lower Extremity) Severe Limitations/Disability:**

  **X** <u>NO LIMITATION NOTED</u>: There is no observed or reported problems with this offender's mobility. He/she was able to ambulate satisfactorily. He/she is not in a wheelchair, is not an amputee, does not use a cane, walker, brace or other assistive health care devices. He/she reports being able to perform all required functions of the intake process without noticeable problems or assistance.

  ☐ <u>YES, LIMITATION NOTED</u>: There were significant problems reported or observed upon the offender's arrival to DOC regarding mobility.

**IV. Diabetes:**

  ☐ <u>NO HISTORY OF DIABETES REPORTED</u>.

  **X** <u>YES, HISTORY OF DIABETES REPORTED</u>.

**V. Other Disabilities:**

  **X** <u>NO LIMITATION NOTED</u>: There are no other reported or observed difficulties that indicate this offender is unable to perform any major life activity and may have a disability. He/she has both arms, hands and all fingers and was able to use upper extremities satisfactorily

  ☐ <u>YES, LIMITATION NOTED</u>: There were significant difficulties reported or observed upon the offender's arrival to DOC other than those identified above.

**Regardless of whether yes or no is marked above, print a copy of this form on yellow paper and place it in the offender's medical record in the ADA section.**

**If yes checked on <u>any</u> of the above categories, proceed to Part B of this form.**

| Nurse:<br>**SALLY A PARKHILL** | Provider:<br>**ROJDAH SHEPHARD** | Date:<br>**4/23/2013** |
|---|---|---|

Exhibit 14

| **Expanded FOLLOW UP ADA Intake Screening** | **Clinical intake nursing personnel to perform the following screening if Part A of the ADA Intake Screening was positive in any of the categories.** |
|---|---|

**Part B**

| OFFENDER NAME: Redacted | DOC #: Redacted | CURRENT FACILITY: **DRDC** | DATE OF BIRTH: Redacted | DATE FORM INITIATED: **04/23/2013 12:21 PM** |
|---|---|---|---|---|

*CHECK ALL OF THE APPLICABLE BOXES BELOW and FILL IN EXPLANATION/COMMENTS*

**Make a copy to retain in the offender's chart; fax a copy to the AIC at 719-226-4249 ; forward original form to AIC at Headquarters.**

## Deaf/Hearing:

**It was reported or observed during the intake process:**
□ Offender was unable to communicate with staff during the review of the Self Reported History Form.
□ Offender was unable to hear intake nurse evidenced by lip reading or having to speak loudly.
□ Offender had difficulty following directions.
□ Offender asks "what" or to repeat questions more frequently than other offenders.
□ Offender was tapped on the shoulder or alerted by another offender he/she was being called.
□ Offender was unable to carry on a conversation with staff or other offenders **without** relying on written communication, lip reading, or signing.  If yes, type of communication required:
    □ Interpreter/ASL    □ Staff is speaking more slowly & louder   □ Lip Reading    □ Hand gestures
    □ Written communication (paper)    □ Raised Voice   Other:
    At what point did the offender begin to use the above alternative communication methods?
□ Offender wears a hearing aide.  □ Left ear   □ Right ear   □ Offender arrived at intake with hearing aide.
    If not, describe what happened to the hearing aide:
□ **Actions taken by the offender were not within normal limits during the intake process.**  Describe abnormal actions:
□ Other Observations:
□ **A temporary accommodation (including Housing Restriction) was initiated due to above noted limitation(s).  If yes, type:**

If Yes is marked for an accommodation, on Day 3 the Mid-level Provider will determine whether the temporary accommodation was appropriate.  □ Agree    □ Disagree, for either document why? _____

**Mid-level reviewing accommodation:  ROJDAH SHEPHARD**

## Blind/Vision:

**It was reported or observed during the intake process that the offender:**
□ Upon arrival, required assistance of other offender(s) to go through the intake process due to vision impairment.  Explain type of assistance provided:
□ Uses assistive devices for vision.  Identify what type:
□ Had difficulty filling out his or her Self Reported History form without assistance.
        Explain:
□ Exhibited specific behaviors during intake process indicative of severe vision impairment.
        □ Difficulty ambulating from van to intake building due to vision
        □ Bumping into objects while walking
        □ Using the wall to navigate
        □ Tentative steps when offender experience light changes from room to room or from inside and outside
        □ Difficulty navigating unfamiliar surroundings
        □ Difficulty distinguishing faces or facial gestures or hand gesture directions
        □ Other.  Explain:
□ **An accommodation (including Housing Restriction) was initiated due to above noted limitation(s).  If yes, type:**

If Yes is marked for an accommodation,  on Day 3 the Mid-level Provider will determine whether the temporary accommodation was appropriate.  □ Agree    □ Disagree, for either document why? _____

