Exhibit 15

