out of State client (utah)   Revised December 2011

# WHEELCHAIR MAINTENANCE APPOINTMENT CHECKLIST

**A: Offender Information:**   ADA ☐   Non-ADA Patient-Specific ☐   Facility Stock wheelchair ☐

Name: Redacted    DOC #: Redacted    Clinic/Date 5-17-13

Dimensions: 18 width x 16 depth. Load rate of w/c: 250 lbs; Offender Weight: _____

Wheelchair: (Make) PRIDE ; (Model) Stylus ; Model #: _____

Serial Number: _____    Notes: _____

Issued: _____    Seat Cushion ☐; Back Cushion ☐; O2 Tank(s) ☐; Anti-Tippers ☐

Engraved / Identified as:   CDoC Prop ☐;   Offender Prop ☐;   Not Engraved ☐

**B: Wheelchair Condition: (check appropriately)**

Excellent (nearly new) _____; Good Shape (slightly worn) __X__; Poor (needs repair) _____;
Needs Replacement _____.

This wheelchair is the subject of normal use and wear: __X__
This wheelchair may be subject of abuse under the care of offender: _____
This wheelchair has been abused by offender and repairs subject to restitution: _____ See Notes Below.

**C: Wheelchair Fit**
☐ - Appropriate fit (no adjustments or modifications necessary)
__X__ - Current size not appropriate; Recommendations: 20 width x 16 depth.

5'-7"
175 #

**D: Repairs and Adjustments:** Offender cites the following areas of concern:

Rear wheels: ____ Casters: ____ Tires: ____ Brakes: ____ Foot/Leg Rests: ____ Frame: ____

Arm Rests: ____ Seat Upholstery: ____ Back Upholstery: ____ Other: ____

Notes:

AOJ bump issue

Plan:
- Pull to lock brakes
- Brake extensions
- client may not have enough strength to operate brakes

Randy R. Smith, MCM HQ Clinical Services
(Print) Staff Name/Title

Vendor (Rapid Medical)

Randy Smith, ADA Medical Case Manager
HQ Clinical Services

Exhibit 16

**Randy R. Smith, MAFP**
Medical Case Manager
719. 226.4302 (office); 226. 4516 (fax)
Headquarters, Clinical Services
2862 S. Circle Drive, Colorado Springs, CO



Colorado Department of Corrections

| | | | |
|---|---|---|---|
| To: | Utah DOC; Classification Unit | From: | Randy R. Smith, MCM |
| Fax: | 801 545 5676 | Pages: | |
| Phone: | 801 545 5740 | Date: | 6/7/2013 |
| Re: | Inmate Medical Consult | CC: | |

☐ **Urgent**   X **For Review**   ☐ **Please Comment**   X **Please Reply**   ☐ **Please Recycle**

● **Comments:**

Annie Hobbs

ahobbs@utah.gov


Please review the following ---- consults for medical care for the following inmates:

   Redacted                / FBI 476915J6

- for Approval/Authorization or Denial for 6-month wheelchair maintenance/minor repairs.


Thank you for your assistance.

*[signature]*

Randy R. Smith

Randy.Smith@doc.state.co.us

719 226 4302

# Colorado Department of Corrections
## Consultation Report Form

Page 1 of 1
Appt#: 171859
Run Date: 06/07/2013 09:58
*REQUESTED*

| | | | |
|---|---|---|---|
| DOC #: Redacted    Name: Redacted | | Facility: CTCF/CH3 | Date Initiated: 05/15/2013 |
| Gender: MALE | Security: MEDIUM | SSN: Redacted | DOB: Redacted |
| Level: 1 MONTH | Tele-Med: NO | Provider: SCHULER, CINDI J, PA | SDD: 10/01/2239 |
| Request: WHEELCHAIR MGT | Auth #: | Number of Visits: 1 | PED: 10/01/2239 |
| Location: CTCF | Appt Dt: | Specialist: RAPID MEDICAL | DH #: |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: urgent - DME: please call Don Morton at 719-226-4923 or fax: 719-226-4932 for prior approval

Subjective: Pt needing wheelchair brakes adjusted - pt reports brakes do not work at all right now.

Active Medication(s): ACETAMINOPHEN - 500MG - TAKE 1 TO 2 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED FOR PAIN. PLEASE SEND 120 A MONTH;
AMITRIPTYLINE - 50MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING AT BEDTIME.;
ASPIRIN EC (LOW DOSE) - 81MG EC - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING WITH FOOD FOR BLOOD THINNER.;
FINASTERIDE - 5MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PROSTATE (SYMPTOMS).;
GABAPENTIN - 300MG - ** NON-FORMULARY EXP:8-13-13** TAKE 3 CAPSULE(S) BY MOUTH TWICE DAILY.;
HYDROCHLOROTHIAZIDE - 25MG - TAKE 1 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING FOR BLOOD PRESSURE.;
NIACIN - 500MG TR - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE EVENING FOR CHOLESTEROL.;
PSYLLIUM FIBER - 0.52 GM - TAKE 1 TO 2 CAPSULE(S) BY MOUTH TWICE DAILY.;
RANITIDINE - 150MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY.;
TERAZOSIN - 2MG - TAKE 1 CAPSULE(S) BY MOUTH ONCE DAILY IN THE EVENING FOR PROSTATE (SYMPTOMS).

Assessment:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

ICD | CPT

| Provider Signature: | *Electronically Signed* | Date: 05/15/2013 15:15 |
|---|---|---|
| Provider Name: | SCHULER, CINDI J, PA | cjschule |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:   Correctional Health Partners  Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500