Exhibit 17

Access to shower chair or bench

Access to Braille resources

Access to bright, concentrated light source

Access to chair

Access to special resources in the library

Access to speech to text software

Accessible bathroom facilities

Accessible lockerbox padlock

Additional time to complete activities of daily living

Additional time to complete assignment requirements

Additional time to complete class assignments

Additional time to move about the facility

Allowed to perform job duties from a seated position

Allowed to work from a seated position

Alternate curriculum format

Alternate testing procedures

Alternate writing instrument

Alternative/modified clothing

American Sign Language Interpretation

American Sign Language Study Materials

Assignment to Accessible Cell

Assignment to Accessible Facility

Assistance with carrying and disposing of food tray

Assistance with note taking in class

Assistance with reading

Assistance with writing

Authorization to purchase vb watch/lack of avail. funds

Authorization for special diningware

Authorization to wear medical footware in all areas/tr

Backpack

Boot/Shoe lace tying assistive device/modification

Bottom Bunk

Braille watch

Cell with call button/pendant when NO independent egress

Cell with Strobe alarm when independent egress

Chair with back rest

Checks for understanding of orders or instructions

Closed captioning on dayhall TV shall be ON at all times

Colored overlays

Custom furniture

Elevator access where available

Face to face communication for lip reading

Housing/placement considerations

Large print materials

Lowered work surface

Magnifier

Magni-page

May be seated in wheelchair-present ID for standing

Modification of cuffing procedures

Modification or exception to specified policy

- Modified work schedule
- Modified/reassigned job duties to accom. medical rest
- Multi-sensory learning environment
- No request made (blank)
- Not accommodation, i.e. HCA.DME, medical treatment,
- Not listed-accomm. Requested not within options
- OCA I
- OCA II
- Pen grip(S)
- Periodic seated rest breaks
- Personal notice of irregular audible announcements/
- Preferential seating in classroom
- Raised locker box
- Raised work surface
- Reach extender
- Re-assignment of specific job duties
- Restraint considerations
- Search considerations
- Seating at an accessible table
- Secure paper to desk when writing
- Service animal
- Sock donner
- Specialized paper
- Specialized writing instrument
- Staff assistance during emergency/evacuation
- Talking books
- Talking books player, media, & case
- Talking watch
- Transport considerations
- Transport in an accessible vehicle (wheelchair)
- TTY access
- Tutor
- Utensil holder
- Vibrating watch
- Written instructions
- Written instructions in audible format