Exhibit 18

| Name | DOCNO | RFA # | SUBMIT DATE | FACILITY | COORD | COOR RCVD DT |
|---|---|---|---|---|---|---|
| JONES, LARRY D | 68661 | 596 | 2/16/2012 | CT - CTCF | SCOTT, BERNADETTE | 2/20/2012 |
| VANHOOSE, TOMMY J | 97005 | 132 | 12/12/2011 | LM - LVCF MALE | JACOBSON, ADRIENNE | 12/16/2011 |
| DAVIS, BRANDY F | 99062 | 2074 | 11/27/2012 | DW - DEN-WOMENS | MAESTAS, TIFFANY | 12/5/2012 |
| GERVAIS, DENNIS S | 159184 | 1861 | 10/10/2012 | CS - C.S.P. | MAESTAS, TIFFANY | 10/25/2012 |
| HOLLINGSWORTH, RUSSELL B | 162027 | 3465 | 8/6/2013 | FC - FOUR MILE | REED, MEGHAN | 8/7/2013 |
| ROBERTS, IRA L | 130829 | 51 | 8/26/2011 | CT - CTCF | REED, MEGHAN | 8/26/2011 |
| FLORA, ERIC L | 133754 | 3831 | 10/15/2013 | SF - STERLING | REED, MEGHAN | 10/16/2013 |
| DIXON, RICHARD K | 95937 | 3143 | 7/15/2013 | SF - STERLING | SMITH, JANET | 7/15/2013 |
| PEREZ, MARTIN | 90506 | 3693 | 9/16/2013 | SF - STERLING | REED, MEGHAN | 10/2/2013 |
| STARK, PAUL W | 152936 | 3670 | 9/10/2013 | SF - STERLING | REED, MEGHAN | 9/12/2013 |
| ARAGON, DAVID M | 142535 | 3665 | 8/26/2013 | LF - LIMON CF | REED, MEGHAN | 9/9/2013 |
| MEDINA, ARTHUR R | 80890 | 3570 | 8/26/2013 | LF - LIMON CF | REED, MEGHAN | 9/6/2013 |
| DUNANN, DENNIS D | 44108 | 3300 | 8/9/2013 | SF - STERLING | REED, MEGHAN | 8/9/2013 |
| LAFOLLETTE, PATRICIA J | 160913 | 3274 | 8/5/2013 | DW - DEN-WOMENS | SMITH, JANET | 8/5/2013 |
| LYON, CHRISTOPHER J | 121592 | 3232 | 7/25/2013 | CT - CTCF | REED, MEGHAN | 7/25/2013 |
| STRALEY, JAMES A | 149221 | 3188 | 7/1/2013 | SA - SAN CARLOS | REED, MEGHAN | 7/17/2013 |
| JUVERASAIZ, ELLEN | 82676 | 3147 | 7/15/2013 | DW - DEN-WOMENS | REED, MEGHAN | 7/15/2013 |
| FREEMAN, BARBARA A | 105776 | 3123 | 7/11/2013 | DW - DEN-WOMENS | REED, MEGHAN | 7/11/2013 |
| ROLAND, NICOLE M | 142191 | 2910 | 5/24/2013 | DW - DEN-WOMENS | REED, MEGHAN | 5/24/2013 |
| TENSLEY, JOHN J | 85555 | 2871 | 5/21/2013 | SF - STERLING | REED, MEGHAN | 5/21/2013 |
| FINNEY, SAMMY K | 200 | 2854 | 5/8/2013 | CM - COMMUNITY | REED, MEGHAN | 5/8/2013 |
| GOOKINS, FREDRICK A | 109120 | 2835 | 5/7/2013 | DU - DRDC | REED, MEGHAN | 5/7/2013 |
| YANES, ANTONIO | 160414 | 3369 | 8/16/2013 | CT - CTCF | SMITH, JANET | 8/16/2013 |
| SILVIA, DAVID J | 160801 | 3482 | 9/10/2013 | LF - LIMON CF | SMITH, JANET | 9/10/2013 |
| TAFOYA, HENRY R | 40786 | 3646 | 9/27/2013 | DU - DRDC | SMITH, JANET | 9/27/2013 |
| RICHARDSON, ALLEN P | 82239 | 3736 | 10/9/2013 | CT - CTCF | SMITH, JANET | 10/9/2013 |
| MESSER, CELINDA L | 146702 | 3137 | 7/15/2013 | DW - DEN-WOMENS | SMITH, JANET | 7/15/2013 |
| BROWN, TERRI A | 156872 | 2582 | 2/28/2013 | PS - PAROLE-SE | REED, MEGHAN | 3/18/2013 |
