# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

## ORDER REGARDING RESIGNATION OF
## SPECIAL MASTER RICHARD M. BORCHERS

This matter comes before the Court on the resignation of Richard M. Borchers, the last Special Master appointed pursuant to Article XXXII of the Remedial Plan. All duties have been completed by the Special Master.

IT IS HEREBY ORDERED that the resignation of Richard M. Borchers as a Special Master in this case is accepted.

SIGNED and DATED this __18th__ day of December, 2013.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge