IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

-vs.-

JOHN HICKENLOOPER, et al.

    Defendants.

_____

### RESIGNATION OF SPECIAL MASTER
_____

RICHARD M. BORCHERS does hereby submit his resignation as the remaining Special Master in this case. The Special Master was appointed pursuant to Article XXXII of the Remedial Plan. All work for which the Special Master was appointed has been completed. No additional duties remain to be done.

SUBMITTED this 16th day of December, 2013.

                                        */s/ Richard M. Borchers*

                                        _____
                                        Richard M. Borchers
                                        Special Master