92-CV-870-CMA-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 7 2014

JEFFREY P. COLWELL
CLERK

Faculty of Federal Advocates Mentoring Program,

Colorado Department of Corrections (CDoC) is not in compliance with the Montez Remedial Plan pertaining my disabilities accommodations, which were stipulated by Judge Kane in the UNITED STATES DISTRICT COURT FOR DISTRICT OF COLORADO.

Approximately around November 15th and 22nd, prisoner Lawrence P. Handy #44272, was being transported to D.R.D.C. to be fitted for hearing aids.

When prisoner Handy #44272, had made his way to the receiving location which is an area within the Sterling Correctional Facility (SCF) designated for the transportation of prisoners. He and another prisoner named Romero were escorted to a prison van that did not have a wheel chair lift for disabled prisoners.

The escorting officers placed prisoner Handy's wheelchair in the back of the transporting van, and told Handy to get into the van. While handcuffed and shackled prisoner Handy #44272 attempted to enter into the van, prisoner Handy failed at entering the van because on his second attempt he (prisoner Handy #44272) begun to fall backwards out of the van.

The escorting officers pushed Handy back into the van; approximately a week later on the 22nd of November 2013, the same occurance transpired, however in the instance of Nov. 22, 2013, Prisoner Handy #44272 fell and abraded his knees, such abrasions were the result of his fall.

This should not have taken place, if only the Department of Corrections had followed prisoner Handy's disabilities accommodations.

Date Jan 6-2014. Lawrence P. Handy 44272.