Jan 3 2014

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1/8/14
JEFFREY P. COLWELL, CLERK

92-cv-870-CMA-OES

Ma'am,

I hope this reaches you in the very best of health & spirits. I am a member of the *Montez* Suit (claimant # 03-211) and I recently wrote to Judge Borchers. In his prompt reply, he said I should forward all my Montez related letters/claims to you.

That being said, you will please find the enclosed letter I had written to him, in hopes that you will review it.

I thank you for your time in advance & hope that this can be resolved without needing to have further proceedures or ADA claims put forth.

Sincerely,

Matthew K. Mants  Doc #66276
(Montez claim # 03-211)
CTCF Lu #7
PO Box 1010
Cañon City, Colo 81215

12/29/13

RECEIVED
DEC 31 2013

Dear Judge Borchers,

I hope this finds you in the very best of health & spirits. I will soon be forwarding you a couple of Grievances (once the Second Step III is completed). The first, which is completed, was based on the fact that for an entire year while I was at SCF, I was denied use of (or access to) the TTY. I was working with SCF Staff to get moved into the pod that did have the TTY during that year & Staff said "Well, at least ya'll get $10.00 a month for the time you did not have it..." Well once I did have access I filed the ADA Grievance (Per instructions Cathie Holst had previously given me pertaining to Hearing Aids, we are to wait until we get the Assistive device ~~repaired~~ Repared or Returned before we grieve it). Now they said I "did not give them an 'opportunity to correct the issue'" So I could not get the $100.00 ($10 per month for 12 months minus first 60 days) for "Failure to properly Exhaust". - So it was denied.

The one pending is: Now, CDOC is saying they no longer have to supply batteries and/or watch bands for the Vibrating/ADA watches Because: A.) It's on my property list, So I'm now Responsable for all needs/Maintenance. (If that is correct I will now have to pay for Hearing Aid Batteries, wheel chair maintenance, Crutch/crutch Tip maintenance/Replacement, etc etc ...) And they agreed that I can go into Debt to buy batteries, bands etc. So I told them the 'Beerheide v Southers' case already slammed DOC for trying to drive up our Debts for things DOC is Responsable for. - And B.) Now, CDOC is Selling the Vibrating watches to any one who wants to buy one. So even though (in my Montez Accomodations Resolution 'MAR') CDOC Agreed I do need one as a legitimate 'MAR' Item, Since Any one can buy one now, It is no longer an ADA Item.



(2)

Well, the reason I am writing is two fold...

#1) Both of those 2 things were something CDOC agreed to (April '08 Stipulation Agreement) and they are no longer complying with & you were one of the guys who were enforcing compliance.

#2.) I don't know who the 'New' Judge over the case is so I can contact the correct party if you are no longer able to act due to the restrictions upon your authority to do so.

Mostly, it just infuriates me that CDOC keeps trying to see what they can get away with even after they have been told they can't. Up at ScF, staff were instructed to simply tell us "file a Grievance" whenever they violated anything. Because Senior Staff know only 1 of 100 would file a Grievance, only 25% of that one% would go through all 3 (now 4) STEPS to finish the grievances. Of that only 3 of 100 of the .0025 who did do all 3 steps would not be told they failed to exhaust for one reason or another and there's only a very small ammount who will go further... → Infuriating.

Well again, Thank you for your time & any information you could forward will be greatly appreciated.

Sincerely,

Matthew K. Mants Doc #66276
(Marrez # 03-211)
CTCF Lu #7
PO Box 1010
Cañon City Colo 81215