IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs

    -vs-

JOHN HICKENLOOPER, *et al.*,

    Defendants

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Patricia S. Bellac, Patricia S. Bellac Law Firm, LLC, and moves for withdrawal as counsel of record in this action.  In support of this Motion, counsel states as follows:

1. Patricia S. Bellac worked on the compliance phase of this case and has not been involved since the completion of that phase.
2. Plaintiffs will continue to be represented by Paula Greisen of the law firm of King & Greisen,  LLP, Edward T. Ramey of the firm of Heizer Paul Grueskin, LLP, Laura Marks of the law firm of Foster Graham Milstein & Calisher, LLP, and Blaine D. Myhre.

WHEREFORE, Patricia S. Bellac of Patricia S. Bellac Law Firm, LLC respectfully requests that the Court enter the proposed Order granting this Motion to Withdraw, and that this firm be removed from the electronic list service in this case

1

RESPECTFULLY SUBMITTED on the 9th day of January, 2014.

          s/ Patricia S. Bellac
Patricia S. Bellac
4845 Pearl East Circle, Suite 101
Boulder, CO  80301
(303) 442-5111
(303) 417-6381 (fax)
psb@psblawfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2014, I electronically filed a true and correct copy of the foregoing Motion to Withdraw as Counsel of Record for Defendant, was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

Willow Ivana Arnold
Clisham, Satriana & Biscan, LLC
1512 Larimer Street
#400
Denver, CO 80202
303-866-5495
303-866-5443 (fax)
arnoldw@csbattorneys.com

Lara Elizabeth Baker
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
6th Floor
Denver, CO 80209
303-333-9810
303-333-9786 (fax)
lmarks@fostergraham.com

Gillian Dale
Hall & Evans, LLC-Denver
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3328
303-628-3368 (fax)
daleg@hallevans.com

Castelar M. Garcia
Garcia Law Offices, LLC
P.O.Box 90
701 Main Street
Alamosa, CO 81101
719-587-0997
719-587-9209 (fax)
slvlaw@gojade.org

Paula Dee Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206
303-298-9878
303-298-9879 (fax)
greisen@kinggreisen.com

Robert Charles Huss
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6000
720-508-6032 (fax)
rob.huss@state.co.us

Thomas John Lyons
Hall & Evans, LLC-Denver
1001 17th Street
Suite 300
Denver, CO 80202
303-628-3300
303-293-3238 (fax)
lyonst@hallevans.com

Elizabeth H. McCann
Beth McCann, Attorney at Law
650 Detroit Street
Denver, CO 80206
303-333-0233
beth@bethmccann.org

H. Earl Moyer
Moyer, Beal & Vranesic
215 South Wadsworth Boulevard
#520
Lakewood, CO 80226-1566
303-237-5438
303-232-5438 (fax)
mbvlaw@mbv1.net

Blain David Myhre
Blain Myhre LLC
P.O. Box 3600
Englewood, CO 80155
303-250-932
blainmyhre@gmail.com

James Xavier Quinn
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6610
720-508-6032 (fax)
James.Quinn@state.co.us

Jacquelynn Nichole Rich Fredericks
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6603
720-508-6032 (fax)
jacquelynn.richfredericks@state.co.us

Edward T. Ramey
Heizer Paul, LLP
2401 15th Street
Suite 300
Denver, CO 80202
303-376-3712
303-595-4750 (fax)
eramey@hpfirm.com

                        Brice A. Tondre
                        Brice A. Tondre, P.C.
                        215 South Wadsworth Boulevard
                        #500
                        Lakewood, CO 80226-1566
                        303-296-3300
                        303-238-5310 (fax)
                        briceatondrepc@msn.com


                                         _ _/s/ Patricia S. Bellac_