IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

    Plaintiffs

    -vs-

JOHN HICKENLOOPER, *et al.,*

    Defendants

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF**

    THIS MATTER comes before the Court upon the Motion of Patricia S. Bellac of Patricia S. Bellac Law Firm, LLC to withdraw from representation of Plaintiff.  This Court has examined the Motion finds that good cause has been shown for granting the relief requested.

    IT IS HEREBY ORDERED, that the Motion is GRANTED.  Patricia S. Bellac of Patricia S. Bellac Law Firm, LLC is withdrawn from representation of the Plaintiff in this case.

    ORDERED this ____ day of _____, 2014.

        BY THE COURT:

        _____
        Judge Christine M. Arguello
        United States District Judge

1