Americans with Disabilities (ADA) Act in a Corr. Setting
April 2013



The Americans with disabilities act for the correctional professional.

The "ADA" is the most comprehensive civil rights law for people with disabilities, prohibiting discrimination on the basis of disability. The purpose of the ADA is to create equal opportunities for people with disabilities, applying a reasonable, common-sense approach which does not require compromising safety and security.

EXHIBIT 9    1

Americans with Disabilities (ADA) Act in a Corr. Setting
April 2013



Requesting accommodation. Who may request accommodation? Anyone, including offenders. They need not have an ADA alert on their profile, be a confirmed ADA litigation class member, or otherwise deemed disabled in order to request accommodation.

Determining reasonable accommodation requires analysis on a CASE-BY-CASE basis by the ADA coordinator because <u>no two limitations or situations are exactly alike</u>. In addition, there are vast differences in what is reasonable for an offender, an employee, or for a visitor.

Requests for accommodation can occur at any time and can be made to any staff person. It is critical to:

#1-Be able to identify when a request is being made AND

#2 NEVER ignore the request.


<u>Direct the person to policy, provide the proper request form, especially in the case of offenders, and when in doubt, call an ADA coordinator.</u>

<u>AR 750-04</u> governs ADA for offenders and has <u>TWO DISTINCT</u> request forms.

Form A is the request for accommodation form.

Form B is request for ADA litigation class member status.

Both forms can be mailed to Legal Services free of charge through the inter-facility mail. <u>Offenders cannot be denied these forms at any time. Provide both forms if it is not clear which form the offender needs or is requesting.</u>

When an offender makes a request, be prepared to provide the AIC with details, including any safety and security concerns, background on the offender, and possible resolutions. Whether or not a request is reasonable often hinges upon staff reports, concerns, and their correctional expertise.

16

Americans with Disabilities (ADA) Act in a Corr. Setting
April 2013



The Offender Care Aide assignment is a type of accommodation providing a valuable service to offenders with disabilities. OCAs can be provided at any state or private facility for a variety of physical and mental impairments. **If an offender is having difficulty completing tasks, is missing meals or medline or acting disoriented, contact Clinical Services and provide the offender the request for accommodation form**. Assist with completion of the form if necessary.

Because OCAs come into close contact with the offenders they assist, OCAs are carefully screened and trained prior to assignment. A training video regarding OCA eligibility is available on the Legal Services website. <u>OCAs who are not complying with job duties or requirements should be reported as soon as possible.</u>

20

# Americans with Disabilities (ADA) Act in a Corr. Setting
# April 2013



In 2012, Legal Services began using the Accommodation Tracking System or ATS in PC/DCIS. ATS is utilized to track requests, disseminate accommodation information, and to manage ADA compliance.

All requests for accommodation are entered into ATS. Once a decision is made, a paper report is generated for the offender. This report is either the **"request approved/denied report"** which reflects the decision regarding a particular request or the more inclusive **"offender accommodations"** form which is a running list of all current and approved accommodations over time, unless an END DATE is noted. The same information is also available on the offender's profile in the Offender Portal.

32

## Americans with Disabilities (ADA) Act in a Corr. Setting
## April 2013



 ~~The ATS information and forms do not replace, but should be viewed in conjunction with, the offender's ADA Litigation Resolution~~, formerly known as the Accommodation Resolution.

**The ADA Litigation Resolution** now only serves as **NOTICE** to the offender and staff of the offender's class member status, benefits of the Remedial Plan, including any disability-related prescribed health care appliances, housing and placement restrictions, *___and to alert staff of orders of the court.___*

Access the Offender Portal or call Legal Services for the most current class member and disability accommodation information on an offender.

33

Americans with Disabilities (ADA) Act in a Corr. Setting
April 2013



All staff can create reports on the information collected in ATS.

In the offender portal, click reports, legal and accommodations tracking. From there staff can choose the fields of information they wish to use in their report. The tracking report is a helpful way to see which offenders at their facility have been approved for accommodations, as well as the different types of impairments or accommodations. The report provides an option to transfer the information on to an excel spreadsheet.

35

Americans with Disabilities (ADA) Act in a Corr. Setting
April 2013



More information regarding disabilities and diabetes is available on Legal Services and clinical services pages on DOCNET.

ADA compliance is accomplished through staff awareness, reliance on ADA coordinators, and following DOC policies.

Thank you for participating in this online training.

37