**ADA LITIGATION RESOLUTION**                                    Date:

OFFENDER NAME:
DOC #:

**DIABETES is confirmed**

Following a medical screening it has been determined that you are a diabetic class member and therefore;

**You are entitled to the following, as needed:**
1. Access to finger sticks upon request;
2. Timing of meals with insulin;
3. Access to housing in a cell with a call button in the existence of a documented history of hypoglycemia or occurrence of a hypoglycemic event and if the lock on the cell the offender is currently housed in is controlled by DOC staff;
4. When possible, access to bathroom breaks during visitation & during programs and/or alternative methods to accommodate such need;
5. No co-payments related to treatment for diabetes or diabetes-related conditions;
6. Access to after-hour testing kits;
7. Access to all benefits, services and programs offered at DOC, regardless of diabetes, including progression to lower level security facilities; and
8. Annual education on diabetes; and
9. Medically necessary shoes.

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation (Form "A") pursuant to AR 750-04.

**<u>ADA accommodations</u> are listed on the Request Report. Offenders who request accommodation receive a copy of the report from the facility ADA Coordinator or AIC. DOC Staff may view accommodations in the Offender Portal System.**

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This accommodation resolution supersedes any other version, on any date, prior to the date on this document.**

EXHIBIT 13

**ADA LITIGATION RESOLUTION**                                                                 **Date:**

OFFENDER NAME:
DOC #:

**HEARING CLASS MEMBER**
Following a medical screening it has been determined that you are a hearing class member and therefore;

The following health care appliances and restrictions are approved:

- Two hearing aids
- One hearing aid
- Assignment to a cell with a strobe (>60db loss in BETTER ear)
- Assignment to a designated facility (See placement questions in section VI of screening form.)

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list.

Any misuse of health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation (Form "A") pursuant to AR 750-04.

**ADA accommodations are listed on the Request Report. Offenders who request accommodation receive a copy of the report from the facility ADA Coordinator or AIC. DOC Staff may view accommodations in the Offender Portal System.**

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This ADA Litigation Resolution supersedes any other version, on any date, prior to the date on this document.**

| | |
|---|---|
| **ADA LITIGATION RESOLUTION** | Date: |

OFFENDER NAME:
DOC #:

**MOBILITY CLASS MEMBER**
Following a medical screening it has been determined that you are a mobility class member and therefore;

The following health care appliances and restrictions are approved:
- Wheelchair
- Gloves for Wheelchair Use
- Assignment to a designated facility
- Assignment to an accessible cell
- Lower Bunk
- Lower Tier
- Not required to use stairs

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list.

Any misuse of health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

**If offender does or does not have another specific disability, cut & past appropriate language here, e.g., Mobility, Vision, Diabetes.**

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services.  To request ADA accommodations you may submit a Request For Accommodation (Form "A") pursuant to AR 750-04.

<u>**ADA accommodations**</u> **are listed on the Request Report. Offenders who request accommodation receive a copy of the report from the facility ADA Coordinator or AIC. DOC Staff may view accommodations in the Offender Portal System.**

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This ADA Litigation Resolution supersedes any other version, on any date, prior to the date on this document.**

| **ADA LITIGATION RESOLUTION** | Date: |
|---|---|
| OFFENDER NAME: | |
| DOC #: | |

**VISION CLASS MEMBER**

Following a medical screening it has been determined that you are a vision class member and therefore;

The following health care appliances and restrictions are approved:

- Corrective Lenses (indicate whether eyeglasses or contacts)
- Blind persons cane
- Lower Bunk
- Lower Tier
- Not required to use stairs
- Assignment to a designated facility (See Part IV. #4 on provider screening form: blind or 20/200 best corrected)

**You are required to notify clinical services immediately if your health care appliance is broken, lost, stolen or becomes inoperable for any reason.**

Health care appliance(s) are considered property as defined in Administrative Regulation (AR) 850-6 and shall be placed on your property list.

Any misuse of health care appliance(s) may result in disciplinary action and may be subject to the provisions of AR 300-06.

**If offender does or does not have another specific disability, cut & past appropriate language here, e.g., Mobility, Diabetes, Hearing.**

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation (Form "A") pursuant to AR 750-04.

**<u>ADA accommodations</u> are listed on the Request Report. Offenders who request accommodation receive a copy of the report from the facility ADA Coordinator or AIC. DOC Staff may view accommodations in the Offender Portal System.**

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This ADA Litigation Resolution supersedes any other version, on any date, prior to the date on this document.**

