# Office of the ADA Inmate Coordinator

## Total Step 1 ADA Grievances by Year



## Step 1 ADA Grievances Received in 2013 by Category



## Step 1 and Step 2 ADA Grievances Received in 2013



EXHIBIT 15