**Request for Accommodation (ADA-A) & Request for Class Member Screening (ADA-M):**

**Quarterly Report for April – June 2013**

|  | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|
| RFA-A | 78 | 55 | 58 |
| Total ATS Processed | 175 | 149 | 141 |
| RFA-M | 61 | 44 | 39 |

EXHIBIT 16

**OFFENDER CORRESPONDENCE:**

**Quarterly Report for April – June 2013**



| Correspondence | Apr-13 | May-13 | Jun-13 |
| --- | --- | --- | --- |
| Correspondence | 17 | 16 | 24 |

## ADA-M GRIEVANCES:

## Quarterly Report for April – June 2013



|  | Apr-13 | May-13 | Jun-13 |
|---|---|---|---|
| ADA-M Step I | 9 | 8 | 1 |
| ADA-M Step II | 1 | 4 | 2 |