**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF "MONITORING PERIOD" DISCOVERY REQUESTS**

---

Plaintiffs respectfully request leave to submit a brief containing thirty-two pages in support of their Motion to Compel Defendants' Responses to Plaintiffs' Second Set of Monitoring Period Discovery Requests and Plaintiffs' Request for Expedited Hearing ("Plaintiffs' Second Motion to Compel") [Doc. 5462].

1. On November 22, 2013, Plaintiffs served Defendants with Plaintiffs' Second Set of Monitoring Period Interrogatories and Requests for Production of Documents ("Plaintiffs' Second Monitoring Period Discovery Requests"), which consisted of twenty-two Interrogatories and twenty-two Requests for Production of Documents ("RFPs") that were tailored to information learned from class members.

2. Defendants never formally responded to Plaintiffs' Second Monitoring Period Discovery Requests.

3. In a letter dated January 17, 2014, Defendants reiterated their position that there is no formal discovery during the Monitoring Period and expressed willingness to voluntarily answer *some* questions and provide *some* related documentation.

4. Defendants provided two binders of documents that they claim are responsive to Plaintiffs' Second Monitoring Period Discovery Requests.

5. Defendants' limited "voluntary" responses and production of documents are completely insufficient and not helpful to Class Counsel's monitoring efforts. Defendants provided *no* response to six Interrogatories and nine RFPs. They provided general information that is non-responsive to the specific information requested in thirteen Interrogatories and ten RFPs.

6. Thus, on June 16, 2014, Plaintiffs filed a Motion to Compel Defendants' Responses to Plaintiffs' Second Set of "Monitoring Period" Discovery Requests and Plaintiffs' Request for Expedited Hearing ("Plaintiffs' Second Motion to Compel").

7. Plaintiffs' Second Motion to Compel concerns complex and important discovery issues—namely, whether Plaintiffs are entitled to formal discovery during the two-year Monitoring Period, during which Plaintiffs are charged with monitoring Defendants' continued substantial compliance with the extensive Remedial Plan in this case, and if so, the scope of that discovery.

8. From Defendants' response to Plaintiffs' Second Monitoring Period Discovery Requests, it may appear that some of the documents "voluntarily" produced by Defendants are responsive to Plaintiffs' discovery requests and would be helpful to Plaintiffs' monitoring efforts. It is therefore necessary for Class Counsel to explain to the

Court the types of information they seek through each of the unanswered discovery requests and why this information is necessary to their monitoring efforts. It is also important for Class Counsel to explain why most of the documents produced by Defendants are, for the most part, useless to Plaintiffs' monitoring efforts.

9. In order to illustrate the insufficiency of the information provided, Class Counsel need to provide the Court with some limited background on the information sought and the history of discovery in this case.

10. For the foregoing reasons, Plaintiffs respectfully request leave to file a brief of thirty-two pages in support of their Second Motion to Compel.

**Certificate of Compliance with D. Colo. L.R. 7.1A**

The undersigned certifies that, on June 17, 2014, she sent an email to Counsel for Defendants requesting Defendants' views on the present motion. Defendants' counsel never responded to this email.

Respectfully submitted this 23rd day of June 2014.

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP

2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2014, the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN THEIR MOTION TO COMPEL DEFENDANTS' RESPONSES TO PLAINTIFFS' SECOND SET OF "MONITORING PERIOD" DISCOVRY REQUESTS** was electronically filed, and a copy was emailed to the following:

James X. Quinn
Colorado Department of Law
james.quinn@state.co.us

Jacquelynn N. Rich Fredericks
Colorado Department of Law
jacquelynn.fredericks@state.co.us

*Attorneys for Defendants*

*s/ Laurie A. Mool*