**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT OF COLORADO.

# 92 N-870 Claim C-002 Class Defendant

JESSIE MONTEZ
  Plaintiff

  VS

Colo. Department of
  CORRECTIONS

Class Participant
STEPHEN MOORE
C-002

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 8 2014

JEFFREY P. COLWELL
CLERK

---

EVIDENTIARY SUPPORT FOR SYSTEMIC DENIAL OF A.D.A LAWS TO STEPHEN MOORE.

MOORE Submits Brief In Support of Total Systematic Denial of All A.D.A. Protections over 20 years after Initiation of suit. Moore with 2 to 6 hours vision a day, blown knee cartilage, less than 30 minutes mobility, full blown mental problems caused by 18 years AD SEG Isolation; AD SEG caused illness, Anti-Social Personality Disorder can recieve no disability or accomodations. See Exibits.

Exibit A. Letter to Director Raemisch

Exibit B. Revisal notice to A.D.A. Law, Applicability to Moore to D.O.C. Staff

Exibit C To Antisocial Personality Disorder and Excerbation of 18 years AD SEG.

Sworn True And Correct By /s/ Stephen Moore

2 Day of July 2014

STEPHEN MOORE S738
Box 6000
Sterling, Colo.
80751

DIRECTOR RAEMISCH.

COLORADO DEPT OF CORRECTIONS

2862 S CIRCLE DR. Ste 400

COLORADO SPRINGS Colo. 80906-4116

KING + GRIESEN LAW FIRM
1670 YORK ST. Denver Colo
80206
MONTEZ
92-N-870.

SYSTEMIC DISCRIMINATION AGAINST THE DISABLED, By S.C.F

SYSTEMIC TOTAL DENIAL OF 'MEDICALLY UNASSIGNED' TO DISABLED

PHYSICAL TORTURE By PROGRAMS.

DISCRIMINATION By 'JOB BOARD' PLACEMENT IN VISION INTENSIVE PROGRAM (G.E.D.) MOORE Physically UNABLE TO DO.

DISCRIMINATION By MEDICAL DENIAL OF EYE EXAM AND BADLY NEEDED UPDATED GLASSES, DENIAL DISABILITY, MED LAY IN.

SYSTEMIC TOTAL DENIAL OF DISABILITY, + SIMPLEST ACCOMODATIONS TO INDIVIDUAL + CUMULATIVE AFFECT OF DISABILITIES;

VISION, MOORES VISION 20-600. (20-200 LEGALLY BLIND) CATARACTS BOTH EYES, LEFT EYE INJURY (CONTROLS VISION), CRONIC DRY EYES, LIMITED TO 4 hours VISION DAILY, DURATION LIMITATION BY LAW. A.R. 750-04 III K, AND (3)(B)(1)  42 U.S.C. (A DA LAW)/12102 02(2)(A)(2) MONTEZ.  PG.187 P.D.R FOR OPTHAMOLOGIST. 20.50 TO 20-2.00 LOW VISION "VISION REDUCED OR INADEQUATE FOR THE TASK"

KNEE, BLOWN KNEE CARTILAGE, NO HOPE OF REPAIR, CERTAIN DEGENERATION.

ON Thursday 6-20 MOORE AFTER 1½ hour G.E.D. CLASS. HAD SIGNIFICANT DEBILITATING PAIN FOR SUBSEQUENT 2 DAYS IN VISION + KNEE. WENT TO SEG TO RECUPERATE, FOR MEDICAL REASONS.

ANTI SOCIAL PERSONALITY DISORDER. EXCERBATED By 18 YEAR C.SP. A.D. SEG AND VARIOUS OTHER MENTAL ILLNESS. INSOMNIA, ANXIETY ATTACK, PARANOIA, DEPRESSION DIAGNOSED MAY 20Th 2009. DR Thomas Hoffman, "INTOLERANCE OF SOCIAL INTERACTION"

FULL DISABILITY FOR AD. SEG. CAUSED MENTAL DISABILITIES, OF 18 YEARS PLUS 7 months S.E.F. Mostly Hole OR 21 hours A DAY LOCKDOWN IN DOUBLE CELL, CONDITIONS FAR WORSE THAN CSP, EXERBATING AD SEG CAUSED MENTAL DISABILITIES. ID. "SOLITARY CONFINEMENT IS PHYSICAL AND MENTAL TORTURE" CHAMBERS 60 S.CT A 477 WAREHOUSED SUBJECT DEBILITATING CONDITIONS' RAMOS 485 F SUPP A 158 "IRREPERABLE DISABILITIES" A 145 "DEGENERATION PROBABLE' RAMOS 639 F.2d.559. TO Colo PRISONS

