IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO CLASS COUNSELS' MOTION TO COMPEL DISCOVERY (DOC. 5462)

Defendants, through the Colorado Attorney General, respectfully submit this Motion for Enlargement of Time to Respond to Class Counsels' Motion to Compel Defendants' Responses to Plaintiff's Second Set of Monitoring Period Discovery Requests (Doc. 5462).

1. On June 23, 2014, Class Counsel filed their Motion to Compel Defendants Responses to Plaintiff's Second Set of "Monitoring Period" Discovery Requests (Doc. 5462).

2. Defendants Response is due July 14, 2014.

3. Undersigned counsel has been out of the office over the last three weeks.

4. Additionally, undersigned counsel has been handling a complicated sentence time computation case in the Colorado Supreme Court, *Ankeney v. Clements, et al.,* 2013SA336.  The *Ankeney* case has spawned numerous district court habeas corpus filings throughout the state, which have required immediate attention.

1

5. Accordingly, as a result of the above, and due to the press of other business, counsel needs an additional three weeks to prepare the Response.

6. Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel contacted Mr. Ramey who indicated that Plaintiffs do not oppose this motion.

**WHEREFORE**, for all of the reasons enumerated above, the Defendants request an additional three week enlargement of time up to and including August 4, 2014 to file their Response to Class Counsels' Motion to Compel Defendants' Responses to Plaintiff's Second Set of "Monitoring Period" Discovery Requests.

Respectfully submitted this 14th day of July, 2014.

JOHN W. SUTHERS
Attorney General

s/ JAMES X. QUINN
JAMES X. QUINN*
First Assistant Attorney General
Civil Litigation and Employment Law Section
Attorneys for Respondents
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: (720) 508-6610
E-Mail: james.quinn@state.co.us
*Counsel of Record

### CERTIFICATE OF SERVICE

I certify that on July 14, 2014, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

| | |
|---|---|
| KING & GREISEN, LLP | (303) 298-9878 telephone |
| Paula Greisen | (303) 298-9879 facsimile |
| Jennifer Weiser Bezoza | greisen@kinggreisen.com |
| 1670 York Street | bezoza@kinggreisen.com |
| Denver, CO 80206 | |

2

| | |
|---|---|
| Edward T. Ramey<br>Heizer Paul Grueskin, LLP<br>2401 15th Street, Suite 300<br>Denver, CO 80202<br>(303) 595-4747 telephone<br>(303) 595-4750 facsimile<br>eramey@hpgfirm.com<br><br>Lara E. Baker<br>Foster Graham Milstein & Calisher, LLP<br>360 S. Garfield Street, 6th Floor<br>Denver, CO 80209 | (303) 333-9810 telephone<br>(303) 333-9786 facsimile<br>lmarks@fostergraham.com<br><br>Blain D. Myhre<br>Blain D. Myhre, P.C.<br>P.O. Box 3600<br>Englewood, CO 80155<br>(303) 250-3932 telephone<br>blainmyhre@gmail.com<br>*Attorneys for Plaintiffs* |

s/ Darlene S. Hill