# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                               Chris Wolpert
Clerk of Court                               July 16, 2014                                 Chief Deputy Clerk

Wayne Brunsilius
P.O. Box 150923
Lakewood, CO 80215
#65458

**RE:**   **13-1430, Brunsilius, et al v. Hickenlooper, et al**
Dist/Ag docket: 1:92-CV-00870-CMA-OES

Dear Appellant:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Willow I. Arnold
      Lara Elizabeth Baker
      Patricia Bellac
      Jennifer Weiser Bezoza
      Paula Dee Greisen
      Robert Charles Huss
      Elizabeth H McCann
      Blain David Myhre
      James X. Quinn
      Edward Thain Ramey
      Jacquelynn Nichole Rich Fredericks

EAS/kf