92-Cv-870-CmA

Christine Arguello, Judge
U.S.District Court
901 19th Street, rm A-105
Denver, Co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 25 2014

JEFFREY P. COLWELL
CLERK

Dear Judge, C. Arguello,

    I am sending a copy of a letter I have sent to the attornies at King & Greisen LLP, of condition I believe exist at BCCF, these condtions violate Montez, et al., and its Remedial Plan and the Stipulation aggreed to by all parties of that action.

Since I have never got a response back from the attornies who are suppose to represent us. I hope you can contact their office in regards to these on going violations of the Remedial Plan and the stipulations aggreed to by all parties. Thank you for your time in this matter.

Date: 7-22-2014

Respectfully submitted

Ronald Cordova
Ronald Cordova, 57350
BCCF   Unit 6-I-103-B
11560 Road   FFF-75
Las Animas, Co 81054

King & Greisen LLP
1670 York Street
Denver, Co 80206

Dear Ms. Greisen,

    I am writing in regards to issues I believe are on going violations here at BCCF, of the Montez Remedial Plan and the Stipulation.

    According to the Federal judge, I am to report these to your office, but my problems is that when I write to your officer, I never get any response, so I am also sending a copy of this letter back to the Judge C. Arguello. But I hope you do respond or guide me in what I should do next with these matters.

    Just recently I was forced to sign a Opt-out form, regarding an OCA who was put in my cell, in which I did not need or request according to Remedial Plan. Giving up all my protections of my disability, such as bottom bunk restriction, lower bunk, handicapped cell. Just because I didn't want an OCA, I never requested. In other words I have NO ADA protection, other than retaliation from BCCF staff.

    Also, I have not received the medical care I was getting at the CDOC facilities. I have not seen a medical staff regarding my Chronic care for Mobility, diabetis nerve damage in both hands and feet. And its at a point where I can't even walk because of the pain (burning feeling, needles pick in hands at feet). I have sores on my feet, and this private facility won't provide tennis shoes for these conditions. But while I was in CDOC for the pass 28 years medical provided me with tennis shoes. Plus I have severe Bone Spurs' in both feet.

    I finally got my hearing aid after 10 years of fighting and complaining, plus using the grievance process. And I mostly thank Jennifer Riddle for her help in this matter, the federal judge told me she is no longer with your office and I would like to contact her, can you provide a forwarding address as to where she can be contacted. Plus, I would like to report that this facility's intercom system does not work, nor is there any strobe lights to notify any hearing impaird inmates. Units 7 & 8 do not have any inter-com, announcements are by staff coming into the units. I did send a kite to the PPMU who is from CDOC and is suppose to have these problems corrected, But the only thing I managed to get was a memo from him stating they should flash the lights when there is inmate movements. The unit I am in does not have a loud workin inter-com. And only once in a while will staff make sure that I am contacted for any movements, such as chow, yard, or programs. Also, the OCA who was in my cell never assisted me or knew what time it was, because he never had a watch. Also. a memo was posted that no hearing impaird inmate will get a vibrating watch, that is in violation of the Stipulation sign by all parties to the Montez et al. law suit. Can you explain how Correctional medical departments got away from following this agreement. Can you please help with these issues.

Date: 7-22-2014

Ronald L. Cordova, 57350