IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE
TO CLASS COUNSELS' SECOND MOTION TO COMPEL DISCOVERY**

Defendants, through the Colorado Attorney General, respectfully submit this Unopposed Motion for Extension of Time to File Response to Class Counsels' Second Motion to Compel Discovery.

1. On June 23, 2014, Class Counsel filed their Second Motion to Compel Discovery.

2. Defendants' Response is presently due August 4, 2014.

3. However, undersigned counsel for Defendants has been on extended FMLA leave and only returned to the office, part-time, this past week.

4. Undersigned is coming up to speed on all of her pending State and Federal matters.

5. Accordingly, a brief extension of time is respectfully requested in order to permit undersigned counsel to fully research and respond to the lengthy Motion filed by Class Counsel.

1

2

6. Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel exchanged written communications with Mr. Ramey on August 31, 2014, and Plaintiffs do not oppose the relief sought herein.

**WHEREFORE**, for all of the reasons enumerated above, the Defendants respectfully request an extension of time up to and including **August 8, 2014**.

Respectfully submitted this 4th day of August 2014.

    JOHN W. SUTHERS
    Attorney General

    /s/ Jacquelynn N. Rich Fredericks
    JACQUELYNN N. RICH FREDERICKS, #39932
    Assistant Attorney General
    Civil Litigation & Employment Law Section
    Attorneys for Defendant
    1300 Broadway, 10th Floor
    Denver, CO 80203
    Telephone: (720) 508-6603

## CERTIFICATE OF SERVICE

  I certify that on August 4, 2014, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

            s/ Jacquelynn N. Rich Fredericks