|  |  |
|---|---|
|  | **FILED**<br>United States Court of Appeals<br>Tenth Circuit |
| UNITED STATES COURT OF APPEALS | |
| FOR THE TENTH CIRCUIT | **August 6, 2014** |
| _____ | Elisabeth A. Shumaker<br>Clerk of Court |

WAYNE BRUNSILIUS,

    Interested Party - Appellant,

and

JESSE F. MONTEZ, et al.,

    Plaintiffs,

v.                                                                                    No. 13-1430

JOHN HICKENLOOPER, Governor of Colorado, et al.,

    Defendants - Appellees,

and

COLORADO TERRITORIAL CORRECTIONAL FACILITY, et al.,

    Defendants.

_____

## ORDER
_____

Before **MCHUGH**, **MCKAY**, and **O'BRIEN**, Circuit Judges.
_____

  Appellant's petition for rehearing is denied.

                                   Entered for the Court

                                   ELISABETH A. SHUMAKER, Clerk