IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
FOR DEFENDANTS' RESPONSE
TO CLASS COUNSELS' SECOND MOTION TO COMPEL DISCOVERY**

Defendants, through the Colorado Attorney General, respectfully submit this Unopposed Motion to Exceed the Page Limitation for Defendants' Response to Class Counsels' Second Motion to Compel Discovery.

1. On June 23, 2014, Class Counsel filed their Second Motion to Compel Discovery. Doc. 4262.

2. The Motion was highly detailed and a hearty 36 pages in length. *Id.* It further included numerous exhibits and attachments.

3. Defendants did not oppose Plaintiffs' Motion to Exceed Page Limitations.

4. In order to adequately and fully respond to each of the alleged deficiencies alleged by Plaintiffs', Defendants must respond and explicate what information and documentation has been provided and how that information fulfills the needs for monitoring their continued substantial compliance with the Remedial Plan.

1

5. Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel exchanged written communications with Mr. Ramey on August 13, 2014, and Plaintiffs do not oppose the relief sought herein.

**WHEREFORE**, for all of the reasons enumerated above, the Defendants respectfully request to exceed the page limitations for the Response to Class Counsels' Second Motion to Compel Discovery.

Respectfully submitted this 13th day of August 2014.

JOHN W. SUTHERS
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS, #39932
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendant
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6603

2

## CERTIFICATE OF SERVICE

      I certify that on August 13, 2014, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

      s/ Jacquelynn N. Rich Fredericks