IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE
TO CLASS COUNSELS' SECOND MOTION TO COMPEL DISCOVERY**

Defendants, through the Colorado Attorney General, respectfully submit this Unopposed Third Motion for Extension of Time to File Response to Class Counsels' Second Motion to Compel Discovery.

1. On June 23, 2014, Class Counsel filed their Second Motion to Compel Discovery.

2. Defendants' Response is presently due August 13, 2014, after undersigned counsel previously sought a four-day extension of time and a five-day extension of time.

3. Undersigned counsel for Defendants was on extended FMLA leave and returned to the office, part-time, July 28, 2014.

4. Undersigned has spent the majority of the last two weeks coming up to speed on her numerous pending State and Federal matters, in addition, to new litigation assignments. Furthermore, during counsel's extended leave, her office transitioned to a

1

new timekeeping and litigation management system which has belabored her work process as she comes up to speed.

5. Undersigned also attended a telephonic hearing in a State Court matter August 13, 2014.

6. On July 31, 2014, undersigned counsel lost her childcare arrangement and this necessarily disrupted her recent return to work.

7. In addition, undersigned both sold and purchased homes last week.

8. Defendants Response is essentially complete. However, a compact disk containing voluminous documents is to be attached as an exhibit to the Response. The disk(s) could not be completely burned by undersigned counsel's staff prior to the close of business, today, August 13, 2014. Unlike undersigned and the other attorneys who are able to work overtime (and do), staff cannot simply stay long. Thus, in order to facilitate the production of all exhibits along with the Response, Defendants respectfully seek a final, **one-day, extension of time**.

9. Pursuant to D.C.Colo. LCivR. 7.1, undersigned counsel exchanged written communications with Mr. Ramey on August 13, 2014, and Plaintiffs do not oppose the relief sought herein.

**WHEREFORE**, for all of the reasons enumerated above, the Defendants respectfully request an extension of time up to and including **August 14, 2014**.

Respectfully submitted this 13th day of August 2014.

                JOHN W. SUTHERS
                Attorney General

                /s/ Jacquelynn N. Rich Fredericks
                JACQUELYNN N. RICH FREDERICKS, #39932
                Assistant Attorney General
                Civil Litigation & Employment Law Section
                Attorneys for Defendant
                1300 Broadway, 10th Floor
                Denver, CO 80203
                Telephone:  (720) 508-6603

**CERTIFICATE OF SERVICE**

  I certify that on August 13, 2014, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

        s/ Jacquelynn N. Rich Fredericks