# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker	August 14, 2014	Chris Wolpert
Clerk of Court		Chief Deputy Clerk

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   **13-1430, Brunsilius, et al v. Hickenlooper, et al**
Dist/Ag docket: 1:92-CV-00870-CMA-OES

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:	Willow I. Arnold
	Lara Elizabeth Baker
	Patricia Bellac
	Jennifer Weiser Bezoza
	Wayne Brunsilius
	Paula Dee Greisen
	Robert Charles Huss
	Elizabeth H McCann
	Blain David Myhre

      James X. Quinn
      Edward Thain Ramey
      Jacquelynn Nichole Rich Fredericks

EAS/kf