# Step 1 ADA Grievances







EXHIBIT A-2