

ATS Approvals vs. Denials by Subject

## ATS Approvals vs Denials by Subject

### Allowed to Perform Job Duties From a Seated Postion

3 approved, 6 denied

### Allowed to Work From a Seated Position

1 approved, 1 denied

### Alternate Curriculum Format

1 denied

### Alternate Testing Procedures
Approved 0% — Denied 0%

### Alternate Writing Insturment

4 approved, 3 denied

### Alernative/Motified Clothing

34 approved, 13 denied

### American Sign Lanuage Interpretation

1660 approved, 7 denied

### American Sign Language Study Materials

13 approved, 2 denied

### Assignment to Accessible Cell

32 approved, 9 denied

### Assignment to Accessible Facility

36 approved, 6 denied

### Assistance w/ Carrying & Disposing of Food Tray

209 approved 12 denied

### Assistance with note taking in class

Approved 0%, Denied 0%

### Assistance With Reading

15 approved, 5 denied

### Assistance with Writing

10 approved, 6 denied

### Auth. To Buy Tennis shoes W/O avail. Funds on Account


### Auth. To Buy Vibrating Watch/Accessories- Limited funds Available

49 approved, 2 denied

### Auth. For Special Diningware

7 approved, 5 denied

### Auth. To Wear Medical Footwear in all Areas/Transport

119 approved, 26 denied

### Backpack

49 approved, 4 denied

### Bottom Bunk

4 approved, 36 denied

## ATS Approvals vs. Denials by Subject

**Braille Watch**



1 denied

**Cell w/ Call Button/Pendant when NO Independent Egress**



4 aprroved 5 denied

**Cell w/ Strobe alarm when Independent Egress**



15 approved, 18 denied

**Chair w/ Back Rest**



5 Approved, 2 denied

**Check for Understanding of Orders or Instructions**



19 approved, 4 denied

**Closed Captioning on Dayhall TV shall be ON at all Times**



374 approved, 4 denied

**Colored Overlays**



2 approved

**Custom Furniture**



3 approved, 9 denied

**Elevator access where available**



144 approved, 4 denied

**Face to Face Communication for Lip Reading**



38 approved, 2 denied

**Housing/Placement Considerations**



8 approved, 17 denied

**Large Print Materials**



40 approved, 8 denied

## ATS Approvals vs. Denials by Subject





## ATS Approvals vs. Denials by Subject





## ATS Approvals vs. Denials by Subject



**Reach Extender** — 5 approved, 2 denied (Approved 71%, Denied 29%)

**Restraint Considerations** — 197 approved, 8 denied (Approved 96%, Denied 4%)

**Search Considerations** — 513 approved, 8 denied (Approved 98%, Denied 2%)

**Seating at an Accessible Table** — 118 apprved, 8 denied (Approved 94%, Denied 6%)

**Secure Paper to Desk When Writing** — 1 approved, 0 denied (Approved 100%, Denied 0%)

**Service Animal** — 2 denied (Approved 0%, Denied 100%)

**Sock Donner** — 2 approved (Approved 100%)

**Specialized Paper** — No request for this item (Approved 0%, Denied 0%)

**Specialized Writing Instrument** — 2 denied (Approved 0%, Denied 100%)

## ATS Approvals vs. Denials by Subject



**Staff Assistance During an Emergancy/Evacuation** — 332 approved, 6 denied

**State Issued Boots With Velcro** — 14 approved, 10 denied

**TTY Access** — 57 approved, 16 denied

**Talking books Player, Media & Case** — 73 approved, 19 denied

**Talking Books** — 2 approved

**Talking Watch** — 34 approved, 10 denied

## ATS Approvals vs. Denials by Subject



