# ADA LITIGATION
# COMPLIANCE DOCUMENTATION

| Remedial Plan Section | |
|---|---|
| **I.** | **ADA INMATE COORDINATOR** |
| X | AR 750-04 AMERICANS WITH DISABILITIES ACT- OFFENDER REQUEST FOR ACCOMMODATION |
| X | AIC OFFICE METRICS |
| **IV.** | **DRDC** |
| X | AR 750-04 AMERICANS WITH DISABILITIES ACT- OFFENDER REQUEST FOR ACCOMMODATION |
| X | AR 700-02 MEDICAL SCOPE OF SERVICES |
| X | AR 700-34 HEALTH CARE APPLIANCES |
| X | SAMPLE INTAKE FORMS/TEMPORARY ACCOMMODATIONS |
| X | NOTICE AT INTAKE (VIDEO SCRIPT) |
| X | DRDC & YOS HANDBOOK |
| X | AIC OFFICE METRICS & DRDC intake report |
| **V.** | **PLACEMENT** |
| X | AR 750-04 AMERICANS WITH DISABILITIES ACT- OFFENDER REQUEST FOR ACCOMMODATION |
| X | AR 600-01 OFFENDER CLASSIFICATIONS |
| X | AR 700-02 MEDICAL SCOPE OF SERVICES |
| X | SAMPLE PROVIDER SCREENING FORM |
| X | MOBILITY, HEARING, VISION & DIABETES ADA LITIGATION RESOLUTION TEMPLATES |
| X | ADA LITIGATION CLASS MEMBER DAILY ROSTERS |
| **VI.** | **DESIGNATED FACILITIES** |
| X | AR 700-02 MEDICAL SCOPE OF SERVICES |
| **VIII.** | **SPECIALIZED PLACEMENT HOUSING** |
| X | AR 750-04 AMERICANS WITH DISABILITIES ACT- OFFENDER REQUEST FOR ACCOMMODATION |
| **IX.** | **TRACKING** |
| X | AIC MONTEZ DATABASE |
| X | OFFENDER SERVICES PROGRAM RULES/PROTOCOL & SCREEN SHOT |
| **X.** | **REASONABLE ACCOMMODATIONS** |
| X | ATS (Accommodation Tracking System) REPORT OF AVAILABLE ACCOMMODATIONS FOR MOBILITY, HEARING, VISION & DIABETES |
| X | ATS USER MANUAL |
| X | MASTER PROPERTY LIST |
| X | AR 850-06 OFFENDER PROPERTY |
| X | AR 100-19 COMMUNICATION WITH OFFENDERS |
| X | SIGN LANGUAGE INVOICES |
| X | AVAILABLE ADA ASSISTIVE DEVICES |
| X | LIBRARY SERVICES MEMO |
| **XII.** | **GRIEVANCES** |



EXHIBIT A-6

# ADA LITIGATION
# COMPLIANCE DOCUMENTATION

| | |
|---|---|
| X | AR 850-04 GRIEVANCE PROCEDURE |
| X | ADA LITIGATION GRIEVANCE REPORT |
| **XIII.** | **PROGRAMS, ACTIVITIES, SERVICES & WORK ASSIGNMENTS** |
| X | AR 850-03 OFFENDER ASSIGNMENT & PAY |
| X | ATS QUARTERLY REPORT |
| X | OFFENDER JOB DESCRIPTIONS |
| **XV.** | **TRAINING** |
| X | ADA LESSON PLAN |
| X | DIABETIC KIT TRAINING LESSON PLAN |
| X | LIFE SAVING RESPONSE TRAINING |
| X | AR 1500-01 |
| X | AR 1500-02 |
| X | DIABETES TRAINING FOR OFFENDERS |
| **XVI.** | **HEALTH CARE APPLIANCES** |
| X | AR 700-34 HEALTH CARE APPLIANCES |
| X | WHEELCHAIR CLINIC RECORDS |
| X | CO-PAY REIMBURSMENT RECORDS |
| **XVIII.** | **INSTITUTIONAL PROCEDURES** |
| X | AR 850-07 OFFENDER RECEPTION & ORIENTATION |
| **XX.** | **EVACUATION & EMERGENCY** |
| X | AR 300-15 FIRE SAFETY |
| **XXIV.** | **TRANSPORT** |
| X | AR 300-37RD, OFFENDER TRANSPORTATION (Restricted Document subject to Protective Order) |
| **XXV.** | **VISITING** |
| X | AR 300-01 OFFENDER VISITING PROGRAM |
| **MISC.** | **ACA (American Correctional Association) ADA AUDITS** |
| X | REMEDIAL PLAN-ACA FILE AUDIT GRID |
| X | LEGAL SERVICES STAFF FACILITY AUDIT ASSIGNMENTS |
| 2008 Sanctions | |
| | **#25 DIABETIC ACCOMMODATIONS** |
| X | STIPULATION #25 POLICY KEY |
| | **#9 AIDE REPAIR/REPLACEMENT DELAY COMPENSATION** |
| X | DELAY COMPENSATION RECORDS |



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

**OFFICE OF THE ATTORNEY GENERAL**

**RALPH L. CARR COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

December 4, 2013

Ms. Paula Greisen
KING & GREISEN, LLP
1670 York Street
Denver, CO 80206

RE: *Montez v. Hickenlooper, et al.* 92-CV00870-CMA

Dear Ms. Greisen,

I hope this correspondence finds you doing well! Attached, please find one compact disk which contains the Third Quarterly Report for 2013. Please confirm your receipt of this disk.

Sincerely,

FOR THE ATTORNEY GENERAL

s/Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS
Assistant Attorney General
Corrections Unit
Civil Litigation and Employment Law Section
(720) 508-6603
(720) 508-6032 (FAX)



**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

STATE OF COLORADO
DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

RALPH L. CARR COLORADO
JUDICIAL CENTER
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

August 13, 2014

Ms. Paula Greisen
KING & GREISEN, LLP
1670 York Street
Denver, CO 80206

RE: *Montez v. Hickenlooper, et al.* 92-CV00870-CMA

Dear Ms. Greisen,

I hope this correspondence finds you doing well. Attached, please find one compact disk which contains the First Quarterly Report for 2014.

Please confirm your receipt of this disk.

Sincerely,

FOR THE ATTORNEY GENERAL

s/Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS
Assistant Attorney General
Corrections Unit
Civil Litigation and Employment Law Section
(720) 508-6603
(720) 508-6032 (FAX)