**Access 2 Sign Language, Inc.**
P.O. Box 15433
Colorado Springs, CO 80935

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 3990 |

**Bill To**

Department of Corrections
Accounts Payable Dept.
PO Box 1010
Canon City, CO 81215-1010

Phone # 719-302-5869

Fax # 719-219-9483

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| OE CCA 12000000115 | Net 30 | 6/5/2014 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Sign language accommodations provided under ADA | | | |
| 04/02/14; 8:00am-9:00am<br>Location: CJC<br>Deaf: Merino<br>Purpose: Revocation hearing<br>Interpreter: Lori | 1 | 65.00 | 65.00 |
| 04/02/14; 2:00pm-4:00pm<br>Location: 2565 Airport Road, Colorado Springs, CO 80909<br>Deaf: Merino<br>Purpose: Treatment<br>Interpreter: Danny | 2 | 47.00 | 94.00 |
| 04/02/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Steph | 2 | 71.00 | 142.00 |
| 04/04/14; 11:00am-12:00pm<br>Location: 1702 Pikes Peak Ave<br>Deaf: Merino<br>Purpose: Case manager meeting<br>Interpreter: Steph | 1 | 47.00 | 47.00 |

Access credit card payment at www.MyA2SL.com

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

www.MYA2SL.com     2SERVEU@MYA2SL.com

Page 1


EXHIBIT A-7

**Access 2 Sign Language, Inc.**
P.O. Box 15433
Colorado Springs, CO 80935

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 3990 |

**Bill To**

Department of Corrections
Accounts Payable Dept.
PO Box 1010
Canon City, CO 81215-1010

Phone # 719-302-5869

Fax # 719-219-9483

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| OE CCA 12000000115 | Net 30 | 6/5/2014 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 04/06/14; 1:30pm-4:00pm<br>Location: CTCF<br>Purpose: Kairos<br>Team: Angela and Jodi | 2.5 | 71.00 | 177.50 |
| Team interpreter | 2.5 | 71.25 | 178.13 |
| Interpreter travel {2 interpreters} | 5 | 24.00 | 120.00 |
| 04/07/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Britt | 2 | 71.00 | 142.00 |
| 04/08/147; 1:00pm-2:00pm<br>Location: Headquarters<br>Deaf: Offender Scott<br>Purpose: Staffing<br>Interpreter: Angela | 1 | 47.00 | 47.00 |
| 04/08/14; 4:00pm-5:00pm<br>Location: 1702 E Pikes Peak<br>Deaf: Merino<br>Purpose: Case manager meeting<br>Interpreter: Terje | 1 | 47.00 | 47.00 |
| 04/08/14; 6:00pm-8:00pm<br>Deaf: Offender Scott<br>Purpose: Special presentation<br>Team: Angela and Jodi | 2 | 71.00 | 142.00 |

Access credit card payment at www.MyA2SL.com

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

www.MYA2SL.com          2SERVEU@MYA2SL.com

Page 2

**Access 2 Sign Language, Inc.**
P.O. Box 15433
Colorado Springs, CO 80935

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 3990 |

**Bill To**

Department of Corrections
Accounts Payable Dept.
PO Box 1010
Canon City, CO 81215-1010

Phone # 719-302-5869

Fax # 719-219-9483

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| OE CCA 12000000115 | Net 30 | 6/5/2014 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Team interpreter | 2 | 71.00 | 142.00 |
| 04/09/14; 2:00pm-4:00pm<br>Location: 2565 Airport Road, Colorado Springs, CO 80909<br>Deaf: Merino<br>Purpose: Treatment<br>Interpreter: Danny | 2 | 47.00 | 94.00 |
| 04/09/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Britt | 2 | 71.00 | 142.00 |
| 04/16/14; 2:00pm-4:00pm<br>Location: 2565 Airport Road, Colorado Springs, CO 80909<br>Deaf: Merino<br>Purpose: Treatment<br>Interpreter: Danny | 2 | 47.00 | 94.00 |
| 04/16/14; 5:00pm-7:00pm<br>Location: Headquarters<br>Deaf: Offender Scott<br>Purpose: Parole meeting<br>Team: Steph and Angela | 2 | 71.00 | 142.00 |
| Team interpreter | 2 | 71.00 | 142.00 |

Access credit card payment at www.MyA2SL.com

| Total | |
|---|---|
| Payments/Credits | |
| Balance Due | |

www.MYA2SL.com     2SERVEU@MYA2SL.com

**Access 2 Sign Language, Inc.**
P.O. Box 15433
Colorado Springs, CO 80935

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 3990 |

**Bill To**

Department of Corrections
Accounts Payable Dept.
PO Box 1010
Canon City, CO 81215-1010

Phone # 719-302-5869

Fax # 719-219-9483

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| OE CCA 12000000115 | Net 30 | 6/5/2014 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 04/21/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Britt | 2 | 71.00 | 142.00 |
| 04/23/14; 8:00am-10:30am<br>Deaf: Merino<br>Purpose: Hearing<br>Interpreter: Lori | 2.5 | 65.00 | 162.50 |
| 04/23/14; 2:00pm-4:00pm<br>Location: 2565 Airport Road, Colorado Springs, CO 80909<br>Deaf: Merino<br>Purpose: Treatment<br>Interpreter: Danny | 2 | 47.00 | 94.00 |
| 04/23/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Britt | 2 | 71.00 | 142.00 |
| 04/28/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI | 2 | 71.00 | 142.00 |

Access credit card payment at www.MyA2SL.com

www.MYA2SL.com    2SERVEU@MYA2SL.com

| | |
|---|---|
| Total | |
| Payments/Credits | |
| Balance Due | |

**Access 2 Sign Language, Inc.**
P.O. Box 15433
Colorado Springs, CO
80935

# Invoice

| Date | Invoice # |
|---|---|
| 5/6/2014 | 3990 |

**Bill To**

Department of Corrections
Accounts Payable Dept.
PO Box 1010
Canon City, CO 81215-1010

Phone # 719-302-5869

Fax # 719-219-9483

| P.O. No. | Terms | Due Date | Account # | Project |
|---|---|---|---|---|
| OE CCA 12000000115 | Net 30 | 6/5/2014 | | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| 04/30/14; 2:00pm-4:00pm<br>Location: 2565 Airport Road, Colorado Springs, CO 80909<br>Deaf: Merino<br>Purpose: Treatment<br>Interpreter: Danny<br>*cancelled without notice | 2 | 47.00 | 94.00 |
| 04/30/14; 6:50pm-8:50pm<br>Location: Headquarters<br>Purpose: AA via VRI<br>Interpreter: Angela | 2 | 71.00 | 142.00 |

Access credit card payment at www.MyA2SL.com

| | |
|---|---|
| Total | $2,876.13 |
| Payments/Credits | $0.00 |
| Balance Due | $2,876.13 |

www.MYA2SL.com        2SERVEU@MYA2SL.com