IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

---

**MOTION FOR A STAY OF PROCEEDINGS**

---

Attorneys for the Plaintiff Class, Paula Greisen and Jennifer Weiser Bezoza of King & Greisen, LLP; Edward T. Ramey of Heizer Paul, LLP; Lara E. Marks of Foster Graham Milstein & Calisher, LLP; and Blain D. Myhre, hereby submit this Motion for a Stay of Proceedings.

As grounds for their motion, Plaintiffs state the following:

1. On July 9, 2014, Counsel for Plaintiffs and Defendants met with the Court in chambers to discuss Class Counsel's need and forthcoming request for a stay of the proceedings in this case.

2. For the reasons discussed with the Court at that meeting, a key member of our team is unable to work on the case for the rest of this year. Additionally, a disagreement has arisen between the parties regarding the extent, if any, to which continuing discovery and information requests remain applicable during the Monitoring Period established by the Remedial Plan heretofore entered in this case.

3. In the interests of appropriately fulfilling their responsibilities to the members of the Plaintiff Class, and hopefully bringing this class action to a successful conclusion, Class Counsel are therefore requesting a six-month stay of the date for completion of the Monitoring Period established by the Remedial Plan.

4. The two-year Monitoring Period is currently scheduled to conclude on October 1, 2014. *See* Findings of Fact and Conclusions of Law re Phase I of Class Action Settlement at 4 [Doc. 5314].

5. Once the Monitoring Period is complete, the Remedial Plan is no longer in effect *unless* prior to the completion of the Monitoring Period, there has been an objection filed alleging non-compliance. If such objection is filed, the Monitoring Period will be extended until there has been a final determination on the merits of the objections. *See* Remedial Plan at XXI [Doc. 441].

6. Class Counsel are unable at this time to conduct and complete their additional site visits to the facilities housing their class members to monitor Defendants' continuing compliance with the Remedial Plan. Class Counsel also are presently unable to prepare for and participate in a hearing on non-compliance should one become necessary based on the information learned through additional site visits and discovery and information produced and acquired during the Monitoring Period.

7. Class Counsel *are* able to complete the briefing on their pending Second Motion to Compel Discovery Responses [Doc. 5462], for which a Reply is due in the next few weeks, to review any additional discovery or information provided by Defendants during this time period, and to work with the Court and counsel to resolve the current disagreements regarding pending

discovery and information requests.  Thus, Class Counsel are not requesting that discovery be stayed at this time.  Class Counsel are hopeful that the ongoing discovery dispute in this matter will be resolved soon so that when the requested stay is lifted, the case can proceed expeditiously towards its conclusion.

8. No prejudice will occur to either party as a result of this short stay of proceedings. On the contrary, a stay will maintain the status quo until the discovery issues can be resolved.

9. A stay will enable Class Counsel to review the new discovery provided to them by Defendants this week (though requested quite a long time ago), ascertain whether that information is responsive to their discovery requests, and if so, narrow their pending motion to compel accordingly.

10. A stay will also enable the Court to resolve the ongoing discovery disputes prior to Class Counsel conducting additional site visits, which will allow Class Counsel to focus those visits on any potential issues of non-compliance.

11. Lastly, a stay may obviate the need for Class Counsel to file an objection alleging non-compliance and request a hearing on non-compliance should the requested discovery show that Defendants have maintained substantial compliance.

12. Without the requested stay, Class Counsel will have to file a notice of non-compliance before October 1, 2014, reflective of the fact that difficulties in obtaining requested information have left them unable to fully ascertain whether Defendants are currently in compliance with the Remedial Plan.  Based on the information Class Counsel have received from their clients and the limited discovery produced by Defendants to date, Plaintiffs have reason to believe Defendants have not maintained substantial compliance with key aspects of the

Remedial Plan. It is our hope that the requested discovery will show otherwise, making a notice and hearing on non-compliance unnecessary.

13. Undersigned counsel has conferred with counsel for Defendants, Jacquelynn Rich Fredericks, who has informed Class Counsel that Defendants oppose Plaintiffs' request for a six-month stay.

WHEREFORE, Plaintiffs respectfully request that the Court stay the proceedings in this case, with the exception of ongoing discovery and the exchange of documents and information requests and responses as the Parties deem appropriate or the Court may order, until February 22, 2015.

Respectfully submitted:  August 22, 2014

KING & GREISEN, LLP

*s/ Jennifer Weiser Bezoza*
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor

        Denver, CO  80209
        (303) 333-9810 telephone
        (303) 333-9786 facsimile
        lmarks@fostergraham.com

        Blain D. Myhre
        P.O. Box 3600
        Englewood, CO  80155
        (303) 250-3932 telephone
        blainmyhre@gmail.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

        I hereby certify that on August 22, 2014, I electronically filed the foregoing **MOTION FOR A STAY OF PROCEEDINGS** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Jacquelynn N. Rich Fredericks
Colorado Department of Law
jacquelynn.richfredericks@state.co.us

        *s/ Laurie A. Mool*
        Paralegal, King & Greisen, LLP