**Defendants' First Monitoring Period (MP) Disclosures:**

- Copies of current policies;
- Metrics regarding responsibilities for evaluation of class members;
- Reports articulating recent grievance activity and trends;
- Examples of intake forms for each of the four categories;
- Offender orientation materials;
- Staff training materials;
- Transcripts utilized by intake officers at DRDC when screening incoming offenders in both English and Spanish;
- An Excel spreadsheet with *over* 15,000 entries between July of 2008 and August of 2013, detailing the type of activity taken (new screening, revision, etc.), by whom (AIC, CMO, etc.) and type of disability which is further searchable by offender surname or CDOC inmate number;
- Information relevant to the process in place for tracking ADA offenders prior to movement between facilities;
- Copies of recent ADA related audits;
- A list of offenders who had made requests for/or received compensation for delays in provision of DME in the past quarter;
- A comprehensive breakdown of all class members by facility placement further identified by each of the four disability categories (with over 2,300 entries) for three different months;
- Examples of current ADA Litigation Resolution forms provided to offenders;
- Copies of provider forms used during screenings of each of the four categories;
- Photographs of assistive devices/products;
- Copies of purchase requisitions and invoices for sign language classes and interpreters;
- A list of all available accommodations;
- A copy of the ATS (accommodation tracking system) User Guide which describes that system's capabilities and process(es);
- Information regarding library services for disabled offenders;
- Dozens of offender job descriptions;
- Documentation regarding diabetic education training provided to offenders;
- Awareness training materials and examples of Power Point Presentations given to staff, including audio and video clips;
- Examples of receipts from wheelchair clinics;
- Examples of how housing restrictions are documented;
- Example requests for outside medical professional consultation;

An Excel spreadsheet documenting refunds for co-pay clinic visits for offenders for the past quarter.