**Diabetic Testing Kit Locations by Facility:**

| | |
|---|---|
| AVCF: | Has 24 hour nursing coverage. |
| | DM kit located in Master Control. |
| BVCC: | Has 24 hour nursing coverage. |
| | DM kit located in Master Control. |
| CCF: | Has 24 hour nursing coverage. |
| | DM kits located in several locations throughout the facility. There have been no incidents where the kits needed to be accessed. |
| CMC: | (ACC, FMCC, SCC) Has 24 nursing coverage. |
| | DM kits are located in every unit at FMCC and ACC. There are 2 kits in FMCC, ACC, and SCC Master Control. There are also 2 kits at ACC and FMCC gates. Recreation has one kit at FMCC and ACC. The dog program also has one kit. |
| CTCF: | Has 24 hour nursing coverage. |
| | Diabetic kits are not kept at the facility due to the availability of 24 hour nursing coverage. |
| CSP: | Has 24 hour nursing coverage. |
| | Several diabetic kits are also located throughout the facility. |
| DCC: | Clinic is open 7 am to 5 pm seven days per week. DM kits located at Master Control, Clinic, in the Man Down Bag, and an extra for work crews if they have a diabetic on crew. |
| DRDC: | Has 24 hour nursing coverage – 17 hours through the clinic from 5 am to 10 pm, thereafter the DRDC Infirmary covers. DM kits are located at Unit 1, 2, 3, 4, 5, and Master Control. |
| FCF: | Has 24 nursing coverage. Due to 24 hour coverage, there have been no incidents where the DM kits have needed to be accessed. |
| LCF: | Has 24 hour nursing coverage. |
| | DM kits are located in Master Control and Seg only. |
| LVCF: | Clinic is open 16.5 hours per day. |
| | DM kits are located in the Gym, Units 1, 2, 3, 4, 5, 6, 7, Master Control, Gym Control. |
| RCC: | Clinic is open 7 am to 5 pm seven days per week. |
| | DM kits located at Master Control, Clinic, in the Man Down Bag, and an extra for work crews if they have a diabetic on crew. |
| | **RCC rarely has diabetics and the ones placed there are only oral medication controlled, no insulin dependent diabetics have been placed at RCC. They have had no incidents where the kit was needed after hours in the past 3 years. |
| SCF: | Has 24 hour nursing coverage. |
| | DM Kits are available in each living unit, at Master Control, and in the work crew vehicle. |
| TCF: | Clinic is open 13 hours, 20 minutes per day. |
| | DM kits located in each living unit, recreation, master control, 2 transport vans, and 2 work crew vans. |