**Current List of Deaf Offenders:**

| DOC # | NAME |
|---|---|
| 139845 | ATKINS, ANDREW N |
| 126891 | AYOTTE, THOMAS G |
| 124604 | GALLEGOS, KERRY |
| 49293 | HEFFNER, MARK |
| 54940 | LEHMAN, JAMES R |
| 120983 | MARTINEZ, DANIEL |
| 143490 | MCDANIEL, HAROLD |
| 138526 | MERINO, GEORGE M |
| 164158 | RABINKOV, LEONID |
| 85286 | SMITH, HARDRICK |
| 114262 | ROBERTS, MICHAEL |
| 138024 | TREVITHICK, MARC |
| 158887 | SCOTT, MAJOR |
| 138526 | MERINO, GEORGE |