**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et. al.*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

─────────────────────────────────────────────────────────────────────

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANTS' AMENDED RESPONSE TO PLAINTIFFS'
SECOND MOTION TO COMPEL DISCOVERY**
─────────────────────────────────────────────────────────────────────

Attorneys for the Plaintiff Class, Paula Greisen and Jennifer Weiser Bezoza of King & Greisen, LLP; Edward T. Ramey of Heizer Paul Grueskin, LLP; Lara E. Marks of Foster Graham Milstein & Calisher, LLP; and Blain D. Myhre, hereby submit this Unopposed Motion for Extension of Time to File Reply to Defendants' Amended Response to Plaintiffs' Second Motion to Compel Discovery.

As grounds for their motion, Class Counsel state the following:

1.     On August 22, 2014, Defendants' counsel filed their Amended Response to Second Motion to Compel Discovery [Doc. 5482], and Class Counsel's Reply is presently due on September 5, 2014.

2.     On August 18, 2014, almost two (2) months after Class Counsel filed their Second Motion to Compel Discovery [Doc. 5462], and four (4) days after Defendants filed their

initial Response to Plaintiffs' Second Motion to Compel [Doc. 5477], Class Counsel received from Defendants four (4) computer disks of information, which were also filed with the Court [Doc. 5478], containing what appears to be thousands of pages of documents.

3.  Class Counsel need additional time to review the large amount of new information produced by Defendants less than two (2) weeks ago, and to assess the extent to which that information is responsive to Plaintiffs' discovery requests and addresses the issues raised in Class Counsels' Second Motion to Compel [Doc. 5462], so that Class Counsel can narrow the discovery issues presently before the Court.

4.  In addition, undersigned counsel will have to analyze the new information provided by Defendants and prepare the Reply without the assistance of one of the key members of Plaintiffs' legal team, who has the most institutional knowledge of discovery in this case, for the reasons discussed with the Court in chambers, which will require additional time.

5.  Accordingly, Class Counsel are requesting an extension of time, up to and including September 30, 2014, within which to submit their Reply to Defendants' Amended Response to Motion to Compel [Doc. 5482].

6.  No prejudice will occur to either party as a result of this short delay.  This is the first request for extension made by Class Counsel, and Defendants requested and received four (4) extensions of time to file their Response to Plaintiffs' Second Motion to Compel Discovery.

Undersigned counsel has conferred with counsel for Defendants, Jacquelynn N. Rich Fredericks, and was informed that Defendants have no objection to this extension.

WHEREFORE, Plaintiffs respectfully request the Court grant an extension until

September 30, 2014, within which to respond to Defendants' Amended Response to Second

Motion to Compel Discovery.

Respectfully submitted:  August 29, 2014.


                                        KING & GREISEN, LLP

                                        *s/ Jennifer Weiser Bezoza*
                                        Paula Greisen
                                        Jennifer Weiser Bezoza
                                        1670 York Street
                                        Denver, CO  80206
                                        (303) 298-9878 telephone
                                        (303) 298-9879 facsimile
                                        greisen@kinggreisen.com
                                        bezoza@kinggreisen.com

                                        Edward T. Ramey
                                        Heizer Paul Grueskin, LLP
                                        2401 15th Street, Suite 300
                                        Denver, CO 80202
                                        (303) 595-4747 telephone
                                        (303) 595-4750 facsimile
                                        eramey@hpgfirm.com

                                        Lara E. Marks
                                        Foster Graham Milstein & Calisher, LLP
                                        360 S. Garfield Street, 6th Floor
                                        Denver, CO  80209
                                        (303) 333-9810 telephone
                                        (303) 333-9786 facsimile
                                        lmarks@fostergraham.com

                                        Blain D. Myhre
                                        P.O. Box 3600
                                        Englewood, CO  80155
                                        (303) 250-3932 telephone
                                        blainmyhre@gmail.com

                                        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2014, I electronically filed the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' AMENDED RESPONSE TO SECOND MOTION TO COMPEL DISCOVERY with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jacquelynn N. Rich Fredericks
Colorado Department of Law
jacquelynn.richfredericks@state.co.us

*s/ Laurie A. Mool*
Paralegal, King & Greisen, LLP