IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## MOTION FOR CLARIFICATION RE DOC. 5484 AS TO THE DATE OF CESSATION OF THE MONITORING PERIOD

Defendants, through the Colorado Attorney General, respectfully submit this Motion for Clarification.

1. In September of 2012, Defendants were found in Substantial Compliance with the Remedial Plan. Doc. 5314.

2. The two year Monitoring Period commenced October 1, 2012. *Id.* at p. 4.

3. The Monitoring Period was previously set to expire **October 1, 2014**. *Id.*

4. On July 9, 2014, the Parties met with this Court in chambers to discuss, among other issues, Plaintiffs intention to file a Motion to Stay. Doc. 5481, pp. 1, 1.

5. On August 22, 2014, Plaintiffs' filed their Motion to Stay (Doc. 5481). This Motion sought to stay the cessation of the Monitoring Period for a period of six (6) months **from the date of filing**, up to and including **February 22, 2015**. *Id.* at pp. 4, 13 and concluding statement.

1

6. On September 8, 2014, this Court ruled on a number of pending Motion(s). Doc. 5484.

7. Pursuant to that Order, the Court ruled that it would extend the Monitoring Period in order to afford the Parties the opportunity to comply with the limited exchange of information permitted therein. *Id.* at p. 8.

8. Specifically, the Court wrote that, "…the Court recognizes that class counsel is not in the position to file any objections at this time and, therefore, will extend the Monitoring Period by **4 months**, until **April 1, 2015**." Doc. 5484, p. 8 (emphasis added).

9. The Parties disagree on how to correctly interpret this sentence, and thus, upon the date at which the Monitoring Period will terminate.

10. Defendants interpret this Order to read that the Monitoring Period will be extended for a period of **four months**, up to and through, **February 1, 2015**.

11. Plaintiffs interpret this Order to read that the Monitoring Period will be extended for a period of **six months**, up to and through, **April 1, 2015**.

12. Thus, Defendants now respectfully request clarification from this Honorable Court regarding the precise length of the extension of the Monitoring Period (4 or 6 months) and the exact date upon which the Monitoring Period shall terminate (February 1, 2015, or April 1, 2015).

13. Pursuant to D.C.Colo. LCivR. 7.1, Undersigned Counsel exchanged written communications with Plaintiffs' Counsel and further engaged in a conference call on September 17, 2014. Plaintiffs initially agreed to join the instant motion, as they too seek clarification as to the date the Monitoring Period will close, but have now indicated

that they prefer to file their own Motion for Clarification.  Accordingly, although they do not necessarily oppose the relief sought herein (clarification), they prefer not to join this Motion.

**WHEREFORE**, for all of the reasons enumerated above, Defendants respectfully request clarification as to the date of the cessation of the Monitoring Period.

Respectfully submitted this 17th day of September 2014.

>JOHN W. SUTHERS
>Attorney General
>
>/s/ Jacquelynn N. Rich Fredericks
>JACQUELYNN N. RICH FREDERICKS, #39932
>Assistant Attorney General
>Civil Litigation & Employment Law Section
>Attorneys for Defendant
>1300 Broadway, 10th Floor
>Denver, CO 80203
>Telephone:  (720) 508-6603

**CERTIFICATE OF SERVICE**

  I certify that on September 17, 2014, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

KING & GREISEN, LLP
Paula Greisen
Jennifer Weiser Bezoza
1670 York Street
Denver, CO 80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO 80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155
(303) 250-3932 telephone
blainmyhre@gmail.com
*Attorneys for Plaintiffs*

        s/ Jacquelynn N. Rich Fredericks