FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
09/24/2014
JEFFREY P. COLWELL, CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

REASON CHECKED

REFUSED _____
Name & # don't match _____
No DOC Number _____
Not at the facility _____
Paroled _____

80751060000

92-cv-870
# 5487 QTS
Sha__ M. Winkler
#483__
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

HISTORY
10/14/12

DENVER CO 802
LEGAL MAIL
18 SEP '14
PM 4 L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
09/18/2014
US POSTAGE $00.48⁰
FIRST-CLASS MAIL
ZIP 80294
041L1245037