IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

     Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

     Defendants.

---

**UNOPPOSED MOTION FOR AUTHORIZATION FOR RELEASE OF DOCUMENTS
PERTINENT TO OTHER PROCEEDINGS**

---

Jill Coit, a member of the Plaintiff class, through counsel, respectfully requests the Court to authorize the Clerk of the Court to release to Edward T. Ramey – her individual counsel in Civil Action No. 12-cv-00609-WYD-MJW (*Coit v. Zavaras, et al.*) and one of the Plaintiffs' Class Counsel in this action – copies of all exhibits submitted by her in connection with Special Master proceedings (Claim No. 03-129) in this case. In support of this Motion, Ms. Coit states as follows:

**Certificate of Compliance Pursuant to D.C.COLO.LCivR 7.1(a)**

Undersigned counsel states that he has conferred with Assistant Attorney General Jacquelynn N. Rich Fredericks, counsel for Defendants in this action, Assistant Attorney General Nicole S. Gellar, counsel for the Defendants in Civil Action No. 12-cv-00609-WYD-MJW, and Paula Greisen, Jennifer Weiser Bezoza, Blain D. Myhre, and Lara E. Baker, Plaintiffs' Class Counsel in this action, and that all counsel have advised that they do not oppose the relief requested in this Motion.

1.      Ms. Coit was and is a member of the Plaintiff class in this case, though she is currently housed by the Florida Department of Corrections (FDOC Reg. No. 163936) under the Interstate Corrections Compact at the Lowell Correctional Institution Annex in Ocala, Florida.

2.      Prior to her initial interstate transfer from Colorado to the Kansas Department of Corrections in 2010, Ms. Coit filed a damage claim in this case pursuant to Section XXXII of the Remedial Plan approved by the Court in August 2003. This claim (Claim No. 03-129) was referred to and heard by a Special Master on October 17 and 31, 2005. During the course of the hearing, Ms. Coit, appearing *pro se*, tendered a number of exhibits to the Special Master, which exhibits are listed in the Appendix of Exhibits attached to the Final Order of Special Master attached hereto as Exhibit 1.

3.      Ms. Coit subsequently filed a separate *pro se* action with this Court on March 9, 2012, *Coit v. Zavaras, et al.*, Civil Action No. 12-cv-00609-WYD-MJW. Undersigned counsel entered his appearance to represent Ms. Coit in that case on December 16, 2013.

4.      In the context of attempting to prepare responses to summary judgment motions submitted by the Defendants in Civil Action No. 12-cv-00609-WYD-MJW, Ms. Coit requested undersigned counsel to assist her in locating and obtaining copies of the exhibits submitted by her in the Special Master proceeding in this case. With the assistance of former Special Master Borchers, counsel has been able to locate the exhibits in the custody of the Clerk of this Court (the "*Montez* exhibits").

5.      As the *Montez* exhibits contain personal information regarding Ms. Coit –
and as undersigned counsel did not represent Ms. Coit individually (as distinct from
class counsel representation) in *this* case – the Clerk of the Court appropriately
requested counsel to obtain Court authorization for release to him of copies of these
documents. Preparatory to doing so, undersigned counsel has received a signed
authorization from Ms. Coit for release to him of copies of the *Montez* exhibits for use in
Civil Action No. 12-cv-00609-WYD-MJW and authorizing counsel to provide copies of
those documents to Defendants' counsel in that case. A copy of that authorization is
attached hereto as Exhibit 2.

6.      Undersigned counsel initially filed an Unopposed Motion for Authorization
for Release of Documents in Civil Action No. 12-cv-00609-WYD-MJW on October 27,
2014 [Dkt. No. 439], but was properly advised by Magistrate Judge Minute Order of the
same date [Dkt. No. 441] that this request should be addressed to this Court as the
court of origin for the documents in question.

7.      By this submission, Ms. Coit respectfully requests this Court to authorize
the Clerk of the Court to provide copies of the *Montez* exhibits to undersigned counsel
for use by Ms. Coit and disclosure to counsel for the Defendants in Civil Action No. 12-
cv-00609-WYD-MJW.

Respectfully submitted this 29th day of October, 2014.


By:  *s/ Edward T. Ramey*
     Edward T. Ramey
     Heizer Paul LLP
     2401 15th Street, Suite 300
     Denver, Colorado 80202
     Phone Number:  (303) 376-3712
     FAX Number:  (303) 595-4750
     E-mail: eramey@hpfirm.com

     Attorney for Jill Coit

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jacquelynn N. Rich Fredericks
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6603

Paula Greisen
Jennifer Weiser Bezoza
King & Greisen LLP
1670 York Street
Denver, CO 80206

Blain D. Myhre
Blain D. Myhre, P.C.
P.O. Box 3600
Englewood, CO 80155

Lara E. Baker
Foster Graham Milstein & Calisher
360 S. Garfield Street, 6th Floor
Denver, CO 80209

And by email and United States Mail to:

Nicole S. Gellar
Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
nicole.gellar@state.co.us

And by United States Mail to:

Jill Coit, FDOC Reg. No. 163936
Lowell Correctional Institution Annex
11120 NW Gainesville Road
Ocala, FL 34482-1479

s/*Edward T. Ramey*_____