## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No. 12-cv-00609-WYD-MJW**

JILL COIT,

      Plaintiff

v.

ARISTEDES ZAVARAS, [former] Executive Director of the Colorado Department of Corrections, *et al.*,

      Defendants

## AUTHORIZATION FOR RELEASE OF DOCUMENTS

      I, Jill Coit, hereby authorize my attorney, Edward T. Ramey, to obtain and receive copies of all exhibits submitted by me in connection with Special Master proceedings in Civil Action No. 92-cv-870-CMA (formerly 92-cv-870-JLK and 92-cv-870-EWN-OES), *Montez v. Owens*, United States District Court for the District of Colorado. I also authorize Mr. Ramey to provide copies of those documents to Defendants' counsel in this case.

Executed:    /0-20-14

                            Jill Coit
                            Fl. Dept. of Corr. #163936

**EXHIBIT**

2