IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,
v.

JOHN HICKENLOOPER, et al.

    Defendants.

---

ORDER AUTHORIZING RELEASE OF DOCUMENTS
FOR USE IN OTHER PROCEEDINGS

---

Upon consideration of Plaintiff Class Member Jill Coit's Unopposed Motion for Authorization for Release of Documents Pertinent to Other Proceedings, the Court GRANTS the Motion.

The Clerk of the Court is authorized and directed to release to Edward T. Ramey, Jill Coit's counsel in Civil Action No. 12-cv-00609-WYD-MJW, copies of all exhibits submitted by Ms. Coit in connection with Special Master proceedings (Claim No. 03-129) in this case.

Dated:

BY THE COURT

_____
CHRISTINE M. ARGUELLO
United States District Judge