**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

---

**ORDER AUTHORIZING RELEASE OF DOCUMENTS
FOR USE IN OTHER PROCEEDINGS**

---

Upon consideration of Plaintiff Class Member Jill Coit's Unopposed Motion for Authorization for Release of Documents Pertinent to Other Proceedings (Doc. # 5491), the Court GRANTS the Motion.

The Clerk of the Court is authorized and directed to release to Edward T. Ramey, Jill Coit's counsel in Civil Action No. 12-cv-00609-WYD-MJW, copies of all requested exhibits submitted by Ms. Coit in connection with Special Master proceedings (Claim No. 03-129) in this case.

DATED:  October __30__, 2014

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge