# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 7, 2014

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

Re:  Wayne Brunsilius
v. John Hickenlooper, Governor of Colorado, et al.
No. 14-7017
(Your No. 13-1430)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 3, 2014 and placed on the docket November 7, 2014 as No. 14-7017.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst