## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER*, et al.,*

Defendants.

_____

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
_____

Jennifer W. Bezoza, as co-counsel for Plaintiffs, pursuant to D.C.COLO.LAttyR 5, hereby moves this Court for an Order allowing her to withdraw as counsel of record.  As grounds, counsel states as follows:

Pursuant to D.C. COLO.LCivR 7.1(A), undersigned counsel conferred with Defendants' counsel Jacquelynn Rich Fredericks and James Quinn.

1.      Jennifer W. Bezoza will be leaving the law firm of King & Greisen, LLP and the State of Colorado.  Her last day of employment is December 4, 2014.

2.      Plaintiffs will continue to be represented by Paula Greisen of the law firm of King & Greisen, LLP, Edward T. Ramey of the firm of Heizer Paul Grueskin, LLP, Lara Baker of the law firm of Foster Graham Milstein & Calisher, LLP, and Blaine D. Myhre.

WHEREFORE, Jennifer W. Bezoza respectfully requests that this Court grant her Motion to Withdraw as Counsel.

RESPECTFULLY SUBMITTED this 5th day of December, 2014.


*s/ Jennifer W. Bezoza*
Jennifer W. Bezoza
Paula Greisen
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
bezoza@kinggreisen.com
greisen@kinggreisen.com

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lbaker@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2014, the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
(303) 866-3261
Fax: (303) 866-5443
james.quinn@state.co.us
jacquelynn.richfredericks@state.co.us

*Attorneys for Defendants*

*s/ Laurie A. Mool*