IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS
TO "EXHIBIT 1" TO PLAINTIFFS' CLASS COUNSELS' MOTION FOR SIXTY DAY
EXTENSION OF MONITORING PERIOD**

Plaintiffs' Class Counsel respectfully requests the Court to enter an order restricting access to Exhibit 1 to Plaintiffs' Class Counsels' Motion for Sixty Day Extension of Monitoring Period. This Motion is submitted pursuant to D.C.COLO.LCivR 7.2(c).

**Certification Pursuant to D.C.COLO.LCivR 7.1(a)**

Edward Ramey, one of Plaintiffs' Class Counsel, states that he conferred with First Assistant Attorney General James X. Quinn, counsel for Defendants, on December 22, 2014. Mr. Quinn advises that the Defendants, while opposing Plaintiffs' Motion for Extension, do not oppose the within Motion to Restrict Public Access to Exhibit 1 attached to that motion.

1.    The document for which restriction is sought is a single exhibit – Exhibit 1 to Plaintiffs' Class Counsels' Motion for Sixty Day Extension of Monitoring Period.

2.      The subject exhibit is a personal declaration submitted by a member of Plaintiffs' Class Counsels' legal team. The declaration contains exclusively personal and sensitive healthcare information pertaining specifically to the declarant, an attorney and nonparty to these proceedings. The information is pertinent only to the declarant's temporary inability to participate in the Monitoring Period activities in this case, as recited in paragraph 3(a) of Plaintiffs' Class Counsels' Motion, and as previously addressed in a Chambers conference on July 9, 2014, with Plaintiffs' and Defendants' counsel and the Court. There is nothing in the declaration that bears upon the merits of these proceedings, the claims or defenses of any party, the substantive issues to be addressed in this case, or any other matter addressed by the current Motion. *Cf., Peru v. T-Mobile USA, Inc.*, 897 F.Supp.2d 1078, 1083 (D. Colo. 2012) (restricting access to documents "that address Ms. Peru's medical condition with a degree of particularity that elevates the potential injuries she would suffer were they to be publicly disclosed," and noting that "where the Court is not considering the substantive merits of uncontested issues, the public's interest in access to those records is relatively small").

3.      If access to the subject exhibit is not restricted, the privacy rights of the declarant will be severely, needlessly, and irreparably damaged.

4.      The contents of the subject exhibit have been limited to precisely and exclusively the sensitive and private information for which protection is sought. Further, all of this information has been isolated in this single exhibit to avoid the need for redactions in the accompanying Motion itself.

5. The level of restriction sought is Level 2 – access to the filing party and the Court. Undersigned counsel certifies, however, that the subject exhibit has been provided this day to Defendants' counsel, First Assistant Attorney General James X. Quinn, by email to James.Quinn@state.co.us. As a wealth of other persons – primarily individual inmates, corrections officials, a variety of "interested parties," and a progression of attorneys no longer involved in the case – have appeared in this matter from time to time over its 22 ½ year history, a Level 2 restriction is the minimal level requisite to preserve the declarant's privacy interests.

Respectfully submitted December 23, 2014.

        s/_____
Edward T. Ramey
Heizer Paul LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 376-3712 telephone
(303) 595-4750 facsimile
eramey@hpfirm.com

Paula Greisen
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com

Lara E. Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Department of Law
James.quinn@state.co.us
Jacquelynn.fredericks@state.co.us
*Attorneys for Defendants*

I further certify that a true and correct copy of the referenced "Exhibit 1" was delivered to First Assistant Attorney General James X. Quinn by email to James.Quinn@state.co.us on this 23rd day of December, 2014.

            s/_____
            Edward T. Ramey