IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS TO "EXHIBIT 1" TO PLAINTIFFS' CLASS COUNSELS' MOTION FOR SIXTY DAY EXTENSION OF MONITORING PERIOD**

The Court, having reviewed Plaintiffs' Unopposed Motion to Restrict Public Access to "Exhibit 1" to Plaintiffs' Class Counsels' Motion for Sixty Day Extension of Monitoring Period, and finding good cause shown and the requirements of D.C.COLO.LCivR. 7.2 to have been met, GRANTS the Motion.

**It is ORDERED that Exhibit 1 to Plaintiffs' Class Counsels' Motion for Sixty Day Extension of Monitoring Period shall remain subject to a Level 2 restriction on access**.

Dated:

BY THE COURT

_____
CHRISTINE M. ARGUELLO
United States District Judge