# EXHIBIT 1
# DECLARATION
# (filed under Level 2 Restricted Access)