IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

## ORDER EXTENDING MONITORING PERIOD FOR SIXTY DAYS

Upon consideration of Plaintiffs' Class Counsels' Motion for Sixty Day Extension of Monitoring Period, noting Defendants' objections thereto, and finding good cause shown for the limited relief requested, the Court GRANTS the Motion.

The Monitoring Period shall be extended through April 1, 2015.

Dated:

BY THE COURT

_____
CHRISTINE M. ARGUELLO
United States District Judge