# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

January 12, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO 80257

Re: Wayne Brunsilius
v. John Hickenlooper, Governor of Colorado, et al.
No. 14-7017
(Your No. 13-1430)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk