UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EXHIBIT 1

Civil Action No. 92-cv-870-EWN

**JESSE MONTEZ, et al.,**

**Plaintiffs,**

**v.**

**BILL OWENS, et al.,**

**Defendants.**

_____

**REPORTER'S TRANSCRIPT
(Compliance Hearing)**
_____

   Proceedings before the HONORABLE JOHN L. KANE, Senior Judge, United States District Court, for the District of Colorado, commencing at 9:10 a.m. on the 25th day of March, 2007, Alfred A. Arraj United States Courthouse, Denver, Colorado.


**A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
PAULA D. GREISEN and JENNIFER W. RIDDLE, King & Greisen, LLP, 1670 York St., Denver, CO 80206
EDWARD T. RAMEY and LARA E. MARKS, Isaacson, Rosenbaum, P.C., 633 17th St., Suite 2200, Denver, CO 80202

**FOR THE DEFENDANT:**
ELIZABETH H. MCCANN, JESS A. DANCE, and JAMES X. QUINN, Colorado Attorney General's Office, 1525 Sherman St., 5th Floor, Denver, CO 80203

1      probably to the joint budget committee of the state

2      legislature, why they just cost the State of Colorado 10-

3      or $20,000 for failure to perform.

4             But it is not going to be a $5 sanction, it is

5      going to be severe.  That is the only way we can maintain

6      any kind of order is this way.  And if a special master

7      says something that a medical person thinks is medically

8      unsound, they don't have the choice to contradict it.

9      They have the choice to have the state file an objection

10     and have it heard on the merits.  They do not have the

11     authority, under any circumstance, to ignore that kind of

12     ruling.  And I want that to be very, very clear.

13            I'm not, by any means, a physician.  But I can

14     listen to physicians testify, and I can make findings of

15     fact on that basis.  And that is something that the legal

16     system absolutely requires.  If Ms. Holst says that

17     something is covered, it is covered.  They can take up the

18     disputes all they want.  But if she says it is covered, it

19     is covered, period.  No overruling of her except by her

20     superior, but no other department can do that.

21            I'm going to be perhaps imperious, I hope not, but

22     I just want you to know that that is what is going to

23     happen.  In a way, there is a -- it has been said here

24     that there is a lack of priority to this remedial plan,

25     and there can't be.  I think that the officials and the

1   defendants have visited every institution, and they put
2   this up on the front burner, and that is essential, and
3   I'm very glad that that's the case.  It has to, in a way,
4   filter down and around to other people.  But agency
5   department heads have to comply.
6          The next thing is the same thing.  I mean -- this
7   is with particular reference, I have already talked about
8   it, and I won't go further; the ignoring of disability
9   rulings by the special master cannot be gained.  That is
10  just prohibited.
11         As to diabetics, the decision as to whether
12  somebody with diabetes is disabled or not is not a medical
13  determination.  Ms. Holst determines, and that is because
14  it does come in most instances where she is going to say
15  that it comes within the Americans with Disabilities Act.
16  If there is impairment, there is a failure to provide
17  medication to keep the impairment from happening, that is
18  not purely a medical problem.
19         Now, the standard of what is a medical necessity is
20  not determined by any sort of national standards.  It is
21  determined by the law under the Americans with
22  Disabilities Act.  And the final analysis is the
23  determination of the special master, subject to review.
24         The next thing is, the plaintiffs are correct, with
25  regard to the PHP, the provider does not have a veto power

```
 1    We'll be in recess.
 2            (Proceedings conclude at 3:11 p.m.)
 3
 4              R E P O R T E R ' S   C E R T I F I C A T E
 5
 6            I, Darlene M. Martinez, Official Certified
 7    shorthand Reporter for the United States District Court,
 8    District of Colorado, do hereby certify that the foregoing
 9    is a true and accurate transcript of the proceedings had
10    as taken stenographically by me at the time and place
11    aforementioned.
12
13            Dated this 21st day of April, 2008.
14
15            _____
16            s/Darlene M. Martinez
17            RMR, CRR
18
19
20
21
22
23
24
25
```

DARLENE M. MARTINEZ, RMR, CRR
United States District Court
For the District of Colorado