| ADMINISTRATIVE REGULATION | REGULATION NUMBER | PAGE NUMBER |
|---|---|---|
| | 750-04 | 1 OF 10 |
| | CHAPTER: Offender Legal Services | |
| COLORADO DEPARTMENT OF CORRECTIONS | SUBJECT: Americans with Disabilities Act-Offender Request for Accommodation | |
| RELATED STANDARDS:  ACA Standards 4-4142, 4-4144, 4-4143, 4-4277, 4-4429, 4-4429-1 | EFFECTIVE DATE: December 15, 2014 | |
| | SUPERSESSION:  10/15/2013 | |
| OPR: OLS | REVIEW MONTH: September | Rick Raemisch Executive Director |

I. POLICY

It is the policy of the Colorado Department of Corrections (DOC) to prohibit discrimination on the basis of disability and to provide offenders with disabilities, with or without reasonable accommodation, equal access to programs, services, and activities consistent with legitimate penological interests *[4-4429][4-4277]*.

II. PURPOSE

The purpose of this administrative regulation (AR) is to establish procedures to ensure offenders with disabilities requiring accessible housing are placed accordingly *[4-4142]*; to provide the process for offenders to request accommodation *[4-4429]*; and to establish the role of the ADA Coordinator for offenders *[4-4429-1]*.

III. DEFINITIONS

A. ADA Coordinator: DOC employee(s) responsible to coordinate efforts to comply with and carry out responsibilities under the Americans with Disabilities Act (ADA), including investigation of complaints alleging noncompliance. An ADA Coordinator is available for employees, contract workers, volunteers, and applicants in the Office of Human Resources. ADA coordinators are available for offenders and visitors on-site at each facility, Parole Headquarters, and in the Office of Legal Services.

B. ADA Inmate Coordinator (AIC): DOC employee(s) assigned to coordinate efforts to comply with and carry out responsibilities under the ADA with regard to offenders.

C. Accessible Facility: A DOC facility considered accessible (without physical plant barriers) to those with physical limitations.

D. Americans with Disabilities Act (ADA): A federal civil rights law establishing a clear and comprehensive prohibition of discrimination on the basis of disability.

E. Assistive Device: A tool that enables or assists a person with a disability to complete a task, accomplish a daily living activity, or communicate with others. Such devices may include, but are not limited to: auxiliary aides; adaptive, rehabilitative, or ergonomic equipment; assistive technology; or adaptive clothing.

EXHIBIT 2

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

F. **Chief Medical Officer (CMO):** A designated physician licensed by the state of Colorado as a medical doctor who is responsible for monitoring and directing the total process by which health care services are provided to offenders.

G. **Disability:** A physical or mental impairment that substantially limits one or more of the major life activities of an individual, a record of such impairment, or being regarded as having such an impairment.

H. **Major Life Activities:** Those activities that are of central importance to daily life, to include, but are not limited to: caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, breathing, learning, reading, concentrating, thinking, communicating, and working. This includes, but is not limited to major bodily functions: functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions.

I. **Offender Accommodations Report:** A document reflecting the summary of an offender's approved accommodations and whether active or inactive. Inactive accommodations have an end date or have been refused if "yes" appears under "refused."

J. **Request Approved/Denied Report (Request Report):** A document containing offender requests for accommodation and the disposition of each request.

K. **Reasonable Accommodation:**

Under ADA Title I-A reasonable modification or adjustment which enables qualified employee, contract workers or volunteers with disabilities to access the job application process, to perform the essential functions of a position, or to enjoy equal benefits and privileges of employment as enjoyed by those similarly situated.

Under ADA Title II- In order to avoid discrimination on the basis of disability, any reasonable structural or procedural modification or adjustment to policies, practices, and procedures; the removal of architectural, communication, or transportation barriers; or provision for auxiliary aids, equipment, or services, to ensure qualified individuals with disabilities have equal access to DOC services, programs, and activities.

