## REQUEST APPROVED/DENIED REPORT

**Date :** 06/04/2013

**Offender :** ROBERTS, MICHAEL B

**DOC # :** 114262

**RFA # :** 2963

EXHIBIT 3

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Vibrating watch | DENY | Unreasonable | |
| You were previously issued a vb watch (V16R) on 1/30/13.  If you no longer have this watch or require a replacement you may purchase from canteen. | | | |
| American Sign Language Interpretation | DENY | Unreasonable | |
| Available documentation indicates you do not know/use ASL as primary means of communication.  You are not assigned to GED.  Alternative accommodation may be authorized upon referral e.g. written instruction, front row seating.  May resubmit request. | | | |
| Auth. to purchase vb watch/lack of avail. funds on inmate acct | APPROVE | | |
| You are authorized to purchase vibrating watch, batteries or band replacements regardless of available funds. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**