# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)



EXHIBIT 4

John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

**MEMORANDUM**

TO:          Offender     DOC #
             Facility

FROM:      , AIC Designee
             Office of Legal Services, ADA Inmate Coordinator

RE:          Request for Vibrating Watch

DATE:

Vibrating watches, replacement watch bands and batteries are now available on Canteen for all offenders to purchase regardless of disability.   Due to the availability of this item on canteen, the AIC will no longer issue vibrating watches or replacement bands and batteries to hearing impaired offenders.

**Canteen Codes:**
9764-Vibrating Watch $33.00
9765-Vibrating Watch Battery $0.70
9766-Vibrating Watch Band $5.95

If you would like to purchase a vibrating watch, a replacement band or batteries due to a hearing impairment but do not have current funds available, you may submit an ADA request (750-04 Form A) for modification of DOC policy to the AIC Office.  You may be required to provide documentation of your impairment to the AIC in order to determine reasonableness of your request.  Upon verification the AIC will authorize you to debit the cost of the watch immediately instead of requiring available funds prior to purchase.   Your account will be run into the red until the watch is paid for in full.

According to the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of DOC services, programs or activities or be subjected to discrimination. For more information, see Administrative Regulation 750-04, *Americans with Disabilities Act-Offender Request for Accommodation.*