IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-JLK

EXHIBIT 5

JESSE MONTEZ, ET AL.,

    Plaintiffs,

vs.

BILL OWENS, ET AL.,

    Defendants.

---

**REPORTER'S TRANSCRIPT**
Court Trial - Volume XVII

---

    Proceedings before the HONORABLE JOHN L. KANE, JR., Judge, United States District Court for the District of Colorado, commencing at 9:09 a.m., on the 1st day of July, 2010, in Courtroom A802, United States Courthouse, Denver, Colorado.

TRACY WEIR, Official Reporter
901 19th Street, Room A258
Denver, Colorado, 80294
(303) 298-1207

Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

1    of information, pieces of information, that should be given to
2    the provider when these accommodation resolutions are made,
3    correct?  What the medical chart shows, what the inmate says,
4    and what staff says -- that's the kind of information a
5    provider is supposed to use, and your office is supposed to
6    use, in determining what accommodations to give, right?
7    A    Yes, that's correct.  All the information is supposed to be
8    used by both parties.  It's -- in the end, that's what our
9    office tries to review in using all those documents, and tries
10   to make sure that every one of those points were, in fact,
11   addressed.
12   Q    If you look on Bates 2439, he files a grievance asking, why
13   didn't I get my handrails in the shower or shower stool, right?
14   A    Yes.
15   Q    And the response from your office on 4-24-09 is his
16   grievance is denied, but he's going to be rescreened again.
17   A    Well, yes.  That would be our choice -- well, that would be
18   our way of handling the situation, is if the provider during
19   the screening, and/or the chief medical officer, did not
20   address the need for accommodation that the offender
21   identified, then we would have to send them back and have them
22   looked at.  Sometimes they had to go through another screening
23   to have it determined, or we could send them directly to the
24   CMO and simply ask her if she could make that determination
25   based off of the information that they already, had either in

1   the medical records or from the screening information.
2   Because, keeping in mind, these documents, such as the
3   ambulatory health record and that that you showed us, you know,
4   we don't get these until the screening is complete.
5   Q   Well, that may not be your office gets them, but the
6   doctors sure get them, right?  They have access to them?
7   A   Well, yes, that's true.
8   Q   If you look on the entry on 4-24-09, from his AIC
9   worksheet, it, in fact, says, "The grievance is denied.
10  Offender does not have a disability."
11  A   Okay.  There's, like, four entries for 4-29.
12  Q   I'm sorry.  It's 4-24-09.
13  A   Yes.
14  Q   So the next issue with Mr. Wiegand, that Ms. McCann talked
15  with you, is ultimately Mr. Wiegand got a vibrating watch,
16  right?
17  A   And that would be on entry what date?
18  Q   Do you recall testifying -- okay.  Let me point it out to
19  you.  If you look on June 16th, 2008, you'll see that
20  Mr. Wiegand requested a watch, a vibrating watch?
21  A   Yes.  Originally.  Okay.
22  Q   And on 4-16-09, ten months later, he again is requesting
23  that vibrating watch?
24  A   Yes.
25  Q   And so it appears that he got a vibrating watch, but over

| | | | |
|---|---|---|---|
| 1 | 660 | 2357 | 2358 |
| 2 | 673 | 2498 | 2499 |
| 3 | 677 | 2498 | 2499 |
| 4 | 678 | 2498 | 2499 |
| 5 | 679 | 2498 | 2499 |
| 6 | 680 | 2498 | 2499 |
| 7 | 681 | 2498 | 2499 |
| 8 | 682 | 2498 | 2499 |

9  DEFENDANTS' EXHIBITS

10 Exhibit    Offered   Received   Refused   Reserved   Withdrawn

11 I-3        2498      2499

12 K          2498      2499

13 **REPORTER'S CERTIFICATE**

14 I certify that the foregoing is a correct transcript from
15 the record of proceedings in the above-entitled matter.  Dated
16 at Denver, Colorado, this 3rd day of October, 2010.

17

18                                           *S/Tracy Weir*
                                              Tracy Weir
19

20

21

22

23

24

25