| ADMINISTRATIVE REGULATION | REGULATION NUMBER 700-02 | PAGE NUMBER 1 OF 10 |
|---|---|---|
| COLORADO DEPARTMENT OF CORRECTIONS | CHAPTER: Offender Health Services | |
| | SUBJECT: Medical Scope of Service | |
| RELATED STANDARDS: ACA Standards 2-CO-4E-01, 4-4143, 4-4144, 4-4344, 4-4346 through 4-4348, 4-4350 through 4-4352, 4-4359, 4-4361, 4-4375, 4-4376, 4-4390, 4-4393, 4-4394, 4-4397 through 4-4399, 4-4403, 4-4407, 4-4417 through 4-4419 | EFFECTIVE DATE: March 15, 2014 | |
| | SUPERSESSION: 04/01/13 | |
| OPR: OCS | REVIEW MONTH: DECEMBER | Rick Raemisch Executive Director |

I. **POLICY**

It is the policy of the Department of Corrections (DOC) to ensure that offenders have access to medical care which is consistent with community standard of care.

II. **PURPOSE**

The purpose of this administrative regulation (AR) is to establish the medical scope of services that will be provided to DOC offenders.

III. **DEFINITIONS**

A. Automatic External Defibrillator (AED): A device designed to interpret cardiac rhythm and deliver an electrical shock.

B. Basic Health: The physical condition of an individual that enables an individual to function at his/her appropriate maximum capacity.

C. Contract Worker: Any person employed under contractual arrangement to provide services to the DOC: any person employed by private or public sector agencies who is serving under DOC special assignment to provide services or support to DOC programs. The employee/employer relationship lies with the contractor. All Department agreements are for a specified period and are renewable.

D. DOC Employee: Someone who occupies a classified, full or part-time position in the State Personnel System (including management and at will positions) in which the Department has affect over pay, tenure, and status.

E. Health Care Practitioner: A clinician trained to diagnose and treat patients, e.g., physicians, dentists, psychologists, optometrists, nurse practitioners, and physician assistants.

EXHIBIT 7

| CHAPTER | SUBJECT | AR # | Page 2 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

F. Health Care Professional: DOC employee or contract worker who performs clinical duties, e.g., health care practitioners, nurses, social workers, in accordance with each health care professional's scope of training and applicable licensing, certification, and regulatory requirements.

G. Health Trained Personnel: Correctional officer or other DOC employee or contract worker who is trained and appropriately supervised to carry out specific duties with regard to the administration of health care.

H. Medical Services: Services provided for prevention, restoration, and maintenance of an individual's basic health.

I. Mental Health Care Practitioner: DOC employee or contract worker who performs clinical duties for patients with mental illness, e.g., psychologists, nurses, social workers, and licensed professional counselors, in accordance with each health care professional's scope of training and applicable licensing, certification, and regulatory requirements.

J. *Offender Care Aides (OCAs):* Offenders screened, trained, and assigned *to provide familial, non-medical duties commensurate with their level of training to other offenders,* under DOC supervision. *[4-4393]*

IV. PROCEDURES

*The chief medical officer and the assistant director of Clinical Services are responsible for the development and maintenance of procedures that provide for medical levels of services. [2-CO-4E-01]* Specific procedures will be developed that cover the following areas:

A. Medical services will be provided in a manner that ensures the maintenance of basic health and prevention of health deterioration. Conditions that can be stabilized within the correctional facility/office will be evaluated regularly and treated as indicated. *Medical services provided will include,* but not be limited to, statutorily mandated medical services such as emergency care; medical cases that, without treatment, could result in further deterioration of an essential nature of an offender's condition, and other services, as listed below *[2-CO-4E-01]*.

1. Care, without which would cause significant risk of further serious deterioration of the condition or reduction of the chance of possible convalescence after release, will be based on a case by case review.

