

EXHIBIT 9

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

**OFFICE OF THE ATTORNEY GENERAL**

**RALPH L. CARR
COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

November 7, 2014

Ms. Jennifer Bezoza
KING & GREISEN, LLP
1670 York Street
Denver, CO 80206

RE: *Montez v. Hickenlooper, et al.* 92-CV00870-CMA

Dear Ms. Bezoza,

I hope this correspondence finds you doing well. Attached, please find one compact disk which contains information and documentation pursuant to your written request for specific offenders' ADA/AIC files, dated October 8, 2014. You sought approximately 403 files. CDOC is providing approximately 310 files to you. The reason(s) for this difference are explained below.

Please note that this information has been *tailored* consistent with the Court's Order (Doc. 5484), dated September 8, 2014. Accordingly, the files provided contain information entered from September of 2012, to the present time. Thus, you will find that the following ninety (90) files are empty folders because there have been no requests made or entries necessary during the relevant time period (from 9/2012 to the present):

| DOC # | Last Name | | DOC # | Last Name |
|---|---|---|---|---|
| 140144 | Alirez | | 96564 | Brady |
| 126102 | Archuleta | | 149562 | Bravo |
| 104071 | Arroya | | 46401 | Braxton |
| 98784 | Baldeagle | | 119437 | Broach |
| 106553 | Banks | | 41652 | Buggs |
| 45726 | Bartowsheski | | 87781 | Burgess |
| 121855 | Bass | | 135922 | Burkham |
| 47131 | Benton | | 66723 | Caraway |
| 145804 | Benzing | | 120075 | Carton |
| | | | 151914 | Casaus |

1

| ID | Name | | ID | Name |
|---|---|---|---|---|
| 154930 | Castro | | 96372 | Nethken |
| 114977 | ChavezDiaz | | 135614 | Nival |
| 54052 | Coleman | | 2387 | Owens |
| 52717 | Davis | | 149778 | Pena |
| 84886 | EchemendiaDiaz | | 108549 | Reed |
| 122792 | Ellington | | 112383 | Regnerus |
| 134810 | Evans | | 54332 | Rivera |
| 154282 | Fair | | 154717 | Rodriguez |
| 81794 | Fernandez | | 86563 | Roever |
| 133452 | Franklin | | 126887 | Romero |
| 140198 | GarciaHernandez | | 68583 | Rowe |
| 90620 | Garcia | | 155530 | Ruiz |
| 131202 | Giron | | 63377 | Russell |
| 46594 | Gonzales | | 134424 | SanchezCortes |
| 69700 | Guerrero | | 111023 | Santistevan |
| 148306 | Harnish | | 83976 | Schaal |
| 156488 | HarrisFrazier | | 58792 | Sibert |
| 49000 | HarrisFrazier | | 94476 | Solorio |
| 141898 | Herrera | | 141306 | Spencer |
| 52597 | Hibbs | | 139838 | Steele |
| 93300 | Hinojos | | 96689 | Stilling |
| 56213 | Hollenbeck | | 112957 | Stringer |
| 65737 | Hubbard | | 148686 | Summers |
| 119130 | Hunn | | 123308 | Sutton |
| 154067 | Hurtado | | 132387 | Tillery |
| 48404 | Kaneta | | 130265 | Trujillo |
| 132849 | Kizer | | 140054 | Valverde |
| 119201 | Lazo | | 130452 | Vanfossen |
| 43666 | Leslie | | 116758 | Vega |
| 118266 | Little | | 134749 | Vigil |
| 90431 | Lucero | | 133582 | Whisler |
| 48179 | Martin | | 102075 | Woodley |
| 110520 | Mavus | | 121763 | Wright |
| 156053 | MaximoRodriguez | | 104641 | Ybarra |
| 88350 | McKenzie | | | |
| 153304 | Thomas | | | |
| 123118 | Mosman | | | |

    Furthermore, for a number of reasons articulated herein, there are approximately eighty-three (83) of the requested files which have not been provided.

    The reasons for these denials include that the offender (1) is not in CDOC's custody or control because s/he is deceased, discharged their sentence, is on parole, absconded and/or is in a

2

foreign country; (2) is not a Class Member; and/or (3) CDOC previously provided the requested individual's file to you in prior disclosures; and/or (4) this person's file was requested in duplicate so to the extent you requested 403 files and anticipated receiving 403 files, they will not add up to 403 but are/have been provided.

| Doc # | Last Name | Reason | Reason |
|---|---|---|---|
| 103948 | Abdoulaya | Abscounder | |
| 104933 | Alvarado | not a class member | |
| 84093 | Amaro | Already provided | |
| 164156 | Ayala | not a class member | |
| 87151 | Baskall | not a class member | |
| 105600 | Blanchard | not a class member | |
| 66887 | Cash | History | |
| 160678 | Castillo | History | |
| 148739 | CaveraHernand | Ins/Deport | |
| 133442 | Cushing | History | |
| 98192 | Dumm | not a class member | |
| 152075 | Eddy | History | |
| 141356 | Espinoza | not a class member | |
| 153890 | Fields | not a class member | |
| 66345 | Fitzgerald | not a class member | |
| 49736 | Gallegos | Jail | |
| 165572 | Brandenburger | not a class member | |
| 125619 | Gray | not a class member | |
| 153880 | Griffith | not a class member | |
| 68391 | Grossetete | History | |
| 147753 | Gutierrez | Deceased | |
| 105526 | Haley | not a class member | |
| 89916 | Hall | History | |
| 127724 | Harper | not a class member | |
| 101324 | Harris | History | |
| 154413 | Harvey | History | |
| 68718 | Heisch | Deceased | |
| 63734 | Holly | not a class member | |
| 104683 | Hosier | not a class member | |
| 113636 | Ivey | Abscounder | |
| 49264 | James | not a class member | |
| 134258 | Jones | not a class member | |
| 89437 | Kneff | not a class member | |
| 120659 | Lee | Deceased | |
| 55140 | Lubben | History | |
| 160288 | Makris | not a class member | |
| 54577 | Martinez | History | |

