**COLORADO DEPARTMENT OF CORRECTIONS**
**CLINICAL SERVICES**

EXHIBIT 10

## CLINICAL STANDARDS AND PROCEDURES

| | |
|---|---|
| **Standard Title:** | **Diabetes Mellitus** |
| **Origination Date:** | **February 2007** |
| **Review Date:** | **August 2013** |
| **Revision Date:** | **August 2013** |
| **Signatures:** | **Director of Clinical & Correctional Services**<br>**Chief Medical Officer** |
| **Related Standards:** | **ACA** |
| **Related DOC AR's:** | **700-2; 700-7** |

## I. PROCEDURE

A. Offenders with diabetes mellitus are identified during the initial intake process while at DRDC, DWCF, or YOS. Thereafter, a diagnosis of diabetes may be made anytime during their incarceration.

1. Diagnostic criteria for diabetes is as follows
   a. Hemoglobin A1C (HgA1C) ≥6.5%

   b. Fasting plasma glucose of ≥126 mg/dl (no caloric intake for at least 8 hours)

   c. 2-hour plasma glucose ≥ 200 mg/dl during an oral glucose tolerance test (administration of 75 grams of glucose in water)

   d. Random plasma glucose ≥ 200 mg/dl with symptoms of hyperglycemia

2. Gestational diabetes diagnosis requires a 2 hour oral glucose tolerance test at 24 to 28 weeks gestation. Diagnostic criteria includes fasting glucose ≥ 92 mg/dl, 1 hour ≥180 mg/dl, or 2 hour ≥153 mg/dl.

B. Offenders with diabetes will receive appropriate diabetic care with a strong emphasis on the treatment guidelines published annually by the American Diabetes Association (ADA).

1. **Medical history**: A comprehensive medical history should be taken for all offenders diagnosed with diabetes by the evaluating practitioner. The history should include time of diagnosis, review of previous treatment, past and present glycemic control, lifestyle management techniques, risk factors for further complications and immunization status. Chronic complications of diabetes including infections, atherosclerotic disease, retinopathy, neuropathy and nephropathy should be assessed.

2. **Physical examination**: Offenders diagnosed with diabetes should have a comprehensive physical examination conducted by a clinician at least annually.

3. **Treatment plan**: the treatment plan outlined in the electronic encounter should include follow-up, education provided, laboratory testing, specialty referral and medications. This should also include: reasons for therapeutic changes in medications, an assessment of diabetic control, the presence of complications, and an assessment of the offender compliance with the treatment plan. ***[4-4359]***

4. **Follow-up appointments** for Chronic Care Clinic - DM will be scheduled based upon level of control, presence of complications, need for intensive education, and/or changes in the therapeutic plan. General guidelines for follow-up interval are listed below. In individual cases, variations may be appropriate.

   a. Stable with good control evidenced by Hgb A1C under 7.0% and no complications may be managed in Chronic Care Clinic every 6 months.

   b. Fair control evidenced by Hgb A1C of 7.0% to 9.0% should be evaluated in Chronic Care Clinic at least every 4months.

   c. Poor control with Hgb A1C greater than 9.0% should be evaluated in Chronic Care Clinic at least every 3 months but may be appropriate for more frequent visits as determined by the practitioner.

d. Worsened or acute episodes will be referred to a practitioner for evaluation as an emergency or at the next available clinic appointment as determined necessary by the nursing employees contract workers.

5. **Fingerstick blood glucose** may be ordered on all diabetic offenders.

   a. Frequency should be appropriate for the therapy ordered.

   b. In addition, offenders can request fingerstick blood glucose testing at any time.

6. **Gestational Diabetes Mellitus (GDM)**

   a. Monitoring and treatment during pregnancy:

      1) Close surveillance of the mother and fetus must be maintained throughout the pregnancy.

      2) Self-monitoring of blood glucose should be done on a frequent (daily) basis. Monitoring of urinary glucose is not adequate.

