```
 1                  IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 92-CV-00870-JLK
 3
     JESSE MONTEZ, ET AL.,
 4
          Plaintiffs,
 5
     vs.
 6
     BILL OWENS, ET AL.,
 7
          Defendants.
 8   _____

 9
                            REPORTER'S TRANSCRIPT
10                        Court Trial - Volume XIV

11   _____

12

13          Proceedings before the HONORABLE JOHN L. KANE, JR.,

14   Judge, United States District Court for the District of

15   Colorado, commencing at 9:11 a.m., on the 28th day of June,

16   2010, in Courtroom A802, United States Courthouse, Denver,

17   Colorado.

18

19

20

21

22
                           TRACY WEIR, Official Reporter
23                         901 19th Street, Room A258
                              Denver, Colorado, 80294
24                                (303) 298-1207

25        Proceedings Reported by Mechanical Stenography
                Transcription Produced via Computer
```

1  Q    At those facilities, these were all-day meetings you had,
2  correct?
3  A    Most of them were.
4  Q    You were at the facilities all day?
5  A    Yes.
6  Q    During that day, would you meet with two different groups?
7  A    Two different groups.
8  Q    Generally, how many inmates did each group have in it?
9  A    Could be 10 to 20 in each group on an average, I would say.
10 Q    Okay.  We were talking about whether individuals with
11 diabetes were aware of the availability of test kits.  You
12 responded some do and some don't.  Was that true across all the
13 11 facilities you went to?
14 A    As I recall, yes.
15 Q    Let's go on to the next accommodation point, the
16 appropriate foot care, shoes for the diabetes and neuropathy.
17 We've heard a lot about this in this compliance hearing.  In
18 your opinion, how significant is this problem at the Department
19 of Corrections?
20 A    It's the most dominant issue that we heard in every
21 facility that we interviewed inmates.
22 Q    Can you explain what the nature of the complaint is with
23 respect to foot care.
24 A    The boots and shoes were the dominant issue.
25 Q    Explain a little bit more about the problem with the boots

1  that you're aware of.
2  A   The complaint we heard was they caused blisters and they
3  caused abrasions; that they break down rather easily and --
4           MS. GREISEN:  I'm handing the witness an exhibit.
5  We'll get to it in just a minute.  Go ahead and finish
6  explaining.
7  A   The boots -- what we heard the inmates complain is that the
8  boots are very stiff.  They cause abrasions, cuts, blisters,
9  and sores on the feet.
10 Q   (By Ms. Greisen) Okay.  That is Exhibit 120 that you have
11 in front of you.
12 A   Yes.
13 Q   Have you looked at that exhibit before?
14 A   Yes.
15 Q   Can you identify what those are.
16 A   These are black boots that I -- that they call State boots.
17 Q   Those are the boots issued to inmates in the Department of
18 Corrections?
19 A   Yes.
20 Q   And did you see or hear of incidents where individuals were
21 buying insoles or double pair of socks for these shoes?
22          MR. QUINN:  Objection, Your Honor.  Hearsay.
23          THE COURT:  Overruled.
24 A   We heard many complaints from the inmates in the various
25 facilities where we went that the boots -- they didn't always

1 have the correct size available so there were some boots that
2 were too big. We also heard that they're very, very hard, do
3 not flex, and those that have problems with, like, athlete's
4 foot, they don't tend to breathe well. They were just very
5 uncomfortable and, in some cases, painful.
6 Q (By Ms. Greisen) Let's look at Exhibit 120, the pair of
7 Department of Corrections boots that you have in front of you.
8 In your opinion, are there problems with these boots in the
9 sense of how -- in the sense of diabetic foot care?
10 A The main problem that I see is that it absolutely doesn't
11 flex. It stays rigid, which would put pressure points on
12 various parts of the foot as you just simply walk. Very, very
13 stiff.
14 Q Explain again -- if you did, I apologize. What's the
15 problem with the fact that a stiff boot is going to put
16 pressure points? Why is that concerning for a diabetic?
17 A If they have neuropathy, they're less likely to feel an
18 injury should it occur. Let's say they get blisters or
19 abrasions from the boot. If they have neuropathy, they may not
20 feel it.
21 Q Neuropathy is?
22 A Damage to the nerves, which is most prominent in the feet.
23 Q Is that a condition that tends to be prevalent in
24 individuals with diabetes?
25 A It's prevalent in individuals with diabetes who have not

