**APPENDIX 1**

**Prisons' Denial of Requests for Reasonable Accommodations during Monitoring Period**

| Name | Inmate Number | Prison Facility | Nature of Disability | Description of denial of reasonable accommodation |
|---|---|---|---|---|
| Abeyta | 119057 | ACF (currently on parole) | Diabetes and Mobility | Request for reasonable accommodation ("RFA") for medical shoes was denied because it was a medical issue. |
| Allen | 117789 | CTCF | Diabetes, Mobility, and Hearing | RFAs for diabetic boots and tennis shoes were denied as not being accommodations. |
| Arriola | 114873 | BCCF | Diabetes | Mr. Arriola's 2/12/2014 RFA requesting a glucometer but was denied on 2/24/2014 because it was a medical issue. |
| Bergerud | 128941 | SCF | Diabetes | RFA for medical shoes denied because it was a medical issue. |
| Bloch | 163936 | Den-W | Diabetes | Lower bunk and medical shoes are not ADA accommodations. |
| Boyd | 152491 | AVCF | Hearing | Requests for replacement hearing aids and for replacement vibrating watch denied. He was told he could self-purchase these items at the canteen but they were not accommodations. |
| Butner | 145576 | CMRC | Diabetes | Request for bottom bunk due to numbness in feet was denied as "clinical standard, not accommodation" in November of 2013. |
| Butterfield | 164125 | Sterling | Diabetes and Mobility | Denied a walker because it is not an ADAAA accommodation. |
| Byerrum | 63812 | Fremont | Hearing | Did not have money to purchase batteries and band for a vibrating watch. |

| Carey | 76989 | CTCF | Vision and Mobility | Mr. Carey received a talking watch but was denied a walking stick on the grounds that it was a medical issue rather than an accommodation. |
|---|---|---|---|---|
| Carillo | 46457 | CSP | Diabetes and Hearing | Though the file indicates Carillo qualifies for two hearing aids, the file states that hearing aids and glasses are not ADA accommodations. |
| Casias | 90539 | LVCF | Diabetes, Mobility, and Vision | His 11/6/2012 request for a wheelchair was denied as a medical issue rather than an accommodation. |
| Corbett | 43501 | DRDC | Diabetes and Hearing | RFA for vibrating watch was denied on the grounds that a watch is not an accommodation. |
| Cordova | 57350 | BCCF | Hearing and Mobility | Requests for hearing aids denied because "health care appliances are not covered by the ADA." |
| Czibok | 58856 | FMCC | Diabetes, Mobility, and Hearing | Denied RFA for vibrating watch on 12/4/2013 because it was a medical issue. |
| Dehmer | 60566 | BVCC | Mobility | Denied RFA for leg brace as a medical issue. |
| Dixon | 69525 | SCF | Diabetes | DOC never responded to his RFA for soft soles shoes despite having neuropathy. |
| Douglas | 80101 | FCF | Vision | Request for a talking watch is denied. |
| Duncan | 63925 | LCF | Diabetes | RFAs for bottom bunk and medical shoes were denied as medical issues rather than accommodations. |
| Duran | 146598 | Fremont | Hearing | Request for vibrating watch was denied. |
| Erwin | 111226 | FCF | Diabetes | Request for a job transfer as an accommodation for neuropathy and mobility issues was denied in July 2013 because it was not "medically indicated." |
| Fettes | 99885 | DRDC | Mobility | RFAs for cane, lower tier, and lower bunk were all denied as medical issues. |

| Fredrickson | 68384 | SCCF | Hearing | Denied request for a vibrating watch; had to self-purchase on canteen. |
|---|---|---|---|---|
| Hall | 165390 | DRDC | Diabetes | RFAs for glucometer and medical shoes were denied as medical issues rather than accommodations. |
| Jansen | 114175 | FCF | Mobility | Request for medical boot was denied as medical. |
| Jones | 160427 | BCCF | Diabetes | Requested shoes on 4/4/2013 because he had a toe removed on his left foot.  DOC never responded to his request. |
| Justice | 122924 | CTCF | Vision and Mobility | DOC told him he had to purchase a vibrating watch on canteen and rent a magnifier with light. |
| Kilgore | 116938 | AVCF | Hearing | Request for a repair of vibrating watch was denied. DOC told him that replacement items are available for purchase on canteen. |
| Lee | 120659 | n/a | Mobility and Hearing | Requests for hearing aids, leg brace, and tennis shoes were each denied as medical issues. |
| Long | 108326 | AVCF | Hearing | Request for replacement hearing aid batteries was denied because it was a medical issue. Told to purchase vibrating watch on canteen. |
| Maddox | 131787 | Bent County | Hearing | DOC never responded to RFA for vibrating watch. |
| Madewell | 142208 | DWCF | Mobility | RFAs for lower bunk and lower tier were denied as medical issues. |
| Martin | 113936 | ACC | Hearing and Mobility | Denied request for vibrating watch. |
| Martinez | 66119 | CSP | Hearing | After requesting a vibrating watch he was referred to canteen. |
| Mascarenas | 126661 | SCF | Mobility | Denied request for medical mattress because it was a medical issue. |

