# APPENDIX 1

## PART 1

## ABEYTA -- DEHMER

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/18/2013

**Offender :** ABEYTA, ALBERT J

**DOC # :** 119057

**RFA # :** 3779

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Ankle supports, braces, and diabetic boots are all health care appliances available through Clinical Services. They are not accommodations. Tennis shoes are available for self-purchase off canteen.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/22/2014

**Offender :** ALLEN, FLOYD

**DOC # :** 117789

**RFA # :** 5416

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Authorization to wear medical footwear in all areas/transport | APPROVE | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Medical shoes are not an ADA accommodation.  Only Clinical Services can determine if medically necessary shoes are required.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 02/24/2014

**Offender :** ARRIOLA, PETER R

**DOC # :** 114873

**RFA # :** 4510

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

You are not requesting any accommodation/modification needed to access or participate in a program, service, or activity. Please see AR 750-04 for ADA and accommodation information.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04B (02/13/12)

## OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS

*Return completed form to: Legal Services-AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906*
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request.*

---

**I. OFFENDER INFORMATION:** *(Please print)*

NAME: Peter Arriola          FACILITY: DRDC

DOC#: 114873          DATE: 2-12-14

Name & Title of person completing form (if not named offender):
Rice RN

---

**II. CLAIMED DISABILITIES:** *Mark all that apply*

| Mobility (lower extremity only) | Hearing | Vision | Diabetes |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ |

---

**III. BENEFITS REQUESTED:** List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

g[?] OO gulcometer

DM

---

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

Offender Signature          Date: 3-12-14

Attachment "B"
Page 1 of 1

Bergerud #128941
3

| 12/11/12 | mar | Request for accommodation requesting special shoes. Denied and sent to facility, with note to clinical to review. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## REQUEST APPROVED/DENIED REPORT

**Date :** 12/11/2012

**Offender :** BERGERUD, ALLEN C

**DOC # :** 128941

**RFA # :** 2030

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

You are entitled to access/receive medical treatment regardless of disability status. If you would like to receive benefits of the ADA class action lawsuit, submit 750-04 Form B. Refer to AR 750-04 for definition of accommodation.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 03/04/2014

**Offender :** BLOCH, DARELLA

**DOC # :** 163936

**RFA # :** 4559

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for medical housing restriction (lower bunk) and soft sided shoes are not ADA accommodations.  The ADA does not have authority/oversight of Clinical Services to include medical restrictions, medication, health care appliances or treatment plans.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 05/31/2013

**Offender :** BOYD, MATTHEW L

**DOC # :** 152491

**RFA # :** 2916

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | |
| Access to special resources in the library | APPROVE | | |
| Personal notice of irregular audible announcements/orders Staff or OCA I Messenger | APPROVE | | |
| Vibrating watch Now available for self-purchase on canteen. | DENY | Not accommodation | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. DOC issued hearing aids are not replaced at the expense of DOC within a 5 year period. See AR 700-34 or contact Clinical Services for more information. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/19/2013

**Offender :** BUTNER, ALBERT N

**DOC # :** 145576

**RFA # :** 3951

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Bottom bunk is a clinical standard, not an ADA accommodation/modification needed to access or participate in a program, service, or activity. Soft shoes are prescribed by Clinical Services and the AIC may authorize the wearing of such in all areas.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04A (02/13/12)

## REQUEST FOR ACCOMMODATION

*Return completed form to your Facility ADA Coordinator*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request ADA accommodations; use Form "B" to request ADA litigation class member status. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

I. **OFFENDER INFORMATION:** *(Please print)*

NAME: ALBERT BUTNER

FACILITY: DRDC

DOC#: 145576

DATE: 11-19-13

Name & Title of person completing form (if not named offender):

II. **ACCOMMODATION REQUESTED:** *Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, to ensure equal access. (e.g. magnifier, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*

*Do not leave this section blank.*

BOTTOM BUNK (NUMBNESS OF FEET)
SOFT SHOES (EASILY CUT FEET)

III. **SUBSTANTIAL LIMITATION:** *(Mark only limitations RELEVANT to the above request) Examples in parenthesis*

| | | |
|---|---|---|
| CARING FOR ONESELF | BREATHING (Asthma) | BOWEL |
| PERFORMING MANUAL TASKS | LEARNING (Dyslexia) | BLADDER |
| SEEING | READING | NEUROLOGICAL (Seizures) |
| HEARING | CONCENTRATING | BRAIN (Intellectual disability, Brain injury) |
| EATING | THINKING (Dementia) | RESPIRATORY (COPD) |
| SLEEPING | COMMUNICATING | CIRCULATORY (Heart) |
| WALKING | WRITING | ENDOCRINE (Diabetes, Hepatitis) |
| STANDING | WORKING | BRAIN (mental health) |
| LIFTING | IMMUNE SYSTEM (HIV/AIDS, Allergies) | SITTING |
| BENDING | CELL GROWTH (Cancer) | CLIMBING |
| SPEAKING | DIGESTIVE | NOT LISTED: |

*By signing this form voluntarily and without coercion or under duress, I authorize the Facility ADA Coordinator, AIC or designee to: request, review and/or discuss any medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations requested. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

Offender Signature

11-19-13
Date

Attachment "A"
Page 1 of 1

AR 750-04B (02/13/12)

## OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS

*Return completed form to: Legal Services-AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906*
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request.*

---

**I. OFFENDER INFORMATION:** *(Please print)*

NAME: ALBERT BUTNER

FACILITY: DCDC

DOC#: 145576

DATE: 11-18-13

Name & Title of person completing form (if not named offender):

