# APPENDIX 1


# PART 2

# DIXON -- MADEWELL

Dixon #69525
1

# ACCOMMODATION WORKSHEET

(revised & effective February 2006)

| NAME | DIXON, CLIFFORD | DOC # | 69525 |
|---|---|---|---|
| FACILITY | SCF | DATE OPENED | 9/14/04 |
| DISABILITY | DIABETES, MOBILITY | PROVIDER | UNKNOWN |

| Date | Initials | Contact/Activity |
|---|---|---|
| 3/9/06 | KB | File reviewed and database updated.  New Accommodation Worksheet placed in file. |
| 11/28/06 | ALJ | Received request for Accommodation and Medical Release from Offender dated, 10/04/2006. Offender claims to have diabetes.  Screening request sent to Deb Howe, HSA at FLCF. Calendared for 30 days.  Memo to Offender regarding screening process with copies of request/release forms for his records.  Memo to Offender with Functional Ability Questionnaire (FAQ), offender notified to take completed FAQ forms to disability screening. |
| 1/2/07 | MG | Received Functional Ability Questionnaire back from Offender. |
| 1/2/7 | MG | Received Physician Recommendation and screening forms. Dr. Wermer indicates the Offender does have diabetes, but does not rise to level of disability. |
| 1/3/07 | MG | Memo to CMO, Dr. Shames with Physician's Recommendation and Screening form for review and final disability status determination. Calendared for 10 days. |
| 1/23/07 | MG | Received verification and recommendation review form from Dr. Shames. He agrees that offender does have diabetes, but has no needs at this time. |
| 1/24/07 | MG | Prepare Accommodation Resolution.  Memo to CMO DR. Shames with Accommodation Resolution to review and sign. Calendared for 10 days. |
| 1/25/07 | MG | Received signed Accommodation Resolution from CMO Dr. Shames dated 1/25/07. Accommodation Resolution sent to AIC Cathie Holst for signature. Received signed Accommodation Resolution from AIC Cathie Holst. |
| 1/26/07 | MG | Memo to Warden with copies of Accommodation Resolution on bright yellow paper for Warder, Housing Unit Supervisor, Mental Health file, Clinical Services file, HAS, offender's case manager, offender (2) 1 is half size. Copy to Tom Kolle HQ/Records, CMO Dr. Shames Clinical Services.  Memo to offender with Accommodation Resolution. |
| 3/6/07 | YB | File audited by Yvette Brown & Janine Aguero. |
| 5/17/07 | MG | File audited by Marshall Griffith.  Offender is no needs diabetic, no notice from offender services that he was moved from FLCF to CMRC on 4/26/07. Email sent to offender services Daryl Vigil to notify. |
| 10/15/07 | lam | Case Manager contacted via E-mail for supervisor name.  Response to be sent to Adrienne Jacobson by October 26, 2007. |
| 10/30/07 | TR | Received step 1 ADA grievance D-CH07/08-129 for investigation and response, offender is grieving medical co-pay assessments.  Email to AIC legal assistant M. Griffith requesting copies of offender ambulatory records for medical appointments on 9/9/07, 9/16/07 and 9/26/07. |
| 11/13/07 | MG | Response sent to Step 1 Grievance D-CH07/08-129. |
| 1/29/08 | MG | Received copy of Order Dismissal of Special Master from the A.G. office. |
| 4/9/08 | MG | Received Initial Intake ADA Screening Forms. Offender identified as having diabetic history, no accommodations required. |
| 4/16/08 | MG | Received Follow Up Intake ADA Screening Forms. Offender is diabetic controlled with medications. Note: offender has a left shoulder trauma 5/2007 and has a weight restriction. No diabetic accommodations necessary. |

