# APPENDIX 1


# PART 3

# MARTIN -- PITTMAN

## REQUEST APPROVED/DENIED REPORT

**Date :** 12/02/2013

**Offender :** MARTIN, DON L

**DOC # :** 113936

**RFA # :** 4051

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

Offender may purchase vibrating watch, battery or replacement band for watch with limited/no available funds.  Offender will be required to repay cost as funds become available according to policy.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 04/08/2014

**Offender :** MARTINEZ, FLOYD N

**DOC # :** 66119

**RFA # :** 4810

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Vibrating watch | DENY | Unreasonable | |
| You must purchase your own vibrating watch, battery or replacement band from canteen. | | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
| See Clinical Services to inquire about hearing aids and accessories (case, cleaning kit) per AR 700-34.  Health care assistive devices are not an ADA accommodation. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/26/2013

**Offender :** MASCARENAS, DELFINO

**DOC # :** 126661

**RFA # :** 3629

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Not accommodation | |

Your request for health care assistive device (medical mattress) is not an accommodation.  The ADA does not cover medical treatment/plan of care or health care appliances & medical assistive devices.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

## MEMORANDUM

TO:        Offender MAYA #136672

FROM:    Office of Legal Services, ADA Inmate Coordinator

RE:        Correspondence

DATE:    October 9, 2013

I received your correspondence dated 9/13/13. Diabetic snacks are not an ADA accommodation but rather up to Clinical Services. Please see your provider to discuss this issue.

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**
Doug Roberts
Medical Monitor
Private Prisons Monitoring Unit
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone:  (719) 226-4929
Fax:     (719) 226-4922



John W. Hickenlooper
Governor

Tom Clements
Executive Director

# M E M O R A N D U M

To:     Rolando Medina #153763
From:  Doug Roberts, Medical Monitor, PPMU
Date:   10.31.2012

I received your kite, in which you request my assistance in obtaining a pair of medical shoes (soft shoes—athletic type) because of your diabetes.

The CDOC has very specific criteria to determine if an offender qualifies for medical shoes as laid out in the Clinical Standards.  Only your provider can determine if you meet these criteria.  The CDOC does not make exception to the Clinical Standard.  If you do not meet the criteria, you may, of course, purchase the same shoes through the canteen.

Cc:     Angie Turner, HSA, Bent County Correctional Facility
         David Oba, MD, Bent County Correctional Facility
         Tim Smelser, PPMU Facility Monitor

AR 750-04B (02/13/12)

RECEIVED
OCT 22 2012
Office of Co...

**OFFENDER REQUEST FOR ADA LITIGATION REMEDIAL PLAN CLASS MEMBER STATUS**

*Return completed form to:  Legal Services-AIC Office, DOC Headquarters, 2862 S. Circle Drive, Colorado Springs, CO 80906*
*(Mail to this office can be sent via inter-facility mail, free of cost, and is restricted inspection mail per AR 300-38.)*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request disability-related health care appliances, medical restrictions and benefits of the ADA Litigation Remedial Plan, including placement in a designated facility. Use Form "A" to request ADA accommodations.  Case management will assist with completion of this form upon request.*

**I. OFFENDER INFORMATION: (Please print)**

| | |
|---|---|
| NAME: ROLANDO P. MEDINA | FACILITY: BENT COUNTY CORR FACILITY |
| DOC#: 153763     8-R-219 | DATE: OCT, 14/12 |
| Name & Title of person completing form (if not named offender): | |

**II.  CLAIMED DISABILITIES:** *Mark all that apply*

Mobility (lower extremity only) ☐     Hearing ☐     Vision ☐     Diabetes ☑

**III. BENEFITS REQUESTED:**   List any healthcare appliances, medical restrictions or other benefits of the ADA Litigation Remedial Plan at issue. If in possession of a health care appliance, note if in need of repair or replacement.

