# APPENDIX 1

## PART 4

## PRYOR -- WOODEN

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/17/2013

**Offender :** PRYOR, WAYNE T

**DOC # :** 162521

**RFA # :** 3559

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| No request made (Blank) | DENY | Medical Issue | |

Although you listed numerous medical conditions, you did not request any accommodation/modification needed to access or participate in a program, service, or activity.

| | | | |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

A cane is a health care appliance prescribed by Clinical Services. The AIC has requested a screening for you and this can be addressed at that time.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 11/26/2013

**Offender :** PRYOR, WAYNE T

**DOC # :** 162521

**RFA # :** 4007

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Eyeglasses are a health care appliance prescribed by a clinician; not reasonable accommodation/modification under the ADA, which may be large print, magnifier, OCA assistance, preferential seating in classroom. See AR 750-04 for more ADA information.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 06/04/2013

**Offender :** ROBERTS, MICHAEL B

**DOC # :** 114262

**RFA # :** 2963

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Vibrating watch | DENY | Unreasonable | |

You were previously issued a vb watch (V16R) on 1/30/13.  If you no longer have this watch or require a replacement you may purchase from canteen.

| | | | |
|---|---|---|---|
| American Sign Language Interpretation | DENY | Unreasonable | |

Available documentation indicates you do not know/use ASL as primary means of communication.  You are not assigned to GED.  Alternative accommodation may be authorized upon referral e.g. written instruction, front row seating.  May resubmit request.

| | | |
|---|---|---|
| Auth. to purchase vb watch/lack of avail. funds on inmate acct | APPROVE | |

You are authorized to purchase vibrating watch, batteries or band replacements regardless of available funds.


**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 08/12/2014

**Offender :** ROY, NORMAN P

**DOC # :** 82657

**RFA # :** 5563

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Although you listed requests for Clinical Services provisions (glucometer/medical shoes), you did not request any accommodation/modification needed to access or participate in a program, service, or activity. See AR 750-04 for ADA/accommodation info.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/24/2014

**Offender :** SAENZ, ROSAURO

**DOC # :** 134591

**RFA # :** 2322

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA, medical treatment, etc. Medical shoes are not ADA accommodations. | DENY | Medical Issue | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/26/2013

**Offender :** SCHMIDT, RICHARD

**DOC # :** 136240

**RFA # :** 3630

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request for health care appliance (medically necessary soft sole shoes) is not an accommodation.  See Clinical Services for medical treatment/plan of care to include assessment for medically necessary shoes.  The ADA does not cover medical treatment.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/09/2013

**Offender :** SCHMIDT, RICHARD

**DOC # :** 136240

**RFA # :** 3750

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Tennis shoes are not ADA accommodations. Tennis shoes are available for self-purchase off canteen. This is the fourth time this issue has been addressed. This issue will not be processed again.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/24/2014

**Offender :** SCHMIDT, RICHARD

**DOC # :** 136240

**RFA # :** 1617

| REQUEST | DECISION | REASON | END DATE |
|---------|----------|--------|----------|
| Alternative/modified clothing | DENY | Not accommodation | |
| Tennis shoes due to diabetic is not accommodation.  If you require medical care contact clinical services | | | |
| Vibrating watch | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 05/31/2013

**Offender :** SMITH, HARDRICK

**DOC # :** 85286

**RFA # :** 2957

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Face to face communication for lip reading | DENY | Unreasonable | |
| Already approved, and appears on your profile so staff are aware of effective communications through lip reading. | | | |
| TTY access | DENY | Unreasonable | |
| Already approved, and appears on your profile so staff are aware you may request use of TTY. | | | |
| Vibrating watch | DENY | Not accommodation | |
| Available on canteen for purchase. If you want one, but cannot afford one, submit new request to AIC to authorize account to be taken into negative balance. | | | |
| American Sign Language Interpretation | DENY | Unreasonable | |
| Already approved, and appears on your profile so staff are aware you may request an interpreter for effective communication. | | | |
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
| Special footwear, lower bunk/tier restrictions are by medical prescription only; not ADA accommodation to ensure equal access to programs, services, activities. See AR 750-04 for ADA information. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 09/09/2013

**Offender :** SMITH, HARDRICK

**DOC # :** 85286

**RFA # :** 3475

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to purchase vb watch/lack of avail. funds on inmate acct<br>It is your responsibility to order vibrating watch from canteen. | APPROVE | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)

