# APPENDIX 2

# PROGRESSION / M-CODES

INMATE JOSEPH NETHKEN

DOC #96372

Inmate Joseph Nethken (DOC #96372), a diabetic, was eligible for housing at a minimum facility (level I).  To be eligible for a minimum facility, an inmate's classification score must be at 2 points or less.  In Nethken's March 5, 2014 classification report, his classification score was -2 points.  Thus, Nethken qualified for a minimum facility based on his classification points.  But his qualification was overridden.  His case manager wrote "Recommended: MINIMUM RESTRICTIVE - Please allow progressive move to Level II. *Cannot progress to Level I due to his "M" code.* Would like transition to BVMC for VHE program."  (Emphasis added.)  The final determination placed him in a "minimum restrictive" facility (Level II):  "Finalized: MINIMUM RESTRICTIVE - LV-II P2/Rx1/M3P/ASLT2/MR1/SOA4dA MOVE TO BM SIDE BVCF."  This notation indicates that Nethken's M-code was 3 (M3) and that he was placed in a Level II facility rather than in a Level I minimum facility.  It was only because Nethken is a diabetic that he was not allowed to progress to a minimum facility.

## STATE OF COLORADO
## DEPARTMENT OF CORRECTIONS
## INMATE RECLASSIFICATION CUSTODY RATING
### FACILITY: BVMC (BV)

| Inmate Name: NETHKEN, JOSEPH A | Doc #: 96372 | PMP/PED: 01/11/2016 |
|---|---|---|
| Case Manager: SMETHERS, GREG | Last Custody Level: MINIMUM RESTRICTIVE | Scoring Date: 03/05/2014 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01)                                                        0................

   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02)                                                          2................

   Low (Score 1)
   **Low Moderate (Score 2)**
   Moderate (Score 3)
   High (Score 5)
   Highest (Score 7)

3. SEVERITY OF PRIOR CONVICTION (C03)                                                             3................

   None, Low, or Low Moderate (Score 0)
   Moderate (Score 1)
   **High (Score 3)**
   Highest (Score 4)

4. ESCAPE HISTORY (C04)                                                                           0................

   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

SCORE PART A: (Add items 1 thru 4)
         Custody Scale - Close: 14 or above
         13 or less: Continue with scoring of remaining factors.                    PART A SCORE: | 5 |

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05)                                            -1................

   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06)                                                    -1................

   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)                                      0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07)                                                                    -2................

   Noncompliance with recommended programs (Score 0)
   On waitlist or participation for recommended program (Score -1)
   **No Recommended programs or Completion of recommended programs
   (Score -2)**

8. WORK EVALUATIONS (C08)                                                                         -2................

   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment
   (Score 2)

9. CURRENT AGE (C09)                                                                              -1................

   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

SCORE PART B: (Add items 1 thru 9)    Instrument Version: C
              MINIMUM  2 or Less
  MINIMUM RESTRICTIVE  3 to 12
              MEDIUM  13 to 14
               CLOSE  15 +                                                        TOTAL SCORE: | -2 |

## CUSTODY DESIGNATION

### Case Mgr

|  |  |
|---|---|
| **Instrument scored custody level:** MINIMUM | **Next scheduled review date:** 03/05/2015 |
| **Override Requests:** Y      **Code#:** F | **Recommend custody level:** MINIMUM RESTRICTIVE |

**Justification/Comments:** Recommended: MINIMUM RESTRICTIVE - Please allow progressive move to Level II. Cannot progress to Level I
due to his "M" code. Would like transition to BVMC for VHE program.
**Date:** 03/05/2014

### Committee

**Approval:** Y          **Fac. retention override:**          **Referred to Off. Svcs:** Y
**Justification:** Recommended: MINIMUM RESTRICTIVE - Request level II BVMC to apply for Voc Hvy equip. Meets gate pass
criteria.
**Custody
designation:** MINIMUM RESTRICTIVE     **Class. Chair.:** DENWALT, SIMON          **Date:** 04/07/2014

### Off Svcs

**Custody designation:** MINIMUM RESTRICTIVE
**Justification:** Finalized: MINIMUM RESTRICTIVE - LV-II P2/Rx1/M3P/ASLT2/MR1/SOA4dA MOVE TO BM SIDE BVCF
**Off Svcs Authorized By:** TRUJILLO, CARL

