**ORIGINAL**

| | |
|---|---|
| Court Address:<br><br>United States District Court<br>901 19th St.<br>Denver, Colorado 80294-3589 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>APR 13 2015<br><br>JEFFREY P. COLWELL<br>CLERK |
| Dean D Hackborn<br><br>v.<br><br>Colorado Department of Corrections | ▲COURT USE ONLY▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Dean D Hackborn<br>Po. Box 6000<br>Sterling, Colorado 80751 | Case No:<br>92-N-870 *CMA*<br>Civ. consolidated to case<br># 96-N-343 |
| **Motion to force Action on Montez ruling of<br>Montez claim X-285** | |

I Dean D Hackborn was fighting for my ADA Accommodations on which it started on 25 August 2006. Then went to the given date of 23 July 2007 which at time was given to the defendant in November 2007.

(1) At that time the ADA accommodations were removed without screening by medical, at Fort Lions, 1 February 2008. Defendant was sent from cell house to visiting to get new

wheelchair. From going from cell house to visiting accommodations were removed at that time the defendant did not recieve the new wheelchair and at that point defendant was forced to go back crawling on his hands and knees which created lose of food and transportation to and from medical and all programs including religious this time period lasted from 15 March 2007 to 9 April 2009 then we had medical staffing at the Fort Lions Facility.

(2) We have order of special masters dated 18 July 2008.

(3) Received answer 24th October 2008 from King and Greisen, LLP

Document states Mr. Hackborn is classed as a Montez class of plaintiff, and has a mobility disability. PS. How is this document being ignored by the Department of Corrections which claims I do not have a mobility disability, also the medical shoes that I am waring is dated 1-08-2008 which are completely destroyed by warring for the last seven years and two months.

(4) The Department of Corrections have and is still creating loss of food and foot ware and here at Sterling Correctional Facility is denying me any way or means of exercising like the use of free waits but as it is now I cannot get around and this is creating mental anguish and physical pain due to a second faulty wheelchair.

(5) Orders of special masters Signed first time 3 November 2008 and then again 15 December 2008 which is Montez claim X-285 and then again received Memorandum from Marshall Griffith from the office of the AIC (ADA inmate coordinator) was received on the date of 24 March 2009 response received 23 April 2009.

(6) Defendant was not screened on 1 January 2006 , and grievances were filed for ADA accommodations on 9/11/2012 grievance # A/SF 12/13-00029694-1, and again ADA accommodations 7/15/2013 Grievance # is M-SF 13/14-00043414-1, and again Grievance filed on medical shoes was at which time according to the Montez ruling stands now at $840.00 for non replacement of shoes. Grievance # A-SF 14/15-00069727-1

**All has been denied by HSA coordinator Lt. Bernadette Scott**

Defendant prays that this Honorable Court will see the 8th Amendment Right Violations and the mental and physical anguish placed upon the defendant by the Department of Correction at Sterling Correctional Facility, Sterling Colorado has and is still denying me proper and adequate accommodations for my type of disability. Final note the Offender Services has told my family that I Dean D Hackborn does not belong here at Sterling Correctional Facility, was moved to a medical facility on 15 March 2007 from Sterling and then brought back 2 February 2nd 2012.

Defendant is requesting for the courts to appoint counsel for defendant which did have lawyers for such similar issues in the past. I have tried to resolve the issues with CDOC but was denied as shown in forsaid grievances above.

Dean D Hackborn

CERTIFICATE OF MAILING

I certify that on this 8 day of  March, 2015, that a true and correct copy of the above and foregoing Motion was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

United States District Court
901 19th St.
Denver, Colorado 80294-3589

Dean D Hackborn