IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

___

**NOTICE OF ENTRY OF APPEARANCE**
___

Laura E. Schwartz, of the law firm of KING & GREISEN, LLP, does hereby enter her appearance as co-counsel on behalf of the Plaintiff Class in this case.

RESPECTFULLY SUBMITTED this 15th day of April, 2015.

        KING & GREISEN, LLP

        *s/ Laura E. Schwartz*
        Paula Greisen
        Laura E. Schwartz
        1670 York Street
        Denver, CO  80206
        (303) 298-9878 telephone
        (303) 298-9879 facsimile
        greisen@kinggreisen.com
        schwartz@kinggreisen.com

        Edward T. Ramey
        Heizer Paul, LLP
        2401 15th Street, Suite 300
        Denver, CO 80202
        (303) 595-4747 telephone
        (303) 595-4750 facsimile
        eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2015, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
james.quinn@state.co.us
jacquelynn.richfredericks@state.co.us
*Attorneys for Defendants*

*s/ Laurie A. Mool*
Paralegal, King & Greisen, LLP