**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

**ORDER ON CLASS MEMBER JILL COIT'S MOTIONS**

    This matter is before the Court on class member Jill Coit's Motion to Appoint Counsel (Doc. # 5504), and Motion for Order (Doc. # 5508).  Also before the Court is Ms. Coit's Emergency Notice of Condition of Confinement at LCI (Doc. # 5509).

    Each of these motions contain allegations that prison guards use excessive force and engage in other inappropriate behaviors in the facility in which Ms. Coit is housed in Florida.  The Montez Remedial Plan pertains to allegations that the Colorado Department of Corrections has violated the Americans with Disabilities Act (ADA) and the Rehabilitation Act.  Accordingly, this Court has no jurisdiction to address alleged use of force incidents through the Montez Remedial Plan.

    Ms. Coit also makes various claims that she is being denied reasonable accommodations related to her disability.  In this Court's Order on Continuing Jurisdiction, the Court specifically informed Ms. Coit that it no longer had jurisdiction

over her subsequent complaints relating to substandard treatment.  (Doc. # 5414 at 2.) Accordingly, the Court also dismisses Ms. Coit's motions for lack of jurisdiction.

Ms. Coit is reminded that she may pursue any further complaints that she is the victim of discrimination on account of her disability or concerns regarding substandard medical treatment or equipment in a separate action, either under the Eighth Amendment or relevant state statutes.  *See Rhodes v. Chapman*, 452 U.S. 337, 346-47 (1981) (serious deprivation of basic human needs may constitute cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution); *Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1144 (10th Cir. 2005) (Claims for substandard medical treatment are not actionable under the Americans with Disabilities Act).

Accordingly, it is ORDERED that Ms. Coit's Motion to Appoint Counsel (Doc. # 5504), and Motion for Order (Doc. # 5508) are DENIED.  It is

FURTHER ORDERED that Ms. Coit's Emergency Notice of Condition of Confinement at LCI (Doc. # 5509) is STRICKEN.

The Court will summarily strike any future filings by Ms. Coit in this action.

DATED:  April __21__, 2015

BY THE COURT:

*(signature)*

_____
CHRISTINE M. ARGUELLO
United States District Judge