IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

---

**ORDER ON CLAIMANT GOODLOE'S OBJECTION
TO THE FINAL ORDER OF THE SPECIAL MASTER**

---

    This matter is before the Court on Claimant Raymond D. Goodloe's Objection (Doc. # 5505.)

    Claimant alleges that the transcription of the tape recording the June 13, 2011 hearing held before the Special Master inaccurately stated that Claimant would be willing to pay for the appropriate shoes and ankle brace at his own expense. (Doc. # 5505 at 1.) Claimant has repeatedly asserted this allegation, and the Special Master and this Court have rejected it at each instance. First, Claimant asked the Special Master to amend his report and recommendation, which, in a written order, the Special Master declined to do. (Doc. # 5120) ("The Special Master has reviewed his notes from the hearing. Claimant testified that he would get his own shoes, if given the opportunity. Nothing was said concerning financial inability to purchase appropriate footwear.") Next, Claimant objected to the Special Master's report and recommendation with

allegations that the transcript erroneously stated that Claimant would purchase shoes and an ankle brace at his own expense. This Court was not persuaded, and adopted the Special Master's report and recommendation, noting that "in the July 15, 2011 Order, the Special Master clarified that his 'recommendation was premised on the understanding that Claimant would be able to secure outside funds for use in the purchase of footwear.'" (Doc. # 5388) (citing (Doc. # 5120)). Accordingly, Claimant's objection is successive.

In this Court's Order on Continuing Jurisdiction, the Court specifically informed Claimant that it no longer had jurisdiction over subsequent complaints relating to substandard treatment. (Doc. # 5414 at 2.) The Court reminds Claimant that, although he may not file a claim under the Montez Remedial Plan, he is free to file an independent claim with the Court under the ADA.

Accordingly, it is ORDERED that Claimant's objection is OVERRULED.

The Court will summarily strike any future filings by Claimant in this action.

DATED: April __21__, 2015

                                            BY THE COURT:

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge