OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2015

JEFFREY P. COLWELL
CLERK

93-cv-870 CMA
# 5516
80294@5509

DENVER CO 802
22 APR 2015 PM 4 L
SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
04/22/2015
US POSTAGE $00.48⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

Raymond Goodloe  History
#51437
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

NIXIE      802    5E  1 009      0004/26/15
        RETURN TO SENDER
        REFUSED
        UNABLE TO FORWARD

BC: 80294250099      *1320-05824-22-37