THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Alfred A. Arraj Courthouse
901 - 19th St., Room A105
Denver, Colorado 80294-3589

Civil Action No.
1:92-cv-00870
JLK-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 4 2015

JEFFREY P. COLWELL
CLERK

Plaintiff,
Barbara Freeman #105776
D.W.C.F. #1A136
P.O. Box 392005
Denver, Co 80239-8005

v.

Defendant. Department of Corrections/Denver Women's Correctional Facility, Medical Dept.- DWCF, provider, Janie Harrelson under the Colorado State law both individual and official capacity and All Jane/John Doe's involved in this matter.
C.D.O.C.- AIC/ADA-2862  S. Circle Drive - Colorado Springs, Co.80906

## Motion for Temporary Preliminary Injunction/Restraing Order
## Immediate Help Requested - Urgent.

I, Barbara Freeman, Plaintiff am requesting this Honorable Court to issue an Injuction and Restraing Order as per the Montez Remedial Plan made with the Colorado Dept. of Corrections filed in the U.S. District Court - District of Colorado 2003 Sept. 2011 8:52am, Gregory C. Langham, Clerk. Number 1 policy "No qualified inmate with a disability, as defined in Title 42 of the United States Code, Section 12102 shall, because of that disability, be excluded from participation in or denied the benefits of services, programs, or activities of the DOC or be subjected to discrimination." Under III Definitions, "The persons covered by this plan are individuals with mobility, hearing, and vision impairments and inmates with diabetes." Page 17 XIV EVERYDAY Living Assistance "Any inmate with a disability who requires assistance with the performance of everyday activities shall be provided inmate aides (OCAs) to assist the inmate. DOC shall designate inmate aides to perform these services and shall provide appropriate training to the inmate rendering the services. Inmate aides will be screened to ensure that they do not have exhibited tendencies to victimize others

continued on page 2

inmates and that they are compatible with the caregiving skills required. Inmates who have a history of violent behavior or a history of theft will not be designated as inmate aides. At no time will inmate aides perform duties or functions routinely performed by medical staff and will not provide medical care to the inmates.

Every effort will be made to assign the inmate aides to either the same cell, or in the same living area, as the inmate with a disability that they are assisting."
The 8th Amendment which falls into medical for basic human needs under deliberate indifference to any medical needs I am listing the following:

1. AR 700-02 pg 6 Medical Scope of Services effective 3/15/14 IV Procedures, #14c Assisting offenders with impairments or disabilities who cannot otherwise perform daily life functions. Pg 7 #d Every effort will be made to assign offender care aides to either the same cell, or same living unit as the offender with a disability that they are assisting.

2. Headquarters Colorado Springs AIC/ADA Accomodations state OCA II Assistance performing manual tasks, walking, showering, cleaning cell, retrieving/carrying laundry and canteen, and reading documents. My ADA accomodations do state that I may use wheel chair when needed which has not been the case in 7 months since seeing ortho.

3. In the unit all my OCA's live upstairs. In order for me to contact them I must go to the block office and have them paged. On 9/22/14 I went to see Orthopedics at Denver Health due to me falling in water in the bathroom that I was unable to see. Prior to 5/31/14 I received no help and was placed in a wheelchair. The attending physician, Cyril Mauffrey (Physician ID 140228), stated in writing to D/C wheelchair - please provide

Continued page 3

walker. Due to my hands I am unable to use a walker so J. Harrelson stated I could use the arm of my OCA. To date this is what I had been doing when going to and from both medical and the dining hall, which is approximately a blocks distance from my living unit. I have have extra pain in my legs and have fallen a couple of times. In the unit itself, I have no help from my OCA's except when I can get to the office and have them paged. I have to use the walls to help me get around. I had a left knee replacement in 2003 which is the knee I fell on; x-rays have been taken and I'm now awaiting a bone scan on that knee. Also, waiting to go in for a nerve/tendon test on my right leg. At times I get shooting pains in one or the other leg and have fallen a few times due to this. This has no bearing on the OCA, as she is being as support only on my outside trips to medical and meals. (nothing sexual or inappropriate) All officers and inmates have seen this for the past 7 months. I saw orthopedics again on 4/20/15 when the specialists requested the bone scan and I'm still waiting on that. Nothing had changed in regards to the wheelchair and/or walker. Then on Wednesday April 22, 2015 J. Harrelson placed me in a wheelchair and no longer allowing me to use my OCA's arm. Why I don't understand because I had been doing just fine up to that point. Since putting me in the wheelchair my pain is increasing and I'm suffering more in my right hip, back and both my legs. It is also causing my left knee to become stiffer and the cramps in my legs are so bad that I can't get of the bed at times, I have fallen more than I ever had before and I have a hard time sitting, standing, walking and sleeping. I'm not allowed any help from my OCA's, therefore leaving me in an invalid state. I'm still having to bounce from wall to wall in the unit, which increases

continued pg 4

my risk of falling and breaking bones and/or death. In the office there are cameras which will verify my movements within the unit, along with the officers and other inmates in unit 1. I want to mention that in 2003 at the time of my knee replacement, orthopedic specialist, Dr. Morgan at Denver Health stated I needed back/hip surgery; this has never been done. I did get injections for awhile, but now I'm even being refused those. I'm asking this Honorable Court to remove Janie Harrelson as my provider and to be given a new provider. I am being forced to give up the wheelchair, my ocas, and to go without medications and meals due to the distance without support. I don't believe the Montez Remedial Plan, State and Federal laws, and the ARs set forth by DOC would go along with me having to go without my medication and meals. I am also asking for an immediate due to the above facts. If any other information is required you my contact my case manager, Aaron Stewart, here at D.W.C.F. His hours are Monday-Friday 8am-5pm.

