**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

     Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

     Defendants.

---

**ORDER ON MOTION FOR TEMPORARY PRELIMINARY INJUNCTION**

---

This matter is before the Court on Interested Party Barbara A. Freeman's "Motion for Temporary Preliminary Injunction/Restraining Order Immediate Help Requested" (Doc. # 5522).

Ms. Freeman makes various claims that she is being denied reasonable accommodations related to her disability.  In this Court's Order on Continuing Jurisdiction, the Court specifically informed class members that it no longer has jurisdiction over subsequent complaints relating to substandard treatment.  In addition, this Court no longer has jurisdiction over individual claims.  *See* (Doc. # 5414). Accordingly, the Court dismisses Ms. Freeman's motion for lack of jurisdiction.

Ms. Freeman is reminded that she may pursue any further complaints that she is the victim of discrimination on account of her disability or concerns regarding substandard medical treatment or equipment in a separate action, either under the

Eighth Amendment or relevant state statutes. *See Rhodes v. Chapman*, 452 U.S. 337,

346-47 (1981) (serious deprivation of basic human needs may constitute cruel and

unusual punishment in violation of the Eighth Amendment of the United States

Constitution); *Fitzgerald v. Corrections Corp. of America*, 403 F.3d 1134, 1144 (10th Cir.

2005) (Claims for substandard medical treatment are not actionable under the

Americans with Disabilities Act).

Accordingly, it is ORDERED that Barbara A. Freeman's "Motion for Temporary

Preliminary Injunction/Restraining Order Immediate Help Requested" (Doc. # 5522) is

DENIED.

The Court will summarily strike any future filings by Ms. Freeman in this action.

DATED:  May   5  , 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge