IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE
TO CLASS COUNSELS' NOTICE OF NON-COMPLIANCE (DOC. 5507)**

---

Defendants, through the Colorado Attorney General, respectfully submit this Unopposed Second Motion for Extension of Time to File Response to Class Counsels' Notice of Non-Compliance (Doc. 5507).

1. On April 2, 2015, Plaintiffs, through Class Counsel, filed their Notice of Non-Compliance. *See* Doc. 5507.

2. Accordingly, Defendants response is was due April 27, 2015.

3. Defendants sought and received on 14 day extension of time, up to and including, today May 11, 2015. *See* Doc. 5519 and 5520.

4. Defendants Response is largely complete and presently complies with this Court's page limitations.

5. The Response includes a series of six affidavits which completely and comprehensively address the five alleged areas of non-compliance. Four affidavits

1

come from the staff of the Office of the AIC, one from the Step III Grievance Officer, and the final affidavit comes from Clinical Services.

6. These affidavits are necessary to authentic exhibits to the Response including several charts compiled to completely address and wholly rebut the allegations raised by Plaintiffs by the affiants.

7. However, not all affidavits have been received back with signature and notarization, although all have been largely approved as written.

8. In order to obtain the finalized affidavits and insert the pinpoint citation thereto into the Response, undersigned counsel respectfully requests a brief additional seven (7) day extension of time, up to and including May 18, 2015.

9. This additional time is also necessary to permit Mr. Quinn, First Assistant Attorney General of the Corrections and Public Safety Unit and lead counsel of record in this case, to finalize his review of the Response.

10. Defendants are committed to providing this Court with all the factual and legal bases necessary in order to preserve the time and resources of the Court and the Parties and potentially completely obviate the need for a further hearing.

11. To that end, the brief extension sought herein is not for unnecessary delay, but the request is made in good faith in order to streamline the efforts and time by all Parties and the Court over the coming days and weeks.

12. Undersigned Counsel has been diligently working on Defendants' Response in this matter and, as indicated above, has made substantial progress.

13. This request is not made for purposes of delay but rather to provide this Honorable Court with accurate and comprehensive information and law in Response to

Plaintiff's Notice and to afford Defendants the well-taken and diligent representation they are entitled to pursuant to Colorado statute by the Office of the Attorney General.

14. Pursuant to Rule 7.1, Undersigned previously conferred with Plaintiffs' Counsel(s) in this matter via email on April 6, 2015. Mr. Ramey, Plaintiffs' Counsel herein, authorized Undersigned to state that Plaintiffs do not oppose a total extension of time of up to 21 days. Previously, Counsel sought a partial use of that extension of 14 days, presently, Counsel now seeks the remaining 7 days previously conferred regarding, for a total of no greater than 21 days' time as agreed to by Mr. Ramey.

**WHEREFORE**, Defendants respectfully request a final one-week extension of time up to and including **May 18, 2015**, to finalize and file their Response as articulated herein.

Respectfully submitted this 11th day of May 2015.

CYNTHIA H. COFFMAN
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS, #39932
Assistant Attorney General
Civil Litigation & Employment Law Section
Attorneys for Defendants
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6603

## CERTIFICATE OF SERVICE

      I certify that on May 11, 2015, I filed the foregoing via ECF which will serve electronic copies addressed as follows:

| | |
|---|---|
| KING & GREISEN, LLP<br>Paula Greisen<br>1670 York Street<br>Denver, CO 80206<br>(303) 298-9878 telephone<br>(303) 298-9879 facsimile<br>greisen@kinggreisen.com | Lara E. Baker<br>Foster Graham Milstein & Calisher, LLP<br>360 S. Garfield Street, 6th Floor<br>Denver, CO 80209<br>(303) 333-9810 telephone<br>(303) 333-9786 facsimile<br>lmarks@fostergraham.com |
| Edward T. Ramey<br>Heizer Paul Grueskin, LLP<br>2401 15th Street, Suite 300<br>Denver, CO 80202<br>(303) 595-4747 telephone<br>(303) 595-4750 facsimile<br>eramey@hpgfirm.com | Blain D. Myhre<br>Blain D. Myhre, P.C.<br>P.O. Box 3600<br>Englewood, CO 80155<br>(303) 250-3932 telephone<br>blainmyhre@gmail.com<br>*Attorneys for Plaintiffs* |

                                        s/ Jacquelynn N. Rich Fredericks