**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 1 2 2015
JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Montez, et al

V                              Case No: 92-CV-00870-CMA

Hickenlooper, et al

Notice

# TO THE COURT CLAIMANT DID NOT GET COURT NOTICE OF FILING

**Comes Now,** claimant Jill Coit, pro se and does hereby notify this Court that she did not get Judge Arguello's Response <u>Docket No 5414</u> as referenced in Judge Arguello's ORDER ON CLASS MEMBER JILL COIT'S MOTION dated August 21, 2015.

Remedy: Please resend to Montez Member Jill Coit said Docket Number 544.

~~Attached is exhibit 107 which were (Both sides) omitted from filing #5509, Nature of denial of LD- 1852-13.~~

Respectfully,

Jill Coit   /s/ Jill Coit

Certificate of Mailing

I hereby swear I placed in the LCI legal mail person hands, first class postage prepaid to the following:
US District Court

/s/ Jill Coit                              5-7-15
Jill Coit                                   Date

Lowell Correctional Inst - Anne
11120 NW Gainesville Rd
Ocala, Florida 34482