IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.

    Defendants.

## NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE** that undersigned counsel's law firm has changed its name from Heizer Paul LLP to Tierney Paul Lawrence LLP. The firm address, telephone and fax numbers remain unchanged. Undersigned counsel's email address has changed as reflected in the signature block below.

Respectfully submitted May 15, 2015.

                    **TIERNEY PAUL LAWRENCE LLP**

                    By:    s/Edward T. Ramey
                    Edward T. Ramey
                    Tierney Paul Lawrence LLP
                    2401 15th Street, Suite 300
                    Denver, CO 80202
                    Phone Number:  303-376-3712
                    Fax Number:  303-595-4750
                    Email: eramey@tplfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of May, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Department of Law
James.quinn@state.co.us
Jacquelynn.fredericks@state.co.us
*Attorneys for Defendants*

                                        s/_____
                                        Edward T. Ramey