IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## AFFIDAVIT OF JANET SMITH

I, Janet Smith, upon being duly sworn under oath, of lawful age, and having personal knowledge of the matters set forth herein, depose and state as follows:

1. This affidavit is based upon my personal knowledge.

2. My full, legal name is Janet Elizabeth Smith.

3. I am employed by the Colorado Department of Corrections (CDOC) as the AIC designee/ASL Coordinator.

4. I have been employed by the CDOC since October 2009.

5. As part of my job, my duties include:
   - Scheduling sign language interpreters for the deaf offenders
   - Review DRDC intakes, assigning ADA accommodations as needed.
   - Respond and track Requests for Accommodations (RFA's) from DRDC
   - Complete Montez screenings and prepare Accommodation Resolutions.

6. I have also taken special ADA training which consists of
   - ADA Coordinators' Training Certification Program through the University of MIssouri

A-3

**The denial of improperly requested medical equipment does not end the AIC's involvement:**

7. I have personally reviewed the attachments to Plaintiffs' recent Notice of purported Non-Compliance. Specifically, I reviewed the chart of the Class Members regarding the denial of accommodation.

8. Plaintiffs' charting falls short of providing a full, complete, and accurate portrait of what actually occurred with respect to each of these alleged "denials."

9. I created the attached chart, which I've labeled "Appendix 1." See Attachment 1, Appendix 1.

10. Appendix 1 recreates the list of names and CDOC offender identification numbers created by Plaintiffs.

11. In response to Plaintiffs' alleged denials I have included information from each of the individual's AIC records and ADA file and created an additional column of information. This column describes what specific information or request was received, what steps were taken, and ultimately, why a denial was appropriate. I also included information regarding what other accommodations or durable medical equipment was in place at the time the request was received in order to afford the Court a more comprehensive view of why a particular "denial" was issued.

12. As can be seen from a review of Appendix 1, the most frequent reason behind a particular denial was because the offender was seeking the provision of medical care and not actually an accommodation under the ADA.

13. This phenomenon is not uncommon.

14. When an offender improperly seeks medical care from our AIC office, we are obliged to deny the request.

15. But, that is not the end of our involvement. As Appendix 1 shows, we actually still review the request in order to provide clinical services, to whom we pass along these improperly made requests, information to make their evaluation and ultimate determination.

16. My office works very closely on a daily basis with Clinical Services to make sure that our ADA-impacted offender population has both their medical needs met (by clinical) and their accommodation needs met under the ADA.

17. We refer medical treatment requests to include but not limited to, health care appliances, medical restrictions and medication issues to Clinical Services. Trained medical personnel are responsible to follow up with respect to an offenders' medical care and treatment. This chart is referenced as Appendix 2.

**The provision of vibrating watches:**

18. I am privileged to work for and with our hearing impaired population as a significant portion of my present job.

19. Previously, the CDOC provided our hearing impaired offender population with a free vibrating watch.

20. Beginning April 1, 2013, in an effort to make this item more widely available to our entire offender population, the vibrating watch was made available on the offender canteen. See Attachment 2, Memo.

21. As a result, all offenders, not just those who have self-identified as hearing impaired are able to purchase a vibrating watch.

22. However, as an accommodation to those offenders who are clinically tested as meeting the clinical standard for identification as hearing impaired (congruent

with the standard set forth as part of the *Montez* litigation) by Clinical Services, we allow those individuals to procure a vibrating watch, even absent available funds to do so.

23. When an offender who has been determined by Clinical Services to be hearing impaired desires a watch, they may simply purchase the item from canteen just like any other offender.

24. If a hearing impaired offender does not have available funds on his account at the time he desires to purchase the watch he may submit a Request for Accommodation (750-04 Form A). The AIC will modify CDOC policy to allow the purchase and subsequent repayment as funds become available to the offender.

25. Since April 1, 2013 (date when vibrating watch was moved to canteen) to the present time, 78 additional hearing impaired offenders have been identified as incoming, new to the prison system. See Attachment 3 (chart of hearing disabled persons).

26. As a result, those 78 persons were permitted to submit a form pursuant to AR 750-04, A and request permission to obtain a vibrating watch from the prison canteen, even if they lacked adequate funding to do so.

27. The AIC authorized 77 individuals to purchase a vibrating watch without available funds during that same time frame. See Attachment 4 (chart breaking down watch authorization and purchase activity).

28. Only 10 of those individuals opted to purchase a vibrating watch. *Id.*

29. Of this group of less than 80 class members, 8 actually preferred and chose to obtain a "regular watch." *Id.*

30. In addition, Attachment 4, clarifies that when each of these individuals was given permission to "go into the red," to make that purchase, only 16 of them actually lacked positive or adequate funds. *Id* (at "NEG Balance" column).

31. As a result, the vast majority of these individuals actually had funds available if they desired to self-purchase this item.

32. Only 13% of the offender Class Members who were authorized to go "into the red" as an ADA accommodation, opted to avail themselves of this opportunity. A full 59 of the 77 chose not to procure a vibrating watch, although they were authorized to do so.

33. CDOC Canteen program has sold a total of 430 of these vibrating watches since they were made more widely available in April of 2013. 82% of purchases of vibrating watches sold since April 1, 2013 were bought by general population offenders. This may include offenders with a hearing impairment who have chosen not to be identified.

34. This policy change has opened up availability to a larger group of inmates and speaks to the more broad general demand including to those who opt not to self-identify as having an impairment or may not even have an impairment but would nevertheless like to obtain the vibrating watch.

35. As a result, the CDOC has undertaken an effort to keep this item available to our ADA identified offender population as a reasonable accommodation. However, we have also chosen to increase its availability to our general offender population.

36. We believe that making the item available for purchase as opposed to simply passing them out for free as a matter of course also helps to gird one of our

underlying and most important missions as the CDOC, which is to help prepare our offenders for their re-entry to broader society and encourage them to take responsibility for themselves.

37. Finally, when vibrating watches are made more widely available, we've seen a reduction in the number which come up "missing" or in requests for replacement, because it reduces the incentive to barter for them, while still permitting us to make this item available for those who want or need them.

**Tracking:**

38. During the Monitoring Period, we provided a vast amount of information voluntarily and proactively, as well as in response to specific requests, and pursuant to this Court's Order(s).

39. One such provision was to specifically provide Class Counsel with information contained in a set of requested offender's files for the time period between September of 2012 and the end of 2014.

40. Plaintiffs erroneously claim this resulted in 90 "empty" files which are demonstrative of our failure to adequately track the class.

41. This is simply not the case.

42. The "empty" files were snapshots of overall offender files which our office maintains. As articulated to Plaintiffs at that time, if a file was turned over "empty" it was because there had been no *new* requests made by the offender during the Monitoring Period. We provided files for each offender even if the file was blank in order to demonstrate whether any activity had actually occurred during the specified time period.

43.   Information, including the Request for Accommodation (RFA), any previous Accommodation Resolution or ADA accommodations, and any other communications or movement activity which may have pre-dated the request window was not produced because such documentation was not responsive to the specific time period as ordered by the Court. This does not mean information is not present or accounted for.

FURTHER AFFIANT SAITH NAUGHT.

