**Notice to ALL staff:**
Offender ADA Accommodations & ADA Litigation Resolution status are available in one location on DOCnet by clicking on the Offender Portal System & entering the offender DOC #:



Click on this icon to view **ADA accommodations**.

This info is mirrored in PCADS under the ADA alert field & does **NOT** include Medical restrictions/DME

Offenders are issued a **REQUEST APPROVED/DENIED REPORT** by the Facility ADA coordinator or the AIC for all ADA accommodations they request. *This document is the sole source for ADA Accommodations approved for offenders regardless of Montez class member status.* This document does NOT reflect any medical appliances or restrictions.

A-6



Click on this icon to view Montez claim status & Remedial Plan Benefits.

This info is mirrored in PCADS under the med/dental field code & includes health care appliances & medical restrictions approved through the Montez medical screening.

The **ADA Litigation Resolution** (previously known as the Accommodation Resolution) is issued to offenders who claim to be a Montez class member for mobility, hearing, vision or diabetes.

This document states the claimant's disability status, designated facility and any medical restrictions or health care appliances.

**Any approved ADA Accommodations are listed separately on the Request Report (see above).**

---

**ADA LITIGATION RESOLUTION**

OFFENDER NAME: RODRIGUEZ-SANCHEZ, Veronica        Date: 2/6/12

DOC #: 155041

**VISION DISABILITY**

Following a medical screening it has been determined that you are a vision disabled class member and therefore;

The following restriction is approved:

- Assignment to a designated facility

In addition to the above, you shall be provided the benefits of the ADA Litigation Remedial Plan. If you require medical care contact Clinical Services. To request ADA accommodations you may submit a Request For Accommodation (Form "A") pursuant AR 750-04.

**ADA accommodations are listed on the Request Report. Offenders who request accommodation receive a copy of the report from the facility ADA Coordinator or AIC. DOC Staff may view accommodations in the Offender Portal System.**

**You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance pursuant to A.R. 850-04.**

**This ADA Litigation Resolution supersedes any other version, on any date, prior to the date on this document.**