| Offender | Scored Custody Level | Override Custody Level | Facility Movement |
|---|---|---|---|
| BONILLABARAZZA, ANSELMO #148336 | III | II | CTCF to SCF MIN |
| CARDILLO, JOSEPH #152316 | III | II | CTCF TO SCF MIN |
| CASTLE, PATRICK #151108 | III | II | CTCF TO LCF incentive |
| DEHERRERA, JOSEPH #80230 | III | II | CTCF TO SCF MIN |
| GIMMEY, JERRY #42129 | III | II | CTCF TO ACC |
| GROSSE, DAVID #162494 | III | II | CTCF INF TO CTCF TO SCF MIN |
| HOLLOWAY, REGINALD #48441 | III | II | CTCF TO SCF MIN |
| JONES, LARRY #68661 | III | II | LVCF TO CTCF TO SCF MIN |
| MOUNTS, MATTHEW #66276 | III | II | CTCF TO ACC |
| POLLARD, ROY #94894 | III | II | CTCF TO SCF MIN |
| SALAZAR, BEN #87966 | III | II | CTCF TO LCF incentive |
| SAUCEDO, EULALIO #164808 | III | II | CTCF SCF MIN |

A-8
also attach A-2

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

**To:** Steve Hager- Director of Prisons

**From:** Angel Medina- Assistance Director of Prisons

**Date:** 1/20/2015

**Re:** Variance request to level II criteria for NILLABARAZZA, ANSELMO #148336

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | | |
|-----|---------------|-------------|----------------|---|-----------------|---|
| | | | **Level I Issues** | | **Level II Issues** | |
| CT | MEDIUM | MINIMUM | M - - - - - Cust PED MRD | | M - - - - - Cust PED MRD | |

Current Reclass Date: **2/19/2014** R
Top Score: **7**  Total Score: **2**

0 7 0 0 -1 -1 -1 -2 0
10: 02: 03: 04: 05: 06: 07: 08: 09:

- - - - - Classification Scores - - - - -

| | | | | |
|---|---|---|---|---|
| M: | 4P | AGE: | 35.8 | PED: | 8/13/2042 |
| P: | 1 | MRDD: | 1 | MRD: | 8/13/2054 |
| Sx: | 1 | SOA: | - | SDD: | 8/13/2054 |

Program or Job Desc / Type: **EDUCATION/ESL/STUDENT**
Gang: **No Gang Affiliatio** Chapter:
Score:    Status:

Detainer Alert: **Active Detainer: ICE**
Detainer Active:         **12/10/2009**
Detainer Cancelled:
AGE_Range: **c. 31-40**

Class I Total: **I: 0**
Class II Total: **II: 2**
COPD Total: **I: 0 / II: 2**
Days From Lst COPD:    **1132 II01 Clas**

ADA_Y/N:
ADA_V: -
ADA_H: -
ADA_M: -
ADA_D: -
ADA_O: -

| ADAFAC: | ACCESSCELL: | WHEELCHAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | 02 CONCENT: | 2HEARAID: | 1HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

| AC: | AV: | BFI: | BVI: | CO-I: | CO-L: | CS-I: | CC-I: | DJ: | DW-C: | FO: | FF-I: | KF-I: | LM: | LV: | RC: | SA-I: | SO-I: | SFI: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - - Custody Issues - - - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted  ▢
Variance Denied  ▢

_____          _____
Authorizing Signature                 Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:     Steve Hager- Director of Prisons

From:   Angel Medina- Assistance Director of Prisons

Date:   1/20/2015

Re:     Variance request to level II criteria for:     **CARDILLO, JOSEPH #152316**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | |
|---|---|---|---|---|
| | | | Level I Issues | Level II Issues |
| CT | MEDIUM | MINIMUM | M - S - - - Cust PED MRD | M - S - - - Cust - MRD |

| Current Reclass Date: | 5/12/2014 | R | 0 7 0 0 -1 -1 0 -2 -1 | M: | 4P | AGE: | 55.0 | PED: | 10/6/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Top Score: | 7 | Total Score: 2 | | P: | 2 | MRDD: | 1 | MRD: | |
| | | | - - - - - Classification Scores - - - - - | Sx: | 5R | SOA: | - | SDD: | 1/5/8888 |

