**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-cv-00870-CMA-OES

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER*, et al.,*

Defendants.

___

**NOTICE OF ENTRY OF APPEARANCE**
___

Kimberly J. Jones, of the law firm of KING & GREISEN, LLP, does hereby enter her appearance as co-counsel on behalf of the Plaintiff Class in this case.

RESPECTFULLY SUBMITTED this 2nd day of June, 2015.

KING & GREISEN, LLP

*s/ Kimberly J. Jones*
Paula Greisen
Laura E. Schwartz
Kimberly J. Jones
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
schwartz@kinggreisen.com

Edward T. Ramey
Heizer Paul, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile

eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on June 2, 2015, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
james.quinn@state.co.us
jacquelynn.richfredericks@state.co.us
*Attorneys for Defendants*

             *s/ Laurie A. Mool*
             Paralegal, King & Greisen, LLP