IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

## JOINT STATUS REPORT

Defendants, through the Colorado Attorney General, and Plaintiffs', through Class Counsel(s), respectfully tender this Joint Status Report.

1. Defendants were found in Substantial Compliance with the Remedial Plan. Doc. 5314.

2. The two year Monitoring Period commenced October 1, 2012. *Id.* at p. 4.

3. The Monitoring Period was set to expire October 1, 2014. *Id.*

4. The Monitoring Period was extended until April 2, 2015. Doc. 5503.

5. Plaintiffs filed a Notice of Non-Compliance. Doc. 5507.

6. Defendants filed a Response to the Notice of Non-Compliance. Doc. 5530.

7. On June 2, 2015, the Parties attended a Status Conference in this matter. Doc. 5533.

1

8. The Court issued an Order requiring the Parties to confer, subsequently, and to tender the herein Status Report regarding the exchange of documents which underlie the affidavits to Defendants' Response. *Id.*; *and see* Doc. 5534.

9. The Parties exchanged email correspondence(s) on June 10, 2015, and again on June 12, 2015. On June 12, 2015, class counsel also sent a letter to counsel for Defendants outlining the class discovery requests.  See Exhibit 1.

10. The Parties discussed that request in a conference call on June 12, 2015.

11. It is Defendants' position that, presently, Defendants are compiling the information they actually relied upon in drafting their affidavits for disclosure to Plaintiffs' Counsel(s) on June 30, 2015. Defendants are further considering the additional requests contained in Class Counsels' letter.

12. It is Class Counsels' position that the requests contained in the June 12, 2015, letter were generated from a review of the affidavits and exhibits attached thereto, and therefore, are not "additional requests."

**WHEREFORE**, for all of the reasons enumerated above, the Parties respectfully tender the herein Joint Status Report pursuant to this Court's Order.

Respectfully submitted this 23rd day of June, 2015.

| | |
|---|---|
| CYNTHIA H. COFFMAN<br>Attorney General | KING & GREISEN, LLP |
| | *s/ Paula Greisen* |
| /s/ Jacquelynn N. Rich Fredericks<br>JACQUELYNN N. RICH FREDERICKS, 39932*<br>Assistant Attorney General<br>Civil Litigation & Employment Law Section<br>Attorneys for Defendant<br>1300 Broadway, 10th Floor | Paula Greisen<br>Laura E. Schwartz<br>Kimberly J. Jones<br>1670 York Street<br>Denver, CO  80206<br>(303) 298-9878 |

Denver, CO 80203
Telephone:  (720) 508-6603

*Attorneys for Defendants*

Edward T. Ramey
Heizer Paul Grueskin, LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932

*Attorneys for Plaintiffs*