92-cv-870-CMA

U.S. District Court
Judge, John ~~Kane~~
901 19th Street
Denver, Co 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2015

JEFFREY P. COLWELL
CLERK

Dear Judge,

I am 73 years old and have been part of Montez et al., and have had two Claim Numbers, 02-457 and 03-377. I have had a disablility since I go out of the Navy, when injured in construction work.

I was moved from Arkansas Valley Corr. Fac., to Sterling Corr. Fac. by Cathy Holst, then acting AIC. Recently I have been told by Ms Julia Russell, acting AIC for ADA inmates, that I no-longer have mobility disability. How can she just make a decision regarding my condition without being a doctor. or arbitrarily make a decision as to my condition. At the same time be in defiance of a court order made by Judge R. Borchers, as to my diabetis and mobility diabilities. Ms. Holst movement was pursuant to Remedial Plan, when I was moved from AVCF to SCF, since then I have been moved to two private facilities that don't honor Montez et al. or Americans Disability Act, that is what I been told By Kit Carson staff and medical Staff, that Montez et al no-longer exist.

I can hardly walk, because of the pain I have from my disabilities and the distance from my living Unit to Chowhall or other Programs is well over three football field away from my cell, by the time I get to where I am going, I am getting dizzy or read to faint.

Can you pleas explain, whether Montez et al. and its Remedial Plan agreements stil bend on Prison systems. or what I should do. Please answer, I'm lost and without medical care or accommodations.

(Please see attached documents) My accommodation Resolutionsays Placement at a designated facility.

Date August 24, 2015

Respectfull

Ronald Cordova, 57350
Kit Carson, Corr. Uniy EB-1
128
49777 County Rd. V
Burlington, Co 80807

Colorado Department of Corrections
Office of Legal Services
J. Russell, ADA Coordinator, AIC
2862 S. Circle Dr. ste 152
Colorado Springs, Co 80906-4195

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 2 7 2015

JEFFREY P. COLWELL
CLERK

Ref; Inquiry
date of response July 29, 2015

Ms. Russell,

    I received your response regarding my inquiry of my ADA alert according to the Remedial Plan under Montez et al. You make the statement I am not a class memeber for lower mobility as I have alleged. And that I am only identified as diabetic class.

    I have been disabled since in my knees since state compensation made that determination back in about 1965. And upon my placement in prison I used knee braces to support my unstable knees. When I join Montez, I had to hearing in front of Judge R. Borcher at AVCF. He made his final decision back in. I believe 2008. And issued his order. To say I am not a class memeber would be in defiance of that court order, and all the findings, documents I have in my possession. In which I am sending copies to you. I have been part of Montez et al since it started Civil Action No. 92-N-00870-EWN-OES and have two case or claim-numbers 02-457; 03-377, and I have been bottom bunk since incarceration, I came in with knee braces and given new knee braces at Diagnostic center Denver, and over the year new braces. I also have the two certified papers signed by Dr. Frantz. Class counsel Paula Greisen and Jennifer Riddle can verify my disabilities.

Also, according to the Remedial Plan when moved, we must have a ADA alert, and every time, I have been moved CDOC staff have told me I do. So why not now, has someone changed the Remedial Plan without class members being informed or their counsel.

On about the first of Jan, 2009 I was moved from AVCF to Sterling Corr. Fac.,By Cathy Holst who was acting AIC at that time. And I was told by my Case manager Mr. Vigil that the move was pursuant to Remedial Plan to a designated favility. Because of my disability,(Mobility)(Judge, Richard M. Borchers, issued his final Order on June 25, 2008. and meets the requirements of 42 USC § 12102 (2); 29 USC § 794 (d); 29 USC § 705 (9)(B); 29 CFR § 1630.2 (j)(1); 29 CFR § 1630.2 (h)(2)(I). I cannot send the final order, its my only copy, but I am sure the court will make a copy or Judge, John Kane. I am sending him a copy of this letter and to class counsel. Thank you for your time in this matter.

Date August 21, 2015

Respectfully

Ronald L. Cordova, 57350
KCCC   Unit EB-128
49777 County Rd. V
Burlington, Co 80807



**COLORADO**
Department of Corrections

Office of Legal Services
2862 South Circle Drive, Suite 152
Colorado Springs, CO 80906-4195

**TO:**         Offender CORDOVA 57350-BCCF

**FROM:**    J. Russell – Certified ADA Coordinator, AIC Team Leader
                    Office of Legal Services, ADA Inmate Coordinator (AIC)

**RE:**         Correspondence

**DATE:**    July 29, 2015

I received your letter regarding housing placement and medical needs. In response, you are identified as a Montez class member for Diabetes only. You are not a class member for lower mobility as you have alleged. You do have additional ADA accommodations authorized despite not meeting the qualifications for lower mobility and hearing class member criteria. There is no requirement under the Remedial Plan to place you in a designated facility based on your Diabetes alone and your lower mobility and hearing conditions do not justify placement in a designated facility.

