IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-870-CMA

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

---

**JOINT STATUS REPORT RE DOC. 5537**

---

Defendants, through the Colorado Attorney General, and Plaintiffs', through

Class Counsel(s), respectfully tender this Joint Status Report regarding the Court's

Order (Doc. 5537).

1.      Defendants were found in Substantial Compliance with the Remedial Plan.

Doc. 5314.

2.      The two year Monitoring Period commenced October 1, 2012.  *Id.* at p. 4.

3.      The Monitoring Period was set to expire October 1, 2014.  *Id.*

4.      The Monitoring Period was extended until April 2, 2015. Doc. 5503.

5.      Plaintiffs filed a Notice of Non-Compliance. Doc. 5507.

6.      Defendants filed a Response to the Notice of Non-Compliance. Doc. 5530.

7.      On June 2, 2015, the Parties attended a Status Conference. Doc. 5533.

8.      The Court issued an Order requiring the Parties to confer, subsequently,

and to tender a Status Report regarding the exchange of documents which underlie the

affidavits to Defendants' Response. *Id.*; *and see* Doc. 5534.

1

9.      The Parties filed a Joint Status Report regarding the anticipated exchange of information. Doc. 5535.  The Parties exchanged email correspondence(s) on June 10, 2015, and again on June 12, 2015. Doc. 5535.

10.     On June 12, 2015, class counsel also sent a letter to counsel for Defendants outlining additional class discovery requests.  Doc. 5535-1.

11.     The Parties discussed that request in a conference call on June 12, 2015.

12.     On June 30, 2015, the Defendants sent additional information to Plaintiffs' Counsel(s) pursuant to the Court's prior Order(s). *See* **Ex. A-1**, Corr. dated 6/30/15.

13.     On July 1, 2015, Defendants sent further correspondence to Plaintiffs' Counsel(s) in response to a written inquiry from Plaintiffs' Counsel(s). *See* **Ex. A-2**, Corr. dated 7/1/15. That correspondence was in response to Class Counsel's discovery requests found at Doc. 5535-1.

14.     On August 31, 2015, the Court entered its Order requesting a Status Report.

15.     On September 3, 2015, class counsel sent a letter to Defendants asking for clarification regarding Defendants' July 1, 2015 letter and reiterated their initial request for certain information. *See* **Ex. A-3**, Corr. dated 9/3/15.

16.     On September 10, 2015, Defendants replied to Plaintiffs' September 3, 2015, correspondence and provided some additional clarification and documentation. *See* **Ex. A-4**, Corr. dated 9/10/15.

17.     Plaintiffs believe there are still some limited discovery issues. Defendants contend they have provided all of the discovery required by the Court.

18.     The Parties are agreeable to using the services of Magistrate Judge

Hegarty to attempt to resolve this matter, as discussed during the June 2, 2015 Status

Conference.

**WHEREFORE**, for all of the reasons enumerated above, the Parties respectfully

tender the herein Joint Status Report pursuant to this Court's Order (Doc. 5537).

Respectfully submitted this 10th day of September, 2015.

CYNTHIA H. COFFMAN
Attorney General

/s/ Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS,
39932*
Assistant Attorney General
Civil Litigation & Employment Law
Section
Attorneys for Defendant
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone:  (720) 508-6603
*Attorneys for Defendants

KING & GREISEN, LLP

*s/ Paula Greisen*
Paula Greisen
Laura Schwartz
Kim Jones
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
greisen@kinggreisen.com
bezoza@kinggreisen.com

Edward T. Ramey
Tierney Paul Lawrence LLP
2401 15th Street, Suite 300
Denver, CO 80202
(303) 595-4747 telephone
(303) 595-4750 facsimile
eramey@hpgfirm.com

Lara E. Marks
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lmarks@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*