

CYNTHIA H. COFFMAN
Attorney General

DAVID C. BLAKE
Chief Deputy Attorney General

MELANIE J. SNYDER
Chief of Staff

FREDERICK R. YARGER
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

RALPH L. CARR
COLORADO JUDICIAL CENTER
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

Office of the Attorney General

June 30, 2015

Dear Class Counsel(s),

    I hope this correspondence finds you each well. Attached to this correspondence, please find a disk which includes copies of the information which underlies the affidavits tendered in support of Defendants' Response to the Notice of Noncompliance. This information is provided pursuant to the Court's Order, dated June 3, 2015. The information herein has been labeled Montez/MP 00001-000727. Please note that information which was previously provided has not been included on the attached disk. Rather, the information on the disk pertains to information which was relied upon by affiants but which was not previously provided or which was not provided in this particular format.

    Again, we sincerely appreciate the chance to discuss this handful of residual concerns with you. We remain heartened that your list of apprehensions was brief and hope that our prior clarifications, the clarifications herein, and the information on the attached disk will assuage any lingering doubts that CDOC is, was, and remains in Substantial Compliance with the Remedial Plan as found by Judge Kane in September of 2012.

Sincerely,

FOR THE ATTORNEY GENERAL

s/Jacquelynn N. Rich Fredericks
JACQUELYNN N. RICH FREDERICKS
JAMES X. QUINN
Assistant Attorney General
Corrections and Public Safety Unit
Civil Litigation and Employment Law Section
(720) 508-6603
(720) 508-6032 (FAX)

EXHIBIT A-1