IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-MEH

JESSE (JESUS) MONTEZ, *et al.*,

    Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2015.**

The above-captioned case has been referred to Magistrate Judge Michael E. Hegarty pursuant to the order of reference issued by District Judge Christine M. Arguello.

It is hereby ORDERED that the Court will hold a Discovery Conference on **October 14, 2015, at 11:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. If this date is not convenient, counsel should confer with opposing counsel and contact my Chambers to obtain an alternate date. Absent exceptional circumstances, no request for rescheduling will be entertained unless made five business days prior to the date of the conference.

It is further ORDERED that the parties shall prepare and submit position statements explaining the status of the case and identifying the outstanding discovery issues **no later than five (5) business days prior to the discovery conference** by email to Judge Hegarty at *Hegarty_Chambers@cod.uscourts.gov*.

The parties are further advised that they shall not assume the Court will grant the relief requested in any motion. Failure to appear at a Court-ordered conference or to comply with a Court-ordered deadline which has not been vacated by Court order may result in the imposition of sanctions.

Finally, the parties or counsel attending the conference should be prepared to informally discuss the case to determine whether alternative dispute resolution is appropriate.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C. Colo. LCivR 83.2(b).