Civil Action No 92-CV00870-EWN-OES
Document 3692  Filed 10/24/2008
   Page 2, of Documents sent to Dean Hackborn
130945, State that Dean Hackborn, has A
mobility disability, And also is A class —
member.

   Doc As of Right NOW
State I Have never Been A class
member, And I Have no mobility disability

Federal Law States wonce A class-
Ification is given it can never Be
taken Away.

   Can you please Help.

                    Dean D Hackborn.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLOPADO

OCT 1 9 2015

JEFFREY P. COLWELL
        CLERK