DENVER CO 802
DENVER, DENVER CO 802
POSTAL MAIL
20 OCT 2015 PM 7 L
OPENED ONLY IN THE
PRESENCE OF THE
INMATE

neopost
10/30/2015
US POSTAGE
$00.48⁰

ZIP 80294
041L11245087

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 2 2015

JEFFREY P. COLWELL
CLERK

92-cv- 870 CMA

# 5542 607-51-060000

NIXIE            802     2E     1        FE       11/01/15
                 RETURN TO SENDER
                 NOT DELIVERABLE AS ADDRESSED
                 UNABLE TO FORWARD

BC: 80294272208                *2105-07908-01-30

Dean Hackborn
#130945

TCF
Trinidad Correctional Facility
21000 Highway 350 East
Model, CO 81059