IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-MEH

JESSE F. MONTEZ,
DAVID BRYAN,
GEORGE KARL,
GILPIN EUGENE,
JOHN ARMINTROUT,
KENNETH GARCIA,
RICHARD ALLEN, and
JIMMY R. BULGIER, as representatives of themselves and all others similarly situated,

    Plaintiffs,

v.

FRANK GUNTER, Former Executive Director of the Colorado Department of Corrections,
BEN JOHNSON, Former Warden of Colorado Territorial Correctional Facility,
CHERYL SMITH, Medical Administrator at CTCF,
ARI ZAVARES, Executive Director of Colorado Department of Corrections,
BOB FURLONG, Warden of Limon Correctional Facility,
DEPARTMENT OF CORRECTIONS,
BILL PRICE, Warden of the Arkansas Valley Correctional Center,
R. MARK MCDUFF, Warden of the ACC, FMCF, SCC and Pre-Release Correctional Center,
GARY NEET, Warden of the Buena Vista Correctional Facility,
WARREN DIESSLIN, Former Warden of the Buena Vista Correctional Facility,
FRANK MILLER, Warden of the Centennial Correctional Facility,
DONICE NEAL, Warden of the Colorado State Penitentiary,
MARK WILLIAMS, Warden of the Colorado Women's Facility,
MARK MCKINNA, Warden of the Colorado Territorial Correctional Facility,
J. FRANK RISE, Warden of the Denver Reception and Diagnostic Center,
LARRY EMBRY, Warden of the Fremont Correctional Facility,
TOM COOPER, Former Warden of the Fremont Correctional Facility,
BILL BOGGS, Warden of the Rifle Correctional Facility,
BILL BOKROS, Warden of the Pueblo Minimum Center,
DAVID HOLT, Medical Administrator,
JEAN MOLTZ, Medical Administrator,
RON JOHNSON, Medical Administrator,
DON LAWSON, Clinical Administration Director,
BOB MOORE, Medical Supervisor,
RONALD G. PIERCE,
JOHN HICKENLOOPER,
JOHN DOES, Current and Former Wardens of an correctional facility maintained, operated or controlled by the Colorado Department of Corrections, and
JOHN ROES,

Defendants.

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2016**.

At the request of the parties, who contacted Chambers regarding a scheduling conflict, the Court **vacates** the Status Conference currently set for May 24, 2016, and **resets** it for **July 6, 2016, at 1:30 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for the parties are to appear in person.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2(b).