IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:92-cv-00870-CMA-MEH | Date: | October 14, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| JESSE F. MONTEZ et al | Paula Greisen |
| | Edward Ramey |
| Plaintiff, | |
| v. | |
| FRANK GUNTER | James Quinn |
| | Jacquelynn Fredericks |
| Defendant, | |
| COLORADO DEPARTMENT OF CORRECTIONS | James Quinn |
| | Jacquelynn Fredericks |
| Consol Defendant | |

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     1:32 p.m.

The Court calls case.

Discussions were held off the record regarding the status of settlement efforts.

**Court in recess:**     3:00 p.m.     (Hearing concluded)
Total time in court:     1:28

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.