**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 92-cv-00870-CMA-MEH**

JESSE F. MONTEZ, et al.,

    Plaintiffs

v.

FRANK GUNTER, et al.,

    Defendants

**NOTICE OF CHANGE OF CONTACT INFORMATION**

Undersigned co-counsel for Plaintiffs hereby provides the following Notice of Change of Contact Information:

> Edward T. Ramey
> Tierney Lawrence LLC
> 225 East 16th Avenue, Suite 350
> Denver, CO 80203
> (720) 242-7585
> eramey@tierneylawrence.com

Respectfully submitted this 14th day of July, 2016.

> By: *s/ Edward T. Ramey*
> Edward T. Ramey
> Tierney Lawrence LLC
> 225 East 16th Avenue, Suite 350
> Denver, CO 80203
> (720) 242-7585
> eramey@tierneylawrence.com
>
> Co-counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties in this action.

<u>s/Edward T. Ramey</u>

*A duly signed original is kept on file at the offices of Tierney Lawrence LLC.*