**MINUTE ENTRY FOR SETTLEMENT**

TO:        Docketing

FROM:     Magistrate Judge Michael E. Hegarty

DATE:      October 31, 2016

RE:        ***Montez, et al. v. Romer, et al.*, 92-cv-00870-CMA-MEH**

    \_\_\_\_    A settlement conference was held on this date, and no settlement has been reached as to any claims in this action.

    _X_    A settlement conference was initiated in **October 2015**, with periodic conferences, emails, and telephone calls since then, and the parties have reached an agreement in principle as to

        _X_    All claims in this action.  The Court will continue to work with the parties to finalize settlement language and prepare a fairness hearing.

        \_\_\_\_    Claims between Plaintiff and Defendant(s) _____ .  These parties shall file a stipulated motion to dismiss on or before November 30, 2016.

Settlement conference, email and telephone conference time involved since October 2015: 6 hours 45 minutes.

    \_\_\_\_    A record was made            _X_    No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    \_\_\_\_    Supplemental settlement negotiations were held in the above-captioned case, including telephone and e-mail discussions and an in-person conference at the Court, since the initial conference.  The case has settled.

Preparation and negotiation time involved: \_\_ hours \_\_ minutes.