IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action N. 92-cv-00870 (Consolidated for all purposes with civil action 96-N-00343)

Jesse Montez., et al
Plaintiff's

vs

Bill owens., et al
Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 2 2016

JEFFREY P. COLWELL
CLERK

---

Several Prisoners under Montez et. al received Legal documents regarding recent litigations concerning settlement under Montez et al. for review October 31, 2016. I would like to be considered part of that new review since I am a party to montez et al., in which I believe Colorado DOC has not been in compliance with any part of the remedial plan or its stipulation. And that there remains on going violation of the American Disabilities Act of 1990.

Date 10-28-2016

Respectfully submitted

*Ronald Cordova*
Ronald Cordova, 57350
SCF   Unit 3-B-115
P.O.Box 6000
Sterling, Co 80751

Claim No 02-457
Category II