

Ronald Cordova, 57350
SCF Unit 3-B-115
P.O. Box 6000
Sterling, Co 80751

LEGAL MAIL

Restricted Inspection Mail Stamp
FACILITY: SCF
DATE REC'D: 10/28
DOC EMPLOYEE LAST NAME: Delaney
ID#: 17833
OFFENDER LAST NAME: Cordova
DOC#: 57350

U.S. District Court
901 19th Street
Denver, Co 80294

80294-250151

DENVER CO 802
31 OCT 2016 PM 1 L