Civil Action No: 92-N-870(OES)(Consolidated for All purposes with Civil Action No: 96-N-343):

In the United States District Court
For the District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 0 3 2016
JEFFREY P. COLWELL
CLERK

Jesse Montez, et al.,
  Plaintiffs,
  -vs-
Gov. Hickenlooper

Claim Number: 03-(illegible)
Category: III
Claimant: Raymond A. Price, #66072
Address of Claimant: Centennial Correctional Facility P.O. Box 777, Canon City CO 81215

Response: Too: Magistrate Judge Michael E. Hegarty Minute Order, on October 25, 2016.

(1). On August 27, 2003, The Remedial Plan, was approved, by Judge Nottingham.

(2). I was Pro-Se, during the hearing on October 19, 2007 at C.S.P., before Richard C. Davidson, Special Master.

under II, Finding of Fact pg 3/4
"Claimant served in Vietnam during the War. while serving, his hearing was damaged and he also began to suffer from PTSD. Claimant testified that his hearing has gotten worse while in the custody of CDOC. He says he has never had a hearing test while at CDOC. He says he has requested a hearing test" many times."

(3). Accommodation Resolution: 6-8-09 (after hearing test)
"You do have a hearing disability."

(4) Judge Kane, threw some of us off this case, stating: "we did not have a disability, before Aug. 27, 2003. Thats wrong. Like I have stated from 1995. Classified operation in Laos, loss of hearing. See exhibit I

(5.) I ask MJ. Hegarty, to reinstate me, DOC of Colorado owes my a cash settlement.

De Oppresso Liber    Oct. 29-16    Thank you
Lcf                                 Ant Price

## EDUCATION LEVEL

Include institution name, address and phone number, dates attended, and copies of any diplomas/certificates/degrees earned.

Institution Name: 

Address: 

Dates Attended: 

diplomas/certificates/degrees: 

## OCCUPATION

List jobs held and/or occupation for the last 5 years including supervisor. Name and contact phone number and any/all occupational licenses or certificates. Attach any documents which verify, demonstrate or reflect your achievements.

Name of Business: Contractor, U.S. Intelligence

Address: 

Position Held:                                  Supervisor Name: 

Contact Phone No:                               Years Employed: 

Occupational licenses or certificate: 

Name of Business: 

Address: 

Position Held:                                  Supervisor Name: 

Contact Phone No:                               Years Employed: 



POW MIA

This is About Them!

[ Robert Duval Owen / Glen Oliver Lawe / George Washington Bacon III ]

Exhibit I

## MILITARY

Have you ever served in the military?   ⦿ Yes   ○ No

If yes, please state your discharge status and date of discharge, any medals or commendations received, and attach a copy of your DD-214 and military ID.

Branch: Army     Discharge Status: Honorable     Date of Discharge: ??

Medals / Commendations: Classified: "Special Projects" I had various discharge dates.

## DOMESTIC

Marital status: [ ]     If Other, Provide explanation:

Full Name of spouse or significant other: None

Length of cohabitation:

List all children by name and age:

If minors, who has current custody of the children?

Are there outstanding court orders concerning child support?   ○ Yes   ⦿ No     If "Yes" provide explanation

Disclaimer: Reason why so much NOT filled in! Due to my involvement in Covert Operations:/Special Operations:/Black Operations.
Phantom Teams/Not to officially exist. Their words, not mine.

Page 3 of 10

