**Colorado Department Of Corrections**

Name: Price, Ray
Register Number: 66072
Unit: F2-16
Box Number: 777
City, State, Zip: Canon City, Colo. 81215

LEGAL MAIL: Attn: U.S. Magistrate Judge/Michael E. Hegarty

Received stamps:
- SCF FACILITY, PRICE STAFF LAST NAME, DATE REC'D 10-30-16, ID# 66072, OFFENDER LAST NAME, DOC#, INT
- CCF FACILITY, Mitchell STAFF LAST NAME, Price OFFENDER LAST NAME, DATE REC'D 10-30-16, ID# 21976, DOC# 66072, INT MM, INT LP

Postmark: DENVER CO 802, 01 NOV 2016 PM 1 L

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 - 19th St., Room A105
Denver, Colo. 80294-3589

FOREVER USA / PURPLE HEART