IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE # 92-CV-0870 CMA-MEH

JESSE F. MONTEZ ET. AL.,   Plaintiffs

V.

JOHN HICKENLOOPER ET. AL.,   Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 14 2016
JEFFREY P. COLWELL
CLERK

---

REQUEST FOR STATUS FROM "STATUS CONFERENCE AND SETTLEMENT" SCHEDULED OCT. 31, 2016

---

CLASS MEMBER =
JAMES RUDNICK
CDOC L28432
SCF 1-A Box 6000
STERLING CO. 80751

INTERESTED PARTY =
LOUIS PEOPLES JR
CDOC # 43943
SCF 1-C Box 6000
STERLING, CO 80751

Class-Action Member Rudnick submits this "Request For Status..." pro-se for the following reasons -

1. Class Counsel has NOT kept class members up to date or responded to letters informing of ongoing problems with the Montez-settlement as carried-out (here)

2. A number of Class Members are very dissatisfied with the ongoing handling of their Disability issues (or lack thereof) with CDOC [here at SCF]

3. Class Members are under constant threat that their Ordered Accommodations may now be TAKEN-

1

AWAY because they are told — "Montez is Over"; and: "If you have a problem - you have to file a NEW lawsuit".

4. Replacement Accommodations, and Necessary Provisions have been delayed or denied altogether and new problems are caused as a result.

5. Subversive tactics are being used to get around their supplying "Necessary Medical Devices" (eg: glasses, walkers, braces,) or even to get timely appointments to have our Medical Needs checked or items repaired

6. Class Members were told that they could not address the Court for Compliance issues on their Accommodations

7. Interesting note: this Class Member's Court Order for Accommodations does NOT have an expiration date and any presumption of the Medical Needs "going away" would be irrational & unconscionable, as would rendering the whole affair "over" in order to require filing NEW CIVIL ACTION every 2 years

8. Presently, these same Defendants are now involved in New Civil Litigation for TAKING "personal glasses" to force use of bad vision "State Glasses". 1:16-CV-02071 GPG, RUDNICK v RAEMISCH

2

9. This Class Member asserts that [if] the Federal Courts can't control these Defendants for their misdeeds and failures in this current Action, and allows ongoing suffering to occur to those for whom this Action was intended to serve, [then], whatever "Settlement" that is agreed-to, or, issues discussed in these "Status Conferences" (without the presence of the Parties to whom these "settlements" will affect, leaving an ability to object or address the terms), such action is for not.

10. This Class Member humbly requests that this Court issue an Order for Defendants and/or Class Counsel to provide disclosure of the events and terms on which any Settlement is made that will affect both the Plaintiffs and the Class Members, AND provide opportunity to respond to the terms.

Upon consideration of these matters and all Parties involved this Class Member asks that this "Request..." be Reviewed and the requested Order issued.

Respectfully Submitted,
Nov. 3rd 2016



Louis Lucyk Jr.
43943

3

**Colorado Department Of Corrections**

Name: James Rudnick
Register Number: 60132
Unit: 1-A SCF
Box Number: 6000
City, State, Zip: Sterling CO 80751

LEGAL MAIL

**Restricted Inspection Mail Stamp**

| | DATE REC'D | |
|---|---|---|
| | 11/9/16 | |
| FACILITY | ID# | INT |
| Smow | Dec916 | J |
| DCC EMPLOYEE LAST NAME | | |
| 60132 Rusnick | | |
| DOC# | OFFENDER LAST NAME | INT |

80294$2501 C044

U.S. District Court - Clerk
901 - 19th Street Rm A-105
Denver CO 80294-3589

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751
02 1W
0001365920 NOV 10 2016
$ 000.46⁵