OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**RTS**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2016

JEFFREY P. COLWELL
CLERK

92-cv-870 CMA

**RTS**

Michael S. Forbes
#103524
Oklahoma - Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost 10/25/2016
US POSTAGE $00.46⁰
ZIP 80294
041L11245087

RECEIVED OCT 28 2016

NIXIE    731   D2   1         0011/09/16

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 80294250099         *0557-09336-09-29