**OFFICE OF THE CLERK**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 14 2016

JEFFREY P. COLWELL
CLERK

RETURN TO SENDER
UNKNOWN/NEED NUMBER TO IDENT[IFY]
X RELEASED/PAROLED
ENCLOSURE UNAUTHORIZED
VIDEO, PEN-PAL

RTS

Robert J. Landrum
#124611
Centennial Correctional Facility (CCF)
P.O. Box 777
Canon City, CO

DENVER CO 802
SPECIAL MAIL
25 OCT 16
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

92-cv-870 CMA

neopost
10/25/2016
US POSTAGE $00.46⁰
ZIP 80294
041L11245087