**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**REFUSED**
___ NO DOC#
___ NAME AND # DO NOT MATCH
___ PAROLED
___ NOT AT FCF

92-cv-870

**REF**

DENVER CO 802
SPECIAL MAIL
25 OCT '16 PM 7L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Robert Neely
#114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO

neopost
10/25/2016
US POSTAGE $00.46⁰
UNITED STATES DISTRICT COURT
DENVER, COLORADO   ZIP 80294
041L11245087

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 14 2016
JEFFREY P. COLWELL
CLERK