OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

92-cv-870-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 14 2016**

JEFFREY P. COLWELL
CLERK

RETURN TO SENDER
UNKNOWN/NEED NUMBER TO IDENTIFY
RELEASED/PAROLED
ENCLOSURE UNAUTHORIZED
COURT VIDEO, PEN-PAL

Eugene Martinez
#85357
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO

DENVER CO 802
SPECIAL MAIL
25 OCT '16
PM 7 L
ONLY IN THE
PRESENCE OF THE
INMATE

neopost
10/25/2016
US POSTAGE $00.46
ZIP 80294
041L11245087