**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 14 2016**

JEFFREY P. COLWELL
CLERK

RETURN TO SENDER
☒ REF
UNKNOWN/NEED NUMBER TO IDENTIFY
☒ RELEASED/PAROLED
ENCLOSURE UNAUTHORIZED
VIDEO, PEN PAL

DENVER
CO 802
SPECIAL MAIL
25 OCT '16
PM 2 L
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

Stephen Moore
#57381
Centennial Correctional Facility (CCF)
P.O. Box 777
Canon City, CO

92-cv-870 CMA

neopost
10/25/2016
US POSTAGE
$00.46⁰
ZIP 80294
041L11245087