Exhibit A

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 800
SPECIAL MAIL
25 OCT '16
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
10/25/2016
US POSTAGE $00.46⁰
ZIP 80294
041L11245087

L.R. Moore
#47702
Colorado State Penitentiary (CSP)
P.O. Box 777
Canon City, CO 81215-0777

RECEIVED AT SCF
MAILROOM
NOV 03

81215-0777

**Colorado Department Of Corrections**

Name: L R Moore
Register Number: 47702
Unit: 2
Box Number: 6000
City, State, Zip: Sterling 80751

Restricted Inspection Mail Stamp
FACILITY: SCF
DATE REC'D: 11-8-16
DOC EMPLOYEE LAST NAME: Rasmussen
ID#: 7636
OFFENDER LAST NAME: Moore
DOC#: 47702
INT:

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO  80294

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751   02 1W
0001365920  $ 000.21
NOV 09 2016

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751   02 1W
0001365920  $ 000.46
NOV 09 2016