112116.

To:the Clerk for Michael E.Hegarty,United States Magistrate Judge.

From:Keith A.SCHWINAMAN #105240 CDOC at Sterling Correctional facility.P.O.BOX 6000 Sterling,CO 80751

RE:Civil action No.92-cv-00870-CMA_MEH

Hello I recently received a minute order in the mail regarding the above mentioned case number.
I am not aware of any information related to this case having been reopened ?

What is the statis of this case ?@? Am I considered a plaintif in this matter being similarly situated ?

Please send me any information regarding this matter.It will be appreciated.

Thankyou.RESPECTFULLY. Keith A.Schwinaman #105240,Sterling,CO
P.OBOX 6000 STERLING,CO 80751.

X [signature]

Keith Schwinaman

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2016

JEFFREY P. COLWELL

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 28 2016

JEFFREY P. COLWELL
CLERK