Colorado Department Of Corrections

Name Schwinaman, Keith A.
Register Number 105240
Unit 24
Box Number 6000
City, State, Zip Sterling, CO 80751

To: Clerk for Judge Michael E. Hegarty
U.S.D.C DISTRICT OF COLORADO.
901 19th Street, room A-501
Denver, CO 80294-3589

80294-250099