# COLORADO DEPARTMENT OF CORRECTIONS
## ACTIVE PROBLEM LIST
### DOC#: 47702  - Name: MOORE, LEWIS R

| ICD Code | PROBLEM  Description | Status | Since | Provider |
|---|---|---|---|---|

Comments:

| 344.1 | PARAPLEGIA | Chronic | 02/11/2003 | BUTTON, MARCUS |
|---|---|---|---|---|

Comments:



EXHIBIT
A-1

# Col___do Department of Correcti___
## Consultation Report Form

**Appt#: 220521**

Page 1 of 1

Run Date: 07/12/2016 10:50

*REQUESTED*

| | | | |
|---|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 07/12/2016 |
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** KAUTZ, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

### Diagnosis and requested evaluation or care:

consult for wheelchair repair (Rocky Mountain Medical) for Moore 47702
Needs velcro for seat so cushion won't slip,brake repair, heel loop replacement on footrest, please
1. PURPOSE OF REQUEST:
2. SUPPORTING DOCUMENTATION, PROGRESS OR SPECIALISTS NOTES, DIAGNOSTIC TESTS, ATTACHED OR FAXED:
3. PHYSICAL/FUNCTIONAL EXAM PERTINENT TO REQUEST:
4. PRIOR CONSERVATIVE MANAGEMENT:
5. MRD:
6. EFFECT ON ADLS WHEN INDICATED:
7. REVIEW OF MILLIMAN CARE GUIDELINES MET:
8. PATIENT COMPLIANCE HISTORY WITHTREATMENT PLAN; EXCELLENT, GOOD, POOR:

Subjective: Active Medication(s):

Received email from Ms Ramirez for w/ c repair

Objective: CR-consult submitted

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |
| | | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 07/12/2016  10:50 |
|---|---|---|
| **Provider Name:** | KAUTZ, TRISHA N , NP | tnkautz |

Please do not discuss dates of the follow-up appointments with the offender.          .
Insurance:  Correctional Health Partners  Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

## Colorado Department of Corrections
## Consultation Report Form

**Appt#: 223658**

Page 1 of 1
Run Date: 09/16/2016 10:49
*REQUESTED*

| | | | |
|---|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 09/16/2016 |
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** KAUTZ, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

Requesting Rojo cushion because of the sore(s) on offender left buttock. He is unable to reposition himself in the chair. He has chronic ongoing decubs and needs cushion to prevent further skin breakdown

1. PURPOSE OF REQUEST:
2. SUPPORTING DOCUMENTATION, PROGRESS OR SPECIALISTS NOTES, DIAGNOSTIC TESTS, ATTACHED OR FAXED:
3. PHYSICAL/FUNCTIONAL EXAM PERTINENT TO REQUEST:
4. PRIOR CONSERVATIVE MANAGEMENT:
5. MRD:
6. EFFECT ON ADLS WHEN INDICATED:
7. REVIEW OF MILLIMAN CARE GUIDELINES MET:
8. PATIENT COMPLIANCE HISTORY WITH TREATMENT PLAN; EXCELLENT, GOOD, POOR:

Subjective: Active Medication(s):

Received email communication from Ms Ramirez

Objective: CR-will submit to CHP for cushion

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |

| **Provider Signature:** | *Electronically Signed* | **Date:** 09/16/2016  10:49 |
|---|---|---|
| **Provider Name:** | KAUTZ, TRISHA N , NP | tnkautz |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

Colorado Department of Correction
Consultation Report Form

Page 1 of 1

**Appt#: 218469**

Run Date: 05/24/2016 10:17
*REQUESTED*

| | | | |
|---|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 05/24/2016 |
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** KAUTZ, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

Offender needs w/c cushion he is a paraplegic who has a very very slow healing decub on his coccyx/sacrum area

1. PURPOSE OF REQUEST:
2. SUPPORTING DOCUMENTATION, PROGRESS OR SPECIALISTS NOTES, DIAGNOSTIC TESTS, ATTACHED OR FAXED:
3. PHYSICAL/FUNCTIONAL EXAM PERTINENT TO REQUEST:
4. PRIOR CONSERVATIVE MANAGEMENT:
5. MRD:
6. EFFECT ON ADLS WHEN INDICATED:
7. REVIEW OF MILLIMAN CARE GUIDELINES MET:
8. PATIENT COMPLIANCE HISTORY WITH TREATMENT PLAN; EXCELLENT, GOOD, POOR:

