

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

## STATE OF COLORADO
### DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

**STATE SERVICES BUILDING**
1525 Sherman Street - 5th Floor
Denver, Colorado 80203
Phone (303) 866-4500

September 13, 2006

L.R. Moore, #47702
Colorado State Penitentiary
P.O. Box 777
Canon City, CO 81215-0777

RE:  *Montez v. Owens*, 92-CV-870 EWN-OES, Consolidated (for all purposes with Civil Action No. 96-CV-343), Claim #03-030

Dear Mr. Moore:

In order to process payment of the monetary amount awarded by the Special Master the state requires that you complete a W-9 form with your social security number, address and signature.  According to Department of Corrections' records, you were born in Oakland, California, and are therefore a United States citizen, not a nonresident alien from Bodega Bay, Dorian Province, Republic of Panama as indicated on the W-9 you previously completed.  In response to your letters regarding the taxing of the award, the award is not being taxed.

Please take the time to complete the W-9 form in its entirety.  If you need assistance completing the W-9, instructions have been included with the form.  Feel free to make a copy of the W-9 for your records.  Please return the original, completed W-9 to the Attorney General's Office as soon as possible so that we may process your award.

Sincerely,

FOR THE ATTORNEY GENERAL

DARLENE S. HILL
Legal Assistant
Corrections unit
(303) 866-4168
(303) 866-5443  (FAX)

Enclosures
cc:     Cathie Holst
        file



EXHIBIT A-3