**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2016

JEFFREY P. COLWELL
CLERK

December 3, 2016

TO: UNITED STATES DISTRICT COURT / Judge Michael E. Hegarty/ any & all civil attorneys representing plaintiffs in following matters now being heard in this Honorable Court:

RE: Martinez, Daniel John, inmate #00001301 for Civil Action No. 92-CV-00870-CMA-MEH

To whom & all concerned in my behalf,

I, Daniel Martinez have signed a "Release of Information" document to be forwarded to the Office of the Clerk; UNITED STATES DISTRICT COURT; ALFRED A. ARRAJ COURTHOUSE as I wish to add the charges of theft, embezzlement, Racketeering and Conspiracy to wrongfully allocate GOVERNMENT DISTRIBUTED & IMBURSEMENT OF FUNDS, all being conducted illegally & unlawfully by MESA COUNTY DETENTION FACILITY & its Medical Department & staff, in regards to complainant's herein, Social Security benefits and payments in the past, in furtherance and continuance to the present. Along with this letter, I will be in addition supplying an "Attachment 'A'" being a letter of notice addressed to this complainant of which the Medical Staff opened, read, and placed a 'sticky-note' upon, asking me to contact social services. The forwarded information requested to be sent by complainant should show that Mesa County Detention

2 of 3

Facility knowing and willingly has continued to over-charge & double-charge monthly for the visits, non-visits and medication(s) prescribed to Daniel Martinez. They have deducted $121.00 at least once from issued check(s) as they have continued to steal $36.00 more than once a month for the same administrations of medications. Complainant has requested from Administrative staff to provide and produce explanations, cause & justifications as to the purpose and legality of said conduct to no avail. (see... Electronic Inmate 'kite' #003243479).

(1) Jail has not provided a receipt for $121 for Oct., Nov., or Dec. 2016.

(2) I have not been made aware as to the whereabouts of $2,568.00 from three different imbursements from SSI

(3) I have been being taxed on food items from commissary which taxes continuously vary.- week to week

(4) I am missing approximately $880.78 from my account from dates Sept. 1, 2016 to present.

I DON'T UNDERSTAND

Thank you

1 of 3.

Dec 3, 2016

I, Walter H. Martin EL, have been assisting Daniel Martinez in reading and writing letters of which he is deaf & not competent to communicate. I am a witness to documented abuse(s) and am also a victim of samo said charges herein & wish to be added to law suit against Mesa County & its Detention Facility. As we also are charged & taxed for "Indigent Packs."

Walter H. Martin #00002889

S... "Attachment 'B'"

**CERTIFIED MAIL**

7015 1730 0002 1997 8550

Daniel Martinez
Mesa Co. Det. Facility
P.O. Box 20,000-5017
Grand Junction, Co.
81502

c/o
Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901-19th St. Room A105
Denver, CO 80294-3589

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19th St, Room A105
Denver, Co. 80294-3589

9590 9402 1645 6053 9670 88

2. Article Number (Transfer from service label)

7015 1730 0002 1997 8550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt