# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

Office of Central
1500 Woodlawn D
Baltimore, Maryl
Date: October 26
Claim Number:

*Handwritten note:* $121.00 dollars will be deducted From your Check. Your benEFiT Amount was $977.00 Monthly but will be Reduced your benEFit to $856.00 Contact Social Services to SEE IF they Will Pay your Medicare.

DANIEL G MARTINEZ
PO BOX 20000
C/O DANIEL MARTINEZ
GRAND JUNCTION CO 81502-5001

We are writing to you about your Social Security be_____

## What You Should Know

The State of Colorado will no longer pay your Medicare Part B (medical insurance) premiums after October 2016. You must pay the premiums starting November 2016.

## What We Will Pay And When

- You will receive $856.00 for October 2016 around November 3, 2016.

- After that you will receive $856.00 on or about the third of each month.

## Information About Medicare

We deduct Medicare medical insurance (Part B) premiums 1 month in advance.

## To Cancel This Insurance

If you want to cancel your Medicare Part A (hospital insurance) or Part B (medical insurance), please contact us. If you cancel your insurance, the date your coverage stops depends on when you cancel it:

- If you cancel it within 30 days from the date of this letter, your coverage stops when the State stops paying your premiums.
- If you cancel it after 30 days but within 6 months from the date of this letter, your coverage stops at the end of the month in which you ask us to cancel it.
- If you cancel it after 6 months from the date of this letter, your coverage stops at the end of the next month after you contact us.

C                    See Next Page

### If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

If you have any questions about the State Medicaid Program, please contact your State public assistance office.

If you have any questions about Medicare you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-931-7120. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

                    SOCIAL SECURITY
                    825 NORTH CREST DRIVE
                    GRAND JUNCTION, CO 81506

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HA                                                    Page   3 of   3

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly.

*Social Security Administration*