MCDF-PINY-46-A

*** Page 1 of 2 ***

*** Copy ***     **Trinity Services Group, Inc.**     *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name          : MARTINEZ, DANIEL JOHN
Account #     : 170465                    Bal Before Order: $1,346.06
                                          Bal After Order:  $1,193.98
Order Slip #  : 123    - GJTR0031         Date: `12/01/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 20 | BEEF RAMEN NOODLES | 19.00 | ____ |
| P2 | 5439 | 5 | DANISH CHERRY | 7.95 | ____ |
| P2 | 4005 | 20 | COCOA | 8.80 | ____ |
| P3 | 5408 | 5 | APPLE PIE | 6.95 | ____ |
| P4 | 2152 | 2 | PLAIN M&M VEND | 2.78 | ____ |
| P5 | 6019 | 1 | PEN | 0.50 | ____ |
| P5 | 1912 | 2 | ANTACID TABS ROLL 8 CT | 2.70 | ____ |
| P6 | 1703 | 3 | SHAVING CREAM TUBE | 0.69 | ____ |
| P8 | 1403 | 1 | MENNEN SPEED STICK | 3.49 | ____ |
| P8 | 6014 | 4 | STAMP FOREVER - SINGLE | 1.88 | ____ |
| P9 | 2207 | 4 | DROPS BUTTERSCOTCH | 5.56 | ____ |
| P9 | 5769 | 1 | REFRIED BEANS | 3.19 | ____ |
| P9 | 5605 | 4 | CHEDDAR CHEESE TUBE 1z | 3.56 | ____ |
| P9 | 6007 | 4 | PLAIN ENVELOPE | 0.56 | ____ |
| P10 | 5400 | 5 | TEXAS CINNAMON ROLL | 6.25 | ____ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ____ |
| P10 | 1203 | 2 | IRISH SPRING | 2.58 | ____ |
| P10 | 6018 | 1 | GOLF PENCIL | 0.18 | ____ |
| P10 | 1323 | 1 | SUAVE SHAMPOO | 2.99 | ____ |
| P11 | 6001 | 1 | LEGAL PAD | 1.69 | ____ |
| P11 | 6023 | 1 | COLORED PENCILS-Sargent | 3.30 | ____ |
| P11 | 5047 | 2 | COMBOS-PIZZA | 2.30 | ____ |
| ZZZ | 7002 | 60 | Tablet Transfer | 60.00 | ____ |

*miss*

*24.80*



"Attachment 'B'"

*** Continued on next page

## MCDF-PINY-46-A

*** Page 1 of 1 ***

*** Copy ***  **Trinity Services Group, Inc.**  *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name        : MARTINEZ, DANIEL JOHN
Account #   : 170465                Bal Before Order: - $3,866.68
                                    Bal After Order:  $3,620.84
Order Slip # : 194   - GJTR0011          Date: 09/08/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 20 | BEEF RAMEN NOODLES | 19.00 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P3 | 2209 | 2 | Max Sour Fruit Balls | 2.78 | ____ |
| P4 | 5101 | 2 | SWEET & SALTY MIX | 1.98 | ____ |
| P4 | 1527 | 1 | Sensitive Toothpaste 6z | 5.99 | ____ |
| P5 | 1912 | 1 | ANTACID TABS ROLL 8 CT | 1.35 | ____ |
| P6 | 1920 | 1 | ACNE LOTION | 3.05 | ____ |
| P8 | 1403 | 2 | MENNEN SPEED STICK | 6.98 | ____ |
| P8 | 5406 | 8 | NUTTY BARS | 8.72 | ____ |
| P9 | 5172 | 2 | JALAPENO PRETZEL BITS | 2.18 | ____ |
| P10 | 5527 | 4 | WHITE CHEDAR POPCORN | 5.00 | ____ |
| P10 | 5643 | 1 | SAUCE HOT | 1.99 | ____ |
| P10 | 5648 | 4 | BEEF & CHEESE STICKS | 4.76 | ____ |
| P11 | 5047 | 4 | COMBOS-PIZZA | 4.60 | ____ |
| ZZZ | 7001 | 20 | $1.00 Phone Transfer | 20.00 | ____ |
| ZZZ | 7002 | 150 | Tablet Transfer | 150.00 | ____ |

Total Qty: 232          Sub Total: $242.78
                        Tax: $3.06
I have checked and received this order with
any and all credits/shortages as indicated    Total: $245.84
herein.

