FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 19 2016

JEFFREY P. COLWELL
CLERK

December 13, 2016

To: Clerk of Court
RE: Question of Counsel for Daniel Martinez pursuant to Civil
    Action #92-cv-00870-CMA-MEH


I, Daniel Martinez, (presently residing in Mesa Co. Detention Facility), have been alerted to a law suit pending in the Honorable Majistrate Judge Michael E. Hegarty's Court. I am disabled, (i.e. deaf). I am inquiring as to whether this court has appointed counsel in my behalf & for my benefit, also making available an interpreter for 'sign language.' I have seen dates concerning when a Status Conference was to be held "regarding settlement on October 31, 2016 @ 11:00 a.m." in Courtroom A501 ... However, I was not contacted or notified by anyone with regards to mentioned Conference or any further proceedings thereafter. I am asking to be debriefed as to the current status of this case and/or with instructions as to what is legally required of Me at this stage. Is there presently a representative in place vicariously acting for my benefit and advocating in my behalf? If so, can this court provide me with contact information of such person? Can this correspondence be marked "LEGAL MAIL" as I am not currently being given mail from this court. Thank You.

With Humble Gratitude

12-13-16

NAME Martinez Daniel.

Mesa County Sheriff's Department

II   TE MAIL

P.O. Box 20,000-5017

G   nd Junction, CO 81502

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Paper

B02943250I

GRAND JUNCTION 815

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
601-19TH St. room A105
Denver, Colorado, 80294-3589

USA