Montez RQ 4 Stipulation Report

COPY

UNITED STATES DISTRICT COURT
for
DISTRICT of COLORADO

Civil Action 92 CV 870 JLK

L. R. MOORE, et al
Plantiffs

V.

JOHN HICKENLOOPER, et al
Defendants
JLNR Fredericks, et seq.
Defense Counsel
Colo Atty General, 1300 Broadway
Denver 80203

Claim 03-030; Category III
L. R. Moore, 47702, POB 6000, Sterling,
Colorado 60751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 19 2016
JEFFREY P. COLWELL
CLERK

REQUEST TO ORDER
DEFENSE TO RESTIPULATE
&
CERTIFICATE of SERVICE

-1-

Montez RQ4 Stipulation Repeat

Plaintiff requests the Court to Order Defense Counsel to Restipulate, to Defendants, including Gary Ward, SCF HSA[1], and Supervising Nurse Vicky,[2] that he is unable to stand, is severely paralyzed, needing continuing urinary medical supplies, including 2 liter drainage bags, baby wipes, and hand urinal.

He does so because Ward has informed Vicky that he is not so paralyzed, can stand up, and does not need above supplies that had been supplied him by SCF Clinic supervised by Vicky under Ward.

Previously, Defendants stipulated that he was so paralyzed, thus order requested is to Restipulate. Due to the above actions of Ward and Vicky, he requests that Counsel notify them directly, with copy

—2—

Montez RQ4 Stipulation Repeat

him, that Counsel has restipulated that he needs the supplies as he can't stand up to urinate, that this has not changed since 1995 thus unlikely to change in the future.

As Counsel has objected to stipulating previously, then did, Plaintiff requests that Counsel be Ordered to Restipulate as herein.

As need is immediate, he requests immediate Order.

CERTIFICATE of SERVICE

Plaintiff pro se respectfully submits this with copy mailed Fredericks on 15 December 2016

L R Moore

— 3 —

**Colorado Department Of Corrections**

Name: L R Moore
Register Number: 47792
Unit: 2
Box Number: 6000
City, State, Zip: Sterling 80751

Restricted Inspection Mail Stamp
DATE: 12-15-16
FACILITY: SCE
DOC EMPLOYEE LAST NAME: Jade
DOC#: 47792
OFFENDER LAST NAME: Moore L
INT: Rpm

80294-250151

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294