Fed reply 2016



# United States District Court For Colorado

Case No. 92-CV-870 JLK

**PLAINTIFF pro se**
  L. R. MOORE---Claimant 03-030, Category III
    #47702, Box 6000, Sterling 80751
v.

**DEFENDANTS**
  J. HICKENLOOPER, et al
  Defense Counsel: Asst. Colo. Atty. General J. N. R. Fredericks
    1300 Broadway, 10th Fl; Denver CO 80203

```
        FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

      DEC 27 2016

   JEFFREY P. COLWELL
                CLERK
```

## REPLY TO RESPONSE
## &
## CERTIFICATE OF SERVICE

### REPLY
*Synopsis*

   Plaintiff raised a few simple and just objections to Defendants' continuing bad faith in negotiations and implementation which have thus drawn these out for decades. Defendants, having received pro se Plaintiff's[1] Objection, replied with their fraudulent Response full of anti-facts, some merely irrelevant, others totally false. There is no other way to characterize them and Defense Counsel, especially Ms Fredericks. Both have a long history of defrauding Moore. The best thing thing this Court could do with Response is to treat it as Enzo treated similar legal documents in The Art Of Racing In The Rain, then return it to Counsel. Counsels, including Ms. Fredericks, have usually urged Defendants to refuse to comply with Settlements such as the Remedial Plan and the Order issued for Plaintiff.
   While Plaintiff suspects continuing deceitful noncompliance by Defendants,[2] his primary current goal is to force them to fulfill their obligations as they agreed to in 2005---to replace his wheelchair and air cushion (etc.) they stole at CSP, and pay him his award.
   Thus the requested two primary compliances are very simple and just. Yet Fredericks claims that neither can be done. She cites an imaginary statute as reason to not pay, and that replacements, while promised by Defendants, were not Ordered by the Master. She's correct that there is no Order. She's deceitful in not stating why there is none. the Master cited the replacement promise, saying let them have the opportunity to do right without an order. Now, in their Step 3 Grieve Replies from HQ, they repeatedly claim that neither ADA nor Montez/Moore apply to SCF.

### *Argument*
   Rather than go thru the full-employment-for-defense-deputy-AGs protocol of opening

---

1  Plaintiff is Moore, as Montez is long deceased with his claims settled—just as Romer is no longer Defendant, but has been replaced by Hickenlooper—and he **is** pro se, having bee so since at least the 2005 Hearing in which he represented himself as previously Class counsel Greisen had dropped him.
2  He has repeated proofs in Grieve Responses.

Fed reply 2016

more ADA suits, this Court should require Defendants to inform all of the secret "accurate" data that they alone say they possess re the Award's W9; data that, thus far they refuse to disclose despite repeated requests. Or they could state what item in W9 they feel is inaccurate and why. As to Ms. Fredericks' claim that they will pay him once he discovers their Rumpelstiltskin data and sends them same, how is this any different than her previous claim that the Award did not exist? How many deceits from her before all wise up?

Further, there is the other problem she mentions, the wheelchair. This is also quite simple. Simply buy him what he had before Defendants egregiously took it, including air cushion. That he needs these medically has been verified by SCF Clinic. This is not a question of "preference" but of medical necessity in preventing decubiti. Again, how many deceits does Fredericks get to try before the Court gets wise?

Paying the Award and replacing the Chair would leave many other unresolved question in this suit, but doing these two would be a good start, as would asking Fredericks to send her Notice of Disappearance as she has so repeatedly violated *a Colorado attorney shall not misrepresent a material fact*[3]

Surely Cynthia Coffman has many lawyers that aren't compelled to always be playing *Gotcha*, that see courts as places to resolve issues versus win at mind games.

## CERTIFICATE OF SERVICE

Plaintiff pro se respectfully submits this Reply on 22 December 2016 with copy mailed to Ms. Fredericks as Defense Counsel.   *R R Moore*

---

[3] CRCP Rule 251.5

2

**Colorado Department of Corrections**

Name: L R Moore
Register Number: 49702
Unit: 600
Box Number: Sterling
City, State, Zip: 80751

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294



U.S. POSTAGE >> PITNEY BOWES
ZIP 80751
02 1W
0001365920 DEC. 23. 2016
$ 000.46⁵