A

1 of 2                    Civil Action. 92-cv-00870-CMA-MEH

**FILED**
UNITED STATES DISTRICT COURT  December 19, 2016
DENVER, COLORADO

DEC 29 2016

To whom it may concern,
JEFFREY P. COLWELL
CLERK

I, Walter Martin-El, knowing Daniel Martinez
has been a witness to his "sufferings and anxietal
frustrations." I am familiar in sign language and
Spanish. I have been able to successfully communicate
with Mr. Martinez and understand his attempts to convey
messages in these communications. I have, upon his sug-
gestion and request been able to adequately assist him in
interpreting his own ideas in letters, phone calls and
personal meetings. i.e. Ms. Sonny-Mental Health Dept.
I have not coerced, insisted or initiated any of my own
conflicts or conspiracy theories. I have articulated
what Mr. Martinez could not in My native language
of English as Mr. Martinez is Italian by Nationality
and descent and I am a Moorish, American by the
National Blood of My Honored, Ancient Forefathers.
I have only served as a "WITNESS" to Mr. Martinez's
plight(s) and have not broken any laws or committed any
crimes against the United States or any of the states that
reside as Sovereignties or Corporations there in by assist-
ing Mr. Martinez in translation and transliteration. Together
and VOLUNTARILY, Mr. D. Martinez and Myself both hereby
and herein deem and profess that this is a TRUE and
accurate statement of facts. We are not practicing
law or interfering in any way with any existing

A

investigations. Thank you for your attention, assistance and concern. I have been volunteering advocacy, via personal knowledge to an "At-Risk" adult.

Respectfully this day,

Walter H. Martin-EL

Daniel J. Martinez

Deaf / A.S.L.