1                    B

December 19, 2016

To: Social Security Administration - Director
   Office of Central Operations
   1500 Woodlawn Ave.
   Baltimore, Maryland 21741 - 1500
   Claim Number: 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HA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 29 2016

JEFFREY P. COLWELL
CLERK

RE: Daniel G. Martinez (of Italian Nationality)
   P.O. Box 29,000 - S017
   Grand Junction, of Colorado  81502
   ASSERTION OF THEFT, FRAUD, WIRE FRAUD BY :
MESA COUNTY DETENTION FACILITY!

(A)  FACTS OF CASE ～ ～

(1). I, Daniel Martinez, received a letter from Social Security
   Administration - Retirement, Survivors and Disability
   Insurance on October 24, 2016. (I only received 2 of 3 pages).

(2) In mentioned letter, I was informed that: "The State
   of Colorado will no longer pay your Medicare Part B
   (medical insurance) premiums after October 2016. You
   must pay the premiums starting November 2016.

What We Will Pay And When
   • "You will receive $856.00 for October 2016 around
                    - 1 of 4 -

2

$\mathcal{B}$

November 3, 2016.
- "After that you will receive $856.00 on or about the third of each month."

(3.) Contrary-wise, I did not subsequently received a check(s) or any of its funds in September 2016, October 2016, November 2016, or December 2016 — until

(4.) Upon not receiving any benefits by 12-05-16, I questioned by grievance like notification this jails administration, 'Programs' staff and the likes thereof, via jail-house, electronic kite system as to their knowledge or lack thereof, concerning this dilema. It should also be noted that upon requiring of and questioning as to the whereabouts of these checks, the jail staff responded, insisting on more than one occasion that they had no knowledge of these affairs.

(5) I next received a second, duplicated or xerox copied version of this same mentioned letter, (same dates), but without envelope. On this account, the letter donned a 'sticky note' from staff asking me to contact social services and request to receive moneys to pay for my medicine here. The note also informed me that the jail had taken $121.00 from my 'November's' benefits.

3                                    B

(6) I again inquired staff herein as to how they were able to deduct $120.00 from a check that they had no knowledge of; Of course, this attempt to acquire truthful answers was to ~~k~~ NO avail. The institution's employees feigned innocence and ignorance.

(7) On November 30, 2016 I 'kited' this institution and put them on official 'NOTICE' that I was contacting the Social Security Administration, ACLU & my personal legal advisers of my suspicions of criminal activity.

(8) After this action, on December 12, 2016 the jail mysteriously & miraculously gained knowledge of the whereabouts of four (4) 'missing' checks: (1) 09 12 16 (amt: $4,890.00); (2) 12 02 16, (amt: $856.00); (3) 11-03-16 (amt: $856.00); (4) 10-03-16, ($978.00). The total of all four checks was immediately deposited into my ~~acc~~ jail's account; I have suffered due to someone's criminalistic actions.

(9) It should be noted that these checks were written;
Pay to the order of: Daniel G. Martinez
C/O Daniel Martinez.

(10) I, Daniel Martinez DID NOT cash these monetary instruments; DID NOT at no time sign for or give no one charge or permission to receive, intercept or act as a payee

– 3 of 4 –

4                                        B

or beneficiary with regards to these funds.

Wherefore, I am hereby requesting this administration to conduct an official investigation concerning these matters as I am disabled, handicapped and a victim of malicious theft or the intent and attempts to commit by this jail.

I attest that all statements written herein are true to the best of my knowledge.

Respectfully Submitted,

Martinez Daniel.
I am Deaf. #1301.

Witness: Walter H. Martin-EL

Walter H. Martin-EL
# 2016-00302887
P.O. Box 20,000-5017
Grand Junction, CO 81502

- 4 of 4 -

*** REPRINTED ON 12/13/2016 BY VAA ***

# Add Money
# Receipt #P2123

MESA COUNTY JAIL
12/13/2016 09:44:34
ST 016 CD 016 | OPR VAA

**MARTINEZ,**
DANIEL JOHN

JACKET NUMBER : 170465
Date of Birth : 12/03/1967
Location : MCDF PINY 46 A

Add Amount : $7,580.00

Detail       : Mesa County
Check #      : 083159

Comment: Checks from Social Security

Signed: _____

No Sis. DM

Dec-12 - $806.08

Dec-13 - 7,580.00

Today } $8,386.08
Dec 13/2016

**United States Treasury** 15-51/000   K 995,433,729

Check No.   

09 12 16 28045300   KANSAS CITY, MO   4030 61860653
000343932360   4030 61860653 S   0000160909PMDM

Pay to
the order of   DANIEL G MARTINEZ
PO BOX 20000
C/O DANIEL MARTINEZ   $****4890*00
GRAND JUNCTION CO 81502

REGIONAL DISBURSING OFFICER   VOID AFTER ONE YEAR

007

SOC SEC FOR INS

⑈⑅⑊⑆⑁⑆ ⑆:000000518: 61860653⑈ 090916

County is cutting a check this week. Should go on books Friday.

# United States Treasury 15-61/000   K 996,408,515



Check No.

10 03 16 28045300   KANSAS CITY, MO      4033 45178143
000345679351      4033 45178143 S        0000160923C1M3
|..||.|..||...|.||..||..||||..||..||..|||.||.|||.|||

Pay to
the order of   DANIEL G MARTINEZ
PO BOX 20000
C/O DANIEL MARTINEZ                   $*****978*00
GRAND JUNCTION CO 81502 5001

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER            007

SOC SEC FOR SEP

⑈⑈40337⑈⑈   ⑆:000000518⑆:  45178143⑈⑈   071016

**United States Treasury** 15-51/000   K 998,874,312

Check No. 

11 03 16 28045300   KANSAS CITY, MO
000349305762   4033 46047139 S

4033 46047139
0000161026C1M3

Pay to
the order of

DANIEL G MARTINEZ
PO BOX 20000
C/O DANIEL MARTINEZ
GRAND JUNCTION CO 81502 5001

$*****856*00

VOID AFTER ONE YEAR

SOC SEC FOR OCT

REGIONAL DISBURSING OFFICER

001812

⑈40337⑈   ⑆000000518⑆ 46047139⑆ 071116

# United States Treasury

15-51/000

B 000,427,194

Check No.

