

Daniel J. Martinez
P.O. Box 20,000-8017
Grand Junction, CO.
81502

℅ Clerk
UNITED STATES DISTRICT COURT
901-19TH St. Room A-105
Denver, CO. 80294-3589

