# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: January 31, 2017

RE: *Montez, et al. v. Gunter, et al.*, 92-cv-00870-CMA-MEH

_____ Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

_____ A settlement conference was held on this date, and a settlement was reached as to

   _____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before January __, 2017.

   _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before January __, 2017.

Settlement conference and preparation time involved: 0 hours 0 minutes.

_____ A record was made         _____ No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  X   Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and meetings with counsel.

Preparation, negotiation and travel time involved: 3 hours __ minutes.