IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-cv-00870-CMA

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

___

### ORDER ON CLAIMANT L.R. MOORE'S OBJECTION (DOC # 5559)
___

    This matter is before the Court on Claimant L.R. Moore's Objection, entitled "Objection to Untimely Notice, to Blind Settlement, and To Nonrepresentation with Certificate of Service" (Doc. # 5559). Defendants responded to the Objection on November 29, 2016 (Doc. # 5564). For the following reasons, the Court overrules Mr. Moore's Objection.

    As pertinent here, Mr. Moore had an individual damages hearing before a Special Master on July 15, 2005, and, shortly thereafter, the Special master entered a final order granting a portion of Mr. Moore's claims and awarding him $50.00. (Doc. # 1019 at 6.)

    In his instant Objection, Mr. Moore argues (1) that he was not timely notified of a recent settlement conference that occurred in this case on January 31, 2017; (2) he has not received the wheelchair that he claims to have been promised by the Special Master

in 2005; and (3) he has not received the $50.00 payment awarded him.  The Court rejects each argument in turn.

First, Mr. Moore is not entitled to individualized notice of settlement discussions because he is represented by class counsel.  See *McNeil v. Guthrie*, 945 F.2d 1163, 1165–66 (10th Cir. 1991).

Second, the Special Master did not award Mr. Moore a wheelchair in the 2005 Order (Doc. # 1019), and Mr. Moore is not presently entitled to one based on mere allegations that he was so promised.  In addition, nothing in the record reflects that Mr. Moore has subsequently been awarded a wheelchair by any order of this Court.

Third, the Court finds that claimant's own conduct, i.e. his failure to return an accurate W-2, is the reason he has not been paid the $50.00 that he was awarded in 2005.  Moreover, the Court reminds Mr. Moore of this Court's Order, entered in September 19, 2013, which stated "the Court will accept no future motions to enforce monetary awards."  (Doc. # 5414 at 4.)

Accordingly, it is ORDERED that Claimant L.R. Moore's Objection (Doc. # 5559) is OVERRULED.

DATED:  February 13, 2017            BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge