# UNITED STATES DISTRICT COURT FOR COLORADO
## Case No. 92-CV-870 JLK

**PLAINTIFF pro se**
  L. R. MOORE  Claimant 03-030, Category III
    #47702, Box 6000, Sterling 80751

V.

**DEFENDANTS**
  J. HICKENLOOPER, et al
  **Defense Counsel:** Asst. Colo. Atty.
    General J. N. R. Fredericks
    1300 Broadway, 10th Fl; Denver CO 80203

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2017

JEFFREY P. COLWELL
CLERK

## MOTION TO RECONSIDER ORDER BARRING RECOVERY OF STOLEN GOODS & FUNDS
## &
## CERTIFICATE OF SERVICE

### MOTION

Plaintiff Moore moves this Court to reconsider its Order of 14 February 2017 (received 22 February). He grounds are that the Court failed to read **his** (versus Defense Counsel's [Counsel] response) Objection, thus misconstrued it; and that the Court denied several of his Constitutional rights, including self-representation and due process.

He asked this Court to order the return of a part of what Defendants, and other Colorado State agents, have stolen from him---ie a Replevin or Detinue. **not** the Mandamus this Court has followed Defense Counsel (Counsel) in construing most of his claims as. He cited ADA and *Goodman*[1] as his authorities to his right to possess his personal wheelchair (W/C)[2] and his *Montez* award in prison. This misconstruction is stated in the Order. Further, it shows no sign that Court even read Objection, and many signs that it was largely prewritten using previously used denials saved on a computer. He **never** claimed that the Master ordered Defendants to replace his W/C they, only that the Master noted, in his order, that they promised to do so. In fact, Master refused request to so order on the basis of this promise. As Moore expected, this promise was never fulfilled. Thus the basis on this denial by this Court (that Master never ordered) is totally irrelevant *except as proof that Court never read Objection but copied Counsel's response instead.*

Counsel's claims, after repeatedly denying Moore was awarded the $50, is that a secret statute makes it illegal to pay him, and that he is not whom he said he is on his W-2.[3] He says he is this person.[4] This Court said he isn't, but didn't provide any specifics. *Since the person*

---

[1]*Goodman v. Georgia,* 546 U.S. 959, et al.
[2]This includes air cushion, cover, tool & patch kit, as all were stolen virtually simultaneously.
[3]Counsel's claim that a W-2 is required is but an excuse to keep this award. Master's Order had no such requirement.
[4]IE he was born en route from Panama to the port of Oakland CA with his father being a U.S. Citizen, thus registered as such there, altho, under the INS *wet foot, dry foot* doctrine he is also a Panamanian. Counsel claims that his *residence* is

1

in the W-2 is the one sentenced to life, this Court should order his immediate release if it truly believes he is not this person.[5]

He relies on *Faretta*[6] as proof that he has a Constitutional right to self-representation, especially when his former counsel has consensually discontinued. representation in 2004, **before** the 2005 hearing and resultant order.[7] Thus claim that he is still represented by King & Greison is erroneous.

**In summation,** he respectfully requests this Court to reconsider its denial of his rights to self-representation, to representation, and to due process (having court show that they read **his** pleadings and decisions based on actual, instead of alternate, facts).

## CERTIFICATE OF SERVICE

Respectfully submitted by Plaintiff pro se with copy mailed to Counsel on 2 March 2017.   *L R Moore*

---

CODOC. He disagrees, stating that *residence* means where he considers this to be outside of CODOC. When Noriega discontinued dual citizenship, he chose Panamanian.

[5] He doubts that Counsel believed her claim here. Previously, she has shown her belief that, as a state attorney, she need not believe her claims.

[6] *Faretta v Calif.* 422 U.S. 806

[7] K & G did not appear at hearing nor, as he recalls, were mentioned in order. They have not contacted him since, thus all his post-hearing (and some pre-hearing) pleadings have been pro se.

2

**Colorado Department of Corrections**

Name: L R Moore
Register Number: 47702
Unit: 3
Box Number: 6000
City, State, Zip: Sterling 80751

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

80294-250151

DENVER CO 802
06 MAR 2017 PM 3 L

FOREVER USA

**Restricted Inspection Mail Stamp**

| FACILITY | SCF | DATE REC'D | 3-2-17 |
| DOC EMPLOYEE LAST NAME | Chalmers | ID# | 2833 | INT | [initials] |
| DOC# | 67702 | OFFICER LAST NAME | Moore | | |

[signature]