Lewis Moore #47702 - CDOCLL

# UNITED STATES DISTRICT COURT FOR COLORADO

Case No. 92-CV-870 JLK

PLAINTIFF pro se
   L. R. MOORE---Claimant 03-030, Category III
     #47702, Box 6000, Sterling 80751

v.

DEFENDANTS
   J. HICKENLOOPER, et al
   Defense Counsel: Asst. Colo. Atty. General J. N. R. Fredericks
   1300 Broadway, 10th Fl; Denver CO 80203

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 13 2017

JEFFREY P. COLWELL
CLERK

### MOTION TO RETITLE OBJECTION, ADDING CONSTITUTIONAL CLAIMS
### &
### CERTIFICATE OF SERVICE

*Motion*

   Plaintiff moves to retitle his *Objection to Settlement* to *Objection to Civil Forfeitures of ADA Items from Montez Claimant during Montez Hearing*. His ground is that the seemingly overlong retitle correctly addresses his primary issues in Objection, issues that neither this Court nor Defense Counsel have addressed as both seemed to have misread Objection. Hopefully retitling will make such misreading impossible

   He therefore moves to add two more bases to his Objection—the Fifth and 14th Amendments to U.S. Constitution. There was neither compensation nor Due Process for either forfeiture.

*Certificate*

   Respectfully submitted, with copy to Counsel in Caption, by Plaintiff pro se on 8 March 2017    *[signature: L R Moore]*

**Colorado Department of Corrections**
Name: R. Moore
Register Number: 477012
Unit: M
Box Number: 6000
City, State, Zip: Sterling 80751

DENVER
CO 802
09 MAR '17
PM 5 L

US POSTAGE >> PITNEY BOWES
ZIP 80751 $ 000.46⁰
02 1W
0001365920 MAR 09 2017

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

80294–250151