# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-JLK

JESSE (JESUS) MONTEZ, *et al.*,

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.*,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Laura E. Schwartz, as co-counsel for Plaintiffs, pursuant to D.C.COLO.LAttyR 5, hereby moves this Court for an Order allowing her to withdraw as counsel of record. As grounds, counsel states as follows:

Pursuant to D.C. COLO.LCivR 7.1(A), counsel for Plaintiffs conferred with Defendants' counsel Jacquelynn Rich Fredericks and James Quinn.

1. Laura E. Schwartz is no longer affiliated with King & Greisen, LLP as of December 30, 2016.

2. Plaintiffs will continue to be represented by Paula Greisen and Kimberly J. Jones of the law firm of King & Greisen, LLP, Edward T. Ramey of the firm of Tierney Lawrence LLC, Lara Baker of the law firm of Foster Graham Milstein & Calisher, LLP, and Blaine D. Myhre.

WHEREFORE, Laura E. Schwartz respectfully requests that this Court grant her Motion to Withdraw as Counsel.

RESPECTFULLY SUBMITTED this 28th day of March, 2017.

*s/ Laura E. Schwartz*
Laura E. Schwartz
Paula Greisen
Kimberly J. Jones
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
schwartz@kinggreisen.com
greisen@kinggreisen.com
jones@kinggreisen.com

Edward T. Ramey
Tierney Lawrence LLC
225 E. 16th Avenue, Suite 350
Denver, CO 80203
(720) 242-7585 telephone
eramey@tierneylawrence.com

Lara Marks Baker
Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lbaker@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 28th day of March, 2017, the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
(303) 866-3261
Fax: (303) 866-5443
james.quinn@state.co.us
jacquelynn.richfredericks@coag.gov

*Attorneys for Defendants*

                                                *s/ Laurie A. Mool*