**Colorado Department Of Corrections**

Name: L.R. Moore
Register Number: 47702
Unit: 3
Box Number: 6000
City, State, Zip: Sterling 80751

**Restricted Inspection Mail Stamp**
FACILITY: SCF
DATE REC'D: 3/28/17
DOC EMPLOYEE LAST NAME: Laso   ID#: 14552
DOC#: 47702   OFFENDER LAST NAME: Moore

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294



US POSTAGE PITNEY BOWES
ZIP 80751 $ 000.46
02 1W
0001365920 MAR 29 2017