① 

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO
JUL 20 2017
JEFFREY P. COLWELL
CLERK

Honorable magistrate Michael E Hegarty
7-20-2017

I Charles D. Mosby #63611 come pro-ses. I'am very sorry for not being able to have answer the Honorable magistrate letter on time for the settlement Hearing on October 31, 2016 the Reason the letter was sent to Four mile correctional center in canon and set there for a few month befor was sent to MR. Mosby at Buena vista Co. Correctional, I would like to be in the settlement on my case. Now I need to bring a mix up the the Honorable magistrate (Attion) After I had a Hearing at Limon correctional and the Court send me another form to file out then I was movie to Four mile correctional well the court or some one send the wrong Impaired to medical they send that I had mobile Impaired when I have vision Impaired by all the specialist D.O.C. has send me to all of them said I was to wear tint glasse inside and outside cause of Photophobia ok D.O.C. took out that I didnt have mobile Impaired but my vision

Impaired was never send to medical and I wrote the court and the lawyer handle the case at that time and no every answer me back. Your Honorable Magistrate I won my case from the hearing at Limon. Now would you please fix this mix up I'am still loseing my eye's sight slowley I need my tint Exe's glasse would you please order D.O.C. to get me tint state glasse to wear. I Really Need your Help I won my case Please make D.O.C. do there part thank you for any Help.

Charles Mosley #63611
Colo. Dept. of Corr.
BVCC South 1W13
P.O. Box 2017
Buena Vista CO 81211