

DENVER CO 802

19 JUL 2017 PM 1 L

United states magistrate Judge
Michael E. Hegarty
Courtroom A501 Fifth Floor
the
Alfred A. Arraj United states
Courthouse
901 19th Street
Denver Colo.
80294-3589

Colorado Department Of Corrections

Name _Charles Mosby_

Register Number _6361_

Unit _BVCC South 1w13_

Box Number _2017_

City, State, Zip _Buena Vista CO 81211_

Restricted Inspection Mail Stamp

FACILITY _BVCC_

STAFF LAST NAME _Scheel_   ID# _15703_   INT _was_

DOC# _C3461 Mosby_   OFFENDER LAST NAME   INT _cm_

DATE REC'D _7/18/12_