IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 92-CV-00870-CMA-MEH

JESSE MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants.

---

**ORDER DENYING INTERESTED PARTY CHARLES MOSBY'S REQUEST THAT THIS COURT ORDER THE DEPARTMENT OF CORRECTIONS TO PROVIDE HIM WITH TINTED GLASSES**

---

This matter is before the Court on Charles Mosby's Letter requesting that this Court order the Department of Corrections to provide him with tinted eye glasses. (Doc. # 5586.) Mr. Mosby cites no legal basis that would allow this Court to enter such an order. Indeed, there is no jurisdiction for any additional *pro se* pleadings or individual requests by Mr. Mosby in this case. (Doc. ## 4449, 5055).

Accordingly, Mr. Mosby's request is DENIED.

DATED: August 7, 2017          BY THE COURT:

                                              *(signature)*
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge