**FILED**
**United States Court of Appeals**
**Tenth Circuit**

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

**February 6, 2018**

**Elisabeth A. Shumaker**
**Clerk of Court**

―――――――――――――――――――――

LEWIS ROGER MOORE,

    Claimant - Appellant,

and

JESSE F. MONTEZ, et al.,

    Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

    Defendants - Appellees.

No. 17-1115
(D.C. No. 1:92-CV-00870-CMA-MEH)
(D. Colo.)

―――――――――――――――――――――

## ORDER

―――――――――――――――――――――

Before **LUCERO**, **BACHARACH**, and **MORITZ**, Circuit Judges.

―――――――――――――――――――――

Upon consideration of Claimant-Appellant's Motion for Contempt and Compound Interest, we find that the relief sought is more appropriately directed to the district court. Accordingly, the motion is denied.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk