# MINUTE ENTRY FOR SETTLEMENT

TO:     Docketing

FROM:   Magistrate Judge Michael E. Hegarty

DATE:   February 12, 2018

RE:     *Montez, et al. v. Gunter, et al.*, 92-cv-00870-CMA-MEH

    \_\_\_\_     Settlement negotiations were held on this date, and no settlement has been reached as to any claims in this action.

    \_\_\_\_     A settlement conference was held on this date, and a settlement was reached as to

        \_\_\_\_   All claims in this action.  The parties shall file a stipulated motion to dismiss on or before February \_\_, 2018.

        \_\_\_\_   Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before February \_\_, 2018.

Settlement conference and preparation time involved:  \_\_ hours \_\_\_ minutes.

    \_\_\_\_     A record was made            \_\_\_\_   No record was made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

     X      Supplemental settlement negotiations were held in the above-captioned case.  **A settlement has been reached as to all claims in this action.**  The parties will be scheduling a fairness hearing with the court.

Preparation, negotiation and travel time involved: 5 hours.