**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  Chris Wolpert
Clerk of Court           Chief Deputy Clerk

February 13, 2018

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:   17-1115, Montez, et al v. Hickenlooper, et al**
        Dist/Ag docket: 1:92-CV-00870-CMA-MEH

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Willow I. Arnold
      Lara Elizabeth Baker
      Paula Dee Greisen
      Robert Charles Huss
      Kimberly Jo Jones
      Lewis Roger Moore
      Blain David Myhre
      James X. Quinn
      Edward Thain Ramey
      Jacquelynn Nichole Rich Fredericks

EAS/sds