Order to pay

THE UNITED STATES DISTRICT COURT
901 19th St., Rm.A105; Denver.CO 80294
CASE NO.92-CV-00870

**THE LIVE PLAINTIFF PRO SE**
**L. R. MOORE pro se** #47702; POB 6000; 80751; Sterling CO 80751
**And**
  **DEAD PLAINTIFFS**[1]
**JESSE MONTEZ, et al,** Ft. Logan Cemetery
V.
  **DEFENDANTS**
**JOHN HICKENLOOPER, ET AL**
<u>**Defense Counsel:**</u> Colo. Atty. General, Cynthia Coffman, J N. R. Fredericks (et seq); 1300 Broadway, 10th Fl.; Denver CO 80203

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 16 2018
JEFFREY P. COLWELL
CLERK

Δ *COURT USE ONLY* Δ

**MOTION TO ORDER PAYMENT WITH INTEREST**
**&**
**CERTIFICATES OF SERVICE AND COMPLIANCE**

**MOTION**

**The** Plaintiff pro se moves this Court to implement the instructions of the 10th Circuit[2] re his Award by ordering immediate payment by Defense Counsels[3] to him, with interest compounded annually at the various rates[4] set by Colorado State Government; and that this reimbursement cover the filing fees needed to obtain

---

[1] The Caption is due to this Court's insistence on listing deceased plaintiffs in it while omitting deceased defendants. The Court never explained how to serve a corpse, thus Jesses has not been served.
[2] Contained in the Order in Case 17-1115
[3] He asks that these two be named in Order, as they are the ones that admit they are responsible, as Defendants' Counsels, to pay him; and have signed refusals to do so.
[4] These vary with years.

Order to pay

Order to Pay;[5] and $100 for Plaintiff's Xerox and postage.[6] He asks under the Equal Access to Justice Act as, in the Award, he is the prevailing party.

The 10th Circuit has opined that Defendants' refusal to pay was erroneous and that District Court is the proper venue to seek payment order from. See 6 February 2018 Order from 10th.

Further, should Defense Counsel object to this Motion and Plaintiff prevails, he asks for $10/hour for his additional time in prevailing, plus additional expenses; that these are added to prior sum; and the whole be tripled to add some penalty for frivolous objection.

### CERTIFICATE OF COMPLIANCE AND SERVICE

Appellant certifies that this, with proposed Order blank, has 625 words, is in 14 point Roman double spaced, and complies with FRCP, as he understands them.

Respectfully submitted on this 13 February 2018 with copy to Defense Counsel by Appellant pro se _____

---

[5] The 10th noted that Plaintiff was unable to get Award paid prior to its Order, thus he had to agree to pay filing fees. Thus, these are now to be paid by Defendants.
[6] If Defendants' demand, he will submit actual costs, adding some for his typing at minimum wage. Sum will surely be greater than $100.