Order to pay

THE UNITED STATES DISTRICT COURT
901 19th St., Rm.A105; Denver CO 80294
CASE NO.92-CV-00870

THE LIVE PLAINTIFF PRO SE
L. R. MOORE pro se #47702; POB 6000; 80751; Sterling CO 80751
And
        DEAD PLAINTIFFS[7]
JESSE MONTEZ, et al, Ft. Logan Cemetery
        V.
        DEFENDANTS
JOHN HICKENLOOPER, ET AL
<u>Defense Counsel:</u> Colo. Atty. General, Cynthia Coffman, J N. R. Fredericks (et seq); 1300 Broadway, 10th Fl.; Denver CO 80203

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 16 2018
JEFFREY P. COLWELL
CLERK

Δ *COURT USE ONLY* Δ

**ORDER TO PAY AWARD**

    The Court orders the Colorado Attorney General, Cynthia Coffman, and her Asst. A. G, J.N. R. Fredericks, the parties responsible for paying the *Montez* awards, to pay that awarded Plaintiff by the Special Master in 2005, including interest, at the rates set by the Colorado State Government, compounded annually since the date Special Master awarded.

    Further ordered is payment of any filing fees incurred by Plaintiff in obtaining this Order, and $100 for his expenses.

    Should this Order be contested, Plaintiff may rtequest additional compensation as in his Motion to Order Payment.

    So Ordered by:_____, Judge, on _____

---

[7] The Caption is due to this Court's insistence on listing deceased plaintiffs in it while omitting deceased defendants. The Court never explained how to serve a corpse, thus Jesses has not been served.

3