Colorado Department Of Corrections

Name: R. Moore
Register Number: 47902
Unit: 35
Box Number: 600
City, State, Zip: Sterling 80751

Arraj, United States Courthouse
901 19th Street, Room A-105
Denver, CO 80294-3589

Restricted Inspection Mail Stamp
FACILITY
DOC EMPLOYEE LAST NAME
OFFENDER LAST NAME Moore
DOC # 47902
DATE REC'D
INT

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751 $ 000.47⁰
02 1M
0001365920 FEB. 14 2018