U.S. DIST NOTICE OF NO NPAYMENT

# THE UNITED STATES DISTRICT COURT FOR COLORADO
### 901 19th St., Rm.A105; Denver 80294
## CASE NO. 92-CV-0070

**PLAINTIFF-APPELLANT**

L. R. MOORE pro se #47702; POB 6000; 80751; Sterling CO 80751

**And**

**DEAD PLAINTIFFS[1]**

JESSE MONTEZ, et al, Ft. Logan Cemetery

V.

**DEFENDANT-APPELLEE**

JOHN HICKENLOOPER, et al
**Defense Counsel:** Colo. Atty. General, Cynthia Coffman, J N. R. Fredericks (et seq); 1300 Broadway, 10th Fl.; Denver CO 80203

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 26 2018
JEFFREY P. COLWELL
CLERK

△ *COURT USE ONLY* △

## NOTICE OF NONPAYMENT
## &
## CERTIFICATE OF COMPLIANCE AND SERVICE NOTICE

Plaintiff notifies Defense Counsels/Defendants[2] (Counsel) and this Court that Counsel has seemingly still refuses to pay him his *Montez* award in accordance with C.R.S. and the Equal Access to Justice Act. C.R.S. 5-12-102 (4) (b) state interest on this is to be 8%, compounded annually. At 12½ years, this adds $80.

See *Top Rail Ranch Estates, LLC v. Walker,* 2014 COA 9, 327 P.3d 321- on

---

1 The Caption is due to this Court's insistence on listing deceased plaintiffs in it while omitting deceased (or left) defendants. The Court never explained how one corpse differs from another nor how to serve the dead, thus Appellant has not tried to serve them.

2 The encaptioned defense counsels are both as they repeatedly refused to release Appellant's Montez Award to him after CODOC released it to them to pay him.

1

prejudgment interest.

Also unpaid are the secretarial, copying and postage costs of the prevailing party, as previously stated in this Court. For reasons of expediency, and to save Counsel's money,[3] he temporarily states his costs as $100. See *Lekas (1986, DOC App) 4 ORW 477* on these.

Also, Counsels need to cover his 10th Circuit filing fees of $550. Appellant will accept Counsels' promise to pay filing fees in lieu of payment to him.

As this pleading is additional to those so far, it is being billed at the $10 rate.

Costs and fees are per Equal Access to Justice Act, 5 USCS § 504---see *Conner Air Lines, Inc. v Whittington (1989) NTSB EA-2920.*, per

Apparently, Counsel has made the partial payment of $50. If so, then still owed, if paid by 1 April 2018 **and** accompanied by a promise to pay above filing fees, is $~~660~~ 190 *apm*

## CERTIFICATE OF COMPLIANCE AND SERVICE

Appellant certifies that this thus far has 447 words, is in 14 point Roman double spaced, and complies with this Court's Rules as he understands them. Respectfully submitted on this 22 February 2018 with copy to Counsel by Appellant pro se _R R Moore_

---

[3] If they wish to prolong their frivolous and deceitful refusals to fully pay appellant, he will increase costs to his actual costs, including his set rate of $10/pleading (still well below min. wage), then triple this as exemplary damages (plus interest from 1 April 2018 on).