U.S. POSTAGE ≫ PITNEY BOWES

ZIP 80751 $ 000.47⁰
02 1W
0001365920 FEB. 23. 2018

DENVER
CO 802
23 FEB '18
PM 6 L

**Colorado Department Of Corrections**

Name  L R Moore
Register Number  35 7702
Unit
Box Number  6000
City, State, Zip  Sterling
CO 751

**Restricted Inspection Mail Stamp**

FACILITY

DATE REC'D

DOC EMPLOYEE LAST NAME          ID#          INT

DOC#          OFFENDER LAST NAME          INT

Arraj, United States Courthouse
901 19ᵗʰ Street, Room A-105
Denver, CO 80294-3589

80294-250151

**Restricted Inspection Mail Stamp**

FACILITY  SCF  DATE REC'D  2-23-18

DOC EMPLOYEE LAST NAME  Bush  ID#  7502  INT

DOC#  77702  OFFENDER LAST NAME  Moore  INT