**STATE OF COLORADO**
DPA Div of Risk Management 303-866-6396

PAGE 1 OF 1

| CATEGORY: | AISP C2 | VENDOR NAME: | Lewis Roger Moore | CHECK NO: | |
|---|---|---|---|---|---|
| | | VENDOR CODE: | AABA100000 | ISSUE DATE: | 02/13/2018 |

| INVOICE | | | PAYMENT REQUEST | | |
|---|---|---|---|---|---|
| NUMBER | LINE | DATE | NUMBER | LINE | AMOUNT |
| 20180209LRM | 1 | 02/09/2018 | GAX  AABA  230018000000000000175 | 0,1 | 50.00 |
| Claim# L011857A Lewis Roger Moore, Claim against state | | | | | |

TOTAL  50.00
**NON NEGOTIABLE**



---

▲ DO NOT CASH UNLESS **STATE OF COLORADO** APPEARS IN **WHITE** ABOVE THIS BORDER ▲



**COLORADO**
Office of the State Controller
Warrant on the Treasurer of the State of Colorado
   AISP DPA Div of Risk Management 303-866-6396

Wells Fargo Bank, N.A.       Issue Date: 02-13-2018

**PAY** Fifty And 00/100 Dollars            $***********50.00
**TO THE ORDER OF:**

VOID AFTER 6 MONTHS FROM ISSUE DATE

LEWIS ROGER MOORE
ATTN: INMATE BANKING
STERLING CORRECTIONAL FACILITY
12010 HWY 61, PO BOX 6000
STERLING CO 80751

*Robert Jaros*
STATE CONTROLLER

*[signature]*
STATE TREASURER

SECURITY FEATURES INCLUDED, DETAILS ON BACK

EXHIBIT A