

**CYNTHIA H. COFFMAN**
Attorney General

**MELANIE J. SNYDER**
Chief Deputy Attorney General

**LEORA JOSEPH**
Chief of Staff

**FREDERICK R. YARGER**
Solicitor General

**STATE OF COLORADO
DEPARTMENT OF LAW**

RALPH L. CARR
COLORADO JUDICIAL CENTER
1300 Broadway, 10th Floor
Denver, Colorado  80203
Phone (720) 508-6000

Civil Litigation and
Employment Law Section

February 15, 2018

Tonya Whitney
CDOC Inmate Banking Office
P.O. Box 230
Canon City, CO  81215-0230

RE:   L.R. Moore #47702 Montez Award Check

Dear Tonya:

    Enclosed is the award check for Lewis Roger Moore (L.R. Moore), Claim 03-030, in the amount of $50.00. Please send me an e-mail verifying receipt of the check and let me know how much, if any, was withheld for restitution, child support and/or an amount applied to a negative balance. We will also need you to send me an offender banking statement showing deposit of the check.  Thanks for your help.

                    Sincerely,

                    FOR THE ATTORNEY GENERAL

                    DARLENE S. HILL
                    Paralegal II
                    Civil Litigation & Employment Law
                    Corrections Unit
                    (720) 508-6619

cc:  Jan Smith, CDOC
      L.R. Moore, #47702, SCF

Enclosure

**EXHIBIT B**