# COLORADO DEPARTMENT OF CORRECTIONS
## Colorado Springs, Colorado
**Statement of Account Activity**
Period: 02/01/2018 - 02/22/2018
Printed: 02/22/2018

**Name:** MOORE, LEWIS R
**Number:** 47702
**Location:** STERLING - SCF/UNIT35

| Date:Time | Description | Tran Amt | Balance | Available Before W/H | Encumbrances Type | Amount | Total | Available Balance | FC |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/18 00:00 | Beginning Balance | | 21.41 | 21.41 | | | 20.86 | 0.55 | |
| 02/01/18 08:42 | Canteen Ord#13318254 | -20.86 | 0.55 | 0.55 | | | 0.00 | 0.55 | SF |
| 02/01/18 23:23 | JPAY CREDIT | 70.00 | 70.55 | 70.55 | MANDATORY | 28.00 | 28.00 | 42.55 | SF |
| 02/02/18 15:30 | XEROX-DEBIT | -1.50 | 69.05 | 69.05 | | | 28.00 | 41.05 | SF |
| 02/02/18 15:30 | XEROX-DEBIT | -0.50 | 68.55 | 68.55 | | | 28.00 | 40.55 | SF |
| 02/02/18 15:31 | XEROX-DEBIT | -3.00 | 65.55 | 65.55 | | | 28.00 | 37.55 | SF |
| 02/02/18 15:31 | XEROX-DEBIT | -1.00 | 64.55 | 64.55 | | | 28.00 | 36.55 | SF |
| 02/05/18 15:13 | POSTAGE-DEBIT | -1.50 | 63.05 | 63.05 | | | 28.00 | 35.05 | SF |
| 02/05/18 15:29 | 1 CUSTODIAN | 2.10 | 65.15 | 65.15 | MANDATORY | 0.84 | 31.88 | 33.27 | SF |
| 02/05/18 15:29 | 1 CUSTODIAN | 3.78 | 68.93 | 68.93 | MANDATORY | 1.52 | 31.88 | 37.05 | SF |
| 02/05/18 15:29 | 1 CUSTODIAN | 2.10 | 71.03 | 71.03 | MANDATORY | 0.84 | 31.88 | 39.15 | SF |
| 02/05/18 15:29 | 1 CUSTODIAN | 1.68 | 72.71 | 72.71 | MANDATORY | 0.68 | 31.88 | 40.83 | SF |
| 02/07/18 08:25 | Canteen #13337944 Hold | | | 72.71 | CANTEEN | 33.95 | 65.83 | 6.88 | |
| 02/07/18 14:58 | POSTAGE-DEBIT | -1.00 | 71.71 | 71.71 | | | 65.83 | 5.88 | SF |
| 02/08/18 16:00 | Canteen Ord#13337944 | -33.95 | 37.76 | 37.76 | | | 31.88 | 5.88 | SF |
| 02/12/18 13:53 | XEROX-DEBIT | -0.75 | 37.01 | 37.01 | | | 31.88 | 5.13 | SF |
| 02/14/18 07:22 | Canteen #13352069 Hold | | | 37.01 | CANTEEN | 4.70 | 36.58 | 0.43 | |
| 02/15/18 14:15 | XEROX-DEBIT | -1.25 | 35.76 | 35.76 | | | 36.58 | 0.00 | SF |
| 02/15/18 15:36 | Canteen Ord#13352069 | -4.70 | 31.06 | 31.06 | | | 31.88 | 0.00 | SF |
| 02/15/18 15:48 | MEDICAL-CREDIT 11/9/17 | 3.00 | 34.06 | 34.06 | | | 31.88 | 2.18 | SF |
| 02/15/18 15:49 | MEDICAL-CREDIT 11/9/17 | 3.00 | 37.06 | 37.06 | | | 31.88 | 5.18 | SF |
| 02/15/18 15:49 | MEDICAL-CREDIT 11/9/17 | 3.00 | 40.06 | 40.06 | | | 31.88 | 8.18 | SF |
| 02/15/18 15:49 | MEDICAL-CREDIT 11/9/17 | 3.00 | 43.06 | 43.06 | | | 31.88 | 11.18 | SF |
| 02/15/18 15:49 | MEDICAL-CREDIT 11/9/17 | 3.00 | 46.06 | 46.06 | | | 31.88 | 14.18 | SF |
| 02/16/18 10:51 | POSTAGE-DEBIT | -0.71 | 45.35 | 45.35 | | | 31.88 | 13.47 | SF |
| 02/16/18 12:35 | XEROX-DEBIT | -1.25 | 44.10 | 44.10 | | | 31.88 | 12.22 | SF |
| 02/20/18 15:17 | POSTAGE-DEBIT | -1.00 | 43.10 | 43.10 | | | 31.88 | 11.22 | SF |
| 02/21/18 07:43 | Canteen #13363862 Hold | | | 43.10 | CANTEEN | 11.14 | 43.02 | 0.08 | |
| 02/21/18 15:12 | MONEY ORDER - CREDIT | 50.00 | 93.10 | 93.10 | MANDATORY | 20.00 | 63.02 | 30.08 | SF |
| 02/22/18 23:58 | Ending Balance | | 93.10 | 93.10 | | | 63.02 | 30.08 | |

**Total Deposits:** 144.66
**Total Withdrawals:** 72.97

| Account Information as of 02/22/2018 10:41AM | | | |
|---|---|---|---|
| **Status:** ACTIVE | **Current Balance:** 93.10 | **Total Money In Hold:** | $0.00 |
| | **Total Reserved/Encumbered:** $63.02 | **Available Balance** | $30.08 |

*Statement Information*

**Date:Time** reflects the transaction date and time of deposits and withdrawals to the account during the statement period.

**Description** is a brief memorandum describing the transaction.

**Tran Amt** is the amount of the transaction; deposits are shown as a positive number, withdrawals are shown as a negative number.

**Balance** is the actual balance of the account. All deposits and withdrawals are added and subtracted from the 'Balance'. If an account has a negative balance an 'Available Balance' will be derived according to AR 200-2.

**Available Before W/H** is the derived available balance where 50% of deposits are made available when the actual account balance prior to deposit is a negative amount (Ref: AR 200-2). This amount is derived prior to mandatory withholding.

**Encumbrances** are amounts placed on hold pending further processing by the banking system, such as when a canteen order is posted or a deposit is subject to mandatory garnishment rules. The amount, type of hold, and a total (as of the Date:Time) is reported.

**Available Balance** show monies available for withdrawal at the end of the transaction. The time precision for all transactions is to the minute; encumbrance total may duplicate for multiple transactions if the transaction date and time are identical.

**FC** (Facility Code) is the offender's facility assignment at the date and time the transaction was posted to the account, not the originating source of the transaction.

**EXHIBIT C**

**NOTICE: This statement may not include most recent Withdrawals or Deposits.**