# United States District Court
## District of Colorado
### 901 19th St., Rm. A105; Denver 80203
### Case 92-cv-870-JLK

| | |
|---|---|
| **CURRENT PLAINTIFF** pro se:<br>**L. R. MOORE**<br>47702; POB 6000; Sterling 80751<br>and<br>**PAST PLAINTIFFS**<br>**JESSE MONTEZ, et al (deceased)**<br>Ft. Logan Cemetery<br><br>v.<br><br>**CURRENT DEFENDANTS**<br>**CYNTHIA COFFMAN**<br>**JACQUELYN N. R. FREDERICKS**<br>Colo. Attys. General; 1300 Broadway; Denver 80203<br>and<br>**PAST DEFENDANTS**<br>**JOHN HICKENLOOPER, et al** | F I L E D<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 1 6 2018<br><br>JEFFREY P. COLWELL<br>CLERK<br><br><br>Δ Court Use Only Δ |
| MOTION FOR ORAL ARGUMENT BY VIDEO<br>&<br>CERTIFICATE OF SERVICE | |

## MOTION

Plaintiff respectfully requests the Court to schedule this matter for oral argument by video. The ground is that he would be allowed to ask Defendants Fredericks and Coffman why, as Counsels to Past Defendants, they repeatedly refused to pay for frivolous reasons that they have offered this Court. He believes that the two Current Defendants would, if faced with a live hearing, moot such a hearing by paying him **in full,** thus ending the Award matter.

1

.t. Award video

He doubts that even this Court believes they want to be on the 5 o'clock news addressing why they insist on awarding Plaintiff, who is an alien felon serving life for 1st Degree Murder, with U. S. citizenship just to claim a reason to avoid paying him the state mandated interest they owe him. He filled out their W-9 by pointing out that it was the wrong form as he was, and is, an alien.

### CERTIFICATE OF AND SERVICE

Respectfully submitted on this 13 March 2018 with copy to Defendants by Plaintiff pro se _____/s/ R M Moore_____

US POSTAGE >> PITNEY BOWES
ZIP 80751 $ 000.47⁰
02 1W
0001365920 MAR 14 2018

DENVER
CO 812
14 MAR '18
PM 9 L

Arraj. United States Courthouse
901 19th Street, Room A-105
Denver, CO 80294-3589

80294-250151

Colorado Department Of Corrections
Name L R Moor
Register Number 47702
Unit 35
Box Number 6000
City, State, Zip Sterling CO 751

**Restricted Inspection Mail Stamp**

| FACILITY | DATE REC'D | |
|---|---|---|
| SCF | 3-13-18 | |
| DOC EMPLOYEE LAST NAME | ID# | INT |
| Davis | 14285 | |
| DOC# | OFFENDER LAST NAME | INT |
| | Moore | |