U. S. Dist Pay Demand #2 w/Order

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## 901 19th St., Rm. A105; Denver 80203
## Case 92-cv-0070

| PLAINTIFFS pro se:<br>L. R. MOORE, 47702; POB 6000; Stirling CO 80751<br>And<br>THE DECEASED JESSE MONTEZ[1]<br>V.<br>DEFENDANTS-APPELLEES:<br>JOHN HICKENLOOPER, et al.<br>**Defense Counsel (Counsel)**: Cynthia Coffman; Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 23 2018<br><br>JEFFREY P. COLWELL<br>CLERK |
|---|---|
| *Appearing Pro Se:* L. R. Moore 47702; POB 6000; Sterling CO 80751 | ∆COURT USE ONLY∆ |
| **MOTION FOR ORDER TO PAY DEBT**<br>**&**<br>**ORDER**<br>**&**<br>**CERTIFICATE OF SERVICE AND COMPLIANCE** ||

## MOTION

Plaintiff moves this Court to issue the attached propose order. He moves that, per proposed order, he be finally paid what Counsel owes him in the matter of the Award.

Further, he moves that Damages be tripled should Counsel not have paid him in full by 1 May 2018. He does so as any delay beyond is solely knowingly frivolous, or worse.

In late February 2018, Counsel sent him a $50 check, which he applied to

---

[1] Caption per demand of Counsel. Plaintiff would omit the deceased.

1

U. S. Dist Pay Demand #2 w/Order

the State-Mandated Interest of $80 Counsel owes him in this matter.[2] Thus, the interest owed has decreased to $30, while the Award remains unpaid.

Nor have his nominal costs been paid. These are now $120[3] per Notice previously sent Counsel and Court,[4] for frivolously and knowingly refusing to pay Award in full.

That is, a total of $200 is still owed to him by Counsel, and, from 1 May 2018, there will again be interest as previously, but now on the $200 tripled to include Exemplary Damages, or $600 (plus interest and any further costs at $10 per pleading sent by Plaintiff) until paid in full.

Counsel has not contested his statement of costs, nor is she likely to, given:

1. That these are so nominal as to be far below what was actually spent on postage and Xerox, not to mention typing at minimum wage.
2. That she has had several weeks, post-notice, to contest.

### CERTIFICATE OF SERVICE AND COMPLIANCE

Appellant certifies that this 382 words, is in 14 point Roman double spaced, and complies with this Court's Rules, as he understands them.

Respectfully submitted this 8 March 2018 by Plaintiff pro se

*/s/ R. Moore*

---

[2] 8%, compounded annually
[3] $100 + $10 per pleading sent from January 2018 on.
[4] Objection to Illegal Order (of garnishment)