

## In The United States District Court for Colorado

**Live Plaintiff**
**L. R. MOORE pro se**
    #47702; POB 6000; Sterling CO 80751
**And**
**Dead Plaintiffs**
**JESSE MONTEZ, et al**

**V.**

**Defendants**
**JOHN HICKENLOOPER, et al**
Defense Counsel:  Colorado Attorney General

### ORDER

That Defendant pay the mandated interest and the costs as requested by

Plaintiff, in accordance with C.R.S. and the Equal Access to Justice Act.

Further, that Defendant pay any filing fees currently assessed Plaintiff in this

matter.

So ordered this ___ day of _____ by

_____ Judge

3