# United States District Court

DISTRICT OF COLORADO
901 19th St., Rm. A105; Denver 80203
Case 1:18-cv-00259-GPG

| | |
|---|---|
| **PLAINTIFFS pro se:**<br>L. R. MOORE, 47702; POB 6000; Sterling 80751<br>V.<br>**DEFENDANTS-APPELLEES:**<br>COSARRUBIAS, et al.<br>**Defense Counsel (Counsel):** Cynthia Coffman; Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 23 2018<br><br>JEFFREY P. COLWELL<br>CLERK |
| *Appearing Pro Se:* L. R. Moore 47702; POB 6000; Sterling CO 80751 | ΔCOURT USE ONLYΔ |
| **MOTION FOR ORDER TO SUSPEND GARNISHMENT**<br>&<br>**PROPOSED ORDER**<br>&<br>**CERTIFICATE OF SERVICE AND COMPLIANCE** | |

## MOTION

Plaintiff moves this Court to Order the suspension of its 21 February 2018 Order sent DOC inmateaccounts@state.co.us.  His ground is that, if obeyed verbatim, that Order would result in excessively and illegally garnishing his income.  The state limit is 50%; he is currently being garnished 40%; that Order demands 20% more from the top; a total of 60%.  Plaintiff moves for a suspension until all other court debts, prior to 21 February 2018, are paid.

## CERTIFICATE OF SERVICE AND COMPLIANCE

Appellant certifies that this has 193 words, is in 14 point Roman double spaced, and complies with this Court's Rules, as he understands them.

Respectfully submitted this 8 March 2018 by Plaintiff pro se

*/s/ L. R. Moore*