# IN THE UNITED STATES DISTRICT COURT
## Case 1:18-cv-00259-GPG

**PLAINTIFFS pro se:**
L. R. MOORE, 47702; POB 6000; Sterling CO 80751

V.

**DEFENDANTS-APPELLEES:**
**COSARRUBIAS, et al.**

# ORDER

ORDERED that this Court's Order of 21 February 2018, sent to DOC inmateaccounts@state.co.us, is suspended until such time that all of Plaintiff's court debts, as sent to DOC inmateaccounts@state.co.us before 21 February 2018, are paid.

That is, the 21 February 2018 Order becomes effective only after Plaintiff's prior court debts are paid.

DATED_____

BY THE COURT_____