u. s. dist award discovery

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
901 19th St., Rm. A105; Denver 80202 q 4
### CASE NO. 92-CV-870-JLK

| | |
|---|---|
| **CURRENT PLAINTIFF** pro se:<br>**L. R. MOORE**<br>    #47702; POB 6000: Sterling CO( 80751<br>And<br>**FORMER PLAINTIFFS**<br>**JESSE MONTEZ, ET AL**<br>Ft. Logan Cemetary<br><br>V.<br><br>**CURRENT DEFENDANTS**<br>**CYNTHIA COFFMAN**<br>**JAQUELYN N. R. FREDERICKS**<br>    Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>MAR 29 2018<br><br>JEFFREY P. COLWELL<br>CLERK<br><br><br>Δ **Court Use Only** Δ |
| **MOTION FOR DISCOVERY**<br>&<br>**CERTIFICATE OF SERVICE** | |

## MOTION

Plaintiff moves for Discovery and Interrogatory of Defendants. He asks that this be a single Motion, asking them to back, or drop, their alt fact claims made in their Response. He asks that they directly address his questions and document requests as this, being a civil case, does not immunize them from testifying against themselves. He notes that the "facts" cited in Response, and those cited by him, can't be reconciled, that one or the other, or both must be false. **He argues that that granting this motion is the best means to discover who is lying.**

### CERTIFICATE OF SERVICE

Respectfully submitted on this 2-3 March 2018 with copy to Counsel by Appellant pro se

*L R Moore*

Colorado Department of Corrections

Name: L R Moore
Register Number: 47702
Unit: 35
Box Number: 6-000
City, State, Zip: Sterling 80751

U.S. Dist. Court
901 19th St., Rm A105
Denver 80294

**Restricted Inspection Mail Stamp**

| | |
|---|---|
| FACILITY | SCF |
| DATE REC'D | 21 Mar 2018 |
| DOC EMPLOYEE LAST NAME | Warn |
| ID# | 7513 |
| INT | |
| DOC# | 47702 |
| OFFENDER LAST NAME | Moore |
| INT | |