u.s.dist award stay

# United States District Court
## DISTRICT OF COLORADO
## 901 19th St., Rm. A105; Denver 80263 94
## CASE NO. 92-CV-870-JLK

| | |
|---|---|
| **CURRENT PLAINTIFF** pro se:<br>**L. R. MOORE**<br>#47702; POB 6000: Sterling CO( 80751<br>And<br>**FORMER PLAINTIFFS**<br>**JESSE MONTEZ, ET AL**<br>Ft. Logan Cemetery<br>V.<br>**CURRENT DEFENDANTS**<br>**CYNTHIA COFFMAN**<br>**JACQUELYN N. R. FREDERICKS**<br>Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>MAR 29 2018<br>JEFFREY P. COLWELL<br>CLERK<br><br>Δ **Court Use Only** Δ |
| **MOTION FOR TIME EXTENSION**<br>**&**<br>**CERTIFICATES OF SERVICE** | |

## MOTION

Plaintiff moves this Court to give him 90 days to Reply to Current Defendants' 16 page Response (Doc# unk) to his 2-page request that they pay what they owe him in full. Since July 2005, they have offered frivolous reasons to not pay him, including, in a pleading from Fredericks in District Court for Lincoln County that he could not be paid because the Award did not exist.[1] They continue to refuse. They did send him $50, which, in accordance with Colorado law, he deducted from the interest owed on the Award.

She, with Coffman's approval, has now repeated the frivolous, champerous, and oft-disingenuous reasoning she has always used in refusing to pay, but now with more case cites. Due to Plaintiff's needlessly limited prison law library time,[2] and his other actions in this and

---

[1] In Response, she claims her pleading in that District does not exist!! There it was noted that she had grave problems in accepting the actual facts, versus inventing replacements in her pleadings.
[2] Law Library oft has available kiosks that it denies Moore on the irrational basis that he is of the wrong moiety, a difference with neither logic nor distinction. This court has denied his requests for an Order to correct.

1

u.s.dist award stay

other courts, **and,** Defendants' repeated, frivolous defenses, he cannot justly reply immediately. Unless the Court will reject Response as too disingenuous to be admitted, or schedules this matter for public oral argument, he needs to address each of her fabrications in time-consuming, written detail. Note that the Colorado Attorney General has previously abetted the theft of Moore's tax identity. This was done by their Whitey Bulger clone, their protected witness Roy Allen Embry. They then promised to pay him $400 damages for their false accusations. Instead, they seized roughly $4000 from him. He has **no reason to trust any Colo. Atty. General, especially in matters where they egregiously demand his former Soc. Sec. #.**

Plaintiff did not seek to complex this matter; Defendant Fredericks did, and has. If she had not, if she had simply complied with C.R.S., then this matter would have been resolved long ago. She insists she can award U.S. citizenship to alien felons such as Plaintiff, that, when he protests that she can't[3], he is wrong.

Fredericks, and Darlene Hill, Paralegal for Colo. Atty. General, with the approval of Coffman, are the sole causes of this matter taking so long. **Therefore,** this stay should be granted.

## CERTIFICATE OF SERVICE

Respectfully submitted on this 23 March 2018 with copy to Counsel by Appellant pro se

*/s/ L R Moore*

---

[3] See the unneeded W-9 form that she says he filled out wrong. She knew it was unneeded yet insisted that he fill it out as she wished him to even tho she knew then he would have filled it out falsely. She claimed she had information, such as his former SS#, that he did not, yet she refused to send it to him. She also refused to use it on the W-9 Form.

Colorado Department of Corrections

Name: L R Moore
Register Number: 47702
Unit: 35
Box Number: 6000
City, State, Zip: Sterling 80751

U.S. Dist. Court
901 19th St., Rm A105
Denver 80294

**Restricted Inspection Mail Stamp**

FACILITY: SCF
DOC EMPLOYEE LAST NAME: Wean
ID#: 7573
DATE REC'D: 21 Mar 2018
INT: [initials]

DOC#: 47202
OFFENDER LAST NAME: Moore
INT: [initials]