**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 92-CV-00870-JLK

JESSE (JESUS) MONTEZ, et al.,

Plaintiffs,

v.

JOHN HICKENLOOPER, et al.,

Defendants.

**JOINT NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AGREEMENT, MOTION FOR FAIRNESS HEARING, AND REQUEST FOR CLASS NOTICE ORDER**

Plaintiffs, by and through Class Counsel, and Defendants, through the Colorado Attorney General, respectfully submit this Joint Notice of Proposed Class Action Settlement Agreement, Motion for Fairness Hearing, and Request for Class Notice Order as follows:

**Background**

This case was originally filed in 1992. On September 11, 2003, the Court entered the settlement agreement between the Parties known as the Remedial Plan which provides that the Colorado Department of Corrections ("CDOC") must come into compliance with the American with Disabilities Act and Section 504 of the Rehabilitation Act of 1973 within a two-year period. The Remedial Plan also provides for a Monitoring Period of two years following achieving substantial compliance, Doc. 41; *and see* Doc. 5314 (discussing sections of Remedial Plan) and a damage claim process for individual class members. Under the damage claim process, approximately 1,500 individual damage claims were adjudicated by the Special Masters.

1

In 2006 and 2008, pursuant to notices of non-compliance filed by Class Counsel, the Court entered orders providing for additional protections to class members. Doc. 2228 and Doc. 3326. In September of 2012, the Court found that the CDOC attained substantial compliance with the Remedial Plan. Doc. 5314. Thereafter, the two year Monitoring Period under the Remedial Plan became effective.

On April 2, 2015, the Plaintiff Class filed a Notice of Non-Compliance with the Remedial Plan. Doc. 5507. Defendants filed a Response thereto and argued that they had maintained substantial compliance with the Remedial Plan. Doc. 5530.

Subsequently, the Parties engaged in extensive negotiations and have worked together to reach a proposed final disposition in the form of a Proposed Settlement Agreement, a copy of which is attached hereto. **Exhibit A**.

Counsel for the Parties will also separately file further pleadings detailing their position with respect to the Proposed Settlement Agreement's compliance with the factors set forth in Fed. R. Civ. P. 23(e).

## Summary of the Proposed Settlement

One of the unresolved issues between the Parties is the provision of soft-soled footwear to Class Members with diabetes. The Proposed Settlement Agreement provides a novel mechanism through which these Class Members, at no cost to themselves, may obtain soft-soled footwear through an innovative "shoe exchange" program. In the Proposed Settlement, the Parties anticipate that Class Counsel will devise a method to obtain approved shoes, and CDOC will maintain the inventory and distribute them to Class Members with diabetes on a semi-annual basis, depending on availability. Access to appropriate footwear to Class members with diabetes, and the

cost of that access, were matters raised by Class Counsel in the Plaintiffs' most recent Notice of Non-Compliance with the Remedial Plan. Doc. 5507. The Proposed Settlement Agreement contemplates that the Plaintiff Class' claims will be fully resolved and this litigation concluded.

## Motion for Fairness Hearing and Request for Notice

As required by Fed.R.Civ. P 23(e), prior to approving a class settlement, the Court must hold a fairness hearing, and provide an opportunity for Class Members to object to the proposed settlement. Accordingly, the Parties respectfully request that this Court set a fairness hearing in accordance with the Rule in a time and manner that allows a full and fair opportunity for class members to file any proposed objections, and testify regarding those objections if the Court so allows.

Fed. R. Civ. P. 23(e) also requires that the Court "direct notice in a reasonable manner to all Class Members who would be bound by the [settlement] proposal." Attached to this motion is a Proposed Notice to Class Members for the fairness hearing. **Exhibit B**. Pursuant to the Proposed Settlement, Notice to the Class Members will be posted at all CDOC facilities and out placement facilities. This Notice will summarize the Settlement Agreement, notify the Class of the date of the Fairness Hearing, inform Class Members of their right to object to the Proposed Settlement, and the deadline for any such objections, as set by the Court.

In addition, the Parties have agreed that Class Counsel shall prepare an attorney-client privileged letter for distribution to all class members explaining the terms of the Proposed Settlement. CDOC shall distribute these letters to all Class Members in CDOC custody, in accordance with procedures agreed to by the Parties in providing

previous notices to Class Members in this case. Although Class Counsel does not currently plan on visiting all the CDOC facilities which house class members as they have done in the past, Class Counsel will inform Class Members that they may call Class Counsel at no charge to discuss the Proposed Settlement. CDOC agrees that any person in the custody of CDOC may add Class Counsel to their CIPS list as an attorney phone number. CDOC will process such requests expeditiously. Once Class Counsel is listed on an individual's CIPS list, they may place a collect call to Class Counsel. If communication with Class Members becomes too difficult using the phone process, Class Counsel will conduct personal visits to the facilities. Class Counsel will visit the facilities in Denver that house a large number of potential class members, such as DRDC and Denver Women's Facility, to facilitate the process.

The Parties respectfully request that this Court find that proposed procedures to notify the Class Members are reasonable under Fed. R. Civ. P. 23(e). Finally, the Parties respectfully request that this Court approve a procedure for Class Members to file written objections, and/or provide testimony objecting to the Proposed Settlement, as the Court deems appropriate.

**WHEREFORE**, the Parties respectfully provide Notice to this Court regarding the Proposed Settlement Agreement. The Parties further request that this Court issue a Notice to Class Members of the Proposed Settlement with a date for a Fairness Hearing no sooner than 120 days after approval of the Notice.

Respectfully submitted this 7th day of May, 2018

KING & GREISEN, LLP
CLASS COUNSEL

*s/ Paula Greisen*
Paula Greisen
1670 York Street
Denver, CO  80206
(303) 298-9878


CYNTHIA H. COFFMAN
Attorney General

*s/ Jacquelynn N. Rich Fredericks*
Jacquelynn N. Rich Fredericks, #39932
Assistant Attorney General
Attorneys for Defendants
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO  80203
(720) 508-6603