THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

alfred a. arraj Courthouse
901 - 19th Street
Denver, co. 80294

Civil Action No. 92- cv - 00870 JLK-OES or CMA-MEH

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 11 2018
JEFFREY P. COLWELL
CLERK

Plaintiff, Jesse F. Montez et al
Barbara Freeman client #105

v.

Colorado Department of Corrections et al

Defendant.

---

Motion For Clarification on Montez Remedial Plan
Housing for ADA/Montez Rooms

---

#1 ADA/Montez Rooms with Strobe Light/alarm is for offender care aide (OCA) and ADA clients only

OR

#2 ADA/Montez Rooms with Strobe Light/alarm is for ADA clients only

---

I Barbara Freeman was included in the Montez Remedial Plan, client #105 at the time of the class action, civil action no. above. Dated 9/11/2003
I have filed a claim under ADA/Montez civil action No. 16-cv-02181-MJW. after the case was filed some new facts come into play at Denver Womens Correctional Facility. I am requesting a clarification for what is here now.

Declaration attached
Colorado Depart. of Corrections 700-02 attached
OCA Schedule May 7 thru May 13 attached

(1)

# Declaration

Requesting clarification on ADA/Montez Housing (OCA) offender Care aide – (CDOC) Colorado Department of Corrections

I Barbara Freeman am a ADA/Montez client #105 and am requesting a clarification of the rooms set up for ADA/Montez with Strobe Light/alarm.

attached to Motion is this declaration, a copy of CDOC AR 700-02 (See #14 (b)) which states same as Montez Papers with the exception of Montez same living area and AR states same living unit. This in Montez papers pg. 17 XIV Everyday Living assistance, AR 700-02 pg. 7.

Here at Denver Womens Correctional Facility Unit one there are 108 rooms housing 216 people (2 persons per room) There are only 4 rooms for ADA clients. (8 people) Reading Montez and AR there is confusion. The officers in unit (1) are bias, show favoritism and are partial to some inmates. This is/has come about more so since I filed my case in court. The officers do not make any effort to assign the OCA's with their clients in same cell. There are 12 ADA clients in need of OCA's unit (1) daily needs. There are 24 OCA's in unit (1) (See attached sheet) These 4 rooms were set up for OCA and client, 1 high cabinet 1 low cabinet. The officers now are using these ADA rooms for general population rather than OCA/clients. I would like to clarify the use of these rooms and request a ruling from this Honorable Court. When general population is placed in these rooms they ignore these are special rooms and refuse the ADA clients (Myself) ADA/Medical accomodations and Restrictions. They feel they should come first in their wants and ignore the needs of ADA client. I've been placed in the situation numerous times of late. In 2016 I was taken out of an ADA room. Case # 16-cv-02181-MJW now in the courts.

Continued from page 1



For the foregoing reasons and problems I have been and still facing is why I am requesting a ruling to clarify the facts for the situation I am facing.

Please give a ruling on these 4 rooms and who should be placed in these rooms.

Attached schedule for OCA's and clients are marked for easy review. If more information is needed please request.

Pursuant to U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge at this time

5/8/18

Barbara Freeman
#105776
D.W.C.F. #1D126
P.O. Box 392005
Denver, Co. 80239-8005

Certificate of Mailing - Total 5 pages

I certify under penalty of perjury that on this 5/9/18 I mailed in the U.S. legal mail this "Motion for Clarification on Montez Remedial Plan Housing for ADA/Montez Rooms, Declaration 2 pages copy of C.D.O.C. AR 700-02 pg. 7, and copy of weekly schedule of May 7 - 13 for ADA clients/OCA's, to the U.S. District Court

Alfred A. Arraj Courthouse
901-19th Street
Denver, Co. 80294

Barbara Freeman
#105776
D.W.C.F. #1D126
P.O. Box 392005
Denver, Co. 80239-8005

13. Hunger strikes are declared or implied when an offender refuses three consecutive meals. Hunger strikes will be managed as follows:

    a. When a DOC employee becomes aware of a hunger strike being declared or implied they will contact the shift commander who will notify the health services administrator or designee.

