OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Jared Whorlow
12526 West 8th Place
Golden, CO 80401

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

NIXIE  808 7E 1  8605/26/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099  0159N14621400267

92-cv-870-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 29 2018**

JEFFREY P. COLWELL
CLERK

DOC 5604