---

**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Dexter Gail Millican
#86568
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 29 2018**

JEFFREY P. COLWELL
CLERK

92-CV-870-CMA
#5604

NIXIE    808    7E 1         8605/26/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 802942500099              0159N146213-00522