OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE   $01.63⁰



FIRST-CLASS MAIL

ZIP 80294
041L11245087

Ben Padilla
# 82114
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

UTF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE         808  7E 1          8605/26/18
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 8029425009     0159N146213-00498