OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Gordon R. Reuell, II
#80544
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2018
JEFFREY P. COLWELL
CLERK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2018
JEFFREY P. COLWELL
CLERK

92·cv·870·CMA

#5604

NIXIE          808   7E 1         8605/26/18
      RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
      UNABLE TO FORWARD

BC: 80294250099           0159N146213-00494