OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087



Hormoz Pourat
#113890
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE       808   7E 1        8605/26/18
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 8029425009
RETURN TO SENDER
0159N146213-00518