OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Ed Collie
#00907
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

NIXIE         808    7E 1         8605/26/18
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

BC: 80294250099          0159N146213-00506

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA