OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL

OPEN ONLY IN THE

PRESENCE OF THE

INMATE

neopost
05/22/2018
US POSTAGE   $01.63⁰

FIRST-CLASS MAIL



ZIP 80294
041L11245087

Robert Blankenship
#52475
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

NIXIE        808      7E 1        8605/26/18

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

BC:   80294250099        0159N146213-00510

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 29 2018**

JEFFREY P. COLWELL
CLERK

92·cv·870-CMA
# 5604