OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Jay H. Bailey
#103284
Fort Lyon Correctional Facility (FLCF)
P.O. Box 1000
Fort Lyon, CO 81038

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 29 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA

# ~~81~~ 5604

NIXIE     808   7E 1           8605/26/18
     RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 80294250099     0159N146213-00502