OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO -
NEED DOC

SPECIAL
OPEN ONLY IN TH
PRESENCE OF THE
INMATE

05/22/2018
US POSTAGE $01.63°

FIRST CLASS MAIL

ZIP 80294
041L11245

Gregory D. Thomas
Denver Reception & Diagnostic Center (DRD
P.O. Box 392004
Denver, CO 80239-8004

92cv 870 CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2018

JEFFREY P. COLWELL
CLERK

Doc 5604

RETURN TO SENDER
NEED DOC #