**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

**RTS**
*RETURN TO SENDER*

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE
$01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245044

Debbie Gillon
#60340
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver, CO 80239

*NO LONGER HERE*
*RETURN TO SENDER*
*NO LONGER HERE*
*NO LONGER HERE*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 30 2018**

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604