OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RTS
RETURN TO SENDER
NO LONGER HERE

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL
$01.63

ZIP 80
041L112

Cynthia Hosea-Butler
#127487
Denver Women's Correctional Facility (DWCF)
P.O. Box 392005
Denver, CO 80239

RETURN TO SENDER
NO LONGER HERE
RETURN TO SENDER
NO LONGER HERE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 30 2018
JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604