OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

Linette DeRasmo
#125710
3844 North Nevada Avenue
Colorado Springs, CO 80907

UTF
92-cv-870 CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 30 2018

JEFFREY P. COLWELL
CLERK

Doc 5604

NIXIE    808  7E 1         8605/26/18
         RETURN TO SENDER
         NOT DELIVERABLE