OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Jill Coit
#0-163936
Florida - Lowell Correctional Institution
11120 NW Gainesville Road
Ocala, FL 34482-1479

Address must include Inmate Name
and Identification Number

Case No. 1:92-cv-00870-CMA-MEH   Document 5608   filed 06/01/18   USDC Colorado   pg 2 of 3

U.S. POSTAGE PITNEY BOWES
ZIP 34482
$ 001.84
0001395645 MAY 25 2018

92-cv-870-cma
# 5604

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 01 2018
JEFFREY P. COLWELL
CLERK

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

LOWELL C.I.
11120 N.W. GAINESVILLE RD
OCALA, FLORIDA 34482

# State of Florida
# Department of Corrections

**TO:** WHOM IT MAY CONCERN

**FROM:** MAIL ROOM, LOWELL CI

**DATE:** 5/21/18

**SUBJECT:** LEGAL MAIL - UNABLE TO DELIVER

---

We have received the enclosed letter(s) and/or package(s) in the incoming mail on: 4/25/18 .

The letter/package does not contain enough information for a positive (100%) identification of the offender to cause proper delivery in that:

INMATE DC NUMBER IS REQUIRED TO MAKE A POSITIVE IDENTIFICATION OF

THE RECIPIENT.  INMATE'S NAME IS NOT LISTED IN OUR DATABASE OR THERE

ARE MORE THAN ONE.  INMATE IS OUT TO COURT.

Pursuant to FAC Chapter 33-210.102, the address must contain the offender's committed name, DC number, institutional name and address for proper delivery. We make all attempts to establish identity, excluding opening of legal mail, which is prohibited by the same chapter as listed above.

If we can be of any assistance, please feel free to contact us at (352) 690-8770 or (352) 690-8769 .

*[signature]*
Mail Room Officer

cc: Mail Room File

DC2-528 (Effective 4/23/09)        Incorporated by Reference in Rule 33-210.102, F.A.C.