OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

neopost
05/22/2018
US POSTAGE $01.

FIRST-CLASS MAIL
ZIP 8
041L112

Bruce D. Pringle
Legal Resolution Center
7828 Vance Drive
#108
Arvada, CO 80003

NIXIE  808  5E 1  8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 8029425009    0159N148203-00033

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604