**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Fred K. Loftin
#58934
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

RTS
ANK

History

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE       808  5E 1       8605/28/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 802942500699          0159N148181-00701