OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Brenda Mumford
#89345
Brush Correctional Facility (BCF)
901 Industrial Park Road
Brush, CO 80723

AWK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
# 5604

NIXIE          808    7E 1         8605/28/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 8029425099        0159N1481820-023361