OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE
$01.63

FIRST CLASS MAIL

ZIP 80294
041L11245087

Michael N. Collins
# 101218
Colorado Territorial Correctional Facility (CTCF)
P.O. Box 1010
Canon City, CO 81215-1010

History

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92 · cv · 870 · CMA

# 5604

NIXIE        808    5E 1        8605/28/18

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC:  80294258099                01591148202-00549