OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.6

FIRST-CLASS MAIL
ZIP 802

Robert Whitaker
# 88805
Arrowhead Correctional Center (ACC)
P.O. Box 300
Canon City, CO 81215-0300



**RETURN TO SENDER**

**RETURN TO SENDER**

NIXIE   808 4C 1   8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 80294250099   0159N148202-00593

Not in custody.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
# 5604