OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL

OPEN ONLY IN THE

PRESENCE OF THE

INMATE

neopost
05/22/2018
**US POSTAGE**

FIRST-CLASS MAIL

$01.63⁰

ZIP 80294
041L11245087

Cleveland Hunt Flakes
#45885
Boulder County Jail
3200 Airport Road
Boulder, CO 80301

NOT HERE
RETURN TO SENDER
BOULDER COUNTY JAIL

NOT HERE
RETURN TO SENDER
BOULDER COUNTY JAIL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92·cv·870·CMA
# 5604

NIXIE          808   5C 1      8605/28/18
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD
BC:  80294250099      0159N148185-01037