OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

UTF

Conrad Trujillo
#68978
Huerfano County Correctional Center (HCCC)
304 Ray Sandoval Street
Walsenburg, CO 81089

ANK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92·cv·870·CMA
#5604

NIXIE     808    7E 1      8605/28/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099      0159N1481B2-00570