OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE  $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

David Beery
#115894
Centennial Correctional Facility (CCF)
P.O. Box 600
Canon City, CO 81215-0600

**RETURN TO SENDER**
☒ UNKNOWN/NEED NUMBER TO IDENTIFY
☒ RELEASED
___ NO AUTHORIZATION ON FILE
___ CORRESPONDENCE UNAUTHORIZED
___ ENCLOSURE UNAUTHORIZED
___ RETURN ADDRESS DOES NOT MATCH
___ ADDRESS ON AUTHORIZATION FORM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE   808   5C 1   8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 80294250099   01594148202-00525