OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Ref.

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL
$01.63⁰

ZIP 80294
041L11245087

John J. Derwin
#68798
CTCF
CO Territorial Correctional Facility
P.O. Box 1010
Canon City, CO 81215-1010

History

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE       808    SE 1       8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 80294250099            0159N1482202-00577