OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL
$01.63

ZIP 80294
041L11245087

Released

Robert J. Landrum
#124611
Centennial Correctional Facility (CCF)
P.O. Box 777
Canon City, CO 81215

RETURN TO SENDER
UNKNOWN/NEED NUMBER TO IDENTIFY
RELEASED
NO AUTHORIZATION ON FILE
CORRESPONDENCE UNAUTHORIZED
ENCLOSURE UNAUTHORIZED
RETURN ADDRESS DOES NOT MATCH
ADDRESS ON AUTHORIZATION FORM

FILED
UNITED STATES DISTRICT
DENVER, COLORADO
JUN 01 2018
JEFFREY P. COL

92-cv-870-CMA
#5604

NIXIE         808   SE 1         8605/28/18
        RETURN TO SENDER
            VACANT
        UNABLE TO FORWARD