OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RTS

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

neopost
05/22/2018
US POSTAGE $01

FIRST-CLASS MAIL

Patrick O'Boyle
#83672
Four Mile Correctional Center (FMCC)
P.O. Box 300
Canon City, CO 81215

RETURN TO SENDER

NIXIE  808  52  1        8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

RETURN TO SENDER    noT in custa[dy]

RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604