OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

John L. Sheets
#94967
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

**REFUSED**
___ NO DOC#
___ NAME AND # DO NOT MATCH
___ PAROLED
✓ NOT AT FCF

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE   808   5E 1   8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 8029425O099    0159N1482202-00529