OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
☐ REFUSED
☒ Not at facility — History
☐ Name and # don't match
☐ Paroled
☐ No DOC Number

SPECIAL MAIL
OPEN ONLY IN THE PRESENCE OF THE INMATE

neopost
05/22/2018
US POSTAGE $01.6

FIRST-CLASS MAIL
ZIP 802
0411 1124

Larry James Smith, Sr
#114825
Buena Vista Correctional Facility (BVCF)
P.O. Box 2017
Buena Vista, CO 81211

NIXIE  808  5E 1  8605/28/18
RETURN TO SENDER
UNCLAIMED
BC: 80294256099   0159N148192-00322

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604