OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**


NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE  $01.63⁰

FIRST-CLASS MAIL
ZIP 80
041L112

Edward Wetherbee
#58059
Four Mile Correctional Center (FMCC)
P.O. Box 300
Canon City, CO 81215


**RETURN TO SENDER**

NIXIE  808  5C 1  8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
BC: 80294250099  0159N148202-00501

not in custody!

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92·cv·870·CMA
#5604