OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Gerald Hammond
#138938
Bent County Correctional Facility (BCCF)
11560 Road FF75
Las Animas, CO 81054

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
~~INMATE~~ *gone*

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

RETURN TO SENDER
[ ] NO DOC#
[ ] NAME & DOC# DON'T MATCH
[X] NOT AT ADDRESS

NIXIE  808  7E  1          8605/28/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 802942500099          0159N148144-01982

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604