OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RETURN TO SENDER
☐ REFUSED  ☒ Not at facility
☐ Name and # don't match  ☐ Paroled  History
☐ No DOC Number

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.6

FIRST-CLASS MAIL

ZIP 802
041L1124

Darryl Martin
#61336
Buena Vista Correctional Facility (BVCF)
P.O. Box 2017
Buena Vista, CO 81211

NIXIE    808    5E 1    8605/28/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 80294250099    0159N148192-003326

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604