OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Theodore Vialpando
# 62175
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

NIXIE    810343006-1N    05/29/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD
RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

VAC