OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Stephen Moore
#57381
Centennial Correctional Facility (CCF)
P.O. Box 777
Canon City, CO 81215

Return to sender

RETURN TO SENDER
___ UNKNOWN/NEED NUMBER TO IDENTIFY
___ RELEASED
___ NO AUTHORIZATION ON FILE
___ CORRESPONDENCE UNAUTHORIZED
___ ENCLOSURE UNAUTHORIZED
___ RETURN ADDRESS DOES NOT MATCH
___ ADDRESS ON AUTHORIZATION FORM

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE      808  SC 1       8605/28/18
    RETURN TO SENDER
         VACANT
     UNABLE TO FORWARD