**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE
$01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Robert Neely
#114438
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

**REFUSED**
___ NO DOC#
___ NAME AND # DO NOT MATCH
✓ PAROLED
___ NOT AT FCF

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 01 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE      808   SE  1      8605/28/18
RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 80294250099    01159N148202-00533