OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE  $01.63⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Thomas T. Valdez
#68556
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

RTS
ANK

History

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018
JEFFREY P. COLWELL
CLERK

92-CV-870-CMA
#5604

NIXIE     808     SC 1     8605/28/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 8029425009     0159N1482181-00709