OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

RETURN TO SENDER
☐ REFUSED
☐ Name and # don't match
☐ No DOC Number
☒ Not at facility — History
☐ Paroled

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.

FIRST-CLASS MAIL
ZIP 80
041L112

Lilbert L. Beasley, Jr
#115474
Buena Vista Correctional Facility
P.O. Box 2017
Buena Vista, CO 81211

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-CV-870-CMA
#5604

NIXIE   808  52  1        0505/28/18
RETURN TO SENDER
UNCLAIMED
BC: 80294250899   0159N148192-00336