OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST CLASS MAIL
$01.63⁰

ZIP 80294
041L11245087

Gustavo Osuna
#115940
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA

#5604

Paroled
Not at the facility
No DOC number
Name & # don't match
REFUSED
REASON CHECKED

NIXIE    807515354-1N    05/30/18

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER