OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
**OFFICIAL BUSINESS**

RTS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Jerry Simmons
#1567042
Building 8-E
PO Box 1108
Denver, CO 80201

NOT HERE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE   802015354-1N   05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER