OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Allen Isaac Fistell
#63253
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

NIXIE   807515354-1N   05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

REASON CHECKED
REFUSED
Name & # don't match
No DOC Number
Not at the facility
Paroled

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604