OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.6

FIRST-CLASS MAIL

ZIP 8029
041L11245

Cynthia Gail Keeley
#127204
ComCor
3844 North Nevada Avenue
Colorado Springs, CO 80907

UTP

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE    808    4E 1    8605/29/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250099        0159N14901300563