**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Nathaniel Huguley
#55740
Denver County Jail
10500 East Smith Road
Denver, CO 80239

NMR

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE     808    4E 1     8605/31/18
RETURN TO SENDER
NO MAIL RECEPTACLE
UNABLE TO FORWARD