OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Dean Hackborn
#130945
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

NIXIE    807515354-1N    05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

US POSTAGE $01.63
05/22/2018
ZIP 80294
041L11243

OPEN ONLY IN THE PRESENCE OF THE INMATE

Bm/B

REASON CHECKED
REFUSED ✗
Name & # don't match ___
No DOC Number ___
Not at the facility ✓
Paroled ___

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604