OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Eugene Navarro
# 83708
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

SPECIAL MAIL

OPEN ONLY IN THE

PRESENCE OF THE

INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

$01.63⁰

ZIP 80294
041L11245087

REASON CHECKED
REFUSED ___X___
Name & # don't match _____
No DOC Number _____
Not at the facility _____
Paroled ___X___

NIXIE      807515354-1N          05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604