OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL
ZIP 80294
041L11245087

Lawrence E. Beeman
# 42894
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

REASON CHECKED
REFUSED ___
Name & # don't match ___
No DOC Number ___
Not at the facility ___
Paroled X

NIXIE   807515354-1N   05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 04 2018
JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604