**OFFICE OF THE CLERK**
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

George Charles Knorr
#45154
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

REASON CHECKED
REFUSED ✗
Name & # don't match ____
No DOC Number ____
Not at the facility ____
Paroled ____

NIXIE  807515354-1N  05/30/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 04 2018
JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604