OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Paul Deschaine
246 1/2 Main Street
#214
Longmont, CO 80501

UTF
Not A
Resident

NIXIE    805015332-1N    06/01/18

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

92-CV-870-CMA-MEH

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 06 2018

JEFFREY P. COLWELL
CLERK

DOCS. 5602 + 5604