OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

RTS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

Michael S. Forbes
#103524
Oklahoma - Joseph Harp Correctional Center
P.O. Box 548
Lexington, OK 73051-0548

JHCC
Law Library
MAY 25 2018
Received

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 07 2018
JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5604

NIXIE    731    SE 1    0106/03/18
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD