OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

UTF

Cleotis Arnell Lewis
#85892
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

No longer Incarcerated

Return To Sender
( ) No DOC #
( ) Name/DOC # Don't Match
( ) No Return Address

UTF

NIXIE   808  4E  1   8606/05/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   0159N156225-00705

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 08 2018

JEFFREY P. COLWELL
CLERK

92-cv-870-CMA
#5610 5604