OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL
$01.63⁰

ZIP 80294
041L11245087

Lawrence Robert Warfield
#54622
1707 Ascot Road
Colorado Springs, CO 80906

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 15 2018

JEFFREY P. COLWELL
CLERK

92-cv-870
#5604

UNABLE TO FORWARD/FOR REVIEW
C0005/31/18
***C044**
BC: 8090656107 DU0159N151203-00747

NIXIE    808  5E 1    8606/12/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 8029425009   0159N164025-00771