OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63⁰

FIRST-CLASS MAIL

ZIP 80294
041L11245087

UTF

Donald Lee Revere
#69342
Crowley County Correctional Facility (CCCF)
6564 State Highway 96
Olney Springs, CO 81062-8700

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 15 2018**

JEFFREY P. COLWELL
CLERK

92-cv-870 # 5604

CMA

Return To Sender
( ) No DOC #
( ) Name/DOC # Don't Match
( ) No Return Address

UTF
on the Run

NIXIE   808   5C 1   8606/12/18
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 802942500099   0159N16321211-00465