OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

OFFICIAL BUSINESS

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL

John Nasious
#98775
1479 Fillmore Street
Denver, CO 80206

NIXIE    808  5E 1         8606/14/18
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 80294250099    0159N165234-00929

GTF

RTS

92-CV-870-CMA

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2018

JEFFREY P. COLWELL
CLERK

Docs. 5602 + 5604