OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

RTS

RETURN TO SENDER

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE $01.63

FIRST-CLASS MAIL

ZIP 80294
041L11245087

NO LONGER HERE

Rt. #
Carr. Init.
Date
☐ Not Deliverable As Addressed
☐ Unable To Forward
☐ Insufficient Address
☐ Moved, Left No Address
☒ Unclaimed   ☐ Refused
☐ Attempted – Not Known
☐ No Such Street
☐ No Such Number
☐ Vacant   ☐ Illegible
☐ No Mail Receptacle
☐ Box Closed – No Order
☐ Returned For Better Address
☐ Postage Due

NO LONGER HERE

RETURN TO SENDER

NO LONGER HERE

92-cv-870-CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2018

JEFFREY P. COLWELL
CLERK

Docs. 5604 + 5602