OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589
**OFFICIAL BUSINESS**

neopost
05/22/2018
US POSTAGE $01.6

FIRST-CLASS MAIL

ZIP 802
041L1124

Ulysses S. Grant
2420 Franklin Street
Denver, CO 80205

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2018

JEFFREY P. COLWELL
CLERK

92-cv-870 CMA #5604

Return Sender
No longer lives here.

NIXIE   802055313-1N        06/21/18
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

UNABLE TO FORWARD/FOR REVIEW
C0006/14/18
**C013**
808.7E
BC: 80205553242E