Ronald L. Cordova
#57350
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**



**RETURN TO SENDER**

☐ UNDELIVERABLE AS ADDRESSED
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY   ☐ VACANT
☐ NO SUCH NUMBER   ☐ REFUSED
☐ NO SUCH STREET   ☒ DECEASED
☐ IN DISPUTE   ☐ ILLEGIBLE
☐ BOX CLOSED   ☐ UNCLAIMED
☐ MLNA - UNABLE TO FORWARD

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
05/22/2018
US POSTAGE

FIRST-CLASS MAIL
$01.63⁰

ZIP 80294
041L11245087



DRDC
P.O. BOX 392004
DENVER, CO 80239-8004

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL -5 2018

JEFFREY P. COLWELL
CLERK

AHAB

Return to Sender
Deceased

92-cv-870-CMA #5604