# United States District Court
## DISTRICT OF COLORADO
### 901 19th St., Rm. A105; Denver 80294
### CASE NO. 92-CV-870-JLK

| | |
|---|---|
| **CURRENT PLAINTIFF pro se:** <br> L. R. MOORE; #47702; POB 6000: Sterling CO80751 <br> And <br> **FORMER PLAINTIFFS** <br> JESSE MONTEZ, et al; Ft. Logan Cemetery <br><br> v. <br><br> **CURRENT DEFENDANTS** <br> CYNTHIA COFFMAN <br> JACQUELYNN N. R. FREDERICKS <br> Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **FILED** <br> UNITED STATES DISTRICT COURT <br> DENVER, COLORADO <br><br> JUL 19 2018 <br><br> JEFFREY P. COLWELL <br> CLERK <br><br> Δ Court Use Only Δ |
| **MOTION FOR CORRECTION OF JUDICIAL ERROR** <br> & <br> **CERTIFICATE OF SERVICE** | |

## MOTION

Plaintiff moves this Court to correct the error made by Magistrate Gallagher on 9 July 2018 in his Minute Order (Doc. No. 21) where he confused this case with Civil Action No. 18cv00259-GPG. He numbered the Motion in this case as ECF No. 19 in that case. Copy of the Motion is attached. Its Caption states it is Moore v. Coffman, **not** Moore v. Cosarrubias. Plaintiff would've written a letter to correct this but SCF East Legal Asst. Canfield bans such letters. **Plaintiff repeats request that this court declare that, for this case, discretionary review has been exhausted**

## CERTIFICATE OF COMPLIANCE AND SERVICE

Plaintiff certifies that this has 215 words, is in 14 point Roman almost double spaced, and complies with this Court's Rules as he understands them.
Respectfully submitted on this 13 July 2018 with copy to Counsel by Plaintiff pro se: *L R Moore* [signature]

Colorado Department Of Corrections

Name: L R Moore
Register Number: 47702
Unit: 35
Box Number: 6000
City, State, Zip: Sterling 80751

17 JUL 2018 PM
DENVER, CO

ZIP 80754
02.1W
0001365920 JUL 17 2018
$000.68

U.S. District Court
901 19th St Rm A105
Denver 80294



Restricted Inspection Mail Stamp
FACILITY: Scf
C/EMPLOYEE LAST NAME: William
C# 47702
OFFENDER LAST NAME: Dolloe
DATE REC'D: 7/13/18
ID#: 20666
INT: JW
INT: KRM