# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### 901 19th St., Rm. A105; Denver 80294
### CASE NO. 92-CV-870-JLK

| | |
|---|---|
| **CURRENT PLAINTIFF** pro se:<br>**L. R. MOORE**<br>    #47702; POB 6000: Sterling CO( 80751<br>And<br>**FORMER PLAINTIFFS**<br>**JESSE MONTEZ, ET AL**<br>    Ft. Logan Cemetary<br>V.<br>**CURRENT DEFENDANTS**<br>**CYNTHIA COFFMAN**<br>**JACQUELYNN R. FREDERICKS**<br>    Counsel: Colo. Atty. Gen.; 1300 Broadway; Denver CO 80203 | **RECEIVED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br>**JUL 19 2018**<br>JEFFREY P. COLWELL<br>CLERK<br><br>Δ Court Use Only Δ |
| **MOTION FOR DECLARATION OF EXHAUSTION OF DISCRETIONARY REVIEW & CERTIFICATE OF SERVICE** | |

## MOTION

L. R. Moore moves this Court to declare that he has exhausted Discretionary Review within it in this case. He moves because the U.S. Supreme Court has questioned whether this exhaustion has occurred.

### CERTIFICATE OF COMPLIANCE AND SERVICE

Appellant certifies that this has 150 words, is in 14 point Roman double spaced, and complies with this Court's Rules as he understands them.

Respectfully submitted on this 26 June 2018 with copy to Counsel by Appellant pro se _____L R Moore_____