# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 92-CV-00870-CMA-MEH

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

___

## NOTICE OF APPEAL
___

Notice is hereby given that Plaintiffs, a class of individuals with disabilities in the Colorado Department of Corrections and their named Representatives Kenneth Garcia, Deidra Givens, and John Roper, in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an Order Denying the Parties' Motion for Fairness Hearing, Approving the Parties' Agreement, and Resolving All Remaining Issues in This Case entered in this action on May 15, 2018 [Doc. 5604], and the Court's subsequent Order Denying Motion to Reconsider on July 19, 2018 [Doc. 5619].

Respectfully submitted this 17th day of August 2018.

        *s/ Paula Greisen*
        Paula Greisen
        Kimberly J. Jones
        KING & GREISEN, LLP
        1670 York Street
        Denver, CO  80206
        (303) 298-9878
        greisen@kinggreisen.com
        jones@kinggreisen.com

Edward T. Ramey
TIERNEY LAWRENCE LLC
225 E. 16th Avenue, Suite 350
Denver, CO 80203
eramey@tierneylawrence.com
(720) 242-7585

Blain Myhre LLC
P.O. Box 3600
Englewood, CO  80155
blainmyhre@gmail.com
(303) 250-3932

*Class Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of August 2018, the foregoing **NOTICE OF APPEAL** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Office of the Attorney General
james.quinn@coag.gov
jacquelynn.richfredericks@coag.gov

*Attorneys for Defendants*

*s/ Laurie A. Mool*
Laurie A. Mool, Paralegal