LR Moore 47702
POB 6000
Sterling CO 80751

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 17 2018
JEFFREY P. COLWELL
CLERK

Clerk Shumaker   15 Aug 18

Cases  18-cv-00259-GPG   #1
       92-cv-00870-CMA   #2

Magistrate Gallagher stated I filed ECF 19 in Case #1. I did not. The Notice of Electronic Filing called the same document ECF 1. Please send me copy of both these documents or send one and state the other is identical, including caption.

Gallagher also stated that 19 was filed in Case #2. He did not give an ECF number for this filing. As he states, he had what I filed in that case in his case of (#1). This cannot be so unless a Clerk (you?) copied them and sent copy to him.

Did you do this?

Or did the 10th send Arguello the nonidentical copy filed the 10th? – – –

Notice that Gallagher states "that Arguello replied in ECF 21 on 24 July 18. Not only have I not seen 21, but SCF Mail Room states there was no legal mail to me from any Federal court from 24 July to 1 August, the date Gallagher says he wrote above. Nor has anything since been received from you or Arguello. Nor do I expect any as You've said would

not reply to me.

Still, I ask for copy of ECF 2100.
I've no direct electronic access.

You are very confused. Whether this confusion is deliberate, I can't yet say, but you can affirm by <u>not</u> replying soon.

Sincerely, L R Moore



Colorado Department Of Corrections
Name: L R Moore
Register Number: 47702
Unit: R
Box Number: 6000
City, State, Zip: Sterling CO 80751

Restricted Inspection Mail Stamp
FACILITY: SCF
DOC EMPLOYEE LAST NAME: Ratz
DATE REC'D: 8-15-18
ID#: 15422
DOC#: 47702 Moore
OFFENDER LAST NAME

E Shumakers Clerk
US Courthouse
901 19th St, Rm A105
Denver 80294

DENVER CO 802
16 AUG 2018 PM 9 L

80294-250099

FOREVER USA — PURPLE HEART