Fed courts motion to ad PJ



# THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
### 1823 Stout, Denver CO 80257
### TENTH CIRCUIT CASE NO. 17-1115

U.S. DISTRICT COURT
### DISTRICT OF COLORADO
### 901 19th St., Rm. A105; Denver 80294
### DISTRICT CASE NO. 92-CV-870-JLK/CMA

**LIVE APPELLANT-PLAINTIFF**
L. R. Moore 47702; POB 6000; Sterling CO 80751
And
**DEAD PLAINTIFF** (per insistence of Counsel below)
    Jesse Montez: Ft. Logan Cemetery

v.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 23 2018
JEFFREY P. COLWELL
CLERK

**APPELLEE-DEFENDANT**
    Gov. J. Hickenlooper, et al.
    **Defense Counsel (Counsel):** Cynthia. Coffman, Jacquelynn Fredericks; 1300 Broadway; Denver CO 80203

## MOTION TO ADD PREJUDICE IN BOTH COURTS
## &
## CERTIFICATE OF COMPLIANCE AND SERVICE

### Motion

Appellant-Plaintiff moves both Courts simultaneously to add Prejudice, verbatim, to the Mandate that dismissed the Appeal, and to the Order that ended the *Moore/Montez* case. He does so because, altho both Court's Clerk (E. Shumaker) has effectively so stated in letters to Moore, the Clerk of the U. S. Supreme Court has informed Moore that dismissal with prejudice must be verbatim to proceed further; that that Clerk can't find anything that is acceptable proof of such dismissal.

### CERTIFICATE OF COMPLIANCE AND SERVICE

1

Fed courts motion to ad PJ

      This Motion has 210 words, including Certificate, is in 14 pt. Roman double-spaced text, and complies with the Courts' rules as he understands them.

      Respectfully submitted to both Courts separately with copy to Counsel per Caption by Moore pro se on20 August 2018: *L R Moore* [signature]



**COLORADO DEPT OF CORRECTIONS**
Name: L R Moore
Register Number: 47702  Unit: 2
PO BOX 6000
City, State, Zip: Sterling
80203 [80751]

Restricted Inspection Mail Stamp
FACILITY: SCF
DATE REC'D: 8/20/18
DM: 1655 JJ
INT: [signature]
DOC EMPLOYEE LAST NAME: Byron
OFFENDER LAST NAME: Moore
DOC #: 47702

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

80294-250151

DENVER CO 802
21 AUG 2018 PM 5 L