# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 92-cv-00870-CMA-MEH

JESSE (JESUS) MONTEZ, *et al.,*

Plaintiffs,

v.

JOHN HICKENLOOPER, *et al.,*

Defendants.

_____

## MOTION TO WITHDRAW AS COUNSEL OF RECORD
_____

Kimberly J. Jones, as co-counsel for Plaintiffs, pursuant to D.C.COLO.LAttyR 5, hereby moves this Court for an Order allowing her to withdraw as counsel of record.  As grounds, counsel states as follows:

Pursuant to D.C. COLO.LCivR 7.1(A), counsel for Plaintiffs conferred with Defendants' counsel Jacquelynn Rich Fredericks and James Quinn.

1.      Kimberly J. Jones will no longer affiliated with KING & GREISEN, LLP as of August 27, 2018.

2.      Plaintiffs will continue to be represented by Paula Greisen of the law firm of KING & GREISEN, LLP, Edward T. Ramey of the firm of TIERNEY LAWRENCE LLC, Lara Baker of the law firm of FOSTER GRAHAM MILSTEIN & CALISHER, LLP, and Blaine D. Myhre.

WHEREFORE, Kimberly J. Jones respectfully requests that this Court grant her Motion to Withdraw as Counsel.

RESPECTFULLY SUBMITTED this 28th day of August 2018.


s/ Kimberly J. Jones
Kimberly J. Jones
Paula Greisen
KING & GREISEN, LLP
1670 York Street
Denver, CO  80206
(303) 298-9878 telephone
(303) 298-9879 facsimile
jones@kinggreisen.com
greisen@kinggreisen.com

Edward T. Ramey
TIERNEY LAWRENCE LLC
225 E. 16th Avenue, Suite 350
Denver, CO 80203
(720) 242-7585 telephone
eramey@tierneylawrence.com

Lara Marks Baker
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 S. Garfield Street, 6th Floor
Denver, CO  80209
(303) 333-9810 telephone
(303) 333-9786 facsimile
lbaker@fostergraham.com

Blain D. Myhre
P.O. Box 3600
Englewood, CO  80155
(303) 250-3932 telephone
blainmyhre@gmail.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August 2018, the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to the following:

James X. Quinn
Jacquelynn N. Rich Fredericks
Colorado Attorney General's Office
1525 Sherman Street
Denver, CO 80203
(303) 866-3261
Fax: (303) 866-5443
james.quinn@state.co.us
jacquelynn.richfredericks@coag.gov

*Attorneys for Defendants*

*s/ Laurie A. Mool*
Paralegal, KING & GREISEN, LLP