Fed courts unseal

**COPY**

## THE UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
### 1823 Stout, Denver CO 80257
### TENTH CIRCUIT CASE NO. 17-1115

### DISTRICT OF COLORADO
### 901 19th St., Rm. A105; Denver 80294
### DISTRICT CASE NO. 92-CV-870-JLK

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 29 2018
JEFFREY P. COLWELL
CLERK

**LIVE APPELLANT-PLAINTIFF**
L. R. Moore 47702; POB 6000; Sterling CO 80751
And
**DEAD PLAINTIFF** (per insistence of Counsel below)
   Jesse Montez: Ft. Logan Cemetery

v.

**APPELLEE-DEFENDANT**
   Gov. J. Hickenlooper, et al.
   **Defense Counsel (Counsel):** Cynthia. Coffman, Jacquelynn Fredericks; 1300 Broadway; Denver CO 80203

### MOTION, IN BOTH COURTS, TO UNSEAL ECF 5621
### &
### CERTIFICATE OF COMPLIANCE AND SERVICE

#### Motion

Appellant-Plaintiff moves both Courts simultaneously to unseal ECF 5621, 92-cv-870-JLK that Judge Arguello has apparently sealed, as Moore has been unable to obtain a copy. He moves **both Courts** as apparently Arguello filed 5621 as her decision on Moore's prior motion to the 10th, which the 10th sent her to decide.

Further, he asks that he be sent copy when unsealed, as well as copy of ECFs 1 and 19 of District court Case 18-cv-00870-GPG as Magistrate Gallagher, mistakenly replying to Moore's prior motion, stated these two were the same

1

motion, which Moore doubts.  Gallagher now admits he should not have replied to Moore's motion, which the court clerk erred in putting it before him in the wrong case file.  He3 also states that Arguello filed 5621.

If 1 and 19 are the same, and if they are solely result of the misfiling, they should be expunged.

### CERTIFICATE OF COMPLIANCE AND SERVICE

This Motion has 210 words, including Certificate, is in 14 pt. Roman double-spaced text, and complies with the Courts' rules as he understands them.

Respectfully submitted to both Courts separately with copy to Counsel per Caption by Moore pro se on 24 August 2018

*[signature: L R Moore]*