**Colorado Department Of Corrections**

Name: L. R. Moore
Register Number: 47702
Unit: E-3
Box Number: 6000
City, State, Zip: Sterling CO 80751

Restricted Inspection Mail Stamp
FACILITY: SCF
DATE REC'D: 8-24-18
DOC EMPLOYEE LAST NAME: 47702 Moore

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

80294-250151

DENVER CO 802
27 AUG 18
PM 4 L

U.S. POSTAGE >> PITNEY BOWES
ZIP 80751 $ 000.47°
02 1W
0001365920 AUG 27 2018