# TRANSCRIPT ORDER FORM

**PART I - To be completed by appellant within fourteen days of filing the notice of appeal.**

Short Title:   Montez, et al. v. Hickenlooper, et al.   District Court Number:   92-cv-00870
District:   Colorado   Circuit Court Number: _____
Name of Attorney/Pro Se Party:   Paula Greisen   Email Address:   greisen@kinggreisen.com
Name of Law Firm/Office:   King & Greisen   Telephone:   (303) 298-9878
Address: 1670 York Street, Denver, Colorado 80206
      Attorney for: Plaintiff Class
Name of Court Reporter: _____
Name of Court Reporter (if ordering from more than one):_____

**PART II- Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).**

*SECTION A -*   **I HAVE NOT ORDERED A TRANSCRIPT BECAUSE**
[X] A transcript is not necessary for this appeal;
[ ] The necessary transcript is already on file in District Court; or
[ ] The necessary transcript was ordered previously in appeal number _____

*SECTION B -*   **I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):**
(Specify the date and proceeding in the space below)

Voir dire:_____        Opening Statements:_____
Trial proceedings: _____        Closing Arguments:_____
Jury Instructions: _____         Other Proceedings: _____
Post-Trial Hearings: _____        Other Proceedings: _____
(Attach additional pages if necessary)

[] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**

**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**
I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.**

Signature of Attorney/Ordering Party: *s/ Paula Greisen*        Date:   8/31/2018