714

**COLORADO DEPT OF CORRECTIONS**
Name: L R Moore
Register Number: 47702  Unit: 7
PO BOX 6000
City, State, Zip: Sterling
CO 80751

Federal District Court Clerk
901 19th Street, Room A-105
Denver, CO 80294

8025432501 C044

Restricted Inspection Mail Station
SCF   10-22-18
Bullpk   22608 lbs
47702 Moore RRM