FILED
United States Court of Appeals
Tenth Circuit

June 7, 2019

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT
_____

KENNETH GARCIA; DEIDRA GIVEN; JOHN ROPER,

    Plaintiffs - Appellants,

v.

COLORADO DEPARTMENT OF CORRECTIONS; GOVERNOR JOHN HICKENLOOPER; RICK RAEMISCH, Executive Director of CDOC; SIOBHAN BURTLOW, Warden, San Carlos Correctional Facility and Trinidad Correctional Facility; SCOTT DAUFFENBACH, Warden, Fremont Correctional Facility; JAMES FALK, Warden, Limon Correctional Facility; STEVE GREEN, Warden, Delta Correctional Facility and Rifle Correctional Center; BARRY GOODRICH, Warden, Bent County Correctional Facility; STEVE HAGER, Warden, Centennial Correctional Facility; MATTHEW HANSEN, Warden, Sterling Correctional Facility; STEVE HARTLEY, Warden, Cheyenne Mountain Re-Entry Center; TERRY JAQUES, Arkansas Valley Correctional Center; JASON LENGERICH, Warden, Buena Vista Correctional Facility; RANDY LIND, Warden, La Vista Correctional Facility and Youthful Offender System; RYAN LONG, Warden, Colorado Correctional Center, Denver Reception and Diagnosis Center, and Denver Women's correctional Facility; ANGEL MEDINA, Warden, Arrowhead Correctional Facility, Four Mile Correctional Center, and Skyline Correctional Center; MICHAEL MILLER,

No. 18-1326
(D.C. No. 1:92-CV-00870-CMA-MEH)

Warden, Crowley County Correctional Facility; STEVE OWENS, Warden, Colorado State Penitentiary; MIKE ROMERO, Warden, Colorado Territorial Correctional Facility,

    Defendants - Appellees.

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

    Entered for the Court

    *Elisabeth A. Shumaker*

    ELISABETH A. SHUMAKER, Clerk