**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker                                                                  Chris Wolpert
Clerk of Court                           June 07, 2019                           Chief Deputy Clerk


Ms. Jennifer Weiser Bezoza
Ms. Paula Dee Greisen
King & Greisen, LLP
1670 York Street
Denver, CO 80206

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Blain David Myhre
Blain Myhre LLC
P.O. Box 3600
Englewood, CO 80155

Mr. James X. Quinn
Ms. Jacquelynn Nichole Rich Fredericks
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

Mr. Edward Thain Ramey
Tierney Lawrence
225 East 16th Avenue, Suite 350
Denver, CO 80203

**RE:**    **18-1326, Montez v. CDOC**
Dist/Ag docket: 1:92-CV-00870-CMA-MEH

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect.

Please contact this office if you have questions.

    Sincerely,

    *Elisabeth A. Shumaker*

    Elisabeth A. Shumaker
    Clerk of the Court

EAS/na