FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
July 30, 2021
JEFFREY P. COLWELL, CLERK

# RICHARD M. BORCHERS, P.C.

**Attorney at Law**
1411 Cortez Street, #421
Denver, Colorado 80221

July 1, 2021

Mr. Jeffrey Colwell, Esq.
Clerk of the Court
United States District Court
   for the District of Colorado
901 19th Street
Denver, CO 80294

      RE: **Montez v. Governor**
          92-CV-870-CMA

Dear Mr. Colwell:

      I was appointed to be a special master in the *Montez* case in 2004. This case was filed pursuant to the Americans with Disabilities Act. The parties agreed to a claims procedure to determine if inmates were entitled to compensation under the ADA. The claims procedure was concluded in 2012. I resigned from my position as special master in 2013.

      I have maintained records on each claim. This would include notes taken at hearings. I am retiring from the practice of law. I am no longer in a position to maintain the records from the *Montez* case. I need guidance from you concerning what you would like done with these records. If you want the records shredded, I will secure a company to complete that process. I am not looking for any compensation from the Court.

      Please let me know what you would like done with these records. I can be reached through my home telephone (303-460-0447) or e-mail (rborchers@rborchers.com).

      Sincerely,

RICHARD M. BORCHERS

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 30 2021

JEFFREY P. COLWELL
CLERK