

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone (303) 844-3433  
www.cod.uscourts.gov

July 15, 2021

Mr. Richard M. Borchers, Esq.  
1411 Cortez Street #421  
Denver, CO   80221

Re:   Special Master Records Inquiry, *Montez v. Romer*, 92-cv-870-CMA-MEH

Dear Mr. Borchers:

   Thank you for your July 1, 2021 letter to Mr. Colwell, the Clerk of the Court.   I am the court's legal officer, a staff attorney position, and I assist Mr. Colwell with legal inquiries like yours.

   The *Montez v. Romer* case was obviously a significant and complex case that developed important judicial precedents in the prison litigation/disability claim context – thanks to the persistence of the claimants, attorneys, judicial officers, and participants like yourself.   The docket record itself contains over 5,000 entries over its 17-year history, including many of your Final Orders as to each claimant.   Many parts of the case have been sent - or will be sent - to the Federal Records Center division of the National Archives and Records Administration, and no other special master notes or private records have been included with the transfer of the docket.   Therefore, we do not require that your notes or other records be maintained, and we would agree that the best outcome for your records are that they be shredded.   This comports with the records disposition policies of the Judicial Conference of the United States.

   I hope this response has provided some helpful information and clarification, and thank you for your service as a special master.

                    Sincerely,

                     s/ Edward Butler
                    Edward Butler
                    Legal Officer, U.S. District Court

cc:   Jeffrey P. Colwell, Clerk of the Court