**Mid-level reviewing accommodation:  ROJDAH SHEPHARD**

## Mobility:

**It was reported or observed during the intake process that the offender had <u>difficulty or limitations</u> performing the following:**
□ Has difficulty with stairs.
□ Rising from and sitting in chair without assistance of walls or furniture (pulls him or herself up by walls or furniture)
□ Walking short/long distances. If yes, explain
□ Bending/ Squatting  If yes, explain
□ Standing
□ Maintaining balance
□ Gait has limitations.  Describe how gait is altered or limited:
□ Other.  Explain:
□ Has assistive devices.  If yes, explain

**If the offender is in a <u>wheel chair</u>, did he/she has difficulty performing the following:**

| | |
|---|---|
| □ Showering | □ Going to the bathroom |
| □ Dressing/undressing | □ Getting in and out of wheel chair |
| □ Operating wheel chair | □ Getting in and out of bed |

□ **Offender is in a wheelchair but operates it independently.**

**If the offender has <u>lower extremity mobility impairment</u> but not in a wheelchair, did he or she need assistance with the following:**

| | |
|---|---|
| □ Showering | □ Dressing/undressing |
| □ Walking from room to room | □ Getting in and out of bed |
| □ Standing or sitting | |
| □ Other: | |

□ **Temporary accommodations (including Housing Restrictions) were provided for the offender to complete the intake process.  Explain**
**If <u>Yes</u> is marked for an accommodation,  on Day 3 the Mid-level Provider will determine whether the temporary accommodation was appropriate.**   □ Agree    □ Disagree, for either document why?_____

**Mid-level reviewing accommodation:  ROJDAH SHEPHARD**

## Diabetes:

**X**   The offender is insulin dependent.
□  The offender reports he or she is a diabetic controlled with:       □ diet        □ medications       □ exercise
□  **Physical Limitations reported or observed due to diabetic condition:**
         □ Mobility Limitation associated with  Upper Extremity:
         □ Signs of neuropathy or circulation compromise.  Explain:
         □ Other Limitations (than above) Explain:

**X An accommodation (including Housing Restriction) was initiated due to above noted limitation(s).  If yes, type  ACCESS TO AFTER-HOUR TESTING KITS, ACCESS TO ALL BENEFITS, SERVICES & PROGRAMS, ACCESS TO FINGER STICKS UPON REQUEST, ANNUAL EDUCATION ON DIABETES, CALL BUTTON IN CELL IF NECESSARY, NO COPAY CHARGES FOR DIABETES CARE, PRESCRIPTION MEDICATION(S) AS DETERMINED BY CLINICAL SRVCS, RESTROOM BREAKS OR ALTERNATIVE METHOD, TIMING OF MEALS WITH INSULIN**
**If <u>Yes</u> is marked for an accommodation,  on Day 3 the Mid-level Provider will determine whether the temporary accommodation was appropriate.**  □ Agree     □ Disagree, for either document why? _____

## Other:

□ **It was reported or observed during the intake process that the offender had <u>difficulty or limitations</u> performing the following:**
□ **If Other disability or limitation is noted (not Hearing, Lower Extremity/Wheel Chair Mobility, Vision or Diabetes), explain:**
□ **Temporary assistive device (or Housing Restriction) was provided for the offender to complete the intake process.  Explain**
**If <u>Yes</u> is marked for an assistive device, on Day 3 the Mid-level Provider will determine whether the temporary assistive device was appropriate.**  □ Agree    □ Disagree, for either document why?_____

**Mid-level reviewing accommodation:  ROJDAH SHEPHARD**

Nurse  completing screening: | Date:

| SALLY A PARKHILL | 4/23/2013 |
|---|---|

DCCF Form 300-104C

# TEMPORARY OFFENDER ACCOMMODATIONS

**CLINICAL SERVICES – MID-LEVEL SCREENING**

| OFFENDER NAME:<br>Redacted | DOC #:<br>Redacted | CURRENT FACILITY:<br>**DRDC** | DATE OF BIRTH<br>Redacted | DATE ARRIVED AT DRDC:<br>**04/23/2013** |
|---|---|---|---|---|

**REASON FOR ACCOMMODATION:**

□  Mobility

□  Hearing

□  Vision

**X**  Diabetes

□  Other

The offender is to be provided with the following temporary accommodations (including Housing Restrictions):

**ACCESS TO AFTER-HOUR TESTING KITS, ACCESS TO ALL BENEFITS, SERVICES & PROGRAMS, ACCESS TO FINGER STICKS UPON REQUEST, ANNUAL EDUCATION ON DIABETES, CALL BUTTON IN CELL IF NECESSARY, NO COPAY CHARGES FOR DIABETES CARE, PRESCRIPTION MEDICATION(S) AS DETERMINED BY CLINICAL SRVCS, RESTROOM BREAKS OR ALTERNATIVE METHOD, TIMING OF MEALS WITH INSULIN**

* denotes offender owned accommodation

| Nurse:<br>**SALLY A PARKHILL** | Date:<br>**4/17/2013** |
|---|---|
| **Remarks:** | |
| Provider:<br>**ROJDAH SHEPHARD** | Date:<br>**4/23/2013** |

Distribution:
Original:   AIC File
CC:        Medical File
           Working File
           High Profile Packet