| AGUIRRE, TOBIAS L | 101627 | 500 | 9/19/2011 | LM - LVCF MALE | BROWN, SANDRA | 10/3/2011 |
| CZIBOK, ROBERT | 58556 | 2514 | 3/6/2013 | FC - FOUR MILE | REED, MEGHAN | 3/6/2013 |
| MARKS, NANCY D | 157045 | 2665 | 4/2/2013 | DW - DEN-WOMENS | RUSSELL, JULIE | 4/2/2013 |
| BROWN, JOLEY B | 156918 | 2262 | 1/15/2013 | DU - DRDC | REED, MEGHAN | 1/15/2013 |
| MOSES, TIMOTHY W | 107837 | 2213 | 1/8/2013 | PS - PAROLE-SE | REED, MEGHAN | 1/8/2013 |

| Name | DOC# | # | Date | Location | Staff | Date |
|---|---|---|---|---|---|---|
| DARNELL, JAMES E | 97442 | 1869 | 10/30/2012 | SF - STERLING | SCOTT, BERNADETTE | 10/30/2012 |
| ALLEN, FLOYD | 117789 | 1644 | 9/14/2012 | CT - CTCF | REED, MEGHAN | 9/14/2012 |
| COLE, ROBERT D | 157893 | 1632 | 9/13/2012 | CM - COMMUNITY | REED, MEGHAN | 9/13/2012 |
| ARNTS, RALPH N | 148906 | 1253 | 7/3/2012 | CT - CTCF | REED, MEGHAN | 7/3/2012 |
| THOMAS, ROSS | 48988 | 2079 | 12/7/2012 | SF - STERLING | SCOTT, BERNADETTE | 12/7/2012 |
| BURK, RAYMOND R | 155310 | 770 | 4/6/2012 | CT - CTCF | ALDRICH, MARY | 4/6/2012 |
| BURK, RAYMOND R | 155310 | 865 | 4/23/2012 | CT - CTCF | ALDRICH, MARY | 4/23/2012 |
| MARIN, PETER L | 48915 | 762 | 4/6/2012 | HS - HISTORY | ALDRICH, MARY | 4/6/2012 |
| WATERS, QUENTIN P | 121417 | 1099 | 5/20/2012 | CT - CTCF | ALDRICH, MARY | 5/22/2012 |
| GIMMEY, JERRY M | 42129 | 407 | 2/14/2012 | DU - DRDC | ALDRICH, MARY | 2/15/2012 |
| EDENFIELD, ORIN D | 107048 | 2354 | 1/30/2013 | SF - STERLING | ALDRICH, MARY | 2/5/2013 |
| CASTLE, PATRICK J | 151108 | 1198 | 4/29/2012 | CT - CTCF | ALDRICH, MARY | 6/20/2012 |
| BARELA, ALVIE J | 110042 | 1172 | 6/5/2012 | CT - CTCF | ALDRICH, MARY | 6/12/2012 |
| CORBIN, EDWARD M | 114258 | 1069 | 5/24/2012 | CT - CTCF | ALDRICH, MARY | 5/24/2012 |
| CARDILLO, JOSEPH S | 152316 | 1050 | 5/24/2012 | CT - CTCF | ALDRICH, MARY | 5/24/2012 |
| TREVINO, MICHAEL B | 49694 | 879 | 4/24/2012 | SF - STERLING | FLOREZ, PATRICIA | 4/24/2012 |
| TREVINO, MICHAEL B | 49694 | 1673 | 9/19/2012 | SF - STERLING | FLOREZ, PATRICIA | 9/20/2012 |
| KERSHAW, KEM F | 44358 | 1745 | 10/3/2012 | PS - PAROLE-SE | FLOREZ, PATRICIA | 10/4/2012 |
| PRICE, WALTER J | 42492 | 412 | 2/17/2012 | P2 - PAROLE-DW | SCOTT, BERNADETTE | 2/17/2012 |
| WATSON JR, STEVE D | 49526 | 361 | 2/7/2012 | SF - STERLING | SCOTT, BERNADETTE | 2/7/2012 |
| ROMERO, STEVEN C | 158693 | 1817 | 9/30/2012 | SF - STERLING | COSNER, AMY | 10/16/2012 |
| SMITH, SCOTT R | 158443 | 2816 | 4/17/2013 | SF - STERLING | COSNER, AMY | 4/25/2013 |
| ROMERO, STEVEN C | 158693 | 2505 | 3/4/2013 | SF - STERLING | COSNER, AMY | 3/4/2013 |
| TRUJILLO, DAVID | 144063 | 2502 | 3/4/2013 | PS - PAROLE-SE | COSNER, AMY | 3/4/2013 |