A

ADA Law Revisal 4-9-2011, to Remedy Denials/Violations of A.D.A. by Entities, Colorado Department of Corrections

Request and Support for 'Medically Unassigned' Permanently

U.S. Code 12102 (4)(A)(i) shall be construed in accordance (4)(1)(A) Broad Coverage, also 29 U.S.C. 705

(D) "Episodic or in Remission is a disability" D.O.C. decides on best case scenario. Disabilities don't take breaks, they reoccur when they will. To drastic deterioration in knees/vision with even limited or lite use 1½ hours G.E.D.

(E)(i) "Determination without regard to ameliorative corrective devices" Exception (EXi)(I) 'Eye glasses' IV iii 'Ordinary Eyeglasses' should be invalid, now no glasses correct Moores vision duration limitations, none can provide close to 8 hours daily vision cumulative vision disability 20/600, cataracts both eyes, left eye injury, dry eyes, chronic pain = weak eyes strong script, P.D.A. for opthamology. Pg 187. 20-50 to 20-200 Low Vision "Vision reduced or inadequate for task" A.R. 750-04(1)(4) ADA DOC Regulation "when corrective device not adequate to relieve disability" Sutton 119 S.CT. A.2149

New Law 12121(2) Rejected Suttons 'Mitigating Effects' 12101 4to7, You can't say as I have glasses disability disappears or knee brace now no disability. (4) Rejected Toyota (5) Rejected "Inappropriately high level of limitation necessary to obtain coverage" Primary Object compliance of entities disability should not demand extensive analysis" 4/2/12101 5 prohibits "Exclusionary Qualifications Standards and Criteria

Medical + Now and in past Stonewalled, denied my every A.D.A. Request. 1998 to present. Inclusive of 3-31-2014. ADA RQ. R.F.A 4731 'Deny' That 'Medically Unassigned' was an accomodation "not accomodation" despite clearly stated in Montez Suit PG.25 XXVI(B) By Colo Statue CRS 17-20-114 5 and D.OC Classification Regulation A.R. 600-05 IV(A)(2)(C)

Colorado Prisons has exempted 'Medical, when by law 42 USC 12181(7)(F) 'Medical Included" and 12112 D AR750-04 IV(B)(4) does not include Medical Care to Exclusionary Standards Criteria, Qualifications 'includes medical' Yesky (prison) 118 S.CT. 1957

Recent ADA exam to vision and knee excluded in totality evidence limitation, nature and severity 'Duration and permanant impact, to disabling pain. Compliance 'Insufficent by merely submitting medical diagnosis" Toyota 122 S.CT. A681 Montez B XXVI 'Disability shall evaluate nature and severity of limitations"

Pg 1 of 2

B

PAIN IN CONJUNCTION WITH INJURY (TO MOORES VISION AND KNEES) PAIN IN CONJUNCTION WITH OTHER INJURIES MAY BE THE BASIS FOR DISABILITIES PER S.S.A." BLACK'S LAW DICTIONARY, CITING FARMER V WEINBERGER 368 F. Supp. 1, A 5.

By Colo. Law 20/20 VISION, CORRECTED FROM 20/400 WAS DISABLED. FIRE PROTECTION 772 P.2d. 70. Colo 1988 MOORES 20/600 YET MEDICAL AND ADA COORDINATOR DENY DISABILITY. MOSTLY O.V VISION CLINICAL NOT ACTUAL EFFECTS PAIN, LOSS OF FOCUS ECT.

THE LAW IS "SUBSTANTIALLY LIMITS" 42 USC. 12102 (2)(A) A.R. 750-04 3(B)(1) SUBSTANTIAL LIMITS NOT UTTER INABILITY 'KIRKINGBUNG, 119 SCT 2162 MOORES LIMITATION, PAIN IN VISION + WALKING

"EXTENT OF LIMITATION BY OWN PERSONAL EXPERIENCE" GRILLALI 233 F.Supp2d. 258. "MEDICAL DIAGNOSIS INSUFFICIENT BY VARYING DEGREE OF SYMPTOMS" BARNES 238 F SUPP2d. 1053 RESTRICTED AS TO CONDITION MANNER OR DOEBELE 324 F.3d. 1117.