IV. **PROCEDURES**

A. This Administrative Regulation governs procedures for offenders with disabilities and compliance with the ADA, a federal civil rights/non-discrimination law. Other individuals with disabilities may refer to the following:

1. DOC employees, contract workers, or applicants may refer to AR 1450-35, *DOC Employees/Applicants with Disability* managed by the Office of Human Resources ADA coordinator.

2. Visitors with disabilities may refer to AR 100-42, *Americans with Disabilities Act-Public Access* managed by Legal Services Visitor ADA Coordinator

B. ADA Coordinators in Legal Services are designated to carry out the DOC's responsibilities under the ADA with regard to offenders. Each facility and parole headquarters shall designate a staff member, to serve as the on-site "Facility/Office ADA Coordinator," to assist Legal Services with ADA compliance, including investigation and resolution of requests for accommodation, implementation of reasonable accommodation, responding to ADA grievances, and to ensure offenders with disabilities are housed accordingly.

C. **Requesting ADA Accommodation**

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

1. Any offender may request an accommodation at any time while under the supervision of DOC, including while on parole or at community corrections, to ensure equal access to programs, services, and activities they are otherwise qualified to benefit from or participate in.

2. Programs, services, and activities include, but are not limited to, the following: academic and vocational education; work programs/work release programs; recreation, exercise, and activities; mail, telephone, and visiting; library; religious programs; reception and orientation; transportation services; classification; food service; sanitation and hygiene; health care; release; discipline, grievance procedures; and due process proceedings; safety and emergency procedures; access to media, courts, counsel, and law library; canteen; volunteer programs; psychological and psychiatric services; and mandates of parole. *[4-4429]*

3. To request accommodation, offenders should complete and submit the "Offender Request for Accommodation" (Attachment A).

    a. The Offender Request for Accommodation form can be obtained upon request from any DOC or contract employee with access to DOCNET.

    b. Offenders may request assistance from their case manager to complete the form. The offender is allowed to attach supporting information, if necessary.

    c. The completed form should be sent directly to ADA Coordinator(s) in Legal Services or scanned and emailed to aic_doc@state.co.us.

4. On the "Request for Accommodation" form, the offender must specify his/her alleged substantial limitation and request a specific accommodation or modification. *The accommodation or modification requested must be related to the limitation.* By signing the request form, the offender is agreeing to cooperate with the entire process and is consenting to an investigation by the assigned ADA coordinator(s) which may include review of related protected health information.

5. ADA coordinators are not health care providers and cannot order medical treatment, pain medication, surgical procedures, medical and housing restrictions or health care appliances. Requests for these items will be denied. Clinical Services is responsible for all aspects of health care, pursuant to the administrative regulations 700 series, *Offender Health Services* and clinical standards.

6. Any DOC, private prison, or contract employee who becomes aware of an offender's need for accommodation/modification, accessible housing, or denial of access due to disability should offer the offender the request form and if necessary, consult Legal Services ADA Coordinator(s).

7. ADA Coordinator(s) reserve the right to review an offender's related protected medical information, consult with Clinical Services, and request medical assessments in accordance with clinical policies and standards, for purposes of placement determinations and compliance with the ADA.

D. ADA Accommodation Determinations

1. All requests are reviewed on a case-by-case basis under a reasonableness standard as required by the ADA. The Legal Services ADA Coordinator(s) will investigate the request prior to making a determination. ADA Coordinators may request a clinical assessment and schedule a meeting or phone conference with the offender and any involved staff in order to facilitate the interactive accommodation process.

2. Additional information may be required from the offender before a determination on the request may be made. Offenders are responsible for providing the requested additional information to the ADA Coordinator as soon as

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

possible. Failure to provide the requested information in a timely fashion may result in denial of accommodation requested.

3. The accommodation may be approved, denied, or denied with approval of a reasonable alternative. In all accommodation determinations, public safety and the health, safety, and welfare of all those involved remains the overriding consideration.