2. *Emergency care and assessment will be provided in each facility. [2-CO-4E-01]*

    a. *Each facility will establish a Clinical Services emergency plan to provide for access to 24 hour emergency medical, dental, and mental health care. The plan will include arrangements for the following:*

        1) *On-site emergency first aid and crisis intervention.*

        2) *Emergency evacuation of the offender from the facility.*

        3) *Use of an emergency medical vehicle.*

        4) *Use of one or more designated hospital emergency rooms or other appropriate health facilities.*

        5) *Emergency on-call physician, dentist, and mental health professional services when the emergency health facility is not located in a nearby community.*

        6) *Security procedures providing for the immediate transfer of offenders, when appropriate. [4-4351]*

    b. *First aid kits and automated external defibrillators (AED) are available in designated areas, [4-4390]* as determined by the local health authority in conjunction with the appointing authority. They will also determine

| CHAPTER | SUBJECT | AR # | Page 3 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

the contents, number, location, and procedures for monthly inspection. The procedures for the use and replacement of supplies of the kits will also be identified in the facility specific policy.

1) First aid kits will be sealed and maintained according to facility specific policy.

2) AEDs will be maintained and tested, in accordance with manufacturer guidelines.

c. <u>Diabetic Kits</u>:

1) A notice will be posted to inform offenders that diabetic test kits are available when medical personnel are not available. Diabetic kits will be maintained in master control and housing units. Diabetic kits may be checked out from master control for vehicles used by off-grounds work crews.

2) In facilities that are staffed with nurses 24 hours a day, the diabetic kits will be maintained in master control.

3) Diabetic kits may also be available in additional designated areas, as determined by the local health authority, in conjunction with the facility warden or designee.

4) Diabetic kits will be sealed. A laminated inventory card will be maintained on the outside of the box and the box will contain the following items:

   a) Blood glucose testing machine
   b) 10 test strips
   c) 10 alcohol prep pads
   d) 10 2x2 gauze pads
   e) 10 lancets
   f) 1 lancing device
   g) 1 6x9 biohazard transport bag (zip lock)
   h) 1 sharps shuttle
   i) 1 pad of blood sugar report forms
   j) 20 glucose tabs
   k) 2 packages of cheese crackers
   l) 2 plastic seals
   m) 1 pair of non-sterile latex free gloves
   n) 1 pen

   In the event the sealed diabetic kit is opened, an incident report will be completed. Clinical Services will be responsible for replacing items used from the diabetic kits and resealing with tamper proof tape. Diabetic kits will be visually inspected for intact seals by designated DOC employees or contract workers on a daily basis.

5) <u>Diabetic Kit Training</u>: Facilities will provide training to all DOC employees or contract workers on diabetic test kits in roll call training every six months. The diabetic kit training is to be documented in the CDOC training records.

6) Individual use blood glucose testing machines, cases and instructions will be issued to diabetic offenders for use at medlines.

3. *Acute care hospitalizations are provided [2-CO-4E-01]* in contracted community hospitals for both emergency care and elective procedures. These facilities will meet the legal requirements for a licensed general hospital with respect to services it offers.

| CHAPTER | SUBJECT | AR # | Page 4 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

4. *The use of elective surgery is governed by specific criteria, as documented in the managed care preauthorization material. [4-4398]*

5. *Preventive care will include health screenings upon admission, as well as medical screenings of offenders transferred between correctional facilities, [2-CO-4E-01]* as directed by AR 700-07, *Offender Health Examinations*, health education, immunizations, TB skin testing, public health measures to prevent the spread of disease, and instruction in self-care in health and illness.

   a. *Female health care will be provided to include, but not limited to, pap smears and mammographies. [2-CO-4E-01]*

   b. *An ongoing health education program provided to all offenders will include the following components:*

      1) *Initial admission-orientation sessions.*

      2) *Distribution of instructional health materials.*

      3) *Cooperation with medical DOC employees and contract workers in training of good health habits, including information on first aid and emergency procedures; personal hygiene; self-care for chronic illness; the effects of smoking; drug and alcohol abuse; communicable disease control, including tuberculosis, sexually transmitted disease; AIDS; hepatitis; dental hygiene; and the dangers of self medication. [4-4361]*

      4) *Education, equipment and facilities, and necessary support on the performance of self-care and personal hygiene for offenders with disabilities will be provided to offenders with disabilities. [4-4144] This health care education will include diabetic training for offenders on a routine basis.*

      5) Medical DOC employees or contract workers will receive annual refresher training on the care and management of offenders with diabetes.