| | | | |
|---|---|---|---|
| 96054 | Martinez | Already provided | |
| 128939 | Mason | not a class member | |
| 60886 | McCary | not a class member | On the list twice |
| 156053 | MaximoRodrigues | On the list twice | |
| 44338 | McAffee | On the list twice | |
| 88350 | McKenzie | Jail | On the list twice |
| 121182 | McNeil | Deceased | |
| 158069 | MendozaHernand | Ins/Deport | |
| 135588 | Montano | not a class member | |
| 57381 | Moorc | not a class member | |
| 121388 | Moore | Abscounder | |
| 88038 | Moreno | not a class member | |
| 129315 | Morgan | not a class member | |
| 113874 | Newcomb | not a class member | |
| 44875 | Nave | not a class member | |
| 161965 | Nobles | not a class member | |
| 124461 | Nurse | History | |
| 113005 | Ontiveros | Already provided | |
| 57189 | Paige | Already provided | |
| 56576 | Prince | History | Not a class member |
| 56804 | Keyes | not a class member | |
| 100851 | Richardson | not a class member | |
| 123536 | Rogers | not a class member | |
| 142191 | Roland | History | |
| 160301 | Rose | Already provided | |
| 55539 | Preciado | not a class member | |
| 156461 | Savannah | not a class member | |
| 158887 | Scott | Jail | |
| 154198 | Serrano | History | |
| 165589 | Simon | not a class member | |
| 123265 | Smith | not a class member | |
| 117637 | Hayward | Deceased | |
| 151285 | Southern | History | |
| 113100 | Sommerville | not a class member | |
| 110612 | Sweet | not a class member | |
| 104697 | Swift | not a class member | |
| 68838 | Thames | not a class member | |
| 131889 | Tixier | not a class member | |
| 148293 | VasquezTorreci | Ins/Deport | |
| 138523 | Velarde | Escape | |

| 96558 | Vigil | History | |
|---|---|---|---|
| 135527 | Warburton | not a class member | |
| 162618 | Ward | not a class member | |
| 154472 | Ware | History | |
| 96396 | Williams | History | |
| 135354 | Zimmerman | History | |

You requested a number of offenders' working files. You did not limit or tailor this request in any manner to the relevant time period from September of 2012 to the present. Some offenders have been incarcerated for decades and their files may be hugely voluminous and highly irrelevant. Furthermore, you did *not* request these items during your prior discovery requests. Thus, they were not the subject of your Motion(s) to Compel. Accordingly, they are not contained within the Court-Ordered production. Moreover, in the past several years you have neither requested nor received offenders' working files. Accordingly, it is unclear why additional information would be appropriate during the Monitoring Period which was not provided or necessary during the Compliance Hearing. Furthermore, there is myriad information contained within an offender's working file ranging from disciplinary history (irrelevant) to grievances (already provided) to STG affiliation information (protected and irrelevant). Despite that, as a sign of good faith and fair dealing, if there is something specific documentary you are hoping to glean, please just ask for that specific document, and if reasonable and relevant, it can be provided. But, once again, Defendants respectfully decline to provide unrequested, unnecessary, voluminous paper simply to indulge a fishing expedition.

You also requested a handful of medical files. You did not limit or tailor this request in any manner to the relevant time period from September of 2012 to the present. Some offenders may have been incarcerated for decades and their medical files may be hugely voluminous. You also indicated you would provide releases for those requested files. You have not provided releases. Accordingly, those files have not been provided. If you limit your request to the relevant time periods and provide the promised releases, then, those files may be provided.

Perhaps most importantly, you have continuously alluded to offenders who have not been properly accommodated or discriminated against during the Monitoring Period but you have *never* identified these persons. It was CDOC's understanding that the actual point of the additional file requests granted by the Honorable Judge Arguello, which are provided with this correspondence, was so that you could ask pointed, tailored questions and provide information to CDOC regarding who is allegedly without so that those individuals' needs, if not already accounted for, can be met. Please let us know who needs what or is allegedly without something of need. It is axiomatic that if you are advocating for the Class Members to have certain things or access, that if they really are without, you would want to share that information sooner rather than later so that issues can be addressed as opposed to continuing to simply "hide the ball" while a member of the Class – your own client – is allegedly in need. CDOC looks forward to continuing to provide for its ADA offender population and welcomes your help through this sharing.

5

Please confirm your receipt of this information and we look forward to continuing to work with you all for the duration of this Monitoring Period.

>Sincerely,
>
>FOR THE ATTORNEY GENERAL
>
>s/Jacquelynn N. Rich Fredericks
>JACQUELYNN N. RICH FREDERICKS
>Assistant Attorney General
>Corrections and Public Safety Unit
>Civil Litigation and Employment Law Section
>(720) 508-6603
>(720) 508-6032 (FAX)