      3) Screening for hypertension should include measurement of blood pressure and urine protein.

      4) Management and treatment of gestational diabetes will be directed by specialists in high risk pregnancies.

   b. Postpartum monitoring:

      1) Nutrition and physical activity.

      2) If glucose levels are normal postpartum, a screening FBG or HgA1C should be obtained every three years in asymptomatic offenders.

      3) Offenders will receive education regarding the importance of maintaining a normal body weight, their increased risk for diabetes mellitus in the future, exercise, and diet.

      4) Women with GDM are at an increased risk for developing diabetes later in life and should be educated on the

importance of maintaining normal body weight, good diet and sugar control.

7. **Glycemic Control/Monitoring**

a. Glycemic control is the fundamental goal for managing offenders with diabetes.

b. Frequent monitoring of fingerstick glucose (three times per day) is optimal for most patients with type 1 diabetes, offenders with type 2 diabetes who are using a split dose insulin regimen, and for pregnant women taking insulin.

c. The optimal frequency of fingerstick glucose monitoring for offenders with type 2 diabetes is uncertain and should therefore be determined on a case-by-case basis.

d. Insulin is ordinarily required for the following categories of patients:

1) Offenders with type 1 diabetes

2) Offenders with type 2 diabetes who have significant renal or liver dysfunction and therefore can not take most oral agents.

3) A subset of offenders with type 2 diabetes who are not adequately controlled with multiple oral agents.

4) Offenders initially diagnosed with type 2 diabetes with severe hyperglycemia that require rapid stabilization.

8. **Laboratory evaluations:** The baseline laboratory evaluation should include the following routine tests and other studies as clinically indicated:

a. Fasting plasma glucose, if not already performed.

b. Hemoglobin A1C

c. Fasting lipid profile.

d. Serum creatinine and BUN.

e. Urinalysis for glucose, ketones, protein, and sediment

f. Spot urine for microalbumin/creatinine ratio.

g. Urine culture if sediment is abnormal or symptoms of a urinary tract infection are present.

h. Thyroid Stimulating Hormone (TSH) at the time of intake or at the time of diagnosis, thereafter as clinically indicated by symptoms.

9. **Medical Management Of Diabetic Complications**

a. **Hypertension/Cardiovascular**

1) Blood pressure should be measured at every routine diabetes visit.

2) The optimal goal of treatment for non-pregnant diabetics ≥18 years of age is a blood pressure < 130/80 mm Hg.

3) ACE inhibitor or Angiotensin Receptor Blockers drug therapy is indicated as first line treatment for hypertensive diabetic offenders with underlying nephropathy and should also be considered for diabetic offenders, with or without hypertension, who have other cardiovascular risk factors. Note that ACEIs and ARBs are contraindicated during pregnancy.

4) Combination drug therapy is often required to adequately control blood pressure in diabetic offenders.

5) Aspirin is indicated for the following offenders unless medically contraindicated:

a) All offenders with diabetes and evidence of atherosclerosis (e.g., coronary artery disease, peripheral vascular disease).

b) Aspirin may be considered in diabetic offenders at increased risk of cardiovascular disease with no evidence of cardiovascular disease.

b. **Dyslipidemia**

1) Fasting lipid profiles should be measured annually.

2) The therapeutic LDL goal for diabetic patients without cardiovascular disease is < 100 mg/dL. If cardiovascular disease is known to be present the LDL goal is < 70mg/dL.

3) The first line of treatment is lifestyle modification with dietary modification, exercise, and weight loss.

4) Statin therapy should be added if lifestyle modification does not result in adequate reduction of LDL cholesterol.

5) Statin therapy should be added to the treatment plan regardless of the baseline lipid levels for diabetic offenders with known cardiovascular disease or who have any other cardiovascular disease risk factors.

6) Statin therapy is contraindicated during pregnancy.

c. **Diabetic nephropathy**

1) Maximize glycemic control.