1   had -- who have had high blood sugars for an extended time.
2   Q   Again, we'll talk about individuals with neuropathies
3   wearing these boots. You talked about the fact that they could
4   create a blister or a sore and the individual wouldn't know
5   about it because they have decreased sensation, right?
6   A   Yes.
7   Q   What's the problem with that?
8   A   The -- any abrasion or opening in the skin of the feet
9   would have a much greater chance of becoming infected if it
10  were not discovered and treated early. Also, the person with
11  diabetes has high blood sugar. Their body's ability to fight
12  the infection could be diminished. So it's a combination of
13  issues that are related to this. The other thing -- feet are
14  different. Some feet have different shapes, okay, and we heard
15  lots of complaints about them not fitting well, even if it was
16  their size, and the boot doesn't give or, as many of our shoes
17  might do, conform to the foot after they break them in.
18  Q   Okay. I'm going to come back to that. I want to go back
19  to the issue of when you're a diabetic and you have neuropathy
20  and you have a sore and you've talked about the fact that a
21  diabetic isn't going to heal -- may not heal as well or as
22  fast?
23  A   Yes.
24  Q   What are the possible complications with an individual
25  who's in that situation who's wearing these boots or develops a

1  sore, a blister, or an ulcer and who has neuropathy?
2  *A*  If they have neuropathy, the biggest risk in abrasions or
3  blisters is a serious infection that takes a very long time to
4  heal and a lot of resources to heal.  If they have more serious
5  neuropathy, they can actually develop callouses on the ball of
6  their foot, and that makes them very high risk for actual foot
7  ulcers.  Foot ulcers can be very, very difficult to treat and
8  to heal.  If they're not successfully treated, can lead to bone
9  infections and amputations.
10 *Q*  Amputations of -- are you just talking about a toe or what
11 areas are we talking about?
12 *A*  That depends on that person's situation, the seriousness of
13 the ulcer, also their circulation.  If their circulation is
14 good, it might mean a lower level amputation.  Amputations,
15 when needed, are usually done at the lowest point at which
16 viable circulation and nerves can be brought together to
17 promote healing.
18 *Q*  Can this also result in a below-the-knee amputation?
19 *A*  In some people.
20 *Q*  And can blisters also -- if somebody develops a blister
21 from these boots, can that progress to this type of ulcer and
22 infection as well?
23 *A*  It's not as likely, unless they have neuropathy and
24 circulatory damage.  If their circulation to their feet is
25 inadequate, getting nutrients and oxygen to these abrasions are

1  going to make it difficult to heal.
2  Q    I don't think we talked about this deformity.  We have an
3  inmate who has toes that overlap each other?
4  A    Yes.
5  Q    What is the problem when you have that kind of problem with
6  a boot like this?
7  A    Deformities can be -- that type of toe arrangement, it can
8  be hammer toes where the knuckle of the toe actually is --
9  sticks up in an inflexible position.  It also could be bunions.
10 These are abnormal structures that in an inflexible boot put
11 additional abrasion and friction on those areas of the foot.
12 The foot deformities actually contribute to foot risk.
13 Q    Okay.  How does providing an individual tennis shoes or
14 soft-soled shoes, how does this alleviate the problems you're
15 talking about?
16 A    A couple things.  It gives, reducing the pressure points
17 and abrasions and blisters.  Secondly, athletic shoes have a
18 better ability to breathe and get air to those -- to the
19 various areas of the foot.
20 Q    Why is that important?
21 A    Well, if the shoe doesn't breathe, if the foot is sweating
22 a lot, that can contribute to foot fungus, athlete's foot, and
23 sometimes that can even lead to foot -- openings in the skin of
24 the feet.
25 Q    Okay.

**REPORTER'S CERTIFICATE**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  Dated at Denver, Colorado, this 28th day of September, 2010.


                                        *S/Tracy Weir*
                                         Tracy Weir