| Maya | 136672 | FCF | Diabetes and Hearing | Mr. Maya was having difficulty receiving diabetic snacks and complained to the AIC, who responded that diabetic snacks were "not an accommodation." |
|---|---|---|---|---|
| Medina | 153763 | FTCL/Parole | Diabetes | Despite complaining of bloody heel and neuropathy, DOC denied request for soft soled shoes because it was a clinical issue. |
| Melanson | 117654 | SCF | Hearing, Vision, and Diabetes | Had to purchase a vibrating watch on canteen. |
| Mendez | 58401 | DRDC | Hearing and Diabetes | Told to contact Clinical Services for hearing aids, glasses, and glucose monitor because they are not accommodations.  Told to purchase vibrating watch on canteen.  Denied medical shoes and lower bunk/lower tier – not ADA accommodation. |
| Merrill | 144006 | SCF | Mobility and Diabetes | Denied RFA for a cane and lower bunk/lower tier on the grounds they are not an accommodation. |
| Meyer | 142421 | SCF | Mobility and Hearing | Denied RFA for vibrating watch but could self-purchase on canteen. |
| Miller | 99424 | AVCF | Hearing | Told to contact Clinical Services for hearing aids and watch because they are not accommodations. |
| Mitchell | 124568 | DRDC | Diabetes | Requests for accommodation of lower bunk and medical shoes were denied – not ADA accommodations. |
| Mont | 134286 | DWCF | Hearing and Vision | Denied a vibrating watch on 10/23/2014 even though she had previously been entitled to one in 2012. Replacement of hearing aids and medical mattress were denied – not ADA accommodations. |

| Napier | 137051 | CTCF (currently on parole) | Diabetes | Request for seated rest periods every 30 minutes due to severe neuropathy was denied on the ground that it was a medical restriction rather than an accommodation. |
| Nurse | 124461 | AVCF (current location unknown) | Hearing and Mobility | He had to purchase a vibrating watch on canteen. |
| Ontiveros | 113005 | SCF | Diabetes and Hearing | Mr. Ontiveros made a RFA for a medical boot, lower bunk restrictions, and a vibrating watch. His requests for the medical book and lower bunk were denied on 8/22/2014, though he was approved to purchase a watch on canteen on 10/18/2013. |
| Perez | 55587 | Parole | Hearing and Diabetes | Had to purchase a vibrating watch on canteen. |
| Pittman | 161151 | DWCF | Mobility and Diabetes | Request for cane for mobility issues was denied as being a medical issue rather than an accommodation. |
| Pryor | 162521 | SCF | Mobility and Diabetes | Denied RFA for cane and eyeglasses. |
| Roberts | 114262 | FCF | Hearing | Required to purchase vibrating watch because it was removed as an accommodation in June of 2013. |
| Roy | 82657 | DRDC | Diabetes | Request for glucometer and medical shoes was denied on grounds that it was a medical issue and not an accommodation. |
| Saenz | 134591 | CTCF | Diabetes | Denied request for medical shoes because medical shoes are not an ADA accommodation. |
| Schmidt | 136240 | BVCF | Hearing and Diabetes | Denied RFA for medical shoes because it is a medical issue. |

| Smith, H. | 85286 | AVCF (currently on parole) | Hearing | Transfer request to CTCF due to inadequate facility accommodations at AVCF was denied as were his requests for a vibrating watch and lower bunk. |
|---|---|---|---|---|
| Smith, E. | 87175 | BCCF | Hearing | RFAs for a vibrating watch and lower bunk were denied as medical issues, not accommodations. Request Approve/Deny Report also states that hearing aids are not accommodations. |
| Straley | 149221 | CTCF | Diabetes and Hearing | Required to purchase vibrating watch on canteen. |
| Thompson | 47869 | Crowley | Diabetes | Requested soft soled shoes for neuropathy and was denied because it was a clinical issue. |
| Valencia | 154672 | BVCF | Diabetes | Request for tennis shoes was denied on the grounds that Clinical determined they were not medically necessary. |
| Vigil | 96558 | CTCF | Vision | Though he initially received a bottom bunk accommodation at Sterling, he is now housed in a top-tier medical unit. His RFA for a bottom bunk was denied because it was not an ADAAA accommodation. |
| Waters | 121417 | CTCF | Mobility, Diabetes, and Hearing | Denied RFA for vibrating watch. |
| Wooden | 101814 | CSP | Mobility | Before a mobility screening, Mr. Wooden was denied requests for a cane, medical shoes, lower bunk and lower tier because they were medical issues. |