---

**II. CLAIMED DISABILITIES:** *Mark all that apply*

| Mobility (lower extremity only) | Hearing | Vision | Diabetes |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ IDDM |

---

**III. BENEFITS REQUESTED:** List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

BOTTOM BUNK (NUMBNESS OF FEET)

SOFT SHOES (EOSILY CUT FEET)

---

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

Offender Signature

11-18-13
Date

Attachment "B"
Page 1 of 1

## REQUEST APPROVED/DENIED REPORT

**Date :** 02/21/2014

**Offender :** BUTTERFIELD, CHARLES

**DOC # :** 164125

**RFA # :** 4481

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Additional time to complete activities of daily living | APPROVE | | |
| Additional time to move about the facility | APPROVE | | |
| Assistance with carrying & disposing of food tray | APPROVE | | |
| Search considerations<br>If walker is removed during search, provide appropriate seating due to instability. | APPROVE | | |
| Restraint considerations<br>If offender is required to walk in restraints and unable to access walker, provide staff assistance or wheelchair. | APPROVE | | |
| Transport considerations<br>Assist when embarking and disembarking from vehicle as needed. | APPROVE | | |
| Staff assistance during emergency or evacuation | APPROVE | | |
| Access to a shower chair or bench | APPROVE | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc.<br>A walker is not an accommodation/modification needed to access or participate in a program, service, or activity. Please see AR 750-04 for ADA and accommodation information. Clinical Services will provide you with any health care appliance you need. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/09/2013

**Offender :** BYERRUM, MICHAEL S

**DOC # :** 63812

**RFA # :** 3749

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/23/2013

**Offender :** CAREY, MICHAEL S

**DOC # :** 76989

**RFA # :** 3198

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Talking watch | APPROVE | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for health care appliance/medical assistive device (Blind person cane) is not an ADA accommodation and can only be evaluated by Clinical Services.  Medical treatment plans are not covered under the ADA.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 01/28/2013

**Offender :** CARRILLO, DELFIN E

**DOC # :** 46457

**RFA # :** 2318

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Hearing aids and eyeglasses are not accommodations and must be requested directly from Clinical Services. See AR 750-04 for info regarding equal access for individuals with disabilities.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/06/2012

**Offender :** CASIAS, GILBERT M

**DOC # :** 90539

**RFA # :** 1912

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Wheelchair with bike tires, cushion, gloves are health care appliances not accommodation to ensure equal access. These requests should be made to Clinical Services. See AR 750-04 for definition of accommodation.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/17/2014

**Offender :** CORBETT, MICHAEL

**DOC # :** 43501

**RFA # :** 2989

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Vibrating watch | DENY | Not accommodation | |

Available on canteen. If you cannot afford, submit request for assistance from AIC and account may be taken into a negative balance. Approval is dependent upon level of hearing loss. Also consider buying alarm clock.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/26/2013

**Offender :** CORDOVA, RONALD

**DOC # :** 57350

**RFA # :** 4002

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
| Health care appliances (hearing aids) are not covered under the ADA. appliances per AR 700-02 & 700-34. | See Clinical Services for any health care related treatment and medical | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 12/04/2013

**Offender :** CZIBOK, ROBERT

**DOC # :** 58556

**RFA # :** 4059

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Talking Books Player, Media, & Case | DENY | Unreasonable | |
| You must complete the Colorado Talking Book Library application (see general library) & submit to clinical for signature then you must mail it to CTBL. Once approved, AIC will enter authorization as accommodation.  See AR 500-02 | | | |
| Vibrating watch | DENY | Unreasonable | |
| Vibrating watches are available on canteen for all offenders to purchase (codes 9764=VB watch; 9765=battery; 9766=band).  AIC no longer issues watches to any offender. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 12/11/2013

**Offender :** CZIBOK, ROBERT

**DOC # :** 58556

**RFA # :** 4100

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | |
| Search considerations<br>Consideration of hearing aid during searches and effective communication while hearing aid is being inspected | APPROVE | | |
| Access to special resources in the library | APPROVE | | |
| Auth. to buy vibrating watch/accessories-limited funds available<br>Offender may purchase vibrating watch, battery or replacement band for watch with limited/no available funds.  Offender will be required to repay cost as funds become available according to policy. | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/25/2013

**Offender :** DEHMER, JOHN

**DOC # :** 60566

**RFA # :** 3230

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Accessible bathroom facilities<br>Access to shower with safety rails | APPROVE | | |
| Access to a shower chair or bench | APPROVE | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc.<br>A cane and leg brace are medical treatment. See Clinical Services. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/23/2012

**Offender :** DEHMER, JOHN

**DOC # :** 60566

**RFA # :** 1049

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Access to a shower chair or bench | DENY | Unreasonable | |

You failed to provide documentation of your inability to stand in shower and/or instability while standing.  You may resubmit requested accommodation with documents to verify your need at any time.

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Your request for a leg brace and cane are NOT accommodation and fall outside scope of ADA.  Please consult with clinical services to obtain medical care and treatment to include, but not limited to authorization of health care appliances.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/26/2013

**Offender :** DEHMER, JOHN

**DOC # :** 60566

**RFA # :** 4009

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Leg brace and cane are health care appliances prescribed by clinician; not ADA accommodation/modification to ensure equal access. See AR 750-04 for ADA info. Appliances are well documented. Your concern of removal has been forwarded to appropriate units.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**