Dixon #69525
2

| 5/7/08 | KB | Telephone call from Scharon Swift, Offender Services. Offender is a parole returnee with several escape charges. Scharon is working on permanent placement for this offender. Offender is being sent to SCF. |
|---|---|---|
| 5/19/08 | tr | Letter to offender from Montez Plaintiff Attorney, Paula Greisen regarding 2008 Joint Stipulation forwarded to DRDC facility litigation coordinator for immediate delivery to offender. |
| 3/4/09 | MG | Disability re-screen request per the CMO Paula Frantz using new criteria sent to Clinical Services to schedule a disability screening. |
| 3/24/09 | MG | Received ADA Staff Observation Forms that were scanned and sent to Clinical Services. |
| 4/03/09 | jbc | Email received 3/30/09 from Lisa Sanchez in Clinical Services. ADA forms have been scanned and are available to be electronically transferred. The Provider ADA Screening Form has been transferred electronically to the ADA evaluation system on PCDCIS. Hard copy of these forms also received for AIC file. |
| 4/16/09 | jbc | Email received 4/15/09 from Lisa Sanchez Clinical Services. ADA forms have been scanned and are available to be electronically transferred. The Chief Medical Verification Forms have been transferred electronically to the ADA evaluation system on PCDCIS. Hard copy of these forms also received for AIC file. |
| 7/23/09 | MG | CMO portion of the ADA evaluation completed. Prepare Accommodation Resolution. Accommodation Resolution sent to the AIC for review and signature on 7/16/09.<br><br>Received Accommodation Resolution back from the AIC signed and dated 7/14/09 [?]<br><br>Memo to the CMO with Accommodation Resolution to review and sign. Calendared for 10 days. |
| 7/24/09 | jbc | Received signed Accommodation Resolution from Dr. Frantz 7/24/09. Scanned, qc'd, and published to DOCnet. Returned to Legal Assistant Marshall Griffith for further processing. |
| 07/29/09 | lam | Accommodation Resolution e-mailed to Steve May, ADA Coordinator for SCF. Copy on yellow paper sent to Tom Kolle for working file. |
| 8/3/09 | Mg | Review of AIC file indicates offender's resolution should have also included for diabetes. New accommodation resolution will be prepared.<br> Prepare Accommodation Resolution.<br>Accommodation Resolution sent to the AIC for review and signature. |
| 8/6/09 | MG | Corrected Accommodation Resolution received from the AIC Cathie Holst signed and dated 8/4/09.<br>Accommodation Resolution sent to the CMO Dr. Frantz for review and signature. Calendared for 10 days. |
| 8/6/09 | jbc | Received signed Accommodation Resolution back from Dr. Frantz. Scanned and qc'd into electronic system. Published on DOCnet. Returned to Legal Assistant Marshall Griffith for further processing. |
| 8/13/09 | MG | Email to Parole ADA Coordinator that offender moved to parole on 8/12/09. |
| 08/13/09 | lam | Prepared Accommodation Resolution for e-mail to Steve May, ADA Coordinator for SCF, however discovered offender paroled 08/12/09. Will instead send AR to Matt Menck, Parole ADA Coordinator with CC to Misty DeLong. Copy on yellow paper sent to Tom Kolle for working file. |
| 10/21/10 | lam | Received offender movement report dated 10/19/10. Offender moved from PAROLE-NE to JAIL BACKLOG. DCIS shows this is a temporary move, therefore no information was entered into the databases, and the ADA coordinator was not notified. |
| 10/22/10 | jbc | Received initial intake from DRDC. Saved to efile. Received MR and RFA saved to efile and qc'd. Prepared MTO-RFS. Updated AIC database. Requested screening from Clinical Services. |
| 10/25/10 | lam | Received offender movement report dated 10/22/10. Offender moved from JAIL BACKLOG |