DIABETES SHOES : I ASK THE MEDICAL, OR DR OBA. FOR DIABETES SHOES, BUT I don't GET ANY RESPOND, ACCORDING TO DR OBA, YOU HAVE BLATER, CUTC OR SORE IN YOUR FEET, THAT'S THE DOC PALICY. BUT MY HEEL THEIRS CRACK ON IT AND ITS HURTS ME SO MUCH, FOR 8 MONTHS I'm COMPLANDIING ABOUT MY HEEL MY CALF UP TO THE WAIST LINE AND THERE'S NO CURE ALWAYS PAIN REINER. I CAN'T AFFORD TO BUY.

*By signing this form voluntarily and without coercion or under duress, I am agreeing to cooperate with Clinical Services to perform a medical screening under the ADA Litigation disability criteria, and authorize the Facility ADA Coordinator, AIC or designee to: request, review, and/or discuss with DOC employees, medical or mental health, academic, housing, assignment, and programming records and information, to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations if applicable. Results of the screening shall only be disclosed on a need-to-know basis in order to determine appropriate facility placement/cell assignment, and implement approved health care appliances, restrictions, or benefits of the ADA Litigation. I agree to fully participate and cooperate in this process and understand that if I do not cooperate, my class member status cannot be determined, which impacts my right to benefits of the ADA litigation.*

_____     OCT 14/12
Offender Signature                              Date

Attachment "B"
Page 1 of 1

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/26/2013

**Offender :** MELANSON, ROY A

**DOC # :** 117654

**RFA # :** 4022

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/22/2014

**Offender :** MENDEZ, JOSEPH L

**DOC # :** 58401

**RFA # :** 5627

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Face to face communication for lip reading | APPROVE | | |
| Personal notice of irregular audible announcements/orders | APPROVE | | |
| OCA I messenger or staff to provide direct notice of irregular overhead announcements offender needs to know. | | | |
| Vibrating watch | DENY | Not accommodation | |
| No longer considered accommodation due to availability on canteen for self-purchase. | | | |
| Not accommodation, i.e. HCA, medical treatment, etc. | DENY | Medical Issue | |
| Hearing aids, eyeglasses, and glucose monitor are health care appliances only available from Clinical Services. See AR 700-34. | | | |
| Checks for understanding of orders or instructions | APPROVE | | |
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |
| You are authorized to order/purchase a vibrating watch to accommodate hearing loss, even with insufficient funds. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/31/2014

**Offender :** MENDEZ, JOSEPH L

**DOC # :** 58401

**RFA # :** 5504

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Your requests for medical housing restrictions (LB/LT) and medical shoes are not ADA accommodations. See AR 750-04 for information regarding accommodations and equal access for offenders with disabilities.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 02/18/2014

**Offender :** MERRILL, NELSON A

**DOC # :** 144006

**RFA # :** 4475

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Additional time to complete activities of daily living | APPROVE | | |
| Additional time to move about the facility | APPROVE | | |
| Search considerations<br>If cane is removed during search, provide appropriate seating due to instability. | APPROVE | | |
| Restraint considerations<br>If offender is required to walk in restraints and unable to access cane, provide staff assistance or wheelchair. | APPROVE | | |
| Transport considerations<br>Assist when embarking and disembarking from vehicle as needed. | APPROVE | | |
| Staff assistance during emergency or evacuation | APPROVE | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc.<br>Request for medical housing restrictions (lower bunk/lower tier) and health care appliances (cane) are not ADA accommodations.  The ADA does not have authority/oversight of Clinical Services Services. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/22/2014