John W. Hickenlooper
Governor

## MEMORANDUM

Rick Raemisch
Executive Director

**TO:**     Mr. Hardrick Smith #85286
            AVCF

**FROM:**   Meghan A. Reed
            Office of Legal Services, ADA Inmate Coordinator (AIC)

**RE:**     Letter dated 7/22/13

**DATE:**   August 26, 2013

AIC has received your letter requesting a transfer to CTCF due to housing concerns at AVCF, specifically: *no strobe in cell; cannot see blinking light at count due to lower bunk assignment; and TTY kiosk not working well.*

As to your transfer request, offenders do not choose placement. DOC places offenders based on many reasons, not just ADA/accessibility reasons, including safety and security, classification, programming, and medical needs. Per Offender Services, CTCF is currently not a placement option for you. In addition, AVCF has accessibility features for deaf and hard of hearing offenders and will provide reasonable accommodation as needed to ensure equal access. If you feel you need additional accommodation, submit AR 750-04 Form A to the AIC. *If you feel your medical needs are not being met at AVCF, contact Clinical Services.*

While AVCF cells are not equipped with strobe alarms, a strobe is located within the pod, and as a matter of policy, DOC staff clear cells during evacuation. You also have the accommodation of *staff assistance during emergency or evacuation.*

Blinking lights to provide visible notice of count is not required; therefore you are not entitled to move to CTCF for this reason. Count time is at the same time each day, so you can plan for count with personal scheduling and watching the clock. You have also been approved for "personal notice of *irregular* audible announcements" so all other announcements should be delivered to you directly by an OCA I messenger or staff.

AVCF CIPS operator investigated your TTY complaints and determined the TTY kiosks are in fact working and you have completed numerous calls. You may have been unable to reach your attorney for other reasons, i.e. rejected collect call.

Thank you for contacting the AIC.

cc:   Wendy Grover
      Joellen Thiel
      AIC File

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/24/2014

**Offender :** SMITH, EUGENE M

**DOC # :** 87175

**RFA # :** 2631

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Vibrating watch | DENY | | |
| No supporting documentation available at this time.  Will review after Montez screening. | | | |
| | | | |
| Not accommodation, i.e. HCA, medical treatment, etc. | DENY | | |
| Lower bunk, lower tier, hearing aids, dentures, leg brace,  and special mattress are not ADA accommodations. | | | |

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/24/2014

**Offender :** STRALEY, JAMES A

**DOC # :** 149221

**RFA # :** 3252

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Personal notice of irregular audible announcements/orders | APPROVE | | |

Alarm clocks and watches available on canteen for self-purchase. Staff will provide reminders regarding laundry processing, hygiene, time/date as needed or upon offender request.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

Office of ADA Inmate Coordinator (AIC)



John W. Hickenlooper
Governor

Roger Werholtz
Interim Executive Director

## MEMORANDUM

**TO:**       Mr. James Straley #149221
              SCCF

**FROM:**     Meghan A. Reed
              Office of Legal Services, ADA Inmate Coordinator (AIC)

**RE:**       Vibrating Watches

**DATE:**     October 4, 2013

Vibrating watches are now available on canteen, a change which made them available to all offenders, not just ADA litigation class members. Purchase assistance via the Request for Accommodation process is available to offenders with a substantial hearing limitation and who cannot afford to purchase the watch and accessories.

According to the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of DOC services, programs or activities or be subjected to discrimination. For more information, see Administrative Regulation 750-04, *"Americans with Disabilities Act-Offender Request for Accommodation."*

Thank you for contacting the AIC.

cc:  AIC File

## REQUEST APPROVED/DENIED REPORT

**Date :** 10/24/2014

**Offender :** THOMPSON, BRUCE

**DOC # :** 47869

**RFA # :** 2146

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Authorization to wear medical footwear in all areas/transport | DENY | | |

The AIC office cannot authorize wear of medical footwear unless it has been previously approved by Clinical Services.  You do not mee the Clincal Standard for medical footwear.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Correctional Legal Services

2862 South Circle Drive, Suite 140

Colorado Springs, CO 80906-4195

Phone:   719.226.4236

Office of ADA Inmate Coordinator (AIC)