INMATE RICKY PERRYMAN

DOC #63726

Inmate Ricky Perryman (#63726), a diabetic, was also minimum eligible but was not permitted to progress to a minimum facility.  In his April 22, 2013 classification report, Perryman's classification score was 1 point.  But because of his medical code (M-3), DOC placed him at a level II facility.  His case manager noted "Recommended: MINIMUM RESTRICTIVE - Request *level II placement due to medical needs code. Subject is no longer appropriate for level I placement.*"  (Emphasis added).  The final determination reiterated this discrimination: "Finalized: MINIMUM RESTRICTIVE - LVL-II: *Due to change in M-Code to M3P he is no longer appropriate at Level I.*"  (Emphasis added).  Thus, Perryman was not permitted to go to a minimum facility only because of his disability.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: FOUR MILE (SC)**

| Inmate Name: PERRYMAN, RICKY C | Doc #: 63726 | PMP/PED: 08/28/2018 |
|---|---|---|
| Case Manager: HOLCOMB, JAMES | Last Custody Level: MINIMUM | Scoring Date: 04/22/2013 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01)     0

   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02)     7

   Low (Score 1)
   Low Moderate (Score 2)
   Moderate (Score 3)     89CR1744 2nd Degree Murder (F2)
   High (Score 5)
   **Highest (Score 7)**

3. SEVERITY OF PRIOR CONVICTION (C03)     0

   **None, Low, or Low Moderate (Score 0)**
   Moderate (Score 1)
   High (Score 3)
   Highest (Score 4)

4. ESCAPE HISTORY (C04)     0

   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

   SCORE PART A: (Add items 1 thru 4)
       Custody Scale - Close: 14 or above
       13 or less: Continue with scoring of remaining factors.     PART A SCORE: 7

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05)     -1

   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06)     -1

   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)     0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07)     -1

   Noncompliance with recommended programs (Score 0)
   **On waitlist or participation for recommended program (Score -1)**
   No Recommended programs or Completion of recommended programs (Score -2)

8. WORK EVALUATIONS (C08)     -2

   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9. CURRENT AGE (C09)     -1

   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

   SCORE PART B: (Add items 1 thru 9)    Instrument Version: C
       MINIMUM   2 or Less
   MINIMUM RESTRICTIVE   3 to 12
       MEDIUM   13 to 14
       CLOSE   15 +

   TOTAL SCORE: 1

## CUSTODY DESIGNATION

| Case Mgr | | |
|---|---|---|
| **Instrument scored custody level:** MINIMUM | | **Next scheduled review date:** 04/22/2014 |
| **Override Requests:** Y     **Code#:** F | | **Recommend custody level:** MEDIUM |
| **Justification/Comments:** | RECOMMEND: MINIMUM RESTRICTIVE - Request level II placement due to medical needs code. Subject is no longer appropriate for level I placement. | |
| **Date:** 04/22/2013 | | |

| Committee | | |
|---|---|---|
| **Approval:** Y     **Fac. retention override:** | | **Referred to Off. Svcs:** Y |
| **Justification:** | Finalized: MINIMUM RESTRICTIVE - LVL-II: Due to change in M-Code to M3P he is no longer appropriate at Level I. Recommend Level II; M3P/P2/S2X/Aslt:3 | |
| **Custody designation:** MEDIUM | **Class. Chair.:** CORDOVA, JOHN | **Date:** 04/22/2013 |

| Off Svcs | | |
|---|---|---|
| **Custody designation:** MINIMUM RESTRICTIVE | | |
| **Justification:** | | |
| **Off Svcs Authorized By:** MORGAN, DAYNA | | |

INMATE ANGELO RODRIGUEZ

DOC #154717

Inmate Angelo Rodriguez (#154717), a diabetic, was minimum eligible at the time of his January 27, 2014 classification, as he had only one point.  His case manager recommended him for minimum placement:  "Recommended: MINIMUM - He is working on waiver from medical due to diabetes."  But the final determination placed him in a minimum restrictive (level II) facility:  "Finalized: MINIMUM RESTRICTIVE - LEVEL II, M-3P, COMPLETED D."  Though minimum-eligible and recommended for such placement by his case manager, Rodriguez was placed in a minimum-restrictive facility solely because of his medical status, and hence his disability.  That is contrary to the Remedial Plan, Section VI.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: PAROLE-SE (FF)**

| | | |
|---|---|---|
| Inmate Name: RODRIGUEZ, ANGELO | Doc #: 154717 | PMP/PED: 06/09/2017 |
| Case Manager: BUSER, BRENT | Last Custody Level: MEDIUM | Scoring Date: 01/27/2014 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01) .......... 0
   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02) .......... 7
   Low (Score 1)
   Low Moderate (Score 2)
   Moderate (Score 3)
   High (Score 5)
   **Highest (Score 7)**