Respectfully Submitted

*Barbara Freeman*

Barbara Freeman #105776
D.W.C.F. #1 A136
P.O. Box 392005
Denver, Colo 80239-8005

continued to pg 5

# Certificate of Mailing

I certify under penalty of perjury that on this 30th day April 2015 I mailed in the U.S. Legal Mail, this "Motion for Temporary Preliminary Injunction/Restraining Order Immediate Help Requested - Urgent" to the following parties.

U.S. District Court
Alfred A. Arraj U.S. Courthouse
901 - 19th St., Room A105
Denver, Colorado 80294-3589

Copy sent to
C.D.O.C.
A.I.C. / ADA
2862 South Circle Dr.
Colorado Springs, Co.
80906

_Barbara Freeman_
Barbara Freeman #105776
D.W.C.F. # 1 A136
P.O. Box 392005
Denver, Colorado 80239-8005

4/30/15

Monty 1:92-c-v-00870
JLK-OES

Alfred A. Arraj Courthouse
U.S. District Court
901 - 19th St.
Denver, Co. 80294-3589

Your Honor:

Please find enclosed as I need help immediately. Enclosed is grievance on Lt. Bland Housing to show I have been still am trying to handle things. I've grieved medical 3x but couldn't get copies to send. Grieved numerous times before + kites continually. Fact that Lt. Bland and Sgt. Elliott (CCA's) refused to allow me to have a (temporary) CCA to live with me. They allowed me to bounce from wall to wall no help thats how I fell. I never fell outside as CCA had my arm. I need help inside unit + outside. I could have falling (did several times) in unit, in shower, in room, and they didn't care if I broke bones or hit head could have died. After 7 months finally saw orthopedics again on left knee, now they want me in wheelchair. But still no help in unit. Logic none at all! I can fall in unit die more so than outside with help going to medical and dining. I feel they are trying to take my life by making something happen. I would like to follow ADA accomodations use CCA not wheelchair. Under circumstances this is a life/death situation now. As I can not go to dining or medical to get my medication without wheelchair yet I get no help in unit. I'm falling more than past 7 months as in unit my legs/hip/back are much worse due to no exercise. Help from ortho is now beginning so why now a wheelchair? Case manager can verify everything.

Respectfully Yours
Darlow Freeman

*Lt. Bland* [signature]

DC Form 850-04A (12/15/12)

## Colorado Department of Corrections Informal Resolution Form

**Offender Must Complete**

Name: Darlene Freeman    Doc #: 105926

This form used for **INFORMAL RESOLUTION ONLY** 7 months without w/c either in wheelchair

Instructions: By Dr. J. Koulea can't override orthospecialist on 9/22/14 D/C
1. Fill out identifying data in space provided. (Must be legible.) AR's 850-01 + 850-15
2. Clearly state basis for grievance or grievance appeal. 700-02 + 850-04 + 1450-01   accused
3. State specifically what remedy you are requesting Lied about, Lied to, harassment, ready?
4. Remedy must remain consistent. Threats Because 2 I've done nothing wrong
5. Signatures of Parties present for resolution attempt. followed orders, obey rules but am
Subject of Grievance and Requested Meaningful Remedy: punished due to medical problems + w/c.

Allowing another inmate authority over me by going thru you to get what she wants. Discrimination,
Favoritism, fail to protect, personal abuse, injury to give another inmate special favors. Refusing me
help medically, not allowing one the same rights as others. My only entertainment is read. Now I'm
not allowed to because of disability (vision) can't see to read. are there I'm not where scheduled to to see Bad situation
to read. Medical or nurse override doctors or doctors override specialist (Law) yet provides (ours)
did override specialist ortho 9/22/14 D/C while knee injury walks my walker in OCA. OCR II here right
to touch elbow or they can touch asked to both they would not as personal. Had w/c from 5/1/14 till 9/22/14
when our ortho was new moved to headicap rch w/e + I got room 2013 th. side overrides due to my
vision so I could see. Not security issue. W/c temporary and only during the policy conditions +
extenuating circumstances 850-04 #5 + Remedy using w/c arom and keeping with all medical problems
#K Reprisal / Retaliation in part of attitude to make me more known & other deformed grievances I feel
punished with? People from being old #W, Code of Conduct, Ethics or no fabric either, treat me properly NOT.
can't grieve housing but everything is grievable under 1450-1 + 850-04 keep facts investigated here Kites others
Offender Signature / Date: Darlene Freeman + spoke sergeant c/o, punished because of w/c you lock
Response from Affected Area or Case Manager: Now I want back what was taken my side 9 room
I need ADA
room, need
help in OCA
(walker) on
type, phone
she wrong
on any of his
she stated.

**Resolution:**

☐ Issue Resolved   ☐ Step I Grievance Issued   ☐ Non-Grieveable per 850-04

Offender Signature:                   Date:
Staff Signature:                      Date:

Attachment "A" Page 1 of 1

*As 4/24/15*