*Janet Elizabeth Smith*
Ms. Janet Elizabeth Smith

Subscribed and sworn before me in the County of El Paso, State of Colorado, this 15th day of May, 2015.
My commission expires: 3/5/2016.

*[Notary seal: Teresa B. Reynolds, Notary Public, State of Colorado]*

## Appendix 1

| | | |
|---|---|---|
| Abeyta | 119057 | *Request for reasonable accommodation (RFA) for medical shoes was denied because it was a medical issue.*<br>ATS RFA #3779 10/18/13<br>RFA A 10/2/13 asks for diabetic boots and tennis shoes.<br>Paroled 1/7/14.<br>Returned 6/20/14.<br>Paroled again 7/28/14.<br>Medical tennis shoes on property 1/26/10-9/24/10<br>Medical tennis shoes 7/3/14-7/28/14<br>Tennis Shoes on property 5/24/06-3/8/10 |
| Allen | 117789 | *RFAs for diabetic boots and tennis shoes were denied as not being accommodations.*<br>Tennis shoes canteen 11/18/2003-9/23/2011<br>Medical tennis shoes 6/30/2010-8/22/2012<br>Medical Boots 12/29/2008-5/1/13<br>Shoes/Boots 7/1/03-9/23/11<br>Shoes/Boots 7/9/13 to present<br>Offender is in a wheelchair full time now. He lost his cane in 2013.<br>Authorization to wear medical footwear in all areas 6/11/14-7/22/14 |
| Arriola | 114873 | *Mr. Arriola's 2/12/14 RFA requesting a glucometer but was denied on 2/24/14 because it was a medical issue.*<br>Actually his RFA 2/18/14 asks for diabetic accommodations. ATS RFA 4510 states he is not requesting any accommodation/modification needed to access or participate in a program, service, or activity. Clinical gave him a glucometer 2/13/14. |
| Bergerud | 128941 | *RFA for medical shoes denied because it was a medical issue.*<br>I did not find the RFA. ATS RFA #2030 12/11/12<br>Worksheet entry 12/11/12.  Request for accommodation requesting special shoes. Denied and sent to facility, with note to clinical to review.<br>3/16/06 tennis shoes-canteen<br>8/29/13 medical boots/shoes |
| Bloch | 163936 | *Lower bunk and medical shoes are not ADA accommodations.*<br>RFA A and B submitted 3/4/14. Diabetic AR 3/24/14. She was given bottom bunk by Clinical Services.<br>Paroled 11/5/14.<br>Tennis shoes-canteen 6/4/14-11/5/14 |
| Boyd | 152491 | *Requests for replacement hearing aids and for replacement vibrating watch denied. He was told he could self-* |

| | | |
|---|---|---|
| | | *purchase these items at the canteen but they were not accommodations.*<br>ATS RFA #2916 5/31/13<br>Intake 5/30/13<br>Hearing aids ended 5/30/13<br>Vibrating watch ended 5/30/13 |
| Butner | 145576 | ***Request for bottom bunk due to numbness in feet was denied as "clinical standard, not accommodation" in November of 2013.***<br>ATS RFA #3951 11/19/13<br>Not given LB. Parole 2/19/14 |
| Butterfield | 164125 | ***Denied a walker because it is not an ADAAA accommodation.***<br>Intake 2/20/14. Mobility accommodations approved on ATS RFA #4481 walker denied as not accommodation. Property on walker 3/14/14. |
| Byerrum | 63812 | ***Did not have money to purchase batteries and band for vibrating watch.***<br>ATS RFA #3749 authorized to buy vibrating watch accessories-limited funds available. |
| Carey | 76989 | ***Mr. Carey received a talking watch but was denied a walking stick on the grounds that it was a medical issue rather than an accommodation.***<br>ATS RFA #3198 7/23/13.<br>Blind person's cane was entered 11/21/13 through ADA Montez. He is a vision class member. It is on his AR. Clinical gave him the cane on 8/3/13. |
| Carillo | 46457 | ***Though the file indicates that Carillo qualifies for two hearing aids, the file states that the hearing aids and glasses are not ADA accommodations.***<br>Offender had hearing aids on property until 1/28/15 when he paroled. Offender was not a hearing or vision class member.<br>ADA Montez Screening IM has received multiple pairs of H/As, the last in July 2010 & he is not eligible to have his hearing aids replaced by CDOC again. BAER indicated that he has normal hearing thresholds at all of the low frequency thresholds & high thresholds loss minimal. (2/5/13)<br>Vision: No vision disability per criteria. |
| Casias | 90539 | ***His 11/6/12 request for a wheelchair was denied as a medical issue rather than an accommodation.***<br>He wanted a wheelchair with bicycle tires.<br>Wheelchair added to his property 2/7/13.<br>Clinical Services added wheelchair for distance 1/20/15<br>Clinical Services added wheelchair 2/18/15.<br>He had a walker on his property since 8/8/11. |
| Corbett | 43501 | ***RFA for vibrating watch was denied on the grounds that a watch is not an accommodation.*** |

| | | |
|---|---|---|
| Cordova | 57350 | ATS RFA 2989 6/10/13<br>Available on canteen, if you cannot afford, submit request for assistance from AIC and account may be taken into a negative balance. Approval is dependent upon level or hearing loss. Also consider buying alarm clock.<br>Not a hearing class member, only diabetic. No vibrating watch on property. |
| Czibok | 58856<br>(correct DOC #58556) | **Requests for hearing aids denied because "health care appliances are not covered by the ADA."**<br>ATS RFA #4002 11/26/13<br>Not a hearing class member.<br>Hearing aids 3/21/14 on property. |
| | | **Denied RFA for vibrating watch on 12/4/13 because it was a medical issue.**<br>RFA A submitted 12/4/13<br>12/4/13 ATS RFA #4059 Vibrating watches are available on canteen for all offenders to purchase. AIC no longer issues watches to any offender.<br>12/11/13 ATS RFA #4100 Auth. to buy vibrating watch/accessories-limited funds available<br>1/23/14 Hearing class member<br>No watch on property.<br>Paroled 3/4/14 |
| Dehmer | 60566 | **Denied RFA for leg brace as a medical issue.**<br>11/26/13 ATS RFA #4009<br>6/24/14 Mobility AR. Brace is on there.<br>Knee brace was on his property 11/17/11. Brace-ace wrap was on property 9/10/12 to 3/6/13. |
| Dixon | 69525 | **DOC never responded to his RFA for soft soles shoes despite having neuropathy.**<br>Request was on the RFA B dated 2/26/13. Offender is diabetic but CMO disagreed.<br>Tennis shoes-canteen 4/2/14<br>Medical tennis shoes 11/14/11 to 2/26/13 and 9/22/14 to present. |
| Douglas | 80101 | **Request for a talking watch is denied.**<br>Diabetic class member<br>ATS RFA #5918 You may resubmit request for talking watch with medical documentation identifying your best corrected visual acuity. If BCVA is ≥ 20/200 a talking watch may be issued.<br>No vibrating watch on property. |
| Duncan | 63925 | **RFAs for bottom bunk and medical shoes were denied as medical issues father than accommodations.**<br>Diabetic class member<br>History as of 11/11/14<br>ATS RFA 4835 4/14/14 |
| Duran | 146598 | **Request for vibrating watch was denied.** |