Program or Job Desc / Type:  **UNASSIGNED/UNASSIGNED/MEDICAL**
Gang: **No Gang Affiliatio** Chapter:
Score:      Status:

Detainer Alert:  -
Detainer Active:
Detainer Cancelled:

AGE_Range:  **e. 51-60**

ADA_Y/N: **M**
ADA_V: -
ADA_H: -
ADA_M: **MOBIL**
ADA_D: -
ADA_O: -

Class I Total:  -
Class II Total:  -
COPD Total:  -
Days From Lst COPD:     **0** -  -

| ADAFAC: | ACCESSOCELL: | WHEELCHAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | O2 CONCENT: | 1HEARAID: | 2HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

| ACI: | AVC: | BFI: | BVM: | BVC: | CCI: | CCA: | CHI: | CLC: | CSI: | CTCF: | DCC: | DOF: | DWC: | FCF: | FLC: | KCI: | LCF: | LVC: | RCC: | RFC: | SCF: | SCCF: | SPI: | TFF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - Custody Issues - - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☐
Variance Denied ☐

_____          _____
Authorizing Signature                      Date

# C O L O R A D O
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

**To:** Steve Hager- Director of Prisons

**From:** Angel Medina- Assistance Director of Prisons

**Date:** 1/20/2015

**Re:** Variance request to level II criteria for:

# CASTLE, PATRICK #151108

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II |
|---|---|---|---|
| | | | Level I Issues / Level II Issues |
| CT | MEDIUM | MINIMUM | M - S - - - Cust - - / M - S - - - Cust - - |

| Current Reclass Date: | 3/4/2014 | R |
|---|---|---|
| Top Score: | 7 | Total Score: |

Classification Scores:
0  7  0  0  -1  -1  -1  -2  -2
10: 02: 03: 04: 05: 06: 07: 08: 09:

| M: | 4P | AGE: | 74.1 | PED: | 3/17/2015 |
|---|---|---|---|---|---|
| P: | 2 | MRDD: | 1 | MRD: | 9/17/2022 |
| Sx: | 5R | SOA: | - | SDD: | 9/17/2022 |

Program or Job Desc / Type: **FAC WK ASG/CH/3/GENERAL LABORE**
Gang: **No Gang Affiliatio** Chapter:
Score:        Status:

Detainer Alert: **Active Detainer: PROB**
Detainer Active:                **8/31/2011**
Detainer Cancelled:

AGE_Range:   **g. 71-75**

Class I Total:  -
Class II Total:  -
COPD Total:  -
Days From Lst COPD:                **0** -       -

ADA_Y/N: **D**
ADA_V: -
ADA_H: -
ADA_M: -
ADA_D: **DIABE**
ADA_O: -

| ADAFAC: | ACCESSCELL: | WHEELCHAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | 02 CONCENT: | 2 HEARAID: | 1 HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

| AC: | AV: | BH: | BV: | CC: | CH: | CS: | CT: | CU: | DMC: | FC: | FF: | FR: | LM: | LV: | RC: | SA: | SC: | SF: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - Custody Issues - - - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted  ▨

Variance Denied  ▨

_____       _____
Authorizing Signature                 Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:     Steve Hager- Director of Prisons

From:    Angel Medina- Assistance Director of Prisons

Date:     1/20/2015

Re:      Variance request to level II criteria for:     **DEHERRERA, JOSEPH #80230**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | |
|---|---|---|---|---|---|
| | | | Level I Issues | Level II Issues | |
| CT | MEDIUM | MINIMUM RESTRICTIVE | M P S - - - Cust - - | - - S - - - Cust - - | |