Any medical needs must be addressed by Clinical Services. The ADA is not a health care law and does not provide for medical treatment, such as prescription medications, health care appliances or restrictions. Per Administrative Regulation 700-02, you may access Clinical Services for any treatment needs or health care appliances in accordance with Clinical Standards of care.

As an ADA coordinator, our office exists to ensure equal access and non-discrimination for offenders with disabilities to access and effectively participate in DOC programs, services, and activities. This includes providing reasonable disability accommodation, effective communication, and modifications to practices or procedures, as well as physical barrier removal and coordination of accessible housing as determined reasonably necessary.

cc:    AIC File



2862 South Circle Drive, Colorado Springs, CO 80923   P 719-226-4236   www.doc.state.co.us

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Legal Services
2862 South Circle Drive, Suite 140
Colorado Springs, CO 80906-4195
Phone:  719.226.4236

ADA Inmate Coordinator (AIC)



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

## MEMORANDUM

TO:         Offender CORDOVA #57350-BCCF

FROM:    J. Russell – AIC
            Legal Services, ADA Inmate Coordinator

RE:         Correspondence

DATE:    June 2, 2014

I am in receipt of your correspondence wherein you advise of numerous health problems and request treatment of your hearing, mobility and diabetes conditions to include an ear mold for your hearing aid, medical tennis shoes for your feet and knee braces.

In response, AIC staff are not health care providers and are not associated with Clinical Services.  I cannot recommend, authorize or prescribe any health care appliances (hearing aids, shoes or braces).  You must kite Clinical Services regarding all health care appliances, prescriptions or authorization for these items (See AR 700-02 & 700-34).

I have also received your kite to BCCF dated 5/5/14 claiming staff refuse to flash lights for movement and do not notify you of PA announcements.  As clarification, staff are not required to flash the lights for movement, count etc. as these events happen at approximately the same times each day and you are not deaf.  It is your responsibility to be aware of the time for regularly scheduled and posted appointment times.  If necessary, you may purchase a watch or vibrating watch from canteen.  Staff are required to notify you of irregular PA and verbal announcements that affect you directly.  This may include unscheduled events or appointments that you were not aware of ahead of time.  It does not include regular scheduled events or appointments that were posted.

cc:   Doug Roberts, PPMU HSA
      R. Gribble, BCCF ADA Coordinator
      AIC File



**COLORADO**
Department of Corrections

Office of Legal Services
2862 S. Circle Drive
Colorado Springs, CO 80906
P 719.226.4236

**TO:** Offender CORDOVA 57350-BCCF

**FROM:** J. Russell-AIC
Office of Legal Services, ADA Inmate Coordinator (AIC)

**RE:** Request for ADA Litigation Class Member Status/Accommodation

**DATE:** December 17, 2014

---

Your completed Form 750-04B, "*Offender Request for ADA Litigation Remedial Plan Class Member Status*" was received however you are already a confirmed lower mobility class member and no further litigation screening is required. Your requests for ADA accommodation have been received as well and a copy of your Approved/Denied report is enclosed.

**If you require medical care and treatment to include medication, medical restrictions or health care appliances contact Clinical Services regardless of any pending ADA Litigation screening or class member status. You do not have to be a class member to receive medical treatment.**

**The ADA does NOT cover medical treatment or restrictions, healthcare appliances etc. as accommodation.**

According to the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of DOC services, programs or activities or be subjected to discrimination. For more information, see Administrative Regulation 750-04, "*Americans with Disabilities Act-Offender Request for Accommodation.*"

cc: AIC File



John W. Hickenlooper, Governor | Rick Raemisch, Executive Director

# STATE OF COLORADO

DEPARTMENT OF CORRECTIONS

Arkansas Valley Correctional Facility
P. O. Box 1000
Crowley, Colorado 81034
Phone:   (719) 267-3520
Fax:     (719) 267-5024
Web:     www.doc.state.co.us



Bill Ritter, Jr.
Governor

Aristedes W. Zavaras
Executive Director

Grievance Response to
AV08/09-254
Offender Ronald Cordova DOC #57350

At the time of this incident, your most current Accommodation Resolution for mobility was denied. You no longer had a bottom bunk/bottom tier restriction. AVCF did not have a Court Order which addresses mobility. The Special Master had not issued his final order in regard to your disability. The Court Order you presented to the Case Manager was for vision and it was denied.