Subjective: Active Medication(s):

Offender is requestin w/c cushion

Objective: CR-will submitconsult

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |

| **Provider Signature:** | *Electronically Signed* | **Date:** 05/24/2016  10:17 |
|---|---|---|
| **Provider Name:** | KAUTZ, TRISHA N , NP | tnkautz |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

Or FAX to your Scheduler @ 719-226-4500

# Colorado Department of Corrections
## Consultation Report Form

**Appt#: 214301**

Page 1 of 1

Run Date: 02/17/2016 14:48

*REQUESTED*

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 02/17/2016 |

| | | | |
|---|---|---|---|
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** ▓▓▓ | **DOB:** ▓▓▓ |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** KAUTZ, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

| **Provider Name:** | KAUTZ, TRISHA N , NP | tnkautz |
|---|---|---|

Please do not discuss dates of the follow-up appointments with the offender.

Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375

Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906

Or FAX to your Scheduler @ 719-226-4500

# Colorado Department of Corrections
## Consultation Report Form

**Appt#: 196552**

*AUTOMATIC AUTH*

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT01 | **Date Initiated:** 12/29/2014 |
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** | **DOB:** |
| **Level:** UPTO 1 WEEK | **Tele-Med:** NO | **Provider:** KAUTZ/DR. LISH, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** RAPID MEDICAL | **DH #:** |

**Diagnosis and requested evaluation or care:**

Foot pedal needs repair.

1. CLINICAL INFORMATION:

Subjective: Active Medication(s):

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 12/29/2014  14:01 |
|---|---|---|
| **Provider Name:** | KAUTZ/DR. LISH, TRISHA N , NP | tnkautz |

Please do not discuss dates of the follow-up appointments with the offender.                     .
Insurance:  Correctional Health Partners  Phone: (866) 362-1374   FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

# Colorado Department of Correction
## Consultation Report Form

**Appt#: 193134**

Page 1 of 1
Run Date: 10/01/2014 15:36
*REQUESTED*

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT01 | **Date Initiated:** 10/01/2014 |

**Gender:** MALE    **Security:** MEDIUM    **SSN:**    **DOB:**

**Level:** 1 MONTH    **Tele-Med:** NO    **Provider:** FAUVEL, MAURICE , DO    **SDD:** 12/31/8888

**Request:** WHEELCHAIR MGT    **Auth #:**    **Number of Visits:** 1    **PED:** 12/14/1999

**Location:** STERLING    **Appt Dt:**    **Specialist:** RAPID MEDICAL    **DH #:**

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION:

Subjective: Active Medication(s):

IM reports broken footrest on WC;

Objective: WC inspection: broken bolt on R footrest.

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 10/01/2014  15:36 |
|---|---|---|
| **Provider Name:** | FAUVEL, MAURICE , DO | mzfauvel |

Please do not discuss dates of the follow-up appointments with the offender.   .
Insurance: Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

# Col__do Department of Correcti___
## Consultation Report Form

Page 1 of 1

Run Date: 04/22/2014 14:56

*REQUESTED*

**Appt#: 186105**

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT04 | **Date Initiated:** 04/22/2014 |
| **Gender:** MALE | **Security:** CLOSE | **SSN:** ▮ | **DOB:** ▮ |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** FAUVEL, MAURICE , DO | **SDD:** 12/31/8888 |
| **Request:** DME | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION: Wheelchair bound; cushion worn and torn. Would like new gel cushion if available.

Subjective: Active Medication(s):

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

64 y/o paraplegic male returns for f/up █████████████████████████
████████████████████████████████████████
████████████████████████████████ IM states WC cushion is worn out.

Objective: Seen in wheelchair.
Affect: cooperative.
Gen: A&Ox3, NAD, WDWN    Obese.

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

Wheelchair exam;  cushion is worn and torn; L leg support with broken bolt.