Signed _____     Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

A11785    7001 7002
A12054    7002
A12391    1403 1527 1912 1920 2209 4005 4422 4450 4453
          4454 5047 5101 5172 5406 5527 5643 5648 5720
A12392    7002
A12396    7001

9-8-16
9-10-16

**MCDF-PINY-46-A**

*** Page 1 of 2 ***

*** Copy ***     **Trinity Services Group, Inc.**     *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name     : **MARTINEZ, DANIEL JOHN**
Account #    : **170465**      Bal Before Order:   $3,317.96
                          Bal After Order:   $3,078.25

Order Slip #   :   214    - GJTR0013      Date:   09/22/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 20 | BEEF RAMEN NOODLES | 19.00 | ____ |
| P1 | 5723 | 10 | VEGGIE RAMEN SPICY | 9.50 | ____ |
| P2 | 5439 | 1 | DANISH CHERRY | 1.59 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P3 | 5304 | 3 | GRANDMAS CHOC CHIP COOKIE | 3.30 | ____ |
| P3 | 5585 | 1 | HOT REFRIED BEANS | 2.99 | ____ |
| P4 | 5313 | 2 | CHOC CHIP COOKIES | 2.97 | ____ |
| P5 | 5174 | 1 | SOUR CREAM & ONION | 1.09 | ____ |
| P5 | 6019 | 1 | PEN | 0.50 | ____ |
| P5 | 5438 | 3 | HONEY BUN | 3.87 | ____ |
| P6 | 1703 | 1 | SHAVING CREAM TUBE | 0.23 | ____ |
| P8 | 5406 | 4 | NUTTY BARS | 4.36 | ____ |
| P9 | 5172 | 2 | JALAPENO PRETZEL BITS | 2.18 | ____ |
| P9 | 2207 | 2 | DROPS BUTTERSCOTCH | 2.78 | ____ |
| P10 | 5527 | 4 | WHITE CHEDAR POPCORN | 5.00 | ____ |
| P10 | 5301 | 2 | CHOC. FUDGE BROWNIE COOKIE | 2.20 | ____ |
| P11 | 5536 | 5 | EASY MAC | 6.95 | ____ |
| P11 | 6001 | 1 | LEGAL PAD | 1.69 | ____ |
| P11 | 2003 | 2 | PEANUT M&M VEND | 2.78 | ____ |
| P11 | 5047 | 4 | COMBOS-PIZZA | 4.60 | ____ |
| P11 | 4002 | 2 | COFFEE SINGLE NESCAFE | 0.88 | ____ |
| ZZZ | 7001 | 5 | $1.00 Phone Transfer | 5.00 | ____ |
| ZZZ | 7002 | 150 | Tablet Transfer | 150.00 | ____ |

*** Continued on next page

MCDF-PINY-46-A

**Trinity Services Group, Inc.**
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

*$13.52*

| Name | : MARTINEZ, DANIEL JOHN |
| Account # | : 170465 |

Bal Before Order: $3,064.63
Bal After Order: $2,878.37

Order Slip # : 203  - GJTR0014       Date: 09/29/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 15 | BEEF RAMEN NOODLES | 14.25 | ____ |
| P2 | 1911 | 2 | COUGH DROPS | 3.98 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P2 | 5382 | 2 | JALAPENO PEPPERS | 2.20 | ____ |
| P3 | 2159 | 2 | HERSHEY ALMOND LARGE | 3.38 | ____ |
| P3 | 5585 | 1 | HOT REFRIED BEANS | 2.99 | ____ |
| P4 | 2152 | 2 | PLAIN M&M VEND | 2.78 | ____ |
| P4 | 5628 | 4 | TUBE CHEESE JALAPENO | 3.56 | ____ |
| P8 | 1403 | 1 | MENNEN SPEED STICK | 3.49 | ____ |
| P8 | 5406 | 8 | NUTTY BARS | 8.72 | ____ |
| P8 | 6314 | 1 | HEADPHONE(EARBUDS) | 4.99 | ____ |
| P9 | 2207 | 2 | DROPS BUTTERSCOTCH | 2.78 | ____ |
| P10 | 1323 | 1 | SUAVE SHAMPOO | 2.99 | ____ |
| P10 | 5648 | 2 | BEEF & CHEESE STICKS | 2.38 | ____ |
| P11 | 5536 | 10 | EASY MAC | 13.90 | ____ |
| P11 | 5047 | 4 | COMBOS-PIZZA | 4.60 | ____ |
| P11 | 4002 | 4 | COFFEE SINGLE NESCAFE | 1.76 | ____ |
| ZZZ | 7002 | 100 | Tablet Transfer | 100.00 | ____ |