12 02 16 28045300   KANSAS CITY, MO      4033 46647121
000351856018    4033 46647121 S      0000161118C1M3

Pay to
the order of

DANIEL G MARTINEZ
PO BOX 20000
C/O DANIEL MARTINEZ
GRAND JUNCTION CO 81502 5001

$*****856*00

VOID AFTER ONE YEAR

SOC SEC FOR NOV

REGIONAL DISBURSING OFFICER

007

⑆4037⑆  ⑈000000518⑈ 46647121⑆ 071216

**RESIDENT HISTORY REPORT**
MESA COUNTY JAIL
12/07/2016 12:15
ST  16      OPR    VAA

JACKET NUMBER  :  170465
Resident Name  :  MARTINEZ, DANIEL JOHN
Time Frame     :  06/27/2016 00:00:00 - 12/07/2016 23:59:59

| Date | Time | Type | Receipt # | Amount | Balance |
|------|------|------|-----------|--------|---------|
| 06/28/2016 | 09:40 | Intake | A1412 | $5,555.91 | $5,555.91 |
| 06/29/2016 | 15:36 | Order | A1933 | $83.05 | $5,472.86 |
| 06/29/2016 | 15:39 | Order | A1938 | $3.22 | $5,469.64 |
| 06/30/2016 | 10:02 | Order | A2109 | $6.60 | $5,463.04 |
| 07/03/2016 | 20:11 | Order | A2327 | $93.31 | $5,369.73 |
| 07/07/2016 | 18:00 | Medical Charge | P113 | $36.00 | $5,333.73 |
| 07/11/2016 | 15:18 | Order | A3319 | $71.83 | $5,261.90 |
| 07/11/2016 | 15:59 | Order | A3332 | $29.33 | $5,232.57 |
| 07/16/2016 | 09:59 | Withdrawal | S277 | $205.00 | $5,027.57 |
| 07/20/2016 | 07:23 | Order | BA111 | $101.57 | $4,926.00 |
| 07/23/2016 | 15:55 | Order | A5208 | $91.10 | $4,834.90 |
| 07/24/2016 | 21:11 | Order | A5312 | $7.74 | $4,827.16 |
| 07/27/2016 | 22:19 | Order | A6003 | $1.50 | $4,825.66 |
| 08/01/2016 | 15:45 | Order | A6536 | $101.95 | $4,723.71 |
| 08/08/2016 | 10:17 | Order | A7467 | $102.07 | $4,621.64 |
| 08/15/2016 | 13:57 | Order | A8676 | $102.99 | $4,518.65 |
| 08/15/2016 | 15:27 | Medical Charge | P597 | $30.00 | $4,488.65 |
| 08/15/2016 | 20:02 | Order | A8744 | $5.00 | $4,483.65 |
| 08/19/2016 | 10:03 | Order | A9512 | $100.91 | $4,382.74 |
| 08/22/2016 | 16:14 | Medical Charge | P697 | $100.00 | $4,282.74 |
| 08/22/2016 | 20:42 | Order | A9882 | $10.00 | $4,272.74 |
| 08/25/2016 | 14:17 | Order | A10564 | $50.00 | $4,222.74 |
| 08/26/2016 | 14:17 | Order | A10713 | $50.00 | $4,172.74 |
| 08/26/2016 | 21:43 | Order | A10790 | $20.00 | $4,152.74 |
| 08/26/2016 | 21:48 | Order | A10791 | $10.00 | $4,142.74 |
| 08/27/2016 | 19:32 | Order | A10846 | $40.00 | $4,102.74 |
| 08/28/2016 | 19:31 | Order | A10952 | $55.00 | $4,047.74 |
| 08/30/2016 | 19:44 | Order | A11318 | $101.70 | $3,946.04 |
| 08/30/2016 | 19:45 | Order | A11319 | $55.00 | $3,891.04 |
| 08/30/2016 | 19:50 | Order | A11321 | $5.00 | $3,886.04 |
| 09/01/2016 | 15:57 | Order | A11785 | $60.00 | $3,826.04 |
| 09/03/2016 | 21:06 | Order | A12054 | $50.00 | $3,776.04 |
| 09/05/2016 | 10:21 | Credit | BA518 | $0.44 | $3,776.48 |
| 09/06/2016 | 19:41 | Order | A12391 | $95.64 | $3,680.84 |
| 09/06/2016 | 19:43 | Order | A12392 | $50.00 | $3,630.84 |
| 09/06/2016 | 19:46 | Order | A12396 | $10.00 | $3,620.84 |
| 09/09/2016 | 19:47 | Order | A13076 | $50.00 | $3,570.84 |
| 09/11/2016 | 15:08 | Order | A13313 | $96.68 | $3,474.16 |
| 09/11/2016 | 19:44 | Order | A13331 | $60.00 | $3,414.16 |

| Date | Time | Type | ID | Amount | Balance |
|------|------|------|------|--------|---------|
| 09/12/2016 | 15:20 | Medical Charge | P980 | $30.00 | $3,384.16 |
| 09/13/2016 | 19:43 | Order | A13637 | $50.00 | $3,334.16 |
| 09/16/2016 | 19:38 | Order | A14303 | $50.00 | $3,284.16 |
| 09/17/2016 | 19:42 | Order | A14405 | $5.00 | $3,279.16 |
| 09/20/2016 | 14:12 | Order | A14801 | $50.00 | $3,229.16 |
| 09/21/2016 | 09:47 | Order | BA646 | $100.91 | $3,128.25 |
| 09/21/2016 | 22:13 | Order | A15333 | $50.00 | $3,078.25 |
| 09/26/2016 | 08:15 | Credit | BA664 | $2.58 | $3,080.83 |
| 09/26/2016 | 22:03 | Order | A15988 | $50.00 | $3,030.83 |
| 09/28/2016 | 14:49 | Order | BA702 | $152.46 | $2,878.37 |
| 10/02/2016 | 19:25 | Order | A16959 | $50.00 | $2,828.37 |
| 10/05/2016 | 08:43 | Order | J96 | $71.54 | $2,756.83 |
| 10/06/2016 | 20:09 | Order | A17909 | $50.00 | $2,706.83 |
| 10/08/2016 | 08:25 | Withdrawal | S1899 | $18.00 | $2,688.83 |
| 10/08/2016 | 08:31 | Withdrawal | S1900 | $15.00 | $2,673.83 |
| 10/08/2016 | 08:35 | Withdrawal | S1901 | $19.95 | $2,653.88 |
| 10/10/2016 | 14:26 | Order | BA720 | $50.00 | $2,603.88 |
| 10/10/2016 | 15:27 | Medical Charge | P1263 | $12.00 | $2,591.88 |
| 10/10/2016 | 16:39 | Medical Charge | P1368 | $30.00 | $2,561.88 |
| 10/12/2016 | 07:41 | Order | BA743 | $72.15 | $2,489.73 |
| 10/13/2016 | 14:04 | Order | A19153 | $5.00 | $2,484.73 |
| 10/14/2016 | 14:03 | Order | A19282 | $50.00 | $2,434.73 |
| 10/16/2016 | 08:39 | Withdrawal | S2050 | $12.00 | $2,422.73 |
| 10/16/2016 | 08:47 | Withdrawal | S2051 | $8.00 | $2,414.73 |
| 10/17/2016 | 20:59 | Order | A19658 | $50.00 | $2,364.73 |
| 10/18/2016 | 07:59 | Order | BA793 | $50.00 | $2,314.73 |
| 10/18/2016 | 09:50 | Order | BA794 | $99.25 | $2,215.48 |
| 10/25/2016 | 21:46 | Order | A20946 | $50.00 | $2,165.48 |
| 10/26/2016 | 07:46 | Order | BA852 | $50.00 | $2,115.48 |
| 10/26/2016 | 08:39 | Order | BA853 | $102.07 | $2,013.41 |
| 10/27/2016 | 20:26 | Withdrawal | S2246 | $20.00 | $1,993.41 |
| 10/31/2016 | 15:01 | Order | CP13 | $50.00 | $1,943.41 |
| 11/01/2016 | 09:49 | Order | CP16 | $4.40 | $1,939.01 |
| 11/01/2016 | 09:50 | Order | CP17 | $3.88 | $1,935.13 |
| 11/01/2016 | 09:51 | Order | CP18 | $7.75 | $1,927.38 |
| 11/01/2016 | 09:52 | Order | CP19 | $18.06 | $1,909.32 |
| 11/01/2016 | 09:52 | Order | CP20 | $4.29 | $1,905.03 |
| 11/01/2016 | 09:59 | Order | CP21 | $61.82 | $1,843.21 |
| 11/01/2016 | 15:36 | Order | CP22 | $2.18 | $1,841.03 |
| 11/04/2016 | 09:14 | Order | CP26 | $20.00 | $1,821.03 |
| 11/06/2016 | 20:12 | Order | CP28 | $10.00 | $1,811.03 |
| 11/07/2016 | 19:52 | Order | CP30 | $10.00 | $1,801.03 |
| 11/08/2016 | 19:51 | Order | CP32 | $10.00 | $1,791.03 |
| 11/09/2016 | 19:59 | Order | CP34 | $18.32 | $1,772.71 |
| 11/09/2016 | 20:00 | Order | CP35 | $15.07 | $1,757.64 |
| 11/09/2016 | 20:02 | Order | CP36 | $38.61 | $1,719.03 |
| 11/09/2016 | 20:04 | Order | CP37 | $1.82 | $1,717.21 |
| 11/10/2016 | 15:14 | Order | CP38 | $10.00 | $1,707.21 |
| 11/11/2016 | 20:52 | Order | CP41 | $10.00 | $1,697.21 |