    b. The offender will be escorted to Clinical Services daily for evaluation and assessment.

    c. DOC staff will notify Clinical Services if the offender is observed consuming any food or drink.

    d. The use of restraints, as related to hunger strikes in the infirmary, will be requested by the chief medical officer for necessary clinical evaluations and treatment.

    e. Discontinuation of a hunger strike protocol will occur in accordance with Clinical Standards and Procedures, Hunger Strikes.

14. Offender care aides:

    a. With approval of the facility administrative head, ***offender care aides may perform familial duties for other offenders commensurate with their level of training. Duties will be performed under DOC employee and contract worker supervision and may include: [4-4143] [4-4393]***

        1) ***Peer support and education.***

        2) ***Hospice activities.***

        3) ***Assisting offenders with impairments or disabilities who cannot otherwise perform daily life functions.***

    b. Every effort will be made to assign offender care aides to either the same cell or same living unit as the offender with a disability that they are assisting.

    c. ***Offenders will not be used for direct patient care, scheduling health appointments, determining access of other offenders to health care services, handling any medical instruments, medications, or health records, or operating any medical equipment. [4-4393]***

    d. Offender care aides will be screened by case management to ensure the offender meets the requirements contained in the job description. This screening will be conducted prior to case management referral to required offender care aide training as a pre-requisite to assignment, in accordance with AR 850-03, *Offender Assignment and Pay*.

        1) If the offender meets the criteria to be assigned as an offender care aide and has successfully completed the offender care aide training, the case manager will refer the offender to the job board facility internal classification committee for assignment consideration as an offender care aide.

        2) OCA training will be provided to offenders who request and qualify for the assignment.

        3) All offender care aide training curriculum will be approved by the assistant director of Clinical Services or designee.

15. ***Continuity of care will be provided from admission to discharge from the facility, including referral to community care, when indicated. Offender health care records will be reviewed by the facility's qualified health care professional upon arrival from outside health care entities, including those from inside the correctional***

(12) clients unit 1 — OCA I's (9) unit 1 — OCA II's (6) Unit 1 — OCA III's (9) unit 1

## OCA SCHEDULE FOR May 7- May 13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ONEIL 139751 U2 D-123 | OCA II | TUE: Simmons 1559872 | | Thurs: Thomas 165753 | | Sat: McCarthy 117008 | Needed to clean room | |
| SCHREIBER 166008 U1 D-125 | OCA II | OCA AS NEEDED | | | | | | |
| OSBORNE 173807 U1 C210 | OCA I | OCA AS NEEDED | | | | | | |
| HAND, G 172721 U1 D-120 | OCA I | OCA AS NEEDED Inclement weather (Saiz 82197), (Silvia163109) | | | | | | |