| QUINN, MAURICE E | 156532 | 2382 | 1/23/2013 | CT - CTCF | COSNER, AMY | 2/8/2013 |
| YONKERS, CHARLEEN K | 158219 | 2149 | 12/21/2012 | HS - HISTORY | COSNER, AMY | 12/21/2012 |
| BUSHER, CHRISTOPHER M | 158786 | 1540 | 8/27/2012 | P2 - PAROLE-DW | FRAYRE, ROSA | 8/27/2012 |
| BOTTINELLI, RICHARD T | 112075 | 1621 | 9/12/2012 | HS - HISTORY | FRAYRE, ROSA | 9/12/2012 |
| MORALES, JUAN A | 137581 | 778 | 4/10/2012 | DU - DRDC | FRAYRE, ROSA | 4/10/2012 |
| MEDINA, JOHN | 86921 | 1124 | 6/6/2012 | DU - DRDC | FRAYRE, ROSA | 6/6/2012 |
| MEDINA, JOHN | 86921 | 1081 | 5/25/2012 | DU - DRDC | FRAYRE, ROSA | 5/25/2012 |
| BACCA, ROBERT L | 473 | 1881 | 11/1/2012 | SF - STERLING | SCOTT, BERNADETTE | 11/1/2012 |
| TAFOYA, JEANNETTE C | 50140 | 863 | 4/19/2012 | PN - PAROLE-NE | FRAYRE, ROSA | 4/19/2012 |
| EVANS, TADGE G | 81507 | 784 | 3/27/2012 | CT - CTCF | FRAYRE, ROSA | 4/3/2012 |

| Name | DOC# | ID | Date | Location | Staff | Date |
|---|---|---|---|---|---|---|
| LISTENBERGER, JOHN C | 144146 | 2485 | 2/28/2013 | SF - STERLING | SCOTT, BERNADETTE | 2/28/2013 |
| ACKERSON, DAVID J | 151186 | 1045 | 5/24/2012 | PN - PAROLE-NE | SCOTT, BERNADETTE | 5/24/2012 |
| LOOMIS, TIMOTHY C | 52826 | 1948 | 11/9/2012 | SF - STERLING | MUSSELWHITE, AMANDA | 11/9/2012 |
| WHALEN, TIMOTHY H | 146062 | 413 | 2/17/2012 | CT - CTCF | THOMPSON, KIM | 2/17/2012 |
| MANKA, ROBERT A | 131263 | 584 | 3/15/2012 | PI - IS PAROLE | BRYAN, RITA | 3/15/2012 |
| RONDEAU, RISSE J | 156784 | 789 | 4/12/2012 | CM - COMMUNITY | HUDSON, JAY | 4/12/2012 |
| RODRIGUEZSANCHEZ, VERONICA | 155041 | 110 | 8/17/2011 | CR - COM-REGRES | JACOBSON, ADRIENNE | 8/22/2011 |
| DUGGAN, ROCKY J | 156278 | 1389 | 12/8/2011 | CT - CTCF | RUSSELL, JULIE | 5/9/2012 |
| EVANS, TADGE G | 81507 | 1920 | 11/5/2012 | CT - CTCF | RUSSELL, JULIE | 11/6/2012 |
| BELLM, ROBERT L | 87134 | 3662 | 9/16/2013 | CT - CTCF | RUSSELL, JULIE | 9/18/2013 |
| MOORE, LEWIS R | 47702 | 2487 | 2/28/2013 | SF - STERLING | SCOTT, BERNADETTE | 2/28/2013 |
| VILLA, REYNALDO Y | 132385 | 599 | 3/16/2012 | LF - LIMON CF | SCOTT, BERNADETTE | 3/16/2012 |
| VIGIL, CHARLES | 96558 | 3379 | 8/19/2013 | AC - ARROWHEAD | RUSSELL, JULIE | 8/19/2013 |
| MARIN, PETER L | 48915 | 89 | 6/21/2011 | HS - HISTORY | JACOBSON, ADRIENNE | 6/22/2011 |
| POWERS, SAMUEL J | 105003 | 2926 | 5/15/2013 | AC - ARROWHEAD | RUSSELL, JULIE | 5/22/2013 |
| FEW, ROY K | 157090 | 2878 | 5/21/2013 | FF - FREMONT | RUSSELL, JULIE | 5/22/2013 |
| JACKSON, GLENDA M | 67291 | 2810 | 4/18/2013 | DW - DEN-WOMENS | RUSSELL, JULIE | 4/25/2013 |
| HUDY, CHRISTOPHER C | 110241 | 2782 | 4/23/2013 | SF - STERLING | RUSSELL, JULIE | 4/23/2013 |