MOORE BY VISION, DURATION LIMITATIONS 2 TO 6 HOURS VISION A DAY, KNEE INJURY CAN HARDLY WALK 1 HOUR SLOWLY SITTING AT A DESK. EVEN BRIEFLY A CHOW HALL STRESSES

MENTAL CONDITIONS LONG TERM AD SEG. 18 YEARS. INDUCED MENTAL PROBLEMS INCLUSIVE OF DIAGNOSED ANTI SOCIAL PERSONALITY DISORDER. FEELS HE IS ILL SUITED FOR ANY PRISON PROGRAM OR JOB. RECENT 1½ HOURS AT G.E.D WAS LITERALLY LOW GRADE TORTURE, WITH CERTAIN CUMULATIVE EFFECTS OF DAY AFTER DAY TORTURE. SITTING AND VISION. TO KNEES + VISION. MOORE WHEN HE USES 1½ HOURS FOR THIS, IS LIMITED IN MANDATORY ROUTINE, MAINTENANCE ACTS. CLEAN, LAUNDRY, CHOW, RECREATION

PAIN EXCERBATES MENTAL.

MOORE SEEKS 1 SERVICE, BENEFIT, PROGRAM, GOOD TIME. WHICH CURRENT GOOD TIME LAW REVISIONS ALLOW IS "MEDICALLY UNASSIGNED".

B

2 OF 2

ANTISOCIAL PERSONALITY DISORDER, DIAGNOSED MAY 20TH 2008 DR THOMAS HOFFMAN, STATE HOSPITAL, PUEBLO. CRIMINAL CASE FREMONT 08CR299. IN MOORE POSSESSION

"SUFFERING FROM DYSTHMIA, ANXIETY DISORDER AND ANTISOCIAL PERSONALITY DISORDER) ( DIAGNOSED CRONIC DEPRESSION, DYSTHMIA AND ANXIETY IN PAST. D.O.C. RECORDS PG 3) DYTHMIA SINCE 2003 DIAGNOSED ANTISOCIAL PERSONALITY DISORDER P7. "ANXIETY AND PARANOIA, POLYSUBSTANCE DEPENDANCE. AXIS I ANTI SOCIAL PERSONALITY DISORDER AXIS I DYTHMIA AXIS II ANTI SOCIAL PERSONALITY DISORDER PG. 8 "CAUSED AND EXERBATED BY 18 YEARS AD. SEG

TESTIMONY, PROFESSIONAL EXPERTICE ON A.D. SEG. IN MADRID V GOMEZ 889 F. SUPP. 1146. PG 1265-66 DR STUART GRASSIAN 401 BEACON ST. CHESTNUT HILL MASS. 02467-3976  617-244-3315

DECLARATION, SUMMARY <u>PSYCHIATRIC EFFECTS OF SOLITARY CONFINEMENT</u>. IN MOORES POSSESSION EXERBATES MENTAL ILLNESS, WILL LIKELY SUFFER PERMANANT HARM, <u>MANIFESTED BY INTOLERANCE OF SOCIAL INTERACTION</u> TOXIC TO BRAIN FUNCTION(II)(2)

Pg. 11. (B) ANTISOCIAL PERSONALITY DISORDER IS ESPECIALLY INTOLERANT OF R.E.S (REDUCED ENVIROMENTAL STIMULATION)

Pg 13. LONG TERM EFFECT FOR DECADES, P.T.S. PATTERN OF INTOLERANCE OF SOCIAL INTERACTION TO SOCIALLY IMPOVERISHED, SAME PATTERN YEARS AFTER.

Pg 18(4) HEARING IMPAIRED, MOORE 20 TO 30% LOSS OF HEARING BOTH EARS. DIAGNOSED 2013. TERRITORIAL. HIGHER RATES OF PARANOIA.

"ADVEASIVE CONDITIONING = PUNISHMENT TO INDUCE BEHAVIOUR CHANGE INHERENTLY UNETHICAL, RISK HARM.

Pg 28. STUDY, 40 YEARS AFTER, PRISONERS PERSISTENT ANXIETY PSYCHOSOMATIC AILMENTS, SUSPICION, CONFUSION, DEPRESSION, ESTRANGED, DETACHED FROM SOCIAL INTERACTION, OBCESSIVE, COGNITIVE IMPAIRMENT AND CONCENTRATION DIFFICULTIES"

C

CERTIFICATE OF SERVICE

A True And Correct Notice was Placed In The United States Mail Addressed To

Colorado Attorney General
1525 Sherman St
Denver Colorado
    80202

Griesen + King Law Firm
1670 York St.
Denver Colorado
    80206