4. Reasonable accommodation may include, but is not limited to: assistance from an offender care aide (OCA) I or II due to limitations performing basic life functions *[4-4143]*; authorization to wear special medical footwear at all times and in areas offenders are otherwise permitted; re-assignment of job duties to accommodate medical restrictions.

5. Refer to AR 700-02, *Medical Scope of Service* and AR 850-03, *Offender Assignment and Pay*, for more information regarding offender care aides. Contact Clinical Services regarding OCA training.

6. All denied requests must include one or more of the following justifications for the denial:

   a. **Undue financial or administrative burden**: i.e. budgetary constraints or creation of an organizational or staff obligation which cannot be reasonably accomplished;

   b. **Fundamental alteration to the purpose of the service, program, or activity**: i.e. modifications to work assignments which result in operational disruptions; elimination of program requirements directly correlated to the purpose and efficacy of the program;

   c. **Direct threat of significant or substantial harm** to the offender or others, or to public safety, that cannot be reduced or eliminated: i.e. modification or elimination of safety and security practices developed for legitimate penological interests.

   d. **Not accommodation**: i.e. does not meet the definition of disability accommodation/modification, lacks correlation with an underlying substantial limitation;

   e. **Medical Issue**: Request is for or about medical care and treatment, such as prescription medications, health care appliances or medical and housing restrictions; and

   f. **Unreasonable**: i.e. records/investigation does not support a substantial limitation or disability access issue, a reasonable, equally effective alternative is available.

7. Regardless of the request for accommodation outcome, ADA Coordinator(s) may take the necessary steps to resolve any legitimate allegations of disability discrimination to ensure compliance with the ADA, including but not limited to: *policy and practice adjustments, overturning punitive actions against an offender due to disability, resolving criteria which tends to screen out offenders with disabilities, and initiating offender movement to accessible housing in accordance with classification regardless of disability.*

8. Offenders will receive a written response to all requests entitled the "Request Report," which is emailed to Facility/Office ADA Coordinators and case management for distribution and implementation. Facility/Office ADA Coordinators are responsible to ensure all approved accommodations are implemented.

9. To view approved accommodations electronically, staff may refer to the wheelchair icon on the individual's Offender Portal profile. For comprehensive reporting of offender accommodations, staff may utilize the *Offender Portal, Reports, Legal, Accommodations Tracking*.

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act - Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

10. Offenders may express their desire to refuse an approved accommodation, including but not limited to, a modification or exception to policy, an assistive device, or accessible housing, by completing the "Offender Refusal of Accommodation" (Attachment C) and forwarding it to the Office/Facility ADA Coordinator or Legal Services ADA Coordinator(s).

    a. Legal Services ADA Coordinator(s), in consultation with the Chief Medical Officer (CMO) or designee, will review the implications of discontinuation. If honoring the refusal would result in a violation of the ADA or is contrary to the health, safety, and welfare of the offender or others, Legal Services ADA Coordinator(s) and/or CMO or designee reserve the right to reject the offender's refusal.

    b. When a refusal is honored, discontinuation will be communicated to staff and divisions who need to know and records updated. When applicable, an updated "Offender Accommodations" report reflecting the refusal and "end date" should be sent to the offender. In the case of a property item, disposition of the item should be made in accordance with Administrative Regulation 850-06, *Offender Property*.

    c. In order for a refused accommodation to be reinstated, the offender must submit a new "Request for Accommodation" (Attachment A).

11. Refer to AR 850-03, *Offender Assignment and Pay* for the assignment accommodation process.

E. Offender Initial Intake & Clinical Assessments

1. Upon intake to the Denver Complex, all new arrival offenders receive an initial intake medical assessment performed by a DOC health care provider which includes screening for limitations. Refer to AR 700-07, *Offender Health Examinations* and relevant clinical standards for more information.

2. Refer to Administrative Regulation 700-34, *Health Care Appliances*, and related clinical standards for information regarding ordering, issuance, and the management of all offender health care appliances.

3. All new arrivals will be provided an opportunity to complete a "Request for Accommodation" (Attachment A) and "Request for ADA Litigation Class Member Status" (Attachment B).