6. *Convalescent care will, in general, be provided in the infirmaries, [2-CO-4E-01]* but based upon medical/mental health acuity, an offender may be referred back to the facility clinic or out to an appropriate medical facility. *A written treatment plan approved by the appropriate health care practitioner will include directions to health and correctional DOC employees and contract workers regarding care and supervision of the offender during his/her convalescence. [4-4350]*

7. *Special medical needs nursing care will be provided at Denver Reception and Diagnostic Center (DRDC) and Denver Women's Correctional Facility (DWCF) [2-CO-4E-01]* for offenders who require 24-hour nursing care or who are unable to be managed medically in any other correctional facility.

8. *Offenders housed in infirmaries and medical housing units will have access to sufficient bathing facilities to allow for daily bathing. Washbasins and toilets will be provided at a minimum ratio of one basin for every twelve offenders in male facilities and one for every eight in female facilities [4-4417] [4-4418] [4-4419]*

9. *Infirmary care is provided at Colorado Territorial Correctional Facility (CTCF) and the Denver Reception and Diagnostic Center [2-CO-4E-01] [4-4352]. Infirmary care will include the following:*

   a. *Definition of the scope of infirmary care services available.*

   b. *A physician on call 24 hours per day.*

| CHAPTER | SUBJECT | AR # | Page 5 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

    c. *Health care DOC employees and contract workers with access to a physician or a registered nurse 24 hours per day, when offenders are present.*

    d. *All offenders within sight or sound of DOC employees and contract workers.*

    e. *A Lippincott Manual of Nursing Care Procedures in book form and on-line.*

    f. A separate and complete infirmary record within the medical record for each offender.

    g. *Compliance with applicable state statutes and local licensing requirements. [4-4352]*

    h. *Areas available to meet exercise and physical therapy requirements of individual offender treatment plans. [4-4407]*

    i. End of life care that emphasizes compassion and comfort care for offenders with a terminal illness.

10. *Clinic out-patient care [2-CO-4E-01] is provided at each facility including, but not limited to:*

    a. <u>Sick Call</u>:

        1) *Clinical services are available to offenders in a clinical setting at least five days, per week, and are performed by a health care practitioner or other qualified health care professional. [4-4346]*

        2) *Requests for sick call for health care are triaged daily by qualified health care professionals or health trained DOC employees and contract workers. Appointments are scheduled based on priority. [4-4346]*

    b. *Chronic disease care [2-CO-4E-01]* will be provided by physicians or mid level providers to offenders in all facilities.

        1) *A chronic care treatment plan approved by the appropriate health care practitioner is required. The treatment plan must give directions to health and correctional DOC employees and contract workers regarding care that includes monitoring of medications, laboratory testing, chronic care clinics, health record forms, and the frequency of the specialty consultations and reviews. [4-4350] [4-4359]*

        2) Some chronic illnesses preclude placement in minimum centers, private facilities and/or community corrections (see Attachment "A," "Clinical Needs and Time Placement Matrix").

        3) Unless otherwise authorized, offenders under the supervision of Adult Parole are responsible for their own medical care.

    c. *Medical or dental adaptive devices (eyeglasses, hearing aids, dentures, wheelchairs, or other prosthetic devices) will be provided when medically necessary, as determined by the responsible health care practitioner. Prosthetic devices will be provided to qualifying offenders to prevent deterioration and/or deformity. [4-4375]*

    d. Pregnancy management will also be provided, as outlined in AR 700-12, *Birth Control, Pregnancy, Child Placement, and Abortion*.

    e. A dialysis clinic is provided for male and female offenders at the Denver Complex.

    f. *Nursing care is available at each correctional facility and each infirmary. [2-CO-4E-01]* All health care professional DOC employees and contract workers are guided by the DOC Clinical Standards and Procedures,

| CHAPTER | SUBJECT | AR # | Page 6 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

which establishes the standard for all correctional health care delivery for both providers and nurses. The Lippencott Manual of Nursing Practice, Milliman Care Guidelines, and other appropriate health care professional sources may be used as reference for providers and nurses.

    g. A radiation safety manual is available for clinical services employees or contract workers who are involved in the taking of x-rays. The manual is located on the Clinical Services shared drive.