2) Lower blood pressure to < 130/80, using multi-drug therapy if necessary.

3) Screen for microalbuminuria annually by testing microalbumin/creatinine ratio on a random spot urine.

4) Obtain serum creatinine and estimate Glomerular Filtration Rate (GFR) annually. GFR can be estimated using the calculator found at: http://www.nkdep.nih.gov/professionals/gfr_calculators/index.htm

5) Treat offenders with or without hypertension with microalbuminuria with ACE inhibitors or ARBS (unless medically contraindicated).

6) Monitor for hyperkalemia.

7) Educate the offender to restrict protein intake.

8) Consider referral to a physician experienced in the care of diabetic renal disease when the estimated GFR has fallen to < 60 ml/minute.

10. **Neuropathy Screening and Treatment**

a. All diabetic offenders will be screened for peripheral neuropathy at diagnosis and at least annually thereafter using a 10-g monofilament pressure sensation at the distal plantar aspect of both great toes and metatarsal joints and ankle reflexes.

b. All diabetic offenders will be screened for autonomic neuropathy at diagnosis and at least annually thereafter by looking for signs/symptoms including: resting tachycardia, exercise intolerance, orthostatic hypotension, constipation, gastroparesis, fecal incontinence, urinary retention, or urinary incontinence.

c. Optimal glycemic control and avoidance of extreme glucose fluctuations are critical for the treatment of the symptoms of neuropathy.

d. Diabetic offenders with painful peripheral neuropathy may benefit from pharmacological therapy for symptom control.

11. **Foot Care**

a. Perform comprehensive foot exam at least annually to include skin assessment and sensory function with monofilament pressure sensation testing and document on attached foot exam form.

b. Offenders who have peripheral neuropathy should be educated on foot self-care and self-examinations.

c. Offenders who have loss of sensory function in the feet **AND** the presence of anatomical abnormality, current foot ulcer, or documented history of foot ulcer should be provided a soft shoe such as an athletic shoe.

d. Callus formation can be treated with the use of a pumice stone in the clinic. These offenders should be referred to laundry to have the fit of the state issued boot reassessed.

12. **Diabetic Retinopathy:**

a. All offenders with diabetes will be evaluated by optometry annually for a comprehensive diabetic eye examination.

b. Diabetic offenders found to have abnormalities at the optometric exam will be referred to ophthalmology on the recommendation of the optometrist.

c. Optimal glycemic control can reduce the risk of progression of retinopathy.

d. Optimal blood pressure control can reduce the risk of progression of retinopathy.

13. **Dental Care**

All offenders with diabetes will have annual dental examinations performed by a dentist.

14. **Vaccinations**

a. Influenza vaccine is indicated annually for diabetic offenders, unless medically contraindicated.

b. Pneumococcal vaccine is indicated at the time of diagnosis, unless medically contraindicated or previously administered Pneumococcal vaccination should be repeated one time at age ≥ 64 years. More frequent administration may be considered for certain offenders with additional risk factors.

C. **PATIENT EDUCATION**

1. Offenders with diabetes should receive routine and ongoing education about diabetes, factors affecting diabetic control, treatment of diabetes, and the complications of diabetes.

2. Education that is provided should be documented in the electronic encounter at the time the education occurs. All diabetic offenders will

receive yearly diabetic education. Patient education handouts are available on DOCNET.

D. The Diabetes Flow Sheet indicates the frequency of components to be completed per encounter. Practitioners may choose to perform additional components as deemed necessary. However, practitioners may not choose to perform less.

E. **TREATMENT OF HYPOGLYCEMIA**

1. Treatment for hypoglycemia will be initiated if the offender's blood glucose is < 70 and symptomatic of hypoglycemia:

   a. If the inmate is able to swallow:

      1) Administer 16g glucose tabs (4 tabs)

      2) Wait 15 minutes, recheck glucose

      3) If blood glucose is still < 70 and the offender is still able to swallow, administer second dose of 16g glucose tabs.