Dixon #69525
3

| 10/27/10 | jbc | to DRDC for intake processing.  No information was entered into databases pending intake completion. |
|---|---|---|
| 10/27/10 | jbc | Received follow-up from DRDC. Saved to efile. Published temporary AR on DOCnet. |
| 10/29/10 | Mg | CMO portion of the ADA evaluation for disability complete. Complete AIC portion of the ADA evaluation. Prepare Accommodation Resolution Accommodation Resolution sent to the acting AIC Russell for review and signature. |
| 11/1/10 | vf | Accommodation Resolutions sent to CMO for Signature. |
| 11/5/10 | MG | Call from Paul Cline OS. Offender approved to move to FMCC. |
| 11/15/10 | vf | CMO signed AR returned to AIC office |
| 11/16/10 | vf | Scanned in CMO Signature page Updated AIC Montez Database Routed AR's to Administrative Assistant, Lynn Monfette, for distribution |
| 11/6/10 | MG | Call from Rex Kohl OS. Offender was mis-scored for FMCC. Offender approved to move to SCF. |
| 11/16/10 | lam | Received offender movement report dated 11/15/10.  Offender moved from DRDC to FMCC.  DCIS shows this is a temporary move, therefore no information was entered into the databases, and the ADA coordinator was not notified. |
| 11/18/10 | lam | Received offender movement report dated 11/17/10.  Offender moved from FMCC to DRDC.  DCIS shows this is a temporary move, therefore no information was entered into the databases, and the ADA coordinator was not notified. |
| 11/19/10 | lam | Received offender movement report dated 11/18/10.  Offender moved from DRDC to SCF.  Updated AIC and movement tracking database.  Sent e-mail to ADA coordinator as notification of same.  Saved e-mail to e-file. |
| 11/24/10 | lam | Scanned and QC'd Accommodation Resolution to electronic system. Saved to e-file. Published on DOCnet.  Accommodation Resolution notification e-mailed to Bernadette Scott, ADA Coordinator for SCF, with CC to Annamarie Campbell, Administrative Services Manager for Clinical Services; also to Randy Smith, Clinical Services Case Manager. |
| 8/23/11 | vf | Placement criteria verified and changes are not necessary because offender did not qualify for a disability which would require such restriction. |
| 2/26/13 | mar | Offender returned to DOC and identified as diabetic. |
| 3/1/13 | mar | Requested diabetes screening and sent MTO-RFS. |
| 3/21/13 | jbc | Completed Montez screening. Updated database. Prepared AR. |
| | | |
| | | |
| | | |
| | | |
| | | |

AR 750-04B (02/13/12)

## OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS

*Return completed form to:  Legal Services-AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906*
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request.*

### I. OFFENDER INFORMATION: *(Please print)*

| | |
|---|---|
| NAME: Dixon Clifford | FACILITY: DRDC |
| DOC#: 69525 | DATE: 2/26/13 |
| Name & Title of person completing form (if not named offender): | |

### II. CLAIMED DISABILITIES: *Mark all that apply*

| Mobility (lower extremity only) | Hearing | Vision | Diabetes |
|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ IDDm |

### III. BENEFITS REQUESTED:  List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

IDDM His 5 back, numbness of feet and hands, bottom bunk restriction

Need soft soled tennis shoes

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

| | |
|---|---|
| Clifford Dixon | 2-26-13 |
| Offender Signature | Date |

Attachment "B"
Page 1 of 1

# REQUEST APPROVED/DENIED REPORT

**Date :** 10/16/2014

**Offender :** DOUGLAS, CHARLES N

**DOC # :** 80101

**RFA # :** 5918

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Talking watch | DENY | Unreasonable | |

You may resubmit request for talking watch with medical documentation identifying your best corrected visual acuity.  If BCVA is =/> 20/200 a talking watch may be issued.

| | | | |
|---|---|---|---|
| Magni-Page | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/11/2014

**Offender :** DUNCAN, GARY L

**DOC # :** 63925

**RFA # :** 4835

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Authorization to wear medical footwear in all areas/transport | DENY | Unreasonable | |
| If clinical approves soft soled shoes, AIC will approve for you to wear them at all times. You have an evaluation pending. | | | |
| | | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
| Lower bunk is a restriction, not ADA disability accommodation/modification to ensure equal access. See AR 750-04. You have an evaluation pending. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 03/26/2014