**Offender :** MEYER, JOHN M

**DOC # :** 142421

**RFA # :** 4330

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Additional time to complete activities of daily living | APPROVE | | |
| Additional time to move about the facility | APPROVE | | |
| Assistance with carrying & disposing of food tray | APPROVE | | |
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | |
| Search considerations<br>Consideration for hearing aids/cases & effective communication of search orders. Provide appropriate seating surface during search. | APPROVE | | |
| OCA II<br>Assistance with laundry/linens, cleaning cell, canteen pick-up | APPROVE | | |
| Raised locker box | APPROVE | | |
| Seating at an accessible table | APPROVE | | |
| Restraint considerations<br>If required to walk in restraints, utilize wheelchair. | APPROVE | | |
| Transport considerations<br>Assist with embarking/disemarking wheelchair.  Will require wheelchair upon arrival. | APPROVE | | |
| Elevator access where available | APPROVE | | |
| Access to special resources in the library<br>Volume amplification, closed captioning | APPROVE | | |
| Personal notice of irregular audible announcements/orders<br>Staff assistance or OCA I messenger shall provide direct notification of irregular announcements. Offender shall rely on hearing aids during daytime & personal scheduling. | APPROVE | | |
| Vibrating watch<br>Watch and accessories now available on canteen for self-purchase. | DENY | Not accommodation | |

## REQUEST APPROVED/DENIED REPORT

**Date :** 05/22/2013

**Offender :** MILLER, JOHN R

**DOC # :** 99424

**RFA # :** 2882

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | |
| Access to special resources in the library | APPROVE | | |
| Vibrating watch | DENY | Unreasonable | |

You returned without your DOC-issued watch which was your responsibility while in community. If you cannot hear an alarm clock, a replacement vib watch may be purchased from canteen. Otherwise an alarm clock is available which is less expensive.

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Hearing aid is a health care appliance, not ADA accommodation to ensure equal access. Clinical Services is  not liable for aids which are lost, stolen, destroyed, etc. and will not replace within a 5 year period. You have the option to self-purchase.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/21/2014

**Offender :** MITCHELL, WAYNE

**DOC # :** 124568

**RFA # :** 5394

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for medical housing restriction (LB/LT) and medical shoes are not ADA accommodations. See Clinical Services. See AR 750-04 for ADA accommodation information.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/01/2012

**Offender :** MONT, TINA M

**DOC # :** 134286

**RFA # :** 1824

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Not accommodation | |
| A medical mattress is issued through clinical services. It is not an accommodation. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

# REQUEST APPROVED/DENIED REPORT

**Date :** 08/05/2014

**Offender :** MONT, TINA M

**DOC # :** 134286

**RFA # :** 5525

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Personal notice of irregular audible announcements/orders | APPROVE | | 2/5/2015 |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Hearing aids are health care appliances, not an ADA accommodation. Refer to AR 700-34 for replacement information. You may have your hearing aids sent into the HSA at your facility.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/23/2014

**Offender :** MONT, TINA M

**DOC # :** 134286

**RFA # :** 1551

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Vibrating watch<br>Watch approved on RFA 1713 | DENY | NOT LISTED | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/25/2012

**Offender :** MONT, TINA M

**DOC # :** 134286

**RFA # :** 1713

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | PERMANENT |
| Special search considerations<br>Reasonable accommodations during search, to include special care when inspecting hearing aids, as necessary. | APPROVE | | PERMANENT |
| Use of special resources in the library | APPROVE | | PERMANENT |
| Vibrating watch | APPROVE | | PERMANENT |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact your facility ADA Coordinator.**

## OFFENDER ACCOMMODATIONS

**Docno: 134286      Name:  MONT, TINA**

| REQUEST | END DATE | REFUSED |
|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | | No |

Search considerations                                                                                    No
Offender returnded to DOC with hearing aids: ensure effective communication of search orders, ie face to face, raised voice.

Access to special resources in the library                                          No

Vibrating watch                                                                                          No
Vibrating watches, replacement watch bands, and batteries are now available on Canteen.  If you do not have current funds available, you may request authorization from the AIC office to purchase a vibrating watch with a negative balance.