John W. Hickenlooper

Governor

Tom Clements

## MEMORANDUM

TO:      Offender Valencia # 154672
         BVCF

FROM:    Amy Cosner, AIC Designee
         Office of the AIC (ADA Inmate Coordinator)

RE:      Request for Accommodation

DATE:    January 3, 2013

I have reviewed your Request for Accommodation in which you request tennis shoes.  This request has been denied by Clinical Services because you do not meet the Clinical Standard to receive tennis shoes. The AIC can only authorize the wear of tennis shoes if shoes are first approved by Clinical Services.  The AIC office cannot assist you with this request as it falls outside the AIC's scope of authority.

cc: AIC file

## REQUEST APPROVED/DENIED REPORT

**Date :** 08/07/2013

**Offender :** VIGIL, CHARLES

**DOC # :** 96558

**RFA # :** 3279

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| OCA II | DENY | Unreasonable | |

Alternative accommodation indicated for magnipage authorized.  BVCA = 20/80 with full confrontation of VF.

| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |
|---|---|---|---|

Medical restrictions (Lower bunk/tier) are not ADA accommodation and cannot be assessed by AIC.  Medical treatment plans are not accommodation covered by the ADA.  See Clinical Services for assessment of medical needs.

| Magni-Page | APPROVE | | |
|---|---|---|---|

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

RECEIVED

AUG 0 5 2013

Office of Correctional
Legal Services

To Whom it may Concern,

My name is Charles A Vigil #DOC 96558 I have been in DOC 7-12-13 I have been Granted A.D.A Accommodations back in 2010 at Sterling Corr Fac to include bottem bunk, ADA helper, magg page lensens, and Talking book labary From Denver D.R.D.C and CellHouse 5 has willingly and deliberatly neglected these accommodations They currently house me on top teir, at a non-medical Failcity and are refussing me to use my Cane and Dark medical Glasses outside my Cell or I'll get a "wright up" I have ~~~~~ 20/400 in my left eye and 20/600 in my right I am not asking for a hand out I just want to be treated Fairly.

Inmate
Charlie, 96558
Vigil

## REQUEST APPROVED/DENIED REPORT

**Date :** 04/08/2014

**Offender :** WATERS, QUENTIN P

**DOC # :** 121417

**RFA # :** 4813

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Closed Captioning on dayhall TV shall be ON at all times | APPROVE | | |
| Access to special resources in the library | APPROVE | | |
| Vibrating watch | DENY | Not accommodation | |

Available on canteen regardless of impairment.

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Request to add health care appliances (hearing aids) are not ADA accommodation.  Hearing aids already documented on your personal property list and issued by Clinical Services as part of medical treatment per AR 700-34 & 700-02.

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Auth. to buy vibrating watch/accessories-limited funds available | APPROVE | | |

Offender may purchase vibrating watch, battery or replacement band for watch with limited/no available funds.  Offender will be required to repay cost as funds become available according to policy.

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| American Sign Language Study Materials | APPROVE | | |

ASL study materials are authorized in accordance with AR 750-04 & 500-02-Library Services.  These items will be loaned sent to the facility library and you will be notified as soon as they become available.You have been added to the wait list.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**

## REQUEST APPROVED/DENIED REPORT

**Date :** 12/02/2013

**Offender :** WOODEN, RAYMOND E

**DOC # :** 101814

**RFA # :** 4042

| REQUEST | DECISION | REASON | END DATE |
|---|---|---|---|
| Modified/reassigned job duties to accom. medical restrictions | DENY | Unreasonable | |

You do not have any medical restrictions or documentation indicating inability to complete essential job duties.  See AR 850-03 & request referral for assignment to job you can complete essential duties of with or without accommodation.

| | | | |
|---|---|---|---|
| Not accommodation, i.e. HCA/DME, medical treatment, etc. | DENY | Medical Issue | |

Requested health care appiances (cane, medical shoes) & medical restrictions (lower bunk/tier) are not ADA accommodation.  See Clinical Services for medical treatment not covered by the ADA.

**If you disagree with this finding you may grieve this decision pursuant to the guidelines in AR 850-04.**

**If your request has been approved, this document serves as your notice of approved accommodations.**

**If you need an accommodation extended beyond the listed end date you must contact Legal Services/AIC Office at DOC Headquarters.**