3. SEVERITY OF PRIOR CONVICTION (C03) .......... 0
   **None, Low, or Low Moderate (Score 0)**
   Moderate (Score 1)
   High (Score 3)
   Highest (Score 4)

4. ESCAPE HISTORY (C04) .......... 0
   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

| SCORE PART A: (Add items 1 thru 4) | |
|---|---|
| Custody Scale - Close: 14 or above | |
| 13 or less: Continue with scoring of remaining factors. | PART A SCORE: 7 |

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05) .......... -1
   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06) .......... -1
   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)                           0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07) .......... -2
   Noncompliance with recommended programs (Score 0)
   On waitlist or participation for recommended program (Score -1)
   **No Recommended programs or Completion of recommended programs (Score -2)**

8. WORK EVALUATIONS (C08) .......... -2
   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9. CURRENT AGE (C09) .......... 0
   27 yrs or younger (Score 2)
   **28-37 yrs (Score 0)**
   38-60 yrs (Score -1)
   61 yrs and older (Score -2)

| SCORE PART B: (Add items 1 thru 9)    Instrument Version: C | |
|---|---|
| MINIMUM  2 or Less | |
| MINIMUM RESTRICTIVE  3 to 12 | |
| MEDIUM  13 to 14 | |
| CLOSE  15 + | |
| | TOTAL SCORE: 1 |

## CUSTODY DESIGNATION

| Case Mgr | |
|---|---|
| **Instrument scored custody level:** MINIMUM | **Next scheduled review date:** 01/27/2015 |
| **Override Requests:** Y          **Code#:** F | **Recommend custody level:** MINIMUM |
| **Justification/Comments:** Recommended: MINIMUM - He is working on waiver from medical due to diabetes. States he has Law suite against AHCC medical | |
| **Date:** 01/27/2014 | |

| Committee |
|---|
| **Approval:** Y          **Fac. retention override:**          **Referred to Off. Svcs:** Y |
| **Justification:** Recommended: MINIMUM - Min custody approp, review for prog.move, completed TC D |
| **Custody designation:** MINIMUM          **Class. Chair.:** LEEWAYE, MIKE          **Date:** 01/30/2014 |

| Off Svcs |
|---|
| **Custody designation:** MINIMUM RESTRICTIVE |
| **Justification:** Finalized: MINIMUM RESTRICTIVE - LEVEL II, M-3P, COMPLETED D |
| **Off Svcs Authorized By:** CLINE, PAUL |

INMATE HENRY SOLORIO

DOC #94476

Henry Solorio (#94476), a diabetic, was eligible for placement at a minimum facility, with a classification score of 2 points, at his November 2013 classification. But his case manager recommended placement in a minimum restrictive facility: "Recommended: MINIMUM RESTRICTIVE *Discretionary reclass due to change in M-Code. Recommend move to level II*." (Emphasis added.) The final determination placed him at a minimum restrictive facility rather than a minimum facility, despite his eligibility for minimum placement.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: COMMUNITY (FF)**

| Inmate Name: SOLORIO, HENRY | Doc #: 94476 | PMP/PED: 01/28/2017 |
|---|---|---|
| Case Manager: BEJARANO, ELISA | Last Custody Level: MAXIMUM | Scoring Date: 11/06/2013 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01)                                    0................

   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02)                                    2................

   Low (Score 1)
   **Low Moderate (Score 2)**
   Moderate (Score 3)                         Parole Violation
   High (Score 5)
   Highest (Score 7)

3. SEVERITY OF PRIOR CONVICTION (C03)                                    3................

   None, Low, or Low Moderate (Score 0)
   Moderate (Score 1)
   **High (Score 3)**
   Highest (Score 4)

4. ESCAPE HISTORY (C04)                                    0................

   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

| SCORE PART A: (Add items 1 thru 4) | |
|---|---|
| Custody Scale - Close: 14 or above | |
| 13 or less: Continue with scoring of remaining factors. | PART A SCORE: 5 |

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05)                                    -1................

   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06)                                    -1................

   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)                         0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07)                                    0................