| | | |
|---|---|---|
| Erwin | 111226 | ATS RFA #4701 3-26-14 Vibrating watches, bands & batteries are available on canteen for all offenders to purchase. See Clinical Services for repair of hearing aid. Vibrating watch on property 12/24/12 – 5/5/14 *Request for a job transfer as an accommodation for neuropathy and mobility issues was denied in July 2013 because it was not "medically indicated."* ATS RFA #3281 8/7/13 Your request to be reassigned as wrapper is not medically indicated per FCF HAS you are capable of completing current essential duties either with or without accommodation. If you need accommodation for current duties please specify which tasks. Diabetic class member. On parole since 6/16/14. |
| Fettes | 99885 | *RFAs for cane, lower tier, and lower bunk were all denied as medical issues.* ATS RFA #5040 5/23/14 10/27/14 Cane, LB, LT AR dated mobility disabled. 5/27/14 Clinical Services gave offender cane, no stairs |
| Fredrickson | 68384 | *Denied request for a vibrating watch; had to self-purchase on canteen.* No watch found on property. ATS RFA 5346 dated 7/14/14 Auth. To buy vibrating watch/accessories-limited funds available. Approve. |
| Hall | 165390 | *RFAs for glucometer and medical shoes were denied as medical issues rather than accommodations.* 6/2/14 ATS RFA #5116 5/30/14 glucometer (on property) 8/1/14 tennis shoes-canteen 3/10/15 paroled |
| Jansen | 114175 | *Request for medical boot was denied as medical.* Not a mobility class member. Not a class member for anything. 3/15/10 tennis shoes-canteen |
| Jones | 160427 | *Requested shoes on 4/4/13 because he had a toe removed on his left foot. DOC never responded to his request.* Correspondence from offender 4/4/13. No response in file. Diabetic AR 3/15/13. Medical tennis shoes 10/20/14 |
| Justice | 122924 (correct DOC # 122944) | *DOC told him he had to purchase a vibrating watch on canteen and rent a magnifier with light.* In a MTO dated 3/20/14: You may purchase a vibrating watch on canteen; this item is available to all offenders regardless of impairment. You will be required to turn in your talking watch in accordance with property limits. The AIC will review potential for availability of a magnifier with a light source, however at this time the only |

| | | |
|---|---|---|
| | | item of this nature is provided on a **check out basis** through staff and is not currently issued to individual offender use only. You do have a portable magnifier at this time and have advised Clinical Services authorized OCA assistance, you may also request staff assistance or larger print when necessary. Check out, not rent. No vibrating watch on property. He does have a talking watch. Magnifier on property 10/1/09 |
| Kilgore | 116938 | *Request for a repair of vibrating watch was denied. DOC told him that replacement items are available for purchase on canteen.* Offender was requesting replacement watchband and batteries for vibrating watches. MTO 8/13/13 giving the prices and canteen codes. Vibrating watch on property since 1/17/11 Purchased a vib band 2/14/14 and 7/12/13 Purchase a vib batt 7/12/13 |
| Lee | 120659 | *Requests for hearing aids, leg brace, and tennis shoes were each denied as medical issues.* ATS RFA #1856 10/23/12. Offender was a confirmed hearing class member on 11/29/12. Mobility class member 2/15/13. Hearing aids on property 9/16/11 AFO brace 12/31/09 Medical tennis shoes 12/30/09 to 3/3/11  5/25/11 to 3/25/13 Offender is deceased. 3/25/13 |
| Long | 108326 | *Request for replacement hearing aid batteries was denied because it was a medical issue. Told to purchase vibrating watch on canteen.* There is a MTO re: hearing aid batteries. Clinical Services must maintain an appropriate stock of long lasting hearing aid batteries on hand for your hearing aid. You should notify Clinical Services as soon as possible when you sense the batteries are getting low. Most hearing aids make a noise to alert you when they are getting low, please pay careful attention so you can alert clinical staff. 7/28/14 ATS RFA #3645 10/22/14 Auth. To buy vibrating watch/accessories limited funds available Purchased a vib watch 4/10/15 |
| Maddox | 131787 | *DOC never responded to RFA for vibrating watch.* RFA A 2/1/13 ATS RFA #2397 Approved watch 2/13/13 AR 3/5/13 |

| | | |
|---|---|---|
| Madewell | 142208 | Purchased a vib watch 4/4/13 |
| | | *RFAs for lower bunk and lower tier were denied as medical issues.* RFA A 11/18/13 ATS RFA #3953 11/19/13 Clinical Services gave her LB, LT 9/22/14 Upper mobility not mobility class member. |
| Martin | 113936 | *Denied request for vibrating watch.* ATS RFA #4051 Offender may purchase vibrating watch, battery or replacement band for watch with limited/no available funds. MFO 10/4/13 and 11/12/13MTO 10/9/13 and 12/2/13. Vib watch on property 3/31/09 to 3/4/15 Hearing disabled |
| Martinez | 66119 | *After requesting a vibrating watch he was referred to canteen.* RFA ATS #4810 4/8/14 Purchased watch 10/10/14 |
| Mascarenas | 126661 | *Denied request for medical mattress because it was a medical issue.* RFA ATS #3629 9/26/13 Mobility class member. Only LB LT. |
| Maya | 136672 | *Mr. Maya was having difficulty receiving diabetic snacks and complained to the AIC, who responded that diabetic snacks were "not an accommodation."* MTO sent 10/9/13 Diabetic and hearing class member. |
| Medina | 153763 | *Despite complaining of bloody heel and neuropathy, DOC denied request for soft soled shoes because it was a clinical issue.* RFA B dated 11/27/12. MTO sent to offender 12/6/12. Medical tennis shoes 2/22/13-9/16/14 Heel cups shoes 5/21/12-9/16/14 Medical shoes/boots 4/16/13 to 9/10/14 |
| Melanson | 117654 | *Had to purchase a vibrating watch on canteen.* ATS RFA 4022 11/26/13. Authorization to buy vibrating watch/accessories-limited funds available. No vib watch |
| Mendez | 58401 | *Told to contact Clinical Services for hearing aids, glasses, and glucose monitor because they are not accommodations. Told to purchase vibrating watch on canteen. Denied medical shoes and lower bunk/lower tier-not ADA accommodations.* |