Current Reclass Date: **6/25/2014**   R

| | 3 | 5 | 3 | 0 | 5 | 0 | -1 | -2 | -1 |
|---|---|---|---|---|---|---|---|---|---|
| | :01 | :02 | :03 | :04 | :05 | :06 | :07 | :08 | :09 |

- - - - - Classification Scores - - - - -

Top Score: **11**   Total Score: **12**

M: **3P**    AGE: **42.7**   PED: **7/2/2009**
P: **3N**    MRDD: **2**   MRD: **6/2/2015**
Sx: **5R**    SOA: **4d**   SDD: **6/2/2015**

Program or Job Desc / Type: **FAC WK ASG/CH/3/CUSTODIAN**
Gang: **DISRUPTIVE GRP**   Chapter: **STG OFFENDER**
Score:   **45** Status: **SUSPECT**

Detainer Alert: -
Detainer Active:
Detainer Cancelled:

AGE_Range:   **d. 41-50**

ADA_Y/N: **M**
ADA_V: -
ADA_H: -
ADA_M: **MOBIL**
ADA_D: -
ADA_O: -

Class I Total: **I: 1**
Class II Total: **II: 6**
COPD Total: **I: 1 / II: 6**
Days From Lst COPD:   **512 II14A Clas**

| ADAFAC: | ACCESSCELL: | WHEELC'HAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | 02 CONCENT: | HEARAID1: | HEARAID2: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

| AC: | BI: | BM: | BV: | CC: | CF: | CI: | CJ: | CS: | CT: | DC: | DI: | DV: | FC: | FF: | FR: | LM: | LV: | RC: | SA: | SC: | SR: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - Custody Issues - - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☐

Variance Denied ☐

_____     _____
Authorizing Signature            Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To: Steve Hager- Director of Prisons

From: Angel Medina- Assistance Director of Prisons

Date: 1/20/2015

Re: Variance request to level II criteria for:

**GIMMEY, JERRY #42129**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II |
|---|---|---|---|
| | | | Level I Issues — Level II Issues |
| CT | MEDIUM | MINIMUM | M - - - - - Cust - MRD     M - - - - - Cust - MRD |

Current Reclass Date: 11/10/2014  R

Top Score: 9   Total Score: 2

0  2  4  3  -1  -1  -1  -2  -2
:10  :20  :03  :04  :05  :06  :27  :08  :09

- - - - - Classification Scores - - - - -

M: 4P   AGE: 64.5   PED: 3/24/2000
P: 2   MRDD: 1   MRD:
Sx: 2L   SOA: -   SDD: 12/31/8888

Program or Job Desc / Type: **UNASSIGNED/UNASSIGNED/MEDICAL**
Gang: OUTLAWS-CHICA Chapter:
Score: **55 Status: MEMBER**

Detainer Alert: -
Detainer Active: 1/18/1986
Detainer Cancelled: 4/14/1987

AGE_Range: **f. 61-70**

Class I Total: I: 3
Class II Total: II: 21
COPD Total: I: 3 / II: 21
Days From Lst COPD: 2280  II25  Clas

ADA_Y/N: **M O**
ADA_V: -
ADA_H: -
ADA_M: **MOBIL**
ADA_D: -
ADA_O: **OTHE**

| ADA-FAC: | ACCESS-CELL: | WHEEL-CHAIR: | WALKER: | BLIND-CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER-BUNK: | NO-STAIRS: | MED-HOLD: | MH-HOLD: | 92 CONSENT: | I HEARAID: | 2 HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

| AC: | AV: | BF: | BW: | CC: | CF: | CH: | CL: | CS: | CT: | DC: | DU: | DW: | FO: | FF: | KF: | LM: | LV: | RC: | RS: | SA: | SC: | SF: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - Custody Issues - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☐
Variance Denied ☐

_____        _____
Authorizing Signature              Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To: Steve Hager- Director of Prisons

From: Angel Medina- Assistance Director of Prisons

Date: 1/20/2015

Re: Variance request to level II criteria for: **GROSSE, DAVID #162494**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | |
|---|---|---|---|---|
| | | | Level I Issues | Level II Issues |
| CT | MEDIUM | MINIMUM | M - S - - - Cust PED MRD | - - S - - - Cust PED MRD |