On January 21, 2009, AVCF received a copy of the Final Order which does state you are mobility impaired. The AIC Office is currently corresponding with you in regard to your accommodations. Due to this information, you will be allowed to sit on the top tier in the dining hall.

Grievance Resolved.

_Shirley Steinbeck_   1/27/09
Shirley Steinbeck        Date

ACCOMMODATION RESOLUTION

You **DO HAVE A MOBILITY DISABILITY**

Offender Name: CORDOVA, RONALD
DOC#: 57350
Date of Resolution: 1/21/09

Following a disability screening it has been determined that you have a mobility disability and are therefore, entitled to the following accommodations:

1. Assignment to a designated facility
2. Staff assistance during an emergency or evacuation

WORK/PROGRAM ACCOMMODATIONS:

You are not currently employed
You are not currently participating in a program

You require the following Accommodations:
1. NONE

In addition to the above accommodations, you are entitled to the benefits enumerated in the Montez Remedial Plan

You **DO NOT HAVE A VISION DISABILITY**

Following a disability screening it has been determined that you do not have a vision disability pursuant to the Americans With Disabilities/Rehabilitation Acts (ADA), therefore, you are not entitled to accommodations.

If you feel you require additional accommodations, you may submit a new Request For Accommodation to the Office of the AIC. Be advised however, that a new screening will not routinely be performed within one year of a previous screening absent a significant, documented change in conditions and/or a showing of clear error in the prior screening. Please refer to AR 750-04 for detailed information regarding the disability screening process.

You have 30 days from the date this document is served upon you to submit a Step 1 ADA Grievance, to the office of the AIC, on any matter addressed in this resolution. You may not file future ADA grievances regarding your medical care. Please refer to A.R. 850-04 for details regarding the grievance process.
This accommodation resolution supersedes any other version, on any date, prior to the date on this document.

_____ 1/27/09    _____ 1-21-09
Chief Medical Officer        Date        AIC                          Date

E-Mailed to Facility Litigation Coordinator for printing on yellow paper & distribution to the following Warden, Case Manager (Working File), 2 copies to HSA for placement in Medical & Mental Health File, Housing Supervisor, & to any other DOC or Contract employee with a need-to-know (work supervisor, teacher, etc...) &
Print 2 full size copies on yellow paper & serve on offender

6/14/2015      DOCNet - Offender Portal

 **57350 - CORDOVA, RONALD**
KIT CARSON, KIT/UNIT E

  

Printed 06/14/2015 at 9:35 am by Doug Roberts (dcrobert)

## ADA STATUS AND ACCOMMODATIONS

| Submit Date | Status | Crdntr User | Crdntr Recvd | AIC User | AIC Recvd | Escalated | Montez | Closed By | Closed Date |
|---|---|---|---|---|---|---|---|---|---|
| 06/08/2012 | Closed | REED, MEGHAN | 07/12/2012 | REED, MEGHAN | 07/12/2012 | 07/12/2012 | N | REED, MEGHAN | 07/12/2012 |

**Request #1:** Personal notice of irregular audible announcements/orders
**Notes:**

**Accommodations:** HOUSING/DAILY LIVING
**Impairments:** HEARING

**Request #2:** Staff assistance during emergency or evacuation
**Notes:**
Hearing loss and mobility class member status. No other mobility accommodations indicated at this time. You may request additional accommodation at any time with 750-04 Form A.
**Accommodations:** HOUSING/DAILY LIVING
**Impairments:** HEARING, WALKING

| Submit Date | Status | Crdntr User | Crdntr Recvd | AIC User | AIC Recvd | Escalated | Montez | Closed By | Closed Date |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/2013 | Closed | RUSSELL, JULIE | 11/01/2013 | RUSSELL, JULIE | 11/26/2013 | 11/26/2013 | N | RUSSELL, JULIE | 11/26/2013 |
| 12/03/2014 | Closed | RUSSELL, JULIE | 12/15/2014 | RUSSELL, JULIE | 12/04/2014 | 12/17/2014 | N | RUSSELL, JULIE | 12/17/2014 |

**Request #1:** Chair with back rest
**Notes:**

**Accommodations:** HOUSING/DAILY LIVING
**Impairments:** WALKING, STANDING, SITTING

**Request #2:** Access to a shower chair or bench
**Notes:**

**Accommodations:** HOUSING/DAILY LIVING
**Impairments:** WALKING, STANDING

Printed 06/14/2015 at 9:35 am by Doug Roberts (dcrobert)