Assessment: **Problems(ICD) & Services(CPT)**
ICD/Problem Codes:

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

CPT/Services Codes:
99213 – OFFICE/OUTPATIENT VISIT EST
**Problems(ICD) & Services(CPT)**

| ICD | | CPT | |
|---|---|---|---|
| ███████████████ | | 99213 | OFFICE/OUTPATIENT VISIT EST |
| | | | |
| | | | |

Please do not discuss dates of the follow-up appointments with the offender.         .
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

## Colorado Department of Correction
### Consultation Report Form

| | | Page 1 of 1 |
|---|---|---|
| **Appt#: 184679** | | **Run Date:** 03/24/2014 07:51 |
| | | **REQUESTED** |

| | | | |
|---|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 03/24/2014 |
| **Gender:** MALE | **Security:** CLOSE | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** FAUVEL, MAURICE , DO | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION:

Subjective: Active Medication(s):

IM WC-bound; needs repair.

Objective: L front wheel falling apart.

Assessment:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 03/24/2014  07:51 |
|---|---|---|
| **Provider Name:** | FAUVEL, MAURICE , DO | mzfauvel |

Please do not discuss dates of the follow-up appointments with the offender.      .
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

**Col___do Department of Correcti___**

**Consultation Report Form**

Page 1 of 1

Run Date: 01/29/2014 13:04

**Appt#: 182387**

*REQUESTED*

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 01/29/2014 |
| **Gender:** MALE | **Security:** CLOSE | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** FAUVEL, MAURICE , DO | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

1. CLINICAL INFORMATION:  Wheelchair needs heel loops and new cushion; IM is paraplegic.

64 y/o paraplegic male presents for f/up

Also c/o feet slipping off WC foot plates and needing new cushionfor WC.

Objective: IM looks somewhat ragged; long hair and dissheveled clothing.
Affect: Not usual abrasive self today;  calm speech.
Gen: A&Ox3, NAD, Obese.

Legs: flacid legs; IM has R lower leg strapped to footrest frame. no edema

Assessment:

99213 - OFFICE/OUTPATIENT VISIT EST

| ICD | CPT | |
|---|---|---|
| | 99213 | OFFICE/OUTPATIENT VISIT EST |
| | | |
| | | |

| | | | |
|---|---|---|---|
| **Provider Signature:** | *Electronically Signed* | **Date:** 01/29/2014  13:04 |
| **Provider Name:** | FAUVEL, MAURICE , DO | mzfauvel |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

| 47702 | MOORE, LEWIS R | | Facility: SF  LU: SCF/UNIT02 | B | 1 | 108 | 1B |
|---|---|---|---|---|---|---|---|

**SUBJECTIVE**
Active Medication(s):

| Temperature: | | Pulse: | | Weight: |
|---|---|---|---|---|
| Respiratory: | | BP: | / | |

**PLANS / ORDERS**
Allergies: PENICILLIN G/PENCILLIN G

kite prn

Outside Consultation#: 223658 - Level: 1 MONTH - Request: DME - Location: STERLING

Received email communication from Ms Ramirez

**OBJECTIVE**
CR-will submit to CHP for cushion

**ASSESSMENT**
ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| Datetime: | Providers: | KAUTZ, TRISHA N |
|---|---|---|
| 09/16/2016 10:46 | | |

**PA/NP/RD**
Datetime: 09/16/2016 10:46

**PHYSICIAN**
Provider: KAUTZ, TRISHA N

**NURSE**
DateTime

## DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

| 47702 | MOORE, LEWIS R | Facility: SF | LU: SCF/UNIT02 | B | 1 | 108 | 1B |
|---|---|---|---|---|---|---|---|

**SUBJECTIVE**
Active Medication(s):

Offender kiting for medical supplies
**OBJECTIVE**
CR_Offender informed via kite ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ You have a seat cushion. You are scheduled for an appointment"

**ASSESSMENT**
ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| Temperature: | | Pulse: | | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | | BP: | / | | |

**PLANS / ORDERS**
Allergies: PENICILLIN G/PENICILLIN G

kite prn

| Datetime: | Providers: | KAUTZ, TRISHA N |
|---|---|---|
| 08/24/2016 07:20 | | |