Total Qty: 171

| | |
|---|---|
| Sub Total: | $183.15 |
| Tax: | $3.11 |
| Total: | $186.26 |

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed _____       Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

```
A15988    7002
BA702     1323 1403 1911 2152 2159 2207 4002 4005 4422
          4450 4453 4454 5047 5382 5406 5536 5585 5628
          5648 5720 6314 7002
```

(4)

**MCDF-PINY-46-A**

*** Page 1 of 1 ***

**Trinity Services Group, Inc.**
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name         : MARTINEZ, DANIEL JOHN
Account #    : 170465                    Bal Before Order:  $2,867.57
                                         Bal After Order:   $2,756.83
Order Slip # : 154    - GJTR0015         Date: 10/05/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 10 | BEEF RAMEN NOODLES | 9.50 | ____ |
| P2 | 1911 | 2 | COUGH DROPS | 3.98 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P3 | 5714 | 10 | CHICKEN RAMEN NOODLES | 9.50 | ____ |
| P3 | 2212 | 2 | ROOT BEER BARRELS | 2.78 | ____ |
| P3 | 1938 | 4 | SINUS DECONGESTANT | 1.64 | ____ |
| P3 | 5304 | 4 | GRANDMAS CHOC CHIP COOKIE | 4.40 | ____ |
| P4 | 2152 | 2 | PLAIN M&M VEND | 2.78 | ____ |
| P4 | 5628 | 3 | TUBE CHEESE JALAPENO | 2.67 | ____ |
| P4 | 5002 | 2 | CHIPS - BBQ | 2.18 | ____ |
| P8 | 5406 | 4 | NUTTY BARS | 4.36 | ____ |
| P8 | 2168 | 2 | 3 MUSKETEERS VEND | 2.78 | ____ |
| P9 | 2207 | 2 | DROPS BUTTERSCOTCH | 2.78 | ____ |
| P10 | 5527 | 2 | WHITE CHEDAR POPCORN | 2.50 | ____ |
| P10 | 5648 | 2 | BEEF & CHEESE STICKS | 2.38 | ____ |
| ZZZ | 7002 | 50 | Tablet Transfer | 50.00 | ____ |

Total Qty:  111                    Sub Total:  $108.63

I have checked and received this order with      Tax:  $2.11
any and all credits/shortages as indicated
herein.                                          Total:  $110.74

Signed _____          Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

A16959    7002
J96       1911 1938 2152 2168 2207 2212 4005 4422 4453
          4454 5002 5304 5406 5527 5628 5648 5714 5720