| | | | | | |
|---|---|---|---|---|---|
| 11/13/2016 | 15:27 | Order | CP45 | $10.00 | $1,687.21 |
| 11/14/2016 | 14:03 | Medical Charge | P1756 | $36.00 | $1,651.21 |
| 11/14/2016 | 19:33 | Order | CP51 | $10.00 | $1,641.21 |
| 11/15/2016 | 14:14 | Order | CP54 | $14.44 | $1,626.77 |
| 11/15/2016 | 14:20 | Order | CP55 | $31.23 | $1,595.54 |
| 11/15/2016 | 14:26 | Order | CP56 | $7.25 | $1,588.29 |
| 11/15/2016 | 14:29 | Order | CP57 | $9.97 | $1,578.32 |
| 11/15/2016 | 14:34 | Order | CP58 | $3.19 | $1,575.13 |
| 11/15/2016 | 14:35 | Order | CP59 | $6.54 | $1,568.59 |
| 11/15/2016 | 14:37 | Order | CP60 | $8.00 | $1,560.59 |
| 11/16/2016 | 08:24 | Order | CP61 | $9.50 | $1,551.09 |
| 11/16/2016 | 14:52 | Order | CP63 | $6.08 | $1,545.01 |
| 11/16/2016 | 14:55 | Order | CP64 | $11.31 | $1,533.70 |
| 11/16/2016 | 15:41 | Order | CP66 | $2.00 | $1,531.70 |
| 11/16/2016 | 15:42 | Order | CP67 | $2.00 | $1,529.70 |
| 11/16/2016 | 20:08 | Order | CP68 | $2.00 | $1,527.70 |
| 11/16/2016 | 20:11 | Order | CP69 | $0.88 | $1,526.82 |
| 11/16/2016 | 20:12 | Order | CP70 | $1.15 | $1,525.67 |
| 11/16/2016 | 21:53 | Order | CP72 | $0.44 | $1,525.23 |
| 11/17/2016 | 14:08 | Order | CP77 | $15.00 | $1,510.23 |
| 11/18/2016 | 14:29 | Order | CP86 | $10.00 | $1,500.23 |
| 11/19/2016 | 15:12 | Order | CP87 | $20.00 | $1,480.23 |
| 11/19/2016 | 19:55 | Withdrawal | T1911 | $18.00 | $1,462.23 |
| 11/20/2016 | 19:51 | Order | CP88 | $10.00 | $1,452.23 |
| 11/20/2016 | 19:52 | Order | CP89 | $14.44 | $1,437.79 |
| 11/20/2016 | 19:55 | Order | CP90 | $21.68 | $1,416.11 |
| 11/20/2016 | 19:56 | Order | CP91 | $5.99 | $1,410.12 |
| 11/20/2016 | 20:02 | Order | CP92 | $3.18 | $1,406.94 |
| 11/21/2016 | 08:11 | Credit | BA1075 | $4.36 | $1,411.30 |
| 11/21/2016 | 08:12 | Credit | BA1076 | $2.18 | $1,413.48 |
| 11/21/2016 | 15:13 | Order | CP93 | $4.40 | $1,409.08 |
| 11/21/2016 | 15:17 | Order | CP94 | $28.22 | $1,380.86 |
| 11/21/2016 | 19:38 | Order | CP95 | $10.00 | $1,370.86 |
| 11/23/2016 | 14:09 | Order | CP101 | $10.00 | $1,360.86 |
| 11/24/2016 | 15:31 | Order | CP102 | $10.00 | $1,350.86 |
| 11/24/2016 | 19:56 | Order | CP103 | $10.00 | $1,340.86 |
| 11/26/2016 | 14:43 | Order | CP104 | $10.00 | $1,330.86 |
| 11/26/2016 | 19:50 | Order | CP105 | $20.00 | $1,310.86 |
| 11/28/2016 | 12:34 | Medical Charge | P1914 | $14.00 | $1,296.86 |
| 11/28/2016 | 14:05 | Order | CP111 | $22.72 | $1,274.14 |
| 11/28/2016 | 14:06 | Order | CP112 | $7.48 | $1,266.66 |
| 11/28/2016 | 14:10 | Order | CP113 | $9.75 | $1,256.91 |
| 11/28/2016 | 14:14 | Order | CP114 | $8.39 | $1,248.52 |
| 11/28/2016 | 14:19 | Order | CP115 | $40.87 | $1,207.65 |
| 11/28/2016 | 14:20 | Order | CP116 | $3.40 | $1,204.25 |
| 11/28/2016 | 14:26 | Order | CP117 | $3.19 | $1,201.06 |
| 11/28/2016 | 14:27 | Order | CP118 | $5.14 | $1,195.92 |
| 11/28/2016 | 14:30 | Order | CP119 | $1.50 | $1,194.42 |
| 11/28/2016 | 15:54 | Order | CP121 | $0.25 | $1,194.17 |