| ADA Offender | Level | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|---|---|
| ADORNO 159799 U1 C-118 | OCA II | Monteith 141168 OCA II U2 (T/W) | McCarthy 117008 OCA II U1 (W/Th) | Pullie 90214 OCA II U2 (W/TH) | Anderson 127988 OCAII u3 (F/S) | Rogers 169704 OCA II (M/T) | Smith 60006 OCA I U2 (Th/F) | McCarthy 117008 OCA II U1 (W/Th) |
| ALCON 143953 U1 C-112 | OCA I | Kirkbride 1247199 OCA II U2 (W/TH) | Washington157734 OCA I U3 (TH/F) | Silvia 163109 OCAI U1 (M/T) | Silvia 163109 OCAI U1 (M/T) | Silvia 163109 OCAI U1 (M/T) | Wilkerson 84510 oca I u3 (T/W) | Silvia 163109 OCAI U1 (M/T) |
| BARAJAS 164997 U1 C-115 | OCA II | Phillips 127573 OCAII U1 (T/W) | SAIZ 82197 OCA I U1 (F/S) | Gonzales 167109 OCA II U1 (F/S) | Navarro 175563 OCAII U1 (M/T) | Navarro 175563 OCAII U1 (M/T) | Silvia 163109 OCAI U1 (M/T) | SAIZ 82197 OCA I U1 (F/S) |
| BERGMAN 123776 U1 B-108 | OCA I | SAIZ 82197 OCA I U1 (F/S) | SAIZ 82197 OCA I U1 (F/S) | SAIZ 82197 OCA I U1 (F/S) | SAIZ 82197 OCA I U1 (F/S) | Silvia 163109 OCAI U1 (M/T) | Silvia 163109 OCAI U1 (M/T) | SAIZ 82197 OCA I U1 (F/S) |
| BEST OCA III 155933 (INF)*** | 3am-11 | McDougal 169955 OCA III (TH/F) | McDougal 169955 OCA III (TH/F) | McDougal 169955 OCA III (TH/F) | Harris, J 124800 OCAIII U1 (F/S) | Woods 177097 OCA III U1 (S/S | Allen 164476 OCAIII U2 (T/W) | Allen 164476 OCAIII U2 (T/W) |
| BEST OCA III | 11-7pm | Owen 124432 OCAIII U2 (F/S) | Harris,T 131136 OCAIII U1 (F/S) | Albin 99129 OCAIII U1 (F/S) | Albin 99129 OCAIII U1 (F/S) | Hanaman 134772 OCA III U2 (s/s) | Woods 177097 OCA III U1 (S/S | Albin 99129 OCAIII U1 (F/S) |
| BEST OCA III | 7pm-3am | Woods 177097 OCA III U1 (S/S | Owen 124432 OCAIII U2 (F/S) | Owen 124432 OCAIII U2 (F/S) | Zimdahl 151925 OCA III U2 (T/W | Wellsyates 104397 OCAIII U2 (M/T) | Wellsyates 104397 OCAIII U2 (M/T) | Zimdahl 151925 OCA III U2 (T/W |
| BREHM 139889 U2 C-117 | OCA I | Smith 60006 OCA I U2 (Th/F) | Washington15774 OCA I U3 (TH/F) | Garcia 115591 Oca I U1 (S/M) | Matthews 155929 OCA I U2 (S/M) | Lederman 134829 OCA I U2 (T/W) | BOLDING 126718 OCA I U1 (M/T) | Lederman 134829 OCA I U2 (T/W) |
| BURKHART 130934 U1 -116 | OCA II | Gonzales 167109 OCA II U1 (F/S) | Segura 156581 OCA II u 1 (F/S ) | SEE 173735 OCA I U1 (S/S) | Segura 156581 OCA II (F/S ) | Navarro 175563 OCAII U1 (M/T) | Marceleno143537 OCAII U1 (S/M) | Owen 124432 OCAIII U2 (F/S) |
| CAHOW 59224 U1 B-101 | OCA II | Navarro 175563 OCAII U1 (M/T) | Anderson 127988 OCA II u3 (F/S) | Rosas 131188 OCA III (TH/F) | Thomas 165753 OCA II U3 (S/S) | SEE 173735 OCA I U1 (S/S) | FITCHETT 178379 OCA I U3 (T/W) | Rogers 169704 OCA II (M/T) |
| COIT 86530 U1 D-120 | OCA III | Zimdahl 151925 OCA III U2 (T/W) | Albin 99129 OCAIII U1 (F/S) | Harris,T 131136 OCAIII U1 (F/S) | SALASLU 167845 OCA III U1 (F/S) | Zimdahl 151925 OCA III U2 (T/W | Zimdahl 151925 OCA III U2 (T/W | SALASLU 167845 OCA III U1 (F/S) |