4. Clinical Services will notify Legal Services ADA Coordinator(s) as soon as possible if a new arrival is:

    a. Ordered housing or medical restrictions for a temporary or permanent physical limitation;

    b. Provided, ordered or permitted to maintain a health care appliance; or

    c. Is an individual with an obvious physical disability.

5. Upon notification and regardless if an offender self-identifies or makes a request, ADA Coordinator(s) will review the offender's limitations, investigate potential barriers and reasonable accommodations. Accommodations, such as alternative formats or communication services of orientation materials, will be arranged and provided as timely as possible.

6. Offender and Legal Services ADA Coordinator(s) will coordinate to ensure appropriate placement of offenders with disabilities.

7. If an offender arrives at intake with an assistive device, such as a specialty watch utilized to accommodate a disability, colored overlay, or magnifier, he or she should be permitted to possess the device barring an imminent

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act - Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

safety or security issue. Legal Services ADA Coordinator(s) should be notified as soon as possible for review and final disposition.

8. Any offender who does not have an obvious disability or does not request accommodation upon initial intake may submit a completed "Request for Accommodation" (Attachment A) and "Offender Request for ADA Litigation Class Member Status" (Attachment B) at any time.

F. Housing

1. When an offender has accessibility-related housing restrictions, i.e. designated facility, wheelchair accessible cell, no stairs, Offender Services consults Legal Services' ADA Coordinator(s) regarding placement options otherwise consistent with the offender's classification. An offender may not be placed at a higher custody level facility due to lack of accessible housing or accommodation at his or her custody level. Prior to movement, Offender Services and facility staff communicate regarding the availability of accessible beds within the facility, i.e. wheelchair accessible, lower bunk, lower tier.

2. All offenders with *disabilities shall be housed in a manner which provides for their safety and security and integration with other offenders*. Those who require accessible housing, i.e. sleep areas, toilets, dayrooms, and other common areas *designed for their use*, shall be housed accordingly and placed in facilities where *programs and services are accessible*, which may include but are not limited to: exercise and recreation areas; visiting rooms; classrooms; dining rooms; canteen and telephone facilities; library, reception, and classification areas; chapel; and other administrative areas.*[4-4142]* Offenders with disabilities are to be provided *education, equipment, and facilities, and the support necessary to perform self-care and personal hygiene in a reasonably private environment. [4-4144]*.

3. Clinical Services is responsible to ensure accurate offender housing restrictions and to report new orders for accessibility-related housing restrictions to the Facility/Office ADA Coordinator or Legal Services' ADA Coordinator(s) to ensure implementation or initiation of movement when indicated.

4. Prior to internal offender movement (bunk, cell, tier, pod, unit), staff should review housing restrictions and accommodations, and when indicated, consult the Facility/Office ADA Coordinator to ensure continuity of accessible housing and accommodation. In the event continuity is not possible, contact Legal Services ADA Coordinator(s).

5. Inaccessible housing should only be utilized temporarily and as a last resort in the event of an emergency or imminent safety or security concern. Legal Services ADA Coordinator(s) should be notified as soon as possible.

6. Offenders with disabilities may not be placed at a facility that does not offer the same programs as the facilities where they would otherwise be housed if it were not for the disability.

7. Offender with disabilities may be deprived visitation with family members by placing them at distant facilities they would not otherwise be housed in if it were not for the disability.

8. Offenders with disabilities may not be housed in an infirmary or medical unit unless they are actually receiving medical care or treatment. When an offender with a disability is housed in an infirmary or medical unit for an extended period of time, the offender may not be denied access to comparable programs, services, or activities they are otherwise qualified to participate in or benefit from which are available at facilities where they would otherwise be housed. Access may be provided via video transmission, individualized programming or other alternative formats. If an offender is not physically or mentally fit to participate in required programming, he or she may not be penalized.

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

### G. Effective Communication & Assistive Devices

1. Staff ensure DOC materials and communications, e.g., printed and audio, are available in an accessible format to offenders with vision, hearing, and other communication disabilities.