11. *Specialty care is provided by contracted providers. [2-CO-4E-01]* Primary care providers will refer offenders to specialists, as needed. *A written list of referral sources will include emergency and routine care. The list will be reviewed and updated at least annually. Patients who need health care beyond the resources available in the facility, as determined by the responsible health care practitioner, will be transferred under appropriate security provisions to a facility where such care is available. [4-4348]*

12. *In the event of an overdose, or if an offender requires detoxification, he/she will be transferred to a local hospital. The guidelines for treatment and observation of offenders manifesting mild or moderate symptoms of intoxication or withdrawal from alcohol and other drugs will be at the discretion of Clinical Services. [4-4376]*

    a. Medical evaluation and treatment, as appropriate, will be available to offenders who have been victimized by sexual abuse in any facility. The care will be consistent with the community level of care (115.83(a), 115.83(c)).

    b. The evaluation and treatment will include, as appropriate, follow-up services, treatment plans, and when necessary, referrals for continued care following transfer to other facilities or their release from custody (115.83(b)).

13. <u>*Special Needs*</u>: *There will be a consultation between the facility and program administrator, or designee, and the responsible health care practitioner, or designee, prior to taking action regarding offenders with chronic illness; who are physically disabled; who are geriatric; offenders with serious mental illness; or offenders with developmental disabilities, in the following areas:*

    a. *Housing assignments.*
    b. *Program assignments.*
    c. *Disciplinary measures.*
    d. *Transfers to other facilities.*

*When immediate action is required, consultation to review the appropriateness of the action occurs as soon as possible, but no later than 72 hours after the action is taken. [4-4399]*

When an offender with diabetes is assigned to a level 3 facility or above and has a documented history of hypoglycemia or a hypoglycemic event, as determined by Clinical Services, and the offender is currently housed in a cell that can be locked by CDOC and has no egress, an offer will be made to the offender to be relocated to a cell with a call button. If offender refuses the move to the new cell, it will be documented using a written refusal form.

14. With approval of the facility administrative head, *offender care aides may perform familial duties for other offenders commensurate with their level of training. Duties will be performed under DOC employee and contract worker supervision and may include: [4-4143] [4-4393]*

    a. *Peer support and education.*

    b. *Hospice activities.*

    c. *Assisting offenders with impairments or disabilities who cannot otherwise perform daily life functions.*

| CHAPTER | SUBJECT | AR # | Page 7 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

    d. *Serving as a suicide companion or buddy, if qualified, and trained through a formal program that is part of a suicide prevention plan.*

*Every effort will be made to assign offender care aids to either the same cell, or same living unit as the offender with a disability that they are assisting.*

*Offenders will not be used for direct patient care, scheduling health appointments, determining access of other offenders to health care services, handling any medical instruments, medications, or health records, or operating any medical equipment. [4-4393]*

15. Offender care aides shall be screened by case management to ensure the offender meets the requirements contained in the job description. This screening shall be conducted prior to case management referral to required offender care aide training as a pre-requisite to assignment, in accordance with AR 850-03, *Offender Assignment and Pay*.

    a. If the offender meets the criteria to be assigned as an offender care aide and has successfully completed the offender care aide training, the case manager will refer the offender to the job board facility classification committee for assignment consideration as an offender care aide.

    b. OCA training will be provided to offenders who request and qualify for the assignment.

    c. All offender care aide training curriculum shall be approved by the assistant director of Clinical or designee.