      4) Start IV of normal saline at TKO.

      5) 15 minutes after second dose of glucose tabs were given, recheck glucose.

      6) If blood glucose is <60 or decreasing, give 1 amp of D50 intravenous.

      7) If unable to obtain the IV, administer 1 dose of glucagon IM in place of the D50.

      8) Once blood glucose is >70, give patient 2 packages of cheese crackers. Offender must consume these under direct observation.

   b If the offender is unable to swallow or decompensates to this point:

      1) Administer 1 dose of glucagon IM.

      2) Immediately start IV of normal saline at TKO.

3) Re-check glucose no more than 15 minutes after administration of glucagon.

   a) If the glucose is < 60 or offender's status is not improving, administer 1 amp of D50 intravenous.

   b) If the glucose is > 60, administer 16g glucose tabs if able to swallow.

   c) Contact health care practitioner on-call to advise of situation and receive further direction.

4) Once blood glucose is > 70, give offender 2 packages of cheese crackers. Offender must consume these under direct observation.

2. If the presenting blood glucose is between 70 and 100 and the offender has symptoms of hypoglycemia:

   a. Repeat blood glucose in 15 minutes.

   b. If glucose is < 70, follow the above treatment guidelines for hypoglycemia.

   c. If the glucose is lower than the first reading but still between 70 and 100, give the offender 2 packages of cheese crackers and re-check in 15 minutes.

   d. If the glucose is still dropping after eating the crackers, contact health care practitioner.

3. If the presenting blood glucose is > 100 and the offender has symptoms of hypoglycemia:

   a. Retest in 15 minutes.

   b. If blood glucose is still > 100 and offender is complaining of symptoms, evaluate for other causes of symptoms and retest the offender after 15 minutes.

4. It is inappropriate to use Tang, Ensure, graham crackers, or any other substitutes to treat hypoglycemia.

F. **DIABETIC TEST KITS**

1. The purpose of diabetic test kits is to allow for fingerstick glucose testing when testing within the clinic is not available. Refer to After Hours Diabetic Emergency Procedure, located on DOCNET under Clinical Services and in each diabetic test kit.

2. Clinical Services shall provide and restock as necessary all diabetic test kits.

   a. Diabetic test kits shall be located in master control and may be located in other locations throughout the facility as designated by each facility.

   b. All diabetic test kits shall be sealed with numbered tags and most often located in the same storage area as the first aid kits. Custody/Control employees will verify the integrity of the tag as part of the shift exchange. This will be verified on the facility shift acceptance log that demonstrates the exchange of shift.

   c. If a kit is accessed, an electronic incident report will be generated, printed and forwarded to the medical clinic by the person accessing the kit. The HSA designee will assure review of the reports to identify kits that have been accessed and in need of refill and reseal. Clinical employees/contract workers shall refill the kits the next working day or within 24 hours of use.

   d. The contents of all diabetic test kits will be checked for expiration dates by clinical employees contract workers the first Monday of each quarter. Contents that will expire prior to the next quarterly check will be removed and replaced.

   e. Nurses will enter fingerstick glucose into the electronic vital signs measurements and give the chart and the slip to practitioner for review.

III. **HISTORY**

August 2013
December 2011
July 2011

October 2009
July 2009
February 2007

## IV. ATTACHMENTS

A - After Hours Diabetic Emergency Procedure
B - Diabetic Emergency Kit Contents
C - Diabetic Flow Sheet
D - Diabetic Emergency Kit Documentation Form
E - Diabetic Foot Assessment

## V. REFERENCES/RESOURCES

A. American Diabetes Association. Standards of Medical Care in Diabetes.
B. http://www.nkdep.nih.gov/professionals/gfr_calculators/index.htm
C. Patient Education Material Available on DOCNET:
Annual Diabetic Patient Education Material
Food Pyramid Guidelines

# After Hours Diabetic Emergency Procedure

**Do not leave the offender unattended while testing and treatment are in process. If the offender is unable to test his/her sugar due to his/her symptoms Call 911.**

Suspect **hypoglycemia (low blood sugar)** if a diabetic offender presents with symptoms of diaphoresis (cool, sweaty skin), confusion, incoherence (unintelligible speech), combativeness, lethargy (low energy), somnolence (sleepiness), or seizure.