**Offender :** DURAN, EDUARDO S

**DOC # :** 146598

**RFA # :** 4701

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Not accommodation | |
| Vibrating watches, bands & batteries are available on canteen for all offenders to purchase.  See Clinical Services for repair of hearing aid (AR 700-02 & 700-34) | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 08/07/2013

**Offender :** ERWIN, RODNEY D

**DOC # :** 111226

**RFA # :** 3281

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Modified/reassigned job duties to accom. medical restrictions | DENY | Unreasonable | |

Your request to be reassigned as wrapper is not medically indicated per FCF HSA you are capable of completing current essential duties either with or without accommodation.  If you need accommodation for current duties please specify which tasks.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

ERWIN — 111226

AR 750-04A (02/13/12)

## REQUEST FOR ACCOMMODATION

### *Return completed form to your Facility ADA Coordinator*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request ADA accommodations; use Form "B" to request ADA litigation class member status. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

| I. OFFENDER INFORMATION: *(Please print)* | |
|---|---|
| NAME: Rodney Erwin | FACILITY: FCF |
| DOC#: 111226 | DATE: 7/24/13 |
| Name & Title of person completing form (if not named offender): CM. J. O'Rourke | |

**II. ACCOMMODATION REQUESTED:** *Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, to ensure equal access. (e.g. magnifier, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*
Do not leave this section blank.

Offender states he has 3 fused vertebrey due to fall 10 years ago. Has difficulty bending, lifting and standing for long periods of time. He is currently assigned to FCF FS sanitation and is requesting to be assigned as a wrapper. He also states he has Gout, neropathy and carpal tunnel. Also Diabetic/insulin dependent.

**III. SUBSTANTIAL LIMITATION:** *(Mark only limitations RELEVANT to the above request) examples in parenthesis*

| | | | | | |
|---|---|---|---|---|---|
| CARING FOR ONESELF | | BREATHING (Asthma) | | BOWEL | |
| PERFORMING MANUAL TASKS | | LEARNING (Dyslexia) | | BLADDER | |
| SEEING | | READING | | NEUROLOGICAL (Seizures) | |
| HEARING | | CONCENTRATING | | BRAIN (Intellectual disability, Brain injury) | |
| EATING | | THINKING (Dementia) | | RESPIRATORY (COPD) | |
| SLEEPING | | COMMUNICATING | | CIRCULATORY (Heart) | |
| WALKING | | WRITING | | ENDOCRINE (Diabetes, Hepatitis) | ✔ |
| STANDING | ✔ | | | BRAIN (mental health) | |
| LIFTING | ✔ | IMMUNE SYSTEM (HIV/AIDS, Allergies) | | SITTING | |
| BENDING | ✔ | CELL GROWTH (Cancer) | | CLIMBING | ✔ |
| SPEAKING | | DIGESTIVE | | NOT LISTED: | |

*By signing this form voluntarily and without coercion or under duress, I authorize the Facility ADA Coordinator, AIC or designee to: request, review and/or discuss any medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations requested. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

Rodney Erwin                                                           7-24-13

Offender Signature                                                              Date

## REQUEST APPROVED/DENIED REPORT

**Date :** 05/23/2014

**Offender :** FETTES, TROY

**DOC # :** 99885

**RFA # :** 5040

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for medical housing restriction (LB/LT) and health care appliance (cane) are not ADA accommodations. See AR 750-04. Kite Clinical Services for your medical needs.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

Printed 10/15/2014 at 2:21 pm by aelombar

Criteria — DOC #: 68384, Respondent: , Name: , Disposition: , FAC: ALL, Comments: , Tracking #: , Unit/Pod: , Step: , Sent Supervisor: n, Type: , Subject: , Sort: docnox