Personal notice of irregular audible announcements/order     2/5/2015

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC HQ.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/16/2013

**Offender :** NAPIER, GARY L

**DOC # :** 137051

**RFA # :** 3541

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Magnifier | DENY | Unreasonable | |

You may purchase reading glasses from canteen or submit best corrected visual acuity to AIC for consideration of need for a magnifier.

| | | | |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Requests for medical restrictions (no standing, lifting, bending, climbing etc.) are not ADA accommodations.  See Clinical Services for medical treatment plans.  This is not covered by the ADA.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

AR 750-04A (02/13/12)

## REQUEST FOR ACCOMMODATION

*Return completed form to your Facility ADA Coordinator*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. **Use this Form to request ADA accommodations; use Form "B" to request ADA litigation class member status. Case management will assist with completion of this form upon request. One additional page of information may be attached.***

---

**I. OFFENDER INFORMATION:** *(Please print)*

NAME: GARY Napier

FACILITY: AHCC

DOC#: 137051

DATE: 9.12.13

Name & Title of person completing form (if not named offender):

---

**II. ACCOMMODATION REQUESTED:** *Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, **to ensure equal access**. (e.g. magnifier, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*
*Do not leave this section blank.*

I can't stand for more then 30min without taking a break from severe neuropathy, also need magnifyer to help read due to glaucoma (blind in right eye) I can't lift more then 30 lbs my back will give out on me and I will fall as it hurts to bend in lower back as well. I am a type 1 brittle diabetic need accomadations updated.

---

**III. SUBSTANTIAL LIMITATION:** *(Mark only limitations **RELEVANT** to the above request) examples in parenthesis*

| | | | | | |
|---|---|---|---|---|---|
| CARING FOR ONESELF | | BREATHING (Asthma) | | BOWEL | |
| PERFORMING MANUAL TASKS | | LEARNING (Dyslexia) | | BLADDER | |
| SEEING | X | READING | | NEUROLOGICAL (Seizures) | |
| HEARING | | CONCENTRATING | | BRAIN (Intellectual disability, Brain injury) | |
| EATING | | THINKING (Dementia) | | RESPIRATORY (COPD) | |
| SLEEPING | | COMMUNICATING | | CIRCULATORY (Heart) | |
| WALKING | X | WRITING | | ENDOCRINE (Diabetes, Hepatitis) | X |
| STANDING | X | WORKING | | BRAIN (mental health) | |
| LIFTING | X | IMMUNE SYSTEM (HIV/AIDS, Allergies) | | SITTING | |
| BENDING | X | CELL GROWTH (Cancer) | | CLIMBING | X |
| SPEAKING | | DIGESTIVE | | NOT LISTED: | |

---

*By signing this form voluntarily and without coercion or under duress, I authorize the Facility ADA Coordinator, AIC or designee to: request, review and/or discuss any medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations requested. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

Offender Signature

9-12-13

Date

Attachment "A"
Page 1 of 1

## REQUEST APPROVED/DENIED REPORT

**Date :** 07/29/2013

**Offender :** NURSE, DELL G

**DOC # :** 124461

**RFA # :** 3249

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| No request made (Blank) | DENY | Not accommodation | |

Misc. withdrawal slip not needed: you have been approved to buy vibrating watch from canteen even if no funds available in inmate account. Order watch directly from canteen.

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Medical restrictions (lower bunk, tier and lifting) are available only by medical prescription. Contact Clinical Services and review AR 750-04 for ADA/equal access information.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/18/2013

**Offender :** ONTIVEROS, RAY

**DOC # :** 113005

**RFA # :** 3784

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## **REQUEST APPROVED/DENIED REPORT**

**Date :** 08/22/2014

**Offender :** ONTIVEROS, RAY

**DOC # :** 113005

**RFA # :** 5635

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for medical housing restriction (LB) and health care appliance (medical boot) are not ADA accommodations. See AR 750-04 for information regarding accommodations and equal access for offenders with disabilities.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/23/2014

**Offender :** PEREZ, JOSEPH

**DOC # :** 55587

**RFA # :** 3932

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

Watches/accessories are now available on canteen and are not provided by AIC free of charge. Property officer can assist with battery/band installation as needed.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 05/22/2013

**Offender :** PITTMAN, DIANETH

**DOC # :** 161151

**RFA # :** 2887

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Allowed to perform job duties from a seated position In accordance with medical restriction. | APPROVE | | 12/31/2013 |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. Cane is a health care appliance, not an ADA accommodation to ensure equal access to programs, services and activities. See AR 750-04 for more information. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**