   **Noncompliance with recommended programs (Score 0)**
   On waitlist or participation for recommended program (Score -1)
   No Recommended programs or Completion of recommended programs (Score -2)

8. WORK EVALUATIONS (C08)                                    0................

   Maintained satisfactory employment (Score -2)
   **Unassigned or actively seeking employment (Score 0)**
   Unsatisfactory termination, refusal to work, or not actively seeking employment
   (Score 2)

9. CURRENT AGE (C09)                                    -1................

   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

| SCORE PART B: (Add items 1 thru 9)   Instrument Version: C | |
|---|---|
| MINIMUM   2 or Less | |
| MINIMUM RESTRICTIVE   3 to 12 | |
| MEDIUM   13 to 14 | |
| CLOSE   15 + | |
| | TOTAL SCORE: 2 |

**CUSTODY DESIGNATION**

Case Mgr

| | | |
|---|---|---|
| **Instrument scored custody level:** MINIMUM | **Next scheduled review date:** 11/06/2014 | |
| **Override Requests:** Y   **Code#:** F | **Recommend custody level:** MINIMUM RESTRICTIVE | |
| Recommended: MINIMUM RESTRICTIVE - Discretionary reclass due to change in M-Code. Recommend move to | | |

| | |
|---|---|
| **Justification/Comments:** | level II. |
| **Date:** | 12/04/2013 |

| Committee |
|---|

| | | | |
|---|---|---|---|
| **Approval:** Y | **Fac. retention override:** | | **Referred to Off. Svcs:** Y |
| **Justification:** Recommended: MINIMUM RESTRICTIVE - M/R approp, review for prog move, M3 | | | |
| **Custody designation:** MINIMUM RESTRICTIVE | **Class. Chair.:** LEEWAYE, MIKE | **Date:** 12/04/2013 | |

| Off Svcs |
|---|

| | |
|---|---|
| **Custody designation:** | MINIMUM RESTRICTIVE |
| **Justification:** | Finalized: MINIMUM RESTRICTIVE - LEVEL II, M-3P, ADA-DIAB, PROGRESSIVE. |
| **Off Svcs Authorized By:** | CLINE, PAUL |

INMATE PETER ARRIOLA

DOC #114873

Inmate Peter Arriola (#114873), a diabetic, was minimum eligible, at -1 point, in August 2013, but rather then being placed in a minimum facility, he was retained at Four Mile Correctional Center, a minimum restrictive level II facility.  His case manager wrote "Recommended: MINIMUM RESTRICTIVE - Routine classification. M-3, P-2, S-1 *Retain at FMCC, Min-R due to medical needs*."  (Emphasis added.)  The final determination kept Arriola at Four Mile rather than permitting him to progress to a minimum facility:  "Finalized: MINIMUM RESTRICTIVE - Routine classification. M-3, P-2, S-1 *Retain at FMCC, Min-R due to medical needs.*"  (Emphasis Added.)  Thus, Arriola was kept at a higher level facility solely because of his diabetes, in violation of Section VI of the Remedial Plan.

Even worse, Mr. Arriola was later moved to a *higher* level facility solely because of his diabetes.  In his June 2014 reclassification, he was minimum eligible, having only  1 point, but because of his medical code he was instead moved from a minimum restrictive facility (level II) to a medium facility (level III).  His case manager noted "Recommended: MEDIUM - Mandatory Reclass, *m code changed to 4. Offender needs to be moved level III.*" (Emphasis added).  The final determination placed him in a medium facility with the notation "Finalized: MEDIUM - Elevated medical code . . . ."  Thus, not only was Mr. Arriola denied the opportunity to be placed at a minimum facility, but because his medical code was a 4, DOC did not permit him to remain at a minimum restrictive facility.  Instead, he was moved to a higher security facility solely because of his diabetes, in clear violation of Section VI of the Remedial Plan.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: BENT CNTY (FC)**

| | | |
|---|---|---|
| Inmate Name: ARRIOLA, PETER R | Doc #: 114873 | PMP/PED: 07/05/2018 |
| Case Manager: MCKINNEY, DAVE | Last Custody Level: MAXIMUM | Scoring Date: 08/08/2013 |

1.   HISTORY OF INSTITUTIONAL VIOLENCE (C01)                                                  0................

      **None OR by Review no indication of violence (Score 0)**
      no serious injury (Score 3)
      Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2.   SEVERITY OF CURRENT CONVICTIONS (C02)                                                    2................