| | | |
|---|---|---|
| | | Hearing class member, diabetic class member<br>ATS RFA #5627 10/22/14<br>ATS RFA #5504 7/31/14<br>LB and LT were assigned by Clinical Services<br>He had hearing aids on his property 11/24/09 to 7/31/14<br>Prescription eyeglasses 2/11/99-7/30/01 and 7/31/14 to present<br>Glucometer given to him by Clinical Services 7/30/14<br>Approved to wear tennis shoes 3/3/15 |
| Merrill | 144006 | *Denied RFA for a cane and lower bunk/lower tier on the grounds they are not an accommodation.*<br>ATS RFA #4475 2/18/14<br>They are on his AR dated 4/3/14 |
| Meyer | 142421 | *Denied RFA for vibrating watch but could self-purchase on canteen.*<br>ATS RFA #4330 10/22/14<br>He's had one on property since 10/20/10<br>Bought a vib batt 12/13/14 |
| Miller | 99424 | *Told to contact Clinical Services for hearing aids and watch because they are not accommodations.*<br>ATS RFA #2882 5/22/13<br>Hearing aids 10/26/11 to 5/7/13<br>Vib watch 11/2/11 to 5/7/13<br>Returned to DOC without hearing aids |
| Mitchell | 124568 | *Requests for accommodation of lower bunk and medical shoes were denied-not ADA accommodations.*<br>ATS RFA #5394 7/21/14<br>Clinical Services gave him LB<br>Medical tennis shoes 3/14/13 to 5/22/14     7/17/14 to 2/22/15<br>Offender is history |
| Mont | 134286 | *Denied a vibrating watch on 10/23/14 even though she had been previously entitled to one in 2012.*<br>*Replacement of hearing aids and medical mattress were denied-not ADA accommodations.*<br>On 10/23/14 ATS RFA #1551 denies the vibrating watch but says it was approved on RFA 1713<br>Hearing class member<br>Vibrating watch 9/28/12 to 2/13/14<br>Hearing aids 10/22/12 to 2/13/14 |
| Napier | 137051 | *Request for seated rest periods 30 minutes due to severe neuropathy was denied on the ground that it was a medical restriction rather than an accommodation.*<br>RFA ATS #3541 9/16/13 |

| | | |
|---|---|---|
| Nurse | | Legal Assistant forwarded to Frank Garcia, CM<br>Diabetic class member |
| | 124461 | *He had to purchase a vibrating watch on canteen.*<br>Offender is History.<br>RFA ATS #2981 6/6/13<br>Vibrating watch on property 4/1/11 to 8/8/12<br>Ordered twice but did not receive. Paroled 5/13/13 intake 6/5/13 history 3/25/14 |
| Ontiveros | 113005 | *Mr. Ontiveros made a RFA for a medical boot, lower bunk restrictions, and a vibrating watch. His requests for the medical boot and lower bunk were denied on 8/22/14, though he was approved to purchase a watch on canteen on 10/18/13.*<br>ATS RFA #5635 8/22/14<br>ATS RFA #3784 10/18/13<br>Lower bunk Clinical Services 3/12/15 (Intake 9/9/14)<br>Vib watch 11/17/09-7/3/13 |
| Perez | 55587 | *Had to purchase a vibrating watch on canteen.*<br>4/27/10 Vibrating Watch on property. Paroled 9/3/14.<br>9/13/13 vib batt purchased<br>6/6/14 vib batt purchased |
| Pittman | 161151 | Request for cane for mobility issues was denied as being a medical issue rather than an accommodation.<br>ATS RFA 2887 5/22/13<br>Offender is a diabetic class member. Not mobility.<br>Cane issued 1/8/14 by Clinical Services<br>On property 6/11/13 |
| Pryor | 162521 | Denied RFA for cane and eyeglasses.<br>ATS RFA #3559 9/17/13 Cane request.<br>ATS RFA #4007 11/26/13 Eyeglasses request.<br>Not a mobility class member or vision. He is a diabetic class member.<br>Cane was on property 9/17/13 to 1/13/15<br>No glasses |
| Roberts | 114262 | *Required to purchase vibrating watch because it was removed as an accommodation in June of 2013.*<br>ATS RFA 2963 6/4/13<br>Vib batt purchased 1/10/14<br>Vib batt purchased 1/13/14<br>Vib watch on property 2/6/13 |

| | | |
|---|---|---|
| Roy | 82657 | You were previously issued a vb watch on 1/30/13. If you no longer have this watch or require a replacement you may purchase from canteen. |
| | | *Request for glucometer and medical shoes was denied on grounds that it was a medical issue and not an accommodation.* |
| | | ATS RFA 5563 8/12/14 intake |
| | | 4/3/15 Glucometer given at intake |
| | | No medical/tennis shoes on property |
| Saenz | 134591 | *Denied request for medical shoes because medical shoes are not an ADA accommodation.* |
| | | ATS RFA 2322 10/24/14 |
| | | Medical shoes on property since 2/16/12 |
| | | Hearing and Diabetic |
| Schmidt | 136240 | *Denied RFA for medical shoes because it is a medical issue.* |
| | | History |
| | | ATS RFA #3750 10/9/13 tennis shoes not accommodation |
| | | ATS RFA #3630 9/26/13 medically necessary soft sided shoes |
| | | ATS RFA #1875 10/24/14 tennis shoes not accommodation |
| | | ATS RFA #1617 10/29/12 tennis shoes not accommodation |
| | | Tennis shoes on property 8/28/07 to 1/27/15 |
| Smith | 85286 | *Transfer to CTCF due to inadequate facility accommodations at AVCF was denied as were his requests for a vibrating watch and lower bunk.* |
| | | ATS RFA #2957 5/31/13 |
| | | CFO received 7/31/13 re: placement. Responded to 8/26/13. |
| | | Clinical Services has not assigned him to a lower bunk. |
| | | He had a vibrating watch until 5/7/13. He did not return to DOC with it. |
| Smith | 87175 | *RFAs for a vibrating watch and lower bunk were denied as medical issues, not accommodations. Request Approve/Deny Report also states that hearing aids are not accommodations.* |
| | | MTO 8-26-13 re: to be moved to CTCF |
| | | No housing or medical restrictions. |
| | | ATS RFA 2631 4/16/13 |
| | | Has had a vibrating watch on property since 7/25/11 and updated 10/18/13. |
| Straley | 149221 | *Required to purchase vibrating watch on canteen.* |
| | | ATS RFA 3188 7/22/13 |
| | | On property 8/6/13 |
| | | Purchased from canteen 7/12/13 |

| | | |
|---|---|---|
| Thompson | 47869 | *Requested soft soled shoes for neuropathy and was denied because it was a clinical issue.* CFO 11/19/12<br>Has had canteen tennis shoes 8/14/2000 to 10/4/07 and 7/16/12 to present<br>Has boots/shoes canteen 10/13/10<br>Medical inserts for shoes 10/21/14 |
| Valencia | 154672 | *Request for tennis shoes was denied on the grounds that Clinical determined they were not medically necessary.*<br>RFA B. Not rescreened as was already determined by Clinical to not meet the clinical standard.<br>Had medical tennis shoes 3/7/13 to 7/17/13<br>Had medical boots/shoes from 10/22/13 to 4/6/14<br>Had tennis shoes on property from 9/17/11 to 4/6/14 when he paroled. |
| Vigil | 96558 | *Though he initially received a bottom bunk accommodations at Sterling, he is now housed in a top-tier medical unit. His RFA for a bottom bunk was denied because it was not an ADAAA accommodation.* Offender is history.<br>ATS RFA 3279 8/7/13<br>RFA A 7/25/13 LB/LT<br>Bottom bunk was never on his AR. Only corrective lenses and designated facility. All other accommodations are in ATS. |
| Waters | 121417 | *Denied for vibrating watch.*<br>ATS RFA #4813 4/8/14 Auth. To buy vib watch/accessories<br>Watch since 5/22/06. Not vibrating.<br>Vib watch not on property |
| Wooden | 101814 | *Before a mobility screening, Mr. Wooden was denied requests for a cane, medical shoes, lower bunk and lower tier because they were medical issues.*<br>Offender was found to be DNQ 2/6/14. |