Current Reclass Date: **3/18/2014** R

| 0 | 7 | 0 | 0 | -1 | -1 | -1 | -2 | -2 |
|---|---|---|---|---|---|---|---|---|
| 01: | 02: | 03: | 04: | 05: | 06: | 07: | 08: | 09: |

Top Score: **7** Total Score:

- - - - - Classification Scores - - - - -

| M: | 3P | AGE: | 80.8 | PED: | 1/22/2023 |
|---|---|---|---|---|---|
| P: | 2 | MRDD: | 1 | MRD: | |
| Sx: | 5I | SOA: | - | SDD: | 8/21/8888 |

Program or Job Desc / Type: **FAC WK ASG/FOOD SERV/CONDIMEN**
Gang: **No Gang Affiliatio** Chapter:
Score: Status:

Detainer Alert: **Active Detainer: PROB**
Detainer Active: **9/30/2013**
Detainer Cancelled:

AGE_Range: **h. 75 or older**

ADA_Y/N: **D**
ADA_V: -
ADA_H: -
ADA_M: -
ADA_D: **DIABE**
ADA_O: -

| | ADAFAC: | ACCESSCELL: | WHEELC-HAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | 02 CONCENT: | 2HEARAID: | 2HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

Class I Total: -
Class II Total: -
COPD Total: -
Days From Lst COPD: **0** -

| AC: | AV: | BB: | BW: | BV: | CF: | CH: | CC: | CS: | CT: | DC: | DJ: | DW: | FC: | FF: | KF: | LM: | LV: | RC: | SA: | SC: | SF: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - Custody Issues - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☐

Variance Denied ☐

_____     _____
Authorizing Signature          Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

**To:** Steve Hager- Director of Prisons

**From:** Angel Medina- Assistance Director of Prisons

**Date:** 1/20/2015

**Re:** Variance request to level II criteria for: **HOLLOWAY, REGINALD #48441**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | |
|-----|---------------|-------------|-------------------|------------------|
| | | | Level I Issues | Level II Issues |
| CT | MEDIUM | MINIMUM RESTRICTIVE | M - - - - Cust PED MRD | M - - - - Cust PED MRD |

| Current Reclass Date: | 3/5/2014 | R |
|---|---|---|
| Top Score: 10 | Total Score: 4 | |

Classification Scores: 0 7 3 0 -1 -1 -1 -2 -1 / 01: 02: 03: 04: 05: 06: 07: 08: 09:

| M: | 4P | AGE: | 52.0 | PED: | 4/28/2128 |
|----|----|------|------|------|-----------|
| P: | 2 | MRDD: | 1 | MRD: | |
| Sx: | 2T | SOA: | 3 | SDD: | 3/8/2210 |

Program or Job Desc / Type: **FAC WK ASG/CH/7/GENERAL LABORE**
Gang: No Gang Affiliatio Chapter:
Score:    Status:

| Detainer Alert: | - | |
|---|---|---|
| Detainer Active: | 12/3/1987 | ADA_Y/N: D |
| Detainer Cancelled: | 5/31/1988 | ADA_V: - |
| AGE_Range: e. 51-60 | | ADA_H: - |
| | | ADA_M: - |
| Class I Total: I: 1 | | ADA_D: DIABE |
| Class II Total: II: 24 | | ADA_O: - |
| COPD Total: I: 1 / II: 24 | | |
| Days From Lst COPD: | 1266 II25 Clas | |

Override Factors columns: ADAFAC: ACCESSCELL: WHEELCHAIR: WALKER: BLIND CANE: CANE: QUAD-CANE: CRUTCHES: LOW-TIER: LOWER BUNK: NO STAIRS: MED HOLD: MH HOLD: 02 CONCENT: 1 HEARAID: 2 HEARAID: 8,000 FT:

Placement Specific Medical Restrictions

Custody Issues columns: AC: AV: BF: BM: BV: CC: CH: CI: CS: CT: CC: DJ: DW: FC: FF: KF: LF: LM: LV: RC: SA: SC: SF: TF:

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☐
Variance Denied ☐

_____        _____
Authorizing Signature                    Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:      Steve Hager- Director of Prisons

From:    Angel Medina- Assistance Director of Prisons

Date:    1/20/2015

Re:      Variance request to level II criteria for:      **JONES, LARRY #68661**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | |
|-----|---------------|-------------|------------------------------------|--|--|
| | | | | Level I Issues | Level II Issues |
| CT | MEDIUM | MINIMUM | M P S - - -Cust - - | | M - S - - -Cust - - |

| | | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|--|
| 0 | 7 | 0 | 0 | -1 | -1 | -1 | -2 | -2 | M: | **4P** | AGE: **71.9** | PED: | **5/4/2003** |

Current Reclass Date:  **6/12/2014**  R

Top Score:  **7**  Total Score:

- - - - Classification Scores - - - - -

P: **3N**   MRDD: **1**   MRD:

Sx: **5P**   SOA: **1**   SDD: **3/18/2017**

Program or Job Desc / Type:  **FAC WK ASG/CH/7/GENERAL LABORE**
Gang: **No Gang Affiliatio** Chapter:
Score:       Status:

Detainer Alert:  -
Detainer Active:
Detainer Cancelled:
AGE_Range:    **g. 71-75**

ADA_Y/N: **H M D**
ADA_V: -
ADA_H: **HEARI**
ADA_M: **MOBIL**
ADA_D: **DIABE**
ADA_O: -

Class I Total: **I: 0**
Class II Total: **II: 4**
COPD Total: **I: 0 / II: 4**
Days From Lst COPD:      **183**  **I19**  **Clas**

- - - - Placement Specific Medical Restrictions - - - - -

- - - - - Custody Issues - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria.  These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator.  Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted  ☒

Variance Denied  ☒

_____     _____
Authorizing Signature              Date

# C O L O R A D O
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:        Steve Hager- Director of Prisons

From:     Angel Medina- Assistance Director of Prisons

Date:     1/20/2015

Re:        Variance request to level II criteria for:          **MOUNTS, MATTHEW #66276**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | |
|---|---|---|---|---|
| | | | Level I Issues | Level II Issues |
| CT | MEDIUM | MINIMUM | M - - - - Cust PED MRD | - - - - - Cust PED MRD |

Current Reclass Date:   8/22/2014   R
Top Score:   **7**   Total Score:

| 0 | 7 | 0 | 0 | -1 | -1 | -2 | -2 | -1 |
|---|---|---|---|---|---|---|---|---|
| 01: | 02: | 03: | 04: | 05: | 06: | 07: | 08: | 09: |

- - - - Classification Scores - - - - -

M:   **3P**        AGE:  **48.0**     PED:   **10/6/2028**
P:   **2**         MRDD:              MRD:
Sx:  **1**         SOA:  **1**        SDD:   **12/31/8888**

Program or Job Desc / Type:   **CORR IND/TAG PLANT/LEADWORKER**
Gang: **No Gang Affiliatio**  Chapter:
Score:         Status:

Detainer Alert:  -
Detainer Active:
Detainer Cancelled:

AGE_Range:   **d. 41-50**

ADA_Y/N:  **H M**
ADA_V:  -
ADA_H:  **HEARI**
ADA_M:  **MOBIL**
ADA_D:  -
ADA_O:  -

| ADAFAC: | ACCESSOCELL: | WHEELCHAIR: | WALKER: | BLIND CANE: | CANE: | QUAD-CANE: | CRUTCHES: | LOW-TIER: | LOWER BUNK: | NO STAIRS: | MED HOLD: | MH HOLD: | 02 CONCENT: | 1HEARAID: | 2HEARAID: | 8,000 FT: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - Placement Specific Medical Restrictions - - - - -