**PA/NP/RD** _____
Datetime: 08/24/2016 07:20

**PHYSICIAN** _____
Provider: KAUTZ, TRISHA N

**NURSE** _____
DateTime 1100  8/24/16

# DEPARTMENT OF CORRECTION
## AMBULATORY HEALTH RECORD

| 47702 | MOORE, LEWIS R | Facility: SF | LU: SCF/UNIT02 | B | 1 | 108 | 1B |
|---|---|---|---|---|---|---|---|

**SUBJECTIVE**

Active Medication(s):

Received email from Ms Ramirez for w/ c repair

**OBJECTIVE**

CR-consult submitted

**ASSESSMENT**

ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| Temperature: | | Pulse: | | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | | BP: | / | | |

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENICILLIN G

kite prn

Outside Consultation#: 220521 - Level: 1 MONTH - Request:
WHEELCHAIR MGT - Location: STERLING

Datetime: 07/12/2016 10:48

Providers: KAUTZ, TRISHA N

PA/NP/RD
Datetime: 07/12/2016 10:48

PHYSICIAN _____
Provider: KAUTZ, TRISHA N

NURSE _____
DateTime _____

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

| 47702 | MOORE, LEWIS R | Facility: | SF | LU: | SCF/UNIT02 | B | 1 | 108 | 1B |
|-------|----------------|-----------|----|----|------------|---|---|-----|----|

**SUBJECTIVE**
Active Medication(s):

Offender is requestin w/c cushion

**OBJECTIVE**
CR-will submit consult

**ASSESSMENT**
ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| Temperature: | | Pulse: | | Weight: | |
|---|---|---|---|---|---|
| Respiratory: | | BP: | / | | |

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENCILLIN G

kite prn

Outside Consultation#: 218469 - Level: 1 MONTH - Request: DME - Location: STERLING

| Datetime: | Providers: | KAUTZ, TRISHA N |
|---|---|---|
| 05/24/2016 10:15 | | |

**PA/NP/RD** _____  **PHYSICIAN** _____  **NURSE** _____
Datetime: 05/24/2016 10:15   **Provider:** KAUTZ, TRISHA N   **DateTime**

**ADMINISTRATIVE**
Page 1 of 1

# DEPARTMENT OF CORRECTIONS
## AMBULATORY HEALTH RECORD

Printed By: KAUTZ, TRISHA N
Printed at: 02/17/2016 14:48:52
Encounter#: 4251953 @ SF

| 47702 | MOORE, LEWIS R | Facility: SF | LU: SCF/UNIT02 | B | 1 | 108 | 1B |

**SUBJECTIVE**
Active Medication(s):

Moore  47702  one armrest has broken off.  Also, need brakes tightened.

**OBJECTIVE**
CR-will submit

**ASSESSMENT**
ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

Temperature:    Pulse:    Weight:
Respiratory:    BP: /

**PLANS / ORDERS**
Allergies: PENICILLIN G/PENICILLIN G

kite prn

Outside Consultation#: 214301 - Level: 1 MONTH - Request: WHEELCHAIR MGT - Location: STERLING

Datetime: 02/17/2016 14:38    Providers: KAUTZ, TRISHA N

**PA/NP/RD** _____
Datetime: 02/17/2016 14:38

**PHYSICIAN** _____
Provider: KAUTZ, TRISHA N

**NURSE** _____
DateTime 2-17-16 @ 1900

**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

APPOINTMENT
Page 1 of 1

Printed By: MOONWELCH, INDIZO S
Printed at: 09/15/2015 13:50:17
Encounter#: 4101535 @ SF

| 47702 | MOORE, LEWIS R | Facility: | SF | LU: SCF/UNIT02 | B | 1 | 108 | 1B |

**SUBJECTIVE**
Active Medication(s):

**OBJECTIVE**
Offender came into and out of clinic by wheelchair with out incident.

Offender requested new wc gloves and OCA gloves - will email appropriet contact.

DME check on clients WC feet. NO destruction or alteration noted. Appointment DME check made for one year.

**ASSESSMENT**

CPT/Services Codes:
99212 - OFFICE/OUTPATIENT VISIT EST

| Temperature: | 97.8 | Pulse: | 81 | Weight: | |
| Respiratory: | 20 | BP: | 122 / 78 | |

Vitals Taken: PULSE OXSYM=96;

**PLANS / ORDERS**

Allergies: PENICILLIN G/PENCILLIN G; PENICILLN VK/PENICILLIN V POTASSIUM TA

Offender given 7 large bandaids, 7 packs ABX ointment with care instructions

s/s to report back to medical

DME appointment made for one year out.