*2nd Sen. Service.*

*9/8/16*

*5*

## MCDF-PINY-46-A

*** Page 1 of 1 ***

*** Copy ***   **Trinity Services Group, Inc.**   *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

$105.75

| | |
|---|---|
| Name | : MARTINEZ, DANIEL JOHN |
| Account # | : 170465 |

Bal Before Order: $2,651.08
Bal After Order: $2,489.73

Order Slip # : 210   GJTR0017   Date: 10/13/2016

| Zn | Item | Qty | Description | Cost | Short |
|---|---|---|---|---|---|
| P1 | 5720 | 10 | BEEF RAMEN NOODLES | 9.50 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P3 | 5714 | 10 | CHICKEN RAMEN NOODLES | 9.50 | ____ |
| P3 | 2212 | 2 | ROOT BEER BARRELS | 2.78 | ____ |
| P4 | 2152 | 2 | PLAIN M&M VEND | 2.78 | ____ |
| P4 | 6301 | 1 | PLAYING CARDS | 2.49 | ____ |
| P5 | 5438 | 4 | HONEY BUN | 5.16 | ____ |
| P6 | 1703 | 1 | SHAVING CREAM TUBE | 0.23 | ____ |
| P9 | 2207 | 2 | DROPS BUTTERSCOTCH | 2.78 | ____ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ____ |
| P10 | 1323 | 2 | SUAVE SHAMPOO | 5.98 | ____ |
| P11 | 5536 | 4 | EASY MAC | 5.56 | ____ |
| P11 | 2003 | 2 | PEANUT M&M VEND | 2.78 | ____ |
| P11 | 1206 | 2 | DIAL ANTI-BACTERIAL | 2.58 | ____ |
| ZZZ | 7002 | 100 | Tablet Transfer | 100.00 | ____ |

Total Qty: 153

Sub Total: $158.81
Tax: $2.54
Total: $161.35

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed _____   Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

| | |
|---|---|
| A17909 | 7002 |
| BA720 | 7002 |
| BA743 | 1206 1323 1703 2003 2152 2207 2212 4005 4009 |
| | 4422 4453 4454 5438 5536 5714 5720 6301 |

## MCDF-PINY-46-A

*** Page 1 of 1 ***

*** Copy ***    **Trinity Services Group, Inc.**    *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name          : **MARTINEZ, DANIEL JOHN**
Account #     : **170465**              Bal Before Order:   $2,450.63
                                        Bal After Order:   $2,215.48

Order Slip # : **212**  - GJTR0018       Date: 10/20/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 10 | BEEF RAMEN NOODLES | 9.50 | ✓ |
| P2 | 5671 | 2 | 5 OZ BEEF SAUSAGE | 7.98 | ✓ |
| P2 | 5439 | 4 | DANISH CHERRY | 6.36 | ✓ |
| P2 | 1911 | 2 | COUGH DROPS | 3.98 | ✓ |
| P2 | 5591 | 1 | SLICED PEPPERONI | 4.49 | ✓ |
| P2 | 4005 | 10 | COCOA | 4.40 | ✓ |
| P3 | 5585 | 1 | HOT REFRIED BEANS | 2.99 | ✓ |
| P4 | 2152 | 2 | PLAIN M&M VEND | 2.78 | ✓ |
| P4 | 5628 | 5 | TUBE CHEESE JALAPENO | 4.45 | ✓ |
| P5 | 5610 | 4 | DILL PICKLE | 5.96 | ✓ |
| P8 | 2204 | 1 | JOLLY RANCHER ASST | 1.69 | ✓ |
| P8 | 5436 | 4 | HOT FUDGE POP TARTS | 4.36 | ✓ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ✓ |
| P11 | 5536 | 10 | EASY MAC | 13.90 | ✓ |
| P11 | 2003 | 2 | PEANUT M&M VEND | 2.78 | |
| ZZZ | 7002 | 150 | Tablet Transfer | 150.00 | |
| ZZZ | 7001 | 5 | $1.00 Phone Transfer | 5.00 | |

Total Qty:   **214**



I have checked and received this order with
any and all credits/shortages as indicated
herein.

Sub Total:   $232.91
Tax:   $2.24
Total:   $235.15

Signed _____        Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

| | |
|---|---|
| A19153 | 7001 |
| A19282 | 7002 |
| A19658 | 7002 |
| BA793 | 7002 |
| BA794 | 1911 2003 2152 2204 4005 4009 4410 4422 4450 |
| | 4453 4454 5436 5439 5536 5585 5591 5610 5628 |
| | 5671 5720 |



MCDF-PINY-46-A

*** Page 1 of 1 ***

*** Copy *** **Trinity Services Group, Inc.** *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name : MARTINEZ, DANIEL JOHN
Account # : 170465
Order Slip # : 185 - GJTR0020