| Date | Time | Type | Code | Amount | Balance |
|---|---|---|---|---|---|
| 11/29/2016 | 20:28 | Order | CP122 | $0.19 | $1,193.98 |
| 12/01/2016 | 07:33 | Order | CP127 | $15.00 | $1,178.98 |
| 12/02/2016 | 07:37 | Order | CP130 | $8.00 | $1,170.98 |
| 12/03/2016 | 14:08 | Order | CP131 | $15.00 | $1,155.98 |
| 12/04/2016 | 15:53 | Order | CP133 | $14.44 | $1,141.54 |
| 12/04/2016 | 15:54 | Order | CP134 | $2.99 | $1,138.55 |
| 12/04/2016 | 15:56 | Order | CP135 | $7.52 | $1,131.03 |
| 12/04/2016 | 15:57 | Order | CP136 | $2.78 | $1,128.25 |
| 12/04/2016 | 20:35 | Order | CP137 | $36.53 | $1,091.72 |
| 12/04/2016 | 20:37 | Order | CP138 | $7.75 | $1,083.97 |
| 12/04/2016 | 20:38 | Order | CP139 | $15.00 | $1,068.97 |
| 12/04/2016 | 20:40 | Order | CP140 | $15.00 | $1,053.97 |
| 12/04/2016 | 20:41 | Order | CP141 | $13.00 | $1,040.97 |
| 12/04/2016 | 20:44 | Order | CP142 | $5.34 | $1,035.63 |
| 12/04/2016 | 21:33 | Order | CP143 | $5.00 | $1,030.63 |
| 12/05/2016 | 19:57 | Order | CP146 | $3.88 | $1,026.75 |
| 12/05/2016 | 19:59 | Order | CP147 | $8.63 | $1,018.12 |
| 12/06/2016 | 08:33 | Medical Charge | P1962 | $37.00 | $981.12 |
| 12/06/2016 | 21:33 | Order | CP150 | $6.17 | $974.95 |
| 12/06/2016 | 21:34 | Order | CP151 | $1.39 | $973.56 |
| 12/06/2016 | 21:35 | Order | CP152 | $3.80 | $969.76 |

# Request #003288565

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/11/16 15:29
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** OPEN

**Summary of Request:**

Kite printout request

**Details of Request:**

**What Is your request?:**
I would like a paper printout of all my kite requests & responses for the months of November & December. Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/11/16 15:29 | Daniel Martinez | Submitted New | Kite printout request |

**Request #003253909**

| | |
|---|---|
| **Profile Photo:**  | **Inmate Info**<br><br>**Name:** Daniel Martinez<br>**Booking Number:** 170465<br>**Submitted Date:** 12/05/16 19:42<br>**Submitted from Location/Room:** MCDF\|PINY\|46\|A/Pinyon 1<br>**Current Location/Room:** MCDF\|PINY\|46\|A/Pinyon 1<br>**Facility:** Mesa CO |
| **Audit Photo:**  | **Form Info**<br><br>**Category:** Programs<br>**Form:** Programs Kite<br><br>**Request Info**<br><br>**Status:** CLOSED **by** SHAWNA ROUNDTREE |

**Summary of Request:**

Records

**Details of Request:**

**What is your request?:**
I need 3 pink receipts slip for the $121. that's been deducted from my social security benefits since 10/16 to present & info as to where the remaining funds R. $856.00 has not been transferred into My account in 3 months. But My money is being removed.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/07/16 09:10 | SHAWNA ROUNDTREE | Staff Response | We have no control over or knowledge of your social security benefits. You can send a letter to the Social Security Administration asking them for this paperwork. Their local address is: 825 N Crest Dr, Grand Junction, CO 81506 |
| 12/07/16 09:10 | SHAWNA ROUNDTREE | Changed Status | From 'Open' to 'Closed' |
| 12/05/16 19:42 | Daniel Martinez | Submitted New | Records |

3

## Request #003253980



**Profile Photo:**



**Audit Photo:**

### Inmate Info

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/05/16 19:55
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

### Form Info

**Category:** Programs
**Form:** Programs Kite

### Request Info

**Status:** CLOSED by SHAWNA ROUNDTREE

**Summary of Request:**

Jail administration

**Details of Request:**

**What is your request?:**
I need 3 pink receipts slip for the $121. that's been deducted from my social SSI benefits since 10/16 to present & info as to where the remaining funds R. $856.00 hasn't been transferred to My account in 3 months. But My funds R being taken daily unauthorized by me. (Yesterday 10/4, $70. taken.)

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/07/16 09:12 | SHAWNA ROUNDTREE | Staff Response | We have no control over or knowledge of your social security benefits. You can send a letter to the Social Security Administration asking them for this paperwork. Their local address is: 825 N Crest Dr, Grand Junction, CO 81506 |
| 12/07/16 09:12 | SHAWNA ROUNDTREE | Changed Status | From 'Open' to 'Closed' |
| 12/05/16 19:55 | Daniel Martinez | Submitted New | Jail administration |

4

## Request #003252049

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/05/16 14:27
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** CLOSED by MYLES SHOWS

**Summary of Request:**

Records

**Details of Request:**

**What is your request?:**
PLEASE KITE JAIL ADMINISTRATION ABOU THIS. MEDICAL DOES NOT DO THE ACTUAL BILLING AND DEAL WITH YOUR FUNDS. (Copied from med).

I need 3 pink receipts slip for the $121. that's been deducted from my social security benefits since 10/16 to present & info as to where the remaining funds R.
$856. X 3.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/05/16 16:32 | MYLES SHOWS | Staff Response | This is the incorrect form for this type of request. Please submit your request through the correct form. Send a kite to jail admin. |
| 12/05/16 16:32 | MYLES SHOWS | Changed Status | From 'Open' to 'Closed' |
| 12/05/16 14:27 | Daniel Martinez | Submitted New | Records |

## Request #003196259

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 11/23/16 15:40
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** CLOSED **by** MYLES SHOWS

**Summary of Request:**

Open record request

**Details of Request:**

**What is your request?:**
I would like to get copies of my records for my records and family

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/23/16 16:13 | MYLES SHOWS | Staff Response | You need to be more specific about what information you are requesting. -2394 |
| 11/23/16 16:13 | MYLES SHOWS | Changed Status | From 'Open' to 'Closed' |
| 11/23/16 15:40 | Daniel Martinez | Submitted New | Open record request |

**Request #003282402**

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/09/16 22:19
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** OPEN

**Summary of Request:**

Social Security Benefits

**Details of Request:**

**What is your request?:**
I was sent via jailhouse mail a sticky note saying $121.00 has been removed from my checks for med. I've sent this to My lawyers since no one can adequately explain to me what's going on & no one seems to understand my inquiries.
Thanks.



| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 12/09/16 22:19 | Daniel Martinez | Submitted New | Social Security Benefits |

**Request #003282387**

| | |
|---|---|
| **Profile Photo:**  | **Inmate Info** |
| | **Name:** Daniel Martinez<br>**Booking Number:** 170465<br>**Submitted Date:** 12/09/16 22:13<br>**Submitted from Location/Room:** MCDF\|PINY\|46\|A/Pinyon 1<br>**Current Location/Room:** MCDF\|PINY\|46\|A/Pinyon 1<br>**Facility:** Mesa CO |
| **Audit Photo:**   | **Form Info** |
| | **Category:** Programs<br>**Form:** Programs Kite |
| | **Request Info** |
| | **Status:** CLOSED **by** APRIL MEDRANO |

**Summary of Request:**

Account history

**Details of Request:**

**What is your request?:**
an account history sent to you and you can advise what charges you are disputing.
Thank you. This is what I would like.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/12/16 10:22 | APRIL MEDRANO | Staff Response | I'm not sure what your request is? |
| 12/12/16 10:22 | APRIL MEDRANO | Changed Status | From 'Open' to 'Closed' |
| 12/09/16 22:13 | Daniel Martinez | Submitted New | Account history |



# Request #003249165



**Profile Photo:**

**Audit Photo:**





**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/04/16 21:52
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** CLOSED **by** JONATHAN CHAMBERS

**Summary of Request:**

Account charges

**Details of Request:**

**What is your request?:**
I need my account number changed because as of today 12\4\16 @ 21:33 and other times today somebody has been using my account and ordering commensary items. I have two witnesses that was sitting with me when $5.00 was charged from my account to tablet

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/06/16 15:30 | JONATHAN CHAMBERS | Staff Response | Your pin number has been reset |
| 12/06/16 15:30 | JONATHAN CHAMBERS | Changed Status | From 'Open' to 'Closed' |
| 12/04/16 21:52 | Daniel Martinez | Submitted New | Account charges |

*9*

## Request #003259959

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** Daniel Martinez
**Booking Number:** 170465
**Submitted Date:** 12/06/16 21:43
**Submitted from Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Current Location/Room:** MCDF|PINY|46|A/Pinyon 1
**Facility:** Mesa CO

**Form Info**

**Category:** Programs
**Form:** Programs Kite

**Request Info**

**Status:** CLOSED **by** SHAWNA ROUNDTREE

**Summary of Request:**

Investigation

**Details of Request:**

**What is your request?:**
I still want to know if my missing moneys can be investigated which has been being stolen from my account from either this facility or other parties. Or is it in my Best Interests to take my discoveries to other authorities?
Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/07/16 10:16 | SHAWNA ROUNDTREE | Staff Response | If you are referring to your Inmate account, I will have an account history sent to you and you can advise what charges you are disputing. If this is about your social security monies going into a personal bank account, then you may contact Social Security with the address already provided or contact you banking facility to make further inquiry. |
| 12/07/16 10:16 | SHAWNA ROUNDTREE | Changed Status | From 'Open' to 'Closed' |
| 12/06/16 21:43 | Daniel Martinez | Submitted New | Investigation |

*Medical Fee*

A

RESIDENT RECEIVABLE REPORT
MESA COUNTY JAIL
12/12/2016 13:10
ST   16      OPR VAA

JACKET NUMBER  :   170465
Resident Name  :   MARTINEZ, DANIEL JOHN
Time Frame     :   06/27/2016 - 12/12/2016

| Date | Time | Receivable Comment | Transaction Type | Amount | Receipt # |
|------|------|--------------------|------------------|--------|-----------|
| 07/07/2016 | 18:00 | Medical Fee<br>JULY MONTHLY CHARGES | Receivable Charge | $36.00 | P113 |
| 08/15/2016 | 15:27 | Medical Fee<br>AUGUST MONTHLY CHARGES | Receivable Charge | $30.00 | P597 |
| 08/22/2016 | 16:14 | Medical Fee<br>TRANSPORT TO EYE DR 8/10/16 | Receivable Charge | $100.00 | P697 |
| 09/12/2016 | 15:20 | Medical Fee<br>SEPTEMBER MONTHLY CHARGES | Receivable Charge | $30.00 | P980 |
| 10/10/2016 | 15:27 | Medical Fee<br>PHYSICIAN 10/06/16 | Receivable Charge | $12.00 | P1263 |
| 10/10/2016 | 16:39 | Medical Fee<br>OCTOBER MONTHLY CHARGES | Receivable Charge | $30.00 | P1368 |
| 11/14/2016 | 14:03 | Medical Fee<br>NOVEMBER MONTHLY CHARGES | Receivable Charge | $36.00 | P1756 |
| 11/28/2016 | 12:34 | Medical Fee<br>NURSE & PHARM 11/24/16 | Receivable Charge | $14.00 | P1914 |
| 12/06/2016 | 08:33 | Medical Fee<br>COPIES OF RECORDS 12/5/16 | Receivable Charge | $37.00 | P1962 |

**Total Medical Charges**                                                    **$325.00**

**RESIDENT RECEIVABLE REPORT**                                              Page      1 of   1

MESA COUNTY JAIL
12/06/2016 12:34
ST  53  │  OPR  ADM

JACKET NUMBER   :  170465
Resident Name   :  MARTINEZ, DANIEL JOHN
Time Frame      :  06/24/2016 - 12/06/2016

| Date | Time | Receivable | Transaction Type | Amount | OPR | Receipt # |
|------|------|-----------|------------------|--------|-----|-----------|
| 07/07/2016 | 18:00 | Medical Fee | Receivable Charge | $36.00 | VAA | P113 |
| 07/07/2016 | 18:00 | Medical Fee | Receivable Payment-Resident | $36.00 | VAA | P113 |
| 08/15/2016 | 15:27 | Medical Fee | Receivable Charge | $30.00 | VAA | P597 |
| 08/15/2016 | 15:27 | Medical Fee | Receivable Payment-Resident | $30.00 | VAA | P597 |
| 08/22/2016 | 16:14 | Medical Fee | Receivable Charge | $100.00 | VAA | P697 |
| 08/22/2016 | 16:14 | Medical Fee | Receivable Payment-Resident | $100.00 | VAA | P697 |
| 09/12/2016 | 15:20 | Medical Fee | Receivable Charge | $30.00 | VAA | P980 |
| 09/12/2016 | 15:20 | Medical Fee | Receivable Payment-Resident | $30.00 | VAA | P980 |
| 10/10/2016 | 15:27 | Medical Fee | Receivable Charge | $12.00 | VAA | P1263 |
| 10/10/2016 | 15:27 | Medical Fee | Receivable Payment-Resident | $12.00 | VAA | P1263 |
| 10/10/2016 | 16:39 | Medical Fee | Receivable Charge | $30.00 | VAA | P1368 |
| 10/10/2016 | 16:39 | Medical Fee | Receivable Payment-Resident | $30.00 | VAA | P1368 |
| 11/14/2016 | 14:03 | Medical Fee | Receivable Charge | $36.00 | VAA | P1756 |
| 11/14/2016 | 14:03 | Medical Fee | Receivable Payment-Resident | $36.00 | VAA | P1756 |
| 11/28/2016 | 12:34 | Medical Fee | Receivable Charge | $14.00 | VAA | P1914 |
| 11/28/2016 | 12:34 | Medical Fee | Receivable Payment-Resident | $14.00 | VAA | P1914 |
| 12/06/2016 | 08:33 | Medical Fee | Receivable Charge | $37.00 | VAA | P1962 |
| 12/06/2016 | 08:33 | Medical Fee | Receivable Payment-Resident | $37.00 | VAA | P1962 |