| CORICHI 88734 U6 A-310 | OCA II | Anderson 127988 OCA II u3 (F/S) | Sullivan 168817 OCAII U2 (S/M) | Sullivan 168817 OCAII U2 (S/M) | Sullivan 168817 OCAII U2 (S/M) | Sullivan 168817 OCAII U2 (S/M) | Sullivan 168817 OCAII U2 (S/M) | Anderson 127988 OCA II u3 (F/S) |
| ESPINOZA 90555 U2 B-101 | OCA II | Albin 99129 OCAIII U1 (F/S) | Espinoza 145927 OCAII U1 (S/S) | Espinoza 145927 OCAII U1 (S/S) | Pullie 90214 OCA II U2 (W/TH) | Espinoza 145927 OCAII U1 (S/S) | Phillips 127573 OCAII U1 (T/W) | Harris,T 131136 OCAIII U1 (F/S) |
| FREEMAN 105776 U1 -126 | OCA III | Harris, J 124800 OCAIII U1 (F/S) | Harris, J 124800 OCAIII U1 (F/S) | Harris, J 124800 OCAIII U1 (F/S) | Watson 153965 OCA III U1 (S/M) | Watson 153965 OCA III U1 (S/M) | Watson 153965 OCA III U1 (S/M) | Harris, J 124800 OCAIII U1 (F/S) |
| GIVENS 88636 U2 D-128 | OCA II | FITCHETT 178379 OCA I U3 (T/W) | Marceleno 143537 OCAII U1 (S/M) | Rogers 169704 OCA II (M/T) | Rogers 169704 OCA II (M/T) | Marceleno 143537 OCAII U1 (S/M) | Marceleno143537 OCAII U1 (S/M) | Phillips 127573 OCAII U1 (T/W) |
| HARRISFRAZIER 156488 U1 A-133 | OCA II | Reed 96565 OCA III U2 (th/f) | Woods 177097 OCA III U1 (S/S | Woods 177097 OCA III U1 (S/S | Woods 177097 OCA III U1 (S/S | McCarthy 117008 OCA II U1 (W/Th) | Pullie 90214 OCA II U2 (W/TH) | Pullie 90214 OCA II U2 (W/TH) |
| JOHNSON, C * 98035 U2 A-138 | OCA II | Espinoza 145927 OCA II U1 (S/S) | SEE 173735 OCA I U1 (S/S) | Marceleno 143537 OCAII U1 (S/M) | Phillips 127573 OCAII U1 (T/W) | Phillips 127573 OCAII U1 (T/W) | Monteith 141168 OCA II U2 (T/W) | Monteith 141168 OCA II U2 (T/W) |
| KRUEGER 168007 U2 A 107 | OCA III | Harris,T 131136 OCAIII U1 (F/S) | Reed 96565 OCA III U2 (th/f) | Wellsyates 104397 OCAIII U2 (M/T) | Harris,T 131136 OCAIII U1 (F/S) | Allen 164476 OCAIII U2 (T/W) | Rosas 131188 OCA III (TH/F) | McDougal 169955 OCA III (TH/F) |
| LAFOLLETTE 160913 U1 A-138 | OCA III | Allen 164476 OCAIII U2 (T/W) | Watson 153965 OCA III U1 (S/M) | Watson 153965 OCA III U1 (S/M) | Hanaman 134772 OCA III U2 (s/s) | Kirkbride 1247199 OCA II U2 (W/TH) | Kirkbride 1247199 OCA II U2 (W/TH) | Gonzales 167109 OCA II U1 (F/S) |
| LESYSHEN 166226 U3D 108 | OCA III x2 | Rosas 131188 OCA III (TH/F) Weller 98885 Oca III U3 | Rosas 131188 OCA III (TH/F) Weller 98885 Oca III U3 | Brown 167233 OCAIII U1 (M/T) Weller 98885 Oca III U3 | Brown 167233 OCAIII U1 (M/T) Wellsyates 104397 OCAIII U2 (M/T) | Brown 167233 OCAIII U1 (M/T) Weller 98885 Oca III U3 | Brown 167233 OCAIII U1 (M/T) Weller 98885 Oca III U3 | Brown 167233 OCAIII U1 (M/T) Wellsyates 104397 OCAIII U2 (M/T) |
| RIDDLE 57924 U5b-108 | OCA III | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Owen 124432 OCAIII U2 (F/S) | Weller 98885 Oca III U3 | McDougal 169955 OCA III (TH/F) | Rosas 131188 OCA III (TH/F) |
| ROSS 172348 U1 C-111 | OCA II | Segura 156581 OCA II u 1 (F/S ) | Segura 156581 OCA II u 1 (F/S ) | Gonzales 167109 OCA II U1 (F/S) | SEE 173735 OCA I U1 (S/S) | BOLDING 126718 OCA I U1 (M/T) | McDougal 169955 OCA III (TH/F) | Segura 156581 OCA II u 1 (F/S ) |