2. Legal Services arranges all sign language interpretation for offenders who use sign language as their primary means of communication. For more information, including situations when an interpreter is required refer to AR 100-19, *Communication with Offenders*. Legal Services does not manage foreign language interpretation services.

3. Facilities may adopt and maintain procedures to ensure public address announcements and/or facility postings are effectively communicated to offenders with hearing and vision disabilities, including but not limited to: *regular daily events, i.e. movement, chow, count, and irregular events, i.e. offender appointments, emergency or lock-down announcements*. Otherwise, individualized communication accommodations, such as assignment of an OCA-messenger and written notes/schedules, can be implemented.

4. Offenders with a hearing or speech disability or who wish to speak with an approved outside party who uses TTY may request access to a TTY phone. When reasonable, access to either a portable TTY unit or TTY kiosk will be provided in accordance with AR 850-12, *Telephone Regulations for Offenders*.

5. Accessible library materials, auxiliary aids and assistive devices may be available on a check-out basis from facility libraries. See AR 500-02, *Library Services* or contact the facility librarian for more information about library resources and the Colorado Talking Book Library Program.

6. Legal Services provides opportunities for offenders with disabilities to purchase or have access to reasonable assistive devices. Assistive devices include but are not limited to: *specialty watches, magnifying devices, and back packs*. Photographs of approved assistive devices are available to staff at DOCNET-Legal Services "ADA Assistive Devices" webpage.

7. Requests to purchase assistive devices will be reviewed on a case-by-case basis with approval dependent upon confirmation of limitation, security concerns, and the availability of equally effective accommodation, such as an offender care aide.

8. If an assistive device is not available on loan or through canteen services, Legal Services may be an approved source of supply. Upon approval from a Legal Services ADA Coordinator, the offender may submit a "miscellaneous withdrawal ticket" (DC Form 200-02C) authorizing Legal Services to deduct their inmate banking account for the cost of the assistive device.

9. Only in cases where the device is utilized to accommodate a disability, Legal Services ADA Coordinator(s) have the discretion to authorize the sale from canteen or purchase through Legal Services, for indigent offenders or those with insufficient inmate funds, in exception to Administrative Regulations 200-02, *Offender Debt Collection (Inmate Banking)* and 200-11, *Canteen*.

10. In the case of offender purchased, personal property assistive devices the offender's identifying information should be added and the device managed and accounted for in accordance with Administrative Regulation 850-06, *Offender Property*.

11. If an offender returns to DOC custody without their previously approved assistive device, he or she may have it sent into the Facility/Office ADA Coordinator for inspection and re-issuance.

### H. Transport

| CHAPTER | SUBJECT | AR # | Page 8 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

1. See Administrative Regulation 300-37RD, *Offender Transportation* for disability related transport protocols.

2. Wheelchair accessible transportation is available and utilized when indicated. Consult Clinical Services if it is not clear whether or not an offender requires transport in a wheelchair accessible vehicle.

3. In preparation for transport in accordance with AR 300-37RD, offender's medical and housing restrictions, property, and accommodations should be reviewed by staff in the Offender Portal.

4. For security reasons and due to the nature of transport of all offenders, assistive devices should not remain in the offender's personal possession during transport.

5. If the transport is for the purposes of a temporary move, dependent upon the nature and duration of the stay, assistive devices *may or may not* be packed and transported with the offender. Contact Legal Services ADA Coordinator(s) to determine if assistive device(s) are required at the temporary location. In case the device is not transported, the offender's permanent facility is responsible for storage.

I. Notice of Rights & Orientation

1. The Offender Notice Under the ADA (Attachment "D"), shall be provided at the following locations:

    a. Denver Reception & Diagnostic Center (DRDC) and YOS intake;

    b. Facility general libraries (with the open assignment roster and/or assignment descriptions); and

    c. Facility orientation packets.