16. *Continuity of care will be provided from admission to discharge from the facility, including referral to community care, when indicated. Offender health care records will be reviewed by the facility's qualified health care professional upon arrival from outside health care entities, including those from inside the correctional system. [4-4347]* Prior to an offender's release to community/parole, it is the intent of the DOC to link offenders with treatment options for conditions, that if not treated are reasonably expected to deteriorate and/or will result in permanent loss of function.

B. *Upon arrival to each facility, the procedure for submitting a request for health care [4-4346] and the grievance system will be communicated orally and in writing to offenders and put in a language clearly understood by each offender. [4-4344]* Other health care policies and procedures regarding access to care will be reviewed. Clinical Services will maintain and provide a schedule of covered services for offenders that will describe all health benefits and exclusions available to offenders.

C. *Unimpeded access to care by offenders to Clinical Services will be [4-4344]* assured by requiring that only health care professionals make the determinations regarding medical appropriateness of health care delivered. Medical treatment decisions by health care professionals are not subject to alteration or reversal by non-medical DOC employees and contract workers.

D. *Administrative regulation 850-04, Grievance Procedure, provides a system for processing complaints regarding access to health care and health care concerns. [4-4344] [4-4394]*

E. *Offenders' rights will include the right to dignity, informed consent, confidentiality, and privacy in the consultation, examination, procedures, and treatments provided by Clinical Services. [2-CO-4E-01] [4-4403]*

    1. <u>Confidentiality</u>: Offenders have a right to confidentiality when health care services are rendered. Escort officers and non-medical DOC employees and contract workers who are present when medical care is provided are required to maintain and protect this confidentiality.

    2. <u>Informed Consent</u>: *Prior to the initiation of a clinical procedure, the health care practitioner will explain the procedure, alternatives, and potential risks in a language understood by the offender. The offender will be*

*requested to sign a written consent form (Form 31246) authorizing the specific treatment contemplated. This form will be placed in the offender's health record and a copy given to the offender. In the case of minors, the informed consent of parent, guardian, or legal custodian applies when required by law.*

3. **Waiver of Consent:** *When health care is rendered against the patient's will, it is in accordance with state and federal laws and regulations. [4-4397] In an emergency situation, as defined by Clinical Services DOC employees and contract workers and legal mandates. Anytime a clinical emergency arises, the informed consent requirements shall be waived. In emergencies, clinical treatment may be given without threat of legal liability, when based on the judgment of the health care professional, the offender is unable to make an informed decision based on the condition of the offender (e.g., unconscious). [4-4397]*

4. **Refusal of Treatment:** *An offender has the right to refuse treatment. If the offender refuses treatment, he/she must sign the "Refusal of Treatment" form (Form 31213). If the offender refuses to sign the refusal form, it must be signed by two witnesses. The completed form will be placed in the offender's health record, as appropriate, and a copy given to the offender. [4-4397]*

F. The DOC Clinical Standards and Procedures will be utilized in the clinic operations and treatment of offenders by health care professionals, DOC employees, and contract workers.

   1. These standards will be in writing and consistent with current professional practices.

   2. They will be reviewed annually by the chief medical officer and the assistant director of Clinical Services and revised as current medical practice would indicate.

   3. They will provide the basis for ongoing quality management surveys.

   4. Informed consent will be obtained from offenders by medical and mental health practitioners before reporting prior sexual victimization that did not occur in an institutional setting, unless the offender is under the age of 18 as identified on Colorado Department of Corrections Clinical Services, Clinical Standards and Procedures (115.81).

G. The classification of offenders may affect the placement of offenders. The "Clinical Needs and Time Placement Matrix" (Attachment "A") shall be a guide for facility placement. If program needs of the offender require placement at a facility other than those normally indicated by the clinical needs matrix, the offender may be placed at a facility approved by the Clinical Services Chief of Operations, who will determine if the clinical needs can be met at the recommended facility. The approval will be documented on the "Clinical Needs and Time Placement Matrix Waiver" (Attachment "B").

H. Court Ordered Paternity Testing

   1. The collection of court ordered paternity testing will be completed by Clinical Services DOC employees or contract workers after the verification of a valid court order.