**Situation #1: Symptomatic and Incoherent**
If hypoglycemia is suspected, and the offender's mental status is diminished so that he/she is unable to take food or liquids, call 911 and ask for an ambulance to respond for a diabetic emergency.

**For situations #2 through #4,** obtain the diabetic emergency kit and provide the offender with a blood glucose testing machine, a 2x2 gauze pad, an alcohol prep pad, a lancet, lancing device and a biohazard bag. Watch the offender as he/she tests his blood. Have him/her dispose of the biohazardous materials appropriately. The employee/contract worker will record the offenders name, number and blood glucose results displayed on the machine. A form is provided in the kit for this documentation.

**Situation #2: Symptomatic and Coherent with Blood Glucose <70**

1. If the blood glucose is less than 70, give the offender 4 glucose tablets and have the offender re-check his/her blood glucose in fifteen minutes.
2. If the second reading is still under 70, give offender 4 more glucose tablets and have the offender recheck his/her blood glucose in 15 minutes. (If greater than or equal to 70, give him/her 2 packages of cheese crackers and have them consume them in your presence and then return to normal activities.)
3. If the third reading is still under 70, give 4 more glucose tablets and call the on call medical provider for guidance. (If it is greater than or equal to 70, give him/her 2 packages of cheese crackers and have them consume them in your presence and then return to normal activities.)

**Situation #3: Symptomatic and Coherent with Blood Glucose 70 to 100**

1. If the blood glucose is between 70 and 100, have the offender wait 15 minutes and then repeat his/her blood glucose. (Do not provide any treatment at this step.)
2. If the second reading is lower than the first reading **but still between 70 and 100,** give and watch the offender consume 2 packages of cheese crackers. Have the offender recheck his/her blood glucose 15 minutes after eating the crackers. If blood glucose is still dropping, call the on call medical provider for guidance. If not still dropping, offender can resume normal activities.
3. If the rechecked blood glucose ever drops below 70, treat with glucose tabs as in situation #2 above.

4. If the third reading is still above 100, hypoglycemia has been ruled out, and the officer should exercise judgment based on first aid training.

**Situation #4: Symptomatic with blood glucose greater than 100**
1. If the blood glucose is greater than 100, have offender wait 15 minutes and recheck his/her blood glucose. (No treatment is indicated.)
2. If the second reading is still greater than 100 but is less than the first reading and the offender is still symptomatic, call the on call medical provider for guidance.
3. If the second reading is less than 100, follow the applicable situation as above for treatment guidelines.

**After testing is completed:**

1. Complete an incident report.
2. When the clinic opens, return the diabetic emergency kit for restocking, the documentation (blood sugar readings and incident report), and the biohazard bag with used supplies.

# Diabetic Emergency Kit Contents

| | |
|---|---|
| 1 | Red tackle box |
| 1 | Blood glucose testing machine |
| 10 | Test strips |
| 10 | Alcohol prep pads |
| 10 | 2x2 gauze pads |
| 10 | Lancets |
| 1 | 6x9 Biohazard transport bag, zip lock |
| 1 | Sharps shuttle |
| 1 | Pad of blood sugar report forms |
| 20 | Glucose tabs |
| 2 | cheese crackers (packages) |
| 2 | pair of non-sterile latex free gloves |
| 1 | pen or pencil |