## 3 Grievances Found
Printed 10/15/2014 at 2:21 pm by aelombar

| NAME | DOCNO | TRACKING # | STEP | FACILITY | TYPE | SUBJECT | RECEIVED DATE | RESPONDENT RCVD DATE | DUE DATE | RESPONSE DATE | PASS DUE |
|------|-------|-----------|------|----------|------|---------|---------------|---------------------|----------|---------------|----------|
| FREDRICKSON, JUSTIN | 68384 | M-SA13/14-00044812-1 | 1 | SAN CARLOS | ADA-M | Other Stipluations | 08/19/2013 | 08/21/2013 | 09/18/2013 | 09/11/2013 | |

**RESPONDENT:** MEGHAN REED

**DISPOSITION:** Resolved

**CASE MANAGER:** LINDA LUCERO-CANNON

**COMMENTS:** Offender states that he cannot get the watch/batteries off of canteen as he was told. Email to Steve Owens to confirm watches, band, batteries on Pueblo Complex canteen list for all. Email to Steve Owens to ensure offenders at SCCF have access to order watches, band, batteries. Owens - DOC, Steven 4:20 PM (0 minutes ago) to me, Linda Should be resolved, spoke to Property again today and they will assure items are listed. Completed original not yet recieved, sent out copies for offender signature 9/30/13.

| FREDRICKSON, JUSTIN | 68384 | M-SA13/14-00057556-1 | 1 | SAN CARLOS | ADA-M | DME refund | 06/17/2014 | 06/19/2014 | 07/17/2014 | 07/14/2014 | |

**RESPONDENT:** MEGHAN REED

**DISPOSITION:** Denied

**CASE MANAGER:** LINDA LUCERO-CANNON

**COMMENTS:** Offender ordered a vibrating watch band which has gone up in price from (Nov 2013 to June 2014) $5.95 to $14.14. Remedy - Put the price back to $5.95 and refund the difference in price of the watch band of $8.19. Thank you! CI increased cost without notifying AIC. Issue will be discussed in next AIC meeting and CI will be presented opinion and possible alternatives, if necessary.

| FREDRICKSON, JUSTIN | 68384 | M-SA13/14-00057556-2 | 2 | SAN CARLOS | ADA-M | DME refund | 07/23/2014 | 07/24/2014 | 08/22/2014 | 08/14/2014 | |

**RESPONDENT:** JULIE RUSSELL

**DISPOSITION:** Denied

**CASE MANAGER:** LINDA LUCERO-CANNON

**COMMENTS:**

## REQUEST APPROVED/DENIED REPORT

**Date :** 06/02/2014

**Offender :** HALL, BRIAN R

**DOC # :** 165390

**RFA # :** 5116

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

A glucometer and medical shoes are not accommodations/modifications needed to access or participate in a program, service, or activity. You have a screening pending with Clinical Services and can address your medical requests with them.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04A (02/13/12)

### REQUEST FOR ACCOMMODATION

*Return completed form to your Facility ADA Coordinator*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request ADA accommodations; use Form "B" to request ADA litigation class member status. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

| I. OFFENDER INFORMATION: *(Please print)* | |
|---|---|
| NAME: Jeffrey J. Jansen | FACILITY: Fremont (FCF) |
| DOC#: 114175 | DATE: August 28, 2013 |
| Name & Title of person completing form (if not named offender): | |

**II. ACCOMMODATION REQUESTED:** *Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, to ensure equal access. (e.g. magnifier, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*

*Do not leave this section blank.*

Requesting that medical follow through with the foot Doctor over at CTCF recommends medical insoles or boots for relief of pain caused by Peripheral neuropathy that causes pain from regular shoes and insoles purchased off of canteen when walking or standing.