      Low (Score 1)
      **Low Moderate (Score 2)**
      Moderate (Score 3)          13CR286
      High (Score 5)
      Highest (Score 7)

3.   SEVERITY OF PRIOR CONVICTION (C03)                                                        3................

      None, Low, or Low Moderate (Score 0)
      Moderate (Score 1)
      **High (Score 3)**
      Highest (Score 4)

4.   ESCAPE HISTORY (C04)                                                                      0................

      **None (Score 0)**
      An escape/attempted/abscond resulting in administrative action (Score 3)
      An escape/attempted Level II Facility or below (Score 4)
      An escape/attempted Level III facility or above (Score 6)
      Esc/attempt with violence (Score 10)

SCORE PART A: (Add items 1 thru 4)
      Custody Scale - Close: 14 or above
      13 or less: Continue with scoring of remaining factors.      PART A SCORE: | 5 |

5.   TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05)                                       -1................

      **None (Score -1)**
      Class II b. (Score 3)
      Class II a. (Score 5)
      Class I (Score 7)

6.   FREQUENCY OF DISCIPLINARY CONVICTIONS (C06)                                               -1................

      **None (Score -1)**
      One Report (Score 0)
      Two Reports (Score 1)         0, 0, 0
      Three Reports (Score 3)
      Four or More Reports (Score 5)

7.   PROGRAM PARTICIPATION (C07)                                                               -1................

      Noncompliance with recommended programs (Score 0)
      **On waitlist or participation for recommended program (Score -1)**
      No Recommended programs or Completion of recommended programs (Score -2)

8.   WORK EVALUATIONS (C08)                                                                    -2................

      **Maintained satisfactory employment (Score -2)**
      Unassigned or actively seeking employment (Score 0)
      Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9.   CURRENT AGE (C09)                                                                         -1................

      27 yrs or younger (Score 2)
      28-37 yrs (Score 0)
      **38-60 yrs (Score -1)**
      61 yrs and older (Score -2)

SCORE PART B: (Add items 1 thru 9)    Instrument Version: C
              MINIMUM   2 or Less
   MINIMUM RESTRICTIVE   3 to 12
              MEDIUM   13 to 14
               CLOSE   15 +

          TOTAL SCORE: | -1 |

## CUSTODY DESIGNATION

**Case Mgr**

| | |
|---|---|
| **Instrument scored custody level:** MINIMUM | **Next scheduled review date:** 08/08/2014 |
| **Override Requests:** Y    **Code#:** F | **Recommend custody level:** MINIMUM RESTRICTIVE |

**Justification/Comments:** Recommended: MINIMUM RESTRICTIVE - Routine classification. M-3, P-2, S-1 Retain at FMCC, Min-R due to medical needs.
**Date:** 08/08/2013

**Committee**

| | | |
|---|---|---|
| **Approval:** Y | **Fac. retention override:** N | **Referred to Off. Svcs:** N |

**Justification:** Finalized: MINIMUM RESTRICTIVE - Routine classification. M-3, P-2, S-1 Retain at FMCC, Min-R due to medical needs.

| | | |
|---|---|---|
| **Custody designation:** MINIMUM RESTRICTIVE | **Class. Chair.:** MOORE, MICHAEL | **Date:** 08/09/2013 |

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: BENT CNTY (TF)**

| | | |
|---|---|---|
| Inmate Name: ARRIOLA, PETER R | Doc #: 114873 | PMP/PED: 07/05/2018 |
| Case Manager: MCKINNEY, DAVE | Last Custody Level: MAXIMUM | Scoring Date: 06/03/2014 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01) ........................... 0

   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02) ........................... 3

   Low (Score 1)
   Low Moderate (Score 2)
   **Moderate (Score 3)**          13CR286
   High (Score 5)
   Highest (Score 7)

3. SEVERITY OF PRIOR CONVICTION (C03) ........................... 3

   None, Low, or Low Moderate (Score 0)
   Moderate (Score 1)
   **High (Score 3)**
   Highest (Score 4)

4. ESCAPE HISTORY (C04) ........................... 0

   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

| SCORE PART A: (Add items 1 thru 4) | |
|---|---|
| Custody Scale - Close: 14 or above | |
| 13 or less: Continue with scoring of remaining factors. | PART A SCORE: 6 |

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05) ........................... -1

   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06) ........................... -1

   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)          0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07) ........................... 0

   **Noncompliance with recommended programs (Score 0)**
   On waitlist or participation for recommended program (Score -1)
   No Recommended programs or Completion of recommended programs (Score -2)

8. WORK EVALUATIONS (C08) ........................... -2

   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9. CURRENT AGE (C09) ........................... -1

   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

| SCORE PART B: (Add items 1 thru 9)   Instrument Version: C | |
|---|---|
| MINIMUM   2 or Less | |
| MINIMUM RESTRICTIVE   3 to 12 | |
| MEDIUM   13 to 14 | |
| CLOSE   15 + | |
| | TOTAL SCORE: 1 |