| DOC # | NAME | CONTACT TYPE | Contact Date | Hearing | Mobility | Vision | Diabetes | Complete Packet Received | Screening Request to Clinical | CMO Verification Received | AIC Evaluation Completed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 147651 | Honeycutt | RFA | 1/2/2013 | D | | | | 1/9/2013 | 1/14/2013 | 1/28/2013 | 1/29/2013 |
| 129325 | Madril | RFA | 1/4/2013 | D | | | | 1/9/2013 | 1/14/2013 | 1/18/2013 | 2/4/2013 |
| 139477 | Cooper | RFA | 1/5/2013 | D | | | | 1/9/2013 | 1/10/2013 | 1/18/2013 | 4/4/2013 |
| 62160 | Jackson | RFA | 1/9/2013 | D | | DNQ | | 1/29/2013 | 1/31/2013 | 3/13/2013 | 3/26/2013 |
| 131787 | Maddox | RFA | 2/1/2013 | D | | | | 2/12/2013 | 2/13/2013 | 2/21/2013 | 3/5/2013 |
| 135110 | Myersshaparelli | RFA | 2/5/2013 | D | | DNQ | | 2/5/2013 | 5/12/2013 | 5/15/2013 | 6/18/2013 |
| 98520 | Dechamplain | RFA | 2/5/2013 | D | | | | 2/12/2013 | 2/14/2013 | 2/22/2013 | 2/25/2013 |
| 160190 | Campos | RFA | 2/8/2013 | D | | | | 2/11/2013 | 2/14/2013 | 4/24/2013 | 4/24/2013 |
| 63812 | Byerrum | RFA | 2/24/2013 | D | DNQ | | | 3/7/2013 | 3/14/2013 | 7/15/2013 | 7/16/2013 |
| 83771 | Huggins | RFA | 3/20/2013 | | DNQ | | | 4/3/2013 | 4/4/2013 | 7/3/2013 | 7/3/2013 |
| 151456 | Rickert | RFA | 3/22/2013 | D | | | | 3/26/2013 | 3/26/2013 | 3/26/2013 | 4/12/2013 |
| 76502 | Sedillos | RFA | 3/25/2013 | D | DNQ | DNQ | | 3/28/2013 | 3/29/2013 | 7/10/2013 | 7/25/2013 |
| 150683 | Hustwit | RFA | 3/26/2013 | D | | | | 4/8/2013 | 4/9/2013 | 4/24/2013 | 6/18/2013 |
| 87175 | Smith | RFA | 3/26/2013 | D | DNQ | DNQ | | 3/26/2013 | 3/28/2013 | 6/17/2013 | 6/18/2013 |
| 57398 | Miller | RFA | 3/28/2013 | D | | DNQ | | 4/3/2013 | 4/4/2013 | 5/9/2013 | 6/18/2013 |
| 152088 | Hilton | RFA | 3/28/2013 | D | DNQ | DNQ | CD | 4/3/2013 | 4/9/2013 | 6/3/2013 | 6/24/2013 |
| 149685 | Tuhkanen | RFA | 4/9/2013 | D | DNQ | DNQ | | 5/14/2013 | 5/20/2013 | 9/3/2013 | 9/10/2013 |
| 159368 | Sweatfield | RFA | 4/28/2013 | D | NP | DNQ | | 5/30/2013 | 6/4/2013 | 9/5/2013 | 9/10/2013 |
| 161010 | Sowder | RFA | 4/29/2013 | D | | | | 5/14/2013 | 5/15/2013 | 6/13/2013 | 6/18/2013 |
| 85286 | Smith | RFA | 5/7/2013 | D | DNQ | | | 5/7/2013 | 5/7/2013 | 7/3/2013 | 7/9/2013 |
| 127237 | Swearengin | RFA | 5/13/2013 | D | | | | 5/16/2013 | 5/22/2013 | 6/13/2013 | 6/18/2013 |
| 62736 | VanBuskirk | RFA | 5/24/2013 | D | DNQ | | | 6/5/2013 | 6/13/2013 | | |
| 161301 | White | RFA | 5/28/2013 | D | | | | 6/3/2013 | 6/3/2013 | 10/18/2013 | 10/21/2013 |
| 103458 | Trujillo | RFA | 3/11/2013 | | DNQ | | | 3/11/2013 | 3/14/2013 | 6/7/2013 | 6/11/2013 |
| 161237 | Pierson | RFA | 6/1/2013 | D | | | | 6/6/2013 | 6/7/2013 | 6/13/2013 | 6/18/2013 |
| 102379 | Pacheco | RFA | 6/7/2013 | D | | | | 6/7/2013 | 6/11/2013 | 6/13/2013 | 6/17/2013 |
| 138526 | Merino | RFA | 6/7/2013 | D | | | | 6/7/2013 | 6/7/2013 | 6/7/2013 | 6/7/2013 |
| 159800 | Jentz | RFA | 6/10/2013 | D | | | | 6/13/2013 | | | 6/13/2013 |
| 81760 | Breackenridge | RFA | 6/11/2013 | D | DNQ | DNQ | | 6/11/2013 | 6/12/2013 | 10/18/2013 | 10/21/2013 |
| 157245 | Cipriano | RFA | 6/19/2013 | D | DNQ | | | 7/2/2013 | 7/15/2013 | 1/22/2014 | 1/22/2014 |
| 125994 | Powell | RFA | 6/24/2013 | D | | | | 7/2/2013 | 7/17/2013 | | |
| 83508 | Dudley | RFA | 6/26/2013 | D | | | | | | | 7/25/2013 |
| 161330 | Darras | RFA | 7/9/2013 | D | | DNQ | | 7/9/2013 | 7/9/2013 | 10/18/2013 | 10/21/2013 |
| 161953 | Gaustad | RFA | 7/25/2013 | D | | | | 8/6/2013 | 8/15/2013 | 10/18/2013 | 10/21/2013 |
| 137909 | Sparks | RFA | 7/31/2013 | D | | DNQ | CD | 8/26/2013 | 9/11/2013 | 10/3/2013 | 10/7/2013 |
| 162337 | Crouch | RFA | 8/12/2013 | D | | | CD | 8/19/2013 | 8/19/2013 | 1/21/2014 | 1/23/2014 |
| 120471 | Chinn | RFA | 8/19/2013 | D | | | | 8/30/2013 | 9/9/2013 | 10/18/2013 | 10/21/2013 |
| 43147 | Blehm | RFA | 8/19/2013 | D | | | | 8/29/2013 | 9/16/2013 | 1/21/2014 | 1/23/2014 |
| 103781 | Williams | RFA | 8/22/2013 | D | D | DNQ | | 9/4/2013 | 9/9/2013 | 11/13/2013 | 11/18/2013 |
| 44272 | Handy | RFA | 8/26/2013 | D | NP | NP | NP | 8/26/2013 | 8/30/2013 | 12/2/2013 | 12/5/2013 |
| 105776 | Freeman | RFA | 8/27/2013 | D | NP | DNQ | | 8/30/2013 | 9/13/2013 | 10/18/2013 | 10/21/2013 |
| 161851 | McIntosh | RFA | 8/31/2013 | D | | DNQ | | 9/6/2013 | 9/9/2013 | 11/13/2013 | 11/18/2013 |
| 149221 | Straley | RFA | 9/3/2013 | D | | | | 9/6/2013 | 9/18/2013 | 10/18/2013 | 10/21/2013 |
| 160046 | Sandoval | RFA | 9/10/2013 | D | | DNQ | | 9/17/2013 | 9/18/2013 | | |
| 159886 | Aliprando | RFA | 9/18/2013 | D | | | | 9/18/2013 | 9/20/2013 | 10/18/2013 | 10/21/2013 |
| 45067 | Walters | RFA | 9/23/2013 | D | | | | 9/23/2013 | 9/27/2013 | 10/18/2013 | 10/21/2013 |
| 81813 | Barrett | RFA | 9/23/2013 | D | | | CD | 10/10/2013 | 10/17/2013 | | |
| 108310 | Cruse | RFA | 10/1/2013 | D | | | | 10/9/2013 | 10/9/2013 | | 9/10/2014 |
| 67387 | Martinez | RFA | 10/4/2013 | D | DNQ | DNQ | | 10/9/2013 | 10/10/2013 | 4/1/2014 | 4/2/2014 |
| 159432 | McFarland | RFA | 10/8/2013 | D | | | | 10/23/2013 | 10/23/2013 | 11/13/2013 | 11/18/2013 |
| 146598 | Duran | RFA | 10/19/2013 | D | | | | 10/28/2013 | 10/30/2013 | 11/13/2013 | 11/18/2013 |
| 62175 | Vialpando | RFA | 10/24/2013 | D | DNQ | DNQ | CD | 10/24/2013 | 10/24/2013 | 1/2/2014 | 1/3/2014 |
| 163012 | VromanLeonard | RFA | 11/14/2013 | D | | | | 11/4/2013 | 11/14/2013 | 4/2/2014 | 4/2/2014 |
| 161601 | Vasseur | RFA | 11/14/2013 | D | DW | | NP | 11/14/2013 | 12/16/2013 | 9/30/2014 | 9/30/2014 |
| 53218 | Moreno | RFA | 11/22/2013 | D | | | | 11/22/2013 | 11/22/2013 | 1/21/2014 | 1/23/2014 |
| 159409 | Webber | RFA | 12/9/2013 | D | DNQ | DNQ | | 12/19/2013 | 1/2/2014 | 3/21/2014 | 3/21/2014 |
| 58556 | Czibok | RFA | 12/11/2013 | D | NP | | NP | 12/3/2013 | 12/10/2013 | 1/21/2014 | 1/23/2014 |
| 46315 | Murphy | RFA | 12/24/2013 | D | D | D | | 12/24/2013 | 1/6/2014 | 10/7/2014 | 10/23/2014 |
| 100374 | Tiffany | RFA | 12/26/2013 | D | DNQ | | | 12/30/2013 | 12/31/2013 | 4/2/2014 | 4/2/2014 |
| 100872 | Dewing | RFA | 1/2/2014 | D | | DNQ | | 1/2/2014 | 1/3/2014 | 4/2/2014 | 4/2/2014 |
| 154721 | Alemar | RFA | 1/2/2014 | D | DNQ | | | 1/2/2014 | 1/3/2014 | 2/12/2014 | 2/13/2014 |
| 158265 | Crandell | RFA | 1/10/2014 | D | | | | 1/13/2014 | 1/13/2014 | 4/1/2014 | 4/2/2014 |
| 114816 | Romero | RFA | 1/22/2014 | D | | | NP | 1/22/2014 | 1/23/2014 | 4/1/2014 | 4/2/2014 |
| 164158 | Rabinkov | RFA | 1/29/2014 | D | | | | 1/29/2014 | 1/29/2014 | 4/2/2014 | 4/2/2014 |
| 84636 | Gailliard | RFA | 2/5/2014 | D | | | | 2/5/2014 | 2/6/2014 | 4/1/2014 | 4/2/2014 |
| 96950 | Sanchez | RFA | 2/7/2014 | D | | | | 2/7/2014 | 2/7/2014 | 2/18/2014 | 2/20/2014 |
| 164104 | Smith | RFA | 2/10/2014 | D | | | | 2/10/2014 | 2/11/2014 | 11/21/2014 | 11/24/2014 |
| 164355 | Larsen | RFA | 2/13/2014 | D | | | | 2/13/2014 | 2/13/2014 | | 9/16/2014 |
| 161765 | Dance | RFA | 2/20/2014 | D | | | | 2/24/2014 | 2/24/2014 | 3/10/2014 | 3/14/2014 |
| 148220 | Taylor | RFA | 2/27/2014 | D | | | | 2/27/2014 | 3/10/2014 | 4/1/2014 | 4/2/2014 |
| 108044 | Dumas | RFA | 3/12/2014 | D | DNQ | | DNQ | 3/13/2014 | 3/13/2014 | 9/26/2014 | 9/29/2014 |
| 81127 | Tafoya | RFA | 4/4/2014 | D | DNQ | DNQ | | 4/8/2014 | 4/21/2014 | 11/24/2014 | 11/24/2014 |
| 162684 | Johnson | RFA | 4/8/2014 | D | | | | 4/10/2014 | 4/21/2014 | 10/2/2014 | 10/7/2014 |
| 158937 | Lacoe | RFA | 4/14/2014 | D | | | | 4/14/2014 | 4/16/2014 | 4/22/2014 | 4/28/2014 |
| 66119 | Martinez | RFA | 5/5/2014 | D | | | | 5/9/2014 | 5/12/2014 | 8/11/2014 | 9/22/2014 |
| 84047 | Colvin | RFA | 6/25/2014 | D | DNQ | D | | 6/25/2014 | 6/30/2014 | 8/7/2014 | 8/11/2014 |
| 160656 | Shelby | RFA | 7/5/2014 | D | DNQ | DNQ | | 7/14/2014 | 7/17/2014 | 8/29/2014 | 9/17/2014 |
| 121855 | Bass | RFA | 10/10/2014 | D | D | DNQ | NP | 10/27/2018 | 10/28/2014 | 12/1/2014 | 12/19/2014 |
| 82501 | Smith | RFA | 10/28/2014 | D | | | | 11/20/2014 | 11/24/2014 | 12/12/2014 | 12/18/2014 |
| 142278 | Rickman | RFA | 12/9/2014 | D | DNQ | DNQ | | 12/10/2014 | 12/18/2014 | | 3/11/2015 |