Class I Total:   **I: 0**
Class II Total:   **II: 7**
COPD Total:   **I: 0 / II: 7**
Days From Lst COPD:        **2709   II25   Clas**

| AC: | AV: | BH: | BM: | BV: | CC: | CF: | CH: | CL: | CS: | CT: | CU: | DU: | DW: | FC: | FF: | KF: | LF: | LM: | LV: | RG: | SA: | SC: | SE: | TF: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

- - - - - - - - Custody Issues - - - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria.  These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator.  Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted  ☐
Variance Denied  ☐

_____          _____
Authorizing Signature                    Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:        Steve Hager- Director of Prisons

From:      Angel Medina- Assistance Director of Prisons

Date:      1/20/2015

Re:        Variance request to level II criteria for:        **POLLARD, ROY #94894**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | | |
|-----|---------------|-------------|---------------|---------------|--|--|
| | | | **Level I Issues** | | **Level II Issues** | |
| CT | MEDIUM | | M P - - - - Cust - - | | M - - - - Cust - - | |

| | | |
|---|---|---|
| Current Reclass Date: | | M: **4P**  AGE: **83.4**  PED: **11/10/2008** |
| Top Score: **6**  Total Score: | 01: 02: 03: 04: 05: 06: 07: 08: 09: | P: **3O**  MRDD: **1**  MRD: **3/25/2024** |
| | - - - - Classification Scores - - - - - | Sx: **1**  SOA: **-**  SDD: **3/25/2024** |

Program or Job Desc / Type:  **UNASSIGNED/UNASSIGNED/ADA UNA**
Gang: **No Gang Affiliatio**  Chapter:
Score:        Status:

Detainer Alert: -
Detainer Active:
Detainer Cancelled:
AGE_Range:    **h. 75 or older**

Class I Total: **I: 3**
Class II Total: **II: 18**
COPD Total: **I: 3 / II: 18**
Days From Lst COPD:    **890  I119  Clas**

ADA_Y/N: **H M D**
ADA_V: -
ADA_H: **HEARI**
ADA_M: **MOBIL**
ADA_D: **DIABE**
ADA_O: -

Override Factors columns: ADAFAC: ACCESSCELL: WHEELCHAIR: WALKER: BLIND CANE: CANE: QUAD-CANE: CRUTCHES: LOW-TIER: LOWER BUNK: NO STAIRS: MED HOLD: MH HOLD: 02 CONCENT: 1HEARAID: 2HEARAID: 8,000 FT:

- - - - - Placement Specific Medical Restrictions - - - - -

Custody Issues columns: AC: AV: BF: BW: CO: CF: CI: CS: CT: DC: DJ: DW: FO: FF: KF: LF: LM: LV: RC: SA: SC: SF: TF:

- - - - - - - Custody Issues - - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria.  These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator.  Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☒

Variance Denied ☒

_____        _____
Authorizing Signature                Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO 80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:     Steve Hager- Director of Prisons

From:   Angel Medina- Assistance Director of Prisons

Date:   1/20/2015

Re:     Variance request to level II criteria for:       **SALAZAR, BEN #87966**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | |
|-----|---------------|-------------|-------------|-------------|---|
| | | | Level I Issues | Level II Issues | |
| CT | MEDIUM | | M - S - - - Cust PED MRD | M - S - - - Cust PED MRD | |

Current Reclass Date:
Top Score: **11**   Total Score: **4**

Classification Scores: 01: 02: 03: 04: 05: 06: 07: 08: 09:

M: **4P**   AGE: **75.5**   PED: **10/1/2239**
P: **2**   MRDD: **1**   MRD:
Sx: **4I**   SOA: **-**   SDD: **10/1/2239**

Program or Job Desc / Type:  **FAC WK ASG/FOOD SERV/CONDIMEN**
Gang: **No Gang Affiliatio**  Chapter:
Score:       Status:

Detainer Alert: **Active Detainer: DOC**
Detainer Active:                    **4/9/2002**    ADA_Y/N: **M**
Detainer Cancelled:                              ADA_V: **-**
                                                 ADA_H: **-**
AGE_Range:   **h. 75 or older**                  ADA_M: **MOBIL**
                                                 ADA_D: **-**
Class I Total:  **I: 0**                          ADA_O: **-**
Class II Total:  **II: 3**
COPD Total:  **I: 0 / II: 3**
Days From Lst COPD:              **1741**  **II22**  **Clas**

Override Factors columns: ADAFAC: ACCESSCELL: WHEELCHAIR ACCESSIBLE: WALKER: BLIND CANE: CANE: QUAD-CANE: CRUTCHES: LOW-TIER: LOWER BUNK: NO STAIRS: MED-HOLD: WH HOLD: 02 CONCENT: 1 HB-RAID: 2 HB-RAID: 8,000 FT:

- - - - - Placement Specific Medical Restrictions - - - - -

Custody Issues columns: AC: AV: BF: BM: BV: CO: CF: CH: CS: CT: CC: DJ: DW: FO: FF: KF: LF: LM: LV: RC: SAC: SG: SF: TF:

- - - - - - - Custody Issues - - - - - - -

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria. These cases shall be staffed by a multi-disciplinary team. The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator. Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted ☒
Variance Denied ☒

_____        _____
Authorizing Signature              Date

# COLORADO
## Department of Corrections

Office of Offender Services
2862 South Circle Drive
Colorado Springs, CO  80906-4195
Phone: (719) 226-4902
Web: www.doc.state.co.us

To:      Steve Hager- Director of Prisons

From:    Angel Medina- Assistance Director of Prisons

Date:    1/20/2015

Re:      Variance request to level II criteria for:          **SAUCEDO, EULALIO #164808**

| Fac | Final Custody | Scored Cust | Override Factors for Level I and II | | |
|-----|---------------|-------------|------|------|------|
| | | | **Level I Issues** | | **Level II Issues** |
| **CT** | MEDIUM | MINIMUM | M - S - - Cust - - | | M - S - - Cust - - |

Current Reclass Date:  **12/15/2014**    R
Top Score:   **7**   Total Score:

Classification Scores:  0  7  0  0  -1  -1  -1  -2  -2

| | | | | | |
|--|--|--|--|--|--|
| M: | **4P** | AGE: | **67.0** | PED: | **10/30/2014** |
| P: | **2** | MRDD: | **3T** | MRD: | **4/10/2016** |
| Sx: | **5R** | SOA: | - | SDD: | **4/10/2016** |

Program or Job Desc / Type:  **FAC WK ASG/FOOD SERV/CONDIMEN**
Gang: **No Gang Affiliatio**  Chapter:
Score:        Status:

Detainer Alert:  -
Detainer Active:
Detainer Cancelled:
AGE_Range:  **f. 61-70**

ADA_Y/N:
ADA_V:  -
ADA_H:  -
ADA_M:  -
ADA_D:  -
ADA_O:  -

Class I Total:  -
Class II Total:  -
COPD Total:  -
Days From Lst COPD:          0  -    -

Override Factors columns: ADAFAC, ACCESSCELL, WHEELCHAIR, WALKER, BLIND CANE, CANE, QUAD-CANE, CRUTCHES, LOW-TIER, LOWER BUNK, NO STAIRS, MED HOLD, MH HOLD, 02 CONCENT, 1 HEARAID, 2 HEARAID, 8,000 FT

Placement Specific Medical Restrictions

Custody Issues

As part of the LM Reduction numerous offenders will be displaced at CTCF to accommodate LM Mobility offenders at CTCF.

Offenders determined to benefit from accessible housing may be considered for placement at lower custody level accessible facilities in exception to existing placement criteria.  These cases shall be staffed by a multi-disciplinary team.  The team should consist of Central Classification, Clinical Services staff of the potential receiving facility, receiving facility management team, and the Regional Health Services Administrator.  Once a decision for appropriateness is made, Central Classification will initiate a variance request for approval from the Director of Prisons.

Variance Granted  ☒
Variance Denied  ☒

_____          _____
Authorizing Signature                    Date