Chart given to provider for review.

| Datetime: | Providers: | MOONWELCH, INDIZO |
| 09/15/2015 13:41 | | |

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 09/15/2015 13:41    Provider: MOONWELCH, INDIZO    DateTime 09/15/15

AR Form 700-34A (09/15/12)

## COLORADO DEPARTMENT OF CORRECTIONS

### Health Care Appliance (HCA) Contract

| Moore   Lewis | 47702 | ScF |
|---|---|---|
| **Name** | **DOC #** | **Facility** |

I am being issued: _____  Comfort Company   18×18
                    Equipment type        Product / Model      Size

___E2607_____    _____
Serial/ID #              Model #      on this date   01 / 30 / 2015 .

(Permanent Issue)      Temporary Issue      Return date for temporary Issue _____

I understand that I share in the responsibility to keep the health care appliance listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this health care appliance. If I allow others to use this equipment, my use of the health care appliance may be limited, restricted, or removed.

I understand that I must report any issues concerning the repair of this health care appliance to Clinical Services through the request for sick call system. CDOC is responsible to repair or replace the equipment within 60 days of receipt of my sick call request indicating there is a problem with the equipment.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this equipment, I will be responsible for the replacement cost of the equipment. In this event, I may request replacement of the same equipment at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this health care appliance, I will face COPD charges for "Misuse of Clinical Services," II(33), and "Damage to Property," II(2).

I understand that if I use this health care appliance inappropriately and my inappropriate use of such equipment results in a COPD violation, my use of the assigned health care appliance may be limited, restricted, or removed.

_____           _____  1-30-15
Offender Signature                          DOC Employee/Contract Worker Signature and Date

Original:   Medical File
   cc:      Facility Property Officer
            Offender
            HQ CLS ADA Scheduler         Fax# 719-226-4565

Attachment "A"
Page 1 of 1

Durable Medical Equipment

*Returned broken foot rests x 2*

Sec 4DME CONTRACT

## COLORADO DEPARTMENT OF CORRECTIONS

### Durable Medical Equipment (DME) Contract

Moore, Lewis _____   47702 _____   SCF _____
Name                              DOC #                       Facility

I am being issued: Wheel chair foot rests x 2  STYLUS  Chinese
                                    Equipment type        Product / Model          Size

_____   _____   on this date  9/30/14
Serial/ID #                   Model #

I understand that I share in the responsibility to keep the durable medical equipment listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this durable medical equipment. If I allow others to use this equipment, my use of the durable medical equipment may be limited, restricted or removed.

I understand that I must report any issues concerning the repair of this durable medical equipment to Clinical Services staff through the kite system. DOC is responsible to repair or replace the equipment within 60 days of receipt of my kite indicating there is a problem with the equipment.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this equipment, I will be responsible for the replacement cost of the equipment. In this event, I may request replacement of the same equipment at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this durable medical equipment, I will face COPD charges for abuse of clinical services, and destruction of state property.

I understand that if I use this durable medical equipment inappropriately and my inappropriate use of such equipment results in a COPD violation, my use of the assigned durable medical equipment may be limited, restricted or removed.

x  L P Moore _____        C Oberstar RN # 9/30/14
      Offender signature                    Staff signature & date

Original in Medical File
      cc:       Facility Property Officer
                HQ CLS ADA Scheduler          Fax# 719-226-4565
                CLS Medical Case Manager      Fax # 719-269-4075 or 719-269-4072

May 2009

AR Form 700-34A (09/15/12)

## COLORADO DEPARTMENT OF CORRECTIONS

### Health Care Appliance (HCA) Contract

MOORE, LEWIS                    47702                    SCF
_____    _____    _____
**Name**                          **DOC #**              **Facility**

I am being issued: W/C SEAT CUSHION        E2607            16×8
                   _____   _____   _____
                   Equipment type        Product / Model      Size

_____   _____
Serial/ID #                  Model #         on this date  _____.

(Permanent Issue)        Temporary Issue      Return date for temporary Issue  _____

I understand that I share in the responsibility to keep the health care appliance listed above in good working order by using it only for its intended purpose.