Bal Before Order: $2,211.88
Bal After Order: $2,013.41
Date: 10/27/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 20 | BEEF RAMEN NOODLES | 19.00 | ____ |
| P2 | 5439 | 4 | DANISH CHERRY | 6.36 | ____ |
| P2 | 4005 | 15 | COCOA | 6.60 | ____ |
| P3 | 5714 | 10 | CHICKEN RAMEN NOODLES | 9.50 | ____ |
| P4 | 2152 | 4 | PLAIN M&M VEND | 5.56 | ____ |
| P4 | 1685 | 1 | ZANTAC | 1.75 | ____ |
| P4 | 5732 | 1 | SPANISH RICE | 1.29 | ____ |
| P5 | 1912 | 2 | ANTACID TABS ROLL 8 CT | 2.70 | ____ |
| P8 | 1403 | 1 | MENNEN SPEED STICK | 3.49 | ____ |
| P8 | 5015 | 4 | MICROWAVE BUTTER POPCORN | 5.16 | ____ |
| P9 | 2207 | 4 | DROPS BUTTERSCOTCH | 5.56 | ____ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ____ |
| P10 | 5602 | 2 | MEAT STICK | 2.38 | ____ |
| P10 | 1203 | 2 | IRISH SPRING | 2.58 | ____ |
| P10 | 1323 | 1 | SUAVE SHAMPOO | 2.99 | ____ |
| P10 | 1315 | 1 | VO5 SHAMPOO | 2.99 | ____ |
| P10 | 5197 | 1 | SNACK CRACKERS 3 OZ SLEEVE | 0.99 | ____ |
| P10 | 5195 | 1 | SALTINE CRACKERS SLEEVE | 0.99 | ____ |
| P11 | 5536 | 10 | EASY MAC | 13.90 | ____ |
| ZZZ | 7002 | 100 | Tablet Transfer | 100.00 | ____ |

Total Qty: 185

Sub Total: $196.08
Tax: $2.39
Total: $198.47

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed Okay Fine Last Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

A20946  7002
BA852  7002
BA853  1203 1315 1323 1403 1685 1912 2152 2207 4005
       4009 4454 5015 5195 5197 5439 5536 5602 5714
       5720 5732



MCDF-PINY-46-A

*** Page 1 of 1 ***

**Trinity Services Group, Inc.**
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name        : MARTINEZ, DANIEL JOHN
Account #   : 170465            Bal Before Order:  $1,982.61
                                Bal After Order:   $1,841.03

Order Slip # : 96   - GJTR0023         Date: 11/03/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 20 | BEEF RAMEN NOODLES | 19.00 | ____ |
| P2 | 5439 | 4 | DANISH CHERRY | 6.36 | ____ |
| P2 | 4005 | 10 | COCOA | 4.40 | ____ |
| P3 | 5034 | 4 | PRETZELS | 4.36 | ____ |
| P3 | 5585 | 1 | HOT REFRIED BEANS | 2.99 | ____ |
| P4 | 2152 | 5 | PLAIN M&M VEND | 6.95 | ____ |
| P4 | 5628 | 4 | TUBE CHEESE JALAPENO | 3.56 | ____ |
| P5 | 5610 | 2 | DILL PICKLE | 2.98 | ____ |
| P8 | 2168 | 2 | 3 MUSKETEERS VEND | 2.78 | ____ |
| P9 | 5341 | 1 | LEMON COOKIES | 1.19 | ____ |
| P9 | 2217 | 1 | ATOMIC FIRE BALLS | 1.49 | ____ |
| P9 | 2207 | 4 | DROPS BUTTERSCOTCH | 5.56 | ____ |
| P9 | 1902 | 5 | ASPRIN | 1.95 | ____ |
| P10 | 6221 | 1 | BOWL WITH LID | 1.39 | ____ |
| P10 | 1203 | 1 | IRISH SPRING | 1.29 | ____ |
| P10 | 5648 | 2 | BEEF & CHEESE STICKS | 2.38 | ____ |
| P11 | 5536 | 10 | EASY MAC | 13.90 | ____ |
| P11 | 4007 | 1 | COLOMBIAN COFFEE | 4.29 | ____ |
| P11 | 5047 | 2 | COMBOS-PIZZA | 2.30 | ____ |
| ZZZ | 7002 | 50 | Tablet Transfer | 50.00 | ____ |

Total Qty:  130          Sub Total:  $139.12
                              Tax:    $2.46
                            Total:  $141.58

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed _____    Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

```
CP13    7002
CP16    4005
CP17    4422
CP18    4453 4454
CP19    2152 2168 2207 2217
CP20    4007
CP21    1203 1902 5034 5047 5341 5439 5536 5585 5610
        5628 5648 5720 6221
CP22    5034
```