**RESIDENT ACCOUNT STATEMENT**

MESA COUNTY JAIL
12/06/2016 12:35
ST 53 | OPR ADM

Page  1 of  6

```
JACKET NUMBER     :  170465
Resident Name     :  MARTINEZ, DANIEL JOHN
Housing Location  :  MCDF PINY 46 A
Statement Period  :  06/24/2016 - 12/06/2016
```

STATEMENT SUMMARY

| | |
|---|---:|
| Beginning Balance : | 0 |
| 6 Deposits : | 5565.47 |
| 150 Payments : | 4584.35 |
| Ending Balance  : | 981.12 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| A1412 | 06/28/2016 | 09:40 | Intake | | $5,555.91 | $5,555.91 |
| A1413 | 06/28/2016 | 09:40 | Perm ID | | $0.00 | $5,555.91 |
| A1933 | 06/29/2016 | 15:36 | Order | $83.05 | | $5,472.86 |
| A1938 | 06/29/2016 | 15:39 | Order | $3.22 | | $5,469.64 |
| A2109 | 06/30/2016 | 10:02 | Order | $6.60 | | $5,463.04 |
| A2327 | 07/03/2016 | 20:11 | Order | $93.31 | | $5,369.73 |
| P113 | 07/07/2016 | 18:00 | Rec Payment | $36.00 | | $5,333.73 |
| A3319 | 07/11/2016 | 15:18 | Order | $71.83 | | $5,261.90 |
| A3332 | 07/11/2016 | 15:59 | Order | $29.33 | | $5,232.57 |
| S277 | 07/16/2016 | 09:59 | Withdrawal | $205.00 | | $5,027.57 |
| BA111 | 07/20/2016 | 07:23 | Order | $101.57 | | $4,926.00 |
| A5208 | 07/23/2016 | 15:55 | Order | $91.10 | | $4,834.90 |
| A5312 | 07/24/2016 | 21:11 | Order | $7.74 | | $4,827.16 |
| A6003 | 07/27/2016 | 22:19 | Order | $1.50 | | $4,825.66 |
| A6536 | 08/01/2016 | 15:45 | Order | $101.95 | | $4,723.71 |
| A7467 | 08/08/2016 | 10:17 | Order | $102.07 | | $4,621.64 |
| A8676 | 08/15/2016 | 13:57 | Order | $102.99 | | $4,518.65 |
| P597 | 08/15/2016 | 15:27 | Rec Payment | $30.00 | | $4,488.65 |
| A8744 | 08/15/2016 | 20:02 | Order | $5.00 | | $4,483.65 |
| A9512 | 08/19/2016 | 10:03 | Order | $100.91 | | $4,382.74 |
| P697 | 08/22/2016 | 16:14 | Rec Payment | $100.00 | | $4,282.74 |
| A9882 | 08/22/2016 | 20:42 | Order | $10.00 | | $4,272.74 |
| A10564 | 08/25/2016 | 14:17 | Order | $50.00 | | $4,222.74 |
| A10713 | 08/26/2016 | 14:17 | Order | $50.00 | | $4,172.74 |
| A10790 | 08/26/2016 | 21:43 | Order | $20.00 | | $4,152.74 |
| A10791 | 08/26/2016 | 21:48 | Order | $10.00 | | $4,142.74 |
| A10846 | 08/27/2016 | 19:32 | Order | $40.00 | | $4,102.74 |
| A10952 | 08/28/2016 | 19:31 | Order | $55.00 | | $4,047.74 |
| A11318 | 08/30/2016 | 19:44 | Order | $101.70 | | $3,946.04 |
| A11319 | 08/30/2016 | 19:45 | Order | $55.00 | | $3,891.04 |

**RESIDENT ACCOUNT STATEMENT**

Page    2 of    6

MESA COUNTY JAIL
12/06/2016 12:35
ST  53  |  OPR  ADM



JACKET NUMBER     : 170465
Resident Name     : MARTINEZ, DANIEL JOHN
Housing Location : MCDF PINY 46 A
Statement Period : 06/24/2016 - 12/06/2016

**STATEMENT SUMMARY**

|  | |
|---|---:|
| Beginning Balance : | 0 |
| 6 Deposits : | 5565.47 |
| 150 Payments : | 4584.35 |
| Ending Balance    : | 981.12 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| A11321 | 08/30/2016 | 19:50 | Order | $5.00 | | $3,886.04 |
| A11785 | 09/01/2016 | 15:57 | Order | $60.00 | | $3,826.04 |
| A12054 | 09/03/2016 | 21:06 | Order | $50.00 | | $3,776.04 |
| BA518 | 09/05/2016 | 10:21 | Credit | | $0.44 | $3,776.48 |
| A12391 | 09/06/2016 | 19:41 | Order | $95.64 | | $3,680.84 |
| A12392 | 09/06/2016 | 19:43 | Order | $50.00 | | $3,630.84 |
| A12396 | 09/06/2016 | 19:46 | Order | $10.00 | | $3,620.84 |
| A13076 | 09/09/2016 | 19:47 | Order | $50.00 | | $3,570.84 |
| A13313 | 09/11/2016 | 15:08 | Order | $96.68 | | $3,474.16 |
| A13331 | 09/11/2016 | 19:44 | Order | $60.00 | | $3,414.16 |
| P980 | 09/12/2016 | 15:20 | Rec Payment | $30.00 | | $3,384.16 |
| A13637 | 09/13/2016 | 19:43 | Order | $50.00 | | $3,334.16 |
| A14303 | 09/16/2016 | 19:38 | Order | $50.00 | | $3,284.16 |
| A14405 | 09/17/2016 | 19:42 | Order | $5.00 | | $3,279.16 |
| A14801 | 09/20/2016 | 14:12 | Order | $50.00 | | $3,229.16 |
| BA646 | 09/21/2016 | 09:47 | Order | $100.91 | | $3,128.25 |
| A15333 | 09/21/2016 | 22:13 | Order | $50.00 | | $3,078.25 |
| BA664 | 09/26/2016 | 08:15 | Credit | | $2.58 | $3,080.83 |
| A15988 | 09/26/2016 | 22:03 | Order | $50.00 | | $3,030.83 |
| BA702 | 09/28/2016 | 14:49 | Order | $152.46 | | $2,878.37 |
| A16959 | 10/02/2016 | 19:25 | Order | $50.00 | | $2,828.37 |
| J96 | 10/05/2016 | 08:43 | Order | $71.54 | | $2,756.83 |
| A17909 | 10/06/2016 | 20:09 | Order | $50.00 | | $2,706.83 |
| S1899 | 10/08/2016 | 08:25 | Withdrawal | $18.00 | | $2,688.83 |
| S1900 | 10/08/2016 | 08:31 | Withdrawal | $15.00 | | $2,673.83 |
| S1901 | 10/08/2016 | 08:35 | Withdrawal | $19.95 | | $2,653.88 |
| BA720 | 10/10/2016 | 14:26 | Order | $50.00 | | $2,603.88 |
| P1263 | 10/10/2016 | 15:27 | Rec Payment | $12.00 | | $2,591.88 |
| P1368 | 10/10/2016 | 16:39 | Rec Payment | $30.00 | | $2,561.88 |
| BA743 | 10/12/2016 | 07:41 | Order | $72.15 | | $2,489.73 |