| RYAN 159496 (INF.)0800-1000 | OCA III | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Wellsyates 104397 OCAIII U2 (M/T) | Zimdahl 151925 OCA III U2 (T/W | Weller 98885 Oca III U3 | Wellsyates 104397 OCAIII U2 (M/T) |
| Saugause 173905 U3 D-204 | OCA I | Smith 60006 OCA I U2 (Th/F) | DIMAS 118759 OCA I U1 (S/M) | Smith 60006 OCA I U2 (Th/F) | BOLDING 126718 OCA I U1 (M/T) | OLIVER 175774 OCA I U 2 () | Matthews 155929 OCA I U2 (S/M) | FITCHETT 178379 OCA I U3 (T/W) |
| SEARS 155201 U2A-136 | OCA II | SEE 173735 OCA I U1 (S/S) | Navarro 175563 OCAII U1 (M/T) | Anderson 127988 OCA II u3 (F/S) | Marceleno 143537 OCAII U1 (S/M) | Garcia 115591 Oca I U1 (S/M) | Rogers 169704 OCA II (M/T) | Gonzales 167109 OCA I U1 (F/S) |
| SIERRA-GARCIA 135827 U2 A-134 | OCA II | Navarro 175563 OCAII U1 (M/T) | Navarro 175563 OCAII U1 (M/T) | Navarro 175563 OCAII U1 (M/T) | Espinoza 145927 OCA II U1 (S/S) | Espinoza 145927 OCA II U1 (S/S) | Kirkbride 1247199 OCA II U2 (W/TH) | Kirkbride 1247199 OCA II U2 (W/TH) |
| STILLMAN 148104 U2 C-112 | OCA II | Thomas 165753 OCA II U3 (S/S) | Kirkbride 1247199 OCA II U2 (W/TH) | Simmons 155872 OCA II U2 (TH/F) | Monteith 141168 OCA II U2 (T/W) | Pullie 90214 OCA II U2 (W/TH) | Simmons 155872 OCA II U2 (TH/F) | Simmons 155872 OCA II U2 (TH/F) |
| VASSEUR 161601 U1-A136 | OCA II | Simmons 155872 OCA II U2 (TH/F) | Simmons 155872 OCA II U2 (TH/F) | Segura 156581 OCA II U 1 (F/S ) | Espinoza 145927 OCA II U1 (S/S) | Thomas 165753 OCA II U3 (S/S) | Sanchez OCA III U1 () | Sanchez OCA III U1 () |
| VOYLES139886(IF) 0800-1000 | OCA III | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Sanchez OCA III U1 () | Wellsyates 104397 OCAIII U2 (M/T) | Zimdahl 151925 OCA III U2 (T/W | Weller 98885 Oca III U3 | Wellsyates 104397 OCAIII U2 (M/T) |
| WALKER ** 158029 U3-B111 | OCA I | Wilkerson 84510 oca I u3 (T/W) | Abeyta 112762 OCA I U3 (F/S) | Washingt157734 OCA I U3 (TH/F) | Abeyta 112762 OCA I U3 (F/S) | Wilkerson 84510 oca I u3 (T/W) | Garcia 115591 Oca I U1 (S/M) | Abeyta 112762 OCA I U3 (F/S) |
| WHITE * 66831 U3 B-102 | OCA II | McCarthy 117008 OCA II U1 (W/Th) | Gonzales 167109 OCA II U1 (F/S) | Reed 96565 OCA III U2 (th/f) | Gonzales 167109 OCA I U1 (F/S) | Monteith 141168 OCA II U2 (T/W) | McCarthy 117008 OCA II U1 (W/Th) | Wilkerson 84510 oca I u3 (T/W) |
| WHITECALF 175826 U3c c-106 | OCA I | Washingt157734 OCA I U3 (TH/F) | Smith 60006 OCA I U2 (Th/F) | Abeyta 112761 OCA I U3 (F/S | FITCHETT 178379 OCA I U3 (T/W) | Matthews 155929 OCA I U2 (S/M) | DIMAS 118759 OCA I U1 (S/M) | Smith 60006 OCA I U2 (Th/F) |
| WILLIAMS, L 92947 U5 c-106 | OCA III | Hanaman 134772 OCA III U2 (s/s) | Hanaman 134772 OCA III U2 (s/s) | Hanaman 134772 OCA III U2 (s/s) | Allen 164476 OCAIII U2 (T/W) | Brown 167233 OCAIII U1 (M/T) | Reed 96565 OCA III U2 (th/f) | Reed 96565 OCA III U2 (th/f) |
| **BACK-UP** | | lederman-I Oliver-I Abeyta-1 | Garcia-I Matthew-I Oliver-I Thomas-II | Dimas-I Mattherw-I Thomas-II | Dimas-I Garcia-I Bolding-I Lederman-I Wilkerson-I | FITCHETT-I | Lederman-I Oliver-I Washington-I | Bolding-I Oliver-I Washington-I |