2. In consultation with the Facility/Office ADA Coordinator and Legal Services' ADA Coordinator(s), Reception & Diagnostic and facility intake staff are responsible to ensure all orientation materials, e.g., printed and audio, are available in an accessible format when indicated. This may include but is not limited to, *additional time to review, magnification, closed captioning, and reading materials aloud to the offender*. Sign language interpretation of printed and audio information should be coordinated with Legal Services as timely as possible. Orientation may be briefly delayed, extended or repeated if necessary to ensure effective communication

3. Administrative Regulation 850-07, "Facility Offender Orientation Verification Form" (Attachment "A") includes a section to document the need for alternative, accessible formats.

J. Emergency Evacuation

1. Each facility shall ensure the safe and effective evacuation of offenders and shall develop evacuation procedures specific to the facility in order to address the needs of offenders with disabilities. Specific instructions regarding evacuation procedures for offenders with disabilities are contained in Administrative Regulation 300-15, *Fire Safety*.

K. Disability Training

1. Legal Services ADA coordinator(s) positions receive specialized training in the ADA.

2. All newly hired DOC and contract employees complete ADA training. All DOC and contract employees complete annual refresher ADA training.

L. Dispute Resolution

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

1. The ADA is not available for claims of substandard medical treatment. Any disputes about the scope and quality of medical care cannot be resolved by ADA Coordinators or through the ADA grievance process outlined in Administrative Regulation 850-04, *Grievance Procedure*.

2. If allegations of disability discrimination or ADA related complaints cannot be resolved informally, offenders may file an ADA grievance. The subject matter of an ADA grievance may include but is not limited to:

    a. Exclusion from participation in, or denial of benefits of DOC services, programs or activities based upon disability;

    b. Inaccessible housing/physical plant barriers;

    c. Inappropriate classification/custody level and placement based upon disability; and

    d. Appeal of request for accommodation determination.

3. ADA grievances are responded to by, or in consultation with, ADA Coordinator(s) with specialized training.

4. Offenders have the right to correspond with and receive a response from an ADA Coordinator regarding concerns of disability discrimination or any ADA related matter.

M. ADA Records

1. Legal Services will maintain the CDOC ADA self-evaluation and transition plan.

2. Offenders may request copies of personal ADA records in writing. If the offender is detained in a DOC facility, the offender must provide a miscellaneous withdrawal ticket authorizing Legal Services to withdraw copy fees from the offender's inmate banking account.

3. Fees, costs, and other copy information are contained in Administrative Regulations 950-05, *Access, Review, Dissemination, and Fees*, 950-02, *Health Records/Confidentiality/Access* and 1350-04, *Records Requests Pursuant to Colorado Open Records Act and Criminal Justice Records Act*.

V. RESPONSIBILITY

A. The associate director of the Office of Legal Services has the final authority on determination and enforcement of the ADA within the CDOC as it pertains to offenders and prison operations and reports directly to the executive director or designee on such matters. The associate director of the Office of Legal Services may delegate ADA authority but remains primarily responsible for ADA compliance with regard to CDOC offenders and visitors.

B. It is the responsibility of the administrative head to ensure that this administrative regulation is strictly enforced.

C. It is the responsibility of all DOC employees, contract workers, and volunteers to adhere to this AR and ensure the equitable treatment of offenders with disabilities.

D. It is the responsibility of all offenders to read and understand the limits of this Administrative Regulation.

VI. AUTHORITY

| CHAPTER | SUBJECT | AR # | Page 10 |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act – Offender Request for Accommodation | 750-04 | EFFECTIVE 12/15/14 |

A. 28 C.F.R. § 35 et seq.
B. Americans with Disabilities Act of 1990, as amended (42 U.S.C. §§ 12131-12134).
C. C.R.S. 24-34-801 et seq.