   2. When a court order is received, Legal Services will be contacted to assure the validity of the court order.

   3. Once the court order is validated by Legal Services, the offender will be scheduled for an appointment in the clinic.

   4. If the court order is from a federal court or a court of Colorado, the offender may not refuse, and the CDOC may use reasonable force if the offender will not submit (refer to AR 300-24, *Offender DNA Testing*). Legal Services will be notified of the refusal and the action taken to obtain the sample.

   5. If the court order is from a court from another state, the CDOC should not use force to compel the offender to submit to the test (AR 300-24).

| CHAPTER | SUBJECT | AR # | Page 9 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

      a. If the offender refuses the out of state court order, Legal Services will be notified.
      b. The out of state court may then obtain an order from a Colorado court to obtain the specimen. Once an order is obtained from a Colorado court, the CDOC may use reasonable force to compel the offender to submit to the test.

  6. If fingerprinting and photographs are required, the facility will provide a camera. Custody/Control or the Office of the Inspector General will take the photo and the fingerprints just prior to specimen collection.

  7. Any mailing, shipping, or handling charges associated with the testing will be charged to the offenders account.

I. Quality management monitoring and education will be utilized at the management level to ensure the effective and efficient utilization of all Clinical Services resources, as directed in AR 700-10, *Quality Management Program*.

J. DOC Employee Health Care: Medical DOC employees and contract workers will respond to DOC employee emergency situations by assessing the extent of the medical emergency and if indicated, will provide treatment for stabilization until transport to the nearest medical facility can occur.

K. General medical care will not be provided to DOC employees, contract workers, or volunteers. In the event that emergency services are rendered, clinical DOC employees and contract workers will complete an incident report and copy the health services administrator.

L. Visitor Health Care: It is the responsibility of medical DOC employees and contract workers to respond to provide emergency medical care to any visitor (offender family, delivery person, volunteers, etc.) while they are on DOC grounds (inside the facility or on the property) awaiting the arrival of the local EMS.

V. RESPONSIBILITY

It is the responsibility of Clinical Services to provide offender medical care pursuant to current DOC policies and procedures.

VI. AUTHORITY

  A. CRS 17-1-103. Duties of the executive director.
  B. ADA Litigation Remedial Plan.

VII. HISTORY

April 1, 2013
October 11, 2012
September 1, 2011
October 1, 2008
September 1, 2008
October 1, 2007
October 1, 2006
October 1, 2005
March 15, 2005
September 15, 2004
February 15, 2004
February 15, 2003

| CHAPTER | SUBJECT | AR # | Page 10 |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | EFFECTIVE 03/15/14 |

ATTACHMENTS:   A.  AR Form 700-02A, Clinical Needs and Time Placement Matrix

B.  AR Form 700-02B, Clinical Needs and Time Placement Matrix Waiver

C.  AR Form 100-01A, Administrative Regulation Implementation/Adjustments

AR Form 700-02A (03/15/14)