Diabetic Mellitus Flow Sheet

Sec I

# Colorado Department of Corrections
## Diabetes Mellitus Flow Sheet

**Patient Name:**________________ **DOC #:** __________

Insulin Dependent? (Circle One) Yes No

Diabetes Diagnosis (circle one) Type I or Type II

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date of Chronic Care Visit (enter date) | *Date* | | | | | | | |
| Did patient report Subjective Hypoglycemia in the last interval? (Since last CC visit, patient reports having a hypoglycemic event) | *Yes / No* | | | | | | | |
| Is there a Documented Hypoglycemia event in the last interval? (Since last CC visit, there is documentation of a witnessed hypoglycemic event) | *Yes / No* | | | | | | | |
| Date of last HgbA1C- for patients in good control (< 7) every 6 months, all others every 3 months. | *Value* | | | | | | | |
| | *Date* | | | | | | | |
| BP Control | *BP Reading* | | | | | | | |
| | *Date* | | | | | | | |
| Is the patient on Lipid Lowering Medication? | *Yes / No* | | | | | | | |
| | *Date* | | | | | | | |
| Lipid Panel *(Enter date completed)* | *Date* | | | | | | | |
| HDL (Annually) | *Value* | | | | | | | |
| Triglyceride (Annually) | *Value* | | | | | | | |
| LDL (Annually) | *Value* | | | | | | | |
| Serum Creatinine (Annually) | *Value* | | | | | | | |
| Calculated GFR (Annually) | *Calculation* | | | | | | | |
| Spot Urine testing for micro albumin to creatinine ratio? (Annually) | *Result* | | | | | | | |
| | *Date* | | | | | | | |
| Annual dental exam? | *Date* | | | | | | | |
| Annual diabetic eye exam? | *Date* | | | | | | | |
| Retinopathy? | *Yes / No* | | | | | | | |
| | *Date* | | | | | | | |
| Comprehensive foot exam (every 6 months) Indicate if Neuropathy is present | *Yes / No* | | | | | | | |
| | *Date* | | | | | | | |
| Last Flu Shot: | *Date* | | | | | | | |

Education- (initial and date education topics covered)

| | | | | |
|---|---|---|---|---|
| Control your Blood Sugar<br>Educator's Initials<br>Date: | Keep Your Eyes Healthy<br>Educator's Initials<br>Date | Keep your Feet Healthy<br>Educator's Initials<br>Date: | Nutrition<br>Educator's Initials<br>Date: | Vaccinations<br>Educator's Initials<br>Date |
| Watch out for Strokes<br>Educator's Initials<br>Date | Exercise<br>Educator's Initials<br>Date: | Your need to Stay Healthy<br>Educator's Initials<br>Date | (Enter topic)<br>Educator's Initials<br>Date | (Enter topic)<br>Educator's Initials<br>Date: |

Revised June 2008 (Reviewed 8/13)

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

Name ________ Doc # ________
Date ________ Facility/Unit ________
Blood Glucose #1 ________ Time ________
Blood Glucose #2 ________ Time ________
Blood Glucose #3 ________ Time ________

This Page Left Blank Intentionally

Chronic Care Clinic Diabetes Mellitus (8/13)

**Foot Assessment**

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes Yes No

| Appearance | Sensory (10 gram monofilament) | Pulses + / - | LL | R |
|---|---|---|---|---|
| ☐ Callus<br>☐ Ulcer<br>☐ Red Swollen<br>☐ Deformity<br>☐ Athlete's Foot<br>☐ Onychomycosis | In circled areas indicate sensation to monofilament (+ sensate, X non-sensate)<br>Draw in: • for Callus, ● for Ulcer | DP<br>**Current Footwear**<br>☐ State Issue Boots<br>☐ Soft Medical Shoes<br>☐ Custom Medical Shoes | | |

**Risk Category & Follow-up**

| ☐ Low Risk | ☐ High Risk | Recommendations |
|---|---|---|
| ☐ Preventive Ed<br>☐ Next risk assessment<br>Date | ☐ Loss of sensation<br>☐ Deformity<br>☐ Hx of ulcer or Amputation<br>☐ PVD | ☐ Callus pumice stone<br>☐ Intensive foot education<br>☐ Nail Trimming<br>☐ Ulcer Rx follow-up date<br>☐ Referral to provider |