| III. SUBSTANTIAL LIMITATION: *(Mark only limitations RELEVANT to the above request) examples in parenthesis* | | | | | |
|---|---|---|---|---|---|
| CARING FOR ONESELF | | BREATHING (Asthma) | | BOWEL | |
| PERFORMING MANUAL TASKS | | LEARNING (Dyslexia) | | BLADDER | |
| SEEING | | READING | | NEUROLOGICAL (Seizures) | |
| HEARING | | CONCENTRATING | | BRAIN (Intellectual disability, Brain injury) | |
| EATING | | THINKING (Dementia) | | RESPIRATORY (COPD) | |
| SLEEPING | | COMMUNICATING | | CIRCULATORY (Heart) | |
| WALKING | ✓ | WRITING | | ENDOCRINE (Diabetes, Hepatitis) | |
| STANDING | ✓ | WORKING | | BRAIN (mental health) | |
| LIFTING | | IMMUNE SYSTEM (HIV/AIDS, Allergies) | | SITTING | |
| BENDING | | CELL GROWTH (Cancer) | | CLIMBING | |
| SPEAKING | | DIGESTIVE | | NOT LISTED: | |

*By signing this form voluntarily and without coercion or under duress, I authorize the Facility ADA Coordinator, AIC or designee to: request, review and/or discuss any medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations requested. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

Offender Signature

Attachment "A"
Page 1 of 1

August 28, 2013
Date

**RECEIVED**

SEP 0 4 2013

FCF ADMINISTRATIVE
SERVICES

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/05/2013

**Offender :** JANSEN, JEFFREY J

**DOC # :** 114175

**RFA # :** 3458

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for medical treatment (follow up with a foot doctor) is not covered under the ADA as an accommodation.  See Clinical Services for all medical related issues/treatment.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04B (02/13/12)

OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS

*Return completed form to: Legal Services-AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906*
*(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request.*

**I. OFFENDER INFORMATION:** *(Please print)*

| NAME: Jeffrey J. Jansen | FACILITY: FCF |
| DOC#: 114175 | DATE: August 28, 2013 |

Name & Title of person completing form (if not named offender):

**II. CLAIMED DISABILITIES:** *Mark all that apply*

| Mobility (lower extremity only) ☑ | Hearing ☐ | Vision ☐ | Diabetes ☐ |

**III. BENEFITS REQUESTED:** List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

Would like to get medical boots to help relieve the discomfort and pain that I feel from walking or standing. I was diagnosis with Peripheral neuropathy, possibly demylenating in March of 2009 from a neurologist in Grand Junction, those papers are in my medical file here at FCF. I was sent to CTCF twice to the foot specialist and he recommended boots or insoles and have not recieved either since those visits. I have bought boots and insoles to see if I can relieve the discomfort but have been unable to succeed in this matter.

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

Offender Signature _____          August 28, 2013
                                                     Date

Attachment "B"
Page 1 of 1

RECEIVED

SEP 0 6 2013

Office of Correctional
Legal Services

Hi my name is Chad Jones inmate number
160427 Im writing you about my care at BCCF
I am diabtic and have had a toe removed
on my left foot about 5 months ago. What is
happening is that I have 2 swores on one
foot and 1 on the other. I have brought them
to BCCF medical and they tell me that I
do not qualify for diabtic shoes but they
said they have to be bleeding I brought
them 2 different bloody socks and they
said I still don't qualify. I have insoles on
the street they won't leat me send them
in. I am at a cross roads. I have tryed
everthing Kitted the PPMU and have not
heared back. So I don't know what I can do
I need the diabtic shoes and if I don't
qualify who does. I need your help thankyou

Chad Jones

RECEIVED

APR 0 4 2013

Office of Correctional
Legal Services

JONES, Chad #160427
1

# ACCOMMODATION WORKSHEET
(revised & effective February 2006)

| NAME | JONES, Chad | DOC # | 160427 |
|------|-------------|-------|--------|
| FACILITY | BCCF | DATE OPENED | 2/5/13 |
| DISABILITY | DIABETES | PROVIDER | |

| Date | Initials | Contact/Activity |
|------|----------|------------------|
| 2/5/13 | JR | Received initial intake for offender identified as possible diabetic. Opened new file and referred for screening. |
| 2/19/13 | JR | Received follow up intake for diabetes with temp. accommodations. |
| 3/15/13 | jbc | Completed Montez screening. Updated database. Prepared AR. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# REQUEST APPROVED/DENIED REPORT

**Date :** 04/01/2013

**Offender :** JUSTICE, JOHN S

**DOC # :** 122944

**RFA # :** 2640

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Large print materials | APPROVE | | |
| | | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Your request for medically necessary shoes and a housing restriction for a medical cell with bars are not ADA accommodation and must be authorized by a provider as part of your medical treatment plans.  See Clinical Services.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

ADA Inmate Coordinator (AIC)



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

## MEMORANDUM

TO:          Offender JUSTICE #122944-CTCF

FROM:     J. Russell – AIC
             Legal Services, ADA Inmate Coordinator

RE:          Correspondence

DATE:      April 16, 2014

You have requested a vibrating watch instead of the talking watch; a stand or similar device to utilize for your television; availability of larger television; documented accommodation for dining hall seating; magnifier with light source; and documented accommodation for OCA assistance.  A copy of your ADA Approved/Denied Summary and Litigation AR is provided herein.

In response, the following information is provided:
- You may purchase a vibrating watch on canteen; this item is available to all offenders regardless of impairment.  You will be required to turn in your talking watch in accordance with property limits.
- Your request for a TV stand is referred to CTCF ADA Coordinator and the Physical Plant Manager.  Facility management will determine the best method/type for implementing this modification.
- Unfortunately DOC is unable to authorize larger televisions even as accommodation due to constraints on cell size and overall management of property volume.
- The AIC will review potential for availability of a magnifier with a light source, however at this time the only item of this nature is provided on a check out basis through staff and is not currently issued to individual offender use only.  You do have a portable magnifier at this time and have advised Clinical Services authorized OCA assistance, you may also request staff assistance or larger print when necessary.

- Your request for documented OCA assistance as an ADA accommodation will be reviewed with Clinical Services to determine reasonableness based on necessity and to identify what activities of daily living this service is needed for.

cc:    M.A. Aldrich, CTCF Admin. Services Mgr./Facility ADA Coordinator
       P. Pierce, CTCF Physical Plant Manager
       AIC File

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

## MEMORANDUM

TO:        Offender Kilgore #116938
           AVCF

FROM:    Office of Legal Services, ADA Inmate Coordinator

RE:        Request for Vibrating Watch

DATE:    August 13, 2013

Below are the item numbers and descriptions for the vibrating watch, battery, and band.

**Canteen Codes:**
9764-Vibrating Watch $33.00
9765-Vibrating Watch Battery $0.70
9766-Vibrating Watch Band $5.95

The property officer has the tools necessary to replace the batteries and bands.

July 5, 2013

Julie Russell - AIC
A.D.A. Inmate Coordinator
2862 South Circle Drive    Ste. 140
Colorado Springs, Co.    80906-4195

Dear Ms. Russell:

I hope this finds you doing well?

I am writing to you today, out of a need to inquire of you, weather you are aware of the following revision regarding the replacement watchband and battery for the A.D.A. vibrating watch which has been issued to the hearing impaired inmates?

I have been informed, via my Case Manager, (June 27th), that from this time on, we, who have been issued an A.D.A. watch, will no longer be provided with "FREE" replacement bands or batteries.

I present to you, what seems to be an impasse:

> First, our posted Canteen List does NOT offer an item number nor a description for replacement bands or batteries for the A.D.A. vibrating watch by which to order these items.

> The next impasse would be that, even if the bands and batteries were to be received by the inmate needing them, inmates are not allowed to have the tools necessary to be able to replace these items, nor do the Units have these tools.

> On June 29, 2013, I had sent a message to Canteen regarding this issue, to which I have yet to receive a response.

I would be grateful if you would please respond with your thoughts of resolve for this challenge.

I trust you will be blessed with a wonderful day.

Respectfully,

Roy Kilgore   116938
AVCF          Unit 1  A
ORDWAY, CO.   81034

RECEIVED

JUL 1 0 2013

Office of Correctional
Legal Services

RECEIVED

JUL 0 9 2013

Office of Correctional
Legal Services

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/23/2012

**Offender :** LEE, ROBERT W

**DOC # :** 120659

**RFA # :** 1856

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Not accommodation | |

Hearing aids, brace and medical tennis shoes are medical items issued from clinical services, not accommodations. Please contact clinical services for issues with these items.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

**COLORADO**
Department of Corrections

Office of Legal Services
2862 South Circle Drive, Suite152
Colorado Springs, CO 80906-4195

**TO:**       Offender LONG #108326-CSP

**FROM:**   J. Russell, AIC
Office of Legal Services, ADA Inmate Coordinator (AIC)

**RE:**       Offender Correspondence

**DATE:**    July 28, 2014

I am in receipt of your correspondence, wherein you request AIC to assist with replacing your radio and providing a personal television in your cell so that you do not have to worry about the closed captioning or volume. You also state you have difficulty receiving replacement batteries for your hearing aids and that your hearing aids need to be turned up.

In response the following information is provided:
- The AIC office does not have authority or responsibility to assist with replacement electronics for your personal use. Use of a radio or television are optional items intended for recreation. These items are not an assistive device therefore the AIC cannot intervene.
- Staff are required to ensure the close captioning is always turned on if you have access to a television in the day hall. If you are unable to afford your own television neither the department, nor the AIC is required to purchase one for you. Again, this is a recreation item that is available if you have funds to purchase it. The AIC is not obligated to waive the cost of this item or purchase a TV for you.
- Clinical Services must maintain an appropriate stock of long lasting hearing aid batteries on hand for your hearing aid. You should notify Clinical Services as soon as possible when you sense the batteries are getting low. Most hearing aids make a noise to alert you when they are getting low, please pay careful attention so you can alert clinical staff.
- Please kite Clinical Services to request any repairs/tuning of your hearing aids.

**If you require medical care and treatment** to include medication, medical restrictions or health care appliances contact Clinical Services regardless of any pending ADA Litigation screening or class member status. **You do not have to be a class member to receive medical treatment.**

**The ADA does NOT cover medical treatment or restrictions, healthcare appliances etc. as accommodation.**

cc:     CM Watkins
        AIC File



## REQUEST APPROVED/DENIED REPORT

**Date :** 10/22/2014

**Offender :** LONG, ROBERT L

**DOC # :** 108326

**RFA # :** 3645

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available Includes replacement bands (9766) & batteries (9765). | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04B (02/13/12)

### OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS

*Return completed form to:* **Legal Services–AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906**
(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations. Case management will assist with completion of this form upon request.*

**I. OFFENDER INFORMATION:** *(Please print)*

NAME: Daniel Maddox

FACILITY: BCCF

DOC#: 131787

DATE: Feb 1st - 2013

Name & Title of person completing form (if not named offender):

**II. CLAIMED DISABILITIES:** *Mark all that apply*

- [ ] Mobility (lower extremity only)
- [x] Hearing
- [ ] Vision
- [ ] Diabetes

**III. BENEFITS REQUESTED:** List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

I qualified for 2 Hearing Aids, Received them and I am Requesting a wrist watch so I can wake up in the morning because I can't sleep with the Hearing Aids and I have no Alarm clock.

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

Daniel Maddox

Offender Signature

2-1-2013

Date

RECEIVED

Attachment "B"
Page 1 of 1

FEB 1 2 2013

Office of Correctional
Legal Services

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/19/2013

**Offender :** MADEWELL, PATSY B

**DOC # :** 142208

**RFA # :** 3953

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
| Lower bunk/lower tier are medical restrictions that can only be prescribed by Clinical Services. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**