## CUSTODY DESIGNATION

| Case Mgr | |
|---|---|
| Instrument scored custody level: MINIMUM | Next scheduled review date: 06/03/2015 |
| Override Requests: Y          Code#: F | Recommend custody level: MEDIUM |
| Justification/Comments:   Recommended: MEDIUM - Mandatory Reclass, m code changed to 4. Offender needs to be moved level III | |
| Date: 06/03/2014 | |

| Committee | |
|---|---|
| Approval: Y          Fac. retention override: | Referred to Off. Svcs: Y |
| Justification:   Recommended: MEDIUM - M Code changed to level 4 - needs to be at a level III facility. | |
| Custody designation: MEDIUM          Class. Chair.: MARTIN, JOHN | Date: 06/03/2014 |

| Off Svcs |
|---|
| Custody designation: MEDIUM |
| Justification:   Finalized: MEDIUM - Elevated medical code : M4,P2,S1 / PB 11-14/ MRD02-27-19 PV-NC-Nonviolent crimes/ No det or COPD |
| Off Svcs Authorized By: QUINTANA, MARY |

INMATE JEFFREY KIZER

DOC #132849

In his September 2013 classification, inmate Jeffrey Kizer (#132849) was minimum eligible, having 0 points, but was retained at a minimum restrictive facility due to his diabetes. The committee noted that the "Offender is requesting a progressive move from the CSP Incentive Unit. *He currently has an M4 code, making him ineligible for placement in most, if not all, Minimum facilities.* He may be better suited for a Level II facility." (Emphasis added.) The final determination placed him at a level II facility rather than a minimum facility, and thereby violated the Remedial Plan.

## STATE OF COLORADO
## DEPARTMENT OF CORRECTIONS
## INMATE RECLASSIFICATION CUSTODY RATING
## FACILITY: PAROLE-DW (CS)

| Inmate Name: KIZER, JEFFREY E | Doc #: 132849 | PMP/PED: 02/18/2017 |
|---|---|---|
| Case Manager: ARIAS , NICHOLAS | Last Custody Level: MEDIUM | Scoring Date: 09/05/2013 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01) .......... 0
   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02) .......... 5
   Low (Score 1)
   Low Moderate (Score 2)
   Moderate (Score 3)
   **High (Score 5)**
   Highest (Score 7)

3. SEVERITY OF PRIOR CONVICTION (C03) .......... 0
   **None, Low, or Low Moderate (Score 0)**
   Moderate (Score 1)
   High (Score 3)
   Highest (Score 4)

4. ESCAPE HISTORY (C04) .......... 0
   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

SCORE PART A: (Add items 1 thru 4)
   Custody Scale - Close: 14 or above
   13 or less: Continue with scoring of remaining factors.          PART A SCORE: 5

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05) .......... -1
   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06) .......... -1
   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)          0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07) .......... 0
   **Noncompliance with recommended programs (Score 0)**
   On waitlist or participation for recommended program (Score -1)
   No Recommended programs or Completion of recommended programs (Score -2)

8. WORK EVALUATIONS (C08) .......... -2
   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9. CURRENT AGE (C09) .......... -1
   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

SCORE PART B: (Add items 1 thru 9)   Instrument Version: C
   MINIMUM  2 or Less
   MINIMUM RESTRICTIVE  3 to 12
   MEDIUM  13 to 14
   CLOSE  15 +
                                                    TOTAL SCORE: 0

## CUSTODY DESIGNATION

**Case Mgr**

| Instrument scored custody level: MINIMUM | Next scheduled review date: 09/05/2014 |
|---|---|
| Override Requests: Y          Code#: F | Recommend custody level: MINIMUM RESTRICTIVE |

Justification/Comments:   Recommended: MINIMUM RESTRICTIVE - Requesting movement from the Incentive Unit.
   Date: 09/05/2013

**Committee**

Approval: Y          Fac. retention override:          Referred to Off. Svcs: Y
   Recommended: MINIMUM - Offender is requesting a progressive move from the CSP Incentive Unit. He currently has an
Justification: M4code, making him ineligible for placement in most, if not all, Minimum facilities. He may be better suited for a Level II
   facility due to
Custody designation: MINIMUM RESTRICTIVE     Class. Chair.: OLSON, JAMES          Date: 09/05/2013

**Off Svcs**

Custody designation: MINIMUM RESTRICTIVE
Justification: Finalized: MINIMUM RESTRICTIVE - PROGRESSIVE MOVE FROM CSP INCENTIVE UNIT, LEVEL II CODE RESTRICTION. M-4P-2, S-1
Off Svcs Authorized By: BACA, RUDY

INMATE RICHARD IRWIN

DOC #97899

Inmate Richard Irwin (#97899) was minimum eligible, with -3 points, at his July 2014 classification, but he was retained at a minimum restrictive facility because of his diabetes.  His case manager requested an override from the minimum classification to minimum restrictive: "Recommended: MINIMUM RESTRICTIVE - Routine reclass/ Retain SCF EAST *Override to MINR due to P3 M3*."  (Emphasis added.)  Because his medical code was M-3, he was not permitted to move to a minimum facility.  Thus, Irwin was precluded from moving to a minimum facility because of his diabetes.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: STERLING (SF)**

| Inmate Name: IRWIN, RICHARD W | Doc #: 97899 | PMP/PED: 03/03/2015 |
|---|---|---|
| Case Manager: MARTORANO, KATHLEEN | Last Custody Level: MINIMUM | Scoring Date: 07/23/2014 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01) .......................................... 0

    **None OR by Review no indication of violence (Score 0)**
    no serious injury (Score 3)
    Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02) .......................................... 3

    Low (Score 1)
    Low Moderate (Score 2)
    **Moderate (Score 3)**            11CR1360 99CR2730
    High (Score 5)
    Highest (Score 7)

3. SEVERITY OF PRIOR CONVICTION (C03) .......................................... 1

    None, Low, or Low Moderate (Score 0)
    **Moderate (Score 1)**
    High (Score 3)
    Highest (Score 4)

4. ESCAPE HISTORY (C04) .......................................... 0

    **None (Score 0)**
    An escape/attempted/abscond resulting in administrative action (Score 3)
    An escape/attempted Level II Facility or below (Score 4)
    An escape/attempted Level III facility or above (Score 6)
    Esc/attempt with violence (Score 10)

| SCORE PART A: (Add items 1 thru 4) | |
|---|---|
| Custody Scale - Close: 14 or above | |
| 13 or less: Continue with scoring of remaining factors. | PART A SCORE: 4 |

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05) .......................................... -1

    **None (Score -1)**
    Class II b. (Score 3)
    Class II a. (Score 5)
    Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06) .......................................... -1

    **None (Score -1)**
    One Report (Score 0)
    Two Reports (Score 1)          0, 0, 0
    Three Reports (Score 3)
    Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07) .......................................... -2

    Noncompliance with recommended programs (Score 0)
    On waitlist or participation for recommended program (Score -1)
    **No Recommended programs or Completion of recommended programs**
    **(Score -2)**

8. WORK EVALUATIONS (C08) .......................................... -2

    **Maintained satisfactory employment (Score -2)**
    Unassigned or actively seeking employment (Score 0)
    Unsatisfactory termination, refusal to work, or not actively seeking employment
    (Score 2)

9. CURRENT AGE (C09) .......................................... -1

    27 yrs or younger (Score 2)
    28-37 yrs (Score 0)
    **38-60 yrs (Score -1)**
    61 yrs and older (Score -2)

| SCORE PART B: (Add items 1 thru 9)    Instrument Version: C | |
|---|---|
| MINIMUM  2 or Less | |
| MINIMUM RESTRICTIVE  3 to 12 | |
| MEDIUM  13 to 14 | |
| CLOSE  15 + | |
| | TOTAL SCORE: -3 |

**CUSTODY DESIGNATION**

| Case Mgr | |
|---|---|
| **Instrument scored custody level:**  MINIMUM | **Next scheduled review date:** 07/23/2015 |
| **Override Requests:** Y    **Code#:** F | **Recommend custody level:** MINIMUM RESTRICTIVE |
| **Justification/Comments:**  Recommended: MINIMUM RESTRICTIVE - Routine reclass/ Retain SCF EAST Override to MINR due to P3 M3 | |
| **Date:** 07/23/2014 | |

| Committee | | |
|---|---|---|
| **Approval:** Y | **Fac. retention override:** N | **Referred to Off. Svcs:** N |
| **Justification:**  Finalized: MINIMUM RESTRICTIVE - Routine Reclass; Retain at SCF East. | | |
| **Custody designation:** MINIMUM RESTRICTIVE | **Class. Chair.:** WILSON, WESLEY | **Date:** 07/24/2014 |

INMATE SAMUEL BROWN

DOC #149518

In his July 2013 classification, Inmate Samuel Brown (#149518) was minimum eligible, with zero points.  His case manager recommended him for placement in a minimum facility: "Recommended: MINIMUM - Scored appropriately. Eligible for Level I, meets criteria, not on critical worker list. PED 2/7/14, MRD 8/7/19 M-3P, P-1, S-1. Assigned to Heavy Equipment as Operator II."  But the final determination placed him at a minimum restrictive facility: "Finalized: MINIMUM RESTRICTIVE - Retain at FMCC *due to M-3 status.*"  (Emphasis added).  Brown was kept at a minimum restrictive facility solely because of his diabetes, in violation of Section VI of the Remedial Plan.

**STATE OF COLORADO**
**DEPARTMENT OF CORRECTIONS**
**INMATE RECLASSIFICATION CUSTODY RATING**
**FACILITY: IS PAROLE (FC)**

| Inmate Name: BROWN, SAMUEL E | Doc #: 149518 | PMP/PED: 09/11/2016 |
|---|---|---|
| Case Manager: WILDE, HEATHER | Last Custody Level: MINIMUM | Scoring Date: 07/10/2013 |

1. HISTORY OF INSTITUTIONAL VIOLENCE (C01) .................. 0
   **None OR by Review no indication of violence (Score 0)**
   no serious injury (Score 3)
   Assault/Battery with weapon /serious injury/ against staff/visitor (Score 10)

2. SEVERITY OF CURRENT CONVICTIONS (C02) .................. 7
   Low (Score 1)
   Low Moderate (Score 2)
   Moderate (Score 3)          11/3/09 2ND DEGREE ASSAULT
   High (Score 5)
   **Highest (Score 7)**

3. SEVERITY OF PRIOR CONVICTION (C03) .................. 0
   **None, Low, or Low Moderate (Score 0)**
   Moderate (Score 1)
   High (Score 3)
   Highest (Score 4)

4. ESCAPE HISTORY (C04) .................. 0
   **None (Score 0)**
   An escape/attempted/abscond resulting in administrative action (Score 3)
   An escape/attempted Level II Facility or below (Score 4)
   An escape/attempted Level III facility or above (Score 6)
   Esc/attempt with violence (Score 10)

SCORE PART A: (Add items 1 thru 4)
   Custody Scale - Close: 14 or above
   13 or less: Continue with scoring of remaining factors.          PART A SCORE: 7

5. TYPE OF MOST SERIOUS DISCIPLINARY CONVICTIONS (C05) .................. -1
   **None (Score -1)**
   Class II b. (Score 3)
   Class II a. (Score 5)
   Class I (Score 7)

6. FREQUENCY OF DISCIPLINARY CONVICTIONS (C06) .................. -1
   **None (Score -1)**
   One Report (Score 0)
   Two Reports (Score 1)          0, 0, 0
   Three Reports (Score 3)
   Four or More Reports (Score 5)

7. PROGRAM PARTICIPATION (C07) .................. -2
   Noncompliance with recommended programs (Score 0)
   On waitlist or participation for recommended program (Score -1)
   **No Recommended programs or Completion of recommended programs (Score -2)**

8. WORK EVALUATIONS (C08) .................. -2
   **Maintained satisfactory employment (Score -2)**
   Unassigned or actively seeking employment (Score 0)
   Unsatisfactory termination, refusal to work, or not actively seeking employment (Score 2)

9. CURRENT AGE (C09) .................. -1
   27 yrs or younger (Score 2)
   28-37 yrs (Score 0)
   **38-60 yrs (Score -1)**
   61 yrs and older (Score -2)

SCORE PART B: (Add items 1 thru 9)   Instrument Version: C
   MINIMUM  2 or Less
   MINIMUM RESTRICTIVE  3 to 12
   MEDIUM  13 to 14
   CLOSE  15 +
   TOTAL SCORE: 0

**CUSTODY DESIGNATION**

| Case Mgr | | |
|---|---|---|
| **Instrument scored custody level:** MINIMUM | | **Next scheduled review date:** 07/10/2014 |
| **Override Requests:** Y | **Code#:** F | **Recommend custody level:** MINIMUM |
| **Justification/Comments:** | Recommended: MINIMUM - Scored appropriately. Eligible for Level I, meets criteria, not on critical worker list. PED 2/7/14, MRD 8/7/19 M-3P, P-1, S-1. Assigned to Heavy Equipment as Operator II. | |
| **Date:** 07/10/2013 | | |

| Committee | | |
|---|---|---|
| **Approval:** Y | **Fac. retention override:** N | **Referred to Off. Svcs:** N |
| **Justification:** Finalized: MINIMUM RESTRICTIVE - Retain at FMCC due to M-3 status. | | |
| **Custody designation:** MINIMUM | **Class. Chair.:** MOORE, MICHAEL | **Date:** 07/11/2013 |