| Name | DOCNO | RFA # | SUBMIT DATE | FACILITY | COORD | COOR RCVD DT | VB watch on property | NEG Balance Yes/No | Comments |
|---|---|---|---|---|---|---|---|---|---|
| ARAGON, GEORGE T | 63659 | 5482 | 7/28/2014 | AV - ARK VALLEY | REED, MEGHAN | 7/28/2014 | N | Y | regular watch on property |
| BAKER, LEROY W | 82907 | 6016 | 10/8/2014 | SF - STERLING | REED, MEGHAN | 10/16/2014 | 4/05/13 VIB watch | Y | |
| BASS, DANNY E | 121855 | 5995 | 10/29/2014 | SF - STERLING | REED, MEGHAN | 10/29/2014 | N | N | |
| BYERRUM, MICHAEL S | 63812 | 3749 | 10/9/2013 | SF - STERLING | REED, MEGHAN | 10/9/2013 | N | Y | |
| CASTRO, WAYNE M | 125233 | 6258 | 12/8/2014 | CT - CTCF | REED, MEGHAN | 12/8/2014 | 2/20/15 VIB watch | N | |
| CHINN, CHARLES D | 120471 | 6671 | 12/11/2014 | AC - ARROWHEAD | REED, MEGHAN | 12/30/2014 | N | N | |
| CLARK, HENRY R | 96493 | 3663 | 8/30/2013 | PN - PAROLE-NE | REED, MEGHAN | 9/11/2013 | N | N | |
| CRAVEN, MICHAEL | 45541 | 3239 | 7/26/2013 | SF - STERLING | REED, MEGHAN | 7/26/2013 | N | N | |
| CRAVEN, MICHAEL | 45541 | 3652 | 9/27/2013 | SF - STERLING | SMITH, JANET | 9/27/2013 | N | N | dupliacate ATS entry |
| CZIBOK, ROBERT | 58556 | 4100 | 11/26/2013 | P3 - PAROLE-DS | RUSSELL, JULIE | 12/3/2013 | N | Y | |
| DANCE, CRAIG | 161765 | 4621 | 2/20/2014 | SF - STERLING | REED, MEGHAN | 2/25/2014 | N | N | regular watch on property |
| DAVIS, BRANDY F | 99062 | 4655 | 2/26/2014 | DW - DEN-WOMENS | REED, MEGHAN | 3/11/2014 | 3/12/13 Vib watch | N | |
| Dedyne Michael | 108595 | 3666 | 9/3/2013 | PN - PAROLE-NE | REED, MEGHAN | 9/9/2013 | N | N | |
| DESALVO, DONALD L | 75837 | 6743 | 2/5/2015 | KF - KIT CARSON | REED, MEGHAN | 2/5/2015 | 3/10/15 VIB Watch | N | |
| DEWING, JOSEPH M | 100872 | 4875 | 3/31/2014 | SF - STERLING | REED, MEGHAN | 4/2/2014 | N | N | regular watch on property |
| DIAZ, ALFREDO C | 152336 | 6700 | 1/14/2015 | PS - PAROLE-SE | REED, MEGHAN | 1/23/2015 | N | N | |
| EDDINGS, RANDY G | 59148 | 6830 | 2/18/2015 | LF - LIMON CF | REED, MEGHAN | 2/18/2015 | N | N | |
| ELLIS, CHARLES L | 44308 | 5508 | 8/1/2014 | CT - CTCF | RUSSELL, JULIE | 8/1/2014 | N | N | |
| FREDRICKSON, JUSTIN | 68384 | 5346 | 7/14/2014 | SA - SAN CARLOS | REED, MEGHAN | 7/14/2014 | N | N | |
| FREEMAN, BARBARA A | 105776 | 3568 | 8/23/2013 | DW - DEN-WOMENS | REED, MEGHAN | 9/4/2013 | N | N | |
| FRIESEN, RANDALL W | 58745 | 5196 | 5/29/2014 | PI - IS PAROLE | REED, MEGHAN | 6/2/2014 | N | N | |
| GRAY, TIMOTHY | 66452 | 5270 | 7/1/2014 | CT - CTCF | REED, MEGHAN | 7/1/2014 | N | N | |
| GREGORY, JESSE G | 145477 | 4584 | 2/25/2014 | CT - CTCF | RUSSELL, JULIE | 2/27/2014 | N | N | |
| HANDY, LAWRENCE | 44272 | 4564 | 1/29/2014 | SF - STERLING | REED, MEGHAN | 2/4/2014 | N | Y | |
| HEFFNER, MARK | 49293 | 3251 | 7/29/2013 | CT - CTCF | REED, MEGHAN | 7/29/2013 | 7/31/13 VIB Watch | Y | |
| HICKS, EDWARD L | 131164 | 3315 | 8/13/2013 | P2 - PAROLE-DW | SMITH, JANET | 8/13/2013 | N | N | |
| HOVER, DAVID J | 134049 | 6299 | 12/15/2014 | SF - STERLING | REED, MEGHAN | 12/15/2014 | N | N | |
| IVEY, JAMES L | 113636 | 3933 | 11/14/2013 | PN - PAROLE-NE | REED, MEGHAN | 11/14/2013 | N | Y | |
| JOHNSON, THOMAS L | 111808 | 4801 | 3/22/2014 | CF - CENTENNIAL | RUSSELL, JULIE | 3/28/2014 | N | N | |
| JONES, RANDY | 136578 | 6990 | 3/13/2015 | LF - LIMON CF | REED, MEGHAN | 3/13/2015 | N | N | |
| KERSHAW, KEM F | 44358 | 5901 | 10/15/2014 | PS - PAROLE-SE | REED, MEGHAN | 10/15/2014 | N | N | |
| LAREZ, ROBERTO | 151474 | 5058 | 5/8/2014 | PI - IS PAROLE | REED, MEGHAN | 5/15/2014 | N | Y | |
| LIEDING, AARON K | 157964 | 4769 | 4/1/2014 | CM - COMMUNITY | REED, MEGHAN | 4/2/2014 | N | N | |
| LONG, ROBERT L | 108326 | 3645 | 9/23/2013 | CT - CTCF | REED, MEGHAN | 9/23/2013 | N | Y | regular watch on property |
| LUCERO, JOSE A | 145771 | 4049 | 11/26/2013 | PW - PAROLE-GJ | RUSSELL, JULIE | 11/29/2013 | N | N | |
| MARLENA, DAVID | 63035 | 6114 | 11/11/2014 | CT - CTCF | REED, MEGHAN | 11/11/2014 | N | N | |
| MARTIN, DON L | 113936 | 4051 | 11/12/2013 | CM - COMMUNITY | RUSSELL, JULIE | 11/14/2013 | N | N | |
| MARTINEZ, ANTONIO S | 67387 | 5420 | 3/12/2014 | CM - COMMUNITY | RUSSELL, JULIE | 6/19/2014 | N | N | |
| MCMULLEN, RONALD E | 135138 | 5063 | 4/2/2014 | CT - CTCF | RUSSELL, JULIE | 4/27/2014 | N | N | |
| MELANSON, ROY A | 117654 | 4022 | 11/15/2013 | SF - STERLING | REED, MEGHAN | 11/18/2013 | N | N | regular watch on property |
| MENDEZ, JOSEPH L | 58401 | 5627 | 8/6/2014 | CT - CTCF | REED, MEGHAN | 8/11/2014 | N | N | |
| MERINO, GEORGE | 138526 | 3366 | 8/16/2013 | FC - FOUR MILE | SMITH, JANET | 8/16/2013 | 2/25/15 VIB watch | N | |
| MERINO, GEORGE | 138526 | 6763 | 1/15/2015 | FC - FOUR MILE | REED, MEGHAN | 1/20/2015 | N | N | dupliacate ATS entry |
| MILLS, DALE A | 107760 | 4043 | 11/12/2013 | CS - C.S.P. | RUSSELL, JULIE | 11/27/2013 | N | N | |
| MORENO, MARK A | 53218 | 4603 | 2/14/2014 | PN - PAROLE-NE | REED, MEGHAN | 2/26/2014 | N | Y | |
| MOUNTS, MATTHEW K | 66276 | 3761 | 9/27/2013 | AC - ARROWHEAD | REED, MEGHAN | 9/30/2013 | N | N | |
| NURSE, DELL G | 124461 | 2981 | 6/6/2013 | HS - HISTORY | RUSSELL, JULIE | 6/6/2013 | N | Y | |
| ODELL, ROBERT J | 54303 | 6683 | 1/28/2015 | SF - STERLING | REED, MEGHAN | 1/28/2015 | N | N | regular watch on property |
| ONTIVEROS, RAY | 113005 | 3784 | 10/18/2013 | SF - STERLING | SMITH, JANET | 10/18/2013 | N | Y | |
| ORNELAS, JOHNNY G | 1815 | 6482 | 1/8/2015 | CT - CTCF | REED, MEGHAN | 1/8/2015 | N | N | |
| PACHECO, ROBERT L | 102379 | 3012 | 6/17/2013 | HS - HISTORY | SMITH, JANET | 6/17/2013 | N | N | |
| PENNINGTON, SHAWN R | 138187 | 4030 | 11/12/2013 | SA - SAN CARLOS | RUSSELL, JULIE | 11/14/2013 | N | Y | regular watch on property |
| PEREZ, JOSEPH | 55587 | 3932 | 11/4/2013 | P2 - PAROLE-DW | REED, MEGHAN | 11/6/2013 | N | N | |
| PIERSON, VIRGINIA S | 161237 | 3149 | 7/15/2013 | HS - HISTORY | SMITH, JANET | 7/15/2013 | N | N | |
| PULLIN, ROGER G | 75972 | 3931 | 10/24/2013 | HS - HISTORY | REED, MEGHAN | 10/24/2013 | N | N | |
| PUNK, PHILLIP A | 120656 | 3823 | 10/10/2013 | FF - FREMONT | REED, MEGHAN | 10/11/2013 | N | N | |
| RABINKOV, LEONID A | 164158 | 4625 | 3/1/2014 | CT - CTCF | REED, MEGHAN | 3/4/2014 | 4/21/14 VIB Watch | N | |
| RICKS, ANTONIO L | 117106 | 5202 | 6/13/2014 | CF - CENTENNIAL | RUSSELL, JULIE | 6/13/2014 | N | N | |
| ROBERTS, IRA L | 130829 | 4989 | 5/5/2014 | CT - CTCF | RUSSELL, JULIE | 5/9/2014 | N | N | |
| ROBERTS, MICHAEL B | 114262 | 2963 | 5/22/2013 | FF - FREMONT | RUSSELL, JULIE | 5/22/2013 | N | N | |
| SANCHEZ, FELIBERTO | 94608 | 4428 | 2/7/2014 | SF - STERLING | REED, MEGHAN | 2/7/2014 | N | Y | |
| SANDOVAL, JOHN F | 160046 | 4025 | 11/26/2013 | P2 - PAROLE-DW | RUSSELL, JULIE | 11/26/2013 | N | Y | |
| SARDAKOWSKI, JAMES R | 133162 | 3960 | 11/13/2013 | CT - CTCF | RUSSELL, JULIE | 11/14/2013 | 4/28/14 VIB Watch | Y | |
| SCHEIBER, BRUCE D | 106365 | 5052 | 5/1/2014 | AV - ARK VALLEY | REED, MEGHAN | 5/9/2014 | 5/30/13 VIB Watch | N | |
| SIMS, DONALD | 87311 | 4439 | 1/30/2014 | SF - STERLING | REED, MEGHAN | 2/6/2014 | N | Y | regular watch on property |
| SLAGLE, RAY | 66576 | 6174 | 11/19/2014 | FF - FREMONT | REED, MEGHAN | 11/19/2014 | N | N | |
| SMITH, HARDRICK | 85286 | 3475 | 9/8/2013 | PS - PAROLE-SE | REED, MEGHAN | 9/9/2013 | N | N | |
| STRAND, BRADLEY E | 62219 | 3718 | 9/18/2013 | AV - ARK VALLEY | REED, MEGHAN | 9/25/2013 | N | N | |
| SWEARENGIN, WILLIAM E | 127237 | 2885 | 5/13/2013 | CT - CTCF | RUSSELL, JULIE | 5/20/2013 | N | N | |
| TONEY, WILLIAM J | 138189 | 6172 | 11/19/2014 | SF - STERLING | REED, MEGHAN | 11/19/2014 | N | N | |
| VASQUEZTORRECILLAS, FELIPE | 148293 | 4024 | 11/26/2013 | PI - IS PAROLE | REED, MEGHAN | 11/26/2013 | N | N | |
| WATERS, QUENTIN P | 121417 | 4813 | 3/31/2014 | CT - CTCF | RUSSELL, JULIE | 4/1/2014 | N | N | |
| WELLER, DINA | 98885 | 4923 | 4/28/2014 | DW - DEN-WOMENS | REED, MEGHAN | 5/1/2014 | N | N | |
| WILLIAMS, BRUCE A | 68790 | 5378 | 7/15/2014 | AV - ARK VALLEY | REED, MEGHAN | 7/17/2014 | 4/5/13 VIB Watch | N | |
| WING, ROBERT J | 120675 | 4879 | 3/16/2014 | FF - FREMONT | RUSSELL, JULIE | 3/21/2014 | N | N | |
| WOODSTOCK, JONATHAN W | 116191 | 6903 | 2/25/2015 | SA - SAN CARLOS | REED, MEGHAN | 3/3/2015 | N | N | |

19 VIB Watches
8 listed as Watch
no watch/ no property list



**COLORADO**
Department of Corrections

Office of Legal Services
2862 South Circle Drive, Suite152
Colorado Springs, CO 80906-4195

## MEMORANDUM

TO:        Offender

FROM:   Office of Legal Services, ADA Inmate Coordinator

RE:        Request for Vibrating Watch

DATE:

As of April 1, 2013, vibrating watches, replacement watch bands and batteries became available to all offenders through CCi Canteen Services. Legal Services no longer issues or replaces vibrating watches or accessories nor provides repair services. Below is the Canteen product listing information:

**Canteen Codes:**
# 9764 Vibrating Watch $43.89
# 9765 Vibrating Watch Battery $.70
# 9766 Vibrating Watch Band $14.14

Offenders who are deaf or hard of hearing who wish to purchase a watch or accessories but do not sufficient funds available may submit a "Request for Accommodation" (750-04 Form A) to Legal Services. Offenders may be approved to purchase these products regardless of sufficiency of funds upon confirmation of a substantial hearing limitation.

According to the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of DOC services, programs or activities or be subjected to discrimination. For more information, see Administrative Regulation 750-04, "*Americans with Disabilities Act-Offender Request for Accommodation.*"

cc:  AIC File

2862 South Circle Drive, Colorado Springs, CO 80923    P 719-226-4236    www.doc.state.co.us