I will not allow other offenders to use this health care appliance. If I allow others to use this equipment, my use of the health care appliance may be limited, restricted, or removed.

I understand that I must report any issues concerning the repair of this health care appliance to Clinical Services through the request for sick call system. CDOC is responsible to repair or replace the equipment within 60 days of receipt of my sick call request indicating there is a problem with the equipment.

I understand that, if the preponderance of the evidence shows that I altered, cut on, damaged, or destroyed this equipment, I will be responsible for the replacement cost of the equipment. In this event, I may request replacement of the same equipment at my own cost. Arrangements for payment will need to be made in advance. If I am unable to pay the cost of replacement, that cost will be charged to my inmate account.

I understand that if I misuse, alter, cut on, or otherwise damage or destroy this health care appliance, I will face COPD charges for "Misuse of Clinical Services," II(33), and "Damage to Property," II(2).

I understand that if I use this health care appliance inappropriately and my inappropriate use of such equipment results in a COPD violation, my use of the assigned health care appliance may be limited, restricted, or removed.

_____          _____  5-23-14
Offender Signature                         DOC Employee/Contract Worker Signature and Date

Original:   Medical File
cc:   Facility Property Officer
      Offender
      HQ CLS ADA Scheduler        Fax# 719-226-4565

Attachment "A"
Page 1 of 1

## WHEELCHAIR MAINTENANCE APPOINTMENT CHECKLIST

**A: Offender Information:**   ADA ☐   Non-ADA ☐   Facility wheelchair ☐

Name: _Moore , Lewis_   DOC #: _47702_   Date of Clinic: _6-10-16_

Offender Weight: _____   Facility: _SCF_   Wheelchair: _Invacare_

Model #: _Topaz_   Serial Number: _____   Isssued: _____

Dimensions: ____ width x ____ depth. Load rate of w/c: _____ lbs.  Notes: _____

Engraved / Identified as:   **CDOC Prop** ☐;   **Offender Prop** ☐;   **Not Engraved** ☐

---

**B: Wheelchair Condition: (check appropriately)**

Excellent (nearly new) _____; Good Shape (slightly worn) _____; Poor (needs repair) _____;
Wheelchair requires parts or equipment modifications: _____; Needs Replacement _____.

This wheelchair is the subject of normal use and wear: _____.
This wheelchair may be subject of abuse under the care of offender: _____.
This wheelchair has been abused by offender and repairs subject to restitution: _____. See Notes Below.

---

**C: Wheelchair Fit**

_____ - Appropriate fit (no adjustments or modifications necessary)
_____ - Current size not appropriate; Recommendations: _____ width x _____ depth.

---

**D: Repairs and Adjustments:  Time In:** _____  **Time Out:** _____

Wheels: _____  Front casters: _____  Tires: _____  Brakes: _____  Foot/Leg Rest: _____  Frame: _____

Arm Rest: _____  Upholstery: _____  Seat: _____  Back: _____  Other: _____

**Notes:**

X/60411 00 267

2 @ K0108 - Arm Pads
1 @ K0739 Labor

Replaced
Completed

47702- 218469
1 @ K0739
eval for Cushion

Cushion ok
Needs velcro

Needs Velcro!

2 Heel Loops
Needs Foot Rest spring
Right Side

_Doug Tateau_  6-10-16
Vendor (Rapid Medical)            Date

_Madeline Ramirez AA_   6-10-16
(Print) Staff Name/Title            Date

☐ Wheelchair Evaluation

☐ Powerchair Evaluation

## WHEELCHAIR MAINTENANCE APPOINTMENT CHECKLIST

**A: Offender Information:** (ADA ☐)   Non-ADA ☐   Facility wheelchair ☐

Name: _MOORE, LEWIS_   DOC #: _47702_   Date of Clinic: _4-8-16_

Offender Weight: _____   Facility: _SCF_   Wheelchair: _____

Model #: _____   Serial Number: _____   Isssued: _____

Dimensions: ____width x ____depth. Load rate of w/c: _____ lbs.  Notes: _____

Engraved / Identified as:   **CDOC Prop** ☐;   **Offender Prop** ☐;   **Not Engraved** ☐

---

**B: Wheelchair Condition: (check appropriately)**

Excellent (nearly new) _____; Good Shape (slightly worn) _____; Poor (needs repair) _____;
Wheelchair requires parts or equipment modifications: _____; Needs Replacement _____.

This wheelchair is the subject of normal use and wear: _____.
This wheelchair may be subject of abuse under the care of offender: _____.
This wheelchair has been abused by offender and repairs subject to restitution: _____. See Notes Below.

---

**C: Wheelchair Fit**

_____ - Appropriate fit (no adjustments or modifications necessary)
_____ - Current size not appropriate; Recommendations: _____ width x _____ depth.

---

**D: Repairs and Adjustments:  Time In:** _____.  **Time Out:** _____

Wheels: _____ Front casters: _____ Tires: _____ Brakes: _____ Foot/Leg Rest: _____ Frame: _____

Arm Rest: _____ Upholstery: _____ Seat: _____ Back: _____ Other: _____

**Notes:**

- 1 @ K0739

  Arm Rest Issue

16 = = measure for Arm Pads
2 ea foam PADS

AOJ brakes

Vendor (Rapid Medical) _Doug Tatreau_   Date _4/8/16_

(Print) Staff Name/Title _Madeline Ramirez AA_   Date _4-8-16_

☐ Wheelchair Evaluation

# Colorado Department of Corrections
## Consultation Report Form

**Appt#: 214301**

*REQUESTED*

| | | |
|---|---|---|
| **DOC #:** 47702 | **Name:** MOORE, LEWIS R | **Facility:** SCF/UNIT02 | **Date Initiated:** 02/17/2016 |
| **Gender:** MALE | **Security:** MEDIUM | **SSN:** | **DOB:** |
| **Level:** 1 MONTH | **Tele-Med:** NO | **Provider:** KAUTZ, TRISHA N , NP | **SDD:** 12/31/8888 |
| **Request:** WHEELCHAIR MGT | **Auth #:** | **Number of Visits:** 1 | **PED:** 12/14/1999 |
| **Location:** STERLING | **Appt Dt:** | **Specialist:** | **DH #:** |

**Diagnosis and requested evaluation or care:**

Moore  47702  one armrest has broken off.  Also, need brakes tightened.
Requesting repair

1. PURPOSE OF REQUEST:
2. SUPPORTING DOCUMENTATION, PROGRESS OR SPECIALISTS NOTS, DIAGNOSTIC TESTS, ATTACHED OR FAXED:
3. PHYSICAL/FUNCTIONAL EXAM PERTINENTTO REQUEST:
4. PRIOR CONSERVATIVE MANAGEMENT:
5. MRD:
6. EFFECT ON ADLS WHEN INDICATED:
7. REVIEW OF MILLIMAN CARE GUIDELINES MET:
8. PATIENT COMPLIANCE HISTORY WITH TREATMENT PLAN; EXCELLENT, GOOD, POOR:

Subjective: Active Medication(s):

Moore  47702  one armrest has broken off.  Also, need brakes tightened.

Objective: CR-will submit

Assessment: ICD/Problem Codes:
V68.89 - ENCOUNTERS OTH SPEC ADMIN PRPOS OTH

CPT/Services Codes:
88325 - COMPREHENSIVE REVIEW OF DATA

| ICD | | CPT | |
|---|---|---|---|
| V68.89 | ENCOUNTERS OTH SPEC ADMIN PRPOS OTH | 88325 | COMPREHENSIVE REVIEW OF DATA |
| | | | |
| | | | |

| **Provider Signature:** | *Electronically Signed* | **Date:** 02/17/2016  14:48 |
|---|---|---|
| Provider Name: | KAUTZ, TRISHA N , NP | tnkautz |

Please do not discuss dates of the follow-up appointments with the offender.
Insurance:  Correctional Health Partners  Phone: (866) 362-1374  FAX: (866) 362-1375
Please send all dictated reports to: Clinical Services - Dept of Corrections - 2862 S. Circle  Colorado Springs, CO 80906
Or FAX to your Scheduler @ 719-226-4500