**MCDF-PINY-46-A**

*** Page 1 of 1 ***

### Trinity Services Group, Inc.
### Denver Trinity/Swanson Services Corp.
### for Mesa County Sheriff's Office

$10.80

Name         : MARTINEZ, DANIEL JOHN
Account #    : 170465                    Bal Before Order:  $1,830.23
                                         Bal After Order:   $1,717.21

Order Slip # : 93    - GJTR0025          Date:  11/10/2016

| Zn | Item | | Qty | Description | Cost | Short |
|----|------|--|-----|-------------|------|-------|
| P1 | 5720 | | 10 | BEEF RAMEN NOODLES | 9.50 | ____ |
| P2 | 5439 | | 4 | DANISH CHERRY | 6.36 | ____ |
| P2 | 4005 | | 10 | COCOA | 4.40 | ____ |
| P3 | 5408 | | 2 | APPLE PIE | 2.78 | ____ |
| P4 | 2152 | | 4 | PLAIN M&M VEND | 5.56 | ____ |
| P5 | 5055 | | 1 | PLANTERS SALTED PEANUTS | 0.99 | ____ |
| P8 | 2168 | | 3 | 3 MUSKETEERS VEND | 4.17 | ____ |
| P8 | 5015 | | 2 | MICROWAVE BUTTER POPCORN | 2.58 | ____ |
| P9 | 2217 | | 1 | ATOMIC FIRE BALLS | 1.49 | ____ |
| P9 | 2207 | | 2 | DROPS BUTTERSCOTCH | 2.78 | ____ |
| P10 | 5400 | | 2 | TEXAS CINNAMON ROLL | 2.50 | ____ |
| P10 | 4009 | | 1 | 10 PACK STALLION COFFEE | 2.29 | ____ |
| P11 | 5536 | | 10 | EASY MAC | 13.90 | ____ |
| P11 | 6001 | | 1 | LEGAL PAD | 1.69 | ____ |
| ZZZ | 7002 | | 50 | Tablet Transfer | 50.00 | ____ |

Total Qty:  103

I have checked and received this order with
any and all credits/shortages as indicated
herein.

| | |
|---|---|
| Sub Total: | $110.99 |
| Tax: | $2.03 |
| Total: | $113.02 |

Signed _____        Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

```
CP26    7002
CP28    7002
CP30    7002
CP32    7002
CP34    4005 4009 4422 4450 4454
CP35    2152 2168 2207 2217
CP36    5015 5055 5400 5408 5439 5536 5720
CP37    6001
```

10

MCDF-PINY-46-A

*** Page 1 of 2 ***

*** Copy ***      **Trinity Services Group, Inc.**      *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

Name          : **MARTINEZ, DANIEL JOHN**
Account #   : **170465**                    Bal Before Order:  $1,670.41
                                            Bal After Order:   $1,525.23
Order Slip #  : 110   - GJTR0027            Date: 11/17/2016

| Zn | Item | Qty | Description | Cost | Short |
|----|------|-----|-------------|------|-------|
| P1 | 5720 | 10 | BEEF RAMEN NOODLES | 9.50 | ✓ |
| P2 | 1911 | 2 | COUGH DROPS | 3.98 | ✓ |
| P2 | 4005 | 18 | COCOA | 7.92 | ✓ |
| P3 | 5408 | 5 | APPLE PIE | 6.95 | ✓ |
| P4 | 6301 | 1 | PLAYING CARDS | 2.49 | ✓ |
| P4 | 5002 | 5 | CHIPS - BBQ → ⧸ 1.89 | 5.45 | ✓ |
| P5 | 5174 | 2 | SOUR CREAM & ONION → | 2.18 | ✓ |
| P5 | 1912 | 2 | ANTACID TABS ROLL 8 CT | 2.70 | ✓ |
| P8 | 6014 | 2 | STAMP FOREVER - SINGLE | 0.94 | ✓ |
| P9 | 5769 | 1 | REFRIED BEANS | 3.19 | ✓ |
| P9 | 5605 | 4 | CHEDDAR CHEESE TUBE 1z | 3.56 | ✓ |
| P9 | 6007 | 2 | PLAIN ENVELOPE | 0.28 | ✓ |
| P10 | 5001 | 3 | CHIPS - PLAIN → / | 3.27 | ✓ |
| P10 | 5400 | 4 | TEXAS CINNAMON ROLL | 5.00 | ✓ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ✓ |
| P10 | 1203 | 2 | IRISH SPRING | 2.58 | ✓ |
| P11 | 5536 | 13 | EASY MAC | 18.07 | ✓ |
| P11 | 6008 | 4 | 9 X 12 ENVELOPE | 1.40 | ✓ |
| P11 | 6001 | 1 | LEGAL PAD | 1.69 | ✓ |
| P11 | 5047 | 5 | COMBOS-PIZZA | 5.75 | ✓ |
| ZZZ | 7002 | 54 | Tablet Transfer | 54.00 | |

where Total = ?   X Tax

1/26-16
B-1

11

11-17-16

*** Continued on next page

## MCDF-PINY-46-A

*** Copy ***   **Trinity Services Group, Inc.**   *** Copy ***
**Denver Trinity/Swanson Services Corp.**
**for Mesa County Sheriff's Office**

A-1

| | | | |
|---|---|---|---|
| Name | : MARTINEZ, DANIEL JOHN | | |
| Account # | : 170465 | Bal Before Order: | $1,506.57 |
| | | Bal After Order: | $1,370.86 |
| Order Slip # | : 95   - GJTR0029 | Date: | 11/22/2016 |

| Zn | Item | Qty | Description | Cost | Short |
|---|---|---|---|---|---|
| P2 | 5439 | 4 | DANISH CHERRY | 6.36 | ✓ |
| P2 | 4005 | 20 | COCOA | 8.80 | ✓ |
| P3 | 5408 | 4 | APPLE PIE | 5.56 | ✓ |
| P9 | 2207 | 2 | DROPS BUTTERSCOTCH | 2.78 | ✓ |
| P9 | 5605 | 4 | CHEDDAR CHEESE TUBE 1z | 3.56 | ✓ |
| P10 | 5400 | 6 | TEXAS CINNAMON ROLL | 7.50 | ✓ |
| P10 | 4009 | 1 | 10 PACK STALLION COFFEE | 2.29 | ✓ |
| P11 | 5536 | 20 | EASY MAC | 27.80 | ✓ |
| P11 | 2003 | 2 | PEANUT M&M VEND | 2.78 | ✓ |
| P11 | 5047 | 2 | COMBOS-PIZZA | 2.30 | ✓ |
| ZZZ | 7002 | 65 | Tablet Transfer | 65.00 | |

Total Qty: **130**

Sub Total: $134.73
Tax: $0.98
Total: $135.71

I have checked and received this order with any and all credits/shortages as indicated herein.

Signed _____   Delivered By: _____

To put money on a Resident's account go to www.Smart deposit.com

| | |
|---|---|
| CP77 | 7002 |
| CP86 | 7002 |
| CP87 | 7002 |
| CP88 | 7002 |
| CP89 | 4005 4009 4422 4454 |
| CP90 | 5400 5408 5536 |
| CP91 | 2003 2207 |
| CP92 | 5439 |
| CP93 | 4005 |
| CP94 | 5047 5400 5408 5439 5536 5605 |
| CP95 | 7002 |

WRong.

where owe $7.96
Check it. math.
11-22-16 last

12   11/26/16

*** REPRINTED ON 09/16/2016 BY SM1 ***

* * * * * * RESIDENT COPY * * * * * *

# Order
# Receipt # A13637

MESA COUNTY JAIL

09/13/2016 19:43:53
ST 001 │ OPR cobra

**MARTINEZ,**
  DANIEL JOHN

JACKET NUMBER : 170465
Date of Birth : 12/03/1967
Location :            MCDF PINY 46   A

| ITEM | QTY | DESCRIPTION | COST |
|------|-----|-------------|------|
| 7002 | 50  | Tablet Transfer $1.00 | $50.00 |

|  |  |
|--|--|
| Sub Total : | $50.00 |
| Tax : | $0.00* |
| Order Total : | $50.00 |

## *** Balances as of Reprint Date ***

Commissary Balance :        $3,334.16
Debt Balance :                    $0.00