**RESIDENT ACCOUNT STATEMENT**



Page    3 of    6

MESA COUNTY JAIL
12/06/2016 12:35
ST  53  |  OPR  ADM

```
JACKET NUMBER      :  170465
Resident Name      :  MARTINEZ, DANIEL JOHN
Housing Location   :  MCDF PINY 46 A
Statement Period   :  06/24/2016 - 12/06/2016
```

**STATEMENT SUMMARY**

| | | |
|---|---|---:|
| Beginning Balance : | | 0 |
| 6 Deposits : | | 5565.47 |
| 150 Payments : | | 4584.35 |
| Ending Balance : | | 981.12 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---|---:|
| A19153 | 10/13/2016 | 14:04 | Order | $5.00 | | $2,484.73 |
| A19282 | 10/14/2016 | 14:03 | Order | $50.00 | | $2,434.73 |
| S2050 | 10/16/2016 | 08:39 | Withdrawal | $12.00 | | $2,422.73 |
| S2051 | 10/16/2016 | 08:47 | Withdrawal | $8.00 | | $2,414.73 |
| A19658 | 10/17/2016 | 20:59 | Order | $50.00 | | $2,364.73 |
| BA793 | 10/18/2016 | 07:59 | Order | $50.00 | | $2,314.73 |
| BA794 | 10/18/2016 | 09:50 | Order | $99.25 | | $2,215.48 |
| A20946 | 10/25/2016 | 21:46 | Order | $50.00 | | $2,165.48 |
| BA852 | 10/26/2016 | 07:46 | Order | $50.00 | | $2,115.48 |
| BA853 | 10/26/2016 | 08:39 | Order | $102.07 | | $2,013.41 |
| S2246 | 10/27/2016 | 20:26 | Withdrawal | $20.00 | | $1,993.41 |
| CP13 | 10/31/2016 | 15:01 | Order | $50.00 | | $1,943.41 |
| CP16 | 11/01/2016 | 09:49 | Order | $4.40 | | $1,939.01 |
| CP17 | 11/01/2016 | 09:50 | Order | $3.88 | | $1,935.13 |
| CP18 | 11/01/2016 | 09:51 | Order | $7.75 | | $1,927.38 |
| CP19 | 11/01/2016 | 09:52 | Order | $18.06 | | $1,909.32 |
| CP20 | 11/01/2016 | 09:52 | Order | $4.29 | | $1,905.03 |
| CP21 | 11/01/2016 | 09:59 | Order | $61.82 | | $1,843.21 |
| CP22 | 11/01/2016 | 15:36 | Order | $2.18 | | $1,841.03 |
| CP26 | 11/04/2016 | 09:14 | Order | $20.00 | | $1,821.03 |
| CP28 | 11/06/2016 | 20:12 | Order | $10.00 | | $1,811.03 |
| CP30 | 11/07/2016 | 19:52 | Order | $10.00 | | $1,801.03 |
| CP32 | 11/08/2016 | 19:51 | Order | $10.00 | | $1,791.03 |
| CP34 | 11/09/2016 | 19:59 | Order | $18.32 | | $1,772.71 |
| CP35 | 11/09/2016 | 20:00 | Order | $15.07 | | $1,757.64 |
| CP36 | 11/09/2016 | 20:02 | Order | $38.61 | | $1,719.03 |
| CP37 | 11/09/2016 | 20:04 | Order | $1.82 | | $1,717.21 |
| CP38 | 11/10/2016 | 15:14 | Order | $10.00 | | $1,707.21 |
| CP41 | 11/11/2016 | 20:52 | Order | $10.00 | | $1,697.21 |
| CP45 | 11/13/2016 | 15:27 | Order | $10.00 | | $1,687.21 |



**RESIDENT ACCOUNT STATEMENT**                                           Page    4 of    6

MESA COUNTY JAIL
12/06/2016 12:35
ST  53  |  OPR  ADM

```
JACKET NUMBER    : 170465
Resident Name    : MARTINEZ, DANIEL JOHN
Housing Location : MCDF PINY 46 A
Statement Period : 06/24/2016 - 12/06/2016
```

| | STATEMENT SUMMARY | |
|---|---|---:|
| Beginning Balance : | | 0 |
| 6 Deposits : | | 5565.47 |
| 150 Payments : | | 4584.35 |
| Ending Balance : | | 981.12 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---:|---:|---:|
| P1756 | 11/14/2016 | 14:03 | Rec Payment | $36.00 | | $1,651.21 |
| CP51 | 11/14/2016 | 19:33 | Order | $10.00 | | $1,641.21 |
| CP54 | 11/15/2016 | 14:14 | Order | $14.44 | | $1,626.77 |
| CP55 | 11/15/2016 | 14:20 | Order | $31.23 | | $1,595.54 |
| CP56 | 11/15/2016 | 14:26 | Order | $7.25 | | $1,588.29 |
| CP57 | 11/15/2016 | 14:29 | Order | $9.97 | | $1,578.32 |
| CP58 | 11/15/2016 | 14:34 | Order | $3.19 | | $1,575.13 |
| CP59 | 11/15/2016 | 14:35 | Order | $6.54 | | $1,568.59 |
| CP60 | 11/15/2016 | 14:37 | Order | $8.00 | | $1,560.59 |
| CP61 | 11/16/2016 | 08:24 | Order | $9.50 | | $1,551.09 |
| CP63 | 11/16/2016 | 14:52 | Order | $6.08 | | $1,545.01 |
| CP64 | 11/16/2016 | 14:55 | Order | $11.31 | | $1,533.70 |
| CP66 | 11/16/2016 | 15:41 | Order | $2.00 | | $1,531.70 |
| CP67 | 11/16/2016 | 15:42 | Order | $2.00 | | $1,529.70 |
| CP68 | 11/16/2016 | 20:08 | Order | $2.00 | | $1,527.70 |
| CP69 | 11/16/2016 | 20:11 | Order | $0.88 | | $1,526.82 |
| CP70 | 11/16/2016 | 20:12 | Order | $1.15 | | $1,525.67 |
| CP72 | 11/16/2016 | 21:53 | Order | $0.44 | | $1,525.23 |
| CP77 | 11/17/2016 | 14:08 | Order | $15.00 | | $1,510.23 |
| CP86 | 11/18/2016 | 14:29 | Order | $10.00 | | $1,500.23 |
| CP87 | 11/19/2016 | 15:12 | Order | $20.00 | | $1,480.23 |
| T1911 | 11/19/2016 | 19:55 | Withdrawal | $18.00 | | $1,462.23 |
| CP88 | 11/20/2016 | 19:51 | Order | $10.00 | | $1,452.23 |
| CP89 | 11/20/2016 | 19:52 | Order | $14.44 | | $1,437.79 |
| CP90 | 11/20/2016 | 19:55 | Order | $21.68 | | $1,416.11 |
| CP91 | 11/20/2016 | 19:56 | Order | $5.99 | | $1,410.12 |
| CP92 | 11/20/2016 | 20:02 | Order | $3.18 | | $1,406.94 |
| BA1075 | 11/21/2016 | 08:11 | Credit | | $4.36 | $1,411.30 |
| BA1076 | 11/21/2016 | 08:12 | Credit | | $2.18 | $1,413.48 |
| CP93 | 11/21/2016 | 15:13 | Order | $4.40 | | $1,409.08 |



**RESIDENT ACCOUNT STATEMENT**                                    Page     5 of     6

MESA COUNTY JAIL
12/06/2016 12:35
ST 53 | OPR ADM

```
JACKET NUMBER    :  170465
Resident Name    :  MARTINEZ, DANIEL JOHN
Housing Location :  MCDF PINY 46 A
Statement Period :  06/24/2016 - 12/06/2016
```

| | STATEMENT SUMMARY |
|---|---|
| Beginning Balance : | 0 |
| 6 Deposits : | 5565.47 |
| 150 Payments : | 4584.35 |
| Ending Balance : | 981.12 |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|---|---|---|---|---|---|---|
| CP94 | 11/21/2016 | 15:17 | Order | $28.22 | | $1,380.86 |
| CP95 | 11/21/2016 | 19:38 | Order | $10.00 | | $1,370.86 |
| CP101 | 11/23/2016 | 14:09 | Order | $10.00 | | $1,360.86 |
| CP102 | 11/24/2016 | 15:31 | Order | $10.00 | | $1,350.86 |
| CP103 | 11/24/2016 | 19:56 | Order | $10.00 | | $1,340.86 |
| CP104 | 11/26/2016 | 14:43 | Order | $10.00 | | $1,330.86 |
| CP105 | 11/26/2016 | 19:50 | Order | $20.00 | | $1,310.86 |
| P1914 | 11/28/2016 | 12:34 | Rec Payment | $14.00 | | $1,296.86 |
| CP111 | 11/28/2016 | 14:05 | Order | $22.72 | | $1,274.14 |
| CP112 | 11/28/2016 | 14:06 | Order | $7.48 | | $1,266.66 |
| CP113 | 11/28/2016 | 14:10 | Order | $9.75 | | $1,256.91 |
| CP114 | 11/28/2016 | 14:14 | Order | $8.39 | | $1,248.52 |
| CP115 | 11/28/2016 | 14:19 | Order | $40.87 | | $1,207.65 |
| CP116 | 11/28/2016 | 14:20 | Order | $3.40 | | $1,204.25 |
| CP117 | 11/28/2016 | 14:26 | Order | $3.19 | | $1,201.06 |
| CP118 | 11/28/2016 | 14:27 | Order | $5.14 | | $1,195.92 |
| CP119 | 11/28/2016 | 14:30 | Order | $1.50 | | $1,194.42 |
| CP121 | 11/28/2016 | 15:54 | Order | $0.25 | | $1,194.17 |
| CP122 | 11/29/2016 | 20:28 | Order | $0.19 | | $1,193.98 |
| CP127 | 12/01/2016 | 07:33 | Order | $15.00 | | $1,178.98 |
| CP130 | 12/02/2016 | 07:37 | Order | $8.00 | | $1,170.98 |
| CP131 | 12/03/2016 | 14:08 | Order | $15.00 | | $1,155.98 |
| CP133 | 12/04/2016 | 15:53 | Order | $14.44 | | $1,141.54 |
| CP134 | 12/04/2016 | 15:54 | Order | $2.99 | | $1,138.55 |
| CP135 | 12/04/2016 | 15:56 | Order | $7.52 | | $1,131.03 |
| CP136 | 12/04/2016 | 15:57 | Order | $2.78 | | $1,128.25 |
| CP137 | 12/04/2016 | 20:35 | Order | $36.53 | | $1,091.72 |
| CP138 | 12/04/2016 | 20:37 | Order | $7.75 | | $1,083.97 |
| CP139 | 12/04/2016 | 20:38 | Order | $15.00 | | $1,068.97 |
| CP140 | 12/04/2016 | 20:40 | Order | $15.00 | | $1,053.97 |



## RESIDENT ACCOUNT STATEMENT

MESA COUNTY JAIL
12/06/2016 12:35
ST  53  │ OPR  ADM

```
JACKET NUMBER    :  170465
Resident Name    :  MARTINEZ, DANIEL JOHN
Housing Location :  MCDF PINY 46 A
Statement Period :  06/24/2016 - 12/06/2016
```

|                     | STATEMENT SUMMARY |          |
|---------------------|-------------------|----------|
| Beginning Balance : |                   | 0        |
| 6 Deposits :        |                   | 5565.47  |
| 150 Payments :      |                   | 4584.35  |
| Ending Balance   :  |                   | 981.12   |

| Receipt # | Date | Time | Description | Payments | Deposits | Balance |
|-----------|------|------|-------------|----------|----------|---------|
| CP141 | 12/04/2016 | 20:41 | Order | $13.00 | | $1,040.97 |
| CP142 | 12/04/2016 | 20:44 | Order | $5.34 | | $1,035.63 |
| CP143 | 12/04/2016 | 21:33 | Order | $5.00 | | $1,030.63 |
| CP146 | 12/05/2016 | 19:57 | Order | $3.88 | | $1,026.75 |
| CP147 | 12/05/2016 | 19:59 | Order | $8.63 | | $1,018.12 |
| P1962 | 12/06/2016 | 08:33 | Rec Payment | $37.00 | | $981.12 |