Shadow Training: Rideaux 165021-Smith, Rodgers 171447-Abeyta, Morris 111537-Wilkerson, Cruz 106377-Anderson, Guerrero-kIRKBRIDE

Notes: OCA 11-7 shift eat at 10 in chow than will go over @ 11.

"Let us make our future now, and let us make our dreams tomorrow's reality"

SCHEDULE APPROVED BY: Officer Yancey DATE: 5/6/2018

Handwritten margin notes (left): A-Hall ADA Rooms 138 + 136 + D-Hall; ADA Room 128 + 126; X marks beside ADORNO, ALCON, BARAJAS, BERGMAN, BURKHART, CAHOW, COIT, FREEMAN, HARRISFRAZIER, LAFOLLETTE, ROSS, VASSEUR; "ADA –" beside CAHOW, FREEMAN, LAFOLLETTE, VASSEUR.

Handwritten margin notes (right): OCA I's: McCarthy, Smith, Silva, Saiz, Garcia, Bolding, Lederman, See, Dimas. OCA II's: Phillips, Gonzales, Navarro, Segura, Marceleno, Espinoza. OCA III's: T. Harris, Albin, Woods, McDougal, J. Harris, ~~Rosas~~ Rosas, Salaslu, Brown, Sanchez. Rogers not sure.

Colorado Department Of Corrections
Name Barbara Freeman
Register Number #105776
Unit DWCF #10122
Box Number 392005
City, State, Zip Denver, Co. 80239-8005

PURPLE HEART
FOREVER USA

The United States District Court
For the District of Colorado
alfred A. Arraj Courthouse
901- 19 th Street
Denver, Co. 80294

B02948501 C044

DWCF
FACILITY
Crow
STAFF LAST NAME
105776
DOC #
5/9/18
DATE REC'D
12496
ID #
R
INT
Freeman
OFFENDER LAST NAME
[illegible]
INT