VII. <u>HISTORY</u>

October 15, 2013
January 1, 2012
December 15, 2010
November 1, 2009
November 1, 2008
November 1, 2007

ATTACHMENTS:
 A. AR Form 750-04A, Offender Request for Accommodation
 B. AR Form 750-04B, Offender Request for ADA Litigation Class Member Status
 C. AR Form 750-04C, Offender Refusal of Accommodation
 D. AR Form 750-04D, Offender Notice Under the Americans with Disabilities Act
 E. AR Form 100-01A, Administrative Regulation Implementation/Adjustments

AR 750-04A (12/01/14)

COLORADO DEPARTMENT OF CORRECTIONS
# OFFENDER REQUEST FOR ACCOMMODATION

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

| I. OFFENDER INFORMATION: *(Please print)* ||
|---|---|
| NAME: | FACILITY: |
| DOC#: | DATE: |
| Name & Title of person completing form (if not named offender): ||

*By signing this form voluntarily and without coercion or under duress, I authorize CDOC ADA Coordinator(s) to request, review and/or discuss any related*

**II. ACCOMMODATION REQUESTED:** *Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, to ensure equal access. (e.g. magnifier, exception to policy, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*
*Do not leave this section blank.*

**III. SUBSTANTIAL LIMITATION:** *Mark only limitations RELEVANT to the above request Not an exhaustive list. Examples in parenthesis.*

| CARING FOR ONESELF | | BREATHING (Asthma) | | BOWEL | |
|---|---|---|---|---|---|
| PERFORMING MANUAL TASKS | | LEARNING (Dyslexia) | | BLADDER | |
| SEEING | | READING | | NEUROLOGICAL (Seizures) | |
| HEARING | | CONCENTRATING | | BRAIN (Intellectual disability, Brain injury) | |
| EATING | | THINKING (Dementia) | | RESPIRATORY (COPD) | |
| SLEEPING | | COMMUNICATING | | CIRCULATORY (Heart) | |
| WALKING | | WRITING | | ENDOCRINE (Diabetes, Hepatitis) | |
| STANDING | | WORKING | | BRAIN (mental health) | |
| LIFTING | | IMMUNE SYSTEM (HIV/AIDS, Allergies) | | SITTING | |
| BENDING | | CELL GROWTH (Cancer) | | CLIMBING | |
| SPEAKING | | DIGESTIVE | | NOT LISTED: | |

*protected health medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims/requests. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

_____    Date _____
Offender Signature

*Return completed form to: aic_doc@state.co.us or CDOC Legal Services ADA Coordinator, 2862 S. Circle Drive, Colorado Springs, CO 80906*
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

Attachment "A"
Page 1 of 1

AR 750-04B (10/15/13)

## OFFENDER REQUEST FOR ADA LITIGATION CLASS MEMBER STATUS

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

| I. OFFENDER INFORMATION: *(Please print)* ||
|---|---|
| NAME: | FACILITY: |
| DOC#: | DATE: |
| Name & Title of person completing form (if not named offender): ||

| II. CLASS MEMBER CATEGORY: |
|---|
| Mobility (lower extremity only) ☐    Hearing ☐    Vision ☐    Diabetes ☐ |

**III. BENEFITS REQUESTED:** List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation. If in possession of a health care appliance, note if in need of repair or replacement. Use 750-04 Form A to request ADA Accommodation

_____
_____
_____
_____
_____
_____
_____

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize CDOC ADA Coordinator(s) to request, review and/or discuss any related protected health medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims/requests. Results of the screening and any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

Offender Signature                                                                                      Date

*Return completed form to: nic_doc@state.co.us or CDOC Legal Services ADA Coordinator, 2862 S. Circle Drive, Colorado Springs, CO 80906*
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

Attachment "B"
Page 1 of 1

AR Form 750-04C (10/15/13)

## COLORADO DEPARTMENT OF CORRECTIONS
## OFFENDER REFUSAL OF ADA ACCOMMODATION

I, _____, DOC # _____.
      Offender Printed Name

am refusing the following accommodation(s): _____

_____

_____

By signing this refusal, I am refusing the specific accommodation (*any reasonable structural or procedural modification or adjustment to policies, practices, and procedures; the removal of architectural, communication, or transportation barriers; or provision for auxiliary aids, equipment, or services*) which has been granted, authorized, or implemented by the CDOC.

I have read and understand the accommodation refusal section of Administrative Regulation 750-04.

I refuse knowingly and voluntarily. I was not advised or coerced by any CDOC or contract employee to refuse/reject this accommodation.

I understand that refusing may be against my best interests and that the Legal Services ADA Coordinator(s), in consultation with the Chief Medical Officer (CMO) or designee, reserve the right to reject this refusal.

I am not refusing any accommodation other than that listed above and I remain entitled to the remaining approved accommodation(s).

Should I decide that I require the accommodation above at a later date, I understand that I must submit a new "Request for Accommodation" (750-04 Form A) and fully cooperate in any re-evaluation, investigation, and medical assessment as deemed necessary.

By my signature, I certify that I fully understand and agree to the terms and conditions contained in this refusal.


_____   _____
Offender Signature                                        Date

Witness Printed Name & Title: _____

Witness Signature: _____

Facility: _____

Date & Time: _____


Attachment "C"
Page 1 of 1

AR Form 750-04D (10/15/13)



# OFFENDER NOTICE UNDER THE AMERICANS WITH DISABILITIES ACT

In accordance with the requirements of Title II of the Americans with Disabilities Act of 1990 ("ADA"), the **Colorado Department of Corrections** will not discriminate against qualified offenders with disabilities on the basis of disability in its programs, services, or activities.

*Requests for Accommodation:* The **Colorado Department of Corrections** provides a method for offenders to request accommodation in accordance with the ADA. **Administrative Regulation 750-04** governs the request process and is available to offenders through the facility general libraries and/or law libraries. The request form may be requested from any staff member with access to DOCNET.

*Offender Assignments:* The **Colorado Department of Corrections** does not discriminate on the basis of disability in its offender work program assignment practices and uses the regulations promulgated by the U.S. Equal Employment Opportunity Commission under Title I of the ADA as applicable to the department by Title II of ADA. **Administrative Regulation 850-03** outlines the offender assignment process.

*Effective Communication:* The **Colorado Department of Corrections** will, upon request, provide appropriate aids and services for effective communication to qualified offenders with disabilities so they can participate equally in **Colorado Department of Corrections** programs, services, and activities, including qualified sign language interpreters, access to TTY, large print, and other ways of making information and communications accessible to people who have speech, hearing, or vision impairments. **Administrative Regulation 100-19** governs communication practices with offenders.

*Modifications to Policies and Procedures:* The **Colorado Department of Corrections** will make all reasonable modifications to policies and programs to ensure that offenders with disabilities have an equal opportunity to access and participate in all of its programs, services, and activities.

Anyone who requires an auxiliary aid or service for effective communication, or a modification of policies or procedures to participate in a program, service, or activity of the **Colorado Department of Corrections** should contact the office of the ADA Inmate Coordinator (AIC), via inter-facility mail to Headquarters, as soon as possible but no later than one week before the scheduled event.

Complaints that a program, service, or activity of the **Colorado Department of Corrections** is not accessible should be filed as an ADA grievance and/or forwarded in writing to the ADA Inmate Coordinator (AIC), via inter-facility mail to Headquarters.

*Grievance Procedure:* The established **Colorado Department of Corrections** grievance procedure, **Administrative Regulation 850-04**, meets the requirements of the ADA. It may be used by any offender who wishes to file a compliant alleging discrimination on the basis of disability in provision of programs, services, or activities of the **Colorado Department of Corrections** and is available for offenders to view in the facility general library and/or law library.

Attachment "D"
Page 1 of 1

ADMINISTRATIVE REGULATION
IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Legal Services | Americans with Disabilities Act - Offender Request for Accommodation | 750-04 | 12/15/14 |

(FACILITY/WORK UNIT NAME) _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN   [ ] NOT APPLICABLE   [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT OF THE AR

(SIGNED) _____ (DATE) _____
Administrative Head

Attachment "E"
Page 1 of 1