| | <MEDICAL> | | | | | <ADA> | | | | | <DENTAL> | | | | | <PSYCHOLOGICAL> | | | | | | | | <SEXUAL> | | | | | | | | | TIME to PED/MRD/SDD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | M | V | H | D | O | 1 | 2 | 3 | 4 | 5 | 1 | 2 | 3N | 3O | 3T | 3C | 4 | 5 | 1 | 2 | 3 | 3L | 4D | 4R | 4T | 4L | 5 | 5L | PED | MRD/SDD |
| AHCC | Y | Y | Y | Y/25 | | | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | Y | Y | | Y | | Y | Y | Y | 5 yrs. | variable |
| AVCF | Y | Y | Y | Y | | | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| BCCF | Y | Y | Y | Y | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | Y | Y | Y | | Y | | Y | Y | open | variable |
| BVCF | Y | Y | Y | Y | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| BVMC | Y | Y | Y | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | | Y | | | | Y | | Y | 5 yrs. | variable |
| CCC | Y | Y | W | | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | | | | | | | Y | Y | | Y | | | | Y | | Y | 3 yrs. | 10 yrs. |
| CCCF | Y | Y | Y | Y | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | Y | Y | Y | Y | | Y | Y | Y | open | variable |
| CCF | Y | Y | Y | Y | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| CMRC | Y | Y | Y | W | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | | | Y | Y | | Y | | | | Y | | Y | variable | variable |
| COMM | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | W | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | <= 16 mo | variable/<=Life |
| CSP | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| CTCF | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| DCC | Y | Y | Y | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | | | | | | | Y | Y | | Y | | | | Y | | Y | 3 yrs. | 10 yrs. |
| DRDC | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| DWCF | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| FCF | Y | Y | Y | Y | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| FMCC | Y | Y | Y | Y/25 | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | | Y | | | | Y | | Y | 5 yrs. | variable |
| HCF | Y | Y | Y | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | Y | Y | Y | | Y | | Y | Y | | |
| KCCF | Y | Y | Y | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | W | | Y | Y | Y | Y | Y | | Y | | Y | Y | open | variable |
| LCF | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| LVCF | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | variable |
| RCC | Y | Y | W | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | | | | | | | Y | Y | | Y | | | | Y | | Y | 3 yrs. | 10 yrs. |
| SCC | Y | Y | W | | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | | | | | | | Y | Y | | Y | | | | Y | | Y | 5 yrs. | variable |
| SCCF | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| SCF | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | open | <= Life |
| TCF | Y | Y | Y | | | | | Y | Y | | Y | Y | Y | Y | | Y | Y | Y* | Y* | Y* | Y* | | | Y | Y | | Y | | | | Y | | Y | 5 yrs. | variable |
| YOS | Y | Y | | | | Y | Y | Y | Y | Y | Y | Y | Y | Y | | Y | Y | Y | Y | Y | Y | | | Y | Y | Y | Y | Y | Y | Y | Y | Y | Y | variable | variable |

\* = No more than 40 total P3 beds

W = Waiver from Chief of Operations

Attachment "A"
Page 1 of 1

AR Form 700-02B (03/15/11)

## Clinical Needs and Time Placement Matrix Waiver

Offender Name: _____ DOC #: _____ DATE: _____

M Code _____ D Code _____ P Code _____ S Code _____

Requesting Provider: _____

Waiver needed for:

____ Participate in Drug and Alcohol Program

____ Participate in Sex Offender Therapeutic Community

____ Participation in the Drug and Alcohol Therapeutic Community

____ Progressive move, clinically acceptable with existing code

____ Proximity to specialized treatment

____ Other: _____

Narrative justification for move:

_____
_____
_____
_____
_____
_____

Provider Signature: _____    Date: _____

To be completed by the accepting provider:

____ Approved     ____ Not approved

Signature of Accepting Provider: _____   Date: _____

HSA Signature: _____   Date: _____

Approving Authority: _____   Date: _____
**Clinical Services Chief of Operations**

Please print and attach a CIMST form for this offender and fax to Clinical Services Headquarters at 719-226-4565 to get the signature of the appropriate Clinical Services Chief. If scanning and emailing please send to Caroline.Godoy@state.co.us

Attachment "B"
Page 1 of 1

# ADMINISTRATIVE REGULATION IMPLEMENTATION/ADJUSTMENTS

AR Form 100-01A (04/15/08)

| CHAPTER | SUBJECT | AR # | EFFECTIVE |
|---|---|---|---|
| Offender Health Services | Medical Scope of Service | 700-02 | 03/15/14 |

(FACILITY/WORK UNIT NAME)_____ _____
WILL ACCEPT AND IMPLEMENT THE PROVISIONS OF THE ABOVE ADMINISTRATIVE REGULATION:

[ ] AS WRITTEN    [ ] NOT APPLICABLE    [ ] WITH THE FOLLOWING PROCEDURES TO ACCOMPLISH THE INTENT OF THE AR

(SIGNED) _____ (DATE) _____
       Administrative Head

Attachment "C"
Page 1 of 1