Provider/Nurse (evaluator): Date:

**Foot Assessment**

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes Yes No

| Appearance | Sensory (10 gram monofilament) | Pulses + / - | LL | R |
|---|---|---|---|---|
| ☐ Callus<br>☐ Ulcer<br>☐ Red Swollen<br>☐ Deformity<br>☐ Athlete's Foot<br>☐ Onychomycosis | In circled areas indicate sensation to monofilament (+ sensate, X non-sensate)<br>Draw in: • for Callus, ● for Ulcer | DP<br>**Current Footwear**<br>☐ State Issue Boots<br>☐ Soft Medical Shoes<br>☐ Custom Medical Shoes | | |

**Risk Category & Follow-up**

| ☐ Low Risk | ☐ High Risk | Recommendations |
|---|---|---|
| ☐ Preventive Ed<br>☐ Next risk assessment<br>Date | ☐ Loss of sensation<br>☐ Deformity<br>☐ Hx of ulcer or Amputation<br>☐ PVD | ☐ Callus pumice stone<br>☐ Intensive foot education<br>☐ Nail Trimming<br>☐ Ulcer Rx follow-up date<br>☐ Referral to provider |

Provider/Nurse (evaluator): Date:

Diabetic Foot Assessment Sec I

**Foot Assessment**

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes Yes No

| Appearance | Sensory (10 gram monofilament) | Pulses + / - | LL | R |
|---|---|---|---|---|
| ☐ Callus<br>☐ Ulcer<br>☐ Red Swollen<br>☐ Deformity<br>☐ Athlete's Foot<br>☐ Onychomycosis | In circled areas indicate sensation to monofilament (+ sensate, X non-sensate)<br>Draw in: • for Callus, ● for Ulcer | DP<br>**Current Footwear**<br>☐ State Issue Boots<br>☐ Soft Medical Shoes<br>☐ Custom Medical Shoes | | |

**Risk Category & Follow-up**

| ☐ Low Risk | ☐ High Risk | Recommendations |
|---|---|---|
| ☐ Preventive Ed<br>☐ Next risk assessment<br>Date | ☐ Loss of sensation<br>☐ Deformity<br>☐ Hx of ulcer or Amputation<br>☐ PVD | ☐ Callus pumice stone<br>☐ Intensive foot education<br>☐ Nail Trimming<br>☐ Ulcer Rx follow-up date<br>☐ Referral to provider |

Provider/Nurse (evaluator): Date:

**Foot Assessment**

**History**
- ☐ Peripheral Neuropathy (pain, numbness)
- ☐ Peripheral vascular disease (claudication)
- ☐ Patient has medically ordered shoes Yes No

| Appearance | Sensory (10 gram monofilament) | Pulses + / - | LL | R |
|---|---|---|---|---|
| ☐ Callus<br>☐ Ulcer<br>☐ Red Swollen<br>☐ Deformity<br>☐ Athlete's Foot<br>☐ Onychomycosis | In circled areas indicate sensation to monofilament (+ sensate, X non-sensate)<br>Draw in: • for Callus, ● for Ulcer | DP<br>**Current Footwear**<br>☐ State Issue Boots<br>☐ Soft Medical Shoes<br>☐ Custom Medical Shoes | | |

**Risk Category & Follow-up**

| ☐ Low Risk | ☐ High Risk | Recommendations |
|---|---|---|
| ☐ Preventive Ed<br>☐ Next risk assessment<br>Date | ☐ Loss of sensation<br>☐ Deformity<br>☐ Hx of ulcer or Amputation<br>☐ PVD | ☐ Callus pumice stone<br>☐ Intensive foot education<br>☐ Nail Trimming<br>☐ Ulcer Rx follow-up date<br>☐ Referral to provider |

Provider/Nurse (evaluator): Date: